# EXHIBIT HH

**Page 221**

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00221:01   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2      02            IN AND FOR THE COUNTY OF SAN MATEO
3      03                  —o0o—
4      04   COORDINATION PROCEEDING
5      05
6      06
7      07             JUDICIAL COUNCIL COORDINATION
8      08
9      09
10     10   _____/
11     11
12     12
13     13         DEPOSITION OF LAWRENCE J. ELLISON
14     14            FRIDAY, FEBRUARY 27, 2004
15     15            Volume II (Pages 222 - 428)
16     16
17     17
18     18
19     19
20     20
21     21   CSR NO. 2792
22     22
23     23         ROBERT BARNES ASSOCIATES
24     24         760 Market Street, Suite 844
25     25         Phone: (415)788-7191
```

**Page 222**

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00222:01   IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
2      02            IN AND FOR NEW CASTLE COUNTY
3      03
4      04   IN RE ORACLE CORPORATION
5      05   DERIVATIVE LITIGATION
6      06   _____/
7      07
8      08
9      09
10     10
11     11
12     12
13     13
14     14
15     15
16     16
17     17
18     18
19     19
20     20
21     21
22     22
23     23
24     24
25     25
```

**Page 223**

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00223:01              A P P E A R A N C E S
2      02
3      03   FOR CALIFORNIA PLAINTIFFS:
4      04      BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
5      05          ELIZABETH GUARNIERI, ESQ.
6      06      425 California Street, Suite 2025
7      07      (415)433-3200
8      08
9      09
10     10   BY: DARIO DE GHETALDI, ESQ.
11     11          AMANDA L. RIDDLE, ESQ.
12     12      Millbrae, CA  94030
13     13
14     14
15     15
16     16   FOR DELAWARE PLAINTIFFS:
17     17
18     18   BY: ROBERT WEISER, ESQ.
19     19      Bala Cynwyd, PA  19004
20     20
21     21
22     22   FOR ORACLE CORPORATION:
23     23      MORRISON & FOERSTER
24     24      425 Market Street
25     25      (415)268-7126
```

**Page 224**

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00224:01              A P P E A R A N C E S
2      02               (Continued)
3      03
4      04   FOR INDIVIDUAL DEFENDANTS ELLISON AND HENLEY:
5      05      MAYER BROWN ROWE & MAW, LLP
6      06          JAVIER RUBINSTEIN, ESQ.
7      07      Chicago, IL 60603-3441
8      08
9      09
10     10   ALSO PRESENT:  ANDREW MARTIN, Videographer
11     11
12     12
13     13
14     14   TAKEN AT:
15     15      BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
16     16      San Francisco, CA  94104
17     17
18     18
19     19            —o0o—
20     20
21     21
22     22
23     23
24     24
25     25
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | 00225:01 | I N D E X | |
|---|---|---|---|
| 1 | | | |
| 2 | 02 | | |
| 3 | 03 DEPOSITION OF LAWRENCE J. ELLISON | |
| 4 | 04 VOLUME II | |
| 5 | 05 EXAMINATION BY: | PAGE |
| 6 | 06 | MR. DE GHAFALDI | 232 |
| 7 | 07 AFTERNOON SESSION | 311 |
| 8 | 08 | |
| 9 | 09 DC EXHIBITS | |
| 10 | 10 *104 3/1/01 conference call transcript, "ORACLE | 248 |
| 11 | 11 | ORCL 0081613-0081629, 17 pages |
| 12 | 12 105 "Interview of Larry Ellison," 5/30/02, by | 277 |
| 13 | 13 | |
| 14 | 14 | by SLC, no Bates numbers, 16 pages |
| 15 | 15 *107 Affidavit of Lawrence J. Ellison in Support | 295 |
| 16 | 16 | Court, September 22, 2003, no Bates numbers, |
| 17 | 17 | |
| 18 | 18 | others, Subject: December FY01 Revenue |
| 19 | 19 | CA-ORCL 009732-009735, |
| 20 | 20 *109 1/17/01 Flash Report with attachments, | 296 |
| 21 | 21 | 15 pages |
| 22 | 22 *110 08 Feb 2001 e-mail, with attachments, | 313 |
| 23 | 23 | January FY01 QTD Revenue Results, |
| 24 | 24 | |
| 25 | 25 * DOCUMENTS DESIGNATED CONFIDENTIAL | |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | 00226:01 | EXHIBITS (CONTINUED) | |
|---|---|---|---|
| 1 | | | |
| 2 | 02 DC EXHIBITS | | PAGE |
| 3 | 03 *111 12 Feb 2001 e-mail, with attachment, Garnick | 341 |
| 4 | 04 | FY01 QTD Product Revenue - Revised], |
| 5 | 05 | |
| 6 | 06 | Package, ORCL 0003440-003449, 10 pages |
| 7 | 07 113 Form 144, filed 1/24/2001, no Bates numbers, | 356 |
| 8 | 08 | |
| 9 | 09 | 3 pages |
| 10 | 10 115 Form 144, filed 1/29/01, no Bates numbers, | 356 |
| 11 | 11 | |
| 12 | 12 | no Bates numbers, 3 pages |
| 13 | 13 117 Form 144, filed 1/30/01, (2,232,000 shares) | 356 |
| 14 | 14 | |
| 15 | 15 | 3 pages |
| 16 | 16 119 Form 144, filed 2/5/01, no Bates numbers, | 356 |
| 17 | 17 | |
| 18 | 18 | and others, Subject: Larry option exercise - |
| 19 | 19 | |
| 20 | 20 | Subject: Option Exercise, CD-I 03232, |
| 21 | 21 PROTECTIVE ORDER" | |
| 22 | 22 *122 24 Jan 2001 e-mail, Simon to Ellison, | 367 |
| 23 | 23 | 2 pages |
| 24 | 24 | |
| 25 | 25 | |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | 00227:01 | EXHIBITS (CONTINUED) | |
|---|---|---|---|
| 1 | | | |
| 2 | 02 DC EXHIBITS | | PAGE |
| 3 | 03 *123 24 Jan 2001 e-mail, Simon to Balkenhol, | 367 |
| 4 | 04 | |
| 5 | 05 | Ellison, Subject: Please Review; one from |
| 6 | 06 | CA-ORCL 032389-032391, 3 pages |
| 7 | 07 *125 25 Jan 2001 e-mail, Catz to Glass, Subject: | 370 |
| 8 | 08 | CA-ORCL 032392, 1 page |
| 9 | 09 *126 25 Jan 2001 e-mail, Catz to Glass, Subject: | 370 |
| 10 | 10 | 1 page |
| 11 | 11 *127 29 Jan 2001 e-mail, Simon to Ellison, | 371 |
| 12 | 12 | 1 page |
| 13 | 13 *128 31 Jan 2001 e-mail, Simon to Ellison, | 373 |
| 14 | 14 | 2 pages |
| 15 | 15 *129 08 Mar 2001 e-mail, Simon to Balkenhol, | 373 |
| 16 | 16 | and Cash Update, ORCLA 0023505-0023507, |
| 17 | 17 | |
| 18 | 18 | Responses to Plaintiff Gary Collins' First |
| 19 | 19 | 6 AND 11-27 DESIGNATED CONFIDENTIAL PURSUANT |
| 20 | 20 | |
| 21 | 21 | Oracle, "Getting Through Q3 in Good Shape." |
| 22 | 22 | 6 pages |
| 23 | 23 *132 Oracle "Total Company - Q3 FY01 Forecast," | 399 |
| 24 | 24 | 15 pages |
| 25 | 25 * DOCUMENTS DESIGNATED CONFIDENTIAL | |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | 00228:01 | EXHIBITS (CONTINUED) | |
|---|---|---|---|
| 1 | | | |
| 2 | 02 DC EXHIBITS | | PAGE |
| 3 | 03 *133 Oracle "Total Company - Q3 FY01 Forecast," | 399 |
| 4 | 04 | ORCL 0003341-0003357, 17 pages |
| 5 | 05 *134 Oracle "Total Company - Q3 FY01 Forecast," | 399 |
| 6 | 06 | ORCL 003608-003624, 17 pages |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 * DOCUMENTS DESIGNATED CONFIDENTIAL | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

00229:01     BE IT REMEMBERED that, on Friday, February 27,
02  2004, commencing at the hour of 10:45 a.m, pursuant to
03  Notice of Taking Deposition and continued from Thursday,
04  February 26, 2004, before me, KAREN E. THOMPSON,
05  CSR No. 2792, a Certified Shorthand Reporter in the State
06  of California, there personally appeared
07
08              LAWRENCE J. ELLISON,
09
10  called as a witness by the plaintiffs, who, having been
11  previously sworn, was examined and testified further as
12  hereinafter set forth:
13
14
15
16          —oOo—
17
18
19
20
21
22
23
24
25

00230:01 MORNING SESSION                10:44 A.M.
02         THE VIDEOGRAPHER:  This marks the beginning of
03  Volume II, Videotape 1, in the continuing deposition of
04  Lawrence J. Ellison in the matters of Coordination
05  Proceedings Special Title (Rule 1550(b)), Oracle Cases,
06  and In Re Oracle Corporation Derivative Litigation.
07         Today's date is February 27, 2004.  The time
08  10:44 a.m.  The court reporter is Karen Thompson for
09  Robert Barnes Associates.
10         Would any counsel new to this deposition please
11  identify themselves and state whom they represent?
12         MR. DE GHETALDI:  Dario DeGhetaldi for the
13  California plaintiffs —
14         MR. SALPETER:  You're the same guy that was here
15  yesterday.
16         MR. WEISER:  Listen to the question.
17         THE VIDEOGRAPHER:  All other aspects as indicated
18  on Volume I, Tape 1, remain the same.  We are back on the
19  record.
20         MR. DE GHETALDI:  Thanks for the help.  You
21  should have been there earlier, though.
22         MR. SALPETER:  Before we start officially, I just
23  want to say on the record what both Mr. Ellison and I
24  said to you off the record, which is we're sorry for the
25  late start.  It was circumstances beyond our control.

00231:01     MR. DE GHETALDI:  Like I told you, it's
02  understandable, and no hard feelings at all.
03         THE WITNESS:  Okay.  Thank you.
04
05              LAWRENCE J. ELLISON
06  having been previously sworn, testified as follows:
07
08     EXAMINATION BY MR. DE GHETALDI (CONTINUED)
09     MR. DE GHETALDI:  Q.  All right.  Since I'm still
10  the same person I was yesterday, by unanimous
11  acclamation, I'm going to start off where we left off
12  yesterday, which was talking about the Covisint deal.
13  And the final purchase price was — do you recall?
14     A.  I think we booked $60 million, then I think the
15  total purchase was $70 million.
16     Q.  Okay.  And so you booked 60 in Q3 '01?
17     A.  Correct.
18     Q.  And booked 10 sometime later?
19     A.  I think ratably over the remainder of the year.
20     Q.  All right.  The document that we were looking at
21  yesterday, which was the e-mail from mid June, had a
22  $225 million figure.  Was there a decrease in the amount
23  of product being sold or an increase in the discount
24  being given, or can you explain that difference?
25     A.  Well, the 275 number was, I think, a fanciful

00232:01  number to start with.  So it might have been an opening
02  negotiating ploy.  The 275 million, as best I recall that
03  document, was 75 million per year for some series of
04  years.  So the answer is the price came — the amount of
05  discount went up dramatically.
06     Q.  All right.  What was Covisint purchasing?
07     A.  Well, that's an interesting question.  They
08  purchased a lot of database software.  They imagined —
09  again, this was a brand new business, but they had a
10  grandiose business plan where they would be supplying all
11  sorts of computer — computer services, purchasing
12  computer services to a variety of companies, not just the
13  big three auto makers in Detroit.  And they felt they
14  needed a lot of software to — to support this business
15  that they were going to build over the coming years.  So
16  they bought a great deal of database software, and then
17  they bought our reverse auctioning software, which was
18  their fundamental business, which they had both from us
19  and from Commerce One.  And they bought a lot of
20  application software to actually run their business, to
21  do the accounting and human resources, payroll, just
22  mundane things like that.
23     Q.  Okay.  Were they buying software from Oracle for
24  the purpose of reselling software?
25     A.  Reselling and online service.  So they were going

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00233:01 to use the software as the basis for an online service,
02 in the same sense that eBay uses Oracle to sell books.
03 They don't resell the Oracle database, but they have a
04 business that's based on -- based on the Oracle database.
05 Their book catalog.
06   Q. Okay.
07   A. I should have said Amazon. Sorry. I said eBay.
08 EBay also uses Oracle, which is the basis of their
09 business for, you know, auctioning off all sorts of
10 stuff. And when I said "their book catalog," I meant
11 Amazon. I misspoke.
12   Q. All right. Do you know when the software was
13 shipped in relation to when the money was received from
14 Covisint?
15   A. Again, not a simple question. I believe Covisint
16 had all of our software and was experimenting with it.
17 So they had it long before the contract was -- this is my
18 recollection. This is often the case. A large customer
19 will be experimenting with the software, so we'll ship
20 them software. They'll experiment with it before they
21 actually sign the license agreement. So I suspect that
22 they had it for some time.
23   Q. All right. Do you by any chance know the list
24 price for the software that Covisint purchased?
25   A. I'm sure it was gigantic.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00234:01   Q. Right.
02   A. Because they bought so much of it.
03   Q. Yeah.
04   A. And I think they bought basically more than they
05 could ever possibly use.
06   Q. All right. In fiscal year 2001 --
07   A. If I can explain -- amplify that just slightly.
08   Q. Sure.
09   A. Someone wants to buy, let's say, a million units
10 that -- they think they are going to need a half a
11 million units. They say, we'll buy a million units,
12 which is all they'll ever use. So if we say, we'll give
13 you 10 million units, it really doesn't make any -- it
14 doesn't cost us anything. It's just a line in a license
15 agreement. It gives them more comfort. So the idea that
16 they buy much more than they'd ever -- they don't have to
17 think about how much is more than they'd ever use. We
18 just make it a very large number. It's basically an
19 unlimited license that we apply a very high number to.
20   Q. All right.
21   A. The real substance of the agreement was "here's
22 all the software you'll ever need."
23   Q. All right. And when you're talking about
24 license, are you talking about license for a certain
25 number of users?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00235:01   A. It could be a certain number of users. There's a
02 variety of different license metrics, but -- license
03 metrics. Could be users. It could be -- a certain
04 number of computer processors is another license metric.
05 It could be size of your business, for a certain amount
06 of dollar revenue. We use a number of different metrics
07 for licensing.
08   Q. All right.
09   A. But users and processors are the two most common.
10   Q. Do you know when the initial $60 million from
11 Covisint was paid to Oracle?
12   A. I think it was in Q3.
13   Q. All right. Do you know when in Q3 it was?
14   A. I'm pretty sure it was very early in Q3 because
15 that was one of the -- the fact that we had the Covisint
16 deal -- and I'm not sure if the signing or the money -- I
17 think the signing and the money was wire transferred
18 shortly thereafter, I think.
19   Q. Okay.
20   A. Because we were waiting for Covisint to get -- I
21 think the deal timing was triggered by the funding of
22 Covisint from the auto makers.
23   Q. Okay.
24   A. So I'm pretty sure the deal was signed, money --
25 you know, money transferred pretty quickly thereafter.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00236:01   Q. All right. Was there a support or consulting
02 component to the Covisint deal?
03   A. The deal was $70 million, of which we recognized
04 60 as the license component, and $10 million -- again,
05 these are approximate numbers. I think they're right,
06 but I'm not -- you know, wouldn't bet my life on it.
07       And $10 million to be recognized ratably over the
08 next 12 months. And that was the support component. So
09 the 10 of the 70 was annual support, first-year support.
10   Q. Okay. For the two percent equity share that --
11 in Covisint that Oracle got as a part of this, was a
12 valuation ever -- a valuation study ever done for that
13 two percent?
14   A. A study. You mean -- did -- I don't think so.
15       Well, there -- there actually were valuations
16 made by Morgan Stanley, but did we think of it -- did we
17 book it in any way or -- no. I think we valued it as
18 zero.
19   Q. All right. Did you have a fairness opinion in
20 the process of this -- reviewing this Covisint deal?
21   A. In terms of valuing it at zero?
22   Q. Yes.
23   A. Not booking it? I don't think we did.
24   Q. Okay.
25   A. Turns out that zero was the right number. I'm

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00237:01 sure glad we didn't book it as something and then write
2    02 it down later.
3    03    Q. What type of entity was Covisint at -- in Q3 '01?
4    04    A. It was brand new. It was this idea --
5    05    Q. I'm sorry. What type of legal entity was it?
6    06    A. Oh, I think it was a corporation.
7    07    Q. Okay. And so Oracle's ownership interest in
8    08 Covisint were securities, this two percent?
9    09    A. I think common stock. But again, I didn't pay
10   10 much attention to that at all because I didn't think it
11   11 was worth very much.
12   12    Q. Any rights? Were there any rights associated
13   13 with the two percent equity interest?
14   14    A. You mean could we force them to go public and --
15   15    Q. Yeah.
16   16    A. Registration rights? Not that I know of.
17   17       Again, as I say, I didn't pay a lot of attention
18   18 to the details of the equity portion, so I don't really
19   19 remember -- remember at all.
20   20    Q. All right. Did Oracle ever have a person on
21   21 Covisint's board of directors?
22   22    A. It's possible.
23   23    Q. For the software sold to Covisint, did that
24   24 include lifetime license upgrades?
25   25    A. I don't think so because that would create a
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00238:01 serious revenue -- revenue recognition problem for us.
2    02 So we would have -- if we charged $70 million and it
3    03 included lifetime rev -- we'd have to rate that over some
4    04 useful lifetime, and we couldn't have recognized the
5    05 $60 million in the quarter.
6    06    Q. Okay. Because I remember that June 2000 e-mail
7    07 talked about that as a possible --
8    08    A. Right.
9    09    Q. -- feature of the deal. So you don't think that
10   10 that ever found its way into the final deal?
11   11    A. No.
12   12    Q. The -- assuming that the discount from the list
13   13 price was in the neighborhood of 99.5 percent, does that
14   14 sound like it's in the right neighborhood to you?
15   15    A. Yes. But having said -- but remember what I said
16   16 before: It's a little bit misleading. It's -- it's as
17   17 if I said, I'll give you all the Coke you can drink for
18   18 the rest of your life, and I write it down 1 trillion
19   19 Cokes, and I'll do it for a thousand dollars. What's
20   20 your discount level on the Cokes? Well, if you believe
21   21 you can drink all trillion Cokes, it's a pretty fabulous
22   22 discount. If, in fact, you only drink, you know, 20,000
23   23 Cokes, it's a substantially less discount.
24   24       And this was a license. I don't know if I'm
25   25 being clear.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00239:01    Q. Yeah.
2    02    A. So it was really an all-you -- more of an
3    03 all-you-can-eat license, framed as, you know, so many
4    04 processors at -- so that discount at 99.5 percent is
5    05 quite misleading.
6    06       And then if you look at what's actually happened,
7    07 how much of -- how much of that license did Covisint
8    08 actually use, I think you'll find that the discount was
9    09 nonexistent.
10   10    Q. Okay. Other than the payment of the $70 million
11   11 in the form that you've identified, and the delivery of
12   12 the license software and the two percent equity interest,
13   13 was there any other quid pro quo in this deal?
14   14    A. Well, you're asking me to recall. There's so
15   15 many different proposals, so I'm going to give you my
16   16 best recollection.
17   17    Q. That's fine.
18   18    A. That we had a -- an Oracle Exchange online
19   19 service at Oracle Corporation at the time, and I believe
20   20 we gave them -- if we were to take that service public as
21   21 a separate company -- if -- they would get equity in that
22   22 company, should it go public.
23   23    Q. Okay.
24   24    A. I think. But again, this deal took several
25   25 different forms, and I'm not sure quite what the final
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00240:01 form was. As I say, I didn't even remember the
2    02 two percent equity portion we got from Covisint.
3    03    Q. Right. Okay.
4    04       Let's talk a little bit about Oracle's
5    05 discounting policy in general in fiscal year '01. Was it
6    06 typical for Oracle to give discounts off of list price?
7    07    A. Yes.
8    08    Q. Was there actually a published discount?
9    09    A. There was published discount schedule.
10   10    Q. And what -- what was that discount? Or was it
11   11 the same for all products? Can you tell me about that?
12   12    A. It was the same for all products, and it was
13   13 based on the volume you purchased. The more you bought,
14   14 the higher the discount.
15   15    Q. Okay. And that was actually published?
16   16    A. That was published, but after a certain amount, I
17   17 don't know. I think it was a $5 million amount or
18   18 $10 million amount. It was, you know, to be negotiated.
19   19    Q. Okay. And those amounts for deals higher than
20   20 whatever amount that was, who needed to approve discounts
21   21 at that level?
22   22       MR. SALPETER: We're still in --
23   23       MR. DE GHETALDI: Fiscal year '01. Thanks.
24   24       THE WITNESS: There were different -- different
25   25 levels of approval throughout the organization. The
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2:33:00 PM

```
00241:01  individual salesperson could approve a certain level of
    02  discount, first level sales manager a little bit more,
    03  and it worked all the way up to Safra Catz, who
    04  represented me, who could approve any level of discount.
    06      MR. DE GHETALDI: Q. What was the highest level
    06  of discount that anyone other than you, acting through
    07  Safra Catz, could approve in fiscal year '01?
    08      A. I can't -- I think it was 85 percent, but I'm not
    09  certain.
    10      Q. Were discounts in the 85 percent-plus range
    11  common in fiscal year '01?
    12      A. For large deals?
    13      Q. Yes. I would assume they would have to be for
    14  large deals; right?
    15      A. No. I mean, there -- there are situations where
    16  you really want someone to use your database, and you
    17  might give them the software. You know, small startup,
    18  and you want them to start with your technology rather
    19  than someone -- Microsoft's technology, so we might give
    20  them 100 percent discount to get them started.
    21      So for large deals, it certainly was common to
    22  have large discounts. In fact, that was one of the major
    23  triggers for large deals was offering large discounts.
    24  So people would purchase not only what they needed today
    25  but perhaps what they needed over the next three years.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2:33:00 PM

```
00242:01      Q. All right. I was specifically asking about
    02  discounts in the 85 percent-plus range and whether those
    03  levels of discounts were common and --
    04      A. They were common for large deals.
    05      Q. All right. When we were talking about budget
    06  yesterday, and specifically, the budget for revenue and
    07  the budget for expenses, and we were talking about which
    08  drives which and what the relationship between those two
    09  numbers is or should be, and I think that you were
    10  talking hypothetically about a situation where revenues
    11  would be X number of dollars budgeted, and expenses would
    12  be 50 percent of that budgeted.
    13      Do you recall those figures as being figures from
    14  the -- the fiscal year '01 budget, or were you just
    15  actually speaking hypothetically when you were using that
    16  two-to-one ratio?
    17      A. I'm not speaking hypothetically. That's exactly
    18  how we budget today for the field organization. So the
    19  field organization can increase their spending by
    20  50 cents for every dollar they increase their sales
    21  targets.
    22      Whether that exact structure was in place -- I
    23  shouldn't say that. That's true in North America.
    24      Q. Right.
    25      A. In Latin America, I believe they're allowed to
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2:33:00 PM

```
00243:01  spend 60 cents out of every dollar. So we expect smaller
    02  margins in Latin America than we do in North America.
    03      I think Europe is 45 percent, 45 cents -- excuse
    04  me -- 55 cents. They spend 55 cents out of every dollar.
    05  So whether these budgeting ratios existed in '01 or not,
    06  I don't recall. I think they did.
    07      Q. Right. So in any case, it's your recollection
    08  that there would be different ratios for different
    09  geographic locations; is that right?
    10      A. Correct.
    11      Q. Okay. Now, what would happen if, during the
    12  course of a quarter, you noticed that the forecast for a
    13  particular region was coming in and that ratio was not
    14  being met?
    15      A. Well, this is an annual ratio, so understand the
    16  seasonality of our business. We have a huge quarter in
    17  Q4 where -- so, let's say you had a 50 percent ratio for
    18  the year, keeping it simple. You might -- in Q1, you
    19  might make 35 percent profits, not 50. In Q2 and Q3 you
    20  might make 45 -- 45 percent profit, and then in Q4 you
    21  might make 65 percent profit. So -- so the whole year
    22  averages out to 50 percent. But it's not straight-line
    23  50 -- you know, 50, 50. So it depends on the year, on
    24  the quarter that we're in. That's what the ratio should
    25  be because of seasonality.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2:33:00 PM

```
00244:01      Q. But you do budget those quarters, don't you?
    02      A. Kind -- kind of. In other words, I mean, some
    03  people get a little bit ahead -- the likelihood of --
    04  back to what I was saying earlier, you know, the more
    05  points you have, the less like -- more fluctuation around
    06  the number you're going to have. So you can be high in
    07  Q1, low in Q2, high in Q3, and low in Q4, and still make
    08  the year.
    09      Q. Sure.
    10      A. So the answer is yes, we budget individual
    11  quarters but -- for individual regions -- and we have
    12  expectations when compared with the same quarter last
    13  year, for seasonality, but I don't think it's a
    14  particular -- a little bit below or a little bit over --
    15  you know, a little bit below in one quarter, let's say --
    16  I can't look at Q3 in isolation -- take Europe. I can't
    17  look at Q3 in isolation in Europe. If they had a really
    18  great Q2 and little bit of weakness in Q3, that doesn't
    19  mean that their business is deteriorating. It just
    20  means -- maybe they'll have a great Q4. It just means
    21  for whatever reason, they did very well in Q2 and very
    22  well in Q4, and Q3 was a little bit weak.
    23      In fact, it's related. Sometimes these weak
    24  deals that perhaps we thought were going to close in Q3
    25  closed in Q2, and perhaps we got -- sometimes we say --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00245:01  we say we drained the pipeline.  We drained the pipeline
02  too thoroughly.  So we have a really good quarter in Q2,
03  that leaves a little bit of weakness in Q3.  Rebuild the
04  pipeline, strong again in Q4.
05     Q. So this is an instance, then -- that is, where
06  you're comparing intraquarter performance to budget
07  numbers -- where your tendency is to look both at
08  quarter-to-quarter -- that is, year-over-year, same
09  quarter, and also --
10     A. Year-to-date.
11     Q. Year-to-date.
12     A. Exactly.
13     Q. Exactly.  Okay.  All right.
14        And a combination of those two views gives you
15  some idea of how things are going in terms of the budget
16  ratios that you want; right?
17     A. Right.  Right.
18     Q. Okay.  Now, in a declining economy, in your
19  experience, do deals in a particular -- in a particular
20  type of product tend to fall out more quickly than other
21  types of products?
22     A. Large deals fall out more quickly.  So
23  applications -- there are more large deals --
24  applications is more large-deal driven than database.
25  There are large deals -- there are more large deals in

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00246:01  database than there are in applications, but as a total
02  percentage, there's a higher percentage of application
03  deals are big.  Just the database business is four times
04  larger than the applications business, so there are still
05  more large deals in database.  But large deals in general
06  are the ones that are at risk because those are the ones
07  that go up to senior management, who are the people that
08  become much more sensitive to macroeconomic trends than
09  the people lower in the organization.  So when there's --
10  when there's economic softness, it's a deal that the CIO,
11  the chief information officer, approved and you think
12  you're going to get.  Often, as it goes up for approval
13  to the president of the company or the CEO of the
14  company, often that's where it gets stopped.
15     Q. What's a deal cycle?
16     A. It's -- cycle is from the time we have a
17  prospect -- I know that you're interested in buying a
18  million dollars' worth of database -- to the time you
19  actually either sign an order or tell me you're going to
20  sign an order with IBM instead.
21     Q. Okay.  Is a deal cycle something that expands or
22  contracts when the economy is expanding or contracting?
23     A. Yes.  Deals will take longer as companies will
24  put in more approvals as to who can sign, you know, sign
25  off the deals.  So in good times, sometimes the CIO can

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00247:01  spend up to $5 million, as times get tough and CEOs want
02  to, you know, be cautious about every dime that they
03  spend, they'll say, any deal more than $1 million has to
04  come to me to approve.
05        Okay?  More links are put in the approval chain
06  inside a company, and it slows the deal down or cancels
07  the deal altogether.
08     Q. Okay.  In a declining economy, you would expect
09  to see longer deal cycle, and in an expanding economy,
10  you would expect to see a shorter deal cycle?  Is that
11  fair?
12     A. Yes.
13        (Whereupon, DC Exhibit 104 was marked
14        for identification.)
15     MR. RUBENSTEIN:  What's the number of this?
16     MR. DE GHETALDI:  104.
17     THE WITNESS:  You don't want me to read the whole
18  thing, do you?
19     MR. DE GHETALDI:  Q.  Oh, no, no.  I was going to
20  ask --
21     A. Okay.
22     Q. I did want you to look at it, and I was going to
23  ask you whether you have ever seen this document before.
24     A. I haven't seen the document, but I was certainly
25  part of the conference.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00248:01     Q. Okay.  What I'd like you to do is turn to page 5,
02  that has the Bates number 81617 at the bottom, and the --
03  in particular, the question at the top of the page from
04  Rick Sherlund, where he says:
05        "Larry, can you help me understand this?
06     I mean, clearly, everybody understands
07     that when the economy goes through a
08     period like this, visibility is lower.
09     You guys know how to scrub the pipeline,
10     talk to the salesmen, make sure those are
11     real deals, yet it turns out they're not
12     real deals.  How does that work?  How can
13     the sales people kind of not know that the
14     deals are going to slip at the end of the
15     quarter?  Is it the customer just not
16     aware that they're going to run into
17     resistance at the end of the quarter?"
18        And then you answer that you were actually
19  involved in a lot of the calls on some of these
20  transactions, and what really happened -- or really, what
21  happened is all -- a bunch of deals were already approved
22  at the mid-high level, at the vice president or senior
23  vice president level.  Once it got up to the CFO/CEO
24  level, they were pushed off.
25        I guess I'd like to know when you noticed that

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00249:01 happening, you personally.

02    A. The last -- the last -- after George Roberts'

03 call on the 26th, all of us are making calls to -- on

04 large transactions. We still had a very large -- that's

05 on February 26.

06    Q. Sure.

07    A. And there was still a very, very large pipeline

08 of large deals, and we still felt we had a very good

09 chance of making the quarter. There certainly was plenty

10 of deals in the pipe to make the quarter. So we called

11 them and we found that, you know, that even though CIOs

12 had told our sales people, yeah, we're going to buy, this

13 deal is moving right ahead, the -- as it went up to a

14 higher level, either the chief financial officer or the

15 chief executive officer, they didn't approve the

16 transaction.

17    As I said, you know, our sales are awfully --

18 often part of -- a $5 million database sale might be part

19 of a $50 million IT project, so it's not just the

20 $5 million database sale they're looking at. They're

21 looking at the overall project. This is the first time

22 we saw our sales being substantially impacted by the

23 weakening economy.

24    Q. Well, hadn't -- hadn't you gotten any reports

25 from NAS that this was happening much earlier in the

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00250:01 quarter?

02    A. No. If you look at the pipe -- if you look at

03 the pipelines, the pipelines, were, you know, very, very

04 strong. They were 50 percent -- I mean, the pipeline --

05 you know, the pipeline started out at 50 percent higher

06 than they were a year ago. We had just -- I mean -- I

07 think over 50 percent higher. The -- we had just

08 concluded two record quarters, one record after another.

09 Even though dot-coms had largely disappeared, we just

10 delivered two record quarters. So, no.

11    I mean, all the indicators we had -- pipeline's

12 huge, salespeople are forecasting a great quarter, the --

13 there was no indication at all. And plus, we had the

14 largest deal in our history that had just closed early on

15 in their quarter. So every indication -- we were off to

16 a great start in December. So every indication was we

17 were going to have a terrific quarter.

18    Q. Well, you say you never got a report from anyone

19 at NAS that they were seeing increase in their deal

20 cycles?

21    A. Oh, no, some people might have said they were

22 seeing increase in the deal cycles. I mean, I'm -- A, I

23 don't know -- I don't recall getting -- seeing that.

24 Maybe I did. I don't -- but I don't recall it.

25    But no -- but in terms of the overall feeling for

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00251:01 the quarter, the overall -- all the information that we

02 had, you know, told us that we were the -- I should say

03 the sum of the information that we had told us that we

04 were going to have a very good quarter.

05    Q. Okay. But I was asking about a particular piece

06 of that sum. And the -- is it your testimony that you do

07 or you don't recall receiving a report from somebody at

08 NAS about seeing an increase in the deal cycle length?

09    A. I don't recall.

10    Q. All right. Do you recall discussing with anybody

11 from the Americas Divisions a pattern of intraquarter

12 deal slippage, that is, deals that were scheduled to

13 close early in the quarter slipping to closure late in

14 the quarter?

15    A. That's quite common.

16    Q. Okay.

17    A. So -- but I don't know -- I certainly could have

18 received deals like that, and that's not uncommon in our

19 business.

20    Q. All right.

21    A. But keep in mind we had a great December, and

22 then we had a great January. So if deals had slipped --

23 had slipped out, in a sense, that's good news because

24 that means even -- in spite of that slippage, we had a

25 very good December. In spite of that slippage, we had a

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00252:01 very strong January. And they said they were slipping

02 out to February, which means we're going to have a very

03 strong February.

04    Q. Did you receive reports of slippage in the

05 pipeline during the first two months of Q3?

06    A. You mean did the pipeline go down from the

07 50 percent growth?

08    Q. Yeah.

09    A. Yeah, it did. But it was still well above the --

10 well above our forecast.

11    Q. When you say "well above," how far above do you

12 think it was?

13    A. I don't -- I don't remember how far above. But

14 it was sub -- you know, substantially above, 20 -- at

15 least 20 percent additional coverage. I'm guessing.

16 Twenty, 25 percent additional coverage.

17    Q. Okay.

18    A. So where the pipeline -- if the forecast was

19 25 percent growth, then the pipeline was at least

20 30 percent. That would be 20 -- you know, 20 percent

21 in -- 10 percent of 25 percent is two and a half percent.

22 Twenty percent of 25 percent is 5 percent. I just want

23 to be clear on the calculation.

24    Q. Okay. Good. I'm glad you clarified that.

25    A. Okay. Okay.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00253:01  Q. Because it -- it could have gone two ways. |
| 2 | 02  A. Right.  Right.  I just wanted to make sure you |
| 3 | 03  understood what I -- |
| 4 | 04  Q. Okay.  Was the pipeline in Q3 '01 behaving in the |
| 5 | 05  same way that the pipeline behaved in Q3 '00? |
| 6 | 06  A. I don't recall. |
| 7 | 07  Q. Do you recall whether the pipeline in Q3 '00 |
| 8 | 08  started off and just dropped or whether it went up before |
| 9 | 09  it dropped? |
| 10 | 10  A. Don't recall. |
| 11 | 11  Q. Okay.  Did you receive any reports from anyone in |
| 12 | 12  NAS that the impact of the dot-com bubble bursting was |
| 13 | 13  going to be more significant in Q3 than it had been in |
| 14 | 14  the prior two quarters of fiscal year '01? |
| 15 | 15  A. Not that I recall. |
| 16 | 16  Q. You were -- you were following the pipeline |
| 17 | 17  progress during the quarter; right? |
| 18 | 18  A. Yes. |
| 19 | 19  Q. If you turn back one page on Exhibit 104, |
| 20 | 20  Mr. Sherlund, in the middle of the page with the Bates |
| 21 | 21  No. 81616, says: |
| 22 | 22   "Can you help us at all understand on the |
| 23 | 23  database weakness if we have any more |
| 24 | 24  granularity on whether that database for |
| 25 | 25  internal developments or, you know, how |

Oracle Related Cases                                                    Page 253

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00254:01  much of that might be indicative of how |
| 2 | 02  the applications business is doing more |
| 3 | 03  broadly against -- across the market?" |
| 4 | 04  And your reply is: |
| 5 | 05   "Rick, I think the database business -- if |
| 6 | 06  you really want to drill down, there are |
| 7 | 07  two things we can say about it:  The |
| 8 | 08  weakness was almost entirely in the United |
| 9 | 09  States.  We had two -- we had a very |
| 10 | 10  strong database quarter a year ago, driven |
| 11 | 11  by the dot-coms, so that put us -- put a |
| 12 | 12  lot of pressure on our database.  It was a |
| 13 | 13  combination of the disappearance of the |
| 14 | 14  dot-coms and just a general slowdown of |
| 15 | 15  database across the board in the United |
| 16 | 16  States." |
| 17 | 17  Well, first of all, was that an accurate answer |
| 18 | 18  that you gave to Mr. Sherlund? |
| 19 | 19  A. I think so. |
| 20 | 20  Q. Okay.  When did you -- you -- first notice this |
| 21 | 21  combination effect of the disappearance of the dot-coms |
| 22 | 22  and a general slowdown of database across the board in |
| 23 | 23  the U.S.? |
| 24 | 24  A. Well, this is me commenting on how the quarter |
| 25 | 25  ended. |

Oracle Related Cases                                                    Page 254

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00255:01  Q. Yes. |
| 2 | 02  A. So after the quarter was over -- so kind of |
| 3 | 03  looked at the results in early -- the day after, you |
| 4 | 04  know, the day after the quarter closed, or the day the |
| 5 | 05  quarter did close, and I tried to analyze, you know, what |
| 6 | 06  had happened.  A bunch of big deals didn't close, and an |
| 7 | 07  awful lot of those big deals were in the database area. |
| 8 | 08  We had already commented that the dot-coms -- the |
| 9 | 09  dot-coms had disappeared, so it was -- people were -- |
| 10 | 10  weren't signing big database deals and -- and the |
| 11 | 11  comparison a year ago, the strong database numbers we had |
| 12 | 12  a year ago, was largely driven by -- I shouldn't say |
| 13 | 13  "largely driven" -- was -- certainly had an important |
| 14 | 14  dot-com component in it.  So when you compare one year to |
| 15 | 15  another, you are doing just that:  You are comparing one |
| 16 | 16  year to another.  So if you had a really strong dot-com |
| 17 | 17  component in '00, and those dot-coms had disappeared, |
| 18 | 18  that's certainly going to affect your -- you know, your |
| 19 | 19  database business, you know.  The comparison is -- we had |
| 20 | 20  a very strong year in 2000. |
| 21 | 21  Q. Well, when you say "it put a lot of pressure on |
| 22 | 22  our database," what did you mean by that when you said |
| 23 | 23  that to Mr. Sherlund? |
| 24 | 24  A. Where are you?  Let's see. |
| 25 | 25  Q. The same answer I just read, in the middle of the |

Oracle Related Cases                                                    Page 255

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00256:01  page.  It's the fourth line. |
| 2 | 02  A. Okay.  It's setting a very high bar.  If we have |
| 3 | 03  a very -- the previous year, we sold so much dot-com |
| 4 | 04  business, and then we have to grow the database business |
| 5 | 05  again in the new year.  And it's -- you know, the bar has |
| 6 | 06  been set -- it was set so high because of the bubble -- |
| 7 | 07  again, this is all in hindsight.  This is my analysis |
| 8 | 08  after the quarter was over.  We had this very strong year |
| 9 | 09  2000, as a lot of software companies did.  And we had a |
| 10 | 10  lot of -- a lot of dot-com business and other business, |
| 11 | 11  and we're comparing that year 2000 to the year 2001, and |
| 12 | 12  the bar had been set very high.  We sold a lot of |
| 13 | 13  database.  So, to show growth, we'd have to sell even |
| 14 | 14  more database, even though now the dot-coms were gone. |
| 15 | 15  And a second factor was the fact the economy was |
| 16 | 16  weakening, and people weren't signing big software deals |
| 17 | 17  of any kind -- I shouldn't say that.  People were less |
| 18 | 18  inclined to sign big software deals, database deals and |
| 19 | 19  application deals.  Any kind of big software deals. |
| 20 | 20  Q. You knew that Oracle's dot-com business had |
| 21 | 21  really sloughed off in Q1 and Q2 -- |
| 22 | 22  THE REPORTER:  I'm sorry.  Repeat your answer? |
| 23 | 23  MR. DE GHETALDI:  Q. You knew that the dot-com |
| 24 | 24  business had really sloughed off in Q1 and Q2 of fiscal |
| 25 | 25  year 1000 [sic], right? |

Oracle Related Cases                                                    Page 256

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 00257:01 | A. Uh-huh. |
| 02 | Q. And we talked about that yesterday. |
| 03 | A. Right. |
| 04 | Q. It was covered, you thought, by other database |
| 05 | business — |
| 06 | A. Right. |
| 07 | Q. — so that you didn't really feel the effect; |
| 08 | right? |
| 09 | A. Correct. And then — and now we have this |
| 10 | combination. Now, it's still true that the dot-com |
| 11 | business has vanished, but now you have the additional |
| 12 | factor of weakening economy and large deals not closing, |
| 13 | and you combine those two effects with dot-com — you |
| 14 | know, we were able to overcome those effects before the |
| 15 | economy weakened. And now the economy is weakening, |
| 16 | we're not able to overcome those effects. |
| 17 | Q. Did you see any indication in Q3 '01 that the |
| 18 | dot-com business was actually weakening more than it had |
| 19 | in Q1 and Q2? |
| 20 | A. I didn't. |
| 21 | Q. Was that something, to your knowledge, that |
| 22 | anybody at Oracle studied? |
| 23 | A. I don't know. I mean, in terms of weakening it |
| 24 | more? Again, weakening more — our pipeline was very |
| 25 | strong. So looking -- looking — I'm not sure we really |

Oracle Related Cases                                      Page 257

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 00258:01 | studied the dot-com impact. Maybe someone did. What I |
| 02 | looked at was the overall business, the overall pipeline, |
| 03 | which looked very, very strong. And as I say, it looked |
| 04 | exceptionally strong, in spite of the dot — you know, |
| 05 | dot-coms disappearing. |
| 06 | Q. I'm going to hand you a copy of a document that |
| 07 | was previously marked as Exhibit 47. We don't have a |
| 08 | copy of the marked exhibit, but this was used at |
| 09 | David Winton's deposition. |
| 10 | MR. SALPETER: Forty-seven? Is that what you — |
| 11 | MR. DE GHETALDI: Forty-seven, yes. |
| 12 | Q. Two things. Before I ask any questions, let me |
| 13 | just tell you what we learned in Mr. Winton's deposition. |
| 14 | It might alleviate some confusion that we had at first. |
| 15 | The e-mail is — that he forwards to Mr. Roberts |
| 16 | looks like an e-mail to himself. But he testified that |
| 17 | actually, it was a copy of a report that he regularly |
| 18 | gives to Jennifer Minton. And he also testified that the |
| 19 | Excel spreadsheet, which is the third page, has nothing |
| 20 | whatsoever to do with the e-mail, and he has no idea why |
| 21 | it was attached. |
| 22 | So with that in mind, have you ever seen |
| 23 | Exhibit 47 before today? |
| 24 | A. I've never seen it before today. |
| 25 | Q. All right. Did — in December of 2000, did you |

Oracle Related Cases                                      Page 258

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 00259:01 | have a discussion with either Mr. Winton, Mr. Roberts, or |
| 02 | Ms. Minton, about the initial December forecast for NAS? |
| 03 | A. Not -- I — I don't know Mr. Winton. I've |
| 04 | never — never met Mr. Winton. And other than the |
| 05 | regular discussions we have in the Monday meetings about |
| 06 | the forecast, I — I don't know of any other discussions. |
| 07 | Q. Right. |
| 08 | A. And Mr. Roberts and Ms. Minton both participate |
| 09 | in those Monday meetings. |
| 10 | Q. All right. The first paragraph indicates that |
| 11 | the LOBs turned in 311 million. What is — do you |
| 12 | understand what "LOB" referred to? |
| 13 | A. It's called lines of business. All they are -- |
| 14 | it's just a group of salespeople. |
| 15 | Q. Okay. |
| 16 | A. It's a sales group. They just don't like to call |
| 17 | themselves a sales group. "Line of business" is so much |
| 18 | more romantic. |
| 19 | Q. I see. And to that, the LOBs added 28 million of |
| 20 | judgment, and apparently Mr. Roberts and Mr. Winton added |
| 21 | another 39, for a total of 67. Or — in judgment. |
| 22 | Is that — |
| 23 | A. I don't think that's right, but... |
| 24 | Q. Well, it's — it's — the math is strange. |
| 25 | A. Yeah. Yeah. There's — but okay. |

Oracle Related Cases                                      Page 259

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 00260:01 | Q. I understand. The math doesn't add up. |
| 02 | A. No, it doesn't add up. |
| 03 | Q. But assuming that we're talking about — what is |
| 04 | a usual figure for management judgment that — if there |
| 05 | is any — that's added — that you would like to see |
| 06 | added on top of LOB submissions? |
| 07 | MR. SALPETER: Objection to form. I mean, you're |
| 08 | asking him about a document he says he didn't see. |
| 09 | MR. DE GHETALDI: Well, I wasn't asking him about |
| 10 | the document. I was asking about what he would usually |
| 11 | like to see. Maybe I wasn't — |
| 12 | MR. SALPETER: Independent of the document. |
| 13 | MR. DE GHETALDI: Yeah. Maybe I wasn't clear |
| 14 | about that. |
| 15 | MR. SALPETER: You're just asking him a general |
| 16 | question. |
| 17 | MR. DE GHETALDI: Yes, yes. |
| 18 | THE WITNESS: Very early in a quarter, and this |
| 19 | is December 7 — the feel — the accuracy — the |
| 20 | bottoms-up forecast, adding is often incomplete. They |
| 21 | just haven't finished the bottoms-up forecast. So |
| 22 | sometimes very early in a quarter, you get a lot of |
| 23 | management judgment in a forecast. You'd like to see |
| 24 | that management judgment disappear, you know, fairly |
| 25 | quickly as we get a more complete — as they get a more |

Oracle Related Cases                                      Page 260

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00261:01 complete forecast. They just haven't -- they just
     02 haven't finished -- the individual salespeople haven't
     03 finished their forecasting process.
     04     MR. DE GHETALDI: Q. All right. So you would
     05 tend to expect that management judgment at least should
     06 be higher at the beginning of the quarter than what it is
     07 towards the end of the quarter?
     08     A. Well, my personal preference is that we got the
     09 forecast out, we finished the forecast early and we had a
     10 good bottoms-up forecast, and then apply management
     11 judgment to that.  That's often not the case.
     12     If I just said that -- so, I'd rather there not
     13 be much management -- we get management judgment in both
     14 directions.  Sometimes the salespeople -- bottoms-up
     15 salespeople are forecasting rather exuberantly, the
     16 management judgment will go the other direction.  Typ --
     17 but typically, the majority of the cases, the salespeople
     18 are being very conservative.  They're not certain what
     19 they're going to sell in the quarter yet.  They really
     20 haven't analyzed the quarter.  They just finished the
     21 previous quarter.  It's one -- it's a few days into the
     22 new quarter, and they haven't done as thorough an
     23 analysis and as thorough projection as you get after a
     24 week or two into the quarter.  This is December 7, so
     25 this is just literally after Q2 was closed.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00262:01     Q. Okay, I guess maybe I didn't understand.
     02     But what I was asking was whether the -- you
     03 would prefer to see, if there is going to be management
     04 judgment added, that it be added at the beginning of the
     05 quarter and then disappear as the quarter goes on.
     06     A. The first week of the quarter, often they haven't
     07 done a forecast yet.
     08     Q. Yes.
     09     A. So this is getting -- I'm pushing this document
     10 aside, just going to general practice --
     11     Q. Right.
     12     A. -- inside of Oracle.
     13     The very first week of the quarter, we often
     14 don't have a very good forecast for the entire quarter
     15 because it just -- people just have not gone back to
     16 Oracle sales online, filled out -- looked at their
     17 prospects, looked at their pipeline, scrubbed -- if you
     18 will, scrubbed their pipeline, and come up with a
     19 forecast.  Yet we've asked the question, what does
     20 the quarter -- you know, what does the quarter look like,
     21 very early.
     22     Because of the incompleteness of the process,
     23 we'll often see management judgment in the first week.
     24 As they finish the process, you would hope -- you would
     25 expect, you would like a lot of that management judgment
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00263:01 to disappear.  It doesn't disappear completely, but it
     02 should be less substantial.
     03     Q. Right.  Okay.
     04     Mr. Winton indicates that in -- in point number
     05 two of his e-mail in Exhibit 47, that there were more big
     06 deals to date in Q1 and Q2 than were currently in the Q3
     07 pipe.  And in fact, he says there was only one greater
     08 than $5 million.
     09     Is that -- assuming that's a fact, was that
     10 something that was discussed at the Monday meeting, that
     11 you recall?
     12     A. The overall -- the big deal count -- and going
     13 into the last couple of days of the quarter, our number
     14 of big deals was way up for the company.  So from the
     15 very beginning of the quarter to the very end of the
     16 quarter, our big deals had increased substantially.
     17     So keep in mind this is one group.
     18     Q. Yes.
     19     A. It's not a small group, but it's one group inside
     20 of Oracle.  Early on in the quarter, all the data I had
     21 was showing that big -- you know, overall pipeline was up
     22 dramatically, up over 50 percent to start with, and that
     23 we had lots and lots of big deal coverage and we had lots
     24 of growth in big deals versus the same quarter the
     25 previous year.  So...
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00264:01     Q. Okay.  When you say this group here, this is NAS.
     02 right?
     03     A. Oh, it's a big -- it's one group.  But it's a big
     04 group.  Yes, I said that.
     05     Q. Doesn't it account for about roughly 25 percent
     06 of Oracle's license revenues, on average?
     07     A. Close enough, yeah.
     08     Q. Okay.  So --
     09     A. I'm not -- it's a substantial group.  I'm saying
     10 it's one group, and it's early in the quarter.  The
     11 information I had was the overall company pipeline, which
     12 is made up of the total, and the big deals.  So what I
     13 was saying -- let me emphasize, I've never seen this
     14 document before.
     15     Q. Yes, I understand.
     16     A. What I saw was a pipeline that had grown at
     17 52 percent, I think -- again, I'm not sure, but -- that
     18 could just be the number of weeks in the year; I don't
     19 know.
     20     But our pipeline had grown very substantially.
     21 We had a greatly improved pipeline over the previous
     22 year, and the number of big deals had grown very
     23 substantially.  That was true throughout the quarter up
     24 till, you know, the very end.
     25     Q. And the third point that Mr. Winton makes in this
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00265:01 e-mail is that growth rates will slow in the second half.
     02   Is -- is that something that you recall discussing or
     03   hearing discussed in any of the Monday meetings during Q3
     04   '01?
     05       A. No. Only -- only in the sense that the
     06   comparisons were more difficult. We had a very strong Q3
     07   and Q4 the previous year, so when you -- again, when the
     08   bar is set high, we know we have to clear a high bar.
     09   So, you know, quarter -- I don't mean to be pedantic, but
     10   the quarter, you know, Q3 this year is compared to Q3
     11   last year. If we had a good Q3 last year, that sets the
     12   bar very high for us to clear for this year, and we know
     13   we had -- so we knew -- it just -- it's a meeting where we had a strong Q3
     14   and a strong Q4 the previous year. And we're coming
     15   off -- but nonetheless, we're coming off record Q1s and
     16   Q2s.
     17       Q. Yes. Then finally, on the second page of
     18   Exhibit 47, the fourth point that Mr. Winton makes is
     19   that Q3 pipe is not where it needs to be.
     20       Do you recall that point being discussed during
     21   the Monday EMC meetings in Q3 '01?
     22       A. No, no. What I remember is the pipeline -- an
     23   overall company pipeline that had grown 52 percent.
     24       Q. This next document that I'm handing you is one
     25   that was marked as Exhibit 47 -- or 48 at Mr. Winton's
```

Oracle Related Cases                                    Page 265

```
00266:01 deposition. And again, I'm sorry we don't have a copy of
     02   the actual document with the exhibit stamp on.
     03       So this was Exhibit 48.
     04       A. Right.
     05       Q. Have you ever seen Exhibit 48 before?
     06       A. I've never seen this document before.
     07       Q. Okay. In the first line, Mr. Winton indicates
     08   that there was an ops review that had just finished.
     09       Are you familiar with that term?
     10       A. Yes. Operations review?
     11       Q. Yes.
     12       A. And I think it means a lot of different things.
     13   I think it's just -- it's a meeting where they took a
     14   quick look at the status -- the state of the business.
     15       Q. Okay.
     16       A. And it could last anyplace from a few hours to a
     17   few days.
     18       Q. Okay. And that's essentially what Mr. Winton
     19   said, was that there was a meeting on January 9th of the
     20   NAS people, and he was reporting to Jennifer Minton on
     21   what had been discussed at that meeting.
     22       So again, he indicates now, a month into the
     23   quarter, that the pipe had not grown as anticipated, and
     24   it was actually slightly down from the end of December.
     25       Do you recall any discussion in the Monday
```

Oracle Related Cases                                    Page 266

```
00267:01 executive committee meetings about the -- an ops review
     02   meeting that was held in NAS in January of 2001?
     03       MR. SALPETER: I want to object to the form of
     04   the question. The preamble to the question is
     05   objectionable.
     06       MR. DE GHETALDI: Q. You may go ahead and answer.
     07       THE WITNESS: Okay. The answer -- the answer is
     08   no. But what he says here in the note is he's not
     09   changing his forecast. The forecast is unchanged, and in
     10   fact, he thinks he's going to beat the forecast.
     11       So the substance is -- is there going to be any
     12   change in forecast? No. But he doesn't think he's going
     13   to beat the forecast by as much as he thought he was
     14   going to beat the forecast before. So that's at least
     15   how I read this note.
     16       MR. DE GHETALDI: Q. Okay. Did -- did you
     17   understand at the -- in Q3 '01, that the information --
     18   well, I'll get to that later.
     19       Do you recall any discussions in Q3 '01, at these
     20   executive meetings on Mondays in -- specifically in
     21   January -- about discussions of the lack of big deals
     22   continuing in NAS?
     23       A. Again, I -- I tended to look at the company as a
     24   whole, and my recollection is we had more big deals --
     25   again, maybe I'm mistaken; I could look at the
```

Oracle Related Cases                                    Page 267

```
00268:01 documents -- but we had more big deals in this Q3 than we
     02   had in the Q3 before. We had more big deals in this Q3
     03   pipeline, and we closed more big deals than the year
     04   before.
     05       Q. We've heard that it was your practice at these
     06   Monday meetings to actually drill down -- that's the
     07   phrase that we've heard -- with each of the division
     08   heads as to what was going on in their divisions.
     09       Is that accurate? Did you do that?
     10       A. I certainly, if there was an apparent problem, if
     11   someone had radically lowered their forecast, where I
     12   think there is a problem, I tended to drill down in areas
     13   where there were problems, absolutely.
     14       Q. Okay.
     15       A. But again, let me emphasize, with this
     16   document -- at least, if I'm reading this document
     17   correctly, and I think I am -- he says our Q3 forecast of
     18   $346 million has not changed, but the upside is revised
     19   down.
     20       So he thinks the most he can beat this by is
     21   360 million. So he's saying that you're not -- gee, our
     22   best case is not as good as I thought it was going to be.
     23   We're keeping our forecast -- and in fact, then he goes
     24   on to say, "I think we're tracking to a Q3 of 354 to
     25   355," which is better than is forecast. And then he
```

Oracle Related Cases                                    Page 268

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00269:01 identifies a specific deal, AmeriCredit.

2  02      THE REPORTER: I'm sorry. Identified what?  He

3  03 cites...

4  04      THE WITNESS: And then he cites a specific deal,

5  05 AmeriCredit, which would increase the result, the

6  06 forecast result to 360 million.

7  07      So, yeah, there is discussion of the pipeline

8  08 having not grown as much as he would have liked.  But

9  09 keep in mind, again, we had a pipeline grow -- we started

10 10 the quarter with what I think I characterized as

11 11 astonishing pipeline growth year-over-year.  We had very

12 12 good Q3 a year ago, and our pipeline was up over

13 13 50 percent.  Now, that pipeline was coming down a bit.

14 14 But still, it was way more than we needed to make our

15 15 quarter.

16 16      MR. DE GHETALDI: Q.  Okay.  You mentioned -- you

17 17 used a phrase "radically lowered forecast."  That was

18 18 your phrase, I believe, "radically lowered forecast."

19 19      A. I said that?

20 20      Q. Yes.

21 21      A. Could someone read it back to me?

22 22      MR. TABACCO: You want the line and page?

23 23      MR. SALPETER: If you want to start on page --

24 24      THE WITNESS: Oh, I think I now recall.  So if

25 25 someone had -- if someone had come in with a rad -- would

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00270:01 drill -- would I drill down if there is a problem area,

2  02 if someone -- and then hypothetically, if someone had

3  03 given -- what could cause that, if someone had given a

4  04 radically lower forecast.  I would want to understand the

5  05 details of what was the cause of that.

6  06      MR. DE GHETALDI: Q.  Yes.  Right.

7  07      A. That was a hypothetical.

8  08      Q. Yes.

9  09      A. Okay.  I wasn't sure what --

10 10      Q. No, no, no.  I was just trying to find out

11 11 what -- if you can quantify --

12 12      A. Oh.

13 13      Q. -- "radically altered forecast."

14 14      A. If their forecast -- 15 percent, something like

15 15 that -- their forecast had dropped 15 percent, I would --

16 16 I would be -- I call that radically lower and want to

17 17 understand why.

18 18      Q. Mr. Winton is indicating to Jennifer Minton that

19 19 the West expects to end the year 30 to 40 million behind

20 20 their original budget for technology.

21 21      Were there budgets for particular geographic

22 22 divisions of particular groups?

23 23      A. If the -- if there were -- if the group was

24 24 partitioned.  In fact, if you had one group that was

25 25 selling technology and a separate group that was selling

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00271:01 applications, sales -- sales groups forecasts are very

2  02 useful.  Where I -- so if you have one group that sells

3  03 technology, another group that sells applications, the

4  04 forecasting there is very, very -- is very useful, and I

5  05 think -- and that's what we had at this time.  In NAS,

6  06 the West.  So we had different sales groups.  Some were

7  07 just selling applications; some were just selling

8  08 database.

9  09      Q. Okay.  And each of those groups would have an

10 10 individual budget, I think, was my actual question.

11 11      A. Yeah.  Each -- each group would have, let's say,

12 12 25 salespeople in it, and those salespeople would have a

13 13 revenue target.  Each individual salesperson will have a

14 14 revenue target or quota.  Or said another way, a budget.

15 15      Q. All right.  Mr. Winton is indicating that -- that

16 16 major sees a slowdown in spending, along with smaller

17 17 deal sizes.

18 18      Do you recall that being a topic of discussion at

19 19 any of the January executive management meetings?

20 20      A. I don't recall.  I don't -- don't know.

21 21      Q. Okay.  In the final paragraph, he says that for

22 22 the full year, technology looks to trail both original

23 23 budget and the replan targets.

24 24      What -- what's "replan"?

25 25      A. Oh.  We go through a process of -- at the

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00272:01 beginning of the year, we establish a budget.

2  02      Q. Yes.

3  03      A. And -- and we -- those budgets are subject to

4  04 constant revision based on external events, internal --

5  05 you know, internal opportunities.  So we might decide if

6  06 a particular product is doing very well, we'll add

7  07 sales -- let's say we plan to sell $100 million of this

8  08 product, and that group is doing extremely well, looks

9  09 like they can sell 150 million, we'll start adding

10 10 salespeople, and we'll replan that group.  We'll invest

11 11 more in salespeople and expect to get more revenue out of

12 12 it.  If a particular group is not doing well, we will

13 13 replan them down, cutting salespeople out of that group

14 14 and expect them to deliver less revenue.

15 15      Q. Do you recall whether -- or which direction NAS's

16 16 replan went in Q3 '01?

17 17      A. The technology -- I don't, but I can guess pretty

18 18 accurately.  Again, as the dot-com business had been so

19 19 strong in 2000 and been building up, and the dot -- most

20 20 of those dot-coms are located on the West Coast,

21 21 specifically in Silicon Valley, an awful lot of them.

22 22 That was one geographic area for technology that slowed

23 23 down substantially.  So you would expect that particular

24 24 group to -- to shrink.  Which it did.

25 25      MR. DE GHETALDI: Anyone want to take a break?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00273:01   Q. I'm handing you now a copy of a document that was
02   marked as Exhibit 49 in Mr. Winton's deposition.
03   A. Okay.
04   Q. Have you ever seen this document before?
05   A. The one on -- the 29th of January -- seems like
06   29th of January, David Winton to George Roberts?  No, I
07   have not.
08   Q. Okay.  Was the apparent fact that NAS was
09   projecting a negative 6 percent growth in technology by
10   the end of January ever discussed at one of the Monday
11   executive management meetings?
12   A. Not that -- not that I recall.  Not that I
13   recall.
14   Q. In December or January 2 -- in December 2000 or
15   January 2001, I've been asking you about conversations
16   within these executive management Monday meetings.
17   Outside of those meetings, did you ever have discussions
18   with anyone concerning NAS and a declining pipe?
19   A. I had regular conversations with George Roberts.
20   I had regular conversations with Jennifer Minton.  And
21   the forecast -- again, I relied -- the forecast numbers
22   and the pipeline didn't show any problems.  So I'm not
23   sure, you know -- as you say, the drill-down, you know,
24   having an extended conversation about the state of
25   technology in the West, you know, the drop-off in the ASP

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00274:01   business and the dot-com business, I don't remember
02   having any specific discussions about that.  Again, what
03   I looked at was the pipeline for the entire company and
04   the forecast for the entire company.  I looked at the
05   forecast for NAS.  I think at this time, they were still
06   forecasting making their -- making their number or
07   exceeding their number.
08   Q. Were there discussions -- did you have
09   discussions with these people associated with NAS or
10   Jennifer Minton about trends in NAS other than declining
11   pipe or the constant forecast, as you --
12   MR. SALPETER: Objection to the form of the
13   question.  I don't know what you mean by "these people."
14   MR. DE GHETALDI: I'm sorry.  Thanks.
15   Q. Did you have discussions with Mr. Roberts or
16   Mr. Minton [sic] or any of the sales managers for NAS in
17   December 2000 or January 2001?
18   THE REPORTER: I'm sorry.  Did you say
19   "Mr. Winton" or "Ms. Minton"?
20   MR. SALPETER: You said "Mr. Minton."
21   THE WITNESS: Mr. Winton and Ms. Minton.  It's
22   not easy.
23   MS. LAVALLEE: Start over.
24   MR. DE GHETALDI: Let me start over.
25   Q. Did you have discussions with Mr. Roberts or --

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00275:01   at any time in December 2000 or January 2001 about
02   declining trends in NAS?
03   A. I don't think so.
04   Q. Did you have any discussions with Jennifer Minton
05   in December 2000 or January 2001 about declining trends
06   in NAS?
07   A. No.  The forecast -- the forecast was strong.
08   The pipeline was strong.  No.
09   Q. Did you have discussions with anyone in either
10   December 2000 or January 2001 about declining trends in
11   NAS?
12   A. Not that I recall, no.
13   MR. DE GHETALDI: Why don't we take a break?
14   THE VIDEOGRAPHER: Off the record, 12:00 p.m.
15   (Recess taken: 12:00 until 12:26 p.m.)
16   THE VIDEOGRAPHER: On the record, 12:25 p.m.
17   MR. DE GHETALDI: We've just had a discussion off
18   the record trying to clarify which reports were reviewed
19   by Mr. Ellison at the Monday executive management
20   committee meetings, and we've agreed to rely on
21   Jennifer Minton's recollection of precisely what those
22   were.  But our belief as of this time is that what was
23   distributed was what we know as upside reports, and those
24   are the reports that we'll be looking at later today.
25   Yesterday's discussion included the possibility

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00276:01   that certain documents titled "Executive Committee
02   Worldwide Forecast" were actually distributed at that
03   meeting.  But it's our belief at this point that those
04   documents with those titles were internal to finance and
05   were not distributed at the Monday meetings.
06   Is that a fair summary?
07   MR. SALPETER: I think that's a fair summary.  I
08   think Jennifer Minton will be the best person.  I think
09   when we were off the record, Mr. Ellison said that there
10   was one document there that looked very close to and may
11   have been the same thing as he actually saw at the Monday
12   meetings.
13   MR. DE GHETALDI: Right.  And that was the --
14   MR. SALPETER: Upside report.
15   MR. DE GHETALDI: -- upside report.  Right.
16   This will be next in order.
17   THE REPORTER: Marking No. 105.
18   (Whereupon, DC Exhibit 105 was marked
19   for identification.)
20   MR. DE GHETALDI: Q. Have you seen Exhibit 105
21   before today?
22   A. Yes, I have.
23   Q. Was this one of the documents that you reviewed
24   in preparation for your deposition?
25   A. Yes, it is.

```
1    00277:01    Q. When was the first time you saw Exhibit 105?
2    02    A. Forty-eight hours ago.
3    03    Q. In preparation for your deposition, did you have
4    04    an opportunity to read 105 in its entirety?
5    05    A. Yes.
6    06    Q. Did you notice any inaccuracies in the interview
7    07    summary?
8    08        MR. SALPETER: Objection to form. You know, it's
9    09    a 10-page document.
10   10        THE WITNESS: Not when I read it.
11   11        MR. DE GHETALDI: Okay.
12   12    Q. On the first page, there are three bullet points.
13   13    On the second bullet point -- I'm sorry -- the first
14   14    bullet point says that "Ellison reviewed on a monthly
15   15    basis information regarding closed transactions." And
16   16    then in parentheses, "(the flash reports)."
17   17        Do you recall -- or do you know which flash
18   18    reports that refers to?
19   19    A. I receive an e-mail as to the actual results on
20   20    the first and second month of each quarter.
21   21    Q. And that's a two- or three-page e-mail?
22   22    A. E-mail comes in two parts. The first -- the
23   23    first part is the analysis of sales and expenses by
24   24    geography, and then usually, 24 to 48 hours later,
25   25    there's an analysis by product.
```

```
1    00278:01    Q. Okay. Is -- how many pages is the first one?
2    02    A. It's very short. It's -- maybe it's -- maybe
3    03    it's two pages. Barely.
4    04    Q. And the second one, how long is that?
5    05    A. The same.
6    06    Q. The first point says, "He is also kept informed
7    07    of large transactions as they are completed."
8    08        Is that accurate throughout the quarter?
9    09    A. Yeah. If a large deal closes, I usually get an
10   10    e-mail note about it. Or if it's an extraordinary deal,
11   11    like Covisint, I'm told about it.
12   12    Q. All right. Then second point it says, on the
13   13    first page of Exhibit 105:
14   14        "Ellison also looks at forecasting data
15   15        such as that contained in the Oracle Sales
16   16        Online pipeline database. He
17   17        characterized this as a 'digital mood
18   18        ring.'"
19   19        And "mood ring" was in quotes.
20   20        Was that what you told the SLC?
21   21    A. The -- there's two pecans of data in our forecast
22   22    year -- well, the Monday upside reports. There's hard
23   23    data, actually what we did last year. That's hard --
24   24    that's hard fact. Pipeline, that's hard fact. Of
25   25    varying quality, all right? Varying quality.
```

```
1    00279:01    And then there's kind of a guess -- an estimate
2    02    as to what we're going to do in the future.
3    03    Q. Yes.
4    04    A. And -- and that judgment, you know, is
5    05    influenced -- that's a mental process where someone says,
6    06    well, I'm going to close this deal for a million dollars
7    07    this quarter. That's an interesting thing. But, you
8    08    know, it's a forecast about the future, and it has a lot
9    09    to do with -- there's a lot of factors that go into that
10   10    judgment, including mood of the person who's making the
11   11    judgment. So I sometimes will call it a mood ring.
12   12    Q. Okay.
13   13    A. And to characterize it, it's a prediction about
14   14    the future as opposed to hard facts about the past.
15   15    Q. All right. And the second point continues to say
16   16    that:
17   17        "Oracle sales forecasts are tracked online
18   18        and are kept reasonably up to date. The
19   19        data is designed to reflect how the
20   20        salespeople feel about their sales
21   21        opportunities" --
22   22        THE REPORTER: I'm sorry. Say the -- "reasonably
23   23    up to date..."
24   24        MR. DE GHETALDI: "The data is designed to
25   25        Reflect how the salespeople feel about
```

```
1    00280:01    their sales opportunities and likelihood
2    02    of closing those deals in a given
3    03    quarter."
4    04        THE WITNESS: Note the word "feel."
5    05        MR. DE GHETALDI: Yes. Okay. I did.
6    06    Now -- then the third point says:
7    07        "Ellison also keeps abreast of the
8    08        competitive position of Oracle by
9    09        reviewing public information sources such
10   10        as stories about his competitors and
11   11        customers and general economic trends as
12   12        reported in the media."
13   13    Q. Was that accurate as of Q3 '01?
14   14    A. Yes. Yes.
15   15    Q. Now, I'd ask you to turn to page 6, please, of
16   16    Exhibit 105.
17   17    A. Page 6?
18   18    Q. Page 6, which begins a discussion about Oracle's
19   19    Q3, fiscal year '01. In the first full paragraph there,
20   20    under the heading "Economic Climate," there's a sentence
21   21    that says, "Oracle's profit margin was increasing during
22   22    this time frame."
23   23        The phrase "profit margin" is something that may
24   24    have different meanings. Is that -- were those your
25   25    words to the SLC, and if so, what did you mean by that
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00281:01 phrase?
2  02   A. That the ratio of expenses to total revenue was
3  03   improving.
4  04   Q. Okay.
5  05   A. So for every dollar that we sold, more of it was
6  06   falling into profit. So it used to be not so long -- not
7  07   so long ago that in a good year, Oracle's profit -- for
8  08   every dollar that we brought in in revenue, we would
9  09   spend 80 cents to bring in that dollar. We'd gotten to
10  10 the point now where for every dollar we brought in, we'd
11  11 spend 65 cents. So we were becoming a much more
12  12 efficient, more profitable company, as reflected by our
13  13 profit margin improvement.
14  14   Q. Okay. Profit margin can be either operating
15  15 margin or --
16  16   A. Sure.
17  17   Q. -- pretax margin.
18  18   A. Sure.
19  19   Q. Which one were you talking about?
20  20   A. At the 35, 36 percent, it's operating margin.
21  21   Q. All right. The next sentence says:
22  22      "He also believed that Oracle's software
23  23      and application software were high up on
24  24      customers' buying priority because of the
25  25      high return on investment they provide to

Oracle Related Cases                                    Page 281

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00282:01 purchasers through enhanced efficiency and
2  02   lower operating costs."
3  03   Was that your belief in Q3 '01?
4  04   A. Yes, it was.
5  05   Q. And you held that belief despite the fact that
6  06   you had seen softening in the U.S. economy?
7  07   A. In spite of the softening, we had seen record
8  08   sales. And so we had seen softening, yet we were
9  09   delivering record sales. So I thought we would be able
10  10 to, you know, hold up quite well -- which I think we did,
11  11 by the way -- with the softening economy.
12  12   Q. Okay. The next paragraph says that:
13  13      "Ellison noted that experience shows that
14  14      the field forecasts, that is, the
15  15      'forecast' number in the report,
16  16      historically start out small and then
17  17      build."
18  18   Is that accurate, in your experience?
19  19   A. Yeah. I think I said earlier today that very
20  20 early on in the quarter, the forecast process might not
21  21 even be complete, and so an incomplete forecast would be
22  22 smaller, and then as things -- as you worked your way up
23  23 in the quarter, you know, it would -- it could -- should
24  24 build and get larger. That was not necessarily -- that
25  25 wasn't always the case. But normally, you know -- I

Oracle Related Cases                                    Page 282

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00283:01 mean, normally, the forecasts improved. Normally, the
2  02   forecasts improved throughout the quarter.
3  03   Q. All right. Did that phenomenon differ among
4  04   various divisions of North America?
5  05   A. Yeah. That's back to the mood ring. I mean,
6  06   different -- different people have different -- you know,
7  07   different personalities. Some people are optimistic by
8  08   nature. Some people are pessimistic by nature or
9  09   conservative by nature. Some people who had a really
10  10 good quarter the quarter before will make them even more
11  11 optimistic. Some people who had had a tough quarter the
12  12 quarter before will make them more cautious.
13  13      So whenever you're asking people to predict the
14  14 future, to make a sales forecast, it's subject to a lot
15  15 of factors. Real hard data --
16  16   Q. Right.
17  17   A. -- plus their personality plus their recent
18  18 experience in forecasting. It's a complicated
19  19 process.
20  20   Q. Yes. Yes. A lot of factors go into it.
21  21   A. A lot. Absolutely.
22  22   Q. And to accurately forecast, you need to have a
23  23 grasp of many of those factors; right?
24  24   A. Yes, and including -- and things that are going
25  25 on inside of Oracle, how our products compare to our

Oracle Related Cases                                    Page 283

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00284:01 competition's, what's the state of the economy, what's
2  02   the state of the economy in the specific area you're
3  03   selling to. If you're selling to dot-coms, it's very
4  04   different than if you're selling to General Electric.
5  05   Q. The next sentence says:
6  06      "In Q3 FY '01, the forecast remained
7  07      consistent, i.e., did not rise over the
8  08      course of the quarter, giving
9  09      Jennifer Minton a basis for her decreased
10  10     'upside.'"
11  11   Do you see that?
12  12   A. I'll find it.
13  13   Q. It's down there --
14  14   A. Paragraph B or --
15  15   Q. Yes. Bottom of page 6.
16  16   A. Okay. Okay. Got it.
17  17   Q. Do you recall saying that to the SLC?
18  18   A. I don't, but I certainly believe I said it.
19  19   Q. Okay. Did you view Jennifer Minton's decreased
20  20 upside as a reflection of softening in Oracle's business
21  21 in Q3 '01?
22  22   A. She didn't -- let's see. A, I think you're
23  23 better off asking her why -- you know, why she did this.
24  24 My -- you know, my judgment was that the sales --
25  25 Jennifer did lower her upside during -- you know, during

Oracle Related Cases                                    Page 284

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00285:01  the quarter, and I'm not sure what she base -- quite
02  frankly, I'm not sure what she based that on.  She has
03  conversations with salespeople.  She has conversations
04  with finance people in the sales divisions.  So I'm not
05  exactly sure why she lowered her -- lowered the upside.
06        And I think she very well might have said --
07  again, in the meeting -- that the sales -- the sales
08  forecasts are not going up.  Therefore, I think there is
09  not as much upside.  There's not as much as she initially
10  thought in the quarter.
11        But again, I'm -- best I recall.
12     Q.  Okay.  That's fair.
13        On the next page, on page 7, the second
14  paragraph, the third sentence says:
15        "In Ellison's opinion, the forecasts tend
16        toward the same number and understate the
17        upside as well as the downside."
18        Is that your opinion about --
19     A.  Well, if you just -- where are you?
20     Q.  I'm sorry.  I'm in the second full paragraph --
21     A.  Second full paragraph.
22     Q.  -- page 7.
23     A.  Okay.
24     Q.  The third sentence.
25     A.  Okay.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00286:01  Q.  Was that your opinion about the tendency of the
02  forecasts in fiscal year '01?  That is --
03     A.  I think all I'm trying to say here is that people
04  are making judgments based on conversations with people.
05  The salespeople are making judgments.  Jennifer is making
06  judgments as well.  So what we're dealing with here are
07  people making judgments.
08     Q.  Okay.
09     A.  And -- and in my -- you know, my inclination is
10  to work off hard data rather than judgment -- it's very
11  valuable -- and hard data, to me, is Jennifer has been
12  more accurate in forecasting than the salespeople have.
13  That, to me, is hard data.  So I tend to listen to her
14  more carefully than I listen to the salespeople.
15        On the other hand, when I analyze the data
16  personally.  I look at the actual size of the pipe, the
17  size of the pipeline and how much has actually -- has
18  actually been sold.
19        So I -- my inclination, how I differ from
20  Jennifer in doing forecasts -- and we're all different --
21  is I tend to look at more hard data, where I think she --
22  you know, she talks to more people and exercises more
23  judgment.
24     Q.  Uh-huh.  Okay.
25     A.  But again, having said that, she does a pretty
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00287:01  good job of forecasting.
02     Q.  So going back, I think -- I'm not sure that my
03  question was really answered.  Going back to the page 6,
04  the sentence in paragraph B, that says:
05        "In Q3 '01, the forecasts remained
06        consistent, i.e., did not rise over the
07        course of the quarter, giving
08        Jennifer Minton a basis for her decreased
09        'upside.'"
10        And my question was whether the decreased upside
11  was a reflection of softening in Oracle's business, to
12  you.
13     A.  Again, let me read this again carefully --
14     Q.  Sure, sure.
15     A.  Because I'm not sure whether I'm commenting on
16  Jennifer's methods or -- (reading document).
17        It would be helpful if I was on the right page.
18     Q.  Page 6.
19     A.  Paragraph A or B?
20     Q.  B.
21     A.  All right.  I'm there.
22     Q.  Third sentence.
23     A.  I think it's -- but I think it says exactly what
24  I said, is that the sales forecast, the field sales
25  forecast, did not grow during the quarter, and Jennifer
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00288:01  thought our upside opportunity was therefore less than
02  she thought at the beginning of the quarter.
03     Q.  Okay.  And my question was, did you view that as
04  a reflection of softening in Oracle's business in Q3 '01?
05     A.  I -- we had such extraordinary pipelines in the
06  beginning, you know, in excess of 50 percent growth, that
07  I thought it might mean that we wouldn't beat the number
08  by as much as I thought we going to beat the number by.
09  So Jennifer is saying our ability to beat the number is
10  less than it was before.  So I think that's -- if you
11  want to call that a softening, sure.
12        MR. DE GHETALDI:  I don't think we have much time
13  on the tape, and this is a good stopping point, so --
14        THE VIDEOGRAPHER:  This is the end of Volume II,
15  Tape 1, in the deposition of Lawrence J. Ellison on
16  February 27, 2004.  The time 12:48 p.m.  We're off the
17  record.
18        (Discussion off the record.)
19        THE VIDEOGRAPHER:  This is the beginning of
20  Volume II, Tape 2, in the deposition of Lawrence J.
21  Ellison, on February 27, 2004.  The time, 12:53 p.m.  We
22  are on the record.
23        (Whereupon, DC Exhibit 106 was marked
24        for identification.)
25        MR. DE GHETALDI:  Q.  Mr. Ellison, have you seen
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00289:01  Exhibit 106 before today?
02   A. Yes.
03   Q. Was this one of the documents that you reviewed
04   in preparation for your deposition?
05   A. Yes.
06   Q. When was the first time that you saw Exhibit 106?
07   A. Two days ago.
08   Q. As with Exhibit 105, was there anything in 106
09   that you believed to be inaccurate when you reviewed it?
10      MR. SALPETER:  Objection to form.
11      THE WITNESS:  Not that I recall.
12      MR. DE GHETALDI:  Q.  All right.  Please turn to
13   page 4.  The first full paragraph under C, "Actual
14   Revenue Reports," says:
15      "Ellison was asked about his reliance on
16      the flash reports, which he previously
17      said were important during the SLC's prior
18      interview.  He said that the -- that he
19      reviews the flash reports to get actual
20      revenue numbers, as opposed to the
21      projected numbers but that the reports are
22      of limited value in evaluating the
23      company's prospects of meeting revenue and
24      earnings targets.  According to Ellison,
25      the company's revenue stream is so
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00290:01  back-end loaded that the flash reports for
02   the first two months provide very little
03   information about quarterly earnings."
04      Is that an accurate reflection of your beliefs as
05   to the value of the flash reports?
06   A. The majority of our revenue happens in the last
07   month of the quarter.
08   Q. Yes.
09   A. In fact, the majority of that quarter [sic]
10   happens in the last week.
11   Q. Yes.
12   A. And the majority of the big deals happen in the
13   last few days.
14      Having said all that, it's much better to get off
15   to a good start in the quarter than a bad start.  So it's
16   good to get ahead.
17      In the specific example of Q3, we had signed a
18   very, very large deal, Covisint.
19   Q. Yes.
20   A. So -- and -- well, it's by no means a perfect
21   predictor, it's a useful predictor.  Being off to a good
22   start is better than being off to a bad start.  Being off
23   to a very good start is better than -- is better still.
24   Q. The second full paragraph -- in the second full
25   paragraph, the interview summary says:
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00291:01  "Even absent Covisint, the company had a
02      solid start, in Ellison's view, given the
03      holidays are always slow sales in the
04      third quarter."
05      Is that -- does that accurately reflect what you
06   told the SLC?
07   A. Again, to amplify, we were -- we had a very, very
08   strong pipeline at the beginning of the quarter.  So we
09   started the quarter with an extremely strong pipeline.
10   Then we closed this very, very large deal.  So the
11   combination of having closed a very, very large deal and
12   very strong year-over-year pipeline growth led me to
13   believe we're off to a heck of a start.
14   Q. So was the sentence that I read an accurate
15   reflection of what you told the SLC?
16   A. Incomplete but accurate, yes.
17   Q. Okay.  What is your understanding of the relative
18   importance of the first month's revenues to the quarter's
19   revenues?
20   A. In general --
21   Q. Yes.
22   A. -- again, it's a reasonable -- I've never gone --
23   I have not gone back and looked at how often, when we get
24   off to a good start, that's a predictor of a good
25   quarter.  It's an interesting question.  I really -- I
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00292:01  don't know the answer to.  My sense is if we're off to
02   a good start in the first month and second month, that
03   it's a reasonable predictor that we're going to have a
04   good quarter.  So it's not a hundred percent correlated.
05   Maybe it's only 60 percent correlated.  But it's
06   useful -- it's useful in predicting the quarter.  It is
07   not an accurate -- by no means an accurate predictor --
08   sometimes I think -- I think the quarter before this, in
09   Q2, we had a phenomenal number of big deals come in in
10   the last couple of days.  We were behind, well behind,
11   and made it up.  So there are certainly examples of being
12   behind and making it up and being ahead and falling --
13   and not making it up.
14      So there is some correlation to being off to a
15   good start.
16   Q. All right.  This -- the sentence that I read seems
17   to indicate that December is, in your view, usually not a
18   good month.
19   A. Oh, it's normally a terrible month.  So --
20   because of the holidays.  A, it's -- we just finished a
21   quarter in November, so the salespeople are scrubbing
22   their pipelines and trying to come up with a forecast for
23   the remaining -- for the next quarter.  They're taking
24   off, going -- so they're not doing a lot of selling in
25   the first couple of weeks of December.  They're -- then
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00293:01   take off for holiday for a couple of weeks, over

2   02   Christmas-New Year's.  So it is not typically a good

3   03   month, and it's unusual for us to have a very strong

4   04   December.

5   05       We had a very strong December because of

6   06   Covisint.

7   07       Q. Does the fact that a number of your customers

8   08   have fiscal years that are the same as the calendar year

9   09   have an effect on Oracle's December revenues in

10   10   comparison to other months?

11   11       A. You would think so.  Nonetheless, December is

12   12   not -- typically, not a good month for us, compared

13   13   with -- I mean, it's much -- November is a much bigger

14   14   month than December.  So there's more of a correlation to

15   15   the end of our quarter than to the end of the customers'

16   16   fiscal year.

17   17       Q. What if you're just talking about first months of

18   18   quarters?  What's your sense of how --

19   19       A. How is December?

20   20       Q. How is December, yes.

21   21       A. Versus a June?

22   22       Q. Yes.

23   23       A. Which is also a first month of a quarter.

24   24       Q. Right.

25   25       A. Complicated answer.  If we had a number of big

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00294:01   deals slip out of Q2, it is our practice -- if we had a

2   02   bunch of big deals slip out of November, we might work

3   03   very hard to close those early on in December.  So I'm

4   04   not sure -- and I'm not sure I'm able to generalize about

5   05   December is a better month than June, typically.  So

6   06   there is -- you know, there is seasonality.  But our

7   07   sales are much more correlated to the last month of our

8   08   quarter than to the fiscal close of our customers'

9   09   quarters.

10   10       Q. Okay.  Is there any correlation between December

11   11   revenues for Oracle and pushes being made by competitors

12   12   who have calendar-year fiscal years, to close out their

13   13   years?

14   14       A. Again, I'll just go back to our Decembers are --

15   15   December's not a big month for us, even though it's when

16   16   our competitors close a lot of their deals, and customers

17   17   are making decisions in December.  But nonetheless,

18   18   December is typically not a big month for us.

19   19           (Whereupon, DC Exhibit 107 was marked

20   20       for identification.)

21   21       MR. DE GHETALDI:  Q.  Have you had a chance to

22   22   review Exhibit 107?

23   23       A. Yes.

24   24       Q. Was Exhibit 107 one of the documents that you

25   25   reviewed in preparation for your deposition?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00295:01   A. Yes.

2   02       Q. I'd like to draw your attention to paragraph 4-C

3   03   on page 2.

4   04       A. Okay.

5   05       Q. And hang on one second.  We'll get another

6   06   exhibit here.

7   07       Let's mark two more exhibits now.

8   08           (Whereupon, DC Exhibit 108 was marked

9   09       for identification.)

10   10       MR. DE GHETALDI:  That's 108.  And 109's on its

11   11   way.

12   12           (Whereupon, DC Exhibit 109 was marked

13   13       for identification.)

14   14       THE WITNESS:  Okay.

15   15       MR. DE GHETALDI:  Q.  Okay.  Have you ever seen

16   16   Exhibit 108 before?  That's --

17   17       A. Which one's -- 108 here?

18   18       Q. Yes.

19   19       A. Yes.  Yes.

20   20       Q. Was this Exhibit 108 one of the documents that

21   21   you reviewed in preparation for your deposition?

22   22       A. I don't recall.  Might have been.

23   23       Q. Did -- your name is listed as one of the

24   24   recipients.

25   25       A. Yes.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00296:01       Q. Do you believe that you received Exhibit 108 on

2   02   or about January 17th --

3   03       A. Yes.

4   04       Q. -- 2001?

5   05       A. Yes.

6   06       Q. Okay.  Now, how about Exhibit 109, where you were

7   07   not listed as one of the recipients?

8   08       A. Definitely didn't receive 109.

9   09       Q. Have you ever seen 109 before today?

10   10       A. No.  No.

11   11       Q. Well, let me draw your attention to the second

12   12   page of Exhibit 109, which is a spreadsheet with a title

13   13   "Product Revenue Flash."

14   14       Have you seen that document before?

15   15       A. No.  The flash reports, to the best of my

16   16   recollection -- because I -- I think of the flash reports

17   17   as they're currently constituted today -- look much more

18   18   like this little box up here than they do -- they're not

19   19   spreadsheets.  The monthly results that I get are much

20   20   shorter than this.  As I said, it's one and a half -- two

21   21   screens of data --

22   22       Q. All right.

23   23       A. -- are the monthly results that I receive, you

24   24   know.  Screen -- but certainly not -- it's not a package

25   25   of this kind of detailed information.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00297:01 Q. Okay. First of all, when you say "screen," are
02 you referring to a computer screen?
03    A. To a computer screen, right. As opposed to a
04 page.
05    Q. So when you scroll down, you need to cycle
06 through the screen --
07    A. Right. Two separate screen pages.
08    Q. Okay. But my question was about specifically the
09 second page.
10    A. Okay.
11    Q. And you had talked about a follow-up flash
12 report --
13    A. Right.
14    Q. -- which you said was a product flash.
15    A. Right.
16    Q. And my question is whether the second page of
17 Exhibit 109 is the product flash that you were referring
18 to.
19    A. The product flash reports don't look like this
20 now. Could they have looked like this in '01? The
21 answer is sure. But I don't recall. I just don't
22 recall.
23    Q. All right. That's fair.
24    A. But it's similar -- has similar data. Has
25 similar information to what's in this spreadsheet.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00298:01 Q. All right. Now that we've done this, let's go
02 back to 107. In paragraph 4-C, which identifies, as part
03 of the generally received Oracle financial/business data,
04 something -- flash reports showing deals already closed
05 or in the pipeline.
06    A. The flash reports that I get are actually -- are
07 actuals. I don't -- I don't think there's pipeline data
08 in the flash reports. That's my recollection of the
09 flash reports, that it's actual. It's not pipeline data.
10    Q. That's what was confusing me. Because I've never
11 seen a flash report with pipeline data.
12    A. Right.
13    Q. So that's your understanding?
14    A. Yes.
15    Q. In paragraph 6, in the third sentence at the
16 bottom of page 2 of Exhibit 107, the affidavit says, "We
17 were coming off our best quarter ever. Oracle's profit
18 margins were rising."
19       And that sentence is a little vague as to the
20 timing. I'm not sure whether the timing refers to Q2 or
21 Q3 or --
22    A. Both.
23    Q. Both.
24    A. The profit margins were just trending up.
25    Q. Okay.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00299:01 A. So expenses were trending down. So we were
02 spending -- our sales were going up while our expenses
03 were going down, which is an unusual thing for us.
04    Q. And it wasn't that your expenses weren't rising
05 as fast as your --
06    A. No. Our expenses were actually going down. So
07 our sales were rising, and our expenses were actually
08 going down.
09    Q. Okay.
10    A. I think.
11    Q. And then the sentence continues:
12       "I also believe that Oracle's products
13       were still a high purchasing priority for
14       our customers because of the high return
15       on investment they provide through
16       enhanced efficiency and lower operating
17       costs."
18       A phrase similar to one that --
19    A. Right.
20    Q. -- we reviewed in your interview.
21       But my question here as to this sentence in your
22 affidavit is, which products you are referring to?
23    A. Interesting question. The application products
24 and the database products. So the entire suite of
25 products. But I suspect I was focusing on the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00300:01 application products because we had showed, I think
02 through our own internal use of our applications, that it
03 was a technology that could be used for cutting costs.
04 We were, in fact, growing our business, and as I just
05 stated earlier, our expenses were going down while our
06 revenue was going up.
07    Q. And you're saying that they -- these -- it was
08 your belief that these applications products were still a
09 high purchasing priority even with the risk of a
10 worsening economic climate?
11    A. Yes. I was wrong, but -- but yes, that's what I
12 believed.
13    Q. All right. If you'll turn, please, to page 4.
14 the -- you say in -- oh, three lines down, sentence "the
15 latest upside report internally forecasted." And I
16 believe this is referring to an upside report just prior
17 to the December 14th conference call, and you say that:
18       "The latest upside report internally
19       forecasted that we would realize earnings
20       per share of 13 cents, one cent higher
21       than we were publicly forecasting."
22       Do you see that?
23    A. Yes.
24    Q. Now, isn't it true that a one-cent differential
25 in Q2 '01, was the equivalent of a four-cent differential

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00301:01  in EPS in Q2 '00?
02   A. Because of the two stock splits?
03   Q. Yes.
04   A. Yes.
05   Q. Okay.  So because of the two intervening
06   two-for-one stock splits --
07   A. Right.
08   Q. -- a one-cent increase in the EPS results in Q2
09   '01 would have been the equivalent of a four-cent
10   increase --
11   A. Right.
12   Q. -- in EPS increase for Q2 '00; right?
13   A. Yes.
14   Q. Okay.  If you'll look down further on the page,
15   to paragraph 11, where you say:
16         "I also reviewed the actual sales and
17         pipeline data and compared them against
18         the same quarter in the prior fiscal
19         year."
20         Do you see that sentence?
21   A. Yes, I do.
22   Q. Okay.  I'm wondering whether the actual sales
23   data came from the flash report that's been marked as
24   Exhibit 108 or some other place.
25   A. What's the -- I'm not sure of the context of
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00302:01  this.  I reviewed on what -- on what day?  In reading
02   this, this is --
03   Q. Well, I'm not -- I -- okay.
04   A. So, let me just take a date on January 1st or
05   something like that.  Because I had -- I had no actual
06   sales data until the first flash report came out.  So it
07   must be after the first flash report, yes?
08   Q. I think if -- I'm not trying to confuse you or
09   anything like that.  I think if you look up at the end of
10   paragraph 10, the context is you're talking about the
11   first two months of Q3 '01?
12       MR. SALPETER:  You also ought to let him read the
13   next paragraph, too, the one after.
14       MR. DE GHETALDI:  That's fine.
15   Q. Why don't you read -- take a minute, read
16   paragraphs 10, 11, and 12.
17       MR. SALPETER:  I thinks that's fair.
18       MR. DE GHETALDI:  Yeah, sure.
19       MR. SALPETER:  Appreciate that.
20       (Witness reads document.)
21       THE WITNESS:  Okay.
22       MR. DE GHETALDI:  Q. Okay.  Now, what I'm
23   wondering is what the source -- what you looked at or
24   what you reviewed to obtain the actual sales data that
25   you are discussing in paragraph 11.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00303:01  A. I received e-mail flash reports with actual --
02   actual sales in -- at the beginning of January for
03   December, and at the beginning of February for -- for
04   January.
05   Q. Right.  The -- where did you review the pipeline
06   data that you refer to in paragraph 11?
07   A. On a weekly basis, we get the management
08   committee reports, the upside reports, which would have
09   pipeline data --
10       THE REPORTER:  I'm sorry.  Repeat your answer.
11   "On a weekly basis..."
12       THE WITNESS:  On a weekly basis, we get
13   management -- executive management committee reports that
14   would have, amongst other things, the pipeline data in
15   it.
16       MR. DE GHETALDI:  Q. And those executive
17   management committee reports are otherwise known as the
18   upside reports?
19   A. Yes.
20   Q. Were there any other sources of data that you
21   reviewed in the first two months of Q3 '01, to obtain
22   actual sales and pipeline data?
23   A. No, no.
24   Q. That first sentence in paragraph 11 says that
25   after obtaining the actual sales and pipeline data, you
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00304:01  compared them against the same quarter in the prior
02   fiscal year.
03       Did you get the comparative figures from the same
04   sources as you got the current figures?
05   A. Sure.
06   Q. Okay.  And you say that nothing in this
07   comparison caused to you believe that Oracle's business
08   was softening in 3Q '01?
09   A. No.  That's correct.
10       To be very precise here, I think -- I think I
11   stated earlier that -- that I thought we were going to
12   blow the quarter out.  I think at one point, it looked
13   like we were going to do 16 cents a share because of the
14   huge -- the huge upside that we had, and the huge
15   pipeline growth that we had.  But that pipeline did come
16   down during the quarter.
17       I think you characterized that as a "softening,"
18   and I when I said that, well, I didn't think we'd beat
19   the number by as much as I originally thought we'd beat
20   the number.  And you used the word "softening."  It's
21   kind of an interesting choice of words.
22       Early on, it looked like we might actually do a
23   16-cent quarter, looking at all the numbers.  It was
24   clear later on it wouldn't be 16 cents.  I thought we'd
25   still beat the number, but not by as much.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00305:01     I just want to be precise about the word. The
   02  word "softening" has been used. I've used it two ways
   03  now, saying it wasn't softening and — you know, to just
   04  move that word aside and look at the facts, I thought we
   05  were going to beat by a lot — the number by a lot.
   06  Later on in the quarter, I thought we'd beat the number
   07  by less than I thought in the beginning.
   08     Q. Now that I'm thoroughly confused...
   09     A. Did I do that?
   10     Q. Yeah, you did.
   11        Can you tell me what your two definitions of
   12  "softening" are?
   13     A. Well, the — as long as we still win the game, as
   14  long as we still beat the number, as long as the business
   15  is still good, and as long as it's still a record
   16  quarter, I wouldn't call that a softening of the
   17  business. It's a little bit — if you're playing a
   18  football game, and you think you are going to win 35 to
   19  nothing, and you only win 28 to nothing, that's not a
   20  terrible thing. "Gee, I thought we were going to win by
   21  35 to nothing, but we only won by 28 to nothing." But
   22  does that mean the team — what — you can ask, what went
   23  wrong? We only won by 35 [sic] to nothing.
   24        So it looked like we were going to have a
   25  spectacular quarter. I think my early statements in the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00306:01  quarter was to the effect that our pipelines were truly
   02  astounding, something like that. Initial call. Our
   03  pipeline growth was over 50 percent, which is astounding.
   04  And I thought we had a potential to have just an
   05  extraordinary quarter, absolutely extraordinary quarter.
   06        And in fact, with historic conversion ratio
   07  rates, that would have been earnings per share in excess
   08  of 16 cents, which would have been, by any measure, an
   09  extraordinary quarter.
   10     Q. Right.
   11     A. As the quarter progressed, I thought our ability
   12  to deliver an extraordinary quarter, a 16-cent quarter —
   13  I mean, that was moderated. I still thought we were
   14  going to beat the number. Still thought we were going to
   15  have a record quarter.
   16        We did have a record quarter, actually. We did
   17  have a record quarter. But our ability — as the quarter
   18  wore on, I thought we no longer had the chance of doing
   19  that 16 cents, that extraordinary 16 cents.
   20     Q. Okay.
   21     A. So I'm not sure — so, hopefully, that explains
   22  what I meant by all of this.
   23     Q. Okay.
   24     A. I don't know if that's helpful.
   25        So let me try again to get myself in more —
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00307:01  still more trouble.
   02        I never thought our business was getting soft. I
   03  thought we might — you know, at the beginning of the
   04  quarter, hoping for 16 cents; later on in the quarter, I
   05  gave up the hope for 16 cents.
   06     Q. Uh-huh.
   07     A. So you want to compare that, saying, well, then,
   08  it was getting softer, then I would have to say yes,
   09  well, 15 cents isn't as good as 16 cents. Therefore, you
   10  know, you can characterize that as getting softer.
   11  However, it's still a record quarter. It's still
   12  exceeding estimates and all of those things. It's not —
   13  so I'm distinguishing between the business not being —
   14  you know, I thought we were going to do 16 cents or had a
   15  chance at 16 cents. I no longer thought we had a chance
   16  at 16 cents.
   17        What word do you want to apply to that? You
   18  applied the word "softening." That was the word you
   19  used.
   20     Q. Well —
   21     A. To which I said "sure," by the way. I answered
   22  "sure."
   23        And same word here, trying to explain what I
   24  meant here, because I said the business wasn't softening.
   25  Trying to be precise. What I really mean was the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00308:01  business was never getting soft, which is slightly
   02  different.
   03        I'm not trying to use Clintonian approaches to
   04  mincing the words here. But the business was still — we
   05  were still on track to beat the number. We were still on
   06  track to have a record quarter.
   07     Q. Okay. So it wasn't my word. It was your word,
   08  and I was to determine how you were using it. Came from
   09  your interview summary. It came from your affidavit.
   10  And so that's — I wasn't trying to put words in your
   11  mouth. I was just trying to use your words to see where
   12  the parameters of that definition were.
   13     A. No accusations.
   14     Q. Okay.
   15     A. All I was trying to do is to clarify what's meant
   16  in both —
   17     Q. Thank you. I appreciate that.
   18        Was there ever any indication that anyone at
   19  Oracle was forecasting a 16-cent EPS quarter for Q3 '01?
   20     A. No. I think — no. But if you looked at the
   21  current size of the pipeline — and I think there were
   22  notes on this, just calculations, where if you applied
   23  the traditional conversion rate to the pipeline as it
   24  existed at the beginning of the quarter, I think we would
   25  have done something like 16 cents. I mean, that would —
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| 1 | 00309:01 I think that's in excess of 16 -- 16 and a fraction |
| 2 | 02 cents, I believe. |
| 3 | 03   Q. The traditional conversion rate?  You mean the |
| 4 | 04 end-of-quarter conversion rate? |
| 5 | 05   A. Yeah, the normal -- the conversion rate we'd had |
| 6 | 06 the previous two quarters. |
| 7 | 07   Q. At the end of the quarter? |
| 8 | 08   A. Right.  Right. |
| 9 | 09      MR. DE GHETALDI: It's about 1:30.  I think it's |
| 10 | 10 about time for lunch. |
| 11 | 11      THE VIDEOGRAPHER: Off the record, 1:29 p.m. |
| 12 | 12      (Whereupon, the luncheon recess was taken at |
| 13 | 13 1:29 p.m.) |
| 14 | 14 |
| 15 | 15 |
| 16 | 16 |
| 17 | 17 |
| 18 | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| 1 | 00310:01 AFTERNOON SESSION                    2:10 P.M. |
| 2 | 02      THE VIDEOGRAPHER: On the record, 2:00 p.m. |
| 3 | 03      MR. DE GHETALDI: Q. Mr. Ellison, returning to |
| 4 | 04 Exhibit 107, please turn to page 5. |
| 5 | 05   A. Okay. |
| 6 | 06   Q. At the top of the page, the sentence of your |
| 7 | 07 affidavit reads: |
| 8 | 08      "To the contrary, the pipeline data in Q3 |
| 9 | 09      '01 showed strong growth in Oracle's |
| 10 | 10      pipeline as compared to the prior year." |
| 11 | 11      Do you know what period of the quarter you are |
| 12 | 12 referring to there? |
| 13 | 13   A. I think throughout the quarter -- I think it |
| 14 | 14 started -- I think it started in -- it started over |
| 15 | 15 50 percent growth, and I think it declined to, you know, |
| 16 | 16 35 percent growth or something like that.  But throughout |
| 17 | 17 the quarter, it certainly started -- you know, started |
| 18 | 18 exceptionally strong but stayed strong throughout the |
| 19 | 19 quarter, if I recall correctly. |
| 20 | 20   Q. And by "strong," what do you mean by that? |
| 21 | 21   A. Substantially above our forecast. |
| 22 | 22   Q. Did you look to see whether the pipeline was |
| 23 | 23 behaving differently in Q3 '01 than it was behaving in Q3 |
| 24 | 24 '00? |
| 25 | 25   A. I didn't, except the fact that we get reports |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| 1 | 00311:01 showing pipeline growth, year-over-year comparison |
| 2 | 02 pipeline growth.  Except for looking at that, that |
| 3 | 03 number, that it was growing.  Started out in excess of |
| 4 | 04 50, and then was -- got as low as, I think, the mid 30s. |
| 5 | 05 Those are the numbers I focused on. |
| 6 | 06   Q. So your analysis didn't go any farther than |
| 7 | 07 looking at the fact that the pipeline growth percentage |
| 8 | 08 was higher in -- or that is, the pipeline was higher in |
| 9 | 09 Q3 '01 than it was in Q3 '00? |
| 10 | 10   A. A lot higher, yes. |
| 11 | 11   Q. Okay.  So were you looking at absolute numbers or |
| 12 | 12 percentage growth or what? |
| 13 | 13   A. Percentage growth. |
| 14 | 14   Q. And did your analysis of the pipeline stop there, |
| 15 | 15 that is, to see that percentage growth number and then |
| 16 | 16 move on? |
| 17 | 17   A. No.  The comparison -- so the comparison |
| 18 | 18 between -- so one of the numbers was how much -- how much |
| 19 | 19 larger is the pipeline this year than the same quarter |
| 20 | 20 last year.  That's part of it.  And then next question |
| 21 | 21 would be, how much pipeline coverage do we have for our |
| 22 | 22 forecast?  So assuming a certain conversion rate, are we |
| 23 | 23 going to make our forecast, or are we not? |
| 24 | 24   Q. Okay.  In paragraph 12, your affidavit says, "I |
| 25 | 25 was encouraged by the 40 percent pipeline growth, which |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| 1 | 00312:01 was a strong rate of growth for December." |
| 2 | 02      Do you recall the source of this 40 percent |
| 3 | 03 figure? |
| 4 | 04   A. I think it was the -- the weekly reports. |
| 5 | 05   Q. The upside reports? |
| 6 | 06   A. The upside reports. |
| 7 | 07   Q. All right. |
| 8 | 08      (Whereupon, DC Exhibit 110 was marked |
| 9 | 09      for identification.) |
| 10 | 10      MR. DE GHETALDI: It's just been pointed out to |
| 11 | 11 me there's a missing page.  Why don't we put this |
| 12 | 12 aside and see if we can find page 2. |
| 13 | 13   Q. Mr. Ellison, why don't we go back to page -- to |
| 14 | 14 Exhibit 108 while we're waiting for the second page of |
| 15 | 15 Exhibit 110. |
| 16 | 16   A. Okay. |
| 17 | 17   Q. I'd like to ask you a couple of questions about |
| 18 | 18 the text.  The first bullet point says the license |
| 19 | 19 revenues growth rate was 35 percent in U.S. dollars, |
| 20 | 20 25 percent -- or 25 points better than the 10 percent |
| 21 | 21 growth we experienced in December, fiscal year '00, over |
| 22 | 22 December, fiscal year '99.  However, excluding the |
| 23 | 23 $60 million Covisint deal -- Covisint license deal, the |
| 24 | 24 U.S. dollar growth rate would have been only 6 percent. |
| 25 | 25 Excluding Covisint, OPI license revenue growth would have |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00313:01  been 85 percent.
02        Did those figures showing what Oracle's growth
03   rate was, excluding Covisint, cause any concern in your
04   mind, in January 2001?
05        A. No, because we had Covisint.
06        Q. Yes.
07        A. So with -- with Covisint, we were off to a very,
08   very strong start.
09        Q. Okay.  But in addition to Covisint, it appears
10   that Oracle was not doing very much at all, in terms of
11   license revenue growth.
12        A. We had a very, very strong pipeline -- again, as
13   we said earlier, you know, December and -- you know, is
14   not necessarily a good month for us anyway.  We had
15   extremely strong pipeline, and we were -- when we had the
16   largest deal in our history and were off to a very, very
17   strong start.
18        So the answer is no.
19        Q. Do you know why Mr. Garnick broke out the growth
20   rates for license revenues excluding Covisint?
21        A. To show license revenues without Covisint.
22        Q. Do you know why he might want to show that?
23        A. Sure.
24        Q. Why?
25        A. He's saying that with -- we would not have been
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00314:01  off to a good start if we didn't -- if we did not have
02   Covisint, we would not be off to a good start.
03        Q. Is that an indicator to you of how well Oracle's
04   business was doing, if not considering this one big deal?
05        A. As I said earlier, December is not necessarily a
06   good indicator -- with or without Covisint, December is
07   not necessarily a good indicator of how we are going to
08   do in the quarter.  We had an extremely strong forecast,
09   and we had an extremely strong pipeline.
10        Q. Mr. Ellison, do you realize that December, out of
11   all of the four first months of quarters regularly takes
12   in the highest percentage of the total quarter revenue?
13        A. Of first quarters?
14        Q. Yes.
15        A. Yes, yes.
16        Q. So you knew that fact --
17        A. Yes.
18        Q. -- in December and January 2001?
19        A. Yes.
20        Q. Okay.  And so compared to other first quarters,
21   December was a better indicator?  Is that accurate?
22        A. It was still a very small percentage of the total
23   quarter.  But --
24        Q. Twenty percent?  Do you consider 20 percent as a
25   small percentage of the total quarter?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00315:01  A. I think it's less, but okay.
02        Q. Look at bullet point 3.
03        A. Okay.  Nineteen -- okay.  Nineteen percent.
04        Q. That's 19 percent of the forecast.
05        A. Yeah.
06        Q. And Mr. Garnick says in fiscal year '00 and
07   fiscal year '99, it represented between 16 and 19 percent
08   of the total quarter.
09        And if you go through the historical
10   percentage-of-quarter rates in Exhibit 109, you'll see
11   that the five-year total average is 21 percent.
12        A. Okay.
13        Q. So is that -- is that a small percentage of the
14   quarter, to you, any of those figures?
15        A. It's not -- it's not an absolute -- I'm not sure
16   you're saying is 20 -- it is what it is.  It's 20 percent
17   of the quarter.  We had Covisint in.  We were way -- we
18   had a huge pipeline.  Covisint was in.  I mean, it's
19   interesting to look at what the quarter would have been
20   without big deal -- he doesn't compare it to the previous
21   year's quarter without big deals.  I mean, the correct
22   comparison would be not how this quarter looks without
23   its biggest deal, without also taking the big deals out
24   of the previous quarter.  At least I don't think it's a
25   legitimate comparison.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00316:01  Q. Okay.  My -- my question was related to an answer
02   that you gave where you said, in response to my question
03   where I had asked, "And so compared to the other first
04   quarters, December was a better indicator; is that
05   accurate?"
06        You said, "It was still a very small percentage
07   of the total quarter."
08        My question was, following that, "Is 16 to
09   20 percent, in your mind, a very small percentage of the
10   total quarter?"
11        A. Yes.  And I don't think -- I don't think it's a
12   legitimate comparison to pull a large deal out of Q3 '01
13   with also -- without also looking at what large deals we
14   had included in Q3 '00 and also pulling those out.
15        Q. Well, isn't it true that Covisint was something
16   more than a simple, large deal?
17        A. Absolutely.  It was the largest deal in our
18   history.
19        Q. Was there anything comparable to Covisint, even
20   remotely comparable to Covisint in Q3 '00?
21        A. I'm sure we had large deals -- we had some number
22   of large deals in Q3 '00.  I don't know what they were,
23   but -- while a $60 million deal was unusual, a
24   $20 million was not unusual.  And if you pull the
25   $20 million deal out of that, then I think that's a more
```

1   00317:01 legitimate comparison.

2   02    Q. Do you know that there were $20 million deals in

3   03 Q3 '00?

4   04    A. I have no idea. I'm just saying to me, if you

5   05 pull large deals out of one quarter, you should pull

6   06 large deals out of the other quarter if you want to make

7   07 a legitimate comparison. That's my -- that's just my

8   08 opinion on how you do these things.

9   09    Q. That's fine.

10   10    A. Okay.

11   11    Q. You've -- did you believe in January of 2001 that

12   12 Covisint was masking the poor -- relatively poor results

13   13 shown by the rest of Oracle's license revenues?

14   14    A. Well, I don't think they're relatively poor

15   15 results. You're looking at -- as I read this, we had

16   16 10 percent growth, you know, pulling Covisint out --

17   17    Q. Yes, that's what I'm asking.

18   18    A. -- which I don't think is legitimate.

19   19    Q. Well, I --

20   20    A. Having said that, even if do you pull Covisint

21   21 out, we had a 10 percent year-over-year growth in '00,

22   22 versus a 6 percent year-over-year growth. So the

23   23 answer -- the answer is no, I don't think it's masking

24   24 poor growth.

25   25    Q. Well, is that how you read what Mr. Garnick says

---

1   00318:01 in the first bullet point? Because it doesn't read like

2   02 that to me.

3   03    A. Yeah, what he's -- this is how I read it. He

4   04 said, in year-over-year -- year 2000 versus year '99, our

5   05 year-over-year growth was 10 percent.

6   06    Q. Yes.

7   07    A. If you take Cov -- but our year-over-year growth

8   08 in '01 is 35 percent.

9   09    Q. Yes.

10   10    A. But if you take Covisint out, it's only

11   11 6 percent. And by the way, you have to include -- this

12   12 is constant dollars. You have to include currency in

13   13 this as well. I believe.

14   14    Q. It says -- well, he does make --

15   15    A. This is not constant dollars. This is U.S.

16   16 dollars, not constant dollars.

17   17    Q. You're right. He does make a mistake in his

18   18 figures, and he uses constant dollar figures. And if you

19   19 do the proper conversion, the U.S. dollar growth rate was

20   20 1 percent. -

21   21    A. Yes. So -- and having said all of that, Covisint

22   22 was in. We were off to a very, very strong start, and we

23   23 had a massive pipeline, massive pipeline growth. So I

24   24 don't think it was masking anything.

25   25    Q. But the pipeline was shrinking dramatically by

---

1   00319:01 mid January, wasn't it?

2   02      MR. SALPETER: Objection to form.

3   03      THE WITNESS: Shrinking dramatically?

4   04      MR. DE GHETALDI: Q. Yes.

5   05    A. It had gone from 52 percent to what?

6   06    Q. Thirty-two.

7   07    A. Which was still well ahead of our forecast.

8   08    Q. Had you ever seen such a massive shrinkage in

9   09 pipeline over a four-week period before in Oracle's

10   10 history?

11   11      MR. SALPETER: Objection to form.

12   12      THE WITNESS: The answer is I'm sure, you know,

13   13 we have -- pipelines fluctuate quite a bit. But I don't

14   14 recall seeing -- it's been a long time since I've seen

15   15 52 percent growth. It's a long time since I've seen

16   16 something like that. Keep in mind, the pipeline was

17   17 still well above our forecast.

18   18      MR. DE GHETALDI: Q. But the 52 percent growth

19   19 came in the first forecast of the year, which you were

20   20 saying earlier today was not very reliable because it was

21   21 just an initial view of the quarter without much data

22   22 really to back it up; right?

23   23    A. Well, the pipeline -- the pipeline data should be

24   24 pretty clean at that point. The forecast data was -- was

25   25 incomplete.

---

1   00320:01    Q. If -- if the pipeline data was -- was so clean,

2   02 what explains that 20-point drop?

3   03    A. Well, I'm sure people -- you know, people went in

4   04 and looked at deals and, in their judgment, pushed -- you

5   05 know, moved deals around, pushed deals out. Reduced the

6   06 size of deals.

7   07    Q. And that didn't raise a red flag?

8   08    A. Well, keep in mind the 52 percent was such a huge

9   09 number, it goes from 52 percent to 32 percent.is not --

10   10 is not a -- you know, to me, is not a red flag. That

11   11 would still -- it still was huge pipeline growth,

12   12 indicating a record quarter, and still well above what we

13   13 were forecasting the street.

14   14    Q. Did you ask anybody about that pipeline drop in

15   15 Q3 '01?

16   16    A. I'm sure there were discussions of it. I don't

17   17 remember specifically what the discussions were. As I

18   18 say, the pipeline was well above -- well above what we

19   19 needed to make our forecast.

20   20    Q. In the fourth bullet point, it says,

21   21 "Applications product growth was 216 percent," and

22   22 divides the applications up into ERP and CRM, "while

23   23 database product growth was 17 percent." And then it

24   24 divides the database up into server and tools.

25   25      Tools was showing a negative 26 percent growth.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00321:01 Am I reading it right?

02    A. That's correct.

03    Q. And CRM was showing a negative 58 percent growth.

04    Am I reading that right?

05    A. That's right.

06    Q. Were either of those indicators a matter of

07 concern to you?

08    A. No. One month --

09    MR. WEISER: Excuse me, everybody. What exhibit

10 are we on? I got lost. I apologize.

11    MR. DE GHETALDI: 108. 108.

12    THE WITNESS: The massive growth in ERP or the

13 mass -- the shrinkage of CRM over one month is just not

14 terribly indicative of much. It's just too small a

15 sample of our business.

16    MR. DE GHETALDI: Q. Again, excluding Covisint,

17 Mr. Garnick says applications product growth would have

18 been negative 46 percent, and database product growth

19 would have been 13 percent.

20    Was that fact something that concerned you in

21 fiscal -- in Q3 '01?

22    A. Again, I could go back and say it over and over

23 again, but we had -- Covisint was in. It was a huge

24 deal. We had -- and we had a very, very large pipeline.

25 So the answer is no.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00322:01    MR. DE GHETALDI: Did we ever find the other page

02 for -- second page for the other exhibit?

03    MS. LAVALLEE: Yes.

04    (Counsel confer off the record.)

05    MR. DE GHETALDI: Betsy --

06    Why don't we go off the record for one second.

07    THE VIDEOGRAPHER: Off the record, 2:31 p.m.

08    (Discussion off the record.)

09    THE VIDEOGRAPHER: On the record, 2:35 p.m.

10    MR. DE GHETALDI: Q. All right. Mr. Ellison,

11 you've been given a complete -- hopefully -- version of

12 Exhibit 110.

13    Have you seen that document --

14    A. Yes, I have.

15    Q. -- before today?

16    A. I don't recall. But I'm on the distribution

17 list, so I suspect I have.

18    Q. All right. Going back to page 5 of Exhibit 107,

19 your affidavit in the Delaware summary judgment matter,

20 in paragraph 12, it says, "The flash report for

21 December 2000" -- and then in parenthesis, "DX40."

22    Do you see that?

23    A. Yes.

24    Q. Do you know what the DX40 stands for?

25    A. I don't. I assume it's a -- I don't know.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00323:01    Q. All right. When you signed this affidavit -- and

02 I assume that's your signature on page 12, but maybe I

03 shouldn't. Why don't you tell me if it is.

04    A. Yes, it is. Yes, it is.

05    Q. All right. And when you initially reviewed and

06 signed this affidavit, were you also given copies of

07 exhibits that were referred to in the affidavit --

08    A. Yes.

09    Q. -- to review?

10    A. I believe so.

11    Q. Were the exhibits marked in any way?

12    A. They may have. I just don't recall.

13    Q. All right. Now, in paragraph -- let's see. No,

14 let's go back to Exhibit 110.

15    And by the way, before you signed your affidavit,

16 which is Exhibit 107, did you review those exhibits?

17    A. Yes, I did.

18    Q. In Exhibit 110, this indicates that it's the

19 January quarter-to-date, January fiscal year '01

20 quarter-to-date revenue results, and it's an e-mail dated

21 February 8, 2001; right?

22    A. Yes.

23    Q. It's a similar document to Exhibit 108 that we've

24 been reviewing; right?

25    A. Yes.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00324:01    Q. The first bullet point says that:

02    "The license revenue growth rate was

03    25 percent in USD, 12 points better than

04    the 13 percent growth we experienced in

05    January fiscal year '00 quarter-to-date

06    over January fiscal year '99

07    quarter-to-date.

08

09    "However, excluding the $60 million

10    Covisint deal, the U.S. dollar growth rate

11    would have been only 9 percent. Excluding

12    Covisint, OPI quarter-to-date license

13    revenue growth would have been negative

14    63 percent."

15    First of all, in the -- what is the QTD? I read

16 it out as "quarter to date."

17    A. Quarter to date. Quarter to date.

18    Q. What does it mean?

19    A. How much money we have in so far this quarter.

20    Q. So is it your understanding that the results

21 shown in Exhibit 110 are actually a combined results for

22 December and January fiscal year -- of Q3 fiscal year

23 '01?

24    A. That's correct.

25    Q. Once again, Mr. Garnick breaks out the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
 1    00325:01  $60 million Covisint license deal, and combined January
 2    02  and December, in addition to Covisint -- or excluding
 3    03  Covisint, as Mr. Garnick says, Oracle's license revenue
 4    04  growth rate was only 8 percent.
 5    05    A. In the United States.
 6    06    Q. In the United States.
 7    07      In the United States?  Is that what it says?
 8    08    A. No.  I'm sorry.  In U.S -- in U.S. dollars.
 9    09    Q. All right.  So this is total company license;
10    10  right?
11    11    A. Yes, yes.  In U.S. dollars.  Current U.S.
12    12  dollars.
13    13    Q. By February 8, 2001, was the fact that Oracle's
14    14  license revenue growth rate in U.S. dollars was only
15    15  8 percent, if you factored out Covisint?
16    16    A. Is that -- was that your question -- your
17    17  question was?
18    18    Q. The question was, was that a fact of concern to
19    19  you about Oracle's ability to meet its projections going
20    20  forward?
21    21    A. Again, given the fact that so much of our
22    22  business is done in the third month of a quarter, and
23    23  even the last week -- the last week of a quarter, we'd
24    24  just come off a record-breaking quarter where we were
25    25  behind up until the last three days, so was it -- was it
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
 1    00326:01  a concern?  Did it make me believe that we weren't going
 2    02  to  make the quarter?  No, it didn't make me believe we
 3    03  weren't going to make the quarter.  Our forecasts were
 4    04  still that we were going to make our quarter, and our
 5    05  pipeline was still very strong.
 6    06      The fact is Covisint was in.  The transaction was
 7    07  in.  We were way ahead.  We had a strong forecast, and we
 8    08  had a strong pipeline.
 9    09    Q. I asked about whether it was a fact of concern to
10    10  you, not whether it meant to you that Oracle would or
11    11  would not make the quarter.
12    12    A. Well, again, I'm just -- the word "concern" -- to
13    13  me, I would be concerned if we weren't going to make the
14    14  quarter, so -- and I was not con -- you know, I thought
15    15  we were going to make -- again, the combination of the
16    16  forecast, which was still strong; the pipeline, which was
17    17  strong; and the fact that the actuals were actually very
18    18  strong -- because Covisint was part of the actuals -- I
19    19  know I'm repeating myself a lot -- but we were off to a
20    20  terrific start.  We had a strong pipeline, stronger than
21    21  we needed to make our forecast based on traditional
22    22  historic conversion ratios.  Factor that in with that the
23    23  bulk of our revenue is in the last week of the last month
24    24  of our quarter, I was not concerned that we were going to
25    25  miss our quarter.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
 1    00327:01    Q. When you say "make our forecast" -- you said this
 2    02  several times over the last couple of days -- are you
 3    03  referring only to the forecast of earnings per share?
 4    04    A. Yes.
 5    05    Q. Did the fact that the U.S. growth rate, excluding
 6    06  Covisint, for license revenue give you any reason to
 7    07  believe that Oracle might not meet its 25 percent license
 8    08  revenue growth forecast?
 9    09    A. Thank you very much.  I really mean EPS and
10    10  license growth rate.  Those are the two things that
11    11  people watch very closely, both EPS and license growth
12    12  rate.  So I really meant -- when I say "make our
13    13  forecast," I misspoke.  It really means make the license
14    14  revenue growth rate forecast and make the EPS forecast.
15    15    Q. Okay.  Aside from the Covisint deal, was -- in
16    16  addition to the Covisint deal -- however you might want
17    17  to put it -- was Oracle's license revenue growing at a
18    18  rate by the end of January 2001 that would make up that
19    19  difference between the $60 million Covisint deal and the
20    20  $1.3 billion license revenue forecast at 25 percent
21    21  growth?
22    22    A. We had a strong enough -- again, our pipeline at
23    23  that time in the quarter was larger than our revenue --
24    24  our license revenue forecast, given historic conversion
25    25  rates, and, you know, I thought we were going to make the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
 1    00328:01  forecast.
 2    02    Q. Okay.  Did you analyze whether that was a
 3    03  reasonable belief, based on Oracle's historical results?
 4    04    A. Absolutely.
 5    05    Q. How did you do that?
 6    06    A. I looked -- I looked at the pipeline, the size of
 7    07  the pipeline, and I looked at the historical conversion
 8    08  ratio of the pipeline.  So what are -- given a pipeline
 9    09  of a certain size, what percentage of that pipeline --
10    10  you know, looking back, what percentage of that pipeline
11    11  would actually become hard book deals, and given our
12    12  historic conversion ratios, we were still -- had enough
13    13  pipeline to make or exceed our forecast.
14    14    Q. When you say "historic conversion ratios" -- I
15    15  just want to make sure that I remember and understand --
16    16  you were talking about end-of-quarter conversion ratios?
17    17    A. When you took at the size of the -- you know, the
18    18  size of the pipeline at any point in time --
19    19    Q. Yes.
20    20    A. -- at any point in time --
21    21    Q. Yes.
22    22    A. -- and what historically we've converted, I think
23    23  our historic conversion ratios are just south of
24    24  50 percent, historically.
25    25    Q. But is that the end of quarter?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00329:01   A. I think you can look at it at any point -- you
02   can look at that at any point -- at any point in time.
03   You can -- you can -- I mean, conversion ratio, you have
04   to take two numbers and make a calculation, yes. So you
05   have to look at pipeline and look at how many deals are
06   in. So it's -- I mean, you can -- there are a couple of
07   ways to do the calculation, including with simultaneous
08   equations. But the easiest way to think about it is to
09   take a look at what's the pipeline at the beginning of
10   the quarter, and if that pipeline stays constant -- which
11   of course, it doesn't; it fluctuates -- but if our
12   pipeline stays constant, and we have a pipeline of $100
13   million and 50 percent conversion ratio, we should sell
14   $50 million worth of software. As the pipeline
15   fluctuates, you still apply -- if the pipeline goes down
16   from $100 million to $80 million, and you have a
17   50 percent conversion ratio, and there's so much of the
18   quarter remaining -- all right.
19      Let me -- let me do this -- let me do this again.
20   Q. Let me tell you where you're losing me.
21   A. Okay.
22   Q. Okay?
23   A. All right.
24   Q. I understand that pipeline rates vary, and
25   conversion rates vary through a quarter.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00330:01   A. Right.
02   Q. Because isn't the conversion ratio simply a
03   math -- an algebraic formula, really, which is whatever
04   forecast number at a given time there is, divided by
05   whatever pipeline number at a given time there is?
06   A. I'm sorry. This is -- this is the problem we had
07   yesterday.
08   Q. Yeah.
09   A. That's -- a -- a fore -- there's two things:
10   There's historic conversion ratios and forecast
11   conversion ratios.
12   Q. Okay. Now, the historic conversion ratio is the
13   conversion ratio at the end of a -- derived at the end of
14   a quarter?
15   A. Correct.
16   Q. All right. Now, isn't it true that as a quarter
17   goes along, pipelines tend historically to decrease?
18   A. Yes. Well, not necessarily. You know, when
19   we're a very young company -- just a second. Sometimes,
20   even as the quarter goes on -- depends on the stage of
21   the company we're in, but recently -- there are two
22   things that cause the pipeline to decrease. A few things
23   that cause the pipeline -- if a deal is won, if Covisint
24   is in the pipeline for $60 million or $70 million and
25   that deal is won, it's no longer in the pipeline. It's

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00331:01   now won. So the pipeline goes down when deals are won.
02      The pipeline goes down -- if you say, "Gee, I'm
03   not going to bring Covisint in in the second quarter.
04   It's going to slip to the third quarter," the pipeline
05   goes down.
06   Q. So -- so these historic conversion rates that
07   you're talking about --
08   A. Are actuals.
09   Q. -- are actuals from the end of a quarter --
10   A. Right.
11   Q. -- with the actual revenue divided by the
12   pipeline figure at the end of the quarter?
13   A. By the pipeline figure -- again, that this is
14   what -- you know, it could be the -- it could be the
15   beginning of the quarter. I'm not sure -- I'm
16   actually -- the historic calculation that I look at is --
17   you know, is the average pipeline during the quarter and
18   the -- and the conversion ratio.
19      But there are several ways -- the trouble is
20   there are several ways to make this calculation. So you
21   can look at average -- so you'd look at -- you know, the
22   actuals over average size of the pipeline is one of the
23   ways that the calculation has been made. So you look at
24   the average size of the pipeline during the quarter.
25   Q. Okay.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00332:01   A. And the actuals that were converted.
02   Q. Okay. That's one way of doing it.
03   A. That's one way of doing it. Unfortunately, there
04   has not been a uniform approach of doing this, but the
05   most -- the one that I find most accurate is the
06   average -- the average size of the pipeline over the
07   quarter --
08   Q. Uh-huh.
09   A. -- multiplied -- or excuse me -- divided into the
10   actual results.
11   Q. All right. The -- the -- are there reports that
12   are generated, too, to show this calculation?
13   A. I'm sure Finance -- you know, Finance -- Finance
14   does the calculation. So --
15   Q. Finance does the calculation --
16   A. Finance does the calculation and provides -- and
17   provides a number, you know, a -- a historic conversion
18   rate number. So they publish a historic conversion rate
19   number.
20   Q. They do?
21   A. I believe so.
22   Q. Okay. Do you know what document this historic
23   conversion rate number appears in?
24   A. No.
25   Q. Is it a document --

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00333:01   A. But we took – we – I don't recall the – you
02 know, the name of the document, but I've – but I've –
03 we certainly have talked about historic conversion rates
04 routinely in meetings and doc – I've seen documents with
05 conversion-rate data on it, historic conversion-rate data
06 on it.
07   Q. Okay.  Did – was that a document that you were
08 provided or shown or that you saw in Q3 '01?
09   A. I think there -- there are documents that are
10 provided kind of as an analysis looking backward on a
11 quarter.  So we look back over a series of quarters and
12 try to understand what our historic conversion ratio is.
13 So it's -- it's not – I don't know if I'm being helpful
14 here.
15   Q. The reason I'm looking puzzled is because we've
16 never seen these documents.
17   A. Oh, you've –
18   Q. And we've certainly asked for them, and so
19 it's –
20   A. Again, yeah, I don't specifically remember what
21 documents they are in or whether they were in
22 presentations – analytical presentations.  It's
23 possible.
24   Q. Even so, we certainly asked for them.  We haven't
25 seen them.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00334:01   A. But since they're historic, the numbers should be
02 reproduce – reproducible; right?  So we should be able
03 to recalculate that number.  I'm – you know.
04        And I think we talk about them in our analyst
05 calls.  Historic conversion rates.  I'm positive we talk
06 about this all the time.  So if you have transcriptions
07 from – you wanted consultation, but if you have
08 transcriptions of our analyst calls, I'm quite certain
09 it's something we return to – refer to commonly.
10   MR. SALPETER:  We have produced such documents.
11   THE WITNESS:  So I think we have.
12   MR. DE GHETALDI:  Do you have – do you have
13 something that you can show me?
14   MR. RUBENSTEIN:  We've produced pipeline reports
15 in packages, and they talk about historic conversion
16 ratios.
17   MR. DE GHETALDI:  Well, I think that's something
18 completely different, and maybe we can find out.
19   MS. LAVALLEE:  Let's take a few minutes.
20   MR. DE GHETALDI:  Let's take a couple-minute
21 break.
22   THE VIDEOGRAPHER:  Off the record, 2:52 p.m.
23   (Recess taken:  2:52 p.m. until 3:11 p.m.)
24   THE VIDEOGRAPHER:  On the record, 3:11 p.m.
25   MR. DE GHETALDI:  Q.  Before we started talking
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00335:01 about the historic conversion rates, we were talking
02 about – or I was asking you about whether pipeline
03 numbers tended to decrease as the quarter goes along
04 and – historically.
05        And you, I think, started to answer but didn't
06 quite finish.  And you said, "Well, if you go back to
07 when we were a very young company," and I think you were
08 starting to say that might be different than more current
09 or more modern version of Oracle
10   A. Even during the dot-com bubble, the pipeline
11 could just continue to grow rapidly during the middle of
12 a quarter even though deals were being converted and
13 being pulled out.  So it's hard to generalize.  There's
14 so many things that go into pipeline, it's very hard to
15 generalize.
16   Q. I was asking specifically about the end of the
17 quarter.
18   A. Oh, the end of the quarter where the pipeline
19 declines?
20   Q. Yeah.
21   A. At the end of the quarter, yes, the pipeline –
22 and it declines for two reasons.  Deals are closed and
23 pulled out of the pipeline.  Other deals, it becomes
24 clear they're not going to finish – happen this quarter,
25 and they'll slip into the following quarter.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00336:01   Q. Okay.  All right.  That's –
02   A. So –
03   Q. That's helpful.  Okay.
04        Now, going back to Exhibit 107 –
05   MR. SALPETER:  It's the affidavit.
06   THE WITNESS:  Yeah.
07   MR. DE GHETALDI:  Q.  On page 5, you reference a
08 flash report for January 2001 which was sent on
09 February 12th.
10   MR. SALPETER:  Which paragraph?
11   MR. DE GHETALDI:  Paragraph 14.  Thank you.
12   Q. Do you see that?
13   A. Yes, I do.
14   Q. Is it your understanding that the flash report
15 you reference in that paragraph is the same as the flash
16 report which is Exhibit 110?  The one that's the e-mail.
17        And the reason I ask is because –
18   A. The answer – the answer is I don't think so.
19 The real answer is I don't remember.
20   Q. Yes.
21   A. But the report I looked at had pipe – again,
22 people use -- I have problems with the term "flash
23 report."
24   Q. Uh-huh.
25   A. I think it's been used multiple -- to refer to
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00337:01 different reports.
02      This has been described as a flash report. It
03 has quite a bit of data in it. Other things that -- have
04 been described as flash reports that are one or two pages
05 on a screen. So, I'm afraid we might be using the term
06 "flash report" to refer to a couple of different reports.
07 I don't know. I'm not trying to make things worse.
08      MR. RUBENSTEIN: Dario, is this Exhibit 42?
09      MR. DE GHETALDI: I believe it is. We only
10 really got one set of the exhibits.
11      Do you -- (Counsel confer.)
12      That is, only the Delaware guys got a set of the
13 exhibits, and I can't -- I have no idea whether we got
14 the same thing. Nicole has a better idea.
15      THE WITNESS: So some of these things called --
16 A, I've never used the term "flash report."
17      MR. DE GHETALDI: Yes.
18      THE WITNESS: So that's part of my problem.
19      MR. DE GHETALDI: Okay.
20      THE WITNESS: So I get, via e-mail, reports that
21 have actual results at the end of the first two months,
22 and I've described that.
23      MR. DE GHETALDI: Uh-huh.
24      THE WITNESS: As best I recall, I -- you know,
25 that does not have pipeline data in it.

Oracle Related Cases                              Page 337

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00338:01      MR. DE GHETALDI: Right.
02      THE WITNESS: However, I also get reports with
03 pipeline data in it. I'm not sure what that -- that
04 might also be called flash reports, these larger reports.
05 So I don't know if I'm just creating -- the term "flash
06 report is -- I think they're referring to two different
07 things. So these reports with the pipeline data, called
08 December flash report, and I believe this has -- has
09 pipeline data in it.
10      It does not?
11      MR. DE GHETALDI: No.
12      THE WITNESS: Okay. Well -- this has no pipeline
13 data in it. I do get -- I do look at pipeline data in
14 the weekly reports -- in the weekly reports, so that's
15 why I'm concerned when it says I received -- the data was
16 in this particular report. It is true I received
17 actual -- actual information. I receive pipeline -- I
18 weekly receive -- every week, I receive pipeline
19 information.
20      Okay.* All right. I think -- I think I can
21 answer -- I think I can answer this. This paragraph
22 refers to more than the data -- let me try this.
23      This paragraph refers to more than the data that
24 was in the, quote, flash report.
25      MR. DE GHETALDI: Yeah, I --

Oracle Related Cases                              Page 338

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00339:01      THE WITNESS: It refers to -- the thing -- yes, I
02 received the flash report, and after reviewing the report
03 and other reports, would be more precise. After
04 reviewing the -- am I -- every -- reviewing the report
05 and other reports.
06      MR. DE GHETALDI: Okay. I --
07      THE WITNESS: "The company's prospects still look
08 solid, and the pipeline was strong."
09      THE REPORTER: I'm sorry, I didn't hear the end.
10 "Prospects still look ..."
11      THE WITNESS: "The company's prospects still look
12 solid, and the pipeline was strong."
13      MR. DE GHETALDI: I think that was a conclusion
14 similar to the one that we reached with respect to the
15 December pipeline report.
16      THE WITNESS: Okay. So...
17      MR. DE GHETALDI: Yeah.
18      MR. RUBENSTEIN: Is Exhibit 110 the same document
19 as what's contained in Exhibit 42 to the Summary Judgment
20 Motion?
21      MR. DE GHETALDI: No, and we're getting that
22 copied now. It appears that Exhibit 42 is an e-mail,
23 short cover page with the second page of Exhibit 109 as
24 an attachment.
25      MR. RUBENSTEIN: Okay. That's -- we're having

Oracle Related Cases                              Page 339

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00340:01 that copied?
02      MR. DE GHETALDI: Yes.
03      What's 40?
04      And there's the confusion. Exhibit 40, which is
05 referenced in paragraph 12, is the same as Exhibit 8 --
06 or 108. And that is the e-mail plus the Product Revenue
07 Flash.
08      Exhibit 41 is the same as Exhibit 110.
09      MR. RUBENSTEIN: Okay.
10      MR. DE GHETALDI: It does not have -- it has --
11 it does not have -- well, let's go off the record.
12      THE VIDEOGRAPHER: Off the record --
13      You want me to go off the record, sir?
14      MR. DE GHETALDI: Yes.
15      THE VIDEOGRAPHER: Off the record, 3:20 p.m.
16      (Discussion off the record.)
17           (Whereupon, DC Exhibit 111 was marked
18           for identification.)
19      THE VIDEOGRAPHER: On the record, 3:22 p.m.
20      MR. DE GHETALDI: We've had an off-the-record
21 discussion during which we compared the exhibits from the
22 Summary Judgment Motion and the exhibits from the
23 deposition today, and we've determined that Exhibit 40 to
24 the Summary Judgment Motion is the same as Exhibit 108
25 here today.

Oracle Related Cases                              Page 340

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00341:01        Exhibit 42 to the Summary Judgment Motion is the
2      02     same as the document that's just been marked as
3      03     Exhibit 111.
4      04           And Exhibit 10 is the -- to the deposition -- I'm
5      05     sorry -- 110 to the deposition here today is the same as
6      06     Exhibit 41 to the Summary Judgment Motion.
7      07           All right.
8      08     Q. So getting back to the exhibits, Mr. Ellison,
9      09     have you ever seen Exhibit 111 before today?
10     10     A. Yes, I have.
11     11     Q. Do you recall receiving this document in -- or on
12     12     or about February 12, 2001?
13     13     A. I assume I did, but I don't recall.
14     14     Q. And returning, then, to paragraph 14 of your
15     15     Summary Judgment Affidavit, which has been marked as
16     16     Exhibit 107 here today, in that paragraph, you say that
17     17     after reviewing the report -- and the report that's
18     18     referenced was Exhibit 111 today, Exhibit 42 to the
19     19     Summary Judgment Motion -- you say that you still believe
20     20     that Oracle would meet its quarterly revenue and earnings
21     21     targets. The company's revenues still look solid, and
22     22     the pipeline is strong.
23     23           MR. SALPETER: You have that magnifying glass?
24     24           MR. DE GHETALDI: Yes. You see why I bring it?
25     25           THE WITNESS: Okay.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00342:01           MR. RUBENSTEIN: Is there a question pending?
2      02           MR. DE GHETALDI: No.
3      03           THE WITNESS: I think I answered the question,
4      04     which was yes.
5      05           The question wasn't yes. The answer was.
6      06           MR. DE GHETALDI: Q. All right. The -- what
7      07     about the company's prospects, as shown in Exhibit 111,
8      08     made you think that they were solid -- and I won't ask
9      09     about the pipeline because we've established that that
10     10     was from a different document or a different source.
11     11     A. The -- again, from a year-to-date standpoint, we
12     12     were still ahead of -- you know, we were showing good
13     13     growth over -- over the previous year.
14     14           And again, I think -- I think paragraph 14 of
15     15     my -- of my affidavit said that there was nothing in this
16     16     document that changed my view and that the company's
17     17     prospects were solid and the pipeline -- and the pipeline
18     18     was still strong. I think that's what I said. In other
19     19     words, I went -- before I looked at the document, I
20     20     believed we'd meet our targets. After I looked at the
21     21     document, I believed we'd meet our targets. I factored
22     22     the information in this document in with different
23     23     information with my -- with the weekly report, and in sum
24     24     total, with all the information that I had, I believed
25     25     that we would still meet our -- meet our license revenue
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00343:01     forecast and our EPS forecast.
2      02     Q. Is there any document -- or is there any
3      03     information in Exhibit 111 that you thought would be
4      04     important to an investor when that investor was
5      05     considering the total mix of information that the
6      06     investor knew about Oracle?
7      07     A. Is there anything in here in particular that I
8      08     thought would be of interest to an investor?
9      09     Q. Right. Either positive or negative.
10     10     A. I don't know how to answer that question. This
11     11     is -- I get an awful lot of information on the -- I
12     12     suppose investors might like to see everything I see.
13     13     I'm not sure it's a good idea that they look at any one
14     14     document.
15     15           The answer is I don't know how to answer that
16     16     question.
17     17     Q. Well, do you think it would be important for an
18     18     investor to know that Oracle had only 12 percent growth
19     19     in its database revenues total as of the end of
20     20     January 2001, when Oracle had predicted a 25 percent
21     21     growth?
22     22     A. Of total license -- of total license sales?
23     23     Q. Right.
24     24     A. The 12 -- let me just look at the numbers.
25     25     Again, you're asking me what would be of interest to
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00344:01     investors?
2      02     A. Uh-huh.
3      03     A. And I'm just -- I'm just not sure what that --
4      04     exactly what that means.
5      05     Q. Okay. Did -- did that analytical framework ever
6      06     factor into your thought process in Q3 '01, when
7      07     determining for yourself whether or not you had material
8      08     inside information about Oracle? That is, what would be
9      09     what an investor would think is important?
10     10     A. Yeah. I think there was nothing material, other
11     11     than I thought -- that was not public. We had given
12     12     guidance for revenue -- revenue that I thought we were
13     13     going to meet. We had given guidance for earnings per
14     14     share that I thought we were going to meet. There was no
15     15     acquisition or any other material item that I knew of. I
16     16     guess you're asking, so...
17     17     Q. Well, you're using the word "material." And I
18     18     asked you --
19     19     A. You said "of interest."
20     20     Q. -- whether in making that determination --
21     21     A. Yeah.
22     22     Q. -- whether you considered the information that
23     23     you knew from an investor's point of view.
24     24     A. Right.
25     25     Q. Did you?
```

00345:01   A. Again, I'm not sure what you mean by "an
02 investor's point of view." There's so many different
03 kind -- there's so many different investors.  But if I
04 was an investor -- and I am -- I'd want to know how they
05 were going to do in the quarter.  That's what I would
06 want to know, right?  That's what I would want to know.
07      There are two things that investors typically
08 look that affect our stock price -- look at.  One is our
09 license growth rate; the other is our earnings per share.
10 And by looking at the state of our pipeline and how much
11 revenue was already in, we were way ahead of where we
12 were the year before.  Our pipeline was stronger -- was
13 growing faster than our forecasted license growth.  Given
14 historic conversion ratios, we were going to easily
15 make -- we were going to make our earnings per share.  So
16 I thought, you know, those are all things that would be
17 of interest to investors.
18      Q. Okay.  Did you think Oracle's actual revenue
19 results for December and January would be important to an
20 investor to know?
21      A. Not in isolation of all of the other data.  I
22 mean, little -- I mean, looking at lots of little leaves
23 without looking at the trees I don't think is very
24 valuable and can be misleading.  So...
25      Q. Well, that's fair.

00346:01      In February -- or in early February 2001, based
02 on the actual results from December and January, did you
03 think the company's prospects looked as solid in the
04 first week of February as they had in mid January?
05      A. That's -- I certainly thought in both cases that
06 we were going to make -- we were going to make our
07 number.  So, did I believe we -- the potential upside was
08 as great?  I mean, again, I'm just -- I'm not sure what
09 you mean by as -- I'm just saying what does "as solid"
10 mean?
11      Q. Well, you say in paragraph 14 of Exhibit 107 --
12      A. Yeah.
13      Q. -- that "Oracle's prospects still looked solid."
14      A. Yes.  "Solid" means we won't -- and you said "as
15 solid."
16      Q. Fine.
17      A. Which is different.
18      Q. Yes.
19      A. I said they still looked solid.
20      Q. Yes.
21      A. And you asked did they look as solid.
22      Q. Yes.
23      A. And "solid," to me, means we're going to make our
24 numbers.
25      Q. Okay.

00347:01      A. "As solid" might mean do I think we'll exceed
02 them by as much as I thought we would exceed them by the
03 week before, and the answer is, I don't recall.
04      Q. All right.  If you'll turn, please, to page 9 of
05 Exhibit 107.  And please read paragraph 27 to yourself.
06 You don't have to read it out loud.
07      A. Okay.  Okay.
08      Q. You say, down towards the bottom of page 9,
09 "Moreover, business in Q3 was becoming more profitable
10 because our margins were increasing."
11      A. Yes.
12      Q. What was the source of your information for that
13 statement?
14      A. The weekly reports.
15      Q. Okay.
16      A. Our expenses -- our sales were going up, and
17 expenses were forecast to go down.
18      Q. And the weekly reports that were distributed at
19 the EMC meeting --
20      A. Correct.
21      Q. -- do you recall the degree of increase in the
22 margin that you were seeing in Q3 '01?
23      A. I don't.
24      Q. Do you recall at what period of the quarter you
25 were seeing these increased margins?

00348:01      A. Throughout the quarter.
02      Q. Okay.  Were these increases increases -- absolute
03 increases as the quarter went along, or were these
04 increases over Q3 '00?
05      A. Over Q3 '00.
06      Q. Do you recall how -- what the margins tended to
07 do -- that is, the forecasted margins -- tended to do as
08 Q3 '01 went along?
09      A. I'm not sure they moved around very much, but
10 I -- well, they might have fluctuated a little bit, but I
11 don't think a lot.  But that's at best I recall.
12      Q. Then you say, "Thus, even if there were some deal
13 slippage, I believe that margin increases driven by
14 expense reductions could overcome it."
15      Had you seen any deal slippage as of January 19,
16 2001, in Oracle's actual results?
17      A. No.
18      Q. Then is there a reason why that eventuality or
19 that possibility is included in this sentence of your
20 affidavit?
21      A. Just -- just margin for error.  I mean, there's
22 two ways to improve the quality of your business.  One is
23 to sell more software; the other is to reduce what you're
24 spending.  We were doing both simultaneously, so one gave
25 us cushion over the other.  So the two work in concert to

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00349:01  improve your earnings. But it would only affect the one
2   02  thing. It would only help us make our earnings per share
3   03  target. It would do nothing to help us make our license
4   04  growth target.
5   05       Q. It's your -- now, what sources of information did
6   06  you base this -- the belief that expenses were being
7   07  reduced on?
8   08       A. Oh, well, we'd been reducing expenses for a long
9   09  time. So we had a program of expense reduction in place
10  10  for some time, and every quarter, expenses were going
11  11  down.
12  12       Q. Okay. And were the expenses being reduced,
13  13  compared to Q3 '00, in Q3 '01?
14  14       A. I think Q3 '00, and sequentially from Q2 '00 --
15  15  Q2 '01. I'm sorry.
16  16       Q. So in other words, every quarter, expenses went
17  17  down?
18  18       A. With the possible exception of Q4 because of a
19  19  large commission expense in Q4. But if you factor out
20  20  commission expense, I think we had a pretty good track
21  21  record of reducing expenses every quarter.
22  22       MR. DE GHETALDI: Need to change the tape now?
23  23  That would be fine.
24  24       THE VIDEOGRAPHER: This is the end of Volume II,
25  25  Tape 2, in the deposition of Lawrence J. Ellison on

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00350:01  February 27, 2004. The time, 3:38 p.m. We are off the
2   02  record.
3   03       (Discussion off the record.)
4   04       THE VIDEOGRAPHER: This is the beginning of
5   05  Volume II, Tape 3, in the deposition of Lawrence J.
6   06  Ellison on February 27, 2004. The time 3:41 p.m. We are
7   07  on the record.
8   08       MR. DE GHETALDI: Let's mark this document as
9   09  next in order.
10  10       (Whereupon, DC Exhibit 112 was marked
11  11       for identification.)
12  12       THE WITNESS: Okay.
13  13       MR. DE GHETALDI: Q. Have you ever seen
14  14  Exhibit 112 before today?
15  15       A. I don't recall.
16  16       Q. Have you ever seen any documents like it before
17  17  today?
18  18       A. Yes.
19  19       Q. When?
20  20       A. Whep. I don't -- do not recall.
21  21       Q. Okay. Do you recall where or --
22  22       A. The -- the office.
23  23       Q. Do you recall where you got them?
24  24       A. In some meeting. Someone gave that to me. But I
25  25  don't know -- I don't know when.

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00351:01       Q. All right. Do you recall seeing them in Q3 '01?
2   02       A. No.
3   03       Q. All right. Going back to your trades. The
4   04  reasons, I think, that you've enumerated for your trades
5   05  include creating taxable income, paying down debts, and
6   06  raising cash. Were those the reasons for your trades in
7   07  Q3 '01?
8   08       A. Yes.
9   09       Q. Did you have any other reasons?
10  10       A. Again, I'm not sure what you mean by that. But
11  11  my options were expiring, so I had to --
12  12       Q. I forgot that one.
13  13       A. That was an important one. I just...
14  14       Q. With those four, any others that you can think
15  15  of?
16  16       A. No.
17  17       Q. Okay. Which debts did you want to pay down with
18  18  the proceeds from the sale of your stock?
19  19       A. I own several -- several companies, and I -- you
20  20  know, I bought the companies on margin, so I had margin
21  21  loans to buy the companies. And I paid down the margin.
22  22  Margin debt.
23  23       Q. Is that everything, in terms of debt, that you
24  24  wanted to pay down?
25  25       A. I think so.

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00352:01       Q. Okay. Do you recall the -- the amount of the
2   02  debt that you wanted to pay down?
3   03       A. The original goal was to raise something like
4   04  $800 million with the sales. We didn't raise that much,
5   05  but that was -- that was the goal before we started
6   06  selling.
7   07       Q. After tax, that is?
8   08       A. After tax, right.
9   09       Q. And so do you -- did you want to pay down
10  10  $800 million worth of debt?
11  11       A. No. I wanted to pay down -- pay down some of the
12  12  debt and then have -- have cash to continue to fund the
13  13  start-up companies that I owned.
14  14       Q. How much of the debt did you want to pay down?
15  15       A. You'd have to ask Philip Simon.
16  16       Q. Okay. Now, which companies are you talking
17  17  about?
18  18       A. I own -- I own a company called nCube. I own a
19  19  company called -- well, actually, I'm not sure exactly
20  20  how many companies I owned at the time, so -- right now,
21  21  I own a company called nCube. I own a company called
22  22  Pillar Data that's change -- a disk drive company. I
23  23  owned a company called NET Suite, a software company. I
24  24  have an investment in Knowledge Universe. That's being
25  25  dissolved, but I have a 25 percent interest. I own a

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00353:01  quarter of LeapFrog, which is now public.  But LeapFrog
2   02  was owned — came out of my investment in Knowledge
3   03  Universe.
4   04      But I think the big ones at the time, the two big
5   05  ones at the time were Knowledge Universe and nCube.
6   06  Q. Okay.
7   07  A. But I'm sure there were others.
8   08  Q. Okay.  To — to what institutions did you owe
9   09  this money?
10  10  A. I don't recall.
11  11  Q. Has —
12  12  A. There was — there was a consortium of banks that
13  13  loaned the money.
14  14  Q. Would Mr. Simon know that?
15  15  A. Absolutely.
16  16  Q. All right.  In terms of the cash that you wanted
17  17  to raise over and above the debts that you wanted to pay
18  18  down, what was your goal in terms of raising cash before
19  19  you started exercising options in January 2001?
20  20  A. Again, the — you'd have to check with Philip.
21  21  But I think pay down $600 million in debt and then keep
22  22  $200 million for — to continue to fund those
23  23  investments, which required continuous funding.
24  24  Q. Okay.  Was some of the cash that you wanted for
25  25  your boat, the Americas Cup boat?
```

Oracle Related Cases                                    Page  353

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00354:01  A. I think — oh, yeah, probably.  Probably.  For
2   02  Americas Cup, sure.
3   03  Q. And some of the cash that you wanted — you
4   04  wanted some cash for your improvements to your house?
5   05  A. I was building a new house — building a new
6   06  house, yes.  You're absolutely right.
7   07  Q. The one in Woodside?
8   08  A. Yes.
9   09  Q. Is it your recollection that in January 2001,
10  10  both nCube and Knowledge Universe were at a stage in
11  11  their corporate development where they required the
12  12  infusion of money on a regular basis or —
13  13  A. NCube did.  The — Knowledge Universe required
14  14  less.  Knowledge Universe had an initial investment of, I
15  15  think, about $300 million, which I borrowed and then paid
16  16  off.  I think there were additional payments to Knowledge
17  17  Universe, but not large ones.
18  18  Q. Okay.  And the security for these loans was
19  19  Oracle stock?
20  20  A. Yes. •
21  21  Q. Okay.  When you were not able to raise the
22  22  800 million, where did — where did you end up — what
23  23  did you end up doing with the money?
24  24  A. I'm guessing, but I think we kept about
25  25  $150 million in cash.  Philip Simon would know.  Kept
```

Oracle Related Cases                                    Page  354

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00355:01  about 150 million in cash and used the rest for debt
2   02  retirement.  But I'm — I'm just guessing.
3   03  Q. That's fine.  And I appreciate you telling
4   04  me when you don't really know, and I also appreciate you
5   05  telling me that Mr. Simon would be the best person to
6   06  ask.
7   07  A. Okay.
8   08  THE WITNESS:  Want to take a break now?
9   09  MR. DE GHETALDI:  Sure.  Thanks.  Just a little
10  10  trouble finding the next exhibit.
11  11  THE VIDEOGRAPHER:  Off the record, 3:53 p.m.
12  12  (Recess taken:  3:53 p.m. until 4:17 p.m.)
13  13      (Whereupon, DC Exhibits 113-119 were
14  14      marked for identification.)
15  15  THE VIDEOGRAPHER:  On the record, 4:17 p.m.
16  16  MR. DE GHETALDI:  Q. Mr. Ellison, you've been
17  17  handed a group of documents which have been marked
18  18  Exhibits 113 through 118.  Have you seen any of these
19  19  documents before today?
20  20  A. No, I haven't.
21  21  Q. Okay.  Let's start with Exhibit 113, and I'm
22  22  going to ask you to turn to the last page of that
23  23  document.  In the lower right-hand corner there is a
24  24  signature.  Is that your signature?
25  25  A. No, it's not.
```

Oracle Related Cases                                    Page  355

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00356:01  Q. Do you know whose signature it is?
2   02  A. I do not.
3   03  Q. Do you recall authorizing anyone to sign a
4   04  Form 144 on your behalf in January of 2001?
5   05  A. Either Carolyn or Philip.
6   06  Q. Okay.  The form indicates that number of shares
7   07  to be sold was 5 million.  Do you know why that number
8   08  was used on this form?
9   09  A. No, I don't.
10  10  Q. Please turn to Exhibit 114 and, once again, to
11  11  the last page.  In the lower right-hand corner, do you
12  12  know whether that signature is yours or not?
13  13  A. It is not.
14  14  Q. Once again, do you know who signed it on your
15  15  behalf?
16  16  A. I do not.
17  17  Q. Would either Carolyn Balkenhol or Philip Simon
18  18  have been authorized to sign this Form 144 on your behalf
19  19  in December — or — I'm sorry — in January 2001?
20  20  A. Yes.
21  21  Q. And once again, do you know why the number of
22  22  shares to be sold indicated on the form is 5 million?
23  23  A. I do not.
24  24  MR. DE GHETALDI:  All right.  These forms were
25  25  obtained from the SEC web site at a time when it was easy
```

Oracle Related Cases                                    Page  356

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

00357:01 to do that. I've just noticed that your Social Security
02 number is on them, and I'd ask that the court reporter
03 redact those numbers where they appear in the transcript.
04    Is that okay with everybody?
05    THE WITNESS:  Thank you.
06    MR. RUBENSTEIN:  Certainly.
07    MR. DE GHETALDI:  Q.  Now, please turn to
08 Exhibit 115.
09    A.  Okay.
10    Q.  And once again, to the last page, the signature
11 block.  Do you recognize that as your signature?
12    A.  It is not.
13    Q.  And were both Philip Simon and Carolyn Balkenhol
14 authorized to sign Form 144 on your behalf in
15 January 2001?
16    A.  Yes, they were.
17    Q.  What do you understand a Form 144 to be?
18    A.  An intent to sell stock.
19    Q.  Okay.  Anything -- anything other than that?
20    A.  No.
21    Q.  Do you understand it to be --
22    A.  Disclo -- disclosure, a public disclosure that
23 you're selling stock.
24    Q.  Okay.  Do you know why your intention to -- to
25 sell approximately 40 million shares was not disclosed in

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

00358:01 the Form 144?
02    MR. SALPETER:  Objection to form.
03    THE WITNESS:  I could guess.
04    MR. DE GHETALDI:  Q.  I don't want you to
05 guess.  If you have any knowledge --
06    A.  No.
07    Q.  -- I'd like to know that, but I don't want you to
08 guess.
09    A.  No.
10    Q.  Thank you.
11    A.  Because we didn't sell 40 million -- I'll throw
12 it out anyway.  Because we didn't -- we didn't sell that
13 many shares, did we?
14    Q.  No.
15    A.  Right.  I think -- I think because of the
16 constraints, the price constraint and the volume
17 constraint, that it was released over time.  But -- but
18 the answer -- that's still yes.  I'm just guessing.  That
19 makes sense to me.
20    Q.  All right.  Please turn to Exhibit 116.
21    A.  Yes.
22    Q.  Do you recognize the signature in the signature
23 block on the third page of Exhibit 116?
24    A.  That's Philip's signature.
25    Well, I think it is.

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

00359:01    Q.  And next to the signature, there's typewritten
02 "Philip B. Simon, Attorney in Fact."
03    Is it your understanding that he was signing this
04 document under a power of attorney for you?
05    A.  It looks that way.
06    Q.  Is that your understanding?
07    A.  You mean as I look at this now, is that what I
08 understand to be the case?
09    Q.  Yes.
10    A.  Yes.
11    Q.  And please turn to the signatures page on
12 Exhibit 117.  Do you recognize the signature on that
13 page?
14    A.  Yes.
15    Q.  Do you recognize that as Mr. Simon's signature?
16    A.  Yes.
17    Q.  He's doing a little better following the
18 California form for signing as attorney in fact.  Do you
19 understand him to be signing this Form 144 on your behalf
20 under his power of attorney?
21    A.  Yes.
22    Q.  Please turn to Exhibit 118, and the signature
23 page on the third page of 1 -- of Exhibit 118.
24    A.  Are these -- question:  Are these issued before
25 you sell or after you sell?

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

00360:01    Q.  Well --
02    A.  I'm just -- I don't -- I don't know.  I'm just --
03 another possibility, they were issued after -- after we
04 sold.  But I don't know.
05    I'll stop guessing.  I'm curious myself, but I
06 don't -- I'll stop asking you questions.  I'm not
07 supposed -- I'm not supposed to do that, am I?
08    Q.  Right.
09    A.  But under Delaware rules, my lawyer can't stop me
10 from -- so I'm --
11    Q.  Right.
12    A.  -- free to do whatever I want.
13    MR. DE GHETALDI:  You figure he can't talk to
14 you, maybe I can.
15    MR. RUBENSTEIN:  Just keep that in mind next time
16 we talk about which rules you'd like.
17    MR. DE GHETALDI:  Hey, it was your idea.
18    Q.  All right.  On the third page of Exhibit 118, in
19 the signature block, do you recognize that to be
20 Mr. Simon's signature there?
21    A.  Yes.
22    Q.  Now, this time he signed it as -- with an
23 indication "trustee" typed after his name.  Do you know
24 what trust he was executing this as trustee of?
25    A.  No.  I wasn't even certain he was a trustee until

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00361:01 earlier in the deposition.

02    02  Q. Right.

03    03  A. But it looks like he's a trustee of a living

04    04  trust.

05    05  Q. Okay.  Now, please turn to Exhibit 119 and the

06    06  signature block on page 3.

07    07  A. Philip Simon's signature.

08    08  Q. Okay.  And once again, as trustee.  Do you know

09    09  of which trust he's signing as trustee of?

10    10  A. I do not.

11    11  Q. But it's your understanding that Mr. Simon or

12    12  Carolyn Balkenhol were both authorized to sign these

13    13  Form 144s on your behalf in January 2001?  And I'm

14    14  speaking of Exhibits 113 through 119.

15    15  A. Yes.

16    16  Q. Did you have any discussions with Ms. Balkenhol

17    17  or Mr. Simon about the execution and filing of these

18    18  Forms 144 in January 2001?

19    19  A. Not that I recall.

20    20  Q. Who is Joe Lockhart?

21    21  A. Oh, he was Bill Clinton's press secretary for a

22    22  while.  He was my assistant.

23    23  Q. Okay.  When was he hired as your assistant?

24    24  A. I think after President Clinton left office.  But

25    25  I'm not -- I'm not certain.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00362:01 Q. Okay.  Is he still employed as your assistant

02    02  today?

03    03  A. No, he's not.

04    04  Q. When was he last employed by you?

05    05  A. Some time ago, he went back and opened a PR

06    06  agency in Washington, D.C.

07    07  Q. All right.  All right.

08    08  A. Couple years ago.

09    09  Q. All right.  Do you recall efforts in January 2001

10    10  to deal with public reaction to the filing of your

11    11  initial Form 144 in January 2001?

12    12  A. I don't.

13    13  Q. What type of assistant was Mr. Lockhart for you?

14    14  A. He was responsible for managing press relations

15    15  for me personally.

16    16  Q. All right.

17    17  A. As opposed to for the company.

18    18  Q. Okay.  So he was a personal employee as opposed

19    19  to an employee of Oracle?

20    20  A. No, he was an employee of Oracle.

21    21  Q. All right.  But his job responsibilities were

22    22  only to handle your press relations?

23    23  A. Focus on my press relations.  Of course, that has

24    24  input -- impact on the company as a whole as well.  In

25    25  fact, I think he filled in for a while running PR for the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00363:01 entire company.  So I think part of the time he was

02    02  focused on me; part of the time he was focused on the

03    03  company while he was here.  While he was at Oracle.

04    04  Q. Okay.  What do you recall about the public

05    05  disclosure of the sales of your stock in January 2001?

06    06  A. I'm not sure of anything in particular, that they

07    07  were -- as far as I know, they were disclosed properly,

08    08  and that's all I know.

09    09  Q. Do you recall any reaction, public reaction, to

10    10  the disclosure of your sales?  In January, that is.

11    11  A. It was a large sale.  I think people read about

12    12  it, but I don't -- I don't remember anything specific.

13    13  Q. Okay.

14    14  MR. DE GHETALDI:  This will be 120.

15    15      (Whereupon, DC Exhibit 120 was marked

16    16      for identification.)

17    17  THE WITNESS:  Okay.

18    18  MR. DE GHETALDI:  Q. Do you recall receiving the

19    19  e-mail that's been marked as Exhibit 120 on or about

20    20  December 18th, 2000?

21    21  A. I don't recall it, but I'm sure I did.

22    22  Q. Okay.  Do you recall that as of December 18th,

23    23  you intended to exercise but not sell about $20 million

24    24  in options that were expiring in August 2001?

25    25  A. I don't recall it, but I'm sure that's what

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00364:01 happened.

02    02  Q. Okay.  Do you know why you only intended to

03    03  exercise but not sell $20 million in options in

04    04  December 2000?

05    05  A. Yes.

06    06  Q. Why?

07    07  A. It was part of a tax planning process.

08    08      Sometimes I had losses during the year, and that

09    09  allowed me to exercise and sell options -- excuse me --

10    10  exercise and hold options without having to pay taxes on

11    11  the options.  So at the end of every year, Philip would

12    12  review whether I was carrying a loss in that year, due do

13    13  my other investments, and if I should offset that loss

14    14  with a gain in Oracle stock by exercising an option and

15    15  holding.

16    16  MR. DE GHETALDI:  All right.  This will be

17    17  Exhibit 121.

18    18      (Whereupon, DC Exhibit 121 was marked

19    19      for identification.)

20    20  THE WITNESS:  Okay.

21    21  MR. DE GHETALDI:  Q. Have you ever seen Exhibit

22    22  121 before today?

23    23  A. No.

24    24  Q. Do you recall discussions about the subject of PR

25    25  with respect to your option-exercise activity in

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00365:01 January 2001?
2   02  A. Yeah.
3   03  Q. Okay. What do you recall about that?
4   04  A. Just that it was a -- a large sale -- I had --
5   05 you know, I had -- I have a record of not selling Oracle
6   06 stock very often. I don't sell a lot of stock. I'm not
7   07 in the market very often. So it was an unusual event for
8   08 me to actually be selling.
9   09      And the question was, you know, making sure
10  10 people -- somehow communicating this did not show a lack
11  11 of faith in the company. I was selling, you know, a
12  12 couple of percent of what I owned. I was holding onto
13  13 98 percent of what I owned. Some of what I was going to
14  14 sell, the options -- namely, the options -- had to be
15  15 sold or they'd be -- or they'd expire.
16  16      So just communicating that clearly and accurately
17  17 to the press so that they didn't think somehow I was
18  18 losing faith in the company. Because on -- clearly, on
19  19 the face of it, it -- you know, it's a very large dollar
20  20 amount. But as a percentage of my overall holdings, it's
21  21 a very small percentage.
22  22  Q. Okay. Did you have any discussions with
23  23 Carolyn Balkenhol or Philip Simon in January 2001 about
24  24 the need to resolve whether to refer to paying down
25  25 outstanding debt to justify the sales?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00366:01      A. I certainly may have, but I don't recall. I have
2   02 no specific recollections.
3   03           (Whereupon, DC Exhibit 122 was marked
4   04           for identification.)
5   05      THE WITNESS: Okay.
6   06      MR. DE GHETALDI: Q. Have you ever seen
7   07 Exhibit 122 before today?
8   08  A. I have.
9   09  Q. Is this one of the documents you reviewed to
10  10 prepare for your deposition?
11  11  A. No.
12  12  Q. Okay. When did you first see this document?
13  13  A. I think -- looks like January 24th on -- 2001.
14  14  Q. To your knowledge -- or do you recall discussing
15  15 the contents of Exhibit 122 with Mr. Simon?
16  16  A. I certainly may have. I don't recall.
17  17           (Whereupon, DC Exhibit 123 was marked
18  18           for identification.)
19  19      THE WITNESS: Okay.
20  20      MR. DE GHETALDI: All right.
21  21  Q. Have you ever seen Exhibit 123 before today?
22  22  A. Not that I recall.
23  23  Q. Exhibit 123 appears to be an e-mail from
24  24 Mr. Simon to Carolyn Balkenhol. Do you -- and before he
25  25 types his name, he -- he says, "Carolyn, please update
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00367:01 Larry."
2   02      Do you recall Carolyn Balkenhol updating you
3   03 about the -- the trading activities during the period
4   04 from January 22nd, 2001, to January 31st, 2001?
5   05  A. She probably did up, but I don't remember.
6   06           (Whereupon, DC Exhibit 124 was marked
7   07           for identification.)
8   08      THE WITNESS: Okay.
9   09      MR. DE GHETALDI: Q. Do you recall receiving
10  10 Exhibit 124 on or about January 24th, 2001?
11  11  A. I'm sure I received it. I don't recall receiving
12  12 it.
13  13  Q. Okay. Do you recall reviewing a draft of a press
14  14 release recommended by Mr. Lockhart for release after
15  15 public -- the public became aware of your initial sales?
16  16  A. Yes, I do.
17  17  Q. Okay. Did you approve the draft press release
18  18 that is shown on the first page of Exhibit 124?
19  19  A. I think I did.
20  20  Q. Okay. Do you recall why the press release
21  21 only -- or why the press release states that the sale --
22  22 let's see. "The sale of stock is for tax planning
23  23 purposes, the same circumstance as his last sale in May
24  24 of 1996."
25  25  A. Is this the press release we actually issued?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00368:01 I'm just -- this says "a press release." You asked me if
2   02 I approved a press release. And I think the answer is I
3   03 think I did. But was this the press release? This looks
4   04 like a press -- a recommended press release.
5   05  Q. This is a recommended press release.
6   06  A. Right. This was not the press release issued?
7   07  Q. This is a recommended press release.
8   08  A. Okay. Because I don't think I approved this
9   09 press release because -- at least I don't think I did.
10  10      So the answer is, I think I approved a press -- I
11  11 think I approved a press release on this.
12  12  Q. But a different one?
13  13  A. Not this one. Not this press release.
14  14  Q. Okay. Do you recall how the approved press
15  15 release differed from the press release that's shown on
16  16 the first page of Exhibit 124?
17  17  A. I don't.
18  18  Q. If you turn to the second page of Exhibit 124,
19  19 which is a copy of a -- an e-mail from Joe Lockhart to
20  20 Safra Catz, which contains a copy of an e-mail from Safra
21  21 Catz to Joe Lockhart.
22  22  A. Right.
23  23  Q. And the -- it shows that Safra Catz wrote that
24  24 she had "discussed the press release with Larry, and he
25  25 approved one to hit the moment the SEC publishes the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00369:01  notice or the news leaks out anyway."
02        Q.  Do you recall the timing aspect of the release of
03  this press release?
04        A.  I really don't.
05        Q.  Okay.  Do you recall approving a press release
06  that contained the facts that are listed by Safra Catz as
07  the important facts on the second page of Exhibit 124?
08        A.  I don't.
09             (Whereupon, DC Exhibit 125 was marked
10             for identification.)
11        THE WITNESS:  Okay.
12        MR. DE GHETALDI:  Q.  Have you ever seen
13  Exhibit 125 before today?
14        A.  No, sir.
15        Q.  Okay.
16             (Whereupon, DC Exhibit 126 was marked
17             for identification.)
18        MR. DE GHETALDI:  Q.  Have you seen Exhibit 126
19  before today?
20        A.  No.
21        Q.  Okay.  Do you recall having a discussion with
22  Safra Catz on or about January 25th, 2001, where there
23  was --
24        A.  It's getting a little -- getting a little
25  clearer.  As I read these, my memory is slowly being
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00370:01  refreshed.  I think it's my memory.  But vaguely --
02  vaguely, yes.
03        Q.  Did we ever issue a press release?
04        A.  I'm not sure.  That's what I'm trying to find
05  out.
06        A.  Okay.  Because I think I -- I hate to say I'm
07  guessing.  I think I might have looked at this and said
08  that's -- no, we're not issuing that release.
09        Q.  Okay.  Do you recall why?
10        A.  I don't recall, but let me reproduce what I
11  think.  If I were to look at this now and analyze it,
12  it's not correct that we're releasing it for tax planning
13  purposes -- or selling it for tax planning purposes.
14  That's not -- whatever "tax planning purposes" means.
15  I'm not even sure -- it's very strange words.  But I
16  don't think that's -- I don't know what "tax planning
17  purposes" means.
18        But -- no, this -- if I were to write -- faced
19  with the same situation, if I was asked to rewrite this
20  press release, I would rewrite this press release.
21        Q.  Okay.
22             (Whereupon, DC Exhibit 127 was marked
23             for identification.)
24        THE WITNESS:  Okay.
25        MR. DE GHETALDI:  Q.  Do you recall receiving
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00371:01  Exhibit 127 on or about January 29th, 2001?
02        A.  Again, I -- I don't recall it, but I'm sure I
03  received it.
04        Q.  All right.  Do you recall conversations or
05  correspondence similar to the e-mail in Exhibit 127 where
06  you and Philip Simon discussed the tracking of when your
07  Rule 144 filings went public?
08        A.  I'm sorry.  Ask the question again.
09        Q.  The second paragraph of the e-mail says, "The
10  second 5 million share Rule 144 filing went public this
11  afternoon.  I expect one or more to be public
12  tomorrow."
13        A.  I --
14        Q.  You see that?
15        A.  Yes.
16        Q.  Do you recall having discussions with Mr. Simon
17  about these filings going public?
18        A.  I think he told me when the sales would become
19  public.  I think -- he told me.  And I remember --
20  "discussion" sounds like it's back and forth.  I think he
21  just told me, this is when you filed 144s.  This is when
22  it becomes public knowledge.
23        Q.  Okay.
24        A.  So I think he just informed me.
25        Q.  All right.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00372:01             (Whereupon, DC Exhibit 128 was marked
02             for identification.)
03        THE WITNESS:  Okay.  This one I actually do
04  remember.  The "P.S., The U.S. capital market is pretty
05  amazing, raising almost" --
06        THE REPORTER:  Are you reading something?  You're
07  reading awfully fast.
08        THE WITNESS:  Oh, I'm sorry.
09        "P.S., The U.S. capital markets are pretty
10  amazing, raising almost $1 billion in eight days."
11        That stuck with me.
12        MR. DE GHETALDI:  Q.  That was memorable?
13        A.  It is memorable, yeah.
14             (Whereupon, DC Exhibit 129 was marked
15             for identification.)
16        THE WITNESS:  Okay.
17        MR. DE GHETALDI:  Q.  Have you ever -- or do you
18  recall receiving the e-mail that is being forwarded as a
19  part of Exhibit 129 on March 7, 2001, from Mr. Simon?
20        A.  I do.
21        Q.  Actually, Mr. Simon's e-mail might not have been
22  dated March 7th.  It appears your response to Mr. Simon's
23  e-mail was dated March 7th.
24        A.  Yeah, I -- I recall receiving this e-mail.
25        Q.  Okay.  Do you have any reason to believe that any
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00373:01 of the financial information contained in Mr. Simon's
02 e-mail is inaccurate?
03    A. No.
04    Q. What did you mean when you said to him, "It's
05 good to be a bit more liquid in light of the economic
06 downturn"?
07    A. Oh, with the -- simply -- simply meant that I
08 was -- I was in debt and had no cash, and it was good to
09 have -- you know, it is good to have some cash with the
10 economy weakening.
11    Q. Okay.  Mr. -- as of early March 2001, had you by
12 that time seen the effect of the economic downturn on
13 Oracle business?
14    A. By early March.  I think we were -- we're now
15 analyzing the shortfall we had in Q3 and trying to
16 determine what the -- what the causes were.  I don't
17 think I fully appreciated the -- the impact for another
18 quarter or so.  I mean, it was -- you know, we were
19 trying to figure out how we missed -- keep in mind, Q3
20 was a record quarter.  You know, it's kind of an
21 interesting situation.  We had a very high -- very high
22 targets.  We didn't quite make those targets.
23 Nonetheless, Q1 was a record quarter.  Q2 was a record
24 quarter.  Even Q3, where we missed our target, was still
25 a record quarter.  And I didn't know whether Q3 was an

00374:01 anomaly or if Q3 was the beginning of a trend caused by a
02 macroeconomic change.
03    It turned out to be -- it took me a little while
04 longer, but in time, it certainly became obvious it was a
05 trend beginning as a result of a macroeconomic change.
06 But I'm not sure when I fully appreciated that.  I don't
07 think it was -- it wasn't, certainly, right in early
08 March.  It wasn't just looking back at this one quarter.
09    Q. Okay.  So far, you've identified Philip Simon and
10 Safra Catz as persons with whom you discussed your
11 reasons for exercising Oracle options in fiscal year
12 2001; correct?
13    A. Yes.
14    Q. And you've also identified Philip Simon and Safra
15 Catz as persons with whom you discussed your reasons for
16 selling Oracle stock in fiscal year 2001?
17    A. Sure.
18       (Whereupon, DC Exhibit 130 was marked
19       for identification.)
20    MR. SALPETER: Why don't you direct him to a
21 specific --
22    MR. DE GHETALDI: I will.
23    MR. SALPETER: -- part of this.
24    MR. DE GHETALDI: Okay.  I will.
25    Q. First of all, please turn to the verification

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00375:01 page, which is three from the end.  Is that your
02 signature on the verification page of Exhibit 130?
03    A. Yes, it is.
04    Q. Okay.  It's not dated.  The blank for the day of
05 September 2002 is not filled in.  Do you recall what day
06 you signed this document on?
07    A. No.
08    Q. Okay.  Did you sign a blank verification -- or a
09 verification page without seeing the responses that go
10 with it?
11    A. I have no re -- I have no recollection.  I don't
12 recall.
13    Q. Do you recall reading the supplemental responses
14 that are being verified, prior to signing the
15 verification page?
16    A. I don't recall.
17    Q. Please turn to page 4.
18    A. Page numbered 4 or --
19    Q. Page No. 4, yes.  Interrogatory No. 5 is:
20    "Identify each person with whom you
21    communicated any reasons for your
22    disposition of any Oracle securities
23    between January 1st, 1995 and
24    February 28th, 2001."
25    And in a parenthetical, there's a definition of

00376:01 "identify each person."
02    And the response to Interrogatory No. 5 says:
03    "Subject to and consistent with and
04    without waiving any of the objections,
05    defendant responds as follows:
06    Mr. Ellison did not discuss the reasons
07    for his stock sales in the third quarter
08    of fiscal year 2001 with anyone."
09    Is -- now, that statement is inconsistent with
10 your testimony in this deposition.  And which is the
11 truth, the deposition testimony or the interrogatory
12 answer?
13    A. The deposition testimony.
14    Q. Why did you sign a verification to a set of
15 special interrogatories that contained a false answer?
16    A. I must have misread it.
17    Q. Okay.  Interrogatory No. 6 -- well, Interrogatory
18 No. 10 says -- it's on page 6:
19    "Identify each person with whom you
20    communicated any reasons for your
21    acquisition of any Oracle securities
22    between January 1st, 1990 and
23    February 25th, 2001."
24    A. If I can back up on the previous one?
25    Q. Sure.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00377:01  A. I certainly discussed the reasons for selling my

02 stock with Philip Simon. In fact, he was the one who

03 told me why I should sell the stock anyway.

04    I don't recall discussing the reasons I sold my

05 stock with Safra Catz or Carolyn Balkenhol or anybody

06 else.

07    Q. Okay.

08    A. So with the exception of Philip Simon -- that was

09 the only -- that was the only person I can recall. I'm

10 pretty sure. I'm not certain.

11    Safra Catz certainly knew I was selling my stock.

12 I let her know she [sic] was selling my stock. Lots of

13 people knew I was selling my stock. But I didn't discuss

14 the reasons why with anyone but Phillip. I think.

15    Q. Okay.

16    A. Okay.

17    Q. Interrogatory No. 10 on page 6 says:

18    "Identify each person with whom you

19    communicated any reasons for your

20    acquisition of any Oracle securities

21    between January 1st, 1990 and

22    February 28th, 2001."

23    The response to Interrogatory No. 10 says:

24    "Subject to, consistent with, and without

25    waiving any of the objections, defendant

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00378:01  responds as follows: Mr. Ellison did not

02 discuss the reasons for his stock sales in

03 the third quarter of fiscal year 2001 with

04 anyone."

05    Is that a false response?

06    A. Well, I certainly discussed it with Philip Simon.

07    Q. So is that a false response in your response to

08 interrogatory No. 10?

09    A. It's not correct.

10    Q. And do you know why, as you sit here today, you

11 verified a response that was -- that was false?

12    A. Well, again, I'm not sure -- other than with my

13 attorneys -- I'm not sure. Again, I'm not sure. I just

14 must have misread this. It's a mistake.

15    MR. DE GHETALDI: Want to take about a ten-minute

16 break, and then we'll probably be able to wrap up after

17 that.

18    MR. SALPETER: How much more do you think --

19    THE VIDEOGRAPHER: Off the record, 5:03: p.m.

20    (Recess taken:  5:03 p.m. until 5:25 p.m.)

21    THE VIDEOGRAPHER: On the record, 5:25 p.m.

22    MR. DE GHETALDI: Did we get it or --

23    MS. LAVALLEE: No.

24    MR. DE GHETALDI: Okay. How about, then, this

25 guy here. It's already marked. Exhibit 14,

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00379:01    (Witness reading document.)

02    MR. DE GHETALDI: Q. Have you ever seen

03 Exhibit 14 before today?

04    A. Yes, I have.

05    MR. DE GHETALDI: Okay. Just so that you folks

06 know, the redacted stamp was placed on this by the court

07 reporter after Mr. Cooperman's deposition, when we

08 realized that it also had your complete Social Security

09 number on it. Berman, DeValerio's fax header is on the

10 first page. The court reporter apparently took the fax

11 that was sent to her after the deposition. This isn't

12 actually the first page of the exhibit. The exhibit did

13 not have that fax header on it. If it makes a difference

14 in the future, we can always change it. But just in case

15 there was any confusion about that, I wanted to make that

16 clear.

17    Q. Mr. Ellison, on the first page of Exhibit 14, is

18 that your signature there at the bottom?

19    A. Yes, it is.

20    Q. All right. Did you print any of the information

21 on the first page of Exhibit 14?

22    A. No.

23    Q. Do you know who did?

24    A. Guessing Carolyn.

25    Q. Please turn to the second page -- that is, of

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00380:01 Exhibit 14.

02    Did you print the -- your name there at the

03 bottom of the page?

04    A. I did not.

05    Q. All right. Please turn to the third page of

06 Exhibit 14. And is that your signature there at the top

07 of Exhibit 14, page 3?

08    A. Yes, it is.

09    Q. All right. Please turn to page -- the last page

10 of Exhibit 14. Is that your signature there at the top

11 of the last page of Exhibit 14?

12    A. Yes, it is.

13    Q. Okay. Mr. Ellison, when you executed Exhibit 14,

14 did you intend to execute the most current form approved

15 by Oracle's board of directors for the stock option

16 exercise form?

17    A. Yes.

18    Q. And did you intend to execute the most current

19 form approved by Oracle's board of directors for the

20 stock option exercise notice and agreement?

21    A. Yes.

22    (Whereupon, DC Exhibit 131 was marked

23    for identification.)

24    MR. DE GHETALDI: Q. Have you ever seen

25 Exhibit 131 before today?

1   00381:01   A. I don't think so.

2   02   Q. All right. Do you recall speaking with Charles

3   03 Phillips --

4   04   A. His --

5   05   Q. -- about Oracle's intraquarter prospects in Q3,

6   06 fiscal year '01, sometime before February 9th, 2001?

7   07   A. I don't recall.

8   08   Q. Do you know anyone at Oracle who did speak to

9   09 Mr. Phillips about Oracle's intraquarter forecasts prior

10  10 to February 8 -- 9th, 2001?

11  11   A. No.

12  12   Q. On the first page of Exhibit 131, Mr. Phillips

13  13 reports says: "The impact from dot-come" -- he calls it

14  14 "Dot-com Candy" as the heading.

15  15       "The impact from dot-coms is probably a

16  16       database -- is primarily a database

17  17       comparison issue. Start-ups tended to be

18  18       long on core database technology but

19  19       didn't get around to buying enterprise

20  20       applications."

21  21   Is that an accurate statement, Mr. Ellison?

22  22   A. Well, there's two different statements there,

23  23 so --

24  24   Q. Okay. That's fair.

25  25   A. So the first one, the impact from dot-coms is

---

1   00382:01 primarily a database comparison issue, he's -- let me

2   02 see. What is the date of this? This is February 8th?

3   03   Q. Ninth, 2001.

4   04   A. February 9th? This is when this came out?

5   05       This is -- so this is a February 9th document?

6   06   Q. Yes.

7   07   A. Okay. I think what he's saying is that we sold a

8   08 lot of database to dot-coms, and insofar as you compare

9   09 this quarter to the previous quarter, that sets the bar

10  10 very high. It's very hard -- you know, it's hard to --

11  11 when you've had a great quarter before, it's very hard to

12  12 have even a greater quarter again. It's just -- so just

13  13 like if you have a weak quarter, it's relatively easy to

14  14 have a better quarter because what's --

15  15 quarter-over-quarter comparison is a relative measure.

16  16 So that's what he's saying.

17  17       "The impact of dot-coms is primarily a database

18  18 comparison issue."

19  19       So what I think he's saying there is the growth

20  20 of our database business might look slow because the

21  21 previous quarter was so good. Therefore, the

22  22 comparison's a high bar -- high bar to hurdle.

23  23   Q. Okay.

24  24   A. He's saying that problem does not extend into our

25  25 applications business because while a lot of the dot-coms

---

1   00383:01 bought database, those dot-coms did not also buy the

2   02 applications. So we might have had an artificially high

3   03 data -- bubble in our database sales. There's no similar

4   04 artificially high bubble in our application sales.

5   05   Q. Okay. On the second page of Exhibit 131, again,

6   06 under the heading "Dot-com Candy," in the second

7   07 paragraph of that section, on the right-hand side, about

8   08 the middle of the column, Mr. Phillips says:

9   09       "Consequently, the database license

10  10       comparison is even tougher than it looks

11  11       since a segment of the buyers that drove

12  12       last year's number are no longer around.

13  13       Oracle had about 30 sizable dot-com

14  14       customers last year that are no longer

15  15       around."

16  16       Do you -- does that seem like an accurate

17  17 statement to you as of February 9th, 2001?

18  18   A. Well, I'm not sure about the number 30. But, you

19  19 know, Chuck is a -- is a very good analyst. We hired

20  20 him. He's now co-president of our company. So we think

21  21 the world of him. And he's a very diligent guy. So I

22  22 have no reason to not believe that number.

23  23       But it's certainly true, exactly what I said:

24  24 That during the bubble, there were a lot of these

25  25 start-ups that vanished, and a lot of those start-ups --

---

1   00384:01 virtually all those start-ups -- bought our database, so

2   02 that created, you know, tremendous growth in the year

3   03 2000. And to have a bigger database business, for the

4   04 database business to grow even on top of that, was a high

5   05 hurdle.

6   06   Q. Okay. And then he says:

7   07       "The company protected itself on

8   08       receivables by demanding cash up front in

9   09       most cases."

10  10   Is that accurate?

11  11   A. Well, cash -- let me define what "cash up front"

12  12 means.

13  13       The dot-coms -- dot-coms did some very funny

14  14 deals. They would sell database, as you heard, in

15  15 exchange of equity. They'd trade stock for product.

16  16 They would have long-term payments, payment terms -- you

17  17 buy a million dollars' worth of software and you pay a

18  18 hundred thousand now, $500,000 next year, and $400,000 in

19  19 the final year. So you have extended payment terms.

20  20       So "cash up front" doesn't mean before we'll give

21  21 you the database, you give us the cash. We're trading.

22  22 That means normal, 30-day terms. So we'll sell you the

23  23 software -- we'll sell you the software, give you a bill.

24  24 You pay us in 30 days.

25  25   Q. Okay. As of February 9th, 2001, is it true

**Page 385**

```
1   00385:01 that -- whether it was the number 30 or not -- that some
2   02 number near 30 of Oracle's sizable dot-com customers were
3   03 no longer around?
4   04      A. Oh, I think the number's probably high -- well,
5   05 the key word there is "sizable"; right?  So way more than
6   06 30.  So you can -- you know, I don't know whose opinion
7   07 is what "sizable" is.  But there were a lot more than 30
8   08 companies that vanished.
9   09      Q. Okay.
10  10      A. So there's no question -- readily, you know,
11  11 testify to in the year 2000, we had a lot of dot-com
12  12 companies -- in the year 1999, the year 2000, a lot of
13  13 companies buying database.  So a lot of those dot-coms
14  14 died, you know.  It's now legendary, that -- that
15  15 die-off.
16  16       So they bought a lot of database.  So if our
17  17 database business was to grow, it had to find replacement
18  18 for all the dot-coms and then still more.  So we -- it
19  19 was a very, very high hurdle.  So for the business to
20  20 grow, it meant we had to overcome the fact that a lot of
21  21 our dot-com companies -- customers, our ex-customers,
22  22 were gone.
23  23      Q. In the next section, on the second page of
24  24 Exhibit 131, under the title, "Lowering License Revenue a
25  25 Tad, EPS Unchanged" -- do you see that? -- Mr. Phillips
```

**Page 386**

```
1   00386:01 says:
2   02       "The dot-com comparison problem should
3   03       translate to a temporary dip in database
4   04       license growth."
5   05      A. Yes.
6   06      Q. Is that consistent with your beliefs in -- in or
7   07 around February 9th, 2001?
8   08      A. Dip in database growth.
9   09      Q. Uh-huh.
10  10      A. No, we had -- at this point, we had two record
11  11 quarters.  You know, the dot-coms had died a while ago.
12  12 So we had gone through two quarters already, you know,
13  13 after the dot-com death, or the dot-com -- well, it
14  14 wasn't a sudden event at one point in time, but the
15  15 dot-coms were dying off.  So we were living through the
16  16 impact of the weakening economy and the dying dot-coms in
17  17 the previous two quarters.  So I thought, certainly, we
18  18 had to overcome the -- the disappearance of a lot of our
19  19 dot-com customers.  But I thought we would overcome it
20  20 and it wouldn't -- and it wouldn't prevent us from making
21  21 our license forecast and our earnings-per-share forecast.
22  22      Q. So do you disagree with what Mr. Phillips said?
23  23      A. Well, you'd have to show me -- let's see.  I
24  24 mean, I have to really compare his numbers -- "we're
25  25 estimating database licenses could grow and" --
```

**Page 387**

```
1   00387:01      Q. Well, we aren't there yet.  We're at the sentence
2   02 before that, where he says, "The dot-com comparison
3   03 problem should translate to a temporary dip in database
4   04 license growth."
5   05      A. Well, I'd have to look at dip compared to what.
6   06 Dip compared to the previous quarter?  Dip compared to
7   07 the same quarter last year?  So I -- I need to know more
8   08 precisely what he's saying.  Dip compared to what he had
9   09 been forecasting before?
10  10      Q. Possible.
11  11      A. So I --
12  12      Q. Hard to tell.
13  13      A. So I just can't tell.  That's right.
14  14      Q. The next sentence there, he says:
15  15       "We're estimating database licenses should
16  16       grow in the 10-to-13 percent range
17  17       compared to a 32 percent last year and
18  18       19 percent last quarter."
19  19       Are those figures about where you saw the
20  20 database growth figures?
21  21      A. I'd have to look at the numbers.  I'd have to
22  22 look at our forecast numbers, what the database fore --
23  23 what the forecast was for database for Q3.  I don't have
24  24 that in my head.
25  25      Q. Did you have separate database numbers for
```

**Page 388**

```
1   00388:01 forecast?
2   02      A. The answer is we did.  As I said, that those
3   03 numbers were less accurate than the total -- the number
4   04 total.  We talked about that before, and we said we had a
5   05 forecast for the database business, then the application
6   06 business that was separate, for license sales.
7   07      Q. Had Oracle disclosed to the market by the first
8   08 week of February 2001 that it had lost so many of its
9   09 database customers?
10  10      A. With the dot-coms that disappeared?
11  11      Q. Right.
12  12      A. It was public knowledge.  It was all over the
13  13 newspapers.  I mean, there was no secret that the
14  14 dot-coms were dying.
15  15      Q. But specific to Oracle's customers?
16  16      A. We certainly talked about it.  I think we -- I
17  17 think Jeff Henley talked -- we talked about it in
18  18 conference calls.  I think everyone knew that we were --
19  19 we were selling -- in fact, we were running ads that
20  20 ten -- nine out of ten dot-coms are Oracle dot-coms.
21  21 We'd been running a series of ads about it.  It was -- it
22  22 was well known that it was a huge portion of our
23  23 business.  The securities analysts wrote about it.
24  24      Q. Okay.  Now, getting back to the database license
25  25 growth forecast.  Do you recall where those forecasts
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1    00389:01 appeared in Q3 '01?
2    02    A. Say that one more time, please.
3    03    Q. Do you recall where the database revenue or
4    04 license growth forecasts appeared in Q3 '01?
5    05    A. You mean in what documents?
6    06    Q. Yeah.
7    07    A. They were in the up -- they were in the upside
8    08 documents. They were in our actuals in the monthly
9    09 reports.
10   10    Q. Okay. In the next-to-last paragraph on the
11   11 right-hand column of the second page of Exhibit 131 --
12   12    A. Second page, numbered 15?
13   13    Q. Yes. Mr. Phillips says that:
14   14        "Excluding the dot-com impact, an unusual
15   15        phenomenon unlikely to be repeated anytime
16   16        soon, database license revenue from
17   17        remaining customers will still be up 17 to
18   18        22 percent, in our estimation."
19   19        Do you see that?
20   20    A. I do.
21   21    Q. Do you agree with that estimation?
22   22    A. I would have to look at our -- our forecast data
23   23 at the time and compare our forecast data to what he's
24   24 saying. He's factoring out two things, and I'm not
25   25 sure -- he's factoring out the dot-com revenue and --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1    00390:01 he's looking at our database license revenue with and
2    02 without dot-coms.
3    03    Q. Uh-huh.
4    04    A. And he's making some estimates to do that, and
5    05 I'm not sure if I'm able to do that.
6    06    Q. All right. You need fairly detailed information
7    07 to be able to do that; right?
8    08    A. Yes. And he's doing it with some -- he's using
9    09 an estimating technique.
10   10    Q. Okay. Do you know what estimating technique he
11   11 was using in February of 2001?
12   12    A. Yeah, I -- probably was figuring -- do I know the
13   13 details of the technique? No.
14   14    Q. Well, what -- what do you know about the
15   15 technique that he was using in February 2001?
16   16    A. I'm -- I can only speculate as to what I would do
17   17 if I was trying to -- without having specific knowledge
18   18 of Oracle's -- how much -- what percentage of Oracle's
19   19 business was dot-com, I'd have to make an estimate as to
20   20 what percentage of the database business I thought was
21   21 dot-com and pull that out -- pull that out of the
22   22 previous year, lowering -- lowering the previous year,
23   23 and then seeing how much -- and then once I factored that
24   24 out, I would, you know, recompute the growth rate. So
25   25 I've got two. I've got how much database we sell this
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1    00391:01 year, how much database we sold last year, in total. How
2    02 much database we sold last year without dot-coms. So I'd
3    03 make some estimate as to what the dot-com revenue was
4    04 last year. I don't know what technique he used to make
5    05 the estimate. But I'm sure it was rational and pretty
6    06 good.
7    07    Q. All right.
8    08    A. Because he was the best analyst in our industry.
9    09    Q. Okay. On the third page of Exhibit 131, which
10   10 happens to be numbered 16, in the first full paragraph,
11   11 Mr. Phillips says:
12   12        "Our earnings number this quarter remains
13   13        unchanged at 12 cents per share. The
14   14        $40 million in license revenue we took out
15   15        of the quarter doesn't move the earnings
16   16        needle, given the 5.8 billion shares
17   17        outstanding, but the reduction probably
18   18        takes away any earnings upside."
19   19        Is -- is -- how close is Mr. Phillips there in
20   20 his view of Oracle's third quarter of 2001 compared to
21   21 your view at the same time?
22   22    A. Well, my analysis was a little bit different. I
23   23 mean, I was looking -- I had different data than he had.
24   24 We had an extremely -- I'm repeating myself. We had an
25   25 extremely -- he didn't know about the Covisint deal, so
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1    00392:01 he was --
2    02    Q. He didn't?
3    03    A. Not the amount of it. He probably knew the deal
4    04 happened, but I don't think anyone knew the amount of --
5    05 I think amount of it -- I'm not sure we ever announced
6    06 the amount of that deal. So he certainly didn't know the
7    07 size of the deal, which more than offsets the
8    08 $40 million, by the way, he has here.
9    09        Right? Isn't that correct?
10   10    Q. If, in fact, he didn't know about it.
11   11    A. Well, we didn't -- I don't think we ever
12   12 published -- publicly stated the amount of the deal.
13   13    Q. I -- well --
14   14    A. I'll --
15   15    Q. We can go look.
16   16    A. I'll stand -- you know, my memory is --
17   17        MR. SALPETER: Might as well show it to him.
18   18        MR. DE GHETALDI: Q. It's -- I mean, I think it
19   19 was announced in December --
20   20    A. We had -- we had --
21   21    Q. -- before the 14th --
22   22    A. We had to announce it because of the materiality,
23   23 because we were required to --
24   24    Q. I don't know why, but I think you did.
25   25    A. Yeah.
```

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00393:01  Q. And I think it's actually in this document |
| 2 | 02  itself -- |
| 3 | 03  A. Okay.  There you go. |
| 4 | 04  Q. -- that he knows about it, so -- |
| 5 | 05  A. So the next -- |
| 6 | 06  MR. SALPETER:  First page. |
| 7 | 07  MR. DE GHETALDI:  Q.  Back one page.  Middle of |
| 8 | 08  the left-hand column. |
| 9 | 09  A. Because normally we do not announce the size of |
| 10 | 10  our deals.  Could someone point -- |
| 11 | 11  Q. "The quarter started off well on the |
| 12 | 12  Application side with the large Covisint |
| 13 | 13  deal already booked around $60 million." |
| 14 | 14  A. Sixty million dollars. |
| 15 | 15  Did we announce it, or did he just know about it? |
| 16 | 16  That's very interesting.  Because we don't -- we don't -- |
| 17 | 17  we rarely announce the size of our deals. |
| 18 | 18  Okay.  Well, needless to say, I didn't see this |
| 19 | 19  document before.  Most of our deals are confidential.  We |
| 20 | 20  don't announce the size of the deals.  The only reason we |
| 21 | 21  would announce a deal, I think, is if it was actually -- |
| 22 | 22  if it was material and we were required to by law. |
| 23 | 23  Q. Okay. |
| 24 | 24  A. But -- Jeff has very good sources. |
| 25 | 25  Q. I guess he did. |

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00394:01  Going back to page 3 of Exhibit 131, which is |
| 2 | 02  numbered page 16. |
| 3 | 03  A. Okay. |
| 4 | 04  Q. In the second full paragraph, Mr. Phillips says: |
| 5 | 05  "Since Oracle provides more revenue detail |
| 6 | 06  than most companies, product line by |
| 7 | 07  geography and by platform, there's always |
| 8 | 08  intense scrutiny on each bucket." |
| 9 | 09  Would you agree that the market intensely |
| 10 | 10  scrutinized Oracle's product line by geography and by |
| 11 | 11  platform in terms of its forecasts and results? |
| 12 | 12  A. That's -- we don't -- we don't forecast that way. |
| 13 | 13  We do provide result information that way.  So we don't |
| 14 | 14  forecast Germany -- so we provide very detailed results, |
| 15 | 15  not nearly as detailed a forecast.  We do provide a much |
| 16 | 16  more detailed forecast -- much more detailed results than |
| 17 | 17  most of our competitors. |
| 18 | 18  For example, PeopleSoft will not tell you how |
| 19 | 19  much of its revenue came from J.D. Edwards and how much |
| 20 | 20  of its revenue came from PeopleSoft.  They just give you |
| 21 | 21  one number. |
| 22 | 22  Q. Oh. |
| 23 | 23  A. We give you lots and lots of numbers and lots of |
| 24 | 24  lots of data to analyze.  And analysts love to plow |
| 25 | 25  through that, and they'll ask us why Germany didn't look |

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00395:01  so good last quarter.  Everything else can be great, and |
| 2 | 02  they just want to talk about the failure in Germany. |
| 3 | 03  Anyway, so we do -- I think that's all Chuck is |
| 4 | 04  saying.  We provide lots and lots of information so |
| 5 | 05  people can dive deeper if into our business and ask -- |
| 6 | 06  you know, ask more informed questions. |
| 7 | 07  Q. Okay.  The -- the next full paragraph of the |
| 8 | 08  third page, numbered 16, of Exhibit 131, Mr. Phillips |
| 9 | 09  says: |
| 10 | 10  "Our license -- our total license revenue |
| 11 | 11  estimate is now 1.27 billion, which is |
| 12 | 12  18.5 percent year-to-year growth." |
| 13 | 13  Which is, I assume, the $40 million that he said |
| 14 | 14  he took out of the quarter from the $1.31 billion |
| 15 | 15  guidance that was given on December 14th. |
| 16 | 16  A. Right. |
| 17 | 17  Q. You might check with him.  I'm not sure about his |
| 18 | 18  math on this 18.5 percent growth does not equal |
| 19 | 19  1.27 billion, and 1.27 billion -- vice versa. |
| 20 | 20  But assuming that we're looking at the number and |
| 21 | 21  not the growth rate percentage, is that number consistent |
| 22 | 22  with where your estimate of Oracle's license revenue |
| 23 | 23  forecast was as of the first week in February 2001? |
| 24 | 24  A. No.  I thought we were going to at least make our |
| 25 | 25  25 percent growth and probably beat it.  But let me make |

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00396:01  another comment about Chuck.  Having said he is the best |
| 2 | 02  analyst in the industry, which he was -- and he was voted |
| 3 | 03  that year after year -- he also had a habit of |
| 4 | 04  underestimating our results.  If you look at his pattern |
| 5 | 05  of estimate, he likes to estimate low and have us beat |
| 6 | 06  his number. |
| 7 | 07  So analysts don't like to disappoint their |
| 8 | 08  investors; right?  So there's a pattern of really good |
| 9 | 09  analysts setting really low expectation and saying, well, |
| 10 | 10  they did even better than I thought.  So if you look at |
| 11 | 11  Chuck -- if you could take a history of Chuck's estimates |
| 12 | 12  of Oracle, you'll find that Chuck often will set the bar |
| 13 | 13  low enough so we can beat it. |
| 14 | 14  Q. Oh, okay.  Does he do that on purpose for you or |
| 15 | 15  for himself? |
| 16 | 16  A. Well, I -- I think -- it's an interesting |
| 17 | 17  question.  We can talk about stock market analysts.  But |
| 18 | 18  I think not -- not unlike the salespeople, they don't |
| 19 | 19  like to disappoint.  So, if I'm recommending to you to |
| 20 | 20  buy the Oracle stock, and I'm going to say they're going |
| 21 | 21  to deliver these kind of results and that should be good |
| 22 | 22  for stock, and if they don't deliver those kind of |
| 23 | 23  results, you're going to be mad at me as the analyst.  If |
| 24 | 24  they exceed that, you're not going to be mad at me. |
| 25 | 25  You're going to be happy. |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00397:01     So chuck particularly had a track record of being

02 cautious and conservative and providing estimates that we

03 consistently beat.

04     Q. Okay. He continues by saying, "We look for total

05 revenue of $2.8 billion, or 14.1 percent growth."

06         Isn't that -- isn't that a pretty healthy bit

07 below what Oracle had given guidance for in terms of

08 total revenue?

09     A. Yeah, you know, it's definitely less than I

10 expected we would do, and certainly below our guidance.

11     Q. All right. He says:

12         "Consulting and services should be up in

13         the 10 percent range, but with fewer

14         billable hours from the holidays and a

15         general cutback by IT departments on

16         outside consultants, consulting revenue

17         should decline sequentially."

18         Aside from the numbers that he gives, would you

19 agree with his analysis of the effect of apparently the

20 market on Oracle's consulting and services revenue?

21     A. Well, I think he's talking about the seasonality

22 right now because the third quarter -- now he's talking

23 about sequential quarters rather than year-over-year. So

24 he's talking about Q2 to Q3 with Christmas-New Year's

25 holidays. The consultants go on vacation, too, and

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00398:01 that's going to be, you know, fewer billable hours for

02 consultants.

03     Q. All right.

04         MR. DE GHETALDI: Three more exhibits. Let's

05 just mark these three, please.

06         First things first. See, I'm a married man, too.

07         (Whereupon, DC Exhibits 132-134 were

08         marked for identification.)

09     MR. ETH: So this was?

10     THE REPORTER: 132 through 134.

11     MR. ETH: Thank you.

12     MR. DE GHETALDI: Q. Okay. Mr. Ellison, do you

13 recognize the documents that have been marked as

14 Exhibits 132, 133, and 134?

15     A. I do.

16     Q. Are they upside reports from the Monday executive

17 management committee meetings for December 8th, 2000,

18 January 15th, 2001, and January 29th, 2001?

19     A. I'm just looking at -- the answer is, I think,

20 yes. I'm just trying to find all the dates. Where are

21 you finding these dates?

22     Q. There's a footer in the bottom center of 132 and

23 the bottom right of 133 and 134.

24     A. Okay. 1-15.xls, 1-29 -- okay. Got it. Thank

25 you.

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00399:01     Q. All right. Now, before we start looking at some

02 of these upside reports, did you understand in Q3 '01

03 that the information contained in the upside reports was

04 pretty much one week old?

05     A. Not really. I mean, one week --

06     Q. That is --

07     A. I knew that they extracted data out of Oracle

08 Sales Online, put it into a Datamart, I believe, and then

09 prepared these reports. But I didn't know it was one --

10 I mean, I knew it wasn't exactly up-to-date, but it was

11 fairly close.

12     Q. Okay. At executive management committee meetings

13 in Q3 '01, did you, as part of the things that you

14 usually discussed, did you ask the persons who attended

15 those meetings whether there were any differences between

16 what they knew at the moment and what was in the

17 documents?

18     A. Sure. Sure, absolutely.

19     Q. Okay.

20     A. If deals had closed, I forecast -- sometimes

21 people had made a change to the forecast, and it's not

22 reflected in this document.

23     Q. Yes.

24     A. Something material is -- a material deal has been

25 won or lost, not reflected. We'd go around and talk

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00400:01 to -- everybody on this list has a chance to change

02 what's in the report, verbally.

03     Q. Okay. All right.

04         Now, you mentioned the term Datamart. What was

05 that again?

06     A. Oh, they pulled the information out of one

07 database, the Oracle Sales Online database, and they'll

08 put it into a separate database for analysis.

09     Q. And that database is called Datamart?

10     A. Well, Datamart is a general term for something

11 that's -- that's used -- a database that's extracted

12 that's used purely for reporting, not for operational

13 transactions.

14     Q. I see.

15     A. In other words, the contents never change. We

16 just extract a lot of data out -- for example, Oracle

17 Sales Online, you've got salespeople constantly changing

18 their forecast, salespeople constantly adding new

19 opportunities, deleting opportunities. It's a

20 transactional system. The data is constantly moving.

21         People then extract that data -- at a point in

22 time, extract that out into what's called either a Data

23 Warehouse or Datamart. That data does not change. It's

24 just -- it's static.

25         Analysts will use that data to -- they'll

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1   00401:01 analyze, they'll format reports and look at — you know,

2   02 look at and scrutinize that data, albeit it's not

3   03 changing.

4   04   Q. Okay.  So, does that Datamart system then end up

5   05 containing discrete — compilations of data from discrete

6   06 inquiries, or how does that work?

7   07   A. Okay.  Let's say every week — this is

8   08 hypothetically.

9   09   Q. Yes.

10   10   A. Every week, you wanted to know what the total

11   11 pipeline was.  Well, what the Oracle Sales Online

12   12 contains, as it was then built —

13   13   Q. Yes.

14   14   A. — this is as opposed to now — was the current

15   15 pipeline.  So if you want to know — let's say you wanted

16   16 to track, over a five-year period, the pipeline.  So you

17   17 do a historical trend analysis of the pipeline.  That

18   18 means every day, every week, you're going to have to take

19   19 the information out of that database and store it in a

20   20 Datamart or Data Warehouse over here.

21   21   Q. Okay.

22   22   A. Because this data is constantly changing.  And if

23   23 you want to maintain trends, you take these snapshots, if

24   24 you will, of what the world looked like on Monday of this

25   25 week, what the world looks like on Monday of next week.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1   00402:01 So you do that.  So you have these databases that are

2   02 moving targets, and then you have this database that

3   03 maintains the historical record for the information.

4   04   Q. Okay.

5   05   A. And Finance would extract information out of the

6   06 operational data, the moving targets, into these

7   07 Datamarts or Data Warehouses for analysis that would

8   08 allow them to plot trends and be able to say our historic

9   09 factor — where do we get that historical close rate

10   10 from.

11   11   Q. I see.

12   12   A. And we just — well, we looked at this warehouse

13   13 and we looked at what the size of the pipeline was a year

14   14 ago, how much we actually closed a year ago, and do all

15   15 those calculations.

16   16   Q. Okay.  Did you have access to the data in these

17   17 Datamarts or Data Warehouse?

18   18   A. If I want — if I wanted access, I could have had

19   19 it.  But no, I didn't.  I relied on others to prepare the

20   20 reports and just looked at the results.

21   21   Q. I see.  Okay.  Do you know who else would have

22   22 had access to that information in that form?

23   23   A. I think it was owned by — I think all of that

24   24 stuff was owned by Jennifer Minton's team.

25   25   Q. All right.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1   00403:01   A. So her team.

2   02   Q. Okay.  Now, a couple other things.

3   03   Would you look at Exhibit 134, please, and please

4   04 turn about three pages in to the page with the --

5   05   A. 134.

6   06   Q. 134, right.

7   07   A. The last of the three.  Okay.

8   08   Q. Right.  The January 29th one.

9   09   A. Okay.  Okay.  Three pages in, which is --

10   10   Q. Three pages in.  And --

11   11   A. So am I looking at 3614?

12   12   Q. 3612.

13   13   A. 3612.  Okay.

14   14   Q. Do you see the footnotes there, 1, 2, 3?

15   15   A. Yes.

16   16   Q. There's an analysis of OPIs, total and technology

17   17 and applications forecast for revenue growth, pipeline

18   18 growth, and pipeline conversion ratio without Covisint.

19   19   Do you know why those footnotes are contained in

20   20 this upside report?

21   21   A. No.

22   22   Q. Do you recall discussing these footnotes at any

23   23 EMC meeting in January of 2001?

24   24   A. No.

25   25   Q. Similar footnotes also appeared in the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1   00404:01 January 22nd of 2001 upside report, which I haven't shown

2   02 you.  But you can check by looking later, if you want —

3   03   A. So we have an analysis with Covisint and without

4   04 Covisint?

5   05   Q. Yes.  Yeah.

6   06   A. Okay.

7   07   Q. So do you recall discussions about that subject

8   08 in late January 2001 —

9   09   A. No.

10   10   Q. — at EMC meetings?

11   11   A. No.

12   12   Q. Let's change the tape —

13   13   MR. SALPETER: How much more do we have?

14   14   MR. DE GHETALDI:  Ten minutes maybe.

15   15   THE VIDEOGRAPHER:  This is the end of Volume II,

16   16 Tape 3, in the deposition of Lawrence J. Ellison on

17   17 February 27, 2004.  The time 6:06 p.m.  We are off the

18   18 record.

19   19   (Discussion off the record.)

20   20   THE VIDEOGRAPHER:  This is the beginning of

21   21 Volume II, Tape 4, in the deposition of Lawrence J.

22   22 Ellison on February 27, 2004.  The time 6:09 p.m.  We're

23   23 on the record.

24   24   MR. DE GHETALDI:  Q.  Okay.  Mr. Ellison, if you

25   25 could please turn to the second page of each of the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00405:01  Exhibits 132 to 134.  And I don't know if this would
2        02   help, but I have extra copies of them that you could
3        03   write on.
4        04      No?  Okay.
5        05   A.  Just give me an exercise.  Okay.
6        06      MR. ETH:  Handwriting or something?
7        07      MR. DE GHETALDI:  No.  You can even take them
8        08   back with you; I don't care.  Just to follow along, I
9        09   just thought it might help.
10       10   Q.  I'd like to follow, starting with the
11       11   December 8th upside report, which is 132.  You can see
12       12   the footer has the date.
13       13   A.  All right.  132.
14       14   Q.  The one with a footer in the center of the page.
15       15   The date footer is in the center of the page.
16       16   A.  I've got a 1/29, I've got a 12/08, and I've got a
17       17   1/15.
18       18   Q.  12/08.
19       19   A.  12/08.  Okay.
20       20   Q.  The upside number there is $175 million; is that
21       21   right?
22       22   A.  I have to find where you are.
23       23   Q.  Upside for revenues, total revenues.
24       24   A.  Total revenues.  Correct.
25       25   Q.  Okay.  And the total --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00406:01  A.  No, that's -- that's the upside.
2        02   Q.  Right.  That's what I said.
3        03   A.  The upside for the 12/08 --
4        04   Q.  Total revenue?
5        05   A.  The upside, on top of the total revenue.
6        06   Q.  Correct.  The way I phrased it was the upside for
7        07   total revenue.  Because there's upside for expenses as
8        08   well.
9        09   A.  Got it.
10       10   Q.  Then the upside number for January 15th drops to
11       11   about $105 million; right?
12       12   A.  Yes.
13       13   Q.  About a --
14       14   A.  Yes --
15       15   Q.  -- 50 million or $70 million drop; right?
16       16   A.  Yes.
17       17   Q.  There's a corresponding increase -- perhaps
18       18   corresponding -- there is an increase in the forecast
19       19   between the two weeks -- or the two reports, from
20       20   $2.8 billion to -- or $2.827 billion to $2.882 billion.
21       21   A.  Okay.  Let me make sure I got the right reports
22       22   here.  So you are on 1/15; right?  You're comparing 12/08
23       23   to 1/15?
24       24   Q.  Yes.
25       25   A.  And the forecast has gone up from 2.827 --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00407:01  Q.  Yes.
2        02   A.  -- to 2.892.
3        03   Q.  To 2.882, I believe.
4        04      MR. RUBENSTEIN:  Nine.
5        05      THE WITNESS:  I've got a nine two here (handing
6        06   magnifying glass).
7        07      MR. DE GHETALDI:  That's an 8.
8        08      MR. SALPETER:  We have a 9 on ours.
9        09      MR. RUBENSTEIN:  We have a 9 on ours.
10       10      MR. DE GHETALDI:  Just want to make sure we've
11       11   got the same one.
12       12      MR. RUBENSTEIN:  It's a 9.
13       13      MR. ETH:  Do the math.
14       14      (Counsel confer.)
15       15      MR. DE GHETALDI:  You can see why I use the
16       16   thing.
17       17      THE WITNESS:  Yeah.  Plus the Xerox copies are so
18       18   bad.
19       19      MR. DE GHETALDI:  This one right here.
20       20      THE WITNESS:  You want to take a look at mine?
21       21   Yeah, take a look at my copy.  It might be easier to
22       22   read.
23       23      MR. DE GHETALDI:  It is -- it is -- ah, you are
24       24   looking at the budget rate, and I'm looking at the actual
25       25   rate.  That explains it.  I meant the second page.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00408:01     MR. RUBENSTEIN:  Identify the Bates number of the
2        02   page that you wanted.
3        03      MR. DE GHETALDI:  Yes.  Thank you.  3342.
4        04      MR. RUBENSTEIN:  So -- wait --
5        05      MR. DE GHETALDI:  So now we're comparing actual
6        06   rate page to actual rate pages.
7        07      THE WITNESS:  Okay.  We're looking at -- this
8        08   is -- okay.  Actual rates.  Right.  Because currency at
9        09   this point was hurting us.  So -- right.  Right.  Right.
10       10   So it's gone from -- let me just make sure I'm going from
11       11   actuals to actuals.  Actual to actual, 827 to 882.
12       12      So the forecast is rounded up -- the forecast has
13       13   gone up $55 million.
14       14      MR. DE GHETALDI:  Q.  Right.
15       15   A.  And the upside has gone down $71 million, for a
16       16   negative impact of $21 million.
17       17   Q.  Right.  Right.
18       18   A.  So the total upside has gone down $21 million.
19       19   Q.  So is that something that you see as upside
20       20   translating to forecast?
21       21   A.  Yes.  So the forecast went up, so then Jennifer
22       22   said, well, yes, they're getting close to where I think
23       23   they're going to end up.  So she adjusted her upside
24       24   down.  So she actually adjusted her upside down more than
25       25   they adjusted their forecast up.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00409:01  Q. Yes.

02    A. So the real upside total has come down about

03  $20 million.

04    Q. Yes.  Now, if you'll look at the corresponding

05  page on the January 29th upside, which is Bates No. 3609.

06    A. Okay.  Actually is right.  So here, the forecast

07  has -- let me just make sure I get these in the right

08  sequence, or I'm going to drive us all crazy.  Okay.

09       So now, comparing the 15th to the 29th, which is

10  in my staple fold -- okay.  The 29th -- on actuals, the

11  forecast has come down $12 million, and the upside has

12  come down $50 million.

13       Correct?

14    Q. Yes.

15    A. For a total reduction of $62 million.

16    Q. Right.

17    A. Right.

18    Q. Was -- was that a significant drop, in your view,

19  in January 2001?

20    A. Let me be very clear.  It was -- we still had

21  plenty of pipeline and plenty of forecast to make our

22  number, so -- but it definitely dropped.  It dropped

23  $70 million.

24    Q. Right.

25    A. But we started out with such a huge pipeline, so

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00410:01  we had a 52 percent -- you know, we have this very, very

02  large pipeline --

03    Q. Right.

04    A. -- that I still -- I certainly believed at this

05  time, even after this report and after coming down the

06  $70 million, I certainly still believed that we were

07  going to make both our earnings per share guidance and

08  our -- our license growth guidance.

09    Q. All right.  If you could look at the expense

10  side --

11    A. Yes.

12    Q. -- on these three pages.

13    A. Yes.  Okay.

14    Q. It looks to me -- and tell me if I'm reading this

15  correctly.  It looks to me that -- like Oracle was

16  forecasting not a reduction in expenses but an actual

17  increase in expenses, virtually across the board for Q3

18  '01 over Q3 '00.

19       Am I reading that right?

20    A. I'd have to look at the actuals.  On expense

21  forecasting, we are notoriously bad at expense

22  forecasting in the sense that we don't pay enough

23  attention -- we don't pay a lot of attention to it, and

24  the expense forecast is usually high.  So I'd be very

25  interested to actually see where the expenses came out.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00411:01  because we have a terrible track record of not bothering

02  to keep the expense forecast up to date, knowing -- and

03  we almost -- as I say, we almost always beat expenses.

04  Just kind of routine thing within the management as well.

05  Expense are this?  That can't be right.  We just haven't

06  scrubbed the expenses.

07       But, yes, you're reading it correctly.

08    Q. All right.  So putting aside what actually

09  occurred at the end of the quarter, the forecasts are

10  showing increase in expenses over the actuals from Q3

11  '00; right?

12    A. Yes.

13    Q. Given that margin depends upon -- margin

14  forecasting depends upon expense forecasting, can you

15  explain the basis for your statement, then, that margins

16  were going to be improving based on decreasing expenses?

17    A. Our expense forecasting is not very good.  I -- I

18  think we can just -- should just go and look at what the

19  actual expenses were in the quarter, and my recollection

20  is they went down.  So we're just bad at -- we're just

21  bad at expense forecasting.

22    Q. Okay.

23    A. Easy enough to check.

24    Q. All right.  It went up.

25    A. It went up.  How much?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00412:01  Q. Seven percent.

02    A. Seven percent year-over-year?

03    Q. Yes.

04    In any case, the EPS numbers on these three

05  pages --

06    A. Slow down.

07    What were the -- what were the sequential -- on

08  the -- on the expense -- so they went up 7 percent a

09  year, every year?

10    Q. Yes.

11    A. And do you know what the sequential was,

12  sequential was, the sequential quarter was?

13    Q. What Q4 or Q2 was?

14    A. Q2 was, sequential quarter?

15    Q. No, I don't.

16    A. Because I think that was down.

17    While there's tremendous seasonality in our

18  license sales, there is not seasonality in our expenses;

19  right?  Because it's mainly employee expenses.  So when

20  I -- so I should be more precise.  So when I talk about

21  expenses going down, usually I mean -- I mean going down

22  sequentially.

23    Q. All right.

24    A. And so I should -- I would love to -- hate to be

25  wrong twice in a -- get a chance to be wrong twice in a

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00413:01 row, you know, but -- but if someone would check that, |
| 2 | 02 I'd appreciate it. |
| 3 | 03 Q. All right. |
| 4 | 04 THE WITNESS: Can we check? |
| 5 | 05 MR. SALPETER: Sure. |
| 6 | 06 THE WITNESS: Can someone on our side check? |
| 7 | 07 MR. WEISER: We are on your side. |
| 8 | 08 THE WITNESS: Yes. |
| 9 | 09 MR. WEISER: In a manner of speaking. |
| 10 | 10 MR. DE GHETALDI: Q. Now, can we go back to the |
| 11 | 11 EPS numbers on these three pages, please? |
| 12 | 12 A. Sure. |
| 13 | 13 Q. It is pretty clear that -- that the forecasted |
| 14 | 14 EPS numbers were 10.6 and 10.7 cents per share; right? |
| 15 | 15 A. Where are we? |
| 16 | 16 Q. EPS numbers. |
| 17 | 17 A. I'm sorry. Which -- which page are you on? |
| 18 | 18 Q. I'm on the same page for all three, and EPS is |
| 19 | 19 down in this neck of the woods (indicating). The Bates |
| 20 | 20 number is 3004 for Exhibit 132, 3342 for Exhibit 133, and |
| 21 | 21 3609 for Exhibit 134. |
| 22 | 22 A. Okay. So what -- what are you looking -- so |
| 23 | 23 earnings per share -- |
| 24 | 24 Q. Forecasted earnings per share. |
| 25 | 25 A. That's 12.8. |

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00414:01 Q. No. Forecasted, not the potential. |
| 2 | 02 A. Well, that's -- well, that's not including -- |
| 3 | 03 that's not including -- that's the field -- that's the |
| 4 | 04 field forecast. |
| 5 | 05 Q. Yes. |
| 6 | 06 A. As opposed to the financial forecast. |
| 7 | 07 Q. Yes. |
| 8 | 08 A. So, right, the field forecast was 10.7, and |
| 9 | 09 Jennifer Minton's number was 12.8. |
| 10 | 10 Q. On January -- on December 8. |
| 11 | 11 A. Correct. |
| 12 | 12 Q. And then on December -- on January 15th, those |
| 13 | 13 numbers were 10.6 cents for the field forecast. |
| 14 | 14 A. Right. |
| 15 | 15 Q. And 12.11 cents for the finance group forecast. |
| 16 | 16 A. Correct. |
| 17 | 17 Q. All right. And then on January 29th, the field |
| 18 | 18 forecast was 10.7 cents per share, and the finance group |
| 19 | 19 forecast was 11.58 cents per share. |
| 20 | 20 A. Right. Rounding to 12 cents. |
| 21 | 21 Q. Rounding up to 12 cents. |
| 22 | 22 A. Right. |
| 23 | 23 Q. But rounding up about a half a cent to get to the |
| 24 | 24 12 cents? |
| 25 | 25 A. Four point two cents, right. |

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00415:01 Q. And we talked earlier today about the comparative |
| 2 | 02 value of a one-cent EPS change in fiscal year '0 -- in Q2 |
| 3 | 03 fiscal year '01 to a one-cent EPS change in Q3 '00. Same |
| 4 | 04 relationship applies between Q3 '01 and Q3 '00; right? |
| 5 | 05 Four to one? |
| 6 | 06 A. Oh, no. That's a -- I think when we're doing -- |
| 7 | 07 when we're doing comparisons -- oh, no, that's -- we've |
| 8 | 08 already adjusted the previous numbers for that |
| 9 | 09 four-to-one comparison -- four-to-one comparison. I'm |
| 10 | 10 not sure -- I'm not precisely sure what I'm -- what |
| 11 | 11 you're asking. |
| 12 | 12 Q. Well, the -- I'm saying -- I'm ask -- I'm saying |
| 13 | 13 that the half-cent difference in Q3 '01 is equivalent to |
| 14 | 14 a two-cent difference in Q3 '00; right? |
| 15 | 15 A. Had we not -- let's be -- okay. Had we not done |
| 16 | 16 the splits when we -- once we do a split, we adjust -- we |
| 17 | 17 redo our earnings for all the previous years, as you |
| 18 | 18 know. |
| 19 | 19 Q. Right, right. |
| 20 | 20 A. As if we had split the stock. So I'm really not |
| 21 | 21 sure what the question is. |
| 22 | 22 Q. Well -- |
| 23 | 23 A. Is the question -- are you asking the question, |
| 24 | 24 is -- if we hadn't split the stock twice -- |
| 25 | 25 Q. Right. |

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00416:01 A. -- what would the earnings have been? |
| 2 | 02 Q. Well, the differential there would have been a |
| 3 | 03 two-cent differential; right? Between 11 1/2 cents and |
| 4 | 04 12 cents? |
| 5 | 05 A. If I can just do this my -- |
| 6 | 06 Q. That's fine. |
| 7 | 07 A. Our earnings would have been four times -- four |
| 8 | 08 times larger in EPS had we not been in the splits. So |
| 9 | 09 our earnings would have been 46 cents. |
| 10 | 10 Q. Right. |
| 11 | 11 A. After -- after this, there would have been, you |
| 12 | 12 know, 44 cents. |
| 13 | 13 Q. Two-cent difference. |
| 14 | 14 A. Right. |
| 15 | 15 Q. And let me turn back to the first page. |
| 16 | 16 A. First page of all of them? |
| 17 | 17 Q. Yes. I think earlier in the deposition, you said |
| 18 | 18 that you -- one of the things that you did was you |
| 19 | 19 compared revenue growth rates to pipeline growth rates to |
| 20 | 20 see the difference between them. |
| 21 | 21 A. Yes. |
| 22 | 22 Q. And I think you can see that fairly clearly on |
| 23 | 23 this first page, if you look at the revenue growth column |
| 24 | 24 on the left-hand side and the pipeline growth column |
| 25 | 25 towards the center. |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1   00417:01      You see that?
2   02     A. Yes.
3   03     Q. And the revenue growth on the 8th was 22 cents,
4   04 and the pipeline --
5   05     A. Twenty-one percent -- wait --
6   06     Q. I'm sorry.  For license?
7   07     A. For license was 22 percent.
8   08     Q. Right.  They don't -- there's not pipeline growth
9   09 for total revenue.
10  10     A. Right.
11  11     Q. Because it wouldn't make sense; right?
12  12     A. Absolutely.
13  13     Q. So the license revenue growth is 22 cents, and
14  14 the pipeline revenue --
15  15     MR. SALPETER:  Percent.
16  16     MR. DE GHETALDI:  I'm sorry.  Thank you.
17  17 Percent.
18  18     Q. And the pipeline revenue growth is 52 percent;
19  19 right?
20  20     A. Correct.  Now, just keep in mind, these are
21  21 constant dollars, not budget dollars, but that's okay.
22  22     Q. Yes, yes.
23  23     A. Okay.
24  24     Q. But the relationship would tend to cancel out
25  25 because they --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1   00418:01    A. It's close enough, yes.
2   02     Q. And then the -- the 15th, revenue growth, at
3   03 least as forecast by the field -- now, these are field
4   04 forecast numbers; right?
5   05     A. Right, right.
6   06     Q. -- is 23 percent, and the pipeline growth is
7   07 34 percent.
8   08     A. Yes.
9   09     Q. Narrowing gap; right?
10  10     A. Yes.
11  11     Q. And by the 29th, the revenue growth percent is --
12  12 for license is still at 23, and the pipeline growth has
13  13 shrunk to 31 percent --
14  14     A. Yes.
15  15     Q. -- right?
16  16     A. Yes.
17  17     Q. And then, if we compare the forecast revenue
18  18 growth to the pipeline growth --
19  19     A. Yes.
20  20     Q. -- it's -- revenue license growth is forecast at
21  21 38 percent on December 8th compared to 52 percent on --
22  22 of pipeline growth?
23  23     A. I -- I think you miss -- can you repeat that
24  24 sentence?
25  25     Q. Right.  On January -- I'm sorry.  On
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1   00419:01 December 8th --
2   02     A. Yes.
3   03     Q. -- license revenue growth was forecast by the
4   04 finance group.
5   05     A. At?
6   06     Q. Thirty-eight percent.
7   07     A. And where are you getting that?  I'm just --
8   08     Q. The column over to the right-hand side.
9   09     A. Yes.  Got it.  Okay.
10  10     Q. Okay?  All right?
11  11        And the pipeline growth percent is 52 percent
12  12 still.
13  13     A. Correct.
14  14     Q. Because nobody does upside on pipeline; right?
15  15     A. That's right.
16  16     Q. And -- and then for the 15th, the -- the revenue
17  17 growth is 32 percent for the finance forecast, and the
18  18 pipeline growth is 34 percent?
19  19     A. Yes.
20  20     Q. Only a 2 percent difference there.
21  21     A. Yes.
22  22     Q. Pretty narrow; right?
23  23     A. Still more than enough to make the forecast.
24  24     Q. Okay.  And -- but it indicates -- the narrow --
25  25 the narrowing relationship indicates increased
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
1   00420:01 difficulty, doesn't it?  In meeting the forecast?
2   02     A. There was still -- again, it's a little bit of --
3   03 we had -- we had this huge pipeline to start with, with
4   04 52 percent, and the fact that it's come down is -- you
5   05 know, I'd much rather have a 52 percent pipeline than
6   06 a 45 percent pipeline.
7   07     Q. Okay.  Well, here it's a 34 percent pipeline
8   08 growth.  But my point is that isn't it true that as the
9   09 gap between pipeline growth and revenue growth narrows,
10  10 that's an indication that it will be more difficult to
11  11 meet the revenue forecast?
12  12     A. I would say as long -- as long as the pipeline
13  13 growth is greater than -- than the revenue growth, you
14  14 should be able to meet your numbers.
15  15        As the pipeline -- as the pipeline growth -- as
16  16 it dropped -- let me be clear.  As it dropped from 52 to
17  17 34, our ability to exceed our numbers has been
18  18 diminished.  All right?  So we -- so the likelihood of,
19  19 you know, greatly exceeding the numbers has gone down.
20  20     Q. Okay.  All right.
21  21     A. But we still should have enough to make our
22  22 numbers.
23  23     Q. Okay.  Are you familiar with the term "backfill"?
24  24     A. I think I know what it means.
25  25     Q. I'm not talking about dirt; I'm talking about
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00421:01  deals.

02   A. It means rebuilding the pipeline? Actually, I'm

03   not -- people use funny terms, and I try to stay away

04   from them.

05   Q. Okay. That's fine.

06   A. Backfill, I think, means rebuilding the pipeline.

07   Or if a deal is lost, to replace it with another deal.

08   Q. Okay. Then let's look at the divisions, just

09   briefly, the license divisions for the Americas.

10   A. And which one -- which document are you looking

11   at?

12   Q. I'm back to December 8th.

13   Now, the forecast -- the field forecast for OPI

14   has a revenue growth of 80 percent?

15   A. Yes.

16   Q. And a pipeline growth of 76 percent.

17   A. Right.

18   Q. Now we've got a situation where the revenue

19   growth is higher than the pipeline growth; right?

20   A. But you know why.

21   Q. Why?

22   A. The Covisint deal came in.

23   Q. It came out?

24   A. No, it came in.

25   Q. Oh, it came in.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00422:01  A. The reason they're forecasting so high is they've

02   closed this huge deal already.

03   Q. Yes.

04   A. And they're -- 12/8, yeah. I think they're --

05   yeah, I think they've --

06   Q. Probably?

07   A. Probably. I think it's closed. So they're very

08   confident of -- even the pipeline isn't growing as fast.

09   And by the way, that's not uncommon, either, that

10   the pipeline grows at one speed and the actual revenue

11   grows higher -- at a higher rate than pipeline.

12   Q. Or the revenue forecast?

13   A. If you're having a very good -- sure. If there

14   are a couple of very large deals that you know are going

15   to come in -- well, here's simply an example; right?

16   Q. Sure.

17   A. So even if the pipeline didn't grow at all, they

18   were going to have a great quarter.

19   Q. Right. Right.

20   And how about for January 15th? Let's look at

21   OSI on that -- that date.

22   A. Okay.

23   Q. And there the field forecast revenue growth is

24   19 percent.

25   A. On OSI?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00423:01  Q. Yes.

02   A. Oh, OSI, I'm sorry. Yes. OSI. Correct.

03   Q. And actually, that's the same as the finance

04   group forecast.

05   A. Okay.

06   Q. And the pipeline growth is 10 percent. Is --

07   that's not a situation where you've got a Covisint;

08   right?

09   A. I don't -- I'd have to go back and look at how

10   many big deals -- how many deals there were in OSI and

11   see where they finished. I know they had a tough

12   quarter. But -- no, you can have -- you certainly can

13   have -- you know, convert more of your pipeline. You can

14   have a very good, you know, quarter converting your

15   pipeline, not a very good quarter building your pipeline,

16   a very good quarter converting your pipeline. It's not

17   axiomatic that the pipeline always grows faster than

18   the -- the forecast.

19   MR. DE GHETALDI: Okay. All right. Well, I

20   think that's it for today. That's all the questions I

21   have.

22   I -- I think you realize that we've got some

23   issues with the production of documents, and we've

24   reserved our rights with respect to that. And we talked

25   about that at other depositions, and I understand that

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00424:01  you have a different position on it.

02   MR. SALPETER: Yeah. We're not going to get into

03   a long discussion with you --

04   MR. DE GHETALDI: No, no.

05   MR. SALPETER: -- now about it. But we consider

06   the deposition over. We're going to reserve our right to

07   question the witness until time of trial, if there is a

08   trial. And so I think we're leaving with the

09   understanding that the deposition is completed.

10   If there are document issues that have to be

11   dealt with, we'll deal with them, and if there's a

12   good-faith basis to have to ask him another question

13   about a document, we'll talk about that.

14   MR. DE GHETALDI: Okay. Well, just -- you're

15   leaving with that understanding, and we -- my point was

16   we have a disagreement about whether the deposition is

17   actually completed or not, so --

18   MR. SALPETER: Well, let me ask you this: With

19   respect to all the documents you've given --

20   MR. DE GHETALDI: Yes.

21   MR. SALPETER: -- you don't have any other

22   questions --

23   MR. DE GHETALDI: No, no.

24   MR. SALPETER: -- with respect to those

25   documents; right?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00425:01    MR. DE GHETALDI: And this is what we've said |
| 2 | 02  before, and I'm not trying to say anything other than |
| 3 | 03  what we've said before. |
| 4 | 04    MR. SALPETER: Okay. Okay. |
| 5 | 05    THE WITNESS: Thank you. |
| 6 | 06    MR. DE GHETALDI: Thank you very much. |
| 7 | 07    THE VIDEOGRAPHER: At the end of Volume II, |
| 8 | 08  Videotape 4, this concludes today's deposition of |
| 9 | 09  Lawrence J. Ellison. The original videotapes will be |
| 10 | 10  retained by Dan Mottaz Video Productions, LLC, at |
| 11 | 11  182 Second Street, Suite 202, San Francisco, California |
| 12 | 12  94105. Telephone (415) 624-1300. |
| 13 | 13    The time is 6:35 p.m. We're off the record. |
| 14 | 14    (Deposition concluded at 6:35 p.m.) |
| 15 | 15 |
| 16 | 16    —oOo— |
| 17 | 17 |
| 18 | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00426:01    CERTIFICATE OF WITNESS |
| 2 | 02 |
| 3 | 03 |
| 4 | 04 |
| 5 | 05    I, the undersigned, declare under |
| 6 | 06  penalty of perjury that I have read the foregoing |
| 7 | 07  transcript and I have made any corrections, additions or |
| 8 | 08  deletions that I was desirous of making; that the |
| 9 | 09  foregoing is a true and correct transcript of my |
| 10 | 10  testimony contained therein. |
| 11 | 11    EXECUTED this _____ day of |
| 12 | 12  _____, 2004, at _____. |
| 13 | 13  _____. |
| 14 | 14 |
| 15 | 15 |
| 16 | 16 |
| 17 | 17 |
| 18 | 18 |
| 19 | 19    _____ |
| 20 | 20    .    LAWRENCE J. ELLISON |
| 21 | 21 |
| 22 | 22 |
| 23 | 23 |
| 24 | 24 |
| 25 | 25 |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

| | |
|---|---|
| 1 | 00427:01    REPORTER CERTIFICATE |
| 2 | 02    I hereby certify that the foregoing deposition |
| 3 | 03  was taken at the time and place herein named; that the |
| 4 | 04  deposition is a true record of the witness's testimony as |
| 5 | 05  reported to the best of my ability by me, a duly |
| 6 | 06  certified shorthand reporter and a disinterested person, |
| 7 | 07  and was thereafter transcribed under my direction into |
| 8 | 08  typewriting by computer; that the witness was given an |
| 9 | 09  opportunity to read and correct said deposition and to |
| 10 | 10  subscribe the same. Should the signature of the witness |
| 11 | 11  not be affixed to the deposition, the witness shall not |
| 12 | 12  have availed himself or herself of the opportunity to |
| 13 | 13  sign or the signature has been waived. |
| 14 | 14    I further certify that I am not interested in the |
| 15 | 15  outcome of said action, nor connected with, nor related |
| 16 | 16  to any of the parties in said action, nor to their |
| 17 | 17  respective counsel. |
| 18 | 18    IN WITNESS WHEREOF, I have hereunto set my hand |
| 19 | 19  this 2nd day of March, 2004. |
| 20 | 20 |
| 21 | 21 |
| 22 | 22 |
| 23 | 23    KAREN E. THOMPSON, CSR NO. 2792 |
| 24 | 24 |
| 25 | 25 |

# EXHIBIT II

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

**Page 1**

```
1   00001:01        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2   02              IN AND FOR THE COUNTY OF SAN MATEO
3   03                      —o0o—
4   04   COORDINATION PROCEEDING
5   05
6   06
7   07              PROCEEDING NO. 4180
8   08   THIS DOCUMENT RELATES TO:
9   09   ALL ACTIONS
10  10
11  11
12  12        DEPOSITION OF JEFFREY O. HENLEY
13  13        Tuesday, March 2, 2004
14  14        Volume I (Pages 1 - 274)
15  15
16  16   CONFIDENTIAL: THIS TRANSCRIPT IS DESIGNATED AS
17  17   THE COURT ON JUNE 21, 2002, CONTAINS DOCUMENTS MARKED
18  18   EXCEPT PURSUANT TO THE TERMS OF THE PROTECTIVE ORDER, BY
19  19
20  20   REPORTED BY:
21  21   HOLLY MOOSE, RDR-CRR-CRP
22  22
23  23
24  24        Certified Shorthand Reporters
25  25        San Francisco, California  94102
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

**Page 2**

```
1   00002:01        IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
2   02              IN AND FOR NEW CASTLE COUNTY
3   03
4   04   IN RE ORACLE CORPORATION
5   05   DERIVATIVE LITIGATION
6   06   _____/
7   07
8   08
9   09
10  10
11  11
12  12
13  13
14  14
15  15
16  16
17  17
18  18
19  19
20  20
21  21
22  22
23  23
24  24
25  25
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

**Page 3**

```
1   00003:01        A P P E A R A N C E S
2   02
3   03   FOR CALIFORNIA PLAINTIFFS:
4   04        BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
5   05        ELIZABETH GUARNIERI, ESQ.
6   06        San Francisco, CA  94104
7   07
8   08
9   09        BY: DAVID PEREZ, LAW CLERK
10  10        Suite 1000, Tenth Floor
11  11
12  12
13  13
14  14        BY: DOUGLAS WILENS, ESQ.
15  15        Boca Raton, FL  33432
16  16
17  17
18  18
19  19        BY: ALAN N. SALPETER, ESQ.
20  20        190 South La Salle Street
21  21        (312)782-0600
22  22
23  23
24  24
25  25
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

**Page 4**

```
1   00004:01        A P P E A R A N C E S (continued)
2   02
3   03   FOR ORACLE CORPORATION:
4   04        MORRISON & FOERSTER
5   05        755 Page Mill Road
6   06        (650)813-5818
7   07   AND
8   08        ORACLE CORPORATION
9   09        500 Oracle Parkway
10  10        (650)506-9221
11  11
12  12   ALSO PRESENT:  Joanna Lenn, Videographer
13  13        Jill Weader, Berman paralegal
14  14
15  15
16  16        425 California Street, Suite 2025
17  17        (415)433-3200
18  18
19  19
20  20
21  21              —o0o—
22  22
23  23
24  24
25  25
```

```
1   00005:01        I N D E X
2      02
3      03 DEPOSITION OF JEFFREY O. HENLEY
4      04
5      05 EXAMINATION BY:            PAGE
6      06    MS. LAVALLEE            9
7      07
8      08 DC EXHIBITS
9      09 135 Statement Of Changes In Beneficial
10     10
11     11    Pursuant To Rule 144 Under The
12     12   2 pages           59
13     13 137 Oracle analyses, CA-ORCL 022288-90       100
14     14 138 Oracle Corp. Pipeline Reporting
15     15    003216-28, 13 pages      103
16     16 139 Oracle analyses, ORCL 0122102-12,
17     17
18     18    call, CA-ORCL 010710-42, 33 pages    187
19     19 141 Oracle analyses, CA-ORCL
20     20
21     21   17 pages           194
22     22 143 Undated e-mail to Henley from Henley,
23     23
24     24   15 pages           213
25     25        —o0o—
```

```
1   00006:01     BE IT REMEMBERED that, pursuant to Notice and
2      02 on Tuesday, March 2, 2004, commencing at the hour of
3      03 9:29 a.m., before me, HOLLY MOOSE, CSR No. 6438, a
4      04 Certified Shorthand Reporter in the State of California,
5      05 there personally appeared
6      06
7      07         JEFFREY O. HENLEY,
8      08
9      09 called as a witness by the Plaintiffs, who, having been
10     10 first duly sworn, was examined and testified as
11     11 hereinafter set forth:
12     12
13     13
14     14
15     15         —o0o—
16     16
17     17
18     18
19     19
20     20
21     21       •
22     22
23     23
24     24
25     25
```

```
1   00007:01 PROCEEDINGS          9:29 A.M.
2      02
3      03      THE VIDEOGRAPHER: Good morning. This marks
4      04 the beginning of Volume I, videotape number 1 in the
5      05 deposition of Jeffrey Henley in the matters of
6      06 Coordination Proceeding Special Title Oracle Cases in
7      07 the superior court of the state of California, county of
8      08 San Mateo, Judicial Council Coordination Proceeding
9      09 number 4180, and In Re Oracle Corp Derivative
10     10 Litigation, in the court of the Chancery of the state of
11     11 Delaware, in and for New Castle County, consolidated
12     12 case number 18751.
13     13      Today's date is March 2nd, 2004, and the
14     14 time is 9:35. The location of this deposition is 425
15     15 California Street, Suite 2025, San Francisco,
16     16 California. The deposition was noticed by counsel for
17     17 plaintiffs and the videotape is being produced on behalf
18     18 of same. The video operator is Joanna Lenn, a
19     19 California notary public for the county of San
20     20 Francisco, employed by Dan Mottaz Video Productions LLC,
21     21 182 Second Street, Suite 202, San Francisco, California,
22     22 94105, 415-624-1300. The court reporter is Holly Moose
23     23 with Robert Barnes.
24     24      Would counsel present please identify
25     25 themselves and state whom they represent.
```

```
1   00008:01      MS. LAVALLEE: Nicole Lavallee of Berman,
2      02 DeValerio for the California plaintiffs.
3      03      MS. GUARNIERI: Betsy Guarnieri of Berman,
4      04 DeValerio, California plaintiffs.
5      05      MR. WILENS: Doug Wilens, Cauley, Geller,
6      06 Bowman & Rudman, for the Delaware plaintiffs.
7      07      MR. PEREZ: David Perez, McManis, Faulkner &
8      08 Morgan, for the California plaintiffs. For the record,
9      09 I'm a law clerk.
10     10      MS. WEADER: Jill Weader for the California
11     11 plaintiffs, also from Berman, DeValerio. I'm a
12     12 paralegal at Berman.
13     13      MS. WHITE: Anna Erickson White from Morrison
14     14 & Foerster for Oracle Corporation.
15     15      MS. SEGAL: Lauren Segal from Oracle
16     16 Corporation for Oracle Corporation.
17     17      MR. RUBINSTEIN: Javier Rubinstein, Mayer,
18     18 Brown, Rowe & Maw, for the individual defendants.
19     19      MR. SALPETER: Alan Salpeter, Mayer, Brown,
20     20 for the individual defendants.
21     21      THE VIDEOGRAPHER: If there are no
22     22 stipulations, the court reporter may administer the
23     23 oath.
24     24      (Witness sworn).
25     25 ///
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00:09:01        JEFFREY O. HENLEY,
2   02  having been first duly sworn, testified as follows:
3   03            EXAMINATION BY
4   04        MS. LAVALLEE:  Q.  Good morning, Mr. Henley.
5   05  My name's Nicole Lavallee.  I introduced myself just
6   06  prior to the deposition.
7   07        Can you tell me, have you ever been deposed
8   08  before?
9   09   A.  Yes.
10  10   Q.  Okay.  More than a couple of times?
11  11   A.  Several times, yes.
12  12   Q.  So I guess you're somewhat familiar with the
13  13  process that's going to happen today?
14  14   A.  Yes.
15  15   Q.  And you understand that your testimony's given
16  16  under oath and can be used in a court proceeding?
17  17   A.  Yes.
18  18   Q.  I won't spend too much time on general
19  19  instructions, but just a couple I'd like to remind you
20  20  of and -- the witness of, and myself as well.
21  21        First thing is that it's really important to
22  22  always respond with a verbal answer.  A nod of the head
23  23  or a shrug or a "yes" -- "yes" will work, but "uh-huh,"
24  24  those types of things don't read well on a transcript.
25  25        The second instruction is that it's really
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00:10:01  important for us to be careful to allow the other person
2   02  to finish either the answer or the question.  So I'll
3   03  try to let you complete your answer before asking you a
4   04  question.  If you could do the same, that would be
5   05  great.  Does that make sense?
6   06   A.  It does.  You'll probably have to stop me a
7   07  few times when I violate those general guidelines.
8   08  Sometimes I'll start answering a question quickly, so --
9   09   Q.  Sure.
10  10   A.  -- just tell me.  Remind me.
11  11   Q.  That's a normal reaction.  I was just doing it
12  12  right there.  And the court reporter will probably
13  13  remind us as well.
14  14        The other thing is to just watch our speed as
15  15  we talk.  I have a tendency to speak quickly, and
16  16  sometimes the witnesses do as well.  It makes it more
17  17  difficult for the court reporter.
18  18        The other thing is if -- and this is very
19  19  crucial -- if you don't understand my question, please
20  20  let me know, 'cause I've got more than happy to rephrase it.
21  21  I want to make sure you understand the question.
22  22        And finally, to the extent that a question --
23  23  you don't know the answer to a question and you'd have
24  24  to be guessing, I don't want your guess.  I would like
25  25  your best estimate.  An educated estimate or thoughtful
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00:11:01  guess is good, but a guess is not something that we need
2   02  here.  So if you -- if the answer -- if the question
3   03  requires a guess, just let me know.
4   04        Does that make sense?
5   05   A.  Yes.
6   06   Q.  All right.  Mr. Henley, did you meet with
7   07  anybody to prepare for this deposition prior to today?
8   08   A.  Yes.
9   09   Q.  And who --
10  10   A.  Yes, I did.
11  11   Q.  Who did you meet with?
12  12   A.  My lawyers.
13  13   Q.  And who are they?
14  14   A.  Mr. -- Javier and Alan right here.
15  15   Q.  Mr. Salpeter?
16  16   A.  Yes, Mr. Salpeter.
17  17   Q.  Anybody else present?
18  18   A.  Javier was there, both of them.
19  19   Q.  And nobody else?
20  20   A.  No.
21  21   Q.  Okay.  And how many times did you speak with
22  22  them before today for your deposition?
23  23   A.  Yesterday we met for several hours.  I
24  24  reviewed some documents.  We met briefly this morning.
25  25   Q.  Okay.  And you say "several hours."  Is that
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00:12:01  five hours or more or five hours or less?
2   02   A.  Oh, no, well less than five hours.  Took me
3   03  just a couple of hours to review documents, refresh my
4   04  memory.  It's been several years.
5   05   Q.  Can you tell me what documents you read in
6   06  preparation for today's deposition.
7   07   A.  I reread my affidavit, the interview I gave, I
8   08  think, on the derivative suit with a couple of Oracle
9   09  committee members.  I reread the notes from the earnings
10  10  calls, both in the second quarters and third quarters, a
11  11  couple of different memos.  A variety of things.
12  12   Q.  Anything else other than those categories?
13  13   A.  I don't believe so.
14  14   Q.  Okay.  And you said "other things."  Were
15  15  there documents that fell within a category other than
16  16  the ones --
17  17   A.  No, I'm sorry.  Those -- those were the things
18  18  I was speaking to.
19  19   Q.  Okay.  And when you say your affidavit, are
20  20  you speaking of the affidavit filed in connection with
21  21  the Delaware summary judgment motion?
22  22   A.  I believe that's the one.  I think there was
23  23  only one affidavit that I signed.  But it was an
24  24  affidavit.  I assume that was the one.
25  25   Q.  And when -- you mentioned the interviews.  Are
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00013:01 you referring to summaries of two interviews that were
02 conducted by the special litigation --
03    A.   Right, that's what I meant.
04    Q.   Okay.  And was that the first time you read
05 those interview summaries?
06    A.   I may have read them right afterwards, but
07 certainly -- I can't recollect, but certainly reread
08 them or read them for the first time yesterday.
09    Q.   Okay.  And did you feel that those summaries
10 were -- accurately summarize what you told the SLC
11 during that interview -- those two interviews?
12    A.   Yes.
13    Q.   And you mentioned memos.
14    A.   E-mails, I mean, by "memos."  We don't really
15 do memos anymore, but e-mails.
16    Q.   Okay.
17    A.   Electronic memos, I guess, if you want to call
18 them, but e-mails.
19    Q.   And do you recall which e-mails you read?
20    A.   I really don't.  I flashed through a bunch
21 of -- several different e-mails.  I don't recall
22 exactly, you know, which ones they were.  But they all
23 related to things that happened during that period of
24 time.
25    Q.   And by "that period of time," what period of

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00014:01 time are you --
02    A.   In the -- in the -- I would say the fiscal
03 third quarter period to kind of -- the December through
04 February, March kind of frame, you know, ending in early
05 March '01.
06    Q.   Okay.  And you -- okay.  You mentioned the
07 fiscal third quarter.
08    A.   That would have been -- our fiscal third
09 quarter would have been the months of December through
10 February.
11    Q.   Right.
12    A.   February '01.
13    Q.   Okay.  Did you read any deposition transcripts
14 prior to this deposition today in connection with
15 depositions taken in this action or in the Delaware --
16 either the California or Delaware derivative action?
17    A.   I read -- I think -- I believe I read
18 affidavits that Jennifer Minton and Larry gave.  I don't
19 think I read a deposition or transcript of a deposition.
20    Q.   Okay.  And by "Larry," you're referring to --
21    A.   Larry Ellison, right.
22    Q.   Again, Mr. Henley, I would ask, actually, just
23 for you to wait for me to finish my answer [sic].
24    A.   Okay.
25    Q.   'Cause you do have a tendency to --

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00015:01    A.   Told you I would do that.
02    Q.   And that's fine.  But just if you could make a
03 conscious effort to remember.
04    A.   I'll keep trying.
05    Q.   Thank you.  All right.  Can you tell me
06 whether or not Oracle has any policies regarding trading
07 by its senior executives.
08    A.   Yes, we do.
09    Q.   Can you identify what those policies are to
10 me -- for me.
11    A.   Well, we have a policy for the officers of the
12 company that they require clearance from our general
13 counsel.  And both my general counsel and myself get
14 involved in that process.  But in the most recent years,
15 generally our general counsel has been the one to clear
16 them.
17        So anytime they want to trade -- exercise
18 options, trade Oracle stock, they're required to get the
19 approval so that -- 'cause only he and I know if there's
20 something that would preclude them.  So they have to
21 check with us to make sure there's no reason they can't
22 trade shares in Oracle.
23    Q.   All right.  And other than that particular
24 policy -- well, actually, let me step back.
25        Is that policy written down anyplace in a

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00016:01 particular document at Oracle?
02    A.   I think so.  I believe so.  We also have a
03 quiet period.  So there is a quiet period where people
04 can't trade, no matter what.  But outside the -- outside
05 the quiet -- so-called quiet period, if people want to
06 trade that are 16(b) officers, they require clearance to
07 be sure that they're not trading where there's something
08 that's not known by the public that's significant, that
09 sort of thing.
10    Q.   And other than the clearance procedure and the
11 quiet period rules, are there other policies governing
12 insider trading by senior officers at Oracle
13 Corporation?  Actually, let me step back.
14        Let me clarify my question relates to the
15 third quarter of 2001.
16    A.   I think the policies we've had have been in
17 place for many, many years.  So I don't think there was
18 anything unique about that period of time, but -- I
19 think that's it.  We have had a formal policy
20 administered by the general counsel and myself, because
21 I have insight into the financial facts sometimes that
22 general counsel doesn't.
23    Q.   Okay.  And can you clarify what you mean by
24 you have insight into financial facts the general
25 counsel doesn't.

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00017:01   A.  Yeah.  I attend executive committee meetings,

02  I see financial forecasts, a lot of things that the

03  general counsel doesn't.  So he relies on me to tell him

04  if there's something that's materially changed, or

05  something, from what the public might know.

06   Q.  Okay.  I'd like to focus a moment on — well,

07  actually, you said just before that the policies were

08  memorialized somewhere at Oracle.

09       I'd like to show you a document that has been

10  previously marked as Exhibit No. 1 in this — DC-1 in

11  these litigations.  And I'd ask you to tell me whether

12  or not it's your understanding that this memorializes

13  some of the policies applicable to senior officers at

14  Oracle during the third quarter of 2001.

15   A.  Well, I'm reading something — I don't see a

16  date on it, other than there's been some stamped date,

17  so ...

18   Q.  Correct.

19   A.  I mean, I ...

20   Q.  Okay.

21   A.  I mean, it comes from Dan Cooperman.  It looks

22  to me like what we have as a policy.  Whether — whether

23  it was — this is exactly what was written during this

24  time frame, I'm not sure I know because I don't see a

25  date on this.

Oracle Related Cases                                    Page  17

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00018:01   Q.  All right.  And I'll just let you know that

02  Mr. Cooperman indicated that this was indeed the

03  executive trading policy that was applicable in the

04  third quarter of 2001.

05   A.  Okay.

06   Q.  Okay.  Mr. Henley, actually, I'll ask that you

07  hold on to a document —

08   A.  Okay.

09   Q.  — a moment longer.  I'm going to have a

10  couple of questions relating to the document.

11       The second paragraph reads,

12       "Before making any purchase or sale of

13       Oracle securities, Oracle's corporate

14       policies require that you consult with

15       Oracle's chief financial officer and with

16       Oracle's general counsel or his designee

17       for clearance of your trade."

18       Is it your understanding that this policy

19  requires clearance from both the general counsel and the

20  chief executive — financial officer?

21   A.  I guess that's true.  I would say

22  administratively that's not the way it's worked in

23  recent years.  I've let them go directly to Dan.

24       Dan knows that — Dan Cooperman, our general

25  counsel, knows that if I ever believe there's something

Oracle Related Cases                                    Page  18

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00019:01  that's — would require people not to trade, I would

02  tell him.

03       So administratively we both have to clear the

04  person, but the reality is Dan has done the clearing

05  subject to me telling him "Dan, you shouldn't be letting

06  people trade."

07   Q.  Okay.  Do you — let me step back.

08       How do you make a determination — well,

09  actually, I'll ask a different question.

10       Are you the chief financial — you were the

11  chief financial officer of the company?

12   A.  I was and I still am.

13   Q.  Okay, during the third quarter 2001, right?

14   A.  Mm-hm.

15   Q.  Okay.  And when you say that you let

16  Mr. Cooperman know when you think that somebody

17  shouldn't trade, are you — do you specifically look at

18  any particular requests for trade or do you just provide

19  him with guidance as to what period of time you think —

20   A.  In earlier —

21   Q.  Let me finish my question.

22   A.  Okay.

23   Q.  — think trading should not occur?  You can go

24  ahead.

25   A.  Okay.  In earlier years, I — my recollection

Oracle Related Cases                                    Page  19

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00020:01  was I used to literally be copied on these things.  We

02  decided that there was enough people doing this that

03  this was cumbersome.

04       So in later years, these things went directly

05  to the general counsel and he would clear people, copy

06  me, typically, on those clearances so that I was aware

07  that if there was — just to jog my memory if there was

08  some reason I had to stop this.

09       But the reality is I've operated that as soon

10  as I have any concern, I would go directly to the

11  general counsel and alert him immediately if I thought

12  there was some reason, something's going on, that should

13  preclude anyone from trading stock.

14   Q.  Okay.  And under what circumstances do you

15  believe that you should preclude somebody from trading

16  stock?

17   A.  You know, if there is a significant or

18  material event that's occurred that the public doesn't

19  know, is kind of my general way of describing it.

20       So one would be if there was a major merger or

21  something that would — that could have some negative

22  financial impact.  Most of these things are on the

23  negative side.  The — or if I saw something change in

24  the financial outlook of the company that was

25  significantly negative.

Oracle Related Cases                                    Page  20

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00021:01      And one way of measuring that is are we going
2   02  to make our current forecast for the quarter, and that
3   03  sort of thing, so ... these are typically what would
4   04  cause me to have a discussion with him and maybe
5   05  actually say, you know, "We should stop anybody from
6   06  trading."
7   07      Q.  Okay.  And you said that you looked for
8   08  something -- some -- let me get the exact language here.
9   09  Something -- if you saw something change in the
10  10  financial outlook of the company --
11  11      A.  Mm-hm.
12  12      -- that was significantly negative.  What type
13  13  of changes would you be speaking about there?
14  14      A.  Well, I mean, obviously if the -- if the --
15  15  the thing that's sort of typical in the industry that
16  16  people look at is are you going to make your earnings,
17  17  are you significantly going to miss your earnings
18  18  forecast.
19  19      So that's typically what -- you know, the
20  20  most -- the thing we're most sensitive to, is are we
21  21  going to make our earnings or not.
22  22      Q.  And by "earnings," are you talking about
23  23  earnings per share or --
24  24      A.  Yes.
25  25      Q.  Okay.
```

Oracle Related Cases                                          Page 21

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00022:01      A.  Net income, earnings per share, either one.
2   02  But they kind of boil it down to earnings per share.
3   03      Q.  Okay.  And are there other factors as well,
4   04  other than EPS, or --
5   05      A.  Sure, I think people look at the tone of your
6   06  revenue.  If your revenue is -- particularly your
7   07  license revenue -- is significantly going to miss,
8   08  people are sensitive to that as an indication of change
9   09  in the business, as well as earnings.
10  10      But they are somewhat correlated.  If you have
11  11  a significant revenue shortfall, typically your earnings
12  12  fall short as well.
13  13      Q.  Is that always true?
14  14      A.  There's a fairly good correlation,
15  15  particularly in license revenue.  So the marginal impact
16  16  of that is significant.  Almost all of it falls to the
17  17  bottom line.  So it's a very strong correlation.
18  18      If you have a significant license revenue
19  19  shortfall in particular, but certainly other revenue,
20  20  and expenses don't fall correspondingly, then, yeah,
21  21  that pretty well correlates to an earnings miss as well.
22  22      Q.  Okay.  So are you saying that if you have an
23  23  earnings shortfall, it will always necessarily impact
24  24  EPS, or are there circumstances where it might not?
25  25      A.  Well, no -- you mean revenue or earnings?  You
```

Oracle Related Cases                                          Page 22

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00023:01  said if I have an earnings shortfall.
2   02      Q.  Oh, I'm sorry, I meant revenues.  Thank you.
3   03      A.  I wouldn't say -- I'd never say never.  I
4   04  mean -- and again, what's significant?  You could have
5   05  revenue come -- drop, but you could also have your
6   06  expenses drop.  So it's not a perfect correlation.
7   07      But typically in a short period of time, if
8   08  you've accurately estimated your expenses, if you have,
9   09  and the revenue fails, usually on the margin there's a
10  10  fairly significant amount of that that affects your --
11  11  affects your earnings.
12  12      Q.  All right.  Would it be significant or
13  13  material if -- in your view -- if the revenues -- there
14  14  was a revenue shortfall that may not have impacted EPS?
15  15      MR. SALPETER:  Objection to form.
16  16      You may go ahead and answer.
17  17      THE WITNESS:  Again, I -- as I just told you,
18  18  I think investors look at revenue, and they look at
19  19  particularly license revenue.  And so there's a
20  20  sensitivity to how well your license revenue is
21  21  performing, even if you make your earnings.
22  22      So they're always -- they always care about
23  23  both.  But ultimately, I think the earnings are the
24  24  ultimate thing that people look to.  But they certainly
25  25  examine the makeup of your expenses, the makeup of
```

Oracle Related Cases                                          Page 23

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00024:01  your -- how well you performed, even in license, how
2   02  well your apps did, how well your database -- so there's
3   03  a lot of things they look at beyond just -- just
4   04  earnings.
5   05      MS. LAVALLEE:  Q.  Okay.  And what else do you
6   06  think the investors look at beyond earnings and beyond
7   07  some of the items that you just identified?  Can you be
8   08  more specific?
9   09      A.  Investors look to the future.  Investors look
10  10  to how your industry's doing, how well you're competing,
11  11  how well the general market's doing.  Investors look at
12  12  lots of things.  They look at history.  But clearly
13  13  markets are forward-looking for sure.
14  14      Q.  Right.  Okay.  Now, you mentioned something
15  15  about earnings earlier about how -- that depending how
16  16  accurately you're projecting your earnings, that
17  17  revenues may or may not -- or depending how accurately
18  18  you're projecting your earnings, revenues may or may not
19  19  correlate to an EPS change.  Am I accurately summarizing
20  20  what you said?
21  21      A.  I don't think so.
22  22      Q.  Okay.  Let me get to the passage here.  I
23  23  don't want to mischaracterize your testimony.  Okay.
24  24  You said,
25  25      "I never say never -- again -- and
```

Oracle Related Cases                                          Page 24

```
00025:01  again, what's significant? You could have
      02  revenue drop, but you could also have your
      03  expenses drop. So it's not a perfect
      04  correlation. But typically in a short
      05  period of time, if you've accurately
      06  estimated your expenses, if you have, and
      07  the revenue falls, usually on the margin,
      08  there's a fairly significant amount of that
      09  that affects your earnings."
      10  A.  That's correct. That's accurate what I said.
      11  Q.  In terms of earnings, how easy -- how much
      12  time does Oracle spend estimating earnings and
      13  forecasting for earnings in a quarter?
      14  A.  It's a continuous process, and we're very --
      15  we spend a lot of time talking about it -- talking about
      16  our business in general, but specifically how well we're
      17  doing in a quarter and, as we get through a quarter,
      18  then how well we're going to do next quarter. And it's
      19  something we spend a lot of time on. It's a constant
      20  exercise.
      21      And we've been pretty accurate. I've been
      22  here 52 quarters. We had three quarters, I think, that
      23  we missed our earnings. Several quarters we beat our
      24  earnings, and for the most part made our earnings. So I
      25  think we've been -- we spend a lot of time, and we've
```

```
00026:01  been reasonably accurate over the many years.
      02  Q.  Okay. And in terms of estimating expenses,
      03  how much focus is placed on that during a quarter?
      04  A.  Again, a lot of time is spent in the revenue
      05  organization trying to understand, you know, the
      06  expenses, the outlook for the next three quarters.
      07      And we're reasonably accurate. There's
      08  clearly -- you know, there's variances and that sort of
      09  thing. But typically we're better able to estimate that
      10  than the revenues.
      11      Revenues, particularly license revenues, are
      12  more volatile. There's -- it's more difficult to get
      13  your arms around that number.
      14  Q.  Can you describe for me -- or define for me
      15  what you believe the term of "materiality" to mean.
      16  A.  Different -- no one's ever been able to tell
      17  me exactly because no one ever wants to make a
      18  commitment, whether it's the accountants, the lawyers,
      19  whatever. But I've always used the rule of thumb about
      20  ten percent.
      21      So if our earnings are off ten percent or
      22  more, I've always viewed that as material. I've had
      23  different people tell me different things, but generally
      24  that's kind of what I've used.
      25  Q.  Okay. And when faced with the issue of
```

```
00027:01  whether or not to grant clearance or whether or not to
      02  halt trading during a particular period of time, how do
      03  you determine whether or not the inside information that
      04  you're aware of is material?
      05  A.  Um ...
      06  Q.  Actually, let me rephrase that. That wasn't a
      07  very good question.
      08  A.  Okay.
      09  Q.  When you're determining whether or not to halt
      10  trading or to grant a clearance to trade, how do you
      11  determine whether or not there's material adverse
      12  information that's not -- not public that should prevent
      13  trading?
      14  A.  Well, again, if there were some event I knew
      15  or something that was going to significantly affect our
      16  earnings outlook negatively beyond what the Street knows
      17  about, or more specifically, if I thought we were going
      18  to miss our earnings estimate for the quarter -- that's
      19  the more common situation -- and there it's, you know,
      20  will we miss our number. I would not -- I mean, I don't
      21  even use the ten percent. It's kind of like as long as
      22  I'm highly -- I'm highly certain that -- or pretty darn
      23  certain that we're liable to miss the number, that's
      24  what would trigger me to, you know, tell Dan "We should
      25  stop clearing people."
```

```
00028:01  Q.  Okay. Other than in the circumstances that
      02  you just described, would there be any circumstance
      03  where you would halt trading or tell Dan to halt
      04  trading?
      05  A.  Again, I think I described some -- I didn't
      06  get very specific -- some kind of event, something, that
      07  would have a significant material negative impact on our
      08  earnings outlook, or, in the short-term, if there was a
      09  earnings miss, a very high probability of missing our
      10  earnings.
      11  Q.  Okay. And in terms of just your general
      12  revenue growth and -- forecasting and revenue growth,
      13  under what circumstances would you deem there to be a
      14  material change that would require you to halt trading?
      15  A.  I've never worried about that because, again,
      16  as I said, if there was a material revenue shortfall, I
      17  think it would generate typically a material earnings
      18  shortfall. So it really -- there's a fairly good
      19  correlation generally, as I said earlier.
      20      So I tend -- I tended -- I tend to use the
      21  earnings thresh -- the earnings as the way to say, you
      22  know, we've missed our quarter.
      23  Q.  Okay. So in terms of forecasting and looking
      24  forward in terms of the growth of the company, are there
      25  anything other than whether or not you're going to make
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

```
1   00029:01 your quarter or miss your earnings EPS number that you
2   02 look at?
3   03        MR. SALPETER: Well, I object. He's already
4   04 outlined a number of things. Do you mean in addition to
5   05 what he's already said? He's already described
6   06 different kinds of events that would precipitate this.
7   07        MS. LAVALLEE: Okay.
8   08   Q. Now, other than -- you mentioned mergers. Let
9   09 me ask a different question.
10  10       You mentioned mergers and you mentioned some
11  11 significant event. By "significant event," are you
12  12 talking about anything that relates to forecasting or
13  13 the general growth of the business?
14  14   A. Yeah, growth earnings. I mean, if we had some
15  15 major merger that was going to degrade the earnings of
16  16 the company -- I doubt we would want to do that. But if
17  17 we were, I think we'd be obligated not to say -- to halt
18  18 trading until that merger was announced.
19  19   Q. Okay. And other than --
20  20   A. Hasn't been one of those, but that's a
21  21 possibility.
22  22   Q. Sure. And other than a transactional-type
23  23 deal or a merger, or something along those lines, in
24  24 terms of just general forecasting-type data, is there
25  25 anything that you would consider to be material that
```

Oracle Related Cases                                   Page 29

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

```
1   00030:01 would require halting trading, other than being pretty
2   02 certain that you're going to miss your EPS?
3   03        MR. SALPETER: Objection to form, asked and
4   04 answered a couple times.
5   05        MS. LAVALLEE: Q. Can you answer, please.
6   06   A. Yeah, I'm not sure what you're getting at. I
7   07 think I've answered the question. I don't -- I don't
8   08 know what else. I mean, I've said the markets are
9   09 forward-looking. I've said the markets want to, you
10  10 know, get a sense of where things -- you know, where
11  11 things are going and that sort of thing.
12  12       We have never -- I've never given guidance
13  13 beyond a quarter because it's difficult enough even to
14  14 know what's going on in a quarter, let alone what's
15  15 going on beyond that. It's very difficult. It's a very
16  16 volatile business.
17  17       And so I do the best I can to describe the
18  18 general outlook of our business for competitive and all
19  19 that sort of thing. But investors know as much as I do
20  20 about the future, to be honest with you. And I do try
21  21 to give them some sense, at least, of our quarter.
22  22 That's about the best I can do.
23  23   Q. Okay. And when you give guidance, what type
24  24 of guidance do you give to the investors beyond EPS
25  25 numbers?
```

Oracle Related Cases                                   Page 30

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

```
1   00031:01   A. We tend to give -- there's several numbers: a
2   02 license growth rate, a total revenue growth rate, an
3   03 earnings growth rate. If there are changes like in our
4   04 tax rate, or a few things like that, I'll typically
5   05 mention those. But those three numbers are the key
6   06 numbers that I think investors obviously need to know.
7   07       And I think analysts kind of derive their own
8   08 set of assumptions on expense trends, and all that sort
9   09 of thing.
10  10   Q. Okay. In terms of license growth and license
11  11 figures, do you divide that beyond the total licenses
12  12 for the company when you give guidance?
13  13   A. Sometimes we have; sometimes we haven't, I
14  14 think. You know, sometimes -- we always disclose
15  15 actuals for our database and our applications license
16  16 revenue. And sometimes I think we've given indications
17  17 going forward of that breakdown. I think sometimes I
18  18 haven't.
19  19       But they are always interested in how both
20  20 those businesses are doing.
21  21   Q. Okay. And you think that that's something the
22  22 investors care about?
23  23   A. Of course.
24  24   Q. Mr. Henley, if I could ask you to take a look
25  25 at Exhibit No. 1 again. I'm going to draw your
```

Oracle Related Cases                                   Page 31

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

```
1   00032:01 attention -- actually, let me show you a different
2   02 document. I'd like to show you a document that was
3   03 previously marked as Exhibit No. DC-2 in these
4   04 litigations.
5   05   A. Okay.
6   06   Q. Mr. Henley, this is a document that's
7   07 Bates-stamped ORCL 0003303 through 323. Can you take a
8   08 look at this document and identify for me what it is.
9   09   A. The title is "Summary Of oracle business
10  10 Values And Business Conduct Policies And Relationships."
11  11   Q. Do you recognize this document?
12  12   A. Yes.
13  13   Q. Is this a document that's applicable -- that
14  14 sets forth code of conduct for all employees at Oracle
15  15 Corporation?
16  16   A. Yes.
17  17   Q. Can you tell from looking at the document
18  18 whether or not this was the code of ethics in place in
19  19 the third quarter of 2001?
20  20   A. I'm not sure I can. There's a date down at
21  21 the bottom says "5/20/02" at "5:06 p.m." Looks like
22  22 it's part of the document.
23  23   Q. Right.
24  24   A. So whether this was in place, you know, 15
25  25 months earlier or not, I'm not certain. But I know that
```

Oracle Related Cases                                   Page 32

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00033:01 we've had policies like this through that period.
02 Whether this was exactly the policy or not, I don't --
03 I'm not sure.
04    Q.  Okay, thank you.  If I could turn your
05 attention to page Bates stamp ORCL 0033307.
06    A.  Yes.
07    Q.  Do you see the heading "Securities And Insider
08 Trading"?
09    A.  Yes.
10    Q.  The third paragraph below that reads,
11       "Material information includes any
12    information that a reasonable investor
13    would consider important in a decision to
14    buy, hold or sell securities.  Such
15    information may include financial and key
16    business data, merger, acquisition or
17    divestiture discussions, award or
18    cancellation of a major contract, changes
19    in key management, forecasts of
20    unanticipated financial results,
21    significant litigation and gain or loss of
22    a substantial customer or supplier."
23       Do you see that?
24    A.  Yes, I do.
25    Q.  Okay.  Is that your -- does that definition of

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00034:01 "materiality" -- are you in agreement with that
02 definition of "materiality"?
03    A.  Yes.
04    Q.  Can you explain for me what the statement at
05 the very -- towards the very end, "forecasts of
06 unanticipated financial results," refers to.
07       MR. SALPETER:  Objection to form.  You want to
08 know what it means to him?
09       MS. LAVALLEE:  Yeah.
10    Q.  What it means to you.
11    A.  What it means to me?
12    Q.  Yes.
13    A.  I think pretty much what I've said earlier,
14 that if we were going to miss our quarter, if we were
15 going to have a significant miss to our quarter.  I
16 described that earlier.
17    Q.  And what would be -- constitute a significant
18 miss?
19    A.  Again, I described earlier what I -- my
20 definition of materiality is ten percent.
21    Q.  Okay.  Mr. Henley, is your understanding --
22 I'm referring now to Exhibit 1 -- whether that -- the
23 executive trading policy, whether it be this particular
24 one or the one that was applicable in Q3 2001, was
25 applicable to all senior officers of the company -- or

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00035:01 actually, let me ask you a different question.
02       Is it your understanding the executive trading
03 policy would be applicable to both you and Mr. Ellison?
04    A.  Yes.
05    Q.  Okay.  Other than these two documents, were
06 there other documents that set forth policies for
07 trading by senior executives at Oracle Corporation
08 during Q3 2001?
09    A.  I'm not certain.  I mean, I would -- I'm just
10 not certain.
11    Q.  Can you tell me what the purpose of the
12 clearance procedure that we discussed earlier is.
13    A.  To make sure that a so-called insider or
14 executive officer wouldn't be trading stock, as I said
15 earlier, when the company had material information that
16 the public didn't know.
17    Q.  And why is this significant?
18    A.  Because it's -- my understanding is there's
19 laws on insider trading, so ... this is why we have
20 these policies.  This is why we have clearance policies.
21 to make sure we don't run afoul of the securities laws.
22    Q.  Okay.  And by "we," are you talking about
23 Oracle?
24    A.  The company.  The company, right.
25    Q.  And why is it that the policy requires

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00036:01 clearance from both you and Mr. Cooperman as opposed to
02 just one of you?
03    A.  Because I think we both -- first of all,
04 there's safety in numbers.  Both of us, you know, doing
05 it I think is helpful.  But there are certain things
06 that the general counsel may know that I don't know;
07 Mergers.  We might be doing some things -- or lawsuits,
08 other things that I'm not even aware of or fully aware
09 of.
10       And there's certainly financial matters that
11 he wouldn't have -- be privy to 'cause he wouldn't be in
12 all the meetings or be reviewing all the forecasts.  So
13 we kind of both cover some areas, and then we jointly
14 understand some issues, so ...
15    Q.  Okay.
16    A.  And he also, I think, gives me advice in terms
17 of what is material and the laws.  And so he's -- you
18 know, gives me a second read sometimes.
19       If I bring a matter to him and say "Gee, is
20 this material?  What do you think," and that sort of
21 thing.  So he gives me advice and counsel.
22    Q.  Okay.  You mentioned you consult with
23 Mr. Cooperman to discuss whether some particular item is
24 material.  Is that something you do on a regular basis,
25 or is that something you do only when you determine that

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00037:01 something could possibly be material?
2   02    A.  The latter.
3   03    Q.  Okay.  And did you ever have occasion to do
4   04   that in the third quarter of 2001?
5   05    A.  I don't -- I don't recall.  I really don't.
6   06    Q.  Okay.  And would you do that in the instance
7   07   where you're aware of financial data as well as
8   08   transactional data, or do you seek his consultation only
9   09   in connection with matters of -- more of a transactional
10  10   nature?
11  11    A.  Again, I'm not just not sure what you mean by
12  12   that.
13  13    Q.  Okay.  Let me rephrase my question, then.
14  14       Do you seek his guidance in terms of -- well,
15  15   let me ask a different question.
16  16       When is it that you determine -- that you
17  17   decide you need to seek his advice regarding whether
18  18   something is material?
19  19    A.  Generally it would be around financial
20  20   matters.  I think I'm fairly experienced.  I've been
21  21   doing this stuff for a long time.  But I always --
22  22   always helps to have somebody else to bounce something
23  23   off.
24  24       So if I saw something that I thought might be
25  25   a material problem, then that's when I might go to him
```

Oracle Related Cases                                    Page 37

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00038:01 and bounce it off of him.
2   02    Q.  Can you give me an example of when you've done
3   03   that in the past.
4   04    A.  Over my 13 years -- and again, we've had two
5   05   general counsels during my period of time, so -- I think
6   06   there was one potential merger idea we had a number of
7   07   years ago that I went to him and said "Gee, if we were
8   08   to do this, is this something we should hold off
9   09   trading?"
10  10       I think we concluded that it was enough of a
11  11   possibility -- we were having some discussions that we
12  12   probably ought to just tell people to refrain.  That was
13  13   one time.
14  14    Q.  Okay.  Can you --
15  15    A.  We were both aware of it, to be honest with
16  16   you, but I kind of -- he came to me or I came to him and
17  17   we kind of discussed it.
18  18    Q.  Okay.  Can you think about any other instance
19  19   where you sought his guidance on whether a particular
20  20   set of facts would constitute material?
21  21    A.  I think there was one time, again, going back
22  22   a number of years ago, where we had done a
23  23   reorganization or something and I was concerned about
24  24   whether -- whether this could affect the quarter.
25  25       And my recollection is only once did we
```

Oracle Related Cases                                    Page 38

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00039:01 actually stop people from trading 'cause we were just a
2   02   little bit concerned about the quarter.  Concerned
3   03   enough, I should say, that based upon the set of changes
4   04   we had made, that we decided to stop trading.
5   05       I think those are the only two times I can
6   06   think -- and I may have -- we had discussions I don't
7   07   remember of other things.  But it's pretty darn
8   08   infrequently.
9   09    Q.  Okay.  Do you recall telling the SLC -- by
10  10   "SLC" I mean the special litigation committee -- that
11  11   about five years ago you were afraid that Oracle would
12  12   not meet its quarterly earnings projections so you
13  13   halted trading?
14  14    A.  I think that's what I was referring to, that
15  15   second answer that I gave you.
16  16    Q.  Okay.  And can you explain for me --
17  17   maybe I'm not clear on it -- what the circumstances
18  18   were --
19  19    A.  By the way, we didn't miss --
20  20    Q.  Let me finish my question -- what the
21  21   circumstances were that caused you to be afraid that
22  22   Oracle might not meet its quarterly earnings projections
23  23   at that time.
24  24    A.  I don't remember.  I believe it was -- there
25  25   was -- I think we had a re -- a major reorganization or
```

Oracle Related Cases                                    Page 39

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00040:01 something.  And so ... sometimes when we've done that,
2   02   it has destabilized the sales force for some time.  So
3   03   it makes it hard to get everybody focused to make the
4   04   quarter.  I believe that was -- I don't even remember.
5   05       But it's the only time in my recollection, my
6   06   13 years, where we saw something we had done that
7   07   could -- we knew about something we had done that maybe
8   08   could affect it.  As I say, we didn't actually miss the
9   09   quarter, but ...
10  10    Q.  Right.  Okay.  And do you recall which quarter
11  11   this was?
12  12    A.  I don't.  I really don't.
13  13    Q.  Do you recall how far into the quarter it was
14  14   that you made this decision?
15  15    A.  I think it was very late in the quarter.  I
16  16   think that -- my recollection was it was -- we -- our
17  17   quiet period came either two weeks or a month into the
18  18   quarter.  It was right before the quiet period.  And I
19  19   think I just -- somebody was trying to trade, and I said
20  20   "Look, it's just not worth it.  It's too late in the
21  21   quarter.  Let's just not do it."
22  22    Q.  Okay.  Do you recall who that was who
23  23   requested clearance at that time?
24  24    A.  I -- I -- I don't.  I can't definitively
25  25   recall.
```

Oracle Related Cases                                    Page 40

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

| | |
|---|---|
| 1 | 00041:01 Q. Okay. Had other people traded in that |
| 2 | 02 quarter? |
| 3 | 03 A. Can't remember. |
| 4 | 04 Q. Other than the reorganization, was there -- |
| 5 | 05 were there any other factors at that particular point in |
| 6 | 06 time that caused you to be concerned about -- or caused |
| 7 | 07 you to be afraid that Oracle would not meet its |
| 8 | 08 quarterly earnings projections? |
| 9 | 09 A. I just don't remember. It -- you know, it -- |
| 10 | 10 I'd be speculating. |
| 11 | 11 Q. You indicated at the very beginning of our day |
| 12 | 12 here that Mr. Cooperman copies you on clearance |
| 13 | 13 requests. Is that -- was that true in Q3 2001? |
| 14 | 14 A. I believe so. |
| 15 | 15 Q. Okay. And when you receive those -- or when |
| 16 | 16 you -- is that by e-mail? |
| 17 | 17 A. Yes. |
| 18 | 18 Q. Okay. Do you routinely check your e-mail? |
| 19 | 19 A. Yes, I do. I don't remember every e-mail I |
| 20 | 20 ever get, but I get -- I get a bunch of them. But |
| 21 | 21 they -- I do read them, or I at least delete them, |
| 22 | 22 so ... |
| 23 | 23 Q. Okay. And when you travel -- and when you -- |
| 24 | 24 let's focus now on Q3 2001. When you were traveling, |
| 25 | 25 how would you check your e-mail? |

Oracle Related Cases                                                          Page 41

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

| | |
|---|---|
| 1 | 00042:01 A. At my home or hotel, I'd just dial -- dial up |
| 2 | 02 and connect and do my e-mail, so ... |
| 3 | 03 Q. All right. |
| 4 | 04 A. Nobody reads -- nobody does my own e-mail. I |
| 5 | 05 do all my own e-mail. But again, sometimes I don't pay |
| 6 | 06 much attention to it. Sometimes I delete a lot of stuff |
| 7 | 07 that I get that I just don't bother to read, so ... |
| 8 | 08 Q. Okay. And do you -- what was your practice in |
| 9 | 09 terms of indicating to Mr. Cooperman whether or not you |
| 10 | 10 were willing to grant clearance for that -- for a |
| 11 | 11 particular request that you received in Q3 2001? |
| 12 | 12 A. Again, my approach has always been if I see |
| 13 | 13 any reason why we should halt trading, I immediately go |
| 14 | 14 to him. I don't wait for him to tell me that somebody |
| 15 | 15 wants to trade. |
| 16 | 16 Q. Okay. So do you respond to the e-mails in any |
| 17 | 17 way? |
| 18 | 18 A. Typically I haven't. Typically I haven't. |
| 19 | 19 As I say, we went through a transition in the |
| 20 | 20 early days of my career, we actually -- I actually got |
| 21 | 21 involved in some of these things, and then we went to |
| 22 | 22 this procedure a number of years ago that I described; I |
| 23 | 23 typically don't respond to those e-mails. |
| 24 | 24 Q. And when you receive a request, do you |
| 25 | 25 generally communicate with Mr. Cooperman at that time? |

Oracle Related Cases                                                          Page 42

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

| | |
|---|---|
| 1 | 00043:01 A. Again, I don't receive a request. Requests go |
| 2 | 02 to him, and he copies me when he approves them. |
| 3 | 03 Q. Okay. |
| 4 | 04 A. There's sort of a standard form that he gives, |
| 5 | 05 "Jeff, if you have any concerns, let me know." But |
| 6 | 06 again, I don't operate on that. I operate on if I know |
| 7 | 07 there's a problem, I notify him immediately. |
| 8 | 08 Q. So your general practice when you receive the |
| 9 | 09 e-mail from Mr. Cooperman regarding a clearance that |
| 10 | 10 he's granted, you don't necessarily call him or discuss |
| 11 | 11 the matter with him? |
| 12 | 12 A. I don't at all. It just would be highly |
| 13 | 13 unusual. There's no need for me to call because my |
| 14 | 14 procedure is I go in immediately if I have a concern and |
| 15 | 15 tell him about it. And it would -- if you know, if we |
| 16 | 16 both conclude it's a problem, then we would halt trading |
| 17 | 17 at that point. |
| 18 | 18 Q. Okay. And other than Mr. Cooperman, is there |
| 19 | 19 anybody that you consult with to determine whether or |
| 20 | 20 not any particular information might be material adverse |
| 21 | 21 information that requires halting of trading? |
| 22 | 22 A. Well, I rely on, as I've stated before in |
| 23 | 23 these affidavits, forecast information; I rely on |
| 24 | 24 conversations with the executive committee. So I'm |
| 25 | 25 having conversations with lots of people to formulate an |

Oracle Related Cases                                                          Page 43

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

| | |
|---|---|
| 1 | 00044:01 opinion of whether I think that there's going to be a |
| 2 | 02 high probability of a significant miss to our forecast. |
| 3 | 03 So I don't -- I don't operate in a vacuum. So |
| 4 | 04 all that stuff gets factored in before I would go to the |
| 5 | 05 point where I would then go to Dan and say "Look, I've |
| 6 | 06 now accumulated a tremendous amount of knowledge and |
| 7 | 07 information. I think we got a problem," blah, blah, |
| 8 | 08 blah. So ... |
| 9 | 09 Q. Okay. And I guess my question is slightly |
| 10 | 10 different. My question relates to seeking guidance from |
| 11 | 11 somebody else as to whether or not any particular |
| 12 | 12 information that you are aware of might be material. |
| 13 | 13 A. I don't believe so. I think ultimately -- the |
| 14 | 14 question of materiality? I mean, I think I would |
| 15 | 15 primarily rely on -- on Dan, absolutely. |
| 16 | 16 Q. And if you came to the conclusion that |
| 17 | 17 something may or may not be material and it's on the |
| 18 | 18 fence and you're having a hard time deciding, what would |
| 19 | 19 you do in that circumstance? |
| 20 | 20 MR. SALPETER: Objection to form. |
| 21 | 21 Hypothetical. |
| 22 | 22 MS. LAVALLEE: Q. You can answer. |
| 23 | 23 A. I would talk to Dan. |
| 24 | 24 Q. And would you then make a decision as to |
| 25 | 25 whether or not it's material, or would you possibly just |

Oracle Related Cases                                                          Page 44

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00045:01  determine that it's on -- it's a situation that's on the
2   02  fence and then decide whether or not to halt on that
3   03  basis?
4   04        MR. SALPETER: Same objection.
5   05        MS. LAVALLEE: Q. You can answer.
6   06    A. I think he and I would consult and we'd
7   07  make -- make a determination, you know, after -- after
8   08  discussion.
9   09    Q. I think you testified earlier that you don't
10  10  recall any circumstance in Q3 2001 where you spoke to
11  11  him regarding whether -- or consulted with him regarding
12  12  whether or not any particular information was material;
13  13  is that correct?
14  14    A. I don't recall doing -- having a conversation
15  15  like that.
16  16    Q. Okay. And if you were to consult with him, do
17  17  you generally do that in person?
18  18    A. Boy, I haven't had many consultations, to be
19  19  honest with you. But no, if I'm traveling, I wouldn't
20  20  wait to get back. I would get on the phone with
21  21  him, so ... it could be e-mail; it could be telephone;
22  22  it could be person, you know, so ...
23  23    Q. Okay. Do you consider any factors other than
24  24  the actual material or potentially material information
25  25  that would be nonpublic in determining whether or not to
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00046:01  grant a clearance? And by way of example, do you
2   02  consider the size of the trade that the person is
3   03  seeking clearance for?
4   04    A. I never -- I never have ever asked somebody
5   05  how much they're selling.
6   06    Q. Okay. And if you're aware that somebody is
7   07  actually seeking clearance for trade, is it your
8   08  practice to actually communicate with that person?
9   09    A. Again, I don't get involved in clearing them.
10  10    Q. Okay.
11  11    A. Dan does.
12  12    Q. All right. So is it fair to say that if you
13  13  learned that somebody's requested clearance from
14  14  Mr. Cooperman, that you don't actually communicate with
15  15  that person regarding the clearance request?
16  16    A. That's correct.
17  17    Q. Okay. And then it's fair to say also that you
18  18  don't actually -- well, strike that.
19  19        Let me go back to my earlier question. I'm
20  20  not sure I got a complete answer. But do you consider
21  21  any factors specific to the actual trades that are
22  22  contemplated to determine -- or to determine whether or
23  23  not Mr. Cooperman should grant clearance?
24  24    A. Could you repeat the question.
25  25    Q. Sure. Other than -- well, let me rephrase it.
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00047:01   Do you consider any factors specific to the
2   02  person's request for trade -- trading -- trading request
3   03  to determine whether or not they should be allowed to
4   04  trade?
5   05    A. I've testified earlier all I consider is
6   06  whether there's a reason they shouldn't trade. It has
7   07  nothing to do with quantity or anything else, so ... I
8   08  described to you earlier what would cause me to say to
9   09  Dan "Anyone -- everyone needs to be stopped immediately
10  10  from trading."
11  11    Q. Okay, that's fair. Now, why is it that you
12  12  don't consider issues specific to the person's trading
13  13  request; for example, the size of their trades or the
14  14  length of time that they might want to trade?
15  15    A. Again, I've told you earlier I have -- I never
16  16  get involved with the quantities they're trading. Dan
17  17  has rules -- keeps a fairly short window on how long
18  18  they can have the trade. And they have to come back to
19  19  him if they want more time.
20  20    Q. Okay. Why is it that you don't consider those
21  21  factors?
22  22    A. 'Cause I think that's a person's personal
23  23  decision, how much they want to sell. And the company's
24  24  not tried to legislate that.
25  25    Q. Is it relevant to determine whether or not
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00048:01  somebody is in violation of either the internal policies
2   02  or the law in terms of insider trading?
3   03        MR. SALPETER: Objection to form.
4   04        THE WITNESS: I'm not even certain. I mean,
5   05  I -- we have a policy -- I don't recollect in our
6   06  policies we've ever had requirements on how much you can
7   07  or can't trade, so ... I don't know anything -- I'm not
8   08  sure what the securities laws are. I don't concern
9   09  myself with that.
10  10        MS. LAVALLEE: Q. Okay. You say you don't
11  11  concern yourself with the security laws.
12  12    A. In terms of technical requirements. I leave
13  13  that to Dan.
14  14    Q. Okay.
15  15    A. But I just concern myself with is there a
16  16  financial problem here in the company that's not --
17  17  that's not been disclosed that should keep -- prevent
18  18  people from trading, irrespective of quantity.
19  19    Q. Okay. Are you familiar with the case law on
20  20  issues of what constitutes material information?
21  21        MR. SALPETER: Objection to form.
22  22        MS. LAVALLEE: Q. Do you understand my
23  23  question?
24  24    A. I think so. No, I -- I am not a lawyer, don't
25  25  read case law, so ... I think I have a general
```

00049:01 understanding of -- lawyers have told me what's

02 material. But I have no idea what -- about case law.

03     Q.  And who are the lawyers who've given you

04 information on this issue?

05     A.  Various general counsels in the -- in the

06 several companies -- I've been a CFO for the past 25

07 years, so I've had -- been briefed over time about these

08 matters and so forth, read articles, that sort of thing,

09 so ...

10     Q.  When you're informed that a person has --

11 well, strike that.

12         When Mr. Cooperman provides you with an e-mail

13 informing you of his decision to grant clearance for a

14 particular trade, do you make any determination as to

15 whether or not that particular person was in possession

16 of material information that you may not be aware of?

17     A.  I don't.

18     Q.  Do you know if anybody else does?

19     A.  I'm not sure. I believe -- I believe Dan has

20 a form that goes back to him and requires that -- you

21 know, them to disclose anything material. But -- but I

22 don't do any checking.

23     Q.  Okay. Have you ever seen this form that

24 you're speaking about?

25     A.  It's just part of the e-mail he sends back to

---

00050:01 the person.

02     Q.  Okay. And does he require a response back

03 from the person?

04     A.  I don't know.

05     Q.  You mentioned earlier that Mr. Cooperman has

06 some guidelines in terms of the length of -- period of

07 time he allows somebody to trade for once he grants

08 clearance. Are you familiar what his practice is in

09 that regard?

10     A.  Roughly. I mean, I think it's roughly seven

11 to ten days, something -- it's a relatively short period

12 of time.

13     Q.  And do you know why he sets that period of

14 time?

15     A.  I think his concern is that there may be new

16 facts that happen within -- within a -- so he likes to

17 keep refreshing this, so that if there are new facts,

18 obviously, he wants the right to be able to stop

19 trading.

20     Q.  Okay. And once clearance has been granted, do

21 you ever consider information that you receive after the

22 clearance is given to determine -- to go back and make a

23 decision as to whether or not the person should be

24 prevented from continuing to trade?

25         MR. SALPETER: Objection. Hypothetical.

---

00051:01     THE WITNESS: As I testified earlier, the

02 moment that I have a concern that we will miss our --

03 significantly miss our forecast, I would go immediately

04 to our general counsel. So I think that covers it.

05     It's nothing about who's been advised or

06 clearances he's granted. I would immediately go to him.

07     MS. LAVALLEE: Q. Okay. And at that point in

08 time, do you know whether or not people who might have

09 authorization or clearance to trade are then notified

10 that they should cease all trading?

11     MR. SALPETER: Objection to form.

12     THE WITNESS: I believe that if Dan and I

13 concluded we have to close the trading window, he

14 would -- you know, if there were anybody, you know, that

15 was still thinking they had a clearance, he'd

16 immediately tell them to stop.

17     MS. LAVALLEE: Q. Okay. And has that

18 situation ever arose in the past?

19     A.  As I've told you, I think it's only happened a

20 couple of times over the course of time, one in the case

21 of a potential merger and one time when we had concern

22 late in the quarter about we might possibly miss. It's

23 been very infrequent.

24     Q.  Mr. Henley, did you ever learn that in

25 January 2001, Mr. Ellison intended to exercise options

---

00052:01 and then sell those shares immediately?

02     A.  I can't recall. I see that I was copied on an

03 e-mail, so clearly I must have. But I don't always read

04 all these e-mails I get on these clearances, so ... so I

05 don't remember if I knew he was or not.

06     Q.  Okay. Do you recall when you first -- so you

07 don't recall when you first heard of Mr. Ellison's

08 intent to actually exercise shares and sell them in

09 January of 2001; is that correct?

10     A.  Yeah, I -- I don't remember if I knew about

11 it --

12     Q.  Okay.

13     A.  -- at the time.

14     Q.  Do you recall ever discussing with Mr. Ellison

15 the fact that he had options that were expiring in

16 August of 2001?

17     A.  Yes. Remember roughly that previous

18 summer we had talked to him and tried to get him to

19 realize there was a large grant. Larry doesn't --

20 rarely sells -- exercise or sells shares, so we wanted

21 to make sure that he was aware that within a year or so,

22 he had a large set of options he would have to exercise.

23     Q.  So was it you who broached the subject with

24 him?

25     A.  I don't remember. It was either me -- I was

1    00053:01 prompted by our tax people. But I didn't even realize.

2    02 But I think I probably broached the subject to him.

3    03    Q. And the tax people, who are you referring to?

4    04    A. Deb Lange, our senior director of tax, senior

5    05 vice president of tax.

6    06    Q. And why would the tax people be concerned with

7    07 whether -- with Mr. Ellison's expiring options?

8    08    A. Just in terms of our own tax planning. We get

9    09 a tax deduction. And this was a large grant, so the

10   10 issue from our tax planning, were we going to get a

11   11 deduction in -- in -- you know, what year, what quarter,

12   12 and that sort of thing.

13   13        So they were just kind of curious. And again,

14   14 it's Larry's decision, but they were, just from their

15   15 own forecasting standpoint, curious. I was -- also just

16   16 wanted to make sure Larry was aware he had this coming

17   17 up.

18   18    Q. Okay. And do you recall specifically when

19   19 this conversation took place?

20   20    A. I want -- I'll say summer of '00, is my

21   21 rough -- my recollection.

22   22    Q. And was this the only --

23   23    A. It was clearly, I think -- my recollection was

24   24 a year or so to go, so, you know, there was still time,

25   25 but there was -- time was running.

1    00054:01    Q. And was it only on one -- one instance that

2    02 you had these conversations with Mr. Ellison?

3    03    A. That's my recollection.

4    04    Q. And can you tell me what the substance of

5    05 those discussions were.

6    06    A. Just what I told you.

7    07    Q. What -- how did Mr. Ellison respond to what

8    08 you discussed with him?

9    09    A. We didn't have a long discussion. You know,

10   10 I've never gotten into his personal finances. He has

11   11 financial advisors. So I just wanted to make sure he

12   12 realized that; you know, I wasn't -- that was it.

13   13    Q. Did he indicate to you what his intent was at

14   14 that time regarding these expiring options?

15   15    A. I don't -- I don't think he did. I don't

16   16 recollect. And I didn't expect him to, you know. If he

17   17 had some idea, we just kind of wanted to get a sense for

18   18 it. But I -- my recollection was he didn't give us any

19   19 forecast. He was still trying to think of what he

20   20 wanted to do.

21   21    Q. Okay. You mentioned earlier that you don't

22   22 recall whether or not you actually -- whether or not you

23   23 were aware that Mr. Ellison intended to sell shares in

24   24 2001; is that correct?

25   25    A. Whether in 2001 -- you mean --

1    00055:01    Q. January 2001.

2    02    A. January 2001. Again, yes, that's what I said.

3    03 I -- I wasn't aware -- clearly, after looking at

4    04 e-mails, I was copied. But I don't -- my recollection

5    05 was I didn't realize it at the time.

6    06    Q. Okay. And do you recall whether or not you

7    07 had any discussions with Mr. Cooperman about granting

8    08 clearance to Mr. Ellison?

9    09    A. No, I don't -- I don't recall discussing it.

10   10 But that would be normal. I don't typically discuss it

11   11 with anybody that gets cleared [sic], as I said earlier.

12   12    Q. And is it fair to say you don't recall

13   13 discussing this matter with Mr. Ellison in January 2001;

14   14 is that correct?

15   15    A. That's correct.

16   16        MS. LAVALLEE: We've been going for an hour.

17   17 Do you want to take a break?

18   18        MR. SALPETER: Sure.

19   19        MS. LAVALLEE: Okay, five minutes.

20   20        THE VIDEOGRAPHER: We're going off the record.

21   21 The time is 10:35.

22   22        (Recess taken).

23   23        THE VIDEOGRAPHER: We're back on the record.

24   24 The time is 10:47.

25   25        MS. LAVALLEE: Hi, Mr. Henley. I have just a

1    00056:01 few more questions regarding Mr. Ellison's trading; then

2    02 we'll move on to a different subject.

3    03    Q. Did you ever discuss Mr. Ellison's

4    04 January 2001 trades with anybody after the fact of the

5    05 trades?

6    06    A. Discuss the -- I don't believe so.

7    07    Q. Okay. And you never had any discussions with

8    08 Mr. Cooperman, say?

9    09    A. I don't believe so.

10   10    Q. Or with Mr. Ellison?

11   11    A. No.

12   12    Q. Mr. Henley, did you trade, during Q3 2001 --

13   13    A. Yes, I did.

14   14    Q. -- Oracle stock? Okay. When did you trade?

15   15    A. Very early in January.

16   16    Q. And do you recall how many shares you traded?

17   17    A. I believe it was a million shares.

18   18    Q. Okay. Were those shares that you acquired on

19   19 the same day through an exercise of options?

20   20    A. That's correct. Did a so-called same-day

21   21 sale.

22   22    Q. And when you made those trades, both the

23   23 exercise and the sale of shares, was it your

24   24 understanding that you were bound by Oracle's internal

25   25 policies regarding trading by senior executives?

**Page 57**

00057:01   A.  Yes.

02   Q.  Prior to making those trades, did you make any

03   additional inquiries, beyond what you knew of in your

04   capacity as chief financial officer, to determine

05   whether or not there was material inside information at

06   Oracle?

07   A.  Well, I cleared, as everybody else is required

08   to do, the trade through Dan Cooperman.  So I wanted to

09   be sure it wasn't something he didn't know and he had to

10   clear me.

11   Q.  Anything else?  Did you do anything else

12   beyond that?

13   A.  No.  No, I don't believe so.

14   Q.  Okay.  And did you discuss your trades with

15   any other person prior to making the trades?

16   A.  Other person inside Oracle?

17   Q.  Yes.

18   A.  Other than Dan Cooperman, no.

19   MS. LAVALLEE:  I'd like to mark as Exhibit --

20   what number are we up to?

21

22   MS. GUARNIERI:  I believe we're at 135.

23   MS. LAVALLEE:  Exhibit 135 is document that is

24   Bates stamped CA-ORCL 008304 through 306.

25   (DC Exhibit No. 135

---

**Page 58**

00058:01   marked for identification).

02   MS. LAVALLEE:  Q.  Mr. Henley, if I could ask

03   you to take a look at this document.  And when you've

04   had a chance to review it, please identify it for the

05   record.

06   A.  I'm trying to find the date of it.  Just see

07   here.  Maybe it's on the second page, huh.

08   Q.  There is also a third page.

09   A.  There it is, okay.  So this would be the Form

10   4 that I'm required to sign.  Typically it's

11   administered through our stock options administration

12   group when I've exercised my options, sold stock and so

13   forth.

14   And it is dated in that period of time, in the

15   early '01 period.  So it relates to that million-dollar

16   thing that I earlier testified to.

17   Q.  Okay.  And if I could draw your attention to

18   the third page of this document.

19   A.  Yep.

20   Q.  Can you tell me if that is your signature at

21   the bottom of this document.

22   A.  Yes, it is.

23   Q.  And you hand-wrote the date in there?

24   A.  Yes.

25   Q.  Thank you.

---

**Page 59**

00059:01   I'd like to mark as Exhibit No. 136 a document

02   Bates-stamped CD-I 01514 through 15.

03   (DC Exhibit No. 136

04   marked for identification).

05   MS. LAVALLEE:  Q.  Mr. Henley, can you take a

06   look at this document and then identify it for the

07   record once you've had a chance to look at it.

08   A.  Well, it's Form 144 that again, I think,

09   relates to the million shares that I previously talked

10   about.

11   Q.  All right.  And Mr. Henley, there is some

12   handwritten notations on this document.  Is this all

13   your handwriting?

14   A.  I don't believe so.  So you're saying the form

15   was filled out?

16   Q.  Correct.

17   A.  I don't believe -- I don't believe I filled it

18   all out, but I signed it.

19   Q.  Okay.  So the signature is yours?

20   A.  Yes.

21   Q.  Okay.  But none of the other handwriting on

22   this document is yours?

23   A.  Doesn't look like mine.  I don't believe I

24   filled it out, but I did sign it.

25   Q.  Okay.  Do you know whose handwriting it is?

---

**Page 60**

00060:01   A.  I'm not sure.

02   Q.  Okay.  Did you have an assistant in -- during

03   the Q3 2001 time frame?

04   A.  I did.

05   Q.  And did you have more than one assistant?

06   A.  No.

07   Q.  And who was your assistant?

08   A.  Sharon Montoya.

09   Q.  Do you know whether or not it's her

10   handwriting?

11   A.  I do not know.

12   Q.  And did you indeed sign this document on or

13   about January 4th, 2001?

14   A.  That -- yes.  That's my signature.

15   MR. SALPETER:  Can we have an agreement that

16   you'll delete the social security numbers the way we did

17   on some of the other documents?

18   MS. LAVALLEE:  Yes.  Thank you.

19   All right.  I'd like to show you a document

20   that has been previously marked as Exhibit No. DC-17 in

21   these litigations.

22   And I'll just note for the record that it is

23   redacted.  It was redacted to delete the portion of the

24   social security number.  And actually, the original had

25   the information.  A redacted copy was then sent to the

00061:01 court reporter by fax, and that is the document that
02 actually got placed into the record. And that is why
03 the Berman, DeValerio fax header appears on the
04 document.
05    Q. Mr. Henley, if you could take a look at this
06 document. Once you've had a chance to review it, please
07 identify it for the record.
08    A. This is the Oracle stock option exercise form
09 that I signed, again, relating to that -- those million
10 shares.
11    Q. And is it indeed your signature on each page
12 of the document? There are three pages. Bates-stamped
13 CD-I 1 -- no, CO-I 01518 through 20.
14    A. Yes, it's my signature.
15    Q. And is any of the handwriting on this document
16 yours?
17    A. I believe it is. Looks like my -- my
18 handwriting. I don't know if the grant numbers and the
19 grant date, that section, but I believe the first part
20 that describes my name, address, phone number -- that
21 looks like mine. And the information on the third page
22 looks like my -- my handwriting.
23    I -- I'm not convinced that the exercise
24 instruction section where the grant numbers and so
25 forth -- I'm not sure if that's mine or not.

00062:01    Q. Okay.
02    A. Might be.
03    Q. Okay. And was it your understanding in
04 executing this document that you were bound by the terms
05 of this document?
06    A. Yes.
07    Q. Do you have any understanding as to whether or
08 not you signed the most recent version of the -- of
09 Oracle's stock option exercise form?
10    A. I'm not sure -- I'm not sure what you mean.
11    Q. Okay. I take it that this is a standard form,
12 this -- that you completed --
13    A. Yes.
14    Q. -- in connection with your exercise of
15 options?
16    A. Yes.
17    Q. Do you have any understanding as to whether
18 the standard form you used when you completed this
19 document that is marked Exhibit 17 was the latest form?
20    A. I have no idea.
21    Q. Okay. Was it your intent to file -- to sign
22 the form that was the most --
23    A. Sure.
24    Q. -- recent?
25    A. I signed whatever forms they gave me. I

00063:01 assumed they were current.
02    Q. Okay. Okay, Mr. Henley, I'd like to move on
03 to a more broader discussion regarding Oracle and some
04 of its business terms and processes.
05    Can you explain for me what the term
06 "pipeline" means, as used at Oracle during Q3 2001.
07    A. Sure. It's a -- it's a amalgamation of all
08 the transactions that the sales force around the world
09 is pursuing. These are -- there are a variety of
10 stages, from very early "Gee, there's something here we
11 gotta look into," to very late stages of negotiating
12 contracts, and all that sort of thing.
13    So it's a summation of all -- hundreds and
14 hundreds of different transactions that the company has,
15 the sales force is working on in some stage.
16    Q. Okay. Does the company use different forms
17 of -- strike that. Let me ask a different question.
18    Is a pipeline number something that is used --
19 that is constant and always used in the same way at the
20 company at all levels, or is the information that's
21 contained in a pipeline number sometimes filtered or
22 weighted differently?
23    MR. SALPETER: Objection to form.
24    THE WITNESS: I think I understand what you're
25 asking me. There is a process that salespeople and

00064:01 sales management all the way up the chain use to try to
02 enter in deals they're working on, assign values of the
03 deal, the probability of closing, close dates.
04    There's a -- management reviews that.
05 Management sometimes questions dates. Sometimes the
06 dates are changed. There's -- there is some management
07 judgment as to how people assess probabilities and
08 things like that. But, you know, there is human
09 judgment, I guess, in some of the stuff.
10    But the attempt is that we get something that
11 by the time Larry and I get it, it's a amalgamation of
12 deals that is consistently put together as well as we
13 can do. But there is human judgment on probabilities
14 and things like that.
15    MS. LAVALLEE: Q. Okay. In terms of the
16 numbers for pipelines that you and Larry get, the --
17 what -- you get pipeline information in what form? Do
18 you get it in a particular report?
19    A. I typically get a summary that is a part of
20 our forecast document. And there we have the forecast
21 for the quarter. There's a column that shows pipeline
22 information for all the various summary -- Europe, Asia,
23 that sort of thing.
24    Q. Okay. And it sounds like you're --
25    MS. SEGAL: Nicole, can I just -- what time

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00065:01 frame are you talking about?

2  02  MS. LAVALLEE:  Q3 2001.

3  03  THE WITNESS:  That -- my assumption, right.

4  04  MS. LAVALLEE:  Okay.

5  05  Q.  Now, it sounds as though you're talking about

6  06 a specific document.  Are you indeed?

7  07  A.  Yes.  Yes, I am.

8  08  Q.  Okay.  And what is the name of that document?

9  09  A.  I'm even certain.  It's what -- our

10  10 standard global forecast reports.  You know, it's the

11  11 most critical report that I review, obviously.  And it

12  12 shows the latest up -- latest forecast that we have from

13  13 around the world at a summary level by major geography,

14  14 by major management, member of the executive committee.

15  15  Q.  Okay.  And is that a document that's sometimes

16  16 referred to as an upside report, do you know, or is that

17  17 something different?

18  18  A.  I don't call it that.  But it includes a

19  19 column that tries to factor in judgment on top of what

20  20 the particular business units have turned in.

21  21  Q.  Okay.  Now, the number that -- the pipeline

22  22 number that you're talking about on these particular

23  23 reports, is that something that includes closed deals?

24  24  A.  The pipeline would include closed deals.  We

25  25 don't literally take closed deals out until the end of

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00066:01 the quarter.

2  02  Q.  Okay.

3  03  A.  So throughout the quarter, it would include

4  04 closed deals, as well as all open deals that the field

5  05 feels have a chance of closing that quarter.

6  06  Q.  And you said it's up until the end of the

7  07 quarter.  Is there a period of time at which you

8  08 actually do remove the closed deals?

9  09  A.  Once the quarter's over.

10  10  Q.  Okay.

11  11  A.  Mm-hm.

12  12  Q.  And what is the source of the data -- or what

13  13 is the source of the pipeline figure that you're

14  14 referring to in this report?

15  15  A.  It's varied over the years, but in the most

16  16 recent years, it's a report we call our -- the OSO

17  17 report.  It's an application that Oracle developed over

18  18 the last several years that we sell to customers.  We

19  19 use it ourselves.  And so that has become the universal

20  20 global report.

21  21  But years before, they used spreadsheets.

22  22 There were a variety of ways.  But the methodology's

23  23 always been the same, that people enter in all their

24  24 transactions, we sum it up around the world and get a

25  25 sense of what people's pipelines are.

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00067:01  Q.  And you mentioned the word "OSO."  What does

2  02 that refer to?

3  03  A.  I'm -- never remember all the acronyms and

4  04 what they're called, so it's a ...

5  05  Q.  Oracle Sales On-line, does that sound

6  06 familiar?

7  07  A.  Yeah, that's probably it.

8  08  Q.  Okay.  And can you tell me what this is.

9  09  A.  Again, I think I described it earlier.  It's

10  10 an Oracle -- standard Oracle application that we've

11  11 begun to used inside Oracle once that product was built

12  12 several years ago.

13  13  Q.  And in terms of pipeline data, is it your

14  14 understanding the sales force enter the pipeline data

15  15 into that system?

16  16  MR. SALPETER:  Are we talking about Q3 '01,

17  17 right?

18  18  MS. LAVALLEE:  Yes.  And let me clarify.

19  19  MR. SALPETER:  And he should assume that,

20  20 right?

21  21  MS. LAVALLEE:  Yeah, for the purposes of this

22  22 line of questioning that we're talking about Q3 2001.

23  23 Thank you.

24  24  THE WITNESS:  I believe everyone around the

25  25 world was using it.  I can't be certain.  It's possible

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00068:01 some country was still using spreadsheets.  We were

2  02 going through a transition.

3  03  But the process, the numbers that rolled up to

4  04 us, would still be the same irrespective of the system

5  05 they were using.

6  06  MS. LAVALLEE:  Q.  Okay.  Mr. Henley, I'd like

7  07 to show you a document that was previously marked as

8  08 Exhibit No. DC-134.  If you could take a moment and look

9  09 at this document and tell me what it is.

10  10  A.  It appears to be an extract of the forecast

11  11 report that I referred to earlier.  I don't believe it

12  12 has all the pages.  Typically the report's a little

13  13 longer than that.  But it seems to have most of the --

14  14 the meat of the report.

15  15  Q.  Okay.  And can you tell me what other

16  16 additional information would have been included in this

17  17 report in the Q3 2001 time frame?

18  18  A.  Well, there's a -- unless these are out of

19  19 sequence, there's a summary page that you start with.

20  20 That doesn't appear to be here.

21  21  Q.  And what information is contained on that

22  22 summary page, or was contained on that --

23  23  A.  Perhaps it's the second page.  But it's not

24  24 the first page.  This is -- this may be out of sequence.

25  25 I'm sorry.  I think the summary page is the second page

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004   8:51:00 AM

```
00069:01 here.
02   Q.   Okay.
03   A.   But typically it is a financial forecast.  It
04   includes revenue for the major geographies.  It includes
05   expenses by line -- by type of expense for the
06   different -- by line of business and so forth, all the
07   way down to an earnings-per-share number.
08        So it is -- it is the financial forecast that
09   focuses on the current quarter that we're in.  So this
10   related to Q3 fiscal '01.
11   Q.   Okay.  Mr. Henley, if I could draw your
12   attention to the page Bates-stamped 3612.
13   A.   3612, okay.
14   Q.   I'd just like you to -- I'd like to just go
15   through some of the -- some of the columns and some of
16   the headers to the columns and have you explain for me
17   what they are.
18        This -- this is the -- has a heading marked
19   "Product Forecast," and then the next column is "Q3 FY
20   '00."  Can you tell me what those figures represent.
21   A.   What the column is meant to portray?
22   Q.   Yes.
23   A.   The column is the actual results for the
24   previous Q3 fiscal '00 in this case.
25   Q.   Okay.
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004   8:51:00 AM

```
00070:01   A.   So we're always interested in comparing our
02   current year to our prior year.
03   Q.   Okay.  And do you always compare the same
04   quarter to the prior year same quarter?
05   A.   Yes.
06   Q.   Okay.
07   A.   That is the best comparison.
08   Q.   And why?
09   A.   Comparable fiscal -- fiscal periods.
10   Q.   And why is that the best comparison?
11   A.   'Cause there's a seasonality to our business.
12   Q.   So generally do you ever look at
13   quarter over quarter sequentially?
14   A.   Rarely.  We do -- we do look at patterns.  We
15   know that there's a large seasonality in our business,
16   but there's a historical relationship.  So we are --
17   when we look at a Q3, we'll see how does that compare to
18   Q2, because we know historically they're fairly similar.
19        But the most -- the fairest comparison is
20   really Q3 to Q3 in this case, but ...
21   Q.   Okay.  And then the next column has three --
22   well, the next grouping has three columns.  And if I'm
23   reading this correctly, it says "Q3 FY '00," and then it
24   has a "forecast" column, an "upside" column and a
25   "potential" column.
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004   8:51:00 AM

```
00071:01   A.   Right.
02   Q.   Can you identify for me what the "forecast"
03   column is meant to portray.
04        MR. SALPETER:  I think you said "00."  I
05   think you meant to say "01."
06        MS. LAVALLEE:  '01, thank you.
07        THE WITNESS:  The forecast is the -- forecast
08   is submitted through the finance organization in these
09   different business -- business units.  And we add all
10   those up -- lay them out, add them up, so forth.
11        And then the second column are -- are
12   adjustments -- judgments made by typically the senior
13   finance staff, Jennifer Minton and her people, where
14   based upon history, based upon what they're hearing,
15   they'll go in and apply judgment to what the field is
16   saying.
17        And again, I've never used the word "upside."
18   This is Jennifer's shorthand.  I guess, 'cause as you
19   can see, there's negatives and there's positives.  I've
20   always considered it an adjustment, trying to reflect
21   our best judgment as to what we really think's going to
22   happen.
23        MS. LAVALLEE:  Q.  Okay.  And do you know what
24   Jennifer Minton and her group look at to determine
25   what's the best judgment to be made there?
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004   8:51:00 AM

```
00072:01   A.   They look at the forecasting track record of
02   these units.  They talk to the finance people who have
03   information that maybe the management -- they feel
04   they're being overly optimistic or overly con -- you
05   know, whatever.
06        And we -- these people typically have worked
07   for Oracle a long time.  Some of them may be a little
08   more optimistic than some.  And so we try to factor that
09   in.  So there's a variety of things they try to look at
10   to try to come to what we really think is going to
11   happen.
12        That's what she calls potential.  That's,
13   again, a bad term.  It is the absolute -- her best
14   judgment, at least, as to what she thinks is going to
15   happen at the time.
16   Q.   Okay.  Now you're speaking of the third column
17   now?
18   A.   Yes, called "potential."
19   Q.   Okay.
20   A.   It's potential.  I've never -- I've never --
21   it's not my report.  I rely on it, but I have never
22   tried to wordsmith these columns.  I would say that's
23   our best thinking as to what the business will do --
24   Q.   Okay.
25   A.   -- based upon what they've submitted, based on
```

00073:01 a judgment we've applied to revenues and expenses
02 leading up to what our best thinking is to what we're,
03 you know, really -- really going to do.  And again,
04 maybe "potential" isn't a bad word because we don't
05 know.  It's the best thinking.  And it's potentially
06 what'll happen, but clearly it could be better; it could
07 be worse.
08     Q.  Okay.  The next column says "Q3 forecast
09 versus VSPY percent."  Can you explain to me what that
10 represents.
11     A.  That means the percentage based upon the
12 forecast compared to prior year and then the
13 potential forecast to the prior year.  So we just
14 simply -- those are simply calculations to quickly show
15 people the percentage change.
16     Q.  Okay.  So you're comparing there the actual
17 forecast number, which is the second column, to --
18     A.  To the first column.
19     Q.  -- to the first column.  Okay.  And what is
20 the next column?  It says "Q3 potential growth
21 percentage."
22     A.  Again, it's the potential, the fourth column,
23 divided by the first column.
24     Q.  Divided by?  Yeah.
25     A.  Mm-hm.

00074:01     Q.  The next column says "Q3 targeted" -- I
02 can't read this very well.
03     A.  "Targeted growth," I believe it says.
04     Q.  "Targeted growth."
05     A.  "Targeted 30-percent growth."
06     Q.  Okay.  And what does that represent?
07     A.  At the time -- and we've used different things
08 over the years.  But at the time, Larry was very
09 interested on how well people were growing.  And so we
10 felt like 30 percent was reasonable.
11     And so we were trying to show what 30 percent
12 would have been by organization.  Obviously different
13 organizations were growing at different rates.  But he
14 was kind of trying to make the point to some of them
15 that "you're not growing fast enough" and kind of, you
16 know, "I understand what you think you're doing, but
17 you're not -- you're not doing as well as you could --
18 should be, in my opinion."
19     Q.  Okay.  And this is a target number.  Is it
20 derived at any particular point in time?  Is it part of
21 the budget?
22     A.  My recollection was that -- and this isn't
23 something we've done every year.  If you went to this
24 year's form, you wouldn't see that, but ...
25     My recollection was we were having a lot of

00075:01 discussion about continuing to grow, and all that sort
02 of thing.  And so I think it was something we started
03 way back in the budget time.
04     Q.  Okay.  And do you have any understanding of
05 what the term "growth company" means?  Is that a term of
06 art that you've heard before?
07     A.  Growth company?  I'm not sure -- I'm not sure
08 if that's a term of art, no.
09     Q.  Okay.  Growth business, same thing?
10     A.  I don't think that's a term of art, no.
11     Q.  Is it a term that's commonly used in certain
12 industries or among analysts?
13     A.  Well, I think -- I think people talk about
14 industries as a growth industry, a young, dynamic
15 industry that has a lot of endemic growth.  That would
16 be -- I don't know if it's a term of art, but that's
17 common.  People talk about it.
18     Or if a company's been growing very fast, has
19 good prospects, they might say that's a good growth
20 company, something like that.  So certainly those are
21 terms I've heard used over time.
22     Q.  Okay.  And during this period of time, at the
23 start of Q3 2001, would you have described Oracle as a
24 growth company?
25     A.  Clearly.  We'd grown enormously over the

00076:01 years, and we're continuing to grow very nicely.
02     Q.  Okay.  All right.  Can you explain for me what
03 the next column represents.  Says "Q3 FY '01 pipeline."
04     A.  So we talked about what constitutes a
05 pipeline.  So this is just the pipeline at this point in
06 the report.  This report is updated every couple of
07 weeks.  So we go back and look at what was the pipeline
08 at that workweek in that quarter a year ago, in '00, and
09 compare it to what is the pipeline in this point in time
10 a year later.  And then there is a growth rate
11 calculated in the next column.
12     Q.  Okay.
13     A.  Year over year.
14     Q.  Okay.  So you're bringing in -- you're talking
15 about two columns now?
16     A.  Yes, the prior year pipeline, then this year's
17 pipeline, the '01 pipeline, and then the calculation,
18 the growth rate calculation of that.
19     Q.  Okay.  And the -- and I may have skipped.
20 actually, a column, and that's probably why there's some
21 confusion here.  But the Q3 -- the seventh column, which
22 is "Q3 FY '00 pipeline," where -- what number from the
23 prior year is chosen to be entered there?
24     A.  As I said, we do this report every couple of
25 weeks.  And so to be comparable, we try to pick the

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004  8:51:00 AM

1  00077:01  current pipeline for this year, based upon, you know,
2      02  workweek five, six, seven, whatever it is at that point,
3      03  and then compare that to the comparable work -- because
4      04  the pipeline is dynamic. It changes throughout the
5      05  quarter.
6      06      Q.  So it's important to compare this pipeline at
7      07  the same period of time in the quarter --
8      08      A.  That's correct.
9      09      Q.  -- prior quarter? Okay. And just so I'm
10     10  clear, the Q3 FY '01 and '00 pipeline figures there
11     11  include closed deals?
12     12      A.  That's correct.
13     13      Q.  And again -- we went over this, but I just
14     14  want to be clear for the record -- this is information
15     15  that is extracted from the OSO system, and that's your
16     16  understanding?
17     17      A.  Again, subject to -- I don't -- we were going
18     18  through a transition. I can't remember when we
19     19  finished. And we may have had a few countries still not
20     20  in OSO, but I don't remember. But the data would be the
21     21  same, irrespective of the system it's in.
22     22      Q.  Okay. And when -- do you know what date of
23     23  the week these reports were prepared?
24     24      A.  No. There are -- the data is prepared and
25     25  then submitted, and then the report comes out literally

Oracle Related Cases                                    Page 77

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004  8:51:00 AM

1  00078:01  a few days after the submission. So I don't remember
2      02  the exact date, but it's fairly current. I mean,
3      03  whatever comes in the report can't be more than a few
4      04  days old typically.
5      05      Q.  Is it your understanding there is a couple
6      06  days' lag on the information, though?
7      07      A.  Yes. Takes time to get all of it submitted,
8      08  prepared, so forth.
9      09      Q.  Sure.
10     10      A.  But it's meant to be reasonably -- reasonably
11     11  close in time to the current. And it's meant to be
12     12  reasonably comparable, trying to pick periods of time
13     13  that are comparable.
14     14          Comparability's very important 'cause these
15     15  numbers are all dynamic. Every one of these actual
16     16  forecasts, they keep changing. So we're always looking
17     17  at -- trying to look at the latest information and make
18     18  it comparable to the year before.
19     19      Q.  Okay. And now the next column says "pipeline
20     20  conversion ratio forecast." And I may be, actually,
21     21  misreading that because those -- those words are sort of
22     22  shortened there. But is -- can you tell me if -- what
23     23  that number represents.
24     24      A.  That's meant to divide the forecast by the
25     25  pipeline. So we know that all the pipeline doesn't

Oracle Related Cases                                    Page 78

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004  8:51:00 AM

1  00079:01  materialize. We know that -- we lose deals. We know
2      02  that more often deals slip, they don't happen, they
3      03  don't get closed that quarter.
4      04          So just because you have a pipeline, we know,
5      05  based on history, that only a certain percentage of that
6      06  pipeline typically gets, we call, converted or gets
7      07  translated into revenue in that quarter.
8      08      Q.  Okay. So just so we're clear, which two
9      09  columns are you comparing there to come up with that
10     10  number?
11     11      A.  I'm looking at the pipeline for '01, which
12     12  would be the fourth from the last column --
13     13      Q.  Yes.
14     14      A.  -- okay, and I'm dividing that into the second
15     15  column, the forecast, for the next column called
16     16  "pipeline conversion to forecast."
17     17      Q.  Okay.
18     18      A.  And then I'm dividing that into the fourth
19     19  column, the potential forecast, or our best -- our best
20     20  judgment of forecast, if you will, all right.
21     21      Q.  Okay.
22     22      A.  Trying to look at those conversion rates to
23     23  see how realistic they are, just based on do we have
24     24  enough pipeline, based upon historical conversion rates,
25     25  to meet the forecast. So there's a variety of things we

Oracle Related Cases                                    Page 79

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004   3/2/2004  8:51:00 AM

1  00080:01  look at to try to get comfortable that the forecast
2      02  makes sense to us.
3      03      Q.  Okay. And you talked there about the
4      04  potential one. It's the last column that reflects the
5      05  comparison between the pipeline and the potential,
6      06  correct?
7      07      A.  The -- the last one divides the '01 pipeline
8      08  into the fourth column, the potential forecast --
9      09      Q.  Okay.
10     10      A.  -- or our best -- our best guess forecast of
11     11  what we think will happen.
12     12      Q.  Okay. And why do you look at the last number?
13     13  Why is that last number generated?
14     14      A.  Again, because my best judgment coming from my
15     15  financial people, Jennifer Minton, is that's what we
16     16  think will happen this quarter, based on their best
17     17  judgment.
18     18          So we still say "Okay, how does that compare
19     19  to the pipeline? Does that look -- does that conversion
20     20  ratio seem realistic?"
21     21      Q.  Okay. And wouldn't -- do you compare that
22     22  last column number to anything else to make a
23     23  determination as to whether it's realistic?
24     24      A.  Do I compare the last column -- those
25     25  percentages?

Oracle Related Cases                                    Page 80

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00081:01   Q.   Yeah.

2  02   A.   Well, I compare them to previous conversion

3  03  ratios.  So I don't know in a vacuum whether that's a

4  04  good number or not.

5  05   Q.   Right.

6  06   A.   But we look painstakingly at previous years

7  07  and trends of second quarters, third quarters, all that

8  08  sort of thing, to try to figure out, gee, is this a

9  09  reasonable conversion ratio based on history.

10  10   Q.   Okay.  And based on history, what type of time

11  11  frame are you looking at?  You mentioned you look at the

12  12  prior year and various quarters.  Do you go back more

13  13  than one year when you look at --

14  14   A.   Yes.

15  15   Q.   Okay.  And do you have any idea of how many

16  16  years you go back to look at that or how many years you

17  17  looked at --

18  18   A.   And I don't remember how many years we were

19  19  doing at this point in time.  I really don't.  But it

20  20  would be typical you'd look at more than one year.

21  21   Q.   Okay.

22  22   A.   And I'll also add we -- we didn't used to take

23  23  the great care of keeping all this pipeline data.  So we

24  24  worked hard in the years leading up to this to try to

25  25  get pipeline globally that was consistent.  And so, you

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00082:01  know, we were -- the OSO was an improved way of doing

2  02  it.

3  03          And so we were still -- but -- and as we said

4  04  today, we're constantly working on trying to figure out,

5  05  trying to get numbers as comparable, as apples to

6  06  apples.  Despite all that, there is variation.  That's

7  07  why you need to look at more than one year.

8  08   Q.   Okay.  Can you tell me, just sitting here

9  09  today, what numbers specifically you would look at in

10  10  prior years to compare to this particular pipeline

11  11  conversion ratio?  Like is there -- is there a

12  12  particular document that you went to to compare to this

13  13  figure to get that information?

14  14   A.   I can't remember what we had then.  I know

15  15  today I have a little more fresh recollection of what

16  16  we're doing.  We will typically have a document

17  17  in the -- before we start the quarter, for instance,

18  18  we'll -- we'll reflect upon the last several years'

19  19  conversion rates by quarter to kind of look at this

20  20  number again and say, you know, how does this fit with

21  21  how we've performed the last couple of years, that sort

22  22  of thing.

23  23          I don't remember exactly what I would have

24  24  looked at, you know, back then.

25  25   Q.   And does this document that you're referring

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00083:01  to that you now look at that you may or may not have

2  02  looked at in Q3 2001 have a name?

3  03   A.   I can't -- I don't know if it's got a name.

4  04   Q.   Okay.  And who generates that document?

5  05   A.   Jennifer Minton, her people.

6  06   Q.   Okay.  And is it correct that Jennifer

7  07  Minton's group actually generated this particular

8  08  document we're looking at?

9  09   A.   Mm-hm, that's correct.

10  10          MS. LAVALLEE:  The tape is actually ending in

11  11  five minutes, so why don't we take a short break at this

12  12  point.

13  13          THE VIDEOGRAPHER:  This marks the end of

14  14  videotape number 1 in Volume I in the deposition of

15  15  Jeffrey Henley on March 2nd, 2004.  We're going off

16  16  the record.  The time is 11:23.

17  17          (Recess taken.)

18  18          THE VIDEOGRAPHER:  This marks the beginning of

19  19  videotape number 2 in Volume I in the deposition of Jeff

20  20  Henley on March 2nd, 2004.  We're back on the record.

21  21  The time is 11:26.

22  22          MS. LAVALLEE:  Q.  Mr. Henley, you said

23  23  earlier that "we look at these numbers very closely,"

24  24  meaning the conversion ratio and some of the other data

25  25  we've just been discussing.  Are you including yourself

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00084:01  in that "we"?

2  02   A.   Yeah, absolutely.

3  03   Q.   Okay.  When is it that you receive this

4  04  document that we've marked as Exhibit -- or that was

5  05  previously marked as Exhibit 136?

6  06   A.   I'm not sure.  I'm really not sure.

7  07   Q.   Actually, let me -- let me rephrase my

8  08  question.

9  09          Is this a document that you received -- not

10  10  this particular document, but this type of report --

11  11  during Q3 2001 -- is this something that you received by

12  12  e-mail, or is it something you received in a meeting; do

13  13  you know?

14  14   A.   Typically it would be delivered to me.  I

15  15  think -- there's a lot of pages to it, so typically they

16  16  would give me a hard copy, unless I were traveling or

17  17  something.

18  18   Q.   Okay.  And is it something that you -- so it's

19  19  something that you received not in the context of a

20  20  meeting, but something that was actually provided to you

21  21  outside the context of a meeting; is that --

22  22   A.   Typically they bring it to my office before I

23  23  go to our executive committee meeting.

24  24   Q.   Okay.  Well, can you tell me -- the executive

25  25  committee --

1  00085:01   A.  By the way, and sometimes it would be

2  02  delivered to me in the meeting, so ... but I would

3  03  typically start the meeting having this document.

4  04   Q.  Okay.  Is this a document that you actually

5  05  retained?

6  06   A.  Typically we keep a few of them.  But by the

7  07  time that a quarter was over, I'd typically get rid of

8  08  them because I know all the originals are in our

9  09  corporate finance group.

10  10   Q.  It's not something that you left at the

11  11  meeting and --

12  12   A.  Oh, no, no, no, no.  In fact, we don't -- we

13  13  don't give them to all the management.  So there's

14  14  certain people don't have a need to know this stuff.

15  15   Q.  Okay.

16  16   A.  So this information is very important that a

17  17  lot of people don't know about it 'cause we don't want

18  18  leaks; we don't want the stuff getting out publicly.

19  19   So there's only a few people that really have

20  20  access to all the information of the company.

21  21   Q.  Okay.  And who are those people?

22  22   A.  Myself.

23  23   Q.  Actually, let me phrase my question -- I'm

24  24  sorry to interrupt you, but let me rephrase the question

25  25  to say who were those people in Q3 2001?

1  00087:01  wouldn't necessarily be true 'cause the numbers do

2  02  change over the course of the quarter.

3  03   So we try to give analysts and the public

4  04  information about the company, try to do it once a

5  05  quarter and try to be as thorough and as helpful as we

6  06  can.  But intraquarter, it's very important that

7  07  everybody get the same information.

8  08   And so either we would give all of this to

9  09  everybody, which would be crazy -- and nobody does that,

10  10  to the best of my knowledge.  So it's important that we

11  11  don't give -- we have to have full disclosure.  So the

12  12  more the people that know at Oracle, the fewer chance --

13  13  the more the chance that maybe somebody would

14  14  inadvertently say something that would not be good.  So

15  15  the fewer people that know, less chance for leaks.

16  16   And that's kind of the philosophy.  It's

17  17  worked well.  As I said, I think our numbers really have

18  18  always been sort of -- people anticipate; they can

19  19  speculate.  But best of my knowledge, nobody really

20  20  understands, until we release them to everybody, what's

21  21  going on inside the company.  And that's the way we want

22  22  to continue to operate.

23  23   Q.  Okay.  And my question was what was the

24  24  reasons for that, and you articulated, I believe, one

25  25  reason.  Were there other reasons beyond what you've

1  00086:01   A.  The -- myself, Larry Ellison, Safra Catz,

2  02  Jennifer Minton.  Those are all the people that go to

3  03  the executive committee meeting.  Several of Jennifer

4  04  Minton's staff prepare the reports.

5  05   So of the people who attend the meeting, it's

6  06  a very small group of people.  There's other EC members

7  07  who are very important people, but to protect them, as

8  08  well as to protect the company, we just don't want --

9  09  the fewer people that know this stuff, the less chance

10  10  it's going to get out.

11  11   Q.  And why is it important that it not get out?

12  12   A.  Because we don't want any information getting

13  13  leaked out that analysts or other people can see.  So

14  14  it's important that we, you know, keep this stuff quiet.

15  15  I think we've done a good job over the years.  People do

16  16  not know what's going on inside the company till we

17  17  release it to everybody.

18  18   Q.  Okay.  And why is it important to the company

19  19  that this type of data not be released to the public?

20  20   A.  Well, I -- I don't -- I think that -- couple

21  21  reasons.  First of all, I don't -- I don't think the

22  22  public, and even analysts, would understand what to do

23  23  with it, certainly even sophisticated analysts.

24  24   If we gave it to them, I think they could

25  25  create all kinds of rumors and all sorts of things that

1  00088:01  just articulated?

2  02   A.  That only a few people know?

3  03   Q.  Yes.

4  04   A.  No.

5  05   Q.  Is this type of information you think that the

6  06  analysts, investors, would want to see?

7  07   A.  Oh, they'd love to see it.  But as I said, I'm

8  08  not sure some of them wouldn't make false conclusions.

9  09  But sure, an analyst would love to get inside

10  10  information on the company ahead of everybody else.

11  11   Q.  All right.  Going back now to the pipeline

12  12  figures that's set forth in Exhibit No. 134.  I believe

13  13  that you indicated this report -- and correct me if I'm

14  14  wrong -- this type of report is generated every few

15  15  weeks.

16  16   Is it your understanding that it's generated

17  17  every two weeks at the beginning of the quarter, and

18  18  then in the last month it's generated weekly?

19  19   A.  That's generally correct.  I believe it's

20  20  actually the last couple of weeks in the last month of

21  21  the quarter.  So as you get towards the end, we do a

22  22  little more frequently.  But I think it's only the last

23  23  couple of weeks.  It's not -- I don't think it's the

24  24  last full month.

25  25   Q.  Okay.  And as you start the quarter -- as you

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00089:01 start a quarter, for example, Q3 2001, how reliable are
2  02 the pipeline numbers for the first week?
3  03    A.  How reliable are they.  Well, they -- they're
4  04 as reliable as what people submit to us.  So, I mean,
5  05 there's all kinds of judgments that people make on
6  06 whether a deal's going to close.  They assign
7  07 probabilities, everything else.
8  08        So it's -- it's people's best judgment.  And
9  09 because there's judgment involved, the numbers are
10  10 not -- they're not actuals.
11  11    Q.  Right.  Well, I guess my question's slightly
12  12 different.  My question is, in the first week is the
13  13 pipeline data a little less accurate than maybe in the
14  14 second and third week of a quarter?
15  15    A.  Yeah, historically the very first report has
16  16 not been thoroughly reviewed by the management in some
17  17 cases.  So once the management gets in and reviews it
18  18 and sort of questions, you know, why did you think this
19  19 is going to happen, typically there's some cleanup that
20  20 goes on.  And they'll conclude that some of these deals
21  21 just aren't going to happen this quarter, and the rep is
22  22 just being overly optimistic.
23  23        So these -- they'll be slipped out into a
24  24 later quarter.  So typically there's a phenomenon within
25  25 a few weeks you start to see the pipeline coming down a

Oracle Related Cases                                    Page 89

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00090:01 little bit.  And that's mostly 'cause of management
2  02 review.  Then as you go through the quarter, the
3  03 pipeline continues to drop as time passes and people get
4  04 new updates as to when they think decisions will be made
5  05 and when they learn something will slip; then they move
6  06 it out to a future column or future quarter.
7  07    Q.  Okay.  And you stated earlier that some of the
8  08 managers or executives tend to be a little more
9  09 aggressive or less aggressive with forecasting; is that
10  10 correct?
11  11    A.  More -- I would say maybe just optimistic or,
12  12 you know, have a better record of really getting a
13  13 sense -- of predicting when something will actually -- a
14  14 decision will actually be made.
15  15    Q.  Okay.
16  16    A.  I'm not sure if it's aggressive or not,
17  17 but ...
18  18    Q.  Okay, that's fair.  The -- do you recall
19  19 who -- and actually, I guess it's listed right here on
20  20 this document.  But is it your understanding that Jay
21  21 Nussbaum was the executive in charge of the OSI division
22  22 of Oracle in Q3 2001?
23  23    A.  Yes, he was.
24  24    Q.  Okay.  And then George Roberts was in charge
25  25 of NAS?

Oracle Related Cases                                    Page 90

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00091:01    A.  Yes, he was.
2  02    Q.  And Mr. Sanderson was in charge of OPI?
3  03    A.  Yes, he was.
4  04    Q.  Can you tell me whether or not -- when you
5  05 were talking about executives having a tendency to -- to
6  06 be more optimistic or less optimistic, were you
7  07 referring to managers at this level or at a lower level?
8  08    A.  Both.
9  09    Q.  And of these three, can you describe for me
10  10 which you would think would have a tendency to be overly
11  11 optimistic or more optimistic than the others.
12  12        MR. SALPETER:  Time frame?
13  13        MS. LAVALLEE:  In Q3 2001.
14  14        THE WITNESS:  My recollection was that --
15  15 they're all senior people.  They were all -- at Oracle.
16  16 Roberts and Nussbaum, they're like ten years at the
17  17 time, or almost ten years in the case of Jay.
18  18        My recollection was that George Roberts was --
19  19 had had a number of quarters where he had exceeded his
20  20 forecast.  And so we used to kid him that he was
21  21 sandbagging his forecasts and so forth.
22  22        Jay Nussbaum had some variety in his
23  23 forecasts, sometimes good, sometimes bad, again, because
24  24 he had some large deals.  They all did.  So that was the
25  25 hard part with of all of them.  I think they all -- they

Oracle Related Cases                                    Page 91

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00092:01 all -- at their level, they were all pretty good.
2  02        But they -- they liked to try to overachieve
3  03 if they could.  So they would tend sometimes to
4  04 underestimate under the theory that if they missed, they
5  05 were bad; if they -- if they beat, they were -- they
6  06 were good, so ...
7  07        MS. LAVALLEE:  Q.  Okay.  And was that
8  08 something that you or some of your colleagues at your
9  09 level would try to control or try to stop?
10  10    A.  Well, we'd certainly have discussions about
11  11 what their forecasts were.  You know, we would say
12  12 "Aren't you being a little conservative; aren't you
13  13 being a little aggressive?"  We'd try to challenge them,
14  14 and then they would respond as to why they had submitted
15  15 what they submitted.  And we would try to make judgments
16  16 based on their track record.
17  17        Again, George Roberts had a track record of
18  18 consistently beating his forecast, so ... when we looked
19  19 at what we best thought in this so-called "potential"
20  20 column, these judgments were always there, based upon
21  21 the more immediate history, the last year or so, what
22  22 had been their record, how well -- how well they'd been
23  23 predicting their business.
24  24        And again, some of it was just large deals,
25  25 and so ... but George, my recollection, had some pretty

Oracle Related Cases                                    Page 92

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00093:01 good record of overachievement. And so in his case, at
02 least, for that last year or so, the bias seemed to be
03 he was doing a lot better than he was forecasting.
04      Q. Okay.
05      A. And this is -- they would look at this
06 pipeline. And we'd grill them, "Gee, your conversion .
07 ratios, based on your pipeline, seem a little low" or
08 "seem a little high," or something like that. So there
09 was always discussion.
10          And ultimately Jennifer would talk to the
11 finance people, and she would -- Jennifer Minton --
12 would try to make a judgment as to, you know, "Based on
13 the best I can figure out, here's my guess, irrespective
14 of what they say, of what I think will really happen
15 this quarter."
16      Q. Okay. And did you do anything differently or
17 unique in Q3 2001 to address the issue that some of them
18 were more or less optimistic in a number?
19      A. No. I mean, it's a constant battle to try to
20 figure out what we really think's going on in the
21 business. And again, these guys are all professionals,
22 and it's not like they're trying to play games with us
23 necessarily.
24          But I think that sometimes they tended to be a
25 little conservative because they just felt like they'd

Oracle Related Cases                                    Page 93

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00094:01 get more credit if they overachieve rather than
02 underachieve.
03      Q. Okay. And prior to Q3 2001, had Oracle ever
04 conducted any studies to determine how accurate either
05 the forecast or potential numbers were?
06      A. We've used a variety of techniques over the
07 years to kind of look backwards and look at people's
08 forecasting track records, and all sorts of things,
09 sure.
10      Q. Okay. And can you describe some of those
11 techniques as they existed by the Q3 2001 time frame.
12      A. It never changes. You basically look back
13 at -- at what people's track record is. Here's what
14 they originally forecast; here's what they actually did.
15          And you use -- I use that technique all my
16 career because forecasting is a -- is a bit of an art,
17 and it's imprecise. And so you're always trying to get
18 people to learn how to be as accurate as they can in the
19 way they forecast because forecasting's obviously very
20 important to the company.
21      Q. Okay. Were there specific indicators that you
22 looked at to determine the accuracy based on historical
23 figures?
24      A. Yes, as I said, I said that earlier.
25      Q. Can you identify what those indicators would

Oracle Related Cases                                    Page 94

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00095:01 be.
02      A. I think I indicated that. It would be how
03 well you performed and -- your actual results to your
04 forecast.
05      Q. Okay. So you'd be comparing -- that's what my
06 question is. You'd be comparing actual results to
07 forecast numbers?
08      A. Historical performance, actual forecasts, what
09 was the degree of variation.
10      Q. Okay. And would you be looking at conversion
11 ratios as well?
12      A. That really -- that really -- we do, but
13 that's a different question. We've already addressed
14 that as well. I mean, just looking at the bottom line,
15 how well did an organization forecast to what they
16 actually did.
17      Q. Okay.
18      A. That's different than conversion ratios, to be
19 honest with you.
20      Q. Okay.
21      A. That's the bottom -- at the end of the day, no
22 matter what techniques you've used, how well are you
23 doing at forecasting your business --
24      Q. Okay. So when you --
25      A. -- based on how the business turned out that

Oracle Related Cases                                    Page 95

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 8:51:00 AM

00096:01 quarter.
02      Q. Okay. So you'd be looking at, for that --
03      A. And by the way, revenue and expenses.
04      Q. Okay. So what you were looking at was really
05 the actual forecast numbers versus what the actual
06 results were at the end of that particular quarter?
07      A. We -- again, to address your question, yes --
08 relating to do we do historical looks -- how do you do
09 it? Yes, that's how we do it historically.
10      Q. Okay. In this document, there's a variety of
11 terms that I'd like you to help explain here. The
12 particular chart we were looking at -- actually, maybe
13 not. Let's start on the first page of the document
14 which has been identified at document 134.
15          At the very top, it says "constant dollar."
16 Can you tell me what that term refers to.
17      A. Yeah. We're -- as I say, the primary way we
18 measure our business is year over year, comparable
19 quarters. And because we're a global company and we're
20 dollar based, when you look at converting everybody's
21 business in yen and Deutschmarks, euros today, back to
22 dollars, because exchange rates are different than they
23 were a year ago, we're really interested in how --
24 taking out the effect of exchange rates, because a
25 company's results could be influenced positively or

Oracle Related Cases                                    Page 96

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00097:01 negatively.

02      So we -- we -- we view constant dollar

03 analysis as the best way to comparably measure

04 performance.  We obviously also have a page in here

05 called actual rates because the market, at the end, gets

06 reports in actual dollars.  So there's two.  There's

07 constant dollar growth rate measurement and an actual

08 dollar growth rate measure --

09      Q.  Okay.

10      A.  -- growth rate measurement.

11      Q.  All right.  And does the term "constant

12 dollar" mean the same thing as budget dollar?

13      A.  Pretty much.  It's pretty -- pretty similar.

14 The budget rate is supposed to be -- approximate

15 constant dollar rate.  It's supposed to take out the

16 effect of currency.

17      Q.  Okay.  Let's go back to the constant dollar

18 figure.  So the constant dollar figure is adjusted for

19 the U.S. dollar -- well, actually, let me strike -- is

20 there a base year that you use for the constant dollar

21 figures?

22      A.  It takes the results in yen or pounds, or

23 whatever, and uses the same exchange rate for both

24 years.  So in the '01, the '00 numbers, you use the same

25 exchange rate for all these countries so that when you

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00098:01 measure the growth rate, that it is in constant exchange

02 rates; it's in the same exchange rate.  So you've really

03 taken out the effect of currency.

04      Q.  Okay.  And I assume you use an exchange rate

05 from a particular point in time, correct?

06      A.  Yeah, you use the same exchange rate.

07      Q.  Okay.

08      A.  So you take -- you take, you know, a hundred

09 yen, 200 yen a year later and you take out the effect --

10 if you want to convert that to dollars, 'cause we all

11 talk to dollars, you would translate both those years at

12 the same exact exchange rate.  Doesn't matter what point

13 in time, just that you use the same exchange rate.

14      Q.  Right.  And which exchange rate did you choose

15 to use in Q3 2001?

16      A.  I don't remember.

17      Q.  Okay.

18      A.  Exchange rates vary.  The key is that for

19 constant dollars, I've used the same exact exchange rate

20 for both years in all these different countries, based

21 on their foreign currencies, so that I can see what the

22 real growth rate is for those countries expressed in

23 dollar terms.

24      Q.  Okay.

25      A.  So I can see the actual dollar results, see

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00099:01 the real dollars that add up.  There's $2 billion worth

02 of revenue.  When I go down and cut through the numbers,

03 there's 80 million in Japan, let's say.  What's the real

04 growth rate here?  'Cause we don't talk in yens.  It's

05 too complicated.

06      So you express everything in dollars, but you

07 ultimately want to say in real terms what's that yen

08 business in Japan really growing at.

09      Q.  Okay.

10      A.  So it is the way that we -- and others, by the

11 way -- and we actually disclose this publicly.  We talk

12 about constant dollar growth by region -- done this for

13 years -- because it is the real measure of what's going

14 on in your business.

15      Q.  Right.  And in terms of the budget rate, you

16 said that it is similar to the constant dollar rate.

17 Does it differ in any way?

18      A.  It's -- it's roughly the same.  I'm not sure I

19 can describe the distinction.  I look at constant

20 dollars and I look at -- that's what we publish

21 publicly, the constant and the actual dollars, which

22 are -- I think I've described the difference.

23      In terms of internal, people always want to

24 talk about their budgets.  So we kind of try to fix a

25 rate that's the budget rate.  And it fairly closely

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00100:01 approximates constant.  But I'm -- I -- I -- I can't

02 remember -- I don't look at it.

03      Q.  Okay.

04      A.  I really look at constant dollar.  That's what

05 matters to me.

06      Q.  Okay.

07      A.  And that's what I talk about publicly.

08      Q.  We talked earlier about conversion rates.  Can

09 you just describe what a coverage ratio is.  Do you

10 know?

11      A.  Well, that's the inverse of a conversion

12 ratio.  So if you -- if you convert 50 percent of your

13 deals, that you basically have two times coverage.  You

14 have twice as much in your pipeline as you need to make

15 your forecast.  So if you convert half of it, you'll

16 make your forecast.

17      Q.  And have you ever heard of the term "growth

18 gap"?

19      A.  No.

20      MS. LAVALLEE:  I'd like to mark -- what's the

21 next number?

22      THE REPORTER:  137.

23      (DC Exhibit No. 137

24      marked for identification).

25      MS. LAVALLEE:  I'd like to mark as Exhibit No.

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00101:01  137 a document Bates-stamped CA-ORCL 022268 through 90.

2  02  (Discussion off the record).

3  03  MS. LAVALLEE: Q. Mr. Henley, can you take a

4  04  look at this document and then tell me if you recognize

5  05  it.

6  06  A. Well, it looks to be the kind of analysis that

7  07  I described earlier that we've done historically, kind

8  08  of looking at the last couple years' worth of conversion

9  09  ratios.

10  10  So it's got -- the first page, I guess, is

11  11  similar to the one -- one of the pages you showed

12  12  earlier where we're -- we've got different

13  13  organizations, revenue/expense projections year over

14  14  year. This is Q4 '00 versus Q4 '99. Then the second

15  15  and third pages relate to pipeline. We kind of show the

16  16  historical conversion rates and so forth.

17  17  Q. Right. Okay.

18  18  A. So I don't recognize the exact report, but

19  19  it's certainly the kind of stuff we were doing back

20  20  then. And the formats have changed over the years, but

21  21  the basic thing we're trying to look at has remained the

22  22  same.

23  23  Q. Okay. There's actually some handwriting on

24  24  this document. Do you recognize any writing here?

25  25  THE REPORTER: You're going to have to slow

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00102:01  down.

2  02  MS. LAVALLEE: Okay.

3  03  THE WITNESS: Handwriting. There's

4  04  handwriting on the third page.

5  05  MS. LAVALLEE: Correct.

6  06  THE WITNESS: Looks like my handwriting, to be

7  07  honest.

8  08  MS. LAVALLEE: Q. Okay. Actually, this

9  09  document was indicated it was produced from your files.

10  10  Can you tell me what calculations you were trying to do

11  11  there.

12  12  A. Well, I'll have to think about it for a

13  13  minute.

14  14  Q. Sure.

15  15  MR. RUBINSTEIN: You mean on the third page?

16  16  THE WITNESS: The handwritten calculation?

17  17  MS. LAVALLEE: Q. Yeah. You seem to be

18  18  calculating something.

19  19  A. I know, and I'm trying -- I'm trying to

20  20  recollect what it would be. Okay. I think I -- wait a

21  21  minute. Sure. Okay. I was calculating the difference

22  22  between the pipeline growth for month three, the

23  23  third -- fourth to last column --

24  24  Q. Okay.

25  25  A. -- and the actual growth rate. And as you can

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00103:01  see from this, there's variation.

2  02  Q. Right.

3  03  A. Minus 17, minus 9, plus 3, plus 8, plus 13,

4  04  minus 8.

5  05  Q. Okay.

6  06  A. So the fact of the matter is that there have

7  07  been differences. Pipeline, while it's interesting

8  08  information, doesn't closely correlate always to actual

9  09  results. But it -- it's data. We try to use it. And

10  10  certainly the field looks at their pipeline when trying

11  11  to makes forecasts.

12  12  Q. Okay. And what were you trying to figure out

13  13  there, just so I have an understanding?

14  14  A. Remind myself of how good the correlation was

15  15  in -- in pipeline growth versus license growth. In this

16  16  case, I was comparing towards the end of the quarter.

17  17  Q. Right.

18  18  A. So I was comparing month 3.

19  19  Q. Okay.

20  20  MS. LAVALLEE: Okay. I'd like to mark as

21  21  Exhibit No. 138 a document Bates-stamped CA-ORCL 003216

22  22  through 28.

23  23  (DC Exhibit No. 138

24  24  marked for identification).

25  25  MS. LAVALLEE: Q. Mr. Henley, can you take a

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00104:01  moment to look at this document and then identify what

2  02  it is for me, please.

3  03  A. Yeah. It is a pipeline reporting package,

4  04  it's called, that was produced in August 28th of 2000.

5  05  And again, these -- these formats have changed over

6  06  time. But at the time, this was the particular format

7  07  that was being produced.

8  08  Q. Okay. And actually, if we look at the page

9  09  Bates-stamped 227, I think the report now actually

10  10  contains a column that reflects the calculations you

11  11  were doing earlier.

12  12  A. Which page?

13  13  Q. 3227.

14  14  A. Way towards the end. Right here. Yes. Yeah,

15  15  in fact, I think -- my recollection, I just told them to

16  16  start doing it. I was doing it manually. I said "Why

17  17  don't you just throw this into the report format."

18  18  Q. Okay. And actually, if you look at the first

19  19  page, it appears to be a reference to that -- there's an

20  20  index that actually refers to pipeline growth versus

21  21  license growth. And that's effectively what that last

22  22  calculation's all about, right, comparison between those

23  23  two figures; is that right?

24  24  A. I believe so, yeah. That's what it looks

25  25  like.

1 00105:01 Q. Okay. I realize this is a little dull going

2 02 through all these documents, but part of the process

3 03 here.

4 04 When we were talking about accuracy in

5 05 projections a little earlier today, you mentioned the

6 06 big deal reports. Were you implying that it's less or

7 07 more difficult to predict, when there was big deals, the

8 08 accuracy of closure of big deals than regular deals?

9 09 A. There's always big deals. So there's always

10 10 some amount of large deals. And there's sometimes

11 11 skewing in the numbers, positive and negative, if

12 12 more -- if you get a higher conversion of big deals in a

13 13 quarter than quarters where we -- maybe a greater

14 14 preponderance of normal slip.

15 15 So yeah, I think that's why the business is

16 16 difficult to forecast. If the big deals don't happen at

17 17 the end of a quarter or if we overachieve and have more

18 18 of them that close that quarter, it can skew the numbers

19 19 up or down.

20 20 Q. Okay. I guess when you're comparing

21 21 historically, is there something that you do to

22 22 compensate for any possible skewing by the big deals?

23 23 A. It's very difficult.

24 24 Q. Okay. Do you try to accommodate for that fact

25 25 in any way?

---

1 00106:01 A. Do I or ...

2 02 Q. Does the company? Let's put it that way.

3 03 A. Does the company. Each sales manager -- Jay

4 04 Nussbaum, these people whose names you mentioned, and

5 05 others try to go through the big deals. They try to go

6 06 through them. Their sales managers go through them.

7 07 And that's how they build their forecast.

8 08 They look at this deal and they say, you know,

9 09 "I think that one will happen; I think that one won't

10 10 happen." So they put their best guess of when these

11 11 deals -- will they be won, and if they're won, will they

12 12 be closed --

13 13 Q. Okay.

14 14 A. -- in that quarter. But it's difficult.

15 15 Nobody has perfect insight, although the large law of

16 16 numbers starts to work where, you know, you know you

17 17 won't win them all or they won't all close that quarter,

18 18 so you have to assume, you know, which ones won't. But

19 19 it has varied historically, these -- sometimes you do a

20 20 little bit better; sometimes you do a little bit worse.

21 21 Q. All right. And are you familiar with the term

22 22 "sales cycle"?

23 23 A. Sure.

24 24 Q. Okay. Can you tell me what that term refers

25 25 to.

---

1 00107:01 A. My definition of, at least, what it is is that

2 02 when you first -- as a salesperson, when you first are

3 03 made aware that there is an opportunity that a customer

4 04 wants to buy -- potentially buy something, you typically

5 05 go through a multistep process to get to the point where

6 06 they make a decision. And then if they make it for you,

7 07 you actually get a contract negotiated and finished.

8 08 So it's a whole -- there's professional books

9 09 written about sales cycle management and all the steps

10 10 of, you know, responding, doing demos, all this kind of

11 11 stuff. So there is a long period of time in the

12 12 business that we're in from the -- from when you first

13 13 hear about something to when it -- even if you hopefully

14 14 win it and close it, a number of months go by.

15 15 Q. And typically when the sales force put deals

16 16 into the pipeline, do they put deals into the pipeline

17 17 after they've reached a certain point in the sales cycle

18 18 or as soon as they enter the sales cycle?

19 19 A. Well, it varies, unfortunately. They're

20 20 supposed to put the -- in the reports as soon as they're

21 21 aware of it. We want to know, you know. And again,

22 22 they put it in and then they put a date. So the key is

23 23 just because it's in the fore -- in the pipeline doesn't

24 24 mean it's in this report, 'cause this only focused on

25 25 the near term.

---

1 00108:01 But ideally if it's a six-month sales cycle,

2 02 it's in the pipeline, but it's projected out into the

3 03 future quarter or quarters, whatever.

4 04 Q. Right.

5 05 A. I think historically some reps are sloppier

6 06 than others, some reps don't -- didn't do a good job of

7 07 putting the stuff into the reports until later.

8 08 But we pushed hard over the years to try to

9 09 get more discipline, try to get people identifying so we

10 10 can get a sense for, you know, the -- you know, the

11 11 aggregate pipeline, let alone what we think will

12 12 close -- potentially close this quarter, the current

13 13 quarter.

14 14 Q. Okay. Just so I'm clear and it's clear on the

15 15 record, the deals that actually appear in the pipeline

16 16 in the two documents and reports -- types of reports

17 17 we've been looking at are deals that you anticipate to

18 18 close in that same quarter, or does it include all deals

19 19 in the pipeline?

20 20 A. Typically -- we've done both, but typically I

21 21 think the reports we're showing here are focused on the

22 22 quarter. These are ones that our sales force has said

23 23 "We think we'll get a decision this quarter."

24 24 And again, as I testified earlier, we know

25 25 historically that doesn't happen. We know there is --

```
00109:01  some percentage of them, you know, get deferred;
02  sometimes we lose them. But a lot of them just slip.
03  They don't get decided that quarter.
04       So we know that you have to factor out that
05  pipeline to expect they're not all going to close.
06  Q.  Okay. And going back to the concept of the
07  sales cycle. For your database -- I understand you have
08  different types of products that you sell at Oracle.
09  There's database products; there's applications.
10  Anything else?
11  A.  We publicly -- in our public report, you know,
12  classify what we call our technology products under the
13  term "database." But there's technically development
14  tools, some other -- systems management, other products
15  beyond a pure database.
16       But historically -- I mean publicly, we just
17  lump all that into what we call our technology. And
18  then we have a broad set of different applications that
19  we call applications.
20       Internally there's many, many products. And
21  we have several different ways of categorizing groups of
22  products inside the company. But they fall roughly into
23  these two categories of technology products and
24  application products.
25  Q.  Okay. So technology is a broader category
```

```
00110:01  than database, correct?
02  A.  That's correct.
03  Q.  Okay. Now, is there -- well, let me step
04  back.
05       In the first half of fiscal year 2001, was
06  there a typical sales cycle for applications sales? Was
07  there a range for sales cycle for those types of
08  products?
09  A.  Sure. Sure.
10  Q.  Okay. What was that range; do you know?
11  A.  I'm not sure I could tell you I've ever
12  calculated it to actually know precisely. But -- but I
13  know that it's a number of months typically. These are
14  decisions -- take a number of time to go through all
15  these steps to get to a point where you if you win, you
16  get a contract signed.
17  Q.  Okay. So you're talking maybe several months
18  to -- you know, can you give me a range?
19  A.  It would be a wide range. I mean -- boy. You
20  know, I mean, there's outliers. I've heard of deals
21  happening in a month.
22  Q.  Right.
23  A.  I've heard of deals taking two years.
24  Q.  Okay.
25  A.  I mean, it really is -- but if you want to
```

```
00111:01  just pick an average, it's a number of months. It --
02  these things don't happen quickly, so ...
03  Q.  Okay.
04  A.  But all that's factored into when these people
05  forecast when they'll ultimately get -- they think
06  they'll get a decision made.
07  Q.  Okay. In the database or technology products,
08  was there a longer or shorter sales cycle?
09  A.  Typically those would be shorter.
10  Q.  Okay. I think for -- we need to be careful
11  we're not talking over one another.
12  A.  I have to wait.
13  Q.  Okay. And for big deals, were those -- did
14  those deals have typically longer or shorter sales
15  cycles than regular deals?
16       MR. SALPETER: We're still back in '01, right?
17       MS. LAVALLEE: Correct.
18       THE WITNESS: Again, I think big deals relate
19  to technology deals or they relate to applications
20  deals. So I think this answer's kind of the same. I
21  think on average, applications big deals take longer
22  than technology big deals.
23       And the reason is that our database is much
24  better understood. Many times the buyers are repeat
25  buyers, and so it doesn't take them as long to make a
```

```
00112:01  decision on the vendor 'cause they've already pretty
02  well picked us. It's just a matter of negotiation.
03       MS. LAVALLEE: Q.  Okay. Now, I guess my
04  question is slightly different. Within applications,
05  for example, does the size of the deal impact the length
06  of the sales cycle?
07  A.  I -- I -- I don't know. I suspect not.
08  Q.  Okay.
09  A.  We've never precisely measured it.
10  Q.  Have you ever heard of the term "technology
11  drag"?
12  A.  Yes.
13  Q.  Can you explain that for me, please.
14  A.  We have said -- used to more than today, but
15  we always talked about, being in the applications
16  business, that when we sold an application, unless the
17  customer already had a lot of excess database, they
18  would typically need to buy Oracle database and some
19  other things.
20       So the applications business dragged along
21  some incremental database business.
22  Q.  And did you -- did Oracle run any studies in
23  terms of the technology drag in the fiscal year 2001
24  period?
25  A.  I -- I don't remember. I actually did a study
```

1  00113:01  one time and announced the results at an analyst day.
2  02  And at that point -- and I don't remember when it was,
3  03  whether it was before or after.  The data I looked at
4  04  had been over the last three or six months or something,
5  05  but I thought at that time it was representative.  And
6  06  it was about 50 cents on the dollar.
7  07  So I said for every dollar -- said this at one
8  08  of our analyst days -- for every dollar of applications,
9  09  we drag along 50 cents of technology, primarily
10  10  database.
11  11  Q.  Okay.  And why is it that the company looks at
12  12  those figures?
13  13  A.  Well, let's see.  Why did -- I'm -- I can't
14  14  answer for the company.  I can tell you why I was
15  15  interested, why I thought analysts would be interested.
16  16  Q.  Please do.
17  17  A.  And we have not routinely measured this, by
18  18  the way.  So if we were really interested, I guess we
19  19  would measure it every quarter, but ...
20  20  I felt that the -- the analysts would just be
21  21  interested in knowing how much our applications business
22  22  helps our database business.  We'd gotten questions
23  23  about that from time to time.
24  24  Q.  Okay.
25  25  A.  And we've also published information on how

1  00114:01  much our competitor -- applications competitors -- what
2  02  percentage of their wins usually have an Oracle database
3  03  associated with them too.  So they're always interested
4  04  in that as well.
5  05  Q.  Okay.  Now, other than -- we've locked at two
6  06  types of reports here today.  Other than the data that's
7  07  compiled in these reports, can you tell me how you
8  08  personally were able to access information regarding
9  09  forecasts, numbers, or potential numbers during Q3 2001.
10  10  A.  How I was able to access?
11  11  Q.  Or how you were able to learn of the potential
12  12  or forecast numbers.
13  13  A.  Oh.  Two -- you know, basically two ways.
14  14  One, looking at the reports.  And we did share some of
15  15  the report with other members of the EC; we just didn't
16  16  give them the full financial forecast.
17  17  But we'd typically go around the room, and the
18  18  sales executives talk about their license numbers.  So
19  19  that, they know; they just don't know the full financial
20  20  forecast.  So we give them one or two pages out of this
21  21  report and they comment on how they were doing.
22  22  And there's obviously always narrative that
23  23  goes on in these meetings about, you know, how good they
24  24  think their forecast is, what the upside, the downside.
25  25  They typically talk in a range of how -- you know, what

1  00115:01  do they think they may end up, up or down.
2  02  And so in the quarter, we had that
3  03  conversation.  And I typically will, you know, bore in
4  04  on them and ask them, or Larry will ask them, questions.
5  05  that sort of thing.  So we certainly try to get
6  06  commentary, perspective, beyond just looking at the
7  07  numbers.
8  08  And Jennifer Minton, as I said earlier, has
9  09  talked to finance people, and she's done her own work.
10  10  But I'm also kind of trying to judge what they say and
11  11  what she says and just -- you know, Larry is too.  We're
12  12  trying to figure out what the range of possibilities
13  13  are.
14  14  Q.  Okay.  And you're talking now about
15  15  conversations during -- are you talking now about
16  16  conversations during the EMC meetings?
17  17  A.  Yes.
18  18  Q.  And other than the EMC meetings, what other
19  19  types of methods do you use to obtain information
20  20  regarding these figures in Q3 2001?
21  21  A.  I don't remember.  I mean, it's certainly --
22  22  over the years I've had ad hoc conversations sometimes
23  23  with people.  Sometimes they've sent e-mails in from
24  24  time to time, you know, and we'll talk about how their
25  25  business is.

1  00116:01  In the U.S., I should say -- in the U.S.,
2  02  we've also had typically what we call a weekly forecast
3  03  call.  And so it's not a global meeting.  And I
4  04  sometimes am on those calls; I sometimes am not.
5  05  But that's another way that I listen to what
6  06  they think.  But it's basically a regurgitation of what
7  07  I hear in the EC meeting.  There's generally not a whole
8  08  lot of difference.  But it's an opportunity again to ask
9  09  questions or, you know, get a sense for how they think
10  10  things are going, that sort of thing.
11  11  Q.  Okay.  And any other sources?
12  12  A.  I don't think so.
13  13  Q.  All right.  Going back now to the EMC
14  14  meetings.  Does that stand for executive committee
15  15  meetings?
16  16  A.  Yeah.  Some people call them executive
17  17  committee; some people call them executive management
18  18  committee.  They're the same thing.
19  19  Q.  Okay.  And do they typically occur on Mondays?
20  20  A.  If Larry's in town.  Sometimes he's traveling
21  21  or on vacation.  But short of that, they typically
22  22  always occur -- and he always has them at the same -- he
23  23  has -- all my 13 years -- he was doing it before I got
24  24  there, so ...
25  25  Q.  Okay.  And can you tell me who would be in

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00117:01 attendance at these meetings typically in the third
02 quarter of 2001.
03   A.  Individuals?
04   Q.  Correct.
05   A.  Well, we've talked about some of them earlier.
06   Q.  Right.
07   A.  Safra Catz, Larry Ellison, Jeff Henley,
08 Jennifer Minton.  She joined the EC meetings at some
09 point.  And again, I could be wrong.  She might have
10 joined after.  I can't remember.  But the last several
11 years she's been in there.
12       But the others name I'm certain of, Jay
13 Nussbaum, George Roberts, Sandy Sanderson, representing
14 the Americas.  And then I think Sergio Giacoletto.
15 There was a guy ahead of him, Pierre Carlo.  I think he
16 was gone by then, so I think it would have been Sergio
17 Giacoletto.  Derrick Williams, who's run Asia Pacific
18 for us for many years.
19   Q.  Anybody else?
20   A.  We've had several development people over the
21 years.  And I don't remember exactly who would have been
22 there at that time.  I believe Ron Wohl.  I don't know
23 about Chuck Rozwat.  I just don't remember.
24       But typically -- we've typically had one or
25 more development SVPs or executive vice presidents there
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00118:01 as well.
02       And Mike Rocha, I believe, was there.  Mike
03 was running support.  I'm pretty sure Mike Rocha would
04 have been there.  So I don't -- again, I don't
05 recollect.  I know who's on the -- today.  I just forget
06 when some of these people sequenced into the meetings.
07       But the sales executives are the guys that
08 make the forecasts for license revenue.  I think I've
09 accurately named all those people.
10   Q.  Okay.  And typically were there agendas for
11 these meetings in Q3 2001?
12   A.  I don't remember if there was a agenda.  There
13 is today.  When Safra Catz came into the company, she
14 began to publish an agenda.  So since she was there, I
15 suspect there was an agenda.
16   Q.  Okay.
17   A.  In the earlier day -- my earlier years we just
18 sort of showed up and sometimes just sort of -- we still
19 do that, by the way.  Sometimes people add things that
20 they want to talk about that aren't on the agenda.
21   Q.  And in terms of notes, do you
22 personally take notes at these meetings?
23   A.  Rarely.  Rarely.  Sometimes I'll make a
24 notation to go call or do something like that.  But I
25 certainly don't keep formal notes or something like
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00119:01 that.
02   Q.  Okay.  And would you keep the notes that you
03 take?
04   A.  Typically no.  Usually it's, again, reminding
05 myself to follow up or something, to call somebody.  And I
06 do it and throw the note away.
07   Q.  Okay.  And other than the reports -- I think
08 you indicated earlier that the report that we looked at
09 that was marked as Exhibit 134 was some -- was a portion
10 of what you saw or that was reviewed at the EMC meetings
11 by some of the members, correct, or am I misstating
12 that?
13   A.  Yes, yes, yes.  I think I testified that, yes.
14   Q.  Okay.  Were there any other documents, other
15 than that report, that was reviewed at the EMC meetings?
16   A.  I don't -- I mean, that's a broad question.
17 What do you mean by -- financial documents or ...
18   Q.  Yeah.
19   A.  Boy.  I don't recollect.  That's the primary
20 document.  But from time to time, somebody would come in
21 and make a report on their business or something.  So
22 there could have been financial information in
23 somebody's PowerPoints or something, but ...
24   Q.  Okay.  And of the people you mentioned that
25 you described who were in attendance at the meeting, who
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004 8:51:00 AM

```
00120:01 are the people who were actually provided with copies --
02 actually, I think I asked that question.
03   A.  Yes, you did.
04   Q.  Yeah.  In the SLC interview notes summary, it
05 indicates that you basically describe the meetings as
06 "candid, free-range discussions of the business.  There
07 is no incentive not to be honest."
08       Is that an accurate statement of what you told
09 the SLC?
10   A.  Absolutely.
11   Q.  And do you believe that that was the situation
12 at Oracle in fiscal year 2001?
13   A.  I always say what I believe, yes.
14   Q.  Okay.  I assume as chief financial officer you
15 probably receive a lot of forecasting and financial-type
16 data.  But during the third quarter of 2001, can you
17 tell me what reports that you would have received, other
18 than the two we've described here, that relate to
19 forecasting-type information.
20   A.  I'm typically sent a U.S. report.
21   Q.  Yeah, let's limit it to U.S.
22   A.  Right.  We have this -- what I call this
23 weekly forecast meeting.  And it's a report what the
24 guys' latest forecasts are.  In those days it would have
25 been those three individuals I mentioned running the
```

1  00121:01 Americas for us.

2  02      And it has a list of big deals.  And sometimes

3  03  I get on the call and sometimes I don't.  But, I mean,

4  04  if I care to, I'll get on the call and listen to what

5  05  these guys have to say.  But they're all in the same

6  06  meeting on Mondays.  And so that's where I, you know,

7  07  usually get information, so forth.

8  08      But that's another source of information,

9  09  somewhat duplicative and more detailed in that we get

10  10  the big deals.  We typically review all those at the EC

11  11  meeting.

12  12   Q.  Okay.  So let me just step back here.

13  13      On the forecasting calls, were those held

14  14  generally on Thursdays; is that your understanding?

15  15   A.  Yes.  That was the U.S., or the Americas call.

16  16  It excluded the rest of Europe and Asia.

17  17   Q.  Okay.  And were there documents that were

18  18  disseminated prior to or for that particular phone call?

19  19   A.  Yes.

20  20   Q.  What were those reports called; do you know?

21  21   A.  I don't remember the name.  One was the big

22  22  deal -- I call it the big deal, just a detail of the

23  23  larger deals in the pipeline and what the status was and

24  24  were people putting them in their forecast or not.

25  25      And then there was a report that kind of just

---

1  00122:01 went through each executive's stuff that's in the EC

2  02  report: their forecast, change from the prior week, that

3  03  sort of thing.

4  04   Q.  Okay.  And do you know if that document is

5  05  called the Americas forecast packages?  Does that sound

6  06  right?

7  07   A.  It sounds right.

8  08   Q.  Okay.  In terms of the big deal reports, it's

9  09  my understanding that there were a couple of reports

10  10  that were big deal reports.  Some were prepared only at

11  11  the end of the quarter and some were prepared biweekly

12  12  or more frequently throughout the entire quarter.  Is

13  13  that correct or ...

14  14   A.  That's not my recollection.  I could be wrong.

15  15  Might be thinking about today.  But I think even then we

16  16  were listing all the -- at least at some cutoff level

17  17  big deals.  They were over a million or over a half a

18  18  million.  There was a cutoff.  We didn't list every

19  19  deal.

20  20      But the idea was just to identify the larger

21  21  transactions and where those deals stood.  And that was

22  22  part of the conversation.  They would talk about "Gee,

23  23  I've got these ten deals I'm working on; here's my

24  24  assessment of where we are with them," that sort of

25  25  thing.

---

1  00123:01  Q.  Okay.  And it's your understanding that those

2  02  reports were prepared throughout the quarter?

3  03   A.  I know the sales guys had them.  I believe

4  04  they were being sent to -- I know they are today, and I

5  05  believe they were then.

6  06   Q.  Okay.  And in terms of --

7  07   A.  I didn't always look at them, by the way.  But

8  08  they were -- you know, the information's out there.

9  09   Q.  Okay.  And did you receive those reports, the

10  10  big deals reports, electronically or did you receive

11  11  them a different way?

12  12   A.  I really don't remember.  I get them

13  13  electronically today.  But whether I was getting them

14  14  electronically or in paper form, I don't remember.

15  15   Q.  And were these reports that you kept?

16  16   A.  Typically not.  Again, you know, might keep

17  17  them for a quarter or something, but there's no reason

18  18  for me to keep them.

19  19      MR. SALPETER:  Why don't we take a short

20  20  break.

21  21      MS. LAVALLEE:  Sure.

22  22      THE VIDEOGRAPHER:  We're going off the record.

23  23  The time is 12:16.

24  24      (Lunch recess from 12:16 to 12:45).

25  25

---

1  00124:01 AFTERNOON SESSION

2  02

3  03      THE VIDEOGRAPHER:  We're back on the record.

4  04  The time is 12:58.

5  05      EXAMINATION RESUMED BY

6  06      MS. LAVALLEE:  Q.  Good afternoon, Mr. Henley.

7  07  Just want to pick up where we left off.

8  08      We were discussing some of the reports that

9  09  you receive -- or received during the third quarter of

10  10  2001.  And we were discussing some of the meetings that

11  11  you attended during that period as well.

12  12      In terms of pipeline data, other than the

13  13  reports we've looked at, were there other reports that

14  14  you received that gave you pipeline-related data during

15  15  Q3 2001?

16  16   A.  I don't believe so.

17  17   Q.  Okay.  And did you have access to any on-line

18  18  database that would provide you with either forecast or

19  19  data information during Q3 2001?

20  20   A.  Additional reports, you mean ...

21  21   Q.  On-line -- on-line systems that would provide

22  22  either the information contained in the reports we

23  23  looked at or just different information.

24  24   A.  I had access to the OSO system, but I don't

25  25  believe I ever used it.

00125:01   Q.   And what about other systems?

02   A.   I had access to the — something we called

03   Oracle Financial Analyzer, which produces our forecasts

04   and other actuals, but I never used it.

05   Q.   And going back to the OSO, you said that you

06   never use it.  Did you have anybody look on behalf or

07   access that system on your behalf during that period of

08   time?

09   A.   I don't believe so.  I mean, I, again, rely on

10   the summary stuff that is produced out of that data,

11   but ...

12   Q.   Okay.  And for the Financial Analyzer, did you

13   have anybody look on that system for you to derive some

14   information during Q —

15   A.   I don't believe so.  Again — sorry.

16   Q.   — during Q3 2001?

17   A.   I don't believe so.

18   Q.   And were there other databases that you had

19   access to during Q3 2001 that would contain pipeline or

20   forecasting-type data?

21   A.   Technically my e-mail system is on an Oracle

22   database.  But again, I don't – other than some

23   occasional e-mail or something, no.

24   Q.   Okay.  In terms of actual results, did you

25   receive intraquarter actual results during Q3 2001?

00126:01   A.   Yes.  We always publish monthly actuals.  So

02   that quarter, I received reports.  And I always get them

03   every month.

04   Q.   Okay.  And did these reports take a particular

05   form or have a particular title?

06   A.   I don't remember the titles.  It's a —

07   there's a bound hard-copy monthly report, and usually

08   someone in the accounting department would send an

09   e-mail that would highlight some of the results.

10   Q.   And do you know who that person was?

11   A.   In those days, I think Larry Garnick was head

12   of the general accounting group.

13   Q.   Was Mr. Garnick somebody that you spoke to on

14   occasion during Q3 2001?

15   A.   Boy, I can't remember.

16   Q.   Okay.

17   A.   I mean, clearly I would see him, speak to him

18   from time to time, but not regularly.

19   Q.   Okay.  Other than the monthly actual reports

20   that you just mentioned and the e-mail summary that came

21   from Mr. Garnick, did you have access to any actual

22   result information during Q3 2001?

23   A.   I don't believe so.

24   Q.   Okay.  And did you occasionally communicate

25   with people to obtain that type of information orally?

00127:01   A.   I don't believe so.

02   Q.   Okay.  That type of information, was that

03   discussed at the EMC meetings on Mondays during Q3 2001?

04   A.   Rarely.

05   Q.   You say "rarely."  Did it — was it on

06   occasion discussed?

07   A.   It -- the discussion might go something like

08   "Well, the first month we got off to a good start; first

09   month we didn't -- we didn't get off to a good start."

10   It immediately focused on what was going to happen for

11   the quarter, because the reality is the first month

12   doesn't mean a lot.  It's a relatively small part of the

13   quarter, and it's historically not been particularly

14   indicative of how we'll do for the quarter.

15   Q.   Okay.  And you say it's historically been a

16   small portion of the quarter.  Do you know what portion

17   of the first month typically represented?

18   A.   I think something in the order of 15 to

19   20 percent of the license revenue.  The — and that's

20   what I meant by "not a significant part."

21   The support revenue tend to be more

22   proportional, you know, more like one third of the

23   quarter.  But on the license side, it was heavily

24   back-end-loaded.

25   So I think, out of memory, it's something like

00128:01   15, 20 percent, maybe, of the license revenue would be

02   in the first month.

03   Q.   Okay.  And was that something that you had

04   tracked historically, how much of the revenue was

05   generated in the first month of a quarter?

06   A.   Absolutely.

07   Q.   Okay.  And where did you track that type of

08   data?

09   A.   Again, I don't know the name of the report,

10   but I set up -- asked them to set up that report -- and

11   I think it was in place for a number of years -- where

12   we routinely looked at historical performance by

13   quarter, by month, so we could kind of see historically

14   how we were getting out of the gate for the first month,

15   the second month, so forth.

16   Q.   Okay.  And was that data contained in the

17   third quarter of 2001 in the monthly actual reports that

18   you received; do you recall?

19   A.   I don't recall.  I know it was -- we did -- I

20   know we kept the information.  I don't remember what

21   report it came in.

22   Q.   Okay.  And did you discuss actual results

23   during the forecasting calls that were held on Thursdays

24   during the third quarter of 2001?

25   A.   I can't remember ever, any quarter, discussing

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
00129:01 actuals on that -- in that meeting.
02    Q.  Okay.  And did you on occasion ever
03 communicate, outside of the EMC meetings and forecasting
04 calls, with Mr. Sanderson during that time frame?
05    A.  During that Q3 time frame?
06    Q.  (Nods head).
07    A.  I can't recall.  As I testified earlier, over
08 the years I might have ad hoc meeting -- calls with
09 certain sales executives overseas or the U.S.  But it
10 wasn't -- it was random and -- they might call me on
11 some other matter and we'd talk about "How you doing
12 this month or this quarter?"  Typically not the month as
13 much as the quarter.
14    Q.  Okay.  And would that be true of Mr. Nussbaum
15 and Mr. Roberts as well?
16    A.  Sure, absolutely.  But I do remember
17 specifically that quarter talking to all of them, but I
18 can't remember if it was just in the EC meeting or
19 whether it would have been separately as well.  But for
20 sure I was questioning all of them on their forecast
21 that quarter.
22    Q.  And why do you specifically recall that for Q3
23 2001?
24    A.  Because people had asked us publicly about,
25 you know, the economy, you know, what's going on with
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
00130:01 the economy.  We had talked about it in the quarterly
02 call in December, and we kept getting questions because
03 there was a concern about the general economy and how
04 that might be affecting our business.
05    So I kept asking these guys, you know, "Are
06 you seeing anything in the economy?  I know you've got
07 good forecasts here, but how confident are you that the
08 general economy's not going to affect you and not going
09 to affect your results this quarter?"
10    So I do recollect having more pointed
11 comments, more pointed grilling that quarter, just
12 because of some of the questions I was getting
13 externally.
14    Q.  Okay.  And is it fair to say, then, the market
15 was very concerned with how the quarter was progressing
16 at Oracle because of the economy?
17    A.  Sure, absolutely.  I mean, I think they --
18 there were signs from the summer that the general
19 economy was starting to show some signs for wear.  And
20 we had been getting questions.  And we read the
21 newspapers; we'd been wondering ourselves was this going
22 to have an effect on us or not.
23    Q.  All right.  Was it your understanding that in
24 that type of economical -- economic times that the
25 market is more sensitive to information regarding
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
00131:01 revenue growth and that type of data?
02    MR. SALPETER:  Objection to form.
03    THE WITNESS:  Yeah, I don't think -- I think
04 the market is always very keenly interested in the
05 future, positive or negative.  Doesn't matter.
06    They are clearly always interested in what --
07 what's going on, things getting better, worse, whatever.
08 That all has an impact on whether they want to buy and
09 sell.
10    MS. LAVALLEE:  Q.  Right.  Okay.  I'd like to
11 just go back to the issues of the reports.
12    Other than the monthly actual reports and the
13 Garnick report -- e-mails that we mentioned, did you
14 have access to any on-line system that would provide you
15 with information regarding actual data -- actual result
16 data during the quarter?
17    A.  No, I don't think so.
18    Q.  Okay.  Have you ever heard of a system called
19 the Americas Datamart?
20    A.  I think I know what you're referring to.  I
21 don't know what it -- I don't know if I heard that term.
22 But I think the U.S. had a datamart where they kept a
23 lot of information.
24    Q.  Can you explain to me what that is.
25    A.  Not really.  I mean, I don't know exactly what
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
00132:01 was in there.  I know we ultimately got rid of it 'cause
02 it was redundant and sort of duplicative.  But they did,
03 for a time, have their own sort of separate system.  But
04 I don't know exactly what was in it.
05    Q.  Okay.  Was this a system that compilated [sic]
06 information from other sources and stored it so there
07 would be a historical record of what occurred on a
08 particular time?
09    A.  Yeah, I think that's what a datamart does; it
10 gets data from all -- various places, puts it in one
11 place.  And, you know, they were -- that was why they
12 had it.  And subsequently, we kind of united the whole
13 company into one system.
14    Q.  What system is that?
15    A.  We have the -- I think I described those
16 earlier.  We have a general ledger, a set of financial
17 systems which now run globally in one single data
18 center, one single database.
19    Then we have this OFA, Financial Analyzer,
20 system we've used for financial reporting, forecasting,
21 budgeting.  And we actually had it in those days, but
22 they chose to create this other thing in addition to
23 that.  So we finally realized they were running a whole
24 separate set of systems which we felt were redundant, to
25 be honest with you.
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00133:01      So it wasn't a question of -- there was just a

2  02  lot of duplication of data and effort. So we finally

3  03  got them all on one set of single systems.

4  04      Q.  Okay.  The general ledger system, is that

5  05  something that you had access to?

6  06      A.  Technically.  I've never used the general

7  07  ledger system.  I suppose I could go figure out how to

8  08  use it if I -- somebody gave me a lot of training.

9  09      Q.  And have you ever heard of the Rev Manager?

10  10      A.  Sure.

11  11      Q.  And can you tell me what that system is.

12  12      A.  I can tell you what I think it is.  I think --

13  13  I've never used it, again.  It's used in the U.S., at

14  14  least, to keep a daily running total of what revenue had

15  15  been generated from for the quarter, typically license

16  16  revenue.

17  17      I don't know if there were other -- the other

18  18  lines of business used it, but I know the license people

19  19  tracked their invoicing cumulative up to see what had

20  20  been billed for the quarter.

21  21      Q.  Okay.  And the information that's compiled in

22  22  the monthly actual reports, do you know where -- what

23  23  the source of that information is?

24  24      A.  Well, the sources are subsidiary systems that

25  25  feed our general ledger.  All this comes out of,

Oracle Related Cases                              Page 133

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00134:01  ultimately, the general ledger.

2  02      But we have a receivable system, a billing

3  03  system that creates -- you know, we have a payable

4  04  system, fixed asset system.

5  05      So there's a variety of subsidiary Oracle --

6  06  we call Oracle financials.  These are products that we

7  07  sell to customers and we use inside Oracle.

8  08      Q.  Okay.  And have you ever heard of the Order

9  09  Entry system?

10  10      A.  Yes.

11  11      Q.  Can you --

12  12      A.  Another Oracle application that's a subsidiary

13  13  system that feeds the general ledger ultimately -- or

14  14  feeds -- feeds -- feeds receivables, where we do our

15  15  billing ultimately.  And then that data ends up in the

16  16  general ledger.

17  17      Q.  What type of data's entered into the Order

18  18  Entry system?

19  19      A.  Order information.  Customers sign a contract

20  20  to buy software.  And a lot of the information you need

21  21  to bill -- ship the software and bill the customer is

22  22  contained there.  So name, address, what they're

23  23  ordering, what the price is, things like that.

24  24      Q.  Okay.  In the -- one of the interview

25  25  summaries by the SLC, there is a statement that -- where

Oracle Related Cases                              Page 134

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00135:01  you told the SLC that,

2  02      "Minton and Henley can see the gross

3  03  pipeline on their computers, which allows

4  04  them to see Oracle's conversion rates,

5  05  i.e., the rate at which a potential

6  06  contract becomes an actual sale.  Henley

7  07  stated that the pipeline is in realtime but

8  08  that he does not look at it on a daily

9  09  basis; instead he reviews it weekly."

10  10      A.  On the reports that I -- been showing me some

11  11  of them.

12  12      Q.  Okay.  Is this --

13  13      A.  I don't look -- I don't think Jennifer Minton,

14  14  to be honest with you, looks a lot at the live system.

15  15  I think some of her people do from time to time.

16  16      But it's a system used primarily by the

17  17  business units to look at a level of detail.  I get big

18  18  deal information out of it in hard copy.  I get some of

19  19  the other financial reports.  But it's not something

20  20  that I looked at even -- even weekly.

21  21      But we took snapshots, as we call it, of data

22  22  contained in there, summarized data.  And that's what

23  23  was presented to me and Larry and some of the senior

24  24  members.

25  25      Q.  Okay.  And what system were you referring to

Oracle Related Cases                              Page 135

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00136:01  there?

2  02      A.  Looking at -- go back to the -- I think you

3  03  were talking about the OSO, I think.  Were you talking

4  04  about pipeline?

5  05      Q.  Yes.  It says "gross pipeline."

6  06      A.  Right.  That would have been the OSO system,

7  07  that we were taking snapshots, reducing that to

8  08  summarized data on hard copies that I looked at.

9  09      Q.  Okay.  And I assume that this was a correct

10  10  summary of what you told the SLC, the statement I just

11  11  read to you?

12  12      A.  Best of my knowledge.  I always -- you know,

13  13  assuming I read the stuff right and it reflected what I

14  14  said.  But I believe so, yeah.

15  15      Q.  Okay.  And if you wanted to get certain

16  16  information outside -- apart from what you receive on a

17  17  regular routine basis in the reports, who would you turn

18  18  to to ask for forecasting pipeline-type data, or who

19  19  would you have turned to in Q3 2001?

20  20      A.  If I understand the question, if I wanted a

21  21  supplemental detail or some more information beyond

22  22  maybe what was contained in the report --

23  23      Q.  Yes.

24  24      A.  -- I'd probably go to either Jennifer Minton

25  25  or a woman named Ivgen Guner, who reported to her.  So I

Oracle Related Cases                              Page 136

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00137:01  would say those two people would typically be the people

02  I'd ask questions. I wouldn't go on line and look at

03  it myself.

04  Q.  Okay. Anybody else?

05  A.  I don't think so. I think those would be the

06  two people 'cause they've got all the global data. So -

07  if I want to see the U.S. or Europe or anywhere, I

08  typically wouldn't have need to call somebody overseas.

09  They've got it all. All the data, they've got. So

10  they'd be the people to go to.

11  Q.  Okay. And do you recall any instance in

12  2000 -- in Q3 2001 where you would have sought to obtain

13  supplemental information beyond what was contained in

14  any of the reports that you received during that period?

15  A.  I don't recall -- I don't recall requesting

16  additional. Could have. I don't recall it. I mean,

17  we -- we have a awful lot of information that gets

18  produced, so it's more a question of figuring out how to

19  try to figure out and examine all of the information

20  you've got --

21  Q.  Okay.

22  A.  -- and then try and interpret it, you know,

23  ask some questions to kind of understand.

24  Q.  Other than the reports we've just discussed,

25  were there other reports that you routinely received in

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00138:01  Q3 2001 relating to forecasting-type data you used to do

02  the analyses that you wanted to do in that time frame?

03  A.  I don't believe so.

04  Q.  Did you ever receive forecast packages for any

05  of the divisions other than the Americas division -- for

06  example, NAS or OPI or OSI -- during Q3 2001?

07  A.  I don't -- I don't recall. They -- they off

08  and on over the years sent me copies of the prior

09  quarter. When they finished the quarter, they would

10  send me some reports -- recent years I haven't even

11  gotten those -- but that showed their actual results.

12  And perhaps there was something in there on

13  their forecast. But it would have been totally

14  duplicative of what I was already getting from Jennifer

15  or what I heard on the weekly calls.

16  Q.  Okay. Mr. Henley, I'd like to show you a

17  document that was previously marked as DC Exhibit 112.

18  Mr. Henley, if you could take a look at this document

19  and, once you've had a chance to review it, just

20  identify for me what it is.

21  A.  The pipeline reporting package dated

22  January 15th, 2001.

23  Q.  All right. I'd like to go through this in a

24  similar fashion that we did the other report earlier.

25  And if I could turn your attention to the second page of

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00139:01  this document, which is Bates-stamped 0003441.

02  And there's several columns on this as well in

03  this report, in this chart. The first column says

04  "constant dollar, thousands, May '00 rates." The second

05  column says "Q3 FY '01 pipeline."

06  Can you tell me what data was used to compile

07  that number.

08  A.  It should all be the same as what I described

09  earlier, that all this stuff gets ultimately printed in

10  the forecast report that Jennifer Minion does for me

11  that goes to the executive committee. And I reviewed

12  those definitions.

13  Far as I know, this is the same. Now, the

14  only question I have, I can't -- it's not obvious to me

15  whether this is constant dollars or whether this is

16  actual dollars, but ...

17  Q.  Does the first column tell you in the --

18  A.  It says "constant," right. So this would be

19  constant. Sometimes I might get the reports in the U.S.

20  that don't make the distinction, and there is no need

21  to. But yeah, this one would be constant, so ...

22  Q.  Okay. So the first and second column are the

23  same as the columns -- the same information that's

24  contained in the same columns in the other report,

25  right?

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00140:01  A.  That's correct.

02  Q.  Okay. And the variance is the difference

03  between the first and second column?

04  A.  That's correct.

05  Q.  And the variance percentage is reflected as a

06  percentage?

07  A.  Right.

08  Q.  The Q3 '01 forecast number is the actual

09  forecast at that week, week 6, for the particular

10  divisions listed, correct?

11  A.  Yep.

12  Q.  And the Q3 '00 actuals are the actual figures

13  that -- for the third quarter of fiscal year 2000 that

14  were reported for each of these divisions, correct?

15  A.  Yeah. The conversion would be -- as I

16  described before -- would be based on the submitted

17  forecasts rather than the so-called potential forecast

18  there. Far as I can tell from this report -- wait a

19  minute. Oh, there is -- the potential, I guess, is

20  later on. So this would be based upon the forecast --

21  Q.  Okay.

22  A.  -- and the pipeline.

23  Q.  Okay. And the next column is the actuals for

24  the prior quarter?

25  A.  The prior year quarter, yes. Q3 the year

00141:01 before.

02     Q.   Okay.  And the next column says "forecast

03 growth."  What does that represent?

04     A.   The estimated forecast, you mean '01 forecast

05 based upon the ratio?

06     Q.   I'm sorry, are you asking me a question?

07     A.   When you say "forecast growth" -- no, you

08 asked me the next column was --

09     Q.   Oh, okay.  I'm looking at the one, two, three,

10 four, five, six ... seventh column.

11     A.   Okay.  Before that -- before the conversion

12 ratio?

13     Q.   Yes.

14     A.   Right.

15     Q.   And what does that represent again?

16     A.   That would be the percentage based upon the

17 two prior columns.

18     Q.   Okay.

19     A.   The '01 growth rate over -- '01 divided by

20 '00.

21     Q.   And the next one is the conversion ratio, and

22 how do you calculate that?

23     A.   Again, that's what I was previously -- again,

24 that's the forecast for '01 divided by the pipeline for

25 '01.

---

00142:01     Q.   And the next column is actually something I

02 don't believe appeared on the prior report.  That says

03 "Q3" --

04     A.   That's right.

05     Q.   -- "FY '00 actual conversion ratio."

06     A.   Right.

07     Q.   Can you tell me what that figure represents.

08     A.   That's the same thing.  It would have been

09 going back to last -- actually, it's not forecast it's

10 actuals, so what did we actually convert in '01, what

11 was our actual revenue, divided by our pipeline.

12     Q.   And --

13     A.   This '01 pipeline a year ago.  So it's meant

14 to compare that to see are the conversion ratios in our

15 forecast somewhat aligned to what we did a year ago.

16     Q.   Okay.  And when you say you're looking at the

17 pipeline a year ago, are you looking at the pipeline

18 figure for week 6 a year ago?

19     A.   I believe so.  I believe that's the way it

20 should be done.

21     Q.   Okay.  And why do you calculate that figure?

22 What's the importance of that figure?

23     A.   For comparison purposes, to get a sense for

24 the current forecast, how are we converting that

25 forecast, that forecast versus this pipeline versus

---

00143:01 how'd we do it a year ago.

02        If these conversion ratios were wildly

03 different, then I would -- it would raise a flag in my

04 mind.  So if they were higher or lower, I'd try to

05 understand why are -- why are these conversion ratios so

06 dissimilar?

07        Turns out in total 47 versus 51 isn't a lot

08 different.  But there are obviously variations between

09 the different lines here and the devil's in the details.

10 And I'm trying to understand why there would be a

11 difference.

12     Q.   Right.  And you said that that was not a

13 wildly different figure.  What -- when would you start

14 asking questions about the difference between the

15 conversion ratio for this forecast period versus the

16 actual conversion ratio for the prior year?

17     A.   You know, anything -- any significant

18 difference would raise a question.  Then you kind of

19 look back -- sometimes you look back even further and,

20 you know, you say -- and the people that run these

21 businesses know a lot more about their own ratios,

22 right.

23        So let's take, for instance, OPI.  A year ago,

24 it was .33.  And this year it says it's .43.  So

25 that's -- that's significant, in my opinion.

---

00144:01        It could be that .33 is just abnormally low.

02 If you look back at how they've performed, they have a

03 higher proportion of big deals, so their conversion

04 rates historically kind of tended to vary a little bit

05 more than some people.

06        So you could say, well, if the average was

07 43 -- I'm just speculating, 'cause I don't even remember

08 the data.

09     Q.   Right.

10     A.   But this is the process you go through to try

11 to understand differences.  There may be a legitimate

12 explanation for differences.

13     Q.   Sure.

14     A.   There may not be.  You're not convinced

15 sometimes -- still seems strange to you.  But that is

16 the process, try to understand the details of why you

17 have these differences.

18     Q.   Okay.  And you mentioned the ten-point

19 difference in this thing.  That's a significant

20 difference that would cause you to question why there's

21 a difference --

22     A.   Yeah, I don't have a standard.

23     Q.   -- and determine --

24     A.   I don't -- at ten I question.

25     Q.   Right.

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

**Page 145**

```
1   00145:01  A.  I'm just saying anything that is a -- you
2   02  know, is a difference.  And the greater the difference,
3   03  the greater you would say, you know, "I wonder why."
4   04  Q.  Right.
5   05  A.  You may intuitively know why; you may have to
6   06  do a little work to get behind the number and figure out
7   07  why.
8   08  Q.  Okay.
9   09  A.  One of the reasons we've only missed three
10  10  quarters out of 52 in my life at Oracle is we do a lot
11  11  of work to understand and try to make our forecast high
12  12  quality, make sure that they're reasonably predictable.
13  13      They don't always predict 'cause we missed
14  14  three times over -- over 13 years.
15  15  Q.  Right.
16  16  A.  But there's a lot of tools we use to try to
17  17  figure out if these forecasts are reasonable, you know,
18  18  reasonably predictive of how we're going to do that
19  19  quarter.
20  20  Q.  And that's something that you as chief
21  21  financial officer spend a fair bit of time doing, I
22  22  imagine?
23  23  A.  My people do, and I do too.  I personally
24  24  spend a lot of time trying to understand forecasts.  I
25  25  always have, 'cause ultimately I'm accountable to try to
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

**Page 146**

```
1   00146:01  project to the Street how we're doing, how we're going
2   02  to do.
3   03  Q.  Okay.  The next column says -- I believe that
4   04  says "estimated Q3 FY '01 forecast based on Q3 FY '00
5   05  ratio."  Can you explain this.
6   06  A.  Well, I'll have to look at it.  Q3 '01
7   07  forecast, which would be here, based on '03 -- it's not
8   08  intuitive right off the bat.  I'll have to struggle.
9   09  Q.  Take your time.  Take your time.
10  10  A.  Perhaps you've looked at it and can figure it
11  11  out already.  I don't know.
12  12      "Estimated '01 forecast based on '03" -- I'm
13  13  at a loss.  If I study this for another five or ten
14  14  minutes, I can probably figure it out.  But it's -- I
15  15  don't know.
16  16  Q.  Do you believe --
17  17  A.  It's not a column I've relied on heavily in
18  18  the past obviously, so ...
19  19  Q.  Okay.  Do you believe that it could relate to
20  20  the first column, which is the Q3 FY '01 pipeline,
21  21  versus the -- actually, the column right before, a
22  22  comparison between those two numbers?
23  23  A.  Well, let's see.  Half of that would be 215.
24  24  Yeah, sure -- well -- actually, I'm not -- just making a
25  25  calculation, if it's .48 times 436?  It's 827.  Is that
```

Oracle Related Cases                                    Page 145

Oracle Related Cases                                    Page 146

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

**Page 147**

```
1   00147:01  what you're saying?
2   02  Q.  I'm asking.
3   03  A.  I don't know.
4   04  Q.  Okay.
5   05  A.  It's the actual conversion ratio times -- that
6   06  must be what it is.  It must be it.  May I say if I look
7   07  the conversion ratio -- sure, I'm sure that's what it
8   08  is.  It's saying if we use the conversion rate a year
9   09  ago in that quarter, if that were to happen, what would
10  10  the revenue be.  Sure.  That's what it is.
11  11  Q.  Okay.  Actually, why don't I give you a
12  12  calculator.  Can you test whether -- see whether you
13  13  think that's what it is.
14  14  A.  So .48 times '01, 436.  I got the wrong
15  15  column.  This is -- this is times '01.  600 times .48.
16  16  No, I don't know what it is.  So I'm taking the '01
17  17  number times .48.
18  18  Q.  Is there any document that I could give you
19  19  that would help you figure out what --
20  20  A.  I have no idea.  I -- you know, I'm sure the
21  21  numbers must be right.  I just don't know how they --
22  22  which column they're applying this to.
23  23  Q.  Okay.
24  24  A.  I took the .48 times the first column, right,
25  25  the 436.
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

**Page 148**

```
1   00148:01  Q.  Sure.
2   02  A.  And I don't get 236.  So I'm not quite sure.
3   03  But I think that's what they're trying to do.  They're
4   04  trying to say if -- if we converted our pipeline at the
5   05  same ratio as a year ago, here's what the revenue would
6   06  be.  And then they've taken that versus the current
7   07  forecast, I assume.
8   08      MR. SALPETER:  Let me have the calculator,
9   09  please.
10  10      THE WITNESS:  Yeah.
11  11      MS. LAVALLEE:  Q.  Oh, actually, you know
12  12  what, I think we're looking at the wrong column,
13  13  actually.  The first column is the pipeline versus -- as
14  14  opposed to -- the fifth column is the forecast.
15  15  A.  Again, I don't think they're taking the ratio
16  16  on the forecast, so I -- I believe --
17  17  Q.  Right.  We're talking about forecast.
18  18  A.  I believe they must be saying that -- I think
19  19  the idea was -- we've done this before inside the
20  20  company, you know.  If we --
21  21      THE REPORTER:  Slow down, please.
22  22      THE WITNESS:  If we convert at a -- the same
23  23  ratio of last year or something, then what would we
24  24  do -- how does that compare to this current quarter's
25  25  ratio, you know, what's the upside or downside, that
```

Oracle Related Cases                                    Page 147

Oracle Related Cases                                    Page 148

1  00149:01  sort of thing.  But as I do the calculation, I can't get

2  02  the 236.  So I don't know what they're using to

3  03  calculate it.

4  04      MS. LAVALLEE:  Q.  Okay.  Now, you just

5  05  described a comparison that you do do -- you do look at,

6  06  or that you did look at in Q3 2001.

7  07      Why is it that you compared or applied the

8  08  actual conversion rate for the prior year, same period,

9  09  same week, to the pipeline?  What was the significance

10  10  of doing that?

11  11    A.  I'm not sure that's what they've done, 'cause

12  12  I can't get the number to compute.

13  13    Q.  No, that's fine.

14  14    A.  But the notion --

15  15    Q.  The notion --

16  16    A.  The notion of looking at conversion rates is

17  17  one of the many techniques we use to try to figure out

18  18  what's the best -- our best guess as to what the

19  19  forecast's going to be.

20  20      So pipeline data is subjective, and we know

21  21  there is some degree of variability to it.  And we know

22  22  historically our conversion ratios are never the same.

23  23  So there's a range of conversion -- I previously

24  24  testified to that, so ...

25  25      But one drill is to, you know, see, you know,

1  00150:01  what did we convert a year ago.  There is -- there is

2  02  some seasonality to our business and -- but based on

3  03  history, we don't always convert the same rate in third

4  04  quarter, the same rate in the second quarter.  So it's

5  05  just an exercise.

6  06      Obviously the more a conversion rate is out of

7  07  the norm, the more we would question whether that's a

8  08  good conversion rate to use, right.

9  09      So looking at and doing some comparisons

10  10  helps.  Maybe there's explanations for these rates.

11  11  Sometimes there isn't, but -- so ... in this case, they

12  12  were trying to see, like if we converted at last year's

13  13  rate, what would that mean in terms of potentially

14  14  higher revenue in this case?

15  15    Q.  Okay.  And you mentioned that that's one of

16  16  the indicators -- that might not have been your word --

17  17  but generally that one of the indicators that you would

18  18  look to test the accuracy of the forecast.

19  19    A.  It's one of the techniques we use.  We look at

20  20  the detail of big deals and percentage of -- you know,

21  21  that they're going to close.  We look at conversion

22  22  rates.  We look at aggregate pipeline.  We look at

23  23  people's forecasting.

24  24      I've testified to all this.  There's a variety

25  25  of techniques.  And in the end, it's never perfect.

1  00151:01  Some quarters we do better; some quarters we do worse.

2  02  But in general, we've set forecasts out there that all

3  03  but three times in 52 quarters we met or exceeded.

4  04    Q.  That's a pretty good record.

5  05    A.  I think so.  It's better than most anybody in

6  06  the industry.

7  07    Q.  Okay.  Other than the techniques that we've

8  08  already discussed, are there others that you used to

9  09  test the accuracy of forecasts?

10  10    A.  I don't -- I think I've covered all the

11  11  very -- the different things we've looked at.

12  12    Q.  Mr. Henley, I'll ask you just to take a look

13  13  again at Exhibit No. 134.  It's a document that was

14  14  previously identified that we've been discussing.  And

15  15  it is a -- it looks like this.

16  16      THE WITNESS:  I'll just use yours, okay.

17  17      MR. SALPETER:  Yep.

18  18      THE WITNESS:  It's there somewhere.

19  19      MS. LAVALLEE:  Okay.

20  20    Q.  If I could ask you to turn your attention to

21  21  page Bates-stamped 3612.

22  22    A.  Yes.

23  23    Q.  These are the same figures we went over

24  24  earlier.

25  25    A.  Yes.

1  00152:01    Q.  And I think you said earlier that the fifth

2  02  column from the right represents the pipeline during the

3  03  same period of time, from Q3 '00; is that correct?

4  04    A.  Supposed to.

5  05    Q.  Okay.  I'm going to actually give you a copy

6  06  of -- and mark as the next exhibit a copy of the upside

7  07  report from that corresponding period.  And I want you

8  08  to tell me whether or not you can find that number in

9  09  there.  And maybe I'm looking at the wrong thing, and if

10  10  so, just tell me that.

11  11      (Discussion off the record.)

12  12      (DC Exhibit No. 139

13  13  marked for identification.)

14  14      MS. LAVALLEE:  Q.  Mr. Henley --

15  15    A.  So this is trying to find the comparable page?

16  16    Q.  Yeah.  Where would you find --

17  17    A.  This one here, I think.

18  18    Q.  Okay.  I'm just trying to find -- right now

19  19  we're looking at the document that's been marked 130 --

20  20  what is this?

21  21    A.  134 is the original one.

22  22    Q.  139.

23  23    A.  Right, I have that.

24  24    Q.  Okay.  And it's Bates number 122102 through

25  25  112.

**Page 153**

```
1   00153:01   A.  Right.
2       02    Q.  Where would you expect to find the O3 FY
3       03   pipeline figure in this report?
4       04    A.  Well, in the new one you just gave me, 139,
5       05   it's the third from the end, and it's called the "'03 FY
6       06   '00 pipeline."  Says
7       07   two-billion-fifty-eight-three-nine-nine.
8       08    Q.  Okay, Mr. Henley.  If I could ask you to
9       09   actually give me the Bates -- the page that you're
10      10   looking at, the bottom number.
11      11    A.  0122104.
12      12    Q.  All right.  And you're looking now at which
13      13   column?
14      14    A.  The third from the last column.
15      15    Q.  Right.
16      16    A.  '03 FY '00 pipeline.
17      17    Q.  Okay.  Now, that number does not correspond
18      18   exactly with the number that is in the prior exhibit.
19      19    A.  That's correct.  And it wouldn't --
20      20    Q.  Okay.
21      21    A.  -- because -- because they're both calculated
22      22   at budget rates.  And the rates of exchange would be
23      23   different a year later.
24      24    Q.  Okay.
25      25    A.  So the difference is, while they don't -- are
```

**Page 154**

```
1   00154:01   not equal, they're very close.  One's
2       02   two-billion-eighteen; one's two-million-fifty-eight.
3       03   And I'm guessing -- assume this is correct -- this
4       04   relates merely to the difference in exchange rates.
5       05    Q.  Okay, great.  And then am I to understand from
6       06   that that in order to calculate the budget rates and the
7       07   constant dollar rate figures, that the company uses
8       08   -- different -- different conversion --
9       09    A.  Exchange rates.
10      10    Q.  Exchange rates, thank you -- in each year?
11      11    A.  Each year.  We use whatever the -- at the time
12      12   of the budget, whatever those exchange rates are.  And
13      13   invariably, they change.
14      14       Now, you'll note that the U.S. numbers, OSI
15      15   and NAS, are virtually the same because there is no
16      16   exchange rate difference.  Everything is
17      17   dollar-denominated.
18      18    Q.  Okay, thank you.  Mr. Henley, you mentioned
19      19   earlier a term called "won deals," W-O-N.  I think you
20      20   referred to that earlier; am I correct?
21      21    A.  Juan?
22      22    Q.  Deals that are won, W-O --
23      23    A.  Oh, won, I'm sorry.  Won deals.
24      24    MS. SEGAL:  She's from Canada.
25      25    THE WITNESS:  Okay.  I thought you meant
```

**Page 155**

```
1   00155:01   Chinese Juan or something.  Won deals, yes.
2       02    MS. LAVALLEE:  Yes.
3       03    THE WITNESS:  In the pipeline, you know,
4       04   there -- some deals ultimately we lose.  So the ultimate
5       05   is we have to first win them, then we have to get them
6       06   closed in that quarter to be converted to revenue.
7       07    MS. LAVALLEE:  Q.  You were using a sentence
8       08   that made it sound like there was a difference between
9       09   that term and closed deals.
10      10    A.  No, I used it in the sense that you first have
11      11   to win the deal, and then you have to -- sales cycle --
12      12   and then you have to convert it to revenue 'cause you
13      13   have to negotiate a contract.  And usually that happens.
14      14   Sometimes you can't agree on contract terms, but ...
15      15    Q.  Okay.  All right, that's fine.  And is there a
16      16   method of tracking --
17      17    A.  And by the way, and sometimes there are items
18      18   that can't be recognized for revenue.  So you can win a
19      19   contract, you can have a contract, and you may not be
20      20   able to recognize the revenue for a -- we can have a
21      21   day's discussion on revenue recognition, but ...
22      22    Q.  Well, we won't get into that.  And what was
23      23   the method of tracking these deals in Q3 2001?
24      24    A.  I'm not sure -- you mean tracking, what, won
25      25   deals?
```

**Page 156**

```
1   00156:01   Q.  Yeah.  Yes.  How did you track them?  Was
2       02   there a system, a database, that you used to track
3       03   these?
4       04    A.  The systems I've talked about.  We -- in the
5       05   OSO, we should actually track it.  If we win it, it
6       06   should actually be identified in there as won.
7       07    Q.  Okay.
8       08    A.  Ultimately it shows up into our general ledger
9       09   and gets reported as revenue.  But there's no other
10      10   system than the ones I've described earlier.
11      11    Q.  When we talked earlier about forecast numbers,
12      12   you indicated that you compare them generally year over
13      13   year to the same week in the prior year -- in the
14      14   prior -- yeah, same week in the prior year, same
15      15   quarter.
16      16    A.  No, it depends.  If I'm looking at pipeline,
17      17   what I said is I like to compare that to the same
18      18   pipeline.  If I'm comparing forecast, I compare it --
19      19   it's a quarterly -- it's the end-of-quarter forecast to
20      20   the prior year's end of quarter.  Has nothing to do with
21      21   weeks.  It's just updated every other week.
22      22    Q.  Okay.  And when you look at the forecast
23      23   number, do you make any comparisons in the middle of a
24      24   quarter -- or say on week 8, do you make any comparisons
25      25   of that forecast figure itself to any historical data?
```

1  00157:01    A.  I'm not sure what you mean.

2  02    Q.  Okay.  Well, let me ask a different question.

3  03        Do you compare the forecast number week over

4  04 week to see if there's changes?

5  05    A.  As we change the forecast?

6  06    Q.  Yes.

7  07    A.  Sure, absolutely.  That's the format in the

8  08 report typically.

9  09    Q.  Okay.

10  10    A.  To say, you know, what's changed since the

11  11 last time we ran the report.

12  12    Q.  What are you looking for at that point --

13  13 strike that.  Let me ask a better question.

14  14        Why is it that you compare forecast week over

15  15 week?

16  16    A.  Well, we're always interested in what's

17  17 changed.  So it's a quick way to see -- you know, a lot

18  18 of times there's no change; oop, there's a change; plus,

19  19 minus, why, that sort of thing.

20  20        And sometimes on the call, people will talk

21  21 about that in the meetings, you know, "Gee, I've lowered

22  22 my forecast" or "I've raised my forecast based upon

23  23 these factors."

24  24    Q.  Okay.  And can the same be said of the

25  25 potential number, or is the thought process there

1  00158:01 different?

2  02    A.  Oh, sure, the potential can definitely change

3  03 from week to week as well, based upon new information.

4  04    Q.  Okay.  And you're looking to see, if there is

5  05 a change, why that change may exist?

6  06    A.  Yes, although I don't think we have

7  07 typically -- some of the reports we don't isolate it and

8  08 show it as a variance.  But clearly when Jennifer talks

9  09 to me, sometimes she'll say, you know, "I've lowered the

10  10 potential plus or minus," whatever, "based upon -- based

11  11 upon the following reasons."

12  12        So sure, we're interested in every number that

13  13 changes --

14  14    Q.  Okay.

15  15    A.  -- and why it changed.

16  16    Q.  And other than comparing, week over week, the

17  17 forecast and the potential number, did you compare them

18  18 to any other period?

19  19    A.  You're talking about within the current

20  20 quarter or something or ...

21  21    Q.  Well, or to any other quarter.  I mean, you

22  22 compare them week over week.  Do you compare the current

23  23 week's forecast or potential to another period, or is it

24  24 just week-to-week comparison that you make?

25  25        Do you look year over year; do you look --

1  00159:01    A.  The year over year is what we always look at.

2  02 That's the most important thing.  Secondarily, we are

3  03 interested in, you know, why things are changing week to

4  04 week in that period.

5  05        But the most fundamental thing is

6  06 understanding, you know, what our growth rate is over

7  07 the prior year.

8  08    Q.  If I could turn your attention back to Exhibit

9  09 No. 134.

10  10    A.  Yes.

11  11    Q.  There's pipeline data for -- and forecast data

12  12 and upside data and potential data for a number of

13  13 different divisions.

14  14        Was -- were you -- when you looked at these,

15  15 did you look at the numbers for each of these different

16  16 divisions, or did you focus primarily on the total

17  17 company number?

18  18    A.  It varies from time to time.  Clearly always

19  19 look at the total.  And then sometimes, depending how

20  20 much detail I want to get into, might examine every

21  21 line; I might examine, you know, just what's changed

22  22 from what I was hearing before.  There's just a variety

23  23 of things.  But the data's all there to -- for me to get

24  24 a very comprehensive view of what's going on.

25  25    Q.  Okay.  So if you saw a change in OSI, for

1  00160:01 example, you two look at that?

2  02    A.  Could.  It depends upon how much it changed.

3  03 If it changed a thousand dollars, I wouldn't care.  But,

4  04 you know, if it was a significant change, sure.

5  05    Q.  Okay.  But you look at --

6  06    A.  Usually I don't even have to look at it.

7  07 Usually on the call somebody will tell me, "By the way,

8  08 I've changed my forecast and here's why."  They know to

9  09 do that.  If they're going to change something, they

10  10 need to explain why they've changed it.

11  11    Q.  Right, right.

12  12    A.  By the way, in this particular format, looking

13  13 at it, this is not the one I referred to that actually

14  14 we calculate the change.

15  15        In the U.S. report, the one we do -- the

16  16 weekly forecast call, in that report, my recollection is

17  17 we actually calculate the change from the previous week.

18  18 In this one, we don't.  You have to sort of figure it

19  19 out.

20  20    Q.  Okay.  And have we looked at the report that

21  21 we're talking about -- that you're talking about?

22  22    A.  I don't believe you showed that to me yet.

23  23 I'm sure you have it in your files.

24  24    Q.  Oh, yeah.  Okay.  And that is the Americas

25  25 forecast package, you believe?

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00161:01   A.  Yeah. Well, I think -- I assume that's what
2   02  it is.  I never remember the names of these things.
3   03       Q.  Sure.
4   04       A.  But it's the one that's reviewed -- it's sent
5   05  out and reviewed on these so-called weekly forecast
6   06  calls, so ... if that's what it's called, sure.
7   07       Q.  Okay.  Looking at the pipeline data on, for
8   08  example, Exhibit No. 134, were there certain factors
9   09  that you took into account or considered that might
10  10  render some of the pipeline data inaccurate or
11  11  unreliable?
12  12       A.  The devil's in the details.  So as I've said
13  13  before, different -- in any pipeline, in any geography,
14  14  in any city, whatever, there are differing probabilities
15  15  of closure in your quarter.  There's all sorts of
16  16  things, so ...
17  17            One of the things at the high level in these
18  18  forecast meetings, like in the U.S., the reason they
19  19  give us these big deal reports is so they can kind of
20  20  give us a sense for some of the bigger transactions that
21  21  are in that pipeline and how good or bad they feel about
22  22  winning them, getting them closed this quarter, and so
23  23  forth.
24  24            But the pipeline data is one of a variety of
25  25  tools we use.  And it is inherently, you know, less than
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00162:01   totally predictable, as you've seen from some of the
2   02  other reports you've shown me.
3   03            We converted different rates.  I mean, there's
4   04  different things.  But it's certainly a piece of --
5   05  valuable piece of information that we've always tried to
6   06  use to understand our business.
7   07       Q.  Okay.  Mr. Henley, did you play any role in
8   08  the budgeting process at Oracle, in the fiscal year 2001
9   09  budgeting process?
10  10       A.  Sure.
11  11       Q.  Okay.  What was your role?
12  12       A.  I attend most -- if I'm in town -- most of the
13  13  budget meetings.  We typically have budgets submitted by
14  14  all the major operating units and usually have a formal
15  15  review.  And I typically attend, as I say, if I'm in
16  16  town.
17  17            So I don't prepare the people's budgets, other
18  18  than my own; I'm responsible for my own function.  But I
19  19  play a review role to understand what people are saying,
20  20  to challenge them, to understand their assumptions.  And
21  21  then ultimately I present the total budget for the
22  22  company to our board of directors.
23  23       Q.  Okay.  And when does the budgeting process
24  24  typically begin in the -- in a quarter or in a year?
25  25       A.  Well, we typically start it at the corporate
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00163:01   level, at least, in trying to get stuff submitted in the
2   02  last few months of the -- of the then year, so ... the
3   03  whole cycle takes several months to get through 'cause
4   04  we typically go through several iterations.
5   05       MS. LAVALLEE:  Okay.  Actually, the court --
6   06  the videographer has indicated that the video is going
7   07  to end in about five minutes.  So why don't we take, at
8   08  this point, a break.
9   09            THE VIDEOGRAPHER:  This marks the end of
10  10  videotape number 2 in Volume I in the deposition of
11  11  Jeffrey Henley.  We're going off the record.  The time
12  12  is 1:50.
13  13       (Recess taken.)
14  14            THE VIDEOGRAPHER:  This marks the beginning of
15  15  videotape number 3 in Volume II -- correction -- Volume
16  16  I in the deposition of Jeffrey Henley on March 2nd,
17  17  2004.  We're going back on the record.  The time is
18  18  1:54.
19  19       MS. LAVALLEE:  Q.  Mr. Henley, we just started
20  20  talking about the budgeting process.  I just want to
21  21  step back a moment.  And we mentioned a number of
22  22  factors -- we've discussed a number of factors today
23  23  that you consider in determining whether or not the
24  24  forecast appears accurate, and a lot of different things
25  25  that you consider.
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00164:01   But one thing we didn't discuss is market
2   02  forces.  Do you consider market forces, the economy as a
3   03  whole or anything related to that, in considering the
4   04  accuracy of the forecasts?
5   05       A.  Sure.  You're interested in what the demand
6   06  for your products are.
7   07       Q.  Right.
8   08       A.  And you're interested in your competitive
9   09  positions, if you're, you know, doing better against
10  10  competition or doing worse.  There's several things
11  11  that, at a macro level, play a very important part into
12  12  [sic] the forecast.
13  13            In the very short term, i.e., a quarter, those
14  14  are less important.  But even in quarter, they can --
15  15  they can have a -- they can make an impact.
16  16       Q.  What type of factors do you look at to
17  17  determine the demand for products?  Are there particular
18  18  indices that sort of give you a sense of where the
19  19  demand is?
20  20       A.  Yeah, we rely on a lot of research.  I mean,
21  21  one internal fact is our pipeline.  That obviously gives
22  22  us some sense of demand.  It's hard to figure out how
23  23  much of it's competitive versus market demand, but
24  24  there's an aggregate sense of how much business is being
25  25  identified and so forth.
```

**Page 165**

```
1   00165:01   But there are -- is lots of research that
2        02   analysts do to -- CIO surveys by products, and that sort
3        03   of thing.  So we've long tried to look at all sorts of
4        04   things to get a sense for what's going on with demand
5        05   for our products.
6        06   Q.  Okay.  And anything else in terms of demand -
7        07   for products that you can think of?
8        08   A.  In terms of forecasting or in terms of
9        09   understanding where -- what -- you know, what the
10       10   outlook for our -- is, and that sort of thing, you're
11       11   saying?
12       12   Q.  Well, let's step back.  Let's look at it in
13       13   terms of just generally how the growth of the business
14       14   appears to be going.
15       15   A.  Well, we look -- we look at the momentum in
16       16   our business.  That's a big -- you know, there's a bit
17       17   of trending in our business, how things are going
18       18   historically over the last year, last quarter, whatever.
19       19   We look at the -- what the market demand seems
20       20   to be going forward, either over the next quarter or the
21       21   next year, depending upon whether you're budgeting for
22       22   the next year, whether you're forecasting for the next
23       23   quarter, whatever.
24       24   And we try to understand competitive threats
25       25   or competitive change, whether we're gaining or losing
```

---

**Page 166**

```
1   00166:01   versus certain competitors and how that might affect our
2        02   ability to generate revenue.  I'd say generally those
3        03   are the three --
4        04   Q.  Categories?
5        05   A.  -- kinds of things we try to look at.
6        06   Q.  Okay.  And going back to the momentum of
7        07   business and the trends there, what are the trends that
8        08   you look at to determine what the momentum of the
9        09   business is?
10       10   A.  How well we've been doing, our recent results,
11       11   run rates, as we call them, growth rates, revenues,
12       12   expenses, things like that; momentum in our pipeline, as
13       13   I said, the historical momentum, what it looks like
14       14   going forward; competitors, how competitors are doing.
15       15   You know, they also give us a sense for the market.
16       16   If our competitors are gaining or slowing
17       17   down, that's an indication of demand potentially.  Maybe
18       18   we're not -- we're doing better or worse than they are,
19       19   but it's something we look a lot at, is what are the
20       20   competitors saying, what they're hearing.
21       21   Q.  Right.
22       22   A.  That sort of thing.
23       23   Q.  Are these all factors that you consider
24       24   yourself personally?
25       25   A.  Absolutely.
```

---

**Page 167**

```
1   00167:01   Q.  And what about in terms of your customers and
2        02   trends that you're seeing in terms of deal closures or
3        03   things that may impact closing of deals?
4        04   A.  Well, that's imbedded into what I just
5        05   discussed, I think.  When I say "actuals," I mean, it's
6        06   obviously made up of a lot of different transactions.
7        07   I'm not aware of all of them, but I'm aware of some of
8        08   them.  And what I'm hearing from customers and what
9        09   they're saying.  We talk -- we -- our field people tell
10       10   us.  I spend a lot of time traveling.  I talk to
11       11   customers a lot, you know, that sort of thing, sure.
12       12   Q.  Okay.  And in terms of -- other than actuals,
13       13   what other factors do you look at in terms of customers
14       14   to determine whether or not, going forward, the business
15       15   is looking good?  Do you look at things like the sales
16       16   cycle, if it's getting longer?
17       17   A.  I just don't personally track it.  I'm not
18       18   aware that we have a formal tracking of the sales cycle.
19       19   It exists, and I described what it is.  But I don't try
20       20   to really look at it.
21       21   Q.  Do you factor in things like how well your
22       22   customers are doing in their own businesses?
23       23   A.  Sure.  I mean, sure.  But I mean, ultimately
24       24   what I'm trying to figure out is what's happening in
25       25   demand for our software.  And so one of things that's
```

---

**Page 168**

```
1   00168:01   classically used in the industry, others use and we use,
2        02   is these survey datas where people go out and survey
3        03   customers.
4        04   And we do surveys of ourself, you know, are
5        05   you going to spend more or less this year than last
6        06   year, and that sort of thing, so ...
7        07   You know, they -- we're interested in what's
8        08   going on in their business, but -- and obviously if
9        09   they're growing or contracting, you know, that can have
10       10   an effect of demand.  But, I mean, it's really trying to
11       11   get a sense for their appetite for taking on new
12       12   projects, that sort of thing.  That's classically what's
13       13   used in this industry.
14       14   Q.  Okay.  And you mentioned surveys conducted at
15       15   Oracle on this point.  Who conducts those surveys?
16       16   A.  Most of the surveys are external.  We've
17       17   actually just started.  We hired a guy named Chuck
18       18   Phillips, who came from the sales side.  And he's
19       19   actually started doing some more surveys internally.
20       20   But we've kind of gone sporadic off and on
21       21   over the years, done occasionally.  But Chuck intends to
22       22   start doing a more regular survey.  But this is pretty
23       23   recent.
24       24   Most of the surveys I've relied on
25       25   historically have been -- most of the surveys I've
```

1  00169:01  relied on historically have been public. And there's a
2  02  number of them. There's a number of the research firms,
3  03  like Gartner, and sort of thing, do them. Different
4  04  magazines, Information Week, people like that. And then
5  05  certain sell-side analysts, Morgan Stanley, different --
6  06  run surveys.
7  07      So there's a wealth of survey information
8  08  about tech spending, and usually down to the level of
9  09  databases, applications. And so those are -- those are,
10  10  again, interesting valuable information. Not always
11  11  predictive, but at least it's one thing we've tried to
12  12  use to gauge demand.
13  13      Q. Okay. Are there any indicators that you see
14  14  or that you've typically seen in the past that help
15  15  indicate that there may be a slowdown in demand?
16  16      A. There -- there aren't -- there aren't good --
17  17  really good leading indicators, unfortunately, that I've
18  18  found in the past.
19  19      We've gone through several cycles in the 13
20  20  years I've been here. And I've said this publicly over
21  21  the years, that usually modest slowdowns don't have a
22  22  big effect on us. But I've said that if we see a very
23  23  sharp, really pronounced, deep slowdown in the economy
24  24  or something, it can -- it definitely can affect us.
25  25      We saw that in Asia in 1997. Unfortunately,

1  00170:01  we couldn't predict it. That was one of the three
2  02  quarters we missed in our history. Ray Lane and I were
3  03  running the company, went right up to the end of the
4  04  quarter, missed the quarter. And -- and that whole Asia
5  05  meltdown happened very quickly.
6  06      So we literally had no idea till it happened
7  07  that all these orders would slip out.
8  08      Q. Generally when the customers are -- when
9  09  there's a slowdown in the customers' demand, do you see
10  10  that there is a more difficult approval process at the
11  11  customer level to get deals closed?
12  12      A. Well, again, it depends on the degree of
13  13  slowdown. So going back to the quarter we just talked
14  14  about, as you know in reading all the information, it
15  15  turns out that in that February/March time frame, the --
16  16  there was a tremendous slowdown that occurred very
17  17  quickly in this industry.
18  18      We saw it. Our competitors saw in their March
19  19  quarter. And we were all surprised at how quickly it
20  20  turned down.
21  21      So if there's a very quick meltdown in demand,
22  22  then customers definitely are very slow to sign
23  23  contracts. They become much more -- and they were for
24  24  the next couple years. We've commented on that quite
25  25  well on the industry, that the customers continued to be

1  00171:01  very cautious. And so that delayed -- elongated sales
2  02  cycles.
3  03      So again, we've never measured it precisely,
4  04  but we know it takes customers longer to make decisions
5  05  once they go into a deep economic slowdown.
6  06      Q. Okay. And that's --
7  07      A. The distinction is deep, because we've had
8  08  several periods over the years where there's been, you
9  09  know, changes in the economy and it hasn't had a big
10  10  effect.
11  11      But if you go into a very precipitous, sharp
12  12  meltdown, like in Asia in '97, like in the U.S. in this
13  13  period, it definitely has some effect on people signing
14  14  up for contracts.
15  15      Q. Okay. Now, we discussed multiple amount --
16  16  the multiple different indicators that you look at in
17  17  determining where the business is going. Are any of
18  18  these indicators, in your view, a better indicator than
19  19  others?
20  20      MR. SALPETER: Objection to form.
21  21      THE WITNESS: There -- it -- it -- it -- it --
22  22  there is no one indicator that's better than the other,
23  23  in my opinion. There's a variety of things you look --
24  24  and in the end, if you -- if you have a lot of
25  25  experience and you have enough different points of view,

1  00172:01  we can generally pretty reasonably predict a quarter.
2  02  But as I said, not always. My mantra, three out of 52
3  03  quarters we missed. So, I mean, it doesn't always work.
4  04      But there is no one -- that's why we have a
5  05  variety, because there is no one perfect answer to any
6  06  of this stuff.
7  07      MS. LAVALLEE: Q. So you try to look at them
8  08  all together --
9  09      A. Have to.
10  10      Q. -- to get a big picture?
11  11      A. Have to. Have to look at it as many different
12  12  ways as you can to get your best judgment of what you
13  13  think's going to happen.
14  14      Q. Right. Okay. Going back to the budgeting
15  15  process. Do you recall the budgeting process for fiscal
16  16  year 2002, whether or not that started a little later in
17  17  the year than you normally would start the budgeting
18  18  process?
19  19      A. I honestly don't. I don't remember
20  20  precisely --
21  21      Q. Okay.
22  22      A. -- when we started versus other years.
23  23  Clearly we were in disarray after missing the February
24  24  quarter. So we were all scratching our heads. And, you
25  25  know, at a time like that, you're clearly trying to buy

00173:01  some time to figure out what to plan for next year.
02      So, you know, we may well have delayed a
03  little bit, but ... I don't remember precisely the
04  timing versus -- of whatever normal is.
05      We ultimately did produce a budget for our
06  board.  And even when we do a budget, we always tell
07  them, you know -- we try to give some sense of the
08  degree of certainty of how good the budget is, you know,
09  that sort of thing, so ...
10      Q.  Okay.  And you just mentioned that -- and I'm
11  not sure if you were talking about something you
12  specifically recall or something that you think that
13  might have occurred.
14      A.  Might have occurred.  That's why I say --
15  that's a good point.  It might have occurred.  'Cause I
16  know we were all scratching our heads.  Whenever
17  you're -- the trend is dramatically changed all of a
18  sudden, it's even more difficult to predict the future.
19      Q.  Right.  And does a budget represent a
20  prediction of the future?
21      A.  It is a very important tool for the company
22  because you have to make a set of assumptions, if
23  nothing else, to plan your head count and your expense
24  levels.
25      So for us, it's very important to try to

00174:01  figure out what our revenue's going to be because that
02  has a big impact on whether we need to add more people,
03  whether we need to cut, hold, and so forth.  So it's
04  very important for just running the business.
05      Now, things can change.  So budget is not the
06  be-all, end-all.  That's why we constantly reforecast,
07  and we'll alter our spending plans based upon our latest
08  views of things.  But it is -- but it is an important
09  tool.
10      Most companies have budgets, and periodically
11  the board wants to get a sense for the business and kind
12  of looking out over the next year.  Some companies do
13  five-year plans.  We don't do that.  It's hard enough to
14  predict one year.  But it is -- most companies
15  typically, every year, kind of like to rethink, you
16  know, the next year and how -- all that sort of thing.
17  So it's a process we've gone through for years.
18      Q.  Okay.  And do you recall in Q3 -- pardon me --
19  in fiscal year 2001 whether or not there was any
20  rebudgeting of the original budget set at the end of the
21  prior year?
22      A.  You're saying, now, this would have been
23  entering into '01?
24      Q.  The budget for '01.
25      A.  '01, right.  So entering into -- we set a

00175:01  budget the first of the year.
02      Q.  Right.
03      A.  Did we change the budget?
04      Q.  Yes.
05      A.  I don't remember.  I know -- I think on a
06  couple of years of my 13, we may have changed the
07  budget.  Well, we have, actually, more than that,
08  because sometimes we do acquisitions, and so we would
09  budget in -- modify the budget to reflect a assumption
10  of a bigger lump of revenue and expense, for instance.
11  So we've had some alterations sometimes because of
12  acquisitions.
13      And I think one year we just felt like things
14  were too uncertain, and so we came back to the board at
15  the next board meeting and changed the budget somewhat.
16  But I can't remember if we did in '01.
17      Q.  Okay.  In that particular instance that you
18  remember, do you remember -- can you describe for me the
19  reasons why you did that.
20      A.  It would, again, be that we hadn't -- we
21  either were uncertain about the next year or perhaps we
22  hadn't -- we changed our mind about how we wanted to do
23  the budget.  Sometimes we -- sometimes years we -- I've
24  told the board "I feel like this budget's probably a
25  little aggressive or this budget maybe is conservative."

00176:01      I always try to give them some sense of, kind
02  of, our feeling or our sense of where things are going,
03  stuff like that.  So there's -- you know ...
04      And typically -- one of the reasons we've
05  never changed -- typically don't change budgets is
06  because we have a forecasting system.  I mean, our
07  assumption is it's a point in time -- nothing is certain
08  in any year.  So, you know, this is our budget and, you
09  know, we'll -- every board meeting we'll give you
10  updates on, you know, how the year looks, good or bad,
11  and whatever.
12      Q.  Okay.  Can you explain for me the process by
13  which the budget numbers are reached.
14      A.  As I said, people go through a submittal.
15  There's discussion of the budgets, challenge --
16  challenging, either "you're too aggressive; you're too
17  conservative; you forgot this; you forgot that."
18      So then people go back and in many cases make
19  some degree of modifications to their budgets.  They may
20  do it a couple of times, depends.
21      And then usually after the year-end actuals
22  come, if somebody carried over a bunch of revenue they
23  couldn't finish or brought in a lot of new deals, they
24  may come back and say "I want to just tweak my budget
25  because of what happened in -- in the May quarter."

1  00177:01    So there might be one more final set of
2  02  changes or assumptions. Sometimes there's
3  03  reorganizations between entities, and so we'll have to
4  04  move budget between the two entities.
5  05    So that's why I say there's several iterations
6  06  we go through until we sort of finalize a budget in
7  07  typically the June time frame and present to the board
8  08  in July.
9  09    Q.  Okay.  And the initial budget number that's
10  10  set before the negotiation, the back-and-forth, who is
11  11  that set by?
12  12    A.  Ultimately Larry Ellison is the CEO.  And
13  13  he -- he -- he really, I don't know, many times ratifies
14  14  or agrees to their budget or sometimes asks them to
15  15  change things or rethink things.  But ultimately he has
16  16  to sort of agree to the budget.  And then ultimately the
17  17  board -- we present it to the board for the board
18  18  approval, and they have to sort of agree.
19  19    And obviously they aren't -- they don't go to
20  20  the level of detail that we do.  They obviously rely on
21  21  us to some degree.  But they comment on, you know,
22  22  things they see in it, or question, or want explanation,
23  23  or so forth.
24  24    But I'd say basically it's the CEO of the
25  25  company -- and that's pretty traditional -- has the

1  00178:01  ultimate responsibility to carry the budget -- his
2  02  budget to the board for their approval.
3  03    Q.  Okay.  And then the division heads, though,
4  04  have input into this back-and-forth.  And when you say
5  05  there's challenges, you're talking about the division
6  06  heads challenging the numbers?
7  07    A.  It's more us -- more Larry and myself and
8  08  others at the corporate level.  Maybe not --
9  09  questioning, trying to understand the assumptions and
10  10  how they've built their budget.  Sometimes challenging
11  11  them, but -- you know, we think they're too optimistic
12  12  or too pessimistic or whatever.
13  13    But the budget's ultimately -- you never want
14  14  to have a division set a budget they don't believe in.
15  15  So ultimately we want them to believe their budgets.
16  16    Q.  Okay.  And you mentioned earlier that you
17  17  thought there may have been some delay in Q3 -- or in
18  18  fiscal year 2001 for the budgeting process of 2002, but
19  19  you don't recall whether or not that's the case.  But
20  20  you mentioned that that could have been tied to the fact
21  21  that you didn't make the numbers for Q3 2001.
22  22    Is it your understanding that the budgeting
23  23  process begins after the close of the third quarter?
24  24    A.  No.  We've had years -- we've had -- gosh,
25  25  when I joined the company, the guys in Europe started

1  00179:01  budgeting in October.  They never presented them to us
2  02  until maybe March or April.
3  03    But I think we -- we -- we -- it's varied.
4  04  Some years we've asked them to send in budgets in
5  05  February, March.  Other years it's -- we've waited till
6  06  April.  There's never been, sort of, one date.
7  07    But ultimately we have to get something to the
8  08  board by July.  So there is a multi-month process to get
9  09  this all together and reviewed so we can present
10  10  something to the board that we believe in.
11  11    Q.  Okay.  Do you have any role in approving
12  12  deals, license deals at Oracle, or did you have any such
13  13  role in Q3 2001?
14  14    A.  No and no.
15  15    Q.  I'm sorry, what?
16  16    A.  No and no.
17  17    Q.  Okay.  Mr. Henley, I assume that are you an
18  18  investor in high tech stock other than Oracle?
19  19    A.  Yes.
20  20    Q.  As an investor, what factors do you consider
21  21  in determining whether or not to actually purchase a
22  22  particular stock?
23  23    MR. SALPETER:  Objection to form.
24  24    THE WITNESS:  I don't think I have any unique
25  25  expertise.  I think most investors -- sophisticated

1  00180:01  investors try to invest in something that the stock
2  02  price will go up or it will relatively outperform, you
3  03  know, another body of stock.
4  04    So it's all about obviously the investment
5  05  generates some return hopefully better than some other
6  06  set of alternatives they had, you know.
7  07    And so you look at the market in general, the
8  08  valuations of securities in general, the market for the
9  09  stock you're invested in, that industry, valuations in
10  10  that industry, cyclicality, market share, momentum, you
11  11  know, all the usual suspects.
12  12    MS. LAVALLEE:  Q.  Okay.  And particular
13  13  information data that's specific to the company in
14  14  question, what data do you look at?
15  15    MR. SALPETER:  Objection to form and
16  16  relevance.
17  17    THE WITNESS:  I think it's pretty much what
18  18  I've said before.  I mean, obviously the more you get
19  19  down to a specific stock, you're looking at the
20  20  management, you're looking at their credibility, their
21  21  track record of performance, their competitive position,
22  22  some of the other things I said, the market environment,
23  23  all that kind of stuff, external factors, you know,
24  24  general economy, all sorts of things.
25  25    MS. LAVALLEE:  Q.  Do you care about the

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00181:01 quality of their pipeline?

2  02     A. Don't see how you can know. I mean,

3  03 certainly -- you know, I'm not aware that most people

4  04 are publishing their pipeline data.

5  05     Q. Right. Is that something that would interest

6  06 you if you know?

7  07     A. Knowing as much as I know about Oracle, it'd

8  08 scare me to death to know 'cause then I'd have a

9  09 thousand questions somebody'd have to explain to me.

10  10     Q. What about the quality or -- let me strike

11  11 that.

12  12        What about the quality of their customer base?

13  13     A. Golly, there's so many things. Of course

14  14 you'd like to know a ton of things. That would be one

15  15 interesting thing. I think generally investors look at,

16  16 you know, what -- the market this company's in, what

17  17 kind of position they're in in that market, the quality

18  18 of their management, their track record of delivering

19  19 what they do. You know, there's a variety of things.

20  20        But I'd just highlight again a couple of

21  21 things I think are, you know, really important. Not

22  22 that there aren't other things.

23  23     Q. And in terms of the growth of the company,

24  24 you'd be interested in terms of the expected growth --

25  25 future growth of the company; that's something that

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00182:01 would interest you?

2  02     A. Of course, sure. Obviously the future is very

3  03 important. Past is interesting; the future is really

4  04 important.

5  05     Q. Mr. Henley, do you recall any time in the

6  06 history of Oracle that the stock price dropped mid

7  07 quarter on information that was not information

8  08 regarding its end-of-quarter results?

9  09     A. I mean, our stock is -- jumps all around every

10  10 quarter. I'm sure there's tons of times the stock

11  11 dropped.

12  12     Q. Let me rephrase the question 'cause that

13  13 probably wasn't a very good question.

14  14        But in terms of release of information

15  15 regarding the company's financials, other than

16  16 information regarding the end-of-the-quarter or

17  17 end-of-year results, have you ever seen that type of

18  18 information move the market price?

19  19     A. Best of my knowledge -- you're talking about

20  20 in general as an investor or something or ...

21  21     Q. No, specifically at Oracle.

22  22     A. For Oracle? But again, the company typically

23  23 doesn't release financial information in the middle of a

24  24 quarter.

25  25     Q. Okay. That's fair. Do analysts ever make

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00183:01 projections based on information they've received or ...

2  02     A. They make all kinds of speculation.

3  03     Q. And does that type --

4  04     A. They issue reports all the time, and they

5  05 speculate. And it truly is speculation, as far as I can

6  06 tell. There's a lot of things that are said I have no

7  07 idea where they get this information. But they make --

8  08 you know, they're in the business, I guess, of trying to

9  09 handicap what's going to happen in a company.

10  10     Q. Okay. And that type of information has been

11  11 known to move the market price?

12  12     A. I'm sure. I'm sure it's had -- I mean, people

13  13 issue a hold or a buy or something like that, and I've

14  14 seen the stock go up 50 cents or a dollar sometimes. So

15  15 clearly analysts have impacted the market based upon

16  16 things they've said. Whether it's true or not is a

17  17 different issue. But they clearly can have an impact.

18  18     Q. Right.

19  19        Actually, why don't we take a moment to break

20  20 here for five minutes.

21  21        THE VIDEOGRAPHER: We're going off the record.

22  22 The time is 2:20.

23  23        (Recess taken).

24  24        THE VIDEOGRAPHER: We're back on the record.

25  25 The time is 2:31.

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

1  00184:01     MR. SALPETER: Before you start with the next

2  02 question, I'd like to make a very brief statement for

3  03 the record. We've been here about five hours. And in

4  04 my view, we've spent an enormous amount of time on

5  05 irrelevant inquiries. We've had a great deal of

6  06 repetition of questions. We've had a lot of

7  07 hypotheticals that are very far afield from this case.

8  08 We have a lot of subjects that have been covered with

9  09 other people, subjects many times that are not in

10  10 dispute.

11  11        We've had a lot of subjects covered with

12  12 Mr. Henley that could easily be covered with other

13  13 people. You've asked him lots of questions about

14  14 definitions of terms that have been testified to

15  15 repeatedly by other people, what labels on documents

16  16 mean.

17  17        And we alerted you earlier to the need to

18  18 finish tomorrow by 2:00. And it just, you know, seems

19  19 to me that we're wasting a lot of time on things that

20  20 aren't at issue in the case. We all know what the case

21  21 is about; it's about a narrow time frame and what

22  22 Mr. Henley knew during that time frame.

23  23        And I guess you can spend your time however

24  24 you want. I'm not going to tell you how to take the

25  25 deposition. But I think a lot of this deposition is

1  00185:01 very wasteful and is being used to cover irrelevant

2  02 material. And I want to object to it very vigorously,

3  03 because if we have a dispute later over whether or not

4  04 we're going to finish tomorrow, I'm going to ask that

5  05 the court review the record with those objections in

6  06 mind.

7  07       MS. LAVALLEE:  Okay.  Clearly we have a

8  08 disagreement.

9  09    Q.  Mr. Henley, I'd like to discuss now the issue

10  10 of guidance.  I understand that Oracle gave guidance to

11  11 the market regarding its Q3 '01 projections in December

12  12 of 2000; is that correct?

13  13    A.  Q3 of '01 --

14  14    Q.  Yes.

15  15    A.  -- that's correct.  We give our guidance --

16  16 when we have our -- what we call our analyst call couple

17  17 weeks after the quarter, we review what happened in that

18  18 quarter.  And we also try to give them our best view

19  19 with all the caveats that we don't know, can't be

20  20 certain, all that sort of thing, to the next quarter.

21  21       So yes, in December we would have given them

22  22 guidance for that coming fiscal Q3.

23  23    Q.  Okay.  And historically had Oracle provided

24  24 such guidance in the past?

25  25    A.  A number of years historically we didn't.  We

---

1  00186:01 didn't give any guidance.  And I think our -- we were

2  02 advised in those days that we shouldn't.  When Reg FD

3  03 came out, all of a sudden we were getting conflicting

4  04 views.

5  05       But I think the view we came around to was

6  06 that rather than being misinterpreted by certain

7  07 analysts, we would give one guidance to everybody on the

8  08 call so that nobody could be unclear as to what our

9  09 view, at least, was.

10  10       Now, they could do whatever they want, but at

11  11 least we'd give them our best view of a range of

12  12 possibilities for the company

13  13    Q.  Okay.  And when -- do you recall precisely

14  14 when you started giving the guidance?

15  15    A.  I don't.

16  16    Q.  Okay.  And was the reason primarily related to

17  17 the implementation of Regulation --

18  18    A.  That's my recollection, right.  Reg FD was

19  19 kind of a watershed.  And we kind of reviewed all the

20  20 different ideas that people had, and that was one of the

21  21 decisions we decided, that we'd go ahead and start

22  22 giving guidance.

23  23       But I strongly believed that giving more than

24  24 a quarter was just really difficult.  So I said I'll

25  25 give guidance at least to the current quarter, 'cause

---

1  00187:01 that's most of the focus of the company, and I'd have

2  02 the best judgments on that.  And beyond that, it'd be

3  03 difficult.

4  04    Q.  Okay.  And generally what type of information

5  05 did Oracle give guidance for?  Was it related to growth

6  06 rates for a number of different divisions or was it more

7  07 general?

8  08    A.  The same things I described earlier.  That's

9  09 the guidance I -- my recollection, that's how we started

10  10 and that's how we've continued.

11  11       MS. LAVALLEE:  Okay.  I'd like to mark as

12  12 Exhibit 140 a document Bates-stamped CA-ORCL 010710

13  13 through 010742.

14  14       (DC Exhibit No. 140

15  15       marked for identification).

16  16       MS. LAVALLEE:  Q.  Mr. Henley, can you take a

17  17 look at this document and then please identify it for

18  18 the record.

19  19    A.  I believe it's a transcript of the analyst

20  20 call that we did on December 14th, 2000 at the end of

21  21 our fiscal 2 -- fiscal year 2001.

22  22    Q.  Okay.  And this was an analyst call on

23  23 December 14th, 2000, correct?

24  24    A.  That's what I said, yes.

25  25    Q.  Okay.  And was this a call that you provided

---

1  00188:01 the guidance for for Q3 2001 that you discussed earlier?

2  02    A.  Yes.

3  03    Q.  In here you've spent -- you spent some time

4  04 giving some guidance to the market and provide actual

5  05 figures for a number of factors, including projection

6  06 for total license, for database growth -- actually, let

7  07 me restate that.

8  08       It was actually growth for total license,

9  09 growth for database, growth for tools -- or maybe not

10  10 for tools, but then for applications, for services, for

11  11 support, for consulting and education and total revenue,

12  12 and an earnings-per-share figure.

13  13       Does that sound about right?

14  14    A.  Sounds right.  I think when we started this,

15  15 in the first couple times we actually got into the

16  16 services and so forth.  In subsequent quarters and for

17  17 the last a number of quarters, we only give the numbers

18  18 I gave earlier: license, database, apps, total revenue,

19  19 earnings.

20  20    Q.  Okay.

21  21    A.  We haven't -- they don't typically care about

22  22 the other services 'cause they can trend those pretty

23  23 well.

24  24    Q.  All right.  I notice that you did not give a

25  25 figure for net income.  Do you have any recollection

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00189:01 what you were anticipating for net income at that time?

02    A.  No, not exactly.  But again, they can back

03    into it because the numbers of shares outstanding don't

04    move around much.

05    Q.  Okay.  Do you recall what data you used to

06    form these projections or how you came about to come up

07    to these numbers for your projections for these items?

08    A.  Yeah, the process I've gone through ad nauseam

09    this morning and early afternoon.

10    Q.  Okay.

11    A.  Same process I talked about.

12    Q.  Okay.  And do you use figures in some reports

13    as of a particular date; do you recall?

14    A.  Sure.  I use the forecast report that

15    Jennifer Minton prepares, as I told you, and I use

16    whatever the current version is early in the quarter; so

17    it's typically the first or second version of it.

18    Q.  Okay.  If I could turn your attention to page

19    10716.

20    A.  Yep.

21    Q.  Okay.  At the very end of the second full

22    second paragraph it says, "Based" —

23        "So clearly we think that there's an

24        opportunity to do better in the third

25        quarter based on the pipeline and a belief

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00190:01 that we'll see growing momentum in our

02    applications business now that we've" —

03    "now that we're through this first six

04    months."

05        That was an accurate statement at the time you

06    made it?

07    A.  I believe so.  Unless they mistyped the thing,

08    this would be precisely what I said on the call.

09    Q.  Okay.

10    A.  I always say what I believe.

11    Q.  And you were seeing growing momentum in

12    applications at that point in time?

13    A.  That's — that's correct or I wouldn't have

14    said it.

15    Q.  Okay.

16    A.  And obviously there is a — there's a — I'm

17    trying to give the sense a real — the market a sense

18    not only what's in our pipeline, but just our confidence

19    or our sense of the potential success of our new — then

20    new version of our 11i applications, which we were very

21    bullish about at the time.

22    Q.  And if I could turn your attention to the next

23    page, you indicate there at the bottom of the second

24    paragraph,

25    "And certainly the pipeline we have

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00191:01 for Q3 looks very exciting at this point."

02    A.  Again, I say what I believe.

03    Q.  Okay.  And was that something that held true

04    throughout Q3, 2001, that the pipeline looked exciting?

05    A.  Yeah, I think the business — right up to the

06    end, we thought we were going to do pretty well.  And

07    again, we were tracking, as you know, pretty close to

08    that number right up till the last week or so.  So yeah,

09    I think the business still looked good to us.

10    Q.  Were there any concerns that you had about

11    risks going into the quarter, or at this point in time?

12    A.  Oh, absolutely.  I had the same concern that

13    the market had.  The 64-jillion-dollar question was

14    what's happening to the economy?  We knew it was

15    softening.  Is this going to be a soft slowdown or is

16    this going to be a hard meltdown?

17    And so, you know, we, and everybody worried

18    about that.  We even put it in our risk factors that

19    quarter in our 10Q.  I presented it at the Morgan

20    Stanley day.  I said something like "The economy is a

21    wild card — the aggregate economy is a wild card."

22        We knew the economy was softening.  The issue

23    was how would it affect demand — first of all, how

24    much would it continue to decelerate, would it be sharp.

25    Nobody knew that.  There was lots of speculation about

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00192:01 whether it would be a really sharp contraction or not.

02    And then what kind of impact would that have on

03    software — enterprise software spending.

04    Q.  Okay.  If I could turn your attention to the

05    next page, 10719.  In the first full paragraph, the

06    second — or third sentence says,

07        "So there's nothing that we — no

08        weakness in our applications business, and

09        the pipelines at every one of these

10        geographies look outstanding [sic] for this

11        next quarter."

12        I assume also that that was a true statement

13    when you made it?

14    A.  Again, I assume they typed my words — I

15    usually don't use the word "astounding."  I would think

16    that was something Larry would say.  But I was pretty

17    bullish, so I must have really been bullish at the time.

18    Q.  Okay.  Mr. Henley, did you discuss these

19    guidance figures with Mr. Ellison prior to making these

20    statements at the December 14th, 2000 analyst —

21    A.  Yeah, I think about any quarter I would have

22    reviewed, you know, my view of the forecast.  And we

23    would agree upon, you know, what we want to tell the

24    Street, and that sort of thing, sure.

25    Q.  And do you recall Mr. Ellison expecting

```
00193:01 earnings per share of 16 cents for the quarter?
02     A.  Larry's always more optimistic than I am.  So
03 I don't recall what he said.  But Larry will always
04 think things are going to be better than I will.  It's
05 just the role, I think, that's Larry's natural optimism.
06     Q.  But you don't specifically --
07     A.  I don't recall specifically what he thought.
08     Q.  Okay.  And do you specifically recall seeing
09 any internal documents that projected 16 cents for that
10 quarter?
11     A.  I don't remember.  I know we -- I don't
12 remember what our forecast -- you know, we had this
13 so-called forecast, potential.  And I don't remember
14 what the potential EPS was.  I don't remember.  And
15 whether it was -- what exactly it was or whether -- if
16 it didn't say 16, maybe some other document.  I don't
17 know.  But no, I don't remember that number.
18        MS. LAVALLEE:  All right.  Mr. Henley, I'm
19 going to mark as Exhibit 141 a document Bates-stamped
20 CA-ORCL 021346 through 360.
21        (DC Exhibit No. 141
22        marked for identification).
23        MS. LAVALLEE:  Q.  Mr. Henley, can you
24 identify for the record what this is.
25     A.  This is the forecast, either the first version
```

```
00194:01 or final version, of early -- it says "12/08."  So it
02 would be something I got before we gave our guidance.
03 Typical forecast package.
04     Q.  Okay.  And there's some handwriting on the
05 first page.  Is that your handwriting?
06     A.  Yes.
07     Q.  And what were you -- you were writing down a
08 number of things there.  What were those notes?
09     A.  I assume those were -- when we talked to some
10 of these guys, George Roberts, Jay Nussbaum, they were
11 mentioning some of the deals they were trying to do that
12 quarter.  I guess that's what I -- what those were.
13     Q.  Okay.  Do you recall those deals specifically
14 for that quarter?
15     A.  The only thing I remember was Covisint 'cause
16 that was the largest deal in the history of the company.
17 So that one stuck in my mind.  The other ones -- there's
18 always some number in big deals, so no, I don't
19 specifically remember them all.
20        MS. LAVALLEE:  Q.  I'm going to mark as 142
21 a document Bates-stamped ORCL 0002986 through 3002.
22        (DC Exhibit No. 142
23        marked for identification).
24        MS. LAVALLEE:  Q.  Mr. Henley, can you take a
25 look at this document and identify it for me.
```

```
00195:01     A.  Again, it's -- says "Q3," so it's the same
02 quarter -- it's the same report forecast -- format.  I
03 don't know what the date is.
04     Q.  Do you see a date in the bottom right-hand
05 corner?
06     A.  Well, I'm not sure.
07     Q.  You don't --
08     A.  It says -- it says -- is this something
09 you've -- no, it says "upside 12," underscore "11."  I
10 don't know what that -- I'm not sure what that means.
11     Q.  Okay.  To the extent that it was
12 December 11th, do you believe that you relied on one
13 of these reports for either December 8th or
14 December 11th in preparing your guidance?
15        MR. SALPETER:  I'm going to object to that.
16 You're now testifying rather than asking him a question.
17        MS. LAVALLEE:  Let me -- let me -- let me not
18 tie it to the documents, but let me ask a question.
19     Q.  Is it your understanding that you would have
20 relied on a report either dated December 11th or
21 December 8th to prepare your guidance?
22     A.  Again, I don't know the dates.  I relied on
23 this report from Jennifer Minton that catalogued all the
24 forecasts, that put in her judgment as to where she
25 thought we would end up, over, under, in some of these
```

```
00196:01 areas and, you know, discussed this with Larry.  And we
02 made a judgment as to what guidance we should give the
03 Street.
04        MS. LAVALLEE:  Okay.  I'm going to mark as
05 Exhibit 143 a document Bates-stamped ORCL 0045275.
06        (DC Exhibit No. 143
07        marked for identification).
08        MS. LAVALLEE:  Q.  Okay, Mr. Henley, can you
09 review the document and then identify for the record.
10     A.  Yeah, this is a document I wrote on, again --
11 down at the bottom, I guess.  I assume the date at the
12 bottom is the date.  I mean, usually in my e-mails I
13 think the date's up at the top, but ... the date says
14 "January 4th, 2001."
15        So this was relating to the audit committee
16 that was coming up in about a week or so where I
17 recapped some thoughts about what I would briefly describe
18 what happened in the quarter -- most of them had
19 listened to the earnings call -- and then talk a little
20 bit about the forecast.
21        In the audit committee there's always a
22 section where I kind of review what happened to the
23 company the last quarter, what our outlook is.  And then
24 we have a variety of different topics we cover in the
25 audit committee.
```

00197:01   Q.  Did you indeed send yourself this e-mail on or
02 about --
03   A.  I assume I did. It's addressed to me.
04   Q.  Okay.  And you believe you wrote this e-mail?
05   A.  Absolutely.
06   Q.  There's a couple points I'd like to just draw
07 your attention to. In the -- underneath the heading "Q3
08 Forecast" --
09   A.  Yes.
10   Q.  -- it reads, "On the conference call
11 we said that we had seen no slowdown in our
12 business yet," open paren, "Q2 license
13 growth or initial pipeline growth rate,"
14 close quote.
15        Did you at some point in Q3 start to see a
16 slowdown in the business?
17   A.  I'm not -- again not sure what that means.  We
18 set out a forecast to do 25-percent growth, guidance, I
19 think, for the quarter in license growth.  And I think
20 we basically did that in the second quarter.
21        So we kind of had a guidance that was pretty
22 similar, I believe, to what we saw in the second
23 quarter.  So I think, as you know, looking through the
24 documents, we felt until the end that we were pretty
25 much on track to kind of do what we did in the second

00198:01  quarter.  So I wouldn't describe that as a slowdown.
02   Q.  Okay.  So let me -- I'm not sure you answered
03 my question.  My question was, you referred here to the
04 fact that you were not seeing a slowdown in the business
05 yet.  Did you at some point in Q3 feel that you were
06 starting to see a slowdown?
07   A.  The last couple days of the quarter and the
08 last day of the quarter we definitely saw a slowdown.
09 But until that point, no, I still thought we were going
10 to do 25 percent, which would have been approximately
11 the same as we did in the second quarter.
12   Q.  Okay.  And you mentioned earlier that you did
13 have some concems because of the market.
14   A.  Absolutely.
15   Q.  Okay.
16   A.  But I think -- as I said earlier, everything I
17 could tell, from deep interrogation to our sales
18 executives, to looking at what all of our competitors
19 announced in mid January for their December actuals,
20 which were strong, and what they announced for their
21 third quarter guidance, which continued to be strong,
22 continuation of the trend they had seen -- I attended
23 Tom Siebel's presentation at Morgan Stanley at the time
24 I presented.  He was nothing but bullish.  Got all the
25 same questions:  What about the economy?  He kind of

00199:01  echoed what we said.
02        So I saw nothing from other software
03 executives that we competed with that said anything
04 different than what I saw.
05   Q.  And is that true throughout the entire
06 quarter?
07   A.  I believe so because we typically report,
08 compared to most of our competitors, a month ahead.  So
09 we were the first person to see a report actuals.  They
10 then reported their actuals in March.  And my
11 recollection is almost all of them missed their quarter
12 too.  And they were all in a state of shock, as we were,
13 at the end of February.
14   Q.  Okay.  And you don't recall any of your
15 competitors actually reporting possible slowdown in
16 their business in January --
17   A.  I -- it's not my recollection.  My
18 recollection is most of them were like us.  They were
19 concemed about the economy.  We all were getting
20 questions.  We all read the newspapers.
21        But my impression was the vast majority, at
22 least -- there's a lot of competitors, right -- were --
23 reported good results, met their expectations in
24 December and were not sending out big -- you know,
25 downward revisions to forecasts and so forth.

00200:01   Q.  Okay.  And when you're referring to these
02 competitors, can you identify specifically which ones
03 you're thinking of?
04   A.  They would be people we compete with either in
05 technology or applications.  So SAP, PeopleSoft, Siebel,
06 IBM, Microsoft, BEA, you know, a number of people.
07        So as I said earlier in my testimony, one of
08 the things we look at is what's -- trying to figure out
09 what's going on in the industry.  If all of our
10 competitors see problems, then, you know, we're big
11 enough, it's got -- it must be something that's going to
12 affect us too.
13   Q.  And you next -- at the very end of that
14 paragraph, you say,
15        "Nobody asked the question about
16 Covisint which we announced, it's" -- open
17 paren, "it's 60 mill," close paren."
18        What was the question that you were referring
19 to there?
20   A.  On the call I mentioned that we had a very
21 large applications deal, Covisint, that had slipped and
22 we hoped to get that done in the third quarter.  So
23 nobody said "Well, how much is it?"
24   Q.  Okay.  And that's what you were referring to
25 by the question?

**Page 201**

```
00201:01    A.  I believe that's what I was referring to.
     02    Q.  Now, the next paragraph begins.
     03        "At this point, all the data since the
     04    call point to more economic softening, so
     05    there is a risk of slippage in deals."
     06        Is that your recollection?
     07    A.  Absolutely.  Wouldn't have written it if it
     08    wasn't what I meant.
     09    Q.  Okay.  And did you start to see any slippage
     10    in deals in December of 2000?
     11    A.  No.  Again, my recollection is that we had a
     12    forecast that was still saying at least 25-percent
     13    growth until late into the February -- the month of
     14    February.
     15        So people were -- I sent them back checking,
     16    telling me, "Come on, I keep reading about this stuff.
     17    Our competitors are announcing -- they're claiming
     18    things still look good too, but -- you know, will we see
     19    a big meltdown in this economy?"  That was the big
     20    question.  And will this -- if a big meltdown, this
     21    surely must have some impact.
     22        Everybody went back, dutifully reported back,
     23    pushed their people, their people went back to their
     24    customers and said "No, we think we're on track.  We
     25    think the business -- we're going to make -- you know,
```

**Page 202**

```
00202:01    we're -- you know, we're going to make the numbers."
     02        So I don't know what else to tell you.
     03    Q.  Okay.  Did you -- now, I guess my question is
     04    slightly different.  You keep referring to the fact that
     05    you felt that you were going to make the numbers and the
     06    numbers were there.  Did you see any slippage in deals?
     07    A.  We always have slippage in deals.  So every
     08    quarter deals slip.
     09    Q.  Okay.  Did you see anything beyond what you
     10    normally see?
     11    A.  Not until the last couple days of the quarter,
     12    and then we saw massive slippage.
     13    Q.  Okay.
     14    A.  Which is why we missed the quarter.
     15    Q.  All right.  And the next sentence refers --
     16    oh, actually you keep referring to questions that you
     17    had your managers go back to the customers and check the
     18    data.  What precisely did you have them check?
     19    A.  Are they still going to do a deal is
     20    question, you know, "Will you be in a position to make a
     21    decision," which is what they always try to figure out,
     22    you know.  Some cases, "Are we going to get selected,"
     23    as I said earlier, "and if we get selected, will you be
     24    in a position to, you know, sign a contract this
     25    quarter?"
```

**Page 203**

```
00203:01    Q.  Okay.  And anything beyond that?
     02    A.  I don't believe so.  Well, again, I'll
     03    reiterate again, at the risk of constantly repeating
     04    myself, we not only interrogated our own sales force; we
     05    looked at what our competitors were saying.  We don't
     06    operate in a vacuum.
     07    Q.  All right.  All right.  Now, you indicated
     08    that you had some concerns regarding the company because
     09    of the market -- economic situation with the market
     10    generally.  When did you first start to have those
     11    concerns?
     12    A.  Oh, my recollection, again, would be the late
     13    summer.  I think the late summer, early fall, there
     14    were -- well, there was the dot-com meltdown that
     15    happened even before that.  But I think that was
     16    isolated at first to back then, and then you began to
     17    hear stories about the manufacturing sector showing
     18    weakness.
     19        And so I would say by early fall there were
     20    clearly concerns out there about the slowdown in the
     21    economy.
     22    Q.  Okay.  And you mentioned the dot-com and you
     23    said that that was an earlier event.  Is it your
     24    understanding that the full impact of the dot-com
     25    slowdown had occurred by the start of Q3 2001?
```

**Page 204**

```
00204:01    A.  Well, we thought so.  You never know where you
     02    find the bottom.  But clearly we had seen a precipitous
     03    decline, and so I think our forecast -- I can't remember
     04    exactly.  But it reflected a significant year over year
     05    change because of that.
     06        Whether in the final analysis it was accurate
     07    or not, I can't remember.  But we thought we had
     08    certainly reflected a significant slowdown that we'd
     09    been seeing for several quarters.
     10        The bigger concern was the general economy and
     11    whether this was going to be a really serious economic
     12    slowdown or whether this was going to be sort of a soft
     13    landing.
     14    Q.  Okay.  And focusing now on the dot-com issue,
     15    as you moved through December and into January, did you
     16    start to see a bigger impact because of the dot-com
     17    slowdown?
     18        MR. SALPETER:  Objection to form.  Impact on
     19    Oracle?
     20        MS. LAVALLEE:  On Oracle.
     21        THE WITNESS:  I don't recall.
     22        MS. LAVALLEE:  Okay.
     23    Q.  And speaking now generally about the market,
     24    you mentioned manufacturing industry and the general
     25    slowdown in the market.  Did you start to see more and
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00205:01  more impact as you moved through December and into
2   02  January, beginning and middle of January?
3   03   A.  Impossible to tell.
4   04   Q.  It's impossible to tell?  None of your
5   05  indicators would allow you to determine that?
6   06   A.  None.
7   07   Q.  Okay.  And --
8   08   A.  I already described the various indicators.
9   09   Q.  Yes.
10  10   A.  I look at our competitors are saying [sic]; I
11  11  look at my pipeline; I look -- I look at my forecast; we
12  12  go back, we double-check the forecast.  All those
13  13  indicators still said we'd make the 25 percent and the
14  14  12 cents a share.
15  15   Q.  Okay.  Other than -- apart from making you the
16  16  12 cents a share [sic], did you see any slowdown where
17  17  you could still make your 12 cents, but yet it was still
18  18  impacting, the deals were still coming in slower than
19  19  you would have expected?
20  20   A.  I -- I -- I had no substantive information to
21  21  prove or disprove that.
22  22   Q.  Okay.
23  23   A.  Had a concern, as I said earlier.  But till
24  24  the last week of the quarter, we still thought we'd make
25  25  that forecast.
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00206:01   Q.  All right.
2   02   A.  And you can go look at all the other
3   03  competitors and what they said when they missed their
4   04  March quarters.  They had all the same observations.
5   05       Until you get to the end of the quarter,
6   06  unfortunately, in this crazy business I'm in, you really
7   07  don't test your customer to see what they really think
8   08  about their business and what they really think about
9   09  the economy.  And then they have to vote 'cause they
10  10  gotta sign a contract or not.  They voted in a big way
11  11  at the end of February.
12  12   Q.  And did you have any concerns regarding the
13  13  pipeline, as you went into -- moved into Q3 2001?
14  14   A.  I thought, if anything, it was probably a
15  15  little overstated.  I thought it was too good to be
16  16  true.  I discounted it to some degree.  And, you know,
17  17  we talked earlier about cleaning up pipelines and that
18  18  sort of thing.
19  19       So I -- I thought it would be great if it was
20  20  really that strong.  I knew it was strong, it continued
21  21  to look good, but I wasn't sure it was quite as strong
22  22  as it said -- as the absolute number it started at.
23  23   Q.  Okay.  And did you start to see the
24  24  pipeline -- did you see the pipeline continue to grow in
25  25  the December/January time frame?
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00207:01   A.  The pipelines never grow.  The pipelines
2   02  typically, as I described earlier, get scrubbed; deals
3   03  start slipping.  So the process is by -- I would say by
4   04  the end of the first month, you kind of got a stability
5   05  point, and they just slide from there because deals slip
6   06  or deals get lost, or whatever.
7   07   Q.  Okay.  And are you familiar with the term
8   08  called "backfilling"?
9   09   A.  Some people have used -- ? -- I -- I -- that's
10  10  not a industry term, per se.  I mean ...
11  11   Q.  In what context have you heard it be used?
12  12   A.  It's been used inside the company where
13  13  somebody will say "This deal slipped, but I think I can
14  14  fill it or cover it with another deal that we -- now
15  15  looks like we'll be able to close."
16  16       So if that's what you mean by "backfilling" --
17  17  I'm guessing that's what you mean by "backfilling."
18  18   Q.  Okay.  And working off that definition of
19  19  "backfilling," did you have any understanding of whether
20  20  or not the field had a problem backfilling deals in Q3
21  21  2001?
22  22   A.  No.  As I testified earlier, you know, there's
23  23  always deals slip, deals come in, there's always
24  24  backfilling.  At the end of the day, what I care about
25  25  is "Are you going to make -- are you confident that this
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1   00208:01  forecast is going to happen, that you're going to stick
2   02  with your forecast, you're going to -- the cumulative
3   03  thing adds up to 25 percent?  What kind of risk do we
4   04  have?  Are we going to make it?"
5   05   Q.  So that was your only --
6   06   A.  As I said, there is -- "Guys, we keep reading
7   07  about the economy.  I'm concerned.  Is this going to
8   08  affect our business?"
9   09   Q.  And when you asked --
10  10   A.  "No, no."  Kept coming back "No, we'll make
11  11  our forecast."
12  12   Q.  Okay.
13  13   A.  And we had the same conversation in Q2, by the
14  14  way, 'cause I said by the early fall we knew there was
15  15  an economic concern out there.  We asked them all the
16  16  same questions.  We ended up overachieving our number,
17  17  so -- but it was a continual conversation.
18  18       And I went so far as to put in the queue
19  19  because the $64,000 question was, were we going to have
20  20  a really serious down point at some point in time?
21  21  Nobody knew.
22  22   Q.  When you were asking your field, the
23  23  salespeople and I guess their managers, were you asking
24  24  them particularly whether or not they were going to make
25  25  their numbers or were you asking other questions?
```

00209:01   A. Well, we always ask them "What -- what's the
02 business like; what's the trending; how are you doing
03 versus your competition; are people -- you know, are
04 customers concerned about the economy?"
05       You ask them all kinds of questions to get a
06 qualitative sense for what's going on up there.
07 Constantly do that.
08   Q. What was the feedback on each of these points
09 that you just mentioned?
10   A. Feedback which we got is "Yeah, I think people
11 are a little concerned about their business. But
12 everybody's committed to these -- the orders because
13 people feel like they need the software to drive
14 productivity, to drive cost production in their
15 business."
16   Q. Any other -- anything else that you recall at
17 this point?
18   A. No. No.
19   Q. Do you recall reading anything about slowdown
20 in the telecom industry?
21   A. Absolutely. I described the dot-com meltdown.
22 Some of that related to telecom.
23   Q. Okay.
24   A. That meltdown started well before, a number of
25 quarters before. So definitely there were things going

00210:01 on in the tech sector, specifically around dot-coms.
02 And telecoms were part of that. Even the mature telecom
03 companies were all part of that dot-com phenomenon.
04   Q. And you say you started to see that impact
05 prior to Q3 2001 -- or I'm sorry.
06   A. I read the articles.
07   Q. Let me rephrase that.
08   A. I read things about the telecom industry. I
09 think's what you're asking me.
10   Q. Yeah.
11   A. Definitely.
12   Q. And were you starting to see any impact on
13 that slowdown in the telecom industry on Oracle starting
14 in Q3 2001?
15   A. Q3 2001. I don't remember. I really don't.
16 I mean, clearly the so-called dot-coms, the smaller, you
17 know, little dot-com companies had clearly fallen. We
18 were getting a substantial business that really was
19 evaporating by then. Can't remember on telecom, per se.
20   Q. Okay. And do you recall -- you don't recall,
21 then, when they started -- when you started to see an
22 impact on the slowdown for telecoms?
23   A. I can't remember exactly, no.
24   Q. Now, speaking generally about the economy, did
25 you notice whether or not the economy was getting worse

00211:01 or staying stagnant or getting better in January 2001
02 compared to December?
03   A. I don't remember exactly. All I remember was
04 people were -- there were newspaper articles; there were
05 analysts all concerned about what was going to happen to
06 the economy. But I don't specifically remember what
07 happened in January versus December.
08   Q. Okay.
09   A. We have an economist on our board, Michael
10 Boskin. Asked him at the board meeting. I went
11 through -- I tried anybody. Nobody knew what was going
12 to happen to the economy.
13   Q. Okay. Stepping back a moment, there was a
14 board meeting in January 2001 --
15   A. That's correct.
16   Q. Let me finish my question. Do you recall
17 discussing the issue of whether to halt trading at that
18 meeting?
19   A. No.
20   Q. You don't recall telling the SLC that that was
21 something that was discussed in the January 2001 board
22 meeting?
23   A. Don't recall that. What I recall -- and maybe
24 I did tell them, but what I recall was clearly
25 discussing the concern about the economy. And that's

00212:01 what I alluded to, that even Michael Boskin was there.
02 But -- I said, "You know, we keep hearing from analysts.
03 we keep reading in the paper, about a concern about the
04 general economy. I want you to know, we've been
05 talking" -- and Larry was there -- "we've been talking
06 to our guys. As far as we can tell, it's still not
07 affecting us. And our guys continue to believe even
08 though it's affecting PC and hardware, we're going to
09 come out relatively better because people need this
10 stuff. And the thing I can't figure out is how bad is
11 bad. And if this really gets bad, it's gotta have some
12 effect on us. But I really don't know, you know, at
13 this point. And nobody's forecasting it."
14       So definitely talked about it. I don't
15 recall, per se, saying "Gee, I wonder if we should stop
16 trading." I might have said, if I thought it was, we
17 should stop trading, but I don't think I asked anybody's
18 opinion whether I should stop trading. I just kind of
19 reviewed the assumptions we were making on our forecast.
20       And as far as we could tell, you know, so far,
21 so good. We were holding up.
22       MS. LAVALLEE: Okay. I'd like to mark as
23 Exhibit --
24       MR. SALPETER: 144.
25       MS. LAVALLEE: -- 144 a document Bates-stamped

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00213:01 CA-ORCL 021392 through 408.
02    (DC Exhibit No. 144
03    marked for identification).
04    MS. LAVALLEE:  Q.  Mr. Henley, can you take a
05 look at this document and tell me whether or not you see
06 a date on it.
07    A.  At the bottom it says "12/08/2000."
08    Q.  And if you look through the document, there's
09 handwriting throughout the document.  Can you tell me
10 whether that's your handwriting.
11    A.  There's one that says "six points" that
12 certainly looks like mine.
13    Q.  I'm sorry, the one that says what?
14    A.  Second page, it says "six points."
15    Q.  Okay.
16    A.  It's abbreviated "PTS."  It certainly looks
17 like my handwriting, yes.  The second -- page 396, that
18 handwriting, "tech pipeline for Jay," those are --
19 that's my handwriting, that's correct.
20    Q.  Okay.  Anything else on there?
21    A.  I didn't examine -- you're saying other pages
22 where there's handwriting?
23    Q.  Yes.  There's one on page 99.
24    A.  Yes, that's my handwriting.
25    Q.  Okay.

Oracle Related Cases                                    Page 213

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00214:01    A.  Yes.
02    Q.  And if I could turn to your attention the page
03 marked "96."  Okay.  You have some sentences written at
04 the bottom of the chart.  Can you read that for me,
05 please.
06    A.  "Tech pipeline for Jay down a lot
07 since this report, coms is the big upside.
08 Sprint, Verizon, AT&T, Bell South, NAS, no
09 big deals in pipeline."
10    Q.  And NAS refers to one of your divisions,
11 correct?
12    A.  Yes, the one that George Roberts oversaw --
13    Q.  Okay.
14    A.  -- in the U.S.
15    Q.  All right.  Referring to the "tech pipeline
16 for Jay down a lot since this report," was that
17 something that caused you any concern?
18    A.  Boy, I -- it must have, 'cause I wrote it and
19 then I put a question mark on the upside for Jay.
20    Q.  Okay.
21    A.  So again, when I go through these things, if I
22 hear things, I try to correlate them to what Jennifer's
23 put in here.
24    Q.  Right.
25    A.  And so I try to figure out, gee, he --

Oracle Related Cases                                    Page 214

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00215:01 apparently his tech pipeline's not as good.  Why does
02 he -- why does Jennifer think he has upside?
03    Q.  Okay.  Do you know when you would have written
04 these notes on this document?
05    A.  I don't know.  I assume fairly close to when
06 this report came out, but I have no idea.
07    Q.  Okay.  And the next sentence, "coms is the big
08 upside," what did you mean by that sentence?
09    A.  Jay had a number of what we call vertical
10 pieces to his number.  And one of them was he ran the
11 communications business, the telco sector.  So I think
12 what I meant was that there were a number of large deals
13 that quarter he hoped to close with Sprint, Verizon,
14 AT&T and Bell South.
15    Q.  Was that where he was looking for his upside?
16    A.  Yes.
17    Q.  Okay.
18    A.  I assume.  I assume that's what the note
19 meant.
20    Q.  Okay.  And Jay runs OSI; is that correct?
21    A.  That's correct.
22    Q.  Or ran OSI during that period.
23    A.  Ran OSI, that's correct.
24    Q.  "NAS, no big deals in pipeline," was that
25 something that caused you any concern at the time?

Oracle Related Cases                                    Page 215

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

00216:01    A.  No, that's actually good.  The difference
02 between Jay's number and OPI versus George was they had
03 the larger customer.  So those -- there were more
04 so-called larger deals.
05    What George identified was that there was no
06 big, big deals he had to close.  He just had, obviously,
07 a lot of deals to close.  But in theory, if he had a
08 normal conversion rate, there should be less risk to his
09 number.
10    Q.  Okay.  I'd like to show you a document that
11 was previously marked as DC-108.  This is a document
12 that's Bates-stamped CA-ORCL 9732 through 9735.
13    A.  Yes.
14    Q.  Can you tell me whether or not this is the
15 actual results e-mail that we had discussed earlier
16 today.  This is the type --
17    A.  Appears to be.  Typically Larry would send --
18 Garnick would e-mail us the actuals, and that would be
19 followed some days later with a hard copy, very detailed
20 report of the actual results.
21    Q.  And do you believe that you actually
22 received -- you're listed as recipient -- a copy of this
23 document on or about January 17th, 2001?
24    A.  Yes.
25    Q.  Okay.  I'd like to draw your attention to the

Oracle Related Cases                                    Page 216

00217:01 second sentence under the first bullet point. It says,
02    "However, excluding the 60 million
03    Covisint license deal, the USD growth rate
04    would have been only six percent."
05    And then the next sentence reads.
06    "Excluding Covisint, OPI license
07    revenue growth would have been negative
08    85 percent."
09    Is that a correct reading of what the document
10 says?
11    A.  Yes.
12    Q.  Can you tell me why Mr. Garnick provided this
13    information when he states he excluded the Covisint
14 license deal?
15    MR. SALPETER: Objection to form.
16    You may answer.
17    THE WITNESS:  Yeah, as I said earlier, it is a
18    large -- very large -- largest transaction -- single
19    license deal we ever did.  And typically these larger
20    deals happened in the third month.
21    So, you know, clearly there's a apples and
22    orange thing.  And so he just excluded the whole thing.
23    Whether there was a few larger -- large deals in the
24    prior year, I don't remember.  But he just said, look,
25    this is so big, if you look at it -- excluding that,

00219:01 usually have them.  If there were, he should have pulled
02    them out.  But he didn't bother to do that.
03    Q.  And do you know as of this date whether or not
04    there were any other deals in the pipeline for Q3 2001
05    that were as large as the Covisint deal?
06    A.  No, there weren't.
07    Q.  Okay.  Were there other deals that you would
08    characterize as atypical or significant large deals that
09    would be out of the norm in the pipeline for Q3 2001?
10    A.  Well, there are always -- and certainly during
11    this period, there were a collection of big deals, deals
12    over 5-, $10 million.  And what I always chose to do is
13    the Street was, not single out one deal, was I always
14    religiously reported the percentage of large deals as a
15    percentage of our total license revenue.
16    So, you know, the Covisint was certainly a
17    large deal.  Whether the aggregate of all of our large
18    deals together was any different or more unusual than
19    any other quarter, I don't know.
20    Q.  Okay.  And when you say you reported that to
21    the market, are you referring now to when you had actual
22    results --
23    A.  Yes.
24    Q.  -- at the end of a quarter?
25    A.  At the end of a quarter, I always said -- and

00218:01 typically it would have fallen in the third month.  We
02    got off to a slow start relative to our forecast of
03    25 percent for the third quarter.
04    MS. LAVALLEE:  O.  Okay, I'm not sure I
05    understand from your answer precisely what you're
06    saying.  So I'm going to ask you another question.
07    Are you saying that basically that it was such
08    a large deal that it could skew the growth rate; is that
09    what you're saying?  The year over year growth rate, or
10    am I mischaracterizing it?
11    A.  Yes.  You -- you -- he's pointing out that
12    it's not normal to get a huge deal like this anytime,
13    but particularly in the first month of the quarter.  So,
14    you know, you ought to really look at this without this
15    deal and see what how we started off the quarter.
16    Q.  Okay.  So looking at it without the Covisint
17    deal would give you a better picture of how you're
18    starting your quarter?
19    A.  Yeah, absolutely.  It would give you a more
20    accurate -- I think it's dis -- it is distorted, you
21    know.  And if he didn't do it, I would have asked him to
22    do it, 'cause clearly you want to understand what the
23    number ex-Covisint was.
24    In a perfect world, he should have gone back
25    and excluded any other large deals, 'cause we don't

00220:01 this went back to when I first started.  I always felt
02    that if a quarter had more or less big deals, it could
03    distort the run rates or something.
04    So I always reported the percentage.  And I
05    chose the number half a million.  Obviously this is well
06    above that.  And we had these big, big deals that tended
07    to be, you know 5-, 10 million and plus.  There's not a
08    ton of them, but there's some.
09    And so I always reported what the percentage
10    of deals over half a million were, and so they had some
11    perspective -- and I was comparing that to a year ago,
12    so forth -- so they had some perspective of whether
13    large deals were distorting our numbers or not.
14    Q.  Okay.  And were you concerned by the actual
15    figures for December 2000 as when you read this e-mail?
16    A.  No.
17    Q.  You had no concerns?
18    A.  In a perfect world, I would love to start off
19    with a hundred percent.  The reality is the first
20    quarters, based on history, have very little correlation
21    how we do for the quarter.  They tend to be very low in
22    terms of contribution for the quarter.
23    I always look at the data.  In a perfect
24    world, the bigger, the better.  Don't get me wrong.  But
25    we've had quarters where we started off bad and ended up

00221:01 with a bang. We've had some quarters where -- we've had

02 some quarters where we start high, in terms of growth

03 rate, and end up well below that for the quarter.

04        So didn't have any unusual concerns about it,

05 no.

06    Q.  Okay. And did the first month of December --

07 did the first month for the third quarter of a year

08 typically average to a certain amount -- percentage of

09 the quarter? When you looked back historically, did it

10 run a particular range generally?

11    A.  As I said earlier, I'm recalling -- I gave you

12 a rough range of 15 to 20 -- and again, it could be

13 different in various quarters. So there was a range.

14 It's not ten to 50, or something like that. But there

15 isn't a tight little number, every quarter you can count

16 on a certain percentage coming in the first quarter.

17        But I did tell you it's always -- typically

18 it's the lowest month usually. It's the lowest -- that

19 first month is usually the lowest. The quarter tends to

20 build, and then there's a very significant

21 disproportionate amount that happens in the last month.

22 And certainly the bulk of that happens in the last

23 couple of days of the quarter.

24    Q.  Okay. Now, speaking now -- you mentioned

25 something that you referred to as seasonality earlier.

00222:01 Typically do you recall whether or not the December as

02 the first month of the third quarter represented a

03 larger percentage of the first -- of the final actual

04 results for the quarter than other first months did

05 historically?

06    A.  I don't remember.

07        MS. LAVALLEE:  Okay. Actually, I think I'd

08 like to take a four-minute or three-minute break.

09        THE VIDEOGRAPHER:  This marks the end of

10 videotape number 3 in Volume I in the deposition of

11 Jeffrey Henley on March 2nd, 2004. We're going off

12 the record. The time is 3:23.

13        (Recess taken.)

14        THE VIDEOGRAPHER:  This marks the beginning of

15 videotape number 4 in Volume I in the deposition of

16 Jeffrey Henley on March 2nd, 2004. We're going back

17 on the record. The time is 3:31.

18        MS. LAVALLEE:  Q.  Okay, Mr. Henley. I'd like

19 to mark as Exhibit No. -- oh, I'm sorry. This is a

20 document that has been previously marked as DC-109. And

21 if I could ask you to take a look at the document and

22 then identify it for the record.

23    A.  So it says "December flash report," dated

24 January 17th.

25    Q.  Okay. And is this a document --

00223:01    A.  2001, sorry.

02    Q.  And is this a document that you received on or

03 about January 17th, 2001?

04    A.  I'm sure I got it right after, sure.

05    Q.  Okay. And if I look at this document

06 correctly, I see there's a fair bit of historical data

07 in terms of year over year growth rates, and it's

08 divided up by month.

09    A.  Mm-hm.

10    Q.  Okay. Now, in his e-mail, Mr. Garnick has

11 given numbers for what percentage of the quarter the

12 December actuals represented.

13    A.  Mm-hm.

14    Q.  Would he have derived that from this chart, to

15 your -- is that your understanding?

16    A.  I don't know. It may well, I mean.

17 clearly -- got it somewhere. But it could well have

18 been here.

19    Q.  Okay.

20    A.  This is a report I've -- format I've looked at

21 for a number of years.

22    Q.  And this is a document that you rely on?

23    A.  Definitely. It's another one of the many

24 things I look at to give me perspective.

25    Q.  Okay. In the third bullet point on

00224:01 Exhibit No. --

02        MR. SALPETER:  108. The Garnick thing?

03        MS. LAVALLEE:  Yeah.

04        MR. SALPETER:  108.

05        MS. LAVALLEE:  Thanks.

06    Q.  In the third bullet point, he indicates that,

07 "December license results represent

08 19 percent of the total forecast for Q3" --

09    A.  Okay, sure, mm-hm.

10    Q.  -- "Q3 FY '01."

11    A.  Right.

12    Q.  And then he refers to, "In FY '00 and

13 FY '99, December represented 16 and

14 19 percent respectively of the quarter

15 total."

16    A.  Right.

17    Q.  Can you tell me why he engaged in this

18 analysis?

19        MR. SALPETER:  Objection to form.

20        MS. LAVALLEE:  Or let me ask a different

21 question.

22    Q.  Can you tell me why it is that this is

23 something the company considered, if at all it was?

24    A.  Again, there's a variety of analysis we do to

25 kind of get some perspective on how well we started the

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00225:01 quarter, what percentage it was, based on norms,

02 historic, so forth.

03         I might add, as I acknowledged earlier, he

04 culled out Covisint. And again, that's entirely

05 appropriate in terms of looking at the business absent

06 Covisint. But it's -- it is a zero. Something came in

07 the end. There's $60 million. If you want to exclude

08 it now, it still comes in the quarter. So, you know, if

09 you want to take it out of the first quarter to kind of

10 look at everything else, that's interesting, but then

11 add it back for the whole quarter.

12         So it was one of the rocks that we relied on

13 in our whole forecast as to why we were pretty confident

14 we'd make 20, 25 percent, 'cause we had a head-start

15 with a very large Covisint deal that we knew we had.

16   Q.   Okay. Mr. Henley, I guess my question related

17 to the third paragraph. Is there -- do you have any

18 understanding as to whether or not Mr. Garnick was

19 taking out Covisint in his analysis of what he said in

20 the third point?

21   A.   I don't think so. But we talked earlier about

22 the Covisint being excluded in the first bullet.

23   Q.   Okay. So you're just going back to earlier

24 testimony?

25   A.   Yeah.

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00226:01   Q.   Okay.

02   A.   When I look at things, I'm always interested

03 in getting some perspective. And I thought the Covisint

04 point he made was absolutely right on. But I didn't

05 want you to think that it wasn't important.

06         I mean, it -- it -- it -- we got off to a slow

07 start in respect -- you know, excluding Covisint. But

08 the good news is there was $60 million that was real.

09 And if you don't want to take it in the first month,

10 that's great, but then it gets added in the last month.

11   Q.   Okay. We've got to remember to slow down --

12   A.   Yeah.

13   Q.   -- for the court reporter.

14   A.   Yeah.

15   Q.   All right. And can you tell me when -- the

16 third bullet point, would you be able to -- actually,

17 strike that.

18         Let me mark -- no, wrong one. We'll wait.

19         I'm going to ask you to take a look at another

20 document that has previously been marked --

21         (Inaudible discussion).

22         MS. LAVALLEE:   O.   -- as DC-110.

23   A.   Which is DC-110?

24         MR. SALPETER:   She's going to hand you a new

25 one.

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00227:01         THE WITNESS:   Oh, new one. Okay. New one.

02         MS. LAVALLEE:   Here you are, Mr. Henley.

03   Q.   And after you've had an opportunity to look at

04 the document, which is Bates-stamped ORCL 0020831

05 through 33, can you tell me what it is.

06   A.   This is the -- a report -- e-mail from Larry

07 Garnick a month later, approximately, February 8th,

08 that gave another quarterly update. And we typically

09 did this on a quarter to date. So this now was the

10 January quarter to date, which incorporates the first

11 two months' actual results for the company.

12   Q.   Okay. And let me ask you a question,

13 Mr. Henley. Did you have any discussions with anybody

14 regarding your testimony here today during any of the

15 breaks?

16   A.   No.

17   Q.   Okay.

18   A.   Other than I complained it seemed like we're

19 taking an awful long time to get to the point, but ...

20   Q.   In the first bullet point, Mr. Garnick does a

21 similar analysis what he did in the prior month [sic].

22 And here again, he excludes the Covisint deal to

23 determine some growth rate figures; is that correct?

24   A.   That's correct.

25   Q.   And again, I'd like to draw your attention to

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00228:01 the third bullet point,

02         "January QTD license results

03         represents 36 percent of the total forecast

04         for Q3 FY '01. In FY '00 and FY '99,

05         January QTD represented 33 percent and

06         38 percent respectively of the quarter

07         total."

08         Do you see that?

09   A.   Yes.

10   Q.   Do you have any understanding as to whether or

11 not he was comparing the results to the actual total

12 forecasts or to the total pipeline numbers there?

13   A.   You're speaking of the third bullet?

14   Q.   Correct.

15   A.   I don't think he's talking about the pipeline.

16   Q.   I'm sorry, potential number.

17   A.   He was using the forecast. He was comparing

18 the first two months' actuals to whatever the forecast

19 was at the time for the quarter.

20   Q.   Okay.

21   A.   And then -- excuse me. In the prior years I

22 believe he'd be comparing the actuals for the first two

23 months as compared to the actual for the full quarter

24 that we know retrospectively happened.

25   Q.   Okay. Now, you testified earlier that the

00229:01  first month of the quarter doesn't provide, necessarily,
02  a good picture for you of where the quarter will end up
03  because sometimes you have a situation where you have a
04  slow first month, but yet you make your numbers.
05         Would you say that that's true also -- results
06  for both your first and second months?
07     A.  Yes.
08     Q.  Okay.
09     A.  There is not a tight correlation.  But clearly
10  the more you can get done early in the -- earlier in the
11  year, the less you have to do at the end of the final
12  month.
13         Again, I'll make the same point to you about
14  Covisint, though.  If you want to take the approach of
15  excluding it, which Larry did here, which I understand
16  why he did, and I thought it made some sense, you also
17  have to consider that it then helped us make up the
18  difference in the third month.
19     Q.  Okay.  And in terms of where you were at the
20  end of this January 2001 on your actual figures --
21  strike that.  Let me ask you a different question.
22         Although you say that you're not so concerned
23  about where the first and second month end up in terms
24  of actual figures, does there sometimes come a time when
25  the first and second month actuals are so low that it

00230:01  creates a problem in terms of the amount of pressure it
02  puts on generating revenue for the third month of a
03  quarter?
04         MR. SALPETER:  Objection to form.
05         THE WITNESS:  I don't know about the word
06  "pressure," but I think as I testified earlier, I mean,
07  the more you can get in the first two months, the
08  better.  I mean, the more you got in the drawer versus
09  what you need for the quarter, the better.  There's
10  obviously less you have to do the third month to make
11  your forecast.
12         And I suppose if you carried it to the absurd
13  and you had nothing in the first two months, then you
14  would have an almost impossible hill to climb at some
15  point.
16         But I mean, there have been -- there have been
17  variations over time, and there's been times we've
18  started off well, and yet we just have a lot of
19  disappointment in the last month, and other times where
20  we started off poorly the first month -- even the second
21  month we were running under what we'd like to have had,
22  and then we sort of make it up in the last month.
23         But, I mean, it's not that we don't look at
24  it.  We clearly look at it.  But still gets back to,
25  okay, well, you can exclude Covisint, but then I've got

00231:01  a 60-million bogey that helps me fill up the bigger
02  requirement now in the third month, if you want to look
03  at it that way.
04         MS. LAVALLEE:  Q.  Okay.  And let's say you're
05  faced with the situation where the percentage of actual
06  revenues that are generated in the first and second
07  month of a quarter are low.
08         Do you -- does that cause some concern that
09  you actually look to see whether or not items in the
10  pipeline seem to be strong and whether you look at some
11  of the other indicators to ensure that you feel
12  comfortable that you would be able to make the revenue
13  in the third quarter?
14     A.  Yeah, sure, definitely.  The lower it is, the
15  more I would probably press people "Are you sure about
16  your forecast, are you sure that you'll catch it up,"
17  and that sort of thing.
18     Q.  And would you be looking, then, at things like
19  pipeline, pipeline conversion rates, and other factors
20  that we discussed earlier today?
21     A.  Yes, and also just talking to the guys.  They
22  have the best knowledge of their pipelines.  They have
23  weekly meetings with all their people.  So ultimately
24  pressing the senior managers who run these businesses
25  to, you know, say, you know, "Gee" -- remember those

00232:01  conversations over the years.  "You started off bad in
02  the first month and now you're going to make it up," and
03  that sort of thing.  So clearly have had those
04  conversations a number of quarters [sic].
05     Q.  Okay.  And then you -- do you also look to see
06  what Ms. Minton is doing in terms of her upside?
07     A.  Look -- I mean, she comes back to me with
08  updates every forecast.
09     Q.  So would -- if she was projecting no upside,
10  you were faced with that situation, would that be
11  something you would look into?
12     A.  Again, when you say "upside," see, there are
13  times when -- there are periods over the years where she
14  might have negative -- to use your word "upside" -- I
15  call it judgment.
16     Q.  Okay.
17     A.  Her role is to try to figure out what does she
18  really think is going to happen in different revenue
19  lines, different expense items, so I can have a view --
20  and she shares it with Larry, and so forth -- as to
21  what, in her opinion, based on conversations with
22  finance people, her best guess how things will turn out.
23     Q.  Okay.  Mr. Henley, I am going to show you a
24  document previously marked as DC Exhibit 47.  And can
25  you take a look at this document, and then once you've

1  00233:01  had a chance to review it, tell me whether you've ever

2  02  seen it before.

3  03  A. I don't recollect. I'm not shown as a copy,

4  04  but that doesn't mean somebody couldn't have given me

5  05  hard copy. But I don't recollect seeing this.

6  06  Q. Okay. Do you recall ever learning the

7  07  information contained in this e-mail? And you can take

8  08  a moment to read it.

9  09  A. I'd have to read it again.

10  10  I've now read it.

11  11  Q. Can you tell me whether or not you recall

12  12  learning of any of the information provided in this

13  13  e-mail?

14  14  A. If I'm learning what?

15  15  Q. If you ever learned any of the facts set forth

16  16  in this e-mail in about December, January of 2001.

17  17  A. I don't -- I don't recall. I mean, I clearly

18  18  talked to George in the EC meetings. And whether he

19  19  coordinated these facts or not, I don't know.

20  20  Q. The second paragraph says "Slow start in FY

21  21  '01." And then it says,

22  22  "A growth comparison to last year have

23  23  been relatively easy in the first two

24  24  quarters as we did not perform that well a

25  25  year ago."

1  00234:01  Can you explain to me whether you have any

2  02  understanding as to what the author was talking about

3  03  here?

4  04  A. I absolutely have understanding of that. When

5  05  you -- when analysts -- and internally -- external

6  06  analysts -- we always look -- when you look at

7  07  comparisons, you have to take into account unusual

8  08  things, if they're distortions, like if you had a

9  09  disastrous year ago, then your comparison might look

10  10  better on a relative basis, or if you had a terrific

11  11  year where you just way exceeded, you would have what we

12  12  call a tough comparison.

13  13  So you can't take a percentage face blank.

14  14  You have to understand what you're comparing to.

15  15  Q. Right. And do you have any recollection of

16  16  how you -- Oracle performed in Q3 2000?

17  17  A. I don't. But after reading this, apparently

18  18  NAS, according to David, had had a -- this is Q2.

19  19  Q. Q3, I asked.

20  20  A. Q3. No, he says the comparisons were tougher

21  21  in Q3 and Q4.

22  22  My recollection was that was still in the

23  23  dot-com boom and we were still doing really well. So

24  24  part of George's businesses got a lot of benefits out of

25  25  dot-coms. So that comparison was definitely -- that

1  00235:01  part of it would have been tougher.

2  02  And I kind of talked about that earlier.

3  03  'cause by the summer, the dot-com boom was dissipating.

4  04  We were seeing significant negative growth coming out

5  05  year over year in the dot-com section. Maybe -- perhaps

6  06  that's what he's referring to.

7  07  Q. Okay. So is it fair to say that going into Q3

8  08  2001, that the -- achieving the growth rates was more

9  09  difficult for that quarter --

10  10  A. According to David.

11  11  Q. Let me finish my question -- for Q3 was more

12  12  difficult than it would have been -- than it was in Q2,

13  13  based on the historical growth rates for those

14  14  respective quarters?

15  15  A. I don't recall. David said it was. He's a

16  16  good guy, probably right. But I don't particularly

17  17  recall that.

18  18  Q. Okay. In the next paragraph, he refers to the

19  19  fact that.

20  20  "Note that we have only one deal

21  21  greater than 5 million currently in the Q3

22  22  pipe. Last year we had four deals and

23  23  netted 28 million."

24  24  Am I accurately reading what the statement is?

25  25  A. Yes, I believe so.

1  00236:01  Q. And --

2  02  A. That's what I read too.

3  03  Q. Was that something that caused you any

4  04  concern -- strike that.

5  05  Were you aware of this fact?

6  06  A. Honestly, I don't remember.

7  07  Q. Okay.

8  08  A. I really don't.

9  09  Q. Okay.

10  10  A. But that -- that would -- you know, that --

11  11  that would be a comparison issue. So again, if you had

12  12  more large deals a year ago, it makes it harder to

13  13  achieve your growth rates and so forth.

14  14  But that's all factored into the forecast.

15  15  That's -- all this gets factored into whatever they

16  16  forecast. And it gets into explaining why they would

17  17  forecast a different number than you might think on the

18  18  surface or something.

19  19  Q. Okay. If I could turn your attention to the

20  20  next page of the document, the second page.

21  21  Bates-stamped 122385. And it's the fourth point. It

22  22  says, "Q3 pipe not where it needs to be."

23  23  Do you have any understanding of what was

24  24  going on there?

25  25  A. Again, I'm speculating -- well, based on a lot

00237:01 of knowledge, but I'd be speculating to say that, you

02 know, they're like anybody else we've discussed today.

03 They have a certain pipeline. They have certain

04 historical conversion rate. So the bigger the pipeline,

05 the better the chance of making a certain forecast,

06 right?

07 Q. Okay.

08 A. So I'm speculating he would -- he would -- at

09 that very early stage in the quarter would hope that

10 they'd have a higher pipeline. Now, as they scrub the

11 pipeline, maybe more stuff comes in, whatever.

12 And I think that's also part of the

13 speculation, that he felt like, based on conversations,

14 that maybe the next time he looked at the pipeline in a

15 couple of weeks, things -- he'd actually see it grow.

16 That's happened before.

17 Q. Okay. And sitting here today, you don't have

18 any understanding as to whether or not that occurred, do

19 you?

20 A. I don't -- I don't remember.

21 Q. Okay.

22 A. In fact, in rereading it, he does say the

23 point that I made.

24 "Given the past trends, GB major

25 should add incremental pipe during next

00238:01 three weeks."

02 As they sort of went to their management

03 meetings and got down to the details of the deal and,

04 you know, reclassified dates, that was typical many

05 times that the management would kind of go through the

06 deals. Some deals would slip; some deals would come in.

07 Q. Okay. And the sentence right before that is,

08 "I think we need another 50 million of

09 apps and nearly 70 million of tech to feel

10 statistically comfortable to hit our Q3

11 budget."

12 Do you have any understanding of what he was

13 talking about there? And I don't want you to speculate.

14 A. Again, as I say, he said "Based on conversion

15 history -- it's quite clear that based upon my

16 conversion rates that I've been running, to hit the

17 forecast I would need some more pipeline."

18 Then he goes on to say,

19 "Given the past trends, GB and major

20 should add incremental pipe during the next

21 three weeks."

22 Q. Right, but sitting here today, you have no

23 idea whether or not that occurred after that?

24 A. I don't recall.

25 Q. Okay. Going to show you another e-mail from

00239:01 Mr. Winton, which is dated January 11th, 2001 and was

02 previously marked as DC-43. And if I could ask that you

03 take a look at the document and then tell me whether or

04 not it's a document you've ever seen before.

05 A. Again, I'm not copied. I doubt I saw it, but

06 I don't know.

07 Q. And sitting here today, do you have any

08 understanding as to whether or not any of the

09 information contained in this report was something that

10 you learned during the January -- on or about

11 January 11th, 2001?

12 A. Well, let me read the thing fully.

13 Q. Please.

14 A. Okay. I've now read it. So what was the

15 question?

16 Q. Okay. Let me -- well, let me go back.

17 My question is did you ever learn of any other

18 facts set forth in this memo or this e-mail in

19 January 2001, to the best of your recollection?

20 A. Again, I don't recall seeing the e-mail.

21 George was giving us comments in the EC meetings.

22 Jennifer was talking to David Winton. So I was getting

23 all kinds of -- this specific stuff, I don't remember.

24 Q. Okay. And second paragraph -- no, the third

25 paragraph says, "The pipe has not grown as we had

00240:01 anticipated."

02 Was that something that you were aware of? Do

03 you know whether or not the pipe in -- well, let me step

04 back.

05 Mr. Winton's in which division of the company?

06 A. He's in NAS.

07 Q. Okay. And are you aware --

08 A. Worked for George Roberts.

09 Q. Okay.

10 A. Or I guess he reported to him. He reported to

11 Jennifer Minton as well.

12 Q. And what was his position at the company?

13 A. He was -- I don't know the title. Finance

14 manager, something like that. But the finance analyst,

15 manager, had a series of analysts working for him that

16 supported NAS, doing forecasting, budgeting, that sort

17 of thing.

18 Q. And again, the sentence "The pipe has not

19 grown as we anticipated," do you have any recollection

20 of whether or not that was something that you were aware

21 of in Q3 2001, or in January -- middle of January 2001?

22 A. Certainly, as I testified earlier, I was

23 getting forecast information that included pipeline

24 information every couple of weeks.

25 I wasn't always checking how that varied to

1  00241:01  the last report. But I was certainly getting pipeline
2  02  information.
3  03      And as I testified earlier, some of the
4  04  pipeline data we got starting -- in total, at least, I
5  05  was somewhat suspect. I somewhat didn't quite believe
6  06  our total pipeline, whether it was in NAS or not, was
7  07  quite as strong 'cause it was unbelievably strong.
8  08      And that was part of the reason why we set a
9  09  forecast that was -- at 25 percent -- that was --
10 10  somewhat discounted that.
11 11      Q.  Okay. And this sentence actually says that
12 12  "The pipe has not grown as we anticipated."
13 13      So was there some expectation that the
14 14  pipeline for N-A-S would -- or for NAS would grow?
15 15      A.  Again, I don't -- didn't have an expectation.
16 16  According to the previous e-mail you showed me, he did.
17 17  So he said "In three to four weeks, we anticipate, based
18 18  on history the last couple quarters, this will grow."
19 19  Apparently it didn't.
20 20      Q.  Okay. The next point, 2, says,
21 21      "Lack of big deals.  Unlike Q1 and Q2,
22 22  we have few big deals in this case that
23 23  could drive us past the 360 million
24 24  line" -- pardon me -- "past the 360 line."
25 25      Do you have any understanding of what he was

---

1  00242:01  talking about there?
2  02      A.  Sure. I mean, again, as we talked earlier,
3  03  apparently there were several big deals they'd closed
4  04  the year before. In looking at his pipeline, he just
5  05  didn't have those three or four similar-size big deals.
6  06      But that, again, should have been reflected
7  07  from the get-go in his forecast. And I think he
8  08  continued to reflect the fact in terms of what he
9  09  thought he would do for the quarter.
10 10      Q.  Okay. And the next point says,
11 11      "Drop in technology.  As reflected in
12 12  the softening pipe, both the GB and majors
13 13  see a slowdown in both Q3 and Q4."
14 14      Do you have any recollection about this
15 15  occurring?
16 16      A.  We started seeing a slowdown in majors --
17 17  well, you said GB and majors?
18 18      Q.  Yes.
19 19      A.  Okay. We started seeing a slowdown in GB,
20 20  which is where the dot-coms were, and had continued to
21 21  see that. And we were still kind of trying to find the
22 22  bottom --
23 23      Q.  Okay.
24 24      A.  -- for a year. So every quarter I kept
25 25  hearing about "We think we're at the bottom," and then

---

1  00243:01  every quarter kept -- kept -- kept doing worse and
2  02  worse.
3  03      Q.  And what about majors?
4  04      A.  No, that -- that bounced around. So I
5  05  wouldn't say that -- that's not where the dot-coms were.
6  06      Q.  Okay. Do you recall seeing the slowdown that
7  07  he's referring to in majors in Q3?
8  08      A.  At the end of the quarter, I did.
9  09      Q.  But you don't recall it as of the date --
10 10      A.  I don't recall.
11 11      Q.  -- of this e-mail? Let me finish my question.
12 12      A.  No.
13 13      Q.  Mr. Henley, I'm going to show you a document
14 14  that has previously been marked as DC-56 in this
15 15  litigation. This is a document Bates-stamped ORCL
16 16  0046571, and it appears to be an e-mail from Jim English
17 17  to Jennifer Minton, dated January 17th, 2001.
18 18      Can you tell me whether or not you've ever
19 19  seen this e-mail before today.
20 20      A.  Again, I'm not copied on it. Doesn't mean
21 21  that somebody might not get it. But typically I
22 22  wouldn't get these e-mails. Jennifer Minton would kind
23 23  of filter all these things, reflect that in her upsides,
24 24  her downsides, her judgment, give me sort of highlights
25 25  of things.

---

1  00244:01      Q.  Sure. Can I ask you to take a moment to read
2  02  the e-mail, please.
3  03      A.  Okay.
4  04      Q.  Okay. Do you recall learning any of the facts
5  05  set forth in this in or about January 17th, 2001?
6  06      A.  Again, I testified I don't.
7  07      Q.  Okay.
8  08      A.  From this particular e-mail?
9  09      Q.  Yes.
10 10      A.  I testified that this stuff is filtered
11 11  through Jennifer Minton. She may have mentioned a
12 12  couple of points. Sandy Sanderson, his -- ran OPI; this
13 13  was the finance man -- may have reported some of this
14 14  stuff. But I don't remember anything specifically
15 15  coming from this e-mail.
16 16      Q.  Okay. That was my question.
17 17      A.  Right.
18 18      Q.  Okay, thank you. In the second paragraph, the
19 19  second sentence says,
20 20      "If you pull Covisint from pipe, apply
21 21  our week 7 FY '00 coverage rate and then
22 22  add Covisint back in, you get 170M,"
23 23  million, I assume that reads.
24 24      A.  Yes.
25 25      Q.  Can you explain to me what Mr. English was

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00245:01  doing there by pulling out?

2  02  MR. SALPETER: Objection to form, asking the

3  03  witness to mind-read.

4  04  MS. LAVALLEE: Q. Do you have any

5  05  understanding of what -- what he was doing there?

6  06  A. Well, I think -- I think what he probably was

7  07  doing was saying "Look, Covisint came in early in the

8  08  quarter rather than late. So let me exclude that. And

9  09  say all the other big deals we have, let's apply a

10  10  normal conversion rate to them, you know. And then at

11  11  the end, I'll add back what I know from Covisint."

12  12  And that would be, according to this e-mail,

13  13  potentially 170.

14  14  Q. Okay. So what he was doing was compensating

15  15  for the fact that this was an outlier deal and a very

16  16  large deal that was out of the ordinary, and then -- but

17  17  putting it back in at the end to factor in the fact that

18  18  it existed and therefore would be counted in at the

19  19  end-of-the-year -- quarter results; is that correct?

20  20  A. Yes.

21  21  Q. Do you think that's a reasonable analysis?

22  22  A. Sure. I think that's one way to analyze. If

23  23  you have a lot of deals still pending, sort of take the

24  24  Covisint out, let's look at all my normal pipe. But --

25  25  but it's -- it's a little bit extreme because we do

Oracle Related Cases                                          Page 245

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00246:01  occasionally get big deals in the first or second

2  02  quarters. Not this big, but I mean, so --

3  03  But it's a -- it's a technique. Again,

4  04  it's -- it's one of a variety of ways to analyze the

5  05  business to try to get a handle around the range of

6  06  possibilities.

7  07  Q. Okay. All right. In the first paragraph it

8  08  says,

9  09  "When you asked for a forecast revenue

10  10  summary, I should have asked what you were

11  11  looking for. I hope this helps."

12  12  Do you have any understanding why Ms. Minton

13  13  was asking Mr. English to provide her with this

14  14  information at this point in time in the quarter?

15  15  MR. SALPETER: Objection to form.

16  16  THE WITNESS: I have no idea. I mean, again,

17  17  you know, we go back and drill people. I told you I was

18  18  drilling extra hard in this month of January at the EC

19  19  meetings. So perhaps Jennifer was also going back --

20  20  assume she was -- you know, and trying to get more --

21  21  pressing the guys.

22  22  But she always does. Whenever they give

23  23  forecasts, she's always talking to the field. So I -- I

24  24  suspect that's what she was doing.

25  25  MS. LAVALLEE: Q. Okay. The next sentence --

Oracle Related Cases                                          Page 246

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00247:01  or the last sentence of the second paragraph reads,

2  02  "We have a lot of pipe at challenging

3  03  clients."

4  04  Do you have any understanding as to whether or

5  05  not -- well, let me ask a different question.

6  06  Do you have any understanding of what

7  07  Mr. English was talking about there?

8  08  MR. SALPETER: Objection to form.

9  09  THE WITNESS: Again, I kind of clarifies it,

10  10  I think. He -- he's talking about companies that have

11  11  announced pending layoffs, although they were -- says

12  12  they were reported to do well and then somebody -- GM

13  13  had poor earnings and Gateway had poor earnings.

14  14  So a couple of these actually had poor

15  15  earnings, so ...

16  16  MS. LAVALLEE: Q. Okay. So it's your

17  17  understanding what he was saying was that some of the

18  18  pipe -- a lot of pipe is directed to challenging clients

19  19  where there might be issues about whether or not the

20  20  deals will close. Is that your understanding of this?

21  21  A. Sure, I think that's what he's saying.

22  22  Q. Okay. At the -- right below the three

23  23  bullets, sort of nearly halfway down, it says,

24  24  "Our best is at 220M," which I assume

25  25  means million," which is a real stretch, as

Oracle Related Cases                                          Page 247

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00248:01  several of these deals will be Q4."

2  02  The next sentence reads, "One AVP

3  03  talked of starting to see indications of

4  04  client delays on decisions."

5  05  Were you aware of any client delays on

6  06  decisions, starting to see that?

7  07  A. I don't recall. I really don't.

8  08  Q. Is that one of the indicators that you would

9  09  look at to determine whether or not the company's going

10  10  to be impacted by a slowdown in the economy?

11  11  A. It would be if I saw a significant number of

12  12  delays. And that's what, of course -- what we finally

13  13  did see in the last couple of days of February. And

14  14  that's why we concluded that the problem wasn't

15  15  executional or competitive; it was a economic change,

16  16  fundamental change.

17  17  And that's why we commented at a -- on the

18  18  earnings call, talked about it going forward. We

19  19  assumed that this was going to impact future quarters as

20  20  well, so yeah.

21  21  The problem is you need to see significant

22  22  numbers of delays, which unfortunately we didn't see

23  23  until the very end of the quarter and all of our

24  24  competitors saw in their March -- in their month of

25  25  March.

Oracle Related Cases                                          Page 248

1  00249:01   Q.  Okay.  And -- okay.

2  02   A.  Based on all their comments.

3  03   Q.  And to the best of your recollection, you

4  04  don't recall ever seeing [sic] any discussions of client

5  05  delays on decisions at all, though?

6  06   A.  Boy, you know, I don't recall.

7  07   Q.  It's a long time, I understand.

8  08   A.  I don't recall.

9  09   Q.  Okay.

10  10   A.  But -- but -- you know, we'd go through Sandy.

11  11  George, Jay, talk about things.  Sandy could have said

12  12  "Gee, this deal worries me.  I'm not sure if this will

13  13  happen," or whatever.  But whether he used the word

14  14  "client delays" or something, I don't know.

15  15       But clearly there are always -- there's always

16  16  slippage deals.  There always is.  You don't convert all

17  17  your pipeline, so ...

18  18   Q.  Mr. Henley, I'm going to show you a document

19  19  that's previously marked DC-61, which is Bates-stamped

20  20  ORCL 0022083 through 2108.

21  21       And this is a document that appears to be an

22  22  e-mail from Kent Kelley to Edward Sanderson and James

23  23  English, dated January 17th, 2001.  And the subject

24  24  matter is "EJS forecast call script for January 17th,

25  25  2001."

1  00250:01       Do you have any understanding what the

2  02  forecast call script was for?  Was it -- whether it was

3  03  for the Thursday forecast?

4  04   A.  I assume that's what it is, the weekly

5  05  forecast call.

6  06   Q.  Okay.

7  07   A.  I'm assuming that's what it is.

8  08   Q.  Okay.  So basically this appears to be a

9  09  document that Mr. Sanderson received in anticipation of

10  10  that call so that he could --

11  11   A.  I believe so, yes.

12  12   Q.  And I assume this is a document you don't

13  13  recall receiving during Q3 2001?

14  14   A.  That's correct.

15  15   Q.  Okay.

16  16   A.  But I sit in on many of the calls.  I don't

17  17  remember if I was on this call.

18  18   Q.  Right.

19  19   A.  But if I was on the call, Sandy would have

20  20  recounted some of this or put his own judgment on what

21  21  the guys had told him.

22  22   Q.  Okay.  And I'm going to draw your attention

23  23  to -- under the OPI -- the heading "OPI Q4 '01 license,"

24  24  there's -- the first sentence there reads,

25  25       "The Q4 forecast is 167 million,

1  00251:01  negative 16-percent growth and 65 percent

2  02  of target."

3  03       Do you recall learning any information

4  04  regarding where Mr. Sanderson's group was expecting the

5  05  Q4 forecast to be, whether they expected it to be a

6  06  negative or a positive growth?

7  07   A.  Typically we wouldn't even be talking about

8  08  the next quarter till the first week or two into Q4.  So

9  09  our focus has always been these forecast calls the

10  10  current quarter.  The units themselves do look at their

11  11  aggregate pipelines, look at outquarters, and that sort

12  12  of thing.  So I don't recall talking about Q4.

13  13   Q.  Okay.  Is this something that would cause you

14  14  concern to learn that the next quarter they were

15  15  forecasting negative 16-percent growth?

16  16   A.  It would certainly ask me to raise questions,

17  17  you know, like, you know, "What's your pipeline?"

18  18       And reading this, apparently the pipeline was

19  19  positive.  So I'd -- says it's 434, up from 397.  So

20  20  I'd -- first question, "Why would, if your pipeline's

21  21  up, would your forecast be down?"

22  22       And, you know, clearly what happens is there's

23  23  always slippage.  And so the reason why, the fourth

24  24  quarter, the next quarter out is always a little suspect

25  25  'cause you don't know what slips.  So until you kind of

1  00252:01  look apples to apples, start the new quarter, you don't

2  02  have a good feel for what the real forecast is.

3  03       So it's interesting information.  I'm always

4  04  interested in information, but I spend very little time

5  05  worrying about the next quarter typically.

6  06   Q.  Okay.  Just so I recall, Mr. Sanderson is the

7  07  head of which division?

8  08   A.  It's called OPI.  And he also had the

9  09  Latin-American, so ... we tended to lump the two, but

10  10  there was actually two different units there.

11  11   Q.  Okay.  And do you have any understanding as to

12  12  which division this e-mail relates to?

13  13   A.  You know, I don't -- I'm not sure.  I'd have

14  14  to read this more -- I didn't really read it all.

15  15   Q.  Well, I guess what we were just reading under

16  16  the heading "OPI Q4 '01 license" seems to relate to the

17  17  OPI division, correct, based on the heading?

18  18   A.  Well, I turned to the second page and there he

19  19  talks about Latin America.  So I think it is fair to

20  20  conclude this is just the U.S. -- we call the large

21  21  strategic accounts.

22  22       How we ever came up with OPI, I'm not sure.

23  23  But it meant the large strategic accounts in the U.S.

24  24  And he's got a second page of Latin America, so I think

25  25  it's fair to say that excludes Latin America.

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00253:01    Q. You didn't come up with these division names.

02    I assume?

03    A. No.

04    Q. All right. I'd like to show you another

05    document that has been previously marked as Exhibit No.

06    77. And it is a document Bates-stamped ORCL 0109623.

07    If you could take a moment to look at the e-mail and

08    then tell me whether or not it's something you've ever

09    seen before.

10    A. Again, I'm not copied. And I -- I don't think

11    I was copied on it or saw it, but ...

12    Q. Okay.

13    A. Same as before. She talks to Jennifer;

14    Jennifer filters this stuff. So I'm sure I've gotten

15    pieces of it somewhere along the way from Jennifer --

16    Q. Okay.

17    A. -- or from Jay on the calls.

18    Q. All right. If I could turn your attention

19    to -- well, actually in the second paragraph, there is a

20    reference to,

21        "He is still confident in the 225, as

22    long as none of the very large

23    opportunities drop out."

24    Based on my reading of the prior paragraph,

25    it's my understanding that the "he" there is

Oracle Related Cases                                          Page 253

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00254:01 Mr. Nussbaum. Does that make sense to you?

02    A. Yes.

03    Q. And then she proceeds to list a series of

04    deals. Do you have any understanding of what the -- or

05    any recollection of the deals that are listed here,

06    where they were or what was going on with them in the

07    third quarter?

08    A. I remember discussion about Lucent because Jay

09    kept saying that potentially it's a huge deal. But we

10    all -- even he all [sic] said it's probably not likely

11    to happen in its entirety, or whatever.

12    Q. Okay. And do you recall --

13    A. There are several AT&Ts, so I'm not sure what

14    this particular AT&T deal might have been, but ...

15        And the same with Bell South. There were

16    several different Bell South transactions, so I'm not

17    sure. But he ran the telco section. Jay reported to

18    him. And there were, you know, some significant

19    opportunities at telcos.

20    Q. And there's also a WorldCom deal listed there.

21    Do you have any recollection of the company having

22    problems actually obtaining payment from WorldCom on

23    other deals that had actually been effectuated and

24    closed?

25    A. No. I remember WorldCom got into a world of

Oracle Related Cases                                          Page 254

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00255:01 trouble. Whether it happened in this time frame or

02    later, I can't remember.

03    Q. Right. I think we all remember that.

04    A. Right.

05    Q. Okay. The very end -- this --

06    A. My recollection, at least initially with

07    WorldCom, they were disputing that they owed us money.

08    We had done an audit, said "You owe us -- you were using

09    more license than you paid for."

10        So my recollection, he was involved in trying

11    to get them to pay for licenses they were -- software

12    they were already using.

13    Q. So that was something you actually were aware

14    of?

15    A. Now whether that was this deal, I'm not -- but

16    I know he went through a period where he was

17    arm-wrestling with them to try to get paid for.

18        And it's difficult. Sometimes there are

19    honest disputes as to how much software -- it's a very

20    complicated company -- they were using how much they

21    were using. But Jay was pretty certain that they owed

22    us money and had a series of meetings.

23        Again, that may or may not relate to this, but

24    I think it did. Could be wrong.

25    Q. Okay. And the last sentence of this e-mail --

Oracle Related Cases                                          Page 255

Henley, Jeffrey O. (Vol. 01) - 03/02/2004 3/2/2004 8:51:00 AM

00256:01 and I'll just represent to you that we've not received

02    the second page or the next -- remainder of this

03    e-mail -- appears to be -- this e-mail appears to be

04    incomplete.

05        But the last line of the first page here

06    states,

07        "Conversion rates across the board,"

08    open paren, "except SNL," close paren, "are

09    north of 50 percent."

10    Now, we've been discussing conversion rates

11    here today.

12    A. Mm-hm.

13    Q. Is it your understanding that the conversion

14    rate here -- well, let me ask you this: What -- what's

15    your understanding of what type of conversion rate she's

16    talking about here?

17    A. It's the same definition we've said before,

18    pipeline versus the forecasted number for the quarter.

19    Q. Right. Okay. And --

20    A. SNL means state and local.

21    Q. Thank you. And north -- or north refers here

22    to the fact that it was north of 50?

23    A. Over 50 percent, right.

24    Q. And was that something that would have caused

25    you concern had you been aware of it at the time?

Oracle Related Cases                                          Page 256

00257:01   A.  It depends upon how confident Jay is that he's
02 going to convert these larger deals.  His conversion
03 rates have jumped all around, to start with, because
04 some quarters he has a bigger preponderance of the
05 evidence of so-called large deals.
06       So he clearly in that quarter -- and I
07 remember he was personally working a number of these:
08 Lucent, AT&T, WorldCom, some other ones.  So he was very
09 close to them, and he had personal knowledge and
10 commitment about getting them resolved and had -- based
11 on conversations he'd had, and so forth.  So ...
12       Q.  Right.
13       A.  If you convert those, then -- more of them
14 than normal -- then you'll have a higher conversion rate
15 just because you're getting more large deals closed.
16       MS. LAVALLEE:  Okay.  And we've actually been
17 going probably for close to two hours now, so I'd like
18 to take a few moments' break, maybe five or ten minutes.
19       THE VIDEOGRAPHER:  We're going off the record.
20 The time is 4:16.
21       (Recess taken).
22       THE VIDEOGRAPHER:  We're back on the record.
23 The time is 4:38.
24       MS. LAVALLEE:  Q.  Okay, Mr. Henley, I would
25 like to show you -- we're going to be using three sets

00258:01  of documents in combination together.  They were some of
02 the same reports we've been looking at.  And one was
03 previously marked as Exhibit 132, one was previously
04 marked as Exhibit 133, and then the third was previously
05 marked as Exhibit 134.
06       And I believe that you have -- 134 is a
07 document that we've already been using here today.  So
08 if I could ask you to grab that document.
09       Q.  134, okay.
10       Q.  And then I'll give you --
11       A.  Pull it out of here?
12       Q.  Yes.  And then I'll give you copies of Exhibit
13 132 and 133 --
14       A.  Okay.
15       Q.  -- so we can take a look at some figures here.
16       THE WITNESS:  We don't have it?
17       MR. SALPETER:  I'll find it for you.
18       THE WITNESS:  Here we go.  There's 134 right
19 there.
20       MS. LAVALLEE:  And here is a document that's
21 previously marked 132.
22       (Inaudible discussion).
23       THE WITNESS:  I think I've had this before
24 too, right.
25       MS. LAVALLEE:  I'm sorry?

00259:01       THE WITNESS:  I think I had this one earlier.
02       MS. LAVALLEE:  Possibly.
03       THE WITNESS:  'Cause it said "12/08."
04       MS. LAVALLEE:  Yes, I think it was a
05 different --
06       THE WITNESS:  I'm pretty sure --
07       MS. LAVALLEE:  I'm sorry.
08       THE WITNESS:  -- you reviewed this one with me
09 before, I think.
10       MS. LAVALLEE:  Yeah, I think it was a
11 different version.  It had your handwritten notes.  And
12 I'm not sure whether --
13       THE WITNESS:  But the core document was the
14 same, I think.
15       MS. LAVALLEE:  Possibly.  This is a document
16 that was previously marked as Exhibit 133.
17       Q.  Okay, Mr. Henley, if you could take a look at
18 this document marked 132.
19       A.  Yes.
20       Q.  And the very first page has some of the data
21 that we've talked about generally, but we haven't really
22 focused on this page as of yet.
23       And one of the figures is the license -- total
24 license in constant dollar, the revenue growth
25 percentage, as well as the pipeline growth percentage.

00260:01  And -- for Q3 '01 forecast --
02       A.  Yes.
03       Q.  -- versus Q3 '00 actual.
04       A.  Yes.
05       Q.  And the next column over, the next box over,
06 is "Q3 potential versus Q3 actual."
07       Now, if you compare those numbers from -- let
08 me step back.
09       Exhibit No. 132 is dated 12/08/2000.  Exhibit
10 133-- and I can represent to you it was produced to us
11 in the SLC report as being the upside report for
12 1/15/2001.  And Exhibit 134 was produced as Exhibit --
13 as the upside report for 1/29/01.
14       A.  Okay.
15       Q.  Okay.  If we look at the pipeline growth
16 figure for total license revenue in December --
17 December 8th, 2000, that figure is 52 percent; is that
18 correct?
19       A.  Excuse me, the pipeline?
20       Q.  The pipeline growth percentage.
21       A.  For license.
22       Q.  For license.
23       A.  52, yes.
24       Q.  And then if you look at the January 15th
25 report, it is 34 percent; is that correct?

00261:01   A. Yes.
02   Q. Was the drop in the pipeline growth percentage
03 something that was of concern to you?
04   A. Again, I testified earlier that I was somewhat
05 skeptical of the initial number, the 52 percent. I
06 described it as astounding, and I really did think it
07 was probably a bit overdone.
08      We ended up with a forecast of 25 percent on
09 the basis that that was pretty similar to what we did in
10 the second quarter. And I just didn't see how the third
11 quarter could get better, even though we had the
12 Covisint deal. It was possible, but I tended to just
13 try to be conservative and discount that.
14      So sure it dropped from 52 to 34, but I
15 anticipated that some of it probably wasn't real.
16   Q. Okay. And you indicated -- maybe I'm
17 misunderstanding your testimony -- that you actually did
18 not feel that you would experience -- that the third
19 quarter could get better than the second quarter?
20   A. I'm not sure it could. I wasn't convinced it
21 could. If I was, I would have given guidance higher
22 than 25 percent.
23   Q. And when you mean --
24   A. It's certainly possible. We certainly had a
25 forecast initially that suggested we could do a lot

---

00262:01   better.
02   Q. And when you say doing better than the second
03 quarter, do you mean that in terms of absolute dollars
04 or growth percentage?
05   A. Growth percentage.
06   Q. Okay. So it was your expectation even going
07 into the quarter -- the beginning of the quarter that
08 you would be seeing similar growth rate to what you had
09 seen in Q2, but not necessarily any better?
10   A. Right. I thought it was possible based on the
11 upsides, based upon, you know, Jennifer's assessment,
12 and all that sort of thing, based upon a stunning
13 pipeline. But I was still somewhat skeptical, so we
14 ended up with a pipe -- a guidance that was similar to
15 Q2.
16   Q. Did there come a time when you became nervous
17 about actually -- or concerned about actually meeting
18 the guidance figures that you had set out in December?
19   A. The 25?
20   Q. Yes.
21   A. Well, it's all degrees of nervousness. I got
22 nervous in the last week of February definitely.
23   Q. Did you have any concerns prior to that at
24 all?
25   A. Sure, I always have -- I had a concern the

---

00263:01   quarter we just finished.
02   Q. Okay.
03   A. I have a concern every quarter.
04   Q. That's your job, right?
05   A. Well, it is, because there's so much that has
06 to happen the last couple of days of the quarter. And
07 so -- I've never had a quarter at Oracle that I
08 didn't -- and Jennifer Minton running around in circles
09 worried and -- you know, 'cause that's just the way it
10 works. So sure, you always have concerns.
11   Q. And if -- can you explain -- well, the first
12 license total revenue growth figure, when we compare
13 12/08 to 1/15, that growth figure is actually
14 increasing. Not substantially, but --
15   A. Which increased?
16   Q. The total license revenue growth percentage
17 figure from December 8th --
18   A. Went from 22 to 23: is that --
19   Q. Right. Right. Now, in your -- and actually,
20 was it of any concern to you that the revenue growth
21 figure was increasing, whereas the pipeline growth
22 percentage was decreasing, and that the gap between the
23 two was becoming narrower?
24   A. Again, I think the 22 and then the 23 were
25 much closer to the 25, I always felt like, so ...

---

00264:01   Q. Okay. Okay. But -- so you had -- are you --
02 I'm not sure you answered my question.
03      I guess my question was did the fact that
04 there was the narrowing of the gap between the revenue
05 growth rate and the pipeline growth rate percentage --
06 that there was a narrowing of those two figures -- was
07 that anything that caused you any concern?
08   A. Again, I just said it, I don't think I had
09 overly great concern. I would love it just the way it
10 hundred percent or 200 percent. You know, I mean, more
11 pipe, the better. But again, I had discounted -- some
12 of that pipe, in my mind, started to go. So it
13 didn't -- I wasn't overly concerned that the gap was
14 narrowing, to use your words.
15   Q. Okay. And if we turn to the next report,
16 which is dated 1/29, which -- 1/29 of 2001 -- we see the
17 pipeline growth percentage dropping to 31.
18   A. Yes.
19   Q. Okay. Again, same question as before, was the
20 narrowing gap of any concern to you?
21   A. Again, I'd give you the same answer.
22   Q. Okay. When you looked at these figures, did
23 you actually go and compare them -- the pipeline growth
24 percentage to the historical percentages to see whether
25 or not they were in the range?

00265:01   A.  The pipeline percentages or pipeline growth

02  percentages, was that your question?

03   Q.  No, actually, let me ask a different question.

04   A.  Okay.

05   Q.  Yeah. Okay.  If I could turn your attention

06  to the second page of each of these reports.

07   A.  Okay.

08   Q.  Okay.  I'd like to draw your attention to the

09  forecast figures for total revenues.  And actually,

10  rather than forecast, what I'd like to look at is the

11  upside figures.  And you've referred to it as the

12  judgment as opposed --

13   A.  Right.

14   Q.  -- to the upside.

15   A.  Correct.

16   Q.  But we're talking here about what you had

17  discussed earlier about Jennifer Minton's judgment?

18   A.  That's correct.

19   Q.  Okay.  And if we look at the January -- the

20  December 8th report, the figure for total revenues is

21  175,000 for upside.  If we look for December --

22  January 15th, that number has dropped to 104,910; is

23  that correct?

24   A.  Correct.

25   Q.  Now, can you tell me whether or not the fact

00266:01  that Ms. Minton was dropping her judgment in this manner

02  gave you any pause [sic] for concern?

03   A.  Again, I always thought we were more likely to

04  do 25.  So it validated that, you know, a 38, or

05  whatever we started out with, was probably overly

06  optimistic on her part.

07      Again, I think Jennifer's very good.  She's

08  been -- she takes her best crack at things based upon

09  conversion ratios, all the things we've talked about.

10  But I just found it hard to believe we would do a lot

11  better than we did in the second quarter, so ...

12   Q.  And was this any indication to you possibly

13  that the business was slowing?

14   A.  No.

15   Q.  Okay.

16   A.  Again, for all the reasons I've told you.

17   Q.  And if we look now to the January 29th

18  upside report, Exhibit 134, the number -- Ms. Minton's

19  judgment has dropped here to 54,940, I believe.

20      Can you tell me whether or not that figure --

21  the drop from the 1/15 upside report was something that

22  caused you any concern?

23   A.  Well, yeah.  Now you're getting down to the

24  point where she's forecasting, in this case, 24-percent

25  growth.

00267:01   Q.  Okay.

02   A.  So it's real close to the 25.

03   Q.  Right.

04   A.  So, I mean, now -- we've had many quarters

05  where we're forecasting virtually what we've ended up

06  doing.  Sometimes a little bit less -- we end up doing a

07  little bit less, little bit more.  But surely I have

08  less -- she's now forecast numbers much closer.  So

09  that -- when you get equal now, that's why I say the

10  last month of the quarter you start thinking, wow, you

11  know, this is more of a horse race.

12   Q.  The number 24 is obviously lower than 25.  At

13  this point are you seeing --

14   A.  Certainly not materially.

15   Q.  No, that -- that's fine.  So you're seeing a

16  trend downwards.  Was the trend itself in -- the decline

17  in these numbers something that was causing you to

18  question?

19   A.  Again, I never believed the 38, or whatever it

20  started at, or I would have set it as guidance on the

21  call.  So, you know, I discounted this to a large

22  degree.  I don't exactly remember what my thought

23  processes were.

24      And throughout the month of January, I said

25  "You guys sure about these forecasts?"  You know.  But

00268:01  at this stage, I don't remember myself being any more

02  concerned than normal.  And I always get concerned in

03  the last month of the quarter that we were going to, you

04  know, not make our numbers.

05   Q.  Okay.  Be if we look at the actual -- at the

06  point in January 29th -- strike that.

07      Let me ask ... all right.  And obviously when

08  you see a decline in Ms. Minton's upside or judgment,

09  you see a corresponding -- we see here a corresponding

10  decline in the potential number throughout this whole

11  period as well.  Do you see that?

12   A.  Yes.

13   Q.  Okay.  And is your feeling -- well, did you

14  have any concerns regarding the fact that the potential

15  number was declining?

16   A.  I think I've already commented on that.

17   Q.  Okay.  So the comments you said earlier --

18   A.  Related to those changes in her judgment.

19   Q.  Okay.  If I could draw your attention now to

20  the total operating expenses in the figures in these

21  reports.

22      In the fifth column, there is a figure that

23  represents a percentage.  It says "Q3 forecast versus

24  prior year percentage."  And for total operating

25  expenses in the December 8th upside report --

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00269:01  A.  Yes.

2  02  Q.  -- the figure is a negative 11 percent.  Can

3  03  you just clarify for me whether or not this figure

4  04  represents a -- I mean, indicates --

5  05  A.  I understand.

6  06  Q.  -- the expenses were increasing over the prior

7  07  quarter.

8  08  A.  Yes, they were.

9  09  Q.  Okay.  Prior -- actually, let me --

10  10  A.  Prior year.

11  11  Q.  Prior year?

12  12  A.  Similar quarter, third quarter of the prior

13  13  year.

14  14  MS. LAVALLEE:  Okay.  It is actually ten to

15  15  five.  And given that we need to break, and before I

16  16  start on another line of questioning, I think this is a

17  17  good breaking point.  And we indicated we'd start again

18  18  at 8:00 because the witness needs to leave at 2.

19  19  MR. SALPETER:  Right.  And you indicated that

20  20  you thought we could finish by 2.

21  21  MS. LAVALLEE:  Yeah, I thought we could

22  22  continue and we can complete it by 2:00.

23  23  And obviously, as for all the other

24  24  depositions, it's plaintiffs' position that they are in

25  25  need of additional documents to complete all the

Oracle Related Cases                                              Page 269

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00270:01  depositions.  So our reservation regarding completing

2  02  the deposition, in light of the outstanding discovery

3  03  disputes, obviously would apply here as well.

4  04  But however, covering the materials that we

5  05  have, it is my intent to conclude for the day tomorrow

6  06  at 2:00.

7  07  MR. SALPETER:  Okay, that's great.  I mean, I

8  08  just want the record to reflect also that Mr. Henley was

9  09  willing to stay later.  I understand there's problems

10  10  with the court reporter and fresh air coming into the

11  11  building.  But I -- even despite those problems,

12  12  Mr. Henley was willing to keep going.

13  13  But as long as we're going to finish by 2, I

14  14  don't think there's an issue.

15  15  MS. LAVALLEE:  No, I think we can accomplish

16  16  that by starting at 8:00.

17  17  MR. SALPETER:  Thank you very much.

18  18  MS. LAVALLEE:  Okay.  Thank you.

19  19  THE VIDEOGRAPHER:  This marks the end of

20  20  videotape number 4, and this concludes Volume I of the

21  21  deposition of Jeffrey Henley.

22  22  The original videotapes will be retained by

23  23  Dan Mottaz Video Productions LLC, 182 Second Street,

24  24  Suite 202, San Francisco, California, 94105,

25  25  415-624-1300.  The time is 4:57 and we're off the

Oracle Related Cases                                              Page 270

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00271:01  record.

2  02  (Deposition adjourned at 4:57 p.m.)

3  03

4  04  --o0o--

5  05

6  06

7  07

8  08

9  09

10  10

11  11

12  12

13  13

14  14

15  15

16  16

17  17

18  18

19  19

20  20

21  21

22  22

23  23

24  24

25  25

Oracle Related Cases                                              Page 271

---

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

1  00272:01  CERTIFICATE OF WITNESS

2  02

3  03

4  04

5  05  I, the undersigned, declare under penalty of

6  06  perjury that I have read the foregoing transcript and I

7  07  have made any corrections, additions or deletions that I

8  08  was desirous of making; that the foregoing is a true and

9  09  correct transcript of my testimony contained therein.

10  10  EXECUTED this _____ day of _____,

11  11  200__, at _____, _____.

12  12

13  13

14  14

15  15

16  16

17  17  _____

18  18  Signature of Witness

19  19

20  20

21  21

22  22

23  23

24  24

25  25

Oracle Related Cases                                              Page 272

```
 1   00273:01         REPORTER CERTIFICATE
 2   02        I hereby certify that the witness in the
 3   03   foregoing deposition was by me duly sworn to testify to
 4   04   the truth, the whole truth and nothing but the truth in
 5   05   the within-entitled cause; that said deposition was
 6   06   taken at the time and place herein named; that the
 7   07   deposition is a true record of the witness's testimony
 8   08   as reported to the best of my ability by me, a duly
 9   09   certified shorthand reporter and a disinterested person,
10   10   and was thereafter transcribed under my direction into
11   11   typewriting by computer; that the witness was given an
12   12   opportunity to read and correct said deposition and to
13   13   subscribe the same.  Should the signature of the witness
14   14   not be affixed to the deposition, the witness shall not
15   15   have availed himself or herself of the opportunity to
16   16   sign or the signature has been waived.
17   17        I further certify that I am not interested in
18   18   the outcome of said action, nor connected with, nor
19   19   related to any of the parties in said action, nor to
20   20   their respective counsel.
21   21        IN WITNESS WHEREOF, I have hereunto set my
22   22   hand this 15th day of March, 2004.
23   23
24   24        _____
25   25
```

```
 1   00274:01         ROBERT BARNES ASSOCIATES
 2   02        San Francisco, California  94102
 3   03
 4   04        Date: 3/15/04
 5   05   TO:  JEFFREY O. HENLEY
 6   06        ALAN N. SALPETER, ESQ.
 7   07        Chicago, IL  60603
 8   08
 9   09   SPECIAL TITLE (RULE 1550(B))
10   10        Deposition taken March 2, 2004
11   11
12   12
13   13   above-entitled action has been prepared and is available
14   14   In the alternative, you may wish to review counsel's
15   15   writing of any changes you wish to make to your
16   16
17   17   contained in the code.  Unless otherwise directed, your
18   18   accordance with the code.
19   19   If you wish to make arrangements to review the original
20   20   office during office hours, 9 to 5, Monday through
21   21
22   22        Sincerely,
23   23
24   24        CSR No. 6438
25   25   cc:  All counsel
```