# EXHIBIT PP

1    IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4

5    In re ORACLE CORPORATION

6    SECURITIES LITIGATION.

7            Master File No. C-01-0988-MJJ

8    This Document Relates To:

9

10   ALL ACTIONS.

11   _____/

12

13        —oOo—

14

     VIDEOTAPED DEPOSITION OF GEORGE FOSTER

15

        FRIDAY, JULY 6, 2007

16

        —oOo—

17

18

19

20   SHEILA CHASE & ASSOCIATES

     REPORTING FOR:

21   LiveNote World Service

     221 Main Street, Suite 1250

22   San Francisco, California 94105

     Phone: (415) 321-2311

23   Fax: (415) 321-2301

24   Reported by:

     DIANA NOBRIGA, CSR, CRR

25   LICENSE NO. 7071

---

1            I N D E X

2    INDEX OF EXAMINATION

3                        PAGE

4    EXAMINATION BY MR. BRITTON        5

5        —oOo—

6    INDEX OF EXHIBITS

7    DESCRIPTION              PAGE

8    Exhibit 1   Rebuttal Expert Report of

9        George Foster            7

10   Exhibit 2   Affidavit of Raymond J. Lane    186

11   Exhibit 3   Oracle Total Company - Q3 FY01

12        Forecast                 178

13   Exhibit 4   Expert Report of Alan G.

14        Goedde, Ph.D.            181

15   Exhibit 5   Figure II: Pipeline Growth within

16        Quarter vs. Year-Over-Year Actual

17        License Revenue Growth       184

18

19

20

21

22

23

24

25

---

1    BE IT REMEMBERED that on Friday, July 6, 2007,

2    commencing at the hour of 8:56 a.m., thereof, at the LAW

3    OFFICES OF LERACH, COUGHLIN, STOIA, GELLAR,

4    RUDMAN & ROBBINS, LLP, 100 Pine Street, Suite 2600,

5    San Francisco, California, before me, DIANA NOBRIGA, a

6    Certified Shorthand Reporter in and for the State of

7    California, personally appeared

8        GEORGE FOSTER,

9    as a witness by the plaintiffs herein, who, being by me

10   first duly sworn, was thereupon examined and testified

11   as hereinafter set forth.

12        —oOo—

13   Appearing as counsel on behalf of the Plaintiffs:

14       DOUGLAS R. BRITTON, ESQUIRE

         STACEY KAPLAN, ESQUIRE

15       GAVIN BOWIE, ESQUIRE

         LERACH, COUGHLIN, STOIA, GELLAR,

16       RUDMAN & ROBBINS

         655 West Broadway, Suite 1900

17       San Diego, CA 92101-8498

         Dbritton@lerachlaw.com

18

19   Appearing as counsel on behalf of Defendants:

20       MICHELE F. KYROUZ, ESQUIRE

         ANDREW M. FARTHING, ESQUIRE

21       LATHAM & WATKINS

         505 Montgomery Street, Suite 1900

22       San Francisco, CA 94111-2562

         michele.kyrouz@lw.com

23

24   Also Present: Alan G. Goedde, Ph.D.; Bruce Deal,

25   Analysis Group; James Terrell, Videographer

---

1        VIDEOGRAPHER: This begins the videotaped

2    deposition of George Foster, tape one, Volume I, in the

3    matter In Re Oracle Securities Litigation, as filed in

4    the United States District Court for the Northern

5    District of California, Master File No. C-01-0988-MJJ.

6    Today's date is July 6, 2007. The time is 8:56 on the

7    video monitor.

8        The video operator today is James Terrell,

9    representing LiveNote World Service, located at 221 Main

10   Street, Suite 1250, San Francisco, California 94105.

11   The phone number is 415 321-2300. The court reporter is

12   Diana Nobriga with Sheila Chase and Associates,

13   reporting on behalf of LiveNote World Service.

14        Today's deposition is being taken on behalf of

15   plaintiffs, and is taking place at 100 Pine Street in

16   San Francisco, California.

17        And if counsels will now please introduce

18   yourself and state whom you represent.

19        MR. BRITTON: Doug Britton with Lerach

20   Coughlin on behalf of plaintiffs. And with me here

21   today is Stacey Kaplan, Gavin Bowie and Dr. Alan Goedde.

22        MS. KYROUZ: Good morning. Michele Kyrouz and

23   Andrew Farthing of Latham and Watkins representing

24   defendants and the witness. With us is Bruce Deal from

25   Analysis Group.

Foster, George 7/9/2007 8:56:00 AM

1   VIDEOGRAPHER: Thank you. Swear the witness.

2       GEORGE FOSTER

3   having been duly sworn, testified as follows:

4       EXAMINATION BY MR. BRITTON

5   MR. BRITTON: Q. Good morning, Dr. Foster.

6   A. Good morning.

7   Q. You're here to offer an expert opinion or

8   expert opinions on behalf of defendants in this case?

9   A. Yes, I am.

10   Q. When were you retained to do so?

11   A. I was first contacted in late 2006.

12   Q. And what was your understanding of your

13   engagement at the time that you were retained?

14   A. That I would be potentially an expert witness

15   in the case, focusing on the management control systems

16   of the company, if they needed me as an expert witness.

17   Q. Okay. And did the scope of your engagement

18   change at all at any point after late 2006?

19   A. The scope of the engagement was very

20   open-ended, and it was very contingent upon what were

21   the issues covered by the plaintiffs going forward.

22   Q. Okay. Now, when did you start actively

23   working on the engagement?

24   A. I put in up to about late May. I put in

25   approximately 16 hours.

Foster, George 7/9/2007 8:56:00 AM

1   Q. How many hours?

2   A. Sixteen, 16. And then I believe in the period

3   of about the 25th of May to June 25th I had put in

4   approximately another 40 to 50, approximately.

5   Q. Okay. Do you have a working relationship with

6   anybody at Oracle?

7   A. No, I do not.

8   Q. Do you promote yourself as an expert witness?

9   A. I don't promote myself. I offer my services

10   as an expert witness.

11   Q. So you don't advertise yourself as an expert

12   witness?

13   A. No, I don't advertise myself.

14   Q. So the defendant sought you out in this case?

15   A. Yes, they did.

16   Q. Do you know how they found you?

17   A. Do I know how they found me?

18   Q. Um-hum.

19   A. I worked with Analysis Group on a variety of

20   cases, and Analysis Group, I believe, had been contacted

21   by the law firm representing Oracle. And the initial

22   meeting included some Analysis Group people and some

23   Latham Watkins people.

24   Q. Have you ever worked for Latham and Watkins

25   before?

Foster, George 7/9/2007 8:56:00 AM

1   A. Not that I can remember.

2       (Exhibit 1 marked for

3       identification.)

4   MR. BRITTON: Q. Okay, we've marked as the

5   first exhibit your expert report, your rebuttal expert

6   report. And take a look at it and let me know if that

7   is, in fact, the complete copy of your expert report.

8   Appreciate it.

9   A. It appears to be.

10   Q. Now, if you turn to Exhibit B of your -- or

11   Appendix B of your expert report. Are these all of the

12   engagements that you've worked on as an expert between

13   2003 and 2007?

14   A. I believe they are.

15   Q. So there is a total of six engagements in the

16   last four years?

17   A. Yes.

18   Q. Are any of these ongoing?

19   A. Enron, the last one, is ongoing.

20   Q. All others have either settled or gone to jury

21   trial?

22   A. Yes.

23   Q. Which ones have settled and which ones have

24   gone to a jury trial?

25   A. The first case went to a jury trial in Santa

Foster, George 7/9/2007 8:56:00 AM

1   Barbara. Second one went to an arbitration where a

2   decision was made. The third one was settled. The

3   fourth one was a judge trial, I believe. And the fourth

4   one -- the fifth one was a jury trial.

5   Q. Did you give testimony in each of the jury

6   trial cases?

7   A. I gave testimony in the Bertelsmann case, and

8   I gave testimony at the arbitration. I gave testimony

9   at the Continental case. I did a deposition, but not

10   testimony in the Angels case.

11   Q. When you say testimony, you're talking about

12   trial testimony; right?

13   A. Yes.

14   Q. How many engagements have you worked on prior

15   to 2003?

16   A. I would say about one a year, from about mid

17   '80s.

18   Q. The areas of testimony that you gave in the

19   cases prior to 2003, was there any particular focus?

20   A. A major focus was on the management systems,

21   the cost accounting systems, the budgeting systems of

22   companies. And another focus was on valuation.

23   Q. So that was before 2003. Is that the same

24   with respect to the six engagements that are listed in

25   Appendix B?

1    A. The Bertelsmann case dealt with equity

2 interest in an early-stage company.

3    Q. And could I ask you when you identify the

4 case, could you reference the number, too?

5    A. The first case, number 1, involved the

6 appropriate equity to two plaintiffs in a dispute. The

7 second one --

8    Q. Let me stop you there. I will go one by one.

9      What was the opinion that you were, or

10 opinions that you were offering in the first case?

11    A. This was a case between Buettner and Blotnitz

12 versus Bertelsmann, I was representing the plaintiffs.

13 And it was my opinion that the equity that -- if there

14 had been a tri-party agreement between these two

15 individuals, Bertelsmann and AOL, what the approximate

16 equity would be.

17    Q. So that was essentially a valuation type

18 opinion; is that fair?

19    A. It was really what would have been the

20 reasonable agreement at that time, without opining what

21 the valuation was necessarily.

22    Q. Did your side win?

23    A. The Buettner and Blotlnitz case was

24 successful.

25    Q. Next case, number 2, New River Holdings. What

1 was the opinions that you were retained to offer in that

2 case?

3    A. The opinions I was retained to give related to

4 what was the -- what was the quality of the management

5 control systems and what were the -- there was certain

6 agreements in terms of commitments to money, were those

7 agreements fulfilled under the contract.

8    Q. And when you say the quality of the management

9 control systems, what part of the management control

10 systems were you focusing on?

11    A. Most of the focus there was on the sales

12 force, dot com, the pipeline, the marketing systems of

13 the company.

14    Q. And what opinion did you give in that case, if

15 you could tell me?

16    A. The opinion I gave was that management -- the

17 pipeline was -- included items that should have been

18 excluded from the pipeline, which was an important

19 factor in the valuation at a takeover situation.

20    Q. When you talk about the pipeline, is it

21 similar to the pipeline that we have in this case, deals

22 pending?

23    A. Yes. This is the pipeline of potential deals

24 that were in play.

25    Q. And what in particular did you opine that the

1 pipeline included that shouldn't have been included?

2    A. That the -- there were certain deals that one

3 of the companies had been given information that they

4 were no longer being considered for the contract, and

5 those deals were still kept in the pipeline without

6 disclosure, that there had been sizable negative

7 information about the deal at the time of the merger

8 negotiations.

9    Q. So your opinion was, is when that negative

10 information came in, those deals should have been pulled

11 out of the pipeline?

12    A. Not necessarily pulled out. Or downgraded,

13 that information. The opinion was this was a material

14 piece of information to a potential purchaser of the

15 company.

16    Q. And you represented who?

17    A. I believe New River Holdings.

18    Q. So you were plaintiffs on that side?

19    A. It was a countersuit situation. So it was an

20 arbitration where one side was alleging payment was due

21 on an earn-out and the other side was alleging that

22 certain obligations had not been fulfilled.

23    Q. And did your side succeed in the arbitration?

24    A. I think there was what you would call a

25 middle-of-the-road verdict, certain things were agreed

1 to one side -- approved for one side and certain things

2 were approved for the other. So neither side got what

3 they were claiming.

4    Q. All right. Now, the third case, what opinions

5 did you offer in this case?

6    A. This involved allegations that AT&T had made

7 misleading earnings forecasts in the late 2000 period.

8 And I was representing AT&T.

9    Q. And what area did you offer expert opinion on?

10    A. My expert opinion related to was there

11 information in the system, management systems and

12 externally to justify the forecast that had been

13 released by AT&T.

14    Q. Did you offer a report in that case?

15    A. Yes, I did.

16    Q. But you didn't testify in deposition or in

17 trial; right?

18    A. I believe I testified in deposition.

19    Q. And what was your ultimate opinion in that

20 case?

21    A. That there was sufficient information for AT&T

22 to provide the forecast that they did release.

23    Q. And in what respect was there sufficient

24 information?

25    A. It was an analysis of the budgeting and

1  forecasting systems of AT&T, and what was the

2  information available at the time the forecasts were

3  made.

4  Q.  Similar to what you're doing here?

5  A.  It has some aspects of this.

6  Q.  What is similar to this and what's different?

7  MS. KYROUZ:  Objection; vague.

8  THE WITNESS:  The AT&T case, there is a much

9  tighter connection between the budgeting system and the

10  sales forecasting system.

11  MR. BRITTON:  Q.  And how so?

12  A.  That the -- in the Oracle litigation, the

13  forecasting system that is a central part of the

14  analysis does not necessarily link as tightly to the

15  internal budgeting as it did at AT&T.

16  Q.  And how did AT&T's link differently than

17  Oracle's?

18  A.  There was, in the AT&T system, the documents

19  are sealed, so I'm not sure how much information I can

20  give on that.

21  Q.  Okay.  Was the linkage between the budgeting

22  system and the forecasting system in the AT&T case

23  essential to the opinion that you offered in that case?

24  A.  No.

25  Q.  And why not?

1  A.  The actual labeling of the system is not the

2  central part, as what is the quality and the updating of

3  the information that is the central part of the

4  justification.

5  Q.  The fourth case, what opinions did you offer

6  in the Proyectos case?

7  A.  This was a valuation case where Continental

8  Tire North America was a division of Continental, which

9  is a German parent.  The Continental Tire of North

10  America had a minority shareholder, which was a Mexican

11  tire company that they had acquired.  And the question

12  turned out, what was the valuation of Continental Tire

13  North America.

14  Q.  And you represented who?

15  A.  I represented Continental Tire North America.

16  Q.  So you were on the defense side there?

17  A.  Yes, I was.

18  Q.  And was your side successful?

19  A.  Yes, it was.  I assigned the value of zero to

20  Continental Tire North America, because of a very heavy

21  debt situation and very sizable -- approximately zero,

22  and -- of the equity.  And that was upheld by the

23  judge's decision.

24  Q.  And then the Anaheim case, City of Anaheim

25  versus Angels?

1  A.  The City of Anaheim versus the Angels Baseball

2  is a case involving the name change by a new owner for a

3  baseball team from Anaheim Angels to Los Angeles Angels

4  of Anaheim.

5  Q.  What opinions did you offer in that case?

6  A.  My opinions dealt with the economic

7  justification for making the name change, and the

8  positioning of Anaheim Angels versus other sporting

9  teams in the Los Angeles basin.

10  Q.  Okay.  And which side were you on?

11  A.  I was for the Los Angeles Angels of Anaheim.

12  Q.  And were you successful?

13  A.  The judgment upheld -- it was a jury trial in

14  Anaheim that upheld the name change by the new owner.

15  Q.  Which is why the newspaper is now confusing to

16  read, the LA Dodgers or the Angels.  Okay.

17  Finally, in the Enron case, there was a number

18  of different cases going on there.  What case in

19  particular were you retained to offer an opinion on?

20  A.  I was retained to offer an opinion in terms of

21  the banks, specifically Chase, on the situation of they

22  had provided syndicated loans for Enron to other banks,

23  and these -- the other syndicated members sued the bank.

24  Q.  So it is a suit between the bank and the

25  syndicate members?

1  A.  Yes.

2  Q.  And what opinions did you offer?

3  A.  That the --

4  MS. KYROUZ:  Has that been made public?  Is

5  that confidential?  The case is ongoing?

6  THE WITNESS:  The case is ongoing.

7  MR. BRITTON:  Q.  You prepared a report in

8  that case?

9  A.  Yes, I have.

10  Q.  Have you given deposition testimony?

11  A.  Yes, I have.

12  Q.  When was that?

13  A.  November/December of 2006.

14  Q.  Now, before 2003, had you ever given an

15  opinion on the forecasting systems of any companies that

16  you were retained to represent?

17  A.  Not that I can remember.

18  Q.  Now, going back to the AT&T case, number 3,

19  how far along in the process did that case get before it

20  settled?

21  A.  Very far, in terms of my analysis was pretty

22  much complete.

23  Q.  In terms of trial, was it before trial or --

24  A.  It was before trial, just before trial.  I

25  think two days before the trial.

Foster, George 7/6/2007 8:56:00 AM

1    Q.  Two days before the trial; okay.  And did

2    you -- was there any Daubert challenges in that case, to

3    your opinions?

4    A.  I don't believe so.

5    Q.  Were there any Daubert challenges pending?

6    A.  I didn't hear of any.

7    Q.  Do you know if the other side didn't file a

8    Daubert challenge, or you just don't know one way or the

9    other?

10   A.  I just don't know one way or the other.

11   Q.  Have you ever changed your mind in any of the

12   engagements that you've been retained for?

13       MS. KYROUZ:  Objection; vague.

14       THE WITNESS:  I don't really come into the

15   engagement with a sort of preset opinion.  I analyze the

16   data and come to the conclusion after an extended

17   period.

18       MR. BRITTON:  Q.  Correct.  But there is also

19   a process we're going through right now where

20   you're deposed and you see other reports.  Has there

21   ever been a situation where you've seen other

22   information where you've changed your mind from what was

23   in your initial report to something that you offered

24   later?

25       MS. KYROUZ:  Same objection.

Oracle                                                          Page 17

Foster, George 7/6/2007 8:56:00 AM

1        THE WITNESS:  I think the basic structure of

2    the conclusions that I've come to have pretty much held.

3    In subsequent statements I may have examined issues in a

4    lot further detail to document or examine an issue

5    further.

6        MR. BRITTON:  Q.  But no real fundamental

7    change in your opinions?

8    A.  The basic structure of the conclusions I

9    believe have held.

10   Q.  All right.  Now, let's talk about your report

11   for a second and how you prepared it.

12       When did you start preparing your report?

13   A.  It was in two stages.  One is what would be

14   the types of issues that I would want to look at if I

15   was asked to do an analysis of the forecasting system

16   and the justifications for the forecasts.  And that

17   really was started very soon after the November period,

18   in that there were just a couple of brief meetings that

19   I had with some people at Analysis Group.

20       Bruce Deal I had worked extensively with on

21   the AT&T litigation.  Because there were some aspects of

22   this litigation that were similar to this, I knew the

23   general types of issues that I would want information

24   collected on.  And I put in place some directives about

25   what types of data collection, what types of tests that

Oracle                                                          Page 18

Foster, George 7/6/2007 8:56:00 AM

1    I would be wanting to do if I was called on to make a

2    report.

3        So that was really between, I would say,

4    November and May.

5    Q.  And you gave the directives for the documents

6    that you wanted to see to Analysis Group?

7    A.  It would be really the times of issues that I

8    would be covering.  It wouldn't be -- at that stage I

9    was not deep enough into it to say what specifically

10   were the documents.  And then I was contacted in --

11   after Mr. Goedde's report -- Goedde.

12   Q.  Goedde.

13   A.  Dr. Goedde's report.  And I did a very

14   detailed read of that several times.  And then I moved

15   quickly into architecting the report.

16   Q.  Did you yourself write the report, type it in?

17   A.  I did not type the report.  I did -- I did a

18   very detailed outline of the areas that I want covered,

19   I wrote parts of the report.  Then I was reacting to

20   drafts of the issues that I wanted covered in further

21   detail by Analysis Group.

22   Q.  So let me ask this broadly.  Who actually

23   drafted the report other than the sections that you

24   drafted?

25   A.  I mean, I drafted the report in the sense of

Oracle                                                          Page 19

Foster, George 7/6/2007 8:56:00 AM

1    every word I changed or ran with.  I did an extensive

2    draft at the outset.  It would be James Rosberg and

3    Peter Hull -- Hess.  Peter Hess.  James Rosberg,

4    R-o-s-b-e-r-g, and Peter Hess, H-e-s-s.

5    Q.  And both James and Peter are with Analysis

6    Group?

7    A.  Yes.  Dr. Hess and Dr. Rosberg, I believe.

8    Q.  How much time did you spend meeting with

9    Dr. Rosberg and Dr. Hess during the preparation of your

10   report?

11   A.  I would say a large part of the approximately

12   40 to 50 hours was either I was writing -- I was

13   reacting to them in conjunction with them there, so I

14   would say 20 to 25 hours at least.

15   Q.  Did you meet with defense counsel at any time

16   during the preparation of your report?

17   A.  No, I did not.

18   Q.  Do you know if Dr. Rosberg or Hess met with

19   defense counsel?

20   A.  I believe they had conversations with defense

21   counsel.

22   Q.  Do you know how frequently those conversations

23   occurred?

24   A.  No, I do not.

25   Q.  Now, when you began your initial work in the

Oracle                                                          Page 20

Foster, George 7/6/2007 8:56:00 AM

1  late 2006 time period, had you heard about this case?

2  A. Yes, I had.

3  Q. How did you hear about it?

4  A. Well, I read the newspapers, I -- Stanford has

5  several faculty members that I believe are on the board

6  of Oracle, and I think three, and that had caused

7  several people to make comments about the case.

8  Q. Say that one more time.

9  A. The fact that three Stanford people were on

10  the board I think brought it to the discussion among

11  several faculty.

12  Q. Who do you remember speaking to about the case

13  from Stanford?

14  A. I really can't remember the individuals. I

15  know Mr. Henley came, I believe, came to a colleague's

16  case -- class and gave a talk. I don't know what time

17  specifically, a Professor Moureen McNichols, I believe

18  had Mr. Henley come to the class.

19  Q. How do you spell the name of that professor?

20  A. Moureen, M-o-u-r-e-e-n; McNichols,

21  M-c-N-I-c-h-o-l-s.

22  Q. And do you know what the topic Mr. Henley was

23  speaking about?

24  A. No, I don't. It was corporate financial

25  reporting. But I don't know -- the course was on

Oracle                                                                 Page 21

Foster, George 7/6/2007 8:56:00 AM

1  financial statement analysis, so I don't know

2  specifically, I did not attend the class.

3  Q. Did you speak to Ms. McNichols about the case?

4  A. No, I did not.

5  Q. Who are the board members of Oracle that are

6  Stanford professors?

7  A. I believe Michael Boskin is a board member. I

8  think there is a Mr. Lucas. And after the litigation I

9  believe Professor Grundfest joined the board. But I

10  don't think he is a board member now. I think he

11  stepped down sometime last year.

12  Q. Do you have any fundraising responsibilities

13  at Stanford?

14  A. No, I do not.

15  Q. Has Stanford ever received a contribution for

16  the research that you've done or any presentations that

17  you've given?

18  A. Well, Stanford -- my research is sponsored by

19  Stanford and is based on alumni donations. So the

20  answer is yes.

21  Q. And has there ever been a situation where in

22  reaction to research you've done there has been a

23  donation given to the university?

24  MS. KYROUZ: Objection; vague.

25  THE WITNESS: Not that I can think of. Not a

Oracle                                                                 Page 22

Foster, George 7/6/2007 8:56:00 AM

1  tight link where I published a paper and somebody liked

2  the paper and said, "Here is another 200,000 to pursue

3  the research." That research is much more open-ended

4  than that.

5  MR. BRITTON: Q. So alumni contributions --

6  withdrawn. Alumni contributions, would you agree with

7  me, are important to the university?

8  A. Yes, they are.

9  Q. And you understand them to be important;

10  right?

11  A. They are.

12  Q. You understand that Oracle has -- withdrawn.

13  Do you understand that Mr. Ellison has donated

14  to Stanford University on occasions?

15  A. I have heard that, but I don't know for sure.

16  Q. Do you know how much Mr. Ellison has donated

17  to Stanford?

18  A. No, I do not.

19  Q. Now, when you were retained in this

20  litigation, did you do any conflicts checks?

21  A. I always do a general conflict check. And it

22  is typically have I got a prior business association

23  with the company that may create some issues, or the

24  plaintiffs. And I did not know the plaintiffs.

25  Q. Did you check to see whether any of the board

Oracle                                                                 Page 23

Foster, George 7/6/2007 8:56:00 AM

1  members at Oracle or Mr. Ellison had made any

2  contributions to your university that would affect your

3  opinion?

4  A. I did not --

5  MS. KYROUZ: Object to form.

6  THE WITNESS: No, I did not check that.

7  MR. BRITTON: Q. Were you aware that between

8  2002 and 2005 that Mr. Ellison's medical foundation

9  donated over $20 million to Stanford?

10  A. I'm not aware of the dollar amounts.

11  Q. Were you aware of the relative size of the

12  contributions?

13  A. No, I was not.

14  Q. What about Mr. Lucas, are you aware between

15  2003 and 2005 his foundation contributed over $5 million

16  to the university?

17  A. I'm not aware of that.

18  Q. And that didn't come up in your conflicts

19  check?

20  A. I do not consider those conflicts for me.

21  Q. Do you think that if you offered opinions in

22  this case that were contrary to the opinions that you're

23  giving that it would affect your relationships that you

24  may have at Stanford?

25  A. I do not base my opinions on -- I base my

Oracle                                                                 Page 24

Foster, George 7/6/2007 8:56:00 AM

1   opinions on my professional judgment, not on what are
2   the consequences to other parties. And -- but I don't
3   believe that that is an issue in this case.
4       Q.  So if you were to give an opinion in this case
5   that Mr. Ellison committed fraud, you wouldn't be
6   concerned about the donations that Mr. Ellison was
7   giving to Stanford?
8       A.  I just haven't considered that issue.  My
9   opinion as a professional are in relation to the facts
10  at issue.
11      Q.  Now, were you aware of the derivative
12  litigation before you were retained in this case?
13      A.  Do you want to explain what the derivative
14  litigation is?
15      Q.  Same case, were you aware that Professor
16  Grundfest and Professor Molina were board members and
17  members of a special litigation committee for Oracle?
18      A.  Yes, I was.
19      Q.  How were you aware of that?
20      A.  I think I had heard about that there was a
21  report done, but it was very vague.
22      Q.  Okay.  Did you hear that the Special
23  Litigation Committee was found to be conflicted because
24  of their ties to Stanford?
25      A.  No, I did not.

Oracle                                                Page 25

Foster, George 7/6/2007 8:56:00 AM

1       Q.  You didn't hear that at all?
2       A.  No.
3       Q.  Do you ever work with Mr. Grundfest?
4       A.  I have met him several times.  I have not
5   professionally worked with him.
6       Q.  And in what context have you met Professor
7   Grundfest?
8       A.  He's a law professor, our areas overlap
9   somewhat, and I have heard him talk,
10      Q.  Where did you hear him talk?
11      A.  At the Stanford Law School.
12      Q.  What was the -- what was the event?
13      A.  It was a joint course that he was teaching
14  with Professor McNichols and Professor Barth, on, I
15  believe, securities litigation.
16      Q.  And what was the topic of the presentation
17  that you heard from Professor Grundfest?
18      A.  I can't remember.
19      Q.  Do you have a close working relationship with
20  Ms. McNichols?
21      A.  Yes, I do.
22      Q.  And can you describe your working relationship
23  with her?
24      A.  I was initially in the accounting department
25  at Stanford, in the accounting group, and Professor

Oracle                                                Page 26

Foster, George 7/6/2007 8:56:00 AM

1   McNichols joined that group about 1984.  One of my areas
2   of research is financial statement analysis, and that is
3   Professor McNichols' predominant area of interest, and
4   we've had discussions.
5       I have never co-authored a paper with
6   Professor McNichols.  We have been research colleagues
7   and just colleagues for over 20 years.
8       Q.  Did you talk to Professor McNichols about this
9   litigation at all?
10      A.  No, I have not.
11      Q.  Did you speak to her about the derivative
12  litigation at all?
13      A.  I can't remember.
14      Q.  Why did you attend the presentation that
15  Professor Grundfest gave?
16      A.  It was -- this was a joint law school/business
17  school course that I thought was a very useful
18  experiment to do.  And if I remember that night there
19  were two talks.  The first talk I believe was Professor
20  Mary Barth on international accounting standards boards,
21  which I was specifically interested in hearing.  And
22  Professor Grundfest was either before Professor Barth or
23  after Professor Barth.
24      Q.  You don't remember the subject?
25      A.  I did not specifically attend the talk to hear

Oracle                                                Page 27

Foster, George 7/6/2007 8:56:00 AM

1   the topic that Professor Grundfest was talking about,
2   but I decided to stay and listen to it.
3       Q.  Have you ever work with Mr. Boskin?
4       A.  No, I have not.
5       Q.  Do you know him?
6       A.  I have met him several times.
7       Q.  And what occasions have you met him?
8       A.  As a Stanford professor, whose area -- he's in
9   business, economics, at either Hoover institution
10  functions or other Stanford functions.  I remember
11  meeting him once on a plane going either to New York or
12  back from New York and chatting to him.
13      Q.  Does Mr. Boskin work or do any research with
14  anybody that you work with?
15      A.  No, he does not.
16      Q.  Mr. Lucas, do you know him?
17      A.  I have never met him.
18      Q.  Does anybody that you work with work with him?
19      A.  I believe he's a computer science professor.
20  And, no, I don't.
21      Q.  Do you have any involvement with the Stanford
22  Institute for Economic Policy Research?
23      A.  No, I do not.
24      Q.  Do you do any work with the Rock Center for
25  Corporate Governance at Stanford?

Oracle                                                Page 28

Foster, George 7/8/2007 8:56:00 AM

```
1    A.  No, I do not.
2    Q.  Do any of your colleagues do any work for the
3   Rock Center for Corporate Governance?
4    A.  Yes, they do.
5    Q.  Who is that?
6    A.  Certainly Professor David Larcker does. I
7   believe he's the co-director of the Rock Center, with
8   two other, Professor Grundfest and one other law
9   professor. And I believe Maureen McNichols does some
10  work with the Rock Center, but I'm not sure what
11  specifically she does.
12   Q.  And do you do any work with Mr. Larcker?
13   A.  Professor Larcker and I are opposite of each
14  other in terms of offices, and we chat quite frequently.
15  But I have not co-authored any papers or started any
16  research projects with Professor Larcker.
17   Q.  Did you speak to Mr. Larcker about this
18  litigation?
19   A.  No, I did not.
20   Q.  Did you speak to him about the derivative
21  litigation?
22   A.  No, I have not.
23   Q.  Have you ever met Larry Ellison?
24   A.  I think I have been introduced to him once.
25   Q.  When was that?
```

Foster, George 7/8/2007 8:56:00 AM

```
1    A.  Some time ago at a Stanford basketball
2   function.
3    Q.  Going back to the preparation of your report,
4   at some point in time did you ask for documents to
5   review?
6    A.  Yes, I did.
7    Q.  And how did you determine which documents that
8   you wanted to review?
9    A.  I had read Dr. Goedde's reports, so I was very
10  interested in the documents underlying that. I had
11  asked for a fairly detailed description of what was the
12  Oracle forecasting process. And read some depositions.
13  And so that led to a listing in terms of the actual
14  forecast process to try to break down what was the
15  forecasting process, who were the major players, and
16  what were the key documents in that.
17   Q.  And how did you decide which depositions to
18  review?
19   A.  It was a combination of looking at -- at this
20  stage I believe in drafting this report I had also
21  access to Professor Hubbard's report. So it was a
22  combination of Professor Hubbard's report -- this was
23  after April. I think the reports were filed April the
24  25th, or approximately in late April or late -- late
25  May. Late May, when it was.
```

Foster, George 7/8/2007 8:56:00 AM

```
1   And so I had access to those two reports,
2   which described in some detail the budgeting process,
3   but I wanted to see the actual documents themselves.
4   And I asked or was asking was there a manual
5   or a very detailed description, and was told -- I
6   couldn't find one. So unlike -- some companies have a
7   very extensive manual, Oracle does not operate with what
8   you would call a 200-page coding document that describes
9   it.
10  So it was really putting together different
11  documents to get an overview of the process.
12   Q.  If you turn in your report to Appendix C. Is
13  this a list of all the documents you relied upon for
14  purposes of preparing your rebuttal report?
15   A.  I believe it is -- yes, I prepared this in
16  conjunction with Analysis Group, and I believe it is.
17   Q.  It is a complete list?
18   A.  I believe it is.
19   Q.  Could you turn to the second page of Appendix
20  C. These are the depositions, transcripts that you
21  reviewed; is that right?
22   A.  I asked people to provide to me the original
23  extracts from depositions that would be important to the
24  case after I outlined the issues I wanted to track down.
25  Some depositions I went through, tried to go through the
```

Foster, George 7/8/2007 8:56:00 AM

```
1   whole deposition. Others I relied on extracts that had
2   been pointed out to me.
3    Q.  And who pointed out those extracts to you?
4    A.  Typically Dr. Hess or Dr. Rosberg.
5    Q.  Now, if you go to the list of depositions for
6   Mr. Ellison there, were those extracts that you relied
7   upon from those depositions or did you read the whole
8   deposition for those?
9    A.  I believe those ones I -- I can't remember.
10   Q.  They are fairly long. You would remember
11  reading something fairly long, wouldn't you?
12   A.  I can't remember.
13   Q.  Now, in the depositions in 2004, what do you
14  understand -- which litigation do you understand those
15  depositions were given in?
16   A.  At this stage I can't give an answer to that.
17   Q.  The one in 2006, is that the single day,
18  September 21st, 2006, or does that encompass all the
19  depositions that Mr. Ellison gave in this litigation?
20   A.  I can't remember that.
21   Q.  You don't know one way of the other?
22   A.  No.
23   Q.  What about for Ms. Minton, did you read
24  extracts of her deposition?
25   A.  Jennifer Minton I asked to see the full
```

1 depositions and skimmed through them.

2 Q. You skimmed through them?

3 A. Yes. I didn't read every single word, but I

4 went through them in a fair amount of detail.

5 Q. Did anybody give you any references from the

6 depositions?

7 A. Highlighted areas?

8 Q. Yes.

9 A. Yes.

10 Q. And that would have been Dr. Hess or Rosberg?

11 A. Yes.

12 Q. What about for Mr. Henley, did you read his

13 full deposition or did you rely on extracts?

14 A. That I can't remember.

15 Q. And can you tell me in which litigation the

16 2004 deposition of Mr. Henley was given?

17 A. That I can't remember.

18 Q. Did you read the deposition of George Roberts?

19 A. I've seen references to it in other reports,

20 but I don't believe I did.

21 Q. Mr. Sanderson, which is the second one from

22 the top, did you read any other deposition transcripts

23 other than the one that's listed there?

24 A. I don't believe I did.

25 Q. How about Mr. Nussbaum, is that the only

1 deposition transcript you read from him?

2 A. I believe that's the case.

3 Q. And did you read extracts on the whole

4 deposition?

5 A. I think I read extracts.

6 Q. What about Ms. Catz down at the bottom there?

7 A. I believe I read extracts from the two -- the

8 March 19th deposition.

9 Q. Was that given in the derivative class or the

10 class case?

11 A. That I'm not sure.

12 Q. And then what about Ms. Kopp, did you read

13 extracts or the full deposition?

14 A. I believe that's extracts.

15 Q. And the same for Steve Johnson?

16 A. I believe so.

17 Q. Now, did you read any other deposition

18 transcripts than those that are listed here? Because

19 what this is, is the documents you relied on for your

20 report. Are there any documents or deposition

21 transcripts that you read but did not rely on?

22 A. No. I think this is the set of documents that

23 I had examined.

24 Q. Did you ask for anything that you didn't get

25 in terms of documents or depositions?

1 A. No.

2 Q. Now, you mentioned that you read the expert

3 report of Mr. Hubbard, Professor Hubbard?

4 A. Yes, I did.

5 Q. Is there anything in there that you relied

6 upon?

7 A. No. I think that I used that as a background

8 piece of information in terms of -- and then where an

9 item was important for my opinion, I went back to the

10 original sources.

11 Q. Now, there's some graphs and charts in your

12 report that are similar to Mr. or Professor Hubbard's

13 reports. Did you understand that?

14 A. There are some similarities, yes.

15 Q. Did you use the reports that he prepared or

16 did you re-prepare them?

17 A. I certainly was aware of his documents, but in

18 terms of drafting what the presentations would be, I did

19 hand sketches of what I was after.

20 Q. If you look at Appendix D in your report.

21 A. Appendix B or D?

22 Q. D as in dog, first three figures. These are

23 charts of revenue, total revenue, field forecast versus

24 potential, various other information. And the second

25 one is -- withdraw.

1 Let me get your understanding of what each of

2 these figures are.

3 A. This is the data that -- the information from

4 the upside reports for the seven quarters up to Q3

5 fiscal year 2001. The first one deals with the revenue,

6 total revenue. The second one deals with the license

7 revenue. And the third one deals with the EPS item.

8 Q. Were you aware that Professor Hubbard did

9 charts similar to these?

10 A. It is my understanding that I think Professor

11 Hubbard did an EPS chart that may have been similar to

12 this. I'm not aware that he did a total revenue chart

13 similar to this.

14 Q. So your Figure 3, EPS, is it your

15 understanding that Professor Hubbard did the same

16 analysis?

17 A. I am not aware of what analysis. It is the

18 same type of structure, examining how the field forecast

19 and how the potential forecast operated in that period,

20 so that we end up with the same diagrams.

21 Q. My question was, did you rely on Professor

22 Hubbard's chart --

23 A. No.

24 Q. -- for purposes --

25 A. This is -- this is a chart that was -- I had

Foster, George  7/6/2007 8:56:00 AM

1   prepared.

2   Q.  Who prepared these charts?

3   A.  Dr. Hess and Dr. Rosberg.

4   Q.  Did you work at all in preparing those charts?

5   A.  Did I work?

6   Q.  Did you work on them at all?

7   A.  Yeah.  I mean, I described what I wanted -- I

8   had seen charts like this, and I said I think you will

9   find there is some different -- may have been some

10  different terminology or -- I have not tried to

11  literally compare chart to chart.  But the basic issue

12  in the EPS chart is a very similar one.

13  Q.  What did you review and consider and decide

14  not to rely on?

15  A.  What did I --

16  Q.  Did you review and consider anything that you

17  decided not to rely on?

18  A.  I think you have at the back pretty much the

19  full amount of items that I looked at.

20  Q.  So was there anything else that you looked at

21  that you didn't rely on?

22  A.  Well, I come to the case with a whole

23  background in terms of examining financial issues, and I

24  don't make conscious decisions to throw the background

25  out.  So there wasn't any documents that I looked at and

Oracle                                        Page 37

Foster, George  7/6/2007 8:56:00 AM

1   said that's something I would take issue with.  I was

2   really just trying to get a back picture of what are the

3   key issues in the case.

4   Q.  The particular question I'm after, is there

5   anything else that you reviewed -- this report lists the

6   documents that you relied on.  Did you review anything

7   else other than what is listed in this appendix?

8   A.  I can't think of anything as I stand here now.

9   Q.  So all the documents that you reviewed in this

10  case are listed in Appendix C?

11  A.  I think that is the case.

12  Q.  Is there anything that you didn't do that you

13  still want to do?

14  A.  I haven't made -- that would be a decision

15  that would be made in conjunction with the attorney.

16  Q.  So sitting here today, you don't know of

17  anything that you didn't do that you still want to do?

18  A.  At this stage, to form the opinions that I've

19  formed now, I'm very comfortable with what I've done.

20  Q.  Are all of the opinions you have in this case

21  listed in your report?

22  A.  Yes, they are.

23  Q.  Now, you've read the reports of Dr. Goedde; is

24  that right?

25  A.  Yes, I have.

Oracle                                        Page 38

Foster, George  7/6/2007 8:56:00 AM

1   Q.  You've read the opening one, of course?

2   A.  Yes.

3   Q.  And did you read his rebuttal?

4   A.  Yes, I did.

5   Q.  Now, why did you offer a rebuttal on the

6   topics that you're addressing rather than Professor

7   Hubbard?

8   A.  The opinions that I formed are opinions that I

9   think, given my background and my experience, I'm in the

10  position to form a judgment on.

11  Q.  Do you think your background and experience is

12  superior to Professor Hubbard's in terms of forecasting?

13      MS. KYROUZ:  Objection; vague.

14      THE WITNESS:  I'm not in the position -- I'm

15  not making any judgments of my background relative to

16  Professor Hubbard's.  My concern is I've been asked to

17  give some opinions in terms of the forecasting system,

18  do I have the background to do that.

19      MR. BRITTON:  Q.  You've read Professor

20  Hubbard's qualifications; is that right?

21  A.  Yes, I have.

22  Q.  And sitting here today, do you have an opinion

23  on whether you are more qualified to offer an opinion on

24  forecasting issues than Professor Hubbard?

25      MS. KYROUZ:  Objection; vague.

Oracle                                        Page 39

Foster, George  7/6/2007 8:56:00 AM

1       THE WITNESS:  I don't have an opinion on that.

2       MR. BRITTON:  Q.  You won't draw one?

3   A.  Beg pardon?

4   Q.  You won't draw an opinion on that?

5   A.  That's not what I have analyzed.

6   Q.  So you just haven't analyzed that?

7   A.  No.

8   Q.  Now, you mention in your report that you

9   understand that Professor Hubbard was doing the economic

10  analysis, and you really didn't offer an opinion on the

11  economic conditions that were facing Oracle in the third

12  quarter of 2001; is that fair?

13  A.  I mentioned -- I don't think I used the word

14  economic.  I think I used the word macroeconomic.

15  Q.  So you haven't done a study of the

16  macroeconomic conditions facing Oracle in 2000 -- in the

17  third quarter of 2001?

18  A.  My analysis is what -- of the budgeting and

19  the forecasting process would be what information

20  sources could that come through.  And my analysis of the

21  forecasting process is that it does come through the

22  customer level.  So I, in fact, have done it at the

23  customer level.  I have not tried to look at

24  macroeconomic indicators.

25  Q.  Did you read the deposition of Professor

Oracle                                        Page 40

Foster, George 7/9/2007 8:56:00 AM

1　Hubbard?

2　　A. No, I did not.

3　　Q. Did you watch his deposition?

4　　A. No, I did not.

5　　Q. Do you understand that Professor Hubbard

6　believes that the macroeconomic conditions would be an

7　input into the forecasting process?

8　　A. I could -- I think that is -- macroeconomic

9　conditions are an input into the forecasting process,

10　that's right.

11　　Q. If that's right, why didn't you do an analysis

12　of economic conditions facing Oracle in the third

13　quarter of 2001 versus the prior year?

14　　A. Because the forecasting process involves the

15　salespeople doing that as they speak to the customers,

16　that is where that information comes into the process.

17　　Q. I understand your argument. But what I'm

18　getting more at, as a person, as an expert that is

19　opining on the reasonableness of a forecasting process,

20　you do not believe that it is important for you to look

21　at what the economic conditions were? Whether or not

22　the field looked at them or not, that it wasn't

23　important for you to look at what the economic

24　conditions were like?

25　　A. I'm aware what the economic conditions were.

Foster, George 7/9/2007 8:56:00 AM

1　I did not choose to look at specific economic

2　indicators, because I believe the budget process had a

3　documented record of being able to adjust for those.

4　　Q. How do you know what the economic conditions

5　were if you haven't studied it?

6　　A. I was -- I've been involved in companies in

7　that specific period.

8　　Q. So you remember back, based on your own

9　experience, what the economy was like?

10　　A. I have done research covering companies in

11　that period. And I have done -- I've sat on boards of

12　companies in that period. So I'm very much aware of

13　what was going on in 2000, 2001.

14　　Q. And you took that into consideration in your

15　opinions here?

16　　A. The general backdrop.

17　　Q. So, can you point to me where in your report

18　you list the studies that you've done that opine upon

19　the economic conditions in 2001 and 2000?

20　　MS. KYROUZ: Objection; misstates testimony

21　and his report.

22　　THE WITNESS: The research that I've -- when I

23　sit on boards, I'm --

24　　MR. BRITTON: Q. Well, you said you've done

25　research, then you also said you sat on boards. I want

Foster, George 7/9/2007 8:58:00 AM

1　to focus more on the research.

2　　Can you point me to the research in here

3　that's helping you form your opinion on what the economy

4　was like in 2000 and 2001?

5　　A. Well, the research project I did on the

6　emergence of companies, which I believe covers about

7　1996 to about 2002, we interviewed the CEO, business

8　development officer and the CFO of 78 companies. And an

9　extensive part of those -- and we have coded

10　interviews -- talk about what's the economic backdrop

11　and how that changes in that period.

12　　Q. Is there a written record of what the economic

13　backdrop was?

14　　MS. KYROUZ: Objection; vague.

15　　MR. BRITTON: Q. In the study you are talking

16　about, is there a written record that reflects what the

17　discussions were about?

18　　A. Not in the write-up of the papers.

19　　Q. Okay. So you're just remembering off the top

20　of your head conversations you've had with these

21　executives about what the economy was like?

22　　A. That's -- these were -- I was involved in at

23　least 120 interviews personally in that period, so

24　that's a lot of time talking to executives about the

25　period. I was also teaching courses, having guest

Foster, George 7/9/2007 8:58:00 AM

1　speakers come to my class. I was running a class

2　"Managing to IPO," and another class, "Early-Stage

3　Globalization" at that period, and I would have people

4　come in. And there were discussions about growth rates

5　of early-stage companies, dot coms.

6　　Q. Okay. And what was your opinion of the

7　economy facing Oracle in calendar year 2000?

8　　A. Calendar year 2000?

9　　MS. KYROUZ: Objection; vague.

10　　THE WITNESS: The -- there was a -- the

11　general economy, I would say that there were different

12　sectors. It is not -- the way I break up the economy is

13　not to think of it as a singular economy. I think in

14　the early part of the 2000 there was a decline in the

15　revenues of the dot com companies.

16　　MR. BRITTON: Q. Early part of calendar 2000?

17　　A. Calendar 2000, yes. So I think you would look

18　at January, February, March, in that period. I think

19　you would look at there was a later decline in the

20　hardware companies, probably later in terms of the

21　middle of the year, and there was a later decline in the

22　telecommunications companies in that period.

23　　Q. Now, in the studies that you're talking about,

24　did you look at the economic conditions in 1999 calendar

25　year?

Foster, George 7/6/2007 8:56:00 AM

1   A. Yes, I did.
2   Q. And what was --
3   A. Well, looking at the revenue growth rates of
4   companies in that period, some early-stage companies.
5   Q. And what was the growth rate of the economy
6   like in calendar year 1999?
7   A. In certain -- I can just talk about in terms
8   of sectors, I think some of the software companies had
9   stronger growth rates. 2000 was less than '99.
10  Q. Okay. Now, for purposes of this report, did
11  you go back and look at those studies to refresh
12  yourself on what the economy was like in calendar year
13  1999 versus calendar year 2000?
14  A. I have done research in this period, so I
15  remember.
16  Q. You remember. But you didn't go back to the
17  report and look at it and say, "Okay, this is what I
18  said about that"?
19  A. No.
20  Q. You would agree, wouldn't you, that a
21  company's products are an input into the forecasting
22  process?
23      MS. KYROUZ: Objection; vague.
24      THE WITNESS: Knowledge of the company's
25  products?

Foster, George 7/6/2007 8:56:00 AM

1       MR. BRITTON: Q. Quality, market acceptance.
2   A. Yes, they are factors that you would consider
3   in terms of the forecasting.
4   Q. But you didn't offer a single opinion on the
5   quality of Oracle's 11i suite; did you?
6   A. I have not attempted to make a specific
7   assessment of that in terms of evaluating the
8   forecasting process itself. What the analysis looks at,
9   is there people who have expertise doing that, providing
10  judgment into the judgment and opinions into the
11  process. I think that's the appropriate way to do that.
12  Q. So even though the quality of products is an
13  input into the reasonableness of a forecasting process,
14  you decided not to offer an opinion on the product
15  quality in this case?
16      MS. KYROUZ: Objection; vague.
17      THE WITNESS: I'm not offering an opinion on
18  the quality per se, because the budgeting process
19  incorporates people who have access to that and have
20  customer contact where that feedback would come from.
21      MR. BRITTON: Q. You're opining on the
22  reasonableness of this process; right? So wouldn't you
23  need to inform yourself of what the people believed
24  about the quality issues facing Oracle's products to
25  give an opinion on the reasonableness of the process?

Foster, George 7/6/2007 8:56:00 AM

1   A. What you should be doing is to look at the
2   cross-checks and balances in the process and look at the
3   behavior of their forecast relative to what the actual
4   results.
5   Q. We'll get to that later. After you read Dr.
6   Goedde's rebuttal report, did you look at any of the
7   product issues that he was discussing in that report?
8       MS. KYROUZ: Objection; vague.
9       THE WITNESS: I considered -- you mean where
10  the -- some of Dr. Goedde's opinions would be reflected
11  in the budgeting process, where would they be captured.
12  And it reinforced my opinion that the interface between
13  the customer and the salespeople at Oracle is where that
14  would be the cold phase at which those issues would
15  surface.
16      MR. BRITTON: Q. It wouldn't be necessary for
17  you as an expert opining upon the reasonableness of the
18  forecasting process to know one way or the other about
19  the quality of Oracle's products or what people were
20  saying about that?
21      MS. KYROUZ: Objection; vague, misstates
22  testimony.
23      THE WITNESS: In order to see if the process
24  is a well-functioning process, you are looking at are
25  there inputs coming from the right places, and then you

Foster, George 7/6/2007 8:56:00 AM

1   look at what are the outputs of the system, and evaluate
2   those outputs. And I think that is the appropriate way
3   to handle that.
4       MR. BRITTON: I move to strike as
5   nonresponsive.
6   Q. I'm asking a very particular question. Do you
7   believe that your opinion is -- withdrawn.
8       Do you believe that it is not necessary for
9   you to know about the quality issues facing Oracle's
10  products to offer the opinions that you've offered in
11  this case?
12  A. I'm aware that there were statements made
13  about the quality issues, and that is in the documents I
14  looked at. I did not -- I do not believe I have to go
15  to the quality reports in order to see if the budgeting
16  process is well-functioning.
17  Q. Now, in Dr. Goedde's opening report there was
18  significant discussions about the effect of the economy
19  on Oracle. And your expert report focuses more on the
20  forecast, whether they knew they were going to miss
21  their forecast. Why did you not opine on Dr. Goedde's
22  report with respect to the impact that the economy was
23  having on Oracle?
24  A. Well, it is my belief that the way you
25  evaluate is this a well-functioning budgeting process,

Foster, George 7/6/2007 8:56:00 AM

1  are the numbers supported by the budget process itself,
2  is you look at the process over an extended time period
3  and see whether there are appropriate inputs coming
4  about the macroeconomic world, about the industry
5  environment, about the products, about the customers,
6  all of which will be reflected in the forecasts and the
7  actual numbers, and you see how that is comparing to the
8  actuals.
9      Q.  Well, a company can be impacted by the
10  economic -- by the economy even though it has a
11  well-functioning forecasting process; right?
12     A.  Absolutely.
13     Q.  Right.  So my question to you is not in the
14  context of the forecasting process.  My question is, why
15  did you not opine upon or address the issues Dr. Goedde
16  raised about certain facts having an impact on Oracle's
17  business?
18     A.  Because my opinion is that the forecasting
19  process enables that information to be put in right from
20  the start in terms of the grass-roots level, so that if
21  there are changes in the economic environment, then that
22  will be reflected into the inputs into the system.
23     Q.  Okay.  I'll come back to that.
24     MS. KYROUZ:  Can we take a five-minute
25  bathroom break?

Foster, George 7/6/2007 8:56:00 AM

1      VIDEOGRAPHER:  Off record at 10:07.
2          (Recess, 10:07 a.m. - 10:20 a.m.)
3      VIDEOGRAPHER:  On record at 10:20.
4      MR. BRITTON:  Q.  Professor Foster, I want to
5  go back to the derivative litigation for a moment.
6  What did you learn about the derivative litigation
7  before you were retained as an expert in this case?
8      A.  I really didn't learn -- I mean, just that
9  there was a litigation.  Even the term derivative
10  litigation I was not aware of.
11     Q.  Did you have an impression at all about the
12  derivative litigation based upon what you heard?
13     A.  No.
14     Q.  Did you know that the SLC was conflicted
15  because of its relationship with Stanford?
16     MS. KYROUZ:  Objection; asked and answered.
17     THE WITNESS:  The SLC is the --
18     MR. BRITTON:  Q.  Special Litigation
19  Committee.
20     A.  No, I was not aware of that.
21     Q.  Do you think it would be a pretty big deal at
22  Stanford if some of its professors were found to be
23  conflicted with a huge donor of the university?  Do you
24  think that's something that would get around?
25     MS. KYROUZ:  Objection; argumentative.

Foster, George 7/6/2007 8:56:00 AM

1      THE WITNESS:  I was not aware of it.
2      MR. BRITTON:  Q.  Did you ever read the
3  Special Litigation Committee report in this case?
4      A.  I saw the Special Litigation Committee report
5  after I filed my report.
6      Q.  After you filed your report.  Have you read
7  it?
8      A.  I've read parts of it.
9      Q.  Which parts?
10     A.  The general summary, like the first 55 pages.
11     Q.  After you read the summary, did you think of
12  anything that you needed to do that you hadn't done with
13  respect to your report?
14     A.  No.  I was comfortable with what I did to make
15  my conclusions.
16     Q.  Do you know if Drs. Hess and Rosberg were
17  involved in preparing Professor Hubbard's report?
18     A.  I believe they were.
19     Q.  Do you know if they had the same involvement
20  in preparing Hubbard's report that they had in preparing
21  your report?
22     MS. KYROUZ:  Objection; lacks foundation.
23     THE WITNESS:  I don't have an opinion on that.
24     MR. BRITTON:  Q.  Can you turn to Appendix A.
25  This is your current and accurate resume?

Foster, George 7/6/2007 8:56:00 AM

1      A.  Yes, it is.
2      Q.  Do you have anything to add or subtract from
3  it?
4      A.  It includes published papers.  I typically do
5  not include work in process or working papers.  But some
6  authors include working papers; I don't.
7      Q.  You don't put the work in process papers in
8  there?
9      A.  No.  Or the topics.
10     Q.  Now, there was one paper that was a work in
11  process that was supposed to be published in 2007.  Do
12  you remember which one that was?
13     A.  I believe that would be the "Management
14  Control Systems in Early-Stage Companies." 2007,
15  forthcoming, The Accounting Review.
16     Q.  Which page is that?
17     A.  Page 4 of the resume.
18     Q.  "Management Control Systems in Early-Stage
19  Start-Up Companies"?
20     A.  Right.
21     Q.  Has that been published yet?
22     A.  It is in the process.  I proofread the galleys
23  in the last two weeks.
24     Q.  Can we get a copy of this paper?
25     A.  Certainly.

1  MR. BRITTON: Michelle, can you send us the

2  paper?

3  MS. KYROUZ: Okay.

4  MR. BRITTON: At some point.

5  Q. Okay. I have looked through your resume and

6  I've tried to figure out what you were doing between

7  1975 and 1987, and I think I need some help with it.

8  Can you tell me where you were and what you were doing

9  between 1975 and 1987?

10  A. That's interesting. 1975 I graduated from

11  Stanford, and I taught at the University of Chicago for

12  three years. Then 1977/78 I was an associate professor

13  at the Australian Graduate School of Management.

14  Q. At the?

15  A. Australian Graduate School of Management. And

16  starting in 1978 I was an associate professor at

17  Stanford. So I've been at Stanford since 1978.

18  Q. So in '78 you were an associate professor at

19  the Graduate School of Australia?

20  A. No. '77 to '78 I was associate professor at

21  the Australian Graduate School of Management.

22  Q. Then '78 you started with Stanford?

23  A. Right.

24  Q. Have you ever worked in the private industry

25  for companies or businesses other than your board

1  membership?

2  A. I have done consulting with companies. But my

3  prime occupation since graduation of my Ph.D. has been

4  of a university base.

5  Q. So your report says that you've done academic

6  research and you've taught in the areas of budgeting and

7  forecasting. And I want to focus on your teaching of

8  budgeting and forecasting.

9  Can you tell me what courses that you teach

10  that cover budgeting and forecasting?

11  A. The cost accounting, cost management area is

12  an area where budgets are the single most important

13  management system put in place. And I started teaching

14  cost accounting, management accounting, actually my

15  master's degree at University of Sydney in 1970 and '72

16  was on management accounting, and that was an extensive

17  part of that. And when I taught at the University of

18  Chicago, I was teaching both cost accounting and

19  management control systems, that had extensive budgeting,

20  forecasting.

21  When I got -- at the Australian Graduate

22  School of Management I taught the same courses. And I

23  have extensively taught in those areas at Stanford. And

24  the textbook "Cost Accounting" has a chapter on

25  budgeting itself, and that is a lead into multiple

1  chapters in terms of the interpretation of budgets.

2  The financial statement analysis area,

3  forecasting is a core part of that, and I have been

4  extensively teaching financial statement analysis. My

5  textbook in that area went through two editions and had

6  one chapter specifically on forecasting. It had a

7  valuation of forecasts in multiple chapters and security

8  analysis in a lot of chapters.

9  The subsequent research on management control

10  systems that I have been doing in the last few years --

11  Q. Let me stop you before you get into the

12  research, because I want to go through the courses that

13  you teach.

14  How much -- let's take the time you were at

15  Stanford. Are you on a quarter system at Stanford?

16  A. Yes.

17  Q. Are you; okay. So that would be a three-month

18  class period?

19  A. (Nodding.)

20  Q. How much of your time is spent teaching how to

21  forecast and how to budget?

22  A. Well, in the courses it would be probably

23  three out of 20 sessions, in the cost

24  accounting/management accounting, and probably about the

25  same in the financial statement analysis.

1  Q. Are those two separate courses?

2  A. Yes.

3  Q. Is a session an hour?

4  A. Hour forty-five.

5  Q. I was never on the quarter system.

6  Okay. Now, let me break it down between

7  budgeting and forecasting. Or can you break it down in

8  your teaching? Can you break it down, here is how you

9  forecast and here is how you budget?

10  A. They are -- the way it is taught is they are

11  often intermingled.

12  Q. And do you teach different approaches to

13  forecasting in your courses?

14  MS. KYROUZ: Objection; vague.

15  THE WITNESS: We talk about bottoms up and top

16  down type of forecasting and budgeting.

17  MR. BRITTON: Q. Let's take the first one,

18  bottoms up. That's what we talk about deals being put

19  into the pipeline going up; right?

20  A. That is where the process starts with

21  information from the product and customer marketplace.

22  Q. What about the top down?

23  A. Top down is typically where some expectations

24  as to the growth of the firm come from either the senior

25  executive team or a link to security analysts"

Foster, George 7/6/2007 8:56:00 AM

1  expectations. They are not by any stretch of the
2  imagination separable approaches. A lot of firms
3  combine both of them. It is often really where the
4  starting point occurs.
5     Q. If you turn to your report, it is going to be
6  at the second page, paragraph 8.
7     A. Second page, paragraph 8?
8     Q. Page 2, paragraph 8. You have -- are you
9  talking about -- is this the same project you were
10 talking about earlier?
11    A. Yes, it is.
12    Q. When did this occur?
13    A. I would say 2001 or 2002 to 2004 was the basic
14 research, I think.
15    Q. Now, you have in the third sentence, "Planning
16 budgeting systems and marketing sales systems were among
17 the systems examined for every company in the study."
18       How did you examine those systems?
19    A. We asked the participants when they
20 implemented budgeting systems, and then we did
21 interviews that lasted anything from 45 to 90 minutes
22 with each of the three people as follow-ups to them.
23    Q. And what in particular were you examining?
24    A. What was the prompt to the adoption of the
25 system, what role did the system play in terms of key

Foster, George 7/6/2007 8:56:00 AM

1  decisions. What refinements did you make to the system
2  over time.
3     Q. Accuracy of the systems? Was that a measure?
4     A. That was one of the factors that was
5  discussed.
6     Q. And what did you discuss?
7     A. What factors may have -- who was suggesting
8  the systems be adopted. Was it coming from internal
9  suggestions or was it coming from external sources, such
10 as a venture capitalist or a major funder.
11    Q. Now, are these companies publicly traded?
12    A. Most of them were not publicly traded.
13    Q. How many were?
14    A. I'm not sure of the answer to that.
15    Q. And what were the relative size of these
16 companies?
17    A. These were relatively small companies,
18 early-stage companies.
19    Q. When you say relatively small, what do you
20 mean?
21    A. At some stage at least getting to over 50
22 employees, minimum.
23    Q. Minimum 15 employees?
24    A. Fifty.
25    Q. Fifty employees. What about max employees?

Foster, George 7/6/2007 8:56:00 AM

1  A. Some of them got into the thousands fairly
2  quickly.
3     Q. Were these -- you called them early-stage
4  companies?
5     A. Right.
6     Q. Start-ups?
7     A. That's another phrase for it.
8     Q. Now, at paragraph 9 you reference an
9  Enterprise Ireland Irish Software Association, Learning
10 for Growth CEO custom program.
11    A. Yes.
12    Q. What was that?
13    A. This is a program that I direct for the Irish
14 government on building stronger Irish software
15 companies.
16    Q. And when did this occur?
17    A. It started in September of 2006.
18    Q. Is it ongoing now?
19    A. Yes.
20    Q. Now, you have the same or similar reference,
21 this involved gaining detailed knowledge of their
22 management systems. How did you do that?
23    A. Each of the companies sends the CEO of the
24 company, and I have assignments that the CEO works with
25 his management team. So one of the assignments is how

Foster, George 7/6/2007 8:56:00 AM

1  well do their management systems scale. Another
2  assignment is what are the growth accelerators and what
3  are the growth inhibitors for their company and how can
4  they go about changing those accelerators and reducing
5  the impact of the inhibitors.
6     Q. You said that how well does the management
7  systems scale. What do you mean by that?
8     A. As the companies grow, how well do the systems
9  retain their reliability as growth occurs, without major
10 new investments in software or people.
11    Q. So how do you gauge that?
12    A. You are asking them to rate the scalability of
13 the system, or you look for evidence that the system is
14 providing inaccurate information in their perception or
15 delayed information, lack of timely information.
16    Q. This is based on conversations that you had
17 with the CEO?
18    A. It is based on assignments that they are doing
19 with their management team for me, then I will have
20 discussions with the participants on that.
21    Q. Are you actually in doing the study of the
22 systems, or are you relying on the conversations you're
23 having with the executives?
24    A. I'm -- they are describing their systems in
25 the written documents to me. Then I'm sitting there and

Foster, George 7/8/2007 8:56:00 AM

1 spending quite a bit of time going through each
2 company's systems, descriptions of their systems.
3 Sometimes they will provide me actual source documents,
4 sometimes not.
5 Q. Now, you've used the terms inhibitors and
6 accelerators, right?
7 A. Yes.
8 Q. What is an inhibitor?
9 A. An inhibitor is a factor that would slow the
10 rate of progress of a company. So it could be an
11 unwillingness of a management to invest in a new
12 software system. It could be the lack of qualified
13 people available to hire.
14 Q. And what about the accelerators?
15 A. Accelerators are things at which you can
16 fast-track the progress of a company. So it could be
17 hiring qualified, skilled people. It could be a joint
18 venture.
19 Q. And you said these were software companies.
20 Were they public or private?
21 A. It is a mixture of private and public.
22 Q. And how big of a percentage is the public?
23 A. I think they are the smaller percentage.
24 Q. What percentage?
25 A. I'm not quite sure.

Oracle                                                    Page 61

Foster, George 7/8/2007 8:56:00 AM

1 Q. Fifty percent? Twenty percent?
2 A. No. Lower. Probably more the 10 to 15
3 percent.
4 Q. Ten to fifteen percent. And how big are the
5 companies that are part of this program?
6 A. That I'm not sure, in terms of --
7 Q. Employees or --
8 A. I think 300 to 500 million in revenue is one
9 company, I believe.
10 Q. That's one company?
11 A. Yes.
12 Q. And what about on the low end?
13 A. Of the private ones?
14 Q. Yes.
15 A. They would be start-ups.
16 Q. How big a percentage are the start-ups?
17 Program?
18 A. The start-ups, probably about 20 percent.
19 Q. And when you said the 300 to 500 million in
20 revenue, that's annual revenue?
21 A. Yes.
22 Q. Is that the largest company in the program?
23 A. I believe so.
24 Q. How many in the program are on that scale?
25 A. I would think possibly three.

Oracle                                                    Page 62

Foster, George 7/8/2007 8:56:00 AM

1 Q. And there is -- is there a wide gap between
2 the three that are in the 300 to 500 million and then
3 the next?
4 A. I haven't looked specifically in terms of a
5 distribution on that score.
6 Q. How often do you meet with these companies?
7 A. They came to Stanford -- I went to Dublin in
8 September, they came to Stanford in October. They sent
9 me -- each company sends me two assignments between
10 October and December. They came -- between October and
11 January, and then they came to Stanford for a week.
12 Each of them sent me three assignments between February
13 and May. They came to Stanford for a week, and they are
14 doing assignments now for me.
15 Q. And then let's go to paragraph 10. You say
16 that, "In addition to my academic experience, I've
17 served on the board of directors of a venture capital
18 company, and I've also served on the boards of directors
19 of multiple software technology companies."
20 Are the companies that are listed in this
21 paragraph all of the companies on which you serve or
22 served?
23 A. I believe not. Bluegum Technologies was a
24 technology company that was acquired by Selectron. Next
25 one, Authentic8, was a software company dealing with

Oracle                                                    Page 63

Foster, George 7/8/2007 8:59:00 AM

1 security that was acquired by a French company.
2 Q. Let me stop you, because I was trying to see
3 if this is a complete list -- and I notice you are
4 looking at your CV in Appendix A, page 2?
5 A. Yes.
6 Q. Are these all of the boards on which you serve
7 or have served?
8 A. I believe so.
9 Q. For any of these companies do you have any
10 forecasting responsibilities?
11 MS. KYROUZ: Objection; vague.
12 THE WITNESS: A board member typically does
13 not have forecasting responsibilities. You interpret
14 information coming from the executives, but that's not
15 the role of a board.
16 MR. BRITTON: Q. I was trying to see if it
17 was unique.
18 Now, have you ever been in the position of
19 having to do a forecast for a particular time period?
20 A. I have not been part of a forecasting team.
21 I've been asked to look at the forecasts of small and
22 large companies, but I've not prepared them.
23 Q. Have you not prepared the forecasts, never sat
24 in the hot seat and said, "I think we're going to
25 forecast this at this point in time"?

Oracle                                                    Page 64

Foster, George 7/6/2007 8:56:00 AM

1    A. No, I've not.

2    Q. Always studying them after the fact?

3    A. Not necessarily after the fact. Looking at

4    the process, how can you improve the process.

5    Q. Okay, fair enough. I want to get into, a

6    little bit, the professor, and the source that

7    Dr. Goedde relies upon for his forecasting principles.

8    You know what that source is; right?

9    A. Professor Armstrong?

10   Q. Yes. Do you know Professor Armstrong?

11   A. I have not met him.

12   Q. Never met him; okay. Would you agree that

13   Professor Armstrong is a reliable source in the area of

14   forecasting?

15   A. I think he's a respected professor in the

16   forecasting area.

17   Q. So he's from Warden, a reputable institution;

18   right?

19   A. Yes.

20   Q. He's a reputable source?

21   A. He's a reputable scholar.

22   Q. Are there other reliability sources in the

23   area of budgeting and forecasting that you can identify

24   for me?

25   A. In terms of the professor, Larry Brown would

Oracle                                                          Page 65

Foster, George 7/6/2007 8:56:00 AM

1    be one person who has an extensive resume in the

2    forecasting area.

3    Q. Where is he? Who is he with?

4    A. I believe he's at Emory.

5    Q. All right.

6    A. I think Professor McNichols is a respected

7    scholar in the forecasting area.

8    Q. Is this your colleague at Stanford?

9    A. Yes. The literature breaks down in terms of

10   what I would call general forecasting methodology or

11   often macroeconomic forecasts, and then company specific

12   forecasts. And then within that earnings and revenue

13   forecasts.

14        MR. BRITTON: Can we take a two-minute break,

15   because once we start getting into this, I will need

16   LiveNote. It is not working.

17        VIDEOGRAPHER: This marks the end of tape one

18   in Volume I in the deposition of George Foster at 10:48,

19   going off the record.

20        (Recess, 10:48 a.m. - 10:49 a.m.)

21        VIDEOGRAPHER: On record at 10:49. This marks

22   the beginning of tape two, Volume I, in the deposition

23   of George Foster.

24        MR. BRITTON: Q. Okay, Professor Foster, you

25   had broken down the areas of the reliable sources in the

Oracle                                                          Page 66

Foster, George 7/6/2007 8:56:00 AM

1    forecasting area. Can you break those down for me

2    again, because I had a technical problem.

3    A. Okay. There is one area what I would call

4    forecasting approaches, error metrics, general -- the

5    general structure of forecasting. And I think Professor

6    Armstrong deals with that in part. There is -- the

7    macroeconomists have a forecasting thrust in terms of

8    forecasting typically macroeconomic variables or

9    industry variables. And then there is a sizable

10   literature that deals with earnings and revenue

11   forecasts by management or security analysts.

12   Q. So you're saying that Professor Armstrong, on

13   which Dr. Goedde relies, falls into the first category,

14   the forecasting error metrics and general structure?

15   A. No. I think he covers that, but he also

16   attempts to have a foot in each of the general areas.

17   Q. Do you take issue at all with any of the

18   principles that Dr. Armstrong deals with in his book

19   that Dr. Goedde relied on, which is, "The Principles of

20   Forecasting"?

21        MS. KYROUZ: Objection; vague.

22        THE WITNESS: The --

23        MR. BRITTON: Q. Not the ones that Dr. Goedde

24   cites. I'm talking about Professor Armstrong's text.

25        MS. KYROUZ: Asking about the entire book?

Oracle                                                          Page 67

Foster, George 7/6/2007 8:56:00 AM

1        MR. BRITTON: Q. Is there anything that you

2    disagree with in Professor Armstrong's text?

3        MS. KYROUZ: Objection; vague, compound.

4        THE WITNESS: I've examined the book, and I

5    think the last chapter has some -- over 100 principles

6    of forecasting. I think it is a list that he says

7    nobody you would expect to follow every single one of

8    these. So I think it is very context specific, which

9    ones you adopt, what weight you put on it. And they are

10   generally at a sort of level at which they -- a more

11   guiding as opposed to definitive principles.

12        MR. BRITTON: Q. You don't take issue with

13   any of those principles? In other words, you wouldn't

14   say a forecaster shouldn't rely on the text that

15   Professor Armstrong has put out on forecasting?

16   A. It is one factor that you would look at. It

17   is not the only factor.

18   Q. Is the fact that there is 139 different

19   principles, does that make it unuseful?

20   A. It's hard to try and work out what the

21   judgment that you -- it is up to the forecaster to

22   decide what weight you put on the individual set of

23   principles. He was not trying to provide what I would

24   call a one, two, three-step process that everybody

25   should follow.

Oracle                                                          Page 68

1    Q. Fair enough. Now, you rely on Professor

2    Armstrong for some of your opinions; do you not?

3    A. Could you point to me the opinions that you --

4    Q. Well, you wrote the report. I want to know

5    what you are relying on from Professor Armstrong.

6    A. I was not aware I was relying on his --

7    Q. Do you rely on anything or do you cite

8    anything that favors or supports your opinion from

9    Professor Armstrong?

10    MS. KYROUZ: Objection; vague.

11    THE WITNESS: I think that if we look at the

12    comments, "should you correct for bias in judgmental

13    forecasting," I think that is a statement, there would

14    be opinion, quite a bit of agreement on that.

15    I don't think I have to rely on any individual

16    author on that. That's a statement I think a lot of

17    people would say, if there is bias, you want to take

18    that into account in either interpreting or forecasting

19    in the future.

20    The comment, "forecast provided by efficient

21    markets, optimal," that one is a very vague comment.

22    "Efficient markets" is used in many different contexts,

23    it can be used in relationship to the capital markets.

24    And I believe that Professor Armstrong relies

25    on the efficient capital markets to say that the stock

1    price incorporates the best available information. I

2    think the most recent literature would suggest that may

3    not be as solid an opinion as is portrayed in the book.

4    I think there is a lot of people who would now take

5    issue with that.

6    MR. BRITTON: Q. Who are you thinking of and

7    what literature are you thinking of that would take

8    issue with that?

9    A. It's called -- several, both literature, and

10    in the industry. I think the literature on capital

11    market anomalies has been around for some time pointing

12    out that there are some pretty sizable anomalies that

13    are not explained by the efficient capital markets.

14    I read a paper myself in 1984 on summarizing

15    some of that evidence. And it is talked about in my

16    financial statement analysis, the hedge fund industry,

17    and so it is very much motivated by there may be

18    mispricing in securities. So I think that statement by

19    Professor Armstrong is -- it lacks specificity in terms

20    of how you interpret it.

21    Q. But a forecaster could look at it and use it

22    and interpret it the way they see fit; is that right?

23    A. I don't think it guides too much, because you

24    have to identify what is an efficient market. And

25    that's an area of much dispute.

1    Q. Fair enough. Actually, let me direct you more

2    than having to go through that.

3    So, let's turn to your report at page 10,

4    paragraphs 22 and 23. And in this paragraph you appear

5    to be relying on Professor Armstrong's statements that

6    what it really comes down to is how good is the forecast

7    in the situation that you're in; right?

8    A. Well, I would make that statement. I've made

9    that statement in "Financial Statement Analysis," a book

10    that I wrote in two editions well before this comment

11    was made.

12    So I'm not relying on Professor Armstrong, but

13    I agree with his opinion that benchmarks are useful.

14    Q. And if you go to paragraph 25, you cite with

15    favor Professor Armstrong's opinions that judgmental

16    forecasts were superior to extrapolation forecasts; is

17    that right?

18    A. The literature in general is of the opinion

19    that combining multiple forecasts in general, what is

20    called a judgment forecast, adds to the forecasting

21    process.

22    Q. Can you tell me why extrapolation forecasts

23    are less accurate than judgment forecasts?

24    A. Extrapolation forecasts sometimes cannot take

25    account of information that's not easily put into single

1    variable or multiple variables.

2    Q. For example, what are you --

3    A. It could be that -- it could be consumer

4    sentiment, would be one variable.

5    Q. So macroeconomic conditions?

6    A. Macroeconomic conditions can be incorporated.

7    There are extrapolation forecasts based on macroeconomic

8    conditions.

9    Q. When you say consumer sentiments, that's a

10    macroeconomic measure; isn't it?

11    A. Sometimes the measure can be a reasonable one,

12    other times you may think that you want to make

13    adjustments to the variable that you look at.

14    Q. Okay. Let's go to the correct for bias and

15    judgmental forecasting. Can you tell me what your

16    understanding is of optimism bias?

17    A. Optimism bias is where you forecast a, say, a

18    revenue number that is higher, consistently forecast a

19    revenue number that is higher than the actual result

20    turns out to be. That would be one evidence of it.

21    The way at which you would frame it is, say

22    that you are putting -- the relative to the available

23    information, you are erring on the side of saying much

24    more positive outcomes than would typically be the case

25    if -- relative to some other benchmark.

Foster, George 7/8/2007 8:56:00 AM

1    Q.  And where does optimism bias come from?

2    A.  There are multiple sources of optimism bias.

3    One is that some people are by nature inherently

4    optimistic, they have to be.

5    Q.  Larry Ellison?

6    A.  I don't -- I have not examined that aspect of

7    Mr. Ellison.

8        I just have a study coming out in 2007 where I

9    examine the forecasts by early-stage entrepreneurs about

10   what their revenues are going to be in three to four,

11   five years out.  And there is a widespread feeling that

12   those entrepreneurs, because it is such a very difficult

13   environment they have to face, have to be optimistic.

14   And the evidence strongly supports that their forecasts

15   way exceed what is a reasonable benchmark for what they

16   should be forecasting.  So it depends on the individual,

17   it depends on the incentive system the individual is

18   facing.

19   Q.  In your experience in analyzing different

20   companies, where do you see the sources of optimism bias

21   coming from?  What creates it?

22   A.  A lot of companies I don't see optimism bias,

23   I see sometimes pessimism bias.

24       But the cases that I have observed optimism,

25   often there will be an external event that you want to

Oracle                                          Page 73

Foster, George 7/8/2007 8:56:00 AM

1    benefit from, and you provide information that you think

2    will be beneficial to that event.  So if you think that

3    you are going to get a second round of funding from a

4    company, from a venture capitalist, you may produce

5    forecasts that you think will make them more likely to

6    fund you.

7    Q.  And then pessimistic bias would be bias on the

8    downside?

9    A.  Pessimistic bias is where you have the process

10   that may lead to the pessimism, and then you document

11   the pessimism by, is there a consistent pattern of your

12   forecast being below what you think was a reasonable

13   outcome.  So pessimism implies sometimes understating

14   what the revenues, say, would be.

15   Q.  How can you correct for pessimism bias?

16   A.  There are multiple ways of doing that.  One is

17   that you change the behavior of the people doing the

18   forecasting.  Another way is to impose a bias adjustment

19   so that you don't try and change the forecast, the

20   individual forecast; you impose a step in the middle

21   where you adjust upwards.

22       Another way is to change the incentive systems

23   of what people are facing that may be the root cause of

24   their pessimism or, so, optimism.

25   Q.  Are those all the ways you can think of?

Oracle                                          Page 74

Foster, George 7/8/2007 8:56:00 AM

1    A.  Well, they would be three major ways.

2        Other ways, you could involve checks and

3    balances in the process to attempt to get some more

4    information in the process to get insight into what is

5    the magnitude of the pessimism or optimism.

6    Q.  Let's talk about Oracle's forecasting process

7    specifically.  Can you tell me what your understanding

8    is of Oracle's forecasting process?

9    A.  It is my understanding that the process starts

10   at the individual salespeople level and that they enter

11   their projections into the Oracle sales online.  And

12   then there are layers of people above that who critique,

13   try and shake the person to see how much confidence that

14   they have in the forecast being provided.

15       It rolls up to some of the business units.

16   And then it proceeds upward to where I think you would

17   have the inputs into the Jennifer Minton process.

18       And Minton, after fairly extensive

19   discussions, decides to make an adjustment or not make

20   an adjustment.  And then they issue what has been

21   labeled upside reports.

22   Q.  Now, you said that Minton decides to make an

23   adjustment or not make an adjustment.  Isn't it true

24   that in the time period studied that she's always made

25   an adjustment?

Oracle                                          Page 75

Foster, George 7/8/2007 8:56:00 AM

1    MS. KYROUZ:  Objection; vague.

2    THE WITNESS:  I think it is not -- I can't

3    remember the specific areas, but I think for every area

4    of Oracle's revenues, she's making adjustments across

5    all the lines of business, across all the geographies.

6    MR. BRITTON:  Q.  Particularly the license

7    part of the business; right?

8    A.  I think a lot of the license area, in North

9    America, is where a lot of evidence I saw of her making

10   adjustments.

11   Q.  Continue on.

12   A.  That then as the quarter -- there are some

13   checks and balances that she looks at to -- as part of

14   her process, deciding what sort of adjustment she wants

15   to make.  And then there is a set of meetings that

16   occur.  I believe the first month of every quarter there

17   is two.  The second month of every quarter there is two.

18   And then the time period between them I think there is a

19   minimum of four in the third quarter.

20       And all this time there is an attempt to get

21   an ongoing evaluation of what is going to be the

22   quarter's revenues and the resultant EPS forecast.

23   Q.  Now, Minton's upside process, it's your

24   understanding, isn't it, that Minton would start her

25   upside process with a conversion ratio; right?

Oracle                                          Page 76

1    MS. KYROUZ: Objection; misstates testimony.
2    THE WITNESS: No, I don't think that is
3    correct.
4    MR. BRITTON: Q. What do you think it was?
5    A. I think what Jennifer Minton does is that
6    she's sitting there, she does this on an ongoing basis,
7    a continual flow of information, and key new prompts
8    coming into the system, what is the forecasts coming in.
9    She's having extensive discussions. She's sitting in on
10   meetings of the executive committee at times, she's
11   talking to people from the divisions. And she is
12   attempting to see how much of that revenue, both the
13   forecasts, and she understands there is also the
14   information in the pipeline, but she's combining all
15   that. But I don't think it is a correct statement to
16   say that her first input is the conversion.
17   Q. You kind of left the conversion ratio out of
18   your answer.
19   So is it your opinion that she didn't use the
20   conversion ratio at all in her upside adjustment, you?
21   A. No. I think the conversion ratio is one of
22   the factors that she considers in terms of how much of
23   the pipeline does she think is going to be converted
24   into sales during the quarter, revenue during the
25   quarter.

1    Q. If she only did -- assume for a hypothetical
2    that she only used the conversion ratio to come up with
3    her forecast, would that change your opinion?
4    MS. KYROUZ: Objection; vague, incomplete
5    hypothetical.
6    THE WITNESS: I don't think that is an
7    appropriate -- I don't think that's a descriptive
8    assumption of what she does.
9    MR. BRITTON: Q. It is a hypothetical. What
10   I'm asking you -- you opine this is a reasonable
11   forecast.
12   Now, if you were presented with facts that
13   showed that Ms. Minton mechanically took the conversion
14   ratio, applied it to the prior year, applied it to the
15   pipeline, and used that as her forecast, would your
16   opinion change that Oracle's forecasting process was
17   reasonable?
18   A. What I would have to look at is the context in
19   which the forecasts are made. I mean, Jennifer Minton
20   is one player in this whole process, and you would have
21   to look at what are the other parties doing. If that is
22   the role she plays, what are the other parties doing as
23   well.
24   Q. She's the one that's responsible for putting
25   out the consolidated company forecast, isn't she?

1    A. She provides information on that. But I
2    believe the CFO can adjust information.
3    Q. So your understanding is that Mr. Henley would
4    adjust information as well in the process?
5    A. He may adjust information. He may not take
6    literally the numbers that Jennifer Minton has. It
7    depends on what decisions are being made with the
8    information. When you are looking at forecasting, you
9    don't -- forecasting is not made in a vacuum, there is
10   not one individual. It is part of a whole process where
11   a lot of players are occurring. So you can't change one
12   player without looking at the whole context itself.
13   Q. So your understanding is, is that Jennifer
14   Minton's potential forecast wasn't necessarily Oracle's
15   company forecast; is that right?
16   MS. KYROUZ: Objection; vague as to company
17   forecast.
18   THE WITNESS: Jennifer Minton's, I believe, is
19   typically the potential. But how that potential gets
20   interpreted is not just Jennifer Minton herself. So if
21   you change what Jennifer Minton does, you can't freeze
22   everything else.
23   MR. BRITTON: Q. So you're saying that
24   necessarily Mr. Ellison and Mr. Henley didn't rely on
25   Ms. Minton's potential forecast?

1    MS. KYROUZ: Objection; misstates testimony.
2    THE WITNESS: I didn't say that at all.
3    That's a mischaracterization.
4    I said that if you change the main of what she
5    does, then I don't think -- in order to see what would
6    be the effect, I would have to look at what other
7    aspects are going on at Oracle.
8    MR. BRITTON: Q. And what other aspects would
9    you have to look at?
10   A. How the people interpret the information, what
11   adjustments they may be making.
12   Q. Okay. So let me capture that. Jennifer
13   Minton produced the potential forecast, that was the
14   company consolidated forecast.
15   A. Can I have a sheet of paper? So the first one
16   is?
17   Q. Jennifer Minton's potential forecast is the
18   company consolidated forecast that the executives relied
19   on, and that forecast was generated purely by taking the
20   conversion ratio from Q3 2000 and applying it to the
21   pipeline in Q3 2001. Would that change your opinion
22   that Oracle's forecast process was reasonable?
23   MS. KYROUZ: Objection; incomplete
24   hypothetical.
25   THE WITNESS: You have to give me a lot more

Foster, George 7/6/2007 8:56:00 AM

1  background on what executives rely on.
2      MR. BRITTON:  Q.  All we're relying on is the
3  numbers she puts out.
4      A.  It is an input into some decision making.
5      Q.  Their decision making is we're going to go
6  with Jennifer Minton's potential, no ifs, ands or buts
7  about it.
8      A.  But they are interested in not just the
9  number.  The number is an input into a sales pricing
10  decision, a resource allocation decision, it's an input
11  into a hiring policy for Oracle.  So you would have to
12  look at -- you don't need the forecast because you like
13  a forecast.  You need the forecast because you have some
14  decisions to be made by line executives.
15      Q.  They issue guidance; right?  Oracle issued
16  guidance in the third quarter of 2001; right?
17      A.  So what you're saying is the context now is a
18  capital market context of releasing information to the
19  market.  Is that --
20      Q.  Fine, sure.
21      A.  And is it your opinion --
22      Q.  The hypothetical I'm framing, a very simple
23  question, if Oracle issued public guidance based on the
24  potential forecast, Ms. Minton's potential forecast, and
25  that was generated strictly by applying the conversion

Oracle                                                      Page 81

Foster, George 7/6/2007 8:56:00 AM

1  ratio from the prior year to the pipeline in the current
2  quarter, would that change your opinion that Oracle's
3  forecast process was reasonable?
4      MS. KYROUZ:  Objection; incomplete
5  hypothetical.
6      THE WITNESS:  I would have to look at what is
7  the statements being made around that and who is -- is
8  Jennifer Minton the person releasing the forecast to the
9  capital market?
10      MR. BRITTON:  Q.  Yes.
11      A.  Or is it the CFO?
12      Q.  I'm trying to get you to answer a specific
13  question, if what is generated to the market was the
14  result of Ms. Minton strictly applying the conversion
15  ratio, would that change your opinion?
16      MS. KYROUZ:  Same objection.
17      MR. BRITTON:  Q.  But you won't answer that
18  question for me.
19      A.  I don't think you've got enough information to
20  describe.
21      Q.  What more information do you need?
22      A.  You want to know how -- how -- what is the
23  context in which the decisions -- what the information
24  is being released.
25      Q.  And what facts would you need to put it into

Oracle                                                      Page 82

Foster, George 7/6/2007 8:56:00 AM

1  context?
2      A.  Well, if the CEO wants to make adjustments to
3  it.
4      Q.  He doesn't want to make adjustments to it.
5  He's going to rely on Minton.  CFO is going to rely on
6  Minton.
7      So the context is, what she generates based on
8  this conversion ratio is what we're going with, that's
9  the context.
10      MS. KYROUZ:  Same objection.
11      MR. BRITTON:  Q.  What do you need?
12      A.  I don't think that is an accurate description
13  of what happened.
14      Q.  This is a hypothetical.  I'm not talking about
15  the specifics of what happened.  I'm trying to get an
16  idea on whether you think a forecast that's based just
17  on the conversion ratio analysis is reasonable or not.
18      MS. KYROUZ:  Objection; vague.
19      THE WITNESS:  One of the tests of
20  reasonableness that you would have is that you have to
21  sort of do an evaluation of that forecasting approach
22  over time.  So that -- and this is part of what is
23  appropriate, is that she has a model, and your model is
24  that, as -- as you described in your hypothetical, it is based
25  on a conversion ratio, you would line up and say, okay,

Oracle                                                      Page 83

Foster, George 7/6/2007 8:56:00 AM

1  for the last eight quarters or the last 12 quarters what
2  has been the forecasting error of that model versus some
3  other models.
4      And you would want to do further analysis of
5  whether it is a mean square error or a mean absolute
6  error or something like that.
7      So, until you've done a detailed analysis of
8  that, you can't -- you can't get a yes/no answer to your
9  question.
10      MR. BRITTON:  Q.  Okay.  So taking the facts
11  that we have in this case, had Ms. Minton applied just
12  the conversion ratio from the prior year to the current
13  pipeline, the economy has changed, all the facts that
14  you know about, would you change your opinion that
15  Oracle's forecast process was reasonable?
16      A.  I would look --
17      MS. KYROUZ:  Objection.
18      THE WITNESS:  I would look at forecast errors.
19  We do have a conversion ratio there.  We could compute
20  the conversion ratio and see how those forecasts did
21  relative to the actual forecast Jennifer Minton did or
22  relative to security analysts.
23      But you would not -- you would look at that
24  over -- quarter after quarter prior to the period that
25  you're looking at.

Oracle                                                      Page 84

Foster, George 7/8/2007 8:56:00 AM

1   MR. BRITTON: Q. Did you do that in your
2   study? Did you test that?
3   A. I tested the accuracy of the potential.
4   Q. I'm asking, did you check the accuracy of the
5   conversion ratio?
6   A. I did not specifically address the issue of a
7   mechanical conversion ratio.
8   Q. Now, you testified or you have in your report
9   that the conversion ratio was a check of reasonableness,
10  of reality?
11  A. It is an input into the system.
12  Q. So are you saying you didn't characterize it
13  as that, a reality check?
14  A. It is one factor that you use.
15  Q. Do you believe it was a check of
16  reasonableness?
17  MS. KYROUZ: Objection; vague.
18  THE WITNESS: It is one piece of information
19  that's used to look at the forecast.
20  MR. BRITTON: Q. That's not my question. My
21  question is, do you believe that in the third quarter of
22  2001, the conversion ratio was a reasonableness check on
23  Oracle's forecast?
24  MS. KYROUZ: Objection; vague.
25  THE WITNESS: I think it is one reasonableness

Oracle                                                          Page 85

Foster, George 7/8/2007 8:56:00 AM

1   check, yes.
2   MR. BRITTON: Q. Did you do a study to see
3   whether the conversion ratio was a reasonable check?
4   MS. KYROUZ: Objection; vague.
5   THE WITNESS: The reasonableness check I did
6   is I looked at the process in the prior periods, which
7   is -- you can't look at the third quarter of 2001,
8   because that's the period at which you already know the
9   actual result. You've got to say what information is
10  available to a forecaster going into the third quarter
11  of 2001. And the forecast -- the potential set of
12  forecasts that she was releasing, I did a benchmark test
13  on them.
14  MR. BRITTON: Q. But did you check to see if
15  the conversion ratio had become any more or less
16  reliable between the third quarter of 2000 and the third
17  quarter of 2001?
18  MS. KYROUZ: Objection; vague.
19  THE WITNESS: Certainly in terms of looking at
20  the conversion ratio in the third quarter of 2001, she
21  is using a more conservative conversion ratio.
22  MR. BRITTON: Q. But if you don't test the
23  reliability of conversion ratio, how do you say it is
24  more conservative?
25  MS. KYROUZ: Objection; vague.

Oracle                                                          Page 86

Foster, George 7/8/2007 8:56:00 AM

1   THE WITNESS: It is not the conversion ratio
2   that is the issue. It is the forecast that is the
3   issue.
4   MR. BRITTON: Q. If the conversion ratio is,
5   as you put it, a check on reasonableness, don't you have
6   to see whether the check is reasonable or not?
7   MS. KYROUZ: Objection; vague.
8   THE WITNESS: It is a piece of information
9   that you look at, and you will get updates from the
10  field that gives you an update on how that conversion
11  ratio is moving.
12  MR. BRITTON: Q. Now, you understood the
13  composition of the pipeline had changed; right?
14  A. The composition of the pipeline was always
15  changing.
16  Q. And it changed -- give me your understanding.
17  How did it change between the third quarter of 2001 and
18  the third quarter of 2000?
19  A. There was -- relative to the forecast I think
20  had a higher position of applications relative to
21  database, and there was a higher percentage of -- it was
22  turning out at the end the database was a higher
23  percentage than applications.
24  Q. And applications, they convert at a lower
25  rate; right?

Oracle                                                          Page 87

Foster, George 7/8/2007 8:56:00 AM

1   A. In some cases they do.
2   Q. It is a longer sales cycle for applications?
3   A. It's -- it varies. I don't think -- I mean I
4   think the deposition was that on average it is a longer
5   sales cycle.
6   Q. On average. So the fact that the composition
7   of the pipeline had changed means that the conversion
8   ratio would have changed as well; right?
9   MS. KYROUZ: Objection; misstates testimony.
10  THE WITNESS: You would have to look -- you
11  have in the system the people who are bringing the
12  forecasts in are aware of the different conversion
13  ratios when they issue their forecast.
14  MR. BRITTON: Q. You're giving your opinion
15  on the reasonableness of the forecast process. Don't
16  you have to look and see if the conversion ratio is
17  still reasonable to say it is a reasonableness check?
18  A. What I have to do is see whether that process
19  incorporates appropriate information and whether it has
20  produced reliable results in the past. That's I believe
21  the appropriate way to do it.
22  Q. You can do that without testing whether the
23  conversion ratio is reliable or not?
24  MS. KYROUZ: Objection; vague.
25  THE WITNESS: There is field-based information

Oracle                                                          Page 88

1    coming in from people right at the cold phase about
2    that.
3        MR. BRITTON:  Q.  So you say they would have
4    adjusted for it?
5        A.  They have every incentive to adjust for that.
6        Q.  But you didn't have to go back and look, and
7    you didn't go back to look to see whether the
8    composition of the pipeline changed and what the effect
9    was on the conversion ratio of that?
10       A.  What I looked at is whether this process,
11   which has all those varying inputs, has in the past
12   operated with a relative degree of accuracy.
13       Q.  You read Dr. Goedde's report?
14       A.  Yes, I did.
15       Q.  Dr. Goedde highlights the fact that the
16   conversion ratio became less reasonable over time and
17   that the composition of the pipeline had changed.  Did
18   you go back and study whether, in fact, that was true or
19   not, after you got Dr. Goedde's report?
20       A.  The conversion ratio is declining, that
21   doesn't mean to say it is less reasonable.  That may be
22   a statement about what is happening in the field, and
23   that the people who are in charge of making the sales
24   will be providing that information in their first input
25   into the data process.

1        Q.  But we're talking about the conversion ratio
2    as a check of reasonableness, which is how you've
3    characterized it.  You're talking about the bottoms up
4    forecast.  I'm talking about Jennifer Minton's
5    conversion ratio being a reasonableness check.
6        So, the question I have for you, sir, is, how
7    do you give an opinion that a conversion ratio is a
8    reasonableness check without studying whether the
9    conversion ratio had changed or not?
10       MS. KYROUZ:  Objection; misstates testimony.
11       THE WITNESS:  Well, we have sort of
12   information on what is the --
13       MR. BRITTON:  Q.  What are you looking at?
14       A.  Just looking in terms of the -- that's all
15   right.  The --
16       Q.  What page are you on?  You're referring to
17   your expert report?
18       A.  Yeah, it's okay.  I'll answer it this way.
19       The way the forecasting process is evaluated
20   is that there are multiple checks, and the weights on
21   those multiple checks will vary with the environment.
22       And so Jennifer Minton is sitting there and
23   she is getting input from people in terms of sales of
24   applications are going slower, sales of database are
25   going relatively stronger.

1        Q.  So let me turn your attention -- you have a
2    very specific opinion here, Dr. Foster, page 22,
3    paragraph 54.  And you say with the heading, "Relevant
4    historical information was considered," "As I discussed
5    earlier, the use of historical conversion ratios as a
6    check on the reasonableness of the current forecast was
7    a strength of Oracle's forecast process."
8        A.  Right.
9        Q.  What you're describing to me now is all the
10   different data inputs.
11       A.  Right.
12       Q.  My question to you is very specific.  How do
13   you justify that the conversion ratio was a reasonableness
14   check without studying whether the conversion ratio was
15   more or less reliable in Q3 '01 than it was the prior
16   quarter?
17       A.  Because what happens is the conversion ratio
18   is an input, and you have to look at how -- what has
19   been the evidence that has built up over time that that
20   check has worked.
21       Q.  And how did you study that?
22       A.  By looking at the forecast accuracy is one
23   part.
24       Q.  That doesn't -- that measures the whole
25   forecast process, not the conversion ratio.  Did you

1    study the conversion ratio and how that -- how accurate
2    that was over time?
3        A.  I have looked at the conversion ratio.
4        Q.  Did you study the accuracy?
5        MS. KYROUZ:  Objection; vague.
6        MR. BRITTON:  Q.  Do any regression analysis?
7    Any error testing in all the studies that you've done in
8    here?  The answer is no, isn't it?
9        A.  No, that's not true at all.  If we looked at
10   the -- I looked at -- what is the impact of, for
11   instance, the --
12       Q.  What page are you on?
13       A.  If we looked at page 26 to 27.  And what we've
14   got here is the actual conversion ratio, is this
15   impacted by different shifts in the NASDAQ, which is an
16   economy indicator.  And what you find is that in periods
17   in which NASDAQ went down, which is the argument that
18   we're facing here, that the actual conversion ratio
19   should have gone down.
20       And it turns out that if you looked at the
21   past time period, what you find is that the period that
22   has the lowest conversion ratio, FY 2001, Q1, has got a
23   45 percent, and that's the period in which the NASDAQ
24   went up 78 percent.
25       Q.  I will get to the NASDAQ study you did later.

1    I want you to check for me in your analysis
2    here, in every single quarter that you have a
3    year-over-year comparison, Q1 2000 to Q1 2001, the
4    conversion ratio drops year over year; doesn't it?
5    A.   In --
6    Q.   Do you want to look, compare Q1 '00 to Q1 '01.
7    A.   Q1 -- the 56 to 45?  Is that what you're
8    saying.
9    Q.   Yes.  The conversion ratio dropped year over
10   year, didn't it?
11   A.   That's right.
12   Q.   Q2, conversion ratio dropped; didn't?
13   A.   Yes.
14   Q.   So the conversion ratio is dropping in 2001
15   compared to 2000?
16   A.   Um-hum.
17   Q.   So how is that a reasonableness check on the
18   forecast?
19   A.   Then you look at what is the amount in the
20   pipeline, and you see what sort of level in the pipeline
21   do you have in terms of what the conversion ratio being
22   predicted.
23   Q.   And did you study that?
24   A.   I believe I did.
25   Q.   Where did you study that?

1    A.   I believe at the end here.  This is the
2    potential conversion ratios in Figure 13.
3    Q.   What page are you on?
4    A.   Page 53.  This is the potential.  The black
5    line is the potential conversion ratios in those week 2,
6    4, 6.  And what it is, it's a relative -- at the bottom
7    end.
8    Q.   You're just comparing the potential forecast
9    conversion ratios to the conversion ratios in the prior
10   quarters; you're not studying whether the conversion
11   ratios were more or less reliable here, are you?
12   MS. KYROUZ:  Objection; vague.
13   THE WITNESS:  I'm saying, if there is some
14   mixed changes, then the fact that you're on the
15   conservative end of potential conversion ratios here is
16   what you would expect to find if the process is
17   operating well.
18   MR. BRITTON:  Q.  How do you give an opinion
19   that you're on the conservative end of things if you
20   haven't study whether the conversion ratio that you're
21   saying that you're being more conservative from is more
22   or less reliable than it was in the past?
23   MS. KYROUZ:  Objection; asked and answered,
24   argumentative.
25   THE WITNESS:  Because the test that you are

1    looking at is not to look specifically at the data that
2    you're trying to sort of probe into in terms of, you
3    know the actual result here, so you have to walk into it
4    in terms of a set of procedures that don't have
5    hindsight bias.
6    MR. BRITTON:  Q.  So your opinion is you don't,
7    have to test the reliability of the conversion ratio;
8    right?
9    A.   That is not my opinion.
10   Q.   We'll leave it at that.
11   Now, just with respect to the conversion
12   ratio, was the third quarter of Oracle's fiscal year
13   2000 an appropriate quarter in which to conduct
14   comparables with the third quarter of 2001?
15   MS. KYROUZ:  Object to form.
16   THE WITNESS:  Well, it is a piece of
17   information to look at.
18   MR. BRITTON:  Q.  Was it an appropriate piece
19   of information to look at?
20   A.   It is one of the -- it's a piece of
21   information that you would want to consider, yes.
22   Q.   Even though things had changed so much?
23   A.   The --
24   Q.   The pipeline had changed, the economy had
25   changed.

1    A.   Those adjustment factors, that's why you have
2    a bottoms up process.  Because -- and you have people
3    along the way trying to sort of shake people in terms of
4    in the light of the economy changes, in the light of if
5    there -- are we seeing that out in the field.
6    Q.   I asked with you with respect to the conversion
7    ratio, is that a bottoms up forecast?
8    A.   The conversion ratio is the potential to the
9    pipeline, right.
10   Q.   Well, that's the potential forecast conversion
11   ratio?
12   A.   Right.
13   Q.   So is that a bottoms up forecast?
14   A.   Well, certainly the potential forecasts are
15   coming bottom up, and the pipeline is coming bottom up.
16   Q.   Is the conversion ratio coming bottom up?
17   A.   In the enumerator and denominator are coming
18   bottom up, I would say the conversion ratio is a bottom
19   up indicator.
20   MR. BRITTON:  So the conversion ratio is a
21   bottom up indicator.  Okay.
22   Can we take five minutes?
23   VIDEOGRAPHER:  Off the record at 11:33.
24   (Recess, 11:33 a.m. - 11:45 a.m.)
25   VIDEOGRAPHER:  On record at 11:45.

1    MR. BRITTON: Q. Dr. Foster, can you please
2    return to your report, page 11. Paragraph 29 is under
3    the heading, "What is a reasonable forecast process?"
4    And you say, "I have examined and analyzed financial
5    forecasting systems of companies for many years. Based
6    on my experience, the criteria I use to evaluate a
7    financial forecasting system include:  A. Is there a
8    structured, broad-based process for collecting and
9    evaluating information?  B. Does the process have
10   appropriate checks and balances?  C. Is the process
11   historically valid?"
12        Did I describe that fairly?
13   A. That is correct.
14   Q. Question I have for you is have these -- well,
15   what did you do to arrive at this opinion?
16   A. This is an approach I've had to evaluating, in
17   general, control systems, not just forecasting systems,
18   budgeting systems for some time. And you adapt that to
19   fit the specific context.
20        So if it's a forecasting approach, then you
21   are very interested in the historical validation. And
22   you tailor that criteria to the specific context. But
23   I've been teaching with this for some time.
24   Q. Has this opinion here appeared in any peer
25   reviewed publication as it is set forth here?

1    A. I don't believe it has.
2    Q. Has the opinion that you have here achieved
3    general acceptance in your field?
4    A. I have not tested that.
5    Q. And did you create the opinion as it is here
6    for purposes of this litigation? In other words, you're
7    adapting it for this litigation?
8    A. No. I believe I've had that general criteria
9    for some time.
10   Q. Just based in your mind and how you work with
11   companies?
12   A. Certainly in the AT&T litigation I used this
13   criteria.
14   Q. Are there any differing views amongst
15   practitioners or professors in your field -- withdrawn.
16        Are there any different views in the field as
17   to what is the criteria to evaluate the financial
18   forecasting system?
19   A. I think my sense is that the criteria there
20   are a reasonable set of criteria that I think a lot of
21   scholars would agree with.
22   Q. And have you checked with them?
23   A. No, I have not checked.
24   Q. Have you checked with even one?
25   A. I have not attempted to.

1    Q. Are there any more than these three?
2    A. I think these are three pretty broad-based
3    criteria.
4    Q. Now, with respect to number -- the last one,
5    "Is the process historically validated?" If something
6    in the process that you were evaluating had changed,
7    what would you do? How would it affect the
8    reasonableness of the forecasting process?
9        MS. KYROUZ: Objection; vague.
10        MR. BRITTON: Q. In other words, you couldn't
11   historically validate it anymore. It changed,
12   therefore, you couldn't go back and compare it to prior
13   years. What would you do?
14   A. I think that you would look at not -- you
15   would try to understand what has -- in the historical
16   process what is similar in the new environment and the
17   old environments, what may be different, and try and
18   look at it not as a zero, one, because rarely is
19   anything a zero, one. There will often be very
20   commonalities at a substantive level that at the surface
21   level seem like the world has changed quite a bit.
22        So I think most historians would argue that
23   you -- a look at the past is always informative, even if
24   things are moving in the future.
25   Q. So you would have to test it to see if, in

1    fact, it undermined the process; right?
2        MS. KYROUZ: Objection; misstates testimony.
3        THE WITNESS: You would try and attempt to
4    see, is there evidence that the new factors may be --
5    have occurred in the past, and try and see how that
6    affected the forecast, if it's a forecasting process.
7        MR. BRITTON: Q. And if it hadn't? In other
8    words, you study all the data you need to study and you
9    come to the conclusion that it changed so much that it
10   undermines the historical validation, does that
11   undermine the reasonableness of the forecast process?
12        MS. KYROUZ: Objection; incomplete.
13        THE WITNESS: No. I think that the -- you do
14   not simply have everything changing totally, that there
15   is a continuation. You always have customers, you
16   always have products, you always need money. And those
17   things are -- there is a consistency to the commercial
18   environment that you take that into account in your
19   validation.
20        MR. BRITTON: Q. You have to study it?
21   A. You would have to study it, or you would say
22   other people in the process studying it. Has the
23   process got the capability of handling those changes in
24   the environment into -- built into it.
25   Q. I want to turn back to the chart you were

1    looking at before, Table 4. This is where you studied

2    the movement of the NASDAQ in relation to the conversion

3    ratio; right?

4    A.  Right.

5    Q.  And then the third column there, "Oracle Week

6    2 Potential License Revenue/Actual," what is that column

7    supposed to tell me?

8    A.  It is saying take what is the potential

9    license, if you were to use the potential, how accurate

10   a forecast would -- and predict the actual, how accurate

11   a forecast would that have been.

12   Q.  What does 110 percent mean?

13   A.  It means that the potential is above the

14   actual, so that you would be predicting above -- so you

15   would be optimistic.

16   Q.  You would be optimistic there. And is that

17   what the next column over, the last column in the chart,

18   is telling you? So the 9.9 percent is a positive

19   number, so you're optimistic? The negative signs, those

20   are underachieving?

21   A.  Underforecasting.

22   Q.  Underforecasting, so it would be pessimism;

23   right?

24   A.  If you're attempting to predict the actual, if

25   you use optimism and pessimism in those contexts.

1    Q.  Okay. How did you calculate your -- the

2    "NASDAQ Composite Growth" column?

3    A.  I took the closing value of NASDAQ to the

4    opening value of NASDAQ.

5    Q.  Okay. And did you do anything to smooth for

6    highs and lows?

7    A.  No, I did not.

8    Q.  You did not; okay. Would you agree with me --

9    I think you agreed with me earlier, that the NASDAQ was

10   declining in fiscal year 2001; right? Pardon me. You

11   agreed earlier that the NASDAQ was declining in calendar

12   year 2000; right?

13   A.  I said the NASDAQ, I believe, hit its high

14   point in February to March of 2000, and it was -- ended

15   lower in December 2000 than its high point, obviously.

16   Q.  Now, when you're studying trends like that,

17   isn't it standard in statistics to smooth for highs and

18   lows?

19        MS. KYROUZ:  Objection; vague.

20        MR. BRITTON:  Q.  Remove the anomalies so you

21   can get a trend line?

22   A.  In the capital market area, I believe that

23   those prices are taking into account the future

24   environment. So when people compute growth rates on

25   portfolios, they do not --

1    Q.  That's not what I'm asking.

2        I'm asking when you are studying the trends,

3    where is the market going, where is it going

4    historically -- not in the future, historically -- don't

5    you try to draw trend lines to avoid the highs and lows?

6    A.  I believe it is conventional in the stock

7    market to take the start and ends.

8    Q.  And not to smooth for highs and lows?

9    A.  That's correct.

10   Q.  And can you tell me which literature you're

11   thinking about that would tell you that you don't, when

12   you're trying to establish a trend line, that you don't

13   smooth for highs and lows?

14   A.  Certainly the capital market literature in

15   terms of papers that I would see published in major

16   academic journals.

17   Q.  Tell me which ones.

18   A.  Journal of Financial Economics or Journal of

19   Finance. I think if they calculate what was the rate of

20   return on the stock market, the way the indexes compute

21   the rate of return during the year, is to take the high

22   to the low.

23        So I think if you looked at Standard and

24   Poor's indexes, they are end over start.

25        I think the literature does it, and I believe

1    the indexes published by the major exchanges use it, an

2    end over high -- low. It has the end over the start.

3    Q.  Now, you're talking about rates of returns,

4    and I'm talking about trying to show trends.

5        Are you aware of nothing out there that would

6    indicate to you that you should remove highs and lows or

7    attempt to adjust for highs and lows when trying to

8    determine the trend of the market movement historically?

9        MS. KYROUZ:  Objection; vague as to trend.

10        THE WITNESS:  The first -- the first piece of

11   information you do use in terms of how did the stock

12   market behave is the end to the start. And then you may

13   want to look at interim movements. But the predominant

14   one is the end to the start.

15        MR. BRITTON:  Q.  Now, you have analyzed this

16   in terms of the relationship of what the NASDAQ was

17   doing in a given quarter compared to what the conversion

18   ratio was doing in a given quarter. But it's true,

19   isn't it, that Oracle did, in fact, feel the effect of

20   the NASDAQ drop pretty significantly in the dot coms?

21        MS. KYROUZ:  Objection; vague.

22        THE WITNESS:  The --

23        MR. BRITTON:  Q.  You looked at Goedde's

24   report; didn't you?

25   A.  Yes.

1    Q. It had it in there. I want to see a direct

2    correlation between the NASDAQ and the dot com revenue.

3    A. Do you want to show me the --

4    Q. Why don't you show me. You offered a

5    rebuttal. Let me get the Goedde report.

6    A. Which is the chart you're referring to in

7    Goedde?

8    Q. Charts 4 and 5. Let me ask it a different

9    way.

10    Is it your understanding that Oracle lost

11    significant amounts of revenues from the dot com sector

12    of the market when the NASDAQ collapsed?

13    MS. KYROUZ: Objection; vague as to time.

14    THE WITNESS: I think I would -- I think the

15    question is vague. I think that Oracle had some

16    revenues from the dot com companies. The reduction in

17    the stock prices of the so-called dot com sector was not

18    specifically the same as NASDAQ. That depends on your

19    definition of dot coms.

20    NASDAQ includes a lot of other companies that

21    are not dot coms. And Oracle did have sales.

22    MR. BRITTON: Q. Do you know of any dot coms

23    that traded outside of the NASDAQ?

24    A. There was -- the predominant -- depends on

25    your definition of dot coms. But one definition is an

1    index by a fellow named Jay Ritter, out of University of

2    Florida. I think you will find that probably of his

3    classification, about -- I can't say the exact

4    percentages, but the majority trade on NASDAQ, but some

5    trade on NYSE.

6    Q. Very few trade on NYSE; right?

7    A. Some do though.

8    Q. Turn to page 25 of your report. Here you are

9    saying that if Oracle's forecasting failed to take

10    market information into account in Q3 '01, if that were

11    valid, one would expect to see a clear divergence

12    between what Oracle was forecasting internally and what

13    securities analysts were forecasting. Do you see that?

14    A. Yes.

15    Q. You don't really believe that, do you?

16    A. Yes, I do.

17    MS. KYROUZ: Objection; argumentative.

18    MR. BRITTON: Q. Isn't guidance based largely

19    on company information?

20    A. Guidance -- the company guidance is based on

21    company information.

22    Q. And when the analysts see the company

23    guidance, their projections, their models usually

24    parallel the company's; right?

25    A. I think that's an incorrect characterization

1    of the security analyst process.

2    Q. Well, Hubbard, you read his report; right?

3    A. Yes, I have.

4    Q. He says, "Analyst consensus for earnings

5    forecast during the first month of that fiscal quarter

6    will generally coincide with guidance offered by the

7    company at the beginning of that fiscal quarter, but not

8    take into account any guidance revisions mid quarter."

9    So you disagree with Professor Hubbard?

10    A. Do you want to read that again to me?

11    Q. "Analyst consensus for earnings forecast

12    during the first month of that fiscal quarter" -- and I

13    took out a word -- "will generally coincide with

14    guidance offered by the company at the beginning of that

15    fiscal quarter, but not take into account any guidance

16    revisions mid quarter." The word I took out was "not

17    necessary to."

18    A. But that is referring to Oracle itself, not

19    the security analyst profession itself.

20    Q. Let's talk about in terms of Oracle. You

21    don't believe that for Oracle; right?

22    MS. KYROUZ: Objection; argumentative.

23    MR. BRITTON: Q. That you would expect to see

24    a diversion between what the securities analysts were

25    doing and Oracle is doing?

1    A. If the analysts -- the analysts have every

2    incentive to track lots of other information, and if

3    they can get early warning signals that Oracle doesn't

4    have, then there are huge incentives for them to be an

5    early upward reviser and early downward reviser.

6    So I think the whole security analyst

7    profession, it is incorrect to portray them as simply

8    taking whatever management provides in guidance and

9    restating that in their reports.

10    Q. So you disagree with Professor Hubbard?

11    A. I'm not disagreeing with Professor Hubbard at

12    all.

13    I'm saying my statement is an opinion of the

14    security analyst profession. We have some above the

15    guidance number and some below the guidance number.

16    Q. Now, Oracle's statements to securities

17    analysts throughout 3Q '01 you don't think would have

18    had an effect on the securities analysts' forecasts?

19    A. I think it was an informative piece of

20    information.

21    Q. Exactly. So if Oracle was telling the

22    analysts that, "We're not feeling the effect of the

23    economy, and our projections haven't changed at all,"

24    you wouldn't expect to see a diversion between what the

25    analysts were doing and what Oracle was doing, would

1   you?

2        MS. KYROUZ:  Objection; misstates testimony.

3        THE WITNESS:  The analysts are also

4   independently checking other competing information

5   sources on that.  And if they think that it should --

6   they believe it is, and Oracle is saying it isn't, there

7   are very strong incentives for them to not take the --

8        MR. BRITTON:  Q.  Aren't there penalties, too,

9   if they take a position and they are wrong?

10       MS. KYROUZ:  Objection; misstates the record.

11       THE WITNESS:  There are penalties if they hold

12   a position and they are wrong.  There is penalties if

13   they take a position and they are wrong.

14       MR. BRITTON:  Q.  So they generally coincide

15   with -- they want to stick close to the consensus;

16   right?

17       A.  I don't believe that's the case.  There are

18   strong incentives for the analysts to do independent

19   research.

20       And so what you would expect to see is Oracle

21   comes out and says, "We're not feeling the effect of the

22   economy and our projections haven't changed," you would

23   expect to see analysts go out and say, "Well, we think

24   they are lying to us, so we're going to change our

25   projections"?

Oracle                                                                    Page 109

1        MS. KYROUZ:  Objection; misstates testimony.

2        THE WITNESS:  I didn't say that at all.  I'm

3   saying they are all the time doing multiple checks on

4   information sources to see if there is congruence

5   between what Oracle is saying and what they are saying

6   out there in the field, either in other companies, or in

7   calling suppliers, calling customers.

8        MR. BRITTON:  I'm at a stopping point.  Do you

9   want to break for lunch?

10       MS. KYROUZ:  Okay.

11       VIDEOGRAPHER:  Off record at 12:09.

12       (Lunch recess, 12:09 p.m. - 1:06 p.m.)

13       VIDEOGRAPHER:  On record at 1:06.

14       MR. BRITTON:  Q.  Dr. Foster, I would like to

15   take you back to your three-tiered reasonable forecast

16   process opinion, page 11, paragraph 29.

17       With respect to the conversion ratio that we

18   discussed earlier this morning, had Ms. Minton done

19   nothing other than applied the prior year's conversion

20   ratio to the current forecast to come up with her

21   potential projection, would that violate the first

22   principle that you list in your process, which is, "Is

23   there a structured, broad-based process for collecting

24   and evaluating information?"

25       A.  The input into that process would be, she

Oracle                                                                    Page 110

1   would be taking the pipeline and multiplying it by the

2   actual over the pipeline from the prior period.

3        Q.  That's your understanding?

4        A.  Yes.  And there is a structured broad-based

5   process for collecting the pipeline information on that.

6   So it's part -- there is a structured process for

7   getting some of the inputs in that.

8        Q.  So the answer to that question would be no,

9   strict application of the conversion ratio would not

10   violate the first principle?

11       A.  I would not use that in isolation there.  I

12   would look at the other factors around the decision, as

13   I described earlier.

14       Q.  Well, what other factors are we talking about?

15   I mean, if --

16       A.  How the forecast is being used, and also what

17   is the performance of the set of forecasts she delivers

18   with that metric.

19       Q.  That goes to the third one, right, "Is the

20   process historically validated?"  That's not my

21   question.  My question relates to the first one.

22       A.  It wouldn't necessarily violate the process if

23   there's a structured broad-based process for collecting

24   the key input into that decision.

25       Q.  What about the second one, if Ms. Minton came

Oracle                                                                    Page 111

1   up with her potential projection by strictly applying

2   the conversion ratio, would she violate the principle

3   that you have in b., which is, "Does the process have

4   appropriate checks and balances?"

5        A.  Well, again, the key input in this is the

6   pipeline information, and the pipeline can have

7   extensive checks and balances.  And --

8        Q.  What checks and balances did the pipeline

9   have?

10       A.  People are asking is that information --

11   should that information be there, should it be taken

12   out.

13       Q.  You are familiar with OSO?

14       A.  Yes, I am.

15       Q.  And how did the implementation of OSO affect

16   the pipeline in the third quarter of fiscal 2001?

17       MS. KYROUZ:  Objection; vague.

18       THE WITNESS:  Do you want to ask -- ask the

19   question more specifically?

20       MR. BRITTON:  Q.  How did the implementation

21   of OSO in the third quarter of fiscal 2001 affect the

22   pipeline in that quarter?

23       MS. KYROUZ:  Same objection.

24       MR. BRITTON:  Q.  You understand they were

25   instructed to put all the deals they had going for the

Oracle                                                                    Page 112

Foster, George 7/6/2007 8:56:00 AM

1 quarter into the pipeline; right?

2 A. Um-hum.

3 Q. Okay, so how does that process have

4 appropriate checks and balances?

5 A. That in any pipeline system that I've seen or

6 had described to me, you're always trying to push the

7 salespeople to get as much information in there in as

8 accurate and timely way.

9 So if people are iterating we want this

10 pipeline to be as accurate as possible. I would think

11 that is just an ongoing process.

12 Q. Well, what was your understanding of what the

13 salespeople were instructed to do when OSO was

14 implemented at Oracle?

15 MS. KYROUZ: Objection; vague.

16 THE WITNESS: The idea was to provide as much

17 information as possible about the deals that potentially

18 could be closed that quarter.

19 MR. BRITTON: Q. Provide as much information

20 as possible about it? What were they instructed to do

21 with respect to putting it in the pipeline?

22 A. That if there was a reasonable chance that

23 this deal may flow in this quarter, be signed this

24 quarter, we want to put it in the pipeline.

25 Q. So your understanding was that the directive

Oracle                                                  Page 113

Foster, George 7/6/2007 8:56:00 AM

1 was that if you put — if you have a reasonable chance

2 of closing the deal, then it goes into the pipeline?

3 That's your understanding?

4 A. That if it's — if it is a deal that has some

5 chance. And there is — there is always soft wording in

6 the way these pipelines are described, that if there is

7 a chance, reasonable chance that this may be a revenue

8 item for this quarter, we want it in the pipeline.

9 Q. Okay. So how would that process have

10 appropriate checks and balances?

11 A. The salespeople put in a number and then

12 people above them ask questions about that, that you

13 have people above them ask, ringing up potentially the

14 customers and asking where is this process in, in terms

15 of the pipeline.

16 Q. Do you know what Ms. Minton thought about how

17 it changed the pipeline?

18 MS. KYROUZ: Objection; vague.

19 MR. BRITTON: Q. Withdrawn. Do you know what

20 Ms. Minton thought about how OSO changed the pipeline in

21 the third quarter of fiscal 2001?

22 A. It is my understanding that Ms. Minton thought

23 that substantially there was more information in it in

24 terms that sometimes there was three numbers, but the

25 basic information that she had was very similar to what

Oracle                                                  Page 114

Foster, George 7/6/2007 8:56:00 AM

1 she had previously that she was using.

2 Q. Well, that — we talked earlier about how you

3 correct for pessimism bias. Can you tell me all of the

4 ways that you would correct for optimism bias?

5 A. The main ways I would try to attempt to

6 correct for optimism bias is to first do a detailed

7 tracking to see whether, in fact, there is optimism

8 bias. That's the first thing. Because sometimes people

9 are accused of being optimistic and it is just a one-off

10 shot of a well-defined process.

11 The second thing is to say what are the causes

12 of the optimism bias, if you believe it exists. And

13 that could be the incentive system that's in place may

14 be giving rise to optimistic forecasts.

15 So I gave the example of my study that's being

16 published where I believe the early-stage entrepreneurs

17 are providing overoptimistic forecasts. What the

18 venture capitalists do in that situation is they reduce

19 the forecast for what they think the optimistic bias,

20 with some rules of thumb or some rules of thumb and

21 judgment.

22 I would — if I thought that the optimism bias

23 was due to not speaking to enough people, then I would

24 have that person speak to a broader set of people. If I

25 thought it was due to not considering a broader set of

Oracle                                                  Page 115

Foster, George 7/6/2007 8:56:00 AM

1 information, I would try and attempt to fill in the

2 information for that individual.

3 Q. Now, you talked about three ways to correct

4 for pessimism bias. The first one you said was change

5 the behavior of the people doing the forecast; right?

6 A. That is one way which you can go about it.

7 Q. In the second quarter of 2001, Larry Ellison

8 did just that; didn't he?

9 MS. KYROUZ: Objection; misstates testimony.

10 THE WITNESS: Do you want to be more precise

11 what you're referring to?

12 MR. BRITTON: Q. Directed the field to put

13 more risk in the field forecast, and thereby corrected

14 for the pessimism bias.

15 MS. KYROUZ: Same objection.

16 THE WITNESS: That is not my reading of what

17 that piece of information is.

18 MR. BRITTON: Q. What is your reading?

19 A. I think you're referring to an e-mail in the

20 Oracle products division that was saying that

21 Mr. Ellison wants more information in the process.

22 And I looked at that and tried to collect

23 information to decide whether I thought the statement

24 that it does add more risk to the process was supported

25 by the facts or not supported by the facts. I concluded

Oracle                                                  Page 116

Foster, George 7/6/2007 8:56:00 AM

1  it wasn't supported by the facts.
2  Q.  The facts you're identifying are the ones
3  listed in your report; right?
4  A.  I can give you some of the facts.
5  Q.  What's your understanding of the facts?
6  A.  That the question was specifically asked to
7  Mr. Ellison, did he intend to institute more risk into
8  the forecast.  And he said no.  The question was asked.
9  I believe --
10  Q.  He said he wanted them to be more accurate;
11  right?
12  A.  He wanted them to be more accurate.  But the
13  question was specifically asked did he want more risk,
14  and he said no.  And then I believe the question was
15  asked of Mr. Henley, and he said he did not see evidence
16  of that.  And it was asked of Ms. Minton, and she said
17  she did not see evidence of that.
18  Q.  Did they say they did not see evidence of that
19  or did they say, "I do not recall"?
20  A.  I think Ms. Minton said, "I do not recall."
21  Q.  So did Mr. Henley; right?
22  A.  I can check --
23  Q.  Your understanding?
24  A.  My understanding is that I think Mr. Henley
25  did say he was not aware of it.

Oracle                                                    Page 117

Foster, George 7/6/2007 8:56:00 AM

1  Q.  He also said that he's not involved in
2  Ms. Minton's forecast process, too; right?
3  A.  I think he has discussions with, meetings with
4  Ms. Minton, where I suspect forecast issues arise.
5  Q.  The e-mail that you're talking about in the
6  products division, as you referred to it, what is your
7  understanding about the mechanism that was going to be
8  used to increase the risk in the field forecast as
9  discussed in that e-mail?
10  MS. KYROUZ:  Objection; misstates the record
11  and his testimony.
12  THE WITNESS:  I don't believe there was a
13  mechanism to increase the risk in the forecast.
14  MR. BRITTON:  Q.  Okay.  Now, did you do any
15  testing to see if there was, in fact, any additional
16  risk put into the field forecast?
17  MS. KYROUZ:  Objection; vague.
18  THE WITNESS:  The testing I did was to look
19  at, I mean, what were the statements of the people, the
20  key people.  And I didn't see any evidence that they
21  were saying that was occurring.
22  MR. BRITTON:  Q.  Is that the only testing
23  that you think could have been done?
24  A.  I think certainly that would be the key one I
25  would look in the first place.

Oracle                                                    Page 118

Foster, George 7/6/2007 8:56:00 AM

1  Q.  So that's the only testing you did?
2  A.  I believe that is the case.
3  Q.  If, in fact, that Mr. Ellison's directive
4  people followed, and people actually did put more risk
5  in the forecasts, would that change your opinions about
6  the reasonableness of Oracle's forecast process?
7  MS. KYROUZ:  Objection; incomplete
8  hypothetical.
9  THE WITNESS:  You can't look at just a number.
10  You have to look at what are the checks and balances.
11  And there are people above and below Ms. Minton, and you
12  would want to check what other factors is going on
13  there.
14  MR. BRITTON:  Q.  Let me give you a
15  hypothetical.  Let me start this way.  What is your
16  understanding of the amount of upside that Ms. Minton
17  put into the forecast on December 11th?
18  A.  I can -- I don't know the exact number.
19  Q.  Roughly.
20  A.  I think -- I prefer to just look at the
21  document.
22  Q.  You don't have an understanding independent of
23  the report?
24  A.  Well, I don't try and remember all the numbers
25  in a report.

Oracle                                                    Page 119

Foster, George 7/6/2007 8:56:00 AM

1  Q.  What page are you looking?
2  A.  I'm look at page 52.  I believe it is
3  approximately 20 percent.
4  Q.  I'm talking dollar terms.
5  A.  Well, you can take 20 percent and --
6  Q.  Let me -- let's just say hypothetically it was
7  $160 million.
8  A.  The hypothetical is how much?
9  Q.  I think it is $159.5 million on the upside, on
10  the license upside.
11  So that's Ms. Minton's upside adjustment in I
12  think week two of Q3 '01.  So let's assume for purposes
13  of this hypothetical that Mr. Ellison's directive to the
14  field added $160 million in increased forecast.  Would
15  that have any influence on your opinion?
16  MS. KYROUZ:  Objection; incomplete
17  hypothetical.
18  THE WITNESS:  I don't believe it is
19  Mr. Ellison's directive to the field.
20  MR. BRITTON:  Q.  I'm asking you to assume
21  that it is.
22  A.  That there is a directive --
23  Q.  That there is a directive, and that the field
24  took Mr. Ellison's word seriously and said, okay, we're
25  going to add more risk into the forecast, and by doing

Oracle                                                    Page 120

1  that there is an additional $160 million in judgment in
2  the forecast. Would that change your opinion about
3  Oracle's forecast process in the third quarter of fiscal
4  2001?
5      MS. KYROUZ: Same objection.
6      THE WITNESS: You would also want to look at
7  how does that influence the other items being reported,
8  such as the pipeline.
9      MR. BRITTON: Q. How would that affect it?
10     A. They may -- they may decide to change the
11  items going into the pipeline, as well as that. If, in
12  fact, this --
13     Q. They didn't change the pipeline. So it is a
14  pure hypothetical.
15         You had the field forecast what it was, and
16  then you had Ms. Minton add $160 million in upside, but
17  the field had added, because of the directive, $160
18  million in more risk. Would that influence your opinion
19  at all?
20     MS. KYROUZ: Same objection.
21     THE WITNESS: You would want to look at the
22  behavior of the salespeople. Because if --
23     MR. BRITTON: Q. She is applying upside on
24  the top of the salespeople. So they have already done
25  what they are going to do, and they have added $160

Oracle                                    Page 121

1  million more.
2      A. But their behavior, still has to make the
3  sale. And does that change the behavior of analysts --
4  of the salespeople?
5      Q. Your understanding is she puts upside on top
6  of the end field forecast; right?
7      A. Right.
8      Q. So all that has happened, and the number that
9  you get is $160 million more than what it otherwise
10  would be without the directive, Ms. Minton adds $160
11  million in upside on top of that.
12     A. Right.
13     Q. Would that influence your opinion?
14     MS. KYROUZ: Objection; incomplete
15  hypothetical.
16     THE WITNESS: I would still have to look at
17  the context in which you want to use the forecast.
18     MR. BRITTON: Q. Explain the context that you
19  need.
20     A. That you would be aware -- it could be a
21  resource allocation decision.
22     Q. How would that influence it?
23     A. Because in your hypothetical, the number is
24  not the same in terms of what potentially the revenue
25  may flow.

Oracle                                    Page 122

1  If I just stick to your pure hypothetical,
2  then there may be a different probability for one number
3  versus the other. The decisions may be different with
4  that.
5      Q. How would that affect it? How would it affect
6  the hypothetical?
7      A. Because --
8      MS. KYROUZ: Objection; vague.
9      THE WITNESS: The hypothetical is, would that
10  change things at Oracle. Isn't that the decision you
11  want me to focus on?
12     MR. BRITTON: Q. No. I want to see if it
13  would influence your opinion.
14     So, in other words, if Ms. Minton is adding
15  the same amount of upside that resulted from the
16  increase -- or the directive to increase the risk, would
17  that influence your opinion on the reasonableness of the
18  process? Because your opinion is, is that you -- you
19  haven't seen anything that it, in fact, happened; that's
20  your opinion?
21     A. I have seen nothing that it happened.
22     Q. So if you had seen something that it did
23  happen -- let's take out the numbers. You saw the fact
24  that it did happen, would that influence your opinion?
25     A. I would --

Oracle                                    Page 123

1      MS. KYROUZ: Same objections.
2      THE WITNESS: I would want to continue on the
3  process of saying, is this a procedure that leads to
4  more accurate forecasts of actual than the prior
5  procedure.
6      MR. BRITTON: Q. And what testing would you
7  have done? Sitting here today, what testing do you
8  think could be done to test that?
9      A. Well, you would -- it would be a very hard
10  test in terms of trying to work out what were some
11  probabilities and how they changed in prior years, if
12  you had changed the forecasting approach. Because
13  you're interested in forecast errors in prior years.
14     Q. And that's my confusion with your answer.
15  Because you say you would want to see if it produced
16  more accurate forecasts. Well, if you're in month one
17  of the change, how can you go back and look and see if
18  it is historically accurate?
19     A. In your hypothetical you can go back and
20  restate some of the other forecasts.
21     Q. How would you do that?
22     A. If you were saying you add a certain
23  percentage risk factor, you can add a certain percentage
24  risk factor to the other ones.
25     Q. It wouldn't be a percentage risk factor, would

Oracle                                    Page 124

1  it? It would be just the amount of additional deals
2  that were added into that forecast?
3  A. Well, you could convert that into a percentage
4  adjustment factor if you so chose.
5  Q. Okay. Is that the only way you could do it?
6  A. Well, the idea is to try and validate it on
7  the process as operating, not to try and invent some
8  process that you don't know whether it occurred or not.
9  Q. Did you test and see if the -- if there were
10  any changes in the categories that were instructed in
11  that e-mail, the worst, most likely and best, did you go
12  to test to see if there were any changes in there?
13  MS. KYROUZ: Objection; vague.
14  THE WITNESS: I examined the forecasting
15  information on the assumption that Jennifer Minton said
16  that she did not believe that the substantive changes
17  impacted her potential forecast.
18  MR. BRITTON: Q. She did not recall. So
19  wouldn't it be incumbent upon you in opining upon this
20  process to go find out if, in fact, it happened?
21  She didn't recall it happening. Wouldn't you
22  want to go and do further testing to find out if, in
23  fact, it did?
24  A. I was also buttressed in my opinion on that by
25  the other people in the process. And the notion that I

Page 125

1  have dealt with forecasting processes and spoken to a
2  lot of COEs, my feeling is if this was a directive, it
3  would have been a directive that came from Mr. Ellison
4  and was transmitted across the whole firm. What I saw
5  was a single e-mail.
6  Q. So you disbelieved the e-mail, is what you're
7  telling me?
8  A. No, I'm not saying that at all.
9  Q. What could you not understand about "Larry has
10  changed the way he's interpreting our forecast"?
11  A. That may be -- but if Mr. Ellison --
12  Q. You've seen testimony that, in fact, that was
13  Larry Ellison; right?
14  A. If --
15  MS. KYROUZ: Let him answer.
16  THE WITNESS: If Mr. Ellison wanted to
17  institute a corporate-wide policy of that kind, I
18  believe what you would see in the evidence is a
19  statement from the people associated at the top of the
20  forecasting process saying that
21  MR. BRITTON: Q. Well, Larry Ellison did say
22  he wanted to change the process; didn't he?
23  MS. KYROUZ: Objection; misstates the record.
24  MR. BRITTON: Q. Different than your
25  interpretation of the risk, he did testify that the

Page 126

1  directive in that e-mail came from him; right?
2  MS. KYROUZ: Same objection.
3  THE WITNESS: He wanted more information in
4  the process, is what he said. But I did not see a
5  directive going from people that we want a change in the
6  forecasting process.
7  MR. BRITTON: Q. But your testimony was is
8  that if it is a directive from Ellison and he wanted to
9  do it company-wide, there would have been a directive
10  from him. But you've seen testimony from him where he
11  admits, "Yeah, that was me."
12  MS. KYROUZ: Objection; misstates the record.
13  THE WITNESS: He states he wanted more
14  information in the process.
15  MR. BRITTON: Q. Right. So the directive
16  came from him?
17  MS. KYROUZ: Same objection.
18  THE WITNESS: It wasn't a company-wide
19  statement.
20  MR. BRITTON: Q. So you would want to see a
21  company-wide e-mail before you would believe that, in
22  fact, the directive had been made?
23  A. I would want to see -- I would look for that.
24  That would be one piece of evidence.
25  Q. So, now, let me ask you this. Let's assume

Page 127

1  had you seen a company-wide e-mail from Mr. Ellison. Is
2  that an appropriate way, in your opinion, to correct for
3  pessimism bias?
4  A. You would then want to follow up and say, is
5  this an e-mail that you're going to be able to give the
6  salespeople to follow in a systematic way.
7  Q. Okay. Do you know what the percentages were
8  discussed in the e-mail that you're referring to about
9  what the worst was going to be and what the most likely
10  was going to be and what the best was going to be?
11  A. I think the lowest case was an 80 percent.
12  The middle case was a bit confusing, because I think it
13  mentioned the word 60 percent, but then a 50 percent
14  either way. And I can't remember what the last one was.
15  Q. And those were changed definitions; right?
16  MS. KYROUZ: Objection; misstates.
17  THE WITNESS: I haven't seen in the system
18  previously what were the precise definitions.
19  MR. BRITTON: Q. It is in that e-mail.
20  A. That is not an e-mail about what the
21  definitions were systematically in the system. It is a
22  statement of two people e-mailing each other.
23  Q. You don't believe the e-mails, is what you're
24  saying?
25  A. I'm saying I don't believe that that is a

Page 128

Foster, George 7/6/2007 8:56:00 AM

1 shared opinion across the whole of Oracle Corporation
2 about the way -- what the probabilities are to derive
3 the forecast.
4 Q. So, let's assume that it was just the OPI
5 division that did it. Wouldn't you want to go and see
6 if it affected their forecast at all?
7 A. I would also want to see who received the
8 e-mails, and was it just an e-mail between two people?
9 Was it something that went right throughout the whole
10 OPI.
11 Q. Before you would want to go and test to see
12 if, in fact, it was taken seriously and implemented, you
13 would want to see more traffic to confirm that, in fact,
14 it did happen?
15 A. I would want to see more information being
16 flowed before I thought that this was a potential change
17 in the forecasting process, in the light of I've already
18 had some statements about, "No, that's not what I
19 meant," and, B, "I don't recall any change."
20 Q. Did anything that you saw in the rebuttal
21 report of Dr. Goedde influence your opinions on this
22 directive?
23 A. I didn't see Dr. Goedde address the issue of
24 how three people who are associated with the process,
25 one said, "No, I did not see it adding more risk," and

Oracle                                              Page 129

Foster, George 7/6/2007 8:56:00 AM

1 two other people who say, who are directly involved in
2 the process, "I don't now recall any evidence," I do not
3 see how he addressed that issue. And that's a galing
4 issue to me.
5 Q. Do you remember the e-mails that he cited in
6 his rebuttal report, what those said about the issue?
7 MS. KYROUZ: Objection; vague.
8 MR. BRITTON: Q. You saw the Jennifer Minton
9 e-mail; right?
10 A. I can't recall the specific e-mails as I stand
11 here.
12 Q. Now, what's your understanding of the three
13 categories of information that Mr. Ellison wanted more
14 information on? Worst, most likely and best; is that
15 your understanding?
16 A. Do you want to pass me the e-mail? Is that --
17 Q. Actually, I just want your recollection. I
18 want your understanding of what it is.
19 A. I think I said to you that this is not -- the
20 statement by one of the people, is it Ms. McMannis, from
21 the OPI, Oracle products group, I believe she had -- the
22 worst case was an 80 percent likelihood --
23 Q. You've answered that already.
24 I want your understanding if those were the
25 three categories that Mr. Ellison wanted more

Oracle                                              Page 130

Foster, George 7/6/2007 8:56:00 AM

1 information in.
2 MS. KYROUZ: Objection; vague.
3 THE WITNESS: I don't think Mr. Ellison in his
4 deposition specifically confirmed that.
5 MR. BRITTON: Q. Now, from the three
6 categories, worst, most likely and best, you've seen
7 those in some of Oracle's financial reports; right?
8 A. I've seen some statements with those.
9 Q. What is your understanding of which one
10 Ms. Minton added upside adjustment to?
11 MS. KYROUZ: Objection; misstates the record.
12 THE WITNESS: I believe Ms. Minton was trying
13 to get the most likely number as opined by the
14 salespeople and the people above that.
15 MR. BRITTON: Q. So it would be the most
16 likely number she would add her upside adjustment to;
17 right?
18 A. That would be what she would start with.
19 Q. In other words, the most likely number is the
20 forecast number?
21 A. The forecast number I -- in general.
22 Q. And that most likely number was the number
23 that had 60 percent, the range you were talking about
24 earlier; right?
25 A. The difficulty is that we don't have evidence

Oracle                                              Page 131

Foster, George 7/6/2007 8:56:00 AM

1 about what is exactly the meaning of these terms as
2 understood by all the other groups, and not even within
3 the products group. So it is very difficult to use
4 these terms and assume that they are coded
5 systematically and uniformly.
6 Q. What expertise are you drawing on to reach
7 that opinion?
8 A. That the absence of some explicit statements
9 of that, speaking to a lot of people who deal with
10 pipeline data and the challenges of developing and
11 maintaining updated pipeline data.
12 Q. So your conversations with other people
13 outside of Oracle about the way they handle their
14 pipeline is informing your opinion that in Oracle the
15 directive didn't happen because you didn't see a
16 company-wide e-mail?
17 A. No, that's not what I said. I said, did I
18 come out in terms of looking at the way you interpret a
19 pipeline data as -- with a lot of conversations with
20 people, saying that this is a very hard piece of
21 information to get uniformly and consistently throughout
22 the organization. And that even if you say certain
23 probabilities, and I think Mr. Ellison alluded to this,
24 somebody could be optimistic and somebody could be
25 pessimistic in the other division, so you don't have

Oracle                                              Page 132

Foster, George 7/6/2007 8:56:00 AM

1  consistency there. And that what he was trying to do is
2  to add more information into the process. And that's
3  not fitting into this box here, add more information to
4  the process.
5      And I think there was another statement
6  whether you add more deals, is another aspect of getting
7  the pipeline fixed up. And I think the comment was made
8  that this was not a large deal, this was not a large
9  change. We're talking about moving the number of deals
10  from 99 to 100, not 99 to 150 or 99 to 200. So, I think
11  that -- which is consistent with the way I understand
12  pipeline improvements get made.
13      Q.  You're talking about pipeline improvements.
14  We're talking about the directive that changed the
15  forecast. So how does the testimony that you just
16  discussed about going from 99 to 100 affect the
17  directive?
18      A.  The people who are putting the pipeline
19  information in are also the people putting the forecast
20  in. Because it starts off with the basic salespeople.
21  They are one in the same.
22      Q.  You have given an opinion, if you turn to page
23  38, paragraph 86 in your report. It says, "As described
24  herein such projections based on monthly revenue results
25  were not central to Oracle's forecasting process." And

Oracle                                          Page 133

Foster, George 7/6/2007 8:56:00 AM

1  you're talking about monthly actual results; right?
2      A.  I believe that is correct.
3      Q.  So your opinion is it wasn't central to
4  Oracle's forecasting process, but you're not saying that
5  Oracle didn't use it at all; right?
6      A.  It is one piece of information that was used.
7      Q.  That they actually considered; right?
8      A.  I think there is deposition testimony that it
9  is a piece of information. Sometimes you can have an up
10  month that is also followed by an up subsequent months
11  two and three, but sometimes you can have the reverse.
12  And I think Mr. Ellison used the word, "It is not an
13  accurate -- by no means an accurate predictor."
14      Q.  But it can tell you information about the
15  quarter; right?
16      A.  It may contain a piece of information.
17      Q.  Otherwise they wouldn't be looking at it;
18  right?
19      A.  That is one piece of information you can use.
20  I think Mr. Henley said that he didn't really pay a lot
21  of attention to it.
22      Q.  But Mr. Ellison said that it was useful in
23  predicting the quarter; didn't he?
24      A.  He said it is one piece of information, but,
25  "It is not an accurate -- by no means an accurate

Oracle                                          Page 134

Foster, George 7/6/2007 8:56:00 AM

1  predictor."
2      Q.  But he said it was useful in predicting the
3  quarter?
4      A.  One piece of information.
5      Q.  He said it was reasonable in predicting the
6  quarter? Sixty percent correlated?
7      A.  That's -- that's a statement by Mr. Ellison.
8  I would then go and actually test what is the
9  correlation.
10      Q.  Did you actually -- withdrawn.
11      A.  Yes, I did.
12      Q.  Withdrawn. Now, Mr. Garnick analyzed it as a
13  key indicator as well; didn't he?
14      MS. KYROUZ: Objection; misstates the record.
15      THE WITNESS: Mr. Garnick, I believe, produced
16  reports that talked about what were the first month's
17  results and what were the second month's results.
18      MR. BRITTON: Q.  Why would he produce that if
19  it wasn't helpful information?
20      A.  Well, it is helpful information for multiple
21  reasons, in the sense you want to know what the actual
22  revenues are doing.
23      Q.  And one of the reasons you want to know that
24  is to know whether you're on track to make your quarter
25  or not?

Oracle                                          Page 135

Foster, George 7/6/2007 8:56:00 AM

1      MS. KYROUZ: Objection; misstates the record.
2      THE WITNESS: One piece of use of that
3  information is that it's input into doing that. Whether
4  it is a very strong indicator of whether you are on
5  track is an empirical issue.
6      MR. BRITTON: Q.  Now, you have -- you have
7  disagreed with Dr. Goedde on his analysis of analyzing
8  the first month's results and using that to determine
9  whether Oracle was on track to make the quarter; is that
10  right?
11      A.  That is correct.
12      Q.  Okay. Now, with respect to that analysis, is
13  your only critique that it wasn't as reliable a
14  predictor as the potential?
15      A.  No. My analysis of that exercise was twofold.
16  One is, I don't think having a regression, where you
17  have on the left-hand side the dependent variable and
18  having in the right-hand side the same information is --
19  passes what I call standard econometric tests.
20      And the second other piece of information was
21  that if you looked at the tests about the importance of
22  the growth rate in the first quarter on the growth rate
23  in the second and third quarters, or did the tests on
24  whether dependent variable is a third quarter growth
25  rate and regressed it on the first and second, you do

Oracle                                          Page 136

Foster, George 7/8/2007 8:56:00 AM

1  not get results consistent with what Dr. Goedde would

2  argue.

3    Q.  Now, if you turn to the report, page 39.  This

4  is where you start with your accuracy of first and

5  second months' license revenues; right?

6    A.  Right.

7    Q.  So your point that you're making with this

8  error analysis that you've done is that the potential

9  was more reliable than the analysis that Dr. Goedde did,

10  which is to take first month's revenue and project them

11  out, and second month's revenue and project them out; is

12  that right?

13    A.  That's correct.

14    Q.  Now, is what Dr. Goedde did for the projecting

15  based on first and second months' revenues an unreliable

16  way of looking at it?

17      I'm not talking about the regression analysis,

18  because that's later.  I'm talking about taking third

19  quarter's -- first month's revenue and projecting out to

20  see if you're on track to meet the quarter.  Is that an

21  unreliable way of analyzing the data?

22    A.  It depends on context and the firm.  I can

23  think of in some cases where there is a lot of relative

24  low variance in the -- each month, then that could be

25  quite informative.

Oracle                                                    Page 137

Foster, George 7/8/2007 8:56:00 AM

1  So I think what makes this situation harder to

2  use that reliance on month one is that there is so much

3  variation in month three.

4    Q.  But you'll agree that with respect to the

5  third quarter, that the third quarter had less variation

6  in month three than all the other quarters in the year;

7  didn't it?

8    A.  Well, if you looked at the level of

9  uncertainty in the third quarter, if we looked at my

10  Table 5, which is on tab 5 at the back, and we looked at

11  the ratio of M3 to M1 plus M2, that ratio can swing from

12  a min to a max from 112 percent to 203 percent.  That's

13  a very large swing.  That's -- 203 to 112 is nearly 100

14  percent.

15      If we look at Q1, the ratio can swing from 270

16  to 194, which is a swing of only 39 percent.  This is

17  saying how much variation can there be as a percentage

18  of revenue in that last month.

19      And then if we look at Q2, it is 270 over 185,

20  so the ratio is only 46 percent.  And if we look at Q4,

21  it is 316 over 244, so that's approximately 30 percent.

22      So there is just tremendous variation in Q3 in

23  terms of how that final month can swing.  And I would

24  add to that, that I believe there is tremendous

25  variation even in the last two weeks of that quarter.

Oracle                                                    Page 138

Foster, George 7/8/2007 8:56:00 AM

1    MR. BRITTON:  Let's go off the record for a

2  second.

3    VIDEOGRAPHER:  This marks the end of tape two

4  of Volume I in the deposition of George Foster.  At

5  1:50, going off the record.

6    (Recess, 1:50 p.m. - 1:56 p.m.)

7    VIDEOGRAPHER:  On record at 1:56, this marks

8  the beginning of tape three in Volume I of the

9  deposition of George Foster.

10    MR. BRITTON:  Q.  Okay, Mr. Foster, can you

11  turn to page 29 and 30 in your report.  You see that on

12  both of these charts the low point in every year is Q3;

13  right?

14    A.  In terms of the ratio of the third month to

15  the first month?

16    Q.  That would be your Figure 7; right?  Just

17  asking you about the chart.

18    A.  Um-hum.

19    Q.  With the exception of fiscal year 2000, Q3 was

20  the lowest point in every year; right?

21    A.  That is correct.

22    Q.  And am I right, meaning that that means that

23  the first month was a higher percentage of the quarter

24  than all the other months in the quarter?

25    A.  The first -- on average the first month is a

Oracle                                                    Page 139

Foster, George 7/8/2007 8:56:00 AM

1  higher percentage.

2    Q.  In Q3?

3    A.  In Q3, yes, that is correct.

4    Q.  Fair enough.  And if you go to Figure A, same

5  thing holds true with respect to the first two months,

6  again, in Q3 you're at your low point in every year,

7  with the exception of fiscal year 2000?

8    A.  I believe that's the case.

9    Q.  Okay.

10    A.  That doesn't -- that doesn't imply anything

11  about the uncertainty on a year-by-year basis about what

12  that percentage will be.

13    Q.  Now, are you meaning to suggest by these

14  graphs and charts that the month one and month two of Q3

15  2001 would have told Oracle nothing about its quarter?

16    A.  It tells you something about -- it's a piece

17  of information that these are the revenues that have

18  been done for the first -- those months.  Whether it is

19  a prediction of what is going to happen in the third

20  quarter is very -- third month is very much an empirical

21  issue.  And that's what my regression analysis attempts

22  to look at.

23    Q.  Let me give you a hypothetical.  Let's say for

24  example Oracle earned on average 21 percent in month one

25  and 40 percent by the end of month two.  All right?  And

Oracle                                                    Page 140

Foster, George  7/6/2007  9:56:00 AM

1  in my hypothetical world, we're in Q3 and Oracle earns
2  zero, brings in no money in the first month, brings in
3  no money in the second month. Are you of the opinion
4  that that wouldn't be indicative that Oracle was going
5  to miss its quarter, in my hypothetical month -- my
6  hypothetical quarter?
7      A. Where does the 21 and 40 percent --
8      Q. That's the average in Q3. Twenty percent on
9  average over the prior five years is 21 percent, and
10  quarter to date, month two, is 40 percent.
11     A. That's separate. So it is 21 plus 40, so
12  we're at 60.
13     Q. No. Total of 40. So it would be --
14     A. If it is 21 --
15     Q. Twenty-one nineteens gives you 40; correct.
16        So by the end of month two, Oracle has made no
17  money, zero. Are you of the opinion that that
18  information would tell them nothing about whether they
19  were going to make the quarter or not?
20     A. What I'm testing in the regression is that can
21  you infer the growth rate in month three by looking at
22  the growth rate in month one and month two, using the
23  date at hand, and the --
24     Q. We'll get into that. But I'm just trying to
25  ask you, if you were analyzing this, and no money came

Oracle                                          Page 141

Foster, George  7/6/2007  9:56:00 AM

1  in in month one and no money came in in month two, my
2  question is. is it your opinion that there would be no
3  indication that Oracle would miss its quarter?
4      A. You would obviously look at that and start to
5  ask why. And it is a piece of information.
6      Q. All right, fair enough. Now, at page 42,
7  paragraph 98, you say -- you are talking about the
8  averages here. so it is page 42, paragraph 96, and it
9  carries on to page 43. And what you say, that if one
10  uses -- "if one uses these proportions to project Q3
11  '01's license revenue for the quarter, one gets the
12  following range." Then you have your ranges. And then
13  you say, "Again, guidance is within this range."
14        So, the question I have for you is whether you
15  included Covisint in your calculation to determine that
16  monthly revenues in month one and two were within the
17  range?
18     A. The answer is. yes, I did.
19     Q. You've included Covisint?
20     A. Yes, I did.
21     Q. Why did you do that?
22     A. I believe Covisint is a revenue item into
23  that, it is a real customer, and that you should look at
24  that as one piece of information on that.
25     Q. Did you look at this without Covisint to see

Oracle                                          Page 142

Foster, George  7/6/2007  9:56:00 AM

1  if it was in the range?
2      A. I can't -- I did some analysis, but I can't
3  remember the exact numbers.
4      Q. Isn't it true that if you exclude Covisint,
5  they were not within the range?
6      A. I haven't done the analysis.
7      Q. Now, you understand that Mr. Garnick removed
8  Covisint from the analysis; right?
9         MS. KYROUZ: Objection; misstates the record.
10        THE WITNESS: I don't believe that is an
11  accurate description of the e-mail I saw from
12  Mr. Garnick. And this is the first month, what we call
13  the flash report, he did it both ways.
14        MR. BRITTON: Q. He did it both ways. But
15  one way he did it was to remove Covisint; right?
16     A. Right. But he did not remove it. He did
17  another test with it.
18     Q. Did it both ways?
19     A. Right.
20     Q. And you didn't?
21     A. No. I did not.
22     Q. Now, Mr. Ellison said it was appropriate to
23  remove Covisint; right?
24     A. I don't remember that specific comment.
25     Q. What about Ms. Minton? She said it was

Oracle                                          Page 143

Foster, George  7/6/2007  9:56:00 AM

1  appropriate to remove Covisint from the analysis; right?
2         MS. KYROUZ: Objection; misstates the record.
3         THE WITNESS: I don't remember a specific
4  comment. When you say remove, you mean to not look at
5  it both ways or to remove it?
6         MR. BRITTON: Q. To look at it both ways, at
7  least remove it from the analysis. What's your
8  understanding of why Mr. Garnick was looking at it
9  without Covisint and with Covisint?
10     A. Because he wanted to see how that one
11  transaction affected it.
12     Q. Because it could skew the quarter, right, it
13  was so large?
14     A. That's one way of doing it. I would have done
15  a more systematic approach if I had -- if I was in his
16  situation.
17     Q. But he didn't?
18     A. He didn't.
19     Q. He didn't in month one and he didn't in month
20  two; did he?
21        MS. KYROUZ: Objection; vague.
22        THE WITNESS: I can't recall month two.
23        MR. BRITTON: Q. Mr. Henley said it was
24  appropriate to remove Covisint or test it without
25  Covisint; right?

Oracle                                          Page 144

1    MS. KYROUZ: Objection; vague.

2    THE WITNESS: I can't remember the exact

3    phrase Mr. Henley used.

4    MR. BRITTON: Q. And have you had a chance to

5    look at the affidavit of Ray Lane?

6    A. Yes, I have.

7    Q. He said it was appropriate to remove it from

8    the analysis?

9    A. I saw it saying that he would look at it

10   without it and with it.

11   Q. So you have Mr. Garnick, Mr. Ellison,

12   Ms. Minton, Mr. Henley and Mr. Lane all saying that it's

13   appropriate to remove it from the analysis. But in your

14   analysis you decide not to?

15   MS. KYROUZ: Objection; misstates the record.

16   THE WITNESS: Yeah, I don't believe that the

17   full set of statements you can -- is in the depositions

18   of those people saying that they support that.

19   MR. BRITTON: Q. Okay. Now, I'm sure you've

20   seen the suggestion that one would have to go back and

21   pull out similar deals. If you were going to pull

22   Covisint out of Q3, one should probably back to the

23   prior year and pull similar deals out?

24   A. Yes.

25   Q. Did you do that analysis?

1    A. No. I made the comment that if you wanted to

2    do it, that would be one way that you could do that.

3    Q. Did you do it?

4    A. No, I did not.

5    Q. Why not?

6    A. I thought it was sufficient to make the

7    comment that that would be the way -- one way of

8    handling that situation.

9    Q. But you wouldn't want to test it to see what

10   the effect would be?

11   A. You could.

12   Q. So what size deal -- see if Covisint was 60

13   million, what size deals would you go and pull out?

14   A. There are different ways at which you could

15   potentially handle that. One is you could just take out

16   the top deals, the top one or two deals, or you could

17   have a dollar amount.

18   Q. But then wouldn't you have to take out the top

19   deals in Q3 '01, too?

20   A. I'm talking about if you wanted to do the same

21   thing.

22   Q. And Garnick didn't do that; right?

23   A. I don't believe he did.

24   Q. Let's go back to your error analysis, pages 38

25   through 43. I think the point you're trying to make

1    with all this analysis was that the potential was more

2    reliable than projecting off the first month's and

3    second month's results; right?

4    A. One inference from that is that the potential

5    is more reliable.

6    Q. If the directive from Mr. Ellison did, in

7    fact, add more risk to the field forecast, would that

8    affect your analysis at all?

9    MS. KYROUZ: Objection; vague, incomplete.

10   THE WITNESS: The analysis I'm conducting here

11   only takes you up to the Q2 2001.

12   MR. BRITTON: Q. Correct. But your ultimate

13   opinion is that the potential is more accurate. So if

14   the directive added more risk into the field forecast

15   which would affect the potential, would that affect your

16   analysis?

17   A. Well, as I mentioned before, you would have to

18   look at how that affected the way the numbers came up

19   through the system and whether, in fact, it was -- it

20   was just a straight-out increase and the same percentage

21   was held to a different type of denominator.

22   Q. But you didn't look at it that way?

23   A. I did not.

24   Q. Now, let's talk about the regression analysis

25   that Dr. Goedde performed. You critique that at page 31

1    of your report. Can you explain to me your critique of

2    Dr. Goedde's regression analysis?

3    A. The dependent variable is the quarterly

4    revenue growth, and the independent variable is the

5    monthly revenue growth for months one, two and three.

6    Q. What are you looking at?

7    A. Table 6 -- this is tab 6, Table 6A.

8    Q. Are you looking at your rebuttal report?

9    A. Yes.

10   Q. Are you talking about tab D?

11   A. Tab 6.

12   MS. KYROUZ: It is after D, there are some

13   things that are tabbed down at the bottom.

14   MR. BRITTON: Q. What table are you looking

15   at?

16   A. I'm looking for the tables underlying this.

17   What page were you at?

18   MS. KYROUZ: 31.

19   MR. BRITTON: 31.

20   THE WITNESS: The regression, I believe, is

21   that the December revenue contribution was a

22   statistically significant indicator of revenue for the

23   entire quarter.

24   MR. BRITTON: Q. Okay. And what is your

25   critique?

1   A. My critique is that the revenue growth is on
2   both sides of the regression.
3   Q. And you say that that's improper?
4   A. I believe so.
5   Q. What -- now you say in here that, "In my
6   experience of running well-specified regressions with
7   quarterly revenue growth rates as dependent variables,
8   rarely do we see an R-square above 50."
9       So what do you typically see when you do this?
10  A. In well-specified regressions, if there is
11  just regression rates of companies, if you had to ask
12  rates of 20 percent, you would be -- these growth rates
13  go -- bounce around quite a bit.
14  Q. So, even if you are trying to determine the
15  statistical significance of month one to the quarter, as
16  opposed to month one and month two and month three, as
17  you have done, you wouldn't get a higher R-squared; is
18  that right?
19  A. The difficulty of running -- there is also a
20  separate issue of when you are running this in terms of
21  the level of the revenue or the revenue change, there is
22  large amounts of data on both sides of the data, and
23  they move together. So there is also an issue of what
24  is called heteroscedasticity in the regression.
25      But the general literature cautions against

1   using the same data on the left and the right-hand side.
2   And the first month revenue contribution is a central
3   part -- it is a part of the quarter. So it is not an
4   independent variable.
5   Q. Which literature are you talking about?
6   A. The econometrics literature.
7   Q. Can you identify the econometrics literature
8   that would offer the same critique that you offer in
9   your report?
10  A. I think this is what you would call the
11  regression analysis that's taught in data analysis in
12  schools. It is called an independent variable because
13  it is supposed to be independent of the debate. The
14  words are chosen for a very specific reason.
15  Q. And my question to you, sir, can you tell me
16  an authority that I can go look at to see if what you're
17  saying is accurate? You haven't cited any authority in
18  your report.
19  A. Okay. Well, one textbook would be "Johnson
20  Econometric Methods."
21  Q. "Johnston Econometric Methods"?
22  A. Yes.
23  Q. Do you know when that was published?
24  A. No.
25  Q. Now, in your footnote 69, it says, "In my

1   experience of running well-specified regressions with
2   quarterly revenue growth rates as dependent variables,
3   rarely do we see an R-square above 0.50."
4       Where have you run well-specified regressions
5   with quarterly revenue growth rates before?
6   A. Research projects dealing with revenue growth.
7   Q. Have you reduced any of those to writing that
8   I can see?
9   A. Not here.
10  Q. Anywhere?
11  A. Not in published papers.
12  Q. In unpublished papers?
13  A. Just in my own analysis of revenue growth
14  rates.
15  Q. Now I want to look at your reframing of the
16  issue, which is at page 32, paragraph 71.
17      So you say instead of determining the
18  statistical significance of month one to the quarter or
19  month two to the quarter, the real analysis you should
20  be doing is comparing month one to month three, and
21  month one and two to month three; is that right?
22  A. That is one test to probe what information
23  content is there in a growth rate in month one for
24  predicting what the growth rate will be in month three,
25  or for predicting the growth rate in month three from

1   the growth rate in month one and two.
2   Q. So in your opinion the only way to determine
3   whether month one is statistically significant to the
4   quarter is if month one is statistically significant to
5   month three, which would then be to the quarter?
6   A. This is one piece of information to see
7   whether you can -- what do you get in information if
8   somebody tells you that the revenues in the first month
9   are up 12 percent? Does that provide you a lot of
10  information about what the growth rate is going to be in
11  month three?
12  Q. Let me get an answer to my question. I will
13  reread it.
14      In your opinion, the only way to determine
15  whether month one is statistically significant to the
16  quarter is if month one is statistically significant to
17  month three, which would then be statistically
18  significant to the quarter?
19  A. Well, there are several questions you are
20  posing here, I think.
21      Is month one's revenues important for the
22  total revenues reported in the quarter? Yes. They are
23  an absolute part of it. So that's not an issue to
24  anybody, I don't think.
25      The question is, if you know what the revenue

1  growth rate is in the first month, suppose the revenue
2  growth rate is very high, does that increase your
3  confidence greatly that the revenue growth rate in month
4  three is going to be high?  Or vice versa, if the
5  revenue growth rate in month one is down, does that
6  provide a lot of information that it is highly likely
7  that the revenue month rate in month three is going to
8  be down?  And my test says it doesn't.
9     Q.  But your tests don't say whether month one is
10  statistically significant or not to the quarter.  So are
11  you saying that month one is always statistically
12  significant to the quarter?
13     A.  I'm not saying that at all.  We don't use the
14  term statistical significance in terms of the revenue
15  component of month one to month three.  It absolutely is
16  part of it.  It is an allocable part of that fiscal
17  quarter.
18         The question being posed here is can you make
19  inferences about subsequent quarters, specifically month
20  three, from the growth rate in month one?
21     Q.  And why would you do that?
22     A.  People -- as I read Mr. Goedde's statement, is
23  saying that the fact that we have a low revenue growth
24  in month one was an indicator that the quarter was going
25  to be down.

Oracle                                            Page 153

1     Q.  Correct.
2     A.  I believe that is a fair description of what
3  his statement is in his report.
4     Q.  So let me -- looking at this methodology that
5  you have here, that you described, looking at month one
6  to predict month three, and month one and two to predict
7  month three, has this methodology appeared in a peer
8  reviewed publication?
9     A.  Not in this form.  This is just a straight-out
10  testing of a proposition put forward by somebody else.
11     Q.  What's the error rate attributable to your
12  methodology?
13     A.  What do you mean by error rate?
14     Q.  Is there any way to determine whether it's
15  wrong or not?
16     A.  Well, it is a regression analysis, and the
17  more observations the better on this.  The R-squareds
18  are not high, so there is a lot of variation going on.
19     Q.  Where are you looking?
20     A.  Table 6.
21     Q.  So the R-squareds are pretty low?
22     A.  It is saying that -- which is consistent with
23  there is just a lot of uncertainty in the process.  If,
24  in fact, the R-squared was higher and the coefficient on
25  the month one was positive, then that would be

Oracle                                            Page 154

1  consistent with Dr. Goedde's proposition.
2         The fact that we find here the R-squared is
3  relatively low and the coefficient on month one is
4  negative, in this case significant, minus 2.34, is
5  inconsistent with that argument.
6     Q.  But you're not saying that your test here
7  proves that if Oracle's month one is down significantly,
8  that it is not providing any information about whether
9  or not Oracle is going to make the quarter?
10     MS. KYROUZ:  Objection; vague.
11     THE WITNESS:  I'm saying, if you looked at the
12  last five or six years, whatever, here, that there is --
13  there are months when the first month is down that they
14  subsequently came back.  And on balance, there is not a
15  significant association between the rate of growth in
16  month one and the rate of growth in month three.
17     MR. BRITTON:  Q.  So, in other words, if month
18  one is down, since there is no correlation, there could
19  be -- anything could happen in Q3 and they could make
20  the numbers?
21     A.  No.  They could go this way or they could go
22  that way.
23     Q.  Okay.  Now, has the methodology that you have
24  put forward in paragraph 72, has that achieved general
25  acceptance in the field, in your field?

Oracle                                            Page 155

1     A.  The regression methodology, certainly,
2  acceptance.  You don't normally put published papers on
3  a proposition like this.
4     Q.  But the regression analysis has achieved
5  general acceptance.  But I'm talking about comparing
6  month one and month two to month three, the way you
7  framed it here, that hasn't achieved general acceptance
8  anywhere, has it?
9     A.  I don't believe the proposition -- in academic
10  circles we don't put a proposition out there and have a
11  poll.
12     Q.  Was this methodology you have here created for
13  purposes of this litigation?
14     A.  This methodology was my derived test to probe
15  an assumption, yes.
16     Q.  For purposes of this litigation?
17     A.  Yes.
18     Q.  You have never done this before?  This is the
19  first time?
20     MS. KYROUZ:  Objection; misstates testimony.
21     THE WITNESS:  I have done regressions with
22  revenue growth rates many, many times.
23     MR. BRITTON:  Q.  Have you looked at it this
24  way?
25     A.  Not specifically this way.

Oracle                                            Page 156

1    Q. Go back to Table 6 again. How would someone

2    employing this methodology know an error had occurred in

3    what you're doing?

4        MS. KYROUZ: Objection; vague.

5        THE WITNESS: An error had occurred? Well --

6        MR. BRITTON: Q. You said with Dr. Goedde,

7    the fact it is up at 97 percent is a serious

8    misspecification. Is there any way to determine

9    whether --

10    A. I'm saying here -- well, you can check the

11    data in terms of -- and see whether there's a

12    correlation. You could check the plots of the data,

13    which I have. And you can see whether -- you could run

14    a test like this over many years of data, and you can

15    see whether the relationship -- you could break the data

16    up into say five years, then another five years, and

17    another five years, and see if there is a consistent

18    pattern.

19    Q. Now, did you run this same analysis for Q3?

20    A. There is not enough observations to run it

21    just for one quarter.

22    Q. Because Q3 is a larger percentage of month

23    one -- or, withdrawn.

24        Because month one and month two are larger

25    percentages of the quarter in Oracle's third quarters,

1    are you likely to receive or achieve a different result

2    than the result that you achieved looking at all the

3    quarters at one time?

4        MS. KYROUZ: Objection; vague.

5        THE WITNESS: No. Because we're dealing with

6    separable months here and the growth rates applying to

7    those separable months. So that shouldn't be a factor.

8    It is a factor in terms of when you're adding the

9    revenues on both sides of the regression.

10        MR. BRITTON: Q. You're familiar with the

11    growth gap; right?

12    A. Yes.

13    Q. And your testimony is that the growth gap was

14    not a metric that was used in Oracle's forecasting

15    process; right?

16    A. My testimony --

17    Q. Page 44, paragraph 101.

18    A. My testimony is that it is not what I would

19    call a central measure used in Oracle's forecasting

20    process.

21    Q. Ah, sir, but you say it was not a metric to be

22    used in Oracle's forecasting process. So are you

23    telling me now that you think it was not a central

24    metric used? You have seen evidence to believe that it

25    did occur; didn't you?

1        MS. KYROUZ: Objection; misstates the

2    testimony.

3        THE WITNESS: I'm saying -- if you read the

4    comment, there is substantial deposition testimony from

5    Mrs. Minton -- Ms. Minton, Nussbaum and Catz that the

6    growth metric was not a metric used. Okay, so that's my

7    statement.

8        MR. BRITTON: Q. And Ellison testified that

9    he looked at the growth gap; right?

10    A. I believe that this is an accurate statement

11    of a deposition --

12    Q. Okay.

13    A. -- testimony.

14    Q. So what is your point? That the fact that

15    these people didn't use it, that it is not meaningful,

16    or that Oracle itself did not use it?

17    A. I'm saying that --

18        MS. KYROUZ: Objection; vague.

19        THE WITNESS: This is a measure that is

20    referred to by some. The question is, is it something

21    that's a significant part of the forecasting process.

22    And my statement, I believe my statement here is

23    correct.

24        MR. BRITTON: Q. So you've seen testimony

25    from others that it was a metric that was used in

1    Oracle's forecasting process; right?

2        MS. KYROUZ: Objection; misstates testimony.

3        THE WITNESS: I've seen statements that it was

4    looked at. How it was relied on and what roll it

5    played, I don't think I've seen testimony that said this

6    is a central part of their forecasting process.

7        MR. BRITTON: Q. So what was your point in

8    the second sentence of paragraph 101 where you say there

9    is substantial deposition testimony from Ms. Minton,

10    Nussbaum and Catz that the growth gap was not a metric

11    used in Oracle's forecasting process? Because what

12    you're telling me now, sir, is you've seen other people

13    use it.

14        MS. KYROUZ: Objection; misstates the

15    testimony.

16        THE WITNESS: I didn't say I've seen other

17    people use it. It is a data point. That doesn't mean

18    to say it is a significant factor in the forecasting

19    process. There were many data points floating around.

20    That doesn't mean to say they are central to the

21    forecasting process.

22        MR. BRITTON: Q. So what your testimony is

23    now is that it's an indicator or it is a metric, but not

24    one that's central to the forecasting process.

25    A. I didn't even say it was a metric. That's

1   your description of the term.

2       Q.   Okay.  So you're aware of testimony from

3   Mr. Ellison that he looked at it; right?

4       A.   Just because he looked at it doesn't mean to

5   say it is a metric.  Do you want to show me the

6   deposition testimony?

7       Q.   I think you got it cited in your footnote.

8       A.   But that doesn't mean to say -- he testified,

9   looking at analysis resembling a growth gap.  If

10  somebody is looking at an analysis doesn't mean to say

11  they are using that as a central part of their

12  forecasting.

13      Q.   Have you seen the affidavit of Mr. Lane?

14      A.   Yes, I have.

15      Q.   And what does Mr. Lane have to say about the

16  growth gap?

17      A.   I can't remember.

18      Q.   "In evaluating Oracle's intraquarter revenue

19  figures, it was understood by Oracle's senior management

20  that the closer the relationship between the average of

21  the forecasted growth and potential growth figures,

22  averaged forecast growth on the one hand and the

23  pipeline growth figures on other hand, the less comfort

24  there would be that the forecasted growth figures would

25  actually be met."

1       Did that lead you to believe that Oracle, in

2   fact, used this as a metric to evaluate the forecast?

3       A.   That is a statement by Mr. Lane.  I think the

4   people who have -- I believe Ms. Minton especially is

5   the one who is driving the forecasting in terms of

6   . collecting information.  I believe that is a statement

7   that I would not change in my statement here.  I still

8   think that statement holds.

9       Q.   Now, the next part of your opinion is that,

10  "The growth gap bears no clear relation to actual

11  performance."  Right?

12      And you make a number of opinions like that,

13  it is not predictive, it is nor correlated.  But let's

14  deal with this one, "The growth gap bears no clear

15  relation to actual performance."

16      Is it your opinion, sir, that there has to be

17  a clear relation between the metric and actual

18  performance for it to be a metric that should be used in

19  the forecasting process?

20      A.   I think what you would want to have, if you

21  were proposing an important metric that was a red flag,

22  you would want to have that documented over a prior

23  period that there is a relationship between that metric

24  in the directional way that is being asserted, and a

25  certain revenue, either a shortfall or an increase in

1   the revenue.

2       Q.   So what would you say about the people at

3   Oracle that were looking at the growth gap as a metric

4   of performance?

5       MS. KYROUZ:  Objection; misstates testimony.

6       THE WITNESS:  There are people who compute the

7   numbers, and there is a lot of numbers being computed

8   there.  I don't think anyone at Oracle is necessarily

9   saying this is missing or not missing this number as a

10  red flag.  That the people at Oracle are not using those

11  numbers that way.

12      As I understand Mr. Goedde's report, he is

13  using the numbers in that way.

14      MR. BRITTON:  Q.  Now, you say there are

15  people to compute the numbers, and there are a lot of

16  numbers being computed.  So who asked the people to

17  compute the numbers that you're referring to?

18      MS. KYROUZ:  Objection; vague.

19      MR. BRITTON:  Q.  Mr. Henley did, didn't he?

20      MS. KYROUZ:  Objection; misstates prior

21  testimony.

22      THE WITNESS:  I read Mr. Henley's deposition

23  on this, and he said that he computed some numbers, and

24  I believe he said he did not find them very useful.

25      MR. BRITTON:  Q.  He used them, didn't he?

1       A.   He computed the numbers.

2       Q.   Mr. Lane says Ellison and he looked at them?

3       MS. KYROUZ:  Objection; argumentative.

4       MR. BRITTON:  Q.  Right?

5       A.   If Mr. Henley said he did not find them

6   useful.  I think that's a very informative comment.

7       Q.   But you're seeing people use them.

8       MS. KYROUZ:  Objection; vague.

9       THE WITNESS:  I'm seeing somebody compute

10  them.  Compute is not the same as use.

11      MR. BRITTON:  Q.  You're seeing people compute

12  them, but that to you doesn't mean they use them.  Why

13  would they be computing numbers if they aren't going to

14  use them?

15      MS. KYROUZ:  Objection; argumentative.

16      THE WITNESS:  It could be in response to some

17  other person's comment.

18      I just computed some numbers for you that I

19  would probably not use.

20      MR. BRITTON:  Q.  Now, didn't Mr. Ellison

21  testify that if the license growth rate and the pipeline

22  growth rate drew closer together he might be concerned

23  and he would have to see the numbers?

24      A.   You'd have to -- do you want to show me that

25  deposition?

1 Q. I just want to know if you understand him to
2 have testified that. If you don't remember --
3 A. I don't remember.
4 Q. If he said that, how would that influence your
5 opinion?
6 A. Well, you would look at what is the historical
7 record on this.
8 Q. What I'm asking, how it would influence your
9 opinion here. Because what you have opined is there is
10 no clear relationship to actual performance.
11 So if Mr. Ellison had said, "Well, if they get
12 closer, it might be an area of concern," how would that
13 influence your opinion?
14 MS. KYROUZ: Objection; vague.
15 MR. BRITTON: Q. The top guy of Oracle is
16 saying something opposite of you.
17 A. He's not saying something opposite me at all.
18 Q. So he's looking at the growth gap and saying
19 there might be a concern as those numbers merge
20 together. You're saying that nobody at Oracle looked at
21 it, and that the growth gap bears no clear relation to
22 actual performance?
23 A. I'm saying there is no substantial --
24 substantial deposition testimony, that three people said
25 it was not a metric used, said, "I don't find empirical

1 support for it being a predictor of what the actual
2 revenue numbers are going to be."
3 Q. But you got the top guy from Oracle saying he
4 might be concerned if those numbers are coming close
5 together.
6 A. Right.
7 Q. So how does that influence your opinion?
8 MS. KYROUZ: Objection; vague.
9 THE WITNESS: You could take that into account
10 with a whole lot of other factors.
11 MR. BRITTON: Q. It doesn't influence your
12 opinion at all?
13 MS. KYROUZ: Objection; incomplete
14 hypothetical.
15 THE WITNESS: My opinion is that going forward
16 the process has still got a lot of uncertainty in it,
17 and that is a factor I would want to consider. But it
18 is not in any sense what you would call a red flag.
19 (Exhibit 2 marked for
20 identification.)
21 MR. BRITTON: Q. Dr. Foster, have you seen
22 this before?
23 A. Yes, I have.
24 Q. When did you see it?
25 A. In the last week.

1 Q. And did you see anything in here that gave you
2 concern or that led you to re-look at the opinions that
3 you've reached?
4 A. I believe my opinions hold in terms of that
5 the forecasting process of Oracle was a well-developed
6 and substantially -- a substantial process. And I
7 believe the forecasts were made with good faith.
8 Q. Do you know who Mr. Lane is?
9 A. Yes, I do.
10 Q. And who is Mr. Lane?
11 A. Mr. Lane was a senior executive at Oracle from
12 '92 to 2000. I believe he was viewed as the number two
13 person, if I recall.
14 Q. So you think he would know something about
15 what's going on inside Oracle?
16 A. He would have a good knowledge up to the time
17 he left.
18 Q. Now, if you turn to page 4, paragraph 14. It
19 discusses the comfort gap here; right?
20 A. Um-hum.
21 Q. And are the statements that Mr. Lane makes
22 here, are those consistent with your opinion?
23 A. Which statements are you referring to?
24 Q. The statements he makes in paragraph 14, page
25 4.

1 A. Can I mark this up? I guess not.
2 Q. No.
3 A. This is the -- the relationship we're talking
4 about here is the revenue growth, the potential revenue
5 growth and the pipeline growth; correct?
6 Q. Right.
7 A. And my analysis on this, before I saw this
8 document, was to go back and look at the data, which I
9 believe is the correct way to do it, not to look at the
10 one quarter on that, suggests that there is not strong
11 relationship.
12 Q. Did Oracle do the analysis that you did?
13 A. That I don't --
14 MS. KYROUZ: Objection; vague.
15 THE WITNESS: That I don't know.
16 MR. BRITTON: Q. Have you seen anything
17 showing that?
18 A. I don't know.
19 Q. The answer is no; right?
20 A. That I don't know.
21 Q. Put that document aside. So what do you say
22 about a process that looks and uses a metric that you
23 have now opined is not predictive of the quarter?
24 MS. KYROUZ: Objection; vague.
25 THE WITNESS: What metric are you referring

Foster, George  7/6/2007  8:56:00 AM

1  to?

2      MR. BRITTON:  Q.  Growth gap.

3      A.  The growth gap.  Where -- I have not seen

4  evidence that that is a significant part of the

5  forecasting process at Oracle.

6      Q.  Mr. Ellison says he looks at it, Mr. Henley

7  says he looks at it, there is documents with the label

8  on it, and Mr. Lane says that they looked at it.  But

9  you haven't seen anything showing that they looked at

10  it?

11      MS. KYROUZ:  Objection; misstates the record,

12  argumentative.

13      THE WITNESS:  It is very similar to what we

14  went through previously.  I said that I have not seen

15  people say it is an important factor considered in the

16  forecasting process.

17      MR. BRITTON:  Q.  Now, let's assume that they

18  did look at it and use it.  What do you say about a

19  forecasting process that uses a metric that you found to

20  be not predictive of results?

21      MS. KYROUZ:  Objection; incomplete

22  hypothetical.

23      THE WITNESS:  If the hypothetical is that

24  there is a metric that can be improved upon, the

25  forecasted process can be improved upon by putting less

Oracle                                          Page 169

Foster, George  7/6/2007  8:56:00 AM

1  weight on a less reliable method, they should do it.

2      MR. BRITTON:  Q.  So isn't it true that

3  metrics don't have to be predictive of the quarter to

4  provide useful information?

5      MS. KYROUZ:  Objection; vague.

6      THE WITNESS:  Depending on how you are using

7  the metrics.  If you're using the metrics to say, once

8  you got this piece of information you should have known

9  what -- you could predict the quarter, then I think your

10  statement is wrong.

11      If the piece of information is just part of

12  the tapestry by which you put into a whole lot of other

13  factors, then potentially it can be useful without

14  necessarily having a predictive benchmark to it.

15      MR. BRITTON:  Q.  Fair enough.  Turn to page

16  47.  Actually, it starts on 46.  You're saying Dr.

17  Goedde cherry picks the growth gap data during Q3 '01.

18  Then you say on the -- paragraph 106.  You say, "Dr.

19  Goedde focuses on two weeks during Q3 '01 when the

20  growth gap was negative.  He does not mention that

21  during these weeks the pipeline growth exceeded the

22  guidance for license growth of 30 percent in constant

23  dollars."  Do you see that?

24      A.  Yes

25      Q.  What do you mean by that statement?

Oracle                                          Page 170

Foster, George  7/6/2007  8:56:00 AM

1      MS. KYROUZ:  Objection; vague.

2      THE WITNESS:  It is a statement of -- it is

3  what it is, in the sense that I believe Dr. Goedde does

4  focus a lot of attention on these two weeks, and he

5  doesn't mention the pipeline growth in those two weeks

6  of 30 percent.

7      Q.  And what's the significance of the pipeline

8  growth of 30 percent?

9      A.  There is some information in the pipeline.

10      Q.  Are you suggesting that there is a correlation

11  between the pipeline growth and actual results?

12      A.  I'm saying that other things being equal, you

13  would like a larger pipeline than a smaller pipeline,

14  without necessarily saying there's a predictive

15  relationship.

16      Q.  So are you saying that because the pipeline

17  was growing at 30 percent and it was higher than

18  Oracle's public guidance that the growth gap didn't tell

19  him much?

20      A.  I'm not saying -- I'm not -- the pipeline

21  growth is consistent with the guidance, but I'm not

22  asserting this as a predictive thing.

23      Q.  So what's your point of this?

24      A.  That I think there is overattention paid to

25  the two negative growth rates when we look at the other

Oracle                                          Page 171

Foster, George  7/6/2007  8:56:00 AM

1  times in the period when there is not negative

2  observations.

3      Q.  But that's not what you're saying here.

4  You're saying that the license growth -- the pipeline

5  growth exceeded the license growth of 30 percent.  I'm

6  trying to figure out what the point is here, because I

7  still don't understand?

8      MS. KYROUZ:  Objection; asked and answered.

9      THE WITNESS:  Other things being held

10  constant, growth in pipeline is a good thing.

11      MR. BRITTON:  Q.  And if growth in pipeline is

12  higher than your public guidance, you should be able to

13  make public guidance?

14      A.  I didn't say it was predictive.

15      MS. KYROUZ:  Objection; asked and answered,

16  misstates testimony.

17      THE WITNESS:  I said that the growth there,

18  that there is this growth in the pipeline.

19      MR. BRITTON:  Q.  You say in the very next

20  sentence, "Thus, even in these weeks per Dr. Goedde's

21  measure, pipeline growth was consistent with guidance."

22  What does that mean?

23      A.  The words say what it is.

24      Q.  You're suggesting there is a predictive

25  feature.

Oracle                                          Page 172

1    A. I'm not suggesting there is a predictive

2    feature at all.

3    Q. What's the point?

4    MS. KYROUZ: Objection; asked and answered,

5    argumentative.

6    MR. BRITTON: I don't understand.

7    MS. KYROUZ: Well, clearly.

8    MR. BRITTON: I'm trying to have the witness

9    explain it.

10    MS. KYROUZ: He's already done that.

11    THE WITNESS: It's an observation I made that

12    I think that's a positive thing.

13    MR. BRITTON: Q. Have you tested to see what

14    type of conversion ratio Oracle would have to achieve in

15    order to make guidance based upon the pipeline growth?

16    A. I don't believe so.

17    Q. So you're just making this statement and you

18    haven't done any tests on it, you haven't studied the

19    conversion ratios to see whether it is valid,

20    statistically valid, nothing like that?

21    MS. KYROUZ: Objection; misstates the record.

22    THE WITNESS: I'm not sure what specifically

23    you imply by those last --

24    MR. BRITTON: Q. How would you test to see if

25    your pipeline growth rate is above your guidance, that

1    that would suggest that you were going to make your

2    guidance?

3    MS. KYROUZ: Objection; misstates the record

4    and his testimony.

5    THE WITNESS: If I'm trying to have a look at

6    the forecasting process, and I see a process in which

7    there is checks and balances and more items are being

8    held -- added to the pipeline, then other things being

9    equal, I think that's a good thing. That's all I'm

10    saying. And if it is above the guidance, that's a good

11    thing, too.

12    MR. BRITTON: Q. Why is that a good thing?

13    That's my point. How do you test to see if that's a

14    good thing?

15    A. Because I think --

16    Q. It is not predictive.

17    A. More pipeline is better than less pipeline.

18    Q. So if your pipeline is growing, that's better

19    than if your pipeline is falling?

20    A. Other things being equal.

21    Q. If you go to page -- same page, your last

22    sentence says, "Moreover, the average growth gap for Q3

23    2001 was 7.4 percent, which was well within the range of

24    averages over prior quarters of 3.7 to 17.6 percent."

25    Do you see that?

1    A. Yes.

2    Q. And then you refer to the next page.

3    A. Um-hum.

4    Q. So, your chart here has Q2 spread being 19

5    percent, Q4's 2000 spread being 15 percent, Q1 '01 at

6    17.6 percent, and Q2 '01 at 14.3 percent. What is

7    pulling it down is the Q3 2000 spread.

8    Have you tested to see why the comfort gap was

9    so low in Q3 2000?

10    A. No, I have not.

11    Q. No explanations?

12    A. I have not looked into it.

13    Q. Q3 2000 was an outlying quarter, wasn't it?

14    A. Q3 2000?

15    MS. KYROUZ: Objection; vague.

16    THE WITNESS: I have not looked into it.

17    MR. BRITTON: Q. That's something you think

18    you should be looking into, if you're going to be

19    looking at different quarters?

20    A. I do not believe that the growth gap -- as I

21    said here, I do not believe the growth gap is a central

22    forecasting metric at Oracle.

23    I believe that Dr. Goedde's conclusion is that

24    it would have been a predictive red flag here. And I'm

25    saying, if you look at past periods, there is

1    evidence -- there is less evidence in past periods to --

2    to not support his opinion.

3    Q. Now, you testified that all things being

4    equal, the pipeline that is going up is better than a

5    pipeline that's going down; right?

6    A. That is correct.

7    Q. Why is that the case?

8    A. Because what future revenues -- if the sales

9    management system is working in the way we would like to

10    see it work, they get into the pipeline first and the

11    items in the pipeline get converted into revenues.

12    Q. It is common sense, the bigger pipeline, the

13    more chance you have to close deals, the smaller the

14    pipeline, the less chance; right?

15    MS. KYROUZ: Objection; vague.

16    THE WITNESS: Other things being equal, as you

17    add to the pipeline, if you are able to convert them

18    into sales, then that will add to the revenue base of

19    the company.

20    MR. BRITTON: Q. But having said that, you

21    opine in your report that to your knowledge no executive

22    at Oracle has testified to using the change in the

23    pipeline or change in pipeline growth during the quarter

24    as a forecasting measure. So, if it's an indicator of

25    potential deals, why wouldn't executives be looking at

Foster, George 7/6/2007 8:56:00 AM

1    it?

2    MS. KYROUZ: Objection; misstates testimony.

3    THE WITNESS: I don't think I testified that

4    it is not a piece of information they look at. Where

5    did I state that --

6    MR. BRITTON: Q. Go to page 49, next page.

7    It is the last sentence in paragraph 108.

8    A. It says, "To my knowledge, no executive at

9    Oracle has testified using the change in pipeline as a

10   forecasting measure."

11   Q. "Change in pipeline growth."

12   A. Yeah, the "change in the pipeline growth

13   during the quarter as a forecasting measure."

14   Q. That's what I just exactly read, and you said,

15   "I don't think I gave that opinion." Now you see that

16   you did?

17   A. Well, I misstated then.

18   I mean, the key thing, "as a forecasting

19   measure." There is a lot of pieces of information that

20   they use. Whether they have this as a significant

21   forecasting measure is a more demanding test.

22   Q. So now you're qualifying it as a significant

23   forecasting measure. You don't say that in your report;

24   do you, sir?

25   A. I say --

Oracle                            Page 177

---

Foster, George 7/6/2007 8:56:00 AM

1    Q. You say they don't use it at all.

2    A. No. I did not say they don't compute it or

3    not look at it. I said they don't -- to my knowledge no

4    executive at Oracle has testified using it during the

5    quarter as a forecasting measure.

6    Q. So what's your point?

7    A. It is a straight-out statement that if you

8    start proposing that this as -- an intraquarter plot

9    line growth as a measure of actual license revenue

10   increase, then you are proposing a measure that I don't

11   see in the deposition testimony support for.

12   Q. But you testified earlier that it is a good

13   thing to look at; right?

14   A. I said it is a useful piece of information. I

15   didn't say it was a forecasting metric.

16   Q. Now, the pipeline growth rates appear on the

17   first page of the upside reports; right?

18   A. I can't remember specifically whether they

19   appear on the upside report.

20   Q. I'll represent to you that they appear on the

21   first page of the upside report. That would suggest to

22   you that they look at them; right?

23   A. Can I have an upside report?

24       (Exhibit 3 marked for

25       Identification.)

Oracle                            Page 178

---

Foster, George 7/6/2007 8:56:00 AM

1    MR. BRITTON: For the record, we just placed

2    in front of Dr. Foster Exhibit 3. And, for the record,

3    Exhibit 3 starts at Bates NDCA-ORCL 213091 and ends at

4    213107.

5    Q. And, Dr. Foster, I will refer you to the -- to

6    the last page of your Appendix D for the date of this

7    upside report. It is not dated on the document, but you

8    have it listed in your Appendix D as the upside report

9    for December 11th, 2000.

10   A. Okay.

11   Q. This is an upside report?

12   A. Right.

13   Q. Pipeline growth column.

14   A. Right.

15   Q. That would suggest that they looked at it;

16   right?

17   MS. KYROUZ: Objection; vague.

18   THE WITNESS: It suggests it is compiled and

19   it is a piece of information that is shared around the

20   company.

21   MR. BRITTON: Q. Mr. Ellison has testified

22   that year-over-year pipeline growth is a key

23   intraquarter forecasting indicator; right?

24   A. I don't remember those specific words.

25   MR. BRITTON: Michele, please don't assist the

Oracle                            Page 179

---

Foster, George 7/6/2007 8:56:00 AM

1    witness. I want his knowledge; I don't want your

2    assistance.

3    MS. KYROUZ: I'm turning him to the page he

4    lost, so I don't think that's assisting him.

5    THE WITNESS: We're at the quote you had from

6    Mr. Ellison.

7    MR. BRITTON: Q. Year-over-year pipeline

8    growth, he says, is a key intraquarter forecasting

9    indicator.

10   A. Is that a quote from Mr. Ellison, or is

11   that --

12   Q. The quote is "year-over-year pipeline growth."

13   And, hold on, I will give you the quote.

14   A. What is the question? I just want to see

15   where the quote marks end and finish.

16   Q. I'm reading from Dr. Goedde's report, page 28,

17   his opening report, it says question, "What are the key

18   intraquarter forecasting indicators for Oracle? Early

19   on the pipeline -- year-over-year pipeline growth, field

20   sales forecast, financial department forecast, sometimes

21   called the upside report."

22   A. Right.

23   Q. Do you remember reading that?

24   A. Yes.

25   Q. So Mr. Ellison suggests that year-over-year

Oracle                            Page 180

1  pipeline growth is a key intraquarter forecasting
2  indicator; doesn't he?
3      A.  One of the variables.
4      Q.  Your statement, "No executive at Oracle has
5  testified using the change in the pipeline or change in
6  the pipeline growth during the quarter as a forecasting
7  measure" is --
8      A.  Can I just look at that once again?
9          (Exhibit 4 marked for
10         identification.)
11     MR. BRITTON:  I marked the expert report of
12  Dr. Alan Goedde, dated May 25th, 2007, as Exhibit 4.
13  And on page 28 is the quote to which I referred.
14     THE WITNESS:  I'm referring to here as
15  intraquarter pipeline growth, not year-over-year
16  pipeline growth.
17     MR. BRITTON:  Q.  So you see a difference in
18  year-over-year pipeline growth than intraquarter
19  pipeline growth?
20     A.  Yes.
21     Q.  So if they look at the year-over-year pipeline
22  growth in each week of the quarter, as we see from the
23  upside records, they are not looking at the intraquarter
24  forecasting --
25     A.  They could, but I'm saying that I don't think

1  he's specifically saying he's looking at growth during
2  the quarter.  This title is called intraquarter pipeline
3  growth.
4      Q.  Okay.  The upside reports have the
5  year-over-year pipeline growth in them; right?  First
6  page.
7      A.  Yes, they do.
8      Q.  Very first page.  As each week passes, the
9  numbers change; right?
10     A.  Right.
11     Q.  That's looking at intraquarter forecasting
12  through pipeline growth; isn't it?
13     A.  The separate one comes out.
14     Q.  Right.  You can tell the difference between
15  the one week and the next week; right?  First page.
16     A.  Is there a weekly --
17     Q.  Well, if I were to give you the next week, and
18  it had the percentage, you wouldn't see that as --
19     A.  I think this statement is correct here.  That
20  he's not saying it is intraquarter.  I've said pipeline
21  growth is one piece of measure that you can have.  But I
22  think the specific word intraquarter pipeline growth is
23  not included there.
24     Q.  Now, if you go to paragraph 109.  You say, "If
25  Dr. Goedde's arguments were true, then one would expect

1  a positive relationship between intraquarter pipeline
2  growth and growth in license revenues.  However, as
3  demonstrated in Figure 11, there is no such positive
4  relationship."  Do you see that?
5      A.  Yes.
6      Q.  And says, "The best fit line suggests that
7  there is actually a counterintuitive negative
8  relationship between the two, where a greater
9  year-over-year revenue growth is correlated with more
10  rapidly declining pipeline growth."  Do you see that?
11     A.  Right.
12     Q.  What did you do to reach this opinion?
13     A.  Well, it is a statement of what the data show.
14     Q.  How many data points do you have here?
15     A.  Seven, I think, or six.
16     Q.  Okay.
17     A.  Six.  Six data points.
18     Q.  And what were your -- what were your sources
19  of the data that you used for this chart?
20     A.  Well, the year-over-year actual license
21  revenue growth, I believe, came from the upside.
22     Q.  And this is a statistical analysis; right?
23     A.  Right.
24     Q.  At what confidence level did the data allow
25  you to draw your conclusions?

1      A.  Well, you actually -- you have to flip it in
2  saying -- I said there is no such positive relationship,
3  that what you'd be expecting if this relationship held
4  is that there would be a significant positive
5  relationship.  Here I said there is no such positive
6  relationship.
7      Q.  Right.  Then the next sentence says, "The best
8  fit line suggests that there is actually a
9  counterintuitive negative relationship between the two."
10     A.  I'm not saying that's a significant
11  relationship.
12     Q.  So that's not -- so you really can't determine
13  that from what you have here; right?
14     A.  I'm saying there is no significant evidence of
15  a positive relationship.  And then I make the
16  observation that there is a negative relationship, and
17  that is perhaps a counterintuitive one.
18     Q.  What confidence level do you use to draw the
19  counterintuitive suggestion?
20     A.  Well, it was the sloping downwards.  I don't
21  have the -- I would have to look at the data to see what
22  the two statistics on on that .1485.  I can't remember
23  what it is.
24         (Exhibit 5 marked for
25         identification.)

1    MR. BRITTON: Q. Dr. Foster, I placed in

2    front of you your Figure 11 and the electronic files

3    that accompanied Figure 11 that were produced with your

4    reports. Presumably the second page is the backup data

5    for the first page.

6    A. Right.

7    Q. So this is the data that you produced. Can

8    you tell me at what confidence level you reached the

9    conclusion that there is a counterintuitive negative

10   relationship between pipeline growth and growth in

11   license revenues?

12   A. I can't with this data. I have not reported

13   the T statistics.

14   Q. There is no way for you to tell me that?

15   A. No, not from this data.

16   Q. The R-squared number in the chart, what does

17   R-squared mean?

18   A. That's the percentage of variation in the

19   dependent variable that is explained by variations in

20   the independent variable.

21   Q. And what does that -- what does R-squared with

22   a number of 0.1792 tell you about the data?

23   A. There is, over just these six data points,

24   there is approximately about a .35 negative correlation.

25   Q. And what does that mean in English?

1    A. With six observations, that's not a strongly

2    significant result.

3    Q. I'd ask for you to provide me after the

4    deposition with the confidence level that you used.

5    A. The T statistics, I can certainly provide

6    that.

7    Q. At what confidence level do you typically

8    operate in nonlitigation activities in your profession?

9    MS. KYROUZ: Objection; vague.

10   THE WITNESS: Well, in significance testing,

11   what you are looking at is a T of 2, something. But the

12   proposition being tested here is not that there's a

13   negative relationship. The proposition being tested

14   here is that there is a positive relationship. And the

15   fact that there is no evidence supporting that is the

16   key aspect that's being drawn here.

17   MR. BRITTON: I move to strike everything

18   after "but the proposition being tested here."

19   MS. KYROUZ: Because that hurts your case;

20   that why?

21   MR. BRITTON: Q. I've been focusing,

22   Dr. Foster, on the "best fit" line that you reach an

23   opinion on that suggests that there is a

24   counterintuitive negative relationship between the two.

25   I understand your position on the pipeline

1    growth and what you're doing, but I'm really focusing on

2    that counterintuitive negative relationship right now.

3    So in your nonlitigation activities in your

4    profession, you're looking for a T statistic above 2?

5    A. The context varies dramatically in terms of

6    the number of observations in the sample, and that. But

7    significance testing in a directional test, T of 2 is

8    significant at a 5 percent level.

9    Q. Okay. And in your last published article

10   where you did this type of study, what confidence level

11   did you employ?

12   A. In regression results?

13   Q. Um-hum.

14   A. About 2.

15   Q. Two; okay. Can you tell me what you

16   understand about the statements that Oracle was making

17   to investors about the pipeline throughout the third

18   quarter of fiscal 2001?

19   MS. KYROUZ: Objection; vague.

20   THE WITNESS: Could you show me the statements

21   that you have in mind? Because I can't recollect the

22   specific statements at this stage.

23   MR. BRITTON: Q. You don't remember any

24   statements they made about the pipeline during the

25   quarter?

1    A. As I sit here, I can't remember the specific

2    words of those statements.

3    Q. If you saw evidence that Oracle was making

4    statements in the public about the fact that the size of

5    its pipeline supported its growth in revenues in its

6    projections, would that cause you to change your

7    opinion, or would that influence your opinion at all

8    with respect to the intraquarter pipeline growth?

9    A. I'd have to look at the specific wording to

10   give an answer.

11   Q. You can't recall?

12   A. I can't recall at this time.

13   Q. Did you ever see them?

14   A. Yes, I think, I seem to remember statements.

15   But I can't remember the specific wording.

16   Q. Did you test the relative movement of the

17   pipeline at all in your analysis?

18   MS. KYROUZ: Objection; vague.

19   THE WITNESS: What specifically do you mean by

20   relative movements in the pipeline?

21   MR. BRITTON: Q. How the pipeline was moving

22   and by how much in one quarter versus another quarter.

23   A. I certainly looked at what the pipeline --

24   some of those statistics, and we can --

25   Q. Is there a way to test this? What you're

Foster, George 7/6/2007 8:56:00 AM

1    looking at is Table 9, page 48 of your report, so you

2    just have the numbers.

3         Is there a way to test the relative movements

4    of the pipeline, how much they are moving in relation to

5    one another?

6         MS. KYROUZ: Objection; vague as to time.

7         THE WITNESS: Well, the pipeline changes every

8    quarter. You're saying is there more change in the

9    pipeline in one quarter versus another? Is that --

10        MR. BRITTON: Q. Exactly.

11        THE WITNESS: I don't recall specifically

12   testing that.

13        MR. BRITTON: Q. And in your opinion, that

14   wouldn't be necessary to test, because the pipeline

15   growth is not predictive of revenue growth; is that what

16   you're saying?

17   A.    I don't believe it's a -- it's one variable

18   that you look at.

19   Q.    Now, getting back to the statements that

20   Oracle made about the pipeline in the public, do you

21   have a general understanding about what those statements

22   were, even if you don't recall specifics?

23   A.    That the pipeline -- there are still companies

24   being added to the pipeline.

25   Q.    You mean deals being added to the pipeline?

Oracle                                              Page 189

Foster, George 7/6/2007 8:56:00 AM

1    A.    Yes.

2    Q.    Do you remember anything else?

3    A.    I don't specifically remember the words.

4    Q.    And does your answer suggest that Oracle's

5    statements were that the pipeline was growing?

6    A.    I can't remember the specific words.

7    Q.    In general?

8    A.    I can't remember.

9    Q.    You don't have a general understanding?

10        MS. KYROUZ: Objection; asked and answered.

11        THE WITNESS: I can't remember.

12        MR. BRITTON: Can we take a five-minute break?

13        VIDEOGRAPHER: This marks the end of tape

14   three in the deposition of George Foster at 3:21. Going

15   off the record.

16        (Recess, 3:21 p.m. - 3:38 p.m.)

17        VIDEOGRAPHER: On record at 3:38. This marks

18   the beginning of tape four, Volume I, in the deposition

19   of George Foster.

20        MR. BRITTON: Q. Dr. Foster, I want to take

21   you back to Figure 11. Is there an R-squared number

22   that in your opinion has to -- a minimum R-squared

23   number that will allow you to draw conclusions from a

24   regression analysis?

25   A.    That would depend on the number of

Oracle                                              Page 190

Foster, George 7/6/2007 8:56:00 AM

1    observations. There is what is called an F test, which

2    is a significance of the R-squared, but I haven't

3    reported that here.

4    Q.    You have not reported that here?

5    A.    I haven't reported that here.

6    Q.    Okay.

7    A.    But the proposition being tested here is a

8    positive relationship.

9    Q.    I understand that. I'm focusing on the

10   negative counterintuitive suggestion you're making. I

11   understand your point on the positive one.

12        But I'm asking you, is there an acceptable

13   R-squared number that you use in your practice?

14   A.    The F test would be a function of what is

15   called the number of degrees of freedom, which is a

16   function of the number of independent variables and the

17   number of observations, typically.

18   Q.    Okay. And what would an acceptable -- let me

19   ask it this way. What level of an F test would allow

20   you to draw a conclusion?

21   A.    I can't remember the F table. But the F table

22   has degrees of freedom and numbers of observations. I

23   could get you the table and show you that.

24   Q.    So you can't sitting here today give me an

25   R-squared number?

Oracle                                              Page 191

Foster, George 7/6/2007 8:56:00 AM

1    A.    No. Because it is a table of thousands of

2    numbers -- well, not thousands. Hundreds of numbers

3    that's a function of several variables.

4    Q.    Is there an R-squared number that you have in

5    your mind or you have in your practice that you just

6    kind of know that if I'm at an R-squared of this, I can

7    make conclusions, but if I'm at an R-squared below this

8    I can't?

9         MS. KYROUZ: Objection; asked and answered.

10        THE WITNESS: No. Because these numbers depend

11   on the numbers of variables you've got and the numbers

12   of observations.

13        MR. BRITTON: Q. Now, you testified that in

14   Figure 11 you had six data points; right?

15   A.    Right.

16   Q.    Now, back on -- let's turn to your report,

17   page 32, paragraph 71.

18   A.    32?

19   Q.    Page 32, paragraph 71. It is the regression

20   analysis you did first month comparing to third month,

21   and first and second month comparing to third month.

22   Page 32.

23   A.    Yeah.

24   Q.    And then page 74 is the regression analysis.

25   And I asked you earlier --

Oracle                                              Page 192

Foster, George 7/6/2007 8:56:00 AM

1   MS. KYROUZ: You mean paragraph 74?

2   MR. BRITTON: Q. Paragraph 74. I asked you

3   earlier if you were able to measure this using just Q3.

4   And your testimony, I think, was there wasn't enough

5   data points; right?

6   A. Right. There are approximately four data

7   points here.

8   Q. Isn't there six data points that you can use

9   on Q3 data?

10   A. Because you're using degrees of freedom on the

11   month two and the month one and two.

12   Q. If we have data going back to 1995, that would

13   give you six Q3 data points; right?

14   A. You could potentially --

15   Q. Because look back to your Figure 8 on page 30.

16   A. Figure --

17   Q. We've got data going all the way back to 1996.

18   Then I'll represent to you that the document from which

19   this information came, you can calculate back to 1995.

20   So that would give you six data points; right?

21   A. If that observation is correct and you have --

22   if you put -- the variables you're putting in, it's a

23   multi-variant regression, where you've got -- one of

24   them is M1, so that would be potentially four degrees of

25   freedom. You could potentially do that. But the

Oracle                                    Page 193

Foster, George 7/6/2007 8:56:00 AM

1   reliability of the metric just gets less and less as you

2   get fewer observations.

3   Q. Isn't that true about Figure 11, too?

4   A. That is right. And that's why I did not make

5   a big thing of the counterintuitive result. What we're

6   looking for is evidence the other way. I think the data

7   is not supporting that.

8   Q. The data the other way, if you only have six

9   data points here, your testimony is that it becomes less

10   and less reliable. The less and less data points you

11   have --

12   A. The fewer observations, the less confidence

13   you have of the results; that is correct.

14   Q. Your testimony is, the less data points you

15   have, the less reliable your regression is; right?

16   A. The fewer the data points; that's correct.

17   Q. Okay. If you turn to page 50 of your report.

18   You say -- if you go to paragraph 111, you say, "First,

19   the potential-based EPS forecast was historically more

20   accurate than EPS estimates based on the field

21   forecast."

22   Would your opinion change if Mr. Ellison's

23   directive did, in fact, increase the risk in the field

24   forecast?

25   MS. KYROUZ: Objection; incomplete

Oracle                                    Page 194

Foster, George 7/6/2007 8:56:00 AM

1   hypothetical.

2   THE WITNESS: Well, the conclusion here

3   relates to the period up to 2001. So that wouldn't

4   change.

5   MR. BRITTON: Q. Right. But then could

6   you -- could you do -- could you make this comparison,

7   if the -- if the field forecast had changed in Q2 '01,

8   you couldn't draw any conclusions about the historical

9   accuracy of the potential versus the field; could you?

10   A. As --

11   Q. You would have to do that whole analysis where

12   you said you would have to go and test the independent

13   variables?

14   A. As we discussed before, it is my conclusion

15   that I don't think there was a --

16   Q. I understand that. I'm trying to get an

17   answer to my hypothetical, which is, if the field

18   forecast increased because of the directive, would that

19   influence your opinion in paragraph 111?

20   MS. KYROUZ: Same objection.

21   THE WITNESS: You just don't -- you'd have to

22   have a lot more information on both how it -- where it

23   was impacted and how it was used before you'd make

24   further inferences in your hypothetical.

25   MR. BRITTON: Q. The next sentence on page

Oracle                                    Page 195

Foster, George 7/6/2007 8:56:00 AM

1   111 says, "Second, field forecasts for earnings per

2   share were historically well below actual results."

3   That opinion would change, wouldn't it, if the

4   increase -- if the field increased the risk in their

5   forecast as a result of Mr. Ellison's directive; right?

6   MS. KYROUZ: Objection; incomplete

7   hypothetical, vague.

8   THE WITNESS: If in your hypothetical you were

9   just adding a number to the field forecast, the question

10   is historically would you still have made that actual.

11   The field forecasts were historically well below the

12   actual results. So they -- despite the fact that the

13   field forecasts came in lower, they made the actual

14   results on a consistent basis up to 2001.

15   MR. BRITTON: Q. I think I understand your

16   answer.

17   But my question is, if the field forecast was

18   increased because of the directive, the historical

19   behavior of the field forecast would become irrelevant;

20   wouldn't it?

21   A. No. I would not use the word irrelevant. You

22   would have to look at what was the impact on the EPS.

23   And just being below -- the field forecast that is below

24   the actual has historically not proven to be an

25   indicator that you're going to miss your numbers.

Oracle                                    Page 196

Foster, George 7/6/2007 8:56:00 AM

1   Q.   Right. But if the field forecast is elevated
2   because of the directive, your comparisons become
3   meaningless, don't they?
4   A.   No. Your comparisons don't become
5   meaningless. Your field forecast can still be there and
6   you could make those field forecasts.
7   Q.   At paragraph 112, you say that, "In fact,
8   there had been no meaningful increase in the field
9   license revenue forecast in three of the seven quarters
10  prior to Q3 '01." Do you see that?
11  A.   Yes.
12  Q.   So the inverse of that is that there was a
13  meaningful increase in the field license revenue
14  forecast in four out of the seven quarters; isn't that
15  right?
16  A.   I have to look. Figure 2.
17  Q.   Page 19 of your report.
18  A.   I certainly would not view -- if you take the
19  start and end, Q4 '99, Q1 2000, and Q1 2001 as having
20  sizable increases in the field forecasts from start to
21  end.
22  Q.   And you have seven data points?
23  A.   Seven data points.
24  Q.   So you have four data points where there is a
25  meaningful increase?

Oracle                                          Page 197

Foster, George 7/6/2007 8:56:00 AM

1   A.   I didn't say that. So I think then the
2   question is, I would -- just looking at the raw data
3   then, Q2 2001 and Q4 2000 have up-ticks, I would then
4   look at, that are greater than the other ones in Q2 2000
5   and Q3 2000.
6        But what this points to is there is just a lot
7   of variation in the process here. There is just a lot
8   of uncertainty going on. And this is the backdrop in
9   which all these forecasts are being made.
10  Q.   Now, if you look at Figure 3, you have -- this
11  is your earnings per share forecasts. So you have much
12  more sizable increases in the field forecasts there;
13  right?
14  A.   There are -- there are some -- I would have to
15  compute the percentages, but if you visually eyeball it,
16  there are, I'd say, at least three of them and perhaps
17  four.
18  Q.   Did you compute the relative percentages?
19  A.   At this stage, I don't remember -- I don't
20  believe I did.
21  Q.   There is a way to do that, isn't there?  We
22  don't have to sit here and eyeball small data.  There is
23  a way to do the analysis to see if, in fact, there was
24  an increase; right?
25  A.   The issue is consistency in the data in the

Oracle                                          Page 198

Foster, George 7/6/2007 8:56:00 AM

1   sense that sometimes it's up and sometimes it's down,
2   which is what you would expect in terms of -- given the
3   uncertainty of things coming into the pipeline and
4   whether the item is going to close or not.
5   Q.   But there is a way to do a study to see the
6   relative movements to each other, right, and you didn't
7   do that?
8   A.   I did not report percentage increases here.
9   Q.   Now, you're focusing on total license revenues
10  here. Did you do a study for -- the same type of study
11  for the U.S. license divisions?
12  A.   I don't believe I did.
13  Q.   Why not?
14  A.   Because what you are -- specifically what the
15  main concern is with, I believe, the forecasting of the
16  total revenues and the total EPS, and the subcomponents,
17  arguably, as you get lower and lower in terms of the
18  percentage magnitudes, you can get deceived in terms of
19  what -- sometimes some large increases in some series
20  that are not very material in terms of the large
21  percentage of the total revenues.
22  Q.   How much of Oracle's license revenues were
23  generated by the U.S. license divisions?
24  MS. KYROUZ: Objection; vague.
25  THE WITNESS: I'm not specifically aware of

Oracle                                          Page 199

Foster, George 7/6/2007 8:56:00 AM

1   the specific --
2   MR. BRITTON: Q. Generally? Do you have any
3   idea what percentage of the revenues came from U.S.
4   license divisions?
5   A.   I don't know.
6   MS. KYROUZ: Same objections.
7   THE WITNESS: I don't want to give a specific
8   prediction.
9   MR. BRITTON: Q. Do you have a general one?
10  A.   I don't have that number at hand.
11  Q.   Okay. Now, you're aware that the U.S. license
12  divisions, start with the NAS and OSI divisions, were --
13  had negative growth rates in December and in January;
14  right?
15  MS. KYROUZ: Objection; vague.
16  THE WITNESS: Do you want to show me the data?
17  MR. BRITTON: Q. I want to get your
18  understanding.
19  A.   I don't remember the specific of that.
20  Q.   You don't remember the specifics?
21  A.   No.
22  Q.   So if the U.S. license divisions were down,
23  wouldn't you want to study to see what the U.S. license
24  forecasts were and how they moved?
25  MS. KYROUZ: Objection; vague.

Oracle                                          Page 200

Foster, George 7/6/2007 8:56:00 AM

1  MR. BRITTON: Q. You've got a pretty forceful

2  opinion in here, sir, that says in summary the field

3  forecasts did not behave unusually in Q3 '01. But you

4  haven't focused on the part of the business that was

5  down.

6  A. The field forecast, the total revenues.

7  Q. I'm talking U.S. license. That's where the

8  big miss came.

9  A. Right. But the total revenues are the major

10  item in terms of if you were working out a valuation

11  item for Oracle, the total revenues of EPS are the major

12  items, then there is some subcomponents.

13  Q. Right. But the U.S. license divisions

14  represent a huge amount of that, don't they?

15  A. They are part of that.

16  Q. A big part. But you don't know how big they

17  are?

18  A. At this stage I don't have a specific number.

19  Q. Isn't it true you didn't study that because it

20  was bad for you?

21  A. That is absolutely not correct.

22  MS. KYROUZ: Objection; argumentative.

23  MR. BRITTON: Q. They behave exactly opposite

24  of the conclusion you are giving?

25  A. I didn't not study that.

Oracle                                                                    Page 201

---

Foster, George 7/6/2007 8:56:00 AM

1  Q. Now, you saw the evidence from John Nugent,

2  didn't you, about what the AVPs were saying in the

3  field?

4  MS. KYROUZ: Objection; vague.

5  THE WITNESS: I can't remember the specific

6  thing you're referring to.

7  MR. BRITTON: Q. Do you know who John Nugent

8  is?

9  A. No, I don't.

10  Q. You have no idea who John Nugent is?

11  A. I can't recollect.

12  Q. What about George Roberts?

13  A. George Roberts I believe, head of the

14  North American division.

15  Q. And John Nugent was below him. You don't

16  remember what John Nugent said about the behavior of the

17  field forecasts at the end of Q3 '01?

18  MS. KYROUZ: Objection; vague.

19  THE WITNESS: I don't remember that specific

20  comment.

21  MR. BRITTON: Q. It is cited in Dr. Goedde's

22  report. Did you read it?

23  A. Yes, I did.

24  Q. But you don't remember what they said?

25  A. I don't remember what they said.

Oracle                                                                    Page 202

---

Foster, George 7/6/2007 8:56:00 AM

1  Q. I'll tell you what they said. AVPs were

2  beginning to voice concern in December, and the AVPs

3  were reluctant to raise the forecast.

4  So it had some meaning inside Oracle. Does

5  that suggest that to you?

6  MS. KYROUZ: Objection; vague.

7  THE WITNESS: Can I have a look?

8  MR. BRITTON: Q. It is just my notes.

9  A. It is deposition testimony?

10  Q. That is an actual document -- I'm not going to

11  go through it. If you don't remember it, you don't

12  remember it.

13  A. Okay.

14  Q. What is your opinion with respect to the

15  behavior of the potential forecast?

16  A. I believe that the potential forecast has

17  proved over time to be a better forecaster than the

18  forecast, as indicative of a well-functioning

19  forecasting process.

20  Q. I'm talking more on the movement of the

21  potential forecast through 3Q '01. What's your

22  understanding of what the potential forecast did

23  throughout the quarter?

24  A. It is my understanding that it came down.

25  Q. Turn to page 50 of your report. And you offer

Oracle                                                                    Page 203

---

Foster, George 7/6/2007 8:56:00 AM

1  several opinions at paragraph 114 about the declines in

2  the upside not supporting Dr. Goedde's opinion; right?

3  A. Yes, I do.

4  Q. And then you have Figure 11, it's on the next

5  page, that seeks to measure the relative contributions

6  or the relative percentage of the license revenue that

7  the upside represented?

8  A. Is this Figure 11 or Figure 12?

9  Q. Pardon me. Figure 12.

10  A. This is the upside adjustment as a percentage

11  of the license revenue.

12  Q. Right. So you use this chart to reach the

13  conclusions that the potential had declined at times

14  during each of the seven quarters prior to Q3 '01;

15  right?

16  A. The potential coming down can be a function of

17  both the forecasts coming down and the adjustment factor

18  coming down. So it would be two factors operating near.

19  So what I'm referring to is on Figure 3 in Table 3 that

20  the potential had declined several times. I believe

21  that is correct.

22  Q. Let's focus on Figure 12, page 52.

23  A. Which is just the adjustment factor itself.

24  Q. Correct. Now, you use this to support your

25  opinion that, "The potential had declined at times

Oracle                                                                    Page 204

1    during each of the seven quarters prior to Q3 '01," that

2    is Figure 3.

3         Figure 12, that's paragraph 115, it says.

4         "Ms. Minton had a general pattern of revising the upside

5    as a proportion of the field license revenue forecast

6    downward over the course of the quarter"; right?

7    A.   There is on average, if you look at the

8    eyeball chart, certainly there are a certain number of

9    downs going on.

10   Q.   Had it ever gone down as low as it did in Q3

11   '01?

12        MS. KYROUZ: Objection; vague.

13        THE WITNESS: No, it did not.

14        MR. BRITTON: Q.   And it went down far lower

15   than every other graph by week eight; didn't it?

16        MS. KYROUZ: Objection; vague.

17        MR. BRITTON: Q.   Do you know why?

18   A.   Well, there's -- Jennifer Minton is revising

19   her opinion in terms of what is the adjustment she

20   thinks is necessary.

21   Q.   What was she basing that on? She testified to

22   it.

23   A.   It is information that she thought that some

24   deals may be -- there's certain softness in some of the

25   deals.

1    Q.   And where did she get that information from?

2    A.   Just that -- just general understanding.  But

3    I can't point to a specific factor.

4    Q.   So the downward upside adjustments were the

5    reflection of negative information coming from the

6    field; weren't they?

7         MS. KYROUZ: Objection; vague.

8         THE WITNESS: There is a flow of -- there's

9    some new deals being added, there's some other deals

10   that are dropping.

11        MR. BRITTON: Q.   So the new deals being added

12   are what was causing Ms. Minton's adjustments to come

13   down so low?

14   A.   No.

15   Q.   It was true the reason she was reducing that

16   upside so low was because there was bad information

17   coming from the field; right?

18        MS. KYROUZ: Objection; vague.

19        THE WITNESS: I would have to look at the

20   specific testimony. I can't remember the exact words

21   that she said on that.

22        MR. BRITTON: Q.   Do you remember any of this

23   words she said?

24   A.   I can't remember the exact words.

25   Q.   Anything generally that she said?

1    A.   I can't remember that. At this stage there is

2    still very sizable uncertainty in terms of what the

3    actual outcome, given the back-ended nature of the

4    revenue series.

5         MR. BRITTON: Move to strike that last answer

6    as nonresponsive.

7    Q.   The next opinion you give is at -- go to

8    paragraph 114, second sentence. "Furthermore, the

9    potential had indicated an EPS below market expectation

10   in several prior quarters in which Oracle eventually

11   made or beat its target." And you're referring to

12   Figure 3.

13   A.   This is page 114 we're referring to?

14   Q.   Paragraph 114, second sentence.  I'm trying to

15   find Figure 3.  Okay?

16   A.   Yes.

17   Q.   So your testimony is, "The potential had

18   indicated an EPS below market expectation in several

19   prior quarters in which Oracle eventually made or beat

20   its target." Do you see that?

21   A.   That is correct.

22   Q.   And can you tell me when Oracle started to

23   give guidance?

24   A.   I believe it was the second quarter of 2001.

25   Q.   So prior to that period of time the market

1    expectation was set by analysts; right?

2    A.   There are ongoing conversations between Oracle

3    and analysts before -- I mean, it is not a single thing.

4    Just because you didn't give a guidance doesn't mean the

5    analysts aren't talking to management at this stage.

6    Q.   But the analysts had to come up with their own

7    models based on input from the company, but the company

8    didn't give guidance?

9    A.   But the analysts still come up with their own

10   models without the guidance. So I don't see that as a

11   difference.

12   Q.   What information do you know that Oracle was

13   giving to the analysts for the analysts to set their own

14   guidance?

15   A.   The analysts are looking at a whole lot of

16   information sources all the time. Some are company

17   sources, whether they are publicly available, some are

18   interviews with management, some are talking to

19   competitors, analyzing competitors.

20   Q.   So what you're saying is that's the functional

21   equivalent of the company giving guidance?

22   A.   No, I'm not saying that at all.

23   Q.   Is there an appreciable difference in your

24   mind between the company coming out and saying we're

25   going to do 12 cents per share versus giving analysts

information the analysts can use to come up with --
A. I think --
MS. KYROUZ: Objection; vague.
THE WITNESS: I didn't say that. I think coming out and making a statement is a formal process.
MR. BRITTON: Q. Now, the point you're making is that the earnings per share was below market expectation in several prior quarters.
Now, you're familiar with Mr. Henley's testimony about what he thought about Ms. Minton's upside getting to 11.58 cents on January 29th; aren't you?
A. I'm not familiar with that.
Q. You don't know what he said about Minton's upside report?
A. I don't remember the specifics of that.
Q. Do you remember generally?
A. I don't remember that.
Q. Okay. Now, go to page 51, paragraph 115. You have in here, "An end-of-quarter rally in this metric was thus not without precedent." Do you see that? The last sentence of paragraph 115.
A. That's correct.
Q. So is your point -- let me ask you, what's your point?

A. That big shifts can occur in the last two weeks and the last week on the forecasting of the revenues in the EPS.
Q. Should a forecaster be relying on an end-of-quarter rally to make the forecast?
MS. KYROUZ: Objection; vague, argumentative.
THE WITNESS: In an industry like -- a situation like Oracle has where sometimes over 50 percent of the revenues occur in the last week, then it is -- there is a high degree of uncertainty about whether you will make the forecast or not. And you can't preclude at a reasonable level of confidence that you won't make it just because you are below the line a week beforehand.
MR. BRITTON: Q. So you're saying that since there is these end-of-quarter rallies, there is always a chance you can make it at the end, so just hold tight?
MS. KYROUZ: Objection.
MR. BRITTON: Q. Things could always work out in the end?
A. That's not what I said. I said that if you look at the past data, then you do see situations that are consistent with my argument, that there is a level of uncertainty, and sometimes it becomes a positive adjustment and sometimes it becomes a negative

adjustment.
Q. Would you advise a client to rely on the end-of-quarter rally when forecasting, implementing a forecast process?
MS. KYROUZ: Objection; misstates testimony.
THE WITNESS: I'm not saying they are relying on an end-of-quarter rally. I'm saying that it is possible to have a large swing either way in the last quarter.
MR. BRITTON: Q. So what's your point?
MS. KYROUZ: Asked and answered.
THE WITNESS: My point is, is that if you understand how functioning this forecasting process operates, and the large percentage of revenues in week 13, or if it is a special week, week 14, then you have -- it is far more difficult to conclude that you will not make the forecast than in some other industries.
MR. BRITTON: Q. So are you of the opinion that somebody in Oracle's position could never know that they were going to miss their forecast until the last week of the quarter?
MS. KYROUZ: Objection; misstates testimony.
THE WITNESS: I'm not making any statement on that score.

MR. BRITTON: Q. Under what circumstances in your experience would a company that experiences the hockey stick effect like this not see to indicate that they were going to miss the quarter?
A. I have not examined that issue. The issue I have examined is was there --
Q. I understand.
A. -- was there information at the end of Q3, before the end of the quarter, to conclude that they would definitely not meet their forecast. I concluded that there was not.
Q. But you're not of the opinion that Oracle could never know that it would miss its guidance until the very last week of the quarter?
A. I have not examined that issue.
Q. Can you -- do you have to examine the issue in order to answer that question?
A. I just haven't addressed the issue.
Q. Well, it is a very --
MS. KYROUZ: Objection; asked and answered.
MR. BRITTON: Q. Are there any indicators for somebody with a revenue flow like Oracle has that would indicate to them that they were going to miss their quarter, in your experience, as someone who studies forecasts?

1    MS. KYROUZ: Objection.

2        THE WITNESS: I don't want to make an opinion

3    on something that I haven't studied.

4        MR. BRITTON: Q. Do you know what Ms. Minton

5    testified to in terms of the hockey stick effect on her

6    forecast?

7        MS. KYROUZ: Objection; vague.

8        THE WITNESS: I know Jennifer Minton was aware

9    of the hockey stick, and recognized that in her

10    forecasting.

11        MR. BRITTON: Q. Did she say it had an impact

12    on her forecasting process?

13        A. I'm not aware. I don't remember at this stage

14    the specific answer to that question.

15        Q. Do you remember the general answer to that

16    question?

17        A. No, I don't.

18        Q. Do you think that the lack of big deals for

19    Oracle in its NAS division was a source of concern for

20    the company?

21        MS. KYROUZ: Objection; vague.

22        THE WITNESS: It's -- I'm not sure about the

23    factual basis of what you're saying. In what period are

24    you referring to?

25        MR. BRITTON: Q. Third quarter of 2001.

1    What's your understanding of the big deal situation in

2    the NAS division in the beginning of Q3 '01?

3        MS. KYROUZ: Objection; vague.

4        THE WITNESS: It is my understanding that

5    Mr. Henley addressed that issue and gave his opinion, is

6    .. that not only was it something that didn't give him

7    concern, but it is actually good.

8        MR. BRITTON: Q. In your experience is the

9    lack of sizable deals a good thing?

10        A. I think if you narrowly define it to the -- if

11    you have 100 deals and you keep 100, you would like some

12    of them to be large and some of them to be small.

13        Where the question gets tougher to ask is if

14    you don't keep it to 100, if you go to 140 deals, would

15    you rather have 140 deals that are slightly smaller or

16    100 deals that have a sizable weighting on one or two

17    companies. That becomes a tougher question to answer.

18        Q. Okay. Did Mr. Winton, who sent the e-mail

19    about the big deals, did he see it as a source of

20    concern for his division?

21        MS. KYROUZ: Objection; vague.

22        THE WITNESS: I'm not aware of the specific

23    comments of Mr. Winton.

24        MR. BRITTON: Q. He said that big deals had

25    driven NAS's results in Q1 and Q2. So would you, under

1    those circumstances, see it as a good thing that he

2    didn't have big deals in the third quarter?

3        A. I'm not -- I would have to look at your first

4    characterization whether that's correct. As I would

5    stand by my statement that it is not whether you have

6    one or two deals, it is also the total number of deals.

7        And I know certain companies -- I've spoken to

8    CEOs on this, and they prefer to have 200 medium-sized

9    deals than 100 very heavily weighted deals. And I have

10    spoken to CEOs where they have given me the reverse

11    opinion.

12        Q. NAS was a division at Oracle that had many

13    small deals; right?

14        A. They had some small deals.

15        Q. They had a lot of small deals. Wasn't that

16    the division where all the small deals were located or

17    most of the small deals were located?

18        A. I don't have the evidence to know what was the

19    weighting of the specific deals.

20        Q. So you're not -- in that kind of division

21    you're not going to be concerned with having just a few

22    large deals; right?

23        A. I don't follow your line of questioning.

24        Q. Well, if you have a division that focuses on

25    customers that are smaller in size and have smaller

1    deals, then your concern about only having a few large

2    deals versus having many small deals no longer becomes a

3    concern; right?

4        MS. KYROUZ: Objection; vague and

5    incomprehensible.

6        THE WITNESS: If you are in a division in

7    which all your deals are relatively small, then, you

8    know, then I don't think the question arises, because

9    you defined the division not to have large deals.

10        MR. BRITTON: Q. If the division -- if the

11    division's results had been driven by large deals in the

12    prior two quarters, would you see the lack of big deals

13    in the quarter that you were in as a source of concern?

14        MS. KYROUZ: Objection; incomplete

15    hypothetical.

16        THE WITNESS: If other things being equal,

17    there is an increase in the number of deals in the third

18    quarter, but not necessarily having a weighting of one

19    or two really large ones, then you can't say

20    directionally one way or the other. Which is I think in

21    Mr. Henley saying, as I interpret him to say, in this

22    division he said, no, that's actually good.

23        As I said, I've heard CEOs say one thing, and

24    I've heard CEOs say the other. And both are very

25    adamant about what is the mix -- we call it the mix

1   issue in deals.

2       MR. BRITTON: Q. You don't know what

3   Mr. Winton, who was reporting to Henley that he had a

4   few big deals, you don't know what he was saying about

5   the effect on his --

6       MS. KYROUZ: Objection; mischaracterization.

7       THE WITNESS: I don't remember the comment

8   you're referring to.

9       MR. BRITTON: Q. Do you know what earnings

10   management is?

11       MS. KYROUZ: Objection; vague.

12       THE WITNESS: There are many definitions of

13   earnings management in the literature of accounting and

14   finance.

15       MR. BRITTON: Q. What's your understanding of

16   what earnings management is?

17   A. Well, as I said --

18   Q. Let me ask it a different way. Maybe I'm

19   saying it the reverse.

20       Do you have an understanding what it means

21   when a company manages its earnings?

22   A. I prepared a case once that had, I think,

23   eight or nine different definitions of or statements on

24   earnings management, and they differed dramatically,

25   so --

Oracle                        Page 217

---

1   Q. Were you aware -- are you aware of the

2   accounting allegations in this case?

3   A. At a very vague level.

4   Q. Have you looked at any of the expert reports,

5   the accounting expert reports?

6   A. No, I have not.

7   Q. If Oracle had manipulated its financial

8   results in the second quarter of 2001, would that have

9   an effect on your opinion one way or the other?

10       MS. KYROUZ: Objection; incomplete

11   hypothetical.

12       THE WITNESS: I have not considered that

13   issue.

14       MR. BRITTON: Q. Okay. Sitting here today

15   considering it, if you saw evidence that Oracle, in

16   fact, was managing its earnings and in the second

17   quarter reported 10 cents per share instead of 11 cents

18   per share, would that affect your opinion?

19       MS. KYROUZ: Same objections.

20       THE WITNESS: I just would have to look into

21   the issue in a lot more detail. Because, as I said,

22   earnings management is a term that has many different

23   connotations.

24       MR. BRITTON: Q. Accounting improprieties?

25   A. Accounting improprieties also have different

Oracle                        Page 218

---

1   connotations. Sometimes --

2   Q. I'll bet; right?

3   A. They do.

4   Q. So, let me put it a different way. If

5   Oracle -- what is your understanding of how Oracle

6   issued its 12 cents earnings per share guidance in the

7   third quarter of 2001?

8       MS. KYROUZ: Objection; vague.

9       THE WITNESS: I think my understanding that

10   Jennifer Minton was forecasting a 12.8, I think, and the

11   CFO brought that down to a 12.

12       MR. BRITTON: Q. Why did he bring it down to

13   a 12?

14   A. He was using his judgment.

15   Q. Did it relate in any way to Q2?

16   A. I have not examined that issue.

17   Q. Isn't it true that he said that the reason

18   we're going to 12 cents per share is because Q3 is

19   typically a penny a share more than Q2?

20       MS. KYROUZ: Objection; mischaracterizes.

21       THE WITNESS: I have not examined that issue.

22       MR. BRITTON: Q. You studied Dr. Goedde's

23   report; right?

24   A. Reports.

25   Q. His reports; all right. Is there anything

Oracle                        Page 219

---

1   that Dr. Goedde did in his reports that you believe he

2   should not have done?

3       MS. KYROUZ: Objection; vague. He's written a

4   whole report on this subject.

5       THE WITNESS: I think that in the report here

6   I have addressed the issues of concern to me in the

7   first Goedde report.

8       MR. BRITTON: Q. So everything that you're --

9   that you have with respect to the first Goedde report is

10   in there. Now, with respect to the Goedde rebuttal

11   report, is there anything that he did in the rebuttal

12   report that you believe he should not have done?

13   A. I have only read the report. I have not

14   attempted to sort of do a detailed rebuttal of it.

15   Q. Is there anything that Dr. Goedde didn't do in

16   his first report that you believe he should have done

17   that's not addressed in your rebuttal report?

18   A. No. I believe I have been fairly

19   comprehensive in what my concerns are.

20   Q. Is there anything in Dr. Goedde's rebuttal

21   report that he didn't do that you think he should have

22   done?

23   A. The second report? I have not examined that

24   issue.

25       MR. BRITTON: Okay. Can we take five?

Oracle                        Page 220

Foster, George 7/6/2007 8:56:00 AM

1   VIDEOGRAPHER: Off the record at 4:25.

2         (Recess, 4:25 p.m. – 4:43 p.m.)

3   VIDEOGRAPHER: On record at 4:43.

4      MR. BRITTON: Q. Earlier we talked about

5   Mr. Lucas, and I believe you testified that you knew

6   Mr. Lucas?

7      A. No.

8      Q. No?

9      A. Mr. Lucas is the computer science professor?

10     Q. Is that your understanding? Because Mr. Lucas

11  is not a professor at Stanford, he is an Oracle board

12  member. So the question I have is, how do you know

13  Mr. Lucas?

14     A. I think you asked me the question did I know

15  Mr. Lucas, and I said no. We can draw that up. But I

16  think I said I knew Professor Boskin.

17     Q. How about Professor -- or Hector Garcia

18  Molina?

19     A. No.

20     Q. Can you tell me what Mr. Ellison testified

21  about what was the key forecasting indicators to him?

22     A. I think he mentioned pipeline. I can't

23  remember the other ones. Dr. Goedde I think lists them

24  in his deposition report. I can't remember specifically

25  what they --

Foster, George 7/6/2007 8:56:00 AM

1      Q. The only ones you can remember is the

2   pipeline?

3      A. At here. But I can easily get the deposition.

4      Q. Do you know when Oracle started selling CRM?

5         MS. KYROUZ: Objection; vague.

6         THE WITNESS: No, I do not.

7         MR. BRITTON: Q. Do you know when Oracle

8   started selling 11i?

9      A. I believe 11i was sometime during 2000.

10     Q. Fiscal 2000 or calendar 2000?

11     A. I was referring to calendar 2000. Sometime in

12  the April/May/June period is my guess, my understanding.

13     Q. Do you understand that Ms. Minton explained

14  that she wanted to sell stock in the third quarter of

15  2001?

16     A. You mean Ms. Minton wanted to sell stock

17  personally? I don't know anything about that.

18     Q. Do you know what Ms. Minton said about whether

19  deals that closed stayed in the pipeline or not?

20     A. I have observed differences of opinion on

21  that, and my conclusion is that the deals did stay in

22  the pipeline after they were signed.

23     Q. How do you reach that conclusion?

24     A. It's my general understanding that's how

25  pipelines work based on discussions with other people.

Foster, George 7/6/2007 8:56:00 AM

1   And I -- the general impressions I got from the

2   depositions was that was more the case. I think there

3   was one statement by Mr. Ellison implying that they

4   didn't. But in the light of conflicting evidence, it

5   was my inference that they did.

6      Q. Why in your experience do closed deals stay in

7   the pipeline?

8      A. Because what you are doing is for the quarter

9   that is going through. And so if the definition of the

10  pipeline is all those deals that are going to close

11  during the quarter and the deal did close during the

12  quarter, then under that definition you would include

13  them.

14     Q. Do you know what the divisions were within

15  Oracle's NAS line of business?

16     A. I think NAS is typically the manufacturing

17  division. So there would be some automotive divisions.

18  I think one of them is called manufacturing. I'm not --

19  I couldn't specifically state. It is the -- in some

20  sense the nonservice sector.

21     Q. Do you know where Oracle's miss occurred?

22     A. This is the 2001, third quarter?

23     Q. Third quarter 2001.

24     MS. KYROUZ: Objection; vague.

25     THE WITNESS: I think it was more in the

Foster, George 7/6/2007 8:56:00 AM

1   licensing -- more in the applications side of the

2   enterprise.

3         MR. BRITTON: Q. Do you know where though,

4   which divisions?

5      A. I think -- I'm not -- I don't know the

6   percentage, which they were.

7      Q. Do you know any of the divisions?

8      A. Well, certainly North America. I think North

9   America was one division that had some problems.

10     Q. Any other divisions?

11     A. They were, I believe -- at this stage I can't

12  give a specific answer to that.

13     Q. Did Ms. Minton ever apply a negative upside

14  adjustment prior to Q3 '01?

15     MS. KYROUZ: Objection; vague.

16     MR. BRITTON: Q. Do you know?

17     A. I haven't -- I haven't -- I don't remember

18  either way.

19     Q. What did Ms. Minton testify about Oracle's

20  product mix and the change in the product mix?

21     MS. KYROUZ: Objection; vague.

22     THE WITNESS: This is in Q3 2001?

23     MR. BRITTON: Q. Well, the difference between

24  Q3 2000 and Q3 2001.

25     A. I don't remember the specific deposition on

Foster, George 7/9/2007 8:56:00 AM

1   that.

2   Q. Do you remember generally what she said?

3   A. No, I don't.

4   Q. Do you know how much of Oracle's revenues came

5   from the dot com segment of the market in Oracle's third

6   quarter of 2000?

7   A. I believe it's somewhere in the 10 percent

8   range.

9   Q. Dollar figures, do you know?

10   A. No.

11   Q. And what about in Q2 '01?

12   A. I don't know the specifics on that.

13   Q. Do you know what they were forecasting for dot

14   com revenue for Q3 '01?

15   A. I don't know the specific number on that.

16   Q. Do you know generally what they were

17   forecasting?

18   A. It was lower.

19   Q. How much lower?

20   A. That I don't remember.

21   Q. Do you know in Q3 '01 what Oracle was

22   forecasting -- withdrawn.

23   Do you know whether in Q3 '01 Oracle was

24   forecasting to meet its growth target for Q4 '01?

25   MS. KYROUZ: Objection; vague.

---

Foster, George 7/9/2007 8:56:00 AM

1   THE WITNESS: Whether in Q3 '01 --

2   MR. BRITTON: Q. -- Oracle was forecasting to

3   meet its growth target for Q4 '01?

4   A. That I don't remember.

5   Q. What was Oracle's guidance in the third

6   quarter of 2001 for applications growth?

7   A. For the applications, I think it was

8   approximately 75 percent.

9   Q. What about database?

10   A. I can't remember the specific number.

11   Q. Do you know the difference between budget

12   rates versus actual rates?

13   A. Yes, there is.

14   Q. What's your understanding?

15   A. The budget rates deal with the currency

16   adjustments.

17   Q. So do you adjust up or down?

18   A. Depends on the currency. I think the 75

19   percent would be moved up to 80 percent, based on the

20   forecast exchange rates. It is an exchange rate

21   adjustment known as the inflation adjustment.

22   Q. Do you know who Safra Catz is?

23   A. Yes, I do.

24   Q. What was her position at Oracle?

25   A. She started off as senior vice-president, and

---

Foster, George 7/9/2007 8:56:00 AM

1   I think she moved to executive vice-president, and then

2   to president. And I believe she's also CFO now. She

3   joined, I think, approximately 1999.

4   Q. Do you know when Ms. Minton sent her first

5   e-mail about Mr. Ellison no longer being interested in

6   commit numbers from the field?

7   MS. KYROUZ: Objection; mischaracterizes the

8   record.

9   THE WITNESS: No, I don't. I'm not aware of

10   that issue.

11   MR. BRITTON: Q. Do you know when the e-mail

12   between McMannis and English were regarding the

13   directive?

14   A. I think it was -- it was before the start of

15   Q3 2001.

16   Q. Do you know how much revenue the OSI division

17   had recognized by the middle of February 2001?

18   A. No, I do not.

19   Q. Do you know how Oracle's actuals were reported

20   to Oracle's executives?

21   MS. KYROUZ: Objection; vague.

22   THE WITNESS: You mean how they were

23   disclosed? No, I do not.

24   MR. BRITTON: Q. Do you know how long

25   Ms. Minton had been doing the upside adjustments prior

---

Foster, George 7/9/2007 8:56:00 AM

1   to Q3 '01?

2   A. I believe it certainly was covering the period

3   of the six or seven quarters that we -- that I was

4   examining.

5   Q. Do you know if it was all six or seven of

6   those quarters?

7   A. My understanding is that she took some leave.

8   Q. And who took over for her when she left?

9   A. That I can't remember.

10   Q. Do you know who participated in the executive

11   management committee meetings?

12   A. I believe it was the -- Larry Ellison, Jeff

13   Henley, it would be Catz, I believe Minton did

14   participate in those. Then there would be Roberts,

15   Nussbaum, Sanderson, and I presume some international

16   people on that.

17   Q. Do you know if Mr. Ellison participated in any

18   other forecasting calls?

19   MS. KYROUZ: Objection; vague.

20   THE WITNESS: Forecasting calls to analysts?

21   MR. BRITTON: Withdrawn. Do you know what

22   forecasting calls Mr. Ellison participated in, internal

23   forecasting calls?

24   A. Internal forecasting calls?

25   MS. KYROUZ: Objection; vague.

Foster, George 7/6/2007 8:58:00 AM

1    THE WITNESS: Forecasting calls to?

2    MR. BRITTON: Q.  Internal forecasting calls,

3    discussed the forecasts.

4    A.  No, I do not know specifics.

5    Q.  Do you know what Mr. Henley testified about

6    the pipeline at the beginning of Q3 '01?

7    MS. KYROUZ: Objection; vague.

8    THE WITNESS: I saw a comment that he thought

9    it was, I think, too good to be true.

10   MR. BRITTON: Q.  Do you know why he thought

11   that?

12   A.  No, I have not.

13   MR. BRITTON: I have no further questions.

14   MS. KYROUZ: Thank you.

15   MR. BRITTON: Dr. Foster, thank you for your

16   time.

17   VIDEOGRAPHER: This marks the end of tape

18   four.  There were four tapes used in this Volume I in

19   the deposition of George Foster.

20   The original videotapes will be retained by

21   LiveNote World Service.

22   We're going off the record.  The time on the

23   video monitor is 4:58.

24   (Whereupon, at 4:58 p.m. the deposition of

25   GEORGE FOSTER was adjourned.)

Oracle                                        Page 229

---

Foster, George 7/6/2007 8:58:00 AM

1    I declare under penalty of perjury that the

2    foregoing is true and correct.

3

4

5

6    Dated:

7                GEORGE FOSTER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Oracle                                        Page 230

---

Foster, George 7/6/2007 8:58:00 AM

1    STATE OF CALIFORNIA    )

2                          )

3    COUNTY OF ALAMEDA      )

4        I, DIANA NOBRIGA, hereby certify that the

5    witness in the foregoing deposition was by me duly sworn

6    to testify to the truth, the whole truth, and nothing

7    but the truth in the within-entitled cause; that said

8    deposition was taken at the time and place therein

9    stated; that the testimony of said witness was reported

10   by me, a Certified Shorthand Reporter and disinterested

11   person, and was thereafter transcribed into typewriting,

12   and that the pertinent provisions of the applicable code

13   or rules of civil procedure relating to the notification

14   of the witness and counsel for the parties hereto of the

15   availability of the original transcript of the

16   deposition for reading, correcting and signing have been

17   met.

18       And I further certify that I am not of counsel

19   or attorney for either or any of the parties to said

20   deposition, nor in any way interested in the outcome of

21   the cause named in said action.

22       DATED: _____

23

24       _____

25       DIANA  NOBRIGA, CSR NO. 7071

Oracle                                        Page 231

```
 1    STATE OF CALIFORNIA        )

 2                               )

 3    COUNTY OF ALAMEDA          )

 4            I, DIANA NOBRIGA, hereby certify that the

 5    witness in the foregoing deposition was by me duly sworn

 6    to testify to the truth, the whole truth, and nothing

 7    but the truth in the within-entitled cause; that said

 8    deposition was taken at the time and place therein

 9    stated; that the testimony of said witness was reported

10    by me, a Certified Shorthand Reporter and disinterested

11    person, and was thereafter transcribed into typewriting,

12    and that the pertinent provisions of the applicable code

13    or rules of civil procedure relating to the notification

14    of the witness and counsel for the parties hereto of the

15    availability of the original transcript of the

16    deposition for reading, correcting and signing have been

17    met.

18            And I further certify that I am not of counsel

19    or attorney for either or any of the parties to said

20    deposition, nor in any way interested in the outcome of

21    the cause named in said action.

22        DATED:  July 9, 2007

23

24

25                            DIANA  NOBRIGA, CSR NO. 7071
```

# EXHIBIT QQ

1    IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    In re ORACLE CORPORATION

     SECURITIES LITIGATION      Master File No.

4                               C-01-0988-MJJ

5    This Document Relates To:

6    ALL ACTIONS.

     _____/

7

8

9    ---oOo---

10   CONFIDENTIAL

11   DEPOSITION OF KELLY A. WOOD

12   Friday, October 7, 2005

13   ---oOo---

14   M&M COURT REPORTING SERVICE, INC.

15   REPORTING FOR

16   LiveNote World Service

17   221 Main Street, Suite 1250

18   San Francisco, California 94108

19   Phone: (415) 321-2311

20   Fax: (415) 321-2301

21

22   Reported by:

23   SHERI LUDIKER FOOTE, RPR, CRR

24   IDAHO CSR #90

25

Oracle                                    Page 1

---

1    A P P E A R A N C E S

2    FOR THE PLAINTIFFS:

3    LERACH, COUGHLIN, STOIA, GELLER, RUDMAN,

4    ROBBINS, LLP

5    655 West Broadway, Suite 1900

6    San Diego, California 92101-3301

7    619/231-1058

8    BY:  DOUGLAS R. BRITTON, Attorney at Law

9    E-mail: dbritton@lerachlaw.com

10   FOR THE DEFENDANTS:

11   MAYER, BROWN, ROWE & MAW, LLP

12   Two Palo Alto Square, Suite 300

13   Palo Alto, California 94306-2112

14   650/331-2037

15   BY:  LEE H. RUBIN, Attorney at Law

16   e-mail: lrubin@mayerbrownrowe.com

17   AS THE VIDEOGRAPHER:

18   GARCIA & LOVE REPORTING & VIDEOGRAPHY

19   36 South State Street, Suite 1220

20   Salt Lake City, Utah 84111

21   801/538-2333

22   BY:  Josh Jentzsch, Legal Videographer.

23

24

25

Oracle                                    Page 2

---

1    ---oOo---

2

3    I N D E X   O F   E X A M I N A T I O N

4

5    TESTIMONY OF KELLY A. WOOD        PAGE

6    Examination by Mr. Britton        5

7    Examination by Mr. Rubin          69

8    Further Examination by Mr. Britton  184

9    Further Examination by Mr. Rubin   190

10

11   ---oOo---

12

13   I N D E X   O F   E X H I B I T S

14

15   NO.    DESCRIPTION           PAGE

16   Exhibit 1  Plaintiffs' (Proposed) Revised   179

17   Second Amended Complaint for

18   Violations of the Federal Securities

19   Laws, dated 12/09/2002

20

21

22

23

24

25

Oracle                                    Page 3

---

1    BE IT REMEMBERED THAT, pursuant to Notice

2    and on Friday, October 7, 2005, at the hour of 10:01

3    a.m. thereof, at Greener Banducci & Shoemaker, 815 W.

4    Washington Street, Boise, Idaho, before me, SHERI

5    LUDIKER FOOTE, RPR, CRR, CSR No. 90, a Certified

6    Shorthand Reporter in the State of Idaho, there

7    personally appeared:

8    KELLY A. WOOD,

9    called as a witness by the Plaintiffs; who, being by me

10   first duly sworn, was thereupon examined and testified

11   as follows:

12   ---oOo---

13   THE VIDEOGRAPHER:  This is the videotaped

14   deposition of Kelly A. Wood, tape No. 1, in the matter

15   of Oracle Corp Securities Litigation in the United

16   States District Court, Northern District of California,

17   Master File No. C-01-0988-MJJ.

18   Today's date is October 7, 2005, at 10:02

19   a.m.  My name is Josh Jentzsch, legal videographer for

20   Garcia & Love Reporting in association with LiveNote

21   World Service located at 221 Main Street, Suite 1250 in

22   San Francisco, California, 94105, with phone number

23   2 -- I'm sorry, (415)321-2300.

24   The Court Reporter is Sheri Foote of M&M

25   Court Reporting Service reporting on behalf of LiveNote

Oracle                                    Page 4

**Page 5**

Wood, Kelly A 10/7/2005 10:01:00 AM

```
1   World Service.
2       Today's deposition is being taken on behalf
3   of the Plaintiff at Greener Banducci Shoemaker at 815
4   West Washington Street in Boise, Idaho.
5       Will counsel please state their appearances
6   for the record and the witness will be sworn.
7       MR. BRITTON: Doug Britton with Lerach
8   Coughlin on behalf of Plaintiffs.
9       MR. RUBIN: Lee Rubin from Mayer Brown
10  Rowe & Maw on behalf of Defendants.
11      (Witness sworn.)
12          EXAMINATION
13  QUESTIONS BY MR. BRITTON:
14      Q. Good morning, Mr. Wood. My name is Doug
15  Britton. We met before the deposition started. I
16  wanted to talk to you before we begin about the fact
17  that you're not represented by counsel here today; is
18  that correct?
19      A. Correct.
20      Q. And you understand that you had the
21  opportunity to be represented by counsel?
22      A. Yes.
23      Q. And do you understand that my firm does not
24  represent you in this action?
25      A. Yes.
```

Oracle                                    Page 5

**Page 6**

Wood, Kelly A 10/7/2005 10:01:00 AM

```
1       Q. Okay. And does anybody from the Defendant's
2   firm, Mayer Brown Rowe & Maw, represent you --
3       A. No.
4       Q. -- in this action? Okay. And you've
5   elected to proceed without representation --
6       A. Yes.
7       Q. -- is that right? Okay. Have you ever had
8   your deposition taken before?
9       A. Relating to this case?
10      Q. Any case.
11      A. Any case? The only thing that would have
12  come close is the telephone conversation that I had.
13  So, I don't know if that was a deposition or not.
14      Q. Okay. But a formal deposition where you're
15  sitting down --
16      A. Oh, no.
17      Q. -- with attorneys?
18      A. No.
19      Q. Okay, let me give you a few of the ground
20  rules: The natural tendency in a conversation is to,
21  you know, anticipate the question and then give an
22  answer. This is a formal process where we're trying to
23  keep a record. So, you have to let me finish my
24  question before you answer. And I will try to let you
25  finish your answer before I ask a question. Is that
```

Oracle                                    Page 6

**Page 7**

Wood, Kelly A 10/7/2005 10:01:00 AM

```
1   okay?
2       A. Okay.
3       Q. And we'll violate that rule, but we'll try
4   to stay on it. You realize that you're under oath
5   today?
6       A. Yes.
7       Q. And that the testimony that you give today
8   has the same seriousness as if it was given in a court
9   of law?
10      A. Yes.
11      Q. Occasionally you will hear the attorneys
12  object. And that objection is for the record and is
13  being preserved. So, it has no bearing on you. It's
14  just between the lawyers and the Court Reporter. Do
15  you understand that?
16      A. Yes.
17      Q. Now, if you don't understand a question that
18  I ask, will you let me know?
19      A. Yes.
20      Q. And then if you at any time want to take a
21  break, let me know and we can go ahead and take a
22  break.
23      MR. BRITTON: And for the record, Mr. Wood
24  has scheduled his -- first his schedule was such that
25  he had to leave at 11:00, but he has accommodated us
```

Oracle                                    Page 7

**Page 8**

Wood, Kelly A 10/7/2005 10:01:00 AM

```
1   and moved that back to 3:00. So, I'm going to endeavor
2   to finish my questions early and give counsel for the
3   Defendants time to finish his questions so we can all
4   be done to accommodate the witness's schedule.
5       MR. RUBIN: And obviously we will do our
6   best to accommodate your schedule. Just for the
7   record, as you know, Mr. Britton, the Defendants have
8   cross-noticed Mr. Wood.
9       MR. BRITTON: Right.
10      MR. RUBIN: So, we have our own subpoena.
11  And so, I would simply say that in the unlikely event
12  that we run out of time, we'll have to determine what
13  to do to make sure that all parties have an opportunity
14  to pursue their questioning. But presently I don't
15  anticipate a problem.
16      MR. BRITTON: Okay, good.
17      Q. (BY MR. BRITTON) Did you do anything today
18  to prepare for your deposition?
19      A. No.
20      Q. Have you done anything at any point in time
21  to prepare for your deposition today?
22      A. No.
23      Q. Have you talked to anybody about your
24  deposition today?
25      A. My ex-wife, just from a scheduling
```

Oracle                                    Page 8

Wood, Kelly A 10/7/2005 10:01:00 AM

1  perspective with my children.

2  Q. Do you have contact with anybody that you

3  worked with at Oracle back in 2001?

4  A. Yes.

5  Q. You do? Have you talked to any of those

6  people about your deposition today?

7  A. Right after I got the initial subpoena or

8  whatever that document was called, I mentioned that to

9  one or two people at Oracle that I -- just co-workers.

10  Q. Were they still at Oracle when you talked to

11  them?

12  A. Yes.

13  Q. And what were their names?

14  A. Joseph Wood and Mark Overfelt.

15  Q. And Mark Overfelt?

16  A. Overfelt, O-v-e-r-f-e-l-t.

17  Q. And what did you talk to Mr. Wood about?

18  A. I just said that I had been -- and I don't

19  think I had even testified at that point. But I had

20  been depositioned or whatever that was called,

21  subpoenaed or whatever to testify in the case. And it

22  was a two-sentence statement.

23  Q. And what did Mr. Wood say to you in

24  response?

25  A. "Oh, shit" or something like that. Not in a

Wood, Kelly A 10/7/2005 10:01:00 AM

1  -- not in a, "Oh, gees, that's bad," but just in a, you

2  know -- yeah.

3  Q. "Oh, fun" type of --

4  A. Yeah, exactly.

5  Q. What's Mr. Wood's title?

6  A. He's no longer with Oracle. He was a senior

7  practice director at the time.

8  Q. Did you work with him when you were in

9  Oracle?

10  A. Yes.

11  Q. Did you work with him in the 2000, 2001 time

12  period?

13  A. Yes.

14  Q. Okay. Did you report to him or were you

15  co-workers?

16  A. At one point I did work for Joe. I don't

17  remember if I did in the 2000, 2001 time frame.

18  Q. Now, Mark Overfelt.

19  A. Yes.

20  Q. What did you say to Mr. Overfelt when you

21  received the subpoena?

22  A. The same kind of thing. So, this was after

23  I had been terminated from Oracle in a conversation.

24  You know, just ongoing dialog, friendships with both of

25  them, I said something about, "Oh, you know, I just got

Wood, Kelly A 10/7/2005 10:01:00 AM

1  this subpoena in the mail today," you know.

2  Q. And what did Mr. Overfelt say to you in

3  response?

4  A. "Oh, fun" or something of that.

5  Q. And Mr. Overfelt, is he still with Oracle?

6  A. No.

7  Q. He's not? When did he leave; do you know?

8  A. He left about six months ago. Joe left

9  about a year and a half ago.

10  Q. Okay. And did you work with Mr. Overfelt

11  when you were at Oracle?

12  A. Yes.

13  Q. Was that in the 2000, 2001 time period?

14  A. Yes.

15  Q. And what was Mr. Overfelt's position during

16  that period of time?

17  A. We were peers.

18  Q. Okay. Did you talk to either Mr. Wood or

19  Mr. Overfelt at all about the substance of what you

20  know about the case and things of that nature?

21  A. No, I don't remember any dialog about --

22  Q. Okay, I'm going to take you down memory road

23  today and we're going to start with 2001. You had a

24  conversation with an investigator; is that right?

25  A. Yes.

Wood, Kelly A 10/7/2005 10:01:00 AM

1  Q. Okay. And can you tell me about how you

2  were contacted and what happened.

3  A. I think I got something in the mail. And

4  then I believe it was a telephone conversation where he

5  just asked me some questions and I just, you know,

6  responded off the cuff.

7  Q. How long was -- withdrawn. How many

8  conversations did you have with the investigator?

9  A. I believe it was only one.

10  Q. Only one? And how long did the conversation

11  take place?

12  A. I believe it was less than an hour. It was

13  a pretty short conversation as I remember it.

14  Q. Do you remember the name of the investigator

15  that called you?

16  A. No. Actually, there may have been more than

17  one conversation. I can't remember.

18  Q. Was it still back in the 2001 time period?

19  A. Yes. I can't say for sure what the years

20  were.

21  Q. The document that you think you may have

22  received in the mail, do you have a copy of that?

23  A. No, I don't. And again, I think the

24  document -- I believe it was just a letter saying,

25  "We're attorneys doing this and we'd like to talk to

1  you. Call this number."

2  Q. Okay. Do you have any documents in your

3  possession relating to your work at Oracle during the

4  2000, 2001 time period?

5  A. No.

6  Q. Do you have any documents relating to your

7  work at Oracle at all?

8  A. No.

9  Q. Okay, I'm going to ask you a few questions

10  about your background starting with your time with

11  Oracle; is that okay?

12  A. Okay. Yes, sir.

13  Q. When did you start working for Oracle?

14  A. December of '95 or '96. I believe it

15  was '95.

16  Q. And what job did you take when you first

17  started?

18  A. I was a database developer working on an

19  application with the Postal Service as a consultant

20  with Oracle.

21  Q. That was before you arrived at Oracle?

22  A. No, that was my first job for Oracle.

23  Q. Okay.

24  A. I was a consultant for Oracle. I hired into

25  the consulting group, the government practice of

1  Oracle's consulting organization. And I was placed on

2  an engagement with the Postal Service.

3  Q. And what was your title when you first

4  started?

5  A. Senior consultant.

6  Q. And did that title change at all over time?

7  A. Yes.

8  Q. How so?

9  A. I got a promotion that first year to -- I

10  can't remember what it was. And then I got another

11  promotion 18 months later to practice manager. And

12  then two years later I got a promotion to practice

13  director. And then I became a client services

14  director, which was somewhat of a lateral move, except

15  it was a sales position. So, it was more upside

16  compensation.

17  Q. What was your position in the 2000, 2001

18  time period?

19  A. So, I was a client services director. So,

20  that was the sales position.

21  Q. Does the title "Director of E-Business

22  Consulting Services" sound familiar?

23  A. Yes.

24  Q. What is that?

25  A. So, at the time during the dotcom heyday,

1  there was a lot of companies looking for E-commerce

2  solutions. And so, I was basically a consulting sales

3  guy selling both -- primarily consulting, but also

4  software as well in this E-business arena. The

5  territory was almost all of the west except Southern

6  California and San Francisco.

7  Q. Were there any parts of California that you

8  worked on?

9  A. Yes, I went to Sacramento for one or two

10  opportunities.

11  Q. The title "Director of E-Business Consulting

12  Services," is that the same as the practice director

13  that you were referring to earlier?

14  A. Yes.

15  Q. Okay. Can you describe your

16  responsibilities in that position a little more in

17  detail.

18  A. So, I was responsible for talking to clients

19  about our offerings, both software and consulting. So,

20  I was a sales guy. So, it was -- you know, it was

21  everything from cold calling to developing business

22  relationships to selling, you know, hardware -- or I'm

23  sorry, software and consulting and then delivering on

24  those solutions.

25  Q. Were you a tech guy where you would go in

1  and actually do the implementations or the consulting

2  work?

3  A. No. I mean, I had a tech background, but at

4  that point I was really just managing customer

5  relationships and managing implementations and not, not

6  doing hands-on technology.

7  Q. On a percentage basis, how much of your

8  sales work was devoted to consulting versus the

9  software, if you can break it down that way?

10  A. I only got compensated on consulting. So,

11  my intent was certainly around consulting. Oftentimes

12  there was a software component of that. So, in order

13  to get my money, you know, we had to close software

14  deals as well. So, 60, 70 percent consulting.

15  Q. And what products were you selling?

16  A. We had an E-business consulting solution

17  around implementing E-commerce. There was a -- so,

18  there was a couple of different ones. There was a

19  consulting package around implementing the E-commerce

20  solution, which was basically a website. There was a

21  financials offering, again a consulting offering around

22  implementing our financials. And a consulting offering

23  around implementing supply chain, order management.

24  Those were the primary consulting packages we were

25  selling. And then there was always a component of that

1  which was custom development integration to back-end

2  systems.

3      Q.  The different offerings you were talking

4  about, could those fairly be characterized as falling

5  within the customer relationship management modules of

6  Oracle's products?

7      A.  So, my focus was certainly around the CRM,

8  the customer relationship management suite.  But again,

9  in order to put that in place there's what we call back

10  office stuff, the financials and order management

11  stuff, which sometimes had to go along with that.  So,

12  my focus was around CRM, but there was what we call

13  pull-through, you know, on the back-end stuff as well.

14      Q.  What does it mean to pull through the

15  back-end stuff?

16      A.  So, a pull-through is when you, you -- a

17  customer is interested in product A, but in order to

18  implement product A, they have to have been with

19  product B.  So, in this case they were interested in

20  CRM, interested in driving sales through their

21  customers, but they needed accounts payable, accounts

22  receivable, general ledger.

23      Q.  What group were you in in the 2000, 2001

24  time period?

25      A.  So, I was in the, quote, "Northwest

1  Consulting Practice."

2      Q.  And did that fall under a larger umbrella, a

3  larger division?

4      A.  The first level would have been western.

5  So, I had basically everything but, you know, some

6  portion of California.  So, the next level up would

7  have been the Western Americas consulting practice.

8      Q.  Are you familiar with the unit, the North

9  American sales unit?

10      A.  Yes.

11      Q.  Are you familiar with Oracle's OPI unit?

12      A.  What does "OPI" stand for?

13      Q.  OPI?  It's Oracle Product Industries.  And

14  then -- are you familiar with that?

15      A.  Vaguely.

16      Q.  Okay.

17      A.  That was awhile ago.

18      Q.  Okay.  Who did you report to in the 2000,

19  2001 time period?

20      A.  Rick Gage.

21      Q.  And what was his position?

22      A.  Senior practice director for northwest

23  consulting.

24      Q.  Did you report to anybody else?

25      A.  I can't remember that, you know, 2000,

1  whether I worked for Joe in that time or whether I

2  didn't.  I don't think I did.  There was always the

3  organizational changes two or three times a year.  So,

4  it's hard to remember.

5      Q.  Did you have anybody reporting to you?

6      A.  I don't believe so.  Again, during that time

7  frame?

8      Q.  Correct.

9      A.  Yeah, I don't believe so.

10      Q.  What states did you cover in the

11  northwestern region?

12      A.  Northern California, Oregon, Washington,

13  Idaho, Montana, Utah, Alaska, Nevada, Arizona, New

14  Mexico.  All of the states without any population.

15      Q.  That makes your job more difficult.  Okay.

16  Now, you mentioned you were terminated from Oracle?

17      A.  Yes.

18      Q.  And when was that?

19      A.  I believe -- I believe it was 2001 or 2002,

20  the week after -- the week of Mardi Gras.  So, the

21  third week of February.

22      Q.  And can you tell me why you were let go?

23      A.  I don't really know.  That was certainly the

24  start of -- or it wasn't the start.  We had been

25  shedding people for about a year.  So, I don't know if

1  it was -- I was a guy in Boise primarily doing business

2  in Seattle and Utah and they were just looking at

3  travel costs or -- yeah, I was never really sure.

4      I have suspected that there was a -- as a

5  sales guy, we tracked sales.  Because you had a quota.

6  So, you got sales and all of that stuff was tracked.  I

7  was what's called an overlay sales guy.  So, whatever I

8  would sell would actually be, quote, "booked" by

9  somebody else and it actually wouldn't book under my

10  name.

11      That was the whole -- that was an important

12  component of this whole CSD thing is that you didn't

13  have turf sensitivity, that it was collaborative.  So,

14  in order to get collaborative, you allowed it to be

15  booked under their name and then you both got

16  compensated for it equally.  So, a concept of double

17  booking, which means it gets -- it only gets booked in

18  the order entry system once, but it gets booked into

19  the sales compensation system twice equally.

20      So, I think as the business started going

21  down, they looked in the booking system where things

22  were entered once and I didn't have anything in there.

23  So -- and Rick was -- okay.  So, you know, I did work

24  for somebody in that time frame other than Rick Gage.

25  And I'll -- if you give me a minute, I may remember who

1   that is.

2       So, it was a relatively new thing. Rick

3   came in kind of halfway through. So, I don't think

4   Rick understood how things were being booked. So, when

5   he ran a bookings report, I showed up with nothing.

6   And I remember several times when I was in the Seattle

7   office he said, "How come I don't see anything in the

8   bookings for your name?" And I tried to explain this

9   double booking thing and I don't think -- anyway.

10      So, anyway, I think what happened is they

11  looked at everybody that wasn't at their quota and

12  dumped them. But in retrospect, I was, you know, I was

13  way ahead of my numbers. But it was -- again, it was

14  kind of in this other system. So, a long-winded

15  justification for why I got let go.

16      Q. Were you let go with the group?

17      A. Yes, we were.

18      Q. How many people in the group were let go?

19      A. So, there were eight or nine of us. Two of

20  us that I know of were let go, you know, on that same

21  day, same week.

22      Q. Would you characterize your termination as

23  part of downsizing at Oracle?

24      A. Definitely.

25      Q. There was nothing you did wrong personally

1   that justified or caused the termination that you know

2   of?

3       MR. RUBIN: Objection. Objection, form.

4       THE WITNESS: Do I still answer that

5   question?

6       MR. RUBIN: You can still answer.

7       THE WITNESS: Okay.

8       MR. RUBIN: It's just for the record that I

9   object.

10      THE WITNESS: I don't believe -- I certainly

11  don't know of anything. I don't -- nobody told me

12  anything. I don't recall anything that would have led

13  to that.

14      Q. (BY MR. BRITTON) You mentioned CSD earlier.

15  What does that stand for?

16      A. So, again, CSD is, that's the client

17  services director, the same as the practice director.

18      Q. Did you have any forecasting

19  responsibilities in your position as client services

20  director?

21      A. Yes.

22      Q. And can you describe those responsibilities

23  for me, please.

24      A. So, we would have periodic pipeline calls,

25  what we call pipeline calls, which is where the deals

1   you're working, where the deals you're about to close.

2   So, my primary responsibility was in the context of

3   consulting. I attended calls with the OPI group that

4   you talked about for several different regions that

5   aligned to my territory, and would provide comments and

6   perspective of the deals that were in that pipeline and

7   their closability.

8       Q. Did you as part of your responsibility have

9   access to Oracle's pipeline database?

10      A. Yes.

11      Q. Did that have a name?

12      A. I'm sure it did. I don't remember what it

13  was.

14      Q. Was it a CRM pipeline database?

15      A. I don't believe it was just CRM. I think it

16  was an applications pipeline.

17      Q. Are you familiar with Oracle's 11i suite?

18      A. Yes.

19      Q. Okay. Was the database pipeline that you

20  had access to as part of your forecasting

21  responsibilities part of the 11i suite?

22      A. Yes. The forecast was a combination of

23  applications deals, which is 11i, and technology deals,

24  which is the database. So, that was one set of calls

25  in the OPI group. The other set of calls was in the

1   consulting group, which is where I organizationally

2   belonged.

3       Q. So, even though you were organizationally in

4   the consulting group, you also participated in the OPI

5   forecast calls?

6       A. Yes.

7       Q. How often did those forecast calls occur?

8       A. It depended on how we were doing. If we

9   weren't doing well, they were once a week, sometimes

10  twice a week, especially towards the end of the

11  quarter. Other times they were once a month.

12      Q. Okay. The pipeline database, did that

13  enable you to see sales opportunities that were pending

14  at Oracle at the time in your region?

15      A. Yes.

16      Q. Okay. Let me ask it broader. What did the

17  pipeline database enable you to get access to? What

18  type of information?

19      A. So, again, there was two pipelines. There

20  was the applications, the 11i, including CRM, the back

21  office end, and there was the product. So, the

22  pipeline allowed you to see all of the deals in those

23  two spaces and their probability of closing. So, you

24  could see by customer, you could see what products they

25  were looking at, whether consulting or software, and,

1  you know, the, quote, "stage" of the sale that they
2  were in and the probability of closing and the size of
3  the deal.
4  Q. And how did you use that information for
5  your forecasting responsibilities?
6  A. I provided that information on the
7  consulting side. You know, my responsibility was to
8  provide updates, provide, you know, new leads, you
9  know, status of deals, closed deals, size of deals, all
10  of those kinds of things on the consulting side. And
11  then I was an advisor on the product side.
12  Q. What do you mean "an advisor on the product
13  side"?
14  A. So, they would say, "Company XYZ is looking
15  at buying financials worth a million dollars. You
16  know, Kelly, what do you think the probability of that
17  closing is by this date?"
18  Q. And how did you know that information?
19  A. Because I was directly involved with certain
20  deals. And so, some deals we would actually be — we
21  would actually take the lead on. And so, we would
22  actually be the lead sales guy. And so, we were
23  sometimes in the best position to tell when not just
24  the consulting things, but the product sales would
25  close as well.

1  Q. And how did the consulting group use the
2  information that you gave concerning the potential
3  sales in the pipeline?
4  A. So, there was a couple of things. Obviously
5  one was to report up, you know, the financial forecast.
6  Are we going to hit our numbers? You know, those kinds
7  of things.
8  Second of all, on the consulting end, we
9  used those numbers to staff. So, as we saw — you
10  know, as opportunities moved through the pipeline, that
11  results in the number of consultants that you need.
12  And so, as this number drops or increases, you know
13  what your demand is going to be for your consultants.
14  So, it allows you to hire or downsize.
15  Q. Did it enable you to — withdrawn. Did the
16  information about the potential sales opportunities
17  enable the consulting group to sell their services at
18  all?
19  A. Yeah, definitely. We would use the sales
20  pipeline. When we would see a big deal come through
21  that we weren't engaged in, you know, we would talk to
22  the sales guy and get engaged for consulting services
23  as well. So, yeah, that was a lead generation activity
24  for us as well.
25  Q. Did you have any involvement in actually

1  creating the forecasts for your region at any time
2  during the 2000, 2001 time period?
3  A. Yes.
4  Q. And can you explain that for me?
5  A. So, there was — I believe it was a
6  spreadsheet that we would fill out giving, you know,
7  the deals, the size of the deals, the probability of
8  them closing, the kinds of products that were included
9  in there, you know, all of those kinds of things. So,
10  we would submit that information on a periodic basis to
11  update the consulting pipeline.
12  Q. Did you have a personal forecast?
13  A. Yes. So, that spreadsheet, that would be
14  our personal forecast.
15  Q. Okay. And then that would go up into a
16  larger forecast for the unit?
17  A. Exactly.
18  Q. Did you have any involvement in creating the
19  forecast for the unit other than submitting your
20  individual forecast?
21  A. No.
22  Q. Were you able to see what the unit forecast
23  was?
24  A. Yes.
25  Q. And how did you do that?

1  A. So, we would submit our forecast and then we
2  would get on these calls where, you know, they would
3  beat us up and, you know, and pressure and goad us into
4  selling more and selling it sooner and faster. So, as
5  a part of those beatings, you know, you would get
6  exposed to other people and their sales shortcomings.
7  Q. Do you remember what your forecasts were in
8  the 2001 time period?
9  A. So, the timing of this is, is hard. So, do
10  you guys know when I got let go? Was that in 2002?
11  Q. It was 2001.
12  A. It was 2001?
13  Q. And it was February 26, 2001.
14  A. Okay, 2001.
15  MR. RUBIN: Or 23rd maybe.
16  MR. BRITTON: Or 23rd, somewhere around
17  there.
18  MR. RUBIN: Yes.
19  THE WITNESS: Okay. So, in the quarter
20  prior to that. So, in roughly the quarter that ended
21  in October.
22  Q. (BY MR. BRITTON) The second quarter, 2001?
23  A. Yeah, the second quarter.
24  MR. RUBIN: That ends in November. Just
25  so — I mean.

Wood, Kelly A  10/7/2005  10:01:00 AM

1    MR. BRITTON: Let's establish the different
2    fiscal periods.
3        MR. RUBIN: Right.
4    Q. (BY MR. BRITTON) Do you know what the
5    different fiscal periods were for Oracle during 2001?
6    A. So, May of 2001 was the end of the fiscal
7    year. So, if you backed up six months from that, that
8    would be November. So, it was either the quarter that
9    ended in November -- so, it was either Q2 or Q1 I
10   received a $39,000 bonus based on sales. So, I was, I
11   was killing my number. And I received -- so, that was
12   Q2.
13       In Q1 I received $15,000. So, I was at my
14   number by the end of Q2, my year number. So, I was
15   doing really well. My forecast was good. And
16   actually, I had a relatively good pipeline in Q3
17   because there was a customer I had done business with
18   before that had -- was going to buy right in the Q3
19   timeline. And I might have had some smaller things
20   that closed in Q3. So, my numbers were good.
21   Q. Okay. Do you remember what the actual
22   forecast was for those quarters, how much in revenue
23   you were forecasting to generate?
24       MR. RUBIN: What unit are you talking about?
25       MR. BRITTON: Him personally.

Oracle                                          Page 29

Wood, Kelly A  10/7/2005  10:01:00 AM

1        MR. RUBIN: Oh, okay.
2        THE WITNESS: It was $3,000,000?
3    Q. (BY MR. BRITTON) Was that the same each
4    quarter?
5    A. That was -- I'm sorry, that was for the
6    fiscal year.
7    Q. That was fiscal year? Okay. Do you
8    remember by quarter what it was?
9    A. It would have been $750,000 or -- you know,
10   the 3.2, it would have been dividing that equally by
11   four. So, $770,000 a quarter.
12   Q. Okay. Do you remember what the forecast was
13   for the division that you worked in?
14   A. No, I don't.
15   Q. Does $18,000,000 per quarter sound familiar?
16   A. That doesn't -- that doesn't register. It
17   would depend on what level that was at. If that was at
18   the northwest level or if that was -- for the northwest
19   level that's probably high. I'm not sure.
20   Q. Okay, let's talk a little bit more about the
21   pipeline, what was in that pipeline database. What
22   opportunities were represented in that pipeline
23   database?
24   A. The specific company?
25   Q. Yeah, the --

Oracle                                          Page 30

Wood, Kelly A  10/7/2005  10:01:00 AM

1    A. -- opportunities that were in there?
2    Q. Right.
3    A. There was probably over 100 companies in
4    there.
5    Q. I mean more generally. Did it include every
6    conceivable deal or just the ones that had a certain
7    probability of closing?
8    A. We only put them in the pipeline if --
9    they had to be past -- they had to be greater than a
10   certain percentage of closing. In other words, you had
11   to have gone through -- if you divided the sales
12   process into seven steps, you had to be past the second
13   step.
14   Q. Okay.
15   A. You know. So, it had to have a 25 percent
16   chance of closing.
17   Q. So, deals that were less than 25 percent
18   wouldn't be entered into the pipeline?
19   A. Correct.
20   Q. Okay.
21       MR. RUBIN: I'm sorry, can we just clarify
22   which pipeline we're talking about just for clarity?
23   Q. (BY MR. BRITTON) I'm talking about the
24   pipeline database that you were accessing.
25       MR. RUBIN: For consulting or sales?

Oracle                                          Page 31

Wood, Kelly A  10/7/2005  10:01:00 AM

1        THE WITNESS: Consulting.
2        MR. RUBIN: Okay, consulting.
3    Q. (BY MR. BRITTON) What about for the product
4    sales?
5    A. I believe they had -- it was the same thing.
6    Their criteria may have been different. They may have
7    shown everything. They may have had everything in
8    there, but they just in these calls would look at
9    25 percent.
10   Q. Was there any guidance -- and now we're
11   talking about the sales pipeline, product pipeline
12   right now. Was there any guidance in terms of what
13   percentage you would attribute to a particular
14   opportunity?
15   A. It was pretty loose. There was some
16   guidelines, but it was pretty loose and open to a lot
17   of interpretation.
18   Q. What were the guidelines you were thinking
19   about?
20   A. I don't remember.
21   Q. Was it available in the database, you know,
22   what the different percentages meant?
23   A. I believe so.
24   Q. Okay. Could you tell me today what those
25   different percentages meant?

Oracle                                          Page 32

1    A. No.

2    Q. Do you remember if you discussed with the

3    investigator back in 2001 what those percentages meant?

4    A. I may have.

5    Q. In the sales pipeline database, did it have

6    a column dealing with what the forecast was for the

7    particular time period for that region?

8        MR. RUBIN: Did you say in the sales?

9        MR. BRITTON: In the product pipeline.

10       THE WITNESS: The total or the forecast per

11   entry?

12   Q. (BY MR. BRITTON) Let's go with the total

13   first.

14   A. Sure, it would have had a total in there.

15   Q. A total forecast for that period for the

16   unit?

17   A. Yes. It would have had a total forecast.

18   So, there's a forecast number which is what we think

19   we're going to hit. And then there's a, what I'll call

20   a budget number, which is what we've committed to

21   delivering. So, if you say there's a budget number and

22   a forecast number, yes, both of those numbers would

23   have been in there.

24   Q. Okay. And the budgeted number, how did you

25   derive that as a unit?

1    A. That was a tops down number. So, at the

2    corporate level they would say, "We need this this

3    quarter" or "this fiscal year." And then that would take

4    your divisions, each get a component of that, and then

5    it comes down to the region and then boom. And so,

6    it's loosely based on history but very much a tops down

7    at the time, a tops down forecasting model.

8    Q. And do you know what top it came from?

9    A. It would have -- it would have come at the

10   corporate level.

11   Q. Okay. So, the corporate level would feed

12   your unit on what the budgeted forecast would be for

13   the fiscal year?

14   A. Yes.

15   Q. What about per quarter?

16   A. That would apply to on a quarterly basis as

17   well.

18   Q. Would it simply be taking the fiscal year

19   forecast and dividing it by four?

20   A. No.

21   Q. So, when did you get the top down forecast

22   each quarter?

23       MR. RUBIN: Objection, form. I think he's

24   talking about the budget, not the forecast. But I'll

25   let you answer.

1    Q. (BY MR. BRITTON) Withdrawn. When did you

2    receive the top down -- withdrawn. Let me -- let me

3    clarify the testimony. You mentioned a -- you

4    mentioned a budgeted number and a forecasted number.

5    What's the difference between the two?

6    A. The budgeted number is the number you

7    committed to at the beginning of the fiscal year or the

8    beginning of the quarter. That's the budgeted number.

9    The forecasted is now you're in the quarter. This is

10   what you think you're actually going to deliver.

11   Q. Now, what was top down on a quarterly basis?

12   A. That would have been the budgeted number.

13   So, it comes down at the beginning of each fiscal year,

14   there's a budgeted number and it's -- you know, it's by

15   quarter. And then there's a budget revision process.

16   So, you -- you get the chance to either, you know,

17   raise your -- raise your budget or drop your budget,

18   depending on all -- the corporate environment.

19   Q. And what did that budgeted number mean to

20   the unit for each particular quarter?

21   A. It meant a lot. I mean, that was -- you

22   know, people got fired if the budgeted number wasn't

23   hit. So, you know, it meant a lot.

24   Q. So, you were striving to get that number?

25   A. (Witness nodding head.)

1    (Reporter clarification.)

2    THE WITNESS: Yes.

3    Q. (BY MR. BRITTON) Now, the forecasted

4    number, how did the unit derive that number each

5    quarter?

6    A. So, that was a pretty dynamic number. You

7    know, that number changed from day 1 to day 90. That

8    depended on the deals and the status of the deals and

9    as deals grew and shrank and -- you know, that number

10   was pretty dynamic.

11   Q. Okay. So, going back to the database, the

12   pipeline database for product sales, was the forecasted

13   column in that database, was that changing regularly

14   throughout the quarters?

15   A. Yes.

16   Q. It was? Okay. And how did it change? What

17   would cause it to change?

18   A. A customer would say -- would pick SAP. So,

19   we're going to buy SAP. We're not going to -- so,

20   obviously that means --

21   (Reporter clarification.)

22   THE WITNESS: So, that would take out the

23   applications portion of a deal. And there would be --

24   you know, it would be zero. So, yeah, your numbers

25   would go down when somebody would select a different

1   vendor.

2   Q. (BY MR. BRITTON) Okay. So, when you're --

3   when a potential deal told you that "We're going to use

4   a competitor," the salesman would have to go into the

5   database and change the information in the database; is

6   that right?

7   A. Yes.

8   Q. Okay. Now, was there any projected

9   revenues -- withdrawn. Was there any other type of

10   forecasting column in the product pipeline database?

11   A. Not that I remember.

12   Q. Was there an upside column?

13   A. Yes.

14   Q. And what did that upside column represent?

15   A. So, there was always a chance in a deal to

16   increase the discount and let a customer buy a little

17   more than they originally planned to. So, if they want

18   to buy for future growth, if they want to buy future

19   modules, instead of giving them a 30 percent discount,

20   you give them a 40 percent discount. You know, just

21   classic, you know, sales tools to, you know, increase

22   the deal. So, yeah, there was an upside number that

23   we'd say, "Well, they want to buy this, this, and this,

24   but if you give me this kind of a discount, I think I

25   could sell this and this." And so, instead of a half a

Oracle                   Page 37

1   million dollar deal, it could be a $750,000 deal. So,

2   there's a 250K upside.

3   Q. And how would that be reflected in the

4   pipeline database for products?

5   A. So, there would have been a separate column

6   for upside.

7   Q. Now, was there -- was there a time

8   limitation on the upside? I think the example you gave

9   was, you know, a customer buying modules in the future.

10   Did that upside column represent, you know, as much as

11   we could ever get for this customer going forward?

12   A. So, the pipeline was very much focused on

13   that quarter's opportunities, that quarter's upside,

14   that quarter's budget. So, the pipeline had the

15   ability of shifting from out of this quarter into next

16   quarter. So, you could say, "Well, it's zero this

17   quarter, but it's" -- you know, but again, the focus

18   was what are you going to close this quarter? It was

19   always, you know, this quarter, this quarter, this

20   quarter. Don't talk about next quarter.

21   Q. Was the consulting sales pipeline, was that

22   generated any differently than the product sales

23   pipeline?

24   A. The product sales pipeline was always --

25   there was more rigor around it, there was more process

Oracle                   Page 38

1   around it, and there was, you know, honestly probably

2   more accuracy around it because they were a true sales

3   organization. We were sales/delivery. And so, we

4   never had as much, you know, processing rigor and

5   accuracy around ours as they did.

6   Q. So, the product -- the product forecasts

7   were more accurate than the consulting forecasts? Is

8   that fair to say?

9   A. I guess that would be a derived assessment.

10   I didn't look at the history and compare the two. But

11   just given the fact that they had process, they had --

12   and they had sales tools that we didn't have. You

13   know, they had an ability to discount more steeply than

14   we did to pull deals into a quarter and hit, you know,

15   a quarter-by-quarter objective. So, I would -- I would

16   just say based on the process, based on the -- you

17   know, the sales professionals that they have, that yes,

18   they would be better at doing that. But I don't have a

19   historical --

20   Q. Okay. Can you explain the forecasting

21   process for the consulting division. How was that

22   number derived?

23   A. It was the same way. You submit a

24   spreadsheet. You put in the size of the deal, the

25   percentage of deal closing. And yeah, I think there

Oracle                   Page 39

1   was an upside column in there as well. And submit them

2   in and they get rolled up and they combined it up into

3   the -- at the regional level. And, you know, 15 sales

4   guys, here's what they forecast. And so, you see a

5   composite number for the region.

6   Q. And was that number changing rapidly as

7   well, the consulting forecast number?

8   A. Yes.

9   Q. It was? So, when the consulting forecasts

10   or the consulting sales opportunities would change, the

11   consulting salesmen would go in and change the database

12   to reflect --

13   A. Yes.

14   Q. Okay. Did the consulting division generate

15   any periodic reports relating to its forecasts?

16   A. Yes. So, we would have these -- we would

17   submit our numbers. It would be reviewed by Rick or

18   Mike Underwood in these big calls and then he would --

19   he would take those numbers and then he would, you

20   know, summarize those and present those to his boss and

21   say, "Here's our forecast."

22   Q. And was that the same for the product sales

23   division?

24   A. It probably was. I had less visibility to

25   the product sales.

Oracle                   Page 40

1    Q. Now, let's talk a little bit about those --
2    the weekly conference calls you were talking about aad
3    sometimes they would be more frequent. Who
4    participated in those calls?
5    A. On the product side or the consulting side?
6    Q. Let's talk about the consulting side.
7    A. So, you would have all of the people in the
8    consulting organization involved with sales. So, you
9    had the salespeople there. And then if you had sales
10   support people, they would be on those calls. And some
11   of the folks involved with delivery would be there
12   because it let them know if they had to hire or
13   downsize.
14   Q. What do you mean by "delivery"?
15   A. So, you have the sales side, which is when
16   you sell an engagement, and then you have the folks
17   that actually come in that actually do the work. So,
18   you have sales and delivery.
19   Q. Were there different weekly conference calls
20   for the product side as well?
21   A. Yes, they were separate calls.
22   Q. Did you participate in those calls?
23   A. Yes.
24   Q. Okay. And how often did those calls occur?
25   A. I believe there was a standing call once a

1    week.
2    Q. And do you know what day that was?
3    A. No.
4    Q. Let's go back to the conference calls for
5    the consulting group. Were there senior managers on
6    that call as well?
7    A. It would depend on how you define "senior
8    manager." We would have calls with Mike Underwood, a
9    VP. In my mind, he definitely would be a senior
10   manager. Rick Gage would be on the weekly calls and
11   the senior practice director. I don't know whether he'd
12   be a senior manager or not.
13   Q. Okay, who was the senior practice director?
14   A. That was Rick Gage.
15   Q. That was Rick Gage? What about Gary
16   Simmler? Does that name ring a bell?
17   A. Yes.
18   Q. And who was that?
19   A. So, at the time I reported to Rick Gage,
20   senior practice director, who reported to Mike
21   Underwood, vice president, who reported to Gary
22   Simmler, senior vice president.
23   Q. Okay. Was Gary Simmler on those calls that
24   you know of?
25   A. I don't remember Gary being on our weekly

1    calls, the weekly calls that I was on. Certainly he
2    would have been at some point in those -- in that
3    chain.
4    MR. BRITTON: Why don't we take a short
5    break and change the tape.
6    THE VIDEOGRAPHER: Going off the record.
7    End of tape No. 1 at 11:00.
8    (Recess held.)
9    THE VIDEOGRAPHER: This is tape No. 2 of the
10   deposition of Kelly Wood. The time is 11:08.
11   Q. (BY MR. BRITTON) What was the purpose of
12   the weekly calls for the consulting organization?
13   A. There was a couple of purposes. Obviously
14   the key one was to do the forecast, update the forecast
15   and, you know, provide upstream visibility updating the
16   numbers. The other purpose was again, the delivery
17   part of the organization, to give them a sense of
18   needs -- consulting needs coming in the future.
19   Thirdly, just an opportunity to seek additional
20   resources within a sales opportunity to close the deal.
21   Q. Now, let's talk about the product sales
22   conference calls. Who participated in those?
23   A. So, each of the sales representatives was
24   there, the district manager was there. And then one of
25   their key resources was people that did demonstrations,

1    demoing the software. So, those reps were there and
2    then consulting was there.
3    Q. Now, the district manager, do you remember
4    who that was at the time?
5    A. There was different district managers, again
6    on the product side.
7    Q. Right.
8    A. Glen Seninger in Salt Lake. I can't
9    remember the ones in Seattle and other regions.
10   Q. Were the senior managers that you mentioned
11   for the consulting side, were they also on the product
12   calls.
13   A. No, Mike Underwood, for example, was not on
14   those calls. Rick Gage, my manager, sometimes would
15   be.
16   Q. Okay. Now, in terms of the forecasts for
17   your unit, at what point during a quarter would you say
18   you would become comfortable whether you knew you would
19   make it or miss it in terms of the unit?
20   A. So, you've got a three-month quarter. An
21   experienced manager could tell at two months into the
22   quarter.
23   Q. And that's for consulting?
24   A. Yes.
25   Q. Okay, what about for product sales?

Wood, Kelly A 10/7/2005 10:01:00 AM

1    A. The product sales guys again were better at
2    that than we were. Their deals were so -- I remember
3    a, you know, senior district manager telling me that he
4    could tell within the first three weeks whether a deal
5    was -- whether they were going to make their quarter or
6    not.
7        Q. And in terms of going back to the consulting
8    forecasts, what factors would go into giving the unit
9    comfort that it would meet its forecasts or not meet
10   its forecasts by the second month of the quarter?
11       A. So, certainly just the size of the pipeline,
12   the size and the probability of the pipeline. And we
13   had this -- we had this goofy algorithm. We would take
14   the size of a deal times the probability. So, if it
15   was a $2,000,000 deal with a 50 percent probability,
16   you'd put a million dollars in the -- in the pipeline.
17   I don't think that's a very accurate way of doing a
18   forecast, so --
19       Q. Is there anything else that went into giving
20   the unit comfort at the second month in terms of how
21   things were invoiced or sold or --
22       A. So, actually, that's a great point. On the
23   consulting side, there's two parts to the pipeline.
24   There's the revenue pipeline, the sales pipeline that I
25   was involved with, and then there's the profit margin

Oracle                                                    Page 45

Wood, Kelly A 10/7/2005 10:01:00 AM

1    pipeline, which is really more the delivery side. So,
2    it's different than the sales pipeline where if you
3    sell it, you recognize that revenue immediately. In
4    consulting, you sell it but you don't recognize the
5    revenue until you deliver it.
6        So, our pipeline was, was quoted and
7    budgeted and all of that, but that didn't really affect
8    company earnings. It was a -- it was a forecaster of
9    future earnings.
10       So, on the third pipeline, which was the
11   delivery consulting pipeline, that pipeline was much
12   more predictable. You could probably tell that
13   pipeline at month 1 within 75 or 80 percent accuracy
14   what you were going to do for the rest of the quarter.
15       Q. Now, would that pipeline feed up to
16   earnings?
17       A. Definitely. And actually, as opposed to the
18   consulting sales pipeline, which would not.
19       Q. Because consulting sales, you don't
20   recognize revenue on the agreement?
21       A. Correct.
22       Q. So, am I right to say that it would go from
23   consulting sales to the delivery and then as the
24   services were delivered, that's when the revenue would
25   get recognized --

Oracle                                                    Page 46

Wood, Kelly A 10/7/2005 10:01:00 AM

1        A. Exactly --
2        Q. Very good. Now, you mentioned that the
3    product sales guys were better at telling when they
4    were going to be able to make their forecasts. Are you
5    familiar with the hockey stick effect? Have you ever
6    heard that phrase before?
7        A. Yes.
8        Q. And how do you think the hockey stick
9    effect -- withdrawn. Did you -- at the time that you
10   were at Oracle, did you believe that the hockey stick
11   effect on product sales impacted the ability to
12   forecast where you were going to be at the end of the
13   quarter?
14       A. So, I'm struggling to remember what the
15   hockey stick effect was in that context.
16       Q. What's your understanding of the hockey
17   stick effect?
18       A. So, the hockey stick is -- at the time we
19   were experiencing what we called the hockey stick
20   phenomenon because of the dotcom growth. You know, if
21   you put a hockey stick out, you know, the growth -- if
22   you follow the handle of the hockey stick, it's pretty
23   significant; right? We experienced the hockey stick
24   effect with the dotcom era and all of the  dotcoms that
25   were buying our software and our consulting.

Oracle                                                    Page 47

Wood, Kelly A 10/7/2005 10:01:00 AM

1    So, I'm struggling a little bit to relate
2    that topic to your question about how does that affect
3    your ability -- well, so, I guess, how -- we were in
4    unchartered territory because of the dotcom, because of
5    the hockey stick phenomena. So, it would be
6    difficult -- so, a lot of -- going back to what I said
7    about folks that could predict a quarter based on the
8    first month; right? They gained that ability over
9    years and years and years of looking at sale -- sales
10   forecasts coming through. As we were in this hockey
11   stick, it created an unnatural environment. So, it was
12   harder to use history to forecast future because it
13   was -- it was something that most of us had never seen
14   before.
15       Q. Now, how did the dotcom phenomenon create a
16   hockey stick effect? How was that different than
17   before the dotcom era?
18       A. You just had people get 4 or $5,000,000 in
19   venture capital money and they wanted to spend 25 or
20   50 percent of that on technology. And so, their -- the
21   big difference was they were very time constrained.
22   You know, time was money in the dotcom era. And so,
23   they wouldn't have these exhaustive sales processes.
24   You know, they'd make a -- they'd make a decision
25   within 30 days on a two or $3,000,000 deal. So, the --

Oracle                                                    Page 48

1  so, A, their -- the timelines of the sales were highly
2  condensed. And then B, you just had people spending
3  money in volumes that you wouldn't normally see small
4  companies spending money in. So, you'd see basically a
5  start-up company spend $4,000,000 on technology. You
6  would never see that outside of the dotcom world, or I
7  never saw it outside of the dotcom world.
8       Q. My understanding of the dotcom -- I mean,
9  not the dotcom, the -- withdrawn. My understanding of
10  the hockey stick effect is that customers would wait
11  till the end of the quarter because they could get a
12  better deal at the end of a quarter?
13       MR. RUBIN: Is that a question?
14       MR. BRITTON: Hold on. Hold on.
15       Q. (BY MR. BRITTON) Is that your understanding
16  of the hockey stick effect?
17       A. So, yes, there's another -- the hockey stick
18  we used in a couple different -- one of the contexts we
19  used it in is, yes, customers wait -- would wait until
20  the last couple weeks to -- smart customers, to --
21  because they knew that they would get a bigger
22  discount. That was available on the product side, not
23  necessarily on the consulting side.
24       Q. And the hockey stick effect in your mind was
25  different with -- what was causing the hockey stick

1  effect in your mind was different with the dotcom
2  customers?
3       A. So, we talked about two different hockey
4  sticks. We talked about the hockey stick of the dotcom
5  era and then now we're talking about the hockey stick
6  of buying software from a software company and knowing
7  that the later you buy it, the bigger the discount you
8  get. Most dotcoms were not smart enough to realize
9  that if they waited until the end of the quarter, they
10  could get bigger discounts. Most dotcoms weren't that
11  smart. Primarily it was our legacy customers that knew
12  that game and knew how to play that game. And that
13  game was somewhat available in Q1 and Q2, but it really
14  was in Q4. Q4 is always the big push for Oracle.
15  That's when -- that's when that hockey stick really was
16  big, because people would do anything to hit their --
17  or people would be very aggressive to hit their Q4
18  number.
19       Q. Now, talking about the hockey stick effect,
20  the discount hockey stick effect, did that undermine
21  the product sales side's ability to forecast where they
22  were going to come out at the end of the quarter?
23       A. Sort of. Again, you know, a good smart
24  district -- the hockey stick effect was Oracle's
25  legacy. That was never anything new. It was never

1  anything that changed. So, any manager within the
2  product sales side knew how to -- knew that that was
3  there. They knew which customers would use -- would
4  leverage that. So, analytically, yes, it would make it
5  harder. But I think in practice, I don't think it did.
6  I think -- yeah, it did. It did make it harder.
7       Q. But did it -- but with the trends and the
8  history of Oracle, they had -- they had the experience
9  with the hockey stick effect prior to the fiscal year
10  2001; is that right?
11       MR. RUBIN: Objection, form.
12       THE WITNESS: So, I'm sorry, I had a
13  thought. And so, let me express my thought and then
14  I'll come back and answer your question.
15       Q. (BY MR. BRITTON) Go ahead.
16       A. So, I never saw the hockey stick affect our
17  deals. In the northwest region, our deals were
18  relatively small deals, relatively small companies. We
19  didn't have these $100,000,000 deals come through that
20  came through in other parts of the country. So, I
21  didn't see the hockey stick affect very many deals in
22  our region. But certainly being a stockholder, I heard
23  and believed that it affected bigger deals that we just
24  didn't have visibility to. So, you had these great
25  big -- you know, Procter & Gamble, Boeing, all those

1  great big companies had special sales, special
2  pipelines, all that stuff. And so, I'm absolutely sure
3  that the hockey stick affected their ability to
4  forecast. I don't think it affected ours because we
5  didn't have a lot of those big deals come through.
6       Q. Would it be fair to say that the hockey
7  stick effect eliminated the ability to accurately
8  forecast where you were going to be able to come in at
9  at the end of a quarter?
10       A. No, I think it -- so, I'm sorry, you used
11  the word did it "eliminate"?
12       Q. Right.
13       A. Certainly, no, it did not eliminate the
14  ability to forecast. Again, within the pipelines that
15  I saw, the hockey stick was not really a factor in
16  forecasting. So, you might have 100 deals that a
17  district manager needed to manage to hit their number.
18  Only one or two of those deals would be materially
19  impacted by the hockey stick. The rest of those deals
20  would not be. So, at our level I don't believe the
21  hockey stick was a factor. Certainly in these bigger
22  corporate accounts, right, it was and could definitely
23  affect their ability to forecast.
24       Q. Now, in terms of the bigger deals that
25  you're talking about, was it your experience that they

1 would, you know, take a long time to go from
2 opportunity to booking?
3     MR. RUBIN: Objection, form, foundation.
4     THE WITNESS: So, it depended. I mean, you
5 know, again, some of these dotcoms signed 3,
6 $4,000,000, which, you know, in our region was a big
7 deal. So, yeah, some of them didn't take a long time
8 and then certainly others did.
9     Q. (BY MR. BRITTON) You referred to the legacy
10 customers. Did you have any experience on any of those
11 larger deals?
12     A. Oh, sure.
13     Q. And what experiences did you have with those
14 larger deals?
15     MR. RUBIN: Objection, foundation. Maybe
16 you could define larger. That would be helpful.
17     Q. (BY MR. BRITTON) When you -- when you
18 testified about the larger deals, the megadeals, what
19 were you referring to?
20     A. Over $1,500,000, $2,000,000.
21     Q. Okay. Did you have experience with the
22 product sales in that level?
23     A. Yes.
24     Q. Okay. Did you have experience with those
25 types of product sales in the 2000, 2001 time period?

1     A. Yes.
2     Q. Okay. Did you witness the hockey stick
3 effect in terms of the discounts at the end of the
4 quarter for those deals?
5     A. Yes.
6     Q. Okay. And how did you witness that?
7     A. You would just see this gamesmanship taking
8 place. Again, I only saw it on a couple of deals my
9 whole time where that, the hockey stick of waiting
10 until the end of the quarter, really affected the
11 deals. I only saw that a couple times. And I -- the
12 deal almost always closed. The gamesmanship was
13 around, "If I give you this much discount, will you buy
14 this upside?" So, it didn't materially affect the deal
15 closing. It would affect the size of the deal.
16     Q. The size of the deal?
17     A. And again, in our region it wasn't like it
18 started out as a $10,000,000 deal and because of the
19 hockey stick it became a $100,000,000 deal. It would
20 be a $2,000,000 deal that might become a $2,400,000
21 deal. That would be a big upside hockey stick related
22 again within our region.
23     Q. In terms of the discounts that you witnessed
24 and the motivations to close a deal at the end of the
25 quarter, would a customer benefit from allowing the

1 deal to slip into the next quarter in order to get a
2 bigger discount?
3     A. The Oracle party line was if they did that,
4 if they -- if they messed around with us and slipped it
5 into the next quarter, it would actually hurt them.
6 So, most companies -- so, from Oracle's perspective, if
7 that happened, they would -- they would remember that
8 when the next quarter ended. If they tried to do that
9 gamesmanship again, they would -- you know, but people
10 get desperate at the end of the quarter. So, yeah,
11 deals would slide, you know, and then they would still
12 get the same discount potentially.
13     Q. Okay. Were you able to in your region to
14 monitor at what stage each deal was at during the
15 times -- during various periods in the quarter?
16     A. Yes. Although I only focused on the deals
17 that I was really involved with, both on the product
18 side and on the consulting side.
19     Q. And how were you able to monitor where the
20 deal was?
21     A. Most of my monitoring came place (sic) from
22 interaction with the product sales guy.
23     Q. In terms of being able to access and see,
24 you know, any of the deals that are in your unit, how
25 would you be able to monitor where that deal was at in

1 terms of closing?
2     A. So, we would have the sales calls and then
3 we got a weekly dump of what was in the pipeline. So,
4 it was both mechanisms. And again, primarily our
5 objective was just to look for deals that were going to
6 close that maybe we could go some sell consulting.
7     (Reporting clarification. )
8     Q. (BY MR. BRITTON) Would the pipeline enable
9 you to tell whether or not sales were trending
10 downwards or upwards in any particular quarter?
11     A. Yes.
12     Q. And how would it do that?
13     A. You could see the budget number and you
14 could see the forecast number. And you could just --
15 just in listening to calls, you know, you could get a
16 general sense that they were in trouble or they weren't
17 going to, you know, exceed their number.
18     Q. Do you remember what Oracle's forecasts were
19 as a company for the third quarter of 2001?
20     A. No.
21     Q. Okay. Do you remember what the anticipated
22 growth rates for applications were during that period
23 of time?
24     A. No.
25     Q. Do you remember what the anticipated growth

Wood, Kelly A 10/7/2005 10:01:00 AM

1  rates were for the database sales for the company?

2  A. No.

3  Q. Okay. At any point during fiscal year 2001,

4  did you have any concerns about whether Oracle was

5  going to make its forecasts in terms of what it gave to

6  the street?

7  A. Sure.

8  Q. And can you explain that for me.

9  A. So, in late 2000 and early 2001, you know,

10  there was publications, you know, talking about the

11  dotcom downslide. So, certainly we heard it there

12  first. That was our first clue. And then we saw

13  dotcoms -- we saw fewer dotcoms and we saw dotcoms

14  being more prudent with their money end of 2000, start

15  of 2001. And it was pretty dramatic.

16  Q. And that caused you to question whether you

17  were going to be able to make your forecasts -- or

18  whether the company was going to be able to make its

19  forecasts during that period of time?

20  A. Yes.

21  Q. Okay.

22  A. Both. So, I questioned that both just

23  internally looking at what was going on saying, "How

24  are we going to hit our numbers?" And then looking at

25  the pipeline calls, you know, we were seeing dotcoms,

Oracle                                          Page 57

Wood, Kelly A 10/7/2005 10:01:00 AM

1  you know, zero out.

2  Q. And where were you seeing the dotcoms zero

3  out?

4  A. Again, primarily out of the Seattle office

5  and the Utah office.

6  Q. And when the -- when the company met its

7  forecasts in the first and second quarter of 2001, did

8  you have any reason to question on how it did so?

9  A. Sure. I didn't know of any -- any trickery

10  with the numbers. But yeah, you looked at the -- at

11  what was happening, you know, at the technology economy

12  and you had to ask yourself, "How the heck did we do

13  that?" But I never had any insight to any trickery

14  that was taking place.

15  Q. Did you have any conversations with anybody

16  outside of your division in terms of how their division

17  was doing during the fiscal -- during the 2001 time

18  period?

19  A. Yes.

20  Q. Okay. And were they -- withdrawn. Were any

21  of those conversations dealing with the same

22  experiences that you were having?

23  A. Yes.

24  Q. Okay. And can you describe who you had

25  conversations with and what divisions they related to?

Oracle                                          Page 58

Wood, Kelly A 10/7/2005 10:01:00 AM

1  A. I can't remember who it was. I had some

2  friends in the Bay area. You know, I started with

3  Oracle in the Bay area. So, I had a number of friends

4  there. And that's where I saw the precipitous fall in

5  dotcoms. We didn't have a lot of dotcoms in our

6  region. Certainly San Francisco did. And I had a

7  couple of conversations with my peers down there, I

8  don't remember who. And it was, you know, they went

9  right off the end of the table.

10  Q. Okay. Did the dotcom slide cause anybody to

11  miss their forecasts that you were -- that you knew of

12  during that period of time?

13  MR. RUBIN: Objection, form.

14  THE WITNESS: I can't say -- I can't

15  remember for certain that I had a direct dialog with

16  somebody who said, "I'm going to miss my numbers."

17  Q. (BY MR. BRITTON) Okay. So, you saw -- you

18  saw the dotcom slide affect sales in the 2001 time

19  period; is that fair?

20  A. Yes, fiscal year 2001.

21  Q. Fiscal year 2001. When did you start seeing

22  it and when did it become its worst in your mind?

23  A. Really it became its worst after I left. It

24  was kind of -- or probably halfway to the worst when I

25  got canned. So --

Oracle                                          Page 59

Wood, Kelly A 10/7/2005 10:01:00 AM

1  Q. Did you see a softening in Oracle's business

2  in any other regard outside of the dotcom slide in

3  fiscal 2001?

4  A. I think there was a little -- so, yes, I

5  think there was a psychological effect that it had on

6  technology buyers. I think all technology buyers

7  as a part of the dotcom, or many technology buyers,

8  whether they were, you know, non-dotcom brick and

9  mortars or dotcoms, there was this passionate embrace

10  of technology and the technology was the solution to

11  bigger profits, bigger sales, all of those things. So,

12  I think there was a psychology that took place in the

13  dotcom that affected non-com -- non-dotcoms as well.

14  As the dotcoms started to come down, I saw

15  in my customers a psychological backoff of this, you

16  know, almost manic embrace of technology. And that

17  became -- they decide -- you know, I saw them

18  becoming more pragmatic, more thorough, and less --

19  less in a hurry to buy technology.

20  Q. Okay. And did that cause the sales trends

21  at Oracle to fall during fiscal 2001 in your unit?

22  MR. RUBIN: Objection, form, foundation.

23  THE WITNESS: I would -- so, your question

24  was specific around the psychology of technology

25  buying?

Oracle                                          Page 60

Wood, Kelly A  10/7/2005  10:01:00 AM

1   Q. (BY MR. BRITTON)  Well, let me go broader.
2   Did you see sales trending downward in your unit in
3   2001?
4   A. Definitely.  Definitely.
5   Q. Did it get worse as time went along?
6   A. Yes.
7   Q. Was that in product sales?
8   A. Both product sales and in consulting.
9   Q. Was it also in consulting revenue, the
10  delivery side that we talked about earlier?
11  A. Yes, there would have been some translation
12  into their -- I didn't have direct access to their
13  pipeline, but I know that dotcoms were halting
14  engagements, halting implementations, were running out
15  of money.  So, yes, I saw it.  In my customer
16  relationships, I saw events that would have certainly
17  impacted the delivery side.
18      I didn't really look at their forecasts.
19  So, I didn't get a chance to, you know, validate that
20  directly, but -- and in conversations with people in
21  the delivery side, I could tell that they were -- that
22  their pipeline was leaving, was -- so, we would sell
23  $5,000,000 in consulting and then theoretically we
24  would deliver it.  What I saw in the delivery side was
25  companies opting out of that $5,000,000 commitment.

Oracle                                          Page 61

1   Q. And did you see that in each quarter in
2   fiscal 2001?
3   A. Each quarter.  I mean, it would be hard to
4   say Q1, Q2, Q3 I saw it in each, but certainly I saw a
5   trend throughout that where people were backing off and
6   saying, "No, I changed my mind.  I'm not going to
7   implement this module.  So, instead of spending
8   $2,000,000, I'm only going to spend a million and a
9   half."
10  Q. Was that trend getting worse toward the end
11  of the year?
12      MR. RUBIN:  Objection, form, vague.
13      THE WITNESS:  It seemed like it was building
14  momentum, but, you know, it would have been a -- you
15  know, a self-analysis.  It wouldn't have been looking
16  at actual numbers that showed it.
17  Q. (BY MR. BRITTON)  Did you -- were you aware
18  of whether any of Oracle's other business units were
19  seeing the same downward trends that you were seeing in
20  product sales and consulting sales?
21  A. I don't remember.  We would get second- and
22  third-party reportings of the eastern part of the
23  United States.  Can I say that -- I cannot say that
24  that was directly associated with any of the fiscal
25  2001 numbers.

Oracle                                          Page 62

1   Q. Okay.  Did the northwest consulting sales
2   miss its forecasts in the first quarter of 2001?
3   A. I don't remember.
4   Q. Okay.  Did it miss its forecasts in the
5   second quarter of 2001?
6   A. I believe so.
7   Q. Do you know by how much?
8   A. Actually, I -- I believe we missed it pretty
9   big.  I don't remember the number.
10  Q. And how about the third quarter of 2001?
11  A. We were behind, but I don't -- I don't think
12  I was there through the end of the quarter.  So --
13  Q. Did the product sales, the northwest
14  division product sales miss its forecast in the first
15  quarter of 2001?
16  A. I don't remember.
17  Q. How about the second quarter of 2001?
18  A. I don't remember.
19  Q. How about the third quarter?
20  A. I would not have known that one.
21  Q. Okay.  Do you remember what the state of the
22  economy was like back in the fiscal year 2001 time
23  period?
24      MR. RUBIN:  Objection, vague.
25      THE WITNESS:  I don't remember if the

Oracle                                          Page 63

1   timing's right, but certainly in 2000 the economy was
2   riding the dotcom bubble and non-technology companies
3   were benefiting from that.  At what point that tipped,
4   whether that was in 2000 or 2001, I don't -- I don't
5   remember.
6   Q. (BY MR. BRITTON)  Okay.  Outside of the
7   dotcom era or sales to the dotcom customers and the
8   spending -- aggressive spending of the money, did you
9   see a similar type of mindset with other customers in
10  terms of unsophisticated buyers buying Oracle's
11  products?
12      MR. RUBIN:  Objection, form.
13      THE WITNESS:  I'm sorry, can you state that
14  question again, please.
15  Q. (BY MR. BRITTON)  In terms of the -- you
16  testified earlier about the dotcoms, that they weren't
17  very sophisticated technologically.  Did you see that
18  outside of the dotcom area?
19  A. Sure.
20  Q. Okay.  And how did that -- how do you
21  remember that playing into Oracle's sales?
22  A. So, if they weren't smart buyers, it was
23  easier, you know, because you didn't have that
24  end-of-quarter gymnastics to go through.  And again, it
25  was -- on the consulting side, we didn't -- we didn't

Oracle                                          Page 64

1   really play that game. So, it wasn't a big part of our

2   space. But we certainly saw it with our peers in

3   the -- in the product sales side.

4         So, again, you know, the bigger companies

5   were typically pretty good at buying. They had more

6   sophisticated procurement departments. So, they knew

7   the game. Certainly the legacy folks did. Some of the

8   smaller companies were ruthless negotiators, but they

9   didn't understand the hockey stick yet.

10       Q. Did those customers, the smaller, less

11   sophisticated customers, were they pulling back as well

12   through 2001?

13       MR. RUBIN: Objection, form.

14       THE WITNESS: There was a couple of

15   customers specifically that I -- in retrospect I think

16   backed off because of that technology psychology that

17   was in place. So, yes, I think a couple of -- I think

18   I saw directly a couple of customers back off. Even

19   though they weren't in the dotcom space, they saw folks

20   pulling back and so, they did too.

21       Q. (BY MR. BRITTON) Did these topics in terms

22   of the pullback come up during the weekly conference

23   calls that you were on?

24       A. Was your question around dotcoms or with the

25   technology psychology?

1       Q. The technology psychology and the effect on

2   sales.

3       A. No. The dialogs at the time were about the

4   dotcom. Again, it was really only in retrospect that I

5   was able to just look at deals that didn't close and

6   say in part they didn't close because they saw that the

7   dotcom -- and smart business people would have said,

8   "As that goes down, the economy is going to go down and

9   my business" -- so, part would be psychology and

10   smart -- part would be just smart forecasting of the

11   future American economy.

12       Q. What about the dotcom slide? Was that

13   discussed on the weekly conference calls?

14       A. Definitely.

15       Q. And what do you recall about those

16   conversations?

17       A. We just saw -- you know, I'm sure there were

18   specific cases. I was probably even involved with some

19   specific dotcoms that fell off. But yeah, there was --

20   there was dialog around, you know, the dotcoms are not

21   spending money. There's fewer dotcoms, there's no VC

22   money.

23       Q. And this was in the consulting sales calls

24   as well as the product sales calls?

25       A. We had specific dialog around that in the

1   consulting sales calls. That part is clear. It's very

2   clear. I would -- I believe it took place in the sales

3   calls.

4       Q. Okay. Do you remember what Oracle was

5   saying about the savings that it was making from an

6   internal implementation of 11i in 2001?

7       A. Yes, it was a billion dollar savings.

8       Q. Right. And was it your belief that the

9   billion dollar savings was attributable to 11i, the

10   internal implementation?

11       MR. RUBIN: Objection, form, foundation.

12       THE WITNESS: There was -- internally we

13   were questioning that number. Internally we were

14   having a hard time getting 11i to work in a domestic

15   setting let alone an international setting. It was

16   really the international flavor of 11i that would have

17   represented that savings for Oracle. So, yeah, there

18   was -- we were questioning that. So, yes, we were

19   questioning that.

20       Q. (BY MR. BRITTON) Okay. Was Oracle

21   downsizing at that time?

22       MR. RUBIN: Objection to the form, "that

23   time."

24       Q. (BY MR. BRITTON) The 2001 time period.

25       A. Yes.

1       Q. Okay. In your mind, was any of the savings

2   coming from a reduction in workforce?

3       MR. RUBIN: Objection, form.

4       THE WITNESS: There was a couple of

5   downsizings that were taking place at Oracle at the

6   time. There was the IT consolidation that I knew of

7   indirectly that was reducing the number of IT

8   employees. So, certainly that reduction was taking

9   place and was a vast component of that billion dollar

10   story. We had started to lay off consulting people as

11   well, as the dotcoms started to come. So, two kind of

12   really different events, unrelated events.

13       MR. BRITTON: Why don't we take a quick

14   break so I can -- I think I'm pretty close to being

15   done.

16       THE VIDEOGRAPHER: Going off the record at

17   11:48.

18       (Recess held.)

19       THE VIDEOGRAPHER: This is tape No. 3 of the

20   deposition of Kelly Wood. The time is 11:53.

21       Q. (BY MR. BRITTON) Okay. A couple more

22   questions and then I think I'll be done. The dotcom

23   slide that we've been talking about, was that visible

24   in your mind by the third quarter of 2001, which starts

25   in the beginning of December of 2000?

Wood, Kelly A   10/7/2005  10:01:00 AM

1    MR. RUBIN:  Objection, form.

2    THE WITNESS:  Yes.

3    MR. BRITTON:  I have no further questions.

4         EXAMINATION

5    QUESTIONS BY MR. RUBIN:

6    Q.  Okay, Mr. Wood, my name is Lee Rubin, as I

7    had said before, and I represent Oracle and individual

8    Defendants in this litigation.  The same ground rules

9    that Mr. Britton described will apply here.  Please

10   listen to my questions and then wait till I'm finished

11   and then respond.  Respond audibly because we have a

12   court reporter as well as a -- a stenographer as well a

13   videographer.  So, they'll need to hear "Yes's" or

14   "No's" as opposed to just nods, which would only be

15   picked up by one medium and not the other.

16   A.  Okay.

17   Q.  There you go.  And as Doug said, if you have

18   any questions or there's any confusion about any

19   question I ask, please ask me to clarify and I'll do

20   so.  And if you don't ask me, I'll assume you

21   understood the question.

22   A.  Okay.

23   Q.  What I'd like to do first, Mr. Wood, is try

24   to understand your position in the larger context of

25   Oracle.  So -- and first before I -- before I ask you

Oracle                                                    Page 69

Wood, Kelly A   10/7/2005  10:01:00 AM

1    questions about the direct reports and the

2    organizational structure, what is your best memory on

3    when you became director of E-business consulting?

4    A.  I believe that was in 2000.

5    Q.  If I told you the records indicated that it

6    was approximately March of 2000, would that be

7    consistent with your memory?

8    A.  Okay, it seems a little early -- seems

9    early, but maybe that -- maybe it was then.

10   Q.  Without -- without any indication from me,

11   when -- sitting here today, when do you think you moved

12   into that position?

13   A.  I would have said May.

14   Q.  You would have said May of 2000?  Okay.  And

15   what was your position prior to taking on the

16   E-business consulting position?

17   A.  So, I would have been in a similar position,

18   just not focused on E-business.  So, the E-business

19   position was very focused on E-commerce, websites,

20   those kinds of activities.  The position prior to that

21   was a similar position, just with a broader financials,

22   manufacturing, supply chain scope.

23   Q.  Prior to moving into the particular focus of

24   E-business consulting, was your -- was the region that

25   you worked in more narrow, that is -- that is was it

Oracle                                                    Page 70

Wood, Kelly A   10/7/2005  10:01:00 AM

1    specifically dedicated to some states within the

2    northwest super-region, all industries within -- all

3    companies within a certain amount of states, and then

4    when you moved to E-business consulting it was a

5    narrower subject matter but broader number of states?

6    Is that -- is that accurate?

7    MR. BRITTON:  Objection to form.

8    THE WITNESS:  I believe that's true.  I

9    believe that prior to becoming an E-business person, my

10   region was the -- based out of Utah.  I don't believe

11   before taking E-business that I had Seattle.  That's

12   not true.  I did have Seattle before I took the

13   E-business job.

14   Q.  (BY MR. RUBIN)  Well, let me ask you this:

15   Based upon a review of other records, there's some

16   indication that northwest was split into two regions.

17   There was the northwest super-region.  There was

18   Alaska, Oregon, and Washington in one region and then

19   there were the remaining states of the northwest

20   region, which included Arizona, Colorado, Utah, Nevada

21   in another subgroup of the northwest super-region.  Is

22   that consistent with your memory?

23   A.  Yeah, that -- where it gets hard is that we

24   reorganized that several times and remembering where

25   that was in 2000 is hard.  But yes, before taking the

Oracle                                                    Page 71

Wood, Kelly A   10/7/2005  10:01:00 AM

1    E-business role, I had a role in Seattle.  So, I would

2    have been that northwestern portion of the northwest

3    territory.  And I believe it was right before I took

4    the E-business role.

5    Q.  Okay.  And at that time was Rick Gage your

6    supervisor when you were in the northwest -- the upper

7    northwest section of the northwest region?

8    MR. BRITTON:  Now, this is prior to becoming

9    director of business --

10   MR. RUBIN:  Prior, right.

11   THE WITNESS:  I can't remember.

12   Q.  (BY MR. RUBIN)  Is it your memory that at

13   that time that you would have been responsible for

14   consulting sales in Oregon, Washington, and Alaska?

15   A.  Yes.

16   Q.  And at that time, I'm talking --

17   A.  And Idaho.

18   Q.  And Idaho, okay.  At that time, so, I'm

19   talking about early 2000, 1999, perhaps extending back

20   to 1999, where were you based?  Where were you

21   physically located?

22   A.  In Boise.

23   Q.  Okay.  All right.  Then when you moved into

24   the E-business consulting position, did your territory

25   then expand to other parts of the northwest region?

Oracle                                                    Page 72

1    A. Yes.

2    Q. Okay.

3    A. So, at that point I had — so, I went back

4  and forth in roles where I would own part of the

5  northwest region in part.  At the point I became

6  E-business, then I had coverage for the whole thing.

7    Q. In the specific area — in the specific area

8  of E-business consulting?

9    A. Yes.

10    Q. So, after you transitioned to E-business

11  consulting, were you no longer making — responsible

12  for any sales efforts to manufacturing industries or

13  telecommunications or other areas that are otherwise a

14  part of Oracle's business?

15    A. We would take credit for anything we could.

16  So, a couple of deals that I sold during that

17  E-business time were not really E-business deals, but

18  we — I was involved with the sale, we sold them, they

19  closed.  So, we took credit.  But yes, it was primarily

20  an E-business focus.

21    Q. Now, did the position you had as director of

22  E-business consulting have anything to do with the

23  business — online business unit in Oracle?

24    A. Yes.

25    Q. How so?

1    A. Oracle Online was an opportunity for small

2  companies to not buy boxes and all that crap.  They

3  would just, you know, go with a managed service.  So —

4    Q. It was a web-based service?

5    A. A web-based service; correct.  So, that was

6  a part — that was theoretically a part of our solution

7  set.  And I guess we did sell a couple of deals to

8  Oracle Online.  A couple of my deals did go to Oracle

9  Online.  So, yes, that was a part of our solution set.

10    Q. So, one of the things that you would sell to

11  customers was this web-based access that Oracle

12  essentially ran and provided to customers?

13    A. Yes.

14    Q. Okay.  Can you give me a percentage of what

15  portion of your business was the business online

16  portion as opposed to actually selling — selling other

17  aspects of Oracle's consulting packages?

18    A. Very small.  Less than 10 percent.

19    Q. Okay.  So, now let's talk about the time

20  period in which you were in the E — were focusing on

21  E-business consulting.  So, as I understand your

22  testimony previously, at some point in time you believe

23  you were a direct report to Rick Gage; is that right?

24  During that time period?

25    A. Yes.

1    Q. And we'll use — just for purposes of

2  questioning, we'll say the spring of 2000 until your

3  departure in February of '01; is that fair?

4    A. Okay.

5    Q. So, I know I said that the records indicated

6  March.  You said your memory is May.  So, we'll just

7  say the spring of 2000.

8    A. Okay.  And excuse me.  Let me go back.  So,

9  I think you asked me who I worked for before Rick.  It

10  was actually Rodney -- I can't remember Rodney's last

11  name.  Rodney something.  So, that was actually who I

12  worked for before Rick.

13    Q. And was that when you were dedicated to the

14  northwest or upper northwest corridor?  Or was that

15  after you went to E-business consulting?

16    A. No, I actually worked for Rodney —

17  originally I worked for Rodney out of Utah.  So, the

18  southern part of the northwest region.  And then when

19  I — when I worked out of the northwestern part of the

20  northwest region, I think I still worked for Rodney.

21    Q. Okay.  When do you think Rick Gage became

22  your supervisor?

23    A. Sometime in fiscal year 2000.

24    Q. And he was your supervisor at the time you

25  were terminated?

1    A. Yes.

2    Q. Okay.  So, you were an employee within the

3  northwest super-region for consulting; correct?

4    MR. BRITTON: Objection to form in terms of

5  time.

6    Q. (BY MR. RUBIN) Again, this is all — unless

7  I say otherwise, this is all the spring of 2000 to the

8  time you left the company.

9    A. Okay.

10    Q. Okay?  And that was within the consulting

11  organization; correct?

12    A. Yes.

13    Q. Now, and you directly reported to Rick Gage;

14  correct?

15    A. Yes.

16    Q. Now, did Rick Gage have any counterparts?

17  Were there other senior practice directors at his level

18  within the northwest super-region?

19    A. Yes.

20    Q. Who else?

21    A. Joe Wood.

22    Q. Okay.  And he's not related?

23    A. No.

24    Q. I had to ask that because I heard you

25  mention that we hadn't followed up yet.  So, I felt

1  obliged.

2     And you never directly reported to Mr. Wood?

3  A. I did.

4  Q. You did? Okay. That was pre-2 -- pre-March

5  2000 or pre-spring, 2000?

6  A. I don't remember when.

7  Q. Okay.

8  A. So, it was Rod -- it was Joe, then Rodney,

9  then Rick.

10  Q. Okay.

11  A. And I don't remember the timing of when my

12  relationship between Joe and -- I don't remember the

13  timing of that.

14  Q. Do you remember an individual named Steven

15  Parra?

16  A. Yes.

17  Q. Did he serve as your supervisor at any time

18  during the spring of 2000, February of 2001 time frame?

19  A. Yes, I did work for Steve. So, I believe I

20  worked for Steve Parra in 2000 and then I worked for

21  Rick. We would get two or three or four managers a

22  year. So -- or five or six.

23  Q. But even though there were different

24  managers, essentially the same structure, that you were

25  directly reporting to a senior practice director within

1  the northwest super-region?

2  A. Yes.

3  Q. Whether it was Steve or Rick?

4  A. Yes.

5  Q. Okay. Okay, you said that Joe Wood was a

6  counterpart of Rick Gage's, also a senior practice

7  director within the -- within northwest super-region

8  consulting?

9  A. Yes.

10  Q. And then did you ever hear of a fellow named

11  David Green?

12  A. Yes.

13  Q. And what did you understand his position to

14  be?

15  A. He was a peer -- at times he was -- he was a

16  peer of Joe Wood, Rick Gage.

17  Q. Same level, organizational level?

18  A. Same level, yes.

19  Q. Okay. And was he in charge of apps

20  consulting?

21  A. Yes, at various times.

22  Q. Now, how did that differ from what you were

23  doing?

24  A. So, you know, again, if we're talking about

25  the context of my E-business position, he was a part --

1  so, E-business had this solution stack of products that

2  included the application space that David owned.

3  Q. Okay.

4  A. There were other pieces of that architecture

5  that David didn't own, the delivery of it.

6  Q. ERP?

7  A. Yes. So, David was ERP.

8  Q. Okay.

9  A. Applications. That was a part of our

10  E-business stack. And then, you know, there were

11  pieces that David didn't own.

12  Q. And who -- was there somebody named Sharon

13  Bekke or Bikke who also was a counterpart of David

14  Green's in apps, a senior practice director for apps

15  consulting?

16  A. I don't remember that name.

17  Q. Okay. Greg Quirk?

18  A. Yes.

19  Q. And what did you understand his position to

20  be?

21  A. So, again, within the E-business stack there

22  was a portion that was custom development. Really the

23  E-commerce engine of the E-business stack was really

24  Greg Quirk.

25  Q. Okay. And did you interface with him at

1  all?

2  A. Yes.

3  Q. Okay. All right. So, again, going back

4  to -- I just wanted to clarify. When you talked about

5  David Green's role, you have this -- I think your title

6  was, what, "Client Solutions Manager"?

7  A. Yes.

8  Q. As of spring of 2000; is that right?

9  A. Yes. I think it was director, but I --

10  Q. Client solutions director. Okay. So,

11  describe for me if you can, and I know -- I apologize

12  if you've been through this before. I'm just --

13  because I'm still a little bit confused. What were you

14  actually selling to customers when you walked into a

15  potential customer's offices? What products within --

16  you're in the consulting organization. What were you

17  selling to them in this role as E-business consulting?

18  A. The primary deliverable was a consulting

19  engagement to produce an E-commerce engine for a

20  company. So, an E-commerce engine would be a website

21  where you could look at products, buy products, you

22  could look at support, to buy support, you could look

23  at product documentation, basically anything -- any

24  interaction that a customer wanted from a company, we

25  would provide that kind of capability. Again, from a

1    consulting standpoint. Again, you know, products came

2    into that.

3        Q. Well, did they -- my question is: Did they

4    necessarily come into that? Could you, for example,

5    sell -- could you sign a contract for a consulting

6    engagement in which you would provide those services

7    with someone else's software, not Oracle's?

8        A. There were parts of that -- again, going

9    back to the technology stack. There was parts -- that

10   technology stack included a bunch of Oracle products

11   and non-Oracle products. So, yes, theoretically we

12   could have sold something that didn't include any

13   Oracle products. But that was -- we were not

14   encouraged to do that because, you know, that wasn't

15   supporting the bigger life of the company. And I don't

16   remember that I did sell anything that was -- did not

17   involve Oracle products.

18       Q. Okay. So, when you go -- when you would

19   successfully sell a consulting package, it would

20   involve an engagement that would -- in which they would

21   be paying for some number of consultants' time, the

22   services being rendered; is that correct?

23       A. Yes.

24       Q. In addition to underlying products being

25   sold?

Oracle                                                    Page 81

1        A. Yes.

2        Q. And that was all a part of one package

3    typically?

4        A. Part of the same package, but there would be

5    different contracts.

6        Q. Okay. So, there would be a license

7    agreement?

8        A. Exactly.

9        Q. And then a consulting agreement?

10       A. Yes.

11       Q. Okay. And then -- and during the time

12   period in which you were, again, the director -- client

13   solutions director, what types of Oracle applications

14   were you selling to customers?

15       A. ERP and CRM.

16       Q. Okay. And ERP, does that include the back

17   office applications that you were describing earlier?

18       A. Yes.

19       Q. Okay. So, that would be financials?

20       A. Yes, financials, supply chain management,

21   order management.

22       Q. Okay. And then you said "CRM." What CRM

23   applications were you selling as part of this package?

24       A. So, we had a web store that was: Look at a

25   product, buy it, add it to your shopping cart, provide

Oracle                                                    Page 82

1    your Visa, you know, provided all of those things.

2    Then there was some customer service components of

3    that. "My product broke. I need help." So, it was --

4    it was an E-commerce engine and a customer support

5    stack.

6        Q. Right. So, you listed for me the ERP

7    specific applications that you can recall selling.

8    What were the specific CRM applications that you recall

9    selling?

10       A. Web store.

11       Q. The web store is a CRM app?

12       A. At the time it was, yes.

13       Q. Okay.

14       A. There was a shopping cart application,

15   customer support, customer service, contracts. Those

16   are the ones I remember.

17       Q. Okay. And did your work, was there -- could

18   you ascribe a percentage of how much -- to the extent

19   that part of your sales were Oracle applications, how

20   much of it was ERP compared to CRM during your time as

21   an E-business -- as the E-business client solutions

22   director?

23       A. I would say 60, 70 percent was ERP and the

24   rest was CRM.

25       Q. Now, what about database?

Oracle                                                    Page 83

1        A. So, the bulk of the consulting that we did

2    was around applications. It wasn't around DBAs,

3    database administrators. Database administrators are

4    the consultants associated with database product. So,

5    we had database -- database administrators, I'm sorry,

6    not assistants. We had database administrators for

7    every engagement. 20 to 30 percent of our consulting

8    engagements would have included database

9    administrators.

10       Q. Okay. And did you as part of your client

11   solutions package sell the database?

12       A. Yes.

13       Q. Okay. And so -- and was that -- did that

14   necessarily have to accompany the applications?

15       A. Yes, almost always there was a database

16   component to an applications licensing deal product.

17       Q. And did these customers typically have an

18   Oracle database before you approached them for this

19   client solutions package?

20       A. Many did.

21       Q. Because the database is an expensive

22   component of a -- of these license deals, wouldn't it

23   be, if it was from scratch, in other words?

24       A. Yes. That's where Oracle made their money,

25   right, was on the database part of it. So --

Oracle                                                    Page 84

1  Q. Okay. So, I think you said many already had
2  an Oracle database. So, you were coming to them, "We
3  can give you consulting services. We can give you some
4  applications -- Oracle applications as well"?
5  A. Yes.
6  Q. So, in that sense these customers -- many of
7  these customers were, as you defined it before, legacy
8  Oracle customers?
9  A. Yes.
10  Q. Okay. So, then, organizationally you
11  said -- I think you said in response to Mr. Britton's
12  question you did not personally have any direct
13  reports?
14  A. From 2000 on, that's correct.
15  Q. Did you have any peers within E-business
16  consulting? Were there other people within the
17  northwest super-region that were doing the same thing
18  you were?
19  A. Yes.
20  Q. How many?
21  A. Six, seven, eight.
22  Q. Okay. And were you all let loose within the
23  same region or within the -- within northwest that they
24  were going to create internal competition or were
25  you -- did you try to divvy up by geography?

1  A. There were some loose guidelines about that.
2  I don't remember what they were. Again, it always
3  changed.
4  Q. Okay. Do you remember at any point during
5  that, during the spring of 2000 to February 2001 time
6  period where you were loosely assigned to a particular
7  area?
8  A. Yeah, the looseness was in -- was probably
9  in Seattle.
10  Q. Do you mean you were loosely assigned to
11  Seattle?
12  A. I was assigned to Seattle, but the
13  boundaries of -- so, there was another CSD in Seattle.
14  And the boundaries about who owned what within Seattle
15  were pretty loosely defined.
16  Q. Okay. Where else were you generally
17  directed to put your efforts forth?
18  A. Seattle, Oregon, Idaho, Alaska, and, I
19  think, Nevada. Actually, I think in 2000 I owned -- at
20  one time or another I worked on the whole northwest
21  region. Because I remember I did deals in Utah and I
22  did deals in Nevada under that CSD comp plan that I got
23  paid for. So, I must have had -- at one time or
24  another I had the whole -- I never had the whole thing
25  by myself, but it changed. My geography changed within

1  that time frame. So, I think I said something counter
2  to that earlier. But during that 2000, 2001 time plane
3  I owned different pieces of the whole northwest thing.
4  Q. And did the other six to seven to eight
5  people have other pieces?
6  A. Yes.
7  Q. I mean, in other words, was there an attempt
8  to try to divide it geographically?
9  A. Yes.
10  Q. Okay. So, your regions -- or your
11  subregions may have changed, your states, but however
12  they changed, there was an effort to assign one or two
13  people to particular states within the northwest
14  super-region?
15  A. Yes.
16  Q. As opposed to all eight of you, "Even if
17  you -- we don't care if you see each other in the
18  airport in Phoenix, just cross the northwest territory
19  and good luck to you"?
20  A. Yes, there was always some attempt to
21  divide.
22  Q. Okay. Let me just continue on with the
23  chart. Okay. So, you then with six or seven or eight
24  other people then, you were -- reported to at some
25  point Rick Gage and then earlier on, perhaps Mr. Parra

1  or others; correct?
2  A. Yes.
3  Q. Okay. And then your understanding is that
4  Mr. Gage's organizational line reported to
5  Mr. Underwood; is that correct?
6  A. Yes.
7  Q. And is it your understanding Mr. Underwood
8  was the -- was a vice president or senior director in
9  charge of the entire northwest super-region?
10  A. He was a vice president in charge of the
11  western region.
12  Q. In charge of the entire west or the
13  northwest?
14  A. I'm sorry, northwest.
15  Q. Okay. And were there others at Mike
16  Underwood's organizational line that were in charge of
17  other parts of the western region?
18  A. Yes.
19  Q. And foundationally, let me just ask you the
20  first question: Your northwest super-region was a
21  component or a part of the west region; correct?
22  A. Yes.
23  Q. So, Mr. Underwood was in charge of the
24  northwest super-region; correct?
25  A. Yes.

1   Q. Then did you ever hear of a fellow named

2   Tignur, Terry Tignur?

3   A. Yes.

4   Q. And is it your memory he was in charge of

5   the southwest region of the west -- southwest subregion

6   of the west region?

7   A. Yes.

8   Q. And then somebody named Hutchinson, Ike

9   Hutchinson --

10   (Reporter clarification.)

11   Q. (BY MR. RUBIN) Ike. Does that name sound

12   familiar?

13   A. I believe it was Mike.

14   Q. I think it was Mike.

15   A. I think the name was Mike.

16   Q. Yeah. Does that name sound familiar?

17   A. Yes.

18   Q. And he was -- did you understand him to be

19   involved in some CRM related activities?

20   A. I don't remember Mike having a CRM focus.

21   Q. Okay. Did you understand him to be on the

22   same organizational line as Underwood and Tignur?

23   A. Yes.

24   Q. Okay. Now, describe the contacts that you

25   had during the -- during the spring of 2000 to February

1   of 2001 time period with Mike Underwood.

2   A. I don't remember any one-on-one dialog with

3   Mike Underwood. I remember Mike on the sales

4   forecasting calls where he would encourage us to sell

5   more, sell faster. But that was in a larger audience.

6   Q. Those were the consulting sales calls?

7   A. Yes.

8   Q. How many people were on those calls

9   typically?

10   A. 10, 20.

11   Q. So, again, we're still talking about the

12   spring of 2000 to February of 2001 time period. So,

13   would your peers, the six or seven or eight other

14   E-business consulting directors, have been on the call?

15   A. Yes.

16   Q. Assuming they were available at any

17   particular time.

18   A. Yes.

19   Q. And these were on a weekly basis?

20   A. They would go -- again, on the consulting

21   calls --

22   Q. Consulting.

23   A. -- they were infrequent. So, at times they

24   were scheduled weekly and other times they were less

25   frequently.

1   Q. Okay. So, your six or seven -- six, seven

2   or eight peers -- now, were there other peers, people

3   who you would consider organizationally your peers,

4   that were also on the call that were not -- that were

5   in consulting sales that were not specifically devoted

6   to E-business consulting within the northwest

7   super-region?

8   A. Yes, there were.

9   Q. Those were people that were more broadly

10   dedicated to selling consulting packages to other kinds

11   of companies?

12   A. Actually, more narrowly focused. So, they

13   would be folks like in Dave Green's organization that

14   were just responsible for selling or implementing ERP.

15   Q. I see. I see. Particular applications?

16   A. Yes.

17   Q. Okay. And so, they would have been on the

18   call as well?

19   A. Yes.

20   Q. Okay. And then you would have the group of

21   individuals at Rick Gage's level, organizational level

22   on the call?

23   A. No, typically not. Typically we would just

24   have a call with Rick. Rick would have a call with

25   just his people and then other interested parties.

1   Rick's peers would not have been on those calls unless

2   it was a call that Mike had where Mike wanted to go

3   through his whole organization and talk about big

4   deals, likely deals at a whole organizational level.

5   Q. Okay. So, some -- so, typically there

6   were -- there were different consulting calls it sounds

7   like, then. There were some that Rick Gage had a call

8   with his group?

9   A. Yes.

10   Q. Which was you and the -- and the six or

11   seven or eight others in E-business consulting?

12   A. Yes.

13   Q. And any other consultants, then, that would

14   have directly reported to him?

15   A. Yes. I thought that Rick only had

16   E-business people.

17   Q. Okay.

18   A. So, anyway, yes, there could have been --

19   there would have been -- there would have been other

20   people on the call.

21   Q. Who?

22   A. Particularly the delivery people.

23   Q. I see. Okay. So, there would have been --

24   A. So, you had the ERP sales guys, consulting

25   sales guys, and then the delivery people.

1    Q. In addition to your group?

2    A. Yes.

3    Q. Okay. And would that have then meant that

4    David Green or Joe Wood were on the call as well?

5    A. Joe Wood was a peer of Rick's. So, Joe

6    typically would not have been on the call, would not

7    have been a call that Rick would have. David Green,

8    yes.

9    Q. Okay. Because Joe was covering another

10   subregion of the northwest super-region; is that right?

11   A. Yes.

12   Q. Okay. So, there were those calls. And did

13   those calls happen on a regular basis?

14   A. They were supposed to have, but they didn't

15   always happen.

16   Q. So, can you give me any sense of the

17   frequency with which they occurred?

18   A. Certainly once a month. Again, you know, it

19   just depended.

20   Q. Right.

21   A. You know, towards the end of the quarter it

22   would be every week. Early in the quarter it would be

23   once a month.

24   Q. Okay. And then you said that there were

25   also, then, separate calls that might occur from time

1    to time with Mike Underwood in which you participated.

2    A. Yes. I remember a couple of calls with Mike

3    cracking the whip.

4    Q. During this time period that we're

5    discussing?

6    A. Yes.

7    Q. Okay. And in -- and in those calls, you

8    said Rick Gage typically would not have been on the

9    call?

10   A. No, he would have been on the --

11   Q. He would have been on the call?

12   A. He would have been because Mike was his

13   boss.

14   Q. Right. That's what I thought.

15   A. So, Mike --

16   THE REPORTER: One at a time, please.

17   Q. (BY MR. RUBIN) Okay. Go ahead.

18   A. So, yes, Rick would have always been on the

19   call that Mike was on.

20   Q. All right. Now, you said you remember a

21   couple of telephone calls with Mike pushing, pushing

22   the group to perform better?

23   A. Yes.

24   Q. And do you remember the time period that

25   those calls took place?

1    A. Once a month.

2    Q. Do you remember within this approximately 10

3    or 11 months that we're talking about when they --

4    those would have occurred? Summer of 2000? Fall of

5    2000? Winter of '01?

6    A. So, we definitely had a once-a-quarter call

7    with Mike where Mike would have everybody on the call

8    once a quarter. He would review past quarter and

9    upcoming quarter. And then again, depending on the

10   quarter, sometimes we'd have those calls once a month.

11   Q. So, there would be at least one call that

12   was sort of a postmortem of the quarter, "Here's where

13   we ended up," and talking about what's coming up the

14   next quarter.

15   A. Yes.

16   Q. Okay. Was -- in terms of the content or the

17   substance of these meetings, did Mike go person by

18   person on the call and ask about, "What's going on in

19   your particular subregion or what do you have in the --

20   you know, I see on the pipeline that this is what's

21   going on. What's the -- any change on that?" Was he

22   going through some kind of a, of a list or was it more

23   of a general discussion?

24   A. It could have been both. You know, the

25   detailed conversations were he had a list and he was

1    walking through the list and asking questions about it.

2    So, yes, he would have each of his managers go through

3    and then he would reserve the right to question certain

4    specific deals.

5    Q. Do you remember that specifically from calls

6    that he was on?

7    A. Yes.

8    Q. Okay. All right. And then other than --

9    and so, other than those calls which you said you

10   remember -- you have a specific memory of a couple of

11   them?

12   A. Yes.

13   Q. And do you remember -- do you remember any

14   other contact with Mike Underwood other than on those

15   group calls?

16   A. No.

17   Q. Okay. And then Mike Underwood directly

18   reported to Gary Simmler; is that correct?

19   A. Yes.

20   Q. And Gary Simmler was head of the west

21   region?

22   A. Yes.

23   Q. For consulting?

24   A. Yes.

25   Q. Okay. And what kind of contact, if any, did

1  you have with Gary Simmler during this -- again, all
2  during this time period?
3      A. So, Gary would have periodic calls where he
4  would review things at his level. I don't remember
5  how, if that was once a quarter or once a half.
6      Q. Once a half-year?
7      A. Correct.
8      Q. And that was also in a group, group
9  conference call setting?
10     A. Yes.
11     Q. Kay. And other than that review, do you
12 remember any other contact or communication with
13 Mr. Simmler?
14     A. No.
15     Q. Okay. And then Gary Simmler at some point,
16 I believe, in this -- during this time period reported
17 to a fellow by the name of Keith Block; is that
18 correct?
19     A. I don't remember. It sounds right, but I
20 can't say for sure.
21     Q. Did you have any personal interaction with
22 anybody named Keith Block?
23     A. I don't remember. I don't believe so.
24     Q. Okay. And then Block reported to Sandy
25 Sanderson? Do you know -- do you recognize the name?

1      A. Yes.
2      Q. Okay. And did you ever have any -- is
3  that -- is that your understanding, that Block reported
4  to Sanderson? Or you don't -- you don't remember or
5  no?
6      A. It sounds right.
7      Q. You're not certain?
8      A. Correct.
9      Q. Okay. Did you ever have any direct contact
10 with Mr. Sanderson?
11     A. No.
12     Q. Okay. And prior to July, 2000, Ray
13 Lane was with the company. Did you ever have any
14 contact with Mr. Lane?
15     A. No.
16     Q. Okay. And how about Jay Nussbaum?
17     A. Yes, I had contact with Jay, but not in the
18 context that we're talking about, not in the time
19 period that we're talking about.
20     Q. You had contacts with Jay when you were
21 doing government work?
22     A. Yes.
23     Q. Because that was his sector?
24     A. Yes. And then at some point he moved out of
25 government.

1      Q. Okay. So, but during this time frame where
2  you were client solutions director, no contact with
3  Nussbaum?
4      A. No.
5      Q. Okay. Now, is it your understanding that
6  Oracle was divided up, within consulting Oracle was
7  divided up into geographic regions; correct?
8      A. Yes.
9      Q. We've been talking about the fact that you
10 were part of the northwest super-region; correct?
11     A. Yes.
12     Q. And you were one component of the northwest
13 super-region; right?
14     A. Yes.
15     Q. And then northwest super-region was, in
16 turn, a component of the west region; correct?
17     A. Yes.
18     Q. Which we had discussed before included the
19 southwest region also?
20     A. Yes.
21     Q. And then there were other regions in the
22 country as well; correct?
23     A. Yes.
24     Q. And it included the northeast region?
25     A. Yes.

1      Q. Did you ever hear of a fellow by the name of
2  Tim Mann or Mahan who ran the northeast region?
3      A. No.
4      Q. Okay. And then there was the southeast
5  region; correct?
6      A. Yes.
7      Q. Okay. And then there was the south central
8  region?
9      A. Yes.
10     Q. There was the north central region?
11     A. Yes.
12     Q. And there was Canada?
13     A. Okay.
14     Q. Not clear about that one?
15     A. Correct.
16     Q. So, at least --
17     A. Again, it was all pretty volatile, right.
18 So --
19     Q. Right. But those -- the names of those
20 regions generally sound familiar to you?
21     A. Yes.
22     Q. Your understanding generally was the west
23 was one of -- at any given time the west region of
24 which you were -- belonged to a subpart was one of five
25 or six regions in the country for consulting?

Wood, Kelly A  10/7/2005  10:01:00 AM

1   A. Yes.

2   Q. At any point in time during the spring 2000,

3   February 2001 time period, did you ever take part in

4   any group conference calls in any region outside of

5   your own?

6       MR. BRITTON: Are you talking about the west

7   or northwest?

8   Q. (BY MR. RUBIN) Oh, I'm sorry, in any region

9   outside of the west region. So, put another way: Did

10  you ever take part in any consulting conference calls

11  in the northeast region?

12  A. No.

13  Q. In the southeast region?

14  A. No.

15  Q. In the south central region?

16  A. No.

17  Q. In the north central region?

18  A. No.

19  Q. Okay. Then dropping down to the west

20  region, did you ever take part in any conference calls

21  that discussed issues outside of the northwest

22  super-region? So, for example, a conference call that

23  involved the southwest region -- super-region of the

24  west region?

25  A. Not that I remember.

Wood, Kelly A  10/7/2005  10:01:00 AM

1   Q. Okay. So -- and would it also -- is it also

2   accurate that you never played any role in assisting

3   with the forecasting process in the northeast region?

4   A. Correct.

5   Q. Or the south -- the same would be true for

6   the southeast region?

7   A. Yes.

8   Q. The same would be true for south central?

9   A. Yes.

10  Q. And the same would be true for north

11  central?

12  A. Yes.

13  Q. Okay. Now, in terms of -- and let me just

14  finish that line. In terms of were -- was the sales or

15  license organization similarly divided up by region?

16  A. Yes. They didn't have exactly the same

17  territory boundaries that we did, but it loosely

18  represented the sales organization, the product sales

19  organization.

20  Q. Okay. And that would be for license sales;

21  correct?

22  A. Yes.

23  Q. Which would include the applications and

24  database sales that we've discussed earlier?

25  A. Yes.

Wood, Kelly A  10/7/2005  10:01:00 AM

1   Q. Okay. And do you have any memory of taking

2   part in any group conference call in connection with

3   the license sales for any region outside of your own?

4   A. No.

5   Q. Okay. Did you ever review in any way any

6   pipeline data for sales in any region outside your own?

7   A. I don't believe so.

8   Q. Okay. In terms of -- all right, let's turn

9   to the -- let's turn to the pipeline data that you had

10  discussed before with Mr. Britton that you did say that

11  you had had access to. We've got the northwest

12  super-region and the west region. At what level did

13  you have access to sales data?

14  A. Product or consulting?

15  Q. Let's talk about consulting first.

16  A. Pipeline data?

17  Q. Pipeline data.

18  A. Consulting pipeline data?

19  Q. Yes.

20  A. I believe only the northwest.

21  Q. And what database or through what -- through

22  what database did you have access to that information?

23  Well, let me back up. Let me strike that question.

24      Let's talk about the different means in

25  which you had information about sales -- about

Wood, Kelly A  10/7/2005  10:01:00 AM

1   consulting in the northwest. You had -- I think you

2   described to Mr. Britton you had some conference calls;

3   right?

4   A. Yes.

5   Q. And you said that's one of the ways you

6   learned about what was happening in the northwest

7   region?

8   A. Yes.

9   Q. And you said that was one of the ways you

10  learned about what was happening in the northwest

11  region?

12  A. Yes.

13  Q. Okay. And you also I believe indicated that

14  you had access to some electronic data of some sort?

15  Or is that not accurate?

16  A. For consulting sales pipeline, I think the

17  only thing I had access to was a spreadsheet. There

18  was no -- it was just a spreadsheet listing all the

19  deals.

20  Q. An Excel spreadsheet?

21  A. Yes.

22  Q. That you -- that was sent to you via e-mail

23  or through -- electronically or only in hard copy?

24  A. Electronically.

25  Q. Okay. And that spreadsheet covered

**Page 105**

1  consulting opportunities for the northwest region?
2  A. Yes.
3  Q. Okay. And I think you testified earlier
4  that one of the responsibilities -- in responding to
5  Mr. Britton's question about your forecasting
6  responsibilities, one of the responsibilities you had
7  was to update that spreadsheet?
8  A. Yes.
9  Q. So, your supervisor, whether it was Mr. Gage
10  or someone else during this time period, would provide
11  you and your peers with a spreadsheet and ask you to
12  update it on some regular basis?
13  A. Yes.
14  Q. Okay. And other than that, other than that
15  spreadsheet, you didn't have any other visibility into
16  the -- into the information? It was just that
17  spreadsheet? Into any pipeline -- quote, "pipeline
18  information"?
19  A. Correct.
20  Q. Did that, did the spreadsheet that you
21  received cover your peers in E-business consulting or
22  did it cover other consultants within the northwest
23  region as well?
24  A. That would have been a combined spreadsheet
25  of all opportunities within the region, of all

**Page 106**

1  consulting opportunities within the region, not just
2  E-business.
3  Q. Now -- okay. Now, had you ever heard of --
4  have you ever heard of the resource management system
5  in connection with the Oracle consulting pipeline data?
6  A. Yes.
7  Q. And what is it?
8  A. That's where all the delivery opportunity --
9  the delivery stuff gets put in. So, I need a DBA for
10  five weeks. That goes into that system. I need an ERP
11  configuration consultant. All that goes into RMS.
12  Q. So, the information that you're providing
13  your level gets rolled up into the RMS; is that
14  accurate? Or is it something different than what
15  you're providing?
16  A. I believe RMS only included sold business.
17  So, earlier this morning we talked about pipeline
18  versus delivery. I believe RMS only included delivery
19  engagements and did not include pipeline.
20  Q. Thank you. So, other than the spreadsheet
21  that you described, was there any other information
22  that was available to you to monitor or show the state
23  of the consulting pipeline in any given quarter? You
24  talked about the Excel spreadsheets. Anything else?
25  A. Informal dialog with peers, e-mails. You

**Page 107**

1  know, there would be informal ways of getting a sense
2  of other regions.
3  Q. And -- okay. So, you had the conference
4  calls. You had the informal discussions with some of
5  your peers about the state of business, what's
6  happening in the -- out in the field; right?
7  A. Yes.
8  Q. And then you said watching e-mail traffic?
9  A. Yes.
10  Q. Anything else?
11  A. No.
12  Q. Okay. Now, as to these Excel spreadsheets
13  on the -- that were -- that you were responsible for
14  updating for your particular sales opportunities, how
15  many sales opportunities would be listed on the Excel
16  spreadsheets on average? How long was this list for
17  the northwest region consulting?
18  A. I would say 100.
19  Q. And how many were you responsible for where
20  you were following up on?
21  A. 10 to 20.
22  Q. Okay. And when you updated -- when you
23  updated the information on the Excel spreadsheet, did
24  the spreadsheet have a function that would
25  automatically change totals that were on the -- that

**Page 108**

1  were reflected on the, on the spreadsheet? In other
2  words, if you changed -- I'll just give you an example.
3  Say you had a lead and something had happened and you
4  decided that instead of 60 percent probability or --
5  that it was 70 percent probability that it would close
6  in the quarter. Did that change? Did that change any
7  totals on the Excel spreadsheet?
8  A. We used a couple of different tools during
9  my time, a couple different forecasting tools. So,
10  some I remember there was some math in there that would
11  allow you to automatically convert. So, if you changed
12  that cell like you talked about, it would automatically
13  update your forecast. And some were more static in
14  nature.
15  Q. Well, my understanding is that each of --
16  you and each of your peers were providing this updated
17  data, which in turn was going to Rick Gage or someone
18  else who would then be rolling it up essentially for
19  Mike Underwood; is that fair to say?
20  A. Yes.
21  Q. Okay. And after he -- after Mike -- excuse
22  me, after your supervisor would take the data and roll
23  it up, did he distribute copies -- did he circulate
24  copies of what he had sent on to Mike Underwood?
25  A. Yes.

Wood, Kelly A  10/7/2005  10:01:00 AM

1    Q.  Okay.  And that would be, "Here's what I --
2    here's what I provided for northwest consulting for the
3    week of February 1st," for example?
4    A.  Yes.
5    Q.  And then -- and you had indicated that there
6    were certain aggregate numbers on that Excel
7    spreadsheet; is that right?
8    A.  Yes.
9    Q.  And did that include a forecasted amount for
10   the northwest region?
11   A.  Yes.
12   Q.  Okay.
13   MR. RUBIN:  I guess we'd better stop.
14   THE VIDEOGRAPHER:  This is the end of tape
15   No. 3 of the deposition of Kelly Wood at 12:51.
16   (Recess held.)
17   THE VIDEOGRAPHER:  This is tape No. 4 of the
18   deposition of Kelly Wood.  The time is 12:59.
19   Q.  (BY MR. RUBIN)  Okay, Mr. Wood, I think we
20   were talking about the Excel spreadsheets that were
21   used in the consulting, that were used in your -- in
22   your consulting work to track sales opportunities.
23   A.  Okay.
24   Q.  Now, do you remember any discussion within
25   the consulting group how the consulting pipeline

Wood, Kelly A  10/7/2005  10:01:00 AM

1    differed in any meaningful or material ways from the
2    sales pipeline?  And let me -- let me be more specific.
3    Was there -- do you recall any discussion about any
4    difference in terms of -- in terms of how consulting
5    utilized the probability percentage as a forecasting
6    tool as opposed to sales?
7    A.  I don't remember.
8    Q.  Okay.  Do you remember whether in assigning
9    a percentage probability on the Excel spreadsheet
10   whether you were being -- whether you were asked or you
11   had been instructed to have the percentage -- to have
12   the percentage reflect the stage in which the -- in
13   which the deal was as opposed to the likelihood that it
14   was going to close?
15   A.  So, yes, there was -- we used different
16   probabilities.  We used the percentage column
17   differently between consulting and sales.
18   Q.  How so?
19   A.  I don't remember.  I think one approach was
20   given the stage, there was a probability and then there
21   was -- there was another approach.  I can't remember
22   who used what approach.  But yes.  70 percent on ours
23   meant something different on the sales side.
24   Q.  Okay.  And did that -- and did the way in
25   which you utilized that percentage impact the way in

Wood, Kelly A  10/7/2005  10:01:00 AM

1    which the Excel spreadsheet could be used as a
2    forecasting tool?
3    A.  Yes.  I think -- so, not only were the
4    number -- did the numbers mean different things, but
5    then they did different things in that computation of
6    forecast.  I don't remember the mechanics of that,
7    though.
8    Q.  Do you know what, if anything, your
9    supervisors did and the supervisors above them to
10   actually create a consulting forecast for the northwest
11   region that was rolled up into the west region and then
12   on to -- on to corporate finance?
13   A.  No, I don't know the details of that.
14   Q.  You didn't play any role in the -- in that
15   process?
16   A.  Correct.
17   Q.  Okay.  Was it your understanding that
18   management judgment would come into play in providing
19   those numbers up the chain of command?
20   MR. BRITTON:  Objection to form.
21   THE WITNESS:  Yes, I believe management
22   perspective would play a critical role in that.
23   Q.  (BY MR. RUBIN)  So, other than providing
24   input into the spreadsheets on your particular
25   opportunities, you didn't play any other role in the

Wood, Kelly A  10/7/2005  10:01:00 AM

1    forecasting process for the northwest region?
2    A.  Correct.
3    Q.  Did you ever have access to or did you ever
4    review any forecasts for the west region consulting?
5    A.  I don't remember.
6    Q.  Now -- you don't recall?
7    A.  Correct.
8    Q.  Now, did you have -- sitting here today, do
9    you recall what the -- do you know what Oracle's west
10   region consulting forecast was as of February 2001?
11   A.  No.
12   Q.  Okay.  Were you aware that the actual
13   performance, the actual revenues for the west region
14   was within approximately $200,000 of the forecast for
15   the third quarter of 2001?
16   MR. BRITTON:  Objection to form.
17   THE WITNESS:  No.
18   Q.  (BY MR. RUBIN)  Okay.  And would that
19   surprise you if you learned, if I told you that the
20   forecast as of February 2001 was $34,000,000 -- was
21   $34.3 million and the actual recorded revenue for the
22   west region consulting was $34,000,000, would that
23   surprise you that it was within $300,000 for the third
24   quarter of '01?
25   A.  Yes, it would surprise me.  Again, going

Wood, Kelly A  10/7/2005  10:01:00 AM

1   back to what I talked about, there's -- that's revenue.
2   What would surprise me is if our sales forecast was
3   that close.
4       Q.  When you say "sales forecast," you mean the
5   margin forecast?
6       A.  No.  So, you've got -- in consulting, right,
7   you have the revenue side and you have the sales side.
8   You sell it, but you don't get to recognize revenue
9   until you deliver it.
10      Q.  So, you're -- and you would be certain --
11  what you're saying is you would be surprised if the
12  sales, actual sales that occurred in the third quarter
13  of '01 matched the forecast?
14      A.  Correct.
15      Q.  And was that actually forecasted separately
16  from revenue?
17      A.  Yeah.  Yes.
18      Q.  So, you -- so, what different, what
19  different metrics were forecasted?  You had a revenue
20  forecast?
21      A.  Yes.
22      Q.  And then you had a sales forecast?
23      A.  Yes.
24      Q.  Okay.  And what did sales forecast measure?
25      A.  Bookings.  So, you --

Wood, Kelly A  10/7/2005  10:01:00 AM

1       Q.  So, it's a bookings forecast essentially?
2       A.  Exactly.  Because -- and I make that
3   distinction because revenue, consulting revenue is
4   really a backwards looking metric.  It shows you what
5   you sold three, six, nine months ago, which is not
6   reflective of licensing revenue.  Licensing revenue is
7   current.  So, that's why I make the distinction
8   consulting sales matches up to license sales.
9       Q.  So, but -- right, no, I understand your
10  distinction.  So, the revenue -- so, when you were,
11  when you were providing your input into these Excel
12  spreadsheets, what kind of forecast was that providing?
13  Sales --
14      A.  Sales.
15      Q.  -- or revenue or both?
16      A.  Sales.
17      Q.  You didn't play any role in the revenue
18  forecasting for the northwest region?
19      A.  No.  There's a -- you could have derived
20  future revenues based on consulting sales and discount
21  drive to future margin and used that to forecast future
22  margins.  I don't know that anybody did that, but --
23      Q.  But now, of course, as you said before, if
24  you're -- if you have an opportunity, it includes an
25  opportunity for some component of license sales and

Wood, Kelly A  10/7/2005  10:01:00 AM

1   some future -- to be provided in the future consulting
2   services; correct?
3       A.  Yes.
4       Q.  So, some portion of any opportunity that you
5   were tracking would be, if sold, part of that quarter's
6   revenue?
7       A.  Yes.  But we only inputted -- provided input
8   for consulting.  We consulted on license revenues, but
9   the spreadsheets I put in -- actually, we did
10  forecast -- we did forecast software sales as well.
11      Q.  Within your consulting spreadsheet?
12      A.  Yes.
13      Q.  So, those spreadsheets then wouldn't
14  necessarily equate to how Oracle's publicly reporting
15  their numbers between license and consulting?
16      A.  Correct.
17      Q.  So, the forecasts that you're seeing, to the
18  extent you were seeing a forecast at the bottom --
19  forecasted number, we were talking about before that
20  after Rick Gage or some other supervisor took all of
21  your input, he would send you a copy of what he sent on
22  to Mike Underwood.  Is it your understanding that the
23  number there was just for consulting or would it have
24  included, then, some license sales?
25      A.  It would have been both.

Wood, Kelly A  10/7/2005  10:01:00 AM

1       Q.  Okay.  So, that number ultimately as it
2   works its way up Oracle would have been divided out for
3   purposes of forecasting?
4       A.  Yes.
5       Q.  Okay.  Do you know at what stage that would
6   happen?
7       A.  No.
8       Q.  And does Oracle -- did Oracle at the time
9   that you were there publicly forecast or give guidance
10  to the market about its bookings forecast?  Did it tell
11  the market, "Here's how much we think we're going to
12  book" as opposed to revenue or earnings guidance?
13      A.  No.
14      Q.  Okay.  All right.  Now, I wanted to switch
15  to any access to pipeline license sales information
16  that you have.  We talked about consulting.  I wanted
17  to talk to you about license sales.
18      A.  Okay.
19      Q.  So, first of all let's talk about conference
20  calls.  Did you -- I believe that you testified earlier
21  that you participated from time to time in conference
22  calls with the sales -- with the license sales
23  organization?
24      A.  Yes.
25      Q.  Okay.  And which license sales

1 organization's conference calls did you participate in?

2 When I say "which," I mean region or subregion?

3     A. It would have been the northwest. And

4 again, it would have been -- so, it would have been the

5 northwest region of the product sales.

6     Q. Okay. And how often would those conference

7 calls occur?

8     A. Once a week.

9     Q. And how many people typically would

10 participate in those calls?

11     A. 10, 20, 30. Because that would be both

12 product sales and consulting. So, you had -- both

13 audiences would attend those calls.

14     Q. So, all of your peers in E-business

15 consulting would attend the calls?

16     A. Yes.

17     Q. As well as other apps consulting?

18     A. Yes.

19     Q. And then -- and then the sales reps for

20 license?

21     A. Yes.

22     Q. Okay. And was there an individual during

23 this time period that we've been talking about, spring

24 of 2000 to February 2001, an individual or individuals

25 who would lead those calls? Was there a supervisor or

1 somebody who would run those calls?

2     A. So, Glen Seninger ran those for the

3 southwest.

4     Q. For the southwest --

5     A. The south -- the southern portion of the

6 northwest territory. And then Jim Rooney for the

7 northern portion.

8     Q. And did you take part in Mr. Rooney's

9 conference calls, Mr. Seninger's, or both?

10     A. At various times both.

11     Q. When you say, "At various times, both," are

12 you -- at any one particular time one or the other? Is

13 that what you're saying? But it might have moved

14 around? Or were you taking part in both in any

15 particular quarter?

16     A. I don't remember if I did both.

17     Q. Okay. You don't remember?

18     A. Correct.

19     Q. Okay. And what was your understanding of

20 the purpose of these calls?

21     A. First would be to predict whether they were

22 going to hit their quarter or not. Second of all, to

23 schedule resources for the different sales activities

24 and prioritize resources.

25     Q. Okay. And in terms of predicting a quarter,

1 what input, if any, did you provide during these calls?

2     A. They would ask if -- my opinion on if the

3 deals were going to close or not. At times I had

4 better relationships with the customers than the

5 license sales guys. So, sometimes I would have a good

6 feel of whether I thought a deal was going to close and

7 how much it would close for.

8     Q. So, if I understand correctly, there might

9 have been a potential license sales opportunity that's

10 separate and apart from your E-business consulting

11 opportunity?

12     A. Yes.

13     Q. And you might know that customer and have

14 some input on whether you think they're really ready to

15 pull the trigger on purchasing the software or not?

16     A. Yes.

17     Q. Is that a fair characterization?

18     A. Yes.

19     Q. Okay. Now, what about the underlying

20 software license components of your E -- of your

21 E-business consulting package? Did you provide input

22 on that during those calls?

23     A. Yes.

24     Q. Did the salespeople have visibility into the

25 license components of your packages?

1     A. Yes.

2     Q. How would they get that?

3     A. Ideally it was a joint -- they were joint

4 sales calls.

5     Q. I see.

6     A. So, ideally we would have been, you know,

7 brothers in pursuit of those. At times I would take

8 the lead and they would play more of a secondary role.

9     Q. I see.

10     A. And so, sometimes I would know a little bit

11 better what they were looking to buy and when they were

12 looking to buy by.

13     Q. But it was within their data? In other

14 words, they would -- whether it was -- whether you were

15 taking the lead or you were partnering, if there was a

16 license component to a potential opportunity of yours,

17 it would be reflected in their forecasting data?

18     A. Yes.

19     Q. Do you remember at any particular time

20 during the third quarter of 2001 any indications on

21 those calls about whether the northwest region was or

22 wasn't going to make its quarter?

23     A. I remember it looked grim for them on the --

24 on the product side.

25     Q. On the product side?

Wood, Kelly A  10/7/2005  10:01:00 AM

1   A. Yes.

2   Q. Okay. And what in particular -- do you

3   remember anything in particular, hearing

4   about any particular sales in particular?

5   A. Any sales that like weren't going to close

6   or --

7   Q. Any particular -- right. Do you remember

8   hearing about any particular problems arising that

9   caused pessimism on the call? Any particular sales

10  that were dropping out or that didn't look like they

11  were materializing?

12  A. Woodgrain Millworks was one. So, yes, there

13  were several deals that I was involved with. I can't

14  remember the names. There were several deals I was

15  involved with that slid into -- that either slid into

16  Q4 or we just lost.

17  Q. And do you remember at what point in time in

18  the quarter some of this, some of the grimness, as you

19  described, started to surface?

20  A. I remember there being a grimness at the

21  beginning of the quarter because of the bigger economic

22  situation.

23  Q. And was -- and as you understood it, was

24  the -- was the new realization or the view about the

25  probability of making these license sales, was that --

Oracle                                              Page 121

Wood, Kelly A  10/7/2005  10:01:00 AM

1   was the forecast that license sales was preparing, was

2   that being updated to reflect the new reality?

3   A. Yes.

4   Q. Okay. You didn't have any indication

5   anybody was holding back on that information?

6   A. No.

7   Q. Okay. So, to the extent that it was at the

8   beginning of the quarter, then by the end of December

9   or January, a month into the quarter, some -- the

10  attitudes or the concerns that you were hearing raised

11  were being reflected in the forecasts that were being

12  updated and sent up the chain of command; correct?

13  A. Yes.

14  Q. Now, did you have access to any -- other

15  than the calls, did you have access to any data? Like

16  in consulting you reviewed Excel spreadsheets, you both

17  had input into them and then would get updated ones

18  from time to time. Did you receive the same from the

19  sales organization in the northwest?

20  A. Periodically I would get a dump of all of

21  the sales, of the sales pipeline. And I would go

22  through there and look for deals that I might be able

23  to attach myself to in the consulting business.

24  Q. Now, when you say a "dump," what does that

25  mean?

Oracle                                              Page 122

Wood, Kelly A  10/7/2005  10:01:00 AM

1   A. Just a -- you know, just a report of the

2   pipeline tool showing everything within our region, all

3   the deals, what their probability was, what the -- how

4   big they were.

5   Q. Within the northwest region?

6   A. Yes.

7   Q. Okay. And how often would you get that?

8   A. At least once a month. Sometimes once a

9   week.

10  Q. And did you receive that electronically?

11  A. Yes.

12  Q. Somebody would send it to you as an

13  attachment or --

14  A. Yes.

15  Q. And did you perform any tasks similar to

16  consulting? Did you provide any input or updating of

17  that data?

18  A. Not -- no.

19  Q. Right.

20  A. Not other than during the phone call we

21  would have.

22  Q. Okay. So, you -- so, in that sense, you

23  didn't play any role in the forecasting process for

24  license sales other than what you described, that it

25  could have some impact on license sales, other than the

Oracle                                              Page 123

Wood, Kelly A  10/7/2005  10:01:00 AM

1   consulting work that you did might have some impact on

2   license sales?

3   A. I believe that in our spreadsheet at times

4   we would not just reflect consulting, we would also

5   reflect licensing. And so, that licensing information,

6   if not already in the licensing pipeline, would have

7   gone into the licensing and created new entries in

8   the -- in that pipeline.

9   Q. I see. So -- right. And that's what you

10  had described before.

11  A. Yes.

12  Q. So, to the extent there was a license

13  component to your consulting sales work, that -- your

14  understanding is one way or another that would get fed

15  into the license sales forecast?

16  A. Yes.

17  Q. Okay. But you personally, when you -- when

18  you received this dump of pipeline information, you

19  didn't have any -- it wasn't your job to update it in

20  any way?

21  A. Correct.

22  Q. So, if you saw a license, a potential

23  license deal that you knew was connected to some deal

24  that you were working on, that information would be

25  input through the consulting work that you did and not

Oracle                                              Page 124

Wood, Kelly A  10/7/2005  10:01:00 AM

1   directly by you in getting the license information?

2       A. Correct.

3       Q. Okay. And other than the data that you

4   received that would show the license pipeline

5   opportunities, did you have any other access to

6   information, any other access to license sales pipeline

7   information?

8       A. No.

9       Q. Did you have any access to -- have you ever

10  heard of Oracle Sales Online?

11      A. Yes.

12      Q. Okay. What is that? What is your

13  understanding of what that is?

14      A. So, that's a tool that the sales guys were

15  supposed to use to enter in their deals, their

16  forecasts, provide updates. And it had a reporting

17  component out of it that actually would have created

18  that dump that I talked about.

19      Q. So, your understanding is OSO generated the

20  dump that you -- that you received electronically?

21      A. Right. It didn't really seem to work. So,

22  I don't know exactly where that dump came from, if that

23  came from OSO or if it came from a spreadsheet that,

24  you know, somebody was doing offline.

25      Q. I see. You're not sure?

Wood, Kelly A  10/7/2005  10:01:00 AM

1       A. Correct.

2       Q. You did not personally have direct access

3   into OSO?

4       A. I think I did. I think I did.

5       Q. You could -- you actually could access OSO

6   and go in directly?

7       A. And do reports.

8       Q. I'm sorry?

9       A. And do reports.

10      Q. What -- I don't know what you mean.

11      A. I could do a dump, do my own dump.

12      Q. Of your information?

13      A. Of information from my -- so, again, OSO was

14  a -- was a product. So, I could go in and do a dump

15  for my region. I don't ever -- I don't ever remember

16  doing that.

17      Q. You never recall doing that actually?

18      A. Correct.

19      Q. Okay. Did you have access to look at the

20  other data that was in OSO at any particular point in

21  time? In other words, could you access OSO? You said

22  you could make a report, although you don't remember

23  doing it. But could you otherwise just go into OSO and

24  say, "Oh, I want to see what northwest region is up

25  to"?

Wood, Kelly A  10/7/2005  10:01:00 AM

1       A. I could have done that, yes. I don't

2   remember ever doing that.

3       Q. So, your recollection sitting here today is

4   the only -- the vehicle through which you received data

5   was this data dump that you received electronically

6   from the license organization?

7       A. Yes, in addition to the teleconferences we

8   would have where we would --

9       Q. I was talking about like data that's

10  actually, you know, either electronically -- I

11  understand that there were oral communications.

12      A. Yes.

13      Q. But other than -- I'm just now trying to

14  talk about either your access to data that you used or

15  relied upon that -- strike that.

16         I just want you to focus -- I just want you

17  to focus your answer on data that you either reviewed

18  or had access to within Oracle. And so, I'm just

19  trying to be sure I understand your answer, that the

20  only data that you recall reviewing from license sales,

21  the only pipeline data is this data dump that you

22  received on a monthly basis?

23         MR. BRITTON: Objection to form,

24  mischaracterizes testimony.

25         THE WITNESS: Correct. So -- but again,

Wood, Kelly A  10/7/2005  10:01:00 AM

1   when we would -- so, yes, I had access to the Oracle

2   Sales Online dumps. Additionally, when we would walk

3   through those sales pipeline calls, you would see that

4   same data presented there. Different format, but --

5       Q. (BY MR. RUBIN) You would hear it being

6   presented, you mean? You mean when you walked through

7   it on the telephone calls?

8       A. Yes. I thought we had -- I thought we would

9   also be able to view that information at times. There

10  would be a -- it seems like we had view information, we

11  weren't just hearing that audibly. We also were seeing

12  that visually. I don't know if we had -- I don't

13  remember what technology we had to share presentations,

14  but it seemed like, it seemed like I remember being

15  able to see that data as well.

16      Q. So, your recollection is through some means

17  or another some data was sent to you that would

18  accompany the conference calls?

19         MR. BRITTON: Objection.

20         THE WITNESS: Yes.

21      Q. (BY MR. RUBIN) Okay. But you have no

22  memory of actually directly accessing Oracle Sales

23  Online to get the data?

24      A. Correct.

25      Q. All right. And then you had indicated I

1  think earlier that in terms of other input you had
2  about trends and the status of license sales, that you
3  spoke to individuals outside of your region?
4     A. Yes.
5     Q. And you had a specific memory of talking to
6  a couple of people in San Francisco?
7     A. Yes.
8     Q. And who were those individuals?
9     A. I don't remember.
10    Q. Okay. And do you remember the time period
11 in which you spoke to them?
12    A. It would have been in that 2001 time period.
13    Q. Do you remember whether any particular
14 customers were discussed?
15    A. No.
16    Q. Other than those conversations, what other
17 conversations do you recall, if any, with any sales --
18 license sales reps outside of your region on Oracle's
19 performance during the -- during this time period?
20    A. So, I would have conversations with product
21 sales guys as well. just, you know, from -- used to
22 work together, you know, as I moved from territory to
23 territory. So, just those kinds of conversations with
24 prices -- with product sales guys.
25    Q. And were the two guys in San Francisco, were

1  they consulting sales or product sales?
2     A. Consulting.
3     Q. Those two were consulting?
4     A. Yes.
5     Q. Okay. Did you ever have any conversations
6  with anybody in license sales outside of the northwest
7  region during this time period?
8     A. No.
9     Q. Okay. And now, within the region you said
10 you had talked to individuals who were responsible for
11 license sales, product sales --
12    A. Yes.
13    Q. -- right? Because you would partner with
14 them from time to time.
15    A. Right. So, I had -- I had visibility to
16 their pipeline via dialog and the dumps.
17    Q. Right.
18    A. Separately I would just occasionally talk to
19 people within the northwest region, but not within
20 my -- so, if I was in the north region, I would talk to
21 people in the south region.
22    Q. The southwest region we had discussed?
23    A. Yes.
24    Q. Okay. And do you remember any specific
25 conversations during this time period with people in

1  the southwest region?
2     A. No, not specific conversations.
3     Q. You had indicated I believe that for Q1 and
4  Q2 of 2001 that you personally exceeded your own
5  quotas; is that right?
6     A. Yes.
7     Q. And you received a healthy bonus one of
8  those quarters; right?
9     A. Yes.
10    Q. Which quarter was it that you received a
11 bonus?
12    A. I received a bonus both quarters. I believe
13 it was in Q2 that I got a relatively big one.
14    Q. And who were your principal customers that
15 you can recall during Q2?
16    A. There was a -- there was a company, Aquia,
17 A-q-u-i-a.
18    Q. Not Ikea?
19    A. Correct.
20    Q. All right.
21    A. It's a Spanish word for something.
22 Aqui.com.  Aqui, that was it.
23    Q. Aqui.com?
24    A. We sold a roughly a $2,000,000 consulting
25 deal.

1        (Cell phone.)
2        THE WITNESS: Sorry about that. So, it was
3  roughly a $2,000,000 consulting deal with Aqui.com.
4     Q. (BY MR. RUBIN) What kind of work did they
5  do?
6     A. They never did anything.
7     Q. Would they fairly fall within the venture
8  capital dotcom category?
9     A. Yes, they spent virtually all their money
10 with us and never got any money to run their company.
11    Q. And that was in the second quarter of '01,
12 you believe?
13    A. Yes.
14    Q. So, that was -- that was a large deal from
15 your perspective?
16    A. Relatively, yes.
17    Q. Okay.
18    A. So, there was that and then there was a
19 company called Deals.com, which is now Overstock.com,
20 that was a Q1, Q2 deal that closed.
21    Q. Okay. And that was a dotcom -- that was a
22 company that you would fairly describe as a dotcom
23 also?
24    A. Yes. And I believe we sold -- that's all I
25 remember.

1   Q. Okay. So, in Q2 '02, would it be fair to
2   say you exceeded your performance expectations;
3   correct?
4   A. Yes.
5   MR. BRITTON: Objection to form. '01, you
6   mean?
7   MR. RUBIN: Q2 -- did I say '02?
8   MR. BRITTON: Yes.
9   Q. (BY MR. RUBIN) Q2 '01.
10   A. Yes.
11   Q. And the same was true in 2001? The first
12   quarter of 2001 you exceeded your quota?
13   A. I don't know that I exceeded it in Q1
14   proper. By the end of Q2, I exceeded both my Q2 number
15   and my H1 number. I don't specifically remember Q1.
16   Q. I see. So, you exceeded your half-year
17   number?
18   A. Yes, and -- yes.
19   Q. And what percentage of your business during
20   the first two quarters of '01, if you have any -- if
21   you have any sense sitting here today, was dotcom
22   compared to other?
23   A. Mine was pretty high because of the Aqui.com
24   deal. 60, 70, 80 percent of mine was dotcom related.
25   Q. Okay. And what about your pipeline going

1   into the third quarter? Do you know how much of it was
2   dotcom?
3   A. I don't remember any dotcom deals in Q3.
4   Q. You don't remember anticipating any or
5   any -- I'm talking about any that would have been in
6   your pipeline at the closing?
7   A. I don't remember anticipating any.
8   Q. And obviously that information, then, would
9   have been reflected in the forecasting information that
10   you conveyed; correct?
11   A. Yes.
12   Q. And do you remember for your region as a
13   whole how much dotcom was in the pipeline going into
14   the third quarter or was anticipated?
15   A. No, I don't.
16   Q. Do you have any memory of believing at the
17   time that the northwest region -- that the northwest
18   region had -- well, let me take a step back. Did
19   you -- you had said before that you were not involved
20   in -- you did not work with Rick Gage or Mike Underwood
21   in developing an actual forecast for consulting that
22   was passed on up the chain of command; is that right?
23   A. Correct.
24   Q. Did you actually see -- even though you
25   weren't involved in developing it, did you actually see

1   the forecast that was being passed up in the beginning
2   of each quarter, see the numbers?
3   A. We would see the number for -- I would see
4   the number for Rick's level. I would not necessarily
5   see the number for Mike's level.
6   Q. Okay. Because Mike's obviously included
7   other components?
8   A. Yes.
9   Q. Right. So, you would see the level for Rick
10   and his direct reports, which included you?
11   A. Yes.
12   Q. Right. And do you have any memory of
13   believing that any information that Rick was passing on
14   to Mike was incorrect or inaccurate?
15   A. No.
16   Q. Would you have brought that to his attention
17   if you thought it was?
18   A. Yes. I wouldn't have -- so, yes, if I would
19   have known, yes, I would.
20   Q. Right. I mean, if you would have seen
21   something that you thought was --
22   A. Yes.
23   Q. -- materially off, you would have alerted
24   him to it?
25   A. Yes. I mean, I hesitate because the guys I

1   was -- if they're worried about their job, they would
2   project a more rosy future, you know. So, I remember
3   sometimes that happening.
4   Q. Do you remember for the third quarter?
5   A. No.
6   Q. Okay. And that's what I was asking, if you
7   thought that something was so rosy that it was
8   materially unattainable or off or was going to mislead
9   others, you would have said something?
10   A. Yes.
11   Q. And you don't remember giving any such
12   feedback?
13   A. Correct.
14   Q. All right. Now, let me ask you about, did
15   you ever -- during your entire time at Oracle, did you
16   ever see a global forecasting report for any particular
17   quarter?
18   A. No.
19   Q. So, it would be fair to say, then, as to any
20   particular columns or categories of information on a
21   global report, you wouldn't know what they are because
22   you never saw one?
23   A. Correct.
24   Q. Okay. I think that Mr. Britton had asked
25   you earlier whether you ever used or accessed Oracle's

1  internal CRM database system. And I believe your

2  answer is you had not. That wouldn't have been

3  something that you would use; correct?

4      MR. BRITTON: Objection, form.

5      THE WITNESS: That's correct.

6    Q. (BY MR. RUBIN) Okay. And Mr. Britton had

7  spoken before about this call from the investigator,

8  which I want to ask you about in a few minutes. But do

9  you remember him asking you anything about your use or

10  access of CRMs, of a CRM database pipeline system at

11  Oracle? Do you remember that subject coming up?

12     A. No.

13     Q. But sitting here today, you wouldn't -- you

14  would not have ever described a system that you had

15  access to as a CRM pipeline database system; would you?

16     MR. BRITTON: Objection to form.

17     THE WITNESS: So, I mean, the sales force

18  automation tool that you talked about, that's really

19  part of the CRM suite. So, yes, I had -- I had access

20  to it.

21     Q. (BY MR. RUBIN) But you didn't use it?

22     A. I don't remember using it.

23     Q. Did you tell the investigator that you used

24  it?

25     A. I don't remember telling him that. I don't

1  remember using it. So --

2    Q. So, it would be -- it would be unlikely that

3  you would have told him you used it if you don't have

4  any recollection of using it?

5      MR. BRITTON: Objection to form.

6      THE WITNESS: Correct.

7    Q. (BY MR. RUBIN) And this -- and this system

8  that we talked about, we're talking about Oracle Sales

9  Online; correct? Is that the database that you're

10  referring to --

11     A. Yes.

12     Q. -- that would have been a part of CRM?

13     A. Yes.

14     Q. That only contained license sales, not

15  consulting; correct?

16     A. I don't know if it contained consulting or

17  not. I know they had talked about it and were trying

18  to get it in. Whether they actually got it in or not,

19  I don't -- I don't know.

20     Q. Did you ever use it for consulting for --

21  well, let me strike that.

22        You don't -- your answer is sitting here

23  today, you don't whether it actually ever contained

24  consulting information?

25     A. Correct.

1    Q. When you say they talked about it, was that

2  being discussed at the end of your tenure at Oracle?

3    A. It had been discussed for a year about

4  getting the consulting into the Sales Online tool as

5  well.

6    Q. But I gather since you don't remember ever

7  accessing it for any purpose, you didn't -- it would be

8  fair to say you didn't access it for consulting either,

9  for consulting numbers either?

10     A. Correct.

11     Q. You had -- I wanted to talk to you about

12  Suite 11i. What is your understanding of what the

13  Suite 11i product at Oracle was at the time you were

14  there?

15     A. It was an upgrade to Oracle's ERP suite. It

16  included a bunch of CRM stuff. It included, you know,

17  an Internet component to it, a web-based access, which

18  was really where the "I" came from. And like all new

19  Oracle application releases, it was pretty problematic.

20     Q. Okay. And tell me in particular what you --

21  what you know about any problems that Suite 11i had.

22  Well, let me back up before I ask you that. Do you

23  remember when Suite 11i was rolled out or first

24  introduced by Oracle?

25     A. I do not.

1    Q. Do you remember a general time period? '98?

2  '99? 2000? 2001?

3    A. I would say late '99, early 2000.

4    Q. All right. And tell me what you understand

5  to have been the problems with Suite 11i when it was

6  introduced.

7    A. The order management didn't work, couldn't

8  get it to work.

9    Q. Was that an ERP product?

10     A. Yes.

11     Q. Okay.

12     A. Couldn't get it to work, couldn't get

13  support to help us get it work -- to work. And the CRM

14  component did not work either.

15     Q. And you said like other Oracle products that

16  there -- that there was -- there were some initial

17  problems at the time that it was introduced. Had that

18  been your experience with other products that Oracle

19  had introduced when it was initially rolled out?

20     A. Yes.

21     Q. Okay. And is that your understanding of

22  a -- is it your understanding that software of this

23  sort generally has initial problems when it's first

24  introduced?

25     A. Yes. I think -- I think 11i had a greater

1   number of problems than we were used to seeing. Being
2   the consultants, we would see the problems, you know,
3   with all of the releases. 11i seemed especially
4   problematic.
5       Q. And did you -- and can you tell me any
6   specific customers that you recall Suite 11i
7   implementation issues with?
8       A. Ultradent, a dental company down in Salt
9   Lake City.
10      Q. Okay.
11      A. I can't remember the names of the other
12  companies.
13      Q. And what is your understanding, if any, of
14  the specific problem that Ultradent had with respect to
15  Suite 11i?
16      A. We couldn't get order management to work.
17  We couldn't get it to process, to take orders into the
18  system and create manufacturing orders and
19  manufacturing schedules and those kinds of things.
20  That was the primary issue with --
21      Q. And did Oracle consultants -- were Oracle
22  consultants called upon to work on the problem?
23      A. Yes, we were doing the implementation of it.
24  So, we were -- we couldn't even finish our job because
25  it wouldn't work.

1       Q. So, did you play a specific role in that
2   implementation?
3       A. I sold the deal and was the account manager.
4   So, yes, I was involved with the customer being upset,
5   disappointed. We had to give them consulting -- free
6   consulting because our consultants basically had to
7   troubleshoot the application. And so, we had to
8   basically do that work for free.
9       Q. And when consultants do work for free, whose
10  numbers does that come out of? Consulting's or
11  license?
12      A. It depends. Sometimes it came out of our
13  consulting numbers and sometimes the product guys would
14  actually give us money back and -- you know, because we
15  lost revenue basically on the consulting end, they
16  would give us money from the -- from their products.
17      Q. How was that determined?
18      A. You would submit an account and an estimate
19  of the amount of non-billable hours. And then they
20  would -- they set aside this pool of money to, you
21  know, to address those situations. And then you would
22  get some amount of that, you would recover basically
23  some amount of that revenue from the product guys.
24      Q. And did the Ultradent order management
25  problem get resolved ultimately?

1       A. Yes.
2       Q. And so, they went live with order management
3   ultimately?
4       A. Yes.
5       Q. And do you remember when that was?
6       A. No.
7       Q. Okay. What other specific Suite 11i
8   problems do you recall?
9       A. I can't remember the names of the companies.
10      Q. Okay. Do you -- did you have any
11  understanding of the internal rating system that Oracle
12  technical support folks used for rating the severity of
13  a bug or a problem?
14      A. I sort of remember it. There were like
15  priority -- you would call in a ticket and there would
16  be priority 1 tickets -- I'm pretty fuzzy on that
17  rating system.
18      Q. Okay. So, you don't remember how one would
19  describe priority 1 as opposed to priority 2 as opposed
20  to priority 3 or priority 4? Do you know what the
21  guidelines were or the distinctions between the
22  different ratings?
23      A. I believe priority 1 meant that a system in
24  production was down and not operational and that
25  priority 2 would be -- so, during an implementation

1   before you went live, you couldn't have a priority 1
2   issue. You'd have to go through some escalation
3   process because you weren't live yet but it was
4   preventing you from going live. So, that was -- that
5   was a significant effort for us was to get things into
6   some magic priority status so that we could get folks
7   to look at it so that we could actually take the
8   customer live. So, there was a significant amount of
9   effort around that. The exact rating system I don't
10  remember.
11      Q. And did you -- do you understand the term
12  "integrated" as it relates to Oracle applications.
13  Suite 11i in particular?
14      A. Depending on the context, I guess.
15      Q. Well, what would your understanding of the
16  term be in the context of Suite 11i?
17      A. So, the term "integration" would be
18  integration between the financials and your
19  manufacturing system and between your E-commerce and
20  your financials and your manufacturing system.
21      Q. So, the different modules and their ability
22  to communicate?
23      A. Yes.
24      Q. Is that fair to say?
25      A. Yes.

Wood, Kelly A  10/7/2005  10:01:00 AM

1    Q.  And do you recall any of the Suite 11i, I

2    mean any 11i problems that you encountered?  Putting

3    aside you don't remember any other customers other than

4    Ultradent, specifically were you ever told that the

5    problem specifically related to an integration problem?

6    A.  Order entry would have been the integration

7    problem.

8    Q.  At Ultradent?

9    A.  Yes.

10    Q.  Okay.  And what did you understand the --

11    what did you understand the integration problem to be?

12    A.  That order entry was not fully integrated

13    with the financials and not fully integrated with

14    manufacturing.

15    Q.  And what did you understand that the

16    consulting team did to resolve that?

17    A.  It was always a combination of you work on

18    support, you know, you beat up support until they

19    finally, you know, find a fix for you.  And in

20    parallel, you just change the configuration of order

21    entry until it works.  Basically you -- ERP has a bunch

22    of just little switches, software switches.  So, you

23    just flip switches until you find some combination that

24    allows now an order to integrate through and pass into

25    financials or manufacturing.

Wood, Kelly A  10/7/2005  10:01:00 AM

1    Q.  And that kind of alteration of the switches

2    for customization purposes is not unusual, is it, for

3    when you bring in a product to a company?

4    MR. BRITTON:  Objection.

5    THE WITNESS:  That is not unusual.

6    Q.  (BY MR. RUBIN)  And did you have any reason

7    to believe that the Suite 11i system was not designed

8    to be interoperable?  I know you've discussed at this

9    particular company that there were some switches that

10    needed to be changed.  But in terms of its design, do

11    you have any reason to believe sitting here today that

12    Suite 11i wasn't designed to be integrated and

13    interoperable?

14    MR. BRITTON:  Objection, foundation.

15    THE WITNESS:  I do not have any knowledge of

16    it not being designed.

17    Q.  (BY MR. RUBIN)  Okay.

18    (Reporter clarification.)

19    Q.  (BY MR. RUBIN)  Did you understand that the

20    Suite 11i modules used a common data scheme?

21    A.  Yes.

22    Q.  And do your understand whether it used a

23    single database?

24    A.  I don't remember.

25    Q.  Do you know whether it was constructed with

Wood, Kelly A  10/7/2005  10:01:00 AM

1    the same computer language?

2    A.  I don't know.

3    Q.  Okay.  So, other than Ultradent, do you have

4    any other specific recollections of any particular

5    Suite 11i implementation problem?

6    A.  No.

7    Q.  Do you recall other customers going live

8    with some portion of Suite 11i while you were at

9    Oracle?

10    A.  Yes.

11    Q.  Do you remember any of those customers?

12    A.  No.

13    Q.  Do you remember how long it took at

14    Ultradent to resolve the order management issue?

15    A.  A couple months.

16    Q.  Okay.  Now, I wanted to ask you about some

17    of the responses that you had provided to Mr. Britton

18    in terms of the trending, the sales trending that you

19    had commented on.

20    A.  Okay.

21    Q.  Did you ever yourself, sort of separate and

22    apart from the numbers that were being produced by

23    license sales, did you ever yourself go back and do any

24    metrics of year over year or quarter compared to

25    quarter to analyze any trending analysis?

Wood, Kelly A  10/7/2005  10:01:00 AM

1    A.  No.

2    Q.  When the investigator -- when you talked to

3    the investigator, did you have any numbers or

4    quantitative data in front of you when you were

5    speaking to him?

6    A.  I certainly didn't have any analysis in

7    front of me.  I probably had a better mental

8    recollection.

9    Q.  You had indicated, I think earlier that your

10    said that your conversation with the investigator was

11    "off the cuff."  What did you mean by that?

12    A.  It was a casual -- I was providing -- it was

13    a less formal setting than today's.  So, it was a -- it

14    was a less formal response and just a less formal

15    setting, a less formal, you know, set of -- less

16    thoughtful than this setting.

17    Q.  And when you say, "less thoughtful," you

18    mean you were less careful about what you were saying?

19    MR. BRITTON:  Objection to the form.

20    THE WITNESS:  Yes.

21    Q.  (BY MR. RUBIN)  Okay.

22    MR. RUBIN:  Why don't we go ahead and switch

23    the tapes.  I probably only have about 15 more minutes.

24    THE VIDEOGRAPHER:  This is the end of tape

25    No. 4 at 13:58 of the deposition of Kelly Wood.

Wood, Kelly A  10/7/2005  10:01:00 AM

1    (Recess held.)
2        THE VIDEOGRAPHER: This is the beginning of
3    tape No. 5 of the deposition of Kelly Wood. The time
4    is 14:02.
5        Q. (BY MR. RUBIN) Okay, Mr. Wood, do you -- in
6    terms of the -- we're still on the topic of the trends
7    that you spoke to the investigator about -- or that you
8    responded to Mr. Britton about. Do you remember
9    observing a significant decline in sales starting the
10   summer of 2000?
11       A. Yes.
12       Q. Okay. And when you say, "Yes," tell me what
13   specifically you recall.
14       A. That's when the news really started to hit.
15   It was really kind of in the spring of 2000 that, you
16   know, you started to read more and more about dotcoms
17   struggling. And by summer, you know, there was fewer
18   and fewer and fewer dotcoms --
19       Q. What about --
20       A. -- in our pipeline.
21       MR. BRITTON: Let him finish his testimony.
22       (Reporter clarification.)
23       Q. (BY MR. RUBIN) Now, when you say --
24       MR. BRITTON: Are you finished with your
25   testimony?

Oracle                                           Page 149

Wood, Kelly A  10/7/2005  10:01:00 AM

1        THE WITNESS: There were fewer dotcoms in
2    our pipeline. You know, the technology psychology was
3    starting to take effect. And so, from my perspective,
4    yeah, I saw -- I saw a decline in business pipeline.
5        Q. (BY MR. RUBIN) Okay. So, when you say --
6    that's what I want to focus on. First we're talking
7    about the northwest region when you said "my area" or
8    "my sector" or whatever word you used; correct?
9        A. Yes.
10       Q. That's what -- we've talked for about four
11   hours now. That's what you had visibility into;
12   correct?
13       A. Yes.
14       Q. Not any other region of the country?
15       A. Correct.
16       Q. And not the entire west even?
17       A. Yes.
18       Q. Is that correct?
19       A. Yes.
20       Q. Right. So, in terms of the northwest, what
21   specifically -- what do you recall, what specifically do
22   you recall seeing in Oracle's pipeline numbers that
23   indicate to you there was a significant decline in
24   sales? Do you remember any specific numbers? Do you
25   remember any quantitative data that caused you to reach

Oracle                                           Page 150

Wood, Kelly A  10/7/2005  10:01:00 AM

1    the conclusion that there was a significant and deep
2    decline in sales in 2000, summer -- starting in the
3    summer of 2000?
4        A. So, my impression came from A, seeing a
5    decline in my pipeline and B, listening to the calls
6    where we talked about product pipeline and C, just
7    dialog with peers and friends in other parts of
8    Americas.
9        Q. And when you say, "A decline in pipeline,"
10   were you using as a benchmark -- or what were you using
11   as a benchmark? The quarter before or the year before?
12       A. Our ability to hit that upcoming quarter's
13   numbers. So, at Oracle we never really worried about
14   what we did last year, from a -- you know, at our
15   level, the quarter-by-quarter trending was never -- we
16   never worried about that. We just worried about our
17   ability to hit this quarter. And with all of those
18   different channels it was just becoming more and more
19   obvious to me that we weren't going to hit our numbers.
20       Q. So, in terms of -- so, what you're saying is
21   that when you talk about a deep decline, you're not
22   talking about a deep decline in Q2 '01 compared to Q2
23   '00, for example? That's not the benchmark you were
24   using?
25       A. Correct.

Oracle                                           Page 151

Wood, Kelly A  10/7/2005  10:01:00 AM

1        Q. Okay. When you talked about it trending
2    downward, you're talking about the increasing
3    difficulty of making the forecasted numbers?
4        A. Yes.
5        Q. Okay. And now, for Q1 and Q2, did your
6    quota for your own sales get reduced to reflect the
7    emerging challenges?
8        A. No.
9        Q. Because, of course, as you had said earlier,
10   you had exceeded your quota for both the first quarter
11   and the second quarter; right?
12       MR. BRITTON: Objection to form,
13   mischaracterizes testimony.
14       THE WITNESS: I exceeded my Q2 and my H2
15   number. I don't remember if I exceeded my Q1 number.
16       Q. (BY MR. BRITTON) Oh, okay. So, you
17   exceeded your Q2 number and your H1 number?
18       A. Yes.
19       Q. And so, when you talk about -- just so I
20   understand, when you talk about trending or a decline,
21   are you expressing that there was -- qualitatively it
22   was more difficult to exceed your numbers in the second
23   quarter?
24       A. Again, from my perspective -- so, my
25   personal perspective came from I had a couple of

Oracle                                           Page 152

Wood, Kelly A  10/7/2005  10:01:00 AM

1  dotcoms that came in that spent money and allowed me to
2  make my quarter. But the rest of my pipeline was
3  significantly decreasing. So, if you take what we call
4  the "bluebirds" out, you know, you just got lucky and
5  this guy came through and he's going to spend money
6  with you. If you take the bluebirds out, right, and
7  you look at the more, the non-bluebird business, you
8  know, yeah, it was -- it was not trending well.
9       Q. And you were -- and then as it was trending
10  down, you were pulling those -- had to pull those
11  opportunities out of the pipeline as the quarters -- or
12  as the year progressed?
13       MR. BRITTON: Object to the form.
14       THE WITNESS: Yes.
15       Q. (BY MR. RUBIN) So, the pipeline was
16  shrinking?
17       A. Yes, my future pipeline was shrinking.
18       Q. Right.
19       A. And in addition to these other calls that I
20  was on, I could see other people's pipelines, you know,
21  being affected very significantly.
22       Q. Now, do you have any sense of whether your
23  region was more affected -- I think that this was
24  something you spoke to before -- whether it was
25  disproportionately affected by the dotcom phenomenon

Oracle                                                    Page 153

Wood, Kelly A  10/7/2005  10:01:00 AM

1  compared to other parts of the country?
2       A. We would have been less affected by the
3  dotcom than certainly the southwest region and --
4       Q. Of the west?
5       A. Yes, and the east region -- the eastern
6  region. There was a lot more dotcoms in California, a
7  lot more dotcoms in the east coast than there was in
8  the northwest portion.
9       Q. What about other parts of the country? Do
10  you have any sense one way or another whether you would
11  be -- you would have been more or less affected by the
12  dotcom issues?
13       A. No.
14       Q. And again, you say you observed some
15  shrinking pipelines in both license sales and in
16  consulting; is that right?
17       A. Yes.
18       Q. And that was all being reflected in the
19  forecasting that was being -- that was being generated
20  up to corporate management; correct? If you know.
21       A. I can only say about mine. My hesitation is
22  at Oracle, if you're in a sales position at Oracle, you
23  were always reluctant to say you weren't going to hit
24  your number because --
25       (Reporter clarification.)

Oracle                                                    Page 154

Wood, Kelly A  10/7/2005  10:01:00 AM

1       THE WITNESS: -- you would get fired. So,
2  whether that was truly being reflected in the -- in the
3  pipeline or not was -- I can't say for sure.
4       Q. (BY MR. RUBIN) And you can't say -- you can
5  say for you, you were reflecting it?
6       A. Yes.
7       Q. Okay. And as far as you knew, your fellow
8  consulting peers were or were not?
9       A. I -- I couldn't say.
10       Q. Okay. I thought -- I thought you had said
11  earlier that you did not at the beginning of the third
12  quarter believe -- or you didn't observe, you don't
13  recall observing any material discrepancy between what
14  you thought the forecast should be and what the numbers
15  that were being reported out should be.
16       MR. BRITTON: Objection to form.
17       Q. (BY MR. RUBIN) Is that -- is that accurate?
18       A. So, as far as I knew, the numbers that were
19  being forecasted were correct. But knowing my peers
20  like I did, I couldn't testify to the accuracy of it.
21  Given the consequences, I don't know how accurate the
22  data was. And certainly in the past I had been liberal
23  with my -- as a sales guy, you're always a half full --
24  the glass is half full guy. And so, yeah, we were
25  always prone to being overly optimistic about the

Oracle                                                    Page 155

Wood, Kelly A  10/7/2005  10:01:00 AM

1  chances of closing a deal, especially in light of
2  Oracle's culture. You had to be. So, given that
3  background, yeah, I think -- I think there was doubt of
4  the accuracy of the -- of the numbers being pushed up.
5       Q. Was there a phenomenon at Oracle because of
6  those pressures that people wanted to be sure that
7  their -- that their forecast was low enough that they
8  would make it?
9       A. Yes, people would sandbag. So, yes, people
10  would sandbag.
11       Q. That's what I was asking you.
12       A. People would forecast this knowing -- hoping
13  that they would come in here. But also, you had to
14  forecast a certain amount or you'd lose your job;
15  right? If you forecasted nothing, then you were in
16  jeopardy of losing your job. So, there was -- there
17  was -- there was upper and lower pressure.
18       Q. So, and those pressures would then push you
19  in opposite directions; correct?
20       A. Yeah, depending if you were at the bottom,
21  there's pressure pushing you up. If you were at the
22  top, it was -- and then the external pressures were
23  always pressuring you to go up, right.
24       Q. And in fact, isn't it your memory that prior
25  to 2001 Oracle was exceeding its forecasts by

Oracle                                                    Page 156

1  substantial amounts globally?

2  A. Yes.

3  Q. And would you attribute some of that

4  phenomenon to people lowballing or sandbagging?

5  A. You know, I couldn't say.

6  Q. Okay. But you do recall Oracle exceeding

7  its forecast by substantial amounts prior to 2000 -- FY

8  2001?

9  A. Yes.

10  Q. And that had been a pattern that Oracle

11  management had seen quarter after quarter?

12  MR. BRITTON: Objection to form.

13  THE WITNESS: Yes.

14  Q. (BY MR. RUBIN) And is it your memory that

15  in the first quarter of 2001 Oracle globally made its

16  earnings forecast?

17  A. I don't remember.

18  Q. Okay. Do you remember the second quarter?

19  A. No.

20  Q. So, aside or separate and apart from what

21  you've -- what you described about the input that you

22  received that caused you to conclude there was some

23  decline in sales starting in the summer of 2000, did

24  you ever perform -- do you have any other metrics that

25  you could point me to to support your conclusion that

1  you did at the time or did later to support that

2  conclusion?

3  MR. BRITTON: Objection.

4  THE WITNESS: I'm sorry? Support --

5  Q. (BY MR. RUBIN) Any other quantitative

6  metrics? Do you have in your mind any other numbers

7  that you were looking at at the time that led you to

8  the conclusion that there was a decline in sales

9  beginning in the summer of 2000 in the northwest

10  region?

11  A. So, other than my personal forecast and the

12  calls that I listened to --

13  Q. Right.

14  A. -- and the, you know, the indirect dialog --

15  or the dialog I would have with my peers, no.

16  Q. Okay.

17  A. Nothing outside of that.

18  Q. Now, were all of the consulting sales

19  triggered by product sales at Oracle?

20  A. No.

21  Q. Explain.

22  A. An upgrade from version X to version Y would

23  not necessarily require product sales. That could just

24  require consulting. Or they say, "We're going to go

25  develop this new application." That would be

1  consulting resources, not necessarily product resources

2  and product licenses.

3  Q. And did you sell any consulting engagements

4  that dealt with those types of services that didn't

5  involve sale of an Oracle product?

6  A. Yes.

7  Q. And what, if anything, do you recall about

8  the demand for 11i itself in the second or third

9  quarter of fiscal year 2001?

10  A. It -- 11i had a -- was starting to get a

11  reputation. I believe in about that time frame, that it

12  was a difficult -- it was not completely -- that it was

13  very buggy. So, it was starting to get a reputation

14  and customers were hearing this and were becoming leery

15  of or were nervous about 11i.

16  Q. Do you recall any particular customer? Do

17  you recall learning whether there was any particular

18  customer who canceled or delayed a sale because of

19  concerns about Suite 11i?

20  A. I cannot remember specific companies. I

21  can't remember specific companies.

22  Q. Okay. So, your testimony about leeriness or

23  concern is based upon the conversations that you had

24  with others during your time at Oracle?

25  MR. BRITTON: Objection to form.

1  THE WITNESS: Conversation with customers --

2  Q. (BY MR. RUBIN) Okay.

3  A. -- during the sales process.

4  Q. Okay. And so, putting aside the customer

5  name, do you remember any particular customer who you

6  can remember other things about the customer in which a

7  customer said to you, "I am not purchasing or I'm

8  delaying this purchase because of what I've heard about

9  the Suite 11i problems"?

10  A. So, is your question do I remember specific

11  companies or do I remember --

12  Q. Do you remember -- if you can't remember --

13  I just want to be sure that I'm -- that you're

14  providing me with any information you have even if you

15  can't remember the name of the company.

16  A. Okay.

17  Q. So, do you remember any communications with

18  any customer, name unknown, relating to -- in which you

19  were informed specifically, you know, "I'm not

20  purchasing this module or this product because of what

21  I've heard about Suite 11i"?

22  A. Okay. No, I do not remember.

23  Q. Okay. Or "I'm delaying purchase because of

24  what I've heard"?

25  A. No, I do not remember.

Wood, Kelly A  10/7/2005  10:01:00 AM

1  Q. Okay. Did you -- were you aware of any
2  report or metric or measurement within Oracle that
3  showed 11i, particularly 11i sales over time? Was
4  there any report that you had access to or any data
5  that would show the amount of, quote, "Suite 11i sales"
6  over time during the spring of 2000, February 2001 time
7  period?
8  A. No, I do not.
9  Q. Okay. You had -- I think Mr. Britton asked
10  you about the hockey stick phenomenon. And you spoke
11  about two different hockey sticks.
12  A. Yes.
13  Q. I wanted to ask you about the hockey stick
14  phenomenon relating to the gamesmanship that goes on at
15  the end of -- at the end of quarters and you said at
16  the end of the year as well.
17  A. Okay.
18  Q. Okay. You had indicated that in your -- in
19  the northwest region, the magnitude or size of the
20  deals was generally lower than it was in other parts of
21  the country?
22  A. Yes.
23  Q. Why is that?
24  A. Just the size of the companies that are in
25  the northwest. You don't have a lot of Fortune 200

Wood, Kelly A  10/7/2005  10:01:00 AM

1  companies that typically drive the big deals. You
2  know, Boeing did big deals. That's the only company I
3  can remember in the northwest -- Franklin Covey, that
4  did big deals, and Micron Electronics at the time.
5  Those are the only three companies that really did big
6  deals with --
7  Q. And how are you defining "big"?
8  A. Over $5,000,000 a year with Oracle. As
9  opposed to San Francisco where there's probably ten
10  companies that did over $5,000,000 a year with Oracle,
11  and Los Angeles, which is probably -- you know.
12  Q. So, in those regions would it be fair to say
13  the hockey stick phenomenon is more pronounced?
14  A. Yes.
15  Q. Because there's more at stake, I gather?
16  A. Yes.
17  Q. Somebody who's making a $10,000,000 purchase
18  at Oracle is going to have more interest in waiting
19  until that last moment to see what they can sweep out
20  of the company?
21  A. Yes.
22  Q. And it was well known and I gather in
23  sophisticated companies that, at least the perception
24  was that they could do better if they waited?
25  MR. BRITTON: Objection to form.

Wood, Kelly A  10/7/2005  10:01:00 AM

1  THE WITNESS: Yes.
2  Q. (BY MR. RUBIN) So, in the regions where
3  there were a greater amount of larger deals, would it
4  be fair to say that it would likely have been harder to
5  forecast the ultimate outcome of the quarter at an
6  earlier point in the quarter?
7  MR. BRITTON: Object to the form, asked and
8  answered.
9  THE WITNESS: I mean, it seems logical, but
10  I don't say that I could -- other than just using logic
11  to answer that question, I certainly don't have any
12  history or any data that would validate that.
13  Q. (BY MR. RUBIN) You can't draw on anything
14  else other than following the syllogism?
15  A. Correct.
16  Q. Do you remember any time at Oracle that on a
17  global level any quarters in which you were there
18  during the entire quarter that the question of whether
19  Oracle was going to make the quarter came down to the
20  last week or two because of big deals that had not yet
21  come in?
22  A. No, I never had any visibility as to whether
23  Oracle was going to make their number or not.
24  Q. Right. And you didn't have any visibility
25  because you weren't seeing any of the forecasting

Wood, Kelly A  10/7/2005  10:01:00 AM

1  reports above your -- above your direct reports level;
2  right?
3  A. Correct.
4  Q. So, to that extent, for the third quarter of
5  2001, the updated forecasting reports that were coming
6  in on an aggregate basis or that Oracle finance
7  management was preparing on an aggregate basis for
8  January, February, you had no visibility into those?
9  A. Correct.
10  Q. Okay. Do you have any understanding of how
11  much of Oracle's pipeline business going into the third
12  quarter of 2001 was business that you would fairly
13  characterize as dotcom business?
14  A. No.
15  Q. Mr. Britton asked you about the statement
16  that had been made that there was a billion dollars in
17  savings coming from the internal implementation of
18  Suite 11i.
19  A. Yes.
20  Q. Do you remember his question about that?
21  A. Yes.
22  Q. And did you ever -- were you ever a part of
23  or did you participate in any internal analysis one way
24  or the other to determine whether any savings had come
25  from that?

Wood, Kelly A 10/7/2005 10:01:00 AM

1    A. A good friend of mine, Mark Overfelt, had

2    done a detailed analysis or had done -- had an analysis

3    of that billion dollar savings. And I don't remember

4    if I helped him with that or if I saw that.

5    Q. And would that have been done on a global

6    basis or within the northwest region?

7    A. Global. That would have been a global

8    analysis. What we were trying to do was document that

9    case so that we could present that to other customers

10   and say, "Here's how we saved a billion dollars."

11   Q. Okay. And what do you remember about that

12   analysis?

13   A. I thought I remember that being shaky, that

14   the --

15   Q. How so?

16   A. Somebody -- and it may not have been Mark.

17   Somebody came back and said they didn't believe the

18   numbers. I don't remember. I don't remember if it was

19   Mark or not, but somebody came back from that analysis

20   and said, "I don't see where we got a billion dollars

21   in savings."

22   Q. So, there was -- so, your memory is there

23   was some analysis that reflected approximately a

24   billion dollars in savings and you remember some

25   questions being raised about it?

Oracle                                              Page 165

Wood, Kelly A 10/7/2005 10:01:00 AM

1    MR. BRITTON: Objection to form.

2    THE WITNESS: Yes.

3    Q. (BY MR. RUBIN) Is that fair to say?

4    A. Yes.

5    Q. But some analysis had been done internally?

6    A. Yes.

7    Q. And you don't remember whether you

8    participated in the analysis or not?

9    A. I thought I remember trying to come up with

10   a piece of that billion dollar number. Somebody said,

11   "What if we got rid of X many servers?" You know, I

12   thought I remembered doing a little bit of math there

13   on what that would save and that being a small piece of

14   a bigger analysis.

15   Q. Do you remember what -- do you remember

16   anything more about which servers or what piece that

17   was?

18   A. No.

19   Q. Okay. Do you remember anything else about

20   the analysis, you know, what data went into it or what

21   Mr. Overfelt or others did to sort of put together the

22   analysis?

23   A. No.

24   Q. Do you remember any individual or

25   individuals who questioned or asked for additional work

Oracle                                              Page 166

Wood, Kelly A 10/7/2005 10:01:00 AM

1    to be done on the analysis?

2    A. No.

3    Q. Do you remember the time period this took

4    place?

5    A. No.

6    Q. And during your time at Oracle, did you ever

7    meet Larry Ellison?

8    A. I was in meeting -- in presentations with

9    him, but certainly, you know, from more than 50 feet

10   away.

11   Q. Did you ever have any direct one-on-one --

12   A. No.

13   Q. -- contact with him?

14   A. No.

15   Q. And what about Jeff Henley?

16   A. No.

17   Q. No meeting, no direct contact?

18   A. I actually had a lunch with Jeff Henley, 20

19   of us with Jeff Henley.

20   Q. Do you remember when that was?

21   A. Early '90 -- I'm sorry, that was Ray Lane.

22   (Reporter clarification.)

23   THE WITNESS: Ray Lane, '96.

24   Q. (BY MR. RUBIN) Ray Lane in '96?

25   A. Yes.

Oracle                                              Page 167

Wood, Kelly A 10/7/2005 10:01:00 AM

1    Q. Jeff Henley, no?

2    A. Correct.

3    Q. Did you ever have any direct contact with

4    Mr. Henley?

5    A. No.

6    Q. Stephanie -- excuse me, Jennifer Minton, did

7    you ever -- do you know who she is?

8    A. No.

9    Q. So, you wouldn't recall meeting her then?

10   A. No.

11   Q. You had said, I think, to Mr. Britton that

12   the ability to forecast consulting revenues is easier

13   than license because of the static nature of it,

14   because you know basically what's been moved and what's

15   coming?

16   MR. BRITTON: Object to form.

17   THE WITNESS: Yes.

18   Q. (BY MR. RUBIN) Is that accurate?

19   A. Yes.

20   Q. So, your ability to see into the horizon of

21   where the quarter is going to end up is greater in

22   consulting than it is in license sales; is that fair to

23   say?

24   MR. BRITTON: Are you talking revenues or

25   sales?

Oracle                                              Page 168

1    MR. RUBIN: Revenues.
2    Q. (BY MR. RUBIN) I'm sorry, consulting
3    revenues versus license revenues.
4    A. Yes, revenues are much easier to predict
5    than sales, product sales.
6    Q. Then product -- let's just say product -- I
7    just want to compare apples to apples.
8    A. Okay. Okay.
9    Q. I mean, I understand that a sale, that it
10   turns into revenue when it leaves the door because of
11   revenue recognition, but I just want to be sure from a
12   terminology vantage point, I'm asking about consulting
13   revenue forecasting versus license revenue forecasting.
14       And is it -- is it your testimony that
15   because of the nature of consulting revenue, because
16   it's flowing from a previously booked order, some of
17   it, that it's easier to forecast consulting revenue at
18   the beginning of a quarter than license revenue?
19   A. I don't know how they forecast product
20   revenue. I don't know if that's -- revenue is
21   20 percent of product sales. So, I don't know how hard
22   it is to forecast product revenue.
23   Q. I'm not sure -- I'm not sure of the
24   distinction you're drawing.
25   A. Well, product -- you've got sales and

Oracle                                          Page 169

1    revenue. Oh, you --
2    Q. I'm talking about a license, a software
3    license --
4    A. Okay.
5    Q. -- a database or application sale.
6    A. Okay. So, yes, I -- so, yes, consulting
7    revenue would be easier to forecast than product
8    revenue, yes.
9    Q. Okay. And that's because of the underlying
10   components of revenue and consulting; correct? In
11   other words, isn't it -- isn't it your testimony that
12   because the revenue that flows in a particular order
13   from consulting is a deal that you're already aware of?
14   A. You've already booked, yes.
15   Q. Yes. So, you've sold the -- you've entered
16   into the engagement, you're going to recognize the
17   revenue as services are delivered, and that gives you a
18   much more tangible, concrete basis for estimation than
19   it does in the license context; correct?
20   A. Yes.
21   Q. Because license, the revenue doesn't come
22   until you actually sell the product and ship it;
23   correct?
24   A. Yes.
25   Q. And that makes that much more uncertain in

Oracle                                          Page 170

1    any particular quarter; correct?
2    A. Yes.
3    Q. Sitting here today, do you have any basis to
4    quantify how much, if any, the dotcom erosion or the
5    dotcom bubble burst as it's popularly called, how much
6    it contributed to Oracle missing its quarter in the
7    third quarter of '01? Do you know from a quantitative
8    vantage point?
9    A. No.
10   Q. And can you -- have you seen any analysis
11   that would allow you sitting here today to know whether
12   the dotcom crisis itself is the cause of Oracle's
13   failure to meet its third quarter forecast?
14       MR. BRITTON: Object to form, assumes facts.
15       THE WITNESS: No.
16   Q. (BY MR. RUBIN) Now, in terms of the
17   conversation that you had with the investigator, how
18   did the investigator introduce himself when he -- I
19   assume he called you; right?
20   A. I don't remember.
21   Q. Okay. Well --
22   A. Certainly at some point he would have called
23   me. Whether -- for that dialog, whether I initiated
24   the call or he did, I don't remember that.
25   Q. All right. Let me back up. You had spoken

Oracle                                          Page 171

1    to Mr. Britton about a letter that you had received.
2    A. Yes.
3    Q. Okay.
4    A. I believe I received a letter.
5    Q. Okay. And is it your memory that that
6    letter came before or after the telephone call from the
7    investigator?
8    A. I believe it came before.
9    Q. Okay. So, it's your memory that you
10   received a letter indicating that -- well, tell me what
11   the -- what you remember the letter said.
12   A. I believe I received a letter saying, "So
13   and so may -- will contact you about a legal case
14   against Oracle."
15   Q. Okay.
16   A. But that could have just been -- it could
17   have just been a phone call as well. I thought I
18   received a letter.
19   Q. All right. But you said that you're not
20   clear whether you placed the call to the investigator
21   or the investigator called you. So, what would have --
22   to the extent that it's possible that you would have
23   called him, what would have triggered your call to him?
24   A. The letter.
25   Q. Okay.

Oracle                                          Page 172

Wood, Kelly A 10/7/2005 10:01:00 AM

1  A. So, if I received a letter -- I don't
2  remember.
3  Q. If you received a letter, you may have
4  called him?
5  A. I may have called him or he may have called
6  me.
7  Q. Okay.
8  A. I don't remember.
9  Q. All right. And who did you understand the
10 investigator represented? Who did you understand that
11 he was working on behalf of?
12 A. I believe it was -- at the time, I
13 interpreted his -- so, going back to the thing, I'm
14 just a little -- I was just a little peon within
15 Oracle; right? So, this whole conversation, I didn't
16 take it very seriously because I don't know anything
17 about -- I mean, I had some opinions that, "Hey, we
18 should have known this, we should have known this."
19 But I don't -- I didn't have this global view where I
20 could have said, "Man, somebody messed up"; right?
21 So, that dialog -- this whole dialog, I
22 didn't really -- it was -- it was, like I said, a
23 pretty casual conversation because I'm just a little
24 peon within this, you know, corporate shell; right?
25 So, how that conversation was initiated -- oh, I'm

Wood, Kelly A 10/7/2005 10:01:00 AM

1  sorry. So, your question was what was his role? I
2  interpreted his role to be on a -- initiating a lawsuit
3  against Oracle, so that he was not on the Oracle side.
4  He was on the other side.
5  Q. Okay. Do you understand who that other side
6  is or did you at the time understand who the other side
7  was who was suing or thinking of suing Oracle?
8  A. I mean, there was a law firm associated with
9  that, but I don't know the name or -- I don't remember
10 the name.
11 Q. Okay. And did you understand who they would
12 be representing or who they were -- who the law firm
13 was looking to sue on behalf of?
14 A. No. I may have known at the time, but I
15 don't recall that now.
16 Q. During your conversation with the
17 investigator, did you convey any of the views that you
18 just conveyed here, that is that you were a peon within
19 the company or words to that effect and/or that you
20 were just expressing your own opinions but you didn't
21 really necessarily have a basis for the opinions
22 globally? Did you tell the investigator any of that?
23 MR. BRITTON: Objection to form.
24 THE WITNESS: I don't believe so.
25 Q. (BY MR. RUBIN) So, what you're conveying

Wood, Kelly A 10/7/2005 10:01:00 AM

1  now is your mindset on why you approached the
2  conversation in such a casual manner?
3  A. I'm sorry, can you say the question again?
4  Q. So, your response -- or your explanation of
5  your mindset at the time was -- is that -- well, strike
6  that.
7  You had just indicated a few minutes ago
8  that you were relatively low in the organizational
9  chart at Oracle; right?
10 A. Yes.
11 Q. And that you could offer your opinions, but
12 you were not at a level that actually saw global
13 forecasts or even forecasting for the entire west
14 region; correct?
15 A. Correct.
16 Q. So, in describing that, were you attempting
17 to explain to me why you regarded the conversation with
18 the investigator -- or you approached it in a casual
19 manner?
20 A. Yes.
21 Q. All right. So, you had stated previously
22 that you recall that the conversation was approximately
23 an hour or a little less than an hour?
24 A. Yes.
25 Q. At the time during this initial telephone

Wood, Kelly A 10/7/2005 10:01:00 AM

1  conversation, did the investigator inform you or --
2  inform you that he intended to use your statements in
3  any way in the lawsuit?
4  A. I don't remember.
5  Q. Okay. Did the investigator ever ask you
6  whether you wanted to remain confidential, that you
7  didn't want your name to be associated with your
8  statements?
9  A. I don't remember.
10 Q. Okay. Do you remember expressing any
11 concerns about confidentiality to the investigator?
12 A. No.
13 Q. Okay. We both represented to you -- both
14 sides have represented to you that you left in February
15 of 2001. To the best of your memory, when did this
16 call from the investigator occur?
17 A. I don't know.
18 Q. Do you think it was three months after you
19 left? Six months after you left? A year after you
20 left?
21 A. I don't -- I don't remember.
22 Q. Okay. Were you already working somewhere
23 else at the time you got the call?
24 A. I don't remember.
25 Q. Okay. So, you don't know?

Wood, Kelly A  10/7/2005  10:01:00 AM

1   A. Correct.

2   Q. You can't place it even in a year?

3   A. Correct.

4   Q. Okay. All right. Do you remember the

5   investigator ever indicating to you that he was going

6   to attribute some of your statements, that he was going

7   to use some of your statements in an actual complaint,

8   in a legal complaint?

9   MR. BRITTON: Object to the form, asked and

10  answered.

11  THE WITNESS: I do not remember him saying

12  that.

13  Q. (BY MR. RUBIN) Okay. Do you ever -- other

14  than what you've described about the telephone call

15  with the investigator, do you remember anything else

16  about what he said or what you said?

17  A. No.

18  Q. Okay. All right. Was there ever a -- prior

19  to being served with a subpoena for this deposition,

20  which occurred within the last couple of months;

21  correct?

22  A. Yes.

23  Q. Prior to that, did you ever get any other

24  call from an investigator or anybody else representing

25  the law firm who was suing Oracle?

Oracle                                Page 177

Wood, Kelly A  10/7/2005  10:01:00 AM

1   A. I got voice messages that I -- you know,

2   I've gotten voice messages that I don't really -- I

3   never pick up my home voice messages. So, my daughter

4   would always pick them up and say, "Oh, so and so left

5   you a voice message"; right? So, I may have gotten a

6   voice message, but I don't remember any dialog other

7   than that one interview.

8   Q. And do you remember having any understanding

9   of who the voice message was from?

10  A. I would get voice messages from the -- from

11  this law firm, from Doug's law firm. I believe it was

12  Doug's law firm.

13  Q. But until this notice of deposition, you

14  have no recollection of actually communicating with

15  anybody from Doug's law firm?

16  A. No.

17  Q. Do you ever remember receiving in the mail

18  any communication from Doug's law firm or from the

19  investigator representing Doug's law firm that

20  contained a copy of the complaint or any other

21  information relating to the suit?

22  A. No. I moved a couple of times. You know,

23  after I got canned, I got divorced; right? And so,

24  there was a number of addresses. So, my ex-wife got a

25  bunch of -- you know, so, there could have been mail

Oracle                                Page 178

Wood, Kelly A  10/7/2005  10:01:00 AM

1   that I just didn't ever get. So --

2   Q. Before receiving your subpoena for this

3   deposition, was there ever a time in which you reviewed

4   any draft complaints or a complaint concerning the

5   words that were being attributed to you in the

6   complaint?

7   A. No, I don't remember any.

8   Q. Okay. Were you aware prior -- well, let me

9   just ask you a different question: Are you aware

10  sitting here today that you are -- that there are words

11  attributed to you in this complaint, in the complaint

12  that was filed in connection with this lawsuit?

13  A. No, I'm not aware of that. I was not aware

14  of that. I saw -- I mean, I got this (indicating) and

15  there's -- you know, there was some statements in here

16  associated with me, but I didn't -- I don't really even

17  understand what this is other than just telling me to

18  appear here.

19  Q. Okay. Well, I guess -- I just want to mark

20  it and just see if you recognize this document. I

21  don't have another copy, but I'll just mark it and

22  maybe we can -- and maybe the law firm can just make a

23  copy so the Court Reporter can have it.

24  (Exhibit 1 marked.)

25  (Discussion held off the record.)

Oracle                                Page 179

Wood, Kelly A  10/7/2005  10:01:00 AM

1   Q. (BY MR. RUBIN) Mr. Wood, I'd like you to

2   take a look at that and tell me if you recognize the

3   document itself and then I'll ask you some follow-up

4   questions.

5   A. Okay, I did receive this.

6   Q. Okay. And when you say "this," what do you

7   recognize the document -- the document that we've

8   marked as Exhibit No. 1 to be?

9   A. This class action lawsuit.

10  Q. Okay. And is it identified as the complaint

11  in the lawsuit? Does it say, "Revised Second Amended

12  Complaint" in the caption on the first page?

13  MR. BRITTON: To the right.

14  Q. (BY MR. RUBIN) In the middle there, yeah.

15  A. Oh, yes, "Revised Second Amended Complaint."

16  Q. Okay. And now, looking at it, does that

17  refresh your memory that you received a copy of the

18  complaint?

19  A. Yes. Yes.

20  Q. Okay. And when did you receive a copy of

21  the complaint?

22  A. I don't remember.

23  Q. Okay. Did you receive -- at the time you

24  received a copy of the complaint, did you receive any

25  correspondence or communication that was attached or

Oracle                                Page 180

1 connected to the -- to the copy?

2 A. I assume so, but I don't -- I don't remember

3 any correspondence.

4 Q. Well, at the time that you received the

5 complaint, what did you do with it?

6 A. I briefly looked through it and that was it.

7 Q. Do you have it today?

8 A. No.

9 Q. Okay. And I'm assuming you don't have any

10 of the other -- any correspondence that might have been

11 with it?

12 A. Correct.

13 Q. Okay. And based upon your prior response,

14 is it fair to say that at the time that you received

15 the complaint, you did not know that you were being

16 designated or you had been designated as confidential

17 witness No. 2 in the complaint?

18 A. Yeah, I -- I believe I did make some

19 association that I was CW something.

20 Q. Okay. Did you -- did you review those

21 portions of the complaint that attributed words to your

22 particular confidential witness number?

23 A. I remember looking at a -- at a couple of

24 them. And then I don't -- I don't remember if I looked

25 at all of them or not.

Oracle                                    Page 181

1 Q. Okay. Do you remember whether there was any

2 communication, any communication whether through

3 voicemail or by letter, that asked you to provide

4 feedback to Doug's firm if you thought that there were

5 any concerns or questions? Did they ask you to do

6 that?

7 A. I do not remember.

8 Q. Okay. So, I gather you threw the complaint

9 away after you received it?

10 A. Yes.

11 Q. Okay. And do you remember how long ago you

12 received a copy of the complaint?

13 MR. BRITTON: Objection, asked and answered.

14 THE WITNESS: No, I do not remember.

15 MR. RUBIN: Okay. Let me just take two

16 minutes and I might be done.

17 THE VIDEOGRAPHER: Going off the record.

18 (Discussion held off the record.)

19 THE VIDEOGRAPHER: Back on the record at

20 14:51.

21 Q. (BY MR. RUBIN) Mr. Wood, was there any

22 report generated at Oracle that you saw that provided

23 data on businesses that Oracle believed fell into the

24 category of dotcoms? In other words, some report or

25 some aggregation of data that monitored dotcom sales or

Oracle                                    Page 182

1 dotcom revenues?

2 A. No, I don't -- I don't know of any report.

3 Q. Okay. Were you aware of any other efforts

4 to measure or monitor revenue that would be

5 attributable to what Oracle regarded as dotcom

6 businesses?

7 A. No.

8 Q. In describing the representation, describing

9 Oracle's view that there was a billion dollar savings

10 that came from the internal implementation of Suite

11 11i, have you ever to anyone described that as a Wall

12 Street marketing gimmick?

13 A. Yeah, I may have.

14 Q. Okay.

15 A. The context that I remember was it was a

16 gimmick that we published to sell 11i. So, the term

17 "Wall Street" is the term that -- given a chance to

18 clarify or -- I would say it was more of a -- it was

19 more of a term to help sell our products to our

20 customers.

21 Q. And when you use the term "gimmick," do you

22 have any information that caused you to believe at the

23 time that the information was -- that the billion

24 dollar savings had been proven not to be accurate?

25 MR. BRITTON: Object to form, asked and

Oracle                                    Page 183

1 answered.

2 THE WITNESS: I do not have details saying

3 that that billion dollars was not valid.

4 MR. RUBIN: All right. I don't have any

5 other questions.

6 MR. BRITTON: Okay, I just have a few more

7 questions and then we'll let you get out of here.

8 THE WITNESS: Okay.

9 FURTHER EXAMINATION

10 QUESTIONS BY MR. BRITTON:

11 Q. I want to talk to you about your

12 conversation with the investigator. You understood

13 that that conversation related to an investigation of

14 the lawsuit; is that right?

15 A. I understood it was an investigation.

16 Whether I understood it was a lawsuit or not, I can't

17 say today.

18 Q. Okay. Did you exaggerate the truth during

19 that conversation to your memory?

20 A. Not intentionally. I didn't intentionally

21 exaggerate. Given that it was a casual conversation,

22 could I have been more precise? Yes. I didn't

23 exaggerate. Could I have been more precise? Yes. So,

24 was it a willful exaggeration? No. Could it have been

25 more precise? Potentially.

Oracle                                    Page 184

1 Q. Did you say anything that was untrue during
2 that conversation?
3 A. No.
4 Q. Okay. Now, you testified earlier that you
5 did -- you don't remember telling the investigator that
6 you actually accessed the database sales pipeline. Do
7 you recall that testimony?
8 A. What I remember about that testimony is I
9 had access to the pipeline tool.
10 Q. Right.
11 A. I could have -- and I could have and maybe
12 did look at the pipeline, but I had access to the
13 pipeline indirectly or in a dump fashion.
14 Q. Do you -- sitting here today, do you
15 remember telling the investigator that you did not look
16 at that database with the pipeline information in it?
17 A. I don't remember if I said that or not.
18 Q. Okay. Now, you talked to the investigator
19 about the pipeline information; is that right?
20 A. Yes.
21 Q. Okay. And you told him about the different
22 components of the information you were receiving in the
23 pipeline report that you were getting; is that right?
24 A. Yes.
25 Q. Okay. Now, is it fair to conclude based

1 upon the conversation that you had with the
2 investigator that you told him that you did have access
3 to the database pipeline?
4 MR. RUBIN: Objection, form, calls for
5 speculation.
6 THE WITNESS: I'm sorry, can you say the
7 question again?
8 Q. (BY MR. BRITTON) Would you have reasonably
9 concluded from the conversation you had with the
10 investigator that you had access to the database
11 pipeline?
12 MR. RUBIN: Objection, form, calls for
13 speculation about what the investigator could have
14 concluded.
15 THE WITNESS: So, yes, I had -- I had access
16 to the -- I had access -- I believe I had access to the
17 tool online. And I certainly had access to a report
18 from that tool. So, I had access to the information
19 either directly through the tool or via the report. I
20 had access to that pipeline information.
21 Q. (BY MR. BRITTON) And you told the
22 investigator that to the best of your memory?
23 MR. RUBIN: Objection, asked and answered.
24 THE WITNESS: I'm not sure what level of
25 clarity -- if I was specific in saying I had access to

1 the -- to a dump versus access -- that I regularly
2 accessed the dump or regularly accessed the tool
3 online. I don't know that I was that specific.
4 Q. (BY MR. BRITTON) Now, the dump that you're
5 referring to, was that -- that's an electronic dump?
6 A. Yes.
7 Q. Were you seeing the screen on your computer
8 in the same way that you would have seen it had you
9 gone and accessed the tool?
10 A. No.
11 Q. How was it different?
12 A. I don't know. I don't remember looking at
13 that sales pipeline via the online tool. So, I don't
14 know how the two would have been different. But the
15 report captured the details of the online tool and put
16 it into a report.
17 Q. So, the data you were looking at in the
18 report was the same data that was in the pipeline tool?
19 A. Yes.
20 Q. Okay. Now, we talked about the difference
21 between consulting bookings and consulting revenues and
22 how Oracle did not report consulting bookings. Do you
23 recall that testimony?
24 A. Correct.
25 Q. Is it true that the consulting bookings

1 would have given you insight into the consulting -- or
2 into the product sales?
3 A. Yes.
4 Q. And why is that?
5 A. Because most product deals had a consulting
6 element to them. So, there's an association between
7 the two. If they're selling product, we're going to be
8 selling consulting. Or they could sell product and --
9 Oracle consulting had competitors; right? So, they
10 wouldn't always go with us to sell consulting. They
11 would go with our competitors sometimes. But we would
12 almost always know about those deals via the pipeline.
13 So, whether they were booked with us or booked with our
14 competitors, we would -- we would know about the deals.
15 So, that would be the big gap between whether we were
16 tracking or not. Because if they were doing half of
17 their business with one of our competitors, obviously
18 our numbers could be down and they could be ahead.
19 (Discussion held off the record.)
20 Q. (BY MR. BRITTON) Mr. Rubin had asked you
21 about whether it was your memory that Oracle had beaten
22 its forecasts in prior years and specifically fiscal
23 year 2000. Do you recall that testimony?
24 A. Yes.
25 Q. And you recall that Oracle had beaten its

1  forecasts during fiscal year 2000?

2  A.  I mean, I knew that we had beat our numbers,

3  whether it was year 2000, '99.

4  Q.  And fiscal year 2000 was a large component

5  of Oracle's sales to dotcom customers?

6  MR. RUBIN:  Objection, form, vague.  I

7  don't -- "large component"?

8  THE WITNESS:  I only know details about

9  things in the northwest region from my own experience.

10  Certainly I was an Oracle stockholder.  So, I was

11  actively pursuing knowledge about the corporate.  So,

12  my understanding was as a stockholder that yes, the

13  dotcoms represented a significant amount of

14  our '98, '99, and 2000 revenues.  By -- anyway --

15  Q.  (BY MR. BRITTON)  Now, going to the

16  testimony that you gave about your conversations with

17  customers and not remembering specifics about whether

18  they told you they weren't going to buy 11i because of

19  problems or what they had heard.  Do you remember that

20  testimony?

21  A.  Yes.

22  Q.  Did you have conversations with customers

23  about difficulties with 11i that other customers were

24  experiencing?

25  A.  Yes.

1  MR. BRITTON:  No further questions.

2  MR. RUBIN:  I just have another minute or

3  two.

4  FURTHER EXAMINATION

5  QUESTIONS BY MR. RUBIN:

6  Q.  You said you were an Oracle stockholder.

7  Are you an Oracle stockholder today?

8  A.  Yes.

9  Q.  How did you purchase -- did you purchase

10  your stock under a stock purchase plan?

11  A.  Stock purchase plan, 401(k), and I may have

12  purchased Oracle stock outside of those two venues, you

13  know, for my personal.

14  Q.  Have you purchased Oracle stock since

15  leaving the company?

16  A.  No.

17  Q.  Okay.  Now, when you purchased Oracle stock,

18  was it -- was it discretionary?  That is, were you on

19  a -- were you on a plan that you would buy a certain

20  amount at every -- at a certain interval, you know, as

21  long as you had checked the box?  Or did you have to

22  volitionally go in and say, "I want to buy stock" at a

23  particular time?

24  A.  I was under the -- I was under the -- from a

25  401(k) perspective, it just -- I bought it every month

1  and from a stock purchase plan, I just -- I bought it

2  every six months.

3  Q.  But you weren't on a -- you weren't on a set

4  plan that unless you went in and said, "No," that it

5  would just automatically be purchased or --

6  A.  It was all automatic purchase.

7  Q.  So, you would just -- could you have pulled

8  it back at any particular time?

9  A.  Yes.

10  Q.  Could you have said, "No, I don't want to

11  purchase any more of the stock"?

12  A.  Yes.

13  Q.  Okay.  So --

14  MR. RUBIN:  I guess we have to change the

15  tape.  Because I only have like three minutes.  All

16  right, go ahead and change it.  Sorry.

17  THE VIDEOGRAPHER:  Going off the record at

18  15:03.

19  (Discussion held off the record.)

20  THE VIDEOGRAPHER:  This is tape No. 6 of the

21  deposition of Kelly Wood.  The time is 15:05.

22  Q.  (BY MR. RUBIN)  Okay.  Mr. Wood, you said

23  that you purchased Oracle stock during your time at

24  Oracle; is that right?

25  A.  Yes.

1  Q.  And that was -- and describe what were the

2  different vehicles or what were the different

3  investment funds through which you purchased the stock.

4  A.  So, I purchased it through the 401(k).  I

5  had 100 percent allocation in Oracle stock for my

6  401(k) and then I bought the maximum 10 percent stock

7  purchase plan.  And actually, when I started with

8  Oracle, about six months in I converted virtually all

9  of my other stock to Oracle as well.

10  Q.  Okay.  So, virtually all of your 401(k) was

11  in Oracle?  Or all of it by the time you left?

12  A.  Yes.  Yeah, I believe it was all of it.

13  Q.  Okay.  And now the stock purchase plan, was

14  that -- where is that stock held?  It's not in the

15  401(k)?

16  A.  Correct, it's just in a separate brokerage

17  account with E*Trade.

18  Q.  Okay.  And do you remember how much at each

19  interval you would -- you would purchase?

20  A.  10 percent of my yearly income, you know,

21  divided by two.  You know, you purchase twice a year.

22  Q.  You paid the market rate?

23  A.  Well, it was a -- you take the -- so, a

24  period is between March and -- March 1 and November 1.

25  So, they take the lowest price of those two points and

1   then a 15 percent discount.

2   Q.  Okay.  And you -- is it consistent with your

3   memory that you -- that through the stock purchase

4   plan, you purchased stock in December of 2000, January

5   of 2000, and February of 2000?

6   A.  That's through the stock purchase plan?

7   Q.  Yes.

8   A.  You actually only purchase at the

9   beginning -- or at really the end of a six-month

10  window.

11  Q.  Okay.

12  A.  So, you don't actually purchase it every

13  month in the stock purchase plan.  In the 401(k) you

14  do, but in the stock purchase plan -- so, it's like a

15  May and -- so, the periods end in May and November.

16  So --

17  Q.  Okay.

18  A.  So, you actually only purchase in November.

19  Q.  And then it's distributed over time?

20  A.  No, you get it all right then.

21  Q.  Okay.  So --

22  A.  So, you sign up -- so, May to November --

23  10 percent of each paycheck goes into this fund; right?

24  November 1 they say, "Which is the lowest price?"  And

25  then you got 85 percent.  And then boom, all of that

1   stock gets assigned to your name at that -- at that

2   point.  So, you actually don't --

3   Q.  Is there any reason that any internal data

4   would show that the effective date of the stock is

5   staggered over a six-month period?

6   A.  It doesn't matter -- doesn't matter what the

7   stock price does between that opening and ending date.

8   It's just the opening date, ending date.  Just those

9   two dates, take the lowest one and then you take

10  85 percent of that.

11  Q.  So, as of the last period before you left

12  Oracle -- your memory is in November; right?  November

13  would have been the last sort of cutoff when you would

14  have allocated additional funds to purchase through the

15  stock purchase plan; correct?

16  A.  It's the last time I would have actually

17  purchased.

18  Q.  That's what I'm saying.

19  A.  I allocated money all of the way through.

20  Q.  Right.  I'm sorry.  So, not allocating

21  funds, but the last time you would have purchased would

22  have been November of '00?

23  A.  Yeah, and I don't -- I don't remember.

24  Yeah, I don't remember the exact -- I'm giving you the

25  dates of HP's plan.  I don't remember the exact dates

1   of Oracle's plan.  So, it could have been November,

2   could have been January, could have been February.  I

3   don't know what the exact schedule was for Oracle's

4   stock purchase plan.

5   Q.  Okay.  Do you remember ever considering not

6   making the stock purchase plan during your last six

7   months at Oracle?

8   A.  No.

9   Q.  And do you remember specifically making

10  additional purchases through your 401(k) plan during

11  your last six months at Oracle?

12  A.  Yes, I purchased -- yeah, I didn't change

13  that.  So, I purchased -- basically I purchased 401(k)

14  stock at every paycheck.  So, twice a month.

15  Q.  Okay.  And is it your understanding that

16  you're a member, potential member of the class of

17  Plaintiffs that's suing Oracle here?

18  A.  Yeah, I guess I am.

19  Q.  So, you could potentially recover from any

20  amount, recovery that they obtain from Oracle?

21  A.  Yes.

22  Q.  Now, I don't think either of us have covered

23  it.  Where do you currently work?

24  A.  Hewlett-Packard.

25  Q.  HP?

1   A.  Yes.

2   Q.  In Boise?

3   A.  Yes.

4   Q.  And what do you do for them?

5   A.  I'm program manager, implementing CRM

6   solutions.

7   Q.  HP CRM solutions?

8   A.  No, in this -- today we're implementing SAP.

9   Q.  SAP?

10  A.  Which is a competitor to Oracle's.

11  Q.  Okay.  And based on your memory, from the

12  time that you left Oracle, how much Oracle stock have

13  you sold, if any?

14  A.  I had to -- I haven't sold any.

15  Q.  All right.

16      MR. RUBIN:  I don't have anything else.

17      MR. BRITTON:  I have nothing else.  We can

18  go off the record.

19      THE VIDEOGRAPHER:  The Kelly Wood deposition

20  concludes with tape 6 at 15:11.

21      (Whereupon the deposition of KELLY A.

22      WOOD is concluded at 3:11 p.m.)

23      (Signature requested.)

24

25

Wood, Kelly A  10/7/2005  10:01:00 AM

CERTIFICATE OF WITNESS

1

2    I, KELLY A. WOOD, being first duly sworn, depose

3    and say:

4        That I am the witness named in the foregoing

5    deposition, consisting of pages 1 through #; that I

6    have read said deposition and know the contents

7    thereof; that the questions contained therein were

8    propounded to me; and that the answers contained

9    therein are true and correct, except for any changes

10   that I may have listed on the Change Sheet attached

11   hereto:

12       DATED this _____ day of _____, 200___.

13

14       _____

15       KELLY A. WOOD

16

17       SUBSCRIBED AND SWORN to before me this _____ day

18   of _____, 200___.

19

20       _____

21       NAME OF NOTARY PUBLIC

22

23       NOTARY PUBLIC FOR _____

24       RESIDING AT _____

25       MY COMMISSION EXPIRES _____

Oracle                                                          Page 197

Wood, Kelly A  10/7/2005  10:01:00 AM

ERRATA SHEET FOR KELLY A. WOOD

1

2    Page ___ Line ___ Reason for Change _____
     Reads _____

3    Should Read _____

4

     Page ___ Line ___ Reason for Change _____

5    Reads _____
     Should Read _____

6

7    Page ___ Line ___ Reason for Change _____
     Reads _____

8    Should Read _____

9

     Page ___ Line ___ Reason for Change _____

10   Reads _____
     Should Read _____

11

12   Page ___ Line ___ Reason for Change _____
     Reads _____

13   Should Read _____

14

     Page ___ Line ___ Reason for Change _____

15   Reads _____
     Should Read _____

16

17   Page ___ Line ___ Reason for Change _____
     Reads _____

18   Should Read _____

19

     Page ___ Line ___ Reason for Change _____

20   Reads _____
     Should Read _____

21

22   Page ___ Line ___ Reason for Change _____
     Reads _____

23   Should Read _____

24   You may use another sheet if you need more room.

25   WITNESS SIGNATURE _____

Oracle                                                          Page 198

Wood, Kelly A  10/7/2005  10:01:00 AM

REPORTER'S CERTIFICATE

1

2    I, SHERI LUDIKER FOOTE, CSR No. 90, Certified

3    Shorthand Reporter, certify:

4        That the foregoing proceedings were taken before

5    me at the time and place therein set forth, at which

6    time the witness was put under oath by me;

7        That the testimony and all objections made were

8    recorded stenographically by me and transcribed by me

9    or under my direction;

10       That the foregoing is a true and correct record

11   of all testimony given, to the best of my ability;

12       I further certify that I am not a relative or

13   employee of any attorney or party, nor am I financially

14   interested in the action.

15       IN WITNESS WHEREOF, I set my hand and seal this

16   14th day of October, 2005.

17

18       _____

19       SHERI LUDIKER FOOTE, CSR, RPR, CRR

20       Notary Public

21       P.O. Box 2636

22       Boise, Idaho  83701-2636

23   My commission expires January 17, 2010

24

25

Oracle                                                          Page 199

REPORTER'S CERTIFICATE

1

2          I, SHERI LUDIKER FOOTE, CSR No. 90,

3     Certified Shorthand Reporter, certify:

4          That the foregoing proceedings were taken

5     before me at the time and place therein set

6     forth, at which time the witness was put under

7     oath by me;

8          That the testimony and all objections made

9     were recorded stenographically by me and

10    transcribed by me or under my direction;

11         That the foregoing is a true and correct

12    record of all testimony given, to the best of my

13    ability;

14         I further certify that I am not a relative

15    or employee of any attorney or party, nor am I

16    financially interested in the action.

17         IN WITNESS WHEREOF, I set my hand and seal

18    this _____ day of _____, 200__

19

20    _____

21    SHERI LUDIKER FOOTE, CSR, RPR, CRB

22    Notary Public

23    P.O. Box 2636

24    Boise, Idaho  83701-2636

25    My commission expires January 17, 2010