# EXHIBIT RR

Seiden, Gregory  5/16/2006  9:05:00 AM

**1**

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   - - -
4   In re ORACLE CORPORATION   )
    SECURITIES LITIGATION,    )
5                             )
                             ) No. C-01-0988-MJJ
6   This Document Relates To: )
                             )
7   ALL ACTIONS.        )
    _____)
8
9
10
11   VIDEOTAPED DEPOSITION OF
12   GREGORY SEIDEN
13   SAN FRANCISCO, CALIFORNIA
14   May 16, 2006
15
16
17
18
19
     SHEILA CHASE & ASSOCIATES
20   REPORTING FOR:
     LiveNote World Service
21   221 Main Street, Suite 1250
     San Francisco, California 94105
22   Phone: (415) 321-2311
     Fax: (415) 321-2301
23
24   REPORTED BY:
25   RICHARD M. RAKER, CSR NO. 3445

**2**

1        BE IT REMEMBERED that, pursuant to Notice,
2   and on May 16, 2006, thereof, at Lerach Coughlin
3   Stoia Geller Rudman & Robbins, LLP, 100 Pine Street,
4   San Francisco, California, 94111 before me, RICHARD
5   M. RAKER, a Certified Shorthand Reporter, personally
6   appeared
7        GREGORY SEIDEN,
8   called as a witness by the Plaintiffs for, who,
9   having been duly sworn, was examined and testified as
10  follows:
11        --oOo--
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**3**

1        A P P E A R A N C E S
2
3   FOR THE PLAINTIFFS:
4        LERACH COUGLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
5        BY: JENNIE LEE ANDERSON, ESQ.
         100 Pine Street
6        Suite 2600
         San Francisco, California 94111
7        (415) 288-4545
         jenniea@lerachlaw.com
8
9   FOR THE DEFENDANTS:
10       LATHAM & WATKINS
         BY: PATRICK E. GIBBS, ESQ.
11       140 Scott Drive
         Menlo Park, California 94025
12       (650) 328-4600
         patrick_gibbs@lw.com
13  ALSO PRESENT: STUART PETTIGREW, VIDEO OPERATOR
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1        I N D E X
2   WITNESS        GREGORY SEIDEN
3   EXAMINATION                PAGE
4   BY MS. ANDERSON              6
5
6
7   EXHIBITS:
8        PLAINTIFF'S
9   NUMBER        DESCRIPTION        PAGE
10  Exhibit 1- Bates stamped NDCA-ORCL028625    74
11  Exhibit 2- Bates stamped NDCA-ORCL012424    77
12  Exhibit 3- Bates stamped NDCA-ORCL053973    169
13  Exhibit 4- Bates stamped NDCA-ORCL221216    171
14  Exhibit 5- Bates stamped NDCA-ORCL148320    178
15  Exhibit 6- Bates stamped NDCA-ORCL052479    185
16  Exhibit 7- Bates stamped NDCA-ORCL052495    188
17  Exhibit 8- Bates stamped NDCA-ORCL052843    191
18  Exhibit 9- Bates stamped NDCA-ORCL012384    194
19  Exhibit 10- Bates stamped NDCA-ORCL057465   200
20  Exhibit 11- Bates stamped NDCA-ORCL053030   206
21  Exhibit 12- Bates stamped NDCA-ORCL121632   212
22  Exhibit 13- Bates stamped NDCA-ORCL058328   220
23  Exhibit 14- Bates stamped NDCA-ORCL052543   234
24
25

5

1          MORNING SESSION

2

3          THE VIDEO OPERATOR:  Here begins the
4  videotape deposition of Greg Seiden, Tape 1,
5  Volume I, in the matter of the Oracle Securities
6  Litigation, in the United States District Court,
7  Northern District of California, Case No.
8  C-01-0988-MJJ.
9          Today's date is May 16, 2006, and the
10  time on the video monitor is 9:05 a.m.  The video
11  operator today is Stuart Pettigrew representing
12  LiveNote World Service located at 221 Main Street,
13  Suite 1250, in San Francisco, California 94105.
14  Phone is (415) 321-2300.
15          The court reporter is Richard Raker of
16  Sheila Chase Court Reporters, also reporting on
17  behalf of LiveNote.  Today's deposition is being
18  taken on behalf of the plaintiff and is taking
19  place at 100 Pine Street, Suite 2600,
20  San Francisco, California.
21          Counsels please identify yourselves
22  and state whom you represent.
23          MS. ANDERSON:  Jennie Lee Anderson of
24  Lerach Coughlin Stoia Geller Rudman & Robbins on
25  behalf of plaintiffs.

6

1          MR. GIBBS:  Patrick Gibbs from Latham
2  & Watkins on behalf of defendants and the witness.
3          MR. MORGAN:  Rees Morgan of Latham &
4  Watkins on behalf of defendants and the witness.
5          THE VIDEO OPERATOR:  Thank you.
6          Would the court reporter please swear
7  in the witness.
8
9          GREGORY SEIDEN,
10          having first been duly sworn, was
11          examined and testified as follows:
12
13          EXAMINATION
14
15  BY MS. ANDERSON:
16      Q.  Good morning.
17      A.  Good morning.
18      Q.  As I mentioned, my name is Jennie
19  Anderson, and I represent the plaintiffs in this
20  matter.  I'm going to start the deposition just with
21  some sort of housecleaning tips.
22          If you could state your full name for
23  the record, please.
24      A.  My name is Greg Seiden.  Gregory David
25  Seiden.

7

1      Q.  Thank you.
2          And please state your current address
3  for the record.
4      A.  1215 U Street, San Mateo.
5      Q.  And how long have you lived at that
6  address?
7      A.  I have lived at that address for nine
8  years.
9      Q.  What is your current business address?
10      A.  500 Oracle Parkway, Redwood Shores,
11  California.
12      Q.  Thank you.
13          Mr. Seiden, have you had your
14  deposition taken before?
15      A.  No.
16      Q.  I'm going to go over some ground rules
17  just at the outset here.  I'm going to be asking you
18  a series of questions.  The court reporter will be
19  taking down everything that's said here, so the
20  responses need to be verbal.
21          Even though we have a video monitor,
22  it's important for the record that the court
23  reporter be able to understand all of your
24  responses and record those appropriately.  So
25  please try to avoid nods of the head, hand

8

1  gestures, and that type of thing.
2          If you don't understand any of my
3  questions, please let me know, and I'll try to
4  rephrase it or clarify my question.  If you don't
5  indicate that you don't understand, I'll assume
6  that you did understand the question and expect an
7  answer.  Is that fair?
8      A.  Fair.
9      Q.  Great.  And during the course of the
10  deposition, your counsel may make objections, and you
11  still must answer the question unless your counsel
12  specifically instructs you not to answer.  Do you
13  understand that?
14      A.  I understand.
15      Q.  If at any time you need a break, just
16  let me know, but I do ask that you answer any pending
17  questions before we go off the record.
18          Is there any reason you can't give
19  full and complete testimony today that you know of?
20      A.  No.
21      Q.  Are you on any kind of medication that
22  would prevent you from giving full and complete
23  testimony?
24      A.  No.
25      Q.  And do you suffer from any kind of

9

1  medical condition that might prevent you from giving
2  full and complete testimony?
3       A.  No.
4       Q.  Okay.  Great.  And last matter is,
5  sometimes you may anticipate my question, but please
6  let me finish the question before you start your
7  answer, and I'll try to allow you to complete your
8  answer before moving on to any follow-up questions.
9  Is that fair?
10      A.  Fair.
11      Q.  Great.  Have you ever testified in
12  court?
13      A.  Yes.
14      Q.  When did you testify in court?
15      A.  That would have been -- it was in
16  juvenile court in 19 -- I'd say 1983 maybe --
17      Q.  And --
18      A.  -- '84.
19      Q.  -- was that -- what type of case was
20  that?
21      A.  I was witness to an automobile
22  break-in.
23      Q.  And so you were called by the prosecutor
24  to give testimony with respect to what you saw?
25      A.  That's correct.

11

1  recollection or understanding about the nature of
2  the statements at issue, you can give that to her.
3  Does that make sense?
4       THE WITNESS:  Yeah.  But could you
5  give me the question again?
6  BY MS. ANDERSON:
7       Q.  Sure.  I was -- you mentioned that you
8  understood this is about statements made by -- by
9  people at Oracle, including Larry Ellison, and I was
10 wondering if you had an understanding of what types
11 of statements are alleged in this case to have been
12 made and to have been false.
13      A.  That the Oracle E-Business Suite was
14 an integrated suite of applications.
15      Q.  Okay.  Anything else?
16      A.  No.
17      Q.  I'm going to back up a little bit and go
18 through some of your background.  So that will be the
19 easy part of the deposition.  Could you just briefly
20 describe your education after high school?
21      A.  I have a degree in electrical
22 engineering from Boston University and a master's
23 degree in engineering from Stanford University.
24      Q.  Okay.  And when did you get your
25 bachelor's degree?

10

1       Q.  Any other instances where you testified
2  in court?
3       A.  No.
4       Q.  Mr. Seiden, do you know why you're here
5  today at this deposition?
6       A.  I was asked to give a deposition.
7       Q.  Okay.  Have you seen the complaint in
8  this case?
9       A.  I have not.
10      Q.  Do you have an understanding of the
11 allegations at issue in this case?
12      A.  I understand that it's a securities
13 lawsuit based on our -- fall in our stock price in
14 2001.
15      Q.  Are you familiar with any of the other
16 allegations in the complaint?
17      A.  I had the allegations read to me, and
18 I understand that they're statements made by Larry
19 Ellison.
20      Q.  And do you have an understanding of the
21 types of statements that are alleged to be false in
22 this action?
23      MR. GIBBS:  Let me just caution the
24 witness not to reveal the actual content of any
25 communications with counsel, but if you have a

12

1       A.  1980.
2       Q.  Okay.  And what about your graduate
3  degree?
4       A.  1982.
5       Q.  So did you work at all in between those
6  two jobs?  It sounds like maybe you went straight
7  through.
8       A.  Summer jobs, but not regular
9  full-time.
10      Q.  Okay.  And any other formal education
11 beyond your graduate work?
12      A.  No.
13      Q.  What about informal or continuing
14 education?
15      A.  Well, certainly on-the-job training.
16 Out of graduate school, I worked for Arthur
17 Andersen and went through their training program.
18      Q.  What type of training program was that?
19      A.  I was in the -- well, when I joined,
20 it was called the Management Consulting Division,
21 later became Andersen Consulting, it's now
22 Accenture, and that was training in large-system
23 development, project management, coding practices,
24 that sort of thing.
25      Q.  Okay.  What do you mean by "large-system

13

1    development"?

2       A.  The -- that particular division of

3    Arthur Andersen specialized in helping large

4    clients implement computer software systems,

5    management information systems.

6       When you would implement the

7    management information system, they could -- if --

8    the consulting involvement could be around defining

9    business practices, it could be doing the actual

10   software development, it could be implementing a

11   prepackage solution from an outside vendor. My

12   specialty was large-system custom development.

13      Q.  Okay. Did you work at Arthur

14   Andersen -- was that your first job after getting

15   your master program?

16      A.  Yes.

17      Q.  And what was your title at Arthur

18   Andersen?

19      A.  There is a standard career path

20   through Andersen: staff, senior staff manager, and

21   then partner. I left Arthur Andersen after eight

22   years as a senior manager.

23      Q.  And during your time at Arthur Andersen,

24   were you doing this consulting work that you

25   described earlier?

14

1      A.  Yes.

2      Q.  Was any of your work at Arthur Andersen

3    with Oracle products?

4      A.  No.

5      Q.  What types of products, if you recall,

6    were you working with there?

7      A.  I worked mostly on IBM systems. So

8    IBM databases, IBM transaction monitors, large IBM

9    mainframes. And there was a popular database

10   technology at the time from a company called

11   Cullinet who -- once relational databases came out,

12   Cullinet sort of went under.

13      Q.  And did you develop -- did you write any

14   code or any type of --

15      A.  Um-hmm.

16      Q.  What type of code were you writing

17   there?

18      A.  I would write mostly COBOL and job

19   control language when I was with Andersen. Most --

20   that's what most of our clients were using.

21      Q.  And what percentage of your job was

22   writing code?

23      A.  For the first four or five years with

24   Andersen, I'd say the majority of my job involved

25   writing code. As I progressed, I did more

15

1    supervision and definition.

2      Q.  What do you mean by "definition"?

3      A.  Providing the specifications, writing

4    down exactly what the code should do so that a

5    younger member of the staff or a less experienced

6    member of the staff could then write the actual

7    code.

8      Q.  And would you work with the client to

9    develop that definition?

10      A.  Yes.

11      Q.  Okay. So after approximately eight

12   years at Arthur Andersen, that brings us up to

13   approximately 1990?

14      A.  Correct.

15      Q.  And then what did you do in 1990?

16      A.  1990 I came to work at Oracle.

17      Q.  Okay. What was your first position at

18   Oracle?

19      A.  My title was manager of integration

20   testing.

21      Q.  And what is integration testing as it

22   related to your job?

23      A.  The development teams that would

24   actually write the code were responsible for

25   creating regression tests. That's a test that

16

1    could be recorded and replayed without human

2    intervention, to allow us to retest the product to

3    make sure that no defects have been unknowingly

4    introduced and to make sure that the product runs

5    the same from one hardware platform and one

6    operating system to another.

7      So development teams would write these

8    tests, create them on the platform where they wrote

9    the software, and then we would take those tests

10   and rerun them on other platforms. So they're

11   hardware operating systems.

12      My job was to define the standards for

13   those tests, what types of tests they were to

14   create, how they were to be executed, what they

15   were to be named, and then to collect those tests

16   and monitor the execution of those tests on other

17   platforms.

18      Q.  Okay. When you say running the tests on

19   other platforms, can you explain that a little bit

20   more?

21      A.  Sure. At that time, our development

22   platform was a sequence -- Sequent computer running

23   the Sequent operating system, but Oracle -- Oracle

24   first really made its name in the database business

25   by being able to run on virtually any computer that

17

1  was out there.  And there used to be many, many
2  more varieties of computers and operating systems.
3       So we do our base development on
4  Sequent, and then we would have to take that code
5  and make sure that it ran on a pyramid machine.  We
6  had to make sure that it would run on a digital VMS
7  machine.  It would have to run on -- we even had an
8  IBM VMS port at that time.
9       So it would take the software
10  developed on that platform and make sure that it --
11  that it would work on any other computer as well.
12       Q.  And what type of tests would you run on
13  Oracle software when you were manager of integration
14  testing?
15       A.  Again, I define the standards for the
16  people that would create the tests, and then I
17  would collect those tests and rerun them on their
18  behalf on other platforms and supervise running of
19  them on other platforms.
20       The tests would capture typical
21  business transactions being run through the system.
22  So you simulate a user perhaps entering an order or
23  creating a purchase requisition, doing a human
24  resources transaction, and the tool would capture
25  the keystrokes that are used to -- to execute that

18

1  function, and they could replay them and compare
2  the output from the original test with the new
3  execution when you run it on another platform.
4       Q.  And when you said that you would create
5  the standards, what do you mean by that?
6       A.  It's hard to describe generically, so
7  I'll just jump right into -- at that time, we had
8  the two types of RTs.  They were called Type A RTs
9  and Type B RTs.  "RT" being "regression test."
10       A Type A RT required that the -- that
11  the tester navigate to every form, to every screen
12  that's available within the product, touch every
13  field.  That is, navigate through it, make sure
14  that whatever action was going to happen happens.
15  But they don't actually enter any data that would
16  in any way alter the database.
17       So they don't -- they might go through
18  and take a transaction up to the point where you
19  would say "submit" at the end and then "not submit"
20  just to ensure that everything is there, everything
21  appears to be working and that the product was
22  complete.  But because they didn't alter the
23  database, we could rerun these RTs continuously
24  without having to refresh the database.
25       Then there was another set of

19

1  regression tests we define to be Type B RTs which
2  do alter the database.  So you would go through the
3  same sorts of transactions but actually submit and
4  follow the transaction flow through to ensure that
5  something submitted in the first step shows up in
6  the second step in the test and so forth.
7       So there was the distinction drawn
8  between the nondestructive Type A RTs and then the
9  destructive or data -- database impacting the RTs,
10  if that's a word.
11       Q.  And did you run both Type A and Type B
12  RTs on every product?
13       A.  Yes.
14       Q.  And when would you consider the test
15  being complete?
16       A.  When the RTs run through to completion
17  on the -- the definition of the RTs was the
18  responsibility of the individual product
19  organizations, and then rerunning those RTs on the
20  other platforms were complete when the test runs to
21  completion and all of the comparisons were
22  identical.
23       Q.  And how long were you a manager of
24  integration testing?
25       A.  That's hard to recall.  I remember the

20

1  broad strokes of different reorganizations that we
2  went through, but I couldn't really tell you the
3  length of time.
4       Q.  Approximately.
5       A.  I would guess six months to a year.
6       Q.  Okay.  And who did you report to in that
7  position?
8       A.  Lilly Chang.
9       Q.  What was her title?
10       A.  I believe she was director of
11  applications technology.
12       Q.  Is Ms. Chang still at Oracle?
13       A.  No.
14       Q.  Do you know when she left,
15  approximately?
16       A.  That would have been mid-'90s.
17       Q.  And do you know who Ms. Chang reported
18  to?
19       A.  Richard VanderDrift.
20       Q.  And what was his title?
21       A.  I think he was vice president for
22  applications development.  Not sure.
23       Q.  And do you know who Mr. VanderDrift
24  reported to?
25       A.  Jeff Walker.

21

1  Q.  And who was -- what was Mr. Walker's
2  title?
3  A.  I don't know if he was senior vice
4  president or executive vice president.
5  Q.  And who did Mr. Walker report to?
6  A.  Larry Ellison.
7  Q.  I'm trying to get a sense of where we
8  are on the org chart there.  And while you were
9  manager of integration testing, did anyone report to
10 you?
11 A.  No.
12 Q.  So you were there six months to a year,
13 approximately.  And then what was your next position
14 at Oracle?
15 A.  Manager of porting kit management.
16 Q.  And why don't we start by -- I'd like
17 you to explain what porting kit management is.
18 A.  Again, the -- the Oracle software's
19 developed on one platform and then made to run on
20 multiple platforms, and that process we call
21 "porting," to take it from one platform to another.
22 The porting organization -- when I
23 joined and was manager of integration testing,
24 porting organization was part of applications
25 development.  There was a reorganization which

22

1  pulled the porting responsibility out of
2  applications development and into a separate
3  organization that was already performing that
4  function for the database and the tool side of the
5  business.
6  So there was the need to have an
7  interface between the applications development
8  organization and the porting organization, and part
9  of that -- the responsibility of that interface
10 role was to create the kit, the package that the
11 porting organization would use to port the
12 applications to the other platform.
13 So that package included a full
14 definition of the code, the access to that code,
15 instructions on how to port it, and the set of
16 regression tests that I referred to earlier that
17 they would then execute on those platforms.
18 Q.  So was the kit that was something
19 developed by the porting group for a use in the
20 application development group?
21 A.  No.  The kit was developed by the
22 applications development group for the porting
23 organization to modify the code.
24 Q.  And when you were in that position, were
25 you part of applications development?

23

1  A.  Yes.
2  Q.  And when there was a reorganization, did
3  you remain part of applications development?
4  A.  Yes.
5  Q.  And did your title change at that time?
6  A.  To manager of porting kit management.
7  Yes.
8  Q.  And what were your duties as manager of
9  porting kit management?
10 A.  I was responsible for creating the
11 porting kit that I described earlier.
12 Q.  And how long did you hold that position?
13 A.  Well, I was in -- I held that
14 position -- and that position grew from an initial
15 team size of six to eventually being around 120
16 people.
17 And, you know, went from manager of
18 porting kit management to director of porting kit
19 management to director of applications integration
20 to vice president of applications integration to
21 vice president of applications release engineering,
22 and now I'm vice president of operations for
23 applications technology.
24 Q.  So you said at some point you went from
25 being a manager of porting kit management to director

24

1  of porting kit management.  About when was that?
2  A.  That's hard for me to recall.  It was
3  about six months after Ron Wohl took over the
4  applications division.  And when Ron took over, I
5  was reporting to a fella named Bruce Tow.  And he
6  left the company shortly after that reorganization,
7  and I was promoted into his position.
8  Q.  And up until that time you're reporting
9  to Bruce Tow, who did Mr. Tow report to, if you know?
10 A.  I don't recall.  Eventually he
11 reported to Ron Wohl.
12 Q.  And did you have any direct reports when
13 you were director of porting kit management?
14 A.  Yes.
15 Q.  And who were your direct reports?
16 A.  I had five or six at the time.  Barry
17 Lind, Rick Lotero, Diane Lo.  This is a trip down
18 memory lane.  I'm sorry.  That's all I can recall
19 at this point.
20 Q.  That's fine.  And then when you became
21 director of porting kit management, did your duties
22 change?
23 A.  Yes.  I began attending the
24 applications management committee meetings.  The
25 scope of the responsibility changed.

Seiden, Gregory  5/16/2006  9:05:00 AM

25

1      Q.   And that was about the same time that
2  Ron Wohl joined Oracle?
3      A.   It was three to six months after --
4  not when he joined Oracle, but when he took over
5  responsibilities for the applications division.
6      Q.   And what are the applications management
7  meetings?
8      A.   It's a weekly status meeting that Ron
9  Wohl chaired.
10      Q.   And who else attended those meetings?
11      A.   Ron's direct reports.
12      Q.   And did anybody more senior than Ron
13  attend those meetings?
14      A.   No.
15      Q.   And approximately how many direct
16  reports were under Mr. Wohl at that time, when you
17  were the director of porting kit management?
18      A.   I guess seven or eight.
19      Q.   We'll probably come back to that a
20  little bit later, but I wanted to get through your
21  job descriptions at Oracle first because I know that
22  you had a -- you mentioned you had several more.
23          So then after you -- after director of
24  porting kit management, then what was your title
25  after that?

26

1      A.   Director of integration --
2  applications integration.
3      Q.   And about approximately when did you
4  become director of applications integration?
5      A.   I will venture a guess and say '96.
6      Q.   And what were your duties?
7      A.   The titles were largely self-chosen.
8  I changed at that time because, in addition to the
9  role that I had with the porting kit management,
10  creation of the porting kit, I started a team whose
11  focus was integration testing of the applications.
12          We were a QA -- quality assurance was
13  the responsibility of each of the various product
14  organizations, and we created what I characterize
15  as sort of an audit function to go in and check the
16  testing that had been done by those organizations
17  to be able to report our findings on that.
18          And so I now had these two groups, the
19  integration testing group and the porting kit
20  management group, and so I tried to come up with a
21  name that sort of reflected what we did.
22      Q.   What do you mean by the term
23  "integration"?
24      A.   That all of the pieces of the
25  applications fit together, the transactions flow

27

1  across product boundaries.
2      Q.   And what do you mean by "the pieces fit
3  together"?
4      A.   Any software product is a collection
5  of many, many individual components that all have
6  their function and all have to work together.
7          The typical testing definitions would
8  be that there is unit testing that's testing each
9  component individually.  Does it work?  Do all of
10  its inputs and outputs -- are they produced
11  according to specification.
12          Then there is the concept of system
13  testing, which is, do the outputs of one component
14  flow as the inputs of the next component.  And
15  system testing, at least in our definition,
16  encompasses the -- an entire product.
17          So they -- the development team would
18  be responsible for system-testing the general
19  ledger.  So they would test not only the individual
20  program that posted the general ledger, but that
21  once posted to the general ledger, we can run
22  financial reports and so forth.
23          So taking all of the pieces and make
24  sure that they work in concert together and doing
25  that within a product, we called "system testing."

28

1          And then integration testing is
2  ensuring that transactions flow across product.
3  So, you know, creating a purchase order within the
4  purchasing system would create the correct
5  liabilities in the general ledger system.
6      Q.   Okay.  So when you say transactions flow
7  across products, is it fair to say that the
8  transactions are the information?
9      A.   Ultimately, yes.  Oracle's an
10  information company.  So, yes, absolutely.  That's
11  exactly it.  That the data is -- you know, is
12  flowing from one component to others as it's
13  specified to do.
14      Q.   So is it fair to say, when the data is
15  flowing from one component to another as it's
16  specified to do, that that's integrated?
17      A.   Yes.
18      Q.   Okay.  And when you were director of
19  applications integration, were you reporting to Ron
20  Wohl at that time?
21      A.   Yes.
22      Q.   And did you have direct reports?
23      A.   Yes.
24      Q.   Approximately how many direct reports
25  did you have?

Seiden, Gregory   5/16/2006   9:05:00 AM

29

1     A.   Direct, probably a half dozen.
2     Q.   And how long were you director of
3   applications integration, approximately?
4     A.   I -- the one question I did prepare
5   for was when I became vice president, and that was
6   January of 1999.
7     Q.   And if you could remind me, your title
8   then was vice president of?
9     A.   Applications integration.
10     Q.   Did your -- I understand -- well,
11   withdraw that.
12         Did your job duties change
13   significantly between the time you became director
14   of applications integration and the time that you
15   were vice president of applications integration?
16     A.   They changed while I was director.
17   Basically you have to perform the job before you
18   get the title.  So, no, they didn't change after I
19   got the title.
20     Q.   So you gained more responsibility
21   progressively.  And do you recall the names or
22   positions of the -- of your direct reports when
23   you -- when you were still the director?
24     A.   I had Ric Ginsberg, R-i-c Ginsberg,
25   who managed the -- let's see.  Ric managed

30

1   translations and managed infrastructure development
2   at that time; Joan Ryan managed national language
3   support architecture; K.R. Narayanan managed the
4   porting kit management process; and Rhonda Dibachi
5   managed the integration testing group; and Maryann
6   Anthony managed our product release process; and
7   Betty Suyama was the release manager.
8     Q.   Okay.  What is an -- I'm just going
9   to -- a couple questions about their titles.  What is
10   national language support architecture?
11     A.   National language support is ability
12   to run the product in various languages, so to be
13   able to take the Oracle applications suite, for
14   example, and run it in French or run it in Italian.
15         There are certain architectural
16   conventions that we needed to follow in order to
17   make that work.  And Joan would manage that.  She
18   would also -- at that time was dealing with the
19   packaging of the translations once they were
20   completed.
21     Q.   Okay.  And what did the product release
22   groups do?  What were their responsibilities?
23     A.   Well, there is -- the product release
24   process or the --
25     Q.   Yeah.  We'll start with the product

31

1   release process.
2     A.   Well, you're referring to Maryann
3   Anthony.
4     Q.   I believe you said Anthony and Betty
5   Suyama were both involved in release in some way?
6     A.   Maryann Anthony managed the product
7   release process, which was a -- different concepts
8   than Betty Suyama.
9         Betty Suyama was responsible for
10   managing all of the paperwork associated with
11   getting the release into our order entry system and
12   handed off to our manufacturing distribution
13   organization which was responsible for replicating
14   CDs and getting those shipped.
15         And she would manage things like
16   third-party license requirements and royalty
17   agreements and such that we would have with other
18   vendors and partners.
19         The product release process was the
20   name for the process that was defined for the final
21   stages of the development life cycle, the
22   involvement of customers and alpha and beta
23   testing, for example, and what we called a "managed
24   release process," sort of the handholding of
25   initial customers, and coordination of early views

32

1   of the software that some customers would get.
2     Q.   I'm going to have some more questions
3   about that a little later, but right now I'm going to
4   press forward to what I believe was -- essentially
5   your next position was the VP of applications
6   integration; is that correct?
7     A.   Yes.
8     Q.   And you began that job in about 1999?
9     A.   Yes.
10     Q.   What is your current title?
11     A.   Vice president of operations for
12   applications technology.
13     Q.   So how long were you vice president of
14   applications integration?
15     A.   I am not sure exactly the date that
16   that changed.  It was -- we reorganized the
17   application division after the departure of Mark
18   Barrenechea, so I held that title from '99 through
19   Mark Barrenechea's departure.
20     Q.   And I know you described your change in
21   duty as somewhat progressive, but what were your
22   duties as vice president of applications integration?
23     A.   Well, it's described -- and we
24   basically hit them all, as I described, the direct
25   reports.

33

1    So there is the porting kit management
2 function; the development of various applications;
3 development infrastructure tools; responsibility
4 for the software used to install and to upgrade the
5 Oracle applications; responsibility for translation
6 and packaging of translation of the software;
7    The integration testing team, and the
8 liaison with the product line engineering
9 organization, and coordination with the release
10 organization, the manufacturing distribution
11 organization.
12    Q.   And when you became VP of applications
13 integration, how many direct reports did you have?
14    A.   It was about half a dozen.  Well,
15 whatever I ended up with.
16    Q.   Were they the same people who were --
17    A.   Yes.
18    Q.   Okay.
19    A.   Yes.
20    Q.   I'm going to go through each of these
21 divisions in a little more detail.  The porting kit
22 management.  I think we described that earlier.  Did
23 that change at all during -- as you moved up the
24 ladder?
25    A.   We improved it.  We improved the

34

1 process.
2    Q.   And in what way did you improve the
3 process?
4    A.   Creating automation and reducing the
5 amount of manual labor that was required by the
6 product line engineering organization.
7    Q.   And who was the head of your porting kit
8 management group?
9    A.   K.R. Narayanan.
10    Q.   Can you spell that?
11    A.   K.R. N-a-r-a-y-a-n-a-n.
12    Q.   And when you say porting from one
13 platform to another -- I apologize if you've already
14 answered that, but I just want to make sure I
15 understand.  What do you mean by "platform"?
16    A.   Platform is the combination of the
17 hardware and the operating system.
18    Q.   And so your division was passing along
19 development information to the porting group; is that
20 accurate?
21    A.   That's correct.
22    Q.   And what was the porting group doing
23 with that information?
24    A.   They -- it would pass along
25 information and the -- the code itself.  So as far

35

1 as the information, that was instructions on what
2 modifications we expected that they would need to
3 make on a particular platform and then how to run a
4 regression test to verify their work on that
5 platform.
6    Q.   And the platform being the different
7 types of products, computers that the software was
8 going to run on?
9    A.   Right.
10    Q.   The next thing you mentioned was
11 development infrastructure tools.
12    A.   Um-hmm.
13    Q.   And what does that mean?
14    A.   In order to operate efficiently, we
15 would create tools to automate repetitive functions
16 and to capture information.  So we had a system
17 that we've grown over the years that's referred to
18 as ARU, which stands for "automated release
19 updates."  But there are only a half dozen people
20 at Oracle that would even know that.  It's just
21 referred to as ARU.
22    And you use the ARU system to
23 define -- to define the software.  It's a
24 configuration management utility.  So for every
25 file -- and there are hundreds of thousands of

36

1 files within the system -- we keep track of every
2 version of every file and unique combinations of
3 those versions.
4    So, for example, to create the general
5 ledger posting program, we'll require hundreds of
6 files.  And we need to know the names of all those
7 files and the version numbers of all those files
8 that should be fit together.  So the ARU system is
9 a big computerized tracking system to manage that.
10 And over the years, we grew the ARU system.  That
11 was sort of the cornerstone of our automation.
12    So when I said that we made the
13 porting process better, one of the ways that we did
14 that was to automate large portions of it, that
15 given the definition of the -- of how to build any
16 particular program, the system would automatically
17 then go out, collect those files, compile them
18 together, create the patch and package it up in
19 a -- the format that's expected to -- for delivery
20 of the code.
21    Q.   Now, what do you mean by "automation"?
22    A.   Computerizing of repetitive tasks.
23 So, for example, when we first created the ARU
24 system, the -- if a customer required a particular
25 software patch, the support organization would

37

1  raise a -- would raise a bug and say "we need the
2  following program patched."
3      The developer would go in and say,
4  "Okay, in order to create that patch, you will need
5  these 16 files and these versions."  And the
6  product line engineering organization would see
7  that, and they would pull those files one at a time
8  and create the patch.
9      So what I mean by "automation" is that
10  we change that to -- sorry about that -- rather
11  than the software development organization
12  specifying the files and the versions in the bug
13  database, they would specify them in ARU, and then
14  with the push of a button, ARU would pull all of
15  the individual files, compile them for that
16  platform and bundle them together into a cohesive
17  patch.
18      Q.  And who is your direct report for
19  development infrastructure tools?
20      A.  Ric Ginsberg.
21      Q.  And what was his title?
22      A.  I think I called him director of
23  applications integration.
24      Q.  And when did you start using the
25  automation as opposed to the, for lack of a better

38

1  word, manual file pulling?
2      MR. GIBBS:  Objection; vague.
3      Answer if you can.
4      THE WITNESS:  I don't remember.  But
5  it was after becoming -- going from porting kit
6  management to -- from applications integration
7  to porting kit management.  It was somewhere in
8  that time.  And the automation is an ongoing
9  process.  We're always looking for opportunities to
10  further automate.
11  BY MS. ANDERSON:
12      Q.  Was it after you went from --
13      A.  Manager of integration testing to
14  manager of porting kit management.
15      Q.  Okay.  But before you became vice
16  president of applications integration, that was
17  preexisting?
18      A.  Yes.
19      Q.  Just to put some time -- bookends
20  on things.  You said you were VP of applications
21  integration from 1999 until sometime when Mark
22  Barrenechea left the organization.  There was some
23  reorganization at that time.
24      A.  Yes.
25      Q.  Do you know approximately when Mark

39

1  Barrenechea left the company?
2      A.  No.
3      Q.  Was it after 2001?
4      A.  Yes.
5      Q.  So it's fair to say that descriptions
6  you're giving me and information you're giving me
7  from when you were VP of applications integration
8  covered the time period from at least 1999 to 2001.
9  Is that accurate?
10      A.  Yes.
11      Q.  Okay.  The next area you mentioned was
12  software to install and upgrade?
13      A.  Correct.
14      Q.  And what does that mean?
15      A.  Also I forgot a direct report.
16      That's the -- the software that's used
17  to take -- take the code that we've developed and
18  packaged that's on individual CDs and install that
19  on a customer's computer.  That's installing the
20  software.
21      Upgrading the software is the process
22  of upgrading the -- the customer's database to
23  modify the -- to modify the schema, to modify the
24  way in which that software is stored or that data
25  is stored in the database to reflect the new

40

1  version of the application software.
2      Q.  And who is your direct report in charge
3  of that area?
4      A.  Kenton Noble.
5      Q.  And what was Kenton's title, if you
6  recall?
7      A.  Just director or senior director.
8      Q.  Now, with respect to the install by
9  code, do you -- is that referring to the software
10  application?
11      A.  Yes.
12      Q.  And what do you mean when you say
13  modifying the schema?
14      A.  The schema is the definition of the
15  database.  A relational database is represented by
16  a number of tables just -- you think of it as like
17  an Excel spreadsheet -- it's a columnar definition
18  of data -- and then relationships between those
19  tables, and then some other higher-level
20  definitions, things like views, one way of -- you
21  know, of looking at that particular data.
22      If you wanted to restrict the data
23  that someone's able to see or to, underneath the
24  cover, so to speak, combine the data from two
25  tables or something, you'd create something called

Seiden, Gregory  5/16/2006  9:05:00 AM

41

1    a "view." And then there are, you know, a bunch of
2    other things that could be layered on top of that.
3          So it's the underlying definition of
4    how the data is stored and can later be retrieved,
5    and that definition may change from one release --
6    or one version of the software to another as we add
7    new functionality.
8          Q.   So as you change new functionality as
9    the schema is modified, that's when you have the
10   upgrade.
11         A.   Right.
12         Q.   And how do you go about performing an
13   upgrade?
14         A.   Are you speaking from the customer
15   viewpoint? What is the customer experience of
16   performing an upgrade?
17         Q.   Well, let's start first with what your
18   group does with respect to developing the upgrade.
19         A.   Okay. First, we define standards, how
20   the development organization should code and -- the
21   upgrade is a self-code just like the application
22   system. How they should create the programs that
23   would perform the upgrade.
24         We create the infrastructure for that,
25   so we're responsible for a program called the Auto

42

1    Upgrade, and what Auto Upgrade does it reads in
2    a number of what we call "driver files," which is
3    the definition of what steps need to be run in the
4    upgrade and in what order.
5          The product development teams would
6    give us the input to create that driver file, and
7    they would write individual SQL scripts for C code
8    programs or PL/SQL programs. C code and PL/SQL
9    being programming languages or SQL scripts being
10   collections of what are called database
11   manipulation language commands to create a table or
12   add a column to a table, change data in a table.
13         So they would write -- the product
14   teams would write collections of these upgrade
15   scripts to the standards that we would define. My
16   group would pull them all together, assemble the
17   master driver for creating an upgrade, and we would
18   test it against various databases.
19         Testing it for syntactical
20   correctness, that is. Do all of the scripts
21   execute? And we would also test it for
22   performance; that is, how quickly does it run, with
23   what timing can we upgrade a large, medium or small
24   database.
25         Q.   Okay. Does it also test the

43

1    functionality of the upgrade?
2          MR. GIBBS: Objection; vague.
3          THE WITNESS: That's hard to answer,
4    in that, you know, it tests that the -- that the
5    upgrade performs. "Performs" not being performance
6    but that the upgrade runs syntactically.
7    BY MS. ANDERSON:
8          Q.   So is it fair to say, that if the
9    upgrade was designed to add two new types of
10   functionality, that this test would then assess
11   whether that, in fact, was working correctly?
12         MR. GIBBS: Objection; vague.
13         THE WITNESS: We would run the test to
14   ensure that the upgrade runs completely. We would
15   upgrade test databases that the product teams would
16   then use. So presumably that validates that the
17   upgrade runs.
18   BY MS. ANDERSON:
19         Q.   And what do you mean by "master driver"?
20         A.   The upgrade program itself is a
21   generic program that simply takes commands and
22   executes them. So the master driver is the -- the
23   definition of all of the commands that the upgrade
24   program should run as part of the upgrade.
25         MS. ANDERSON: Could we take a

44

1    five-minute break.
2          THE VIDEO OPERATOR: The time is
3    10:07. Off the record.
4          (Break taken.)
5          THE VIDEO OPERATOR: The time is
6    10:15. On the record.
7    BY MS. ANDERSON:
8          Q.   Welcome back. Before we took a break,
9    we were talking about the software to install an
10   upgrade group within your group. Is that accurate?
11         A.   Yes.
12         Q.   Now, what was your role with respect to
13   the software install and upgrade?
14         A.   I suppose I was a sounding board on
15   design, and I would review -- review timing reports
16   and upgrade status.
17         Q.   What do you mean by "upgrade status"?
18         A.   You know, we've run the upgrade on a
19   particular database. It ran in so many hours. It
20   had X many failures.
21         Q.   And how many people were part of that
22   group other than Kenton Noble?
23         A.   Four or five.
24         Q.   And did you hold regular meetings with
25   that group?

45

1    A.    No.
2    Q.    How did you receive the upgrade status
3  reports?
4    A.    Most of my status with the team was
5  what you would call "hallway reporting."  It was
6  open-door.  I would either walk around or they
7  would come into my office.
8    Q.    Did you have any type of formal
9  reporting procedure with that group?
10   A.    No.
11   Q.    And would you report the progress of the
12 software and install upgrades to Ron Wohl?
13   A.    Yes.
14   Q.    And when would you do that?
15   A.    In the applications management
16 committee meetings.
17   Q.    Okay.  And how would you relay the
18 upgrade status?
19   A.    Either as sort of a binary status --
20 it's working or it's not working -- and then by
21 timings, how long did it take to upgrade certain
22 target databases.
23   Q.    And did you create any reports for Ron
24 Wohl?
25   A.    No specific reports.

46

1    Q.    Did you relay this information verbally
2  or written?
3    A.    Typically verbally.  Sometimes I might
4  bring in an output of the upgrade program itself,
5  called the "upgrade timing report," just to show
6  which were the top long-running jobs.
7    Q.    What information was in the upgrade
8  timing report?
9    A.    An upgrade timing report's an output
10 of the upgrade infrastructure program itself, and
11 it reports for every job what time it started, what
12 time it finished, and how much resource it took.
13   Q.    You mean how much resource work from
14 your team or --
15   A.    How much computer resource it took.
16   Q.    Is that like a -- do you mean like a
17 time to run the upgrade?
18   A.    How many seconds that particular
19 script ran as contrasted with -- there is a concept
20 of wall time, how much time elapsed on the clock
21 versus how much time did the computer spend working
22 on a particular task.
23   Q.    And did you relay information with
24 regard to the update status by other means such as
25 e-mail?

47

1    A.    To the development organizations I
2  would do that.
3    Q.    Okay.  What do you mean by "development
4  organizations"?
5    A.    The product teams responsible for
6  developing the code.
7    Q.    And what was the purpose of relaying
8  that information?
9    A.    To let them know that they had
10 something that was running too long and needed to
11 be fixed.
12   Q.    And who typically would you correspond
13 with with the development organizations?
14   A.    There was a mailing list related to
15 the -- what we called the "upgrade task force," and
16 then there's another mailing list which was the --
17 included the development managers for each of the
18 products.
19   Q.    And would you e-mail them regular
20 updates?
21   A.    We would e-mail them updates when we
22 would complete an upgrade test.
23   Q.    That was the case during the 2000 to
24 2001 time period?
25   A.    Um-hmm.  Yes.

48

1    Q.    Okay.  I'll probably have more questions
2  about upgrades later, but for now I'm going to press
3  forward with your different practice groups.
4    Q.    Okay.
5    Q.    The next group is translation and
6  packaging, I believe you said.
7    A.    Yes.
8    Q.    And during the 2000-2001 time period,
9  who was your direct report in charge of that group?
10   A.    I believe it was Ric Ginsberg at that
11 time.
12   Q.    Okay.  And translation, I believe you
13 mentioned earlier, was simply translating the
14 software to operate in different language
15 environments, like French, German language
16 environments.
17   A.    Correct.
18   Q.    And how does one go about implementing a
19 translation to any given software?
20      MR. GIBBS:  Objection; vague.
21      THE WITNESS:  The -- first, you have
22 to be architected to allow translation.
23 BY MS. ANDERSON:
24   Q.    What does that mean?
25   A.    In our case, that means that there is

49

1    a separate table in the database that we call a "TL
2    table," a translation table, for any textual string
3    that would be displayed to the user.
4         So using relational technology and
5    views, which I mentioned earlier, we can combine
6    the base table and the translation table selecting
7    the -- the particular user-viewable string from the
8    underlying translation table and merging it with
9    the base data to present to the user.
10        Q.   And what do you mean by "packaging"?
11        A.   The -- we would extract the English
12   version of the strings, put that together in a
13   package much like we do for the porting kit for the
14   product line organization.  That package would be
15   sent off to translation vendors who provide the
16   translation services.
17        And we would receive the translated
18   data back from the translation services and build
19   scripts around those that the utilities similar to
20   the upgrade utility would then install on a
21   customer database.
22        So that's the packaging aspect of it.
23        Q.   When you add a language to a software,
24   how do you go about adding that functionality?
25        MR. GIBBS:  Objection; vague.

50

1         THE WITNESS:  Are you asking from a
2    customer's standpoint or from a development
3    standpoint?
4    BY MS. ANDERSON:
5         Q.   From the development standpoint.  Is it
6    something where, you know, you would issue a patch of
7    some kind?
8         A.   I would see that as the customer.
9         Q.   Okay.  And so why would you see that as
10   the customer?
11        A.   From a development standpoint, there
12   is really no -- once you're architected to be
13   translatable, there is no more development
14   activity.  The customer experience is that they
15   would receive a patch, which is the translation.
16        Q.   But the patch needs to be developed.
17        A.   There is -- when we use the term
18   "developed" or "development," we usually imply that
19   there is some sort of cognitive activity there that
20   a software developer has to undergo.
21        The translation is really a packaging
22   exercise.  It's something that's largely automated.
23   We extract the strings, we send it off to a vendor,
24   and we package it up as a patch that the customer
25   can install.  So it's something that needs to be

51

1    created.
2         Q.   And in the 2000-2001 time period, what
3    vendor were you using to create these patches?
4         A.   I didn't operate directly with the
5    vendors.  Vendor management was handled by the
6    Worldwide Product Translation Group in Ireland.
7         Q.   And did you work with that group
8    directly?
9         A.   We would work directly with WPTG,
10   Worldwide Product Translation Group, and they did
11   all the contract management with the outside
12   vendors.
13        Q.   Was your group responsible for seeing
14   that these language patches were developed for
15   implementation?
16        A.   I don't understand.
17        Q.   I'm just wondering if your group was
18   responsible to see that WPTG got the patch out on
19   time, the patch was working correctly, this type of
20   thing.
21        A.   We were responsible --
22        MR. GIBBS:  Objection.
23        Let me get the objection out.
24        Objection; vague, compound.
25        Answer if you can.

52

1         THE WITNESS:  We were responsible for
2    ensuring that it installed correctly.
3    BY MS. ANDERSON:
4         Q.   Now, you are familiar with the Oracle
5    Suite 11i, correct?
6         A.   Yes.
7         Q.   And is that the same as Oracle's
8    E-Business Suite?
9         A.   It's a version of the Oracle
10   E-Business Suite.  It's a current version.
11        Q.   And when was Suite 11i first released?
12        A.   May of 2000.
13        Q.   So during this time period that we're
14   talking about, the software that you're working on,
15   the applications you're working on are Suite 11i
16   applications; is that correct?
17        MR. GIBBS:  Objection; vague.
18   BY MS. ANDERSON:
19        Q.   That's the 2000 to 2001 time period.
20        A.   We worked on release of 11.0 and --
21   well, 10.7, 11.0 and 11i were all currently
22   supported versions.
23        Q.   Now, with respect to the translation and
24   packaging group, when you -- you said that you
25   indicated that your group was responsible for

53

1   ensuring that the language patches were installed
2   correctly?
3       A.   That they can be installed correctly.
4       Q.   Okay. And how did you go about ensuring
5   that?
6       A.   By installing them.
7       Q.   And would you install them in a test
8   environment?
9       A.   Yes.
10      Q.   Okay. And when -- when, if you recall,
11  was the language patching on Suite 11i complete?
12          MR. GIBBS:  Objection; vague.
13          THE WITNESS:  Language patching is
14  ongoing.
15  BY MS. ANDERSON:
16      Q.   Okay. Let me just make sure we're on
17  the same page with respect to your testimony. Can
18  you just briefly describe what you mean by a patch?
19      A.   A patch is any delivered change to
20  the -- to the software. So all of -- all of the
21  Oracle software -- all the Oracle application
22  software is delivered via the patching mechanisms.
23          The ARU system I mentioned before is
24  used to build all software patches and releases
25  and -- so a patch can be new features, new

54

1   functions, could be a diagnostic utility, could be
2   anything, you know, up to including fixes to code
3   defects.
4       Q.   And one type of patch is a patch that
5   addresses language functionality, and that's what
6   we're referring to as language patching; is that
7   accurate?
8       A.   Yes. Yes.
9       Q.   And you said that the language patching
10  was ongoing. Was it on a schedule as far as adding
11  individual languages?
12      A.   Languages come in on different
13  schedules depending on the number of resources that
14  the particular vendors have available to them.
15      Q.   What types of resources would a vendor
16  need to have available?
17      A.   Translators, the people that do the
18  translation itself. So some languages that come
19  back are translated more quickly than others
20  depending on the -- the popularity of that language
21  and the number of translators that the vendor would
22  have available.
23      Q.   And with respect to Suite 11i, what were
24  Oracle release goals with respect to the
25  translations, if you recall?

55

1           MR. GIBBS:  Objection; vague and lack
2   of personal knowledge.
3           THE WITNESS:  Right. I don't know
4   what the goals were, and I don't remember on what
5   schedule we released the first versions of those
6   languages.
7   BY MS. ANDERSON:
8       Q.   Okay. Again, we'll likely return to
9   this topic.
10          And did you meet on a regular basis
11  with Mr. Ginsberg with respect to the progress of
12  the translation and packaging group?
13      A.   Yes.
14      Q.   How often did you meet with him?
15      A.   As often as he would come into my
16  office, which would vary.
17      Q.   Vary according to what?
18      A.   To Mr. Ginsberg and what had him
19  excited that week.
20      Q.   And did you meet with his team?
21      A.   No.
22      Q.   And what was your role with respect to
23  the translation and development?
24      A.   Again, largely supervisory. I -- I
25  helped them to define what we called a "translation

56

1   matrix" which allowed the rest of the organization
2   to see what languages and -- what languages were
3   available for the applications and what the scope
4   of the translation was for those languages.
5       Q.   Okay. And what languages were
6   available? Who would determine which languages were
7   available?
8           MR. GIBBS:  Objection; vague.
9           THE WITNESS:  The budgetary
10  responsibility for translation rested in the
11  product line engineering organization. Requests
12  for languages, requests for new translations were
13  generally submitted to us from the -- from the
14  field, from the sales force.
15  BY MS. ANDERSON:
16      Q.   And what would you do with those
17  requests?
18      A.   We would ask the sales force to
19  justify any particular translation request. We
20  would estimate the cost of that translation, and
21  then we would pass that along to Ron Wohl and
22  request approval.
23      Q.   And were issues such as delays or
24  customer complaints relayed to you by Mr. Ginsberg at
25  any time?

57

1    MR. GIBBS: Objection; lack of
2  foundation.
3    THE WITNESS: Yes.
4  BY MS. ANDERSON:
5    Q.  And what types of delays?
6    A.  Well, it would be delays that the
7  software is not available in a particular language.
8    Q.  Do you recall any particular delays in
9  the 2000-2001 time period?
10    A.  I don't.
11    Q.  And would you relay information with
12  respect to delays to Mr. Wohl?
13    A.  Yes.
14    Q.  And would you do that in the -- in his
15  weekly meetings?
16    A.  Yes.
17    Q.  And would you do that in any kind of a
18  report?
19    A.  No.
20    Q.  What about via e-mail?
21    A.  Maybe.
22    Q.  And would information with respect to
23  these delays be relayed to Larry Ellison?
24    MR. GIBBS: Objection; lack of
25  foundation.

58

1    THE WITNESS: I don't know.
2  BY MS. ANDERSON:
3    Q.  Did Mr. Wohl report directly to
4  Mr. Ellison?
5    A.  Yes.
6    Q.  And do you recall any particular
7  customer complaints with respect to the language
8  capabilities that Mr. Ginsberg informed you about?
9    A.  Not related to availability, no.
10    Q.  What types of complaints did he inform
11  you of?
12    A.  Installation time and patching time
13  for translations.
14    Q.  Can you describe those complaints in
15  greater detail?
16    A.  Any patch that a customer needs to
17  apply, whether it's a code fix or new
18  functionality, would have to be applied in English
19  and in all of the languages, and then the data
20  would need to be synchronized so that all of the
21  data -- all of the data is represented for every
22  piece that could be queried.
23    And we had some performance problems
24  with that, so customers running more than five or
25  six languages were running into performance

59

1  problems when patching.
2    Q.  What were the nature of the performance
3  problems?
4    A.  That it would take a long time to
5  patch.
6    Q.  And what do you mean by "a long time"?
7    A.  That a patch that in English could be
8  done in a half hour might take six or eight hours
9  to do if you have multiple languages.
10    Q.  And the customers were complaining
11  because that was longer than what they had
12  anticipated; is that true?
13    A.  I would assume that that's why they
14  were complaining.  Yes.
15    Q.  And why, if you know, would they have
16  anticipated it to take less time?
17    A.  Just contrasting the language patching
18  with the English patching.  So if a half-hour patch
19  expanded to six or eight hours because they had
20  multiple languages, that could end up impacting
21  their business.
22    Q.  And did sometimes -- withdraw that
23  question.
24    Do you remember any specific customers
25  from whom --

60

1    A.  General Electric.
2    Q.  And can you tell me a little bit more
3  about the complaints from General Electric.
4    A.  Well, that was it.  That they were
5  concerned about patching time, and I believe that
6  they had plans to add as many as twenty languages
7  and were concerned that it would become untenable.
8    Q.  Were they concerned about the time to
9  add the twenty languages or the time to add
10  additional patches in the future if they had twenty
11  languages?
12    A.  The time to add additional patches in
13  the future if they had twenty languages.
14    Q.  Did they also express any complaints
15  with respect to the addition of languages?
16    A.  Not that I was aware of.
17    Q.  And how was this information -- these
18  customer complaints from GE, how was that relayed to
19  you from the field?  What sort of chain of
20  communication?
21    A.  I don't remember.
22    Q.  Was this relayed to you by Mr. Ginsberg
23  or somebody else on his team?
24    A.  I don't remember.
25    Q.  When you -- did you meet with

61

1    Mr. Ginsberg's team?
2        A.   No.
3        Q.   So most of the information, is it fair
4    to say, was channeled through you to Mr. Ginsberg?
5        A.   Yes.
6        Q.   And how many people were on
7    Mr. Ginsberg's team?
8        A.   Twenty.
9        Q.   And do you recall when you heard about
10   these complaints from GE?
11       A.   No.
12       Q.   Did you relay these complaints to
13   Mr. Wohl?
14       A.   I believe so.  Not certain.
15       Q.   Do you know if Mr. Wohl relayed these
16   complaints to Mr. Ellison?
17       A.   That, I don't know.
18       Q.   Do you recall any other specific
19   customer complaints with respect to the language --
20       A.   No.
21       Q.   -- and packaging?
22            Okay.  Again, I can't promise we won't
23   come back to that, but we'll move on now to the
24   integration testing team.
25            What was the -- what were the duties

62

1    of the integration testing team?
2        A.   The integration testing team was a --
3    what I would call a QA audit function.  What they
4    would do was to -- while -- there were two
5    components to the team.  One created integration
6    testing standards, as I described before, for
7    porting kit management, and the other part of the
8    team would do functional tests of the suite
9    software for what we defined as key business flows.
10       Q.   By "suite software," you mean Suite 11i?
11       A.   Yes.
12       Q.   And what do you mean by "key business
13   flows"?
14       A.   We defined eighteen or twenty key
15   business flows being characteristic transactions
16   that users would execute that would flow across
17   suite products.
18       Q.   Can you give me an example of a
19   characteristic transaction?
20       A.   Being able to enter an order, reduce
21   the inventory based on that order, create a
22   billing, and post to the general ledger.
23       Q.   And when you say "flow across suite
24   products," what do you mean by "suite products"?
25       A.   The E-Business Suite is composed of

63

1    many different products so that, you know,
2    historically you could make a business as a
3    single-product vendor.
4            There were companies that did general
5    ledgers, companies that did payable systems, and
6    each of those we defined as products within the
7    suite.  And so the transaction that flows across
8    those is one that's going to touch more than one of
9    those traditional products.
10       Q.   Okay.  Are you familiar with ERP?
11       A.   Um-hmm.
12       Q.   What does ERP mean?
13       A.   Enterprise resource planning.  And
14   that was a popular buzzword, I guess, back in the
15   early '90s with the -- the idea of a system
16   handling more than one function for an enterprise.
17       Q.   And what types of applications or
18   modules does ERP include at Oracle?
19       A.   At Oracle, ERP was what would also be
20   referred to as "back-office applications."  So it's
21   your financials, manufacturing, and human resources
22   systems.
23       Q.   And was Ron Wohl the head of the ERP?
24       A.   Yes.
25       Q.   And are you familiar with the term

64

1    "CRM"?
2        A.   Um-hmm.
3        Q.   And what does "CRM" stand for?
4        A.   Customer relations management.
5        Q.   And what type of products are in CRM?
6        A.   Sales-oriented and customer-facing
7    applications.
8        Q.   Can you give me some examples of CRM
9    applications.
10       A.   Sure.  A sales lead tracking system,
11   marketing, customer support.
12       Q.   Okay.  And are CRM products considered
13   more front-office applications?
14       A.   Yes.
15       Q.   Okay.  So is it fair to say that ERP
16   applications at Oracle tend to deal with more the
17   internal functionings of a company, whereas the CRM
18   products deal with that company's interaction with
19   its customers or the public?
20       A.   That's one interpretation, but it's --
21   it's a simple distinction, yes.
22       Q.   In your own words, what's your
23   distinction between ERP and CRM?
24       A.   That ERP is the -- you know, it's the
25   automation of the business functions and that CRM

Seiden, Gregory  5/16/2006  9:05:00 AM

---

65

1   are sales-oriented -- sales and service, I suppose.
2        Q.   And in 2000-2001, was Mark Barrenechea
3   the head of CRM?
4        A.   Yes.
5        Q.   So did Suite 11i include both ERP and
6   CRM products?
7        A.   It does, yes.
8        Q.   And did it in the 2000-2001 time period?
9        A.   Yes.
10       Q.   And so the functional testing -- did you
11  test whether information could flow across ERP
12  products into CRM products?
13       A.   The bulk of my team was focused on
14  ERP.  I was growing a CRM team.
15       Q.   Why was the bulk of your team focused on
16  ERP?
17       A.   Because that's what we had done
18  historically.  CRM was a new addition to the suite.
19       Q.   Was Suite 11i the first time that Oracle
20  had included CRM products in its business suite?
21       A.   No.
22       Q.   When did Oracle begin offering CRM
23  products?
24       A.   Some of the products that are in the
25  CRM suite have been part of Oracle for many years,

---

66

1   and some of them were first introduced and bundled
2   as CRM with release 11.0.
3        Q.   And do you recall which CRM products
4   preexisted Suite 11i, Version 11.0?
5        A.   Certainly service existed, and I don't
6   recall which ones were first introduced in 11.0.
7        Q.   Okay.  And by "11.0," just to clarify,
8   are you referring to the first release of Suite 11i?
9        A.   No.
10       Q.   What are you referring to in 11.0?
11       MR. GIBBS:  Besides 11.0?
12       THE WITNESS:  Yeah.  It's 11.0.  There
13  is a -- a numbering convention for the different
14  versions of the software.  So 11.0 is the
15  predecessor to 11i.  Predecessor to 11.0 was
16  release 10.
17  BY MS. ANDERSON:
18       Q.   And when was 11.0 released?
19       A.   In '98 or '99.  Maybe earlier.
20       Q.   And -- and was Suite 11i the first
21  Oracle product that integrated CRM with ERP?
22       A.   No.
23       Q.   What other products accomplished that?
24       A.   There was a CRM 3.0 release, I
25  believe, against release 11.0.

---

67

1        Q.   Okay.  So what new functionality was
2   introduced with 11 point -- with 11i?
3        A.   I don't know.
4        Q.   Now, in the -- let me back up a little
5   bit.  In the 2000-2001 time period, what was your
6   relationship with the CRM group?
7        MR. GIBBS:  Objection; vague.
8        THE WITNESS:  I was responsible for
9   releasing all of the software as I would receive
10  software from all the development groups.
11  BY MS. ANDERSON:
12       Q.   And when you say "releasing," what do
13  you mean by that?
14       A.   The packaging of the software,
15  creation of media, CDs, and the turnover of the
16  media masters to the distribution organization.
17       Q.   And was part of that process the
18  integration testing?
19       A.   Integration testing would happen as
20  part of the creation of any major release that we
21  were doing.
22       Q.   For 11i, did you test -- were you in
23  charge of testing integration between CRM and ERP?
24       MR. GIBBS:  Objection; vague.
25       THE WITNESS:  We did some testing of

---

68

1   the integration between CRM and ERP, but ultimately
2   we were just an audit group.  Testing was the
3   responsibility of the individual product
4   organizations.
5   BY MS. ANDERSON:
6        Q.   What type of testing did your group do?
7        A.   The integration testing as described,
8   we would -- we identified eighteen to twenty key
9   business flows and we would execute those.
10       Q.   Can you give me an example of a key
11  business flow that would run across CRM and ERP
12  products?
13       MR. GIBBS:  Objection; asked and
14  answered.
15       THE WITNESS:  To create a quote and
16  turn that into an order.
17  BY MS. ANDERSON:
18       Q.   Okay.  And in May of 2001 when 11i came
19  out, did you conduct that type of testing?  For
20  example, the creating a quote example?
21       A.   I believe that we did.
22       Q.   And how did that test go?
23       A.   By the time we released, we were able
24  to execute all of our key business flows.
25       Q.   What do you mean by "execute"?

---

Oracle

69

1    A.   We were able to run the test as
2  defined.
3    Q.   What do you mean by "run the test as
4  defined"?
5    A.   Able to answer a quote and create an
6  order from that.
7    Q.   And what does -- what would it mean for
8  CRM and ERP to be integrated?
9    MR. GIBBS:  Objection; vague.
10    Answer if you can.
11    THE WITNESS:  The -- it would mean
12  that they're running off -- or that there's
13  communication at the data level between the
14  applications.
15    So in the case of the E-Business
16  Suite, it means that we're sharing the same schema
17  or the same definition of a customer, the same
18  definition of an order, the same data as opposed to
19  something that's not integrated where there needs
20  to be -- either there is no communication between
21  the programs or you have to do custom integration
22  and create programs to move data back and forth and
23  keep them synchronized.
24  BY MS. ANDERSON:
25    Q.   And when was Suite 11i integrated?

70

1    MR. GIBBS:  Objection; vague.
2    Answer if you can.
3    THE WITNESS:  It's integrated by
4  design.  It was -- it's never not integrated.
5  BY MS. ANDERSON:
6    Q.   When was it running as an integrated
7  product?
8    MR. GIBBS:  Objection; vague.
9    Answer if you can.
10    THE WITNESS:  Again, its -- its -- its
11  very nature is that it's integrated.  They share
12  the database.  They share, you know, the underlying
13  data structures and multiple underlying systems.
14  They can't not be integrated.
15  BY MS. ANDERSON:
16    Q.   So when Suite 11i was released in May of
17  2000, what was the level of integration between CRM
18  and ERP?
19    A.   Again, I don't really know how to
20  answer that.  They are integrated.  They can't be
21  not integrated.
22    MS. ANDERSON:  I think that we need to
23  change the tape, so let's go ahead and do that.
24    THE VIDEO OPERATOR:  This concludes
25  Videotape No. 1 of the May 16, 2006, deposition of

71

1    Greg Seiden.  We're going off the record at 11:04.
2    (Break taken.)
3    THE VIDEO OPERATOR:  This begins
4  Videotape No. 2 of the May 16, 2006, deposition of
5  Greg Seiden.  We're going on the record at 11:09.
6  BY MS. ANDERSON:
7    Q.   Okay.  Did the integration testing team
8  participate in the preproduct release test of
9  Suite 11i?
10    A.   Yeah, by definition, what they were
11  doing was preproduct release testing.
12    Q.   And did they participate in that product
13  testing for each release?  Release 1, Release 2?
14    A.   Yes.
15    Q.   And what types of tests did they -- you
16  described one where the -- key business flows.
17    A.   Correct.
18    Q.   And is that -- what other types of tests
19  would they conduct?  Would they conduct, like,
20  installation tests?
21    A.   No.
22    Q.   Okay.
23    A.   The only other testing that they would
24  do we refer to sometimes as "monkey testing."  They
25  just get on and start keying in transactions,

72

1  navigating around the system and see what works and
2  doesn't.
3    Q.   And were there any other types of tests
4  that were part of the integration testing?
5    A.   No.
6    Q.   Now, would you -- when would you say
7  that Suite 11i contained a fully integrated ERP and
8  CRM based on your testing?
9    A.   That's hard to define.  As I said, it
10  was always integrated.  When -- and I still
11  wouldn't assert that it's bug-free.  So, you know,
12  throughout the development process, it was
13  integrated.  The key integration points being
14  around order management and customer definitions.
15    Q.   What do you mean "key integration
16  points"?
17    A.   The data that's shared between them.
18  Yeah.
19    Q.   So are you saying that the data that was
20  shared between CRM and ERP were in order management
21  and customer definitions?
22    A.   I'm saying the primary entities that
23  are shared between ERP and CRM are customers and
24  orders.  There are others, but if you want to look
25  in broad strokes, that's it.

73

1    Q.   So those are the two most common types
2  of information that need to be shared between CRM and
3  ERP in order for them to be integrated?
4    A.   Yes.
5    Q.   Are there other types of information
6  that need to be shared?
7    A.   I assume so, yes.  There is definition
8  data for -- you know, how to navigate around the
9  system, what responsibilities a user is able to
10  have.
11    Q.   And at what time were these key
12  integration points functioning between CRM and ERP?
13    A.   Again, they are designed that way from
14  the beginning.  There were bugs.
15    Q.   You said designed that way but that
16  there were bugs.  So what do you mean by that?
17    A.   What I mean is they were never
18  designed to not be integrated, that the CRM
19  definition of an order is the same as ERP
20  definition of an order.  The CRM definition of a
21  customer is the same as ERP definition of a
22  customer.
23        When I say that there are bugs, there
24  may be bugs and software defects that cause a
25  problem.  Say a defect in the customer definition

74

1  module that would cause a problem for CRM that
2  might not cause a problem for ERP, for example.
3    Q.   And did your testing identify these
4  defects?
5    A.   Typically not.  Our testing would be
6  of key business flows.  So at the highest levels,
7  we would ensure that things work, product teams
8  would do more detail testing and find more issues.
9    Q.   So you say that it was designed to be
10  integrated.  When as a functional matter were ERP and
11  CRM an integrated product?
12    MR. GIBBS:  Objection; asked and
13  answered.
14        Answer again.
15    THE WITNESS:  It's just always that
16  way.
17    MS. ANDERSON:  I'd like to mark this
18  as Seiden Exhibit 1.
19        (Exhibit No. 1 was marked for
20  identification by the reporter.)
21  BY MS. ANDERSON:
22    Q.   Okay.  Mr. Seiden, if you could just
23  take a quick look at this and let me know when you're
24  done.  I'll be asking about particular pages, but if
25  you could flip through it and get an idea of what the

75

1  document is.
2    A.   (Witness reviews document.)
3    Q.   Mr. Seiden, what's this appear to be?
4    MR. GIBBS:  Objection; lack of
5  foundation.
6  BY MS. ANDERSON:
7    Q.   What does this appear to be?
8    A.   A PowerPoint presentation.
9    Q.   And if you turn to the second page, does
10  it appear that this is a presentation given by Ron
11  Wohl?
12    A.   Yes.
13    Q.   And --
14    MR. GIBBS:  Objection; lack of
15  foundation to the last question.
16  BY MS. ANDERSON:
17    Q.   And I would like you to turn to the page
18  Bate-stamped NDCA-ORCL 028638.  And for the record,
19  this is -- this document is NDCA-ORCL 028625 through
20  028658.
21    A.   Through 8628.
22    Q.   We are turning to 028638.  Now, this
23  appears to be a timeline for 11i product releases; is
24  that correct?
25    MR. GIBBS:  Objection; lack of

76

1  foundation.  Are you asking him what the page says?
2    MS. ANDERSON:  I'm asking what it
3  appears to be.
4    MR. GIBBS:  Well, I'm asking for
5  clarification of what you mean by "appears to be"
6  because it sounds to me like a question on what it
7  says on the page.
8  BY MS. ANDERSON:
9    Q.   The page is titled "11i Product
10  Releases"; is that correct?
11    A.   That's correct.
12    Q.   And as we discussed, 11i was released in
13  May 2000, and that's consistent with this list.  Now,
14  if you look down to 11.3, that says "product release
15  January 2001," right?
16    A.   Yes.
17    Q.   And it says "first integrated ERP/CRM
18  release," right?
19    A.   Yes.
20    Q.   Do you have any reason to believe that
21  January 2001 wasn't the first integrated ERP/CRM
22  release?
23    A.   I don't know what that means.
24    Q.   Well, we've been talking about what
25  integrated means and that your group is in charge of

77

1    integration testing.
2        A.   Right.
3        Q.   So do you have any reason to believe
4    that in January 2001 this wasn't the first integrated
5    ERP/CRM release consistent with this PowerPoint?
6        MR. GIBBS:  Objection; lack of
7    foundation.
8        Answer if you can.
9        THE WITNESS:  Again, I don't know what
10   message Ron was trying to convey with that
11   statement.
12       MS. ANDERSON:  Okay.  I'm finished
13   with that exhibit.  I'd like to mark this as Seiden
14   Exhibit 2.
15       (Exhibit No. 2 was marked for
16   identification by the reporter.)
17   BY MS. ANDERSON:
18       Q.   For the record, this is NDCA-ORCL
19   012424.  Mr. Seiden, take a look at that document.
20   What does it appear to be?
21       A.   It's an e-mail from Ron Wohl to me,
22   replying to my earlier e-mail.
23       Q.   And is it also to Larry Ellison?
24       A.   Yes, it is.
25       Q.   And is it also to apps-dev-mc?

78

1        A.   Yes.
2        Q.   What's app-devs-mc?
3        A.   That's the mailing list for the
4    applications management committee meeting.
5        Q.   I see that Mr. Mark Barrenechea is also
6    cc'd.  Is that accurate?
7        A.   Yes.
8        Q.   And what does Mr. Wohl write there?
9        A.   He says, "Congratulations, Greg.  Our
10   first E-Business Suite containing both ERP and
11   CRM -- this is a major milestone."
12       Q.   What does he mean by "first E-Business
13   Suite containing both ERP and CRM"?
14       MR. GIBBS:  Objection; lack of
15   foundation.
16       THE WITNESS:  I don't recall.
17   BY MS. ANDERSON:
18       Q.   Again, we'll probably be moving back to
19   this issue, but believe it or not, we'll still trying
20   to get through your practice groups.
21       A.   Okay.
22       Q.   We'll back up on that just a little bit.
23       So the integration testing team --
24   make sure I got all this information.  I apologize
25   if I've already asked this.  I can't find it in my

79

1    notes.  Who was your direct report on that team.
2        A.   I believe at this time it was now
3    Bruce Doty, D-o-t-y.
4        Q.   What was Mr. Doty's title?
5        A.   Director of applications for
6    integration testing.
7        Q.   And what were his duties?
8        A.   He was responsible for the group that
9    performed the test and the key business flows and
10   ad hoc monkey testing as I described it.
11       Q.   And how did he record the results of his
12   tests, if you know?
13       A.   The results of the key business flows
14   were documented on a Web page that came to be known
15   as the "smiley face bomb report."
16       And for each of the eighteen to twenty
17   key business flows, its status would be marked with
18   either a smiley face, meaning that the test went
19   through successfully, some squiggly lines, meaning
20   that there was an upstream bug that prevented them
21   from completing the test, or a bomb, meaning that
22   they encountered a bug directly in that test.
23       Q.   And do you know what the official name
24   of that website was?
25       A.   No.

80

1        Q.   Just commonly known as the smiley face
2    bomb report.
3        A.   Yes.
4        Q.   And what other details would be included
5    on that website -- on that web page?
6        A.   It might list bug numbers.
7        Q.   Did your group run reports from that web
8    page?
9        A.   I would on occasion print off that web
10   page and bring it to the AMCM.
11       Q.   And AMCM, you mean the applications
12   management --
13       A.   Committee meeting.
14       Q.   -- committee meeting.
15       And who else would attend the
16   applications management committee meetings?
17       A.   Ron's direct reports.
18       Q.   Was that Ron's weekly meeting?
19       A.   Yes.
20       Q.   And who had access to the smiley face
21   bomb report or web page?
22       A.   Anyone in Oracle could see it on the
23   Internet.
24       Q.   So anyone at Oracle could track the
25   progress of the integration testing going on at

Seiden, Gregory  5/16/2006  9:05:00 AM

81

1    Oracle?
2        A.    If they were so inclined.
3        Q.    Did Mr. Wohl ever mention to you that he
4    had accessed that web page?
5        A.    No.
6        Q.    Do you know one way or another whether
7    he had accessed that web page?
8        A.    I don't know.
9        Q.    Do you know one way or other whether
10   other people in management accessed the web page?
11       A.    I don't know.  If I was interested in
12   them seeing it, I would bring a hard-copy report.
13       Q.    Did you deliver the hard-copy report to
14   people other than those at the AMCM meeting?
15       A.    No.
16       Q.    Did you ever deliver a hard-copy report
17   to Larry Ellison?
18       A.    No.
19       Q.    Or Jeff Henley?
20       A.    No.
21       Q.    Sandy Sanderson?
22       A.    No.
23       Q.    Who else -- you mentioned that Ron's
24   direct reports attended the AMCM meeting.  Who were
25   his other direct reports?

82

1        A.    Don Klaiss, Joel Summers, Cliff
2    Godwin, Kirsten Shaw.  Financials I believe was
3    Steve Miranda, and sometimes our HR representative
4    would sit in.  And Marina Zago.
5        Q.    And as new release was -- a new-release
6    date was approaching and you were -- I assume you
7    would be conducting integration testing around that
8    time.  Is that accurate?
9        A.    Yes.
10       Q.    And would you be reporting the progress
11   of that integration testing at the AMCM?
12       A.    Yes.
13       Q.    And did you provide any written reports
14   with respect to the integration testing?
15       A.    Other than the occasional snapshot of
16   the web page, no.
17       Q.    And did you ever report the progress of
18   the testing via e-mail?
19       A.    Not that I recall.
20       Q.    Did Mr. Wohl or any of the other
21   superiors request information, with respect to the
22   integration testing, via e-mail?
23       A.    Not that I recall.
24       Q.    And who other than Bruce Doty was on the
25   integration testing team?

83

1        A.    Stephanie Chan.
2        Q.    And what was Ms. Chan's position?
3        A.    She was in charge of integration
4    testing standards.  I'm at a loss for the rest of
5    the names.
6        Q.    Approximately how many people were on
7    that team?
8        A.    At its maximum size, I think it was
9    ten or twelve.
10       Q.    And did you meet with the integration
11   testing team on a regular basis?
12       A.    No.
13       Q.    Did you meet with Ms. Chan on a regular
14   basis?
15       A.    No.
16       Q.    Did you talk to Ms. Chan at all?
17       A.    Occasionally.
18       Q.    What about?
19       A.    She was in charge of our regression
20   testing strategy, so she would interface with the
21   third-party vendor that we began to use with -- as
22   of 11i.  So I'd talk with her about the third-party
23   vendor tool.
24       Q.    What do you mean by "third-party vendor"
25   as it relates to the software?

84

1        A.    Another software company.  Mercury
2    Interactive.
3        Q.    And what was your interaction with
4    Mercury Interactive?  I don't understand.
5        A.    Mercury Interactive sells a tool that
6    does capture and replay for testing.
7        Q.    And did Oracle use the Mercury
8    Interactive tool in testing Suite 11i?
9        A.    Yes.
10       Q.    How did the Mercury Interactive tool
11   work?
12       A.    At a broad level, you turn on the
13   Mercury Interactive tool and you enter in
14   transactions to the system, and it is able to
15   intercept the data flow between the client device,
16   the PC, and the server.  So it can capture mouse
17   navigations and keystrokes, can record those and
18   can replay them.
19            It can also capture the response that
20   comes back from the server, and it can then compare
21   the control version, the response that came back
22   when you recorded the test, against the response
23   that you get when you reexecute the test.
24       Q.    And how are those comparisons relayed to
25   the user?

Seiden, Gregory  5/16/2006  9:05:00 AM

85

1          MR. GIBBS:  Objection; vague.
2          THE WITNESS:  It's just -- it's -- the
3   user being the tester, it will give a pass or fail
4   on the test.  They can replay the test up to the
5   point of the failure, and you can typically toggle
6   in between two versions of the screen to see
7   what -- what the screen looked like in the control
8   version and what the screen looks like in the test
9   version.
10  BY MS. ANDERSON:
11         Q.   And how are these test results --
12  withdraw that.
13              Are these test results also logged
14  somewhere?
15         A.   They were not, no.
16         Q.   So they were up on the screen?  And then
17  how would they be resolved once a problem was
18  detected?
19         A.   When a problem is detected, it can be
20  for a variety of different reasons.  It could be
21  that there is -- depending on what the reason,
22  would alter what the resolution is.
23         Q.   So if a problem was detected and that
24  needed to be relayed to development, how was that
25  information relayed to development?

86

1          A.   The -- via the bug database, it would
2   log a bug.
3               (Interruption)
4          THE WITNESS:  The tester would log a
5   bug.
6   BY MS. ANDERSON:
7          Q.   What do you mean by "the bug database"?
8          A.   There is a central database used by
9   Oracle for -- it's called the bug database, but
10  really it's -- it's a work queue for developers, so
11  anything --
12         Q.   I'm sorry.  A what for developers?
13         A.   A work queue.
14         Q.   Work queue.
15         A.   So anything that might require a
16  developer to take action will go into the bug
17  database.  So enhancements, requests for
18  information and product detection are all logged in
19  the bug database.  They get a unique ID and contain
20  information, and then that's visible to all
21  interested parties.
22         Q.   Is the bug database the same as the TARs
23  database, or is that different?
24         A.   No.  The TARs database is used by
25  support TARs, technical assistance request, and

87

1   that tracks any interaction with the customer via
2   telephone or electronic means.
3          Q.   So were problems logged in the bug
4   database defects?
5          A.   Can I turn that around and say defects
6   are logged in the bug database?
7          Q.   Sure.  What other types of things would
8   be logged in the bug database?
9          A.   As I said, it becomes sort of a work
10  queue for the development team, so there might be a
11  request in the bug database to refresh a database
12  or to -- to add a new enhancement, a new feature to
13  the product.
14              Also, even of the bugs that are
15  logged, they aren't necessarily code defects.
16  Basically it's just a request for development to
17  get involved.  So a large percentage of what gets
18  logged in the bug database gets closed out to a
19  status that says that it's not a bug.
20              (Interruption)
21         THE WITNESS:  I'm sorry.  A large
22  percentage of what gets entered into the bug
23  database turns out to not be a code defect and not
24  result in a code fix.
25  BY MR. ANDERSON:

88

1          Q.   Were some of the problems that the
2   Mercury Interactive tool detected entered into the
3   bug database?
4          A.   Some of them would be, yes.
5          Q.   And were some of them code defects?
6          A.   Sure.
7          Q.   And what do you mean by "enhancement"?
8          A.   A customer may want a feature in the
9   product that doesn't exist there today.  It wasn't
10  designed -- that they want the product to do
11  something it wasn't originally designed to do.
12         Q.   So that's a customer request for
13  additional functionality; is that accurate?
14         A.   Yes.
15         Q.   So what other problems detected during
16  testing?  Like, for instance, the Mercury Interactive
17  tool would be logged in the bug database.
18         A.   In anything -- the point that I was
19  making earlier was that you may have problems
20  running the Mercury Interactive tool that don't
21  have anything to do with code defects.  It may be
22  that the test definition has an inherent flaw.
23  That might be logged as a bug if there is a third
24  party running the test.  Or if it's the tester
25  running their own test, they wouldn't bother

89

1    logging a bug for that.
2        Q.    Were problems with the integration
3    testing that were logged in the bug database brought
4    to your attention?
5        A.    If it was a bug in a key business
6    flow, yes, that would be brought to my attention,
7    if there was a bomb on the report.
8        Q.    And do you recall that happening with
9    respect to testing on Suite 11i?
10       A.    Sure. Yes.
11       Q.    And do you recall any specific
12   instances?
13       A.    No.
14       Q.    Were these code defects?
15       A.    Were bombs on the report code defects?
16       Q.    Yes.
17       A.    Typically. Yes.
18       Q.    And do you have any idea how many bombs
19   on the bug report were associated with Suite 11i in
20   the first release?
21           MR. GIBBS:  Objection; vague as to
22   time. Do you mean before or after the software's
23   actually released?
24           THE WITNESS:  The report was -- one of
25   the benefits of the report was that it would -- we

90

1    would trend, so we would show that this week we
2    were all bombs and the next week we were all
3    squiggly lines and then we went to eight bombs or
4    what have you. So the report evolved over time.
5            So, yes, we had lots of bombs during
6    the development of the software, but that's normal.
7    BY MS. ANDERSON:
8        Q.    And was there a standard in place at
9    Oracle -- we'll start with the first release May of
10   2000 -- setting the criteria to determine whether a
11   product was ready for commercial release?
12       A.    Yes.
13       Q.    And what were the factors, if you will,
14   that can considered?
15       A.    Primarily we would look at bug
16   counts -- so no P1 bugs -- and a P2 bug count that
17   represented a reasonable backlog for the product
18   team. Also no installation failures.
19       Q.    What do you mean by "P1 bug," just to
20   make sure we're on the same page?
21       A.    The bug database, we refer to it as P1
22   priority. Or I think it's actually referred to as
23   "severity" within the bug database. A Severity 1
24   bug is defined as meaning that the production
25   system is down, or we would expand that definition

91

1    in the case of software that wasn't released yet
2    because clearly no customer has it and can't be
3    down, but as being a bug of such severity that it
4    could bring a customer's production system down.
5        Q.    And what about P2?
6        A.    The Severity 2 is a problem for which
7    there is a serious business impact but there may be
8    a workaround available to them.
9        Q.    And what is installation failure?
10       A.    That would be a bug that would
11   manifest itself in trying to install the product.
12       Q.    And what would be considered an
13   intolerable number of bugs --
14           MR. GIBBS:  Objection.
15   BY MS. ANDERSON:
16       Q.    -- for release? You said no P1 bugs.
17       A.    No P1 bugs.
18       Q.    What about P2 bugs?
19       A.    P2 bugs, the -- it depends on the size
20   of the product team, the maturity of the products,
21   the number of customers that we expect to have it.
22   So it's a variable function.
23       Q.    And who makes that determination whether
24   a product is ready for release at Oracle?
25       A.    Basically it percolates up through the

92

1    organization. Anybody could, you know, pull the
2    alarm on the assembly line and say that it's not
3    ready to go, starting with the QA teams and the
4    developers and then percolating up through Ron
5    Wohl.
6        Q.    Were the reports regarding bugs before
7    any given release circulated among your team?
8        A.    Among my team, or --
9        Q.    We'll start with -- yeah, with your team
10   that was doing the testing.
11       A.    They would create the smiley face bomb
12   report.
13       Q.    Now, is the bug database different from
14   the smiley face bomb report?
15       A.    Yes.
16       Q.    Were there reports made from the bug
17   database?
18       A.    Not by me, but there were reports on
19   the bug database.
20       Q.    Who made those reports?
21       A.    The standardized report that we looked
22   at at that time were created by Prakash Deshpande,
23   P-r-a-k-a-s-h, D-e-s-h-p-a-n-d-e.
24       Q.    And was he part -- was Prakash Deshpande
25   part of your integration testing team?

93

1      A.   No.
2      Q.   What group was he with?
3      A.   He was with the manufacturing and
4  supply chain development group.
5      Q.   What's manufacturing and supply chain?
6      A.   The manufacturing, inventory, supply
7  chain planning functions that -- business software
8  typically used by a manufacturing company.
9      Q.   Okay.  And who -- and were bug reports
10  also made by members of the CRM development group?
11      A.   I don't know, but I would assume so.
12      Q.   Do you know who the CRM counterpart
13  would be there?
14      A.   I don't know at that time.
15      Q.   Did you receive information about bugs
16  in the CRM modules?
17      A.   Very little.
18      Q.   How did you receive that information?
19      A.   If I got -- typically, if I were to
20  get information about bugs in the CRM, I would have
21  to query the bug database myself or get that
22  information on the basis of our testing.
23      Q.   Now, the criteria you just described for
24  release -- withdraw that question.
25          Again, I'm going to come back to that.

94

1  I want to finish up with the practice groups, which
2  is taking most of the morning, and I have some more
3  questions about these release issues that we'll
4  return to after lunch, I assume.
5      A.   Okay.
6      Q.   But for now let's try to finish up this
7  one list here.
8          So the next one is liaison with
9  product line engineering; is that correct?
10      A.   Um-hmm.
11      Q.   And what is that group's function?
12      A.   Product line engineering is
13  responsible for -- for making the product work on
14  the other hardware/software platforms other than
15  the base development platform.
16      Q.   What do you mean by "platforms" as
17  you're using it there?
18      MR. GIBBS:  Objection; asked and
19  answered.
20      THE WITNESS:  Hardware and software
21  version.  Operating system version.
22  BY MS. ANDERSON:
23      Q.   So is it similar to the porting group,
24  what they were doing?
25      A.   They are the porting group.

95

1      Q.   Oh, okay.  So that's the same group that
2  we discussed earlier, the porting kit management
3  group?
4      A.   No.  Porting kit management -- I
5  stepped on your question, too.
6          Porting kit management creates the kit
7  that is delivered to the product line engineering
8  organization, and they do the porting.
9      Q.   So when you say "they do the porting,"
10  is that a type of testing?
11      A.   Testing is the back end of the
12  process.  Porting is to alter the code to make it
13  work on another platform.
14      Q.   Is it part of the product line
15  engineering group to test that the code is working on
16  other platforms?
17      A.   Yes.
18      Q.   What other platforms are tested as a
19  matter of course, at least with respect to Suite 11i?
20      A.   The base development platform at the
21  time in question was Solaris.  The product line
22  engineering organization was responsible for making
23  it work on IBM AIX, on HP -- I'm not sure where
24  Digital and HP were in their merger -- HP, Compaq,
25  Digital -- but the true 64 operating system, which

96

1  is now owned by HP, was Digital before that and
2  Compaq after that -- and also the HP-UX operating
3  system.
4      Q.   What do you mean by Solaris being the
5  base?
6      A.   The development organization would do
7  the initial coding and testing on Solaris, and then
8  we were responsible for releasing the software on
9  that platform.
10      Q.   Did your group do additional testing of
11  the code and how it works on Solaris?
12      A.   We -- we would build the software on
13  Solaris based on what was delivered by the product
14  teams.  And we would take the product team
15  regression test that they had defined and ensure
16  that those run correctly and repeatedly on Solaris
17  and then bundle all of that as the porting kit that
18  we give to product line engineering.
19      Q.   And then the porting kit -- correct me
20  if I'm wrong -- the porting kit would then be used to
21  test the code on these other systems; is that
22  accurate?
23      A.   The porting kit's a collection of
24  code, instructions, and tests that would use the
25  tests to test on other platforms.

Seiden, Gregory  5/16/2006  9:05:00 AM

97

1      Q.   And what do you mean -- withdraw that.
2           And when your group then tested to
3    ensure that the code was running correctly, did you
4    encounter any problems with Suite 11i running on,
5    first, Solaris?
6           MR. GIBBS:  Objection; lack of
7    foundation, vague.
8           THE WITNESS:  Finding bugs was always
9    part and parcel of the process.  In this context,
10   giving the code to product line engineering, we're
11   trying to assert that the process was repeatable,
12   and we would sometimes find issues.
13   BY MS. ANDERSON:
14      Q.   Do you remember any particular issues?
15      A.   Not any particular issues.  I could
16   describe classes of issues.
17      Q.   What class of issues?
18      A.   Things that we would find that would
19   interfere with repeatability might have to do with
20   a -- with unwitting dependence on a date within a
21   transaction that -- let's say the developer
22   recorded the test during the day but we reran the
23   test overnight and across midnight and so the
24   transaction started on one day and ended on
25   another, which would cause the comparison to fail.

98

1           It's not a code defect, but it's a
2    weakness in the definition of the test that it
3    didn't carry over to a date boundary.  So we would
4    find that sort of issue and report those and get
5    them resolved.
6      Q.   And how would those issues be resolved?
7      A.   Again, depending on how the issue
8    manifested.  In this case, you might block out the
9    date and a screen full of data so that the testing
10   tool knows to ignore the date.
11      Q.   And to whom would you report these
12   weaknesses?
13      A.   We'd log a bug.
14      Q.   And that would again be in a bug
15   database?
16      A.   Yes.
17      Q.   And were you aware of any of these
18   weaknesses that were logged as bugs that delayed the
19   release of Suite 11i?
20           MR. GIBBS:  Objection; vague.
21           THE WITNESS:  We would get those
22   things fixed, but it's -- that's just part of the
23   development cycle.
24   BY MS. ANDERSON:
25      Q.   But you don't recall whether there were

99

1    any delays caused by these types of bugs?
2      A.   No.
3      Q.   And who was your direct report as the
4    liaison with product line engineering?
5      A.   Ric Ginsberg.  Well, at that time I
6    think it was K.R. Narayanan.
7      Q.   I'm sorry?
8      A.   K.R. Narayanan.
9      Q.   Oh.  And how many people were in that
10   group?
11      A.   Five or six.
12      Q.   And would you report problems brought to
13   your attention from this group to Ron Wohl during his
14   meetings?
15      A.   Only if it was affecting the release.
16      Q.   Do you recall any instances where it was
17   affecting the release?
18      A.   In Exhibit 2, I said HP-UX is delayed
19   due to a database bug.
20      Q.   And what does that mean?
21      A.   That means that, in testing on the
22   HP-UX platform in product line engineering, they
23   encountered a bug in the database for which they
24   needed a fix and they were waiting on that.  So
25   that would have been characterized as a P1 bug

100

1    which would prevent the release.  So until we got
2    that patch, we wouldn't release the software.
3      Q.   So how many platforms were tested before
4    the product would be released?  Like were there some
5    more obscure platforms that weren't tested or -- I'm
6    just trying to get a feel for the completeness of the
7    testing.
8      A.   The activity occurs on all the
9    platforms at once.  They don't all necessarily
10   finish at the same time.
11      Q.   So if there is a P1 bug on one platform,
12   that would delay the planned release?
13      A.   Yes.
14      Q.   And do you recall who else was in that
15   group, the liaison, with the product line
16   engineering?
17      A.   Ash Handigol, H-a-n-d-i-g-o-l; Glenn
18   Ong, O-n-g.  That's all I can recall at this time.
19      Q.   And what did Mis-- -- I'm sorry.
20   Mr. Handigot?
21      A.   Handigol.
22      Q.   Handigol.  And what did he do with that
23   group?
24      A.   He would run mostly the install and
25   upgrade tests.

Seiden, Gregory  5/16/2006  9:05:00 AM

101

1    Q.   What about Mr. Ong?
2    A.   Mr. Ong would do database tests, that
3    he would test that we could install various
4    versions of the database.  And he would do
5    regression tests of those database, too, for
6    certifications.  He also worked on the
7    consolidation and release of help text patches.
8    Q.   And did either Mr. Handigol or Mr. Ong
9    create reports on the logging bugs?
10   A.   No.
11   Q.   How else did they report to you?
12   A.   Just logging bugs.
13   Q.   And did you relay that information to
14   anyone other than Ron Wohl and his direct reports?
15   A.   More frequently they would be relayed
16   to the development managers, the people responsible
17   for creating the code.
18   Q.   And who were the development managers?
19   A.   There were hundreds of them.
20   Q.   Okay.  And how would that information be
21   relayed to them?
22   A.   Well, the bug database becomes a work
23   queue for them.  So typically, when something goes
24   into the bug database, that's the only notification
25   that they need to get.  If we're upset with them

102

1    about the turnaround time or don't believe that
2    they understand the severity, we might follow up
3    with an e-mail.
4    Q.   Now, I'd like to direct your attention
5    back to Exhibit 2.  You had pointed out the HP-UX
6    bug.  Do you know what an 8.0.6.1 bug is?  Is that
7    a --
8    A.   Um-hmm.
9    Q.   What is that bug?
10   A.   That's the -- that's a version number
11   referring to the database client's libraries that
12   are used by the Oracle applications.
13   Q.   So it's a bug in the -- I'm confused.
14   Is it a bug in the library?  What does that mean?
15   A.   A library's a collection of functions
16   for software.
17   Q.   Okay.
18   A.   So they are -- when we write the --
19   the applications code, it needs to be able to
20   communicate with the database.  In order to
21   communicate with the database, there are a number
22   of various levels that the software goes through,
23   and ultimately the database communication then will
24   go to the database client library.  And that's what
25   the 8.0.6.1 here is referring to.

103

1    And then that will communicate through
2    a network protocol to the database and get the
3    response and pass it back.
4    So whenever you write any Oracle
5    applications, any -- not Oracle applications -- an
6    Oracle application -- but anytime you write
7    application software using Oracle databases, you
8    will have client-side libraries that are invoked,
9    and that's what this is referring to.
10   Q.   Okay.  And would this be considered a P1
11   bug?
12   A.   The fact that the HP-UX is delayed
13   implies to me that it was considered a P1 bug.
14   Q.   So was this a bug that was delaying
15   release of 11.5.3?
16   MR. GIBBS:  Objection; vague.
17   THE WITNESS:  What I read from this
18   memo is that it was a bug that was delaying release
19   of 11.5.3 on the HP-UX platform.
20   BY MS. ANDERSON:
21   Q.   But other releases -- other -- the
22   release might go forward on other platforms; is that
23   what you're --
24   A.   Yeah.  The previous paragraph says,
25   "The Solaris rapid-install CDs went to M&D."  So

104

1    that says that we released now on Sun.  I don't --
2    Q.   What's M&D?
3    A.   Manufacturing and distribution is the
4    name of the organization within Oracle that's
5    responsible for replicating the CDs and then
6    fulfilling orders.
7    Q.   And what does "rapid install" mean?
8    A.   That's the software that delivers
9    the -- or the packaging of the software that's
10   installed.
11   Q.   So when it's going to M&D, that means
12   it's pretty much being shipped out; is that accurate?
13   A.   Yeah.  I said we wrapped up on
14   Thursday.  "The Solaris rapid-install CDs went to
15   M&D.  Compaq Tru64."  So that answers the previous
16   question.  Compaq was not yet part of HP at this
17   point.
18   AIX and Linux, being other platforms,
19   are all expected to go to M&D on Friday.  So
20   Solaris went on Thursday.  Four more platforms went
21   into shipping on Friday, and it should then begin
22   shipping or be available having reproduced the CDs
23   in a week's time.
24   Q.   Okay.
25   A.   But the HP-UX platform has not gone

Seiden, Gregory  5/16/2006  9:05:00 AM

105

1   yet.
2        Q.   And then what is this reference in the
3   last paragraph to the NT Pro*C bug?
4        A.   As I recall, we had a problem with NT
5   with a particular bug.  So as I mentioned before,
6   there are a number of layers that the software will
7   go through.  At the bottom layer is that database
8   client library.
9        One level higher than that in the
10  technology stack would be the -- what Oracle refers
11  to as the "Pro" libraries, and there is a Pro
12  version for different programming languages.  So
13  there is a Pro COBOL, Pro FORTRAN.  Pro*C implies
14  that it's to operate on -- to work with code that's
15  written in the C programming language.
16       So there was a bug in that level layer
17  of the technology stack that we'd been working on.
18  And apparently we had gotten it fixed, and it had
19  passed through QA in apps, which is applications,
20  and "ST" refers to "systems technology," and that's
21  the group that develops the database.
22       Q.   And what did you mean by "awaiting final
23  packaging"?
24       A.   A fix is -- you know, the fix to a
25  code defect is, at the end of the day, a new set of

106

1   files.  So we were able to take that new set of
2   files directly from the development organization,
3   from ST.
4        Final packaging means that it's -- it
5   will have the installation software that's also
6   needed to install and bundled with it so that a
7   customer can install it without having to follow
8   manual instructions about where to place the files
9   and how to relink.
10       Q.   Okay.  And do you know what code defect
11  was at issue here?
12       A.   No.
13       Q.   Okay.  Now, the last organization you
14  mentioned that was under your supervision in the
15  2000-2001 time period is coordination with release
16  and manufacturer distribution organization.  Is that
17  the R&M?
18       A.   M&D.
19       Q.   That's M&D.  So maybe you could repeat
20  for me what's the name of that organization, the
21  coordination with release?
22       A.   It's one person.  It's Betty Suyama.
23  She was the release manager.
24       Q.   Was she the release manager in the
25  2000-2001 time period?

107

1        A.   Um-hmm.
2        Q.   And what was her job as release manager?
3        A.   She would prepare all the paperwork
4   that was required by Oracle to get a new product
5   release into the order management system and into
6   the inventory system.
7        Q.   What types of paperwork was that?
8        A.   You would have to specify -- you'd
9   have to get part numbers for the CDs.  You'd have
10  to, you know, enumerate the CDs that were in the
11  list, the list of products that were -- that were
12  going out in a release, whether they were
13  production or beta or limited release.
14       Verification of any security concerns.
15  The government requires us to declare if there
16  is -- you know, what sort of encryption software --
17  encryption algorithms are used in the software.
18       So all of the -- you know, it's
19  paperwork around getting the stuff into shipping.
20       Q.   Is it fair to say that -- that the
21  release manager came in sort at the very tail end to
22  sort of get the product out the door?  Is that a fair
23  characterization?
24       A.   Yes, although -- yeah.
25       Q.   Although?

108

1        A.   She gets involved earlier to make sure
2   that there are no mistakes when it does come time
3   for her to do her thing.
4        Q.   Is she involved in any of the testing?
5        A.   No.
6        Q.   What other steps does she -- does she
7   take to ensure there aren't problems with release?
8        A.   She will work with the product teams
9   if there is a new product, to make sure that the --
10  any trademarks are registered.  If there is
11  third-party software, that any license agreements
12  are valid and will be valid for the life of the
13  release.
14       MS. ANDERSON:  All right.  I'm at a
15  pretty good breaking point right now if we want to
16  break for lunch.
17       MR. GIBBS:  That's fine.
18       THE VIDEO OPERATOR:  All right.  The
19  time is 12:16.  Off the record.
20       (Lunch break taken.)
21
22  ///
23
24
25

Seiden, Gregory  5/16/2006  9:05:00 AM

109

1    AFTERNOON SESSION
2
3    THE VIDEO OPERATOR:  The time is 1:28.
4    On the record.
5    BY MS. ANDERSON:
6    Q.  Welcome back, Mr. Seiden.
7    A.  Thank you.
8    Q.  And you understand that you're still
9    under oath even though we've taken a lunch break?
10   A.  Yes.
11   Q.  Before I jump back into our discussion
12   with respect to Suite 11i, I wanted to go over some
13   basic information about what you did to prepare for
14   your deposition today.
15   A.  Okay.
16   Q.  Did you do anything to prepare for your
17   deposition today?
18   A.  I was asked a month or so ago if I had
19   any documents in my possession.  I could not find
20   any when I met yesterday with Patrick and Rees.
21   Q.  And when you were contacted a couple of
22   months ago -- one or two months ago, was that the
23   first time you were notified you'd be testifying?
24   A.  Yes.
25   Q.  And who told you that?

110

1    A.  I don't remember.
2    Q.  And you met with Patrick and Rees.  And
3    how many times did you meet with them?
4    A.  Just once.
5    Q.  When was that?
6    A.  Yesterday.
7    Q.  About how long?
8    A.  From 12 to 4 yesterday.
9    Q.  Okay.  And was anyone else present at
10   that meeting?
11   A.  No.
12   Q.  And other than your -- other than your
13   attorneys, did you speak to anybody else about your
14   deposition?
15   A.  I told my boss that I would be here to
16   be deposed today.
17   Q.  And who is your boss?
18   A.  Cliff Godwin.
19   Q.  And did you discuss the nature of the
20   deposition with Mr. Godwin at all?
21   A.  No, I did not.
22   Q.  Did you speak to anyone else other
23   than --
24   A.  No.
25   Q.  -- what you testified to today?

111

1    And did you review any documents
2    yesterday in preparation for your deposition?
3    A.  No.
4    Q.  Did you review any documents any other
5    time since you first learned you'd be testifying
6    today --
7    A.  No.
8    Q.  -- with respect to this testimony?
9    You mentioned that you conducted a
10   search for documents.  What types of documents did
11   you look for?
12   A.  Anything related to the time period of
13   '99 through 2001, any sort of status reports.
14   Q.  Did you check your -- like a hard file?
15   A.  Checked my file cabinets and I checked
16   my e-mail.
17   Q.  And you found no related documents in --
18   either in hard or electronic copy?
19   A.  Correct.
20   Q.  When did you first become aware of this
21   litigation?
22   A.  To be honest, I couldn't tell you
23   which one this is.  I became aware of multiple
24   lawsuits as they became filed, you know, just from
25   Yahoo! Finance.

112

1    Q.  So you became aware of several lawsuits
2    around the same group of facts; is that -- or --
3    A.  When our stock fell, I became aware
4    that there were multiple shareholder lawsuits.
5    Q.  And that was in the 2001 time period?
6    A.  Sure.  Yes.
7    Q.  And were you ever told about this
8    litigation by anyone at Oracle?
9    A.  No.
10   Q.  Were you asked at any time to preserve
11   your -- any documents with respect to this
12   litigation?
13   A.  I vaguely recall general guidance
14   around that sort of thing.  I didn't believe that I
15   had anything relevant or pertinent to any sort of
16   securities lawsuit.
17   Q.  What type of guidance are you referring
18   to?
19   A.  That if you were involved with revenue
20   projections, that you should preserve any sort of
21   information that you have.
22   Q.  And were you -- were you instructed to
23   preserve documents beyond revenue projection
24   documents?
25   A.  To tell you the truth, I don't recall.

113

1  I don't remember believing that there was anything
2  that would have applied in my case.
3       Q.   Do you know when you received this
4  guidance?
5       A.   I couldn't say.  No.
6       Q.   Do you know who directed you to preserve
7  documents?
8       A.   No.  Again, it didn't register as very
9  important to me at the time.
10      Q.   Were you asked to preserve documents
11 with respect to Suite 11i?
12      A.   No.
13      Q.   Did you -- did you direct anyone on your
14 staff or anyone who reports to you to search for
15 documents?
16      A.   At a point sometime within the last
17 two years or so, I did refer -- whoever was asking,
18 I don't recall -- to Bruce Doty and to -- to be
19 honest, I don't recall.
20      Q.   Were you at any time directed to
21 preserve e-mail relevant to this litigation?
22      A.   No.
23      Q.   And you testified earlier that you do
24 have a paper -- hard-copy file in your office that
25 you searched in preparation for this deposition; is

114

1  that accurate?
2       A.   Yes.
3       Q.   But when you looked in the last couple
4  of weeks, there were no relevant documents?
5       A.   Correct.
6       Q.   And how do you maintain your electronic
7  documents?
8            MR. GIBBS:  Objection; vague.
9            Answer if you can.
10           THE WITNESS:  My electronic documents?
11 The primary electronic documents I would
12 characterize as e-mail or websites.  Websites --
13 web pages tend to be dynamic.  They're on a central
14 server.  And any other document that I might have,
15 spreadsheets or Word documents, would be on my PC.
16 BY MS. ANDERSON:
17      Q.   And were you ever asked to preserve
18 documents residing on your PC?
19      A.   No.
20      Q.   Does your practice groups or any of the
21 suborganizations we've discussed today keep group
22 files of any kind?
23      A.   No.
24      Q.   Do you know if any steps were taken by
25 someone other than you as the system administrator to

115

1  preserve your e-mail?
2       A.   I don't know.
3       Q.   But you weren't informed that that was
4  being done?
5       A.   No.
6       Q.   Do you have an assistant?
7       A.   Yes.
8       Q.   And did you ask your assistant to look
9  for responsive documents?
10      A.   No.
11      Q.   What's your assistant's name?
12      A.   Elizabeth Shaw.
13      Q.   And how long has Ms. Shaw been your
14 assistant?
15      A.   July of 1999, I believe.
16      Q.   Okay.  And did you ever ask Ms. Shaw to
17 preserve documents relevant to this litigation?
18      A.   No.
19      Q.   Are you aware of anyone at Oracle who
20 asked Ms. Shaw to preserve documents relevant to this
21 litigation?
22      A.   I am not aware.
23      Q.   Before we went on break, we talked some
24 about the CRM group.  You indicated that you report
25 to Ron Wohl, who heads the ERP group.  Is that

116

1  accurate?
2       A.   That's true.
3       Q.   Did you also report to Mark Barrenechea?
4       A.   No, I did not.
5       Q.   Did you communicate with people in the
6  CRM group?
7       A.   Yes.
8       Q.   In what ways?  In what capacity, I
9  should say.
10      A.   I would have an informal meeting with
11 my counterpart, Alan Fletcher, on basically a
12 weekly basis.
13      Q.   And what would be discussed at those
14 meetings?
15      A.   As I had said, we were responsible --
16 my group was responsible for the development
17 infrastructure.  So to the extent that they needed
18 any enhancement to the development infrastructure
19 or had any issues with it, they would communicate
20 that with us.  If there were bugs on the ERP side
21 that were affecting them that they needed to have
22 escalated, they would sometimes do that through me.
23      Q.   And what do you mean exactly by
24 "development infrastructure"?
25           MR. GIBBS:  Objection; asked and

117

1    answered.
2            THE WITNESS:  Yeah.  That's the ARU
3    system that was described.  It's used to -- as the
4    configuration management system to identify all of
5    the files included in the software release and how
6    to get them installed.
7    BY MS. ANDERSON:
8        Q.    Does that include CRM modules?
9        A.    Yes.
10       Q.    And was your group responsible for the
11   development infrastructure for CRM modules?
12       A.    For a major piece of the
13   infrastructure, yes.
14       Q.    Now, you mentioned that Alan Fletcher
15   was your counterpart, but it sounds like your group
16   handled the development infrastructure for CRM
17   modules, at least to a certain degree.  What were
18   some of the differences between Alan Fletcher's job
19   and your job?
20       A.    On the CRM side, they took advantage
21   of the infrastructure that was already available
22   within the ERP environment and any sort of
23   additional infrastructure that they needed.
24           For example, they were hosting some
25   customer databases and some customer environments

118

1    and consulting environments, that had those been
2    ERP functions, I would have done those, but Alan
3    did those on behalf of CRM.
4        Q.    And what was some of the existing
5    infrastructure that CRM borrowed, for lack of a
6    better word?
7        A.    The source control system, the
8    configuration management system.
9        Q.    What's the source control system?
10       A.    Source control system is where the
11   actual computer files in human readable form are
12   stored.
13       Q.    What's the --
14       A.    Configuration management --
15       Q.    -- configuration management system?
16       A.    -- is the ARU system.
17       Q.    Okay.  Any others?
18       A.    Those would be the primary ones.
19       Q.    And did you communicate directly with
20   Mark Barrenechea?
21       A.    On occasion.
22       Q.    What types of occasions would those be?
23       A.    Mostly if he was asking me for status
24   or for plans.
25       Q.    What types of status updates would he be

119

1    looking for?
2        A.    Release readiness, projected release
3    dates.
4        Q.    Were you responsible for testing the
5    release readiness of CRM?
6            MR. GIBBS:  Objection; vague.
7            THE WITNESS:  Yeah, it's a difficult
8    question.  Mark was ultimately responsible for the
9    release readiness of CRM.  I would make sure that
10   it -- that it could be installed with everything
11   else.
12   BY MS. ANDERSON:
13       Q.    And what information would you need from
14   Mark in his CRM group to make sure that the product
15   could be installed with everything else?
16       A.    I would test that it can be installed,
17   and we would take the patch as defined by CRM and
18   run it through the -- through our installation
19   infrastructure.
20       Q.    So the CRM group would provide the code
21   and then you would see if it ran on the
22   infrastructure; is that accurate?
23       A.    When we would do a consolidated
24   release.  That's accurate.  Yes.
25       Q.    When did you do a consolidated release?

120

1        A.    Those are, you know, the numbered
2    releases.
3        Q.    You're referring to?
4        A.    11.5.2, 11.5.3.
5        Q.    What about 11.5.1?
6        A.    11.5.1 was a bit different in that
7    it -- that -- that's the first release.  But, yes,
8    11.5.1.
9        Q.    Why is it a big difference?
10       A.    Because it's the initial release.
11   You're not patching 11i until it exists.  So the
12   first one is -- you know, the industry parlance
13   should be "bootstrapped."  Until it exists, you
14   can't patch it.
15       Q.    So if testing was run on the
16   installation of 5.2 and 5.3 as patches, how was
17   testing different for the first release?  I'm not
18   sure I understand the distinction.
19       A.    Okay.  As mentioned here, there is the
20   concept of the -- yeah, if you want to refer back
21   to Exhibit 2.  So this note is to indicate that
22   11.5.3 has been released.  11.5.3, the second
23   paragraph here, "The maintenance pack is available
24   for download from MetaLink - all supported
25   platforms."

121

1       So the maintenance pack is a packaging
2   of the release as a patch that can be applied on
3   existing release.  So 11.5.1 customers would
4   download this thing called the maintenance pack and
5   install that to upgrade from 11.5.1 to 11.5.3.
6       A brand-new customer or a customer
7   that's upgrading from a prior version of the
8   E-Business Suite, from 10.7 to 11.0, would take the
9   rapid install and install that and then use the
10  upgrade utilities within that to then upgrade.
11      So the difference with an 11.5.1 is
12  that there is no maintenance pack for an 11.5.1
13  because there is no need for an existing customer
14  to upgrade their 11i installation.  There would
15  only be rapid install.
16      Q.   And what was -- what did rapid install
17  entail?
18      MR. GIBBS:  Objection; asked and
19  answered.
20      THE WITNESS:  The rapid install is a
21  set of CDs that customer uses to install the
22  software.
23  BY MS. ANDERSON:
24      Q.   Okay.  And is that considered a
25  consolidated release?

122

1       A.   Yes.  The rapid install delivers
2   everything you need to run the applications.
3       Q.   And did you test the rapid install?
4       A.   Yes.
5       Q.   And did you test both the ERP and the
6   CRM as they worked together in the rapid install?
7       A.   We tested an install together with the
8   rapid install.
9       Q.   I'm sorry.  What's the distinction
10  between the install and the rapid install?
11      A.   Verbal laziness.  There's no
12  distinction between the install and the rapid
13  install.
14      Q.   So what do you mean when you say you
15  tested an install --
16      (Interruption)
17  BY MS. ANDERSON:
18      Q.   So what do you mean when you say you
19  tested an install together with the rapid install?
20      A.   The scope of the testing is that we
21  can install the products and that they go in
22  successfully and you can then operate them.
23      Q.   Okay.  So which products were included
24  in the install or rapid install in the first release?
25      MR. GIBBS:  Objection; vague.

123

1       THE WITNESS:  I don't know, but it
2   would be in the bill of materials for that release.
3   BY MS. ANDERSON:
4       Q.   Okay.  I want to move for a moment to
5   talk about various meetings that you may have
6   attended at Oracle.  You've already mentioned Ron
7   Wohl's weekly meetings.  Were there other meetings
8   that you participated in regularly at Oracle?
9       A.   There is a development managers
10  meeting which we used to have.
11      Q.   And did you attend the developer
12  managers meeting in the 2000-2001 time frame?
13      A.   I can't be certain.  The development
14  manager meeting eventually was stopped and was
15  replaced with another meeting called -- I don't
16  remember, but an operations-oriented meeting.
17      Q.   Were essentially the same people
18  attending these two types of meetings, the
19  development management and the operations meeting?
20      A.   There were fewer people in the
21  operations meeting.  The development manager
22  meeting got to be too large and there were too many
23  developers.
24      Q.   About how many people were attending the
25  development management meeting?

124

1       A.   Eventually it got to be thirty or
2   forty people.
3       Q.   And do you recall some of the people who
4   attended that meeting?
5       A.   No.
6       Q.   How often was it held?
7       A.   Weekly.
8       Q.   And who led that meeting?
9       A.   Rick Jewel.
10      Q.   And what was Rick Jewel's position?
11      A.   He was in charge of development for
12  manufacturing products.
13      Q.   And was the focus of those meetings
14  exclusively on manufacturing products?
15      A.   No.
16      Q.   What were the other --
17      A.   They --
18      Q.   -- focus?
19      A.   The focus of that was status of the
20  ERP products.
21      Q.   Did you take notes during these
22  meetings?
23      A.   No.
24      Q.   Do you know if anybody took notes or
25  meeting minutes?

125

1      MR. GIBBS: Objection.
2      THE WITNESS: No.
3      MR. GIBBS: Foundation.
4  BY MS. ANDERSON:
5      Q.   Were any -- do you recall any agendas
6  being circulated with respect to these meetings?
7      A.   No.
8      Q.   And then you mentioned there was an
9  operations meeting that -- did that grow out of the
10  development management meeting?
11      A.   Yes.
12      Q.   Do you recall approximately what time
13  frame?
14      A.   No.
15      Q.   Okay. Was it during -- was it after the
16  release of Suite 11i?
17      A.   It was sometime during the development
18  of 11i, but I'm not certain.
19      Q.   And who attended those meetings?
20      A.   Operational leads for the product
21  families.
22      Q.   And can you recall some of those
23  operational leads?
24      A.   Sure. Enda Hu. E-n-d-a is his first
25  name. Hu, H-u, is his last name. Kevin Dahms.

126

1  D-a-h-m-s is his last name.
2      Q.   And if you could -- I'm sorry to
3  interrupt, but if you could just let me know what
4  their title is or essentially what their job was at
5  Oracle as well as you go, that would be great.
6      A.   Enda was responsible for operations
7  for the Financials group of products.
8      Q.   Okay.
9      A.   Kevin Dahms was responsible for
10  operations for the manufacturing group of products.
11  Alvin Russel, R-u-s-s-e-l, was responsible for
12  operations for the human resources set of products.
13  Murali Ramachandran, R-a-m-a-c-h-a-n-d-r-a-n, was
14  responsible for the applications technology set of
15  products. And Alan Fletcher and Gopi Tummala,
16  T-u-m-m-a-l-a, represent the CRM products.
17      Q.   And what was your -- when you attended
18  these meetings, what was -- were you leading these
19  meetings?
20      A.   I had someone in my organization lead
21  that meeting. Matthew Lobaugh, L-o-b-a-u-g-h.
22      Q.   What was Mr. Lobaugh's title?
23      A.   They called him director of
24  operations. I forgot about him earlier.
25      Q.   And how often -- but you also attended

127

1  these meetings in addition to --
2      A.   Yes.
3      Q.   And this was during the development of
4  Suite 11i. And did these meetings continue through
5  the various releases of Suite 11i through Release 3?
6      A.   Again, I'm not sure when they started,
7  when we made the transition, but they continued and
8  they continue today.
9      Q.   And what are the topics of discussion
10  that are --
11      A.   Mainly development strategy, what
12  we'll use for shared databases, information
13  exchange.
14      Q.   What do you mean by "information
15  exchange"?
16      A.   We would in these meetings make
17  tactical decisions about how development should
18  proceed and share best practices between different
19  organizations.
20      Q.   Did Ron Wohl ever attend this meeting?
21      A.   Never.
22      Q.   Did anybody senior than yourself attend
23  this meeting?
24      A.   No.
25      Q.   Did you report what occurred at these

128

1  meetings to your superiors?
2      A.   No.
3      Q.   And were -- did anybody take notes at
4  these meetings?
5      A.   No.
6      Q.   Did you ever attend meetings with the
7  CRM group?
8      A.   Once.
9      Q.   When was that?
10      A.   I don't recall the date.
11      Q.   Do you recall the year?
12      A.   No.
13      Q.   What was the nature of that meeting?
14      A.   It was a status meeting. It was Mark
15  Barrenechea's direct reports meeting.
16      Q.   And why were you in attendance that
17  once?
18      A.   I was invited by one of Mark's direct
19  reports to provide status.
20      Q.   Status of what?
21      A.   Of any ERP dependencies on CRM.
22      Q.   And what are ERP dependencies on CRM?
23      A.   Since the products are integrated,
24  they are each dependent on the other. Most of that
25  dependency goes from the CRM side to the ERP side,

129

1     but there were a couple of dependencies that we had
2     on them, mainly around the service module, which
3     was a former ERP module.
4         Q.   When did the service module go -- change
5     from being the ERP module to a CRM module?
6         A.   I don't recall.
7         Q.   Do you know approximately?
8         A.   I guess '98.
9         Q.   And does that refresh your recollection
10    as to when you attended this meeting?
11        A.   No.
12        Q.   Was Mark Barrenechea the most senior
13    person at that meeting?
14        A.   Yes.
15        Q.   Did you -- did you participate in any
16    forecasting meetings in the 2000-2001 time period?
17        A.   Forecasting?
18        Q.   Um-hmm.
19        A.   Sales forecasting?
20        Q.   Sales forecasting.
21        A.   No.
22        Q.   Excuse me.
23             And other than the organizational
24    meetings we talked about in your group, were there
25    any meetings that were focusing on integration of

130

1     Suite 11i?
2         A.   No.
3         Q.   What about on the installation of
4     Suite 11i?
5         A.   No.
6         Q.   And did you attend any meetings with
7     Larry Ellison in the 2000-2001 time period?
8         A.   Yes.
9         Q.   And what were the nature of those
10    meetings?
11        A.   He held a weekly -- well, ostensibly
12    weekly status meeting with the application groups.
13        Q.   And who attended that meeting?
14        A.   Ron Wohl and his direct reports and
15    Mark Barrenechea and his direct reports.
16        Q.   And I think we discussed earlier some of
17    Ron's direct reports, the ones you could remember.
18    Do you remember any of Mark Barrenechea's direct
19    reports other than Alan Fletcher you've mentioned?
20        A.   Sukumar Rathman, Chris Balkenhol,
21    Holger Mueller.  And there were others I can't
22    recall.
23        Q.   And did you report the status of the
24    organizations that were under your authority during
25    these meetings?

131

1         A.   No.
2         Q.   Did Ron Wohl report the progress of your
3     organizations at these meetings?
4         A.   Very little, if anything, in my
5     organization was of any interest at this level of
6     staff meeting.
7         Q.   What was usually discussed at these
8     staff meetings in the 2000-2001 time period?
9         A.   Product direction, product strategy,
10    new features.  It was very often used as a sounding
11    board for demos, especially around the daily
12    business intelligence product.
13        Q.   What's a daily business intelligence
14    product?
15        A.   It's -- that was our name for it.  Now
16    you'll see them referred to as CEO dashboards.
17    It's the concept of being able to extract realtime
18    information, business-oriented information from
19    your transaction-oriented system without having to
20    use a data warehouse.
21        Q.   Was that part of Suite 11i in the
22    2000-2001 time period?
23        A.   Yes, it was.
24        Q.   And were customer complaints discussed
25    at this meeting?

132

1         A.   Only if they were highly escalated.  I
2     don't recall -- I don't recall any in particular.
3         Q.   Other than the weekly -- or ostensibly
4     weekly, as you said, meetings with Larry Ellison, did
5     you communicate with Mr. Ellison in any way?
6         A.   No.
7         Q.   What about with Jeff Henley?
8         A.   No.
9         Q.   With Sandy Sanderson?
10        A.   No.
11        Q.   And any communication with George
12    Roberts?
13        A.   No.
14        Q.   We've talked quite a bit about
15    integrated, and I was wondering if you -- what's your
16    understanding of the term "fully integrated"?
17             MR. GIBBS:  Objection; vague.
18             Answer if you can.
19    BY MS. ANDERSON:
20        Q.   As it was used in Oracle in the
21    2000-2001 time period.
22             MR. GIBBS:  Same objection.
23             THE WITNESS:  Fully integrated, to me,
24    implies that you don't need to write any software
25    to stitch the applications together, in contrast

133

1    with the best-of-breed approach where you would
2    have to write interface programs to interface your
3    procurement system to your financial system or your
4    sale system to your order entry system; that the
5    Oracle applications all shared the same database
6    and used the same data definitions, so that wasn't
7    necessary.
8    BY MS. ANDERSON:
9        Q.   Do you draw any distinction from
10   integrated versus fully integrated?
11       A.   No.
12       Q.   And what's your understanding of the
13   term "preintegrated" as it was used at Oracle in the
14   2000-2001 time period?
15       A.   Again, I think that's just synonymous
16   with "integrated."  It implies that you don't need
17   to do integration.
18       Q.   And what's your understanding of the
19   term "interoperable"?
20       A.   "Interoperable" as we used it within
21   development referred to the technology stack.  So
22   we would produce patches -- we would call
23   interoperability patches -- if we were to change
24   the underlying database version or if -- and it
25   required a change to the Oracle applications, or if

134

1    you changed your hardware operating system and we
2    needed to make a change to the applications, that
3    would be an interoperability patch.  So that's --
4        Q.   Can you give me an example -- a layman's
5    example of an interoperability patch, when you would
6    use that?
7        A.   Okay.  I just gave two, but I'll try
8    again.
9        Q.   I'm -- maybe they'll be similar.
10       A.   I'll just start at the beginning.
11       Q.   Okay.
12       A.   So the customer has installed the
13   Oracle applications and they're running, and the
14   initial releases of Oracle application is used in
15   8i version of the database.
16       Q.   Okay.
17       A.   Subsequent to our releasing the
18   applications on database version 8i, the database
19   group separately came out with version 9i of the
20   database.  So customers would see that there are
21   exciting new features in 9i and would want to then
22   run their Oracle applications on the latest version
23   of the database.
24            So Glenn Ong, whom I referred to
25   earlier, is in charge of doing database

135

1    certifications.  So he would take the 9i software
2    and run it with the applications and see what sort
3    of code changes might be required to the
4    applications.
5            First, we'd go through.  We'd see if
6    there are any bugs in the 9i database that are
7    going to affect applications, and we also see if
8    there is any code change that needs to be made in
9    the applications.
10           And that will happen sometimes because
11   the -- typically why that happens to us is that
12   they've improved the validation of the database so
13   that something that we were doing before was
14   actually taking advantage of buggy behavior in the
15   database.
16           They'd fix that bug.  Now we can't do
17   it that way anymore and we have to fix our code,
18   which wasn't right to begin with.  So we would
19   create a patch for that.  And then the customer
20   would have to take that patch, which we call an
21   interoperability patch, in association with
22   upgrading to 9i.
23           So customers start out on 8i, the
24   database wants to go 9i.  They have to wait for us
25   to say that 9i is certified and get the

136

1    interoperability patch from us to apply to that
2    system.
3        Q.   Okay.  I have some more questions about
4    the product testing that your group engaged in in
5    2000-2001.  Did you test -- were you involved at all
6    in testing the functionality compared to the
7    documentation?
8        A.   No.
9        Q.   Who was in charge of that?
10       A.   The individual product groups.
11       Q.   I'm sorry?
12       A.   The individual product development
13   groups.
14       Q.   Okay.  Do you know any individuals in
15   the product development groups who were engaging in
16   that type of testing?
17       A.   No.
18       Q.   And are you familiar with the term "load
19   testing"?
20       A.   Sure.
21       Q.   What does that mean?
22       A.   Load testing's a way to do performance
23   testing.  Load is how many customers can you have
24   on the system or how much transaction volume can
25   you push through the system.

137

1    Q.    And did your group conduct load testing?
2    A.    No.
3    Q.    Who was in charge of load testing?
4    A.    I believe it was Ahmed Alomari, and
5    that's who's in charge of it today.
6    Q.    And what group is he in?
7    A.    He heads the applications performance
8    group.
9    Q.    Earlier in the day you mentioned
10   something about alpha and beta testing?
11   A.    Um-hmm.
12   Q.    Did you conduct any of the alpha and
13   beta testing?
14   A.    My recollection is a little hazy, but
15   we did -- we had -- if I recall correctly, we had
16   an in-house beta, and for that we invited a number
17   of customers to come in.  We hosted 11i
18   environments for them and brought them in and
19   allowed them to actually perform their tests on our
20   software.
21   Q.    And when was -- when was Oracle doing
22   that?
23   A.    That was prior to the initial release
24   of 11i.
25   Q.    Okay.  What products were part of that

138

1    beta?
2    A.    I couldn't recall.
3    Q.    Did it involve the entire -- all the
4    products in the Suite 11i?
5    A.    I believe so, but I don't know.
6    Q.    What about alpha or beta testing other
7    than that?
8    A.    There was also some testing done in
9    translation by our -- I don't remember the name of
10   the group, but we had a couple of
11   non-English-speaking organizations within Oracle
12   test out the applications and translation.
13   Q.    Now, with respect to the in-house beta
14   testing, were there defects that were uncovered
15   during that testing?
16   A.    Absolutely.
17   Q.    And what types of defects?
18   A.    Be it any kind that you might expect
19   to find in the software.  So code defects or design
20   missteps.
21   Q.    And then how were those design problems
22   or code defects then addressed?
23   A.    Well, bugs were logged for those, and
24   it goes on to develop a work queue, and then like
25   any other bug, those would get -- would get

139

1    worked -- it would -- a developer would be
2    responsible for that area code to make their code
3    fix and submit it to the consolidated builds.
4    Q.    And was that testing ongoing until the
5    bugs were resolved?
6    MR. GIBBS:  Objection; vague.
7    THE WITNESS:  The -- that testing was
8    for a fixed period of time because we were bringing
9    in customers from outside.  You know, they had only
10   certain periods of time that they could be away
11   from their own businesses.
12   BY MS. ANDERSON:
13   Q.    Okay.  Was -- how was follow-up testing
14   done with respect to the bugs identified during that
15   beta -- in-house beta testing?
16   MR. GIBBS:  Objection; vague, lack of
17   foundation.
18   THE WITNESS:  I don't know.
19   BY MS. ANDERSON:
20   Q.    Who else was involved in that in-house
21   beta testing?
22   A.    Lots of folks were involved.  And the
23   primary interface between the customers and the
24   product would be the class of employee called a
25   product manager.

140

1    MS. ANDERSON:  I think we need to
2    change the tape.  Excuse me.
3    THE WITNESS:  Okay.
4    THE VIDEO OPERATOR:  This concludes
5    Videotape No. 2 in the May 16, 2006, deposition of
6    Greg Seiden.  Going off the record at 2:15.
7    (Break taken.)
8    THE VIDEO OPERATOR:  This begins
9    Videotape No. 3 of the May 16, 2006, deposition of
10   Greg Seiden.  On the record at 2:21.
11   BY MS. ANDERSON:
12   Q.    We were talking about this in-house beta
13   testing that was conducted.  I believe you said that
14   this was before the first release of Suite 11i.  Is
15   that accurate?
16   A.    Yes.
17   Q.    And you've indicated that was tested --
18   occurred for a fixed period of time.  Do you know
19   whether the bugs identified during that beta testing
20   were fixed?
21   MR. GIBBS:  Objection; vague.
22   THE WITNESS:  Our release criteria
23   called it for there to be no P1 bugs, so I'm sure
24   that all of those were fixed.  P2 bugs I couldn't
25   say.

141

BY MS. ANDERSON:

1  BY MS. ANDERSON:
2     Q.   And were the customers participating in
3  this beta test -- were these potential customers or
4  customers who had committed to purchase Suite 11i?
5     A.   For the most part I believe they were
6  existing customers.
7     Q.   What do you mean by "existing
8  customers"?
9     A.   They were users of the software, the
10  10.7 or 11 version.
11     Q.   And they were considering upgrading to
12  Suite 11i when it released?
13     MR. GIBBS:  Objection; vague, lack of
14  foundation.
15     THE WITNESS:  With the purchase of
16  Oracle applications, you get upgrade rights.  So
17  most every customer will eventually be migrating
18  up.  The fact they're participating in the beta
19  program I would take to imply that they had
20  imminent plans to migrate to 11i.
21  BY MS. ANDERSON:
22     Q.   But you don't know one way or the other
23  whether they ultimately did migrate to 11i?
24     A.   No, I don't.
25     Q.   And are you aware of any other alpha or

142

1  beta testing, personally aware?
2     A.   No, I'm not.
3     Q.   And you also mentioned that there were
4  early users.  Were you involved in the early users or
5  early implementers of 11i?
6     MR. GIBBS:  Objection; vague.
7     THE WITNESS:  I -- I was aware of some
8  of them.  We tried to track a number of users that
9  were taking 11i and where they were in their
10  implementation process.
11  BY MS. ANDERSON:
12     Q.   And do you recall any of these early
13  users in particular?
14     A.   The two, GE Power, General Electric
15  Power, was putting up a plant in -- somewhere in
16  Eastern Europe, I believe, and POSCO, which is a
17  Korean steel manufacturer.
18     Q.   And what was your role in these early
19  user projects?
20     A.   Minimal.  To the extent that patches
21  need to be created, arranged where special
22  packaging might need to happen, but I don't recall
23  anything unique for POSCO or GE.
24     Q.   Do you recall approximately when GE and
25  POSCO were engaged in their early implementation?

143

1     A.   To the best of my recollection, they
2  were the first two customers to go live.
3     Q.   Okay.  So would this be most likely
4  in -- shortly after the release of Suite 11i in May
5  of 2000?
6     A.   No.  To put in a suite as large as the
7  E-Business Suite can take six to twenty-four months
8  of testing and planning and implementation.
9     Q.   Do you know how many modules they were
10  implementing at one or both of those projects?
11     A.   I don't.
12     Q.   And were these -- had you conducted
13  testing with respect to the modules that were being
14  implemented at these sites?
15     A.   Only the key entity tests that we've
16  done and the install and upgrade tests that we've
17  performed.
18     Q.   And do you recall hearing -- did you
19  learn about problems that were occurring on those
20  sites?
21     MR. GIBBS:  Objection; vague.
22     THE WITNESS:  We had -- the bugs,
23  since they were reported from any one of those
24  sites, would be tagged, and so that we knew that if
25  a bug came into our queue that said GE Power or

144

1  said POSCO that we should give it urgent attention.
2  BY MS. ANDERSON:
3     Q.   And how often was that happening?
4     A.   It was just a recurring part of the
5  business, so I wouldn't know how to characterize
6  that.
7     Q.   Do you have an idea of the number of how
8  many you saw?
9     A.   No.
10     Q.   Did you hear any stories about customer
11  problems at GE Power or POSCO?
12     MR. GIBBS:  Objection; vague.
13     THE WITNESS:  GE Power I heard
14  nothing.  POSCO -- I just knew that they were a
15  very demanding customer and were doing a very
16  thorough job of testing.
17  BY MS. ANDERSON:
18     Q.   And what types of testing was POSCO
19  engaging in?
20     A.   I don't have firsthand knowledge of
21  that.
22     Q.   Do you know who was working on the POSCO
23  project -- or who was leading the POSCO project at
24  Oracle?
25     MR. GIBBS:  Objection; vague.

145

1  THE WITNESS: Oracle Consulting was
2  involved with the POSCO implementation, but I don't
3  remember who.
4  BY MS. ANDERSON:
5  Q. And any recollection of anyone at Oracle
6  who worked on GE Power?
7  MR. GIBBS: Objection; vague.
8  THE WITNESS: None.
9  BY MS. ANDERSON:
10  Q. Okay. Now, with respect to the testing
11  that your group conducted, you just mentioned key
12  entity tests?
13  A. Um-hmm. The key business flows.
14  Q. So that's the same as the key business
15  flows. I was going to ask you if I was messing that
16  up with some other terminology.
17  How many key business flows were
18  tested?
19  MR. GIBBS: Objection; vague and asked
20  and answered.
21  THE WITNESS: Yeah. I believe it was
22  eighteen to twenty.
23  BY MS. ANDERSON:
24  Q. And how many functions does Suite 11i
25  have that could be characterized as a business flow?

146

1  MR. GIBBS: Objection; vague.
2  THE WITNESS: It depends on what you
3  want defined as a business flow. We had identified
4  eighteen to twenty things that we thought were
5  necessary before we could say that the product was
6  working.
7  BY MS. ANDERSON:
8  Q. But the product could -- the product
9  included more than eighteen or twenty functions,
10  correct?
11  A. A function being what?
12  Q. Let me make sure I understand. So the
13  key business flows, those were certain -- or I might
14  not be using the right word, but certain functions
15  that you selected that -- because they were common
16  functions that a customer might need the application
17  for; is that correct?
18  MR. GIBBS: Objection; vague.
19  THE WITNESS: If you were to think of
20  each product within the suite, there is probably a
21  single thing that it does that you would consider
22  important, maybe two.
23  So for a purchasing system, that would
24  be -- you must be able to create a requisition.
25  For an accounts payable system, you must be able to

147

1  cut a check. So that's how we would define the key
2  transactions within the business flow.
3  BY MS. ANDERSON:
4  Q. And so you selected -- you made a
5  judgment call as to which processes were key business
6  flows, correct?
7  A. Correct.
8  Q. So there were some business flows that
9  were not included in your key business flow list,
10  correct?
11  A. I wouldn't characterize other things
12  as key business functions.
13  For example, you know, demonstrating
14  that we can cut a check from accounts payable is
15  one thing, but to say that we can cut a check in a
16  currency other than the -- our base account
17  currency and have it printed in a language other
18  than our base language would be, you know, a
19  transaction, something that should work, but not
20  something that we would have identified as a key
21  business flow.
22  Q. And were tests conducted on those types
23  of functions that were not identified as key business
24  flows?
25  MR. GIBBS: Objection; vague.

148

1  THE WITNESS: Not by my group.
2  BY MS. ANDERSON:
3  Q. Are you aware of any tests being done on
4  those other types of functions that were not
5  identified as key business flows?
6  A. I am not aware, but expectations would
7  be that those tests were done.
8  Q. And given the number of products
9  included in the Suite 11i business suite, how many
10  functions are there?
11  MR. GIBBS: Objection; vague and lack
12  of foundation.
13  BY MS. ANDERSON:
14  Q. Can you give an estimate?
15  MR. GIBBS: Same objections.
16  THE WITNESS: The E-Business Suite
17  software is generic. It's unlike a system that you
18  might create for a specific customer as a custom
19  system. The suite is designed to be configurable
20  and used by customers in different -- different
21  business models, different configurations.
22  So ultimately there is an infinite
23  number of ways that you could move through the
24  system and process different transactions. So at
25  the end of the day, we can't -- you can't

Seiden, Gregory  5/16/2006  9:05:00 AM

149

1    explicitly test an infinite number of items.  So,
2    yes, there is a business decision made around what
3    to test.
4    BY MS. ANDERSON:
5        Q.    And in retrospect, do you think that
6    eighteen to twenty was sufficient testing for the
7    first release of 11i?
8            MR. GIBBS:  Objection; misstates his
9    testimony.  Answer if you can.
10           THE WITNESS:  I think that eighteen to
11   twenty key business indicators were a good tracking
12   tool as a proxy for the underlying code.
13   BY MS. ANDERSON:
14       Q.    And what do you mean by "a good tracking
15   tool"?
16       A.    Expectation was that testing of the
17   individual components in the product is done by
18   the -- by the individual product teams.
19           What we were trying to do at a gross
20   level with the integration team was to just ensure
21   that -- that things appeared to be working at a
22   macro level and that any potential shortcomings in
23   the product testing as it crosses product
24   boundaries would get picked up by the integration
25   test.

150

1        Q.    And then did you learn -- let me come
2    back to that.
3            You also mentioned that you tested key
4    integration points of data; is that correct?
5        A.    The key business flows would cross
6    products.
7        Q.    Right.
8        A.    So the risk that we were trying to
9    mitigate with that is that the product team testing
10   followed the -- followed transaction data through
11   their product and through the next product that
12   they touch.
13       Q.    Okay.  When we were talking about that
14   earlier, you mentioned two points of data.
15       A.    Earlier I was referring to the
16   integration between CRM and ERP.
17       Q.    Okay.
18       A.    There is lots of data that goes back
19   and forth.  That example that I gave was how the
20   products are designed from the ground up to share
21   this data.  Transaction data moving through this
22   system is more temporal in nature, that, you know,
23   a transaction is created and passes along through
24   the -- through the modules.
25       Q.    And these transactions that you're

151

1    referencing, are these the eighteen to twenty key
2    business flows?
3        A.    Yes.
4        Q.    Did those key business flows include key
5    integration points of data between the CRM and the
6    ERP?
7        A.    A few.  But as I said, the CRM part of
8    the integration team was -- we had started out as
9    an ERP team and we're adding CRM functionality.
10       Q.    I think you mentioned earlier when --
11   with respect to the key integration points of data, I
12   believe you said two examples were order management
13   and customer lists.
14       A.    Not lists, but -- I don't remember
15   what it stands for, but TCA, which is something.
16       Q.    Is that customer information?
17       A.    TCA.  And I don't remember what it
18   stands for.
19       Q.    Is that essentially information about
20   company customers?
21       A.    It's party information.  So it can be
22   customers, it can be partners, it can be suppliers,
23   any sort of external relationship between your
24   business and someone else.
25       Q.    Were those key integration points of

152

1    data included in the key business flow tests with
2    respect to the eighteen to twenty key business flows
3    you identified before?
4        A.    Yes.
5        Q.    Were there other key integration points
6    of data with respect to ERP and CRM that were also
7    tested?
8        A.    I don't know.
9        Q.    Are you aware of any other points that
10   were tested?
11       A.    No.
12       Q.    And how many integration points of data
13   are there in total between ERP and CRM if they're
14   operating together all products?
15       A.    That would be a very difficult thing
16   to define.  It's easy to make the broad-stroke
17   definition and say customers and orders, but there
18   is -- you know, it's a level of detail that I don't
19   even have.
20           And we've got tens of thousands of
21   tables within the applications, and so they --
22   there are many, many more potential data-sharing
23   points, but I don't know what they are.  I mean,
24   you'd really have to ask the developers of the
25   individual program units to know.

153

1    Q.   But you only know of two types of key
2    integration points of data that were involved in the
3    key business flow tests; is that accurate?
4    A.   Yes.
5    Q.   And so at any time before the release of
6    Suite 11i, was -- did you test integration of the
7    entire business suite?
8    MR. GIBBS:  Objection; vague.  You
9    mean his organization, him personally?
10    MS. ANDERSON:  Let me start with the
11    organization.
12    THE WITNESS:  We would run eighteen to
13    twenty key business flows through the system.
14    BY MS. ANDERSON:
15    Q.   So the entire business suite was not
16    tested, just the eighteen to twenty business flows.
17    MR. GIBBS:  Objection; argumentative
18    and misstates his testimony.
19    MS. ANDERSON:  I'm just trying to
20    verify it.
21    THE WITNESS:  My team would run the
22    eighteen to twenty key business flows.
23    BY MS. ANDERSON:
24    Q.   Okay.  And do you know if there were
25    other teams engaged in integration testing?

154

1    A.   Each team was responsible for testing
2    its portion of the software, and that included
3    their touch points.  So they were supposed to test
4    their product and anything that it interfaces to.
5    Q.   Okay.  And the interface with other
6    products, that's known as a touch point?
7    A.   I'm using your definition there.  We
8    wouldn't -- the transactions flow in and out of any
9    particular product --
10    Q.   Okay.
11    A.   -- so they're responsible for making
12    sure the transactions can flow into their products
13    from other products and can flow out of their
14    products to other products.
15    Q.   And -- so to the degree that in your
16    testing you identified a problem with that
17    information flowing, who did you -- who did you
18    bring -- who did you talk to about that problem?
19    A.   We would just log a bug in the bug
20    database.
21    Q.   And then that would be the
22    responsibility of that --
23    A.   That development --
24    Q.   -- development team?
25    A.   -- group.  Yeah.

155

1    Q.   Okay.  I had a follow-up question with
2    respect to the criteria -- the release criteria
3    applied at Oracle.  You had mentioned that there
4    couldn't be any P1's and -- or any install failures
5    and that the P2's was sort of a judgment call.  Who
6    made the final call on whether the product was ready
7    for release?
8    A.   I guess ultimately we couldn't release
9    without Ron Wohl's approval.
10    Q.   And what information would Ron Wohl
11    review before making that -- before you getting his
12    approval?
13    A.   He would review the bug reports as
14    objective data, and he would pretty much poll his
15    direct reports and ask if it was ready to go.
16    Q.   And do you know whether he relayed that
17    information to his superior, Larry Ellison?
18    A.   I don't know.
19    Q.   Now, at any point after the initial
20    release of Suite 11i, did you learn that certain ERP
21    and CRM modules weren't working together?
22    MR. GIBBS:  Objection; vague.
23    THE WITNESS:  No.
24    BY MS. ANDERSON:
25    Q.   Do you know one way or the other whether

156

1    the May release of Suite 11i was considered to be
2    behind schedule?
3    MR. GIBBS:  Objection; vague.
4    THE WITNESS:  My recollection at that
5    time was it was sort of a -- the hybrid behind and
6    they had a schedule.
7    Originally we were going to release
8    11.5.0 release with the version of order entry,
9    which is the predecessor to what eventually went
10    out with 11i, called order management.
11    But order management development was
12    actually going better than expected, and so we made
13    the decision to actually roll the new order
14    management module into 11.5.1.  So in the end, what
15    we decided to do was to skip 11.5.0 and go straight
16    to 11.5.1.
17    So it's sort of both.
18    BY MS. ANDERSON:
19    Q.   And when was that decision made, if you
20    know?
21    A.   I don't know.  But just speculating by
22    looking backwards, it would have had to have been
23    made at the end of '99 or so.
24    Q.   Are you familiar with the ATG release
25    group?

157

1    A.   Yes.
2    Q.   What is the ATG release group?
3    A.   ATG is applications technology group.
4  That's the technology group within applications
5  headed up by Cliff Godwin.  And the ATG release
6  group would have been headed by Murali
7  Ramachandran, and they're responsible for
8  delivering the code for the ATG product group to my
9  organization.
10   Q.   Did you participate in that group?
11   A.   No.
12   Q.   Did you get status updates from that
13 group?
14   A.   No.
15   Q.   Did you communicate with Cliff Godwin as
16 to the progress they were making in that group?
17   A.   I would let Cliff Godwin know if there
18 were an issue in his group for which I was awaiting
19 resolution.  And he would frequently call me before
20 his staff meetings and say, "Is there anything that
21 we're missing that we're supposed to deliver to
22 you?" so that he could cover that in his staff
23 meeting.
24   Q.   And what types of issues would these be?
25 Would these be new code or patches?  If I'm using the

158

1  right terminology.
2    A.   Cliff's group was responsible for
3  incoming inward technology adoption.  So if there
4  is any -- if we're using a database version or
5  middle-tier software version from Oracle or if
6  we're using outside vendor software as part of the
7  product, Cliff's group was responsible for taking
8  that in and making sure that it was ready for
9  development.
10        Cliff's group also is responsible for
11 a product called AOL, Application Object Library,
12 which is the runtime infrastructure for the
13 applications, the security menuing, batch operation
14 side of the applications.  So if there were issues,
15 it could be in any of those areas.
16   Q.   Would an issue be, for example, a
17 situation where you need to conduct testing and
18 you're waiting for code from him?  I'm just trying to
19 get a feel for how these situations arose.
20   A.   No.  An issue would typically be a bug
21 that we reported that we need him to fix.
22   Q.   And do you recall any particular bugs in
23 the 2000-2001 time period that you communicated to
24 Cliff?
25   A.   No, although there is one here in

159

1  Exhibit 2.
2    Q.   Exhibit 2.
3    A.   Everything is right there.
4    Q.   Examples.
5    A.   Yeah.  "The HP-UX is delayed due to an
6  8061 bug" --
7        (Interruption)
8        THE WITNESS:  One, two, three --
9  fourth paragraph says, "The HP-UX is delayed due to
10 an 8061 bug currently being investigated by AOL."
11 And that would be the applications technology
12 group.
13 BY MS. ANDERSON:
14   Q.   Okay.  And would that be -- the type of
15 information you're relaying in Exhibit 2, is that --
16 would you then relay that to Ron Wohl on a regular
17 basis?
18   A.   No.  In this particular case, it was
19 holding up a release.  In the normal course of
20 business, I wouldn't report something like that to
21 Ron Wohl unless it was having an impact on our
22 overall schedule.
23   Q.   Do you recall other bugs that were
24 holding up a release of either Version 1, 2, or 3?
25   A.   No.

160

1    Q.   Now, did you attend any technology
2  integration meetings?
3    A.   I don't know what a technology
4  integration meeting is, so I'm not sure.
5    Q.   I guess I should have asked.  Are you
6  familiar with someone named Lisa Parekh?
7    A.   Yes.
8    Q.   And are you aware that Ms. Parekh
9  conducted technology integration meetings?
10   A.   Yeah, that could be.
11   Q.   Okay.  Did you attend any of her
12 meetings?
13   A.   Yes.
14   Q.   And how often were her meetings held?
15   A.   If it's the meeting that I believe
16 that it is, it's weekly.
17   Q.   And did you attend weekly?
18   A.   Yes.
19   Q.   And what was discussed at these
20 meetings?
21   A.   Any issues with either the current or
22 coming technology stack used by the applications.
23   Q.   Now, can you -- what do you mean by
24 "technology stack"?  You've used that a couple of
25 times.  I'm not sure I have a very good understanding

161

1  of that term.
2      A.   The application software or -- we tend
3  to look at the entire software offering as a set of
4  layered technologies, or sometimes referred to as
5  an onion, in that it, you know, builds outward from
6  a core.
7      At the lowest level of a technology
8  stack is your hardware, and the hardware and the
9  operating system on top of that would be system
10  tools, and in there we would classify the database
11  and the middle-tier technologies. Those are the
12  web servers and form servers.
13     On top of that, there is a layer that
14  we called AOL, which is within the organization.
15  And then finally, on top of that, we build the
16  applications themselves. So when you think of, you
17  know, general ledger or the sales application,
18  they're the top layer of this, and anything below
19  that is the technology stack.
20     Q.   And what were some of the common issues
21  that would be raised at Lisa's meeting with respect
22  to the technology stack?
23     A.   In particular, bugs in the technology
24  stack, new versions that are due to be released
25  soon or have just been released, certification

162

1  strategies. That pretty much covers it.
2      Q.   How would a bug in the technology stack
3  manifest itself?
4      A.   Any of the myriad and wonderful ways.
5  It could be as simple as we can't install it or it
6  keeps a component of ours from generating
7  correctly.
8      Or it could be some insidious
9  hard-to-reproduce behavior where only under a high
10  load on -- only under high loads when a user is
11  typing quickly and they go into a -- a field with a
12  particular definition, their -- the software will
13  hang.
14     Q.   And are sometime -- is it -- withdraw
15  that.
16     Are software defects -- do they
17  sometimes manifest themselves in a text stack bug?
18     A.   Yes.
19     MR. GIBBS: Objection; vague.
20  BY MS. ANDERSON:
21     Q.   In what way? Give me an example of how
22  that would happen. I mean, you just gave me --
23     A.   I guess I'm not -- sorry.
24     (Interruption)
25     MS. ANDERSON: Withdraw the last

163

1  question.
2      Q.   Just an example would be great.
3      MR. GIBBS: I'm sorry. An example of
4  what? I just want to make sure the record's clear.
5      MS. ANDERSON: Could you reread my
6  question starting with "And are"?
7      (The record was read back as follows:
8      "Q.   Are software defects -- do they
9      sometimes manifest themselves in a
10     text stack bug?")
11     MR. GIBBS: Objection; vague as to
12  "software."
13     THE WITNESS: Well, I think it's sort
14  of self-referential. You know, if there is a
15  software bug -- or if there is a software defect,
16  it could be due to a text stack bug. That text
17  stack bug is a software defect. So, yes.
18  BY MS. ANDERSON:
19     Q.   What about defects in an application
20  like one of the Suite 11i modules?
21     A.   Well, ultimately, to the user, they
22  don't know where in the stack -- whether it's the
23  application or the underlying technology -- that's
24  necessarily causing the problem.
25     Q.   So is testing conducted to determine

164

1  that?
2      A.   To determine what?
3      Q.   Where -- what the origin of the bug is.
4      MR. GIBBS: Objection; vague as to
5  time and just about everything else.
6      THE WITNESS: Yeah. I mean, that's
7  more a question about how do you debug software.
8  BY MS. ANDERSON:
9      Q.   Okay.
10     A.   And, yeah, it's a black art.
11     Q.   And do you know who else attended these
12  meetings?
13     A.   Several representatives of the
14  applications technology group and some
15  representation from the systems technology group
16  within Oracle.
17     Q.   And were notes taken at these meetings?
18     A.   I believe there is a -- there is a --
19  a living document of the current status at any
20  given time.
21     Q.   And did Lisa Parekh maintain that?
22     A.   Yes.
23     Q.   And does she update you or others at
24  Oracle with respect to the status?
25     A.   That meeting was a discussion forum

165

1    for current status.
2        Q.   And who else attended that meeting?  I
3    mean by -- withdraw that.
4            Did any of Ron Wohl's direct reports
5    other than yourself attend that meeting?
6        A.   Cliff Godwin would attend.
7        Q.   And did Ron Wohl ever attend the
8    meeting?
9        A.   Never.
10       Q.   Did Larry Ellison ever attend the
11   meeting?
12       A.   No.
13       Q.   And are you familiar with -- are you
14   aware of meetings held with respect to documentation
15   and curriculum?
16       A.   Yes.
17       Q.   And who ran those meetings?
18       A.   Anne Carlson.  A-n-n-e, Carlson,
19   s-o-n.
20       Q.   What is documentation and curriculum?
21       A.   Documentation is user manuals and
22   implementation manuals.  Curriculum is the
23   coursework used to teach consultants and customers
24   how to use the system.
25       Q.   And were you involved in documentation

166

1    and curriculum?
2        A.   I had a doc writer -- two doc writers
3    and a curriculum developer on my team.
4        Q.   Who were your doc writers?
5        A.   Carole Eubanks and Michael Fiore.
6        Q.   And what type of documentation were they
7    responsible for drafting?
8        A.   They wrote the installation manual and
9    any release notes.  They also edited and produced
10   the upgrade manual.  And Yun Shaw is the curriculum
11   developer, and he created the installing and
12   upgrading Oracle applications class.
13       Q.   And was it part of your team's job to
14   compare the documentation you just described to the
15   functionality of the product?
16       A.   No.
17       Q.   And were these documents, the
18   installation manual, release notes, and upgrade
19   manual -- were these for use by Oracle customers?
20       A.   Yes.
21       Q.   And this is in the 2000-2001 time frame?
22       A.   Yes.
23       Q.   And during that time frame, did you
24   learn of customers complaining that the documentation
25   was inadequate?

167

1        A.   No.
2        Q.   Did you hear of customers complaining
3    that the functionality did not meet what was
4    described in the documentation?
5        A.   No.
6        Q.   Now, as far as the curriculum is
7    concerned, was this part of Oracle University?
8        A.   Yes.
9        Q.   And that was an installation class?
10       A.   Yes.
11       Q.   And was that a hands-on installation?
12       A.   There were lab exercises, but
13   ultimately -- I don't think they actually performed
14   a live installation at 11.5.1.
15       Q.   Why not?
16       A.   It's a -- the Oracle application
17   system requires a significant amount of disk space
18   for the database and the -- and the software, and
19   it requires that it be configured with port
20   addresses and that the particular client devices,
21   PCs, can communicate through that system.
22           A class would typically have ten to
23   twenty-five participants in the class, and so it
24   was an impractical matter to be able to actually
25   set each customer up with a complete computer

168

1    system and the ability to run through the entire
2    upgrade.  So it was a classroom exercise.
3        Q.   Now, you said that was with respect to
4    11.5.1 but at a later time there were -- were there
5    other hands-on installations?
6        A.   Yeah.  At a later time.  Not during
7    this period.  But I think with 11.5, 8 or 9 we
8    actually created a simulation that they could run
9    where everything was -- they could run through the
10   entire exercise up to the point that it would start
11   trying to configure the machine.
12           MS. ANDERSON:  I'd like to take a
13   five-minute break.
14           THE VIDEO OPERATOR:  The time is 3:05.
15   Off the record.
16           (Break taken.)
17           THE VIDEO OPERATOR:  The time is 3:12.
18   On the record.
19   BY MS. ANDERSON:
20       Q.   Welcome back.  Earlier we were talking
21   about delays in releases and -- sorry.  Just one
22   moment -- and I believe that you mentioned recalling
23   some problems with NT that were also identified in
24   Exhibit 2.  Do you recall those problems, delaying
25   customers' ability to go live?

169

1    A.    I don't recall.
2    Q.    So you don't remember go-live being
3  threatened in December of 2000 because of these
4  problems?
5    A.    I do not.  No.
6    Q.    And do you recall problems with customer
7  Boral Bricks?
8    A.    Don't recall Boral Bricks.
9    MS. ANDERSON:  I'd like to mark this
10  as Seiden Exhibit 3.
11    (Exhibit No. 3 was marked for
12  identification by the reporter.)
13  BY MS. ANDERSON:
14    Q.    If you could take a look at this e-mail.
15  What does this appear to be?
16    A.    This appears to be an e-mail from Sam
17  Addison to Ron Wohl.
18    Q.    And who is Sam Addison?
19    A.    Sam Addison was in the customer -- the
20  customer management group within Ron's organization
21  who reported to Kirsten Shaw.  And if there were
22  escalated customer situations, Kirsten Shaw's team
23  would be involved, and Sam Addison was one of the
24  members of her team.
25    Q.    And does this e-mail -- well, sorry.

170

1  And this is to Ron Wohl.  And it looks like you,
2  Richard Sellers, Arden Romanillos, and Steven Miranda
3  are cc'd.
4    A.    Yes.
5    Q.    Who is Arden Romanillos?
6    A.    I believe he's in support.
7    Q.    And Richard Sellers?
8    A.    I don't know.
9    Q.    Now, do you see in the second sentence
10  of the first paragraph it says "Boral was" --
11    A.    Should I read the whole memo first?
12    Q.    Oh, you can take -- yeah, take a look
13  through it.
14    A.    Okay.  Okay.
15    Q.    Does this refresh your recollection with
16  respect to customers complaining about the NT
17  problems?
18    A.    Exhibit 2 refreshed my memories that
19  there were NT problems.  I still have no
20  recollection of Boral Bricks.
21    Q.    Okay.  Do you see the second sentence
22  that says, "Boral was repeatedly forced to move out
23  the date as the NT issues were uncovered"?
24    A.    Yes.
25    Q.    And do you know what NT issues are

171

1  referenced there?
2    MR. GIBBS:  Objection; lack of
3  foundation.
4    THE WITNESS:  I assume that it's the
5  same issue as reflected in Exhibit 2.
6  BY MS. ANDERSON:
7    Q.    Okay.  And are you aware of other
8  customers postponing their go-live with 11i because
9  of these problems?
10    MR. GIBBS:  Objection; vague, asked
11  and answered.
12    THE WITNESS:  Not that I know of.
13    MS. ANDERSON:  For the record --
14  excuse me -- Seiden 3 is NDCA-ORCL 053973 to -975.
15    Okay.  I'd like to mark this as Seiden
16  Exhibit 4.
17    (Exhibit No. 4 was marked for
18  identification by the reporter.)
19    MS. ANDERSON:  For the record, this is
20  NDCA-ORCL 221216.
21    Q.    Mr. Seiden, if you could just take a
22  look at that.
23    A.    Okay.
24    Q.    What does this appear to be?
25    A.    This appears to be a note from me to

172

1  csgapps, which is the mailing list for the customer
2  support group for applications, cc'ing the
3  applications development management committee
4  regarding a problem with the Pro*C bug on Windows
5  NT.
6    Q.    Now, do you have an idea of how many
7  customers were affected by the delays described in
8  this e-mail?
9    MR. GIBBS:  Objection; lack of
10  foundation.
11    THE WITNESS:  I do not.
12  BY MS. ANDERSON:
13    Q.    Do you remember advising that customers
14  using certain products needed to delay their go-live
15  11i because of these problems?
16    A.    The advice that I give here is that
17  the problem is most likely to manifest in certain
18  modules admitting that -- because it's a bug in the
19  underlying technology stack, it's a bug in the 806
20  library, so this is the same -- same issue, I
21  believe, from -- from one exhibit to another.
22    So this is just giving the support
23  organization assistance in knowing whether they are
24  encountering this or not and then advising that
25  they shouldn't go live until we have fixed the

173

1    problem.
2        Q.   Okay.  And how long did it take to fix
3    that problem?
4        A.   Referring back to Exhibit 2, I
5    wouldn't be able to tell you if not that it says
6    here that we had a fix for it and we expect to go
7    out, I assume, then, in February of 2001.
8        Q.   And in Exhibit 4, the Boral Bricks, it
9    appears that problems are persisting into March of
10   2001.  Do you recall that?
11       MR. GIBBS:  You mean Exhibit 3?
12       MS. ANDERSON:  Exhibit 3.  Sorry.
13       THE WITNESS:  No, I wouldn't
14   characterize that as still existing at that time.
15   Exhibit 3 says that Boral had previously changed
16   from using NT to using HP for the middle tier.  So
17   Boral is no longer affected by that problem.
18   BY MS. ANDERSON:
19       Q.   Isn't it true that they're no longer
20   facing the problem because they switched to a middle
21   tier?
22       A.   They switched to a different operating
23   system.
24       Q.   So when did the problem with NT get
25   resolved, if you recall?

174

1        MR. GIBBS:  Objection; asked and
2    answered.
3        THE WITNESS:  In February 2001.
4    BY MS. ANDERSON:
5        Q.   Do you recall hearing about problems
6    with the upgrade to 11i2 in December of 2000?
7        MR. GIBBS:  Objection; vague.
8    BY MS. ANDERSON:
9        Q.   This is with respect to GE Corp.
10       MR. GIBBS:  Same objection.
11       THE WITNESS:  I have no specific
12   recollections of GE Corp.  I do recall that we had
13   issues with the upgrades, specifically with the
14   amount of time it took to upgrade.
15   BY MS. ANDERSON:
16       Q.   And do you recall these -- these
17   problems being escalated to Larry Ellison?
18       A.   No.
19       Q.   And what exactly were the nature of
20   these problems, if you recall?
21       A.   As I said it, it -- that it took too long
22   to upgrade, the amount of time that the system was
23   down.  From the time you bring the system down and
24   run the upgrade scripts, to bring it up to the
25   latest version of the software required too much --

175

1    too much system downtime.
2        Q.   Why did it require too much system
3    downtime?
4        A.   That's -- I don't know how to answer
5    that question directly.  There were a number of
6    things that we ultimately did to reduce the
7    downtime, and each customer has a different level
8    of sensitivity how much downtime they can accept.
9        Q.   Was GE -- was the downtime at GE
10   unusually long?
11       A.   I don't have any specific recollection
12   of the issues at GE.
13       Q.   Were other customers complaining about
14   the time that it took to upgrade?
15       A.   There were a number of customer
16   complaints about the time to upgrade.
17       Q.   And what would you -- do you recall any
18   other customers who were having similar complaints?
19       A.   Yes.
20       Q.   Which ones?
21       A.   I forget what the name of the company
22   became, but it used to be a division of 3M that
23   manufactured CD-ROM.
24       Q.   Now, was the downtime required on the GE
25   project longer than what GE had expected?

176

1        A.   I would have to speculate that, if
2    they were complaining, then, yes, that's --
3        Q.   Did any of the documentation indicate
4    how long it would take?
5        A.   The documentation per se, no, did not
6    indicate how long it would take.
7        Q.   Was the upgrade to 11.2 considered an
8    unusually timely upgrade.
9        A.   "Timely" meaning time-consuming?
10       Q.   Yes.
11       A.   That will depend on what database
12   you're upgrading.  There are a lot of factors that
13   go into the amount of time that it takes to perform
14   an upgrade.  So we actually had one customer in
15   Australia -- I don't remember the name now -- that
16   was able to upgrade in five hours, and we had
17   others that took days.
18       Q.   Do you recall how the issues with GE
19   Corporation were resolved?
20       A.   I have no specific recollection about
21   the problems at GE.
22       Q.   Do you recall -- I know that you
23   mentioned one other customer, but do you remember --
24   without recalling specific customer names, do you
25   remember this being a complaint that you heard often?

Seiden, Gregory  5/16/2006  9:05:00 AM

177

1    A.   That the upgrade took too long?
2    Q.   Um-hmm.
3    A.   Yes.
4    Q.   And was this a problem that was remedied
5    in subsequent releases?
6    A.   We did a lot to fix it in subsequent
7    releases, and it is significantly better, but
8    customers will always complain about the amount of
9    downtime.
10   Q.   And are you aware of any customers who
11   decided not to upgrade because of the reported long
12   downtime periods?
13   A.   I am not.
14   Q.   Do you know what the 12.8 release notes
15   are?
16   A.   No.
17   Q.   And do you know what the acronym OCS
18   stands for?
19   A.   I'm not sure.  It could be Oracle
20   Consulting Services.  Could be Oracle Customer
21   Support.
22   MR. GIBBS:  Could be a lot of things.
23   BY MS. ANDERSON:
24   Q.   Were you aware on the GE project that
25   they were encountering problems with the

178

1    functionality of the product that were causing work
2    stoppage?
3    MR. GIBBS:  Objection; vague.
4    THE WITNESS:  I was not.
5    BY MS. ANDERSON:
6    Q.   Were you -- would your involvement be
7    limited to the delay in the upgrade?  I'm just trying
8    to --
9    A.   I would be involved in any -- yeah, in
10   the performance, the speed of the upgrade, with
11   MLS, with any new releases that they might be
12   expecting, but I wouldn't be involved in any
13   functional problems that they were encountering.
14   MS. ANDERSON:  I'd like to mark this
15   as Seiden 5, I think we're up to.
16   (Exhibit No. 5 was marked for
17   identification by the reporter.)
18   BY MS. ANDERSON:
19   Q.   Mr. Seiden, what does this document
20   appear to be?
21   A.   It's titled "Huawei's Load Test
22   Reports 0220."
23   Q.   And would you receive these types of
24   load test reports on a regular basis?
25   A.   Not to my knowledge.  No.

179

1    Q.   Do you recall seeing this document
2    before?
3    A.   I don't recall this document.
4    Q.   If you could turn to NDCA-ORCL 148325.
5    I have a couple of questions on that page.  See where
6    it says under "Analysis conclusion" Point No. 2?
7    A.   Yes.
8    Q.   Do you know what OM is?
9    A.   I assume that's order management.
10   Q.   And is that part of ERP?
11   A.   Yes.
12   Q.   And what about PO?
13   A.   That's purchasing, procurement.
14   Q.   And were you aware of these reported
15   significant performance issues and functional
16   stability with these products?
17   A.   No.
18   Q.   And do you know what "acceptance tested"
19   means as it's used in No. 2?
20   MR. GIBBS:  Objection; lack of
21   foundation.
22   THE WITNESS:  I can speak to the term
23   as it's generally used in the industry.  The
24   acceptance testing is a phase that a customer will
25   go through to verify that the product that they're

180

1    installing is working as expected.
2    BY MS. ANDERSON:
3    Q.   Were the order management and purchase
4    ordering modules modules that your group tested?
5    A.   Yes.
6    Q.   And did you encounter these performance
7    issues and functional stability problems?
8    MR. GIBBS:  Objection; lack of
9    foundation.
10   THE WITNESS:  I don't know what these
11   problems were, but we did not have issues with
12   order management or purchasing.
13   BY MS. ANDERSON:
14   Q.   And did anyone relay the issues they
15   were having at Huawei to you?
16   A.   No.
17   Q.   Do you recall being advised that this
18   company Huawei had concerns with respect to system
19   performance and upgrade performance?
20   MR. GIBBS:  Objection --
21   THE WITNESS:  No.
22   MR. GIBBS:  -- vague.
23   THE WITNESS:  No, I'm not.
24   BY MS. ANDERSON:
25   Q.   Did you -- how often did you work

Seiden, Gregory  5/16/2006  9:05:00 AM

181

1  directly with customers?
2       A.   I would work directly with customers
3  if there were escalated situations around installs
4  or upgrades.  I would also speak to customers if
5  they were at the Oracle campus at our corporate
6  visitor center and wanted to talk to someone about
7  any of the areas I was responsible for.
8       Q.   And in the 2000-2001 time period, what
9  escalated situations with respect to installs or
10  upgrades do you recall being pulled in on?
11       A.   I don't have any specific
12  recollection.
13       Q.   Did you become aware of situations where
14  patches were causing new problems requiring new
15  patches with respect to 11i upgrades?
16       A.   Not with respect to 11i upgrades, but
17  it's a criticism that I've heard before.
18       Q.   Okay.  And what is -- what's your
19  experience with that?
20       A.   The first time I heard that was in
21  relation to Release 11.0.  It was characterized by
22  our then senior vice president or executive vice
23  president of support that three-quarters of the
24  applications patches released either don't fix the
25  customer's bug or they introduce a new bug.

182

1       So I undertook at that time to create
2  a new reporting system so that support could log
3  any instances of that that occurred so we could
4  follow up on it and we would have an ongoing
5  record.  Once that system was up and live, that
6  claim went away.
7       With 11i, there is some -- still some
8  of that noise, and that comes from the fact that
9  some of the patches that go out include new
10  functionality and aren't necessarily bug fixes in
11  and of themselves.  So that new functionality may
12  contain -- may contain bugs.
13       Q.   Do you recall an Oracle customer by the
14  name of Acterna?
15       A.   No.
16       Q.   Do you know who Bill Montgomery is?
17       A.   No.
18       Q.   What about Kurt Graustein?
19       A.   No.
20       Q.   If there were problems with patches
21  causing other patches in the 2000-2001 time period
22  with 11i, would you have been made aware of that?  I
23  mean -- excuse me -- patches causing new bugs.  I
24  misspoke.
25       MR. GIBBS:  Objection; lack of

183

1  foundation.
2       THE WITNESS:  Not likely.  No.
3  BY MS. ANDERSON:
4       Q.   Why not?
5       A.   Because I wasn't responsible for the
6  content of the patches.
7       Q.   If I wanted to talk to somebody at
8  Oracle about these purported problems, who would be
9  the best person to talk to?
10       A.   It would have to be the person
11  responsible for that product at that level.
12       Q.   So if a customer were to report that
13  they applied a patch and it created new bugs, it
14  would first determine which module --
15       A.   Yes.
16       Q.   -- they were working with, and then
17  whoever was the development team for that would
18  address that patch?
19       A.   Correct.
20       Q.   Did you ever encounter this issue in the
21  testing environment?
22       A.   For us in the testing environment, we
23  weren't working with individual patches.  We were
24  working with new releases.  So they were -- they
25  were delivered as patches, but they were new

184

1  functionality and we were looking for -- for bugs.
2       Q.   So this -- this might occur, then, when
3  a patch is delivered to fix a bug as opposed to new
4  functionality.  Is that what you're saying?
5       A.   This would occur on a -- on a -- one
6  of -- or a cumulative patch that was released by a
7  product team and would not be -- I wouldn't
8  characterize it the same way as a release that we
9  were doing, a maintenance pack, 11.5.1, 2, 3.
10       Q.   Now, are you familiar with the term
11  "release and patch strategy"?
12       A.   No.
13       Q.   And were you -- are you familiar with
14  the term "patch release management" as it was used at
15  Oracle?
16       A.   No.
17       Q.   So those wouldn't be things that you
18  were involved in?
19       A.   Oh, they wouldn't be standard terms
20  for anything.
21       Q.   Well, were you involved in developing
22  strategy for when new releases would be delivered via
23  patches?
24       A.   No.
25       MS. ANDERSON:  I'd like to mark this

185

1    as Seiden Exhibit 6.
2         (Exhibit No. 6 was marked for
3    identification by the reporter.)
4    BY MS. ANDERSON:
5         Q.   Take a look at this document, which is
6    stamped NDCA-ORCL 052479.  Let me know when you've
7    had a chance to look it over.
8         A.   Okay.
9         Q.   What does this appear to be?
10        A.   This is an e-mail from Ron Wohl to Ric
11   Ginsberg with a copy to me.
12        Q.   And have you seen this document before?
13        A.   Presumably I have, since I'm on the cc
14   line.
15        Q.   And in the subject line, it says, "Re:
16   11.5.3 has been pulled."  What does that mean?
17        A.   Sorry.  I hadn't read the subject
18   line.  I was trying to put that in context.  In
19   this case, it would mean that we rereleased 11.5.3
20   is the way I take it.
21        Q.   And what do you mean by "rereleased"?
22        A.   The CDs that went into shipping had a
23   problem that caused us to want to pull it back and
24   rerelease it.
25        Q.   Okay.  What types of problems?

186

1         A.   Well, this is one specific problem.
2    So my favorite exhibit, No. 2, comes into play
3    here.  On January 26th, we told Ron that we
4    released 11.5.3, and then here five days later
5    we're telling him that we had to rerelease 11.5.3.
6         It was scheduled to become available
7    in shipping on February 5th.  So between the
8    time that we released it but before we shipped it,
9    we found a bug and had to fix it.
10        Q.   Do you see the last multiline paragraph?
11   It says:  The licensing architecture is used as a
12   hack in some cases and ignored in others.  Do you
13   know what he means by that?
14        MR. GIBBS:  Objection; lack of
15   foundation.
16        THE WITNESS:  Ric Ginsberg has a
17   colorful way of speaking.  What he's referring to
18   in this case is the -- as part of the rapid-install
19   process, you specify during the initial
20   installation which products you intend to use.  We
21   call that licensing the products.
22        Unlike other software vendors, though,
23   we install all of the software, and all of it's
24   fully functional as soon as it's installed, so
25   there is no license key required or license

187

1    encryption like you would find in other vendor
2    products.
3         That -- that licensing process had to
4    take into account the fact that, for example, if
5    you were licensing the procurement module, you were
6    also given a license to the application object
7    library and to the general ledger.
8         So the fact that the user checked
9    procurement would mean that under the covers we
10   would have to go through and check all of the other
11   boxes for products to which they were entitled.
12        And what Ric is saying here is that
13   the overall effect is somewhat unknown because most
14   products don't actually pay any attention to what
15   the licensing status is as recorded in that table,
16   so it doesn't really matter to the products, but
17   just in case, we wanted to clean it up.
18        So again, between the time that the
19   software was released and before it shipped, we
20   pulled it and rereleased it.
21   BY MS. ANDERSON:
22        Q.   Okay.  And what does he mean by saying
23   that most important is that the effect was not
24   fixable?
25        A.   That in that version of the license

188

1    manager, you couldn't go back and change the
2    license status of a product.  So he explains
3    earlier that -- in paragraph 1 that products should
4    be shared -- shared or fully licensed.  And those
5    weren't getting set correctly.
6         So what was happening is, instead of
7    being sent as shared -- well, let's see.  Instead
8    of it being shared -- so instead of being shared
9    and having a limited-use designation, they come up
10   and say that they're fully licensed.  And I guess
11   products that were fully licensed didn't get
12   licensed at all.
13        Q.   Okay.  And then this was a problem that
14   was identified and fixed prior to shipment?
15        A.   Yes.
16        Q.   Do you know how this problem was
17   identified?
18        A.   No.
19        MS. ANDERSON:  I'm going to keep
20   Exhibit 2 handy this time.  I'd like to mark this
21   as Seiden Exhibit 7.
22        (Exhibit No. 7 was marked for
23   identification by the reporter.)
24   BY MS. ANDERSON:
25        Q.   If you would just take a look at this

Seiden, Gregory  5/16/2006  9:05:00 AM

189

1   e-mail. I just have a few questions about it.
2          MS. ANDERSON:  For the record, this is
3   NDCA-ORCL 052495.
4      Q.   Have you had a chance to look it over?
5      A.   Yes.  This is a great little history
6   lesson.
7      Q.   Okay.  And tell me what this document
8   appears to be.
9      A.   It's a -- it's a pair of e-mails.  I
10  wrote to Ron Wohl to tell him that 11.5.3 is, in
11  fact, not shipping on its scheduled date.  And Ron
12  forwards it on to Matt Mayerson, who is the vice
13  president for the M&D group, to ask him what's
14  going on.
15     Q.   And why was 11.5.3 not going to ship?
16     A.   As it says here, 11.5.3 is available
17  on the Oracle store for Solaris and HP.  So the
18  software is there.  It's now available for
19  customers to purchase.
20          But the vendor that creates the CDs
21  were -- we had a bug in our own internal
22  implementation of the E-Business Suite which
23  prevented us from creating a purchase order.  And
24  then I reference that bug number.  So the vendor
25  was not willing to create the CDs without a

190

1   purchase order from Oracle.
2      Q.   Okay.  And was this bug that was
3   experienced at Oracle -- was that also a bug that
4   existed in the release?
5      A.   I would have to look up the bug to
6   know what the underlying problem was.
7      Q.   And -- so this was an issue that --
8   Oracle was having a problem with its own
9   implementation of Suite 11i --
10     A.   Yes.
11     Q.   -- that was preventing it from shipping
12  on time.
13     A.   Yes.  But to be exact, you know, the
14  problem here is cutting a particular purchase order
15  for a particular customer.  So I don't believe that
16  that procurement system was down and unable to
17  create purchase orders in general, but just that
18  there was something particular about this one.
19     Q.   Do you know if that required a patch to
20  fix?
21     A.   I don't know.
22     Q.   Do you know if customers experienced the
23  same problem?
24     A.   I don't know.
25          MS. ANDERSON:  Next, Seiden Exhibit 8.

191

1          (Exhibit No. 8 was marked for
2   identification by the reporter.)
3          MS. ANDERSON:  For the record, this is
4   NDCA-ORCL 052843.
5      Q.   Mr. Seiden, once you've had a chance to
6   look that over, let me know.
7      A.   Sure.
8      Q.   Who's Jerome Labat?
9      A.   Jerome Labat is in charge of
10  development services, which is a group responsible
11  for allocating, maintaining all of the server
12  hardware and PC hardware used by the division.
13          (Interruption)
14          THE WITNESS:  Used by the applications
15  division.
16  BY MS. ANDERSON:
17     Q.   And does this appear to be an e-mail
18  from Mr. Labat to you and Eric Ginsberg?
19     A.   Yes.
20     Q.   And --
21     A.   That's Ric Ginsberg.  That's his --
22     Q.   I thought it looked familiar.
23     A.   Yeah.
24     Q.   And cc to Ron Wohl.
25     A.   Yes.

192

1      Q.   Now, what does the subject line
2   mean?  It says, "Status of 11.5.3 Maintenance Envs.
3   Upgrade - v115upg Halted."  What does that mean?
4      A.   Speculating because it's out of
5   context here --
6          MR. GIBBS:  Then objection.  Calls for
7   speculation.
8          THE WITNESS:  We maintain test
9   environments within the development organization to
10  be able to re-create any customer-reported bugs.
11  So Ken Truong is a database administrator within
12  Jerome Labat's organization who is attempting to
13  upgrade a particular maintenance environment.  So I
14  believe he's just using v115upg as the 11i upgrade
15  and is advising us that he has logged a bug.
16  BY MS. ANDERSON:
17     Q.   Okay.  And why are you being advised of
18  the fact that a bug has been logged here?
19     A.   I'm responsible for the install and
20  upgrade utilities.  So presumably it's a bug in the
21  upgrade utility itself, but I have no idea.  I
22  would have to look up the particular bug number to
23  know what the issue was.  And as mentioned before,
24  bug database is any sort of work queue, so it could
25  even just be a question that's in the bug database.

Seiden, Gregory  5/16/2006  9:05:00 AM

193

1  Q.  I'm sorry.  Could you explain what a
2  maintenance environment is.
3  A.  Yeah.  Within the development
4  organization, at the time of this note, we would be
5  developing 11.5.4.  So the development environments
6  that the product seems to be working with would all
7  be -- would all have 11.5.4 code in them.
8  And what we'll do at that point is
9  park off an environment at the released code level,
10  11.5.3, so that any customer issues that are
11  reported against 11.5.3 we could go and try and
12  reproduce in that environment as opposed to try and
13  reproduce in 11.5.4.
14  Q.  Now, judging from this e-mail, would you
15  be comfortable for each one as a testing environment?
16  A.  It's a -- it's going to be a testing
17  environment.
18  Q.  And judging from this e-mail, is this a
19  bug that would be affecting customers as well?
20  MR. GIBBS:  Objection; lack of
21  foundation.
22  THE WITNESS:  I don't know.
23  BY MS. ANDERSON:
24  Q.  Mr. Seiden, can you tell me what Vision
25  system testing is?

194

1  A.  Vision -- it's shorthand for our
2  demonstration database.  We have a database
3  that's -- that we use for sales demos and also
4  shipped to the customers, and it reflects a
5  fictitious company called Vision Enterprises.
6  Q.  And do you know who Nancy Reier is?
7  A.  Nancy Reier at that time was the vice
8  president for database defect and diagnostics and
9  resolution.
10  Q.  And what was her role with respect to
11  the Vision system testing, if any?
12  A.  She would have none.
13  Q.  Now, with Release 3 --
14  MS. ANDERSON:  I'll just mark this as
15  Exhibit 9.
16  (Exhibit No. 9 was marked for
17  identification by the reporter.)
18  BY MS. ANDERSON:
19  Q.  If you could take a look at this.
20  MS. ANDERSON:  In the meantime, I'll
21  state for the record this is NDCA-ORCL 012384.
22  Q.  When you've had a chance to take a look
23  at the document, just let me know.
24  A.  Okay.
25  Q.  What does this document appear to be?

195

1  A.  It's a response by Ron Wohl to Larry
2  Ellison from a request from Mark Barrenecha to
3  take another couple of weeks to -- to get the
4  Vision -- Vision demo database updated.
5  Q.  And were you involved with the Vision
6  testing that Mr. Barrenechea is referencing there?
7  A.  No.
8  Q.  It says that "CRM will need another two
9  weeks to bring Vision up to a status of 'good.'"
10  What does the "status of good" connotate?
11  A.  You'd have to ask Mark Barrenechea.
12  Q.  Okay.  So is it fair to say this is
13  causing a delay?
14  MR. GIBBS:  Objection; vague.
15  BY MS. ANDERSON:
16  Q.  In the release?
17  MR. GIBBS:  Still vague.
18  THE WITNESS:  Mark Barrenechea is
19  asking for extra time.  So I assume that that
20  implies a delay.  Yes.
21  BY MS. ANDERSON:
22  Q.  In the first paragraph, it references
23  Vision system testing and patch iteration and then
24  retesting.  Are you familiar with that process?
25  A.  No, I'm not.

196

1  Q.  Do you know what patch iteration is?
2  A.  That would be patching, testing, and
3  then if we need more patches based on that testing,
4  more patches.
5  Q.  And do you know when Release 3 was
6  originally scheduled to go to market?
7  A.  I don't.
8  Q.  And do you know -- and do you know --
9  this e-mail is dated December 8, 2000, correct?
10  A.  Correct.
11  Q.  And it's to Larry Ellison and cc'd to
12  you and Mark Barrenechea; is that correct?
13  A.  And Safra Catz.
14  Q.  And Safra Catz.
15  Would it be common to -- withdraw that
16  question.
17  In the first line, second sentence,
18  you say -- it says, "We promise the field an
19  integrated release."  Do you know what Mr. Wohl is
20  talking about there?
21  MR. GIBBS:  Objection; lack of
22  foundation.
23  THE WITNESS:  I believe what he's
24  referring to here is that the applications, the ERP
25  code and the CRM code, will be released

197

1   simultaneously.
2   BY MS. ANDERSON:
3       Q.   And what's the basis of that belief?
4       A.   That we are basically working on two
5   different schedules.  Mark Barrenechea is asking
6   for two weeks and Ron is concurring and agreeing to
7   delay for two weeks and specify what we would do
8   with that additional time.  I also know that a
9   later release that we did, 11.5.6, we actually went
10  separately.
11      Q.   Now -- so if there is still testing
12  going on with CRM, would there still need to be
13  additional testing done to see how the ultimate CRM
14  product relates with ERP?
15      MR. GIBBS:  Objection; vague.
16      THE WITNESS:  In here he's referring
17  to Vision testing.  We need to test the data that
18  goes into Vision to ensure that it demos correctly.
19  And Vision is also a living database.  It needs to
20  move from one version of the software to another.
21      And to ensure that we can still demo
22  properly, it needs regular maintenance.  You need
23  to close accounting periods and open new accounting
24  periods, create new transactions and so forth.  And
25  then also given that we're putting new

198

1   functionality into it, you also have to enter in
2   transactions related to that new functionality.
3       So CRM -- CRM at this time is still an
4   evolving product.  They were still creating
5   additional modules throughout the 11i time frame,
6   so they would still be adding and needing to test
7   those modules in the Vision database.
8   BY MS. ANDERSON:
9       Q.   Did your group utilize the Vision
10  database for testing?
11      MR. GIBBS:  Objection; vague.
12      THE WITNESS:  The key business flow
13  testing that we do, we would do on the Vision
14  database.  We would also do upgrade testing using
15  the Vision database.  It was a, you know,
16  general-purpose database.
17  BY MS. ANDERSON:
18      Q.   Okay.  Was that the case throughout the
19  2000-2001 time period?
20      A.   Yes.
21      Q.   And I apologize if you said this, but is
22  Vision a brand name?
23      A.   No.
24      Q.   Is that something developed at Oracle?
25      A.   Yes.

199

1       MR. GIBBS:  Objection; asked and
2   answered.
3       THE WITNESS:  Vision is the -- Vision
4   Enterprises is the name of the fictitious company
5   that's modeled in the demo database.
6   BY MS. ANDERSON:
7       Q.   Okay.  I see.  So it's like a Jane Doe
8   kind of?
9       A.   Yeah.  It's Jane Doe's diary and life
10  story.
11      Q.   And do you recall whether you conducted
12  additional upgrade testing at that time, as
13  referenced in paragraph 2?
14      A.   I don't recall.
15      MR. GIBBS:  Are you changing subjects?
16  Is this a reasonable time for a five-minute
17  break --
18      MS. ANDERSON:  Sure.
19      MR. GIBBS:  -- between documents?
20      MS. ANDERSON:  Yeah, that's fine.
21      THE VIDEO OPERATOR:  This concludes
22  Videotape No. 3 of the May 16, 2006, deposition of
23  Greg Seiden.  We're off the record at 4:10.
24      (Break taken.)
25      THE VIDEO OPERATOR:  This begins

200

1   Videotape No. 4 of the May 16, 2006, deposition of
2   Greg Seiden.  We're on the record at 4:19.
3       MS. ANDERSON:  I'm going to start off
4   by marking this as Exhibit 10.
5       (Exhibit No. 10 was marked for
6   identification by the reporter.)
7   BY MS. ANDERSON:
8       Q.   Mr. Seiden, if you could take a look at
9   Exhibit 10 and just familiarize yourself with it.
10      A.   (Witness reviews document.)
11      Q.   If you could just describe what this
12  document appears to be.
13      MR. GIBBS:  Objection; lack of
14  foundation.
15      THE WITNESS:  There are really two
16  documents here.  One is an e-mail -- well, it
17  starts off -- well, at the top level, it's an
18  invitation from Cliff to the operations management
19  people within the CRM organization to join a
20  meeting that Sam Addison held.  At this time I
21  think it was a weekly meeting to discuss tech stack
22  issues that customers have reported.
23  BY MS. ANDERSON:
24      Q.   Have you seen this document before?
25      A.   I have not seen this e-mail before.  I

201

1    have seen versions of Sam Addison's report before.
2        Q.   Okay.  And were you a regular recipient
3    of his report?
4        A.   Yes.
5        Q.   And did you attend his meetings?
6        A.   I would sometimes.
7        Q.   When would you attend his meetings?
8        A.   When I was available to attend the
9    meetings.
10       Q.   So nothing in particular about the
11   subject matter would draw you to the meeting?
12       A.   Well, I would address particular
13   issues on installing the upgrade in particular.
14       Q.   And did you review -- it says here that
15   he's attaching a weekly review of install and tech
16   stack issues that customers are having with 11i.  Was
17   that -- did you receive those on a weekly basis?
18       A.   Yes.
19       Q.   Do you know who else received these
20   documents other than the individuals listed here?
21       A.   There is a mailing list listed there,
22   tech11isup.  That's technology for 11i support.  So
23   there are a number of people that would subscribe
24   to that mailing list.
25       Q.   And who is Gopi Tummala?

202

1        A.   Gopi Tummala worked for Alan Fletcher
2    in the CRM organization.
3        Q.   And is -- is the Ramu listed in -- is
4    that Ramu Sunkara --
5        A.   I don't know.
6        Q.   -- judging from the --
7        A.   I don't know.
8        Q.   Okay.  And he mentioned below that there
9    are tech stack issues causing problems for early CRM
10   customers.  And he mentions "PicNDell and POSCO."
11   Are you familiar with those problems?
12       A.   No.
13       Q.   Do you recall any of those problems
14   being discussed at one of Sam's meetings?
15       A.   If there were issues with a tech
16   stack, they would be discussed at Sam's meetings.
17       Q.   Okay.  And did Ron Wohl attend these
18   meetings?
19       A.   No.
20       Q.   Did you report to Ron Wohl what was
21   going on in the meetings?
22       A.   No.
23       Q.   And who did Sam Addison report to?
24       A.   Kirsten Shaw.
25       Q.   And Kirsten Shaw then reported to Ron

203

1    Wohl?
2        A.   Ron Wohl.
3        Q.   And do you know how many people would be
4    part of the tech sup e-mail?
5        A.   I don't, but the tendency is to
6    subscribe to far more mail lists than you actually
7    attend the meetings, so I would guess that there
8    were a couple of hundred people on that.
9        Q.   And do you know if Ron Wohl was on that?
10       A.   He was not.
11       Q.   Do you know if Larry Ellison was on
12   that?
13       A.   He was not.
14       Q.   Okay.  Is there a function at Oracle
15   where you can view who is in various e-mail groups?
16       A.   I cannot.  It's secured, but the -- a
17   systems administrator could.  Yes.
18       Q.   And was that the case in the 2000-2001
19   time period, as far as you know?
20       A.   I don't know if it had been locked
21   down at that time or not, but certainly a system
22   administrator under any circumstances would have
23   been able to view who was in the mailing list at
24   that time.
25       Q.   Okay.  Great.  Are you familiar with the

204

1    term "manual workaround" as it relates to software
2    development?
3        A.   Sure.
4        Q.   And how was that term used at Oracle?
5        A.   It's -- it's not really a
6    hard-and-fast definition, but the implication is
7    that there is some software defect in the system
8    that prevents you from entering a transaction, and
9    so you have some way to work around it either by
10   getting the data into the database in another way
11   or triggering the downstream transaction, you know,
12   with -- or tracking with paper document or
13   something to get around that particular defect.
14       Q.   So that -- would that be a workaround
15   that would potentially correct the defect in the
16   software all around, or is that sort of a customer by
17   customer?
18       A.   Well, any defect has a potential to be
19   customer by customer.  The manual workaround
20   implies that it's something that you do to keep the
21   business going until you can get a software
22   correction.
23       Q.   So if there was a defect and there was a
24   manual workaround, would that have to -- would people
25   have to go out into the field to the various

Seiden, Gregory  5/16/2006  9:05:00 AM

205

1    customers using that?
2        A.  Oh, no.  No.  The implication is that
3    the customer has another way of conducting the
4    business or entering the transaction other than the
5    way that it was documented or intended.
6        Q.  So there is a way for the customer to
7    get by --
8        A.  Yes.
9        Q.  -- while it's being worked on?
10       A.  Correct.
11       Q.  And what is the web report review in
12   Suite 11i?
13       A.  I'm not sure.
14       Q.  Earlier we talked a little bit about the
15   translation patches and your role in that.  Now, do
16   you recall problems -- severe problems that TMP
17   Worldwide was encountering with respect to the
18   translations?
19       A.  I remember that TMP Worldwide was a
20   customer that had problems with the translations,
21   but I don't remember what their specific issues
22   were.
23           MS. ANDERSON:  I'll show you this and
24   I'll ask you some questions about it.  Marking this
25   Seiden Exhibit 11.

206

1           (Exhibit No. 11 was marked for
2    identification by the reporter.)
3    BY MS. ANDERSON:
4        Q.  If you could just take a look at that
5    and let me know when you've had an opportunity to
6    leaf through it.
7        A.  Okay.
8        Q.  Okay.  Have you seen this document
9    before?
10       A.  I was copied on this document.
11       Q.  Okay.  And this document is from Julie
12   Thiemann.  Do you know who she is?
13       A.  I don't know.
14       Q.  And this is with respect to TMP
15   Worldwide and some problems they were having in March
16   of 2001.  Does that seem accurate?
17       A.  Yes.
18       Q.  Now, does this refresh your memory as to
19   the problems that they were having with languages?
20       A.  It gives me examples of problems they
21   were having with languages.
22       Q.  Okay.  Now, when -- when did Oracle have
23   basic language patching in place?
24           MR. GIBBS:  Objection; vague.
25           Answer if you can.

207

1    BY MS. ANDERSON:
2        Q.  For Suite 11i.
3           MR. GIBBS:  Same objection.
4           THE WITNESS:  I don't recall.  One of
5    the improvements we made over the life of 11i was
6    to be able to release software patches
7    simultaneously on -- in English and then in all
8    languages, but I don't believe that was in place at
9    the time of 11.5.1.  But I don't know how much post
10   11i -- 11.5.1 the first languages became available.
11   BY MS. ANDERSON:
12       Q.  Okay.  Well, this e-mail is dated March
13   of 2001.  So would that be the third release?
14       A.  Well, this customer is using the
15   languages, so it's not a question of language
16   availability for TMP.  They've got bugs in the
17   languages.
18       Q.  Bugs that are preventing them from going
19   live.
20       A.  The assertion in this report is that
21   they have users that don't speak English and can
22   only work in their native language.  And then there
23   are seven problems in this report related to
24   translation that all have the same theme.
25           A customer applied the German

208

1    translation, and there were some words that weren't
2    translated.  The customer applied the Spanish
3    translation, and there were some words that weren't
4    translated.  The Italian translation, some words
5    weren't translated.
6           So the issue here is that -- I don't
7    know what the ultimate solution is, but that could
8    be for a variety of different reasons.  But they
9    have the translations.  And the issue is that on
10   any given form where there might be a hundred words
11   they're finding some of those words were in
12   English.
13       Q.  And this is for Oracle 11i Financials,
14   correct?
15       A.  The products that they're reporting
16   these against are all Financials products.
17       Q.  Okay.  And they are looking to use it in
18   six languages, it indicates in this first paragraph.
19       A.  Correct.
20       Q.  And it lists languages like French,
21   German, Italian, Spanish and Dutch.  And yet it says
22   that they have an urgent need for patch translations
23   in multiple languages.  What's going on here?  Do you
24   know what -- I mean, it sounds pretty critical.
25           MR. GIBBS:  Objection; lack of

209

1  foundation, argumentative.
2         THE WITNESS:  I don't characterize it
3  as sounding critical.  TMP -- you know, based on
4  Julie's title, she's a manager in the -- she's the
5  senior escalation manager.
6         So TMP is a customer that is unhappy
7  at this point and encountering problems with the
8  product.  In this report, they are reporting thirty
9  problems, seven of which have to do with patches
10 that they received for translations.
11 BY MS. ANDERSON:
12    Q.   Okay.  Are you familiar with the other
13 problems that they were experiencing?
14    A.   No.
15    Q.   And were you aware that they missed
16 their January '01 go-live date?
17    A.   No, I'm not.
18    Q.   Why had you been -- why are you copied
19 on this e-mail, if you know?  What issues are
20 pertinent to your practice?
21    A.   The translation.
22    Q.   And what action was taken by your group
23 to remedy these translation issues?
24    A.   I can only speculate what action was
25 taken.  But in these cases, what we would do is we

210

1  would look at -- in all these cases it's particular
2  labels on a screen are occurring in English and not
3  in the underlying translation, so we would have to
4  determine the root cause for that.
5         Is that because those strings weren't
6  defined for translation?  Is it because they're
7  coming from -- from a table that we didn't realize
8  needed to be translated?  Was there a breakdown in
9  the translation process of the form itself and we
10 got back something that wasn't translated?
11        It could be that it was a term the
12 translator wasn't familiar with and they just
13 neglected to put in the term or, you know, any of a
14 variety of things.  We would have to analyze that
15 and then get the appropriate fix.
16    Q.   Now, was TMP the first customer to use
17 Oracle 11i in these listed languages?
18    A.   I don't know.
19    Q.   Could they have been the first
20 customer --
21        MR. GIBBS:  Objection; calls for
22 speculation.
23 BY MS. ANDERSON:
24    Q.   -- to use Oracle 11i in these languages?
25        MR. GIBBS:  Objection; calls for

211

1  speculation.
2         THE WITNESS:  I don't know.  I know
3  that General Electric also is using multiple
4  languages.
5  BY MS. ANDERSON:
6     Q.   Were they using Oracle Financials?
7     A.   I don't know which modules.
8     Q.   Does it seem unusual to you that a
9  company installing Oracle Financials in French,
10 German, Italian, Spanish, and Dutch in the third
11 version would have critical issues preventing it from
12 going live?
13        MR. GIBBS:  Objection; argumentative.
14        THE WITNESS:  I -- I don't consider
15 the English strings appearing in the forms to be
16 critical issues that would keep them from going
17 live.
18 BY MS. ANDERSON:
19    Q.   So you believe that these were issues --
20 the other issues or a combination thereof?
21    A.   Yes.
22    Q.   Were you kept apprised of the progress
23 at TMP Worldwide?
24    A.   I may have been, but I would not have
25 given it much -- much thought as the issues in my

212

1  area were not severe and could be handled by my
2  team.
3     Q.   And who would you have assigned this
4  project to on your team?
5     A.   Ric Ginsberg.
6         MS. ANDERSON:  I'm going to mark this
7  as Seiden Exhibit 12.
8         (Exhibit No. 12 was marked for
9  identification by the reporter.)
10 BY MS. ANDERSON:
11    Q.   Mr. Seiden, if you could just take a
12 look at this document and let me know when you're
13 ready to talk about it.
14    A.   Okay.
15    Q.   Have you seen this document before?
16    A.   I was copied on it.
17    Q.   And what does it appear to be?
18    A.   It's an e-mail from Holger Mueller,
19 who was one of the development VPs in the CRM
20 organization, to Mike Rocha, who is -- or was at
21 that time the head of support and also the owner of
22 the -- holds responsibility for the Worldwide
23 Product Translation Group and its budget.
24    Q.   And I think we've talked about most of
25 the people listed in the cc group, but I don't think

Seiden, Gregory  5/16/2006  9:05:00 AM

213

1  I've seen Richard Cirigliano's name before. Who is
2  he?
3      A.  Richard Cirigliano was sort of Mike
4  Rocha's fixer.
5      MS. ANDERSON:  All right. And for the
6  record, this document is stamped NDCA-ORCL 121632
7  to -635.
8      Q.  What was your role in resolving the
9  translation patches in CRM that are described in this
10  e-mail?
11      MR. GIBBS:  Objection; lack of
12  foundation.
13      THE WITNESS:  The problem, as I infer
14  it from this note, is that CRM was creating a lot
15  of patches and that they weren't getting timely
16  translations of those patches and that some of
17  these patches would have had translation problems.
18      So any role that I would have had
19  would have been in assisting and diagnosing why
20  things weren't fully resolved, which would be
21  understandable with CRM being a new product -- new
22  set of products. They weren't just used to
23  following the guidelines -- the development
24  guidelines as the ERP products were.
25      As for timely translation, there is a

214

1  reference in here that says that the partial
2  translation capability was turned off.
3      So, you know, my role in ultimately
4  resolving this was to get it to the point that we
5  could release translations and patches
6  simultaneously with the English patches, which is
7  something that had not been available in 10.7 or
8  11.0, and we made a point of getting it fixed for
9  11i.
10  BY MS. ANDERSON:
11      Q.  And this e-mail is dated April 2001. So
12  11i is -- is that --
13      A.  So.
14      Q.  -- 3 or 4?
15      A.  We would have been working on 4 at
16  this point. Any customer-reported issues would
17  have been with 1, 2, or 3.
18      Q.  Okay. Now, you can see on the front
19  page where it says "Michael Rocha wrote," and then
20  there is a note to Holger. And it says, "We are
21  working with Ric Ginsberg and Greg Seiden's team to
22  make sure that the app team is part of this process."
23      What was your team's role in
24  rectifying these issues?
25      MR. GIBBS:  Objection; asked and

215

1  answered.
2      THE WITNESS:  Yeah. If you want more
3  detail, we fired a guy in Ireland who was resisting
4  our efforts to speed up the process.
5  BY MS. ANDERSON:
6      Q.  Okay. And were you personally hands-on
7  on this project?
8      A.  No. Ric Ginsberg was, but I was in
9  the loop.
10      Q.  Was your -- did your team participate in
11  the translation and packaging for CRM on -- just in
12  the regular course of development?
13      A.  Yes.
14      Q.  Did you conduct that function for CRM?
15      A.  Yes.
16      Q.  So CRM didn't have a counterpart as far
17  as somebody working on translations, just in their
18  division.
19      A.  Correct.
20      Q.  That fell under one group, and that was
21  your group?
22      A.  Correct.
23      Q.  If you would turn to 121634. At the top
24  of the page, it says, "Bill Cadogan wrote." Do you
25  know who Bill Cadogan is?

216

1      A.  I don't.
2      Q.  Okay. If you look down to his Point 2C.
3      A.  Okay.
4      Q.  He says: This is the result of early
5  and aggressive shipment of the product as Mark
6  Barrenechea said at the GMM because support are
7  failing to test patches.
8      A.  "Not because support are."
9      Q.  Oh, not -- excuse me. "Not because
10  support are failing to test patches." Do you know
11  what he means by that?
12      MR. GIBBS:  Objection; lack of
13  foundation.
14      THE WITNESS:  I take it that he means
15  that Mark Barrenechea was pushing his -- pushing
16  his product aggressively.
17  BY MS. ANDERSON:
18      Q.  And what's the GMM?
19      A.  Global manager meeting.
20      Q.  And who attends a global manager
21  meeting?
22      A.  That was basically lots of the senior
23  and middle management for Oracle. So it was a
24  global meeting with three or four hundred managers
25  in attendance.

Seiden, Gregory  5/16/2006  9:05:00 AM

217

1    Q.   Was it an annual meeting?
2    A.   Yes.
3    Q.   Did you attend?
4    A.   I attended one or two of them.
5    Q.   Did you attend the meeting where Mark
6    Barrenechea indicated this if he -- he may have just
7    indicated it to this individual, I don't know, but do
8    you recall him saying that?
9    A.   I don't remember.
10   Q.   And did Ron Wohl attend these meetings?
11   A.   Yes.
12   Q.   And did Larry Ellison attend these
13   meetings?
14   A.   No.
15   Q.   Do you know if --
16   A.   Larry would speak at those meetings,
17   but he wouldn't attend.
18   Q.   But he would attend and make a
19   presentation?
20   A.   He would come in, make a presentation,
21   and leave.
22   Q.   How do you know?
23   A.   Because we would all be sitting around
24   and saying, "When is Larry getting here?  When is
25   Larry getting here?"  And then he would come in and

218

1    make his speech, and then he would make his exit.
2    Kind of Elvis-like.
3    Q.   And do you know if Jeff Henley attended
4    these?
5    A.   I do not recall.
6    Q.   Do you recall hearing at GMM that there
7    was early and aggressive shipment of the product?
8    A.   I do not.
9    Q.   Was it your opinion that the product was
10   shipped before the translation patches were ready?
11   A.   The early versions, yes.  As I said,
12   we worked very hard to improve the process so that
13   we could release translations and English software
14   simultaneously.  Prior to that it was never done in
15   any of our releases.
16   Q.   Okay.  So you said the early releases.
17   Does that include Release 1?
18   A.   Yes.
19   Q.   And Release 2?
20   A.   Yes.
21   Q.   What about Release 3?
22   A.   Yes.
23   Release 4?
24   A.   Eventually we're going to hit the
25   point where --

219

1    Q.   What release do you think that -- that
2    the translation patches were actually ready to ship?
3    A.   Well, not ready to ship, but ready
4    simultaneously with the English.  We also -- from
5    11.5.1 we were able to produce translations.  The
6    difference is would you be able to get a patch and
7    its translation simultaneously.
8    The first step that we took towards
9    that was something referenced in here called
10   "partial translation," and then getting to full
11   translation is something that we achieved probably
12   around 11.5.7.
13   Q.   What is the -- are you familiar with the
14   CRM Platinum?
15   A.   Yes.
16   Q.   What is that?
17   A.   That was a delivery vehicle that the
18   CRM group used to ship the product -- the product
19   set with all of their favorite patches included.
20   So they would take the rapid install
21   that my team created in Vision demo that was
22   associated with that, apply the latest set of
23   patches from the CRM group and bundle that as
24   something they called Platinum, which the customer
25   consultant could then take and install just like

220

1    the rapid install and have the benefit of the
2    latest CRM patches being included.
3    MS. ANDERSON:  Okay.  I show you this
4    document.  Probably easier.  Could you mark this as
5    Seiden Exhibit 13.
6    (Exhibit No. 13 was marked for
7    identification by the reporter.)
8    MS. ANDERSON:  And for the record,
9    this is NDCA-ORCL 058328 through 058331.
10   Q.   Have you had a chance to look at that?
11   A.   Yes.
12   Q.   Have you seen this document before?
13   A.   I was copied on it.
14   Q.   And what does this document appear to
15   be?
16   A.   It's a note from Cliff Godwin to Ivo
17   Dujmovic, myself, and Ric Ginsberg and Keith Swartz
18   suggesting that we have a meeting to talk about
19   what Platinum -- or what the CRM group has done
20   with their Platinum install.
21   Q.   Who is Ivo Dujmovic?
22   A.   Ivo is a development -- was then a
23   development manager within Cliff's organization
24   responsible for the -- he was in Lisa Parekh's
25   group and responsible for the technology stack

Oracle                                    Page  217 - 220

221

1    component of the install.
2        Q.   And who is Keith Swartz?
3        A.   Keith Swartz is another person in Lisa
4    Parekh's group who was expressing his opinion.
5        Q.   And do you know what that last -- it
6    looks like it might be a group, the o-a-t-e-c-h-i-n-t
7    Oracle e-mail is?
8        A.   Yes.  I don't know what that
9    particular group is.
10       Q.   Now, the subjects of CRM Platinum env
11   replaces and then it says appl_top.
12       A.   Yeah.
13       Q.   What is appl_top?
14       A.   The apple top is the way we refer to
15   that, and that's the complete set of applications
16   code as installed on the -- on a customer's system.
17   At least that goes into the file system.  There is
18   also code in the database.
19       Q.   Sorry, but what do you mean by "file
20   system"?
21       A.   The analogous thing would be on your
22   computer your set of folders.
23       Q.   Okay.  So does the apple top describe
24   the code, or does it actually contain the code?
25       A.   Contains the code.  Most of it.

222

1        Q.   It sounds like the CRM Platinum is going
2    to replace that and Ivo Dujmovic is flabbergasted to
3    read about this.
4        A.   Yes, he is.
5        Q.   Do you recall this -- this exchange?
6        A.   We had a number of issues with the
7    entire Platinum strategy.
8        Q.   What were those issues?
9        A.   I don't recall this particular
10   flare-up.
11       Q.   What were some of the issues that you do
12   recall?
13       A.   Well, let me go back and explain what
14   they're describing here in this note.  Platinum was
15   Mark Barrenechea's way of delivering more recent
16   CRM code than my group had had a chance to package.
17       Q.   Okay.
18       A.   So he has changed the code while I was
19   going through my packaging process and now wants
20   his latest code to be available for customers.
21            And the way that they would achieve
22   that is to use the install that I created to
23   install the technology stack, create all of the --
24   all of the linkages that need to be there in the
25   system, and then they would take an apple top to

223

1    which they had applied all of their latest patches
2    and a new Vision demo database and install those on
3    top.
4            They would get rid of the file system
5    that I laid down and laid down their new file
6    system which was generated by taking my file system
7    and adding their files to it.
8        Q.   Okay.  Why was CRM -- well, was there
9    coordination between CRM and the ERP group, such as
10   your own group, with respect to the Platinum?
11       A.   No.
12       Q.   And that was causing some problems?
13       A.   That caused some --
14            MR. GIBBS:  Objection; vague.
15            Answer if you can.
16            THE WITNESS:  It caused some ill
17   feelings between the organizations.
18   BY MS. ANDERSON:
19       Q.   Okay.  Why were there these ill feelings
20   between the two organizations over this issue?
21            MR. GIBBS:  Objection; calls for
22   speculation, lack of foundation.
23            THE WITNESS:  There are two examples
24   within this e-mail.  The reason that this problem
25   is being reported to begin with is the report that

224

1    yellow bars are appearing on the -- on the
2    application.
3            Those yellow bars appear if the -- the
4    underlying job of libraries that you're running
5    don't have a digital signature on them.  We ensure
6    that they do have a digital signature on them, but
7    because of the way that they installed Platinum,
8    those things went away.
9    BY MS. ANDERSON:
10       Q.   So the Platinum was causing some
11   technical issues in your product?
12       A.   Yes.  And all of the products.
13       Q.   Okay.
14       A.   It's a -- yeah.  It's an annoyance.
15   It's a red flag to the customer that they're
16   running something that's not secured, and it was
17   all avoidable.
18       Q.   Did the customers complain about these
19   problems?
20       A.   There -- I would suppose that they
21   did, but I wouldn't see those reports because they
22   happened on Platinum installations and CRM would
23   have fixed that.
24       Q.   Did you raise this issue with Mark
25   Barrenechea or anyone in his organization?

Seiden, Gregory  5/16/2006  9:05:00 AM

225

1    A.    Well, with Alan Fletcher and Gopi
2    Tummala, but not directly with Mark Barrenechea.
3    Q.    And what did you say to Alan Fletcher
4    and Gopi Tummala?
5    A.    That we didn't like them releasing
6    this way.
7    Q.    And what was their response?
8    A.    "This is the way Mark wants it."
9    Q.    And did -- what was Ron Wohl's opinion
10   of this?
11        MR. GIBBS:  Objection --
12   BY MS. ANDERSON:
13   Q.    If he shared it with you.
14        MR. GIBBS:  -- lacks foundation.
15        THE WITNESS:  I don't know.
16   BY MS. ANDERSON:
17   Q.    Do you know if Ron Wohl spoke to anyone
18   in Mark Barrenechea's group about this?
19   A.    I don't know.
20   Q.    So did CRM continue to use their
21   Platinum with the defects that you're describing?
22        MR. GIBBS:  Objection; misstates the
23   testimony, lack of foundation.
24        THE WITNESS:  From CRM's perspective,
25   they were correcting defects, not introducing

226

1    defects.  Our objections were to the -- that
2    Platinum created situations that we had to fix and
3    so weren't happy with it.
4         But from the CRM standpoint that they
5    were using this as the mechanism to get the very
6    latest code out irrespective of the release cycles
7    that I had designed.
8    BY MS. ANDERSON:
9    Q.    And how long after you raised this issue
10   with Alan and Gopi did they continue to use the CRM
11   Platinum?
12        MR. GIBBS:  Objection; vague, lacks
13   foundation.
14        THE WITNESS:  Platinum continued until
15   Mark Barrenechea left.
16   BY MS. ANDERSON:
17   Q.    And did it continue to introduce these
18   problems that you described or similar problems until
19   that -- until he left?
20   A.    No.
21   Q.    Were there other problems that you can
22   think of that were introduced by the Platinum?
23   A.    The only -- the other major issue that
24   I had with Platinum wasn't a problem that was --
25   that was introduced, but just that there -- when we

227

1    would release ERP or the consolidated releases,
2    there was always an upgrade path.
3         So if you were a new customer, you
4    could install the rapid install or you could take
5    the maintenance pack and upgrade your existing
6    system to that new version.  Platinum was good only
7    for new installs, so an existing customer could not
8    take -- could not upgrade their existing data using
9    Platinum.
10   Q.    And so when would the existing companies
11   have access to the CRM upgrades?
12   A.    When I would do a release.
13   Q.    Okay.  And your release would be part of
14   the next apple top; is that true?
15   A.    The apple top would be included in my
16   release or -- rapid install would include an
17   apple top and a maintenance pack would upgrade a
18   customer's apple top.
19   Q.    Do you recall any other instances where
20   you had a conflict with the CRM group, either an
21   individual such as Mark Barrenechea or somebody
22   working in his group?
23   A.    There was a lot of corporate friction.
24   Q.    And what do you mean by "corporate
25   friction"?

228

1    A.    Mark Barrenechea was a finger pointer.
2    There was never anything wrong with any of Mark
3    Barrenechea's products.  Any defect was caused by
4    ERP.  Any decision that ERP made that Mark
5    Barrenechea didn't like was -- was reason for
6    debate.
7    Q.    Did that make it difficult for the ERP
8    and CRM groups to work together on projects?
9    A.    At the developer level, that was not
10   difficult, but it made for friction in dealing with
11   Mark specifically.
12   Q.    Did it affect your ability to resolve
13   problems because of the lack of communication,
14   product problems?
15   A.    No.
16   Q.    And did Ron Wohl complain to you about
17   these issues?
18   A.    No.
19        MS. ANDERSON:  Can I take five minutes
20   off the record?  I just want to take a quick look
21   and see what I have left.
22        THE VIDEO OPERATOR:  The time is 5:06.
23   Off the record.
24        (Break taken.)
25        THE VIDEO OPERATOR:  Time is 5:15.  On

229

1    the record.
2    BY MS. ANDERSON:
3        Q.   You mentioned that you conducted
4    installation testing as part of your job at Oracle.
5    Now, did you conduct a common test installation for
6    the entire Suite 11i?
7        A.   Yes.
8        Q.   Okay.  So did that include installation
9    of every module in 11i?
10       A.   Yes.  We always install every module.
11       Q.   And that was done before each release?
12       A.   Yes.
13       Q.   Were you involved -- is it your
14   understanding that at some point Oracle went live
15   internally on Suite 11i?
16       A.   Yes.
17       Q.   Do you know when that happened?
18       A.   I'm not sure of the date.
19       Q.   Were you in -- do you know approximately
20   when that happened?
21       A.   No.
22       Q.   Okay.  Were you involved in the internal
23   implementation?
24       A.   To the extent that there were issues
25   with the install and upgrade that could be resolved

230

1    by the central infrastructure, I was involved.
2        Q.   Did you encounter those types of
3    problems?
4        A.   We -- I think ultimately we ran --
5    between my group and Brett Fuller's team, who's
6    responsible for the apps IT implementation, the
7    upgrade was run twelve or thirteen times.  So on
8    the basis of those, we would review timing reports
9    and look for issues and fix any bugs that were
10   encountered.
11       Q.   Okay.  What do you mean by the upgrade
12   was run twelve to thirteen times?
13       A.   When you're -- you know, Oracle's a
14   multibillion-dollar corporation and we're running
15   on the Oracle E-Business Suite, so that software is
16   the backbone of the business, so you don't just
17   throw it in.
18            It's a normal part of an
19   implementation process to test -- to test upgrading
20   the software, to do acceptance tests which we saw
21   referenced in one of the exhibits.
22            And there -- the upgrade is written
23   generically, so there are always things that you
24   might trip across on any given customer
25   installation, plus there are issues that are

231

1    unrelated to the upgrade itself that may cause it
2    to fail.  You could run out of room in your
3    database.  You can run out of room in your file
4    system.
5            You could -- you know, any of a
6    variety of things could go wrong, so you run
7    through and you test it, resolve anything, take
8    notes on any sorts of process changes that you
9    would make next time, and then you run it again and
10   then do that until you're comfortable that you
11   can -- you can execute it successfully and you can
12   do it in a timely way.
13       Q.   And how long did that process take?
14       A.   Again, we ran it twelve or thirteen
15   times.  I don't remember when we started or when we
16   finished, so I couldn't tell you how long it took.
17       Q.   And at a customer's site, would it need
18   to be run that many times?
19       A.   We -- as part of any training that we
20   would give, we would advise them, yes, that you
21   need to run it until you're comfortable that it
22   works.  And, you know, you should expect to run it
23   at least five or six times before -- before your
24   actual conversion weakened.
25       Q.   So five or six times would be sort of

232

1    what you would recommend as --
2        A.   As a minimum.
3        Q.   You would advise as a minimum.
4            And do you know what modules Oracle
5    initially went live on?
6        A.   Oracle is a big Financials user.
7    Oracle doesn't use the manufacturing modules
8    outside of inventory and order management.  And we
9    were not using -- I don't recall what the CRM
10   upgrade schedule was.
11           We -- in the course of upgrading,
12   we -- there are a lot of things going on all at
13   once.  We were consolidating data centers,
14   consolidating instances of the Oracle applications
15   and bringing everything together to run in what we
16   called one global single instance.
17           And that was a multiphase,
18   multifaceted process where we started out with
19   eighty different systems and eventually got down to
20   just a handful.  At one point CRM and ERP were
21   separate, and since then we've merged ERP and CRM,
22   but I don't remember the dates of those timelines.
23       Q.   Do you know approximately when CRM and
24   ERP were merged in the Oracle internal
25   implementation?

Seiden, Gregory  5/16/2006  9:05:00 AM

233

1      A.    No.
2      Q.    Do you know how many months after the
3   initial implementation that was done?
4      A.    No.
5      Q.    Was it a matter of months or a matter of
6   years?
7      A.    I believe it was months, but I don't
8   know the dates.
9      Q.    And do you know why that wasn't done at
10   the initial implementation?
11      A.    Because we were coming from eighty
12   different databases that all had different sets of
13   data, different -- there is a lot of -- there is a
14   lot of legwork in merging instances, taking all the
15   data from one system and putting it into another.
16   You have to clean up the data, make sure that
17   things are represented in one or the same things
18   are represented in another.
19      Q.    And until such time that the ERP and the
20   CRM were merged, were they able to share information?
21      A.    Yes, they were.  I'm not sure how they
22   divided them between -- between the instances, but
23   to share information between those databases, they
24   had to write custom programs to move data back and
25   forth.

234

1      Q.    So custom --
2      A.    Integration.
3      Q.    -- programs had to be written for CRM
4   and ERP to communicate information with one another.
5      A.    To communicate in separate database
6   instances.  But we merged those instances so that
7   that wasn't necessary anymore.
8      Q.    And were some of the ERP and CRM --
9   withdraw that.
10         Were some of the modules from ERP and
11   CRM on common databases from the beginning?
12      A.    Yes.  But I'm not an expert in this
13   area.  I'm not really the right person to rely on.
14      Q.    Who would be the right person to talk to
15   about internal implementation at Oracle?
16      A.    Brett Fuller.
17      Q.    I just have one more exhibit I'd like
18   you to take a look at.
19         MS. ANDERSON:  I think we're up to --
20   14, is it?
21         (Exhibit No. 14 was marked for
22   identification by the reporter.)
23   BY MS. ANDERSON:
24      Q.    If you could take a quick look at this
25   exhibit.

235

1         MS. ANDERSON:  And for the record,
2   it's NDCA-ORCL 152543 to -544.
3         THE WITNESS:  Okay.
4   BY MS. ANDERSON:
5      Q.    Okay.  And have you seen this document
6   before?
7      A.    I appear to have originated it.  No, I
8   didn't, but I am copied on it.
9      Q.    And what does this appear to be?
10      A.    It's a note from Ron Wohl to me asking
11   how the build of 11.5.4 was going in February of
12   2001.
13      Q.    And he asked, "Have we resolved the list
14   of patches from ADS that we need to include?"  What's
15   ADS?
16      A.    That's ADS, Applications Demonstration
17   Services.
18      Q.    And what is ADS?  I mean, what does that
19   mean?
20      A.    That's Marina Zago's group.  And they
21   create the division demo database, and they host
22   versions of that for sales consultants to use for
23   demos.
24      Q.    And had those list of patches been
25   resolved on the date of this e-mail?

236

1      A.    I don't know.  And this is related to
2   the pending release which we were working on at
3   that time, 11.5.4.
4      Q.    Now, you indicate below that you
5   achieved a successful build of 11.5.4.  What does
6   that mean?
7      A.    That means we were able to take all of
8   the code -- well, prior to that, Ron Wohl asked
9   how -- and prior to that, I'm reporting to him that
10   CRM has not delivered their contribution to 11.5.4.
11   So Ron's question back, ignoring the fact that CRM
12   hasn't delivered, is how are we doing on the ERP
13   side, how are we doing with the code that he's
14   responsible for.
15      Q.    Okay.  So when you said you achieved a
16   successful build, that's just at ERP?
17      A.    Yes.
18      Q.    And do you recall -- well, if you've got
19   the successful build with ERP and the CRM's coming
20   later, is there an additional work that needs to be
21   done to see that that's running as a complete suite?
22      A.    Yes.  I'm saying that we've
23   achieved -- I say, "We've achieved a successful
24   build of 11.5.4 (copy, compiled and link.)"  So
25   this is just an early step in the overall process.

237

1  So not knowing the release plan
2  scheduled by heart, what I would speculate here is
3  that we had a due date in this week when teams were
4  to deliver to my team their contribution to what
5  would eventually become 11.5.4. CRM did not
6  deliver, but we went ahead and built the ERP
7  product.
8  Q.  Do you recall other instances where a
9  release date was pending and CRM hadn't delivered
10  their side?
11  A.  I would not say that a release date is
12  pending. This is early in the development cycle,
13  so this is the delivery date from the product team.
14  So it's typically two to three months that the
15  software would be -- that I would work with the
16  software prior to release. So in this case,
17  they're probably a day or two late.
18  Q.  So you're waiting to do the testing; is
19  that accurate?
20  A.  The testing would be one of the steps
21  that we would go through. And what I'm telling Ron
22  here is that the first milestone to be able to
23  compile all of the code and install it on -- into
24  an apple top was successful.
25  Q.  Okay. And if you look to the second

238

1  part of the e-mail that originates from Gopi Tummala
2  to you.
3  A.  Yes.
4  Q.  What does he mean by, "We will not be
5  releasing the r4 minipacks"?
6  A.  So he's referring to 11.5.4. And what
7  he's saying is he's not going to be giving me the
8  11.5.4 minipacks on this day when he had promised
9  them and that they are still testing.
10  Q.  Okay. And are the minipacks to be
11  integrated into the next product, or are those -- are
12  those patches that are added to the prior version?
13  MR. GIBBS: Objection; vague.
14  THE WITNESS: They are both.
15  BY MS. ANDERSON:
16  Q.  Okay.
17  A.  So as I mentioned before, when we do a
18  release, we will create a rapid install and we will
19  create a maintenance pack. A maintenance pack
20  consists of the various minipacks from the product
21  organizations.
22  Q.  And that's the way the product is
23  upgraded over time; is that fair to say?
24  A.  Using those, yes.
25  MS. ANDERSON: Okay. I have no

239

1  further questions at this time. I may -- I'm going
2  to reserve the rest of my time for redirect.
3  MR. GIBBS: How long have we been on
4  the record? Do you have a runtime?
5  THE VIDEO OPERATOR: It's a little
6  less than seven hours. I can give you a time
7  read-off.
8  MR. GIBBS: Okay.
9  MS. ANDERSON: I've got about 25
10  minutes left, I think, actually.
11  MR. GIBBS: Okay. I've got less than
12  that.
13  MS. ANDERSON: When we went off the
14  record just now, 37 minutes is what I had left.
15  MR. GIBBS: I would like to ask a few
16  questions. I don't want to go off the record. It
17  won't take long. So if you wouldn't mind just
18  switching so he's looking at the camera.
19
20  EXAMINATION
21
22  BY MR. GIBBS:
23  Q.  Mr. Seiden, let me ask you first to take
24  a look back at Seiden Exhibit 13, please.
25  A.  Okay.

240

1  Q.  And this is the document discussing the
2  CRM Platinum environment. Do you recall the
3  discussion you had with plaintiff's counsel regarding
4  the Platinum environment?
5  A.  I do.
6  Q.  Just have a few follow-up questions
7  about that. If a customer were to install the
8  Platinum environment, would that affect the ability
9  of that customer's ERP and CRM products to work
10  together?
11  MS. ANDERSON: Objection; form.
12  BY MR. GIBBS:
13  Q.  You can answer.
14  A.  No.
15  Q.  Would the use of the Platinum
16  environment by a customer require that customer to
17  engage in any systems integration work in order for
18  the ERP and CRM programs to work together for that
19  customer?
20  A.  No.
21  Q.  Would the use of the Platinum
22  environment by a customer affect the integration
23  between the CRM and ERP products for that customer as
24  you've used the term "integration" here?
25  A.  No.

241

1     MS. ANDERSON: Objection; form.
2     THE WITNESS: No, it would not.
3     BY MR. GIBBS:
4     Q. Let me ask you to turn back to the
5     document that's been marked as Seiden Exhibit 10,
6     please. This is the document referring to a meeting
7     and a report circulated by Sam Addison. Do you
8     recall that?
9     A. Yes, I do.
10    Q. I think you said earlier that you were a
11    regular recipient of this report circulated by
12    Mr. Addison?
13    A. Yes.
14    Q. Does this report deal with any code
15    problems or bugs within Suite 11i?
16    MS. ANDERSON: Objection; form.
17    THE WITNESS: It typically refers to
18    problems that we're having in the technology stack.
19    BY MR. GIBBS:
20    Q. "Technology stack" referring to products
21    other than the applications?
22    A. It can include the AOL products, but
23    it's typically AOL and anything below that and not
24    the ERP or CRM modules.
25    Q. And that's because those products at the

242

1     AOL layer and below are the products within
2     Mr. Addison's responsibility?
3     A. Yes. And the audience for this is
4     people whose responsibility is the technology
5     stack.
6     Q. And what about Ms. Parekh? Is her
7     responsibility also for products within the
8     technology stack underneath the applications?
9     A. That's correct.
10    Q. So she does not have responsibility for
11    the applications themselves?
12    A. Correct.
13    Q. Is the same true for Mr. Addison? Does
14    he have responsibility for the applications
15    themselves?
16    A. He does not.
17    Q. Let me switch gears and ask you a few
18    questions about the types of documents that you
19    maintain in your files.
20    First of all, would you maintain in
21    your personal files copies of the official software
22    as released by Oracle, application software?
23    MS. ANDERSON: Objection; form.
24    THE WITNESS: Yes, we kept copies of
25    the -- of each release in CDs that were being

243

1     submitted.
2     BY MR. GIBBS:
3     Q. So your group would have CDs containing,
4     for example, Version 1, 2, and 3 of Suite 11i?
5     A. We did at the time I left the group.
6     Yes.
7     Q. Would your group be the only place those
8     copies of software were maintained?
9     A. No.
10    Q. So if one wanted to get one copy each of
11    Version 1, 2, and 3 of Suite 11i, they wouldn't
12    necessarily need to go to your files, would they?
13    A. No.
14    Q. Now, I want to focus your attention as
15    much as possible on the 2000-2001 time frame.
16    A. Okay.
17    Q. Would you have maintained in your files
18    during that time frame documents that you would
19    categorize as high-level design documents for
20    Suite 11i?
21    A. No.
22    MS. ANDERSON: Objection; form.
23    THE WITNESS: No.
24    BY MR. GIBBS:
25    Q. If you wanted to get high-level design

244

1     documents for Suite 11i, who would you ask?
2     A. I would ask the product manager for
3     that particular product.
4     Q. Does "high-level design document" have a
5     particular meaning within Oracle?
6     A. The high-level design document was
7     defined in the product release process, so it is a
8     specific document. Yes.
9     Q. It's a particular thing?
10    A. Yes.
11    Q. Okay. Would you ever have received
12    during the 2000-2001 time frame documents that would
13    fit the description "high-level design documents" for
14    Suite 11i?
15    A. I would not.
16    Q. What about technical manuals for
17    Suite 11i? During the 2000-2001 time frame, would
18    you have received technical manuals for Suite 11i?
19    MS. ANDERSON: Objection; form.
20    THE WITNESS: I would have created a
21    document -- a documentation library, CD, that ships
22    with the application software that would have
23    contained some technical reference manuals.
24    BY MR. GIBBS:
25    Q. Would your group be the only source for

245

1　the official technical manuals for Suite 11i?
2　　　A.　No.
3　　　　MS. ANDERSON:  Objection; form.
4　　　　THE WITNESS:  No.  Those were put on
5　CD and put into inventory at Oracle, shipped to
6　customers.
7　BY MR. GIBBS:
8　　　Q.　So if someone wanted to get copies of
9　the technical manuals for Suite 11i, they would not
10　have to go to your group?
11　　　A.　Correct.
12　　　Q.　What about bug reports?  Did you receive
13　bug reports during the 2000-2001 time frame?
14　　　A.　Yes.
15　　　Q.　Did you receive bug reports that in any
16　way specifically referred to integration or
17　interoperability?
18　　　　MS. ANDERSON:  Objection; form.
19　　　　THE WITNESS:  No, I did not.
20　BY MR. GIBBS:
21　　　Q.　What kind of bug reports did you receive
22　during that time frame?
23　　　A.　They could be any of a variety of
24　different bug reports.  Anybody could write a query
25　against the database and produce a report.

246

1　　　　So typically I would be concerned
2　with -- during the development process, I would be
3　concerned with bugs in my particular area of
4　responsibility of install and upgrade.
5　　　　And as we were going through the
6　release packaging process, I would be tracking a
7　number of open P1 and P2 bugs logged against that
8　release just to make sure that we're tracking to
9　zero P1s and reasonable numbers on the P2s.
10　　　Q.　During the 2000-2001 time frame, in what
11　form did you typically receive bug reports?
12　　　A.　In Ron Wohl's applications management
13　committee meeting, there was a standard set of
14　reports that were produced by Prakash Deshpande,
15　who reported to Rick Jewel.  We would get those in
16　hard copy to review trending.
17　　　　And I had my own query that I had
18　written, which would run against the bug database
19　every four hours and give me a report on any
20　outstanding install and upgrade issues or packaging
21　issues.
22　　　Q.　Is there any other form, other than
23　those two you've just described, in which you would
24　receive bug reports during 2000 and 2001?
25　　　　MS. ANDERSON:  Objection; form.

247

1　　　　THE WITNESS:  No.
2　BY MR. GIBBS:
3　　　Q.　With regard to the hard copies that you
4　received during the meetings from Mr. Deshpande, did
5　you keep those hard copies in your files?
6　　　A.　No, I did not.
7　　　Q.　What would you do with them?
8　　　A.　I would recycle them.
9　　　Q.　So you would review them at the meeting
10　but not keep them after the meeting?
11　　　A.　Correct.
12　　　Q.　So you did not as a matter of practice
13　keep those hard-copy bug reports in your files?
14　　　A.　No.
15　　　　MS. ANDERSON:  Objection; asked and
16　answered.
17　BY MR. GIBBS:
18　　　Q.　What about the query that you had set up
19　that refreshed every four hours?  Did you ever reduce
20　the results of that query to a hard-copy document?
21　　　　MS. ANDERSON:  Objection; form.
22　　　　THE WITNESS:  I would occasionally
23　print it off so that I could review the list
24　offline.  But for the most part, it was more
25　beneficial as an HTML document because I could

248

1　click through any given bug number and be connected
2　to the bug database to review that particular bug
3　and its status.
4　BY MR. GIBBS:
5　　　Q.　In those instances where you printed it
6　off, would you keep a hard copy in your files?
7　　　A.　No.
8　　　Q.　You would just review it as you pulled
9　it off and then get rid of it?
10　　　A.　Yes.
11　　　Q.　And if you didn't print it off and just
12　viewed it as an HTML document, would you have stored
13　that HTML document anywhere or just viewed it?
14　　　　MS. ANDERSON:  Objection; form.
15　　　　THE WITNESS:  I would just view it
16　and -- as I mentioned, it's refreshed every four
17　hours, so it -- you know in any given four hours
18　it's not the same report that it was the previous.
19　BY MR. GIBBS:
20　　　Q.　And it's not stored anywhere as a
21　report?
22　　　A.　No.
23　　　Q.　You're just viewing the contents of the
24　database at a particular point in time?
25　　　A.　Yes.

249

1    Q.   Okay. And the database you're referring
2  to is what you've called the bug database?
3    A.   That's correct.
4    Q.   The bug reports that you received
5  reflected information out of the bug database?
6    A.   Yes.
7    Q.   If one wanted to go back and find the
8  information that was reflected in the bug reports
9  that you viewed, to your knowledge, would that
10  information exist in the bug database?
11    MS. ANDERSON:  Objection; form, calls
12  for speculation.
13    THE WITNESS:  We have 20 or 25 years'
14  worth of data in the bug database, so any
15  information on any bug that we were aware of in
16  that time frame would still be in the bug database.
17  BY MR. GIBBS:
18    Q.   And so would the information reflected
19  in the bug reports that you saw be maintained in the
20  bug database?
21    A.   Yes.
22    Q.   During -- again, during the 2000-2001
23  time frame, did you ever receive anything that you
24  would characterize as high-level documents describing
25  the scope and dimension of bug problems within

250

1  Suite 11i and/or any of its modules?
2    MS. ANDERSON:  Objection; form.
3    THE WITNESS:  The scope -- could you
4  read that again?
5  BY MR. GIBBS:
6    Q.   Sure, I will. High-level documents
7  describing the scope and dimension of bug problems
8  within Suite 11i and/or any of its modules.
9    A.   The only thing that I could see in
10  that category would be something like the
11  escalation report that we reviewed for TMP
12  Worldwide.
13    Q.   Well --
14    A.   Exhibit 11.
15    Q.   -- is that a document referring to a
16  particular customer or the scope of --
17    A.   To a specific customer and not a
18  E-Business Suite generically or generally.
19    Q.   So setting aside discussions of a
20  particular customer -- well, for example, you said
21  you didn't receive bug reports that specifically
22  referenced integration or interoperability, correct?
23    MS. ANDERSON:  Objection; form.
24    THE WITNESS:  That's correct.
25  BY MR. GIBBS:

251

1    Q.   Would the bug reports that you saw that
2  we've been discussing -- would you characterize those
3  as high-level documents describing the scope and
4  dimension of bug problems within Suite 11i?
5    MS. ANDERSON:  Objection; form.
6    THE WITNESS:  You're referring to the
7  Prakash Deshpande reports?
8  BY MR. GIBBS:
9    Q.   Yes.
10    A.   They were snapshots and trending
11  information, so they account for the number of bugs
12  in various statuses, open and closed statuses, and
13  a trend line showing over -- over a length period
14  how many bugs were open at any given time and how
15  many were fixed over any given period of time.
16    Q.   Would you consider that a high-level
17  report?
18    A.   I suppose that's a high-level report.
19    Q.   During the 2000-2001 time frame, did you
20  ever receive any documents regarding any lost or
21  deferred sales of any Oracle product?
22    A.   No, I did not.
23    Q.   What about documents referring to any
24  material expensed with respect to any Oracle
25  products, such as refunds, rebates, or remediation?

252

1    MS. ANDERSON:  Objection; form.
2    THE WITNESS:  No, I did not.
3  BY MR. GIBBS:
4    Q.   Were you involved in the -- strike that.
5    Do you know whether anyone ever came
6  to you and asked you for documents pertaining to
7  litigation surrounding the earnings missed in the
8  third quarter of 2001?
9    MS. ANDERSON:  Objection; form.
10    THE WITNESS:  I don't remember the
11  specific reason for the request, but I do remember
12  being asked for documents that -- I'm not sure of
13  the time frame.  A year or two ago.
14  BY MR. GIBBS:
15    Q.   Could it have been more than a year or
16  two ago?
17    A.   It could very well be.
18    Q.   And did the documents you were asked for
19  include bug reports --
20    MS. ANDERSON:  Objection --
21  BY MR. GIBBS:
22    Q.   -- if you recall?
23    MS. ANDERSON:  -- form,
24  mischaracterizes the testimony.
25    THE WITNESS:  I did not have any bug

Seiden, Gregory  5/16/2006  9:05:00 AM

253

1    reports, to my knowledge.
2    BY MR. GIBBS:
3        Q.   Do you know whether anyone ever came and
4    asked you for bug reports?
5        A.   And asked for bug reports?  I don't
6    recall what the particulars were of the request.
7        Q.   Do you know whether the request had
8    anything to do with litigation generally?
9        A.   I believe it had to do with
10   litigation, but I don't know.
11       Q.   If someone had come to you and asked you
12   whether you had any bug reports, what would you have
13   told them?
14       A.   I would have told them no.
15       Q.   Because you don't keep them in your
16   files?
17       A.   Yeah, I don't keep them.
18       Q.   Did your group ever create bug reports?
19       A.   Just a report that I mentioned that
20   refreshed every four hours.
21       Q.   But that again was never -- was -- well,
22   strike that.
23            I want to turn now to the smiley face
24   bomb reports you discussed earlier.  So I think you
25   said that that report was maintained as a web page;

254

1    is that correct?
2        A.   That's correct.
3        Q.   Did that web page maintain historical
4    information?
5        A.   It had trending information, so we
6    could look week over week whether a particular
7    build was progressing.  So typically it would start
8    out with all bombs or bombs and squigglies and
9    progressed to having happy faces, but it had a life
10   of just that particular release and it would
11   refresh and start again with a new version.
12       Q.   When you say "that particular release,"
13   I take it you mean like 11.5.1, 11.5.2.  Those are
14   different releases.
15       A.   Correct.
16       Q.   So while you were working on the
17   development of 11.5.2, for example, the web page with
18   the smiley face bomb report would have information
19   only as to Release 11.5.2 and would no longer have
20   historical information about Release 11.5.1; is that
21   right?
22            MS. ANDERSON:  Objection; form.
23            THE WITNESS:  That's correct.
24   BY MR. GIBBS:
25       Q.   By March of 2001, 11.5.3 had already

255

1    been released; is that right?
2        A.   That's correct.
3        Q.   So at that point in time, you would have
4    been working on Release 11.5.4?
5        A.   That's correct.
6        Q.   So in March of 2001, the web page with
7    the smiley face bomb report would have reflected only
8    information regarding the then-in-development
9    Release 11.5.4?
10       A.   That's correct.
11       Q.   Just to be clear, the smiley face bomb
12   report, did that reflect at any time information
13   about bugs in products that had been released to
14   customers?
15       A.   No.
16       Q.   All of the information reflected in the
17   smiley face bomb reports was prereleased information?
18       A.   That's correct.
19       Q.   To the extent that the smiley face bomb
20   report contained information about any bugs, where
21   did that information come from?
22            MS. ANDERSON:  Objection; form.
23            THE WITNESS:  That would have come
24   from a team that created the smiley face bomb
25   report, that if there was a bomb, they would

256

1    reference the bug number that's associated with
2    that bomb.
3    BY MR. GIBBS:
4        Q.   Okay.  And the bug number would refer to
5    an entry in the bug database?
6        A.   Correct.
7        Q.   So to the extent that the smiley face
8    bomb reports reflected bugs in Suite 11i, would that
9    information also be reflected in the bug database?
10       A.   Yes.
11       Q.   And the smiley face bomb report reported
12   on the status of the key business flow testing that
13   your group was doing, correct?
14       A.   That's correct.
15       Q.   And would you have approved a release of
16   the software if the smiley face bomb report was
17   reflecting that any of the key business flows could
18   not be accomplished?
19       A.   No.
20            MS. ANDERSON:  I'd like to make an
21   objection.  Form, calls for speculation.
22   BY MR. GIBBS:
23       Q.   To your knowledge, did you ever release
24   the software at a point in time where the smiley face
25   bomb report was showing that one of the key business

257

1 flows could not be accomplished?
2     A.   No.
3     Q.   In what form did you receive the smiley
4 face bomb reports?
5     A.   It was a web page that I would
6 navigate to.
7     Q.   So would you just -- you went online?
8     A.   Yes.
9     Q.   Did you ever receive it as an electronic
10 or hard-copy document?
11     A.   No. If someone were to refer to it,
12 they would typically just put a link in an e-mail
13 that would take you to the live report.
14     Q.   But that would just take you to the web
15 page just as if you'd gone there in the first
16 instance?
17     A.   Correct.
18     Q.   Did you ever personally ever print out
19 pages from the smiley face bomb report?
20     A.   I would occasionally print out pages
21 from the report and take it to the AMCM.
22     Q.   And was it your practice then to keep
23 those printouts in your files?
24     A.   No.
25     Q.   What would you do with them after you

258

1 used them after the meeting?
2     A.   I would throw them in the recycle bin.
3     Q.   So at any point, it's not something you
4 would have in your files?
5     A.   No.
6     Q.   Let me clarify something quickly. I was
7 asking about the -- well, I need to tie the two
8 things together. The integration testing that your
9 group did, was that all prerelease?
10     A.   Yes.
11     Q.   In other words, did your group ever
12 perform integration testing on a release of a
13 software that had been released to the public?
14     A.   No.
15     Q.   Much earlier today you talked about
16 reporting upgrade status to Ron Wohl. Do you recall
17 that subject matter generally?
18     A.   Generally. Yes.
19     Q.   That is also prerelease testing?
20     A.   Yes.
21     Q.   It's testing of the upgrade software?
22     A.   Correct.
23     Q.   To your knowledge, did you ever keep in
24 your electronic or hard-copy files any documents
25 reporting the results of any upgrade status testing?

259

1     A.   No.
2         MS. ANDERSON:  Objection; form.
3         THE WITNESS:  No.
4 BY MR. GIBBS:
5     Q.   You refer to the -- to some occasions
6 where you might bring to a meeting a hard copy of the
7 output of the testing program. Do you recall that?
8     A.   Yes.
9     Q.   Are those documents the type of thing
10 that you would typically keep in your files after
11 having used it at a meeting?
12     A.   No.
13     Q.   Did your group maintain any written
14 reports of the integration testing it did?
15     A.   There were test plans and the smiley
16 bomb report, but that would be the extent of any
17 written information.
18     Q.   The smiley face bomb report would be the
19 only document containing the results of those tests?
20     A.   Yes.
21     Q.   And to the extent there were any bugs
22 revealed, that information would be logged in the bug
23 database?
24     A.   That's correct.
25     Q.   What about the monkey testing? Was any

260

1 written documentation maintained on the results of
2 the monkey testing?
3     A.   No. The objective of that would be to
4 find bugs so they would be reflected in the bug
5 database. By definition, there is no plan and no
6 conclusion to monkey testing.
7     Q.   Does the existence of a bug in the
8 software, in your view, mean there is a lack of
9 integration in the sense in which you've used that?
10     A.   No.
11         MS. ANDERSON:  Objection; form.
12         THE WITNESS:  No.
13 BY MR. GIBBS:
14     Q.   So even if there was a bug in the
15 software program, the ERP and CRM products would
16 still be integrated in the sense that no systems
17 integration was required to make them work together?
18         MS. ANDERSON:  Objection; form.
19         THE WITNESS:  That's correct.
20 BY MR. GIBBS:
21     Q.   You also had a conversation with
22 plaintiff's counsel earlier discussing the function
23 within your group of what you described as liaison
24 with the product line engineering organization. Do
25 you recall that?

261

1     A.   Yes.
2     Q.   And there was some discussion of finding
3  bugs while testing Suite 11i on different platforms?
4     A.   Yes.
5     Q.   That again is prerelease testing?
6     A.   That's correct.
7     Q.   Did your group maintain any written
8  reports of the results of that testing other than
9  logging bugs in the bug database?
10       MS. ANDERSON:  Objection; form.
11       THE WITNESS:  No.  And, in fact, those
12  bugs would be logged by the product line
13  engineering organization.  But they would go into
14  the bug database.
15  BY MR. GIBBS:
16    Q.   Your team wouldn't even log them?
17    A.   Correct.
18    Q.   Let me ask you, please, to take a look
19  at Seiden Exhibit 2, which I think we've almost
20  exhausted, and I want to focus your attention on the
21  second-to-last paragraph, the single sentence there,
22  that begins with "HP-UX."
23    A.   Yes.
24    Q.   Just to confirm, the 8.1.6.1 bug, that
25  is not a bug in the Suite 11i applications, is it?

262

1     A.   No.  It's a bug in an underlying
2  database code.
3     Q.   And what about the NT Pro*C bug
4  discussed in the next paragraph?  Is that a bug in
5  the applications?
6     A.   It's not in the applications code.
7  It's a bug in an underlying technology layer.
8     Q.   You were asked a series of questions
9  about whether you asked your assistant to look for
10  responsive documents or preserve responsive
11  documents.  Do you recall that?
12    A.   Yes.
13    Q.   Does your assistant maintain any files
14  for you?
15    A.   No.
16    Q.   Do you maintain your own?
17    A.   Yes.
18    Q.   You had a conversation with plaintiff's
19  counsel a little earlier about interoperability
20  patches.  Do you recall that?
21    A.   Yes.
22    Q.   I want to try to understand that a
23  little bit better.  Does an interoperability patch
24  have anything to do with the ability of CRM and ERP
25  applications to work with one another?

263

1       MS. ANDERSON:  Objection; form.
2       THE WITNESS:  No, it does not.
3  BY MR. GIBBS:
4     Q.   What does interoperability refer to in
5  that context?  Interoperability between what?
6     A.   Interoperability as we refer to it
7  within development is interoperability with
8  different versions of the underlying technology
9  stack components.  It could be a different version
10  of the database.  It could be a different operating
11  system.
12    Q.   So it's referring to interoperability
13  between the applications and some other layer of the
14  stack?
15    A.   Yes.
16    Q.   Not between or among the applications
17  themselves?
18    A.   That's correct.
19    Q.   The key business flow testing that you
20  referred to earlier, I think at some point you
21  characterize that as a kind of audit?
22    A.   That's correct.
23    Q.   Was that key business flow testing by
24  your group the primary testing for bugs within
25  Suite 11i?

264

1       MS. ANDERSON:  Objection; form.
2       THE WITNESS:  No, it was not.  The
3  testing was responsibility of the individual
4  development organizations, and we provided an
5  audit, a checkpoint of that work.
6  BY MR. GIBBS:
7     Q.   Ask you to take a look, please, at
8  Seiden Exhibit 6.  This is the discussion of the
9  licensing issues.
10    A.   Yes.
11    Q.   The problems described here with these
12  licensing functions within the software, would those
13  problems have any impact on user's experience in
14  trying to use the software?
15       MS. ANDERSON:  Objection; form.
16       THE WITNESS:  As Ric Ginsberg notes,
17  the overall effect is somewhat unknown.  But I know
18  of only one instance in the entire suite where
19  there is any dependence on the actual license
20  status.  So, no, it shouldn't really have an
21  impact.
22  BY MR. GIBBS:
23    Q.   At some point a little earlier, you
24  referred to a situation in which the ERP code and the
25  CRM code were released at different points in time.

Seiden, Gregory  5/16/2006  9:05:00 AM

265

1  Do you recall that?
2      A.  Yes.
3      Q.  If in -- with one of the releases the
4  CRM and ERP code were released separately, would that
5  separate release have any impact on the integration
6  between the ERP and CRM modules as you've used that
7  term here today?
8      MS. ANDERSON:  Objection; form.
9      THE WITNESS:  No, it wouldn't.
10  BY MR. GIBBS:
11     Q.  Would the release of the ERP and CRM
12  codes -- code at different points in time require
13  customers to do any systems integration work in order
14  to have the ERP and CRM modules work together?
15     A.  No, they would not.
16     MR. GIBBS:  I don't have anything else
17  at this time.
18     MS. ANDERSON:  I'm going to have a few
19  follow-up questions, but I'd like to go off the
20  record for about five minutes.
21     THE VIDEO OPERATOR:  The time is 5 --
22  yes -- 5:59.  Off the record.
23     (Break taken.)
24     THE VIDEO OPERATOR:  The time is 6:11.
25  On the record.

266

1
2          FURTHER EXAMINATION
3
4  BY MS. ANDERSON:
5      Q.  Mr. Seiden, I just have a couple of
6  additional questions.  In the 2000-2001 time period,
7  did you communicate by e-mail as part of your job at
8  Oracle?
9      A.  Yes.
10     Q.  Did you receive communications and
11  documents via e-mail?
12     A.  Yes.
13     Q.  And these related to your
14  responsibilities at Oracle in the 2000-2001 time
15  period?
16     A.  Yes.
17     Q.  Did you also keep a paper file in the
18  2000-2001 time period?
19     A.  I did not.
20     Q.  So most of your documents were kept
21  electronically?
22     A.  Yes.
23     Q.  And did you keep electronic documents on
24  your hard drive?
25     A.  In a presentation that I would have

267

1  created.  So PowerPoints would be on my hard drive.
2  Yes.
3      Q.  Any other documents that would be on
4  your hard drive in the 2000-2001 time period?
5      A.  No.
6      MS. ANDERSON:  I don't have any
7  further questions, so I think that's it.
8      MR. GIBBS:  Room to spare.
9      THE VIDEO OPERATOR:  This ends
10  Videotape No. 4, Volume I, in the deposition of
11  Greg Seiden.  The original videotapes will be
12  retained by LiveNote World Service.  Going off the
13  record, the time on the monitor is 6:13.
14     (Deposition concluded at 6:13 p.m.)
15
16
17
18
19
20
21
22
23
24
25

268

1  STATE OF CALIFORNIA    )
2                         ) ss.
3  COUNTY OF SAN FRANCISCO )
4
5
6
7      I, the undersigned, declare under penalty of
8  perjury that I have read the foregoing transcript,
9  and I have made any corrections, additions, or
10  deletions that I was desirous of making; that the
11  foregoing is a true and correct transcript of my
12  testimony contained therein.
13     EXECUTED this _____ day of _____,
14  2006, at _____, _____.
15        (City)        (State)
16
17
18
19
20
21     _____
22            GREGORY SEIDEN
23
24
25

Seiden, Gregory  5/16/2006  9:05:00 AM

269

1          REPORTER'S CERTIFICATE

2

3          I, RICHARD M. RAKER, CSR #3445, Certified

4     Shorthand Reporter, certify:

5          That the foregoing proceedings were taken

6     before me at the time and place therein set forth, at

7     which time the witness was put under oath by me;

8          That the testimony of the witness and all

9     objections made at the time of the examination were

10    recorded stenographically by me and were thereafter

11    transcribed;

12         That the foregoing is a true and correct

13    transcript of my shorthand notes so taken.

14         I further certify that I am not a relative or

15    employee of any attorney or of any of the parties,

16    nor financially interested in the action.

17         I declare under penalty of perjury under the

18    laws of the State of California that the foregoing is

19    true and correct.

20         Dated this 29th day of May, 2006.

21

22

23    _____

            RICHARD M. RAKER, C.S.R. No. 3445

24

25

Oracle

<u>REPORTER'S CERTIFICATE</u>

I, RICHARD M. RAKER, CSR #3445, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 29th day of May, 2006.


_____
RICHARD M. RAKER, C.S.R. No. 3445

269

# EXHIBIT SS

Winton, David  5/26/2006  9:17:00 AM

**Page 1**

```
 1              Volume 1, Pages 1 - 275
 2              Exhibits:  1 - 83
 3           UNITED STATES DISTRICT COURT
 4          NORTHERN DISTRICT OF CALIFORNIA
 5      ------------------------------
 6   In Re:  Oracle Corporation
 7      Securities Litigation    Master File
 8   THIS DOCUMENT RELATES TO      C-01-0988-MJJ
 9   ALL ACTIONS
10      ------------------------------
11
12   *** TRANSCRIPT DESIGNATED CONFIDENTIAL ***
13
14      VIDEOTAPED DEPOSITION OF DAVID WINTON
15      Friday, May 26, 2006, 9:17 a.m.
16          Farmer Arsenault Brock LLC
17          50 Congress Street, Suite 415
18              Boston, Massachusetts
19
20
21      -------- Janis T. Young, RDR, CRR --------
                      Court Reporter
22   Farmer Arsenault Brock LLC, Boston, Mass.
                  REPORTING FOR
23          LiveNote World Service
                221 Main Street
24          San Francisco, California 94105
            415-321-2311    Fax 415-321-2301
25
```

**Page 2**

```
 1   APPEARANCES:
 2      Douglas R. Britton, Esq.
 3      Gavin M. Bowie, Esq.
 4   Lerach Coughlin Stoia Geller Rudman & Robbins
 5      401 B. Street, Suite 1600
 6      San Diego, California 92101
 7      619-231-1058    Fax 619-231-7423
 8      dougb@lerachlaw.com
 9      gbowie@lerachlaw.com
10      for Plaintiff
11
12   Michele F. Kyrouz, Esq.
13   Kyra G. Busby, Esq.
14   Latham & Watkins LLP
15      505 Montgomery Street, Suite 2000
16      San Francisco, California 94111-2562
17      415-391-0600    Fax 415-395-8095
18      michele.kyrouz@lw.com
19      kyra.busby@lw.com
20      for Oracle and the individual defendants
21
22   ALSO PRESENT:  Bill Slater, Videographer
23
24
25
```

**Page 3**

```
 1               I N D E X
 2
 3              EXAMINATION
 4   DAVID WINTON
 5      BY MR. BRITTON              9
 6
 7
 8          E X H I B I T S
 9   NO.       DESCRIPTION           PAGE
10   Exhibit 1  Draft PowerPoint budget    26
              presentation, NDCA-ORCL 013195-216
11
     Exhibit 2  E-mail, Winton to Roselli, 4-30-00,  62
12              NDCA-ORCL 013217-220
13   Exhibit 3  E-mail, Winton to Garnick, 4-30-00,  67
                NDCA-ORCL 035021-025
14
     Exhibit 4  E-mail, Winton to Nugent and    74
15              Roselli, 7-25-00, NDCA-ORCL
                040736-737
16
     Exhibit 5  E-mail, Winton to Gillespie and   74
17              Brown, 7-26-00, NDCA-ORCL
                040742-743
18
     Exhibit 6  PowerPoint presentation,    89
19              "Pipeline & Forecast Reporting,"
                Burke, 10-5-00, NDCA-ORCL 135001-013
20
     Exhibit 7  Weekly forecast roll-up, 9-8-00,   108
21              NDCA-ORCL 202485-490 and 151795-798
22   Exhibit 8  Weekly forecast roll-up, 6-13-00,   108
                CA-ORCL 036159-165
23
     Exhibit 9  Weekly forecast roll-up, 6-27-00,   108
24              CA-ORCL 036166-172
25   Exhibit 10  Weekly forecast roll-up, 7-10-00,   108
```

**Page 4**

```
 1   Exhibit 11  Weekly forecast roll-up, 7-24-00,   108
                NDCA-ORCL 038359-364
 2
 3   Exhibit 12  Weekly forecast roll-up, 7-31-00,   108
                NDCA-ORCL 038365-372
 4   Exhibit 13  Weekly forecast roll-up, 8-7-00,   108
                NDCA-ORCL 038373, 038375-380
 5
     Exhibit 14  Weekly forecast roll-up, 8-14-00,   108
 6              NDCA-ORCL 038381, 038383-388
 7
     Exhibit 15  Weekly forecast roll-up, 8-21-00,   108
 8              CA-ORCL 036205-212
 9   Exhibit 16  Weekly forecast roll-up, 8-28-00,   108
                CA-ORCL 036213-220
10
     Exhibit 17  NAS forecast summary package,   127
11              one page, 12-7-00, NDCA-ORCL 090402
12   Exhibit 18  NAS forecast summary package,   127
                9-5-00, CA-ORCL 036221-228
13
     Exhibit 19  NAS forecast summary package,   127
14              9-18-00, CA-ORCL 036229-235
15   Exhibit 20  NAS forecast summary package,   127
                10-3-00, CA-ORCL 036236-242
16
     Exhibit 21  NAS forecast summary package,   127
17              10-9-00, CA-ORCL 036244-251
18   Exhibit 22  NAS forecast summary package,   127
                10-30-00, CA-ORCL 036252-259
19
     Exhibit 23  NAS forecast summary package,   127
20              11-6-00, CA-ORCL 036260-267
21   Exhibit 24  NAS forecast summary package,   127
                11-13-00, CA-ORCL 036268-274
22
     Exhibit 25  NAS forecast summary package,   127
23              11-20-00, CA-ORCL 036275-281
24   Exhibit 26  NAS forecast summary package,   127
                11-27-00, CA-ORCL 036282-288
25
```

5

1    Exhibit 27   Quarterly Financial Reference Book,   142
         ORCL 0010190-230
2
3    Exhibit 28   NAS forecast summary package,   143
         1-3-00, NDCA-ORCL 038243-248
4    Exhibit 29   NAS forecast summary package,   143
         1-17-00, NDCA-ORCL 038249-254
5
6    Exhibit 30   NAS forecast summary package,   143
         1-31-00, NDCA-ORCL 038255-259
7    Exhibit 31   NAS forecast summary package,   143
         2-7-00, NDCA-ORCL 038262-268
8    Exhibit 32   NAS forecast summary package,   143
         2-14-00, CA-ORCL 036089-095
9
10   Exhibit 33   NAS forecast summary package,   143
         2-21-00, CA-ORCL 036096-102
11   Exhibit 34   NAS forecast summary package,   143
         2-28-00, CA-ORCL 036103-109
12
13   Exhibit 35   Document entitled Oracle,   154
         North America Sales, John Boucher,
14        Northeast General Business,
         Business (OPS) Review, Q2 FY01
15        (no Bates number)
16   Exhibit 36   Document entitled Oracle,   156
         North America Sales, VP, Nic
17        Classick - General Business West,
         Business (Ops) Review, Q2 FY01
18        (no Bates number)
19   Exhibit 37   Document entitled Oracle,   157
         General Business, Central, Ted
20        Bereswill, Area Vice-President,
         September 28, 2000, Business (Ops)
21        Review, Q2 FY1
22   Exhibit 38   PowerPoint presentation, John   158
         Nugent, SVP, September 27, 2000,
23        NDCA-ORCL 260634-644
24   Exhibit 39   E-mail string re dot-com analysis,   160
         NDCA-ORCL 131788-789
25   Exhibit 40   E-mail, Winton to Bunting, et al.,   164

6

1    Exhibit 41   Document entitled FY01 Budget -   164
         Growth Rates, NDCA-ORCL 621323-325
2
3    Exhibit 42   NAS forecast summary package,   166
         12-5-00, CA-ORCL 036289-293
4    Exhibit 43   E-mail string from Winton, re   170
         First Q3 Forecast - Thinking,
5        NDCA-ORCL 612306-308
6    Exhibit 44   Report entitled Total Company - Q3   182
         FY01 Forecast, NDCA-ORCL 300944-958
7
8    Exhibit 45   NAS forecast summary package,   184
         NDCA-ORCL 038478-485
9    Exhibit 46   NAS forecast summary package,   184
         NDCA-ORCL 038486-493
10
11   Exhibit 47   E-mail, Terry to Roberts and   189
         Winton, 1-4-01, NDCA-ORCL 040613
12   Exhibit 48   PowerPoint presentation, John   192
         Nugent, General Business U.S. Q3
13        Ops Review, NDCA-ORCL 350276-303
14   Exhibit 49   E-mail, Winton to Winton, 1-11-01,   197
         NDCA-ORCL 03419
15
16   Exhibit 50   E-mail, Winton to Winton, 1-19-01,   201
         NDCA-ORCL 040620
17   Exhibit 51   E-mail, Winton to Roberts, 1-29-01,   204
         NDCA-ORCL 040628-629
18
19   Exhibit 52   Report entitled Total Company - Q3   212
         FY01 Forecast, NDCA-ORCL 300960-976
20   Exhibit 53   NAS forecast summary package,   214
         1-15-01, NDCA-ORCL 038494-501
21
22   Exhibit 54   NAS forecast summary package,   214
         1-29-01, NDCA-ORCL 221509-517
23   Exhibit 55   Rev manager report, 1-29-01,   217
         NDCA-ORCL 040627
24
25

7

1    Exhibit 56   E-mail string, at top, Winton to   222
         Roberts, 9-13-00, with attachments,
2        Re trending analysis, NDCA-ORCL
         040837-841
3
       Exhibit 57   NAS forecast summary package,   224
4        2-5-01, NDCA-ORCL 221989-997
5    Exhibit 58   NAS forecast summary package,   224
         2-12-01, NDCA-ORCL 222488-496
6
7    Exhibit 59   NAS forecast summary package,   224
         2-19-01, NDCA-ORCL 090415-415
8    Exhibit 60   NAS forecast summary package,   224
         2-26-01, NDCA-ORCL 225056-064
9
10   Exhibit 61   PowerPoint presentation, John   228
         Nugent, SVP, March 14, 2001,
11        NDCA-ORCL 319387-397
12   Exhibit 62   E-mail, Kender to Winton, 12-5-00,   265
         NDCA-ORCL 099198
13   Exhibit 63   Collection of reports, NDCA-ORCL   271
         621468-496
14
15
16
17
18
19
20
21
22
23
24
25

8

1        Friday, May 26, 2006
2        P R O C E E D I N G S   9:17 a.m.
3        THE VIDEOGRAPHER: Here begins the
4   videotaped deposition of David Hinton --
5        MS. KYROUZ: Winton.
6        MR. BRITTON: Winton, with a W.
7        THE VIDEOGRAPHER: -- sorry -- Winton,
8   Tape 1, Volume 1, in the matter of in re Oracle
9   Securities Litigation in the court, the United
10   States District Court, Northern District of
11   California, Case No. C-01-0988-MJJ. Today's date is
12   May 26, 2006. The time on the video monitor is 9:17
13   a.m.
14        The video operator today is Bill Slater,
15   representing LiveNote World Service, located at 221
16   Main Street, Suite 1250, San Francisco, California
17   94105; phone number 415-321-2300.
18        The court reporter is Janis Young,
19   reporting on behalf of LiveNote World Service.
20   Today's deposition is being taken on behalf of the
21   plaintiff, and is taking place at Gilman & Pastor,
22   60 State Street, Boston, Massachusetts.
23        Will counsel please voice-identify
24   yourselves and state whom you represent.
25        MR. BRITTON: Doug Britton with Lerach

9

1    Coughlin, on behalf of plaintiffs; and with me today
2    is Gavin Bowie.
3        MS. KYROUZ:  Michele Kyrouz and Kyra
4    Busby from Latham & Watkins on behalf of defendants
5    and the witness.
6        THE VIDEOGRAPHER:  Will the court
7    reporter please swear in the witness.
8        (The witness was sworn.)
9        DAVID WINTON, Sworn
10       EXAMINATION
11   BY MR. BRITTON:
12   Q.  Good morning, Mr. Winton.
13   A.  Good morning.
14   Q.  We met off the record; my name is Doug
15   Britton.  I represent the plaintiffs in a class
16   action lawsuit against Oracle Corporation and some
17   of its executives.  The deposition today will be
18   covering some of the events that you were involved
19   in in 2000 --
20       MR. BRITTON:  I think he can pick me up.
21   Can you pick me up?
22       THE VIDEOGRAPHER:  You're talking
23   softly.  Just for quality's sake in --
24       MR. BRITTON:  All right.
25   Q.  We'll be covering some of the events that

10

1    you were involved in back in the 2000-2001 time
2    period.
3        Have you ever had your deposition taken
4    before?
5    A.  Yes, I did.
6    Q.  How many times?
7    A.  Once.
8    Q.  Once.  And can you tell me about what
9    deposition?
10   A.  It was related to the class action -- it
11   wasn't a class action; it was a shareholders'
12   lawsuit, I believe, for the same period in question.
13   Q.  That's the only time you've had your
14   deposition taken?
15   A.  Yes.
16   Q.  Since it's a relatively new experience,
17   I'll go through some of the ground rules.
18       You realize that the testimony you give
19   today is being given under oath?
20   A.  Yes.
21   Q.  And that your testimony today has the same
22   seriousness and consequence as if it was given in a
23   court of law?
24   A.  I understand.
25   Q.  Throughout the deposition, it's going to be

11

1    natural to respond to questions by nodding your head
2    or shaking your head.  The court reporter can't take
3    that down, so you need to make sure you give verbal
4    responses to answers.
5    A.  Okay.
6    Q.  It's also natural to talk over one another,
7    so we need to try to make sure not to do that.  If
8    you'd let me finish my question before you answer,
9    I'll let you finish your answer before my next
10   question.  Is that fair?
11   A.  Gotcha.
12   Q.  Today your counsel will be objecting to
13   some of the questions that I ask.  Do you understand
14   that you're obligated to answer my questions unless
15   your counsel specifically instructs you not to?
16   A.  Yes.
17   Q.  If you don't understand a question I've
18   asked, will you let me know?
19   A.  I will.
20   Q.  And if at any time you need to take a
21   break, let me know --
22   A.  Will do.
23   Q.  -- and we'll do that.
24       Did you do anything to prepare for your
25   deposition today?

12

1    A.  Yes.  I met with counsel yesterday.
2    Q.  Anything else?
3    A.  That's it.
4    Q.  How long did you meet with counsel?
5    A.  From about 9:00 to close to 1:00 yesterday.
6    Q.  Other than your counsel, did you talk to
7    anybody about your deposition today?
8    A.  No, I did not.
9    Q.  Have you had any conversations with anybody
10   from Oracle about your deposition today?
11   A.  Not about the deposition, no.
12   Q.  When you took your deposition in the
13   derivative case that you mentioned --
14   A.  Yes.
15   Q.  -- did you talk to anybody about your
16   deposition at that point in time?
17   A.  I talked to counsel representing Oracle at
18   that time.
19   Q.  Anybody --
20   A.  A similar one-day-before session.
21   Q.  Did you talk to anybody, any employees or
22   former employees of Oracle?
23   A.  No, I did not.
24   Q.  Did you review any documents in preparation
25   for your deposition today?

13

1    A. Yes, I did.

2    Q. Did any of those documents refresh your

3  memory about events that happened back in the

4  2000-2001 time period?

5    A. I would say yes, because it was quite a

6  while ago.

7    Q. Can you tell me how those documents

8  refreshed your memory?

9    A. I don't quite understand; how --

10    Q. Are there any certain events that you

11  remembered happening that you hadn't remembered

12  prior to going into or looking at the documents?

13    A. Not so much events. There was refreshing

14  my memory on the process and documents, actually

15  physically viewing documents.

16    Q. For example, did it refresh your memory

17  about what your budget was during a particular time

18  period or what your forecasts would have been?

19    A. Not so much that; it was more understanding

20  what I may have had a hand in presenting or

21  developing versus what was coming from another

22  source.

23    Q. At any time since the 2001 time period,

24  were you asked to preserve any documents relating to

25  your forecasting process or budgeting process during

14

1  the 2000-2001 time period?

2    A. There was a -- I believe it was a letter

3  speaking to retaining records that I received. I

4  don't remember the date.

5      There may have also been an e-mail.

6    Q. Did you retain your records?

7    A. Yes.

8    Q. What did you do to retain your records?

9    A. Physically kept whatever I had, either in

10  my office or on the PC at that time.

11    Q. At any point in time, did you collect

12  documents to be produced in connection with the

13  litigation?

14    A. The hard drive on my PC was mirrored. I

15  guess they call it. I believe certain documents

16  were asked to be sent, and I did that if I had them.

17  And then at some point, when I wasn't in the office,

18  representatives came in and took certain documents

19  from my office.

20    Q. Do you know who the representatives were?

21    A. I can't remember, but I think they may have

22  been representing the other side in the situation.

23    Q. Did you direct them where to go to get the

24  documents?

25    A. My only directive was that I was going to

15

1  be out of the office, and that all the documents

2  would be either in my desk or a side table.

3    Q. Did you print out any documents that were

4  on your computer, your PC, and keep them in hard

5  copy?

6    MS. KYROUZ: Objection, vague as to

7  time.

8    A. Depending on what documents they were, yes,

9  sure. Sometimes yes; sometimes no.

10    Q. I'm talking about in terms of preserving

11  documents and producing documents for the

12  representatives to collect.

13    A. Oh; specifically for their visit?

14    Q. Yes.

15    A. No.

16    Q. No; okay. Did they go through your

17  computer to pull documents?

18    A. No.

19    MS. KYROUZ: Objection, lacks

20  foundation.

21    Q. Do you know if they went through your

22  computer?

23    A. I don't know. I know that my computer was

24  mirrored at some point, yes.

25    Q. Was it mirrored prior to the visit by those

16

1  representatives that you mentioned?

2    A. Yes, it was.

3    Q. What types of documents did you preserve in

4  connection with the litigation?

5    A. I preserved any binders of ops reviews,

6  reports that I may have received from corporate or

7  sent to corporate. There may have been some copies

8  of forecast schedules from the period, although most

9  of the time I didn't preserve those as a practice.

10  Once a quarter was done, there wasn't really any

11  need to go back and look at week-to-week forecasts.

12    So it would have been those types of

13  documents. There may have been fiscal budget

14  binders, I remember, so that would have been

15  planning documents for the budget period.

16    Q. What about e-mail? Did you preserve any

17  e-mail in connection with this process?

18    A. Whatever was on my PC at the time would

19  have been preserved.

20    Q. Did you have a laptop or desktop?

21    A. Laptops, yes.

22    Q. Now, you mentioned that you would discard

23  the forecast schedules periodically after the

24  quarter had ended; is that right?

25    A. Yes.

17

1   Q. Did you collect the forecast schedules
2   throughout the quarter and then discard them all at
3   the end?
4   A. I do not have a set practice. Basically I
5   would keep them on the back of my credenza, and if
6   the pile got big, I would just -- it was a cleaning
7   process.
8   Q. How long after the quarter ended generally
9   would you discard the forecast schedules?
10   MS. KYROUZ: Objection, misstates
11   testimony.
12   A. Again, there was no general sort of rule
13   about that.
14   Q. So it could have been a day; it could have
15   been a week, longer?
16   A. It could have been longer; it could have
17   been -- yes, it could have been the next day.
18   Q. Let's talk specifically about Q3 2001.
19   A. Okay.
20   Q. Before we start talking about dates, you
21   understand that Oracle doesn't operate on a
22   calendar-year quarter?
23   A. Yes, I do.
24   Q. What's your understanding of its fiscal
25   year?

18

1   A. End of May.
2   Q. So May 31?
3   A. Yes.
4   Q. So let's go through the quarters.
5   So the first quarter of 2001 would be
6   June 1 to August 30?
7   A. That's correct.
8   Q. And then Q2 would be September 1 to
9   November 30?
10   A. Yes.
11   Q. Q3 would be December 1 to February 28?
12   A. Yes.
13   Q. And Q4 would be March 1 to May 31?
14   A. May 31.
15   Q. So for Q3 2001, at the end of the quarter,
16   did you have all of the prior weeks' forecast
17   schedules collected in your office?
18   A. I don't know.
19   Q. What about for Q1, Q2?
20   A. I couldn't say. I couldn't say for sure.
21   Q. I'm going to talk to you a little bit about
22   your e-mail communications --
23   A. Okay.
24   Q. -- during that time period. Most of the
25   time today I'll be talking about the 2000-2001 time

19

1   period unless I say otherwise. Is that fair?
2   A. Yes; gotcha.
3   MS. KYROUZ: And, counsel, you mean
4   fiscal 2000-2001?
5   MR. BRITTON: Yes.
6   Q. Did you use e-mail during that period of
7   time?
8   A. Yes, I did.
9   Q. What types of subjects would you discuss or
10   write in an e-mail during that time period?
11   MS. KYROUZ: Objection, vague, calls for
12   speculation.
13   A. A wide range. My primary focus was North
14   America sales. I supported the license group under
15   George Roberts in the fiscal 2001 period. So it
16   would be anything that may have been relevant,
17   either directly or indirectly, to my role as a
18   finance support person.
19   Q. Did you talk about the forecast by e-mail?
20   A. Yes.
21   Q. Did you talk about where you were in terms
22   of meeting your forecast by e-mail?
23   MS. KYROUZ: Objection, vague, calls for
24   speculation.
25   A. On occasion.

20

1   Q. Did you talk about the budget by e-mail?
2   MS. KYROUZ: Same objections.
3   A. There would have been discussions around
4   budget-setting, targets, that type of thing.
5   Q. What about individual deals that may have
6   been going on for the particular period? Would you
7   discuss anything like that by e-mail?
8   MS. KYROUZ: Same objections.
9   A. I may have. In most cases, I would have
10   been copied on those type of e-mails.
11   Q. For example, did you send or receive any
12   e-mails talking about whether a particular deal
13   would or would not close in the quarter?
14   MS. KYROUZ: Same objections.
15   A. I can recall that I was notified of a deal
16   closing, and in that case, on occasion, I would
17   notify George Roberts if he wasn't copied or someone
18   else on my team, yes.
19   Q. What about deals not closing?
20   A. Deals not closing, it could be the same
21   scenario.
22   Q. So you were looking for this deal to close,
23   but it didn't close; is that the type of e-mail
24   communication that you would have been copied on?
25   MS. KYROUZ: Objection.

21

1     A. There could have been a deal that was
2   expected to close in a quarter, and for whatever
3   reason, it didn't close. I may have been notified
4   by the vice-president or the account executive to
5   relay the message. Again, it was mainly to relay
6   the message, reporting.
7     Q. So you would send it to George Roberts?
8     A. Exactly.
9     Q. Did you have a practice of deleting e-mails
10   that were in your in-box?
11     MS. KYROUZ: Objection, vague.
12     A. I wouldn't say it was a practice, but I did
13   delete e-mails as memory on the system called for.
14     Q. How many e-mails would you say on average
15   you would send in any given day during that time
16   period?
17     MS. KYROUZ: Objection, vague.
18     A. I have no idea.
19     Q. Can you give me a range?
20     A. I couldn't even guess.
21     Q. Couldn't even guess. A lot?
22     MS. KYROUZ: Same objection, vague.
23     A. I would say that the primary -- one of the
24   primary communication methods at Oracle at that time
25   was e-mail, but voicemail was also -- I wouldn't say

22

1   used as much; almost as much.
2     Q. Did you let your e-mail build up in your
3   mailbox before you delete it, or would you delete it
4   on a regular basis to keep the number low?
5     MS. KYROUZ: Objection, vague; calls for
6   speculation.
7     A. I didn't have a set pattern on that, so....
8     Q. When did you start working with Oracle?
9     A. I believe my start date was in 1997;
10   November, I believe. I can't be sure that's the
11   right date.
12     Q. In what position did you start?
13     A. I was hired as a financial manager, and I
14   was supporting at that time John Nugent, mid-market
15   group.
16     Q. Was that in NAS?
17     A. It wasn't called NAS, but it was North
18   America license sales, yes.
19     Q. What was your position beginning --
20   withdrawn.
21     What was your position at the end of
22   fiscal year 2000?
23     A. I don't recall the exact title. It may
24   have been director of finance for North America
25   sales.

23

1     Q. Supporting George Roberts?
2     A. Supporting George Roberts, yes.
3     Q. It's the same title you held in the third
4   quarter of 2001?
5     A. I can't say for sure, but I believe so.
6     Q. Can you say whether you were supporting
7   George Roberts during that time?
8     A. Yes, I was.
9     Q. Are you still employed with Oracle?
10     A. No, I'm not.
11     Q. When did you leave?
12     A. I left November of 2004.
13     Q. 2004. What was your position when you
14   left?
15     A. Director of finance.
16     Q. Still supporting George Roberts?
17     A. No; supporting Ted Bereswill.
18     Q. Director of finance of what division?
19     A. It was North America sales technology.
20     Q. Where are you now?
21     A. I'm with SAP America.
22     Q. Did you go there directly from Oracle?
23     A. Yes, I did.
24     Q. Why did you leave Oracle?
25     A. I left for a better compensation package

24

1   and career growth.
2     Q. In the 2000-2001 time period, what office
3   did you work out of?
4     A. My primary office would have been Waltham,
5   Massachusetts.
6     Q. Where was George?
7     A. George had offices in the Sears Tower in
8   Chicago, and an executive office at headquarters in
9   Redwood Shores.
10     Q. So your primary communication with George
11   during that time period was by e-mail and phone?
12     MS. KYROUZ: Objection, vague.
13     A. Mainly phone.
14     Q. Mainly phone?
15     A. Yes.
16     Q. What's your understanding of North American
17   sales -- withdrawn.
18     What's your understanding of the North
19   American sales division's lines of business during
20   the fiscal year 2000-2001 time period?
21     A. The operating units that comprised North
22   America sales?
23     Q. Yes.
24     A. Again, it was license sales only, so it was
25   direct sales, did not include channels at that time.

25

1   And it was comprised mainly of the major accounts
2   group under Mary Anne Gillespie; general business,
3   which was the mid-market group, under John Nugent.
4   iSD supported the North American sales business
5   under Hilarie Koplow. And then I believe in that
6   time period we had -- ASP had been broken out as a
7   stand-alone unit, I believe, and human resources was
8   an overlay. I think that was it.
9       Q. How about Canada?
10      A. Oh, yes; that's right. Canada did report
11  as North America sales at that time, yes.
12      Q. That was a separate unit?
13      A. It was treated as a separate line of
14  business, and for the legal books it was a stand-
15  alone entity, yes.
16      Q. What's the difference between -- you
17  mentioned direct sales and channels. What's the
18  difference between the two?
19      A. Channels would be channel partners
20  reselling Oracle licenses.
21      Q. So the general business division or line of
22  business within NAS -- withdrawn.
23          Majors and general business were broken
24  up by the revenue size of the customer; is that
25  right?

26

1       A. Yes. The basic demarcation line was based
2   on the revenue size of the customer, in most cases.
3   There may have been exceptions to the rule.
4       Q. $500 million and up would be majors; $500
5   million and lower would be general business?
6       A. I can't recall if that was the line in the
7   period you're talking about.
8       Q. General business was the biggest part of
9   NAS's business?
10      A. In that period, I can't say for sure.
11      Q. Did it ever change? Was there ever a time
12  that majors was bigger than general business?
13      A. My recollection is, when I started with the
14  company, the majors grouping of customers were much
15  larger than the mid-market, yes.
16      Q. In terms of the revenue-generating part of
17  the business?
18      A. That's correct.
19      Q. So when you started, majors, it was bigger
20  than general business?
21      A. That's my recollection, yes.
22          (Marked, Exhibit 1.)
23      Q. Mr. Winton, I'm handing you what's been
24  marked as Winton Exhibit 1. Will you take a moment
25  to review Exhibit 1, and after you've reviewed it,

27

1   will you let me know if you recognize it?
2       A. I will.
3           MR. BRITTON: For the record, Exhibit 1
4   starts at Bates NDCA-ORCL 013195 through 013218.
5           (Witness reviews document.)
6       A. Okay.
7       Q. Have you had a chance to look at Exhibit 1?
8       A. Yes, I have.
9       Q. And do you recognize it?
10      A. It appears to be a draft PowerPoint for a
11  budget presentation for North America sales.
12      Q. And the front page of Exhibit 1 is an
13  e-mail from you to George Roberts and Jody Terry,
14  attaching the presentation?
15      A. That's what it says, yes.
16      Q. That's dated April 11, 2000?
17      A. That's correct.
18      Q. Is this a genuine and authentic copy of the
19  original document?
20      A. I cannot say that it is for sure.
21      Q. Is there anything that doesn't look right
22  to you?
23      A. From a content standpoint, no; but again, I
24  can't say that this is not a draft or what the
25  status of it is.

28

1       Q. The budget review that's attached to the
2   e-mail, did you prepare that?
3       A. I was in the loop for final preparation of
4   these documents, yes.
5       Q. What do you mean, in the loop?
6       A. I didn't do all the work specifically to
7   create them, but I would be in the review process,
8   yes.
9       Q. So you contributed to it?
10      A. Yes, I did.
11      Q. Was it prepared in the regular course of
12  Oracle's business?
13      A. These documents were prepared, like
14  documents were prepared in support of the budgeting
15  process annually, yes.
16      Q. And it was Oracle's regular practice to do
17  budget reviews in documents like these?
18      A. Budget reviews -- yes, that's correct.
19      Q. And it was your responsibility to be
20  involved in preparing this document and documents
21  like these?
22      A. That's correct.
23      Q. All right. If you'd turn to Exhibit 1,
24  Page 15.
25      A. Okay.

29

1    Q. And then what does this page explain?

2       MS. KYROUZ:  Objection, lacks

3    foundation.

4    A. This is primarily a growth summary, or a

5    growth summary analysis. It's comparing the budget

6    for fiscal year '00 to an outlook, which means a

7    forecast at that point in time.

8       And then it also has what's labeled as

9    Round 1 budget, which could be a draft; and again,

10   comparing the outlook to that, it shows a growth

11   calculation.

12   Q. If you'd turn to Page 17, this has the

13   outlook numbers and the budget numbers broken down

14   by the various lines of business in North America

15   sales; is that right?

16   A. Yes, it does.

17   Q. And does this refresh your recollection

18   about whether general business was a larger revenue

19   generator than majors?

20   A. Yes, it shows that it is a larger, on both

21   outlook and budget, yes.

22   Q. It's about double, roughly, of majors?

23      MS. KYROUZ:  Objection, lacks

24   foundation, vague.

25   A. That depends on which numbers you look at.

30

1    Q. So the fiscal year 2000 outlook roughly

2    doubled?

3    A. A little less than double for outlook, yes.

4    Q. And then for the fiscal year '01 budget, a

5    little less than double?

6    A. That's correct.

7    Q. The outlook, fiscal year outlook, you had

8    that number in there because the year hadn't

9    finished yet; is that right?

10   A. The year ends in May, and this document --

11   I don't know what the date of the document itself

12   is -- April 12.

13   Q. So this was your best estimate at the time

14   of where the year was --

15   A. It would have been prepared in the March-

16   April time frame, but I can't say for sure.

17   Q. And the outlook was your best estimate at

18   the time of where the division was going to finish

19   the year?

20      MS. KYROUZ:  Objection, lacks

21   foundation, vague.

22   A. Outlook would have been -- the intent of

23   the outlook was a forecast for the full year.

24   Q. And when you forecast, you did your best to

25   get an accurate number?

31

1       MS. KYROUZ:  Objection, vague.

2    A. Yes. To support the document, we would get

3    a likely forecast from each of the areas, yes.

4    Q. And you were trying to be accurate?

5    A. That's correct.

6    Q. What products did your division sell in the

7    2000-2001 time period?

8    A. Basically the Oracle, everything that

9    Oracle had in its suite at that point. So it would

10   be all of the technology products and tools, and

11   whatever version of the applications were released

12   for sale at that point in time.

13   Q. So it was broken down into tech and tools

14   and applications?

15   A. Roughly that's how the organization was

16   structured, yes.

17   Q. Technology was the largest part of NAS's

18   business; is that right?

19   A. Yes, historically technology has always

20   been the largest revenue contributor.

21   Q. What's your estimate of the percentage

22   breakdown of the two in the 2000-2001 time period?

23      MS. KYROUZ:  Objection, lacks

24   foundation.

25   A. I don't recall.

32

1    Q. Can you tell from this exhibit, if you look

2    at Page 15?

3       MS. KYROUZ:  Objection, lacks

4    foundation.

5    A. I mean, I don't have a calculator.

6    Q. Just rough numbers.

7    A. I would say this is a fair representation

8    of what the outlook was.

9    Q. 75/25, does that sound familiar?

10      MS. KYROUZ:  Objection, vague.

11   A. Again, it depended on which quarter or what

12   fiscal year.

13   Q. Let's look at the fiscal year outlook.

14   A. Yes.

15   Q. Fiscal year '01 budget, at least Round 1,

16   so we're about 75/25, roughly.

17      MS. KYROUZ:  Objection, lacks

18   foundation.

19   A. I would say it's in the range, yes.

20   Q. As opposed to getting out a calculator and

21   punching numbers, we're just trying to get a rough

22   idea.

23      (Pause)

24      MR. BRITTON:  Technical difficulties.

25   Q. Do you remember the dot-com part of NAS's

33

1  business being fairly large during the fiscal year
2  2000-2001 time period?
3      MS. KYROUZ: Objection, vague, compound,
4  lacks foundation.
5      A. I recall that the dot-com business was
6  growing rapidly in the 2000 time frame into 2001 for
7  both fiscal years. I would say the largest
8  explosive growth was in the fiscal year 2000.
9      Q. 2000?
10     A. Yes.
11     Q. And do you remember, in terms of a
12  percentage of NAS's business, how much dot-coms
13  represented?
14     MS. KYROUZ: Objection, vague, lacks
15  foundation.
16     A. I don't remember, but it wasn't the largest
17  piece of either technology or applications.
18     Q. A sizable piece, though?
19     MS. KYROUZ: Same objections.
20     A. In the end of year 2000 --
21     Q. Yes.
22     A. -- it was large enough that I believe
23  comments were made about the size; but I don't
24  remember.
25     Q. What do you mean, comments were made about

34

1  the size?
2      A. In terms of people looking at results,
3  and -- you know.
4      Q. Saying, wow, it's taking off?
5      A. What's causing the increase? One piece of
6  it was the dot-com, specifically the technology.
7      Q. If you'd look at Exhibit 1 at Page 13, can
8  you tell me what this page represents?
9      MS. KYROUZ: Objection, vague, lacks
10  foundation.
11     A. It appears to represent the components of
12  technology that are dot-com or, I guess, ASP-
13  related, comparing it to -- in this terminology,
14  brick and mortar would be non-dot-com, if I recall.
15     Q. So this shows you, this compares fiscal '99
16  actual to fiscal year 2000 outlook?
17     A. That's correct.
18     Q. So do the growth numbers that are
19  represented on this page, does that fairly
20  characterize the growth that occurred from fiscal
21  year '99 to 2000?
22     MS. KYROUZ: Objection, vague, lacks
23  foundation, calls for speculation.
24     A. I can't validate these specific numbers
25  from memory, but the growth was substantial.

35

1      Q. Do these look right?
2      MS. KYROUZ: Same objections.
3      A. Again, it's in a range.
4      Q. So we looked at the dot-com growth, 332
5  percent growth, from fiscal year '99 to 2000?
6      MS. KYROUZ: Same objections. Are you
7  asking him to read the document?
8      A. That's what it represents here.
9      Q. Let's go to the left column, Technology.
10  So those are dot-com companies, people that sell
11  over the Internet; is that right?
12     MS. KYROUZ: Objection, lacks
13  foundation, vague.
14     Q. Let me ask it a different way.
15     Can you tell me what types of companies
16  fall within the various categories underneath the
17  Technology heading?
18     A. Sure. From my memory, dot-coms were
19  companies that did have a dot-com moniker. Brick to
20  mortar, that B&M to dot-com, would be companies that
21  were historically non-dot-com, moving to dot-com.
22  For example, Barnes & Noble, I believe, was
23  classified as that.
24     And then the ISPs and ASPs, those were
25  service providers that were using the Internet

36

1  primarily as their vehicle to deliver service.
2      Q. So the ISP/ASP, they -- it's amazing --
3  grew 952 percent?
4      A. They're coming off a very small number, so
5  the percentages look.....
6      Q. And then below, it has a dot-com
7  applications drag. What's your understanding of
8  what that means?
9      MS. KYROUZ: Objection, lacks
10  foundation, vague.
11     A. If I recall, the term "drag" would refer to
12  license revenues that resulted from primarily a sale
13  of another product. So in this case, a technology
14  license sale may include a portion of applications;
15  but the primary component of the deal was
16  technology. It would be classified as drag in this
17  case.
18     Q. Is this measuring the technology number or
19  the applications number?
20     A. This is measuring, from my understanding of
21  how this was laid out, the applications number.
22     Q. Now, if you'd compare Pages 13 to 14. Do
23  these two pages refresh your memory about what
24  portion or how large of a portion the dot-com part
25  of NAS's business was in 2000?

37

1     MS. KYROUZ:  Objection, vague, lacks
2  foundation.
3     A.  In terms of the actual numbers?
4     Q.  Yes.
5     A.  Again, I can't speak to the actual numbers
6  shown here.
7     Q.  They look right?
8     A.  But I do recall that it was a significant
9  spike.
10    Q.  Okay.  You can put that document aside.
11       What was your understanding at the time
12  of how large of a piece of Oracle's overall business
13  NAS represents?
14       MS. KYROUZ:  Objection, lacks
15  foundation.
16    A.  I don't recall.
17    Q.  Do you remember it being the largest
18  division?
19    A.  Within the company?
20    Q.  Yes.
21    A.  Globally, I don't recall that, no.
22    Q.  Is that wrong?  Does that not comport with
23  your understanding?
24    A.  I just don't remember it being --
25    Q.  You just don't remember.

38

1     I want to talk about the reporting
2  structure in the NAS division in the 2000-2001 time
3  period.  Did the reporting structure within NAS
4  change at all between 2000 and 2001?
5       MS. KYROUZ:  Objection, vague.
6     A.  Are you talking about the way --
7     Q.  Who you reported to, who your superior
8  reported to, who reported to you.
9     A.  I can't say for sure that it did not
10  change.  I don't remember.
11    Q.  Let's just go with just 2001, then.
12    A.  Okay.
13    Q.  Who did you report to?
14    A.  So if I remember -- and again, it's hard to
15  remember, because there were several reorganizations
16  between '99 and 2002 -- I believe I reported to
17  Jennifer Minton, but I can't say for sure.
18    Q.  Did you report to George Roberts, or just
19  support him?
20       MS. KYROUZ:  Objection, vague.
21    A.  So if I was reporting hard-line to Jennifer
22  Minton in that time period, then I would be having a
23  solid, what they call a hard dotted line to the
24  executive vice-president.  That's how it was
25  structured.

39

1     Q.  A hard dotted.
2     A.  And the reason I say I can't remember is we
3  had gone back and forth with this structure several
4  times in the company.
5     Q.  So hard line to Jennifer Minton; hard
6  dotted line to George Roberts?
7     A.  That would be -- yes, that would be the
8  structure.
9     Q.  Jennifer Minton was at the time who?
10    A.  She was the controller, I believe,
11  reporting to Jeff Henley.
12    Q.  She was promoted to chief accounting
13  officer at some point?  Is that your understanding?
14    A.  I don't recall.
15    Q.  Who reported to you?
16    A.  So reporting to me, again, I can't remember
17  everyone, but I had Jody Terry, who was mainly a
18  consolidations and budget analyst for me.  And then
19  I had finance managers supporting each of the lines
20  of business that were in North America sales.
21    Q.  And if we look at 17 on Exhibit 1, these
22  are the lines of business you're talking about?
23    A.  That's correct, yes.
24    Q.  So for majors, Alan Brown?
25    A.  Alan Brown, yes.

40

1     Q.  For general business, Bill Roselli?
2     A.  Bill Roselli.
3     Q.  What about Canada?
4     A.  That, again, was a hard dotted line.
5  Canada was its own company, and I believe it was --
6  I can't remember his last name.  Roger Hitchcock I
7  think was -- I believe was the controller of Canada.
8     Q.  Is he on TV now?
9     A.  No.  Roger, I think that's the right name.
10    Q.  What about human resources?
11    A.  Human resources was -- I think Jody was
12  actually handling them because they really weren't a
13  full-fledged direct selling unit.
14    Q.  And then this Headquarter column, what is
15  that?
16    A.  That would basically be -- iSD would roll
17  into there, and any of the supporting groups that
18  supported sales from George Roberts.
19    Q.  Did you have a report, a direct report, in
20  the iSD group?
21    A.  Yes, I did.  It may have been Elaine
22  Gebhard or Kent Kelly; there was -- There was
23  quite a bit of turnover over there over the period.
24    Q.  What sort of tasks did Jody Terry perform
25  for you?

41

1        MS. KYROUZ:  Objection, vague.
2        A. There were many tasks.  Her primary
3    responsibility was consolidation.
4        Q. What does that mean?
5        A. Consolidation of budgets on an annual
6    basis.
7        Q. You mean consolidating the divisions below
8    you?
9        A. All of this relates to North America sales,
10    so consolidating budgeting reports, revenue reports
11    at the end of the quarter for results, and then
12    during the quarter would have been consolidating
13    forecast data.
14        Q. What else did she do?
15        A. She would also help out with like the
16    headquarter expense items or any support the
17    headquarter groups needed.
18        Q. Can you think of anything else?
19        A. Ad hoc reporting and PowerPoint
20    presentation.
21        Q. What do you mean by ad hoc reporting?
22        A. Ad hoc would be anything that would be
23    nonstandard; so if someone were to say, hey, I want
24    a report on a pipeline cut this way --
25        Q. She'd run it for you?

42

1        A. She'd run with that, yes.
2        Q. Did she participate in any budgeting calls
3    with you?
4        A. She may have.
5        Q. Budgeting meetings?
6        A. Budgeting meetings, she would have been at
7    some of those budgeting meetings, yes.
8        Q. What about forecast calls?
9        A. She was a regular attendee to the forecast
10    calls -- well, no; I'll restate that -- to the North
11    America sales George Roberts forecast calls.
12        Q. What about meetings, forecast meetings?
13        MS. KYROUZ:  Objection, vague.
14        A. Meetings were rarely calls.
15        Q. I'm talking about physical meetings or the
16    ops reviews.
17        A. For ops reviews, she attended most of the
18    ops reviews, depending on travel.
19        Q. Do you remember if Jody Terry was
20    instructed to preserve documents in connection with
21    litigation?
22        A. I don't remember.
23        Q. Do you know if she gathered documents to be
24    produced in connection with litigation?
25        MS. KYROUZ:  Objection, lacks

43

1    foundation.
2        A. Again, I don't remember specifically that
3    she did.
4        Q. Now, you said that she prepared PowerPoint
5    presentations?
6        A. On occasion she would, yes.
7        Q. Can you tell me, explain for me the process
8    that you would go through to get a PowerPoint
9    presentation prepared?
10        MS. KYROUZ:  Objection, vague, calls for
11    generalization.
12        Q. Let me ask a preliminary question first.
13        The PowerPoint presentations that she
14    prepared, were those presentations that you would
15    ultimately present?
16        MS. KYROUZ:  Objection, vague.
17        A. Not in every case.  In some cases they were
18    actually PowerPoint presentations for George Roberts
19    to present.
20        Q. For George?
21        A. Yes.
22        Q. Did she prepare any for you to present?
23        A. I can't say specifically, but I would say
24    she may have at certain times.
25        Q. Now, I'm looking for the physical process

44

1    of how the PowerPoint presentation was prepared, and
2    let's talk about the ones for George Roberts.  Can
3    you tell me generally who would start preparing the
4    presentation for George Roberts?
5        MS. KYROUZ:  Objection, vague, lacks
6    foundation.
7        A. Again, there isn't one answer to that, so
8    it could have been me that started it; it could have
9    been someone at corporate like Ivgen Guner starting
10    it with a template, which in many cases that would
11    happen.
12        So I might pick up the template and
13    start it and hand it over to Jody, or she may pick
14    up the template and start it, so...
15        Yes; there was no first process that I
16    always started it or she always would start one.
17        Q. The template that you talked about, is that
18    something that you would receive by e-mail?
19        MS. KYROUZ:  Objection, vague, lacks
20    foundation.
21        A. In most cases, templates were received by
22    e-mail as attachments.
23        Q. Now, on the occasions where you would start
24    it, you would receive the template and you would
25    start the presentation, when you passed it over to

45

1  Jody Terry, did you do that by e-mail?
2       MS. KYROUZ:  Objection, vague.
3    A.  If I remember correctly, it was almost
4  always e-mail.  We were not in the same office.
5    Q.  So just for the file, you'd start it, send
6  it over to her, she'd continue working on it?
7    A.  She would continue on her PC, right.
8    Q.  And then how would it get to George
9  Roberts?
10      MS. KYROUZ:  Objection, vague, lacks
11  foundation.
12    A.  Again, I can't say for every case, but in
13  most cases, if I remember, it was an e-mail.
14    Q.  An e-mail.  Would he give you input to the
15  presentation and have you finalize it?
16      MS. KYROUZ:  Same objections.
17    A.  Yes, there were occasions where he would
18  review the draft and either make direct changes and
19  send them back, or we would have a call and we would
20  make the changes.
21    Q.  And then you guys would finalize it,
22  ultimately?
23    A.  Ultimately, yes, it was my responsibility
24  to finalize it, the final draft.
25    Q.  Let's talk about your responsibilities

46

1  during the 2001 time period.  Can you list them for
2  me?
3    A.  Sure.  Planning -- planning-slash-budgeting
4  I guess would be the first, and that would include
5  target setting by line of business; territory
6  planning, I guess you would call it, territory
7  planning, which would include head count; quota
8  setting and quota planning analysis; and then on the
9  back end would actually be physically entering the
10  data into the financial system once a budget was
11  approved.
12      The only other planning type activities
13  would then be, again, it would be ad hoc, and so ad
14  hoc analyses as required that had some relation to
15  either one of those topics:  quota, territory,
16  license, target setting.
17    Q.  So planning, budgeting and everything that
18  you just listed?
19    A.  Right.
20    Q.  And then what else?
21    A.  So the next, I guess, biggest block in
22  terms of responsibility would be the forecast
23  process; and within that would be pipeline.  And for
24  pipeline, that would be ensuring that the account
25  executives or the reps were using the system at the

47

1  time to make sure that, you know, they reflected the
2  current pipeline.
3      And then we used the system also to
4  forecast, so my other primary responsibility was
5  rolling out a consolidated forecast.
6      And that would be quarterly.
7    Q.  Planning/budgeting, forecast process.
8  Anything else?
9    A.  Those were the two major responsibilities,
10  yes.
11    Q.  Let's go back to the planning/budgeting.
12  You mentioned physically entering the data.  What
13  system were you using at the time?
14    A.  I can't remember for sure, but I believe at
15  that time it was OFA; but it may have been a
16  different system.
17    Q.  OFA, Oracle Financial Analyzer?
18    A.  Yes.
19    Q.  For the forecasting process, you mentioned
20  that you ensured that the account execs were using
21  the system and that it reflected the actual budget,
22  right?
23    A.  No, no.
24      MS. KYROUZ:  Objection, misstates his
25  testimony.

48

1    Q.  Withdrawn.
2      You ensured that the account executives
3  were using the system and that it reflected the
4  pipeline at the time?
5      MS. KYROUZ:  Same objection, lacks
6  foundation.
7    A.  I guess I'll restate it.
8    Q.  Probably easier that way.
9    A.  I was sort of the person responsible to go
10  back to the field, the account executives, and
11  remind them either through e-mail or PowerPoint
12  tutorials about how to use the system, but more
13  importantly to send the message that they should put
14  all of their deals into the system.
15      This system was OSO, and prior to that
16  most of the forecasting had been done off-line on
17  Excel spreadsheets; and so there wasn't a good
18  discipline in place to get them to utilize the
19  system correctly.
20    Q.  So you performed that task by e-mail rather
21  than by phone?
22    A.  E-mail, phone, or meetings with the teams.
23  So I could meet with Mary Anne Gillespie's team at
24  one of their ops reviews or their meetings, and just
25  again present the system, remind them, here are the

49

1    key things you need to fill in for each system.  The
2    close date has to be correct.  That type of thing.
3        Q.  When did your division start using OSO?
4        A.  I don't remember.
5        Q.  Did you have any involvement in the sales
6    process at all?
7            MS. KYROUZ:  Objection, vague.
8        A.  I'm not sure what that means.  In terms of
9    closing a deal?
10       Q.  Or involved in the individual deal at any
11   stage.
12           MS. KYROUZ:  Same objection.
13       A.  I had no direct involvement with selling,
14   from that standpoint, no.
15       Q.  So your knowledge of individual deals would
16   be limited to information that was given to you by
17   the sales reps or others?
18       A.  That's correct.
19       Q.  Did you prepare financial reporting
20   packages during this time period?
21           MS. KYROUZ:  Objection, vague.
22       A.  If I recall, in the 2001 time frame, I
23   believe we did prepare quarterly NAS financial
24   review packages.
25       Q.  Those were after the quarter had closed?

51

1        A.  I don't remember.
2        Q.  Did you have the ability to discuss with
3    Jennifer whether the target was appropriate for your
4    division or not?
5            MS. KYROUZ:  Objection, vague.
6        A.  That opportunity really came with the
7    senior VP or executive VP meetings with Larry
8    Ellison.
9        Q.  Were you in those?
10       A.  In 2001, I did attend the budgeting
11   meeting, yes.
12       Q.  Was there only one?
13       A.  I remember only being in, yes, one budget
14   review.
15       Q.  Do you know if there was only one review,
16   or was there only one review that you attended?
17       A.  I can only say that I was in one review.
18       Q.  So if there was any discussion about
19   whether the target was appropriate or not, it was
20   between George and Larry?
21       A.  And the other members of the executive
22   committee team that were there, yes.  If I remember,
23   it was an executive committee attendee list for that
24   meeting.
25       Q.  Where was that?

50

1        A.  That's correct.
2        Q.  I'll come back to those.
3            Specifically related to fiscal 2001, can
4    you explain the budgeting process that you went
5    through for me?
6            MS. KYROUZ:  Objection, vague.
7        A.  I don't remember all the details.  I can
8    say that the process is identical, if almost right
9    down the line, to the process we had done the year
10   before.  My role was basically the same, so it was
11   mainly taking the targets that were given, top-down
12   targets, and preparing bottoms-up plans to see how
13   close we could get to the top-down targets.  So that
14   didn't change.
15           The expense planning was pretty much the
16   same, and head count was in direct relation to the
17   expense target.  So from the process side it was,
18   from my recollection, the same as the year before.
19       Q.  Okay; but let's go more specific, then.  In
20   fiscal year 2001, the targets that were given to
21   you, who gave those to you?
22       A.  I don't know who exactly came up with the
23   final targets.  We would be notified of the targets
24   usually by Jennifer Minton directly.
25       Q.  Do you remember what the target was?

52

1        A.  That would have been at headquarters.
2        Q.  Do you remember if George Roberts discussed
3    NAS's targets with the executive committee?
4            MS. KYROUZ:  Objection, vague, lacks
5    foundation.
6        A.  The entire meeting was around the license
7    budget for the year; so yes, it was discussed.
8        Q.  Do you remember George Roberts ever talking
9    to the executive committee about whether the target
10   was appropriate for your division or not?
11           MS. KYROUZ:  Same objection.
12       A.  Not specifically, but I don't recall any
13   objections to the targets or the growth rates.
14       Q.  One of the exhibits we looked at mentioned
15   Round 1.  What are the rounds?
16       A.  I don't remember exactly how many rounds
17   there were.
18       Q.  What is a round?
19       A.  It's just a first pass, so there could be
20   Round 1, 2 or 3 of a budgeting process.
21           The budgeting process would have started
22   in the prior fiscal year, usually -- I can't say for
23   sure; probably March, April time frame.
24       Q.  Well, the e-mail we looked at I think was
25   April, wasn't it?

53

1    A. Yes; but as you saw, we do outlooks
2    periodically, so....
3    Q. How about preparing the bottom-up plan?
4    How did you do that for fiscal year 2001?
5        MS. KYROUZ:  Objection, vague.
6    A. If I recall, that process was basically
7    going back to, it would have been George Roberts'
8    directs. So Mary Anne Gillespie, John Nugent and
9    the folks in headquarters, because they have an
10   expense budget, and just asking them to present
11   their needs and targets for the next year.
12       We may or may not give them a targeted
13   growth rate, right, and then they would come back
14   and say, okay, here's my first draft of what I think
15   next year looks like, including head-count additions
16   and that type of thing.
17   Q. Did you give them a target in fiscal year
18   2001?
19       MS. KYROUZ:  Objection, vague.
20   A. I can't remember in that process if we did
21   or not.
22   Q. Did the divisions ever prepare their own
23   plan and use their own target?
24       MS. KYROUZ:  Objection, vague, lacks
25   foundation.

54

1    A. Not officially, no. Once the budget was
2    sent --
3    Q. I'm talking about before, in the beginning
4    of the process, did the divisions ever say, this is
5    what we think we're going to do for the year --
6    A. No.
7    Q. -- this is the target we think we're going
8    to use?
9        MS. KYROUZ:  Same objection.
10   A. No?
11   Q. The only time that would ever happen is if
12   we asked them to do it in a formal process.
13   Q. So it always involved the target coming
14   from the top down?
15       MS. KYROUZ:  Objection, vague.
16   A. Not always; but at the end of the day, in
17   my experience at Oracle and other companies, that's
18   how the final budget is done.
19   Q. Who did you work with in preparing the
20   bottom-up plan?
21   A. My main contacts would have been my finance
22   managers, and I also would have had direct contact
23   with the senior vice-presidents of each of the
24   groups.
25   Q. By physical means?  In person?

55

1    A. Physical or in con calls.
2    Q. Did you have a separate budgeting meeting
3    with the senior VPs or your finance managers for
4    fiscal year 2001?
5        MS. KYROUZ:  Objection, vague.
6    A. Not that I recall; not an all-hands kind of
7    budgeting meeting, no.
8    Q. How was George Roberts involved in
9    preparing the bottom-up plan?
10       MS. KYROUZ:  Objection, lacks
11   foundation, vague.
12   A. George may have a target that he was told.
13   In that case, he might give them a target just to
14   see what the delta would be if they came back with a
15   different number.  George's main role was final
16   review.
17   Q. Would George Roberts review, do a final
18   review of each round?
19   A. I would say yes.
20   Q. Did you have any role in deciding the
21   budgets for each of the divisions within NAS?
22       MS. KYROUZ:  Objection, vague, lacks
23   foundation.
24   A. I would say that George and I would, on our
25   own, try to determine what we thought the

56

1    appropriate growth rates, head count were for the
2    individual units, yes.
3    Q. And then how did you work with George to
4    come up with a final target for the various
5    divisions in NAS?
6    A. Again, there was no one set methodology.
7    It was really at the end of the day what we thought
8    the potential was, based on where the business had
9    been and where they were telling us the business was
10   going. So that's where we would decide to put the
11   resources.
12   Q. What factors would go into determining
13   which divisions would get what part of the overall
14   budget?
15   A. Historical performance would be the key.
16   Q. So if general business did 75 percent of
17   the business in the prior year, it conceivably
18   get 75 percent of the budget for the current year?
19       MS. KYROUZ:  Objection, vague.
20   A. It could work out that way.  That wasn't
21   really the approach.  It was more, let's say, North
22   America sales had a growth target of 20 percent.  It
23   was, how do we want to spread this 20 percent?  So
24   do we think Canada is growing faster than general
25   business, or do we think majors is growing faster?

57

1  That's where we first start to look at the numbers.
2      But it was always based on the prior-
3  year outlook, because when you're doing the budgets
4  at this point in time, you don't have the final
5  numbers yet.
6      But the final budget that's handed out
7  is always based on actuals. So it's our best
8  estimate of the outlook, growth rates, and then
9  where do we think -- which group do we think could
10  handle the growth to support those numbers?
11      MS. KYROUZ: Doug, would this be a good
12  time to take a short break?
13      MR. BRITTON: It would.
14      THE VIDEOGRAPHER: The time is 10:27.
15  We're off the record.
16      (Recess taken)
17      THE VIDEOGRAPHER: Back on the record.
18  The time is 10:38.
19      Q. Can you tell me how NAS's quarterly budgets
20  were established in the fiscal 2001 time period?
21      MS. KYROUZ: Objection, vague.
22      A. Again, I don't recall that the '01
23  budgeting process was any different than the year
24  before, so there would have been targeted ramps per
25  quarter, based on history.

58

1      Q. What does targeted ramps mean?
2      A. So it would be an estimation of what
3  percent of the total annual budget would come in
4  each quarter.
5      Q. Now, the first quarter was lighter than the
6  second quarter?
7      A. Historically the first quarter was always
8  much -- actually, the first quarter was always the
9  lowest quarter of the fiscal year.
10      Q. The second quarter was the next lowest?
11      A. I can't say for sure every year, but
12  typically it would be, yes.
13      Q. Then the third was the next lowest?
14      A. Not always, no.
15      Q. Not always?
16      A. Not always.
17      Q. So the third and fourth quarters, those
18  were the two quarters that were the largest percent
19  of the budget?
20      A. No; the fourth quarter of the fiscal year
21  was always the largest percentage, from the time I
22  was there.
23      Q. What was the benefits of achieving the
24  annual budgets?
25      MS. KYROUZ: Objection, vague.

59

1      A. Bragging rights.
2      Q. Okay. Anything else?
3      A. Specifically, there weren't too many
4  incentives tied to the budget. There were in some
5  of the executives' compensation plans, I believe,
6  bonuses tied to margin attainment, and that was a
7  budget margin attainment.
8      Q. Other than the budget margin attainment
9  that you talked about, were there any other
10  compensation benefits from obtaining the annual
11  budget that you were aware of?
12      A. Not that I was aware of --
13      MS. KYROUZ: Objection, vague.
14      A. -- or recall.
15      Q. What about quarterly budgets? Any benefits
16  to reaching those?
17      MS. KYROUZ: Same objection.
18      A. Same answer.
19      Q. Bragging rights?
20      A. Bragging rights.
21      Q. What were the ramifications of not
22  achieving the annual budget?
23      MS. KYROUZ: Objection, lacks
24  foundation.
25      A. That's pretty vague. I mean, a sales

60

1  professional wants to achieve the target that was
2  set. The budget was not always the target per se.
3  I mean, the budget was an annual process, and quite
4  frankly, once the year started, not too much
5  attention was paid to the budget. It was really the
6  forecast.
7      Q. Do you remember what the annual budget was
8  for NAS for fiscal year 2001?
9      MS. KYROUZ: Objection, lacks
10  foundation.
11      A. I don't recall.
12      Q. Take a look at Exhibit 1. Turn to Page 15.
13      A. 15?
14      Q. Yes. Are you there?
15      A. Yes, I am.
16      Q. Does the column that's headed Fiscal Year
17  '01 Round 1 Budget, is that the estimated budget
18  numbers for fiscal year 2001 for Round 1?
19      MS. KYROUZ: Objection, lacks
20  foundation, vague. He's already testified this
21  might have been a draft.
22      A. Again, I'm not sure what the status of this
23  document is; but from the layout, that would be a
24  target at whatever point in time for the fiscal
25  year, for the full fiscal year.

61

1    Q. And this would have been based on numbers
2    that you received from corporate; is that right?
3        MS. KYROUZ: Objection, vague, lacks
4    foundation.
5    A. Again, I can't say for sure. The practice,
6    as I mentioned before, was a combination of a
7    bottoms-up and a top-down.
8    Q. Now, the two right columns, they say Fiscal
9    Year '01 Growth to Fiscal Year 2000 Budget and
10   Fiscal Year 2000 Outlook. What do those two columns
11   represent?
12   A. If I understand the calculations, it's
13   representing the year-over-year growth, again, both
14   of them tied to the target numbers that are in this
15   column, FY '01 Round 1 Budget. And so for the first
16   column, it would suggest 28 percent growth over the
17   prior year's budget, for example.
18   Q. Total tech would be 28 percent growth over
19   prior year budget?
20   A. That's what the form says.
21   Q. And total apps would be 22 percent growth
22   over the prior year budget?
23   A. Right, assuming these calculations are
24   correct.
25   Q. And then the fiscal year 2000 outlook,

62

1    that's comparing the growth you would get from the
2    Round 1 budget to the estimate of where fiscal year
3    2000 would end up; is that right?
4    A. Yes. So on this form, it would be that
5    column called Outlook, FY '00 Outlook, comparing
6    those two numbers, yes.
7    Q. You can put that document aside for a
8    moment.
9        (Marked, Exhibit 2.)
10   Q. I've placed in front of you what has been
11   marked as Winton Exhibit 2. Would you take a moment
12   to look at this exhibit?
13   A. Yes.
14   Q. For the record, Exhibit 2 begins at
15   NDCA-ORCL 013217 to 220.
16       (Witness reviews document.)
17   A. Okay.
18   Q. Do you recognize Exhibit 2?
19   A. Exhibit 2 appears to be an e-mail that I
20   sent to Bill Roselli on April 30, 2000.
21   Q. And is this a genuine and authentic copy of
22   the original?
23   A. I can't say that for sure.
24   Q. Does anything look out of line with it?
25   A. Again, I recognize the content.

63

1    Q. Did you prepare this in the regular course
2    of your business?
3    A. This would be a document, as I said before,
4    in terms of the budgeting process that would be part
5    of the give-and-take discussion phase of budgeting.
6    Q. Was it your responsibility at Oracle to
7    prepare e-mails like this?
8        MS. KYROUZ: Objection, vague.
9    A. I wouldn't say it was my responsibility.
10   It was a matter of course in the planning that these
11   type of correspondence would happen.
12   Q. And it was part of your responsibility to
13   discuss budget targets with the various divisions?
14   A. That's correct.
15   Q. And you drafted this on April 30 or shortly
16   before?
17   A. That's the date that's shown here, yes.
18   Q. So your practice would have been to either
19   type it the same day or shortly before the day that
20   it was sent?
21       MS. KYROUZ: Objection, vague.
22   A. I can't recall, but in most cases, I would
23   send an e-mail the day I prepared it. There were
24   times when I did save drafts and went back and added
25   it before it was sent.

64

1    Q. If you'll look -- can you tell me what was
2    being communicated in this e-mail?
3        MS. KYROUZ: Objection, vague.
4    A. There's quite a bit being communicated
5    here. The gist of it is, it appears to be a
6    response to targets that were given to the general
7    business unit by George Roberts. It's coming from
8    Bill Roselli, who was the finance support for John
9    Nugent.
10   Q. Is this part of the give-and-take that you
11   had been describing earlier as part of the bottom-
12   up budgeting process?
13   A. This would be an example of the back-and-
14   forth dialogue on budgeting, yes.
15   Q. If you'd look at the last sentence of the
16   first paragraph, it says, "Overall we took GB growth
17   down from over 37 percent this year to 28 percent
18   (without ASP)." Did I read that accurately?
19   A. Yes, that's what it says.
20   Q. Do you remember why?
21   A. Specifically I don't remember the
22   calculations, but in reviewing the document, they
23   reference the fact that ASP was taken out of general
24   business. That was part of the reorganization. And
25   my understanding of their argument here is that the

65

1   original targets included ASP, and it wasn't fair to
2   keep that in there, and so they had come back and
3   asked for the calculations to be revised.
4       Q.  And you said that it wasn't included in
5   there; is that right?  Or were they right?
6       A.  No, the way I am reading this e-mail is I
7   had adjusted it.
8       Q.  So taking general business growth down from
9   over 37 percent this year to 28 percent, do you
10  remember why you had taken it down from 37 to 28
11  percent?
12      MS. KYROUZ:  Objection, lacks
13  foundation.
14      A.  Again, the way I read the e-mail, it's a
15  result of reclassifying the ASP out of general
16  business.
17      Q.  So the 37 percent to 28 percent is because
18  you took out ASP?
19      A.  That's how I remember it, yes.
20      Q.  If you'd turn to the last page of Exhibit
21  2 --
22      A.  The growth analysis?
23      Q.  Yes, the growth analysis.  What does this
24  page represent?
25      MS. KYROUZ:  Objection, vague.

66

1       A.  It's similar in the format that we saw in
2   Exhibit 1, where it's showing the breakout of
3   general business revenue by product, so you can see
4   technology broken down by dot-com, brick and mortar,
5   and applications by ERP and CRM.
6       I don't recall if this was my schedule
7   or Bill Roselli's schedule in support of the e-mail.
8       Q.  Now, the column to the far right, the year-
9   to-year growth percentage, does that represent the
10  expected growth percentage for fiscal year 2001 at
11  this point in time?
12      MS. KYROUZ:  Objection, vague.
13      A.  Just looking at the calculations, the way
14  the form is laid out, it appears to want to
15  represent the growth from year fiscal '00 outlook to
16  the restated FY '99 numbers.
17      Q.  Do you remember why they were restated?
18      MS. KYROUZ:  Objection, vague.
19      A.  Again, we had several reorganizations,
20  almost annually, at Oracle.  So to see "restated"
21  doesn't surprise me.  That must mean that there was
22  a reorganization in '99 that had to be -- numbers
23  had to be changed to reflect that.
24      Q.  I'm trying to get an idea of how to read
25  this document.  So if you go to the 28 percent down

67

1   at the bottom, the far right column all the way to
2   the bottom --
3       A.  Yes.
4       Q.  -- that represents an expectation of 28
5   percent growth for fiscal year 2001 compared to the
6   outlook?
7       A.  Again, without doing the calculations, it
8   appears the way the form is laid out that that
9   Growth column should be, as you said, growth between
10  '01 and '00 outlook, yes.
11      Q.  Now, if you look up to the dot-com
12  analysis, that shows for ASPs a negative 64 percent
13  growth.  Had you been seeing a slowdown in the ASPs
14  in the beginning of the year?
15      MS. KYROUZ:  Objection, misstates the
16  document.
17      A.  I don't know what that really means.  I
18  don't recall any discussion about the market
19  condition affecting any of these numbers.
20      Q.  All right.  You can put that document
21  aside.
22      (Marked, Exhibit 3.)
23      MR. BRITTON:  For the record, Exhibit 3
24  bears Bates NDCA-ORCL 035021 to 25.
25      (Witness reviews document.)

68

1       A.  Okay; I've reviewed the document.
2       Q.  Do you recognize Exhibit 3?
3       A.  I recognize it's an e-mail from me to Larry
4   Garnick.  Again, I'm not sure it includes, it's
5   inclusive of whatever the original was, but I
6   recognize the content.
7       Q.  It was sent on June 23, 2000?
8       A.  Yes.  That's the date on the e-mail.
9       Q.  Is this a genuine and authentic copy of the
10  original?
11      A.  I can't say for sure.
12      Q.  Does anything look out of line?
13      A.  I don't see anything that looks out of
14  line.
15      Q.  Did you prepare this e-mail in the regular
16  course of your business?
17      A.  This would be the type of e-mail I would
18  present in terms of the budgeting process, yes.
19      Q.  Was it your responsibility to present, send
20  e-mails like this?
21      A.  Yes, it was my responsibility to -- part
22  of the overall budgeting process, in discussions
23  with George Roberts, that if we found anything that
24  looked strange to us in terms of the target setting,
25  that we would respond back.

69

1      Q. and you prepared this e-mail on or around
2  June 23, 2000?
3      A. That's the date of the e-mail, which would
4  be actually in the next fiscal year period.
5      Q. And that's around the period of time that
6  you prepared this?
7      A. Well, based on the content of the e-mail,
8  it sounds like the final-final budgets were being
9  set, and that time period seems correct to me.
10     Q. What are you discussing -- well, for the
11 record, this is a series of e-mails, isn't it?
12     A. I can't tell from this printout if these
13 are a string of e-mails that are attached, or if
14 they're separate e-mails.
15     Q. If you look at the header on the top, does
16 that help you to determine whether they're one
17 document?
18     A. The subject says, "Forward," colon, which
19 typically indicates it's an e-mail string, and the
20 Page 2 e-mail header says, "Follow-up - FY '01 next
21 round," which is the same as the subject forward, so
22 it appears to be an e-mail string.
23     Q. You're objecting to the proposed revenue
24 target of $1.368 million that was being delivered,
25 or that was going to be submitted to the board; is

70

1  that right?
2      A. We were challenging both the revenue target
3  and the margin target.
4      Q. Why were you doing that?
5      A. For the reasons shown in the supporting
6  documentation.
7      Q. Does this e-mail fairly characterize your
8  position on the dispute?
9          MS. KYROUZ: Objection, vague, lacks
10 foundation.
11     A. My recollection is that this was discussed
12 with George Roberts and myself before I wrote this
13 e-mail.
14     Q. If you'd look at the page that ends at
15 Bates 023.
16     A. Page 3?
17     Q. Let's see. Yes. Page 3. The second square
18 down has a column that says Submitted 5/00, Round 2?
19     A. Yes.
20     Q. What does that column represent?
21         MS. KYROUZ: Objection, lacks
22 foundation.
23     A. I don't remember exactly, but this appears
24 to be -- the way I'm reading this, this appears to
25 be the most recent target that was being discussed

71

1  for North America sales.
2      Q. When it says "submitted," who did you
3  submit it to?
4      A. We would have submitted that directly to
5  Ivgen Guner's group, who rolled up the corporate
6  budgets.
7      Q. So is it fair to say that as of Round 2,
8  NAS's submitted budget was $1.2217 billion?
9          MS. KYROUZ: Objection.
10     A. Again, I can't say for sure, because I
11 can't remember, but this document suggests that was
12 the last submitted budget by North America.
13     Q. So I'm reading the document the right way?
14     A. From that standpoint, yes.
15     Q. Now, there's the box up above, and it talks
16 about, the far right column, Fiscal '00 Margin
17 Baseline. What does the baseline represent?
18     A. Again, without remembering all the
19 specifics, this appears to show what the recorded
20 margin was for North America sales in the first
21 column, and our attempt to rationalize that by
22 backing certain items out to get to what we would
23 call at that point a baseline.
24         The argument we were taking here was
25 that, instead of saying we did 58 percent as

72

1  reported, under normal conditions we were running at
2  a 55 percent business; and we were trying to use
3  that as a baseline to say, let's talk about that as
4  a baseline going into next year, and not 58 percent.
5      Q. The column that says ASP Adjustment, is
6  that because ASP was pulled out of general business?
7      A. You reduced that by $40 million?
8      A. I don't believe in this context that's what
9  it means.
10     Q. What does that mean?
11     A. I think -- and again, I don't remember the
12 specifics -- but the intent of this was to take
13 unusual one-time events out of the calculation. I
14 would assume that could have represented one or two
15 very large ASP deals that we would say you can't
16 leave that type of activity into a baseline and add
17 growth to that number. That would be a typical
18 argument on a push-back on a target.
19     Q. And then Overachieve, what did that column
20 represent?
21     A. Again, the way I'm remembering this, it's
22 the same argument.
23     Q. What does the "Overachieve" refer to? The
24 overachievement in the prior fiscal year 2000 above
25 budget?

73

1    A. In this context, it would refer to the
2    prior year result, yes.
3    Q. Prior year result above budget?
4        MS. KYROUZ: Objection, lacks
5    foundation.
6    A. Again, it would just be consideration of
7    unusual overachievement.
8    Q. I'm trying to get an idea of what you
9    overachieved. Did you overachieve the forecast for
10   fiscal year 2000, or did you overachieve the budget
11   for fiscal year 2000? What's the measure?
12       MS. KYROUZ: Same objection.
13   A. I don't remember if we overachieved the
14   budget. I do remember, at least in Q4, we
15   significantly overachieved the forecast in '00.
16   Q. The second page, the top e-mail, the first
17   sentence says, "Attached you will find a copy of how
18   we calculated your fiscal year '01 budget based upon
19   year-end actuals at 5" -- so that would be May
20   2000 -- "rates times the agreed-upon LJE growth
21   rates."
22       Did you have an understanding at the
23   time of what the LJE growth rates meant?
24   A. My understanding of LJE is Larry Ellison,
25   when you see that in the document. In this

74

1    document, that would refer to growth rates
2    established after a final review, and that could
3    happen with or without the SVP involved by line of
4    business. So in that case, it would be a target set
5    for North America sales, a target set for OPI.
6    Q. Look to the one at the back.
7    A. Very last page?
8    Q. Yes, very last page. There's the top box:
9    it has lines of business, majors, general business,
10   and then also has OPI and OSI.
11   A. Yes.
12   Q. What's your understanding of what the OPI
13   column stands for?
14       MS. KYROUZ: Objection, vague.
15   A. On this document, it stands for that line
16   of business, OPI, which was not part of NAS. This
17   document appears to be an iSD allocation of
18   infrastructure expense.
19   Q. You can put that document back.
20       (Marked, Exhibits 4 and 5.)
21   Q. I've placed in front of you two exhibits.
22   One is Winton Exhibit 4, and the next is Winton
23   Exhibit 5. Would you take a moment to review these
24   exhibits.
25   A. Okay.

75

1        MR. BRITTON: For the record, Exhibit 4
2    starts at Bates NDCA-ORCL 040736 and ends at 737;
3    and Exhibit 5 starts at NDCA-ORCL 040742 and ends at
4    743.
5        (Witness reviews exhibits.)
6    A. Okay.
7    Q. Let's start with Exhibit 4. Do you
8    recognize Exhibit 4?
9    A. Exhibit 4 appears to be an e-mail on final
10   budget target, so it's a notification e-mail coming
11   from me. This one is going to the general business
12   group because it's to John Nugent and Bill Roselli,
13   and this would be a typical e-mail that I would send
14   at the end of the budget cycle.
15   Q. You sent it on July 25, 2000?
16   A. Again, I'm not sure if this is an original,
17   but that's the date.
18   Q. Let me ask the question so we can go from
19   there. Is it a genuine and authentic copy of the
20   original?
21   A. I can't say for sure.
22   Q. Does anything look out of line with it?
23   A. Nothing looks unusual, no.
24   Q. Was it your responsibility to prepare this
25   e-mail?

76

1    A. This fell under my general responsibilities
2    for budgeting and planning.
3    Q. Did you prepare this in the regular course
4    of your business?
5    A. Again, yes, final notification of the
6    targets is something that I would do.
7    Q. And did you prepare it on or around July
8    25, 2000?
9    A. I can't recall for sure, but that's within
10   the time frame of the annual process.
11   Q. Does this reflect the final budget number
12   for general business for fiscal year 2001?
13       MS. KYROUZ: Objection, lacks
14   foundation.
15   A. Again, based on the content, that's what
16   it's intending to show on that date.
17   Q. So on this date, the final budget number
18   for general business was $779 million?
19       MS. KYROUZ: Same objection.
20   A. Again, that's what the e-mail is notifying
21   the folks on the distribution list here.
22   Q. Was it the regular practice of Oracle to
23   send out final budget numbers?
24       MS. KYROUZ: Objection, vague.
25   A. I can only speak for North America sales;

77

1  and in my organization, I would always send out a
2  similar e-mail, just to close the loop and confirm
3  that that's what the target was.
4      Q.  Good.  Okay; let's go to Exhibit 5.  What
5  is Exhibit 5?
6      A.  Exhibit 5 is almost exactly the same as
7  Exhibit 4.  It's going to a different distribution
8  list, but the content is the same.  It's a
9  notification of a final budget.  And this one is
10  going to majors, because I see Mary Anne Gillespie
11  and Alan Brown.
12     Q.  So you prepared this document?
13     A.  I remember preparing these documents, yes.
14     Q.  You prepared it in the regular course of
15  your business?
16     A.  Again, as the other document, 4, yes, this
17  is similar.
18     Q.  It was your responsibility to send this
19  e-mail?
20     A.  Yes, that was my responsibility at the
21  time.
22     Q.  And you regularly sent e-mails about the
23  final budget?
24     A.  Yes, I did.
25     Q.  And you sent this in the regular course of

78

1  your business?
2      A.  Yes, I would.
3      Q.  So is this saying that on July 28, 2000,
4  the final budget for majors was $380.8 million?
5          MS. KYROUZ:  Objection, lacks
6  foundation.
7      A.  Again, that's what this document was
8  notifying.
9      Q.  You can put that document aside.
10         MR. BRITTON:  We can change the tape.
11         THE VIDEOGRAPHER:  This marks the end of
12  Videotape No. 1, Volume 1, in the deposition of
13  David Winton.  Going off the record.  The time is
14  11:14.
15         (Recess taken)
16         THE VIDEOGRAPHER:  This marks the
17  beginning of Videotape No. 2, Volume 1, in the
18  deposition of David Winton.  The time is 11:17.
19  We're on the record.
20     Q.  Mr. Winton, will you turn back to Exhibit 3
21  for me for a second?
22     A.  Three?  Got it.
23     Q.  The first page of Exhibit 3, the Bates
24  35021 --
25     A.  Yes.

79

1      Q.  -- says, "The proposed revenue target of
2  1" -- I guess that's 1 billion 368 million.  What is
3  that?
4          MS. KYROUZ:  Objection, vague.
5      A.  I assume that that's a target that we
6  received that I'm responding to here.
7      Q.  A target that you received from whom?
8          MS. KYROUZ:  Same objection, lacks
9  foundation.
10     A.  I'm responding to Larry Garnick, who worked
11  in Jennifer Minton's organization, so I assume he
12  sent the spreadsheet with targets.
13     Q.  So this would be the proposed revenue
14  target by Jennifer Minton's group?
15         MS. KYROUZ:  Objection, vague, lacks
16  foundation.
17     A.  Target from corporate.
18     Q.  From corporate?
19     A.  Yes.
20     Q.  Very good.  You can put that document
21  aside.
22         Now, the forecasting process for Oracle
23  was different than the budgeting process, right?
24     A.  It was a different process, yes.
25     Q.  Can you explain the forecasting process for

80

1  me, please?
2          MS. KYROUZ:  Objection, vague.
3      A.  I can speak specifically to the forecasting
4  process in North America sales at the time, as I
5  recall it.
6      Q.  Okay.
7      A.  It was basically a bottoms-up review of
8  opportunities in the pipeline.  It would start with
9  each individual selling line of business, and they
10  would do that similar process up to their highest
11  executive, which would be, I think, an SVP at the
12  time, like a John Nugent or Mary Anne Gillespie.
13         Then those folks would have a similar
14  call with their boss, who in that case would be
15  George Roberts, to review their submission of the
16  forecast.  George Roberts would then combine that,
17  consolidate that, and submit it to corporate for the
18  North America sales.
19     Q.  What tool did you use -- withdrawn.
20         What tools did NAS use to do this
21  forecasting process?
22         MS. KYROUZ:  Objection, vague.
23     A.  So in that time period, we were using both
24  OSO, which was a system, and we were still weaning
25  ourselves off of Excel spreadsheets.

81

1    Q. How did NAS use OSO in its forecasting
2  process?
3        MS. KYROUZ:  Objection, vague, lacks
4  foundation.
5    A. That's a big question.  OSO was basically a
6  pipeline reporting tool.  I believe it was part of
7  the CRM suite, so it was an Oracle product.  And
8  again, its main intent was pipeline and forecast
9  repository.
10       So the intent was to move off of what
11 had been Excel-based spreadsheets that were sent
12 between a rep and his boss and up the chain to
13 consolidate; to move that data into a central
14 repository that could be shared across the company.
15 That's really what OSO was.
16       So we were in the process at that point
17 in '01 of still rolling it out, and that's why I
18 mentioned the Excel spreadsheets.  We never fully
19 abandoned the Excel spreadsheets.  But the intent
20 was for the account executive to maintain all the
21 detail of an individual opportunity or a deal in
22 OSO, and to get off of any side reporting on
23 spreadsheets.
24    Q. Now, who entered the information into OSO
25 about particular deals?

82

1    A. I can't say specifically who did on every
2  opportunity.  The stated policy was for the account
3  executive to enter the data.  There may have been
4  occasions where someone entered the data for them; I
5  can't say for sure.  But they were the primary,
6  first point of contact to enter data into OSO.
7        All management levels within sales had
8  access to OSO, and so a vice-president, a senior
9  vice-president, executive vice-president, could also
10 enter data in OSO.
11    Q. What information about the deals were
12 entered into OSO?
13       MS. KYROUZ:  Objection, vague, lacks
14 foundation.
15    A. I can't remember the entire screen shots
16 for OSO, but it was designed to maintain basic
17 information, including contact information at the
18 customer and within the Oracle team; the size of the
19 opportunity, meaning revenue, license revenue
20 potential; the individual products, so what were we
21 selling?  That was part of the OSO package.  And
22 time lines.
23       And so there were dates in terms of
24 closing dates and steps to close that could enter
25 into O SO.

83

1    Q. What do you mean by steps to close?
2    A. Steps to close would be -- part of
3  prosecuting a normal sale, there would be individual
4  steps including, that could include onsite meetings
5  with customers.  It could include demos.  Contract
6  signing could be specified as an action item, or
7  close date.  Those could be actually entered into
8  OSO as steps to close.
9    Q. Now, was there a comment field?
10   A. I don't recall, in that time period, if the
11 comment field was there.
12   Q. What about win probability?
13   A. The system was designed with the capability
14 for win probability calculations.  In my
15 recollection, in North America sales we did not
16 directly tie win probability to forecasting.
17   Q. Why not?
18       MS. KYROUZ:  Objection, vague.
19   A. It was hard enough to get the data into OSO
20 at this time frame.  We relied mainly on the
21 biweekly or weekly forecast calls to determine win
22 probability.
23   Q. Was there set definitions for the win
24 probability percentages in OSO?
25       MS. KYROUZ:  Objection, vague.

84

1    A. I recall seeing definitions around that.  I
2  don't remember when they came out.  That would have
3  come out from the operations group, either at
4  corporate, or we did have an operations person in
5  North America sales that worked with the OSO roll-
6  out team.
7    Q. How often did you access OSO?
8        MS. KYROUZ:  Objection, vague.
9    A. I don't remember.  I would access OSO
10 primarily to look at big-deal reports.
11   Q. All right.  The way you worded that has me
12 a little confused.  Did you access OSO to look at a
13 report, or did you access OSO to look at the data
14 and then generate a report?
15   A. The latter.  So I could go in and see major
16 accounts, and I could print out the list of deals
17 that were in OSO for major accounts.
18   Q. In OSO, there was a Worst, Forecast and
19 Best columns?
20       MS. KYROUZ:  Objection, lacks
21 foundation.
22   A. Again, I believe there were flex fields in
23 the system with those categories.
24   Q. What did worst case mean?
25       MS. KYROUZ:  Objection, lacks

85

1  foundation, vague.
2      Q. Let me ask, what did you understand worst
3  case to mean during the fiscal 2001 time period?
4      MS. KYROUZ:  Same objection.
5      A. So in North America sales, the worst and
6  the best case, at least from George Roberts' and my
7  standpoint, was something we didn't really focus on.
8  It was built into -- it was designed into the system
9  as a global roll-out; and the intent, I think, at
10  one point was to actually bring some validation to
11  those categories.
12      As the system was used in '01, I don't
13  recall ever talking really much about a worst and a
14  best; it was really the forecast is what people
15  would talk about.
16      Again, I think there was
17  documentation -- I'm not sure of the dates --
18  similar to the probability about what worst could
19  be, what it was supposed to mean, what forecast was
20  supposed to mean, and what best was supposed to
21  mean, globally. But my recollection is, across
22  Oracle at that time, it wasn't standardized.
23      Q. What did forecast mean?
24      MS. KYROUZ:  Objection, misstates prior
25  testimony, lacks foundation.

86

1      A. I can speak to what in North America sales
2  at that time George I thought forecast meant.
3      Q. Sure.
4      A. And forecast is really what we would call a
5  commit.  I'm not sure if that terminology was
6  actually used at the time, but it was basically what
7  we thought for sure was going to close in that
8  quarter.
9      Q. Do you remember a column for management
10  judgment in OSO?
11      MS. KYROUZ:  Objection, vague.
12      A. In my recollection, I don't believe there
13  was a management judgment flex field.  If I remember
14  correctly, I think it was a number that was backed
15  into; again, speaking in terms of OSO, when
16  comparing what was submitted by each of the
17  executive vice-presidents as a forecast and what was
18  actually forecasted with a flag in OSO by deal in
19  OSO.
20      So the delta between those two would be
21  considered management judgment, and it could be a
22  number smaller or bigger.
23      Q. So in the forecasting process, if the
24  account reps put their deals in and rolled it up to
25  the AVP and there was a number, and then that rolled

87

1  up to the senior VP and the number was higher, the
2  difference between the two would be the delta or the
3  management judgment; is that right?
4      MS. KYROUZ:  Objection, misstates prior
5  testimony, lacks foundation.
6      A. So you're speaking about something outside
7  the system in there, in your last point there.
8  Within OSO, the numbers would roll up; but again, on
9  an Excel report forecast submission, it could be a
10  totally different number than what is in OSO, and
11  the difference between those two typically was
12  management judgment.
13      Q. Why would there be a difference between the
14  two?  What factors would cause the difference
15  between the two numbers?
16      A. Again, OSO wasn't universally being used
17  correctly, at least across North America sales; if I
18  recall, in other groups as well.  So again, we
19  relied heavily on the actual forecast review
20  sessions with the vice-presidents to determine what
21  the forecast numbers should be.
22      Q. What type of reports did you generate in
23  fiscal year 2001 out of OSO?
24      MS. KYROUZ:  Objection, vague, lacks
25  foundation, misstates prior testimony with respect

88

1  to OSO.
2      A. My recollection of OSO was that it had
3  virtually no reporting capability in 2001, and so
4  very, very few reports were generated by me or my
5  group directly out of OSO other than, again, dumping
6  deal summaries out of it from Excel, onto Excel.
7      Q. What programs did you use then to generate
8  reports?
9      A. Excel.
10      Q. Excel.  And where did you get the
11  information from for the Excel?
12      A. They were extracts from OSO.
13      Q. So let me ask it a different way.  What
14  reports did you use in the forecasting process in
15  fiscal year 2001?
16      MS. KYROUZ:  Objection, vague.
17      A. Primarily in my role as consolidating North
18  America sales, I would receive forecast Excel
19  spreadsheets summarizing each of the line of
20  businesses' forecast.
21      Those numbers were based on OSO data, to
22  start with, but then when they had their individual
23  forecast reviews, they again could add management
24  judgment or whatever they wanted to to submit a
25  number to me.  So it was primarily consolidating

89

1  Excel spreadsheets.
2       (Marked, Exhibit 6.)
3       (Witness reviews document.)
4       A. Okay.
5       Q. Do you recognize Exhibit 6?
6       A. I don't specifically recall it. It looks
7  to be a PowerPoint presentation on OSO and forecast
8  reporting.
9       Q. Do you know who Lia Burke is?
10      A. I can't say for sure, but I believe she was
11  an analyst working with the OSO system; and I think
12  she worked for Ivgen Guner, but I can't say for
13  sure.
14      Q. Take a look at the page that ends with
15  Bates 5012, the only bullet point on the page there.
16      MS. KYROUZ: Do you mean --
17      A. 5012?
18      Q. 5012.
19      A. So this one?
20      Q. The Bates number at the bottom.
21      MS. KYROUZ: 5012. This is 2.
22      THE WITNESS: Oh; gotcha.
23      Q. The first -- the only bullet point says
24  "Forecast by product summary report." Did you use
25  anything called a product summary report --

90

1       MS. KYROUZ: Objection, vague.
2       Q. -- in your forecasting responsibilities?
3       A. I honestly don't remember.
4       Q. Did you title the reports that your group
5  had generated out of OSO?
6       MS. KYROUZ: Objection, misstates prior
7  testimony with respect to OSO.
8       A. Could you repeat that?
9       MS. KYROUZ: Vague.
10      Q. I'll ask it a different way. Did you title
11  the reports that you, your group, generated in the
12  forecasting process?
13      MS. KYROUZ: Objection, vague.
14      A. I don't recall.
15      Q. Have you heard of a big-deal report?
16      A. Yes.
17      Q. What does a big-deal report mean to you?
18      A. Again, from my experience, it was just an
19  extract out of OSO by line of business of their big
20  deals, and in most cases a big deal was over 500K.
21      Q. Have you ever had heard of the phrase
22  "big-deals scenario"?
23      A. A big-deals scenario, I believe, was a
24  close tracking report.
25      Q. What do you mean by a close tracking

91

1  report?
2       A. From what I recall -- so big deals was just
3  a dump of the big deals. Big-deals scenario, as I
4  remember it, was a report that was submitted towards
5  the end of the quarter for all of the larger deals
6  that had been committed. And in some cases, I
7  believe even upside deals were included on there,
8  but I can't say for sure, that they wanted to
9  closely monitor. And so on those, we would actually
10  put a Comments section.
11      Q. How often did you download or print out the
12  big-deal reports that you used in the forecasting
13  process?
14      MS. KYROUZ: Objection, misstates prior
15  testimony, lacks foundation.
16      A. Again, I don't recall. Jody Terry
17  primarily was responsible for pulling those for me,
18  and we would typically follow whatever the published
19  schedule was. And so typically early in the
20  quarter, there are fewer forecast submissions, and
21  then the last month of the quarter there are weekly
22  submissions.
23      Q. Did you use the forecast schedule to
24  forecast calls in Months 1 and 2, and every week in
25  Month 3?

92

1       MS. KYROUZ: Objection, speculation,
2  vague.
3       A. I can't say that we always did, but the
4  practice was to follow whatever the corporate
5  calendar was in terms of forecasting. We may have
6  done forecasting on a week that wasn't required.
7       Q. Now, on the weeks that were required, did
8  you print out the big deals for each call?
9       MS. KYROUZ: Objection, lacks
10  foundation, calls for speculation.
11      A. Again, I can't confirm that we always did,
12  but that was the practice.
13      Q. That was the practice. So you'd want the
14  big deals on the call that you were discussing the
15  forecast on; is that fair?
16      A. Yes; I would say at the time frame of
17  fiscal '01, we weren't far along with folks doing
18  this online, so we relied on those type of big-deal
19  printouts to actually have the call.
20      Q. All right. You can put Exhibit 6 aside.
21      Now, let's talk about those
22  forecasting -- well, before we get there, you had
23  talked about the pipeline, and I want to get an
24  understanding of what the pipeline meant to you.
25      A. Okay.

93

1      MS. KYROUZ:  Objection, vague.

2      A. So what it meant to me in terms of where it

3   came from?

4      Q. What did the pipeline mean?  What's in the

5   pipeline?

6      MS. KYROUZ:  Same objection.

7      A. The pipeline, in the way we talked about

8   it, was a summary of all of the opportunities.

9   Again, we usually only talked about the current

10  quarter.  So all the opportunities within a current

11  quarter that were -- that something was happening

12  with.

13      So it could be a deal that had moved

14  over from the prior quarter and was ready to close

15  immediately on the one end of the scale, or it could

16  be an opportunity that we had just gotten a lead on,

17  that an AE said, there's a chance this could be a

18  very quick turnaround.  So that's why it's in the

19  pipeline for that period.

20      So I'm speaking in terms of pipeline in

21  the current quarter, but folks input deals all the

22  time for future quarters, so pipeline could also

23  include deals in future quarters as well.

24      Q. So a Q3 pipeline may have deals for Q4?

25      MS. KYROUZ:  Objection, lacks

94

1   foundation.

2      A. There should not be deals targeted for a

3   different quarter in the current quarter.  That's

4   not to say that a deal becomes a Q4 deal and then

5   moves out.  It's a constantly -- it's a very fluid

6   dynamic, so....

7      Q. Right; okay.  What would cause the pipeline

8   during the quarter to increase?

9      MS. KYROUZ:  Objection, vague, lacks

10  foundation.

11      A. There are multiple answers to that.

12      The pipeline could increase by obviously

13  adding net new opportunities in the current quarter.

14  It could increase if the deal size increases.  So if

15  it starts at a million dollars and suddenly there's

16  a five-million-dollar opportunity, the rep has the

17  responsibility to increase the amount.

18      Those are the two primary reasons why it

19  would go up in a quarter.

20      Q. Any other reasons?

21      A. Not that comes to mind.

22      Q. What would cause a pipeline to fall during

23  a quarter?

24      MS. KYROUZ:  Same objection.

25      A. Again, it would be a similar scenario going

95

1   in reverse.  So a deal could shrink, which could

2   happen; the original estimates may have been too

3   high or user counts come down.  Deals push to

4   quarters constantly, so the opportunity could not be

5   fully baked, and they say, okay, this is not a Q3

6   opportunity; it's a Q1-of-next-fiscal-year

7   opportunity.  So you'll see deals moving.

8      Q. What about closed deals?  Does the value of

9   those deals stay in the pipeline?

10      MS. KYROUZ:  Objection, vague, lacks

11  foundation.

12      A. I don't remember.  My understanding was,

13  when a deal was closed, I think it was flagged as

14  won, and I believe it dropped out of the

15  calculation, but I can't say for sure.

16      Q. Who was responsible or what group was

17  responsible for taking deals and moving them from

18  one quarter to the next quarter?

19      MS. KYROUZ:  Objection, vague, lacks

20  foundation.

21      A. Well, in my opinion, at the time it was the

22  account executive or sales rep's responsibility.

23      Q. All right.  Let's talk about these

24  forecasting calls.  During fiscal year 2001, what

25  was the schedule for your forecasting calls for each

96

1   quarter?

2      MS. KYROUZ:  Objection, vague.

3      A. Again, I can't remember specifically, but

4   the normal process that I recall were biweekly

5   submissions in the first two months, and then weekly

6   submissions in the last month of any quarter.

7      And again, for North America sales, we

8   tried to keep our schedule in sync with the forecast

9   submission schedule, so that's the typical scenario;

10  but there were times when submissions were postponed

11  or delayed or pushed off as well.

12      Q. Now, was it your understanding there were

13  forecasting calls for each division within NAS?

14      MS. KYROUZ:  Objection, lacks

15  foundation.

16      Q. Their own forecasting calls?

17      A. My understanding of the process within NAS

18  was that each vice-president or senior vice-

19  president or regional manager, for that standpoint,

20  had weekly forecast reviews.  Some of them may have

21  done biweekly and stayed with the schedule, but from

22  my knowledge of some of the individuals, they were

23  doing them weekly.

24      But the intent was that, from the

25  regional manager to VP level, they had team review

Winton, David  5/26/2006  9:17:00 AM

97

1   calls, sometimes physically in the same office if
2   they're in the same office, or conference calls
3   going through each opportunity in the current-
4   quarter pipeline.
5       Q.  Did you participate in any of those calls?
6       A.  Not at the lower -- no, not at the regional
7   manager of VP calls, I did not.
8       Q.  What about the senior VP calls?
9       A.  The senior VP calls were the George Roberts
10  forecast calls.  His calls with his directs -- John
11  Nugent, Mary Anne Gillespie, Hilarie Koplow -- I
12  participated in most of those calls unless I had a
13  scheduling conflict.
14      Q.  What about the forecasting calls with John
15  Nugent and his direct reports?  Did you participate
16  in those?
17      A.  For the most part, I did not.  I relied on
18  my directs, Alan Brown, Bill Roselli, and so forth.
19  They participated in those calls.
20      Q.  After those calls, did you have a schedule
21  for your directs to report to you what had taken
22  place during those calls?
23          MS. KYROUZ:  Objection, vague.
24      A.  We did have -- again, we followed the
25  corporate lead on the schedule.  Jody Terry

98

1   consolidated the data for me and for George; and so
2   yes, she did have set timetables for them to deliver
3   their results to us.
4       Q.  Did you ever have conference calls or
5   meetings with your direct reports and ask them what
6   happened during that call?
7          MS. KYROUZ:  Objection, vague.
8       A.  I may have, but that was not my practice.
9       Q.  In your forecast calls that George Roberts
10  had with his direct reports -- and it would be fair
11  to characterize those as George Roberts' forecast
12  calls?
13      A.  Yes.
14      Q.  In George Roberts' forecast calls, who
15  participated?
16      A.  If I remember correctly, it was myself,
17  Jody, Hilarie Koplow, I believe Ron Bunting
18  representing the headquarters groups, of course
19  George, and I believe Margie Gilbert attended many
20  of them but not all.
21      Q.  Who is Margie Gilbert?
22      A.  Margie Gilbert was operations for North
23  America sales.
24      Q.  What about John Nugent, Mary Anne
25  Gillespie?

99

1       A.  So what I just gave you was the core sort
2   of George's staff team, and then on each individual
3   call would then be the lead, so that would be John
4   Nugent, Mary Anne Gillespie, Tony Kender.
5       Q.  Did the core George Roberts group meet,
6   have different forecasting calls than the ones with
7   the direct reports?
8       A.  No, they did not.
9       Q.  Were the forecasting calls group calls,
10  John Nugent, Mary Anne Gillespie and Tony Kender?
11      A.  There may have been some group calls, and
12  again, because we kind of changed this over the
13  couple of years we were doing it, most of the time
14  they were not overlapping, because John Nugent
15  didn't want to hear about Mary Anne's deals, and
16  Kender didn't want to hear about -- so what we tried
17  to do was schedule time blocks, and we tried to
18  always do it in one day so we didn't push it out to
19  a two-day exercise.  So within a certain time frame,
20  they were supposed to call into a conference call
21  number, and we would go through their deals.
22      Q.  Now, did you have a schedule to talk to
23  Jennifer Minton after George Roberts' forecast
24  calls?
25      A.  No.  There was no schedule.

100

1       Q.  Was there a particular day of the week that
2   George Roberts had his forecast calls?
3       A.  There was, but I can't remember.  Again, we
4   had changed it.  I think at some point we were
5   trying to end of the week, and I think we changed
6   it to beginning of the week.  But once we
7   established it a quarter, it usually stayed the same
8   day.
9       Q.  At any time in fiscal 2001 did you report
10  to Jennifer Minton about George Roberts' forecasts?
11          MS. KYROUZ:  Objection, vague.
12      A.  I'm sure that in the course of a quarter,
13  we would have both conversations in terms of phone
14  calls, or sometimes actual write-ups.
15      Q.  What do you mean, write-ups?
16      A.  E-mail summaries.
17      Q.  So it would be a summary of what happened
18  on the call?
19      A.  It could be that, or it could just be
20  notification of a change, a change in expense
21  margin, you know.  It was more of just a
22  notification kind of thing.  There was no set
23  schedule, and there was no requirement that you
24  needed to do that.
25      Q.  And then did you participate in forecast

101

1  calls with Jennifer Minton?

2      A. On occasion I would, yes.

3      Q. Did Jennifer Minton ever participate in

4  George Roberts' forecast calls?

5      A. Not that I ever remember, no.

6      Q. Did Jeff Henley ever participate in George

7  Roberts' forecast calls?

8      A. Not that I remember, no.

9      Q. What about Larry Ellison?

10     A. No.

11     Q. Jennifer Minton's forecast calls, what do

12 you understand those to be?

13     A. Well, those actually weren't --

14         MS. KYROUZ: Objection, lacks

15 foundation.

16     A. What you referred to as my conversations

17 with her as a forecast call was my participation in

18 George's call with the EC.

19     Q. The executive committee?

20     A. And Jennifer was part of that, part of that

21 core team.

22     Q. How frequently did you participate in the

23 executive committee forecast calls?

24     A. I don't recall. I would say more than 50

25 percent of them.

102

1      Q. Now, were those executive committee

2  meetings, were they executive committee forecast

3  calls, or were they meetings where forecasts were

4  discussed in addition to other topics?

5          MS. KYROUZ: Objection, lacks

6  foundation, vague.

7      A. My recollection were that they were

8  meetings targeted at just discussing the current

9  forecasted pipeline.

10     Q. Can you describe for me a typical George

11 Roberts forecast call? What topics were discussed?

12 How did it go?

13     A. That's pretty open-ended, but I can tell

14 you that it was basically a review of the

15 submission; so each group would submit, again, as I

16 said, an Excel spreadsheet on a template, what they

17 thought the forecast was for that period. They

18 would note any changes in the forecast.

19         That's sort of how it would open up.

20 "My forecast is still $100 million; it was $100

21 million last week," or "It's 110 now, and it's 110

22 because these two deals have been added in."

23         Then George would always like to hear

24 about what he called the big deals. So in the case

25 of majors, that would be most of them. In the case

103

1  of general business, it would be maybe the first two

2  pages of their deal list, because general business

3  had many smaller deals, half a million and under.

4      Q. Right.

5      A. And there wasn't time enough to go through

6  every one of those each week.

7          And questions would come up from George

8  to them in terms of just where they were in the

9  sales stage, or did they need his help, or did they

10 need Larry or Safra to step in for a meeting or

11 whatever?

12         So it's really around what's still

13 committed, and what are the steps to close, and do

14 you need any executive help to come in and help

15 close them?

16     Q. Now, we talked about big-deal reports or a

17 printout of big deals being used on the forecast

18 calls.  Did you have a list of all of the deals that

19 were being worked on during these forecast calls?

20         MS. KYROUZ: Objection, vague, lacks

21 foundation, misstates prior testimony.

22     A. I can't say for sure that I always did,

23 because again, I tried to focus in on what George

24 was going to focus in on for the calls, and those

25 were not the smaller deals.

104

1          So if I did have a list of every deal, I

2  typically wouldn't actually refer to the smaller

3  deals.  We would ask them to summarize what their

4  forecast was for those smaller deals, and we might

5  talk to it, if it went up or down; but we didn't

6  dive into, "Tell me about this 25K deal at eBay." I

7  mean, we just wouldn't talk about that.

8      Q. What size of the deal was the cutoff

9  between big deal and not a big deal?

10     A. It changed; even from call to call it could

11 change.  Typically it was a million dollars and more

12 that George was interested in talking about.

13     Q. We talked about the forecasting calls.

14 George Roberts also had operations reviews; is that

15 right?

16     A. Yes, he did, as a practice.

17     Q. How frequently did he have those?

18         MS. KYROUZ: Objection, lacks

19 foundation.

20     A. My recollection is that we had them -- we

21 tried to have them every quarter, shortly after the

22 quarter ended.

23     Q. Did you make it a practice to attend every

24 George Roberts operations review?

25     A. I tried to attend every review, yes.

105

1   Q. In fiscal 2001, did George Roberts have an
2   operations review every quarter?
3        MS. KYROUZ: Objection, lacks
4   foundation.
5        A. I can't honestly remember if he did every
6   quarter.
7   Q. For George Roberts' operations reviews, did
8   anyone from corporate headquarters participate?
9        A. Typically no one from corporate was invited
10  unless there was a guest speaker slot. I would say
11  on the main, it was his core staff, and then his
12  direct reports.
13  Q. Did you have any -- withdrawn.
14       Did you meet, in fiscal year 2001, did
15  you meet in person with Jennifer Minton at any time?
16       A. Yes.
17  Q. When was that?
18       A. I don't remember. I took trips regularly
19  to headquarters, and I would meet her on occasion,
20  being in the same area.
21  Q. Going back to the reports, did you submit
22  any reports to Jennifer Minton on any regular basis?
23       A. Not directly that I recall, any standard
24  reporting directly to Jennifer, no.
25  Q. To her group?

106

1        A. All the reporting we did was mainly through
2   Ivgen Guner.
3   Q. So what reports did you submit to Ivgen
4   Guner?
5        A. Those would be primarily, during the budget
6   planning cycle, copies of submissions or supporting
7   schedules; and then for quarterly forecasting, it
8   would be actual confirmations of what we had
9   submitted in OSO.
10  Q. How did you physically do that?
11       MS. KYROUZ: Objection, vague.
12       A. Jody Terry was the primary person doing
13  that, and if I remember, in terms of the forecast
14  being submitted, I think it was just an e-mail
15  notification: "Here are the numbers we submitted."
16  Q. Was it the George Roberts forecast report
17  that you used during George Roberts' forecast calls?
18  Is that what you would send up to Ivgen Guner, or
19  something different?
20       MS. KYROUZ: Objection, misstates prior
21  testimony, lacks foundation.
22       A. My recollection is that they didn't ask for
23  those reports. We may have provided them on
24  occasion to them as backup. They primarily wanted
25  the numbers.

107

1   Q. Just the numbers?
2        A. Yes.
3   Q. And then actual results for -- let me ask
4   it a different way. How did you get actual results
5   -- withdrawn.
6        Did you get actual results for any
7   period of time during fiscal year 2001?
8        MS. KYROUZ: Objection, vague.
9        A. Well, the actual closed and booked business
10  was tracked and booked by analysts that worked for
11  my financial managers.
12  Q. So you'd receive monthly closed reports?
13       MS. KYROUZ: Objection, lacks
14  foundation.
15       A. I don't recall the timing of the official
16  reports, but I believe each forecasting period we
17  would have an update of what was in, yes.
18  Q. And was that update on the reports that you
19  were using on the calls?
20       MS. KYROUZ: Objection, vague, lacks
21  foundation, misstates prior testimony.
22       A. I can't say for sure, but I believe our
23  format asked for -- I believe it asked for estimated
24  in.
25       MR. BRITTON: This will be 7 through 16.

108

1        (Marked, Exhibits 7 through 16.)
2        MR. BRITTON: Let's go off the record.
3        THE VIDEOGRAPHER: The time is 12:04.
4   We're off the record.
5        (Discussion off the record.)
6        THE VIDEOGRAPHER: Back on the record.
7   The time is 12:11.
8   Q. Mr. Winton, I place in front of you what's
9   been marked as Exhibits 7 through 16. Will you take
10  a moment to look at each one of these exhibits?
11       A. Okay.
12  Q. And to let you know, I'm going to ask you a
13  series of foundational questions with each one, just
14  for evidentiary purposes, so "prepared in the
15  regular course of business," all those kinds of
16  questions.
17       A. Okay.
18  Q. Hopefully we can get through that pretty
19  quick.
20       (Witness reviews document.)
21       MR. BRITTON: For the record, Exhibit 7
22  starts at -- all of these will have the prefix
23  NDCA-ORCL. Exhibit 7 starts at 202485 and ends at
24  79.
25       MS. KYROUZ: I'm sorry, Doug; can you do

Winton, David  5/26/2006  9:17:00 AM

---

109

1  that one again?

2     MR. BRITTON:  Yes.  I'm realizing that

3  the first exhibit has two documents in it, so....

4     It looks like Exhibit 7 is two

5  documents.  The first one starts at Bates NDCA-ORCL

6  202485 and ends at 490, and the second document

7  starts at 151795 and ends at 798.

8     Exhibit 8 starts at CA-ORCL 036159 and

9  ends at 165.

10     Exhibits 9 starts at CA-ORCL 036166 and

11  ends at 172.

12     Exhibit 10 starts at CA --

13     MS. KYROUZ:  I'm sorry; what's the last

14  page?  172?

15     MR. BRITTON:  On Exhibit 9?  172.

16     MS. KYROUZ:  Oh; you're on Exhibit 9.

17     MR. BRITTON:  Do you want me to start at

18  8?

19     MS. KYROUZ:  8, you said it ends at --

20     MR. BRITTON:  8 goes from 159 to 165.

21     MS. KYROUZ:  Our copy, then, has a whole

22  bunch of additional pages after it, and there's a

23  blank page, and then there's 36160 through 165.

24     MR. BRITTON:  Can I see your copy real

25  quick?

---

110

1     All right, it looks like it's two

2  documents.

3     MS. KYROUZ:  Is it duplicate pages of

4  the same?

5     MR. BRITTON:  On Exhibit 8, why don't we

6  tear off the blank pages, all to way to the back.

7     I'll try once again.  Exhibit 8 starts

8  at CA-ORCL 036159 and ends at 165.  Is that what you

9  have?

10     MS. KYROUZ:  Yes.

11     MR. BRITTON:  Exhibit 9 starts at

12  CA-ORCL 036166 and ends at 172.

13     Exhibit 10 starts at NDCA-ORCL 038353

14  and ends at 358.

15     Exhibit 11 starts at 038 -- excuse me;

16  starts at NDCA-ORCL 038359 and ends at 364.

17     Exhibit 12 starts at NDCA-ORCL 038365

18  and ends at 372.

19     Exhibit 13 starts at NDCA-ORCL 038373

20  and ends at 380.

21     Exhibit 14 starts --

22     MS. KYROUZ:  I'm sorry; Exhibit 13, my

23  copy if it doesn't have all those pages.  I have

24  373, then it goes to 375.

25     MR. BRITTON:  Okay.  Well, let's start

---

111

1  over.

2     Exhibit 13, the first page is NDCA-ORCL

3  038373, skips 374, and then continues with 375 to

4  380.

5     Exhibit 14 starts at NDCA-ORCL 038381,

6  skips the second page at 382, starts at 383 and ends

7  at 388.

8     Exhibit 15 starts at CA-ORCL 036205 and

9  ends at 212.

10     And then Exhibit 16 starts at Bates

11  CA-ORCL 036213 and ends at 220.

12     Q.  Mr. Winton, have you had a chance to look

13  at Exhibits 7 through 16?

14     A.  Yes, I have.

15     Q.  Do you recognize them?

16     A.  I recognize them as the format of forecast

17  roll-ups at the North America sales level.

18     Q.  Each one?  Each document in each exhibit?

19     A.  Each one appears to be a weekly forecast

20  roll-up.

21     Q.  And Exhibit 7 is the roll-up for September

22  8, 2000; is that right?

23     A.  That's what the date on the cover sheet

24  says, yes.

25     Q.  And is this the final roll-up?

---

112

1     MS. KYROUZ:  Objection, lacks

2  foundation, calls for speculation.

3     A.  I would have no way of knowing.  These are

4  all Excel documents; they're not generated from a

5  system.  Even if it says "Final," it doesn't mean

6  it's final necessarily.

7     Q.  Were these the forecast reports that were

8  used during the George Roberts forecast calls during

9  the first quarter of 2001?

10     MS. KYROUZ:  Objection, lacks

11  foundation.

12     A.  I can't say that these were the actual ones

13  that were used, but this is the style and format of

14  the submission packages that were consolidated by

15  Jody Terry.

16     Q.  So Jody Terry prepared these?

17     A.  For the most part, it would have been Jody

18  Terry at the time.

19     Q.  Did you have any involvement in preparing

20  these reports?

21     MS. KYROUZ:  Objection, vague.

22     A.  My involvement would be in some cases a

23  review before it was finalized for the call.

24     Q.  And was each report in Exhibits 7 through

25  16 prepared in the regular course of NAS's business?

---

113

1    A. Yes; these reports would be in support of
2   the standing George Roberts forecast calls.
3    Q. And you used these in the regular course of
4   NAS's business?
5    A. That's correct.
6    Q. Was it Jody Terry's responsibility to
7   prepare these reports, the reports in Exhibits 7
8   through 16?
9    A. It was one of her primary responsibilities,
10  yes.
11   Q. And NAS -- or she prepared these reports
12  for each forecast call during the first quarter of
13  2001?
14       MS. KYROUZ: Objection, lacks
15  foundation.
16   A. I can't say that she did all of them, but
17  it was her main responsibility to prepare them, yes.
18   Q. Was there anybody else that prepared
19  reports like these at NAS for the George Roberts
20  forecast calls?
21       MS. KYROUZ: Objection, vague.
22   A. I don't know specifically who was on board
23  in this time period. We did have some analytical
24  support help for Jody, and so that could have been
25  the case.

114

1    Q. These were prepared by your group?
2    A. That's correct.
3    Q. Now, were each of these reports prepared on
4   or near the date that is indicated on the top right-
5   hand corner of the first page of each report?
6    A. I have no way to confirm that.
7    Q. What was the practice at the time of
8   preparing these reports? How long before the date
9   that it was submitted was it prepared?
10   A. This is hard to say, because submission
11  week is talking to the corporate schedule here. The
12  date, I'm not sure if that's the actual date that
13  was put on by the Excel program itself when this
14  thing was printed, so I can't say.
15       I can say the practice was that we tried
16  to get these final versions in the hands of each of
17  the participants in the George Roberts call and
18  George at least a day before the call.
19   Q. So each one of these reports would have
20  been prepared a day or so before each call?
21   A. That would have been the target.
22   Q. I just want to go through a few of these to
23  make sure that I'm reading them correctly.
24       The first one, Exhibit 7, indicates that
25  it's a final report. You can't tell me for sure

115

1   whether it's the final one or not, right?
2    A. I can't tell you that, because there have
3   been many draft versions of even a final.
4    Q. The far left-hand corner, under License
5   Revenue, is Budget. Are those the budget numbers
6   for each of the respective divisions that are
7   underneath it?
8        MS. KYROUZ: Objection, lacks
9   foundation. Are you asking him to read the
10  document?
11       MR. BRITTON: I'm asking for help in how
12  to understand the document.
13   A. So the intent of the document was really to
14  compare the forecast for both license revenue,
15  expense and head count against the annual targets.
16  So you'll see a Budget column in each of those
17  categories. That should be the budget for that
18  specific quarter based on the final approved
19  corporate budgets.
20   Q. Okay; good. Now, the next column says 8-29
21  Forecast. What does that column represent?
22       MS. KYROUZ: Same objection.
23   A. Again, so specifically on the dates, I
24  can't say for sure of what the 8-29 date
25  specifically meant here, but the numbers in that

116

1   column would have been the forecast numbers to be
2   discussed on the call, yes.
3    Q. So for majors, it would have been $55.5
4   million, roughly, forecast?
5    A. Yes, on this document that's the forecast
6   for the Q1.
7    Q. And for general business, it would have
8   been $102.8 million, roughly, would be their
9   forecast for Q1?
10   A. Again, that's the number that's there, yes.
11   Q. And then the next column over says
12  Q1 Actuals, and these numbers represent what?
13       MS. KYROUZ: Same objection.
14   A. Again, the column wants to show actual
15  booked revenue in that column.
16   Q. Then the Percent of Plan column shows what?
17   A. That calculation should be a comparison of
18  the Actual column, the one labeled Q1 Actuals,
19  comparing it to the budget.
20   Q. And then the Variance column represents
21  what?
22   A. Again, the calculation should be, the way
23  this is laid out, the dollar delta between the
24  actual and the budget.
25   Q. All right. If you come down to the bottom

117

1  box on Page 1, it's broken down by line of business
2  on the left; is that right?
3      A.  Yes.  Those are the line of business
4  categories for North America sales.
5      Q.  And then the top is the products.  Would
6  those be fairly characterized as the revenue-
7  generating columns?
8      A.  Yes.  It's an attempt to show the breakout
9  of the total revenue above into technology and
10  applications.
11      Q.  In technology, total NAS, the budget for
12  Q1 is $125.999 million.  Am I reading that right?
13      A.  That's what the report says, yes, the
14  budget for technology only.
15      Q.  For technology only for Q1?
16      A.  Yes.
17      Q.  And then the actuals for technology for Q1,
18  according to this report, were $158.559 million?
19      A.  That's correct.
20      Q.  So for Q1, the percentage of plan, what
21  does that column represent?
22      A.  So as in above, it's the achievement
23  against the budget, so it's the actual result that's
24  shown here, comparing it to the budget that's shown
25  here.

118

1      Q.  And then this column that says Yr-Yr
2  Growth, what does that column represent?
3      A.  That title on these reports typically
4  represents year-over-year growth, and that would be
5  trying to represent, by the lines of business,
6  again, in this case technology only, what did they
7  book a year ago in that Q1?  So it would have been
8  Q1 from the prior year, and calculating the growth
9  rate.
10      Q.  So it's year-over-year actuals, what you
11  actually generated in Q1 2000 versus Q1 2001?
12      A.  Versus whatever numbers were put in the
13  Actual columns for this reporting period, yes.
14      Q.  Now, the actuals for Q1 2000 don't show up
15  here.  Is that a hidden cell in Excel or something
16  like that?
17      A.  I don't remember specifically if it was
18  hidden or if it was in another tab on a spreadsheet.
19      Q.  So if I'm reading this document right, the
20  technology growth rate for NAS in Q1 '01 is 57
21  percent year over year?
22      A.  That's what it says, yes.
23      Q.  And then applications, the columns mean the
24  same?
25      A.  It's an identical layout, yes.

119

1      Q.  So applications growth for Q1 '01 for NAS
2  was 59 percent?
3      A.  That would be the calculation, yes.
4      Q.  And then this total plan, all the way over
5  here, it says total year-over-year growth for NAS
6  was 57 percent; is that right?
7      A.  That's what the calculation shows, yes.
8      Q.  Now, does the 57 percent in the Total
9  column represent all of the revenue-generating
10  aspects of NAS, or just tech and apps?
11      A.  Well, it's the entire revenues as reported
12  on the NAS report because the numbers are identical.
13      Q.  So it would include human resources and ISD
14  and U.S. headquarters and Canada license?
15      A.  Yes.  As I look at the report, it's pulling
16  out those revenue results into this Q1 total.
17      Q.  Okay.  You can put that document aside.
18          Let's go to Exhibit 8, because it's a
19  little different.  So Exhibit 8 is the George
20  Roberts forecast report for submission week 2; is
21  that right?
22          MS. KYROUZ:  Objection, vague.
23      A.  Well, that's what it's labeled.  Again, I
24  can't confirm if this is a draft or the final
25  document.

120

1      Q.  What would be more reliable to go off of:
2  the date or the submission week?
3          MS. KYROUZ:  Objection, lacks
4  foundation.
5      A.  I couldn't say either one was better than
6  the next.  There could have been times where the
7  submission week wasn't changed, for example.  I
8  mean, this is all Excel spreadsheets, so there were
9  cases where we could have a week 3 with the same
10  date on it, for example.  It could happen.
11      Q.  So it could flip around; all right.
12          So let's look at these different
13  categories.  The far left, we have license revenue.
14  So Q1 budget represents the budget broken down by
15  division for the first quarter of fiscal 2001?
16      A.  Again, that should be -- the intent is to
17  show the final budget by line of business for the
18  quarter, yes.
19      Q.  Now, the Q1 Forecast column, what does that
20  represent?
21      A.  So that would represent what each of the
22  senior vice-presidents and their VPs and regional
23  managers had forecast in that reporting period as
24  their forecast.
25      Q.  If you look at the top row, for majors,

121

1   underneath all the various divisions there's an
2   "HQ/Management Judgment," and under the forecast
3   negative 106.  Do you see where I'm reading?
4       A.  Yes, I see that.
5       Q.  What does that represent?
6           MS. KYROUZ:  Objection, lacks
7   foundation.
8       A.  So I can't comment on what the 106 is made
9   up of.  I can comment that there is management
10  judgment in the forecasting process to allow, at an
11  SVP level or even at a George Roberts level, to take
12  the submitted forecasts from below and apply
13  judgment plus or minus to the number.
14      Q.  And that's where it would show up, in that
15  HQ Mgmt column, or row?
16      A.  I could say that it should show up there.
17      Q.  Should?
18      A.  Yes.
19      Q.  All right.  Let's go to the next column
20  under License Revenue.  There's a percentage.  What
21  is that column intended to represent?
22      A.  The way I recollect this form, that is a
23  comparison of the forecast to the budget.
24      Q.  So at this point in time, for example, for
25  majors, their forecast was 85 percent of their

123

1   Revenue block?
2       A.  That's correct.
3       Q.  And then the Total Pipeline over here, what
4   is that intended to represent?
5       A.  This was supposed to represent all active
6   pipeline deals for Q1, in this case Q1 of '00.
7       Q.  Of '01?
8       A.  Of '01, I'm sorry; yes.
9       Q.  Let's look at the far left column and look
10  at the row above Majors that says HQ Management
11  Judgment.  So anything that would go in that row
12  would be Mary Anne Gillespie's management judgment?
13          MS. KYROUZ:  Objection, lacks
14  foundation, misstates prior testimony, vague.
15      A.  From my recollection, that was supposed to
16  be her judgment, not her VP's judgment, yes.
17      Q.  And then the same under, or above General
18  Business, the HQ Management Judgment, if John Nugent
19  had any judgment to add, he would have added it in
20  that row?
21          MS. KYROUZ:  Objection, lacks
22  foundation.
23      A.  I can say, if he did have management
24  judgment, we would expect that he would show it
25  there.

122

1   budget; isn't that right?
2       A.  Yes, on this report, that's how it reads,
3   yes.
4       Q.  All right.  And then the next column is
5   Forecast Variance.  What is that column intended to
6   represent?
7       A.  So that's the dollar difference between the
8   forecast and the budget by each of the groups.
9       Q.  So for majors, at this point in time, it
10  was, the forecast was $7.9 million below budget?
11      A.  Below what's showing as the Q1 budget, yes.
12      Q.  The next column, next large column, is Deal
13  Summary.  What is this column intended to represent?
14      A.  This column, or this block, I guess, was
15  two things.  One is, it showed the total pipeline
16  and what sort of coverage or ratio you had versus
17  your forecast.  So coverage would be, if you had a
18  one-to-one relationship, your forecast in pipeline
19  would be the same number, for example.
20          It also was an attempt to break out, on
21  a one-page summary, what management judgment was
22  within the forecast to the left.
23      Q.  So if you take the Forecast Deals column
24  and add it to the Management Judgment column, you
25  should get the Q1 Forecast column in the License

124

1       Q.  Show it there; okay.
2           And then if you look right above Total
3   North America, there's a U.S. HQ.  What is that row
4   intended to represent?
5       A.  U.S. HQ could be a combination of two
6   things.  We did have revenue, miscellaneous revenue,
7   that may not have hit some of the other lines of
8   business, they didn't get quota credit for.  That
9   could show up there.  Or it could be George Roberts'
10  management judgment.
11      Q.  Is there anywhere in the report that breaks
12  that out, whether it's revenue or George Roberts'
13  management judgment?
14      A.  Well, again, the intent of this was to show
15  it all the way down the line.  So if you look under
16  Deal Summary block, you'll see the entire amount has
17  been put under Management Judgment on this report.
18      Q.  So if it was attributed to the other
19  revenue that you mentioned, where would it show up
20  on this report?
21      A.  So if there was a combination of revenue
22  and judgment?  Then you would expect to see in the
23  Forecast Deals column an amount smaller than 5.7.
24      Q.  Was there ever management judgment added to
25  the pipeline?

125

1      A. No.
2      Q. If you saw a number, a management judgment
3   number, in the pipeline, what would that mean to
4   you?
5         MS. KYROUZ: Objection, lacks
6   foundation.
7      A. It would have no meaning.
8      Q. A mistake?
9      A. A mistake, yes.
10     Q. Very good; okay.
11        MR. BRITTON: Can we go off the record
12   for one second?
13        THE VIDEOGRAPHER: Sure. The time is
14   12:39. We're off the record.
15        (Luncheon recess taken)
16        THE VIDEOGRAPHER: We're back on the
17   record. The time is 1:30.
18        MR. BRITTON: Before we broke for lunch,
19   we went off the record, and we discussed whether we
20   needed to go through each of Exhibits 7 through 16
21   with the witness to lay the appropriate foundation
22   for authentication of business records, as opposed
23   to doing it as a group, as I attempted to do it.
24        So I just wanted to make sure that
25   defendants won't have any objection to

126

1   authentication and admissibility for Exhibits 7
2   through 16.
3         MS. KYROUZ: I can't speak to
4   admissibility, because I don't think that's what
5   you're talking about; but with respect to
6   authentication, your doing it as a group is fine
7   with us.
8         MR. BRITTON: So let's go through each
9   one, because we're going to have to deal with
10   admissibility.
11     Q. Let's go to Exhibit 7.
12        MS. KYROUZ: Admissibility is determined
13   by the Court. I'm not sure --
14        MR. BRITTON: I know; but in terms of --
15   are you going to have any arguments that we didn't
16   ask the questions for each document for the business
17   records exception, which -- regular course of
18   business, prepared by him or his group?
19        MS. KYROUZ: To the extent you asked him
20   that about them as a group, I don't think the answer
21   is going to be different for each individual
22   document. Therefore, I don't have a problem with
23   that piece of it.
24        MR. BRITTON: Okay; all right.
25        MS. KYROUZ: But it doesn't go to

127

1   admissibility generally, obviously.
2         MR. BRITTON: You reserve your rights
3   for admissibility?
4         MS. KYROUZ: Yes; sure.
5         MR. BRITTON: But you won't object since
6   I asked him as a group as opposed to each individual
7   document?
8         MS. KYROUZ: That's right. I think
9   you've covered it as a group.
10     Q. All right. You can put that down.
11        MR. BRITTON: Let's mark these next 17
12   through 26.
13        (Marked, Exhibits 17 through 26.)
14     Q. Mr. Winton, we've placed in front of you
15   what's been marked as Winton Exhibits 17 through 26.
16   Will you take a moment to flip through each one and
17   let me know if you recognize them.
18        MR. BRITTON: And I'll read them for the
19   record. Exhibit 17, one page, NDCA-ORCL 090402.
20        18, CA-ORCL 038221 to 228.
21        19, CA-ORCL 038229 to 235.
22        20, CA-ORCL 038236 to 242.
23        21, CA-ORCL 038244 to 251.
24        22, CA-ORCL 038252 to 259.
25        23, CA-ORCL 038260 to 267.

128

1        24, CA-ORCL 038268 to 74.
2        25, CA-ORCL 038275 to 281.
3        And 26 is CA-ORCL 038282 to 288.
4        (Pause)
5      Q. Mr. Winton, have you had a chance to look
6   at Exhibits 17 through 26?
7      A. Yes, I have.
8      Q. Do you recognize them?
9      A. Again, they're very similar to the last set
10   of exhibits. These are copies of George Roberts'
11   NAS forecast summary packages supporting the calls.
12     Q. And are each of the documents in Exhibits
13   17 through 26 genuine and authentic copies of the
14   originals?
15        MS. KYROUZ: I'm going to object with
16   respect to Exhibit 17, and note that it's a one-
17   page -- I don't know; are you representing this as
18   the entire document?
19        MR. BRITTON: I have no idea. It's a
20   one-page document.
21        MS. KYROUZ: I don't know if you want to
22   address that one separately.
23     A. Yes, I'll address that one. This appears
24   to be the cover page of this reporting submission,
25   week 13.

**129**

1  Q. Right.
2  A. The packages in general were substantial in
3  terms of number of copies.
4  Q. So Exhibit 17 is the first page of a larger
5  report?
6  A. That's correct; that's correct.
7  Q. Is Exhibit 17 a genuine and authentic
8  copy of the original first page of the report?
9  A. I can't say that it's either. It is in the
10  same format and style as the ones that we typically
11  produced.
12  Q. Anything seem out of line?
13  A. Nothing that jumps out at me.
14  Q. For Exhibits 17 through 26, did your group
15  prepare these in the regular course of its business?
16  A. Yes. As with the last grouping, these
17  were, again, completed for supporting the forecast
18  calls with George Roberts.
19  Q. And were each of the documents in Exhibits
20  17 through 26 prepared on or around the date that is
21  noted in the upper right-hand corner of each
22  document?
23  A. That, I cannot confirm, again for the same
24  issues we had before. These are entered into an
25  Excel spreadsheet. These may or may not be finals.

**130**

1  Q. So it would have been your practice to
2  prepare these within a day or two before each
3  forecast call that you had?
4  A. That practice would have been the same in
5  Q2.
6  Q. And was it your division's regular practice
7  to prepare these reports for each of the forecast
8  calls in Q2 '01?
9  A. Yes, that's correct.
10  Q. And it was your group's responsibility to
11  prepare these reports?
12  A. Yes.
13  Q. Now, if you'd look at Exhibit 17, the
14  columns that are on this page, do those have the
15  same meaning as the columns that we had looked at in
16  Exhibit 7?
17  A. So in terms of the budget --
18  Q. Yes.
19  A. -- and the percent of plan and variance,
20  those should be the same, in terms of what they're
21  comparing on the file.
22  Q. So the budget is showing the budget for Q2
23  '01?
24  A. That's what it should show.
25  Q. The next column, 11-27 Forecast, is

**131**

1  showing, or should be showing, the forecast for each
2  of the respective divisions as of that date?
3  A. Well, I can't say it's as of that date.
4  That may have been a target date to submit to me, so
5  I can't say exactly what date they reflect. But it
6  should be close to that date, just looking at the
7  format of this summary sheet.
8  Q. Now, the next column is Q2 Final. Is that
9  supposed to represent the final numbers for the
10  quarter?
11  A. Yes. This cover page says it's Week 13, in
12  December. It would suggest that final data for --
13  let me think about that. Why would I say that final?
14  Q. This was seven days after the close of Q2
15  '01.
16  A. I would say that Final column represented
17  the estimated end for Q2. Most likely, it wasn't
18  the final booked revenue that finance would have
19  recognized for the whole of that.
20  Q. And then the percent of plan is the
21  percent -- is comparing what?
22  A. In this case, I haven't checked the
23  calculations, but as I recall, that should have now
24  been comparing the final, what was called final
25  there, which could be an estimate.

**132**

1  Q. Right.
2  A. Comparing that to the budget.
3  Q. And then the variance is the difference
4  between the final and the budget?
5  A. If that's what it was comparing, yes.
6  Q. Is that what it was comparing?
7  A. Again, I can't check the calculations, but
8  if it was comparing -- if the percent of plan is
9  comparing the final, then the variance would be
10  comparing the final as well.
11  Q. Now, down to the bottom square, this is the
12  same year-over-year growth that we had talked about
13  on the previous final report for Q1 2001?
14  A. Yes; similar format as we saw in the
15  Q1 page, yes.
16  Q. So it would be fair to say that, according
17  to this report, NAS had revenue growth of 25 percent
18  in its tech business for Q2 '01?
19  A. Right. That's the comparison that would be
20  shown.
21  Q. And then applications had 93 percent growth
22  year over year in the second quarter of 2001?
23  A. Right, based on that actual estimate.
24  Q. Right, and then the total business had 42
25  percent growth year over year in Q2 '01?

133

1    A. Comparing the quarter a year ago to this
2  current quarter, yes.
3    Q. So I'm reading that right.
4       If you can turn to Exhibit 18.
5    A. Okay.
6    Q. This is the George Roberts forecast report
7  dated September 5, 2000?
8    A. That's the date on the report, yes.
9    Q. So the far left-hand column is the budget
10  for each respective division for Q2 '01?
11    A. Right.  It should be the official budget
12  for the quarter.
13    Q. The next line, or the next column over,
14  Q2 Forecast, that's going to be the Forecast column
15  for Q2 '01?
16    A. So in this reporting period, again, that
17  would have been what was submitted by the VPs and
18  the SVPs to George Roberts.
19    Q. And then the Percentage column is comparing
20  the Q2 forecast as of this date against the budget?
21    A. Against the Budget column, right.
22    Q. And the same for the forecast variance?
23    A. Exactly.
24    Q. Now, the Forecast Deals in the Deal
25  Summary, Forecast Deals has -- explain to me what

134

1  that column means.
2    A. What this should be is a summary from the
3  forecasted deals either directly from OSO or if they
4  added any onto a spreadsheet that was missing in
5  OSO.  A summary of the deals that were labeled
6  Forecast by the AEVP and SVP, that's what that
7  summary would be.
8    Q. And then the Management Judgment column,
9  what did that mean in Q2 '01?
10      MS. KYROUZ: Objection, lacks
11  foundation.
12    A. Again, as in the prior package we looked
13  at, there was management judgment allowed at the VP
14  level; and in this case, if they applied judgment,
15  either positive or negative, we should see it here.
16    Q. And then the Total Pipeline is supposed to
17  represent what?
18      MS. KYROUZ: Objection, lacks
19  foundation.
20    A. Again, for this report, we asked them to
21  report their total pipeline in OSO.
22    Q. All the deals that have potential of
23  closing in the quarter?
24      MS. KYROUZ: Objection, misstates
25  testimony, vague, lacks foundation.

135

1    A. It would have been any -- the sum of any of
2  the deals that had a closing date within the
3  quarter.
4    Q. And then the Coverage Pipe to Forecast,
5  what about that column?
6      MS. KYROUZ: Objection, lacks
7  foundation.
8    A. Again, this is a ratio metric, comparing
9  the size of the pipeline to the forecast.
10    Q. If you go down to the U.S. HQ row --
11      MS. KYROUZ: It's here.
12      THE WITNESS: Yes.
13    Q. -- there are numbers in the budget.  The
14  first column, Q2 Budget, there's $3.9 million under
15  U.S. HQ.  What does that represent?
16      MS. KYROUZ: Objection, lacks
17  foundation.
18    A. If I recall, there was miscellaneous
19  revenue that didn't point directly to any of the
20  major lines of business in NAS, and that would flow
21  into that U.S. HQ bucket.
22    Q. What about under the Q2 Forecast?  Looks
23  like it's sixteen eleven.
24    A. I can't quite read it.  There are numbers
25  there.

136

1    Q. What number would go in there?
2    A. That would be a combination of a forecasted
3  revenue for this miscellaneous revenue, or it could
4  be that plus any management judgment.
5    Q. So if you look over to the Deal Summary
6  block, there's 111 under Management Judgment.
7    A. Yes.
8    Q. So the remaining would be that
9  miscellaneous revenue that you're talking about?
10    A. In this case, that's what it would be; and
11  the combination of those two numbers should be the
12  forecast.
13    Q. If you look at the -- there's a couple
14  footnotes on this report on Page 1.
15    A. Yes.
16    Q. One that says, "Pipeline number have been
17  taken from OSO - adjustment to field HQ for
18  difference between OSO and submitted numbers."  What
19  does that mean?
20    A. I actually don't recall what that means.
21      The practice was to pull pipeline from
22  OSO.  This is suggesting some sort of a delta, which
23  could be, again, from offline Excel spreadsheets,
24  but I don't recall.
25    Q. Go to Exhibit 22.

137

1    A. Okay.

2    Q. This is the George Roberts forecast report

3  dated October 30, 2000; is that right?

4    A. That's the date on the front page, yes.

5    Q. If you'd look to the page ending at Bates

6  258, which is five pages in --

7    A. Okay.

8    Q. -- this is the worst, forecast and best

9  that we had talked about a little bit before.  On

10  the far, the second to the far left column, there's

11  a Closed column.  What do those numbers represent?

12    MS. KYROUZ:  Objection, lacks

13  foundation.

14    A. So the report is designed to capture not

15  only the forecast but any business that had closed

16  to date in the quarter, and that's what should be in

17  those cells.

18    Q. So I'd be reading this right to say that as

19  of October 30, 2000, majors had closed $10.7

20  million?

21    MS. KYROUZ:  Objection, lacks

22  foundation, misstates prior testimony.

23    A. Again, this appears to be part of the same

24  package dated October 30; so yes, 10.7 is the number

25  that's represented as closed.

138

1    Q. Of majors.

2    General business is 32.7.  So as of

3  October 30, 2000, they had closed $32.7 million of

4  business?

5    MS. KYROUZ:  Same objection.

6    A. That would have been reported to us as

7  closed business.

8    Q. Right.  And then the total North America --

9  so the total division would have been $50.7 million

10  in closed business as of October 30, 2000?

11    MS. KYROUZ:  Same objection.

12    A. That's the sum of that column, yes.

13    Q. Can you flip back to Exhibit 10?

14    A. Okay.

15    Q. This is the July 10, 2000 George Roberts

16  forecast report?

17    A. Yes; it has a July 10 date in the box, yes.

18    Q. So this would have been ten days into Month

19  2 of the first quarter of 2001?

20    A. Well, I mean, that's the date.  It says

21  it's Week 6.

22    Q. Week 6 --

23    A. Of the quarter.

24    Q. -- would have occurred the first -- would

25  be the second week of Q2?

139

1    MS. KYROUZ:  You mean --

2    Q. The second week --

3    A. Second week in --

4    Q. Of the second month?

5    A. Of the second month.

6    Q. If you turn to the Bates ending 358.

7    MS. KYROUZ:  Actually the Bates

8  number --

9    THE WITNESS:  56; yes, I've got it.

10  This one, right?

11    MS. KYROUZ:  Yes.

12    THE WITNESS:  Okay.

13    Q. We have the same type of page, right, as

14  the one we've just looked at?

15    A. Yes; the format is identical, I believe.

16    Q. The format is identical.  So if I wanted to

17  get what the closed numbers were for as of July 10,

18  2000, that's the column I'd look to?

19    MS. KYROUZ:  Objection, lacks

20  foundation.

21    A. Again, the format's the same, so that's

22  where closed numbers should be, should be entered,

23  yes.

24    Q. And then these are represented in millions?

25    A. Yes, millions of dollars.

140

1    Q. Let's go to Exhibit 12.

2    A. Okay.

3    Q. This is the July 31, 2000 George Roberts

4  report?

5    A. Yes, that's the date.

6    Q. So that would be the last day of Month 2 of

7  the first quarter of 2001?

8    A. I guess.  It says Week 10, so....

9    That's what I had said before, that a

10  lot of times you can't really go by either the date

11  or the submission week.

12    Q. Or the week; okay.  So if you'd turn to the

13  page with the ending Bates 370 --

14    A. Okay.

15    Q. -- this is that "Closed" page we were

16  looking at, similar to the last report.

17    MS. KYROUZ:  Objection, lacks

18  foundation, misstates the document.

19    A. So again, this page has the same format as

20  the prior one we talked about.

21    Q. So if I wanted to look for the closed

22  numbers for this period of time, then I would look

23  to that column right there?

24    MS. KYROUZ:  Same objection.

25    A. Again, that's where the closed numbers

141

1  should appear, yes.
2      Q. And those are in --
3      A. In millions.
4      Q. If you'd turn to Exhibit 20.
5      A. 20?
6      Q. 20. This is the George Roberts report
7  dated October 3, 2000.
8      A. Again, that's the date in the upper right-
9  hand corner, yes.
10     Q. If you'd look at the page with Bates, ends
11  in Bates 424 --
12     A. Got it.
13     Q. -- is this the page I would look to to find
14  closed numbers for this period?
15         MS. KYROUZ:  Objection, lacks
16  foundation.
17     A. So once again, it's the same page in the
18  same package that we looked at before.
19     Q. And the closed numbers for this period
20  should show up in the Closed column on this page?
21         MS. KYROUZ:  Same objection.
22     A. Yes.
23     Q. And those are in millions?
24     A. In millions.
25     Q. All right. You can put that document

142

1  aside.
2         (Marked, Exhibit 27.)
3      Q. We've placed in front of you what's been
4  marked as Exhibit 27. Will you take a moment to
5  look at this exhibit?
6         MR. BRITTON:  For the record, Exhibit 27
7  starts with Bates ORCL 0010190 and ends at 0230.
8         (The witness was given a magnifying
9  glass.)
10        MR. BRITTON:  Because I don't want you
11  to go blind.
12        (Witness reviews document.)
13     A. Okay.
14     Q. Do you recognize Exhibit 27?
15     A. It appears to be a global financial report.
16     Q. It's titled Quarterly Financial Reference
17  Book?
18     A. Yes, that's what it -- it's hard to read.
19     Q. Q3 fiscal year 2001? If you can read that.
20     A. I can barely make it out. The second page,
21  I can see Q3 2001.
22     Q. Were you involved in preparing this?
23     A. No, I was not.
24     Q. Do you know what department would have
25  prepared this?

143

1      A. I can't say for sure, but I believe it was
2  definitely under Jennifer Minton's organization.
3  But I don't know if this would be Larry Garnick or
4  Ivgen Guner.
5      Q. Now, you mentioned that your group prepared
6  a financial reference book at the end of each
7  quarter; am I right?
8      A. We prepared a quarterly review package.
9      Q. Did you prepare that for each quarter in
10  fiscal year 2001?
11     A. I believe the answer is yes. I can't
12  recall that we skipped a quarter.
13     Q. What about 2000?
14     A. Same answer.
15     Q. You can put that aside.
16        MR. BRITTON:  Exhibit 28 through 34.
17        THE VIDEOGRAPHER:  I've got three
18  minutes left. Should I change the tape?
19        MR. BRITTON:  Yes.
20        THE VIDEOGRAPHER:  The marks the end of
21  Videotape No. 2, Volume 1, in the deposition of
22  David Winton. We're going off the record. The time
23  is 2:00.
24        (Recess taken)
25        (Marked, Exhibits 28 through 34.)

144

1         THE VIDEOGRAPHER:  This is beginning of
2  Videotape No. 3, Volume 1, in the deposition of
3  David Winton. Back on the record. The time is
4  2:04.
5      Q. Mr. Winton, we've put in front of you
6  what's been marked as Winton Exhibits 28 through 34.
7  Will you take a moment to look through these and let
8  me know if you recognize them?
9      A. Okay.
10        MR. BRITTON:  For the record, Exhibit 28
11  starts at NDCA-ORCL 038243 and ends at 248.
12        29, NDCA-ORCL 038249 and ends at 54.
13        Exhibit 30, NDCA-ORCL 038255 and ends at
14  259.
15        31, NDCA-ORCL 038262 and ends at 268.
16        32 starts at CA-ORCL 036089 and ends at
17  95.
18        Exhibit 33 starts at CA-ORCL 036096 and
19  ends at 102.
20        Exhibit 34 starts at 036103 and ends at
21  109.
22     Q. Do you recognize Exhibits 28 through 34?
23     A. These, again, appear to be the George
24  Roberts NAS forecast packages in support of the
25  forecast costs.

145

1  Q. Prepared by your group?

2  A. They would have been prepared by my group,

3  yes.

4  Q. And it was the responsibility of your group

5  to prepare these reports, Exhibits 28 through 34?

6  A. That's correct.

7  Q. And you prepared them in the regular course

8  of its business?

9  A. Yes, we did.

10  Q. And it was a regular practice of your group

11  to prepare these reports for George Roberts'

12  forecast costs?

13  A. That's correct.

14  Q. And are these genuine and authentic copies

15  of the originals?

16  A. Once again, I can't say that they are, in

17  either case; but the format, the date sequences

18  appear to be in line.

19  Q. Nothing seems amiss?

20  A. Not that I can tell, no.

21  Q. If you'd turn to Exhibit 28, do we read

22  these columns the same way that we read the columns

23  in the prior reports that we looked at?

24  MS. KYROUZ: Objection, lacks

25  foundation. I note that the document columns are

146

1  not the same columns as in the prior ones you asked

2  him about, so I'm not sure what you're referring to.

3  Q. Let's go through it one by one.

4  Under the block License Revenue, under

5  the heading Q3 Budget, what do those numbers

6  represent?

7  A. Those would be, or should be, the

8  Q3 budgeted targets by line of business.

9  Q. And they're in the millions?

10  A. Those are in the millions, yes.

11  Q. Actually would be in thousands, right?

12  A. I'm sorry; thousands, yes.

13  Q. So for majors, $89,087,000?

14  A. That's correct, yes.

15  Q. The next column over, Q3 Forecast, what do

16  those numbers represent?

17  A. So the way the form is designed, again,

18  that should be each individual's vice-president and

19  SVP or VP roll-up.

20  Q. And then the next column has a percent

21  symbol. What do those numbers represent?

22  A. In this presentation, that should be a

23  calculation of forecasted budget.

24  Q. So in other words, for majors, the majors

25  forecast was 73 percent of its budget at this point

147

1  in time for Q3 2000?

2  A. Yes; on this report, the $50 million is 73

3  percent of the budget of 69.

4  Q. And then the forecast variance means what?

5  A. The calculation should be the difference

6  between the forecasted dollar amount and the budget

7  dollar amount.

8  Q. And then can you describe the Deal Summary

9  block for me?

10  A. The Deal Summary block?  Very similar in

11  format to what we saw before.  Commit Deals, I

12  believe, was called Forecast on the prior version we

13  looked at.  These would be the forecasted deals by

14  VP and SVP.

15  Q. Management Judgment column?

16  A. Same as we saw before.  This would be

17  either VP or SVP or EVP judgment.

18  Q. And then Total Pipeline?

19  A. So, same as before.  It should be the total

20  gross pipeline in the current quarter.

21  Q. And then Coverage Pipe to Forecast?

22  A. That should be the same calculation we

23  discussed before, comparing pipeline, total gross

24  pipeline, to the committed deals in this case.

25  Q. And then George Roberts' judgment or any

148

1  miscellaneous revenue would go in the U.S. HQ row?

2  A. Right.  U.S. HQ would, again, be a

3  combination of forecasted, miscellaneous revenue and

4  any judgment.

5  Q. Did you have any involvement in coming up

6  with management judgment with George Roberts for NAS

7  as a whole?

8  A. The only involvement would have been

9  discussions at the end of his forecast call.  I

10  would stay on the call, typically Ron Bunting and

11  Jody Terry, and we would discuss what we heard.  We

12  would discuss the upside that was presented.  We

13  would discuss any risks that were presented.  And

14  then in some cases he would actually ask each of us

15  to come up with what we thought the numbers should

16  be, based on what we heard.

17  At the end of the day, he determined

18  what his forecast was going to be, and if it was the

19  same as the roll-up of the team, we had no judgment.

20  If it was different, he would apply judgment.

21  Q. When you say the upside that was presented,

22  what do you mean?

23  A. Well, during the forecast reviews with each

24  of the lines of business, of course they would talk

25  to the committed deals or the forecasted deals, but

149

1  they would also talk about deals that were not
2  committed.  Those were considered upside because
3  they were still opportunities in the quarter, but
4  they weren't forecasted.
5  I'm going to use "forecasted" and
6  "committed" as the same terminology here.
7  Q.  Okay.
8  A.  Again, if it's forecasted or committed,
9  it's flagged in the system that way, and it rolls up
10  into these numbers.  All the other pipeline that's
11  not falls into upside as a general category.
12  Q.  Turn to, on this Exhibit 28, turn to the
13  page ending Bates 247.
14  A.  Okay.
15  Q.  Here we have Total License, and then
16  there's a Worst, Most Likely, and Best.
17  A.  Right.
18  Q.  Would the upside be in the Best column
19  here --
20  MS. KYROUZ:  Objection.
21  Q.  -- or located somewhere different in the
22  report?
23  MS. KYROUZ:  Objection, lacks
24  foundation, misstates his testimony as to whether it
25  was in this document or not.

150

1  Q.  Let me correct that.
2  Did the upside that you're speaking
3  about appear in George Roberts' forecast reports?
4  A.  Indirectly it could have appeared.  I don't
5  believe we ever had a column labeled Upside.  We may
6  have, but I don't recall that it was part of the
7  normal presentation.
8  In this particular package, instead of
9  Worst, Forecast, Best, this has a Most Likely; and
10  I'm just comparing the two numbers now.
11  So the way I'm reading this
12  presentation, the forecast in this submission period
13  looks to be $187 million, 187.3, which is a
14  combination of forecasted deals and judgment.  The
15  page that we're discussing, with Worst, Most Likely
16  and Best, has a higher number, so this is not
17  reflecting the forecast we saw on the first page.
18  Q.  Right.
19  A.  This is reflecting, in this terminology,
20  Most Likely, also called "gut" at some points, what
21  the VPs or SVPs believe they're going to end up
22  with.  So not what's forecasted in the system at
23  that given point in time, but a combination of that
24  and upside deals.
25  Q.  And upside deals?

151

1  A.  That's how I read that.
2  Q.  So the difference between the forecast and
3  the most likely would be the upside you're talking
4  about?
5  A.  It would be a component of the upside.  The
6  upside is always much greater than that.
7  Q.  And what does upside mean?
8  A.  Simply, it means a deal that's not
9  committed, but it's in the pipeline for the current
10  quarter, yes.
11  Q.  Did you focus on conversion ratios in your
12  forecasting responsibilities?
13  MS. KYROUZ:  Objection, vague, lacks
14  foundation.
15  Q.  Well, let me lay a foundation.
16  Do you know what a conversion ratio is?
17  A.  I understand what a pipeline conversion
18  ratio is.
19  Q.  What do you understand it to be?
20  A.  It's a statistical trending and analysis to
21  try to pick how much of a given pipeline converts
22  into actual revenue.  It could be for a quarter; it
23  could be for a year, depending on what period you're
24  looking at.
25  Q.  Did you use a conversion ratio in your

152

1  forecasting responsibilities?
2  MS. KYROUZ:  Same objection.
3  A.  Conversion ratios were part of our analysis
4  that was done.  It wasn't the primary influence in
5  terms of forecasting per se, but we did look at
6  trending as well as actual roll-ups.
7  Q.  And what trends were you looking for?
8  MS. KYROUZ:  Objection, vague.
9  A.  Depending on what the focus could be in any
10  given quarter or period, there were times when we
11  were very interested in looking at whether
12  applications deals had a different conversion ratio
13  than technology deals, whether certain tools or
14  technology components had different conversions.
15  Even whether iSD experienced different trends.
16  But it wasn't something that we spent a
17  lot of time doing each forecast period.  Typically
18  it was more front-end-loaded into the beginning of a
19  quarter, where you'd say, we're going to start a new
20  quarter; let's look at a few different ways of
21  predicting what we could see as an outcome.
22  Conversion would be one of those triangulation
23  points.
24  Q.  Do you know what a coverage ratio is?
25  A.  It's the inverse of the conversion.

153

1      Q. And how did you use that -- well, did you
2 use that in your forecasting responsibilities --
3      MS. KYROUZ: Objection.
4      Q. -- in fiscal '01?
5      MS. KYROUZ: Objection, vague.
6      A. To the extent we used conversion, we used
7 coverage as just the inverse of -- it was the same
8 data.
9      Q. Okay. You can put those documents aside.
10      Do you remember participating in an
11 operations review in the second quarter of fiscal
12 year 2001 with George Roberts?
13      A. I don't remember it specifically, but I
14 most likely would have, unless I had a scheduling
15 conflict.
16      Q. What was the purpose of George Roberts'
17 operations reviews?
18      MS. KYROUZ: Objection, lacks
19 foundation.
20      A. Many purposes. The main purpose was just a
21 chance to get everyone in the same room, because we
22 were spread across geographically his direct
23 reports; so it was a good opportunity to get his
24 direct reports together and the extended team that
25 supported us, including HR, the channels group, the

154

1 iSD group, for example. So that was one purpose.
2      The second purpose was always a debrief
3 on what happened in the prior quarter. There would
4 be occasionally initiatives that would have to be
5 rolled out; again, a good place to plan the
6 initiatives, and he would take the lead on those.
7      So it was more of a staff meeting where
8 different ideas could be thrown out and a chance to
9 get people together.
10      {Marked, Exhibit 35.}
11      Q. Do you know John Boucher?
12      A. Yes, I do.
13      Q. Can you flip through this Exhibit 35 and
14 let me know if you recognize it?
15      MR. BRITTON: For the record, Exhibit 35
16 is an un-Bates'd document that starts at Page 1 and
17 ends at Page 42. It's titled John Boucher,
18 Northeast General Business, Business (OPS) Review,
19 Q2 FY01.
20      {Witness reviews document.}
21      A. Okay.
22      Q. Do you recognize Exhibit 35?
23      A. I don't remember it. It looks like a
24 PowerPoint presentation for an ops review, but I
25 don't know if this was presented to John Nugent or

155

1 presented to George Roberts.
2      Q. Do you remember in fiscal year '01 sales to
3 dot-com companies in your division slowing down?
4      MS. KYROUZ: Objection, vague, lacks
5 foundation.
6      A. Could you repeat that again?
7      Q. Do you remember in fiscal year '01 whether
8 dot-com sales slowed down in your division?
9      MS. KYROUZ: Same objection, vague as to
10 time.
11      A. I remember by the end of the fiscal year,
12 they were significantly lower than the prior year,
13 yes.
14      Q. When did you start to see the slowdown?
15      MS. KYROUZ: Objection, vague.
16      A. When did I start to see it?
17      Q. When were the first discussions that you
18 had about the slowdown in the dot-com sector?
19      MS. KYROUZ: Objection, vague as to
20 "slowdown."
21      A. Discussions with who?
22      Q. Anybody.
23      MS. KYROUZ: Objection, vague as to
24 definition of "slowdown" and "dot-com sector."
25      A. I don't recall having discussions with

156

1 anyone proactively on the slowdown of the dot-coms.
2      Q. Do you remember receiving or hearing any
3 presentations by the AVPs about their businesses
4 being affected by a slowdown in dot-com sales?
5      MS. KYROUZ: Same objections.
6      A. I recall items being put up as market
7 trends in ops reviews; yes, I do.
8      Q. Do you remember when that was in fiscal
9 year 2001?
10      A. I don't recall.
11      Q. If you'd take a look at Page 11 of this
12 exhibit.
13      A. Okay.
14      Q. Do you remember John Boucher presenting the
15 trends in the marketplace for technology that "ASP
16 rental option is evaluated in 80 percent of dot-com
17 deals?"
18      A. No. Again, I don't recall seeing this
19 presentation.
20      (Marked, Exhibit 36.)
21      Q. I place in front of you what's been marked
22 as Exhibit 36. Will you take a look, please, and
23 let me know if you recognize it?
24      MR. BRITTON: Exhibit 36, un-Bates-
25 numbered. It starts at Page 1 and ends at Page 17,

157

1    and it's entitled Oracle, North America Sales, VP,

2    Nic Classick - General Business West, Business (Ops)

3    Review, Q2 FY01.

4        A.  Okay.

5        Q.  Do you recognize Exhibit 36?

6        A.  Again, it looks like it's in the same form

7    of an ops review, and the pages look similar.  I

8    don't recall this being presented to me.

9        Q.  If you'd look at Exhibit, or Page 10 on

10   Exhibit 36, Nic Classick presents a slide, "Slowdown

11   in dot-com space."  Do you remember him presenting

12   information about a slowdown in the dot-com space to

13   you?

14       A.  Not to me, no.

15       Q.  Great; put that document aside.

16           (Marked, Exhibit 37.)

17       Q.  I've placed in front of you what's been

18   marked as Exhibit 37.  Will you take a moment and

19   look at this exhibit?

20       MR. BRITTON:  For the record, Exhibit 37

21   starts at NDCA-ORCL 279894 and ends at 918, and the

22   title is Oracle, General Business Central, Ted

23   Bereswill, Area Vice-President, September 28, 2000,

24   Business (Ops) Review, Q2 FYI.

25       Q.  Do you recognize Exhibit 37?

158

1        A.  The same answer as the prior two.

2        Q.  If you'd turn to the page with Bates 917.

3        A.  Okay.

4        Q.  First, do you recognize Exhibit 37?

5        A.  No, I do not.

6        Q.  Do you remember Ted Bereswill presenting

7    information to you about VC money tightening?

8        A.  No, I do not.

9        Q.  Look back at Page 1.  It's dated September

10   28, 2000.  It's for business ops review in Q2 '01.

11   It looks like all these presentations were given at

12   that ops review.

13           Does this refresh your recollection at

14   all about when in fiscal year 2001 --

15       A.  No, it does not.

16       Q.  -- your division started to see a slowdown

17   in the dot-com?

18       A.  No, it does not.  I don't believe this was

19   presented to me.

20           (Marked, Exhibit 38.)

21       Q.  I've placed in front of you what's been

22   marked as Exhibit 38.  Would you take a moment to

23   look at this exhibit?

24       MR. BRITTON:  For the record, Exhibit 38

25   starts with Bates NDCA-ORCL 260634 and ends at 644.

159

1        Q.  Do you recognize Exhibit 38?

2            (Witness reviews document.)

3        A.  I can't say for sure.  It's titled "John

4    Nugent, SVP"; but again, I can't recall if this was

5    delivered to his team or if this was an ops review

6    package delivered to George Roberts.

7        Q.  If you'd turn to the page with Bates --

8    this is dated September 27, 2000; is that right?

9        A.  That's what it says.

10       Q.  If you'd turn to the page ending 635.

11       A.  Yes.

12       Q.  Under "Q1 Challenges," do you remember John

13   Nugent presenting you with information about a slow

14   dot-com leak in his division, in Q1 of 2001?

15       MS. KYROUZ:  Objection, lacks

16   foundation, misstates prior testimony.

17       A.  I honestly don't remember a Q1 discussion

18   about dot-com slowdown.

19       Q.  When do you remember the dot-com part of

20   your business, NAS's business, accelerating?

21       MS. KYROUZ:  Objection, lacks

22   foundation, vague.

23       A.  That's hard to put a time frame around it.

24   I know in fiscal '99 and '00, there was a tremendous

25   increase; but when the exact acceleration hit, I

160

1    can't remember.

2            (Marked, Exhibit 39.)

3        Q.  I've placed in front of you what's been

4    marked as Exhibit 39.  Take a look at this exhibit

5    and let me know if you recognize it.

6        MR. BRITTON:  For the record, Exhibit 39

7    starts at Bates NDCA-ORCL 131788 and ends at 789.

8        A.  Okay.

9        Q.  Do you recognize Exhibit 39?

10       A.  Yes.  It looks like e-mail traffic, where

11   I'm included as well.  It looks like a string.  The

12   attached -- Page 2, I recognize it as a dot-com

13   tracking report.

14       Q.  And who prepared this dot-com tracking

15   report?

16       MS. KYROUZ:  Objection, lacks

17   foundation.

18       Q.  Do you know who prepared this tracking

19   report?

20       A.  I don't know exactly who prepared it.  I

21   know that Bill Roselli was preparing dot-com reports

22   for John Nugent.

23       Q.  If you'd read the e-mail that you wrote on

24   the first page, it says, "Bill and Cynthia, please

25   be sure to copy Ivgen and Jody with your updated

161

1   dot-com analyses for Q2."  Does that refresh your
2   memory about who prepared the dot-com tracking
3   analysis?
4       A.  It doesn't change my answer.  Again, I
5   don't know if Cynthia Rheins prepared this or Bill
6   Roselli did.
7       Q.  Did you send this e-mail in the regular
8   course of your business?
9       A.  I don't recall this as a regular e-mail
10  request.
11      Q.  Is this one of those ad hoc analyses that
12  you discussed earlier?
13      A.  I would classify this one as an ad hoc that
14  I think became more standardized within general
15  business.
16      Q.  Is this a genuine and authentic copy of the
17  original?
18      A.  I can't confirm that.
19      Q.  Does anything look amiss?
20      A.  The format looks the same.  I can't speak
21  to the numbers.
22      Q.  You prepared this e-mail in the course of
23  your business; is that right?
24          MS. KYROUZ:  Objection, misstates the
25  document.  It's only one small piece of that e-mail.

163

1       A.  What was the question, again?  You said --
2       Q.  Does it refresh your memory about when the
3   dot-com sales accelerated in NAS?
4           MS. KYROUZ:  Same objection.
5       A.  I can speak to the numbers here showing
6   very large increases in fiscal '00, which goes back
7   to my original remembering that between '99 and '00
8   is when we saw the growth.
9       Q.  So it looks like in Q1 of '99, there was $4
10  million -- are these numbers in millions?
11      A.  These should be in millions, yes.
12      Q.  So it looks like Q1 '99, there was $4
13  million in dot-com revenue and general business?
14          MS. KYROUZ:  Objection, misstates the
15  document.
16      A.  No; $4 million is in the column for Q1 '99
17  as dot-com revenue total, so...
18      Q.  For general business?
19      A.  The title is General Business, so....
20      Q.  So then in Q2 '99, it increases to $5.596
21  million?
22      A.  That's what the number shows.
23      Q.  Q3 '99, it jumps to $24.5 million?
24      A.  That's the number, yes.
25      Q.  And then the height of it is in Q4 2000, is

162

1       A.  I can't even tell the date this forwarded
2   comment is coming from here.
3       Q.  If you look on the second page, what is
4   this analysis attempting to capture?
5           MS. KYROUZ:  Objection, lacks
6   foundation.
7       A.  From what I recall, the intent of the
8   report was to segment dot-com revenue out of the
9   general business revenue.
10      Q.  Do you know if this included dot-coms and
11  B&M-to-dot-com and ISP/ASPs, or if this was just a
12  dot-com analysis?
13      A.  I don't remember specifically.  I think the
14  intent was to capture all of it.
15      Q.  All of it?  So if you'd look at the numbers
16  all the way down at the bottom, there's a Total
17  Dot-Com License Revenue column, or row, and then
18  there's a Percentage of Total GB License Revenue
19  row.  Does this refresh your memory about when the
20  dot-com sales accelerated in your division?
21          MS. KYROUZ:  Objection, lacks
22  foundation.
23      A.  Again, I don't recall the specific numbers,
24  so....
25      Q.  You can't testify about them?

164

1   $172.6 million?
2       A.  That's in millions, yes, 172.6.
3       Q.  And then it comes down in Q1 '01 to $51.19
4   million.  Does that look -- am I reading that right?
5           MS. KYROUZ:  Objection, lacks
6   foundation.
7       A.  That's what the number shows.  I can't
8   recall if that was the exact number.
9       Q.  All right.  You can put that document
10  aside.
11          Do you remember a replan in fiscal year
12  2001?
13      A.  I don't remember the specifics around it,
14  but I do remember that there was some budget
15  replanning done.
16      Q.  Do you remember why?
17      A.  I don't.
18          (Marked, Exhibits 40 and 41.)
19      Q.  I've placed in front of you what's been
20  marked as Exhibits 40 and 41.  Will you take a
21  moment to look at these exhibits, please?
22      A.  Okay.
23          MR. BRITTON:  For the record, Exhibit 40
24  starts at Bates NDCA-ORCL 040889 and ends at 878;
25  and 41 starts at NDCA-ORCL 621323 and ends at 325.

165

1       (Witness reviews document.)
2       A. Okay.
3       Q. Do you recognize Exhibit 40?
4       A. 40 is a notification e-mail from me to the
5   NAS team, it looks like.
6       Q. And you sent this on November 3, 2000?
7       A. That's the date of the e-mail, yes.
8       Q. Is this an authentic, genuine and authentic
9   copy of the original?
10      A. I can't say for sure, but I don't see
11  anything that looks unusual about the content.
12      Q. Was it your responsibility to send this
13  e-mail?
14      A. Yes. Anything to do with changes in budget
15  targets or forecasts would be.
16      Q. And you prepared this in the regular course
17  of your business?
18      A. Yes, I would.
19      Q. And you prepared it on or near November 3,
20  2000?
21      A. I don't recall, but again, I didn't recall
22  the whole replanning exercise.
23      Q. Was it a regular practice for your division
24  to send out e-mails like this?
25      A. In a case like this, yes.

167

1       A. 42 is in the same style and form of all of
2   our other George Roberts forecast schedules.
3       Q. Prepared by your group?
4       A. These schedules would have been prepared by
5   my group, yes.
6       Q. And it was your group's responsibility to
7   prepare these reports?
8       A. Yes.
9       Q. And they were prepared in the regular
10  course of business?
11      A. Yes, they were.
12      Q. And it was your group's practice to prepare
13  reports like this?
14      A. Yes.
15      Q. Is it a genuine and authentic copy of the
16  original?
17      A. I can't say that.
18      Q. Does anything look amiss?
19      A. No, it doesn't.
20      Q. So the first page column that says License
21  Revenue, the Q3 Budget column, that's showing the
22  Q3 2001 budget for the various divisions?
23      A. Yes, that's correct.
24      Q. Q3 Forecast is showing the senior VP
25  forecast for the various divisions? Actually, the

166

1       Q. What is this e-mail? What's the subject of
2   this e-mail? What are you trying to convey with it?
3       A. The gist of it is, the budgets were
4   changed, and so each of our operating units had to
5   be told what their new operating plan was.
6       Q. Do you remember why the budgets were
7   changed?
8       A. I don't specifically remember. I mean,
9   Document 41 appears to show that the entire Oracle
10  budget had changed. So our targets apparently went
11  up.
12      Q. Let's turn to 41. Do you recognize this
13  document?
14      A. I don't remember this document
15  specifically.
16      Q. Do you know who prepared it?
17      A. No, I do not.
18      Q. It looks like the revised budget increased
19  your growth rate for 2001 from 18 percent to 40
20  percent; is that right?
21      A. That's what the schedule represents, yes.
22      Q. You can put that document aside.
23          (Marked, Exhibit 42.)
24          (Witness reviews document.)
25      Q. Do you recognize Exhibit 42?

168

1   AVP and senior VP forecasts for the various
2   divisions?
3       A. Yes. It breaks it down to the areas within
4   the line of business.
5       Q. Percent column is the percentage of the
6   budget that the forecast represents?
7       A. Forecasted budget, yes, that's correct.
8       Q. And the forecast variance is the difference
9   between the forecast and the budget, right?
10      A. In dollars, yes.
11      Q. The forecast deals under the Deal Summary
12  block, what does that represent?
13      A. It's the same representation as we saw in
14  the other schedules, so these would be the
15  forecasted deals without management judgment
16  applied.
17      Q. And the Management Judgment column, that
18  represents what?
19      A. Again, those would be the identified
20  dollars of management judgment applied either at the
21  VP or SVP level.
22      Q. So let's look at the Majors block. There's
23  numbers corresponding with each region, Northeast,
24  Central, South and West. Whose management judgment
25  does that represent?

169

1     A. I can't say for sure, but the intent of
2 having it for each row was that that judgment then
3 would be the reflection of that vice-president's, in
4 that case the Northeast person.
5     Q. And Mary Anne Gillespie's senior VP's
6 judgment would go in the HQ Management Judgment row?
7     A. Exactly. Mary Anne's judgment on her own
8 view of the business should be reflected in that
9 row, not in the other rows.
10     Q. And then the pipeline here is all of the
11 deals in the pipeline that have a closed date within
12 the quarter?
13     A. It should be the same as we discussed
14 before, closed dates within that current quarter.
15     Q. U.S. Headquarters, that's George Roberts'
16 management judgment or miscellaneous revenue?
17     A. Exactly.
18     Q. So that if you look over to Management
19 Judgment under the Deal Summary block --
20     A. Yes.
21     Q. -- along U.S. HQ, there's $39 million. Is
22 that all management judgment, or can you tell?
23        MS. KYROUZ: Objection, lacks
24 foundation.
25     A. I can't tell exactly, because I do know I

170

1 believe we still had miscellaneous revenue flowing
2 in Q3, so that just could have been either an
3 oversight, or this could be a draft where the
4 miscellaneous revenue wasn't broken out.
5     Q. You can put that document aside.
6        (Marked, Exhibit 43.)
7     Q. Before we get to this exhibit, let's go
8 back to 42 real quick.
9     A. 42?
10     Q. Yes. So the division -- the forecast for
11 NAS as of December 5, 2000 was $346 million?
12     A. I don't remember if it was. This version
13 of this document shows 346 as a forecast number,
14 yes.
15     Q. Can you tell me how you came up with that
16 number?
17        MS. KYROUZ: Objection, lacks
18 foundation, vague.
19     A. I didn't come up with the number. This
20 would have been a summary of, again, each of the SVP
21 submissions, and any judgment put in after those
22 calls would have been reflected in either a change
23 in the SVP judgment or a change in George Roberts'
24 judgment.
25     Q. You say you didn't come up with this

171

1 number. Did you participate in coming up with this
2 number?
3        MS. KYROUZ: Objection, vague.
4     A. As I stated before, I participated in
5 almost every forecast call with the NAS team, and my
6 team was responsible to provide the final document.
7     Q. Did you have input into whether the number
8 should be 346 or something else?
9        MS. KYROUZ: Objection, vague.
10     A. Again, I said before, I was one of many
11 people that had that discussion with George at the
12 end of each of the calls.
13     Q. Do you remember if you'd look at the
14 management -- did you have any input into whether
15 the management judgment from George Roberts should
16 be in the $39 million number?
17        MS. KYROUZ: Objection, vague, lacks
18 foundation.
19     A. Did I influence the number?
20     Q. Mm-hmm.
21        MS. KYROUZ: Same objections.
22     A. Not materially, no.
23     Q. Did you discuss with George Roberts or
24 anybody in your division a slowdown in the dot-com
25 part of your business or NAS's business influencing

172

1 that management judgment number?
2     A. No, not this management judgment number,
3 and not in this time frame. This looks like the
4 first forecast of the quarter.
5     Q. What about the forecast? Did you discuss
6 with anybody in NAS whether the dot-com slowdown
7 should affect your or NAS's forecast for this period
8 of time?
9        MS. KYROUZ: Objection, vague.
10     A. I don't recall any discussions at the
11 beginning of the quarter on any tie between the
12 dot-com slowdown and the forecast for the quarter.
13     Q. All right. Let's look at Exhibit 43. Take
14 a look at it and let me know if you recognize it.
15        MR. BRITTON: For the record, Exhibit 43
16 was marked as Exhibit 47 in the derivative cases,
17 and it is Exhibit 43 in our case. It starts at
18 Bates NDCA-ORCL 612306 and ends at 308.
19        (Witness reviews document.)
20     A. Okay.
21     Q. Do you recognize Exhibit 43?
22     A. Yes, I do.
23     Q. What is Exhibit 43?
24     A. Exhibit 43 is a copy of an e-mail that I
25 sent to -- where did this go? I'm not seeing that.

173

1   It looks like I was resending it to George. This is
2   confusing. Because I can't remember now who this
3   originally was directed to. It looks like a resend
4   to George.
5       Q. The bottom one looks like you sent it to
6   yourself.
7       A. Yes.
8       Q. And the top one looks like you sent it to
9   George.
10      A. If I remember this original e-mail -- it's
11  not referencing it. I think I sent this to Jennifer
12  Minton as a background bullet point on the initial
13  forecast. That's my recollection for Submission 1.
14  I think I was resending it to George in this
15  version, as you see here.
16      Q. For Submission 1, you mean your first
17  forecast?
18      A. First forecast of Q3, yes.
19      Q. Now, the first under this -- well, let me
20  get the foundational questions.
21          You sent this, you sent the bottom
22  e-mail to Jennifer Minton on December 6, 2000?
23      A. Again, I don't recall the date, but my
24  recollection from reading the e-mail and the way
25  it's directed, it sounds like an e-mail I sent to

174

1   Jennifer Minton.
2       Q. And then the top one, you sent to George,
3   you forwarded it to George Roberts on December 7,
4   2000?
5       A. That's the date of the forwarding, yes.
6       Q. And you prepared this e-mail in the course
7   of your business --
8       A. Yes.
9       Q. -- as finance director of NAS?
10      A. Yes.
11      Q. And it was your responsibility to send
12  e-mails of this type?
13      A. Periodically, yes.
14      Q. And you regularly sent the e-mails about
15  the forecasts as part of your business as finance
16  director of NAS?
17      A. I wouldn't say regularly. I would say as
18  the occasion warranted. So typically at the
19  beginnings of quarters, or if things changed, yes.
20      Q. And is this a genuine and authentic copy of
21  the original?
22      A. I can't say that for sure. Again, I'm not
23  sure why the original isn't here.
24      Q. You were describing in this e-mail your
25  forecast of $346 million; is that right?

175

1       A. Yes; that's what it's referencing.
2       Q. I noted that the lines of business turned
3   in a forecast of $311 million with $28 million of
4   judgment; is that right?
5       A. Yes, that's what it says. I think it's
6   consistent with the document we reviewed already.
7       Q. That's what I was going to ask. Did you
8   pull in any of the information from Exhibit 42?
9           MS. KYROUZ: Objection, lacks
10  foundation.
11      A. Again, I can't say for sure it's from
12  Exhibit 42, but it would have been from an exhibit
13  like that, basically the forecast submission
14  package.
15      Q. You added, "George and I added another $39
16  million for this submission." Was there anyone else
17  other than you and George that came up with the $39
18  million number for this submission?
19          MS. KYROUZ: Objection, vague, asked and
20  answered.
21      A. Again, that's semantics, because the
22  submissions come from George Roberts as finance
23  director.
24      Q. You noted, "Slow start in fiscal year
25  2000," under the first numbered paragraph.

176

1       A. Yes.
2       Q. What did you mean by that?
3       A. If I remember correctly, what I was
4   referring to there was the impact of the
5   reorganization in 2000. There was significant
6   distraction, and a lot of business slipped.
7       Q. That's why you said, "We did not perform
8   that well a year ago"?
9       A. Right.
10      Q. You were concerned about the lack of big
11  deals at this point in time?
12          MS. KYROUZ: Objection, mischaracterizes
13  the document, lacks foundation.
14      Q. Look at numbered Paragraph 2.
15      A. Before I answer that, the gist of this
16  message was setting a background in terms of where
17  the forecast was.
18      Q. Right.
19      A. And based on the prior strong performances,
20  where we overachieved forecast, what we were trying
21  to do is to explain to Jennifer some mitigating
22  factors that may not let us overachieve the forecast
23  this time around.
24          So that Note No. 2 was again pointing
25  out that in Q1 and Q2, we had significant large

177

1  deals; and at this stage in the quarter, the
2  beginning of Q3, we didn't see those kind of mega-
3  deals.
4  Q.  You didn't see those deals; okay.  You only
5  had one deal over $5 million in the pipeline?
6  A.  At that point in time.  That's what I was
7  saying.
8  Q.  Now, we talked about when NAS's business
9  accelerated in fiscal year 2000, and I talked about
10  it in the context of dot-coms.  You mentioned here
11  that under Paragraph, numbered Paragraph 3, you say,
12  "NAS results took off last year in Q3 and continued
13  into Q4."  Does that refresh your recollection about
14  when NAS's business took off in fiscal year 2000?
15  A.  Well, it did take off then.  Your original
16  question, I think, was specific to dot-coms.
17  Q.  Right.  My next question here is, what
18  contributed to that conclusion, "NAS results took
19  off last year in Q3 and continued into Q4"?
20  MS. KYROUZ:  Objection, lacks
21  foundation, vague.
22  A.  Both components of the business, both
23  applications and technology, had significant growth
24  in both Q3 and 4; many large deals.  It was
25  basically a win-win over every license business unit

178

1  for both quarters.
2  Q.  And dot-coms were a big part of the
3  technology growth?
4  MS. KYROUZ:  Objection, lacks
5  foundation.
6  A.  Dot-com, ASP were a significant piece of
7  especially Q4 results, and many large deals as well.
8  Q.  The next sentence in numbered Paragraph 3
9  says, "Growth rates will slow in the second half,
10  but we still feel that the annual 31 percent target
11  is achievable with some potential upside of 2 to 3
12  points if Q3 is strong."  What made you think that
13  growth rates would slow in the second half of fiscal
14  year 2001?
15  A.  Well, here I'm laying the foundation by
16  saying we had an unusually good Q3 and Q4 the prior
17  year.  All of our comparisons are always the current
18  quarter to prior quarter.  Again, I'm setting the
19  foundation to say, if we're looking at growth rates,
20  comparing Q3 of this year to Q3 of last year, we're
21  not going to be able to achieve those kind of growth
22  rates based on how big the number was.  So it's
23  quite logical that it's going to slow.
24  What I'm saying here, though, is we see,
25  for the full year, we're going to be in good shape.

179

1  So I'm looking at the full year growth
2  target, and as we get into a quarter, everyone in
3  corporate focuses in on the current quarter target;
4  so I was just trying to set the foundation there.
5  Q.  Now, you mentioned -- we looked at the
6  prior quarter.  I just want to make sure that you
7  meant Q3 2000 --
8  A.  Prior year.
9  Q.  -- prior-year quarter?
10  A.  Yes; that's right.
11  Q.  If you'd turn to the next page, this is
12  where you're talking about Q3, right?  Paragraph 3,
13  you were talking about fiscal year, the rest of the
14  fiscal year, Q3 and Q4.  This paragraph is about Q3?
15  A.  This is directed to Q3 pipe.
16  Q.  The pipe wasn't where it needed to be to
17  achieve the Q3 budget?
18  A.  I'm talking about the budget here, not the
19  forecast.
20  Q.  So you needed "another $50 million of
21  applications and nearly $70 million of tech to feel
22  statistically comfortable to hit our Q3 budget"?
23  A.  Again, yes, I'm talking about budget here.
24  Q.  The $50 million of apps and the $70 million
25  of tech was pipeline numbers?

180

1  A.  Those would be incremental pipeline numbers
2  to what was reported in this first forecast.
3  What I'm saying here is, again, because
4  we do look -- we did look at conversion and coverage
5  ratios as part of the business, and we always -- not
6  always; we typically looked at the beginning of the
7  quarter, because that's when it made the most sense.
8  Once the quarter began, conversion and coverage
9  didn't make much sense, especially after you get
10  past the first month.
11  Q.  Right.
12  A.  So again, this is the very first forecast;
13  and what I'm pointing out is, to hit the budget --
14  because we talk about two things at the beginning,
15  the forecast and the budget, and the budget sort of
16  kind of wanes.  I was just pointing out that we
17  needed that additional amount statistically based on
18  historical conversions in Q3 to see the budget.
19  Q.  And are you talking about, you needed
20  additional pipeline of those numbers?
21  A.  Additional pipeline.
22  Q.  Additional pipeline?
23  A.  Right.
24  Q.  Now, the second-to-the-last sentence, you
25  say, "Given the past trends, GB and majors should

181

1  add incremental pipe during the next three weeks."
2  So based on past trends, you were expecting their
3  pipeline to grow?
4    A.  Exactly.
5    MS. KYROUZ:  Objection, lacks
6  foundation.
7    Q.  Now, if you look at the last page of this
8  exhibit, this looks like that closed part of George
9  Roberts' forecast.  Is this part of the e-mail, or
10  is it mistakenly attached?
11    A.  Again, I don't see the original e-mail, so
12  I don't know what -- I can't tell what attachments
13  would have been provided; but this page is a page
14  that's from the standard George Roberts forecast
15  package.
16    Q.  Now, go back to 42 for a second.  You can
17  put 43 aside.  You have that footnote again,
18  "Pipeline number have been taken from OSO -
19  adjustment to field headquarter for difference
20  between OSO and submitted numbers."  Can you tell
21  what that means from this document?
22    A.  Again, I don't remember what the field HQ
23  difference was, and there were no HQ adjustments on
24  this summary page.  So it appears that every
25  pipeline number is coming from the individual areas.

182

1    Q.  From the individual areas?
2    A.  Yes.
3    Q.  Okay.  You can put that document aside.
4    MR. BRITTON:  Let's go off the record.
5    THE VIDEOGRAPHER:  The time is 3:04.
6  We're off the record.
7    (Recess taken)
8    (Marked, Exhibit 44.)
9    THE VIDEOGRAPHER:  Back on the record.
10  The time is 3:15.
11    Q.  Mr. Winton, I've placed in front of you
12  what's been marked as Winton Exhibit 44.  Would you
13  take a moment to look at this exhibit, please?
14    (Witness reviews document.)
15    MR. BRITTON:  For the record, Exhibit 44
16  starts at Bates NDCA-ORCL 300944 and ends at 958.
17    Q.  Do you recognize Exhibit 44?
18    A.  I don't recognize the name of this.  It's
19  a -- again, this looks like a global reporting
20  report.
21    Q.  Have you ever heard of an upside report?
22    A.  I've heard the word "upside report."
23    Q.  Is that Jennifer Minton's group?
24    MS. KYROUZ:  Objection, lacks
25  foundation.

183

1    A.  I understood that Jennifer may have had an
2  upside tracking, which was that report.  That's not
3  what this is, I don't believe.
4    Q.  If you'd go to the page that ends in 948.
5    A.  Wow; okay.
6    Q.  Got your magnifying glass?
7    A.  Yes.
8    Q.  This page has license revenue broken down
9  by Oracle's lines of business; is that right?
10    MS. KYROUZ:  Objection, lacks
11  foundation.  He's already said he doesn't know what
12  the document is.
13    A.  This appears to show Asia and Europe as
14  well, so....
15    Q.  So it wasn't considered lines of business;
16  it would be regions as well?
17    A.  In this context, I think this would be a
18  regional report.  This is not a report that I would
19  be on distribution for.
20    Q.  The question I have for you here is, under
21  the Total column for NAS Roberts -- is that your
22  division?
23    A.  NAS Roberts would be North America sales in
24  this context, yes.
25    Q.  There's your forecast, the one that we saw

184

1  on December 5, $346 million -- and when I say
2  "your," I mean NAS, your division.
3    A.  It matches the 346 number we talked about.
4    Q.  Then she adds $50 million in upside?
5    MS. KYROUZ:  Objection, lacks
6  foundation, and vague as to "she."
7    A.  Again, I can't -- I don't know where these
8  numbers came from.
9    Q.  Do you remember talking to anyone about $50
10  million in upside adjustment to NAS's forecast?
11    A.  No, I never did.
12    Q.  You can put that document aside.
13    (Marked, Exhibit 45.)
14    Q.  I've placed in front of you what's been
15  marked as Winton Exhibit 45.  Would you take a
16  moment to look at this exhibit?
17    MR. BRITTON:  For the record, Exhibit 45
18  starts at Bates NDCA-ORCL 038478 and ends at 485.
19    (Witness reviews document.)
20    A.  Okay.
21    (Marked, Exhibit 46.)
22    Q.  I've also placed in front of you Exhibit
23  46.  Will you take a moment to look at this exhibit?
24    MR. BRITTON:  For the record, Exhibit 46
25  starts at Bates NDCA-ORCL 038486 to 493.

Winton, David  5/26/2006  9:17:00 AM

185

1     (Witness reviews document.)
2     A. Okay.
3     Q. Do you recognize Exhibits 45 and 46?
4     A. They both appear to be, again, George
5     Roberts' NAS forecast summary packages.
6     Q. And they were prepared by your group?
7     A. Again, my group was responsible to prepare
8     them, yes.
9     Q. And your group prepared these in the
10    regular course of their business?
11    A. We prepared these packages in the due
12    course of business, yes.
13    Q. And it's the regular practice of your group
14    to prepare these reports?
15    A. Yes.
16    Q. And are these two reports genuine and
17    authentic copies of the original?
18    A. I would repeat that I can't speak to their
19    authenticity.
20    Q. But nothing's amiss?
21    A. They appear to look the same as the other
22    ones, yes.
23    Q. I'm trying to do this as efficiently as
24    possible. Are the format of both reports the same?
25    A. I haven't checked each page, but the

186

1     summary first page apparently appears to be
2     identical.
3         MS. KYROUZ: I'm going to object that we
4     need to go through each of the columns if you want
5     him to do a comparison. I don't think they're
6     exactly the same.
7         MR. BRITTON: Actually, you're right;
8     they're not exactly the same.
9     Q. Let's go through the License Revenue block.
10    A. Okay.
11    Q. Under License Revenue, the Q3 budget on
12    both Exhibits 45 and 46 are budget for the third
13    quarter of 2001 as originally stated?
14    A. The way this is laid out, it looks like
15    there's two budget columns. The first one would be
16    the original Q3 budget before a replan budget,
17    apparently.
18    Q. And then the next column, the Q3 Replan, is
19    the replan we had looked at a little bit earlier?
20    A. I believe it should be.
21    Q. The Q3 forecast on both sheets, on both
22    Exhibits 45 and 46, that's the forecast at these
23    points in time for Q3 '01 for the AVPs and the SVPs?
24    A. Yes, it should be.
25    Q. Then the next column says Percentage of

187

1     Budget -- can you read that?
2     A. I think it looks like Percentage of Budget
3     and Percentage of Replan. It's very hard to read.
4     Q. So this is comparing the forecast to the
5     budget in the replan, to the left?
6     A. Yes.
7     Q. And then the forecast variance and the
8     replan variance, that's the dollar amount of the
9     difference between the forecast and the budget in
10    the replan?
11    A. That's correct.
12    Q. Under the Deal Summary block, there's the
13    Forecast Deals column?
14    A. Yes.
15        MS. KYROUZ: You're looking at Exhibit
16    45?
17        MR. BRITTON: Exhibit 45, yes.
18    Q. Forecast Deals column?
19    A. Yes.
20    Q. And what does that represent?
21    A. That should represent, again, the
22    forecasted deals in OSO that represent the roll-up
23    of those numbers.
24    Q. The next one over is Management Judgment.
25    Same thing as all the other reports: If there's any

188

1     judgment, it goes there?
2     A. Same as we discussed on all the prior
3     summary pages.
4     Q. Total Pipeline, the same?
5     A. Should be the same as we discussed.
6     Q. And Coverage Pipe to Forecast?
7     A. Same calculations.
8     Q. Same calculations.
9         If you'd turn to Exhibit 46.
10    A. Yes.
11    Q. The report seems to have changed. Now,
12    under Deal Summary, there's OSO Forecast Deals
13    versus Forecast Deals on Exhibit 45. Can you tell
14    me the difference between those two?
15        MS. KYROUZ: Objection, lacks
16    foundation.
17    A. So this goes back to the question on the
18    footnote --
19    Q. Yes.
20    A. -- that mentioned an adjustment to field
21    HQ, which I don't recall. That footnote has been
22    replaced in Exhibit 46 to reflect that both the
23    forecasted deals and the pipeline values on this
24    report are coming directly from OSO as of a certain
25    date; and apparently that's why the title was

189

1  changed to OSO Pipeline.

2      Q.  Do you know what the difference is between

3  the Forecast Deals column on 45 and the OSO Forecast

4  Deals column on 46?

5      A.  No, I do not.

6      Q.  Okay.  You can put those exhibits aside.

7      So it was the end of December when you

8  started to see the slowdown in your business --

9      MS. KYROUZ:  Objection, lacks

10  foundation.

11      Q.  -- in NAS's business?

12      MS. KYROUZ:  Objection, lacks

13  foundation, vague.

14      A.  I don't recall seeing a slowdown in the

15  business per se.  We were focused on the forecast,

16  and in December there was no indication that the

17  forecast was weak or that business was slowing down.

18      MR. BRITTON:  We'll take a quick break

19  and make a copy.

20      THE VIDEOGRAPHER:  The time is 3:29.

21  We're off the record.

22      (Recess taken)

23      (Marked, Exhibit 47.)

24      THE VIDEOGRAPHER:  Back on the record.

25  The time is 3:33.

190

1      Q.  I've placed in front of you what's been

2  marked as Winton Exhibit 47.  Will you take a moment

3  to look at this exhibit?

4      MR. BRITTON:  For the record, Exhibit 47

5  is NDCA-ORCL 040613, and it's a one-page document.

6      (Witness reviews document.)

7      A.  Okay.

8      Q.  Do you recognize Exhibit 47?

9      A.  I recognize the format, yes.

10      Q.  And this is an e-mail that Jody Terry sent

11  to you and George Roberts on January 4, 2001?

12      A.  That's the date, yes.

13      Q.  Is it a genuine and authentic copy of the

14  original?

15      A.  I don't know that, but it's in the form of

16  e-mails that she had sent on a similar topic.

17      Q.  Anything seem out of line with it?

18      A.  No.

19      Q.  Would Jody Terry prepare this in the

20  regular course of her business?

21      A.  Yes, she would.

22      Q.  It was her responsibility to send you

23  information about month-end closed information?

24      A.  It's part of her normal reporting

25  responsibilities, yes.

191

1      Q.  And was it a regular practice of your

2  division to figure out what the closed was for the

3  end of each month?

4      A.  It was part of the package, but

5  occasionally she would, especially at the beginning

6  of a quarter, she'd compare it to prior periods to

7  see what trends were developing.

8      Q.  And here, she's telling you and George that

9  she's comparing actuals for December for fiscal year

10  '01 compared to December fiscal year 2000; is that

11  right?

12      A.  That's correct.

13      Q.  And she's telling you that you the division was

14  down by approximately $10 million over -- year over

15  year for that month?

16      A.  Yes, she's pointing out the total dollar

17  value.  The difference was $10 million.  It wasn't

18  significant in terms of percentages.

19      Q.  So she's saying you're slightly behind the

20  curve so far?

21      A.  Yes.

22      Q.  You can put that document aside.

23      Do you remember participating in an

24  operations review with George Roberts on January 9,

25  2001?

192

1      A.  I can't speak to a specific date.  January

2  would have been the time frame for an ops review, so

3  I would -- in most cases, I attended the ops

4  reviews.

5      Q.  Okay.

6      (Marked, Exhibit 48.)

7      Q.  I've placed in front of you what's been

8  marked as Winton Exhibit 48.  Take a moment to look

9  at this exhibit.

10      A.  Okay.

11      MR. BRITTON:  For the record, Exhibit 48

12  starts with Bates NDCA-ORCL 350276 and ends at 303.

13      (Witness reviews document.)

14      Q.  Do you recognize Exhibit 48?

15      A.  It appears to be a PowerPoint presentation

16  prepared for a George-Roberts-level NAS review, so

17  an SVP-level review to George Roberts.

18      Q.  How can you tell that this is prepared for

19  that level?

20      A.  He's speaking at the back in terms of FY

21  '02.  That's a flag to me that this is not for his

22  team; this is a pitch to George Roberts, to George.

23      Q.  Were you in the audience for this

24  presentation?

25      A.  I believe I was.  I recognize a lot of the

193

1  content here.
2     Q. And who else was in the audience for this
3  presentation?
4     A. I don't recall exactly, but it would have
5  been -- it should have been the normal attendees I
6  gave you earlier today in terms of the standard:
7  George Roberts --
8     Q. Let's go over them again.
9     A. So again, it would be myself, Jody Terry,
10  Margie Gilbert I believe attended most, Ron Bunting
11  from the HQ side, obviously George.  Who else?
12  Hilarie Koplow.
13     I think there was someone from human
14  resources that supported us.  I don't remember the
15  name, though.
16     Q. Anybody from majors?
17     A. Okay; so that was George's, again, George's
18  core team; and then it would be George's direct
19  reports.  So Mary Anne Gillespie, John Nugent, Tony
20  Kender -- every head of a line of business that
21  reported to NAS would be there.
22     Q. Would they have all heard this
23  presentation?
24     MS. KYROUZ:  Objection, lacks
25  foundation.

194

1     A. I can't say that they were all in the room
2  at the time or attended that meeting, specific
3  meeting.
4     Q. This meeting was in Boston?
5     A. I don't recall.
6     Q. Would you look to Page 9?  This is where
7  Mr. Nugent starts telling you and George and the
8  others present about various market observations
9  that he had, or that he had obtained.
10     MS. KYROUZ:  Turn back to Page 8, is
11  where it starts, that section.
12     A. As I remember this, these were data points
13  that he had gotten either from outside sources or
14  from marketing on the overall U.S. market, and some
15  of those were specific to his space, which was the
16  general business.
17     Q. So the sluggish economic outlook, he
18  presented that to you and George and everybody else
19  there; is that right?
20     MS. KYROUZ:  Objection, vague, lacks
21  foundation, misstates the document.
22     A. Again, he presented what he had gleaned as
23  some cogent market observations about the U.S.
24  market, not specifically about Oracle's market.
25     Q. Was this a give-and-take presentation, a

195

1  question-and-answer type period, or was it just
2  strictly presentation?
3     A. In terms of the style?
4     Q. This very presentation.
5     A. Oh; for all of the presentations, they were
6  give-and-take.
7     Q. They were give-and-take?
8     A. Yes.
9     Q. Did you have any comments for John Nugent
10  in response to the parts of the slide talking about
11  his market observations?
12     A. I don't recall any specific that I directed
13  towards him.
14     Q. What about George Roberts?
15     A. It's so long ago, I can't remember, but I'm
16  sure George had questions about where the data came
17  from.  That's kind of what I recall.
18     Q. Turn to Page 12 of the document.
19     A. Okay.
20     Q. It says, "Dot-com fishing hole drying up.
21  VC funding nonexistent.  Development license only."
22  I'll skip the next one.  Then it says, "41,550
23  layoffs in calendar year 2000," and "Survival mode
24  for calendar year 2001."
25     Does this refresh your recollection

196

1  about when the dot-com part of NAS's business
2  started to slow?
3     MS. KYROUZ:  Objection, lacks
4  foundation, misstates the document, vague.
5     A. Again, he's talking here about the U.S.
6  dot-com market.  He didn't specifically talk about
7  or relate this to a change in his forecast view for
8  the current quarter; actually for the fiscal year.
9     Again, these were all points that he was
10  bringing out that were, again, global, across-the-
11  U.S. kinds of conditions that he thought were
12  specific and interesting for his group, which is
13  mid-market.  Of course, dot-com had been a major
14  component of the mid-market growth.
15     The other reason he has this here is, he
16  does talk about '02 at the back of this thing.  So
17  taken in total, his presentation was a foundation
18  building block for baselining expectations for FY
19  '02 as well.
20     Q. So the part in talking about FY '02, he's
21  talking about the part affecting his business?
22     A. In terms of predicting future growth rates
23  and higher targets, this is kind of where he's
24  setting some of this level.  And for me, that was
25  the key take-away from this.

197

1    Q.  Now, you reported to Jennifer Minton about
2  what you had heard at this operations review, didn't
3  you?
4        MS. KYROUZ:  Objection, lacks
5  foundation, misstates prior testimony.
6    A.  I believe there could have been a
7  correspondence in terms of some of the take-aways
8  from any of the ops reviews, yes.
9    Q.  Did you tell her that the dot-com bubble
10  had burst?
11    A.  I don't recall saying that.
12        (Marked, Exhibit 49.)
13    Q.  I've placed in front of you what's been
14  marked as Exhibit 49.  Take a moment and look at
15  this e-mail.
16        MR. BRITTON:  For the record, Exhibit 49
17  is a one-page e-mail with Bates NDCA-ORCL 03419.
18        (Witness reviews document.)
19    A.  Okay.
20    Q.  This is an e-mail that you wrote?
21    A.  Yes, I recall writing this e-mail.
22    Q.  And you wrote it on January 11, 2001?
23    A.  It seems to be in the time frame, yes.
24    Q.  And that is -- well, it was two days after
25  John Nugent's presentation on the 9th.  How many

198

1  days after the ops review ended was it?
2    A.  Again, I don't remember the specific date
3  of the ops review.  It says January 9; I don't
4  recall if that was the actual date of the ops
5  review.
6    Q.  You sent it to Jennifer Minton?
7    A.  Yes.
8    Q.  And is this a genuine and authentic copy of
9  the original?
10    A.  I can't say for sure, but the content looks
11  like what I recall, yes.
12    Q.  So nothing seems out of line?
13    A.  No, nothing jumps out at me.
14    Q.  And it was your responsibility to report
15  this information to Jennifer Minton?
16    A.  In my role, yes.
17    Q.  And it was a regular part of your business
18  to report information to Jennifer Minton?
19    A.  Any information related to forecast or
20  trends, yes.
21    Q.  Can you do me a favor and read out loud
22  into the record for me Paragraph 3?
23    A.  Paragraph 3?
24    Q.  Yes.
25    A.  "Drop in technology," dash, "As reflected

199

1  in the softening pipe, both GB and majors see a
2  slowdown in both Q3 and Q4.  GB's dot-com bubble has
3  burst," parentheses, "(they expect the West to end
4  the year 30 to 40 million behind their original
5  budget for technology).  Majors sees a slowdown in
6  spending along with smaller deal sizes.  Also, the
7  change in the ASP model for generic tech hosting
8  licenses coupled with the dot-com crash is impacting
9  projected tech results in that segment."
10    Q.  And you got this information from the
11  operations review?
12    A.  All of this was gleaned from notes taken
13  during the ops review, yes.
14    Q.  The part that says "GB's dot-com bubble has
15  burst," was that your language or was that language
16  that you had obtained from the ops review?
17    A.  That language was obtained from the ops
18  review, and I don't know if it was credited to one
19  of John's VPs or if that was John's terminology.
20    Q.  Go to Paragraph 2.  Can you read that one
21  out loud for me, please?
22    A.  No. 1?
23        MS. KYROUZ:  Object to not reading the
24  intro to these three paragraphs which is contained
25  above.

200

1        Go ahead.
2    Q.  Go ahead.
3    A.  So is it the first sentence?
4    Q.  Yes.  The Paragraph 1, numbered Paragraph
5  1.
6    A.  Oh; numbered Paragraph 1.  "The pipe has
7  not grown as we had anticipated.  We're actually
8  slightly down from December end reporting."
9    Q.  And then No. 2 as well?
10    A.  No. 2, "Lack of big deals.  Unlike Q1 and
11  Q2, we have few big deals in best case that could
12  drive us past the $360 million line."
13    Q.  Now, numbered Paragraph 3, is this
14  information that you learned for the first time at
15  the January 9, 2001 operations review?
16        MS. KYROUZ:  Objection, lacks
17  foundation.
18    A.  Numbered Paragraph 3 are all points that I
19  picked up at the ops review with John Nugent, yes.
20    Q.  Now, the part that your counsel wanted me
21  to have you read, it's probably the second
22  paragraph, and it says, "Our Q3 forecast of $346
23  million has not changed, but the upside or best is
24  revised down by $18.8 million to $360 million."
25        $346 million forecast is the same

201

1  forecast that you had at the beginning of the year,
2  right?
3  A. That was the -- looked like the first
4  official submission, yes.
5  MS. KYROUZ: Beginning of the quarter, I
6  think you meant to say, counsel, not beginning of
7  the year.
8  MR. BRITTON: Oh; pardon me.
9  A. Beginning of Q3.
10  Q. So $346 million was the forecast for NAS at
11  the beginning of Q3 '01, right?
12  A. That's correct.
13  Q. Okay. You can put that document aside.
14  (Marked, Exhibit 50.)
15  Q. I've placed in front of you what's been
16  marked as Exhibit 50. Will you take a moment to
17  look at this exhibit?
18  MR. BRITTON: For the record, Exhibit 50
19  is a one-page e-mail with Bates NDCA-ORCL 040620.
20  (Witness reviews document.)
21  A. Okay.
22  Q. Exhibit 50, do you recognize it?
23  A. Yes, I do.
24  Q. It's an e-mail that you wrote?
25  A. E-mail that I wrote to George Roberts, yes.

202

1  Q. George Roberts. Now, the addressee is
2  yourself?
3  A. Yes. Again, so this is another
4  reforwarding that I'm not sure why it is.
5  Q. But the fact that it's addressed to George
6  leads you to believe that you sent it to George,
7  correct?
8  A. Yes.
9  Q. Is this a genuine and authentic copy of the
10  original?
11  A. I can't say for sure, but the content I
12  recognize.
13  Q. Nothing seems out of line?
14  A. No.
15  Q. And you prepared this on or around January
16  19, 2001?
17  A. That's what the date shows, and from what I
18  recall of this topic, that sounds about right.
19  Q. And you prepared this in the regular course
20  of your business?
21  A. Yes; any adjustments to quotas, I'd be
22  involved with.
23  Q. And it was your responsibility to send this
24  e-mail?
25  A. Yes.

203

1  Q. Now, this is, you're proposing a quota
2  reduction for the ASP organization; is that right?
3  MS. KYROUZ: Objection, lacks
4  foundation.
5  A. Actually, this was proposed to George and I
6  by John Simmons, and so I did a review and then
7  forwarded it on for George to agree to.
8  Q. Was it proposed at that operations review?
9  A. No; this was independent of the John Nugent
10  general business review. This was the newly spun
11  outline of business of ASP with John Simmons, who
12  was leading that group.
13  Q. Why are you proposing a quota reduction for
14  John Simmons' organization? Withdrawn. Let me ask
15  it a different way. Why did John Simmons --
16  withdrawn.
17  What did John Simmons communicate to you
18  and George about why there should be a quota
19  reduction for the ASP line of business?
20  A. So I don't recall all of the details. I do
21  remember that there was a change in how the ASP
22  business was being marketed by Oracle that impacted
23  his potential for revenue that fiscal year. That
24  was one component.
25  He also had argued, I think, some of the

204

1  baseline numbers from the prior year were still too
2  high. Again, he was a new VP reporting to George.
3  And from the beginning, he was complaining about his
4  numbers. So by January, he was coming back and
5  asked formally for a quota reduction.
6  The banking model that had been set up,
7  I think something had changed with that. So there
8  were a couple of factors that changed with the way
9  the revenue and the product was marketed, where he
10  felt it was significant enough to actually formally
11  ask for a quota reduction.
12  Q. Do you know why ASPs were grouped with
13  dot-coms?
14  MS. KYROUZ: Objection, lack of
15  foundation.
16  A. They actually pulled out of the general
17  business, dot-com business, in '01. So in '00, this
18  ASP business would have reported up to John Nugent.
19  Q. I think I have a better way to ask the
20  question, but I need a document to do it, so you can
21  put that document aside.
22  (Marked, Exhibit 51.)
23  Q. I place in front of you what's been marked
24  as Exhibit 51. Will you take a moment to look at
25  this exhibit?

205

1      MR. BRITTON:  For the record, Exhibit 51
2  starts at Bates NDCA-ORCL 040628 and ends at 629.
3      (Witness reviews document.)
4      A.  Okay.
5      Q.  Do you recognize Exhibit 51?
6      A.  I do.
7      Q.  And it's an e-mail that you wrote and sent
8  to George Roberts, and you copied Jennifer Minton?
9      A.  That's correct; that's my recollection,
10  yes.
11      Q.  You wrote this on January 29, 2001?
12      A.  The time frame seems correct, yes.
13      Q.  Is it a genuine and authentic copy of the
14  original?
15      A.  Again, I can't say, but I recognize the
16  content.
17      Q.  Nothing seems out of line?
18      A.  No.
19      Q.  And it was your responsibility to send this
20  e-mail?
21      A.  Yes.
22      Q.  And you sent this e-mail in the regular
23  course of your business?
24      A.  Yes.  This would be classified as an ad hoc
25  kind of reporting, yes.

206

1      Q.  And it was your regular practice to send
2  e-mails like this when necessary?
3      A.  Yes.
4      Q.  Now, why did you write this e-mail?
5      MS. KYROUZ:  Objection, vague.
6      A.  The impetus for this e-mail was the ops
7  review that we had with John Nugent; and so one of
8  the take-aways was, George wanted to look at the
9  total technology business, because what he heard
10  from John Nugent was the market for dot-com was
11  slowing down.  So he wanted to go back and take a
12  look and see what his brick and mortar versus
13  dot-com look like.  That was the gist of what he
14  wanted.
15      Q.  So the first block down here summarizes the
16  full-year total tech view based on current
17  Q3 forecast and Q4 outlook by line of business.  Can
18  you explain what the first box captures?
19      A.  So what it captures is, it attempts to
20  capture a snapshot of the full-year projection for
21  technology only, so it doesn't include applications
22  at all.  And this data was gleaned by working with
23  the other lines of business to get their four-year
24  outlook.  I just consolidated the totals here.
25      Q.  So the 340 number, where does that number

207

1  come from?
2      A.  $340 million at this point in time would
3  have been -- should have been the actual recognized
4  revenue for the first half of the year, Q1 and
5  Q2 combined, for technology.
6      Q.  And the growth for that was 38 percent?
7      A.  Reflecting 38 percent growth, so I would
8  have been comparing the same period a year ago.
9      Q.  Year over year?
10      A.  Year over year.
11      Q.  So the first half of fiscal year 2000
12  compared to the first half of fiscal 2001?
13      A.  2001, that's correct.
14      Q.  Now, Q3 you have a 241 number.  Where did
15  that number come from?
16      A.  I can't say without checking here, but I
17  don't know if that is the official forecast for
18  technology at this period in January, or it might be
19  the likely, the likely view.
20      Q.  And that's a negative 6 percent growth year
21  over year?
22      A.  Again, comparing it to Q3 of '00, yes.
23      Q.  And then Q4, $393 million, where did you
24  get that number?
25      A.  So that would be the sum of the outlooks

208

1  for technology within NAS.
2      Q.  And then that was, you were expecting a 2
3  percent increase year over year for Q4?
4      A.  Yes; based on that forecast, it was almost
5  flat, yes.
6      Q.  So total tech, 974, what's that number?
7      A.  That's the sum of those three numbers
8  above.
9      Q.  So it represents a full-year fiscal year
10  2001 revenue estimate?
11      A.  A projection, yes.
12      MS. KYROUZ:  For technology?
13      MR. BRITTON:  For technology.
14      Q.  So you're at 9 percent growth year-over-
15  year fiscal 2000 to 2001?
16      A.  That's what that represents.
17      Q.  I understand.
18      The next box is dot-com and ASP.  That's
19  what I meant by grouping them together.  Why were
20  they combined together in this analysis?
21      A.  So organizationally, as I said before, they
22  were separated.  That's why John Simmons was looking
23  for a quota reduction as to his own line of
24  business.
25      For this report, we added them together,

209

1  because the prior year before, dot-com and ASP were
2  together. So I wanted to keep it apples and apples.
3     Q. So this box is also analyzing year-over-
4  year numbers; is that right?
5     A. The format of this box is identical to the
6  top one, but in this case we're only isolating the
7  dot-com and ASP numbers that are included in the
8  numbers above. So the numbers above are total
9  technology. This box tries to pull out just the
10 dot-com and ASP component.
11    Q. Did this include what I've seen as dot-com
12 to B&M? Remember the chart we saw; it had --
13    A. Oh; yes, brick and mortar to dot-com?
14    Q. Yes. Is that in this, too?
15       MS. KYROUZ: Objection.
16    A. I can't say for sure if it was or not.
17    Q. What about ISP?
18    A. ISP would be included in ASP.
19    Q. So according to this, the first half of
20 fiscal year 2001 actual revenues were $85 million?
21    A. That's what it shows, yes.
22    Q. Which was a negative -- which was down $8
23 million?
24    A. Right. That second column is a dollar
25 year-over-year change.

210

1     Q. So year over year. So $85 million was $8
2  million less than the amount that dot-coms and ASP
3  had generated in the first half of fiscal '00?
4     A. That's correct.
5     Q. And that represented a negative 8 percent
6  growth?
7     A. Yes.
8     Q. In Q3, the fiscal year '01 revenue, same
9  thing: That's either the most likely or the
10 forecast?
11    A. Yes.
12    Q. So that's down $61 million from the prior
13 year?
14    A. From the prior year, yes.
15    Q. And that represents a negative 54 percent
16 growth?
17    A. Correct.
18    Q. For Q3 '01?
19    A. Yes.
20    Q. And then Q4, you have estimated $98 million
21 in revenue from the dot-coms and ASPs?
22    A. Again, that would be the outlook.
23    Q. The outlook, and then that represented a
24 year-over-year change of negative $69 million. So
25 it was $69 million less than what dot-coms and ASPs

211

1  had generated in Q4 of 2000?
2     A. That's correct.
3     Q. Which represented a negative 41 percent
4  growth?
5     A. Yes.
6     Q. And then the total revenue for fiscal year
7  2001 outlook was $234 million?
8     A. Yes, the sum of the three numbers above.
9     Q. $138 million less than the prior year?
10    A. Yes.
11    Q. Which was a negative 37 percent growth?
12    A. That's right.
13    Q. And then the tech, the brick and mortar,
14 you had growth. So the first half, you had year-
15 over-year growth of 65 percent?
16    A. Yes.
17    Q. And then Q3, you expected 31 percent growth
18 for brick and mortars?
19    A. That's correct.
20    Q. And then Q4, you expected 29 percent year-
21 over-year growth?
22    A. Yes.
23    Q. For a total of 43 percent year over year-
24 over-year growth for brick and mortars?
25    A. Yes.

212

1     Q. I understand.
2        Now, the last sentence of your e-mail
3  says, "Nearly all this is coming from GB (80
4  percent) with majors only growing 8 percent." What
5  were you conveying there?
6     A. Let me see if I'm reading this correctly.
7  Just let me look at the first half.
8        I'm talking about the total growth
9  that's still coming from GB. So GB had been the
10 growth engine; majors was not. I'm saying, despite
11 this dot-com hiccup, our growth is still coming from
12 general business.
13    Q. Is that part you're talking about, the
14 brick and mortars, nearly all of the 43 percent
15 growth for brick and mortars is coming from general
16 business?
17    A. Yes.
18    Q. Okay; put that document aside.
19       (Marked, Exhibit 52.)
20       MR. BRITTON: Why don't we go off the
21 record to change the tape.
22       THE VIDEOGRAPHER: This is the end of
23 Tape No. 3 in the deposition of David Winton. The
24 time is 4:05, and we're off the record.
25       (Recess taken)

Winton, David 5/26/2006 9:17:00 AM

213

1 THE VIDEOGRAPHER: This marks the
2 beginning of Videotape No. 4, Volume 1, in the
3 deposition of David Winton. The time is 4:10, and
4 we're on the record.
5 Q. All right, Mr. Winton. I've placed in
6 front of you what's been marked as Winton Exhibit
7 52. Will you take a moment to look through that
8 document and let me know if you recognize it.
9 MR. BRITTON: For the record, Exhibit 52
10 starts at Bates NDCA-ORCL 300960 and ends at 977.
11 (Witness reviews document.)
12 A. Okay.
13 Q. Do you recognize Exhibit 52?
14 A. No, I don't. Again, this is in the same
15 format as a similar document we've reviewed. It
16 looks like a global forecast and reporting package.
17 Q. If you'd look to the page with Bates
18 300964, this page has information for the NAS
19 division?
20 A. Yes. I see "NAS Roberts."
21 Q. So it has your division's forecast there of
22 $346 million?
23 A. I see that.
24 Q. And then there is a $14,000 upside
25 adjustment added. Do you see that?

214

1 MS. KYROUZ: Objection, lacks
2 foundation.
3 A. Yes. I think in this format, that's $14
4 million.
5 Q. Pardon me. So there's a $14 million upside
6 adjustment to the NAS division's forecast of $346
7 million.
8 Did you discuss the $14 million upside
9 adjustment with anybody in January of 2001?
10 A. No. Again, I don't recognize any upside
11 numbers.
12 Q. All right; put that document aside.
13 (Marked, Exhibits 53 and 54.)
14 MS. KYROUZ: Which one is which?
15 MR. BRITTON: January 18 is first.
16 Q. I've placed in front of you what's been
17 marked as Exhibits 53 and 54. Will you take a
18 moment to look at these exhibits? Let me know if
19 you recognize them.
20 MR. BRITTON: Exhibit 53 starts with
21 Bates NDCA-ORCL 038494 and ends at 501, and Exhibit
22 54 starts with Bates NDCA-ORCL 221509 and ends at
23 517.
24 A. Okay.
25 Q. Do you recognize Exhibit 53 and 54?

215

1 A. Both exhibits appear to be, again, the
2 standard North American sales forecast packages.
3 Q. And they were prepared by your group?
4 A. Yes.
5 Q. And it was your group's responsibility to
6 prepare these forecast packages?
7 A. Yes, it was.
8 Q. And your group prepared these forecast
9 packages in the regular course of their business?
10 A. Yes, we did.
11 Q. And it was the regular practice of your
12 forecast group to prepare these reports?
13 A. Yes.
14 Q. And are these two reports genuine and
15 authentic copies of the originals?
16 A. I can't confirm that. They could be
17 drafts; they could be finals. I don't know.
18 Q. Anything look out of line?
19 A. No.
20 Q. Now, the format between Exhibit 53 and 54
21 seems to have changed; all right? At least the
22 first page?
23 A. Yes.
24 Q. Do you remember the change in format?
25 A. It looks like the first page was cut off.

216

1 Actually, Exhibit 54 has been printed in portrait,
2 so the first page has been cut into two.
3 Q. So it's the same report; it's just printed
4 a different way?
5 A. It appears to be so, yes.
6 Q. So these two reports, just confirming that
7 I'm reading these columns right, the Q3 Budget
8 column on each document, that's the original
9 Q3 budget for fiscal year 2001?
10 A. That's correct.
11 Q. Next column in, the Q3 Replan, that's the
12 replan for the third quarter fiscal year 2001?
13 A. Right. That would have been, on the annual
14 replan that we saw earlier, this would be the
15 Q3 component of that, yes.
16 Q. Q3 Forecast Number would be the forecast
17 for the AVPs and SVPs in the various lines of
18 business?
19 A. That's correct.
20 Q. In both documents?
21 A. Yes.
22 Q. And then the Percentage of Budget and
23 Percentage of Replan are comparing the forecast to
24 the Budget and Replan columns?
25 A. Yes.

217

1     Q. And then the Forecast Variance and the
2     Replan Variance are comparing the forecast to the
3     replan budget on a numeric basis?
4     A. Yes.
5     Q. The next column, Deal Summary, the left
6     column is the OSO Forecast Deals. What does that
7     column represent?
8     A. This is the summation of all the deals in
9     OSO that were flagged as being committed for the
10    quarter.
11    Q. The Management Judgment column, what does
12    that represent?
13    A. Management judgment would be any AVP or EVP
14    negative or positive judgment on the total forecast.
15    Q. OSO Pipeline, that's all of the deals with
16    the closed date in the pipeline?
17    A. Closed date, in the period for Q3.
18    Q. And then the Coverage Pipe to Forecast is
19    calculating the pipeline to the forecast number?
20    A. Yes.
21    Q. You can put those documents aside.
22         (Marked, Exhibit 55.)
23    Q. I've placed in front of you what's been
24    marked as Exhibit 55. Will you take a moment to
25    look at this exhibit, please?

218

1         MR. BRITTON: For the record, Exhibit 55
2     has a Bates stamp of NDCA-ORCL 040627.
3         (Witness reviews document.)
4     Q. Do you recognize Exhibit 55?
5     A. Yes.  I recognize it as a rev manager
6     report.
7     Q. And what is a rev manager report?
8     A. This was a stand-alone system that was tied
9     into the billing system on the finance side that was
10    used to notify the lines of business of their booked
11    revenue for the quarter.
12    Q. And this report -- withdrawn.
13         Is this a genuine and authentic copy of
14    the original?
15    A. I can't say for sure, again; but it looks
16    like what I remember the rev manager report to look
17    like in format and style.
18    Q. Nothing out of line?
19    A. No.
20    Q. Who prepared these reports at Oracle?
21    A. I don't remember specifically who. There
22    was a group that worked within finance, and I'm not
23    sure if they reported to Ivgen Guner, but they
24    reported up through Jennifer Minton's organization.
25    Q. Was it their responsibility to produce

219

1     these reports?
2     A. Yes.
3     Q. And did they produce these reports in the
4     regular course of their business?
5     A. Yes, they did.
6     Q. And it was a regular practice at Oracle to
7     produce these reports?
8     A. Yes.
9     Q. This report is dated -- let me step back.
10         Is this report for general business as a
11    whole? Withdrawn. For NAS -- let me start all
12    over.
13         Is this report for NAS as a whole?
14         MS. KYROUZ: Objection, lacks
15    foundation.
16    A. Based on the groups identified --
17    Q. Yes.
18    A. -- it appears to be an NAS summary report.
19    Q. So according to this -- withdrawn.
20         The top entry under Group says "iSD
21    Infrastructure."  What is that?
22    A. iSD was a telesales group, and
23    infrastructure was their operations arm; and
24    occasionally they would book revenue there.
25    Q. So as of January 29, they hadn't booked any

220

1     revenue?
2     A. That's what this is showing.
3     Q. Where would iSD revenue show up on this
4     report?
5         MS. KYROUZ: Objection, lacks
6     foundation.
7     A. iSD revenue should roll into each of the
8     business units: general business, majors and so
9     forth.
10    Q. And how do you know that?
11    A. That's what I recall.
12    Q. That's what you understood at the time?
13    A. Yes.
14    Q. Now, the general business unit within NAS
15    has, as of January 29, a total revenue of $13.8
16    million?
17         MS. KYROUZ: Objection, lacks
18    foundation.
19    A. That's what this report dated January 29
20    shows.
21    Q. And U.S. majors had $11.097 million in
22    total revenue?
23    A. In license revenue, that's what it's
24    showing, yes.
25    Q. U.S. commercial license, what is that?

221

1   What's your understanding of that?

2       A. I don't remember what that was. It could

3   be the ASP group, but I can't recall. The title

4   doesn't specifically say which group that is.

5       Q. And then the last entry under Group is U.S.

6   HR Apps Sales, and their booked revenue through

7   January 29, 2001 was $7 million?

8       A. U.S. HR?

9       Q. Yes.

10      A. No; it looks like it's only --

11      Q. Total.

12      A. -- 4K of license.

13      Q. That's total.

14      A. Right.

15      Q. So it would be $7,000 of license?

16      A. Right; exactly.

17      Q. Now, January has 31 days, right?

18      A. Yes.

19      Q. This was produced on January 29. Do you

20   know why?

21          MS. KYROUZ:  Objection, lacks

22   foundation, vague.

23      A. I don't recall.

24      Q. If January 30 and 31 were a Saturday and

25   Sunday -- I don't know if they are, but if they

222

1   were -- would that explain a report coming out on

2   January 29?

3       A. I don't know.

4       Q. Actually, this tells me that it's not,

5   because January 29 was a Monday. So you don't know

6   why it was produced a few days before --

7       A. I don't know why it was produced on this

8   specific date.

9       Q. All right. You can put that aside.

10          (Marked, Exhibit 56.)

11      Q. I've placed in front of you what's been

12   marked as Winton Exhibit 56. Would you take a

13   moment to look at this exhibit, please?

14          (Witness reviews document.)

15      A. Okay.

16      Q. Do you recognize Exhibit 56?

17      A. I recognize the content as a trending

18   analysis that Jody Terry prepared.

19      Q. And was Exhibit 56 a genuine and authentic

20   copy of the original?

21      A. I can't say for sure.

22      Q. Anything look out of line?

23      A. No, it does not.

24      Q. And was it Jody Terry's responsibility to

25   prepare this exhibit?

223

1       A. Yes.

2       Q. And she prepared it in the regular course

3   of her business?

4       A. This would be more of an ad hoc, but yes,

5   this would be the type of analysis she would

6   perform.

7       Q. And it was the regular course of her

8   business, if there was an ad hoc event, to prepare

9   it?

10      A. Yes, that's correct.

11      Q. And it was a practice in the NAS division

12   to prepare reports like this?

13      A. Yes.

14      Q. And what is -- oh; the first e-mail in this

15   was sent from Jody Terry to you on September 14,

16   2000. Is that right?

17      A. It appears the original was sent to Kent

18   Kelly, and that she forwarded this to me.

19      Q. On September 14, 2000?

20      A. 2000, yes.

21      Q. And then you forwarded it to George Roberts

22   on September 15, 2000?

23      A. That's the date, yes.

24      Q. And Jody Terry prepared the report on or

25   around September 14, 2000?

224

1       A. That's what it appears by the dates, yes.

2       Q. And you forwarded, or you prepared your

3   version of -- withdrawn.

4          You typed the e-mail and forwarded it to

5   George Roberts on or around September 15?

6       A. That's correct.

7       Q. Go to the start of the pipeline trending

8   and conversion. What was the purpose -- withdrawn.

9          Did you instruct Jody Terry to do this

10   analysis?

11          MS. KYROUZ:  Objection, vague.

12      A. I would have instructed her to do it. I

13   don't recall who instigated this one. There were

14   initiatives going on at the time to try to gather

15   this data, because the company didn't have good

16   records on pipeline; and the intent was to move it

17   more systematically in the future into the reporting

18   systems.

19      Q. You can put that document aside.

20          (Marked, Exhibits 57 through 60.)

21      Q. I've placed in front of you what's been

22   marked Exhibits 57 through 60. Take a moment to

23   look at these exhibits, and let me know if you

24   recognize them.

25          MR. BRITTON:  For the record, Exhibit 57

225

1    starts at Bates NDCA-ORCL 221989 and ends at 997.
2         Exhibit 58 starts at NDCA-ORCL 222488
3    and ends at 496.
4         Exhibit 59 starts at Bates NDCA-ORCL and
5    ends at 090415 -- let me start over.  Exhibit 59
6    starts at NDCA-ORCL 090490 and ends in 416.
7         MR. BRITTON:  (To Mr. Bowie)  Can you go
8    make a copy of the second page?
9         MS. KYROUZ:  Are you talking about
10   Exhibit 59?
11        MR. BRITTON:  Yes.  You only have one
12   page; I'm having him make a second page.
13        MS. KYROUZ:  Yes; I was going to say, I
14   don't think that's the whole copy of that document,
15   when you look at the size of these others.
16        MR. BRITTON:  And Exhibit 60 starts at
17   Bates NDCA-ORCL 225056 and ends at 064.
18        Here's the second page of Exhibit 59.
19   Q.  If you have Exhibit 59, could you put that
20   on the back page?
21   A.  I just have one page there.
22   Q.  Have you had a chance to look at Exhibits
23   57 through 60?
24   A.  Yes, I did.
25        MS. KYROUZ:  I'd like to note for the

227

1    Q.  Anything look amiss with any of them?
2         MS. KYROUZ:  I'd like to note my
3    objection to Exhibit 59.
4    A.  Yes, 59 is obviously not a complete
5    package.
6    Q.  59 is the first two pages of a larger
7    package; is that right?
8    A.  Well, it's -- yes; the normal package is --
9    Q.  Right.
10   A.  -- normally about twelve pages long.
11   Q.  And so 59 is the first two pages of a
12   larger package; is that right?
13   A.  Yes.
14   Q.  Now, the format of each, at least the first
15   page, is the format of each of these exhibits the
16   same?
17   A.  Yes, the first pages appear to be the same.
18   Q.  So I would read the entries the same way on
19   each of these as we did the previous forecast
20   reports?
21   A.  Each of the columns we've already
22   discussed, yes.
23   Q.  That's fine.  All right; you can put those
24   documents aside.
25        Now, these reports, all of the

226

1    record that Exhibit 59 is not a complete version of
2    the document, which is actually a nine-page
3    document.
4    Q.  Do you recognize Exhibits 57 through 60?
5    A.  Yes.  They are, again, North America sales
6    forecast packages.
7    Q.  Prepared by your group?
8    A.  That's correct.
9    Q.  And were they prepared on or around the
10   dates that are identified on the upper right-hand
11   corner of the first page of each exhibit?
12   A.  I can't say for sure.
13   Q.  But it would have been around this period
14   of time?
15   A.  If these dates match the forecast periods,
16   yes.
17   Q.  And it was the responsibility of your group
18   to prepare these documents?
19   A.  Yes.
20   Q.  And it was your group's regular practice to
21   prepare these documents?
22   A.  That's correct.
23   Q.  And are these documents genuine and
24   authentic copies of the original?
25   A.  I don't know.

228

1    forecasting reports that we have reviewed, there
2    were no deals lists attached to them.  Were there
3    deals attached to them when you used them in fiscal
4    year 2001?
5         MS. KYROUZ:  Objection, vague.
6    A.  There were no deals attached to them?
7    These were the packages that were reviewed.  There
8    were deals lists submitted by each of the groups.
9    Q.  So they would be submitted separately?
10   A.  Submitted separately, and we would talk to
11   those.  Typically we'd go over the summary pages
12   first to look at week-to-week changes, and then we'd
13   start talking about the deals.
14        (Marked, Exhibit 61.)
15   Q.  We've placed in front of you what's been
16   marked as Winton Exhibit 61.  Will you take a moment
17   to look at this exhibit?
18        MR. BRITTON:  For the record, Exhibit 61
19   starts at Bates NDCA-ORCL 319387 and ends at 397.
20        (Witness reviews document.)
21   A.  Okay.
22   Q.  Do you recognize Exhibit 61?
23   A.  Yes; I believe I recognize this as John
24   Nugent's ops review for Q4 to George Roberts.
25   Q.  So it was a George Roberts ops review?

229

1    A. Yes.
2    Q. Do you know where the business ops review
3    was undertaken?
4    A. I don't remember the physical location, no.
5    Q. If you'd look at -- were you in the
6    audience for this presentation?
7    A. I can't say for certain that I was. I
8    believe I was, though, yes.
9    Q. If you'd look at the page with Bates
10   NDCA-ORCL 319392, the heading's EC Conundrum. Do
11   you know what EC means?
12   A. I was looking at that. I don't remember
13   what that meant.
14   Q. All right. You can put that document
15   aside.
16          I'm handing you a binder that we used in
17   a previous deposition with Classick Exhibits 14
18   through 26. Will you take a moment to flip through
19   the binder and let me know if you recognize the
20   reports that are in there.
21          (Witness reviews documents.)
22   A. Okay.
23   Q. Do you recognize any of the exhibits in
24   Classick Exhibits 14 through 26?
25   A. Yes. It seems to be a combination of OSO

230

1    exported deals lists and what we referenced earlier,
2    the deal, big-deals scenario.
3    Q. So let's go through each one. Exhibit 14,
4    what is Exhibit 14?
5    A. For me, that's an OSO extract of
6    opportunities.
7    Q. Is this an extract that you or your group
8    would have prepared?
9    A. We could have prepared this or Ivgen
10   Guner's group could have prepared this, yes. We
11   both had the same formatting and access for this
12   data. I can't tell by looking at it who prepared
13   this.
14   Q. Exhibit 15, same thing?
15   A. That is the same, yes, OSO extract.
16   Q. Exhibit -- excuse me; that was Exhibit 15.
17   I think I said 16.
18   A. Yes.
19   Q. Exhibit 15 is an OSO extract?
20   A. Yes.
21   Q. Dated January 29, 2001?
22   A. That's the date, yes.
23   Q. And Exhibit 16?
24   A. 16 is what we referenced as the big-deals
25   scenario.

231

1    Q. Was this prepared by your group?
2    A. North America sales, yes.
3    Q. Is it a genuine and authentic copy of the
4    original?
5    A. That, I can't say.
6    Q. Anything look amiss?
7    A. No; it seems to be in the format and
8    complete, that I recall.
9    Q. Was it your group's responsibility to
10   prepare this report?
11   A. Yes.
12   Q. And your group prepared this report in the
13   regular course of their business?
14   A. Yes, we did.
15   Q. And was it the regular practice of your
16   group to prepare reports like these?
17   A. Yes.
18   Q. Next, Exhibit 17?
19   A. 17 is another OSO deals extract.
20   Q. And you can't tell who prepared it?
21   A. No, I can't.
22   Q. Exhibit 18?
23   A. 18, that is another deals, big-deals
24   scenario list.
25   Q. And this was prepared by your group?

232

1    A. Yes.
2    Q. In the regular course of their business?
3    A. Yes, it was.
4    Q. And it was their regular practice to
5    prepare reports like this?
6    A. Yes.
7    Q. And it was your group's responsibility to
8    prepare reports like this?
9    A. Yes.
10   Q. And this report would have been prepared on
11   or around February 5, 2001?
12   A. Based on the columnar heading, yes, that's
13   what it looks like.
14   Q. Turn back to 16.
15   A. Okay.
16   Q. Your group would have prepared this report
17   on or around January 29, 2001?
18   A. 16? Based on the column heading, yes.
19   Q. Exhibit 19? Do you recognize this?
20   A. 19, again, looks to be the big-deals
21   scenario report.
22   Q. Prepared by your group?
23   A. Yes.
24   Q. In the regular course of their business?
25   A. Yes.

233

1    Q. And was it their responsibility to prepare
2  this report?
3    A. Yes, it was.
4    Q. And they prepared it as a regular practice?
5    A. Yes.
6    Q. Is it a genuine and authentic copy of the
7  original?
8    A. I can't say for sure.
9    Q. Anything look out of line?
10    A. No, it does not.
11    Q. I don't think I asked you the
12  authentication question for Exhibit 18.  Is Exhibit
13  18 a genuine and authentic copy of the original?
14    A. I can't say for sure.
15    Q. But nothing looks out of line?
16    A. No, it does not.
17    Q. Exhibit 20?
18    A. 20 is again an OSO extract of deals.
19    Q. Does this look like an extract that your
20  group would have prepared for the forecast costs?
21    A. Yes.  This format was sort of a standard
22  download format.
23    Q. Did you or your group extract these or
24  create reports like these during each forecast call
25  throughout fiscal year 2001?

235

1  the original?
2    A. That, I can't say.
3    Q. Nothing looks out of line?
4    A. No.  Again, this looks like the normal
5  report.
6    Q. Exhibit 22?
7    A. 22 is, again, identical format from an OSO
8  big-deals extract.
9    Q. And you can't tell which group prepared it?
10    A. I can't tell by looking at it, no.
11    Q. Let's go to Exhibit 23.
12    A. 23 is, looks like a prettier format, but
13  it's the identical big-deals scenario report with
14  comments.
15    Q. Prepared by your group?
16    A. Yes.
17    Q. Prepared in the regular course of business?
18    A. Yes.
19    Q. And it was their regular practice to
20  prepare reports like this?
21    A. Yes.
22    Q. And it would have been prepared on or
23  around February 19, 2001?
24    A. That's what the date says at the top, yes.
25    Q. And a genuine and authentic copy of the

234

1        MS. KYROUZ:  Objection, vague, lacks
2  foundation.
3    A. I can say that each of my directs would
4  have been preparing reports like this for their SVP
5  to prepare for their forecast calls, and they would
6  have submitted details of the bigger deals to George
7  and I for review for our calls.
8    Q. Exhibit 21?
9    A. This is again a big-deals scenario for
10  North America sales.
11    Q. Prepared by your group?
12    A. Yes.
13    Q. And it was their responsibility to prepare
14  this report?
15    A. Yes.
16    Q. And they would have prepared this report on
17  or around February 12, 2001?
18    A. That's correct.
19    Q. And they prepared this in the regular
20  course of their business?
21    A. Yes.
22    Q. And it was their regular practice to
23  prepare reports like this?
24    A. That's correct.
25    Q. And it's a genuine and authentic copy of

236

1  original?
2    A. That, I don't know.
3    Q. But nothing looks out of line?
4    A. No.  Again, the format looks like the fonts
5  were changed, but the content's the same.
6    Q. Exhibit 24?
7    A. 24 is, again, a big-deals scenario report
8  for North America sales.
9    Q. Let's do 24 and 26 together.
10    A. 26; okay.
11    Q. These are both big-deals scenarios?
12    A. They are both big-deals scenario reports,
13  yes.
14    Q. Prepared by your group?
15    A. Yes.
16    Q. Was it their responsibility to prepare
17  reports like this?
18    A. Yes.
19    Q. They prepared these reports in the regular
20  course of their business?
21    A. Yes.
22    Q. Was it their regular practice to prepare
23  these reports?
24    A. Yes.
25    Q. And they prepared Exhibit 24 on or around

237

1  February 28, 2001?
2       MS. KYROUZ: I'm going to object that
3  the document has a number of dates at the top,
4  including Week 12, Week 13 and 2-26-01. It's not
5  clear from the document. I just wanted to note that
6  for the record.
7       A. Yes, there are several dates. The OSO date
8  is stated to be 2-26.
9       Q. So it would have been on or around 2-26?
10      MS. KYROUZ: Same objection.
11      A. I would assume so, but....
12      Q. Within at least a couple of weeks of
13  February 26?
14      A. If it's the genuine article, yes.
15      Q. And then Exhibit 26, this would have been
16  prepared on or around March 1, 2001?
17      MS. KYROUZ: Object. The document has
18  the same problem, a number of different dates.
19      A. This one doesn't have a clear date on it.
20      Q. Look at the front page.
21      A. The front page is just an e-mail date.
22      Q. Right. So you're forwarding the report on
23  or around March 1, 2001.
24      And the attached, look at the attached
25  file. Do you see, it says, "Sorry. Use this one,

238

1  really," and then right below it, there's an
2  attachment that says, "NAS Big-Deals Scenarios 3-1"?
3       A. Yes.
4       Q. Does that indicate to you that the attached
5  report was --
6       A. It might --
7       MS. KYROUZ: Same objection.
8       A. It might suggest a date, but I can't
9  remember.
10      Q. So at least it was prepared on or around
11  that date?
12      A. This one, I can't tell, because there's no
13  OSO date at the top of this. And it seems to have
14  an April stamp date.
15      Q. Look to Bates that ends at 441.
16      We have two documents.
17      A. 441?
18      Q. Yes. You know what? The first Exhibit
19  26 -- there's two documents. The first one is
20  080186 and ends at 080190. The next document starts
21  at NDCA-ORCL 225441 and ends at 444.
22      MS. KYROUZ: Just note the same
23  objection. There are a number of different dates on
24  the document.
25      Q. So the OSO date here is March 1, 2001?

239

1       A. This OSO date says March 1, yes.
2       Q. And is that when it would have been printed
3  out of OSO? Can you tell?
4       MS. KYROUZ: Objection, misstates
5  testimony. He never said this was printed from OSO.
6       Q. Is this the date it would have been
7  extracted from OSO?
8       MS. KYROUZ: Same objection?
9       A. Yes; my recollection is those dates reflect
10  when this data would have been pulled.
11      Q. All right. I want to ask you about a few
12  deals and see if you remember anything about them,
13  and if not, you can tell me about them based on
14  these reports.
15      Ross Stores, do you remember anything
16  about a deal with Ross Stores?
17      A. No.
18      Q. If you'd look at Exhibit 15, about half the
19  way down, there's -- I think yours is highlighted.
20      A. It's 15, you said?
21      Q. It's one, two, three, four, five --
22      A. I have Continental highlighted.
23      Q. Five highlights down?
24      A. Oh; Ross Stores, yes; okay.
25      Q. Can you tell me about Ross Stores, how you

240

1  would have interpreted this deal in the third
2  quarter of 2001?
3       MS. KYROUZ: Objection, lacks
4  foundation.
5       A. I don't know what you mean by
6  "interpreted."
7       Q. What does this report tell you about this
8  deal in the third quarter of 2001?
9       MS. KYROUZ: Same objection.
10      A. This tells me that it's in the major
11  accounts West; I can see that by the line of
12  business. I can see who the sales rep is. It's
13  described as a financial applications deal, so it
14  sounds like it's an applications deal.
15      The gross pipeline amount is under
16  Opportunity Amount for $400,000. It has a targeted
17  close date of February 28. And under the Product
18  blocks, it is confirmed that it's ERP, so that is an
19  applications license. And it's showing as a best-
20  case scenario of $1.5 million.
21      Q. Right. Now, we have the total opportunity
22  as $400,000 with the best case of $1.5 million. Do
23  you know what would have been reflected in the
24  pipeline?
25      A. The way I understand how OSO was operating,

241

1    the $400,000 would have been in the pipeline.

2    That's my understanding.

3         Q.  And then the Probability column, that has a

4    30 probability.  What does that mean?

5         A.  The Probability column are percentages, and

6    that's coming out of OSO.

7         Q.  So that's a 30 percent probability of it

8    closing in the quarter?

9         A.  Well, that's what the account executive had

10   in there, in the system, and we didn't use

11   probabilities in terms of our forecasting.

12        Q.  So for Ross Stores, nothing is forecasted

13   for this deal; it's just a best-case scenario,

14   right?

15        A.  That's correct; there's no forecast

16   dollars.

17        Q.  And if you go to 16, and then three pages

18   in, Ross Stores is about halfway down, the fourth

19   highlight.

20           Now, this forecast scenario has Ross

21   Stores in the most-likely forecast scenario on

22   January 29.  The previous printout, also January 29,

23   had it in best case only.  Can you tell me the

24   difference?

25        A.  No, that's not unusual.  Again, in North

242

1    America sales, we weren't consistent in the use of

2    the terminology "best case" and "likely," especially

3    when it related to OSO.  "Worst" and "best" really

4    had no meaning for us.  "Most likely" was the most

5    important thing here.

6           What this tells me is that we thought

7    that Ross Stores, despite being in best case in OSO,

8    according to the account exec and the VP, it was a

9    likely deal to close.

10        Q.  Turn to 18.  So Exhibit 18, if you'd turn

11   three pages in --

12        A.  Yes.

13        Q.  -- Ross Stores has the same indication?

14        A.  It's in the most-likely scenario block,

15   yes.

16        Q.  And then the comment is, "Expect decision

17   by 2-9.  Jeff and Ron Wohl involved"?

18        A.  Yes.

19        Q.  If you'd turn to Exhibit 21, and this is

20   big-deals scenario for February 12, 2001.  Go three

21   pages in.

22        A.  Okay.

23        Q.  Look at Ross Stores; it's the second

24   highlight down.

25        A.  Yes.

243

1         Q.  The comment says, "Pushed out to Q4."  What

2    does that mean?

3         MS. KYROUZ:  Objection, vague, lacks

4    foundation.

5         A.  That comment, to me, means that the deal

6    was not going to close in the current quarter.

7         Q.  So we can say that as of February 12, it

8    wasn't likely that this deal was going to close in

9    the quarter?

10        A.  Based on that comment, right.

11        Q.  Then if you'd turn to Exhibit 23, and go

12   three pages in, Ross Stores is the second highlight,

13   so it has $900,000 best case?

14        A.  Right.

15        Q.  So what does that tell you?  It's still in

16   the best-case scenario, but the previous comment

17   was, it moved out in Q4?

18        MS. KYROUZ:  Objection, lacks

19   foundation.

20        A.  Again, I don't remember the specifics on

21   every deal.  Typically, if it gets noted to be

22   pushed, it drops off the entire list.  This, I can

23   only suggest that maybe it got back to life or they

24   had hoped they could pull it back in.

25        Q.  Now, if it doesn't appear -- if a deal

244

1    appears on these reports, and then in the subsequent

2    report it's gone, what does that mean to you?

3         MS. KYROUZ:  Objection, lacks

4    foundation, vague.

5         A.  From my experience, it shouldn't disappear;

6    there should be a comment, as we saw before, that it

7    got pushed, and then the next week it might

8    disappear.

9         Q.  So if it disappears, it means it's probably

10   either gone or pushed into the next quarter?

11        MS. KYROUZ:  Objection, lacks

12   foundation.

13        A.  I couldn't say.  Like I said, a deal

14   shouldn't just disappear without a note.

15        Q.  Without a note; okay.

16           Let's look at American National

17   Insurance.  Turn to 16.

18           Do you remember a deal with American

19   National Insurance?

20        A.  No.

21        Q.  Turn to 16.

22        A.  Okay.

23        Q.  It's the third highlight down.

24        A.  Right.

25        Q.  That has total opportunity of 1.8, and then

245

1   January 29, it says 1.0.  Is that the forecasted
2   amount?
3       A.  It's, the 1.0 is in the forecast detail, so
4   I assume that that's the amount that was forecasted
5   in OSO.
6       Q.  And then the comment here is, "Hear
7   decision by the end of next week"?
8       A.  Yes.
9       Q.  Is that a comment by the rep?
10      A.  Or it could be the SVP or the EVP.
11      Q.  If you'd go to Exhibit 18, the second page,
12  second highlight down is American National Insurance
13  Company.
14      A.  Yes.
15      Q.  The comment says, "Moved to best case."
16      A.  Yes.
17      Q.  What does that tell you about the deal?
18          MS. KYROUZ:  Objection, lacks
19  foundation.
20      A.  Again, I don't remember the specifics of
21  all of these deals, so in the judgment of either the
22  AE, account executive, or VP, it was a best case,
23  not a likely deal.
24      Q.  It was a best case, not a likely deal?
25      A.  Right.

247

1   to the second page?
2       A.  Yes.
3       Q.  The first highlighted deal?
4       A.  Right.
5       Q.  It says, "Move to best case," so it wasn't
6   expected to close in the quarter?
7           MS. KYROUZ:  Objection, lacks
8   foundation.
9       A.  "Move to best case" means it's not
10  extremely likely.  It means best case; that's what
11  it means.
12      Q.  And I'll represent to you that it doesn't
13  show up on any subsequent reports, so what does that
14  tell you?
15          MS. KYROUZ:  Objection, lacks
16  foundation.  He's already said he doesn't know the
17  specifics of these deals.
18      A.  Again, I don't know why it wouldn't be on
19  subsequent reports.
20      Q.  Do you remember a deal with Timberland?
21      A.  No, I don't.
22      Q.  If you look at Exhibit 16 --
23      A.  Yes.
24      Q.  -- it's the second highlight down.
25      A.  Okay.

246

1       Q.  If you'd look at Exhibit 19.
2       A.  Okay.
3       Q.  Now we have, it's the third highlight down
4   on the first page.  The "Ameri" has been stamped out
5   of it.  It's American National Insurance Company.
6   Total opportunity is 1.8; 1.0 is in the forecast
7   detail.
8           The comments, is the comment right above
9   that line, to you, based on reading these reports --
10  are both of these lines attributable to American
11  National Insurance Company?
12          MS. KYROUZ:  Objection, lacks
13  foundation.
14      A.  I mean, based on what I see above, there's
15  nothing that would relate to that deal has risk; so
16  I would assume, if I'm reading this the way it's
17  printed, that that has to do with American National
18  Insurance Company, the first sentence and the second
19  sentence.
20      Q.  And then, that was --
21          (Thunder)
22          MR. BRITTON:  Looks like I'm not taking
23  off any time soon.
24      Q.  If you turn to Exhibit 21, this is the big-
25  deals scenario for February 12, 2001.  Can you turn

248

1       Q.  So the total opportunity here is 1.6, and
2   that's forecasted 1.6?
3       A.  That's correct.
4       Q.  And then the comment is, "Expect to hear
5   something this week - customer indicated they would
6   be notifying vendors by EOW."  So that tells you
7   that you may hear something soon?
8       A.  EOW --
9           MS. KYROUZ:  Objection, lacks
10  foundation.
11      Q.  End of week?
12      A.  I believe it's end of week.
13      Q.  Now we've got Exhibit 18.  Timberland, this
14  is big-deals scenario dated February 5, 2001.
15      A.  Yes.
16      Q.  So what does that tell you about the
17  Timberland deal?
18          MS. KYROUZ:  Objection, lacks
19  foundation.
20      A.  The Timberland deal is still on the
21  forecast detail with a positive comment.
22      Q.  So it potentially could still close in the
23  quarter?
24          MS. KYROUZ:  Objection, misstates the
25  document.  It's far stronger than that.

Winton, David  5/26/2006  9:17:00 AM

249

1    MR. BRITTON:  Far stronger than that?
2  Forecasted to close in the quarter.
3    A.  The indication is that it should close in
4  the quarter.
5    Q.  If you'd go to Exhibit 19, Timberland shows
6  up, and what does that tell you?
7    MS. KYROUZ:  Objection, lacks
8  foundation.
9    A.  It's in the block, and it looks to be a
10  duplicate of the one we looked at on another report.
11    Q.  This one's dated 2-5, also.
12    A.  Again, I can't tell by the dates if these
13  are valid or drafts or whatever.
14    Q.  If you go to Exhibit 21 --
15    A.  Yes.
16    Q.  -- it's the first highlighted deal.  It
17  says February 12.  What does that tell you about
18  this deal?
19    MS. KYROUZ:  Objection, lacks
20  foundation.
21    A.  So this Timberland deal is still in the
22  Commit block, Forecasted block.  It looks like the
23  value changed to $1.5 million.
24    Q.  And then lastly go to 22.
25    A.  22?

250

1    Q.  Yes.
2    A.  Okay.
3    Q.  So now we have $1.6 million forecasted?
4  It's the second one down, second highlighted one
5  down.
6    A.  Timberland, yes.
7    Q.  Now, I'll represent to you that we were not
8  able to find this deal on any subsequent report; so
9  what does that mean to you, if anything?
10    MS. KYROUZ:  Objection, lacks
11  foundation.
12    A.  I can't comment.  I don't know.
13    Q.  All right.  Let's look at Auto Data
14  Processing.  Let's go to Exhibit 18.  If you look to
15  the last page of Exhibit 16, it's the second
16  highlighted deal.
17    A.  Okay.
18    Q.  What does this entry tell you about the
19  Automatic Processing deal?
20    MS. KYROUZ:  Objection, lacks
21  foundation.
22    MR. BRITTON:  What foundation am I
23  lacking?
24    MS. KYROUZ:  You haven't established
25  that he knows anything about this deal.  In fact, he

251

1  said specifically he doesn't know anything about
2  this particular deal.
3    MR. BRITTON:  He prepared these reports,
4  and he used them in every forecast call, and he's
5  read them for two years while he was there.
6    MS. KYROUZ:  Nevertheless, he's
7  testified that he doesn't recall anything about
8  these deals, so you haven't laid a foundation.
9    MR. BRITTON:  All right.
10    A.  So all it tells me is that it's in the
11  best-case block for a million dollars.
12    Q.  So that's a best-case scenario, because
13  that's what you're seeing on the previous page?
14  "Best-Case Scenario, Upside" --
15    A.  Well, I have to say to see where -- this
16  format is broken into blocks, so it's sitting in the
17  Best-Case Scenario block.
18    Q.  I'm trying to point out for the record, the
19  heading Best-Case Scenario is on the previous page?
20    A.  Yes.
21    Q.  Now, let's look at 18, first page, first
22  highlight.
23    A.  Yes.
24    Q.  This is a February 5th big-deal scenario,
25  so this deal has improved from the last time we saw

252

1  it, right?
2    A.  How do you mean improved?
3    Q.  It's gone from best case to forecast.
4    A.  No; I believe it was in forecast in the
5  first one we looked at.  Was it?  Which number was
6  that?  18?
7    Q.  18?  I thought we said it was best case.
8    A.  Well, there was a best-case amount for it
9  as well.
10    Yes; it was forecasted for $2 million on
11  the prior schedule.
12    Q.  Where are you seeing that?
13    A.  I'm back on 16, first page, Automatic Data
14  Processing, $2 million.
15    Q.  Okay; very good.  I missed that one.
16    So this is, $2 million is still
17  forecasted as of February 5?
18    A.  Yes.
19    Q.  Let's go to 19.  It's on Page 1 again, and
20  that's in the forecast detail.
21    A.  Yes.
22    Q.  It says, "Back up for approvals, 1/30 final
23  stages," right?
24    A.  Right.
25    Q.  So you've got $2 million forecasted.

253

1      Now, if you turn three pages in, it has,
2  under the best-case scenario, "Upside deals not
3  likely to close," four highlights down, Automatic
4  Data Processing with $1 million.
5      A.  Yes.
6      Q.  So what does that tell you about that deal?
7      A.  It's the identical entry from before.
8  "Additional needs" -- again, so this would be best
9  case.  So the $2 million deal they felt good about.
10  "Additional needs" normally would mean more licenses
11  or more users, so this is showing the incremental
12  potential over the two for additional users.
13      Q.  So can we conclude from that that it's a
14  $3 million potential deal, if you add the two and
15  the one together?
16      A.  Yes, that's right.
17      Q.  Now turn to 21.
18      A.  Okay.
19      Q.  I don't think it's in the forecast detail
20  anymore.  If you'd turn to the second page, the
21  second highlight down there, it says "Move to best
22  case."  What does that tell you about this deal?
23      MS. KYROUZ:  Objection, lacks
24  foundation.
25      A.  What's the date of this one?  February 5,

254

1  going to the 12th, right?
2      So the way I'm reading this, with the
3  negative $2 million, is that, in the week -- in the
4  subsequent week, it came off of the forecast detail,
5  and they moved it to best case.  So something
6  happened with the negotiations or the expected
7  signing.
8      Q.  So the deal's at risk for the quarter?
9      A.  Well, it's not committable anymore, yes.
10      Q.  All right.  Let's look at the deal with
11  Veritas.  So if you go to Exhibit 16 --
12      A.  Okay.
13      Q.  -- this is the January 29 big-deals
14  scenario?
15      A.  Right.
16      Q.  So NAS is forecasting a million dollars for
17  the Veritas deal?
18      A.  That's what it's showing, yes.
19      Q.  Now, the total opportunity says it's
20  $500,000, right?
21      A.  Right.
22      Q.  With a $1 million forecast?
23      A.  So again, it's a disconnect between OSO and
24  the forecasting.
25      Q.  If we go to now Exhibit 18, Veritas is on

255

1  the second page.  The comment says, "Best only."
2  What does that mean to you?
3      MS. KYROUZ:  Objection, lacks
4  foundation.
5      A.  So again, it seems during that one
6  reporting period between these two reports it was
7  moved from a commit to upside.
8      Q.  Upside?
9      A.  Yes.
10      MS. KYROUZ:  Just note for the record,
11  those are not the only references to Veritas in that
12  document.
13      Q.  Exhibit 19?  Let's look.
14      Veritas on the first page is not
15  highlighted.  There's the $1 million deal again,
16  right?  It's about halfway down the page?
17      A.  Yes, I see a $1 million; but again, that
18  comment looks like the original comment from --
19      Q.  Right.
20      A.  -- No. 16.
21      Q.  Then if you look three pages back, there's
22  another reference to Veritas, $1 million.  It's
23  under the most-likely forecast.  But the 2-5 entry
24  is $800,000.  What does that tell you about this
25  deal?

256

1      MS. KYROUZ:  Objection, lacks
2  foundation.
3      Q.  Same deal or different deal?
4      A.  This sounds similar to the one we talked
5  about before.  It mentions additional apps, so it
6  sounds like a potential to grow the deal.
7      Q.  Potential to grow the deal?
8      A.  Yes.
9      Q.  All right.
10      MS. KYROUZ:  Are you referring to the
11  2.8 entry?
12      THE WITNESS:  The 2.8, yes.
13      MS. KYROUZ:  He was asking you actually
14  about a different entry.  This 2.8 was on the prior
15  document as well.
16      MR. BRITTON:  Right.
17      Q.  There's 2.8 up there, so that's upside.
18  And then there's another entry for Veritas down
19  below that says $1 million and then $800,000.
20      A.  Yes; I don't recall.
21      Q.  So let's look now at 21.
22      I don't see Veritas on the first two
23  pages.  So the first entry I see for Veritas is on
24  Page 3, and under the most-likely forecast scenario
25  for Veritas Software Corp., $2.8 million deal, the

257

1  note says, "Moved to best case."
2      A. Yes; I see that.
3      Q. And then if you look down to the last entry
4  in that column, the $800,000 deal also moved to best
5  case?
6      A. Yes. It's the same comment.
7      Q. So what did that tell you about the Veritas
8  deals as of February 12?
9          MS. KYROUZ: Objection, lacks
10  foundation.
11      A. Again, I don't recall the specifics on the
12  Veritas deals, but it changed status from most likely
13  to best case.
14      Q. So not expected to close in the quarter as
15  of that point in time?
16          MS. KYROUZ: Objection, lacks
17  foundation.
18      A. Lower probability, given the period in the
19  quarter.
20      Q. Then if you go to 23; look at Page 3. The
21  last highlight, you have Veritas, total opportunity
22  $1 million, and then $750,000 in best case.
23          And then if you look two pages in from
24  that, the one that ends in Bates 134, the second
25  highlight, Veritas, $2.8 million is in the best case

258

1  deal. So that's now an upside deal?
2          MS. KYROUZ: Objection, lacks
3  foundation.
4      A. Again, I don't know if these are two
5  different reports. I can't tell.
6      Q. So that's not being forecasted anymore; is
7  that right? Not likely to close in the quarter?
8          MS. KYROUZ: Objection, lacks
9  foundation. Are you asking him to read the
10  document?
11          MR. BRITTON: I'm asking him to
12  interpret the report that he prepared and that he
13  used on a regular basis.
14      A. Only the deals in the Forecast column would
15  be forecasted.
16      Q. When you were working during this period of
17  time, or any time during fiscal year 2001, did you
18  personally know about any of the deals, the stages
19  that they were at?
20      A. Certainly during the middle of a quarter I
21  was deeply involved in the details of a lot of the
22  larger deals, just from the discussions.
23      Q. From the reports and the discussions?
24      A. From the discussions and the calls.
25      Q. The discussions and the calls, but you had

259

1  not gone out to the customers and personally dealt
2  with the customers?
3      A. No, I never did a customer visit.
4      Q. Do you remember a deal with Actema?
5      A. No, I do not.
6      Q. Let's go to Exhibit 18. If you go in three
7  pages to Page 221586 --
8      A. Yes.
9      Q. -- Actema is the second highlighted deal.
10      A. Yes.
11      Q. It's a $4 million deal, and that's
12  forecasted, right?
13      A. Forecasted for $4 million.
14      Q. For $4 million?
15      A. I'm sorry; it's not. It's in the Most
16  Likely box. It's not forecasted.
17      Q. So it's --
18      A. It's in the most-likely scenario.
19      Q. Right. So that's not forecasted?
20      A. No. Again, the only deals that are
21  forecasted are under the forecast detail. What this
22  is is a -- how do you explain this form? It's a
23  bridge, we used to call it. This is a bridge form.
24          So you start with forecast and the
25  detail of the big deals. Then you back out risk,

260

1  which is called worst case. So you start with the
2  number, gross number, minus risk, plus most likely
3  and plus best. So it's a bridging exercise, yes.
4      Q. So then let's go to the worst-case
5  scenario.
6      A. Right.
7      Q. Now, what deals would fall -- so these are
8  the deals at risk?
9      A. Those were the identified deals at risk,
10  specifically.
11      Q. Why were those called worst-case?
12      A. Because we had concerns that they wouldn't
13  close, and they were in the forecast.
14          Do you follow me?
15      Q. Yes, okay.
16      A. So they were forecasted committed deals
17  that we had concern over.
18      Q. You had concern over; okay. And then in
19  the most-likely forecast scenario box, what deals
20  went in there?
21      A. So again, these were upside deals, not
22  forecasted, that folks felt very comfortable with
23  closing the quarter, but they didn't want to
24  forecast them.
25          So this whole document was really a

261

1  bridging exercise to say, "Okay, guys," like George
2  Roberts or Jay, "you give me a forecast of this, but
3  you keep telling me on the calls you're going to do
4  Y.  How do you get there?"
5       So this format developed as a tracking
6  mechanism to say, okay, how are they actually
7  getting to the likely view?
8       Q.  I understand.  Now, in the Best-Case
9  scenario box, what deals went in there?
10      A.  So again, most likely were the better of
11  the upside, and the best were like, if all the stars
12  are aligned, I mean, these are deals in the
13  pipeline, but it's going to take Heaven and Earth to
14  get them to pull into the quarter.
15      Q.  So we would be mistaken to look at the
16  George Roberts forecast call reports and the Best
17  column, and say they're the same thing as the best
18  case?
19      A.  That's correct.  Again, there was no direct
20  linking.  In this form, it's called best-case
21  scenario, but they just wanted to see what were the
22  bigger, better deals you could get there with.
23      Q.  So Acterna was an upside deal for $4
24  million, not in the forecast?
25      A.  It was not in the forecast; right.

263

1       MS. KYROUZ:  So could it be a draft?
2       THE WITNESS:  It could be, but I'm
3  seeing the same comments, even.
4       So Acterna --
5       Q.  So this one says January 29.
6       A.  Yes, I mean, it looks like the detail of
7  Exhibit 16.
8       MS. KYROUZ:  This is why he's
9  speculating about the documents.
10      A.  And the control totals are the same, 31.4
11  and 337.9.
12      Q.  So these are duplicates --
13      A.  I think they're duplicates, with bogus
14  dates.
15      MS. KYROUZ:  You think the dates are
16  incorrect on these documents?
17      THE WITNESS:  Yes.  At least relating to
18  these two.
19      Q.  All right.  So then let's look at Exhibit
20  21.  The last page of Exhibit 21 has Acterna, $4
21  million, and now it's in the best-case scenario.
22      A.  And it's actually out of -- it's been taken
23  out of that best-case scenario because it's showing
24  a variance of negative 4, and it's showing zero in
25  the last column.  There's no note, though; the note

262

1       Q.  Okay.  If you look to Exhibit 18, if you go
2  three pages in, Acterna shows up as the third
3  highlight in the most-likely forecast scenario.
4       A.  Yes.
5       Q.  And it has an indication that it's a
6  Q4 deal now.
7       A.  Right.
8       Q.  Does that mean to you that it's pushed out
9  to the next quarter?
10      A.  That's what it would mean.
11      Q.  Okay.  If you'd go to 19.
12      A.  Okay.
13      Q.  Acterna shows up again on Page 3.  It's not
14  in the forecast.  It's $4 million, and same timing
15  as the main issue for Q3.  So something's happened
16  to remove it from the move to Q4 deal?
17      A.  No; what I'm seeing here is a pattern.
18  This Exhibit 19 seems to be a duplicate of exhibits
19  from two periods back.
20      Q.  Oh.
21      MS. KYROUZ:  It seems --
22      A.  We've been talking about the same thing.
23  They're coming back with the same comments, even.
24      Q.  Really?  It's a duplicate of which one?
25      A.  Of Exhibit 16.

264

1  doesn't say that it was pushed.
2       Q.  But there's zero in the February 12 column?
3       A.  Yes; exactly.
4       Q.  So this deal wasn't going to close in Q3.
5       A.  It was completely taken off at this stage.
6       Q.  Now, go to Exhibit 23.  Exhibit 23 looks
7  like it's two separate --
8       A.  Looks like two separate reports.
9       Q.  Looks like two separate reports.  The first
10  one is NDCA-ORCL 223643 to 645.  The second report
11  is NDCA-ORCL 224133 to 134.
12      Now, Acterna shows up -- this is dated
13  February 19 -- it shows up on the last page of
14  Exhibit 23, with Bates 224134.  Now it's got an $8
15  million total opportunity amount, and it's in the $8
16  million Best column.
17      A.  This is not the week-over-week variance
18  reporting that we saw in the other ones, either.
19      MS. KYROUZ:  Not in the February 12th?
20      THE WITNESS:  The other one showed a
21  change between periods with the notes.
22      Q.  So what type of report --
23      A.  February 12, you can see this is just a
24  pure summary of worst, forecast and best.  It
25  doesn't have the bridge that we talked about on the

**265**

1  other ones.  It doesn't go from forecast to risk to
2  likely to --
3      Q.  So this is a different type of document?
4      A.  This looks like a high-level summary:
5  worst, forecast, best report.
6          And I don't think the forecast numbers
7  match, either.  One says 323 grand total forecast,
8  and the other one says 320.  Same date period,
9  though.
10     Q.  Right.
11     A.  2-19.
12         MS. KYROUZ:  According to the document.
13         THE WITNESS:  According to the document.
14     Q.  Okay.  Do you remember a deal with GE?
15     A.  No, I do not.
16         MR. BRITTON:  Let's see; Exhibit 62.
17         (Marked, Exhibit 62.)
18         (Witness reviews document.)
19     A.  Okay.
20     Q.  Do you recognize Exhibit 62?
21     A.  It appears to be an e-mail response from
22  Tony Kender, who ran the human resources LOB under
23  George Roberts.
24     Q.  So you wrote the first e-mail to him down
25  here?

**266**

1      A.  It says that I wrote -- right; it's a
2  string.  I asked him about the GE deal that
3  apparently was in the Q3 pipeline report back
4  whenever I wrote this; December, I guess.  December
5  '00 is the date of his response to me.  I don't know
6  when I wrote it.
7      Q.  So let's see.  He responded to you on
8  December 5, 2000?
9      A.  Yes.
10     Q.  Is this a genuine and authentic copy of the
11  original report?
12     A.  I can't say so.
13     Q.  Does anything look different than --
14     A.  No, but I don't remember the details of GE,
15  so....
16     Q.  All right.  You can put that deal aside.
17         Let's go back to the binder.  Go to
18  Exhibit 18, and then if you turn three pages in,
19  221588, so it's in the best-case scenario, the
20  second highlighted deal up from the bottom.
21     A.  Yes, GE.
22     Q.  So what does this entry tell you about this
23  deal?
24         MS. KYROUZ:  Objection, lacks
25  foundation.

**267**

1      A.  It's in the Best-Case scenario block with
2  an opportunity amount, which means it should have
3  been in OSO for this 12.2 that I see here.
4      Q.  And not likely to close in Q3, according to
5  this, right?
6      A.  Well, again, the way this bridge report is
7  built, the last block is very best case, so not
8  likely.
9      Q.  And the comment says, "Gone silent"?
10     A.  Yes.
11     Q.  That's similar to what the e-mail said, "It
12  fell off the planet"?
13     A.  Exactly.
14     Q.  If you go to 18, third page in.  Same
15  thing?
16     A.  Same numbers, same comment.
17     Q.  Then you finally go to 21.  That's the
18  third page in.
19     A.  Okay.
20     Q.  It looks like the competition is with
21  PeopleSoft?
22     A.  Right.  So the only change here is, the
23  comments were changed.
24     Q.  Right.
25     A.  And there is talk about PeopleSoft as the

**268**

1  competitor.
2      Q.  We didn't see it in any of the other
3  reports after this, so it's one of those deals that
4  you guys didn't expect to close in the quarter,
5  right?
6      A.  Well, it was consistently in this Best-Case
7  scenario box.
8      Q.  Do you remember a deal with Continental?
9      A.  No, I don't.
10     Q.  Go to 16.  The first page, it's a $4
11  million opportunity, $2 million forecasted?
12     A.  $2 million forecast, yes.
13     Q.  All right.  If you go to Exhibit 18, this
14  is the big-deals scenario as of February 5, 2001.
15     A.  Okay.
16     Q.  Look at the second page.  It's the first
17  highlighted deal.
18     A.  Right.
19     Q.  So moved to best case, and it's no longer
20  forecasted?
21     A.  Right.  And it shows went best case on the
22  next page.
23     Q.  Ah; yes.  So not expected to close as of
24  February 5?
25     A.  Right.  So the indications between those

269

1    two periods were that it should be a best-case deal.
2    Q. If you look, finally, to Exhibit 21, three
3    pages in.
4    A. Yes.
5    Q. It confirms that it was taken off the
6    forecast?
7    A. Continental -- yes.
8    Q. So not expected to close in the quarter?
9    A. It's still in the Best-Case scenario box on
10   this report.
11   Q. All right; last one. Do you remember a
12   deal with Myriad?
13   A. No, I do not.
14   Q. If you'd go to Exhibit 16, it too is in
15   that best-case scenario, if you look three pages in.
16   A. Yes.
17   Q. Right underneath GE?
18   A. I see it, yes.
19   Q. Not expected to close in the quarter as of
20   January 29?
21   A. Right.
22   Q. If you go to Exhibit 18, all the way to the
23   last page, it confirms that it was moved out of the
24   quarter?
25   A. Yes. The notation for this period is that

270

1    it's disappeared from the best-case tracking now.
2    Q. So as of February 5, it had disappeared?
3    A. There's a zero in there now, yes.
4    Q. If you'd turn to 19, go down; it's still
5    under the best-case scenario. It's "Myraid,"
6    M-y-r-a-i-d, three highlights up from the bottom.
7    So now this is indicating it's a software-for-equity
8    transaction?
9    A. And so I would suggest, again, this entire
10   19 is a duplicate of 16 for the same reporting
11   periods.
12   Q. Same reporting periods; okay.
13   A. It's got the same comment and the same
14   dollar amount.
15   Q. Did you guys do many software-for-equity
16   deals?
17   A. Not that I recall.
18   Q. You can put that binder aside.
19   Did you prepare, your group prepare
20   these big-deals scenarios in every quarter in fiscal
21   year 2001?
22   MS. KYROUZ: Objection, lacks
23   foundation, asked and answered.
24   A. I don't recall if we did for every quarter.
25   Q. Do you know if you did for Q2 '01?

271

1    A. I don't remember.
2    MR. BRITTON: Why don't we take five
3    minutes. I think I'm about done.
4    THE VIDEOGRAPHER: The time is 5:43.
5    We're off the record.
6    (Recess taken)
7    (Marked, Exhibit 63.)
8    THE VIDEOGRAPHER: Back on the record.
9    The time is 5:50.
10   Q. Mr. Winton, I'm placing in front of you
11   what's been marked as Exhibit 63. Take a moment and
12   let me know if you recognize it.
13   MR. BRITTON: For the record, Exhibit 63
14   starts with Bates NDCA-ORCL 621488 and ends at
15   621496.
16   (Witness reviews document.)
17   A. Okay.
18   Q. Do you recognize Exhibit 63?
19   A. I don't remember this as one report per se;
20   it looks like a mixture of reports. I see OSO
21   extracts with deals detail, as we saw before.
22   So I do recognize some of the formats,
23   but I don't recognize all of these together as a
24   report per se.
25   Q. What formats do you recognize?

272

1    A. The first page, I don't remember. It looks
2    like an ad hoc analysis of a number of deals between
3    two reporting quarterly periods. The next page
4    looks like an OSO extract sorted by area. So this
5    is general business by GB area.
6    Q. Is this a report that you would have in
7    your forecast calls?
8    A. If not this one, something very similar. I
9    recognize the format, yes.
10   Q. And would you have had this, a document
11   similar to this, on every forecast call that you
12   were on for fiscal year 2001?
13   MS. KYROUZ: Objection, vague.
14   A. I couldn't say every call, but as I said,
15   these were the type of deal reports we would review.
16   Q. Did you ever have a forecast call without
17   deal reports?
18   MS. KYROUZ: Objection, asked and
19   answered.
20   A. I don't remember ever having a forecast
21   call without some deals detail.
22   Q. Is that all you remember about this
23   document?
24   A. Yes.
25   Q. Who would have prepared this?

273

```
 1        A.  I can't say for sure, this top page.  I
 2   don't remember it specifically, so I don't think I
 3   prepared it.  I would guess Jody or maybe an analyst
 4   did.
 5            The extracts would have been done by
 6   Jody.  But they could have been done by Alan Brown
 7   or Bill Roselli, because some of them say GB or
 8   majors specifically.
 9        MR. BRITTON:  All right.  I have no
10   further questions on this document, and I have no
11   further questions.
12        MS. KYROUZ:  Thank you.  We'd like to
13   mark the transcript confidential.
14        MR. BRITTON:  Thank you very much for
15   your time.  I appreciate it.
16        THE WITNESS:  Thank you.
17        THE VIDEOGRAPHER:  This marks the end of
18   Tape No. 4 in Volume 1 in the deposition of David
19   Winton.  The tapes will be held by LiveNote, and
20   we're off the record.  The time is 5:53.
21            (5:53 p.m.)
22
23
24
25
```

274

```
 1        CERTIFICATE OF COURT REPORTER
 2        I, Janis T. Young, Registered
 3   Professional Reporter and Certified Realtime
 4   Reporter, do certify that the deposition of DAVID
 5   WINTON, in the matter of In Re:  Oracle Corporation
 6   Securities Litigation, on May 26, 2006, was
 7   stenographically recorded by me; that the witness
 8   provided satisfactory evidence of identification, as
 9   prescribed by Executive Order 455 (03-13) issued by
10   the Governor of the Commonwealth of Massachusetts,
11   before being sworn by me, a Notary Public in and for
12   the Commonwealth of Massachusetts; that the
13   transcript produced by me is a true and accurate
14   record of the proceedings to the best of my ability;
15   that I am neither counsel for, related to, nor
16   employed by any of the parties to the above action;
17   and further that I am not a relative or employee of
18   any attorney or counsel employed by the parties
19   thereto, nor financially or otherwise interested in
20   the outcome of the action.
21
22   _____
23   Janis T. Young, RDR, CRR
24
25
```

275

```
 1   WITNESS:  DAVID WINTON
     CASE:  In Re:  Oracle Corporation Securities Litigation
 2        SIGNATURE PAGE/ERRATA SHEET
     PAGE   LINE   CHANGE OR CORRECTION AND REASON
 3   _____|_____|_____
     _____|_____|_____
 4   _____|_____|_____
     _____|_____|_____
 5   _____|_____|_____
     _____|_____|_____
 6   _____|_____|_____
     _____|_____|_____
 7   _____|_____|_____
     _____|_____|_____
 8   _____|_____|_____
     _____|_____|_____
 9   _____|_____|_____
     _____|_____|_____
10   _____|_____|_____
     _____|_____|_____
11   _____|_____|_____
     I have read the transcript of my deposition taken May 26, 2006.
12   Except for any corrections or changes noted above I hereby
     subscribe to the transcript as an accurate record of the
13   statements made by me.
14   _____DATE_____
15   Deponent, DAVID WINTON
16
17   On this _____ day of _____, 200__, before me, the
18   undersigned notary public, personally appeared DAVID WINTON, who
19   presented satisfactory evidence of identification, to wit,
20   _____, and signed this document in my
21   presence.
22
23   _____
24   Notary Public in and for_____
25   My commission expires_____
```

274

1          CERTIFICATE OF COURT REPORTER

2              I, Janis T. Young, Registered

3     Professional Reporter and Certified Realtime

4     Reporter, do certify that the deposition of DAVID

5     WINTON, in the matter of In Re:  Oracle Corporation

6     Securities Litigation, on May 26, 2006, was

7     stenographically recorded by me; that the witness

8     provided satisfactory evidence of identification, as

9     prescribed by Executive Order 455 (03-13) issued by

10    the Governor of the Commonwealth of Massachusetts,

11    before being sworn by me, a Notary Public in and for

12    the Commonwealth of Massachusetts; that the

13    transcript produced by me is a true and accurate

14    record of the proceedings to the best of my ability;

15    that I am neither counsel for, related to, nor

16    employed by any of the parties to the above action;

17    and further that I am not a relative or employee of

18    any attorney or counsel employed by the parties

19    thereto, nor financially or otherwise interested in

20    the outcome of the action.

21

22    _Janis T. Young_

23    Janis T. Young, RDR, CRR

24

25