# EXHIBIT TT

Green, Robert  10/18/2005  9:36:00 AM

**Page 1**

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3                                )
 4    In Re: Oracle Corporation   )
      Securities Litigation       )  No. C-01-0988-MJJ
 5    _____ )
                                  )
 6    THIS DOCUMENT RELATES TO ALL )
      ACTIONS.                    )
 7    _____ )
 8
 9
10
11
12        VIDEOTAPED DEPOSITION OF ROBERT GREEN
13              Beverly Hills, California
14              Tuesday, October 18, 2005
15
16
17
18
19
20
21
22
23
24    REPORTED BY: KAE F. GERNANDT
              CSR No. 5342
25
```

**Page 2**

```
 1        UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3                                )
 4    In Re: Oracle Corporation   )
      Securities Litigation       )  No. C-01-0988-MJJ
 5    _____ )
                                  )
 6    THIS DOCUMENT RELATES TO ALL )
      ACTIONS.                    )
 7    _____ )
 8
 9
10
11
12
13
14        VIDEOTAPED DEPOSITION of
      ROBERT GREEN, witness herein, taken
15    by plaintiff pursuant to the
      applicable sections of the Code of
16    Civil Procedure on TUESDAY,
      OCTOBER 18, 2005, before me, Kae F.
17    Gernandt, CSR No. 5342, beginning at
      9:36 a.m. and ending at 3:12 p.m. at
18    9601 Wilshire Boulevard, Suite 510,
      in the City of Beverly Hills, County
19    of Los Angeles, State of California.
20
21
22
23
24
25
```

**Page 3**

```
 1    APPEARANCES:
 2
 3    For the Plaintiffs:
 4        LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS
 5        BY: DOUGLAS R. BRITTON
              VALERIE L. McLAUGHLIN
              STACEY KAPLAN
 6        655 West Broadway, Suite 1900
          San Diego, California  92101
 7        619.231.1058 + 800.449.4900
 8        dbritton@lerachlaw.com
          vmclaughlin@lerachlaw.com
 9
10    For Oracle Corporation and the individual defendants:
11        MAYER, BROWN, ROWE & MAW
          BY: ROBERT J. KRISS
12            THERESE C. KING
          71 South Wacker Drive
13        Chicago, Illinois  60606
          312.782.0800
14
          rkriss@mayerbrown.com
15        tking@mayerbrownrowe.com
16
      For the witness:
17
          BUSHNELL, CAPLAN & FIELDING
18        BY: ALAN M. CAPLAN
          221 Pine Street, Suite 600
19        At Battery
          San Francisco, California  94104
20        415.217.3800
21
22    Also in Attendance:
23        Adrian Castro, CLVS, Videographer
24
25
```

**Page 4**

```
 1                  INDEX
 2
 3    WITNESS
 4    ROBERT GREEN
 5
 6
 7    EXAMINATION BY                      PAGE
 8    Mr. Britton ......................   7
 9    Mr. Kriss ........................ 112
10    Mr. Britton ...................... 166
11    Mr. Kriss ........................ 177
12
13
14                 EXHIBITS
15    EXHIBIT NO.   DESCRIPTION         PAGE
16    Exhibit 1   Plaintiff's (Proposed) Revised   25
                  Second Amended Complaint for
17                Violations of the Federal
                  Securities Laws
18
          Exhibit 2   E-mail string dated       52
19        1/13/01-1/14/01 re BellSouth
          ADSL performance issues
20        (NDCA-ORCL 058347-058349)
21    Exhibit 3   Document entitled "Bell South   56
                  Estimating Spreadsheet" (Green
22                001-081)
23    Exhibit 4   Document entitled "ERP/CRM       69
                  Implementation project Initial
24                deliverables and project setup,
                  Contract S00169AK" (Green
25                082-170)
```

**Page 5**

1                EXHIBITS, Continued
2    EXHIBIT NO.   DESCRIPTION              PAGE
3    Exhibit 5     Estimating results from Telia   81
                   engagement (Green 171-222)

4

     Exhibit 6     Telia project charter component   84
5                  documents (Green 227-454)
6    Exhibit 7     Project work plan defining the    87
                   various phases of Telia project
7                  (Green 467-516)
8    Exhibit 8     Letter dated 9/6/05 to Alan     181
                   Caplan from Charles E.
9                  Harris II
10   Exhibit 9     Letter dated 9/19/05 to         181
                   Charles E. Harris from Alan M.
11                 Caplan
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 7**

```
1    is Stacey Kaplan and Valerie McLaughlin.
2        MR. KRISS:  Robert Kriss, Mayer, Brown,
3    Rowe & Maw, with Therese King, representing Oracle
4    Corporation and the other defendants.
5        MR. CAPLAN:  Alan Caplan, Bushnell, Caplan &
6    Fielding, representing the witness.
7        THE WITNESS:  Will the court reporter please
8    swear in the witness.
9
10            ROBERT GREEN,
11   witness herein, being first duly sworn, testifies as
12   follows:
13
14   EXAMINATION BY MR. BRITTON:
15       Q.  Good morning, Mr. Green.  We've met
16   before, but I'll introduce myself again.  My name is
17   Doug Britton.  I'm with the law firm of Lerach,
18   Coughlin.  We represent the plaintiffs in a
19   securities suit against Oracle.
20           Have you ever had your deposition taken
21   before?
22       A.  Yes.
23       Q.  You have.  How many times?
24       A.  Twice.
25       Q.  Twice.  And briefly can you describe
```

**Page 6**

```
1    BEVERLY HILLS, CALIFORNIA, TUESDAY, OCTOBER 18, 2005
2                9:36 A.M.
3
4        THE VIDEOGRAPHER:  We're on the record.  Here
5    begins the videotaped deposition of Mr. Robert
6    Green, Tape 1, Volume I, in re Oracle Corporation
7    Securities Litigation, in the U.S. District Court,
8    Northern District of California, Master File No.
9    C-01-0988-MJJ.
10       Today's date is October 18, 2005, and
11   the time on the video monitor is 9:37 a.m.  The
12   video operator today is Adrian Castro, representing
13   LiveNote World Service, located at 221 Main Street,
14   Suite 1250, San Francisco, California 94105.  Phone
15   number (415) 321-2300.  The court reporter today is
16   Miss Kae Gernandt of Network Deposition Service,
17   reporting on behalf of LiveNote World Service.
18       Today's deposition is being taken on
19   behalf of the plaintiffs and is taking place at
20   9601 Wilshire Boulevard, Suite 510, Los Angeles,
21   California 90210.
22       Counsel, please introduce yourselves and
23   state whom you represent.
24       MR. BRITTON:  Doug Britton with Lerach,
25   Coughlin on behalf of plaintiffs.  And with me today
```

**Page 8**

```
1    those circumstances for me?
2        A.  Transamerican Entertainment was the
3    company being sued by search firms who had placed
4    people at that company.  And the people didn't stay.
5    Company was trying to, obviously, collect their
6    money from Transamerican, and Transamerican said
7    they were in violation of a contract.
8        Q.  And what was your role in that case?
9        A.  I was the hiring manager in both cases
10   as a contractor.  I was on contract with
11   Transamerican.
12       Q.  What was the second case?
13       A.  Same situation, unfortunately.
14   Different situation.
15       Q.  So, you're relatively familiar with the
16   deposition process?
17       A.  Relatively.
18       Q.  Let me go over some basic ground rules.
19   You understand you're under oath?
20       A.  Yes.
21       Q.  And that your testimony today has the
22   same seriousness as if it was given in a court of
23   law?
24       A.  Correct.
25       Q.  The court reporter is going to be taking
```

9

1  down every word that we say, so it's important that
2  we both speak verbally instead of nodding your head.
3      So, if you wait for me to finish my
4  question before you answer, we'll have a clear
5  record. And I'll endeavor to wait for you to finish
6  your answer before I ask my next question.
7      It's commonplace when you're talking to
8  talk over each other, so we've got to try to
9  eliminate that if possible. You understand?
10      A. Yes.
11      Q. From time to time today, you're going to
12  hear objections being made for the record. And what
13  the record is, it's the transcription that's being
14  taken down there.
15      Do you understand that you're obligated
16  to answer my questions unless your counsel,
17  Mr. Caplan, instructs you not to?
18      A. Correct.
19      Q. If you don't understand a question that
20  I ask, will you let me know?
21      A. Correct.
22      Q. And then if at any time if you want to
23  take a break, just let me know.
24      A. Great.
25      Q. What did you do, if anything, to prepare

10

1  for your deposition today?
2      A. I supplied materials that were requested
3  by all parties, I want to say, in the last couple
4  months. I just don't remember the date. Forwarded
5  them to Mr. Caplan.
6      Q. Those were documents you had in your
7  possession?
8      A. Those were documents that I created
9  based upon information that I had in my hands.
10      Q. Can you describe the process for me, how
11  you created this document?
12      A. Basically, I was asked by, I believe,
13  your firm, a representative from your firm did I
14  have any information, and I will say that's sometime
15  in the past. I can't remember, a year and a half,
16  two years ago. And I said, "I believe I do, but let
17  me just check on the computer." I have a business
18  computer at home.
19      Q. And you have information stored on that
20  business computer that relates to Oracle?
21      A. Apparently, I do.
22      Q. And the documents that you produced in
23  this litigation were the documents that you culled
24  from that computer?
25      A. Correct.

11

1      Q. And were they prepared from a database
2  or were these the documents that you produced on
3  your computer in the form that we're seeing them?
4      A. They were documents that were created
5  when I was employed at Oracle and just stored. They
6  were not really, by definition, a database. I'm not
7  sure what your definition of a database is.
8      Q. I'm sure there's many. I'm just trying
9  to get a general idea --
10      A. Right. No, these were stored documents.
11      Q. I'm going to take you -- actually, let
12  me go on.
13      Did you do anything else to prepare for
14  your deposition today?
15      A. Other than talk to Mr. Caplan, no.
16      Q. Did you talk to anybody that you worked
17  with when you were at Oracle?
18      A. No.
19      Q. Do you have interactions with anybody
20  that you used to work with at Oracle?
21      A. Yes.
22      Q. And did you work with any of those
23  people during the 2000-2001 time period?
24      A. Yes.
25      Q. And who are those people?

12

1      A. Gary Moore and Fred Tune.
2      Q. And who is Gary Moore?
3      A. Gary Moore was my boss, and I believe
4  his name is stated in a document provided me about
5  this case. I saw his name in the document.
6      Q. And what was his title?
7      A. Senior director. I do believe in the
8  paperwork provided -- I guess you call it the
9  litigation paperwork.
10      Q. The complaint?
11      A. You have the wrong title.
12      Q. We did, okay.
13      MR. KRISS: Doug, could I interrupt for just
14  a moment?
15      MR. BRITTON: Sure.
16      MR. KRISS: I don't believe that my office
17  received any documents pursuant to the subpoena.
18      MR. CAPLAN: Yes, you did.
19      MR. KRISS: Who did you send those to?
20      MR. CAPLAN: Probably Charles Harris.
21      MR. BRITTON: I think Trace sent me a copy of
22  what the witness provided to you guys 'cause I got
23  two sets, one with a cover letter from Trace. I
24  think it was from Trace, but I'm not 100 percent
25  sure of that.

13

BY MR. BRITTON:

2    Q.   When was the last time you spoke to

3  Mr. Moore?

4    A.   End of last year, sometime in Q4.

5    Q.   Q4 of?

6    A.   '04.

7    Q.   Of '04.  Are you talking calendar year?

8    A.   Yes, not the Oracle year.

9    Q.   And Oracle year is -- it's a fiscal

10  year, right?

11    A.   Oracle's fiscal year is June 1st to

12  May 31st -- or was.  I don't know if it still is

13  today.

14    Q.   All right.  Did -- let me go to Fred

15  Tune.  Who is Mr. Tune?

16    A.   Mr. Tune worked for me.

17    Q.   What was his title?

18    A.   Manager, technology.  He was a

19  consultant.

20    Q.   And he worked for you during the

21  2000-2001 time period?

22    A.   Yes, he did.

23    Q.   And when was the last time you spoke to

24  Mr. Tune?

25    A.   Sometime in February of this year.

14

1    Q.   Have you spoken to -- let's start with

2  Mr. Moore.  Have you spoken to Mr. Moore at any time

3  about this case?

4    A.   I was instructed not to talk to anyone,

5  prior employees of Oracle, about this case.

6    Q.   And who -- was the instruction from

7  anyone other than Mr. Caplan?

8    A.   Yes, an investigator in your firm.  I do

9  not remember his name.  I apologize.

10    Q.   Okay.  Mr. Tune, have you spoken to him

11  at all about this case?

12    A.   Not this case, no.  Talked about

13  children.

14    Q.   Now, you mentioned the investigator.

15  Let me take you down memory lane a little bit here.

16  I think we're going to do that all today.

17    A.   I need that.

18    Q.   You did speak to an investigator that

19  was working on behalf of the plaintiffs; is that

20  right?

21    A.   Correct.

22    Q.   And that was in the 2001 time period?

23    MR. KRISS:  Objection to the form of the

24  question.

25    MR. BRITTON:  Go ahead.  You can answer.

15

1    THE WITNESS:  I believe so.

2  BY MR. BRITTON:

3    Q.   Okay.  Do you remember the date?

4    A.   No, I do not.

5    Q.   Do you remember the month?

6    A.   No.

7    Q.   How many conversations did you have with

8  the investigator?

9    A.   Three or four.

10    Q.   And the period of time that spanned the

11  entire conversations, how long was that?

12    A.   Six --

13    MR. KRISS:  Excuse me.  Objection to the form

14  of the question.

15    THE WITNESS:  Year and a half.

16  BY MR. BRITTON:

17    Q.   When was the last time you spoke to the

18  investigator?

19    A.   I really cannot remember, so I would be

20  guessing, and I'd rather not guess.

21    Q.   Okay.  Sure.  Now, your conversations

22  with the investigator, those conversations related

23  to your experiences while you were at Oracle; is

24  that right?

25    A.   Not my entire experience, but the latter

16

1  years relevant to what he told me was the case.

2    Q.   When did you start working for Oracle?

3    A.   November of 2000 -- I mean 1993.

4    Q.   When did you stop?

5    A.   March of 2001 was when the layoff --

6  although they said I could be called back within six

7  months, whatever time frame that was.

8    Q.   Did that ever happen?

9    A.   No.

10    Q.   Where did you go after Oracle?

11    A.   I did some independent consulting, took

12  some time off.

13    Q.   Did you ever land at another company?

14    A.   I went -- first company I actually went

15  to work for was a company called Wellpoint.

16    Q.   When was that?

17    A.   That was in the November time frame

18  of '01.  It was a major contract.

19    Q.   So, it took about seven, eight

20  months off essentially?

21    A.   Well, I did some work on the side, yeah.

22  I didn't need to work.

23    Q.   What was your title when you first

24  started with Oracle?

25    A.   Senior consultant.

17

1    Q.   Did your title change at all?

2    A.   Yes, to finally my final title was

3    director technology.

4    Q.   Were you always in the same business

5    unit while you were at Oracle?

6    A.   No.

7    Q.   Can you describe that for me, what

8    business units you were in when you started and how

9    that changed?

10   A.   I started with government consulting.

11   About a year and a half into government consulting,

12   I moved to commercial consulting.  A year later, I

13   moved back to government consulting.  And sometime

14   in end of 1999 -- I don't remember the date -- I

15   moved back to commercial consulting, and that's

16   basically where I left the company, was commercial

17   consulting.  It was common practice to move between

18   the two groups.

19   Q.   When you moved from government

20   consulting to commercial consulting the last time,

21   what period of time was that?

22   A.   It was the latter part of 1999.  Can't

23   remember, September or October time frame.  I

24   just --

25   Q.   And that carried you all the way through

18

1    to 2001?

2    A.   Yes.

3    Q.   Are you familiar with the larger Oracle

4    corporate structure in terms of its business units?

5    MR. KRISS:  Objection to the form of the

6    question.

7    THE WITNESS:  Not what it is today,

8    obviously.

9    MR. BRITTON:  Back during the 2000 time

10   frame.

11   THE WITNESS:  Back then, I think I was fairly

12   familiar with it, yes.

13   BY MR. BRITTON:

14   Q.   Have you heard of OPI, Oracle Product

15   Industries?

16   A.   Yes.

17   Q.   And have you heard of OSI?

18   A.   No.

19   Q.   Oracle Services Industries?

20   A.   All right.  I've got a question.

21   Q.   Sure.

22   A.   In the industry, OSI means something

23   else, so that's why I'm confused.

24   Q.   Within Oracle --

25   A.   Within Oracle.

19

1    Q.   -- were you familiar with Oracle

2    Services Industry division?

3    A.   Yes.

4    Q.   And then lastly, were you familiar with

5    a North American Sales Division?

6    A.   Yes.

7    Q.   So, of the three divisions that we just

8    spoke about, the OPI division, the OSI division and

9    the NAS division, where did your business group fall

10   under?

11   A.   OSI.

12   Q.   OSI.

13   A.   North America.

14   Q.   Now, were there any geographical

15   divisions in the commercial consulting groups that

16   you were aware of at the time?

17   MR. KRISS:  Objection to the form of the

18   question, vague as to time.

19   THE WITNESS:  Within the North American,

20   there were divisions.  I'm not sure they called them

21   divisions, but there were groups.  There was -- the

22   eastern, western regions were the primary two

23   groups.

24   BY MR. BRITTON:

25   Q.   And which group were you in?

20

1    A.   Eastern region.

2    Q.   You were in the eastern region and

3    working out of San Dimas?

4    A.   My office was my home.  I was one of the

5    first consultants to have a home office.

6    Q.   Were you traveling a lot?

7    A.   95 percent of the time.

8    Q.   Okay.  Where on a map did the divide

9    occur?

10   A.   I always thought it was the Mississippi,

11   but it depended on the time of day.

12   Q.   So, you were responsible -- or withdraw.

13   You worked within the entire eastern

14   region?

15   A.   No.

16   Q.   Okay.

17   A.   I worked anywhere in the world.

18   Q.   You did.  Okay.  So, even though you

19   were technically within the eastern region group,

20   your efforts went beyond that region?

21   A.   Anywhere we got a call.  We were very

22   specialized, the group that I was in.

23   Q.   Okay.  I want to test your memory here a

24   little bit --

25   A.   All right.

Green, Robert  10/18/2005  9:36:00 AM

---

**21**

1    Q.  -- find out who you reported to and who
2    reported to you.
3        A.  Uh-huh.
4        Q.  Is that okay?
5        A.  Sure.
6        Q.  Who was your direct report during the --
7        A.  Gary Moore.
8        Q.  -- 2000-2001 time period?
9        A.  Sorry.  Gary Moore.
10       Q.  And that was the entire 2000-2001 time
11   period?
12       A.  I reported to Gary Moore.
13       Q.  Did you report to anybody else?
14       A.  No.
15       MR. CAPLAN:  During that time period?
16       MR. BRITTON:  Yes.  And all my questions are
17   going to relate to the 2000-2001 time period.
18   BY MR. BRITTON:
19       Q.  Do you know who Gary Moore reported to?
20       A.  I can't remember the VP.  All I know, he
21   was located in Rochester, New York.
22       Q.  In terms of reporting levels, how many
23   levels from the OPI director was Gary Moore's boss,
24   if you know?
25       MR. KRISS:  Objection.  Did you misspeak?

---

**22**

1    OPI director?
2        THE WITNESS:  OSI.
3        MR. BRITTON:  OSI director.
4    BY MR. BRITTON:
5        Q.  So, the head of the OSI division, how
6    far removed was Gary Moore's boss?
7        A.  I'd have to guess.  I'd say at least he
8    was three levels down.
9        Question:  Are you speaking about
10   Sanderson, who was head of OSI?
11       Q.  Was that your understanding of who the
12   head of OSI was?
13       A.  Yes.
14       Q.  Yes.  That's who I was referring --
15       A.  Yes, I remember Sanderson.
16       Q.  And your estimate is Gary Moore's boss
17   was about three levels down?
18       MR. KRISS:  Objection.  No foundation, calls
19   for speculation.
20       THE WITNESS:  It would be a guess on my part.
21   I would say at least two, three levels down.
22   BY MR. BRITTON:
23       Q.  Now, who reported to you -- withdraw
24   that.  Let me ask a different question.
25       How many different people reported to

---

**23**

1    you?
2        A.  One.
3        Q.  One.  And who was that person?
4        A.  Fred Tune.
5        Q.  Were you aware at the time of Oracle's
6    forecasts for the third quarter of 2001?
7        MR. KRISS:  I'm sorry.  Could I have that
8    read back.
9        (The record was read.)
10       MR. KRISS:  Objection to the form of the
11   question.
12       THE WITNESS:  Forecast in relationship to
13   what?
14   BY MR. BRITTON:
15       Q.  Earnings forecasts and forecasts for
16   growth for its products.
17       A.  Other than --
18       MR. KRISS:  Objection.  Excuse me, sir.
19   Objection to the form of the question, no
20   foundation.
21       THE WITNESS:  Other than what was published
22   on their internal web site.
23   BY MR. BRITTON:
24       Q.  In terms of -- what I'm asking you is:
25   At the time did you know what the Oracle's forecasts

---

**24**

1    were for the third quarter of 2001?  And let's start
2    with applications growth.
3        A.  No.
4        MR. KRISS:  Object to the form of the
5    question.
6    BY MR. BRITTON:
7        Q.  No.  So, you didn't go and look on the
8    web site to see what it is?
9        A.  (The witness shook his head.)
10       Q.  Did you have a general understanding of
11   what Oracle's forecasts were for the third quarter
12   of 2001?
13       MR. KRISS:  Object to the form of the
14   question, no foundation.
15       THE WITNESS:  Yes.
16   BY MR. BRITTON:
17       Q.  And how did you gain that understanding?
18       A.  Off the web and internal publications.
19       Q.  And can you tell me how the web informed
20   you generally of what Oracle's forecasts were?
21       A.  It was in the form of an e-mail that
22   went out to employees in the consulting group.
23       Q.  What do you remember about that e-mail?
24       A.  I can't tell you the format, obviously.
25   I guess I kind of laughed 'cause it -- that's

---

25

1  interesting. That's all I remember. Fred and I
2  were both looking at it. Fred Tune and I were both
3  looking at it together 'cause we we're working on
4  some stuff.
5       Q.  Now, is the e-mail you talked about --
6  if I remember your testimony correctly, it was you
7  had general knowledge of what the forecasts were off
8  the web and through internal documents.
9       A.  We received an e-mail with -- basically,
10  all the employees, I assumed, received it, saying
11  "Here's our forecast. You can go to the following
12  site." And they had a link, clicked on it, popped
13  up.
14       Q.  And you went to that site?
15       A.  Absolutely.
16       MR. BRITTON:  Let me mark my first exhibit.
17       (Plaintiffs' (Proposed) Revised Second
18  Amended Complaint for Violations of the Federal
19  Securities Laws marked Exhibit 1 for
20  identification.)
21  BY MR. BRITTON:
22       Q.  Can you take a moment and flip through
23  Green Exhibit 1?
24       MR. KRISS:  Let me at this moment object to
25  any use of this document on the grounds that there's

27

1       A.  No.
2       Q.  I'd like you to take a look at
3  paragraph 46 of the complaint, which is on page 24.
4       And for the record, Exhibit 1 is
5  Plaintiffs' (Proposed) Revised Second Amended
6  Complaint for Violation of the Federal Securities
7  Laws.
8       A.  Which line?
9       Q.  Paragraph 46, the first indented --
10  double indented paragraph, starts with, "So the
11  numbers."
12       A.  Uh-huh.
13       Q.  And if you could read from paragraph 46,
14  including that quote, to yourself for me, and let me
15  know when you're done.
16       MR. KRISS:  I continue to object to all
17  questions based upon this document for the reasons I
18  previously stated.
19       MR. BRITTON:  You mean you're not going to
20  use it today?
21       MR. CAPLAN:  That's correct.
22  BY MR. BRITTON:
23       Q.  Have you read the parts that we just
24  talked about?
25       A.  Yes.

26

1  no proper use for this complaint at this deposition
2  at this point. It isn't used to refresh the
3  witness's recollection. The only purpose that this
4  complaint can serve at this point is to lead the
5  witness and to attempt to shape his testimony.
6       Therefore, I object to any question that
7  the witness is asked about this document or any
8  question he's asked after he's looked at this
9  document because I think it is improperly
10  suggestive.
11  BY MR. BRITTON:
12       Q.  Can you take a look?
13       A.  Should I?
14       MR. CAPLAN:  Yes, you can.
15       THE WITNESS:  Okay.
16  BY MR. BRITTON:
17       Q.  Flip through it and let me know if you
18  recognize it.
19       A.  This, I believe, is a document that was
20  forwarded to me -- a copy was forwarded to me.
21  That's it.
22       Q.  Okay. Do you remember the time when it
23  was forwarded to you?
24       A.  I don't.
25       Q.  You don't.

28

1       Q.  Okay. Question for you is whether the
2  language in the double indented quote -- whether
3  that refreshes your memory about what Oracle's
4  forecasts were for the third quarter of 2001.
5       A.  Statements similar to that, it seems to
6  me. I can't say word for word.
7       Q.  You can put that document aside for now.
8       At any point after you looked at the
9  e-mail on the web site, did you have any reason to
10  believe that Oracle was not going to make its
11  forecasts?
12       A.  Yes.
13       MR. KRISS:  Objection to the form of the
14  question, no foundation.
15  BY MR. BRITTON:
16       Q.  And what was that?
17       A.  It actually -- in my own mind, since my
18  job was to get work as a consultant, it started in
19  late 1999. I could see that consultant work -- and
20  I'm speaking only to consulting 'cause I really
21  didn't look at the application or database cells,
22  but consulting activity was starting to decrease.
23       By the time 2000 rolled around, it
24  became quite apparent, at least to me, that it was
25  going to be a difficult market for consulting.

29

1     Q. And how did that -- or did that relate
2 in any way to sales of Oracle's products?
3     MR. KRISS: Objection to the form of the
4 question, no foundation.
5     THE WITNESS: There generally is a
6 correlation between the sales of applications, to
7 some degree, database and consulting.
8 BY MR. BRITTON:
9     Q. And how do you know that?
10     A. Because I was involved with that.
11     Q. How were you involved with that?
12     A. Sales would make a sale or potentially
13 try to make a sale, either for application or
14 database, and we would be contacted to participate
15 in preparing a proposal with the sales organization.
16     So, as the consulting activity
17 decreased, did you form an opinion of what was going
18 on with Oracle's sales of its products?
19     MR. KRISS: Objection to the form of the
20 question, no foundation.
21     THE WITNESS: I really don't know if I formed
22 an opinion.
23 BY MR. BRITTON:
24     Q. Did you have a belief of what was
25 happening with the sale of Oracle's products?

30

1     MR. KRISS: Objection to the form of the
2 question, no foundation.
3     THE WITNESS: All I know, talking amongst the
4 other consultants, was we saw a very -- a downturn
5 in our consulting work.
6 BY MR. BRITTON:
7     Q. Now, did you have any other reasons to
8 question whether Oracle was going to make its
9 forecast for the third quarter of 2001?
10     MR. KRISS: Objection to the form of the
11 question, no foundation.
12     THE WITNESS: No.
13 BY MR. BRITTON:
14     Q. Were you involved at all with any of
15 Oracle's contracts that were supposed to close in
16 the third quarter of 2001 but did not?
17     A. Yes.
18     Q. Which ones were those?
19     A. BellSouth and Telia. Telia being
20 Swedish phone company.
21     Q. And it was your understanding at the
22 time that these deals were supposed to close on the
23 third quarter of 2001?
24     MR. KRISS: Objection to the form of the
25 question, no foundation.

31

1     THE WITNESS: The schedule given to me by the
2 sales organization would lead me -- led me to
3 believe they wanted to close in Q3.
4 BY MR. BRITTON:
5     Q. Okay. And can you describe that
6 schedule for me?
7     A. BellSouth first. I was to complete the
8 work that I was doing, which was scoping out the
9 go-forward project, by the first of November of
10 2000.
11     Q. And who sent you the schedule?
12     A. It was given to me verbally when I
13 arrived in Birmingham. Can't remember if it was the
14 last week of September, first week of October of
15 that year.
16     Q. Okay. And what made you believe that
17 the Telia deal was supposed to close in the third
18 quarter of 2001?
19     A. The Monday after Thanksgiving of that
20 year when I arrived in Stockholm, we held a meeting
21 that night -- didn't want to wait until the next
22 day -- at Oracle's offices.
23     And there were a lot of people there.
24 That's all I remember. And they asked me, they
25 said, "Could you get this proposal and the

32

1 numbers --" and the work that I generally do, could
2 we have this done before Christmas or definitely by
3 the first week in January?
4     Q. So, I'll go back to those.
5     A. Sure.
6     Q. Let me step back for a second and talk
7 about your -- or ask you about your -- what you did
8 for Oracle. Can you describe your responsibilities
9 in general during the 2000-2001 time period?
10     A. Provide expertise, services in the area
11 of large-scale integration and primarily in the area
12 of conversion.
13     Q. What do you mean by "conversion"?
14     A. Conversion means that you're selling --
15 you're trying to convert, most likely, a Legacy or
16 an old application or applications to the new
17 application or system that you've developed. We had
18 developed, our group, what we felt was a winning
19 proposal on how to do that.
20     Q. What do you mean by "a winning
21 proposal"?
22     A. We could do it quicker for less money,
23 and we proved it, than our competitors. I --
24 another responsibility was to perform what is the
25 term called "health check." This is a term they

33

1   used at Oracle, and there was a procedure to go in
2   and do, in effect, an audit, if I can use that term,
3   of an engagement.  But they used the term "health
4   check," not an audit.
5       Q.  So, you would go in and look at what
6   they had and see what you had to --
7       A.  And try to explain to Oracle management
8   what the problem was.
9       Q.  Okay.
10      A.  And I also did proposal development
11  because I was apparently very good at it.
12      Q.  And what do you mean by "proposal
13  development"?
14      A.  Developing proposals with the sales
15  organization on what it was going to actually take
16  if we were engaged as consultants, Oracle
17  consulting, what's the time line, what kind of
18  project charter should we submit to the customer,
19  what kind of documents do we need to include in that
20  project charter to assure success, and estimate what
21  it was going to take and how risky was it going to
22  be.
23      Q.  Now, were these proposals limited to
24  consulting work?
25      A.  I would say -- I need to ask a question.

34

1       Q.  Okay.
2       A.  Sometimes we did strictly consulting,
3   and sometimes it was -- I'll call it a joint venture
4   with the sales organization, who was trying to sell
5   applicational software or data software.
6       Q.  So, is it fair to say that you would go
7   in and look at their systems and then figure out
8   what Oracle could sell them in terms of products and
9   consulting?
10      A.  No.  That had already been done by the
11  sales organization.  My job was to take what they
12  saw, interpret it, try and slate it into a -- what
13  we referred to as a proposal or project charter, how
14  much time and money was it going to take from our
15  perspective, how risky was it.
16      Q.  So, help me understand the joint venture
17  part of your testimony earlier.  If the product had
18  already been sold or selected for the customer, what
19  were you on a joint venture with in terms of coming
20  up with a proposal?
21      A.  Generally what happened is if the sales
22  organization felt there was an opportunity to sell
23  consulting services with whatever they were selling
24  to the customer, consulting was contacted.
25  Dependent upon the situation, they would call

35

1   different consulting groups to say, "Could you help
2   us prepare a proposal?"
3       Q.  Would your proposals include --
4   withdrawn.
5       Would your proposals come up with a
6   value of the project?
7       MR. KRISS:  Objection to the form of the
8   question.
9       THE WITNESS:  Define "value."
10  BY MR. BRITTON:
11      Q.  Let me ask it a different way.  Were
12  your proposals limited strictly to what the costs
13  and the time would be to do the implementation?
14      A.  Yes.
15      Q.  Now, the components of the cost, did
16  that include the cost of the products as well as the
17  cost of the consulting?
18      A.  No, just consulting.
19      Q.  Just consulting.
20      Now, in terms of the integration
21  solutions that you had talked about earlier, were
22  there types of products or types of applications at
23  Oracle that you were focusing on?
24      A.  No.
25      MR. KRISS:  Objection to the form of the

36

1   question.
2   BY MR. BRITTON:
3       Q.  Okay.  Let me ask it a different way
4   then.  What products were you focusing on then in
5   terms of the conversion solutions?
6       A.  We didn't really care, my group.  It
7   could be non-Oracle products such as Siebo, SAP,
8   et cetera.
9       Q.  Have you ever heard of CRM applications?
10      A.  Yes.
11      Q.  What does that mean?
12      A.  Customer Relationship Management.
13      Q.  And have you ever heard of ERP
14  applications?
15      A.  Yes, Enterprise Relationship Program.
16      Q.  And can you tell me your
17  understanding is of CRM application?
18      MR. KRISS:  Objection to the form of the
19  question.
20      THE WITNESS:  Do you want the marketing
21  verbiage or do you want my interpretation?
22  BY MR. BRITTON:
23      Q.  Let's start with your interpretation.
24      A.  All right.
25      Q.  And now remember, we're talking about

37

```
1    the 2000-2001 time period.
2         A.   Right.  It basically -- it's an
3    application or applications.  It's more than one
4    application, by the way, for bringing together
5    customer-related information across the organization
6    in the form of a database or multiple databases and
7    providing you, based upon some analysis, you, the
8    company, or you, the consulting firm, to generate a
9    variety of strategically tactical and operational
10   reports about your customer relationship.
11        Q.   How did your view differ from the
12   marketing view that you mentioned earlier --
13        MR. KRISS:  Objection to the form of the
14   question.
15   BY MR. BRITTON:
16        Q.   -- if it did?
17        MR. KRISS:  Object to the form of the
18   question, no foundation.
19   BY MR. BRITTON:
20        Q.   Let me ask it a different way.
21        A.   All right.
22        Q.   Did you know -- do you know whether your
23   interpretation of the CRM application differed from
24   Oracle's marketing view of the CRM application?
25        A.   No.
```

38

```
1         MR. KRISS:  Objection to the form, no
2    foundation.
3    BY MR. BRITTON:
4         Q.   So, earlier when you made a distinction
5    between your view and the marketing view, what were
6    you talking about?
7         A.   I would not personally, if you had hired
8    me coming to your company -- I would have probably
9    not recommended CRM.  There's another way I think
10   you would have gone about it, if you would allow me
11   the time to make the presentation.
12        Q.   Tell me about that.  How would you --
13        A.   We were in the process at that time of
14   developing something called Business Information
15   Engineering, BIE.  It's based upon a premise called
16   the knowledge creating organization.
17        Q.   The knowledge greeting --
18        A.   Creating organization, credit going to
19   two Japanese professors.  I am not the father of
20   that concept.
21        Our concern prior to that time frame and
22   leading up to that time frame was that there was too
23   much information out there in corporate America that
24   was noise and chatter.  So, we felt that you needed
25   to approach whatever you were proposing to do
```

39

```
1    slightly different frame work.
2         We didn't really care whether or not you
3    had a CRM, an ERP, a financial system.  That's why
4    we were brought in, because we look at data.  We
5    were less concerned about the application.
6         Q.   Was Oracle using BIE during the
7    2000-2001 time period?
8         A.   Oracle had not sanctioned BIE, but our
9    group was prototyping it.  It had not been an
10   officially approved framework or -- framework being
11   a method in which you're going to develop systems.
12        Q.   What was your experience with BIE?
13        A.   I was -- some people call me the father
14   of BIE, or the grandfather.  Take your choice.
15        Q.   Okay.  How so?
16        A.   I started writing and doing all the deep
17   thinking on those long flights from Europe to LA.
18        Q.   And what types of writings did you do?
19        A.   I basically -- Oracle -- one thing they
20   did extremely well was they had a very strong what I
21   call techniques group under the heading called
22   "Oracle method."  This is where you develop all the
23   techniques that you want to use as you do
24   engagements.  So, they had a framework to develop a
25   framework.  All right.
```

40

```
1         So, I took that tool, which in my
2    opinion is outstanding.  I can't remember the name
3    of the tool exactly.  I'd have to think about it.
4    And basically said, all right, I'm going to take
5    this idea of BIE and see if I could, in effect,
6    "Oraclize" it, 'cause they had a pretty in-depth
7    process to do that.
8         Q.   What did you do to try to "Oraclize" it?
9         A.   I basically tried to turn it into a
10   framework on developing business solutions.
11        Q.   And did you accomplish your goal?
12        A.   Not in the eyes of Oracle.
13        Q.   What do you mean by "not in the eyes of
14   Oracle"?
15        A.   I made a presentation in December of
16   2000 in Orlando at Universal Studios facility.
17   There's a hotel.  I can't remember the name of the
18   hotel.  There was a big meeting, and I made a
19   presentation on BIE.
20        Q.   And who was the presentation to?
21        A.   A group of vice presidents, and the
22   group that would determine if they would fund going
23   forward with those kinds of frameworks.
24        Q.   Were any of the senior executives at
25   Oracle there?
```

41

1    A.  No.

2    Q.  Okay.  And can you give me the 30-second

3    version of what your presentation said?

4    A.  Basically said we can cut the conversion

5    cost of most engagements by as much as 50 percent,

6    and we can generate most of the application code as

7    a result of the profiling, data profiling, that we

8    did.

9    Q.  Now, at this point in time, Oracle

10   was -- withdrawn.

11       Are you familiar with what Oracle's 11i

12   product was at the time?

13   A.  Yes.

14   Q.  What was that?

15   A.  It basically was a suite of products,

16   all right, based around the Oracle's Database 9

17   series.  I can't remember each of the applications

18   that were in the suite.  It just escapes my mind.

19       But they -- they built suites of

20   products, gave it a tag.  I was very critical

21   because of the new thrust in the e-commerce.  And

22   so, in 11i, you had -- besides CRM and ERP, you had

23   their financial applications.  I don't know about

24   the other applications.  They weren't of interest to

25   me at the time.

42

1    Q.  Okay.  Now, was your BIE focus

2    inconsistent with Oracle's focus on 11i?

3        MR. KRISS:  Objection to the form of the

4    question.  No foundation.

5        THE WITNESS:  I really -- no, I didn't see a

6    conflict.  We were -- we were going after something

7    different.

8    BY MR. BRITTON:

9    Q.  And how -- what were you going after?

10   A.  We basically really didn't care about

11   the applications.  We -- we took a different

12   approach when we sat down with you, the client, and

13   said, "Set the applications to the side for a

14   moment.  They're not relevant.  Your data is the

15   only relevant thing that we want to talk to you

16   about."

17   Q.  And did you have a strategy when you

18   were developing BIE on which products Oracle would

19   use after you set aside the applications --

20   A.  Yes.

21   Q.  -- for a moment?

22       And what was that strategy?

23   A.  What they referred to as the designer

24   developer product.  These are designing software

25   tools.  There's a term called CASE, Computer Aided

43

1    Systems Engineering.  Been around for years.  That's

2    what they're based on.

3    Q.  Okay.  In your strategy, did you

4    envision using 11i as part of the --

5    A.  Never entered my mind.  I wasn't -- that

6    was not, as they say, on the radar.

7    Q.  Now, have you published any works on

8    BIE?

9    A.  Published --

10   Q.  Papers.

11   A.  Well, just internal to Oracle.

12   Q.  How many?

13   A.  I would say probably a half a dozen.

14   I'm not a writer.  I'm not paid to be a writer.

15   Q.  Now, you say that Oracle didn't sanction

16   BIE.  Did they ever stop you from developing it?

17   A.  No.

18   Q.  You said you were critical of the 11i

19   product; is that right?

20       MR. KRISS:  Objection to the form of the

21   question.  Misstates his testimony.

22       THE WITNESS:  I don't think I said I was

23   critical.  It just -- it wasn't on, I'll call it, my

24   to-do thinking list.  I -- I said it's just another

25   product.  But I don't believe I ever said or

44

1    mentioned that I was critical, no.  I'd never be

2    critical of my fellow technologists.

3    BY MR. BRITTON:

4    Q.  Now, as part of your focus on BIE, did

5    you need a technology background?

6    A.  Oh, absolutely.

7    Q.  And let's go into that for a second.

8    What is your technological background?

9    A.  Business modeling.

10   Q.  And explain that for me.

11   A.  Business modeling is where there are

12   different levels of a business model that you would

13   probably pursue.  You could pursue it strategically,

14   tactically or operationally.  Oracle method, in the

15   case of what they called the CASE tool, the

16   designer, developer, had the foundation that allows

17   you to do business modeling.

18       And so, what you're doing is you're

19   coming in and you're getting an organization to tell

20   you from a data or information perspective, what are

21   the critical data, pieces of data in your

22   organization, and what's the relationship between

23   the data.  And you're modeling this, and you're

24   trying -- what you're trying, at the end of the day,

25   is to say "Then produce for me an operational model

45

1   of the information necessary to run this business."
2       Another area that I'm an expert in,
3   according to the people in the industry is planning.
4       Q.  Okay.  And how so?
5       A.  I guess I know project management as
6   well as anyone.  I can tell you if that project
7   plan -- I can just go and put your disk in and
8   listen to it turning, and I'll tell you if you have
9   a plan there.  I don't even have to look at it.
10  I've gotten good at project management.
11      Q.  Okay.  Let me step back and go -- let's
12  start from, you know, the basic education.
13      A.  Uh-huh.
14      Q.  How did you get your knowledge base for
15  project planning and for BIE?
16      A.  I'm an econ/math graduate.  I believe in
17  economics.
18      Q.  Where did you graduate from?
19      A.  I graduated from Cal State here in
20  Los Angeles, and I picked up my mathematics from
21  Cambridge England.
22      Q.  Cal State LA?
23      A.  Cal State -- University of California --
24  yeah, Cal State LA, right.  There's so many of them.
25      Q.  Yeah, there are.  Now, in terms of the

46

1   applications technology, did you have a knowledge
2   base for that?
3       A.  Oh, yes.
4       Q.  Did you?  Okay.
5       How did you develop your knowledge base
6   for that?
7       A.  Working for 35 years in the IT industry,
8   touching most of the generally accepted applications
9   that you find in an organization, private or public.
10      Q.  Had you ever developed an application?
11      A.  Yes.
12      Q.  Were you involved in developing Oracle's
13  11i --
14      A.  No.
15      Q.  Do you have any knowledge about how
16  Oracle developed its 11i?
17      A.  No, not really.
18      Q.  Okay.  Let's talk about the BellSouth.
19  You were involved in that?
20      A.  Yes.
21      Q.  Can you -- before we get into exactly
22  how you were involved in that, do you know what the
23  project entailed overall?
24      A.  Yes.
25      MR. KRISS:  Objection, no foundation.

47

1   BY MR. BRITTON:
2       Q.  How did you know that?
3       A.  Fred Tune, first of all, who worked for
4   me, was on loan starting in April, May time frame of
5   2000.  He went down to Birmingham, along with many
6   other consultants working on that project.  So, we
7   talk amongst ourselves, and that's how I got
8   familiar with BellSouth.
9       Q.  Can you describe the BellSouth project
10  for me?
11      A.  The BellSouth project was to -- primary
12  objective was to implement the CRM product as well
13  as look at replacing some of their financial
14  applications.
15      Q.  Okay.  And were there different business
16  units that BellSouth was intending to implement
17  Oracle's CRM product?
18      A.  Yes.
19      Q.  Which business units were those in?
20      A.  Trying to remember Bellsouth's structure
21  'cause I dealt with a number of telecommunications
22  companies.  It was -- there was a group in Atlanta,
23  and I can't remember the business units in Atlanta
24  that was involved, as well as Birmingham.  But it
25  had to do with residential and what I call business.

48

1   I believe that's the way they were structured.  They
2   had a federal group, but I don't think they were
3   involved.
4       Q.  How many different business units did
5   BellSouth intend to install with the 11i product?
6       A.  I'd have to look at --
7       MR. KRISS:  I'm sorry.  Objection, no
8   foundation.
9       THE WITNESS:  I'd have to look at the
10  materials that I supplied each of the firms, my
11  worksheets.  Just off the top of my head, I don't
12  know.
13  BY MR. BRITTON:
14      Q.  You worked on -- withdrawn.  What was
15  the -- withdraw that.
16      What did you do for the BellSouth
17  implementation?
18      A.  I did two things.  First assignment I
19  was requested to do was to help them prepare the
20  proposal for going forward, the CRM being the key,
21  and some interfacing and possible replacement of
22  some of the financial applications.
23      My job was to assist the sales internal
24  technical staff in putting together a proposal,
25  using the Oracle tools that allow you to do

49

1  estimating, risk management, et cetera.
2  Q. Okay.
3  A. The second engagement, I got a call from
4  another Oracle account manager. I was asked to go
5  to Miami and help them put together an accounts
6  receivable application proposal. I found that
7  strange that it was separated out from the other
8  proposal, but I didn't ask questions. I just
9  thought it would be nice to go to Miami.
10  Q. The first engagement, where did that
11  occur?
12  A. Birmingham, at the BellSouth facility.
13  Q. And then the second engagement, that was
14  in Miami?
15  A. At the Oracle office in Miami.
16  Q. Okay. Did you ever work on an
17  engagement for BellSouth in Atlanta?
18  A. No.
19  Q. Did anybody ever ask you to work on an
20  engagement for BellSouth in Atlanta?
21  A. No. I just talked to people from
22  Atlanta who came over.
23  Q. Okay. Were there -- was there an
24  engagement going on in Atlanta, to your knowledge?
25  A. I really don't know.

50

1  Q. Did you come in with a proposal for the
2  Birmingham engagement?
3  A. Yes.
4  Q. What was the value of that proposal?
5  A. I'd have to look at my notes that I sent
6  you. I can't remember.
7  Q. Can you estimate that?
8  A. That's all I do is estimate, so I've got
9  to keep them separate. I've got so many going on
10  right now. It was a few million dollars.
11  Q. Do you remember what the total value of
12  the BellSouth engagement was in the 2000-2001 time
13  period?
14  MR. KRISS: Objection. No foundation.
15  THE WITNESS: I can't remember the number.
16  BY MR. BRITTON:
17  Q. Does 40 million sound familiar?
18  MR. KRISS: Objection. No foundation.
19  THE WITNESS: It would be a guess on my part.
20  BY MR. BRITTON:
21  Q. All right. Let's talk about the
22  Birmingham, Alabama engagement. Were there any
23  problems with the installation at the Birmingham,
24  Alabama facility?
25  MR. KRISS: Objection. No foundation.

51

1  THE WITNESS: I'm really not sure, your
2  question. When you talk about the installation, are
3  you talking about what was going on or what was
4  being proposed?
5  MR. BRITTON: What was going on at the time,
6  the actual implementation at the facility.
7  MR. KRISS: Objection. No foundation. Also
8  objection to the form of the question.
9  THE WITNESS: Oh, I'm sorry.
10  MR. BRITTON: Go ahead.
11  THE WITNESS: Listening to the consultants
12  that were in and out of that engagement, including
13  Fred Tune, there appeared to be issues, and the
14  issue that I thought was the primary issue was there
15  was no plan.
16  BY MR. BRITTON:
17  Q. And what do you mean by that?
18  A. I guess after doing this for 30-some
19  years, you know, I can stand back, and I can listen
20  to the discussion, and chances are that the
21  majority of the time, the reason you've got the
22  problem that you've got is there is no plan. You
23  have a piece of paper, but that's all you've got.
24  And I think you -- I got the opinion it
25  was, like, a fire drill, people chasing people to

52

1  fix problems. But that's my observation.
2  Q. And what was that observation based on?
3  A. What people were telling me.
4  Q. Who other than Fred Tune have you talked
5  to about the implementation?
6  A. I really can't remember the name, but
7  just the consulting group, you know. You talk
8  amongst yourselves. And I knew John Wheeler who was
9  managing the engagement.
10  Q. Did you have an opinion on how he was
11  managing the engagement?
12  MR. KRISS: Objection to form of the
13  question, no foundation.
14  THE WITNESS: I'm surprised he didn't bring
15  me in earlier.
16  BY MR. BRITTON:
17  Q. And why is that?
18  A. Because John knows that when it comes to
19  doing a health check and sorting it out and telling
20  what has to get done and putting a plan together,
21  that I was the go-to guy. But I wasn't in his
22  division at the time, so --
23  MR. BRITTON: Next.
24  (E-mail string dated 1/13/01-1/14/01 re
25  BellSouth ADSL performance issues marked Exhibit 2

53

1  for identification.)
2      MR. BRITTON:  Take a moment to review
3  Exhibit 2.
4      For the record, Exhibit 2 has a Bates
5  stamp NDCA-ORCL 058347 through 49.
6  BY MR. BRITTON:
7      Q.  Ask you to take a look and see if you've
8  ever seen this document before.
9      A.  I've never seen this document.
10     Q.  Okay.  Ask you to read the first page of
11  the bottom underneath where it says "Generally."  It
12  starts with "We are live at BellSouth."
13     For the record, the document says, "We
14  are live at BellSouth with 11,000 users on the
15  system.  There are very serious performance problems
16  with the various components in the software stack
17  (Database, Forms Server, CRM application, SqL."
18     Was this consistent with your
19  understanding of what was going on with the
20  BellSouth engagement?
21     MR. KRISS:  Objection to the form of the
22  question, no foundation.
23     THE WITNESS:  The performance problem had
24  been communicated to me throughout 2000 or leading
25  up to the time I arrived at BellSouth, that there

54

1  was a performance issue -- subissues, and it was
2  constantly need to change what is called various
3  SqL, statements like that.  But that's it.
4  BY MR. BRITTON:
5      Q.  How did you gain an understanding of
6  that?
7      A.  People like Fred Tune and other -- other
8  consultants talking in the coffee room or having a
9  drink.
10     Q.  So, this is stuff that you heard from
11  others?
12     A.  From others.
13     Q.  And you didn't have any firsthand
14  knowledge of it?
15     A.  I had no firsthand knowledge, no
16  experience.
17     Q.  Do you know if John Wheeler was let go
18  from Oracle?
19     A.  I don't know if he was let go or he
20  resigned.  I really don't know.  But he came back.
21     Q.  What do you mean "he came back"?
22     A.  He left -- the first time he left, he
23  went to Nextel, I believe, there in Washington.  And
24  then he was brought back or came back -- I don't
25  know the circumstances -- in less than a year after

55

1  he left Oracle the first time.
2      Q.  Okay.  The Birmingham, Alabama
3  engagement, when did that finally close?
4      A.  I don't know the close date.
5      Q.  Do you know if it closed in the third
6  quarter of 2000?
7      A.  I really don't know.
8      Q.  Did you know at the time in 2001 or you
9  just don't recall today?
10     A.  I don't think -- I don't think anyone
11  ever communicated to me, up to my leaving Oracle,
12  the status of the BellSouth other than they didn't
13  win the contract.  That's all I know.
14     Q.  Okay.  Let's go next to the Miami
15  engagement.  You worked on that.
16     A.  Yes, writing the proposal.
17     Q.  Okay.  And what did you do?
18     A.  I wrote the proposal with the sales
19  director.  I do not remember his name.  I think he
20  was Venezuelan.  That's all I remember.
21     Q.  When did you arrive in Miami?
22     A.  The -- I arrived the Sunday -- back up.
23  How would you say it?  It was the -- not the Sunday
24  before Thanksgiving, but the prior Sunday.  Whatever
25  you referred to that from a terminology standpoint.

56

1  I was only there a week.
2      Q.  Did you get the proposal done?
3      A.  I got the proposal done, yeah, yeah.  It
4  was pretty straightforward.
5      MR. BRITTON:  I've placed in front of you
6  what's been marked as Plaintiff's Exhibit 3 -- or
7  Green Exhibit 3.  Would you take a moment to look at
8  this exhibit.  For the record, Green Exhibit 3
9  starts with Bates Green 0001 through 81.
10     (Document entitled "Bell South
11  Estimating Spreadsheet" marked Exhibit 3 for
12  identification.)
13     THE WITNESS:  Uh-huh.
14  BY MR. BRITTON:
15     Q.  Are you familiar with this document?
16     A.  It's the document I sent you and the
17  Oracle legal counsel -- or I sent it to him and he
18  sent it.
19     Q.  What is this exhibit?
20     A.  This is an estimating -- if you go to
21  the first page up here -- it lists the different
22  worksheets.
23     Q.  Yes.
24     A.  And this is the spreadsheet or the --
25  what is called the AIM, A-I-M, which is their

57

1 Application Integration Methodology, estimating
2 package that Oracle had developed.
3 And this is the template that I used to
4 ascertain answers to questions and then to generate
5 the estimate, eventually then a project plan, and
6 the cost and the time from a consulting standpoint.
7 Q. Okay. And is this the estimate or the
8 proposal for the Miami --
9 A. No. This is the one from Birmingham. I
10 could not find the Miami estimate. Either it was so
11 good, it disappeared. I don't know.
12 Q. Now, did this document inform you about
13 what the proposal was for the Birmingham engagement?
14 A. Yes, partially.
15 Q. Okay. And how would it do that?
16 A. It would do that by a number of things.
17 If you go to -- let me make sure on the page. If
18 you go to page 4 of 80, this starts to list the
19 different components that are available and are
20 factored into the estimating algorithms.
21 These are the products, I guess you
22 would call them. And so, what I would do is say,
23 "All right. Which of the products are you proposing
24 to the client?" And we would go in and put a factor
25 in. And I believe that goes on to page 5.

58

1 Q. And where is the factor you're talking
2 about?
3 A. The factor is basically behind the
4 spreadsheets. I don't know what experience you have
5 with Excel. Excel is obviously a spreadsheet tool
6 from Microsoft, which is how this estimator was
7 built by the Oracle people. I did not build the
8 estimator. I want that perfectly clear. And,
9 basically, there's algorithms behind it, which then
10 starts to generate for you page 6 through page 80.
11 And out of that you can then decide to
12 export the results into a project work plan
13 template, whether it's in Microsoft Project or what
14 they call ABT Workbench. That's another project
15 management tool. So, you took your choice.
16 Q. So, you would use this to create the
17 proposal?
18 A. Yes. And this would basically be the --
19 would not be given to the customer, obviously.
20 Q. Only the proposal would be given?
21 A. Correct.
22 Q. And do you have the proposal for the
23 Birmingham facility?
24 A. No, I do not. The final proposal, is
25 that your question?

59

1 Q. Yes, yes.
2 A. No. I never saw it. I was gone.
3 Q. Now, explain to me how your proposal
4 would ultimately get to the customer, if you know.
5 A. The proposal basically, once I completed
6 this work and generated the project work plan 'cause
7 I'm a great believer, I'm not going to give you an
8 estimate unless I run the project tool. Because in
9 there there are a number of factors that I'm looking
10 for.
11 That information then -- we went over
12 the next step was to create what is called a Project
13 Charter, which is an Oracle template in Oracle
14 Method, a Word document basically. And you would go
15 and bring the template in and just start filling,
16 you know, with statements and so forth. And once
17 that charter was done, it was then turned over to
18 the sales organization.
19 Now, they were involved as you were
20 building it. It wasn't -- you didn't blindside them
21 with it. But I did just this part (indicating). I
22 did not write the charter. I told them how to do it
23 because they clearly didn't know how to do it.
24 Q. So, before you wrote this, and then you
25 left for a different project?

60

1 A. I went from this task down to Miami to
2 do fundamentally the same thing, different results.
3 While I was in Miami, I got a call and said, "Be in
4 Stockholm the Monday after Thanksgiving." So, I
5 went home for Thanksgiving and then left for
6 Stockholm.
7 Q. Now, you mentioned earlier that Oracle
8 didn't win the business, right?
9 A. To my knowledge, they did not win this
10 business (indicating). To my knowledge, they won
11 the Miami -- I'll refer to it as "the Miami
12 proposal."
13 Q. So, they didn't win the Birmingham
14 proposal, but they did win the Miami proposal?
15 A. That was my understanding.
16 Q. And do you have an understanding of what
17 was the larger of the two?
18 A. Oh, the Birmingham by far, by far. That
19 was the continuation of 11i, CRM, and a variety of
20 others. As you can see in here, all the products in
21 here.
22 Q. Right.
23 A. Yeah, it's big.
24 Q. Do you know when the -- did you ever --
25 were you ever informed when they did not win the

61

1  proposal?

2       MR. KRISS:  Objection.  No foundation.

3       THE WITNESS:  I was in Stockholm, and a

4  couple individuals from the Birmingham project, a

5  couple directors who were involved down there, they

6  brought them over, I think, either the end of

7  December, first of January, to look at the proposal

8  that was going to Telia.  And they mentioned that it

9  seemed like the proposal was not going well.  They

10  thought it was a done deal.

11  BY MR. BRITTON:

12       Q.  And then ultimately did you find out

13  that it actually did not close?

14       A.  I found out later sometime in

15  February -- I don't -- I can't remember exactly how.

16  I think I was back from Stockholm and found out in

17  one of my travels that they had -- I didn't follow

18  up on it.

19       Q.  Okay.  That was -- was this the

20  Birmingham BellSouth deal, was this a big deal

21  within Oracle at the time?

22       A.  Oh --

23       MR. KRISS:  Objection to the form of the

24  question.

25       THE WITNESS:  Yes.

62

1  BY MR. BRITTON:

2       Q.  Yes.  And what makes you think it was a

3  big deal?

4       A.  The investment Oracle had --

5       MR. KRISS:  Excuse me, excuse me.

6       Objection to the form of the question,

7  no foundation.

8       MR. BRITTON:  Go ahead.

9       THE WITNESS:  The investment made on behalf

10  of Oracle leading up to the proposal.

11  BY MR. BRITTON:

12       Q.  Okay.  And do you know what that

13  investment was?

14       A.  It was 100-plus consultants for nine

15  months or longer at a discounted rate.

16       Q.  You think the senior executives at

17  Oracle knew about it?

18       MR. KRISS:  Objection to the form of the

19  question, no foundation.

20       THE WITNESS:  I would have thought they

21  would.  I don't know for a fact.

22  BY MR. BRITTON:

23       Q.  What makes you think that you would have

24  thought?

25       MR. KRISS:  Objection to the form of the

63

1  question, no foundation.

2       THE WITNESS:  There's a term -- I think we've

3  all used it -- it was on the radar.

4  BY MR. BRITTON:

5       Q.  How do you know it was on the radar?

6       MR. KRISS:  Objection to the form of the

7  question, no foundation.

8       THE WITNESS:  'Cause John Wheeler was

9  reporting up the chain of command, to the best of my

10  knowledge, for meetings on the subject going on.  I

11  don't know who was in the meetings.

12  BY MR. BRITTON:

13       Q.  How do you know that he was reporting up

14  the chain?

15       A.  I don't know that he was reporting.  I

16  just assumed, knowing John.

17       Q.  Okay.  Would you be surprised if

18  Oracle's senior executives did not know about the

19  Birmingham BellSouth deal not closing?

20       MR. KRISS:  Objection to the form of the

21  question, no foundation.

22       THE WITNESS:  I would absolutely be

23  dumbfounded.

24  BY MR. BRITTON:

25       Q.  Do you have any knowledge about why the

64

1  Birmingham engagement did not close?

2       MR. KRISS:  Objection to the form of the

3  question, no foundation.

4       THE WITNESS:  No knowledge as to what went

5  on.

6  BY MR. BRITTON:

7       Q.  Let's take you to Sweden.  When did you

8  arrive in Sweden again?

9       A.  That Sunday after Thanksgiving 2000.  I

10  had a week off for Thanksgiving and then went to

11  Sweden.

12       Q.  And what was your responsibility with

13  respect to the Telia deal in Sweden?

14       A.  Well, it changed each day as we got into

15  it.  I basically arrived at the Marriott there in

16  Stockholm Monday.  I actually stopped in London on

17  Sunday and stayed the night in London and flew into

18  Stockholm Monday.

19       They had a car waiting for me at the

20  hotel to take me out to Oracle, and Gary Moore was

21  there.  He had already informed me about it.  And

22  they apparently had been working on the deal, as we

23  refer to, for some time -- I'll say three or four

24  months -- and were having difficulty getting the

25  numbers together.

65

1    So, they said, "Bob, we need you to walk
2    us through the process of putting a proposal
3    together." They had never used the estimating tool
4    set.
5    So, we started that Monday night. And I
6    was there for roughly two weeks straight before I
7    returned to Los Angeles 'cause I had other
8    commitments and then returned to Stockholm.
9    Q.   When did you return to Stockholm?
10   A.   I went home for -- I took a week after
11   the first two weeks, come back to the U.S. to
12   finalize a couple deals I was working on -- Oracle
13   deals. And then returned to Stockholm. I
14   volunteered to hold down the fort over the holidays.
15   Q.   And how long were you ultimately in
16   Stockholm?
17   A.   Through the last week in January.
18   Q.   Did the Telia project ultimately close?
19   A.   No.
20   Q.   Why not?
21   MR. KRISS:  Objection. No foundation.
22   MR. BRITTON:  Withdrawn.
23   BY MR. BRITTON:
24   Q.   Do you know why not?
25   MR. KRISS:  Objection. No foundation.

66

1    THE WITNESS:  Apparently, they were waiting
2    on word from BellSouth on the BellSouth project.
3    Sometime in January -- I don't know when -- the word
4    came down "We're not going to proceed with 11i and
5    the CRM proposal from Oracle." That was Telia
6    saying that.
7    BY MR. BRITTON:
8    Q.   And how do you know this?
9    A.   They told me to close down the effort.
10   Q.   Who told you to close down the effort?
11   A.   Gary Moore 'cause he was communicating
12   with the CIO of Telia on a day-to-day basis.
13   Q.   Do you know if Oracle senior executives
14   knew about the Telia deal not closing?
15   MR. KRISS:  Objection. No foundation.
16   THE WITNESS:  I have to assume they did.
17   BY MR. BRITTON:
18   Q.   Would you be surprised to learn that
19   they did not know about the Telia deal not closing?
20   MR. KRISS:  Objection to the form of the
21   question, no foundation.
22   THE WITNESS:  I would be dumbfounded.
23   BY MR. BRITTON:
24   Q.   And why is that?
25   MR. KRISS:  Objection to the form of the

67

1    question, no foundation.
2    THE WITNESS:  I guess after close to eight
3    years at Oracle, I just would find that hard to
4    believe.
5    BY MR. BRITTON:
6    Q.   And what do you base that opinion on,
7    your eight years? What are you thinking about when
8    you say you find it hard to believe?
9    A.   Well, the --
10   MR. KRISS:  Excuse me, sir. Objection to the
11   form of the question.
12   THE WITNESS:  Having seen Oracle's senior
13   management involvement on other very important
14   projects, i.e., Kellogg's in the past, of which I
15   was involved with, I felt that the Telia, BellSouth
16   projects fit the same level of importance.
17   BY MR. BRITTON:
18   Q.   And what made you think that Telia,
19   BellSouth deals fit the same level of importance?
20   MR. KRISS:  Objection to the form of the
21   question, no foundation.
22   THE WITNESS:  Just the urgency of what they
23   were asking me to do.
24   BY MR. BRITTON:
25   Q.   Let's step back for a second now. Can

68

1    you describe the Telia project for me, what it was?
2    A.   Well, initially the project was to
3    obviously go forward with the 11i CRM suite
4    following the same model that they were deploying
5    there with BellSouth. The concerns apparently -- a
6    concern that someone at Oracle and Sweden had was
7    there's something different about this project, and
8    they weren't sure what it was.
9    I don't know how the communication came
10   through to Gary Moore, Gary being my boss. That's
11   when he called me in Miami and said, "Bob, you need
12   to get over here to Sweden. They need to hear your
13   message." And I said what's -- he explained what
14   was going on.
15   Once I got there, it was obvious that it
16   was more than just an 11i CRM suite kind of
17   situation. The client really wanted to see what it
18   was going to take to integrate, which was my special
19   specialty, non-Oracle products, SAP, very popular in
20   Europe, some of their products, Legacy systems.
21   They had clearly defined business units.
22   I can't remember the name of it 'cause they use
23   Swedish names on it and you kind of got lost.
24   And I said, "This is not just
25   classical," I used the term, "BellSouth 11i CRM

69

1  project.  You need to look at" -- and I think that's
2  what Gary saw -- "this whole data issue."
3  So, basically, I was proposing also the
4  BIE approach to looking at, examining what it is
5  that you're trying to do from a business -- they
6  were going through deregulation, by the way, at that
7  time, which I had become apparently a subject matter
8  expert according to some people.
9  So, that kind of changed what we were
10  doing.  So, it was more than just cranking out or
11  copying the BellSouth proposal.
12  MR. CAPLAN:  Let's take a break.
13  MR. BRITTON:  Let's go off the record.
14  THE VIDEOGRAPHER:  We're going off the
15  record.  The time is 11:01 a.m.
16  (A brief recess was taken.)
17  THE VIDEOGRAPHER:  We're back on the record.
18  The time is 11:14 a.m.
19  (Document entitled "ERP/CRM
20  Implementation project initial deliverables and
21  project setup, Contract S00169AK" marked Exhibit 4
22  for identification.)
23  MR. BRITTON:  Mr. Green, I've placed in front
24  of you what's been marked as Green Exhibit 4.  Will
25  you take a look at this exhibit.

70

1  For the record, this Exhibit 4 contains
2  six separate documents.  Let me go document by
3  document in terms of Bates number 'cause I do
4  believe I pulled one out because it looked like a
5  duplicate to me.
6  BY MR. BRITTON:
7  Q.  First document in Exhibit 4 starts with
8  Bates Green 000082 and ends at 95.  Second document
9  starts at Green 000110 and it ends at 117.  Next
10  document starts at 118 and ends at 126.  The next
11  document starts at 127 and ends at 142.  Next
12  document starts at 143 and ends at 156, and the last
13  document starts at 157 and ends at 170.
14  MR. CAPLAN:  I have seven documents.  Did you
15  say six?
16  MR. BRITTON:  Seven then.
17  MR. CAPLAN:  Seven, yeah.
18  MR. BRITTON:  Oh, you know what, I pulled it
19  out of my stack.  It's still in there, so we need to
20  find out which one I didn't identify.
21  THE WITNESS:  It's these.  These two.
22  MR. BRITTON:  It's the second one.  It
23  probably starts with 96 and ends at 109.
24  THE WITNESS:  Yeah.
25  MR. BRITTON:  Okay.  Keep it within there.

71

1  THE WITNESS:  Sure.
2  BY MR. BRITTON:
3  Q.  Do you recognize these documents,
4  Mr. Green?
5  A.  By just looking at the cover page or can
6  I look inside?
7  Q.  Oh, no.  Take whatever time you want to
8  look at these.  I think they were produced from
9  documents that you produced in response to the
10  subpoena.
11  A.  Yes, they were documents that were -- I
12  was involved with.
13  Q.  Okay.  And did you produce these
14  documents in response to the subpoena?
15  A.  Yes.
16  Q.  Okay.  This is part of the group of
17  documents that you gave to your lawyer --
18  A.  Yes.
19  Q.  -- who you understood forwarded them to
20  counsel?
21  A.  Yes, yes.  This was under Telia.
22  Q.  Let's go through the documents one by
23  one.  The first document in Exhibit 4, the one that
24  starts with 82 and ends with 95, what is this
25  document?

72

1  A.  This is a template used by Oracle at the
2  time to describe the initial deliveries and the
3  project setup statements.  If you go to the -- I see
4  it's missing the table of contents, but can't speak
5  to that, but basically what you're trying to do is
6  trying to define the major deliverables.
7  Q.  What do you mean by that?
8  A.  Deliverables would be an agreed-to list
9  of deliverables that you believe the customer wants
10  to see to show progress.  Does not include
11  necessarily all the deliverables that would make up
12  a project, but it's the -- what I call the high-end
13  deliverables.
14  Q.  Can you give me an example?
15  A.  Business system design, test plan,
16  project plan.  Those would be high-end deliverables.
17  Q.  Okay.  And how would you show that to
18  the customer to show that you were making progress?
19  A.  Through -- generally through the project
20  work plan, which is a -- in this case, I think in
21  Telia -- I don't know this to be true -- I believe
22  we used Microsoft Project and not ABT Workbench.
23  Q.  How did you come into possession of
24  these documents?
25  A.  Since when I arrived on the scene, first

73

1  thing they said "Let's give you all the
2  documentation up to date, because you're going to
3  have to help us sort it out."  Some of the documents
4  I did not create personally.
5      Q.  Okay.  Now, let's go to the next
6  document, and that document which starts with
7  Bates 96.
8      A.  Uh-huh.
9      Q.  And this is labeled "ERP/CRM
10  Implementation project, Initial deliverables and
11  project setup, Contract S000169AK."  Is this any
12  different than the document before?
13      A.  This was the predecessor.  The only
14  difference is they forgot to update the version
15  number on this guy here, which is the first one.
16  And you can tell by the dates.
17      This is what they had done prior to me
18  arriving (indicating), and this apparently is what
19  they updated as a result of the work or discussions
20  held when once I arrived.
21      Q.  And for the record, the one that they
22  updated after you were there is the document that's
23  Bates 82 through 95?
24      A.  Correct.
25      Q.  All right.  Let's go to the next exhibit

74

1  which -- or the next document in Exhibit 4, which
2  starts at Bates 110 and ends at 117.  It has the
3  title "Oracle Svenska AB, Telia TeleCom AB, contract
4  S000165AK, Proof of Concept, 11i."  What is this
5  document?
6      A.  This is another deliverable, example of
7  a deliverable where you're basically -- some
8  customers want a proof of concept initially before
9  they'll basically go forward with the project.  So,
10  the people at Oracle Sweden basically were to --
11  were apparently planning to conduct a proof of
12  concept, in this case on 11i.  This was developed
13  prior to me arriving.
14      Q.  Okay.  Let's go to the next document
15  within Exhibit 4, and it starts with Green 118, and
16  it ends at Green 126.
17      A.  Uh-huh.
18      Q.  And the title is "Telia and Oracle
19  Corporation Letter of Intent."
20      A.  Uh-huh.
21      Q.  What is this document?
22      A.  This is a letter that was created
23  between Telia and Oracle Sweden on the intent of --
24  apparently Oracle was able to get Telia to pay for
25  the preparation of the proposal.  Very unusual.

75

1  Generally customers don't want to pay for that kind
2  of work.
3      Q.  You have any knowledge of how they were
4  able to do that?
5      A.  None whatsoever.
6      Q.  Now, the fact that they, Oracle, was
7  able to get Telia to pay for the preparation of the
8  proposal, does that mean that they were able to
9  close the deal?
10      A.  Not necessarily.
11      Q.  Okay.  Let's go to --
12      A.  Question.
13      Q.  Sure.
14      A.  Are -- "close the deal" in getting the
15  customer to pay for this initial analysis but not
16  the final product?
17      Q.  No, I'm talking about the final
18  product --
19      A.  Oh, I'm sorry.
20      Q.  -- the overall deal.
21      A.  All right.  No.
22      Q.  So, the fact there was a letter of
23  intent does not mean that the overall deal closed?
24      A.  No.
25      Q.  Okay.  Next document starts with 127 and

76

1  ends at 142.  It's entitled "ERP/CRM Implementation
2  project, Initial deliverables and project setup."
3      A.  Uh-huh.
4      Q.  What is this document?
5      A.  This basically is very similar to the
6  first two documents you have in your stack.  This
7  was an attempt of the team that was there prior to
8  me arriving, to update the initial deliverable
9  project setup report for the third time.  And that's
10  when the decision was made, apparently, sometime
11  around November 22nd, they needed help.
12      Q.  Okay.  Next document starts at 143 and
13  ends at 156, and it's entitled "Program Management
14  of Oracle Projects for Telia AB."  What is this?
15      A.  This is a classical letting you know, as
16  the customer, the project management approach that's
17  going to be used by Oracle in the proposed
18  engagement.  It's a very cookie cut, this comes
19  right off the system, with few minor modifications.
20  They were proposing to use Oracle Project Management
21  Method to manage the engagement.
22      Q.  What is the Oracle Project Management
23  Method?
24      A.  As I mentioned earlier, Oracle had a
25  framework called Oracle Method.  One of the

**77**

1  components in it was project management. You have a
2  framework in there for AIM, which was installing
3  packages, doing data warehousing. This is project
4  management.
5      Q. And then the next document starts at 157
6  and ends at 178. What is -- oh, excuse me. Ends at
7  170. What is this document?
8      A. This is a document that they had
9  developed prior to me arriving, the team that was
10 there. And it basically talks about the scope of
11 the preparation work. It's a classical what are
12 my -- what are the objectives, what are the critical
13 success factors for doing this work I'm about to do
14 for you, and the approach that they're going to
15 take.
16     Q. Did you use any of these documents for
17 your work at the Telia project?
18     A. I reviewed them because that's what they
19 dropped on me that Monday night when I arrived.
20 They said, "Here is all the material that we have
21 developed to date. And you may want to review
22 these. And could you review them overnight and get
23 with us on" -- I think it was Tuesday.
24     Q. Okay. Do you know what the value was of
25 the Telia AB deal?

**78**

1      A. The initial preparation work or the
2  final proposal?
3      Q. The final proposal.
4      A. I don't know because of the translation,
5  you know, between Swedish and -- I think it was in
6  Swedish -- in the Swedish currency at one time. I
7  don't remember what it was. I did it in dollars,
8  and I said, "It's not my job to convert."
9      Q. When did you know that the Telia deal
10 wasn't going to close?
11     MR. KRISS: Objection. No foundation.
12     THE WITNESS: Two weeks before my -- before I
13 departed.
14 BY MR. BRITTON:
15     Q. So, that was in the February 2001 time
16 frame?
17     A. No, that was in January.
18     Q. In January of 2001?
19     A. Yes. I departed the last Friday --
20 well, I departed Sweden in the last Saturday in
21 January. I departed Telia officially the
22 Thursday -- the last Thursday. I took Friday off
23 and walked around Stockholm.
24     Q. Now, did the failure to close the
25 BellSouth deal in Birmingham and the Telia deal in

**79**

1  Sweden, did that give you any cause for concern
2  about Oracle making its forecasts for the third
3  quarter of 2001?
4      MR. KRISS: Objection to the form of the
5  question, no foundation.
6      THE WITNESS: I never thought about it. I
7  was ready to move back, and I was working on three
8  other proposals. I was disappointed, Telia
9  particularly. I wanted to stay in Sweden for a
10 while.
11 BY MR. BRITTON:
12     Q. Do you know what a gap analysis is?
13     A. Yes.
14     Q. What is it?
15     A. A gap analysis is -- there are different
16 types of gap analyses. There could be a gap
17 analysis where you're looking at differences in
18 data, which I'm very familiar with. There's gap
19 analysis in the financial world, which I'm working
20 on right now. Major issue.
21     But basically what you're trying to do
22 is you're trying to determine from a set target to
23 another set of targets what is the difference.
24     Q. Okay. And in terms of at Oracle in
25 2000-2001, did gap analysis have any meaning

**80**

1  particular to Oracle?
2      A. I'm not aware that it does particularly.
3  I only did it when I was doing what is called data
4  profiling, which was look at your data.
5      Q. So, is it fair to say that gap analysis
6  is you look at what the customer has and you look at
7  what Oracle wants to install, and how to get from
8  Point A to Point B is the gap analysis?
9      A. The gap --
10     MR. KRISS: Excuse me. Objection to the form
11 of the question.
12     THE WITNESS: The gap analysis in the field
13 of data profiling, which is one of our expertise in
14 the group that I worked with, is we look at your
15 data. Our target is the Oracle database of the
16 application being proposed.
17     Obviously, you want to determine what is
18 it going to take for you to go from here to here
19 (indicating), and that determination is called the
20 gap, and it's made up of different components.
21     The gap could be that you've got bad
22 data here, you've got a lot of cleaning to do. The
23 gap could be that you're missing data that you need
24 over here. And so, basically you're trying to lay
25 out a road map -- the gap analysis lays out the road

81

1   map of what you're going to have to do to go from
2   Point A to Point B.
3          MR. BRITTON:  Okay.  I placed in front of you
4   what's been marked as Green Exhibit 5.  Take a
5   moment to look at this exhibit, please.
6          THE WITNESS:  Uh-huh.
7          (Estimating results from Telia
8   engagement marked Exhibit 5 for identification.)
9          MR. BRITTON:  For the record, Green Exhibit 5
10  starts at Bates Green 000171 and ends at 222.  And
11  the first page says "Telia/e-Bolaget,"
12  B-o-l-a-g-e-t, "CRM Foundation Implementation
13  Estimate Spreadsheet Index."
14         MR. KRISS:  Doug --
15         MR. BRITTON:  Yes.
16         MR. KRISS:  -- my document sort of ends at
17  196.
18         MR. CAPLAN:  So does mine.
19         MR. KRISS:  It's not in numerical order.
20         MR. CAPLAN:  It's not in order.
21         THE WITNESS:  Oh.
22         MR. CAPLAN:  Looks like I recopied -- we can
23  be off the record for this -- 171.
24         THE VIDEOGRAPHER:  We're going off the
25  record.  The time is 11:30 a.m.

82

1          (Discussion held off the record.)
2          THE VIDEOGRAPHER:  We're going back on the
3   record just to switch tapes.  We're back on the
4   record.  The time is now 11:31.  This marks the end
5   of Tape No. 1, Volume I, in the deposition of
6   Mr. Robert Green.  We're going off the record.  The
7   time is 11:32 a.m.
8          (A brief recess was taken.)
9          THE VIDEOGRAPHER:  We're back on the record.
10  This marks the beginning of Tape No. 2, Volume I, in
11  the deposition of Mr. Robert Green.  The time is now
12  11:34 a.m.
13  BY MR. BRITTON:
14      Q.  Okay, Mr. Green, have you had a chance
15  to look at Exhibit 5?
16      A.  Yes.
17      Q.  Okay.  And you recognize it?
18      A.  Yes.
19      Q.  What is it?
20      A.  It is the estimating results from the
21  Telia engagement that I was asked to prepare for the
22  Oracle people there in Stockholm.
23      Q.  You actually prepared this?
24      A.  I actually prepared this.
25      Q.  And this is not the proposal; is that

83

1   correct?
2       A.  This is used to feed the proposal.
3       Q.  Did you actually generate a proposal?
4       A.  No.
5       Q.  Why not?
6       A.  I wasn't asked to.
7       Q.  Okay.  If you look at the pages that
8   start with 185 and end at 188, these appear to
9   relate to the BellSouth project, although they are
10  consecutively within the 51 pages, it is noted down
11  at the bottom of the page.
12      A.  Uh-huh.
13      Q.  Do you know why those are in there?
14      A.  Basically, they requested that we
15  only -- when you estimate a project, projects have
16  phases.  Generally, this is what you try to do.  And
17  they only wanted to see design through what is
18  called -- the design through production phases.  So,
19  this represents the tasks that would be included in
20  the final plan for the design through production
21  phases only.
22      Q.  When you say "they," who are you talking
23  about?
24      A.  The -- the Oracle people there, right.
25  They wanted to see the results at BellSouth.  So,

84

1   what we did was we just, in effect, inserted the
2   BellSouth results for design through production.
3   They wanted them to look the same.  For what reason,
4   I have no idea.
5       Q.  Now, were you aware at the time whether
6   Telia Networks was implementing 11i?
7       A.  No.
8       Q.  You were not, okay.
9           Actually I'm going to ask you another
10  question on Exhibit 5.
11      A.  I'm sorry.
12      Q.  Can you tell what the value of the
13  contract was for the Telia AB deal based upon
14  Exhibit 5?
15      A.  No.
16         MR. BRITTON:  Okay.  Court reporter has
17  placed in front of you what's been marked as
18  Plaintiff's -- or Green Exhibit 6.  It starts with
19  Bates Green 000227 and ends at 454.
20         (Telia project charter component
21  documents marked Exhibit 6 for identification.)
22  BY MR. BRITTON:
23      Q.  Do you recognize Exhibit 6?
24      A.  Yes.
25      Q.  And what is Exhibit 6?

85

1    A. This is basically what I call the
2  project charter components.
3    Q. This was for Telia?
4    A. Yes, it was.
5    Q. Is this a proposal?
6    A. No. This is support documents that
7  would be given to the customer once the proposal was
8  signed.
9    Q. Did you prepare these documents?
10    A. I believe I need to go through each one.
11  I -- at least the ones I see. If my name's on it,
12  there's a high probability.
13       The only one I did not prepare would be
14  the item that says "Agenda."
15    Q. And what Bates number does that start
16  with?
17    A. That's 415.
18    Q. Do you know who prepared --
19    A. Mr. Gary Moore.
20    Q. Gary Moore, all right.
21       How did you become in possession of
22  that?
23    A. Basically I took notes at the meeting or
24  attempted to take notes.
25    Q. Do you know if the proposal was ever

86

1  made to Telia AB?
2    MR. KRISS: Objection. No foundation.
3    THE WITNESS: I don't know which -- whether
4  it was or not.
5    MR. BRITTON: Okay. Done with that document.
6  BY MR. BRITTON:
7    Q. Actually, let me ask you another
8  question about -- how did you use the documents that
9  are within Exhibit 6 as part of your business in
10  Sweden for Oracle?
11    A. I'm not sure of the question.
12    Q. How did you use these documents?
13    A. Basically, I used these to -- first of
14  all, to communicate with the customer and then
15  eventually deliver the results to the Oracle sales
16  organization, saying, "All right. Here's the packet
17  that you would go forward with if you're going to
18  obviously get the contract for consulting."
19    Q. It was part of your job responsibilities
20  to prepare these?
21    A. Absolutely.
22    Q. And when did you prepare these
23  documents?
24    A. They were prepared over a number -- it
25  actually started on December 2nd -- my birthday,

87

1  by the way -- through the end of January.
2    MR. BRITTON: All right. You can put that
3  aside.
4       Okay. I've placed in front of you what
5  has been marked as Plaintiff's Exhibit -- Green
6  Exhibit 47 [sic]. Take a moment to look at this
7  exhibit.
8       For the record, Exhibit 47 -- excuse me,
9  Exhibit 7 starts with Green 000455 through 516.
10    (Project work plan defining the various
11  phases of Telia project marked Exhibit 7 for
12  identification.)
13    MR. KRISS: Starts at what?
14    THE WITNESS: 455.
15    MR. KRISS: I got 499 to 510.
16    MR. BRITTON: Can we go off the record for a
17  second.
18    THE VIDEOGRAPHER: We're going off the
19  record. The time is 11:43 p.m.
20    (Discussion held off the record.)
21    THE VIDEOGRAPHER: We're back on the record.
22  The time is 11:47 a.m.
23    MR. BRITTON: Okay. It appears as though we
24  had a copying issue, so Exhibit 7 now starts with
25  Bates Green 000467 and ends at 516.

88

1  BY MR. BRITTON:
2    Q. Do you recognize Exhibit 7, Mr. Green?
3    A. Yes.
4    Q. What is Exhibit 7?
5    A. This is a project work plan defining the
6  various phases that was recommended that they move
7  forward with the implementation of the CRM
8  component.
9    Q. And did you prepare this?
10    A. This was generated as a result of the
11  estimator. And then I broke it up into more
12  manageable parts.
13    Q. Who generated it?
14    A. I did.
15    Q. Did you give it to anybody?
16    A. Yes.
17    Q. Who?
18    A. Gary Moore saw it first since I was
19  reporting to him. He was the program director. And
20  it was reviewed with other members of the Oracle
21  team and with certain members of Telia. I don't
22  remember who at Telia.
23    Q. Now, do you prepare these schedules
24  typically --
25    A. Yes.

89

1     Q.   -- as part of your estimating?
2          With every project?
3     A.   99 percent.
4     Q.   And you prepared this as part of your
5   job responsibilities at Oracle?
6     A.   Yes.
7     Q.   And when did you prepare it?
8     A.   It was prepared in the December, January
9   time frame.  I don't know the specific dates.
10    Q.   December 2000, January 2001?
11    A.   Correct.
12    Q.   All right.  You can put that back.
13         Okay.  The deal that you were talking
14  about before that you working on simultaneously with
15  BellSouth and Telia, do you recall that?
16    A.   Yes.
17    Q.   Which one do you --
18    A.   First one was with the University of
19  Southern California.  Subject was strategic
20  planning.
21         Second one was with the Teamsters
22  Western Region Retirement Group, and they wanted to
23  convert their current system using new Oracle
24  technology.
25         The third one was in Harrisburg.

90

1   Pennsylvania, with the State of Pennsylvania,
2   Classified Employees Retirement System.  They were
3   looking to, in effect, possibly use BIE to develop a
4   redoing of their Legacy systems.
5     Q.   Did any of these projects involve the
6   sale of 11i?
7     A.   No.
8     Q.   Did any of these deals close in the
9   third quarter of 2001?
10    A.   No.
11    Q.   Were any of these deals expected to
12  close in the third quarter of --
13    A.   They were expected to close in Q4 of
14  2001, which would have been March, April, May
15  timeframe.
16    Q.   Were you aware in the December, January
17  time period about a sale of 11i to Michigan?
18    MR. KRISS:  Objection.  No foundation.
19    THE WITNESS:  No.  I assume when you say
20  Michigan -- the State of Michigan?
21    MR. BRITTON:  Yeah, or any entity in
22  Michigan.
23    THE WITNESS:  No.
24  BY MR. BRITTON:
25    Q.   Okay.  I want to step away from

91

1   individual products or the individual projects.  And
2   did you have a view about how Oracle's business was
3   performing in light of the economic conditions in
4   the 2000-2001 time period?
5     MR. KRISS:  Objection to the form of the
6   question.  Vague as to time.  Also no foundation.
7     THE WITNESS:  As it impacted what our group
8   was doing, yes.
9   BY MR. BRITTON:
10    Q.   And how did it impact what your group
11  was doing?
12    MR. KRISS:  Objection to the form of the
13  question, no foundation.
14    THE WITNESS:  Consulting opportunities became
15  fewer, sometimes more difficult to negotiate.  And
16  hate to use the expression, within the consulting
17  world, it became a dog-eat-dog environment.
18  BY MR. BRITTON:
19    Q.   And what did you -- how did you
20  attribute these -- the items that you just mentioned
21  to the economic conditions in 2000-2001?
22    MR. KRISS:  Objection.  No foundation.  Also
23  object to form.  Vague as to time.
24    THE WITNESS:  It would -- my involvement with
25  other engagements prior to BellSouth and Telia

92

1   starting in 1999, mid '99 into -- leading up to
2   BellSouth, engagements just became more difficult.
3   Consultants were being let go because of no work.
4          In communicating with the rest of the
5   market, people outside of Oracle in consulting --
6   'cause, you know, it's a community -- the Big Sixes
7   were having their problems.  Everyone was having
8   their problems 'cause I was looking to get contracts
9   with Deloitte and Price Waterhouse for Oracle.
10  BY MR. BRITTON:
11    Q.   When were you doing that?
12    A.   Starting about mid-1999 leading all the
13  way up to when I got called to go to BellSouth, and
14  that took every hour of the day to work on that.
15    Q.   Okay.  Did the difficulties that you
16  encountered getting new consulting business, did
17  that get increasingly more severe?
18    A.   Oh, yes.
19    MR. KRISS:  Objection to the form of the
20  question.  Vague.
21  BY MR. BRITTON:
22    Q.   How so?
23    A.   It just became more difficult.  The
24  customers were not -- were not spending.  They were
25  cutting back.

93

1    Q.   Do you think the senior executives at
2  Oracle knew about that?
3        MR. KRISS:  Objection.  No foundation.
4        THE WITNESS:  They had to know about it.
5  Being as knowledgeable as they are, I do respect
6  their knowledge.
7  BY MR. BRITTON:
8    Q.   Okay.  And what do you mean "they had to
9  know about it"?
10        MR. KRISS:  Objection.  No foundation.
11        THE WITNESS:  Well, I assume they picked up
12  at least one of the major publications, at least the
13  Wall Street Journal or the London Financial Times or
14  watched television, you know.  It's -- I can't
15  really -- you know, I can't -- I don't know how
16  Larry -- what he reads.
17  BY MR. BRITTON:
18    Q.   Would you be surprised to learn that the
19  senior executives did not know about the decline in
20  economic conditions?
21    A.   I would find that --
22        MR. KRISS:  Objection to the form of the
23  question, no foundation.
24        THE WITNESS:  I would find that
25  extraordinary.

94

1  BY MR. BRITTON:
2    Q.   Why is that?
3        MR. KRISS:  Objection to the form of the
4  question, no foundation.
5        THE WITNESS:  As leaders of a corporation, if
6  they're not aware of it, they should not be leaders
7  of the corporation.
8  BY MR. BRITTON:
9    Q.   Would you be surprised to hear the claim
10  that Oracle's senior executives did not know that
11  the economy was having an effect on Oracle's
12  business?
13        MR. KRISS:  Objection to the form of the
14  question, no foundation.
15        THE WITNESS:  I would find that
16  extraordinary.
17  BY MR. BRITTON:
18    Q.   And why is that?
19        MR. KRISS:  Objection to the form of the
20  question, no foundation.
21        THE WITNESS:  Let me see.  There's an
22  expression called "It's obvious to the most casual
23  observer."  And I believe in it.  For them not --
24  for anyone at that time, particularly the sales
25  force, which was well aware of it, not to be aware

95

1  that the economy was having difficulties.  And as a
2  somewhat practicing economist, you know, I'm an
3  authoritative source, it was obvious to me.
4  BY MR. BRITTON:
5    Q.   How do you know the sales force knew
6  about the effect of the economy on Oracle's
7  business?
8        MR. KRISS:  Objection to the form of the
9  question, no foundation.
10        THE WITNESS:  Just the way they were out
11  there trying to drum up deals.
12  BY MR. BRITTON:
13    Q.   Did you have personal interaction with
14  them?
15    A.   Oh, constantly.
16    Q.   When you say "constantly," you
17  interacted with the sales force, was it the sales
18  force in any particular region that you were dealing
19  with?
20    A.   Well, I -- I think I mentioned earlier I
21  was, in effect, a global kind of available resource.
22  So, I got calls from every -- every segment of
23  Oracle, particularly on health checks.  People used
24  to refer to me as Darth Vader.
25    Q.   Why is that?

96

1    A.   Because when I walked through the door,
2  people knew they had a problem.
3    Q.   What kind of problems are we talking
4  about?
5        MR. KRISS:  Objection to the form of the
6  question.
7        THE WITNESS:  Well, one engagement, the one I
8  like to cite 'cause I think it's the classic example
9  of overzealous salesmanship, is a project in Ghana
10  in Africa with the Ghanian government between the
11  World Bank and Ghana.
12        And I was called here again, said "Can
13  you be in Accra, Ghana, the following Monday?"  I
14  said, "Well, it's Wednesday."  I knew where Ghana
15  was, by the way.
16        And I said, "I suspect I'm going to have
17  to get visas, shots," and et cetera, et cetera.  "I
18  don't know if I can get it done."  "Do everything
19  you can."
20        Well, I was able to get the shots.  So,
21  I went to Ghana.  And Oracle -- or Ernst & Young,
22  World Bank were working on a project in which they
23  were trying to automate the financial business of
24  the Ghanian government.
25        And the concern on the part of the head

97

1  of the European -- gosh, I can't remember his title,
2  but he was in Zurich, was that they had used
3  80 percent of the budget but, according to the
4  status, they had only completed 20 percent of the
5  work. So, I was asked to go down there and find out
6  what the problem was.
7      And the problem, keep it in the simplest
8  terms, was this was 1999, and the Ghanaian
9  government, from a financial standpoint from
10  financial management standpoint, was back in the
11  '50s. I said, "You cannot implement Oracle's
12  financials and all this technology here in Ghana.
13  You need to stop and re-educate the Ghanaian
14  establishment as to what is -- what is a balance
15  sheet." They didn't know what it was.
16     So, that's one of the jobs, when I had
17  to tell the World Bank, "This is going to fail" and
18  try to find a way for Oracle to get out of the
19  contract and not lose any more money. That's the
20  one that's the classic.
21  BY MR. BRITTON:
22     Q. Did -- were you aware of the decline in
23  the dot-com business in the 2000-2001 time period?
24     A. It was in --
25     MR. CAPLAN: Objection to the form of the

98

1  question, no foundation.
2      THE WITNESS: It was in all of the major
3  technology publications.
4  BY MR. BRITTON:
5      Q. And you were reading those?
6      A. Oh, yes.
7      Q. Can you tell me which publications
8  you're talking about?
9      A. Computer World, CIO -- the CIO magazine.
10  I think it's called CIO. It's one of the major
11  journals. Software -- I don't remember the last
12  name of it. But it was the hot issue on all of the
13  letters-to-the-editor page.
14     Q. And what period of time was this?
15     A. This started latter part of 1999.
16     Q. Did it get more severe as time went on?
17     A. Yes.
18     MR. KRISS: Objection to the form of the
19  question, no foundation.
20  BY MR. BRITTON:
21     Q. How so?
22     MR. KRISS: Objection to the form of the
23  question, no foundation.
24     THE WITNESS: The layoffs that started to
25  occur, particularly in the Silicon Valley area, you

99

1  know, headquarters in Redwood Shores, was quite a
2  hot object in the San Francisco papers. People
3  being laid off and losing their options and
4  et cetera.
5  BY MR. BRITTON:
6      Q. You think the senior executives at
7  Oracle knew about the decline in the dot-com
8  business?
9      MR. KRISS: Objection to the form of the
10  question, no foundation.
11     THE WITNESS: They had to be aware of it.
12  BY MR. BRITTON:
13     Q. Would you be pretty surprised to learn
14  if they claimed that they did not know about it?
15     A. I'd be --
16     MR. KRISS: Objection to the form of the
17  question, no foundation.
18     THE WITNESS: I would be dumbfounded.
19  BY MR. BRITTON:
20     Q. Why is that?
21     MR. KRISS: Objection to the form of the
22  question, no foundation.
23     THE WITNESS: Since many of them lived there
24  in the Silicon Valley, they must have picked up the
25  San Francisco Examiner, and all of the other papers

100

1  in that area and seen the layoffs occurring.
2  BY MR. BRITTON:
3      Q. Were the layoffs occurring at Oracle?
4      A. They were a few layoffs that occurred
5  during that time leading up to the layoff there in
6  March of '01.
7      Q. Were you aware of whether the dot-com
8  crash affected Oracle's business at all?
9      MR. CAPLAN: Objection to the form of the
10  question, no foundation.
11     THE WITNESS: I'm really not in a position
12  to -- I just never took the time to analyze that.
13  BY MR. BRITTON:
14     Q. Now, in terms of 11i, did you hear any
15  complaints about the technology of 11i in the 2000
16  time period --
17     MR. KRISS: Objection to the form of the
18  question.
19  BY MR. BRITTON:
20     Q. -- from customers?
21     A. Not from customers as much as other
22  consultants who were involved with the installation
23  were concerned that some of the components were
24  still beta.
25     Q. And was this having an effect, to your

101

1  knowledge, on Oracle's ability to sell the product?
2      MR. KRISS: Objection to the form of the
3  question, no foundation.
4      THE WITNESS: I really don't know.
5      MR. BRITTON: Okay. You can take the
6  complaint out. I think it was the first exhibit
7  that we marked.
8      THE WITNESS: First exhibit, sure.
9      MR. KRISS: Again, I object to the use of the
10  complaint at this point. There's no legitimate
11  purpose for it other than to suggest answers to the
12  witness and to lead him.
13  BY MR. BRITTON:
14      Q. Okay. Turn with me, if you will, to
15  paragraph 45, which is on page 23. I would like for
16  you to read for me, if you will, the paragraph 45
17  and the subparts (a) through (d). Read them to
18  yourself.
19      Have you had a chance to read
20  paragraph 45?
21      A. Uh-huh, yes.
22      Q. Do you recognize any of the statements
23  that are quoted in paragraph 45?
24      A. I don't recognize any or remember
25  hearing of them.

103

1  paragraph.
2      Do you recognize the statement that's
3  quoted in paragraph 60?
4      MR. BRITTON: Object to the use of this
5  document as the --
6      MR. BRITTON: Counsel, you've already
7  objected to the use of the document. If you keep
8  doing it, I'm going to consider it a speaking
9  objection, and --
10      MR. KRISS: No, I have to object by question.
11      MR. BRITTON: Well, you've already
12  objected to the use of the document. If you have an
13  objection to form, you can use it.
14      MR. KRISS: I'm going to keep objecting, so
15  just go on.
16      THE WITNESS: And the question was?
17  BY MR. BRITTON:
18      Q. The question was: Do you recognize the
19  statement that is quoted in paragraph 60?
20      A. Other than reading it prior to this
21  meeting, no.
22      Q. Okay. The statement or the statements
23  in paragraph 60 relating to the effect of the
24  economy on Oracle's business, are those consistent
25  with your knowledge at the time of what was

102

1      Q. Okay. Are the statements in
2  paragraph 45 relating to the effect of the economy
3  on Oracle business -- are those consistent with your
4  understanding of what was happening at Oracle in
5  December of 2000?
6      MR. KRISS: Objection to the form of the
7  question, no foundation.
8      THE WITNESS: It does not correlate with what
9  we were hearing and seeing out in the field.
10  BY MR. BRITTON:
11      Q. Do you think the information out in the
12  field was finding its way to the senior executive?
13      MR. KRISS: Objection to the form of the
14  question, no foundation.
15      THE WITNESS: It would be speculation on my
16  part, but I'd be surprised if it wasn't.
17      MR. KRISS: Move to strike as speculation.
18  BY MR. BRITTON:
19      Q. Will you turn for me, if you will, to
20  paragraph 60 of the complaint?
21      MR. CAPLAN: What paragraph?
22      MR. BRITTON: Sixty. It's on page 53.
23  BY MR. BRITTON:
24      Q. Okay. Read for me, if you will,
25  paragraph 60 and quotes that are contained in that

104

1  happening at Oracle?
2      MR. CAPLAN: Objection to the form of the
3  question, no foundation.
4      THE WITNESS: You need to rephrase that. I'm
5  sorry.
6  BY MR. BRITTON:
7      Q. Are the statements in paragraph 60
8  relating to the effect the economic slowdown was
9  having on Oracle's business? Are those statements
10  consistent with your knowledge of what was happening
11  at Oracle?
12      A. No.
13      MR. KRISS: Objection to the form of the
14  question, no foundation.
15  BY MR. BRITTON:
16      Q. And why not?
17      MR. KRISS: Objection to the form of the
18  question, no foundation.
19      THE WITNESS: Because of what I and others,
20  and I in particular, were seeing in the field.
21  BY MR. BRITTON:
22      Q. Would you be surprised if the senior
23  executives didn't know what was happening in the
24  field?
25      MR. KRISS: Objection to the form of the

105

1  question, no foundation.
2      THE WITNESS: I'd absolutely be dumbfounded.
3  BY MR. BRITTON:
4      Q.  Okay.  If you'll turn to paragraph 65
5  for me -- actually 65(c), which is on page 57.
6      A.  Yes.
7      Q.  It's a February 9th, 2001, statement
8  by --
9      A.  Jennifer.
10     Q.  -- Jennifer Glass.  Do you recognize
11  that statement?
12     MR. KRISS: Object to the use of the
13  document, leading.
14     THE WITNESS: Like I said, I've seen it only
15  in this document.
16  BY MR. BRITTON:
17     Q.  Okay.  And did you view the economic
18  slowdown at the time as an opportunity for Oracle in
19  the sale of its products?
20     MR. KRISS: Objection to the form of the
21  question, no foundation.
22     THE WITNESS: Let me make sure I understand
23  the question.  You're saying, as it relates to
24  Oracle products available at that time?
25     MR. BRITTON: Right.

106

1      THE WITNESS: My feeling was that customers
2  that I was talking to seemed to indicate, because
3  they were slowing down in their purchasing of
4  software, that what I was working on could actually
5  be of greater value.  And this was the BIE, because
6  it basically went in and said, "We're now going to
7  restructure all of IT for you and affect your bottom
8  line."
9  BY MR. BRITTON:
10     Q.  You recall any of those customers?
11     A.  Bell Canada, Department of Defense.  I
12  don't know if that's -- but they were interested in
13  one of the components that we developed.  The State
14  of Pennsylvania Public Employees Retirement System I
15  think it's called.  Those were the ones that come to
16  mind off the top of my head.
17     Q.  Okay.  Turn with me, if you will, to
18  paragraph 49.  And it's 49(f) on page 39.  If you'll
19  read that paragraph for me, please, to yourself.
20     MR. KRISS: Object to the use of the document
21  as leading.
22  BY MR. BRITTON:
23     Q.  Have you had a chance to read paragraph
24  49(f)?
25     A.  Yes.

107

1      Q.  I want to focus you on the last quote in
2  that subparagraph.  It says, "As Larry said on the
3  March 1 conference call, cracks started to appear in
4  the last four days of the quarter.  At first it
5  showed in our general business dot-com mid-market
6  forecast, which came down each of the last four
7  days."
8      Is it consistent with your experience at
9  Oracle that the dot-com crash only affected Oracle
10  in the last four days of its fiscal third quarter
11  2001?
12     MR. KRISS: Objection to the form of the
13  question, no foundation.
14     THE WITNESS: It was always "the last four
15  days of the quarter" since the day I arrived at
16  Oracle.  It was always the problem time.  I find
17  this humorous, this statement.
18  BY MR. BRITTON:
19     Q.  Why do you find it humorous?
20     A.  It's -- the last four days or the last
21  week in every quarter at Oracle was panic time.
22     Q.  Do you believe this statement?
23     A.  No.
24     MR. KRISS: Objection to the form of the
25  question, no foundation.

108

1  BY MR. BRITTON:
2      Q.  Why don't you believe it?
3      MR. KRISS: Objection to the form of the
4  question, no foundation.
5      THE WITNESS: Past experience.
6  BY MR. BRITTON:
7      Q.  So, you believe that the dot-com crash
8  affected Oracle before the last four days of the
9  third quarter of 2001?
10     MR. KRISS: Objection to the form of the
11  question, no foundation.
12     THE WITNESS: Absolutely.
13  BY MR. BRITTON:
14     Q.  And that's based on your experiences --
15     A.  Right.
16     Q.  -- at Oracle at the time?
17     A.  Right.
18     MR. KRISS: Objection to the form of the
19  question, no foundation.
20  BY MR. BRITTON:
21     Q.  Do you remember Larry Ellison selling
22  shares during the third quarter of 2001?
23     A.  Well, after the fact.
24     Q.  Did you see it at the time that he was
25  selling them?

109

1    A.  No, I did not see at the time he sold
2    them.  I was consulting, working, trying to make
3    money.
4    Q.  Have you heard that Oracle attributed a
5    savings of a billion dollars to an internal
6    implementation of 11i?
7    A.  Yes.
8    Q.  Do you believe that?
9    A.  No.
10    MR. CAPLAN:  Objection to the form of the
11    question, no foundation.
12    BY MR. BRITTON:
13    Q.  Why not?
14    MR. KRISS:  Objection to the form of the
15    question, no foundation.
16    THE WITNESS:  First of all, not only was it
17    not true for Oracle, but other companies that used
18    the same framework, cost savings.  And I've done
19    cost analysis on hard dollar -- I only believe in
20    hard dollar.  I don't believe in soft savings.  I
21    believe and find it to be a false statement on
22    behalf of -- most of the time I see that statement.
23    I don't believe it happened at Oracle
24    because it obviously was not shown on the bottom
25    line at that time.  And I would never have used that

111

1    MR. BRITTON:  Sure.
2    THE WITNESS:  That statement or references to
3    that type of statement were made well before that
4    date, in published material, sales material,
5    marketing material from Oracle, at least a year
6    before that date.
7    BY MR. BRITTON:
8    Q.  And did it attribute those savings to
9    11i?
10    A.  Yes.
11    Q.  It did.  When did Oracle start
12    implementing 11i internally?
13    A.  I don't know the specific day, but it
14    started the end of '99.  We started hearing about
15    it.
16    MR. BRITTON:  Okay.  Can we go off the
17    record.
18    THE VIDEOGRAPHER:  We're going off the
19    record.  The time is 12:17 p.m.
20    (Lunch recess taken at 12:17 p.m.)
21
22
23
24
25

110

1    quote in any future discussion with a client.
2    BY MR. BRITTON:
3    Q.  Okay.  If you turn to paragraph 68 of
4    the complaint --
5    A.  What page was that?
6    Q.  It's page 58.  If you could read the
7    paragraph 68 and the quote in the first -- the first
8    quote in that paragraph.
9    MR. KRISS:  Object to the use of the document
10    as leading.
11    THE WITNESS:  Which quote are you talking
12    about?
13    MR. BRITTON:  The first quote.  The one above
14    the three stars.
15    THE WITNESS:  Oh, I'm sorry.
16    BY MR. BRITTON:
17    Q.  It says, on February 21st, 2001, Larry
18    Ellison spoke at the Oracle AppsWorld Conference and
19    said "We were the first company to use this
20    eBusiness suite and in the very first year we put it
21    in, we saved $1 billion."
22    Do you think that statement's true?
23    A.  No.
24    MR. KRISS:  Objection.  No foundation.
25    THE WITNESS:  Question.

112

1    BEVERLY HILLS, CALIFORNIA, TUESDAY, OCTOBER 18, 2005
2    1:15 P.M.
3
4    THE VIDEOGRAPHER:  We're back on the record.
5    The time is 1:15 p.m.
6    MR. KRISS:  Good afternoon, Mr. Green.  My
7    name is Robert Kriss.  I represent Oracle
8    Corporation and the other defendants in this case.
9    MR. BRITTON:  Robert, actually, let me make
10    one comment before you start.
11    This is Doug Britton.  I'm finished with
12    my examination.  It's requested that -- thank you
13    for your time, Mr. Green.
14    THE WITNESS:  You're welcome.
15    MR. BRITTON:  I request a few minutes at the
16    end to have any rebuttal, if necessary.
17
18    EXAMINATION BY MR. KRISS:
19    Q.  Let me take you back to the period of
20    September through November 2001.  Let me rephrase.
21    Let me take you back to the period
22    September through November 2000.
23    A.  All right.
24    Q.  You understand that to be the second
25    quarter of Oracle's fiscal year 2001?

**113**

1     A.  Q2 and the start of Q3.

2     Q.  So, September through November 2000 is

3  the period of Oracle's second quarter '01, right?

4     A.  If you don't mind, I have to count on my

5  fingers.  Is that okay?

6     Q.  Sure.

7     A.  You're correct.

8     Q.  Okay.  And the period December 2000

9  through February 2001 is the third quarter of

10  Oracle's fiscal year 2001, correct?

11     A.  Correct.

12     Q.  Now, during 2Q '01 were you a member of

13  the OSI Consulting Group?

14     A.  Would you rephrase the question?

15     Q.  During 2Q '01, you were employed by

16  Oracle, correct?

17     A.  Yes.

18     Q.  And were you assigned to the OSI

19  Consulting Group?

20     A.  I understand you to say Q2 of '01.  I

21  was not with Oracle in Q2 of '01.  It was Q2 of '00.

22     MR. CAPLAN:  Are you saying 2-2 or 2Q?

23  BY MR. KRISS:

24     Q.  During the period September 2000 through

25  November 2000, were you a member of the OSI

**114**

1  Consulting Group?

2     A.  Yes.

3     Q.  And were you a member of the OSI

4  Consulting Group during the period December 2000

5  through February 2001?

6     A.  Correct.

7     Q.  Did you have any role whatsoever in

8  forecasting sales of applications at Oracle?

9     A.  No.

10     Q.  Did you have any role in any respect in

11  forecasting sales of database?

12     A.  No.

13     Q.  Did you have any role in forecasting

14  consulting revenue for OSI Consulting?

15     A.  Yes.

16     Q.  What was your role in that regard in the

17  period September 2000 through February 2001?

18     A.  It was to forecast what we thought our

19  small group was going to do, which was the group

20  that I spoke of earlier, which was myself and Fred

21  Tune and Gary Moore.

22     Q.  Three people?

23     A.  Three of us, yeah.  What opportunities

24  did we have.

25     Q.  Did you ever see any forecast for the

**115**

1  sale of applications while you were at Oracle?

2     MR. BRITTON:  Objection.  Asked and answered.

3     THE WITNESS:  During the time period that you

4  specified earlier or earlier?

5  BY MR. KRISS:

6     Q.  The time period that I want you to focus

7  on, unless I indicate otherwise, is

8  September 2000 --

9     A.  All right.

10     Q.  -- through February 2001.

11     A.  Answer to your question is no.

12     Q.  Did you ever see any forecast for

13  database sales during that period of time?

14     A.  No.

15     Q.  Did you ever see any forecast for OSI

16  Consulting during that period of time?

17     A.  I saw some.

18     Q.  Did you ever see any forecast for any

19  consulting group other than OSI Consulting during

20  that time?

21     A.  No.

22     Q.  What OSI Consulting forecast did you see

23  during the period September 2000 to February 2001?

24     A.  Our respective group, what we had

25  forecast and the telco -- what they call telco

**116**

1  business.

2     Q.  Anything else?

3     A.  No.

4     Q.  Did your group have a name?

5     A.  Our group just was called -- we named

6  ourselves the Business Information Engineering Group

7  based upon what we were attempting to do.  That was

8  what was on the business card.

9     Q.  Do you recall the amount of revenue that

10  you were forecasting for the BIE group during any

11  portion of this time of September 2000 through

12  February 2001?

13     A.  I'm trying to remember the numbers.  I

14  can't give you a specific dollar amount, but I --

15  percentage of hours booked, we were looking at

16  roughly 70 to 74 percent of our hours would be

17  billable.  What that translates to dollars, I just

18  can't remember off the top of my head.

19     Q.  Again, to try to make this clearer on

20  the record, when I refer to 2Q '01, I am referring

21  to September 2000 through November 2000.

22     A.  Right.

23     Q.  Okay?  Did your BIE group achieve its

24  forecast for 2Q '01?

25     A.  Yes.

117

1    Q.  Did your BIE group achieve its forecast
2    for 1Q '01, which would be June 2000 through
3    August 2000?
4    A.  No.
5    Q.  Do you recall what your percentage of
6    utilization was --
7    A.  It was --
8    Q.  -- let me finish, please -- during
9    1Q '01?
10   A.  Less than 50 percent.
11   Q.  Who prepared the telco business forecast
12   that you saw during 2Q '01 and 3Q '01?
13   A.  It would be pure speculation on my part,
14   and that would be the Oracle Sweden.
15   Q.  I'm sorry?
16   A.  Oracle Sweden, the sales organization
17   there in Stockholm.  It's my speculation.
18   Q.  Did you see any business forecast for
19   the telco business during 2Q '01?
20   A.  No.
21   Q.  And did you see any business forecast
22   for the telco business group in 3Q '01?
23   A.  Yes.
24   Q.  When did you see that forecast?
25   A.  The second week in December 'cause I was

118

1    in Orlando, yeah.
2    Q.  Did you see any other business forecasts
3    for the telco business group other than the forecast
4    you saw in the second week in December 2000?
5    A.  No.
6    Q.  Do you recall the amount of revenue
7    forecasted by the telco business group at the time
8    that you saw its forecast in December 2000?
9    A.  I did not see revenue.  I just saw
10   possible client -- a number of clients.
11   Q.  And these were clients for the
12   consulting group?
13   A.  Yes.
14   Q.  These were not sales customers, right?
15   A.  Correct.
16   Q.  And who were the possible clients for
17   the consulting group listed on the telco business
18   forecast you saw in December 2000?
19   A.  It was the raw number.  It did not name
20   the companies.
21   Q.  What was the raw number?
22   A.  Four.
23   Q.  Can you give me any order of magnitude
24   estimate of the amount of revenue that your BIE
25   group forecast for 2Q '01?  Are we talking about a

119

1    million dollars, $2 million?
2    A.  It's under 2 million.
3    Q.  Under 2 million?
4    A.  Yes.
5    Q.  Is it under 1 million?
6    A.  No.
7    Q.  And -- I'm sorry.
8    A.  I'm trying to think.  I can't remember
9    the specific number, but I know it was under 2.
10   Q.  And was the BIE group forecast for
11   3Q '01 also under $2 million?
12   A.  No, it was slightly more than 2 million.
13   2.2 seems to ring a bell.
14   Q.  So, am I right that the BIE group's
15   forecast for 3Q '01 was higher than its forecast for
16   2Q '01?  Am I right?
17   A.  Yes.
18   Q.  So, other than the four companies listed
19   without names in the telco business forecast that
20   you saw and your own forecast for the BIE group
21   in -- for third quarter 2001, you had absolutely no
22   information regarding what any other organizational
23   entity at Oracle was forecasting for its business
24   for 3Q '01, correct?
25   A.  I only heard rumors.

120

1    Q.  Okay.  What I'm asking is:  Other than
2    the telco business forecast --
3    A.  Uh-huh.
4    Q.  -- and the BIE group forecast for
5    3Q '01 --
6    A.  Uh-huh.
7    Q.  -- did you have any other information
8    from any source as to what any other organizational
9    entity was forecasting for 3Q '01?
10   A.  Can I ask a question?
11   Q.  Yeah.
12   A.  Are you talking about seeing a physical
13   forecast before the other groups, or are you talking
14   just discussions amongst peers?
15   Q.  First let's talk about seeing a
16   forecast.
17   A.  No.
18   Q.  Now let's talk about discussion between
19   employees.
20   A.  Yes.
21   Q.  Okay.  Which employees did you talk to
22   about that subject?
23   A.  That was that second week in December in
24   Orlando, Oracle meeting.
25   Q.  Any other information from any source

121

1  regarding anybody's thoughts about their forecasts
2  for 3Q '01 other than discussions that you had with
3  some employees during the second week in
4  December 2000?
5      A.  I held a discussion in February of '01
6  with the branch office in Woodland Hills,
7  consulting, who were going to go -- who owned the
8  customer -- two of the customers -- well, one of the
9  customers I was talking to, which was University of
10  Southern California, and they -- the consulting
11  director basically talked about his forecast for his
12  particular group.  That's the only other forecast
13  that I saw.
14      Q.  That's the only other forecast that you
15  heard about, right?
16      A.  I actually saw the numbers.
17      Q.  Okay.
18      A.  All right.
19      Q.  So, during this second week in
20  December 2000 in Orlando, who did you speak with
21  about a forecast?
22      A.  It was at a cocktail reception the first
23  night that we arrived there prior to the meetings.
24  And it was just talk amongst the various people.
25  "How are things going?"

122

1      Q.  Okay.  Who was present?
2      A.  I can't remember their names,
3  unfortunately.  It was just a lot -- there were VPs
4  there.  There were other presenters at the cocktail
5  hour.
6      Q.  Can you remember the name of anybody who
7  was involved in that discussion during the cocktail
8  hour?
9      A.  Really can't.  I'd have to go back and
10  spend a lot of time thinking.
11      Q.  Where was the discussion?
12      A.  It was at -- at Universal Studio Hotel.
13  I'm trying to remember the name of the hotel.
14  Actually, a very nice hotel on the Universal
15  properties.
16      Q.  How long was the discussion?
17      A.  Discussion that evening, probably lasted
18  a half hour.  The meeting went on for three days.
19      Q.  What did each of the participants in
20  that conversation have to say about forecasts?
21      A.  We were all looking for opportunities.
22  Did we know of opportunities we were working on that
23  they could help out on?  Everyone was scrambling for
24  business was the tone of what I heard that time,
25  including myself.  I was --

123

1      Q.  Apart from the tone, can you tell me the
2  substance of what anybody said during that
3  conversation?
4      A.  "We're not going to be able to make our
5  forecast unless we can generate some new business."
6  Bob, John, whoever the person's name was, "Are you
7  working on something that I could help you with and
8  possibly pick up some consulting hours?"
9      Q.  And were all the participants in this
10  conversation in Orlando members of the telco group?
11      A.  No.
12      Q.  What organizational entities were they
13  from?
14      A.  They were a cross-section, because this
15  was basically a meeting for people like ourselves to
16  present proposals for additional funding for work --
17  research and development we might be doing or new
18  ideas that needed funding to develop a new product,
19  a new method, et cetera.
20      Q.  Were the -- I'm sorry.  Are you
21  finished?
22      A.  Yes, I am.
23      Q.  Were they all consultants?
24      A.  No.
25      Q.  What other people other than consultants

124

1  were present during that conversation?
2      A.  People from HR.  There was an HR person.
3  People from finance, because I was the -- financing
4  this work.  There were people from product sales
5  because they would be interested in any new idea
6  that was being put forward for funding.  Could it
7  help them.
8          This is a program that Oracle has had --
9  I don't know if they still have it, but it basically
10  is to fund new ideas outside of the normal
11  mainstream of business.
12      Q.  Did anybody during this conversation
13  talk about the numbers that they had forecast for
14  their prospective business?
15      A.  Not really.
16          Excuse me.  Can I take off my jacket?
17      Q.  Certainly.
18      A.  It's getting a little stuffy in here.
19  If you don't mind.  Thank you.
20      Q.  During this discussion in February of
21  2001 in Woodland Hills, who was present?
22      A.  The director of consulting for that
23  branch, and one of his managers who was involved --
24  the manager was involved with the USC -- who managed
25  the USC account, I should say.

125

1    Q.  When you say "director for consulting at
2  that branch," what branch do you mean?
3    A.  Woodland Hills, California, higher
4  education consulting group.
5    Q.  Was that a part of OSI Consulting?
6    A.  I don't believe so.  I really don't know
7  the answer on that question.
8    Q.  Was any forecast -- let me rephrase
9  that.
10    Do you remember the names of these
11  people?
12    A.  No, I don't.
13    Q.  And where was this conversation?
14    A.  The conversation started at their office
15  in Woodland Hills, California.  It's -- I'm trying
16  to remember the address.  It's on Canoga.  That's
17  all I remember.
18    Q.  How long was that conversation?
19    A.  I would say it lasted for a couple hours
20  in the morning, I remember.
21    Q.  And was there a continuation of that
22  discussion somewhere else?
23    A.  Yes.
24    Q.  Where was that?
25    A.  USC, University of Southern California,

126

1  offices of the CIO.
2    Q.  The same day?
3    A.  No, no.
4    Q.  When?
5    A.  I'm going to say a few days later.
6    Q.  And what was the substance of what was
7  said during those two conversations regarding
8  forecasts?
9    A.  Really nothing about the forecast other
10  than they were looking for business.  They said, "It
11  would really help my forecast, Bob."  Since I didn't
12  work for him and I had been invited in to USC, not
13  them, but he owned the account, I was just
14  communicating and asking his permission to deal with
15  the customer.
16    Q.  Okay.  Do you recall the substance of
17  anything else that was said during those two
18  conversations in Woodland Hills, California
19  regarding forecasts other than what you told me?
20    A.  The only thing I reminded them is that
21  the customer had asked the BIE team to come in to do
22  the work.  I was informing him that I was in his
23  territory.  I would be more than willing to use a
24  representative from his consulting staff, and here's
25  the number that I -- here, I needed one consultant

127

1  and one consultant only.
2    Q.  Did OSI Consulting achieve its forecast
3  for 1Q '01?
4    A.  '01?
5    Q.  1Q '01, which means June of 2000 --
6    A.  Right.
7    Q.  -- through August of 2000.
8    A.  No.
9    Q.  Did OSI Consulting achieve its forecast
10  for 2Q '01?
11    A.  No.
12    Q.  How do you know that?
13    A.  We had meetings at least every two weeks
14  saying -- coming down, how are we going to get some
15  additional revenue here?  We're not meeting our
16  forecast.  And that came down through, I'll call it,
17  the chain of command.
18    Q.  Well, apart from these conversations
19  that you had about how were you going to make your
20  numbers, did you ever have a conversation with
21  anybody during which they told you whether OSI
22  Consulting, in fact, was able to achieve its
23  forecast for 1Q '01?
24    A.  I remember no discussions where they
25  said we're going to make it.

128

1    Q.  I didn't ask that question.
2    A.  All right.
3    Q.  My question is:  Did you ever have a
4  conversation with anybody -- let me rephrase more
5  generically.
6    Did you ever receive any information
7  from any source as to what OSI Consulting's actual
8  results were compared to its forecast for 1Q '01?
9    A.  No.
10    Q.  Did you ever find out from any source
11  what OSI's actual results were compared to its
12  forecast for 2Q '01?
13    A.  Is the question on the actuals?
14    Q.  Yes.
15    A.  No.
16    Q.  So, as you sit here today, you don't
17  know whether OSI Consulting achieved its forecasted
18  results for 1Q '01 or 2Q '01, correct?
19    A.  Wrong.
20    Q.  Okay.  How do you know whether they
21  achieved their forecasted results for either of
22  those quarters?
23    A.  Because in 2Q of 2001, we were told, the
24  whole consulting group, in some e-mail
25  communications, talking amongst the peers, that we

129

1  had not met our Q1 '01 objectives.

2  Q.  When you say "we did not make," who's

3  the "we"?

4  A.  It would be, in the case of a group, not

5  the BIE group, but the eastern region.

6  Q.  So, the only information you have as to

7  whether OSI Consulting achieved its 1Q '01 forecast

8  is some communication that the eastern region did

9  not achieve its forecast for 1Q '01; is that right?

10  A.  That is correct.

11  Q.  Now, it's possible that the western

12  region compensated for that shortfall, correct?

13  MR. BRITTON:  Objection to form.

14  THE WITNESS:  I don't -- well, it's always

15  possible.

16  BY MR. KRISS:

17  Q.  And, in fact, you don't know whether OSI

18  Consulting as a whole achieved its forecast for

19  1Q '01, correct?

20  A.  I do not have factual information.

21  Q.  And you don't have any information as to

22  whether OSI Consulting as a whole achieved its

23  forecast for 2Q '01 either, right?

24  A.  Other than being told we hadn't.

25  Q.  Other than being told that the eastern

130

1  region had not, correct?

2  A.  Correct.  Oh, I stand corrected.  And

3  also Europe.  European Consulting Group 'cause I was

4  involved with them at that time.

5  Q.  Okay.  Did you ever have any information

6  as to what OSI Consulting was forecasting for 3Q '01

7  other than your two groups, the telco group and your

8  BIE group?

9  A.  No.

10  Q.  Did you keep utilization statistics

11  while you worked at Oracle -- utilization statistics

12  for yourself?

13  A.  Absolutely.

14  Q.  And how were those kept?  How were they

15  computed?

16  A.  Just a spreadsheet.  Basically on

17  billing --

18  Q.  What's the numerator and what's the

19  denominator?

20  MR. BRITTON:  Bob, are you saying

21  "realistic"?

22  MR. KRISS:  No, utilization statistics.

23  MR. BRITTON:  Realization statistics?  All

24  right.

25  MR. KRISS:  Utilization.

131

1  THE WITNESS:  I understand what you mean.

2  Yeah, I kept it strictly for our group on the

3  billable hours and projected hours for just our

4  group.

5  BY MR. KRISS:

6  Q.  So, the utilization is billable hours

7  divided by some denominator?  Yes?

8  A.  A denominator basically is 40 hours a

9  week.

10  Q.  Did you ever have any information about

11  the utilization statistics for any consultant in the

12  Oracle organization other than the three people who

13  comprised the BIE group?

14  A.  During the time frame that we're focused

15  in on, no.

16  Q.  And that time frame is 2Q '01 and

17  3Q '01, correct?

18  A.  Correct.

19  Q.  So, as you sit here today, you don't

20  have any idea as to how people's utilization in the

21  consulting organization of Oracle were during 2Q '01

22  and 3Q '01 other than three people in your group?

23  A.  No.  Because I was involved with many

24  other consulting groups, as we did work for most of

25  them.  We didn't own anything.  I was being told

132

1  that a number of people were on the bench, which

2  meant they weren't working in these groups.  Could

3  I -- could I employ any of those people?  The only

4  thing I could speculate is that they had people on

5  the bench, and they were concerned about it.

6  Q.  Tell me which conversations you had

7  about people being on the bench in 2Q '01.

8  A.  The consulting group out of Atlanta --

9  and I can't remember the director -- there were

10  multiple directors, and the consulting group out of

11  Atlanta for eastern region.  I do not remember the

12  names.  And they were saying, "Bob, can you get

13  these people assigned to this proposed project

14  you're working on here at BellSouth?  They have a

15  number of people on the bench."

16  Q.  Was this one conversation or more than

17  one conversation during 2Q '01?

18  A.  Multiple conversations.

19  Q.  How many?

20  A.  I'm guessing between six and nine.

21  Q.  With whom?

22  A.  The directors of consulting services out

23  of the Atlanta office.

24  Q.  Do you remember any names?

25  A.  I really don't.

133

1    Q.  Did you have any other conversations
2  with anybody regarding consultants being on the
3  bench during 2Q '01 other than the six to nine
4  conversations you had with the Atlanta eastern
5  region?
6    A.  Yes.
7    Q.  Who?
8    A.  The consulting director in the
9  Cincinnati, Ohio office.  I think that's what it's
10  called.  As I had done work for him prior that year,
11  and he had some people on the bench, and he would
12  call and say, "Bob, are you working on anything
13  where I could assign one of my people to it?"
14    Q.  And when did that conversation occur?
15    A.  I would say sometime in the June, July
16  period or Q1 of '01.  There was another
17  conversation -- oh, gosh -- government consulting,
18  other side, there were a number of government
19  consulting directors, one of them out of the Dayton
20  office, who I had done work for, called and said,
21  "Bob, are you working on anything that you might be
22  able to employ one of my people?"
23    Q.  When did that conversation occur?
24    A.  It happened sometime in Q4 of '00.
25    Q.  Any other conversations that you can

134

1  recall with anybody about people being on the bench?
2    A.  No.  Oh, wait.  When I was there in
3  Stockholm, which was Q3 of '01, I was talking to --
4  I can't remember the gentleman out of the London
5  branch who was doing work there at Telia.  And he
6  was asking me in the month of December, "As you're
7  putting this plan together, is it possible we could
8  get some people who were on the bench in London on
9  this project?"  And I told him it wasn't my
10  decision.
11    Q.  Any other conversations that you can
12  recall with anybody talking about people on the
13  bench during 2000 or 2001?
14    A.  No.
15    Q.  Wasn't it the case that at all times at
16  Oracle there were people on the bench?
17    A.  Oh, absolutely.
18    Q.  And that was true not only in 2000 and
19  2001 but also in 1999 and 1998, right?
20    A.  Oh, goes back to 1993 when I first
21  showed up, yeah.
22    Q.  And you have no information -- let me
23  rephrase that.
24      Do you have any objective benchmark to
25  use to determine whether there were more people on

135

1  the bench in 2Q '01 and 3Q '01 than there had been
2  in prior periods at Oracle?
3    A.  None whatsoever.
4    MR. BRITTON:  Objection to form.
5  BY MR. KRISS:
6    Q.  Did you ever hear of anything called a
7  pipeline report when you were at Oracle?
8    A.  Yes.
9    Q.  What was your understanding of what a
10  pipeline report was?
11    A.  Pipeline report basically showed -- and
12  I can only speak to the consulting side, the
13  application side.  Is that okay?
14    Q.  Sure.
15    A.  Was what -- what work were -- what
16  demand were we looking at going forward?  And the
17  report broke it down into regions, groups,
18  application subject areas in some cases.
19    Q.  Did it list customers?
20    A.  You know, it did.  The one I'm most
21  familiar with when I saw this is I was working at --
22  I think it was 1998, '99 time frame.  I remember the
23  City of New York.
24    Q.  Did you see any pipeline reports during
25  2Q '01 and 3Q '01?

136

1    A.  No, I did not.
2    Q.  What was your understanding of the
3  purpose for these pipeline reports?
4    A.  Communication tool, both internally, at
5  least at the director level and above.  I'm not
6  familiar with it ever being used below the director
7  level.
8    Q.  What do you mean, "director level"?
9    A.  Role that you played in the corporation.
10  You know, there are consultants and different levels
11  of consulting, manager, director, senior director,
12  vice president and just went on.  So, generally it
13  was intended for directors and above, but I don't
14  know whether or not they ever distributed it to
15  anyone below the director level.
16    Q.  You testified earlier that you saw a
17  downturn in some group of consulting -- let me
18  rephrase that.  You testified earlier that you saw
19  some downturn in consulting.  Do you recall that
20  testimony?
21    A.  Yes.
22    Q.  When did you see that downturn?
23    A.  First time I saw it and it was of
24  concern was in the October, November time frame of
25  1998, when we lost a contract with the Department of

137

1  Defense and what is called DFAS, which is their
2  financial accounting services. So, I had been part
3  of some work there. They lost that contract, major
4  concern on the part of government consulting.
5      Q. The word "downturn" implies to me some
6  sort of benchmark to compare in order to say there
7  has been a downturn. Does that have the same
8  meaning to you?
9      A. Generally yes.
10     Q. What benchmark were you using in 1998 in
11  identifying a downturn at that time?
12     A. The fact that the forecast that the
13  organization -- and I was not part of government
14  consulting, I was just on loan to them -- it
15  indicated a forecast that they were going to win
16  this contract plus additional DOD contracts.
17        And DOD basically said they were pulling
18  back, and it kind of just -- I had a sense that this
19  was probably the beginning of something. I still
20  wasn't sure what it was.
21     Q. So, in your mind, a downturn is any time
22  that Oracle fails to win a major contract?
23     A. No.
24     Q. How is it different than that then?
25     A. It's different only in that you -- you

138

1  have, from experience with that client or that
2  industry, been on a growth path for -- for a
3  substantial period of time. And all of a sudden
4  there is no growth.
5        In the case of DOD at that time, leading
6  up to that point in time, Oracle had a tremendous
7  track record with the DOD and, in this case, DFAS.
8  And all of a sudden, it went to zero.
9      Q. Did you see any downturn -- in your
10  view, a downturn in Oracle's business between June
11  of 1999 and June of 2000?
12     A. Getting consulting work was starting to
13  appear to be more difficult. Companies we're seeing
14  were not going to budget any more monies for
15  consulting. At least the people that we were
16  talking to or people that I heard talking to other
17  customers.
18     Q. Did you see any downturn in the -- what
19  benchmark were you using to determine whether there
20  was a downturn during that period of time,
21  June 2000 -- I'm sorry -- June 1999 to June 2000?
22     A. A number of reports in various trade
23  journals that talk about the dollars that IT
24  organizations were going to use for consultants.
25  There were a number of reports that came out -- I

139

1  think it's Foster, probably no longer.
2        But there are a number of companies that
3  measure activity in the IT space. And I remember
4  reading one report that said the projection for the
5  budget year 2000, the normal 2000 year, not
6  Oracle's, was projecting that IT organizations were
7  planning to spend fewer dollars on consulting.
8      Q. When did you see that article?
9      A. I would say sometime latter part -- I'll
10  say Q4 of '99.
11     Q. By Q4 '99, do you mean --
12     A. Not Oracle's but the standard fiscal
13  year. I'm sorry.
14     Q. So, you mean October through December?
15     A. Yes.
16     Q. 1999?
17     A. Yeah.
18     Q. Were there any other indicators,
19  economic indicators, that you thought were relevant
20  in forecasting Oracle's business other than this
21  measure of dollars that would be spent in the IT
22  space?
23     A. I'm not a forecasting expert, even
24  though I believe I know economics as well as anyone.
25  It was just, what I was reading, I came to the

140

1  conclusion.
2      Q. My question is: Were there any other
3  economic indicators that you thought were relevant
4  in forecasting Oracle's future business performance
5  other than this measure of dollars available for
6  investment in the IT space that you referenced in
7  this Q4 '99 article?
8      A. Since I was -- at that time, I believe I
9  was -- as I said, I subscribed to Wall Street
10  Journal and Baron's, and I read them quite often.
11  There seems to be a sense, at least in the articles
12  being written in those two publications, that things
13  for the year 2000 may not be what they were in the
14  prior two years.
15     Q. When did you see those articles?
16     A. It was during Q4 of 1999, October,
17  through December, on my trips back and forth to
18  Ghana.
19     Q. Did you see any information about
20  economic indicators that you thought were relevant
21  to forecasting Oracle's business performance after
22  December 1999?
23     A. Other than some of Oracle's competitors,
24  SAP, Siebo, PeopleSoft, here again reading in
25  different technology magazines, they were projecting

141

1  possibly a turndown -- a turndown.

2      Q.  When did you see these articles?

3      A.  I would have to say it was sometime in

4  Q1, or January through March, of 2000.

5      Q.  Did you see any other information

6  concerning economic indicators that you felt were

7  relevant in forecasting Oracle's performance after

8  March 2000?

9      A.  Sometime in January of 2000, I was

10  watching the BBC in Accra, Ghana.  Wasn't much else

11  to do there, and they -- it was an international

12  forum talking about the global economy.  And there

13  were -- I don't know the number of people that were

14  in the conversation, in the report, but it caught my

15  attention only that globally, not just the U.S., but

16  globally, there was a sense that there was a

17  downturn.

18      Q.  And that was January 2000?

19      A.  I believe it was January 2000.

20      Q.  My question is:  Did you receive any

21  information regarding economic indicators that you

22  thought were relevant in determining or forecasting

23  Oracle's business after March of 2000?

24      A.  No.

25      Q.  So, from your vantage point, am I right

142

1  that the potential impact of the economy on Oracle's

2  business for 3Q '01 didn't look any different than

3  the potential impact of the economy on Oracle's

4  business for 2Q '01 and 1Q '01, right?

5      A.  Correct.

6      Q.  Did Oracle as a company meet its 1Q '01

7  forecast?

8      A.  I cannot remember.

9      Q.  Did Oracle as a company meet its 2Q '01

10  forecast?

11      A.  I believe it did.

12      Q.  You made some comments or -- sorry.  In

13  your testimony earlier today, you said that some

14  Oracle employee commented to you that there were

15  some modules of 11i in beta version.  Do you

16  remember that testimony?

17      A.  Yes.

18      Q.  Do you remember who the person was who

19  told you that?

20      A.  There were individuals on the BellSouth

21  account, and it was in the October timeframe of

22  2000.

23      Q.  Do you remember the names of the people?

24      A.  No, I don't.  They were technical people

25  on the staff there, who I asked the question, "Are

143

1  all of the modules that we're identifying in this

2  spreadsheet in production?"

3      Q.  Do you recall which modules they said

4  were in beta version as of October 2000?

5      A.  I really can't say until I -- unless I

6  looked up the details that were prepared at that

7  time.

8      Q.  Did you ever receive any information

9  that any modules of 11i were in beta version after

10  October of 2000?

11      A.  I asked the same question when I went to

12  Telia, and the answer was still some of the modules

13  are still in beta.

14      Q.  Do you recall who said that?

15      A.  A representative from the CRM team who

16  flew in from Redwood Shores.  I do not remember his

17  name.  He was a vice president.  That's all I know.

18      Q.  When was this conversation?

19      A.  It was in the December time frame of

20  2000.

21      Q.  Do you recall which modules?

22      A.  No, I do not.

23      Q.  Was it the case that Oracle was

24  attempting to actually develop specialized CRM

25  modules that would be suitable for the

144

1  telecommunications industry during this period of

2  time of October 2000 to February 2001?

3      A.  They were -- my understanding, they were

4  being customized for the telco industry.

5      Q.  And so, when these individuals told you

6  that these modules were in beta version, they were

7  talking about the modules that were being customized

8  for the telecommunications industry?

9      A.  I have to assume that.

10      Q.  Yes?

11      A.  I have to assume that.

12      Q.  Is it fair to say, in your experience in

13  technology, that modules that are customized may

14  have different operational problems than modules

15  that are in standard form?

16      A.  True.

17      Q.  And modules that have to -- strike that.

18          And 11i modules that have to interact

19  with non-11i Legacy systems may have different

20  problems than Oracle 11i modules that only interact

21  with other Oracle 11i modules, correct?

22      A.  Correct.  That's why they called me in.

23  That was my specialty.

24      Q.  Your specialty was trying to get

25  Oracle --

145

1     A.  Working -- I'm sorry.
2     Q.  -- to work with non-Oracle, right?
3     A.  Non-Oracle products and Legacy.
4     Q.  And that's the kind of challenging task
5  that was involved in best-of-breed applications,
6  right?
7     A.  Correct.
8     Q.  And BellSouth required customization?
9     A.  Correct.
10    Q.  And BellSouth required interaction of
11  11i with non-Oracle Legacy systems, right?
12    A.  Correct.
13    Q.  And I think you told us Telia AB --
14    A.  Telia.
15    Q.  -- Telia AB also required customization,
16  right?
17    MR. BRITTON:  Objection to form.
18    THE WITNESS:  They thought it did, and I was
19  there to convince them "You don't want to customize
20  this software."
21  BY MR. KRISS:
22    Q.  You don't want to customize which
23  software?
24    A.  Either/or, and you want to use what is
25  called an API strategy.  You build -- you build the

146

1  logic for this difference in the form of an API,
2  which is an Application Program Interface, 'cause
3  every time you open up either/or, the Legacy or the
4  Oracle, you're increasing your risk.  Let me, the
5  API -- if I can use myself as the API -- let me
6  handle the differences.
7     Q.  I see.  So, what you were suggesting is
8  to create a customized API to deal with the
9  differences between the functionality of standard
10  11i products and the special business requirements
11  of Telia AB?
12    A.  Correct.  Using BIE.
13    Q.  If you could look at Exhibit 6, please.
14    A.  All right.
15    Q.  This document is for Telia -- it's
16  entitled "Program Management Guide," at least on the
17  first page, and you are noted as its author, right?
18    A.  Yes.
19    Q.  And the document indicates that it was
20  last updated on January 26, 2001?
21    A.  Correct.
22    Q.  Does that mean that you were still
23  working on the Telia project as of January 26, 2001?
24    A.  Yes.
25    Q.  When did you stop working on the Telia

147

1  project?
2     A.  The last Thursday in the month in
3  January.
4     Q.  Sometime after January 26th, 2001?
5     A.  Right, yes.  I just can't remember the
6  date.
7     Q.  Sure.  And who told you to stop working
8  on the project?
9     A.  Gary Moore.
10    Q.  And what did Gary Moore say to you?
11    A.  He said, "Bob, there's no longer a need
12  to continue on this program, and we are returning to
13  the U.S."
14    Q.  Do you know whether any other
15  representatives of Oracle visited with Telia after
16  you left Telia to continue discussions about a
17  potential deal?
18    A.  No, I do not.
19    Q.  Did you ever receive any information
20  from any source as to what decision Telia made with
21  regard to working with Oracle?
22    A.  The communications from Gary Moore to
23  myself, which preceded that January 26th date, I
24  can't remember if it was the week before or two
25  weeks before, he said that Telia has decided not to

148

1  move forward with the proposal.
2     Q.  If he told you that Telia had decided
3  not to move forward with the proposal before
4  January 26, 2001, why then did you prepare the
5  document that is Exhibit 6, dated January 26th,
6  2001?
7     A.  Because the customer -- oh, I'm sorry.
8  The customer had asked -- is it -- people left the
9  project, but they said, "We'd like Bob to stick
10  around.  And could you finalize all this
11  documentation?  And we will pay you to do that."
12    Q.  Did you have any understanding as to why
13  Telia wanted you to finalize the documentation?
14    A.  It would be pure speculation on my part.
15    Q.  And I take it, then, also that it would
16  be pure speculation on your part as to the reasons
17  that Telia made any decisions with regard to whether
18  to move ahead with Oracle after January 26 or not;
19  am I right?
20    MR. BRITTON:  Object to form.  You can go
21  ahead.  I just objected to form.
22    THE WITNESS:  Other than what Mr. Gary Moore
23  told me that they have elected not to go forward.  I
24  was disappointed, but he said, "They would like you
25  to stick around and complete the documentation and

149

1  put all the documentation in a proper format for
2  them to use."
3  BY MR. KRISS:
4      Q.  And when did Mr. Moore tell you that
5  Telia had decided not to go forward?
6      A.  Like I said, it was about a week to week
7  and a half before my last day there, which was that
8  Thursday.
9      Q.  But Mr. Moore did not tell you the
10  reasons that Telia decided not to go ahead; is that
11  correct?
12      A.  He did not go into the detail, no.
13      Q.  And you don't know whether or not people
14  from Oracle continued to talk with Telia about this
15  deal in February 2001, correct?
16      A.  No, I do not.
17          Excuse me.  Could I get a cup of coffee?
18      MR. KRISS:  Oh, yeah.  We'll take a break off
19  the record.
20          THE VIDEOGRAPHER:  This marks the end of Tape
21  No. 2, Volume No. 1, in the deposition of Mr. Robert
22  Green.  We're going off the record.  The time is
23  2:15 p.m.
24          (A brief recess was taken.)
25          THE VIDEOGRAPHER:  We're back on the record.

150

1  This marks the beginning of Tape No. 3, Volume I, in
2  the deposition of Mr. Robert Green.  The time is now
3  2:28 p.m.
4  BY MR. KRISS:
5      Q.  Mr. Green, could you get Exhibit 3 in
6  front of you.  It has on the front "BellSouth
7  Estimating Spreadsheet."
8      A.  Sure.
9      Q.  Do I correctly understand that you
10  prepared this document?
11      A.  Yes.
12      Q.  When did you prepare it?
13      A.  In the October-November time frame of
14  the year 2000.
15      Q.  Would you also take a look at Exhibit 2?
16      A.  Exhibit 2, yes.
17      Q.  Exhibit 2 talks about BellSouth going
18  live on or about January 13, 2001.  You see that?
19      A.  Yes.
20      Q.  Can you explain how the proposal that's
21  Exhibit 3 relates to the go-live that is reflected
22  in Exhibit 2, if at all?
23      A.  I don't believe there's any
24  relationship.
25      Q.  So, your understanding is that Exhibit 3

151

1  was talking about a project entirely different than
2  the project that went live at BellSouth in January
3  of 2001; is that your testimony?
4      MR. BRITTON:  Objection to form.
5          THE WITNESS:  I really don't know if there's
6  a correlation between the two without further
7  analysis on my part.
8  BY MR. KRISS:
9      Q.  Is there anything that you could do, as
10  you're sitting here today, that would help answer
11  that question?
12      A.  Well, first of all, this, if I may be
13  open, is a very vague document.
14      Q.  Exhibit 2?
15      A.  Yes.
16      Q.  Yeah.
17      A.  It's very vague.  So, it would take me
18  some time.  Let me --
19      Q.  Let me ask you:  Exhibit 3, was that
20  work that was being done for BellSouth Technology
21  Services or BellSouth Communications?
22      A.  Oh.
23      Q.  Exhibit 3.
24      A.  I'm sorry.  I'm sorry.  It's late in the
25  day.

152

1      Q.  Do you recall which BellSouth --
2      A.  You know, I really don't remember, I
3  just -- yeah, I don't remember.  Let me see if I
4  may --
5      Q.  Sure.
6      A.  See if I can look at my notes in --
7          All right.  Your question?
8      Q.  My question is whether the materials
9  that are in Exhibit 3, do they relate to the work
10  that went live as reflected in Exhibit 2?
11      A.  I don't believe so.
12      Q.  Do you understand any relationship at
13  all between what you were doing in Exhibit 3 and
14  what BellSouth Technology Services was implementing
15  in January of 2001?
16      A.  It would be pure speculation on the
17  January implementation, what they were physically
18  implementing based upon the documents that were
19  here.  But I cannot see a correlation with what is
20  contained in this document here.
21      Q.  Do you know whether the -- let me back
22  up.  Is Exhibit 3 a proposal or is it something
23  else?
24      A.  It is a proposal to go forward.
25      Q.  And do you know whether this particular

153

1  proposed deal reflected in Exhibit 3 was ever listed
2  in any pipeline report?
3      A. I have no idea.
4      Q. Did you ever receive any information
5  from any source as to what happened to the proposal
6  that is Exhibit 3?
7      A. Two gentlemen from the BellSouth
8  project, two directors -- I can't remember their
9  names, other than very outspoken individuals --
10  arrived at Telia mid-December, maybe the second week
11  in December, to try to help the Oracle sales team on
12  the proposal for Telia. And we asked them, "What's
13  the status of the proposal with BellSouth?" And
14  they said it was still being reviewed.
15      Q. Okay. And is that the last you heard
16  about what happened to the proposal which is
17  Exhibit 3?
18      A. No. In January of 2001, Gary Moore came
19  to me and said, "Bob, are you aware that the
20  BellSouth proposal that you participated in was
21  rejected"? I said, "This is the first time I'm
22  aware of it."
23      Q. And do you recall when in January you
24  were told that?
25      A. Before my wife went home 'cause she was

154

1  over there. She came over for the holidays. I'm
2  trying to remember. I'm going to say the second
3  week in January. I -- she stayed for a couple
4  weeks, I remember.
5      Q. Did you ever receive any information
6  from any source as to why BellSouth decided not to
7  go forward with the proposal that's Exhibit 3?
8      A. No.
9      Q. Mr. Britton asked you some questions
10  about Oracle's claim that using its software helped
11  Oracle save a billion dollars. Do you recall that?
12      A. Yes.
13      Q. And you made some reference to hard
14  savings versus soft savings.
15      A. Uh-huh.
16      Q. You said you didn't believe in soft
17  savings. Could you explain what you understand to
18  be the difference between hard savings and soft
19  savings --
20      A. Sure.
21      Q. -- as you use it?
22      A. Hard savings is real dollars. For
23  example, cutting headcount, reducing inventory,
24  reducing expenditures for consulting services.
25      Soft savings are the climate here will

155

1  be improved; that is, the climate for the people.
2  We may get additional sales. Those are soft
3  savings. The others are hard.
4      Q. Did you ever do any analysis to
5  determine whether Oracle's installation of 11i
6  software resulted in any hard savings, as you've
7  defined it?
8      A. No.
9      Q. Did you ever have any conversation with
10  anybody who did such an analysis?
11      A. I was not aware of anyone doing such
12  analysis.
13      Q. You're not saying that nobody did the
14  analysis; you don't know one way or the other
15  whether they did, correct?
16      A. I know of no one doing that, and I know
17  of no documentation that would support the
18  $1 billion savings. I never saw anything physical.
19      Q. But there's no reason that you would see
20  anything, right? I mean, your responsibilities at
21  Oracle didn't require anybody to submit that kind of
22  information to you?
23      A. They didn't have to come to me for
24  approval.
25      Q. Did you ever perform an analysis of hard

156

1  savings for a customer of Oracle?
2      A. Yes.
3      Q. Which customer?
4      A. Kellogg's. Kellogg's, the cereal
5  company, in their Latin American operation.
6      Q. Any others?
7      A. Not to that extent of a full analysis.
8  I made suggestions of how they could save money
9  after we got there, sure.
10      Q. And when was the Kellogg's work done?
11      A. That started in '95 and ending in '96.
12      Q. Kellogg's work obviously didn't involve
13  11i in any way.
14      A. Oh, no, no, no.
15      Q. Did you have any responsibility for
16  dealing at all with the following customers of
17  Oracle, JDS Uniphase?
18      A. No.
19      Q. The Principal Financial Group?
20      A. No.
21      Q. HealthNet?
22      A. I'm working for them now under contract
23  but not then.
24      Q. Citibank?
25      A. No.

157

1    Q.  Citicorp?

2    A.  I made a proposal.

3    Q.  Okay.  Nantucket Nectars?

4    A.  No.

5    Q.  Alliance Coal?

6    A.  No.

7    Q.  Motorola?

8    A.  No.

9    Q.  Telia Net?

10   A.  No.

11   Q.  You were asked on direct examination

12   whether Telia Network went live, and said you didn't

13   know.

14   A.  I have no idea.

15   Q.  Do you know whether Telia Net went live

16   with 11i?

17   A.  No idea.

18   Q.  When did you do a proposal for Citicorp?

19   A.  Sometime in '98 or '99.  Just can't

20   remember the month and the week.

21   Q.  Did you ever go by a nickname of Monte?

22   A.  No.

23   Q.  Did you --

24   MR. BRITTON:  What was the nickname?

25   MR. KRISS:  Monte.

158

1    BY MR. KRISS:

2    Q.  Did you know anybody at Oracle named

3    Monte Green?

4    A.  No.

5    Q.  What was your salary at Oracle during

6    3Q '01?

7    A.  Base salary?

8    Q.  Yes.

9    A.  I think it was 145,000.

10   Q.  Were you also on any sort of commission

11   basis?

12   A.  No.

13   Q.  So, what other remuneration were you

14   entitled to receive from Oracle in 3Q '01 other than

15   your salary?

16   A.  Car allowance, obviously, the benefits,

17   stock options.

18   Q.  Anything else?

19   A.  That's it.

20   Q.  Did you ever own any Oracle stock?

21   A.  Yes.

22   Q.  When did you first begin owning -- when

23   did you first own Oracle stock?

24   A.  I believe it was 1994.

25   Q.  Did you own Oracle stock during 3Q '01?

159

1    A.  Yes.

2    Q.  How many shares approximately?

3    A.  About 8,000.

4    Q.  And when did you leave Oracle?

5    A.  In March of '01 was the layoff.

6    Q.  Do you recall approximately how many

7    shares of Oracle stock you owned in 2Q '01?

8    A.  It was somewhere between 7- and 8,000.

9    I know prior to that I had sold some shares when

10   they were high.

11   Q.  When did you sell the shares?

12   A.  It was in 2000 -- it was in July, August

13   timeframe.  That's all I can remember.

14   Q.  July, August 2000?

15   A.  2000, yes.

16   Q.  Did you increase your ownership of

17   Oracle stock between 2Q '01 and 3Q '01?

18   A.  Yes.

19   Q.  By approximately how many shares?

20   A.  Let's say -- oh, probably about 500.

21   Q.  Why did you do that?

22   A.  They gave them to me.

23   Q.  Part of your options?

24   A.  Yes.  And they have a stock purchase

25   plan.

160

1    Q.  Did you sell any stock between 2Q '01

2    and -- did you sell any stock during the period

3    2Q '01 and 3Q '01, any Oracle stock?

4    A.  As I mentioned, in July, August of 2000,

5    which is Q1, I did sell some shares, totaling about

6    $90,000 -- that's the profit I made -- to reinvest

7    elsewhere.

8    Q.  But after 1Q '01, did you sell any

9    stock --

10   A.  No.

11   Q.  -- between 1Q '01 and the time you were

12   terminated?

13   A.  No.

14   Q.  Have you bought any Oracle stock since

15   you were terminated?

16   A.  No.

17   Q.  Do you still hold Oracle stock?

18   A.  About 8500 shares.

19   Q.  Did you ever receive any documents from

20   the plaintiff's counsel or their investigator?

21   A.  Other than -- I don't know what you call

22   the official document.

23   MR. CAPLAN:  He's asking if you received

24   documents from those lawyers or their investigator.

25   THE WITNESS:  The only thing I received from

161

1   your lawyers or the investigator -- I believe it was
2   the investigator, was the complaint.  I guess you
3   call it the complaint.
4   BY MR. KRISS:
5        Q.   Okay.  That's Exhibit 1.
6        A.   One of those -- yeah, I believe it was.
7   And then, obviously, letterhead memo kind of things
8   saying, "Here's the document."  That's it.
9        Q.   Do you recall what was said in the cover
10  letter to the complaint?
11       A.   "You might want to read this.  For your
12  information."  That's it.
13       Q.   Did you keep the cover letter?
14       A.   I don't believe so.  I can't find it.  I
15  did try to go back when this obviously moved to this
16  stage.  I tried to see if I kept it.
17       Q.   Did you review the complaint when you
18  got a copy of it?
19       A.   First time, no.
20       Q.   So, did you get a copy of a complaint
21  more than once?
22       A.   Yes 'cause I asked the investigator --
23  when he called back sometime later, he asked me,
24  "Have you read the complaint?"  And I had to
25  apologize.  I said, "Like everything else, I

162

1   shredded it."
2        Q.   And did he send you another copy?
3        A.   He sent me another copy.  I did read it
4   that time.
5        Q.   And when was that the second time that
6   you received a copy --
7        A.   I would say about a year ago.  Sometime
8   in the last year.  I just can't remember the date.
9        Q.   And when you received it the second
10  time, did it have any sort of cover letter attached
11  to it?
12       A.   Other than the typical things that I
13  guess firms put on top.  "Here's the requested
14  document" and "You may be hearing from us," that's
15  it.
16       Q.   And you don't have a copy of that
17  document?
18       A.   No, I do not.  No.
19       Q.   And you did read the complaint the
20  second time you were sent it?
21       A.   Yes.  I figured out who I was in the
22  document.
23       Q.   How did you figure that out?
24       A.   The code and the title.  There was only
25  one director of technology in there.  I said, "It's

163

1   got to be me."  And it's Telia, BellSouth.  It was a
2   simple deduction.
3        Q.   But they didn't indicate in their cover
4   letter --
5        A.   No, no.
6        Q.   -- which CW you were; is that right?
7        A.   That is true.
8        Q.   Did you ever give the plaintiff's
9   counsel or their investigator any documents other
10  than the documents that you ultimately produced to
11  both sides in response to the subpoena?
12       A.   No.
13       Q.   How did you decide who would represent
14  you at this deposition?
15       A.   The plaintiff's firm -- I can't remember
16  the gentleman who called -- said, "They're going to
17  want to take a deposition, and you are entitled to
18  counsel.  You can have your own or we can select one
19  for you."
20            And first question, I guess because I'm
21  Irish, is "Who's paying for this?"  And he said, "We
22  are.  We will select someone outside of our firm,
23  independent."  And that's how this gentleman was
24  appointed or called me.
25            MR. CAPLAN:  You don't have to talk about our

164

1   conversations.
2            THE WITNESS:  Right, right.
3   BY MR. KRISS:
4        Q.   Have the plaintiffs or their
5   representatives paid you any money in connection
6   with this case?
7            MR. CAPLAN:  You mean other than the witness
8   fee?
9            MR. KRISS:  Yeah.  Other than -- other than
10  the statutory witness fee that --
11           THE WITNESS:  The 60-some dollars, I think it
12  was.
13           MR. KRISS:  Yeah.
14           THE WITNESS:  No.
15  BY MR. KRISS:
16       Q.   Have they promised to pay you any money?
17       A.   No.
18       Q.   Have they agreed to pay you for your
19  time working on this case in any way?
20       A.   No.
21       Q.   Have they promised to confer any benefit
22  upon you of any sort?
23       A.   No.
24       Q.   Were you given any reasons for your
25  termination in March of 2001?

---

**165**

1  A. Other than, "As you know, Bob" -- this
2  came from one of the VPs. I can't remember the
3  gentleman's name. "We are laying off approximately
4  500-plus people. And your group has been" -- group,
5  Gary Moore, myself and -- my mind went blank.
6  Q. Fred Tune?
7  A. Yeah, Fred Tune. "Your services are no
8  longer needed." I said, "Well, what about the
9  contracts I'm working on?" "We'll worry about
10  that." That's it. "We'll send you a letter,"
11  typical layoff.
12  Q. Had you received any indication up to
13  March of 2001 that anybody at Oracle felt that your
14  performance did not meet their expectations?
15  A. No.
16  Q. Did you believe that Oracle treated you
17  fairly at the time that it terminated your
18  employment?
19  A. Yes.
20  Q. Did you complain about your termination
21  to anybody?
22  A. Other than my wife, and my dog, that was
23  it.
24  Q. Okay. Did your dog have any comments?
25  A. No, as long as you scratch her. No, no.

**166**

1  MR. CAPLAN: That's privileged.
2  THE WITNESS: That's privileged, yeah. It's
3  a black lab.
4  MR. KRISS: They're notoriously quiet.
5  THE WITNESS: They are. She's still here.
6  MR. KRISS: Okay. Let's take a few-moment
7  break. I want to just take a look at my notes, and
8  we're close to being done.
9  THE WITNESS: Okay.
10  THE VIDEOGRAPHER: We're going off the
11  record. The time is 2:50 p.m.
12  (A brief recess was taken.)
13  THE VIDEOGRAPHER: We're back on the record.
14  The time is 2:55 p.m.
15  MR. KRISS: Thank you, Mr. Green. I have no
16  further questions at this time.
17  THE WITNESS: Thank you.
18
19  FURTHER EXAMINATION BY MR. BRITTON:
20  Q. Okay, Mr. Green, I just have a few
21  questions to follow up --
22  A. Sure.
23  Q. -- tie some loose ends together.
24  Do you recall the testimony that you
25  gave in response to counsel's questions about not

**167**

1  seeing any forecasts relating to Oracle during the
2  2000 time period?
3  A. I remember the question, yes.
4  Q. Right. And I believe you testified that
5  you didn't see any applications forecast, and you
6  didn't see any database forecast; is that right?
7  A. For all of the consulting area, no, I
8  did not.
9  Q. Now, we had talked earlier about you
10  receiving an e-mail that contained information about
11  what Oracle had told the public.
12  A. Yes.
13  Q. Were you intending to exclude that
14  forecast from your answer?
15  MR. KRISS: Objection to the form of the
16  question.
17  THE WITNESS: I didn't view that e-mail as a
18  forecast.
19  BY MR. BRITTON:
20  Q. What did you view it as?
21  A. I viewed it as an announcement that we
22  are meeting, you know -- I call it a -- what's that
23  term? It really wasn't a forecast that I would
24  classify as a forecast. It wasn't a spreadsheet
25  that showed me detail.

**168**

1  Q. Right.
2  A. It just basically said, you know,
3  "Here's our overall forecast." All right. And
4  we -- "this is what we're targeting."
5  Q. So, you're defining what's in that
6  e-mail different than what --
7  A. Oh, yes.
8  Q. -- a forecast is?
9  A. Absolutely. I don't rely on the e-mails
10  anymore.
11  Q. So, when you're talking about forecasts,
12  you're talking about forecasts internal at Oracle;
13  is that fair?
14  A. Yes.
15  MR. KRISS: Objection to the form of the
16  question.
17  BY MR. BRITTON:
18  Q. The Oracle meeting that was in -- I
19  believe you said Orlando?
20  A. Yes.
21  Q. Okay. Can you tell me what regions of
22  Oracle were represented in that meeting?
23  A. Well, we had people from Latin America.
24  There's groups from Argentina, I remember that. I
25  talked to them. Pretty good cross-section of most

Green, Robert  10/18/2005  9:36:00 AM

---

**169**

1　of the groups here in the U.S. No one from Europe,
2　and one group from Australia. I just happened to
3　talk to them 'cause I had gone there.
4　　Q. And that was the meeting where people
5　were inquiring about "How do we get more consulting
6　business?"
7　　A. That was not the purpose --
8　　MR. KRISS: Object to the question.
9　　THE WITNESS: That was not the purpose of the
10　meeting.
11　BY MR. BRITTON:
12　　Q. Right. But those conversations took
13　place at that meeting?
14　　A. At the cocktail --
15　　MR. KRISS: Object to the form. Excuse me,
16　sir. Objection to the form of the question.
17　　THE WITNESS: At the cocktail hour, as I
18　called it, yeah.
19　　MR. BRITTON: Okay. Fair enough.
20　BY MR. BRITTON:
21　　Q. You testified earlier that there were
22　people on the bench at all times at Oracle.
23　　A. It was not uncommon to have people on
24　the bench at Oracle at all times.
25　　Q. Did you see an increase in the number of

---

**170**

1　people on the bench in 2000?
2　　MR. KRISS: Objection to the form of the
3　question, no foundation.
4　　THE WITNESS: Yes, at least from the groups I
5　was involved in.
6　BY MR. BRITTON:
7　　Q. And what's your basis for that answer?
8　　A. Because I received calls from consulting
9　managers and directors saying, "Bob, are you working
10　on anything?" This is common practice of just
11　communicating amongst ourselves. "Are you working
12　on anything where you could use one or two of my
13　people? I've got people on the bench."
14　　Q. Now, we -- you and I had talked about
15　whether there were any BellSouth engagements in
16　Atlanta, Georgia.
17　　A. Yes.
18　　Q. I remember you testified that you don't
19　recall that there was?
20　　A. I'm not aware of any. I just -- it
21　wasn't on my radar.
22　　Q. Okay. Now, in response to counsel's
23　questions, you mentioned that you had spoke to, I
24　believe, a director of consulting services that were
25　in Atlanta.

---

**171**

1　　A. There were a couple of them in Atlanta.
2　　Q. Why were you talking to those directors
3　if there were no implementation of BellSouth in
4　Atlanta?
5　　A. They called numerous times saying, "Bob,
6　as you're preparing the proposal for BellSouth,
7　could you see if there's any opportunity for the
8　following skills that I have on the bench right
9　now?" And I said, "That's not my job. I define the
10　skills, but I don't assign the people."
11　　Q. All right. Counsel took you through a
12　number of questions about what formed your opinion
13　that Oracle's business was declining in 2001. Do
14　you recall that testimony?
15　　MR. KRISS: Objection to the form of the
16　question.
17　　THE WITNESS: Yes.
18　BY MR. BRITTON:
19　　Q. And is it fair to say that your answers
20　essentially captured all non-Oracle specific
21　information?
22　　MR. KRISS: Objection to the form of the
23　question.
24　BY MR. BRITTON:
25　　Q. Baron's and articles outside of --

---

**172**

1　　A. Yes. Yes, I do a lot of reading in that
2　space.
3　　Q. And counsel had asked you whether the
4　economy had any different impact in Q1 2001 versus
5　Q3 '01. Follow that?
6　　A. Yes, I do follow the question.
7　　Q. Can you explain that to me?
8　　MR. KRISS: Object to the form of the
9　question.
10　　THE WITNESS: Here again, reading the
11　journals that I read and the newspapers that I read
12　seemed to indicate that this was the case, and it
13　became apparent in Q3 by the calls I was getting
14　from other consulting managers, directors. It just
15　seemed that the chatter or "Do you have any work for
16　our people" was much more noticeable than in prior
17　years.
18　BY MR. BRITTON:
19　　Q. So, there was Oracle-specific
20　information that helped form your opinion that
21　business was declining in 2001?
22　　MR. KRISS: Objection to the form of the
23　question.
24　　THE WITNESS: Yes.
25　／／／

---

Oracle

173

1 BY MR. BRITTON:
2     Q.  And that was conversations with other
3 consulting people; is that right?
4     MR. KRISS:  Objection to the form of the
5 question.
6     THE WITNESS:  Yes.
7 BY MR. BRITTON:
8     Q.  And conversations with salespeople; is
9 that right?
10     MR. KRISS:  Objection to the form of the
11 question, leading.
12     THE WITNESS:  No.
13 BY MR. BRITTON:
14     Q.  Just conversations with consultants?
15     A.  Yes.
16     Q.  I want you to pull out Exhibits 2 and 3.
17     A.  2 and 3, all right.
18     Q.  Okay.  You testified earlier that you
19 weren't sure whether Exhibit 2 related to what you
20 had done in Exhibit 3; is that right?
21     A.  Correct.
22     Q.  Can you take me back and tell me which
23 BellSouth implementation was going forward at the
24 time versus which one you were bidding on?
25     MR. KRISS:  Objection.  No foundation.

174

1     THE WITNESS:  Without further analysis on it
2 but just first impression of this document, what
3 this, I believe, deals with is the implementation of
4 work that was going on prior that had started prior
5 to us starting this proposal here.  This was work
6 that started early in the year 2000.  I don't know
7 specifically when that I mentioned earlier.
8     MR. BRITTON:  Okay.  And what facility was
9 that at, if you know?
10     MR. KRISS:  Objection.  No foundation.
11     THE WITNESS:  This was at the Birmingham.
12 BY MR. BRITTON:
13     Q.  The Birmingham facility?
14     A.  I don't know which business.  Just
15 Birmingham.
16     Q.  Now, the language in Exhibit 2, it says,
17 "We are live at BellSouth with 11,000 users, and
18 there are very serious performance problems."  Were
19 you aware that in the third quarter of 2001 whether
20 there were any problems in the BellSouth
21 implementation in Birmingham?
22     MR. KRISS:  Objection.  No foundation.
23     THE WITNESS:  Yes, because some of the
24 questions that were asked of the team that was there
25 trying to support in this estimating, was you

175

1 know -- and I expect honesty.  If I find out there
2 isn't honesty, I walk; I will not complete this.
3     So, I demanded honesty as to the
4 questions that are contained in here that drive the
5 estimate and the risk.  And people knew, because of
6 my track record, if you lie to me and I find out,
7 there are going to be problems.
8 BY MR. BRITTON:
9     Q.  Did that help you form an opinion on how
10 the implementation was going in Birmingham?
11     MR. KRISS:  Objection.  No foundation.
12     THE WITNESS:  I did not try to form an
13 opinion at that stage.  I was only focused on -- I
14 had a request to put together a proposal for this
15 upgraded solution, and this was it.  This is my
16 focus.
17 BY MR. BRITTON:
18     Q.  What was the difference between the
19 Birmingham implementation that was going on from
20 2000 and the one that you were looking at in
21 Exhibit 3?
22     A.  There obviously are far more modules in
23 this component.  This was -- the best of my
24 knowledge, the complete suite of telco recommended
25 11i component.  This was not (indicating).

176

1     Q.  Okay.  Do you know what was in the
2 BellSouth implementation in Birmingham before --
3     A.  In Exhibit 2?
4     Q.  Yes.
5     A.  Other than what's stated here, no.
6     Q.  Describe your participation in the
7 Oracle stock option plan for me.
8     A.  Well, stock option, you could obviously
9 buy a certain percentage dependent upon your salary.
10 I can't remember the formula the IRS sets, but you
11 could buy so many shares.
12     Q.  Did you have -- go ahead and finish.
13     A.  And the options -- I guess, the board --
14 I can't remember how often the board would set the
15 price.  I just don't remember.
16     Q.  Did you have a set schedule for how much
17 you would invest in Oracle each period?
18     MR. KRISS:  Objection to the form of the
19 question.
20     THE WITNESS:  Each -- it was probably --
21 well, the options were once a year, but I had
22 multiple options.  I don't remember the schedule
23 'cause they varied.
24 BY MR. BRITTON:
25     Q.  Now, when you -- earlier when you said

177

1  that you increased your holdings between Q2 '01 and
2  Q3 '01, when did you receive those shares?
3      A.  Oh, gosh.  I really don't know.  All I
4  know is that -- it just came in.  I really can't
5  give you a pay period that it happened.
6      MR. BRITTON:  Okay.  I have no further
7  questions.  Thank you very much for your time.
8      MR. KRISS:  I have a little follow-up.
9      THE WITNESS:  Sure.
10
11  FURTHER EXAMINATION BY MR. KRISS:
12      Q.  Mr. Green, the options that you received
13  from Oracle required you to pay money to exercise
14  them, right?
15      A.  Well, depends upon what you mean by --
16  basically, the options were set at a price.  All
17  right.  So, the option, let's say, was -- I'll pick
18  a number -- $10 a share.  If I executed the option,
19  you know, I really didn't -- no cash came out of my
20  pocket on an option.  Is that's what you're talking
21  about?
22      Q.  Where did the cash come from, then, to
23  pay for the option?
24      A.  Oracle paid the -- had to pay for the
25  difference between -- you know, had to pay -- I

178

1  forget what portion of that they paid.  The only
2  thing I paid was the taxes on the monies that I
3  earned based upon the option.  I paid no money out
4  of my pocket.  There again, real dollars, that's all
5  I'm interested in.
6      Q.  Can you quantify in any way how much
7  more chatter you heard in 3Q '01 than you did in any
8  prior period about people on the bench?
9      A.  It just seemed to be, you know, I was
10  getting more and more calls from other directors and
11  managers saying, "Bob" -- they knew what we were
12  working on.
13      They thought, well, maybe this was
14  something new that was going to pick up new
15  business.  So, I was getting a lot of calls from
16  different managers, "Bob, do you have any work?"
17      Q.  My question is:  Can you quantify the
18  difference in the amount of calls that you got in
19  3Q '01 about people being on the bench compared to
20  the prior periods?  Can you quantify it in any way?
21      A.  Sure.  Three, five times.
22      Q.  Okay.  Then tell me who it was in 3Q '01
23  who talked to you about people being on the bench
24  and asking for your assistance.
25      A.  Two individuals, two directors out of

179

1  Atlanta, the director -- I think he was a
2  director -- I could be wrong here -- of the Dayton
3  practice for Oracle was one.  There were two
4  gentlemen from the government consulting group.  I'm
5  not -- I can't remember whether they were out of the
6  Bethesda office or not.  And there were people here
7  on the west coast 'cause I know a lot of people in
8  the western region, and they were just calls.  Some
9  were not calls, some were e-mails.
10      Q.  Who is the western region?
11      A.  There's two people that were here, one
12  in the Orange County office and one in the LA office
13  down by the airport.  It just -- you establish a
14  network amongst yourself, and we did a lot of
15  networking.
16      Q.  I'm not asking about what you did with
17  networking.  I'm asking you to identify the people
18  you talked to.
19      A.  I don't know who --
20      MR. CAPLAN:  Excuse me, Counsel.  I don't
21  think he was finished with his answer.
22      MR. KRISS:  I don't mean to interrupt you,
23  but I want you to know what my question is.
24      MR. CAPLAN:  Well, I don't want to be
25  interrupted either.  So, when he's completed an

180

1  answer, please let him complete it and don't tell
2  him he's not answering the question when he's trying
3  to finish his answer.
4      THE WITNESS:  I don't have the names.
5  BY MR. KRISS:
6      Q.  Can you give me the name of any person
7  who you claim talked to you about people being on
8  the bench and asking for your help to get people
9  working in 3Q '01?
10      A.  Oh, gosh.  She's out of Washington.
11  Give me a second.  Sylvia -- I can't remember her
12  last name, but I've worked with her for years.
13      Q.  Anyone else?
14      A.  Not by name, no.  I apologize.
15      MR. KRISS:  No other questions.
16      MR. BRITTON:  Thank you very much for your
17  time.
18      THE WITNESS:  You're welcome.
19      MR. CAPLAN:  I have a small housekeeping.  At
20  the beginning of the day, counsel for Oracle had a
21  question about whether we had sent the documents on
22  to Oracle, which we had.
23      And I allowed counsel to look at my
24  copy, but I would like to have marked for the record
25  as -- I guess you're marking exhibits in order for

181

1 each deposition?

2     MR. BRITTON: Yes.

3     MR. CAPLAN: -- as next in order a letter

4 from Charles Harris at Mayer, Brown setting the date

5 for September 20th to produce documents.

6     And as the next exhibit in order and the

7 only other exhibit is my cover letter with the

8 documents to Mr. Harris and to Monique Winkler,

9 plaintiff's counsel.

10     Okay. So, those documents were FedEx'd

11 on the 19th to be received on the 20th by

12 Mr. Harris. And as the letter notes, we

13 hand-delivered to Lerach, Coughlin in San Francisco

14 the following day so that each counsel would have

15 the documents for the same period of time.

16     (Letter dated 9/6/05 to Alan Caplan from

17 Charles E. Harris II marked Exhibit 8 for

18 identification.)

19     (Letter dated 9/19/05 to Charles E.

20 Harris from Alan M. Caplan marked Exhibit 9 for

21 identification.)

22     MR. KRISS: Thank you.

23     MR. BRITTON: Good. Thank you. That

24 concludes the deposition.

25     THE VIDEOGRAPHER: Let me close the video

182

1 record. This marks the end of Tape No. 3, Volume I,

2 in the deposition of Mr. Green, Robert Green.

3     Original videotapes will be retained by

4 LiveNote World Service. We're going off the record.

5 The time is 3:12 p.m.

6     (Deposition adjourned at 3:12 p.m.)

7     * * * * *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

183

1     PENALTY OF PERJURY CERTIFICATE

2

3     I hereby declare I am the witness in the within

4 matter, that I have read the foregoing transcript, and

5 know the contents thereof; that I declare that the same

6 is true to my knowledge, except as to the matters which

7 are therein stated upon my information or belief, and as

8 to those matters, I believe them to be true.

9     I declare being aware of the penalties of perjury,

10 that the foregoing answers are true and correct.

11

12

13

14

15     Executed on the _____ day of _____ 2005,

16 at _____, _____.

17     (CITY)      (STATE)

18

19

20

21     _____

22 ROBERT GREEN

23

24

25

184

1 STATE OF CALIFORNIA    )

2     ) ss:

2 COUNTY OF SAN DIEGO    )

3

4     I, KAE F. GERNANDT, do hereby certify:

5     That I am a duly qualified Certified Shorthand

6 Reporter, in and for the State of California, holder of

7 certificate number 5342, which is in full force and

8 effect and that I am authorized to administer oaths and

9 affirmations;

10     That the foregoing deposition testimony of the

11 herein named witness was taken before me at the time and

12 place herein set forth;

13     That prior to being examined, the witness named

14 in the foregoing deposition, was duly sworn or affirmed

15 by me, to testify the truth, the whole truth, and

16 nothing but the truth;

17     That the testimony of the witness and all

18 objections made at the time of the examination were

19 recorded stenographically by me, and were thereafter

20 transcribed under my direction and supervision;

21     That the foregoing pages contain a full, true

22 and accurate record of the proceedings and testimony to

23 the best of my skill and ability;

24     That prior to the completion of the foregoing

25 deposition, review of the transcript was not requested.

Green, Robert  10/18/2005  9:36:00 AM

185

1      I further certify that I am not a relative or

2   employee or attorney or counsel of any of the parties,

3   nor am I a relative or employee of such attorney or

4   counsel, nor am I financially interested in the outcome

5   of this action.

6

7      IN WITNESS WHEREOF, I have subscribed my name

8   this _____ day of _____, _____.

9

10

11   _____

12   KAE F. GERNANDT, CSR No. 5342

13

14

15

16

17

18

19

20

21

22

23

24

25

---

1         ERRATA SHEET

2

3   If any corrections to your deposition are necessary,
    indicate them on this sheet, giving the change, page

4   number, line number and reason for change.

5   PAGE LINE  FROM              TO

6   ___ ___ _____ ___ _____

7   Reason _____

8   ___ ___ _____ ___ _____

9   Reason _____

10   ___ ___ _____ ___ _____

11   Reason _____

12   ___ ___ _____ ___ _____

13   Reason _____

14   ___ ___ _____ ___ _____

15   Reason _____

16   ___ ___ _____ ___ _____

17   Reason _____

18   ___ ___ _____ ___ _____

19   Reason _____

20   ___ ___ _____ ___ _____

21   Reason _____

22   ___ ___ _____ ___ _____

23   Reason _____

24

     _____ _____

25   Signature of Deponent        Date

186

1    I further certify that I am not a relative or

2  employee or attorney or counsel of any of the parties,

3  nor am I a relative or employee of such attorney or

4  counsel, nor am I financially interested in the outcome

5  of this action.

6

7        IN WITNESS WHEREOF, I have subscribed my name

8  this 28th day of October        , 2005.

9

10

11        _____

12        KAE GERNANDT, CSR No. 5342

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT UU

Ronsse, Roberta 4/20/2004 3:09:00 PM

1    SUPERIOR COURT OF THE STATE OF CALIFORNIA
2        COUNTY OF SAN MATEO
3
4    Coordination Proceeding    )
     Special Title (Rule 1550(b)) ) Judicial Council Coordination
5                              ) Proceeding No. 4180
     ORACLE CASES          )
6                          )
     This Document Relates To:  )
7                              )
     ALL ACTIONS           )
8                          )
9
10   IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
11       IN AND FOR NEW CASTLE COUNTY
12
13   IN RE ORACLE CORP. DERIVATIVE )
14   LITIGATION            ) C.A. No.: 18751
15                          )
16
17
18       Deposition of ROBERTA RONSSE, taken
19   on behalf of the Plaintiffs at 3811 Valley
20   Centre Drive, Suite 500, San Diego,
21   California, commencing at 10:12 a.m.,
22   Tuesday, April 20, 2004, before Yolanda M.
23   Parks, CSR No. 7523.
24
25

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1    APPEARANCES:
2
     FOR PLAINTIFFS' CO-LEAD AND LIAISON COUNSEL:
3
     NICOLE LAVALLEE, ATTORNEY AT LAW
4    BERMAN DEVALERIO PEASE TABACCO BURT &
     PUCILLO
5    425 California Street
     Suite 2025
6    San Francisco, California 94104
     (415) 433-3200
7
     FOR DEFENDANT ORACLE CORPORATION:
8
     PAUL H. GOLDSTEIN, ESQ.
9    MORRISON & FOERSTER
     755 Page Mill Road
10   Palo Alto, California 94304-1018
     (650) 813-5818
11
     - and -
12
     LAUREN SEGAL, ATTORNEY AT LAW
13   ORACLE CORPORATION
     500 Oracle Parkway
14   Mailstop 5OP7
     Redwood Shores, California 94065
15   (650) 506-0221
16   FOR DEFENDANTS LAWRENCE ELLISON AND
     JEFFREY HENLEY:
17
     JOHN NADOLENCO, ESQ.
18   MAYER, BROWN, ROWE & MAW LLP
     350 South Grand Avenue
19   25th Floor
     Los Angeles, California 90071
20   (213) 229-9500
21   ALSO PRESENT:
22       PETER MESSENGER, VIDEO OPERATOR
23
24
25

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1            I N D E X
2
3    DEPONENT       EXAMINATION       PAGE
4    ROBERTA RONSSE    BY MS. LAVALLEE:        7
5
6
7        EXHIBITS FOR IDENTIFICATION
8    PLAINTIFFS'              PAGE MARKED
9    244  Document first page of which      67
          is entitled "Q3 FY01 Week 6"
10        (23 pages)
11   245  Document first page of which      68
          is entitled "Q3 FY01 Week 6"
12        (three pages)
13   246  Document first page of which      113
          is entitled "Q3 FY01 Week 8"
14        (two pages)
15   247  Document entitled "Americas      143
          Forecast Package" (five pages)
16
     248  Copies of working papers      146
17        (14 pages)
18   249  Copies of Big Deals Reports      150
          (15 pages)
19
     250  Portion of an Upside Report      168
20        (nine pages)
21   251  Document first page of which      180
          is entitled "Total Company -
22        Q3 FY01 Forecast" (13 pages)
23   252  Document first page of which      182
          is entitled "Total Company -
24        Q4 FY01 Forecast" (17 pages)
25

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1        EXHIBITS FOR IDENTIFICATION
2    PLAINTIFFS'              PAGE MARKED
3    253  Document first page of which      186
          is entitled "Total Company -
4        Q4 FY01 Forecast" (16 pages)
5    254  Document entitled "Pipeline      189
          Reporting Package" (nine pages)
6
     255  Handwritten notes (three pages)      203
7
     256  Document entitled "Interview of      205
8        Roberta Ronsse" (28 pages)
9
10       PREVIOUSLY MARKED EXHIBITS
11       EXHIBIT   PAGE
12        32      167
13        36      168
14        39      62
15        72      113
16        77      199
17        156     200
18
19
20
21
22
23
24
25

1  SAN DIEGO, CALIFORNIA; TUESDAY, APRIL 20, 2004;

2          10:12 A.M.

3

4      ROBERTA RONSSE, deponent,

5        was sworn, examined and

6        testified as follows:

7

8      VIDEO OPERATOR: Good morning. My name is

9  Peter Messenger. I'm a video technician employed

10  by Barkley Court Reporters. This is the videotaped

11  deposition of Roberta Ronsse beginning at

12  10:12 a.m. on April 20th, 2004, in Re Oracle

13  Corporation Derivative Litigation, Action

14  No. 18751. This deposition is taking place at

15  Morrison & Foerster at 3811 Valley Centre Drive in

16  San Diego, California, and is taken on behalf of

17  the plaintiff.

18      May we please have introductions

19  beginning with the witness.

20      THE WITNESS: Roberta Ronsse.

21      VIDEO OPERATOR: Thank you.

22      MR. GOLDSTEIN: Paul Goldstein, Morrison &

23  Foerster for Oracle Corporation.

24      MS. SEGAL: Lauren Segal, Oracle Corporation.

25      MR. NADOLENCO: John Naddenco of Mayer,

1  Brown, Rowe & Maw for individual defendants Ellison

2  and Henley.

3      MS. LAVALLEE: Nicole Lavallee from Berman

4  DeValerio for the plaintiffs.

5      VIDEO OPERATOR: Will the court reporter

6  please swear in the witness.

7      THE REPORTER: If you will raise your right

8  hand. You do solemnly state that the testimony you

9  will give in this proceeding will be the truth, the

10  whole truth, and nothing but the truth, so help you

11  God.

12      THE WITNESS: Yes.

13

14          EXAMINATION

15  BY MS. LAVALLEE:

16      Q  Good morning, Ms. Ronsse. Can you state

17  your full name and address for the record, please.

18      A  Sure. Roberta Joe Ronsse, 3491 Holly Oak

19  Lane, Escondido, California 92027.

20      Q  Before we start, I just want to go over

21  some guidelines that will sort of help us both here

22  today.

23      Have you ever been deposed before?

24      A  No.

25      Q  Okay. I imagine your counsel has given

1  you some understanding of what the process is like.

2  You're being videographed and what you say is taken

3  down and transcribed by the court reporter. As a

4  result, it's really important that both of us take

5  care to allow the other person to finish completing

6  what they have to say before jumping in with either

7  the next response or the next question. Sometimes

8  it's difficult for everybody to always remember,

9  but I'll try to do that. If you can try as well,

10  that would be great.

11      A  Sure.

12      Q  The other thing I would like to mention

13  is to the extent that I ask a question that you do

14  not understand, please let me know. It's important

15  for the record that we be clear that you've

16  understood the question so that you properly

17  respond. I'm more than happy to rephrase my

18  question if there's a question -- you have a

19  misunderstanding or just don't understand what I'm

20  trying to say.

21      A  Okay.

22      Q  And the other question -- other

23  instruction I would like to give is that to the

24  extent you want to take a break at any time, just

25  let me know. I'm more than happy to do that.

1  We'll try to take a break every hour. That's

2  generally what we've tried to do in the past.

3      If there's a question pending, I would

4  simply ask that you provide the answer so that

5  we -- before we take the break, but generally it

6  shouldn't be a problem, so just let me know.

7      A  Okay.

8      Q  Ms. Ronsse, can you give me your -- tell

9  me what your highest level of education is?

10      A  Ah, bachelor's degree from Cal Poly

11  University, San Luis Obispo.

12      Q  And what year did you obtain your degree?

13      A  1994.

14      Q  And where are you currently employed?

15      A  I am not employed currently.

16      Q  Okay. Were you at one time employed by

17  Oracle Corporation?

18      A  Yes.

19      Q  And during what period of time were you

20  employed by Oracle Corporation?

21      A  From October of 1996 until July of 2003.

22      Q  And when you commenced working at Oracle

23  Corporation in October of '96, what position did

24  you start with?

25      A  Revenue accountant in the U.S.A.

1 division.

2 Q  And how long did you maintain that

3 position?

4 A  For approximately one and a half years.

5 Q  And what position did you take after

6 that?

7 A  Revenue accounting manager in the U.S.A.

8 division.

9 Q  And how long were you the revenue

10 accounting manager in the U.S.?

11 A  For approximately another year until the

12 fall of 1999.

13 Q  And in the fall of 1999, what position

14 did you assume?

15 A  The forecasting manager within corporate

16 finance at Oracle.

17 Q  And how long did you stay in that

18 position?

19 A  Until March of 2002.

20 Q  And in March of 2002, what position did

21 you hold?

22 A  I became the global process owner for

23 reporting within corporate finance.

24 Q  What does that mean?  What is global

25 processing owner?

---

1 A  I was responsible for -- for -- I'm

2 trying to word it the best way -- uhm, for working

3 with the different divisions within Oracle to

4 ensure that their reporting -- their financial

5 reporting needs were met through the systems that

6 we had available at Oracle.  So I interfaced with

7 the business users and the technical folks at

8 Oracle to be ensure that that could be provided.

9 Q  Okay.  And how long did you maintain that

10 position?

11 A  Until I left in 2003.

12 Q  Okay.  And just stepping back now, I'm

13 going to focus primarily on the period of time from

14 December of 2000 through the end of the quarter

15 2000 -- February 2001 -- January, February 2001

16 time frame which I understand is the third quarter

17 of Oracle's fiscal year 2001; is that your

18 understanding?

19 A  Yes.

20 Q  You mentioned that during that period of

21 time, if I understand correctly, you were

22 forecasting manager in corporate finance during the

23 third quarter of 2001, correct?

24 A  Yes.

25 Q  Okay.  And what was your -- what was your

---

1 role as forecasting manager?

2 A  My role was to work with two other

3 financial analysts that worked underneath me to

4 consolidate the forecast numbers for Oracle

5 Corporation through the use of Oracle Financial

6 Analyzer, our financial database.  And I would

7 report those numbers to my management within

8 corporate finance.

9 Q  Okay.  Now, you mentioned two other

10 financial analyzers who were below you.  Who were

11 those?

12 A  I cannot remember the specific analysts

13 at that time.  The names of the analysts I can't

14 remember.

15 Q  Okay.  Did you have a variety of people

16 who held those positions during the time that you

17 were forecasting manager in corporate finance?

18 A  That's correct.

19 Q  Okay.  Do you remember, generally, who

20 might have been -- from the period in the fall of

21 '99 through March of 2002 -- who those people were,

22 generally?

23 A  Yes.  Sammy Lee, Jennifer Ku.

24 Q  How do you spell Ku?

25 A  K-u.  Mark Wunderling.

---

1 Q  Anybody else?

2 A  Those are the three -- no, those are the

3 three that spent the most time in that group.

4 Q  Okay.  And you mentioned that you would

5 report the consolidated figures to your managers.

6 And who were they?

7 A  My manager up until January of 2001 was

8 Lia Burke and after that time was Ivgen Guner.

9 Q  And what was -- what were their titles?

10 A  I believe it was director, but they were

11 in charge of financial planning and analysis.  Lia

12 Burke may -- Lia Burke's title, I think, was

13 different than director of financial planning

14 analysis.  I can't remember her exact title,

15 though.

16 Q  Okay.  And you described your functions

17 as consolidating financial numbers through the use

18 of OFO -- OFA.  Can you tell me what "OFA" is?

19 A  Sure.  It stands for Oracle Financial

20 Analyzer and it was the database where we collected

21 forecast, budget, and actual information for

22 purposes of reporting forecast -- you know, total

23 company consolidated forecasts, budgets, and actual

24 performance reports.

25 Q  And you mentioned a variety of people

1    that worked for you and that you worked for. Were

2    there other people that -- on a regular basis you

3    would deal with in your capacity as the

4    financial -- or forecasting manager in corporate

5    finance?

6      A  Yes.

7      Q  And who would those people be?

8      A  Uhm, there were all of the other managers

9    that worked for the financial planning and analysis

10    team.  Do you want their names?

11      Q  Sure.

12      A  Darren Knox, Agnes Devin -- that's a

13    French name -- A-g-n-e-s, D-e-v-i-n, Julie

14    Garrison, and I think those were all of us

15    managers.

16      Q  And what was your role vis-a-vis these

17    people?  What -- how did you deal with them in your

18    capacity as forecasting manager?

19      A  They were my peers.

20      Q  Okay.  Can you describe for me,

21    generally, what types of functions you carried out

22    in terms of consolidating financial information?

23      A  Uhm, could you clarify a little bit

24    exactly what you would like me to explain?

25      Q  Sure.  When you say you consolidate

---

1    financial numbers through the OFA system --

2      A  Uh-hum.

3      Q  -- what do you create?  Do you generate

4    reports?  Is that what you mean?

5      A  Yes.  All of the individual divisions

6    within Oracle would input their information.  What

7    I was interested in was their forecast information

8    since I was the forecast manager.

9      We would work with those divisions to

10    ensure that the numbers were correct and then we

11    would run reports, perform analyses on the

12    information as requested by management or as needed

13    and then we would generate various reports

14    according to our forecast schedule.

15      Q  Okay.  You mentioned you were primarily

16    focused on forecast -- the forecast component of

17    the information on OFA.  Did you have any role in

18    connection with the budgeting information?  Was

19    that something you dealt with?

20      A  I did not -- was not in charge of the

21    budget process nor the budget reporting.

22      Q  Okay.  Were you involved in any way in

23    that?

24      A  On an ad hoc basis, yes.

25      Q  And what type of involvement would you

---

1    have had in the -- in connection with the budgeting

2    process for fiscal year 2001?

3      A  I don't remember specifically the ad hoc

4    that I may have done during that time frame.

5      Q  Okay.  Generally, what type of -- do you

6    remember generally what type of work it would have

7    been?

8      A  Typically I would have supported my

9    manager, Ivgen Guner, on analysis that may have

10    included budget numbers.

11      Q  Okay.  And what time frame would that

12    have been if you were budgeting for fiscal year

13    2001?

14      A  It could have been any time of the year

15    depending on the needs of management.

16      Q  Okay.  So it wasn't necessarily sitting

17    in on the initial budget for the year but also in

18    follow-up throughout the year?

19      A  Correct.

20      Q  Okay.  But you don't generally -- you

21    don't remember any specific types of tasks that you

22    performed?

23      A  No.

24      Q  Okay.  Now, in terms of -- you mentioned

25    that the OFA had forecast budget and actual results

---

1    information on it.  In terms of the actual results

2    information, in your capacity as forecasting

3    manager, did you have any involvement in generating

4    reports or dealing with that type of data?

5      A  Yes.

6      Q  And what were -- what involvement did you

7    have in that capacity?

8      A  At the end of every quarter, my group was

9    responsible for producing either what's called the

10    blue book or the white book for management at the

11    end of the quarter.

12      Q  Okay.  And was that the only role?

13      A  No.

14      Q  Okay.  What else?

15      A  There were ad hoc analyses also at the

16    end of the month or the end of the quarter

17    performed for management -- my management.

18      Q  You said at the end of the month and at

19    the end of the quarter?  Did I understand

20    correctly?

21      A  Yes.

22      Q  Okay.  Anything else?

23      A  No.

24      Q  Okay.  Let's just step back now.  You

25    mentioned the blue book.  Can you just describe

1   briefly what those are?

2      A  Yes.  The blue book is what -- what was

3   also called the key performance measures package.

4   and that had a number of reports within it that

5   reported on actual results for each of the

6   divisions geographically and line of business that

7   indicated what different metrics had been attained

8   for each division during the past quarter and

9   compared it to previous years or to budget,

10   depending on the report.

11      Q  Okay.  And what was your role in

12   connection with producing that blue book?

13      A  My team was responsible for obtaining the

14   information needed to produce the reports from OFA

15   and producing the reports, putting it together as a

16   package and distributing it --

17      Q  Okay.

18      A  -- to management.

19      Q  And when you say "distributing it to

20   management," was this a report that was distributed

21   to Mr. Ellison?

22      MR. NADOLENCO:  Objection.  Foundation.

23      THE WITNESS:  I don't remember if he was on

24   the distribution list.

25      Q  BY MS. LAVALLEE:  Okay.  You mentioned a

---

1   white book.

2      A  Yes.

3      Q  Okay.  The white book, I take it, is

4   different from a blue book?

5      A  Yes.

6      Q  Can you describe what the white book is?

7      A  The white book, I cannot remember the

8   other name we used for it, but it was the package

9   of quarterly results that was, again, produced out

10   of OFA and was distributed to management in

11   addition to the board of directors in preparation

12   for the board of directors meeting that followed

13   each quarter.

14      Q  Okay.  And, uhm, what was your role in

15   connection with the white books?

16      A  Again, my team was responsible for

17   obtaining the information from OFA and producing

18   the reports, packaging it, and distributing it --

19   distributing the packages.

20      Q  And you mentioned that those are

21   distributed to members of the board of directors of

22   the company, correct?

23      A  Yes.

24      Q  Okay.  Did you have any other role in

25   connection with preparing packages or materials for

---

1   the board?

2      A  Not that I can remember.

3      Q  Okay.  Ms. Ronsse, you're represented

4   here by counsel, correct?

5      A  Yes.

6      Q  Okay.  Mr. Goldstein?

7      A  Yes.

8      Q  All right.  Did you meet with counsel

9   prior to this deposition?

10      A  Yes.

11      Q  Okay.  And how many times did you meet?

12      A  Once.

13      Q  Okay.  And when did that meeting take

14   place?

15      A  Yesterday, April 19th.

16      Q  Okay.  And how long did it last?

17      A  Approximately four hours.

18      Q  And who was present?

19      A  Paul Goldstein and Lauren Segal.

20      Q  In preparation for this deposition, did

21   you review any documents?

22      A  Yes.

23      Q  Okay.  What documents did you review?

24      A  I reviewed the Americas Forecast Package

25   from January 15th, 2001, and January 22nd, 2001,

---

1   and two e-mails, one from David Winton, I can't

2   remember the exact date in January, I believe, and

3   one from Lia Burke through Sandy Sanderson sometime

4   in the year 2000.

5      Q  Okay.  And what was the substance of the

6   e-mail -- well, let me step back.

7      The e-mail from Mr. Winton, who was that

8   directed to?

9      A  Jennifer Minton.

10      Q  And do you recall what the substance of

11   that e-mail is?

12      A  The substance was the breakdown, if you

13   will, of his organization's forecast for North

14   America sales.

15      Q  Was that a document that you had seen

16   prior to yesterday?

17      A  No.

18      Q  And the e-mail from Lia Burke, what was

19   that?

20      A  That was an analysis of forecast

21   accuracy, historical forecast accuracy for each

22   division.

23      Q  Was that an e-mail that you saw prior to

24   yesterday?

25      A  I was -- it looks like I was copied on

1  the e-mail, yes.

2  Q  Do you have any recollection of receiving

3  it?

4  A  I don't have a recollection of receiving

5  it, no.

6  Q  Did you have a recollection of the

7  substance of what was discussed in that e-mail?

8  A  Yes.

9  Q  And you mentioned -- so that you reviewed

10  prior to today's deposition and in preparation for

11  today's deposition, you reviewed the Americas --

12  two Americas Forecasts and those two e-mails.

13  Anything else?

14  A  Not that I can remember.

15  MS. LAVALLEE:  Excuse me.  Off the record for

16  a moment.

17  VIDEO OPERATOR:  We are off the record at

18  10:32 a.m.

19  (Pause in proceedings.)

20  VIDEO OPERATOR:  We are on the record at

21  10:33 a.m.

22  Q  BY MS. LAVALLEE:  All right.  Ms. Ronsse,

23  I want to go back to the discussion we had

24  regarding the -- your tasks in performing ad hoc

25  analysis regarding the actual results.

1  Q  Can you tell me what types of tasks you

2  performed when you say you performed ad hoc

3  analysis on the actual results?

4  A  The types of tasks would be or would have

5  been obviously dependent on what was asked by

6  management, but various reports comparing forecast

7  information to budget, to actuals, uhm, looking at

8  actual information compared to prior years,

9  different metrics compared to prior years, trend

10  information, so -- so actual numbers for a variety

11  of quarters, all different, based on the need for

12  the organization and what management was asking

13  for.

14  Q  Okay.  And when you refer to "management"

15  in this context, who are you speaking of?

16  A  My manager or -- Ivgen Gumer or Lia

17  Burke, or as passed down from their management.

18  Q  And their management at the time of Q-3

19  2001 would have been?

20  A  Jennifer Minton and/or Larry Garnick.

21  Q  Do you recall what Mr. Garnick's position

22  was at this time?

23  A  Ah, I believe the title was assistant

24  controller.

25  Q  And Ms. Minton?

1  A  She's the controller.

2  Q  Now, you mentioned a variety of different

3  reports.  Can you -- were there any particular

4  reports that you prepared on a regular basis in

5  connection with -- in analyzing actual result

6  information?

7  A  We prepared management summary reports

8  regularly which included actuals as compared to the

9  prior year actuals, as compared to the budget

10  numbers for every division in every line of

11  business.

12  We would also regularly in the same

13  management summary format for every line of

14  business and geography compare the final actuals to

15  the forecast, the final forecast to see -- and give

16  variances to the final forecast.  Those were --

17  those were the regular reports that we would run

18  every quarter.

19  Q  Okay.  Now, those are quarterly reports

20  looking at quarter end results?

21  A  Correct.

22  Q  Okay.  What types of reports would you

23  have worked on that dealt with monthly actual

24  results?

25  A  Although my group was not responsible for

1  it, I would assist in the preparation of the red or

2  gray books, which also consisted of management

3  summary reports, but for -- with month numbers, and

4  also summary income statements, detail income

5  statements, balance sheets.

6  Q  And anything else?

7  A  No, not that I can remember.

8  Q  Okay.  And when you refer to the red/gray

9  books, that was one thing, and you've talked about

10  summary income statements and balance sheets.

11  A  Uh-hum.

12  Q  Those are separate items?

13  A  Reports within the red/gray book.

14  Q  Okay.  And do you recall any other types

15  of reports that may not have been regular reports

16  that you prepared or that were prepared at your

17  direction by your group regarding actual results in

18  Q-3 of 2001 or for Q-3 2001?

19  A  No.

20  Q  When you were asked to do ad hoc types of

21  analysis, you discussed a number.  Were there ones

22  that were specific to -- actually, let me -- let me

23  ask a different question.

24  When you prepared these reports, were

25  these reports that you prepared on the next --

1  prepared on an Excel sheet? How would you go about

2  preparing reports, and where would you save them?

3  A  It depended on the report. Some were

4  produced directly out of OFA. Others were using

5  Excel, so we would link the information from OFA

6  into an Excel workbook.

7  Q  Okay. And when you did -- when you

8  linked them up to an Excel workbook, is that

9  something that you would -- as your practice, would

10  you save that onto your system, onto the network?

11  How would you go about doing that?

12  A  We had a server where all of our reports

13  were saved.

14  Q  And when you say "we," are you talking

15  about your division?

16  A  Yeah, the corporate finance division.

17  Q  Okay. So all your reports were saved on

18  that system --

19  A  Yes.

20  Q  -- is that correct?

21  Would that be true of a report that you

22  generated off of OFO?

23  MR. GOLDSTEIN: OFO?

24  MS. LAVALLEE: OFA. I apologize. Thank you.

25  THE WITNESS: Can you repeat the question?

1  Q  BY MS. LAVALLEE: No problem. When you

2  generated a report directly off OFA -- I believe

3  you said you did -- was that something that you

4  would separately save once the report was actually

5  generated onto another system or as a separate

6  document, or was it just something that was

7  generated and not saved?

8  (Telephone interruption.)

9  MS. SEGAL: Sorry.

10  (Whereupon, Ms. Segal left the

11  deposition room.)

12  THE WITNESS: It was typically generated and

13  saved within the OFA database.

14  Q  BY MS. LAVALLEE: Okay. So there was a

15  means to actually save a specific report. You

16  would give it a title, and it would be on the

17  system as a report that existed as a separate

18  document?

19  A  Correct.

20  Q  Okay. You indicated that when you --

21  some of the ad hoc analysis, you gave me a

22  description a little earlier, when you looked at

23  trend information, you looked at different matrixes

24  comparing actual results from one year to prior

25  years.

1  When you did that type of information,

2  what type of time frame did you compare one period

3  to other periods to?

4  A  Typically, the current quarter compared

5  to the same quarter of the previous year, sometimes

6  also looking back to the same quarter of two years

7  before or three years before. Uhm, and from time

8  to time from quarter to quarter, so an analysis

9  including all quarters of, say, the previous fiscal

10  year and the current fiscal year.

11  Q  Okay. Any other time frames?

12  A  No, not that I can think of.

13  Q  Okay. And can you tell me about any

14  specific reports that you generated that had the --

15  fall within the categories of what you described

16  about the ad hoc reports other than what you've

17  already -- the reports you've already enumerated?

18  A  I'm sorry. Repeat the question.

19  Q  Okay. That wasn't a very good question.

20  You've given me a general description of

21  some comparisons you did with actual results, and

22  then we went through a couple of specific reports

23  that you actually recall doing on a regular basis.

24  In terms of the reports that were not done on a

25  regular basis, would you -- do you recall any

1  specific report that you performed while you were

2  the finance manager?

3  A  Sure. There were summary income

4  statement trend analyses where instead of looking

5  at line of business information, we would look at

6  summary income statement, what we call the line

7  item information and the trend -- trends on those

8  line items.

9  (Whereupon, Ms. Segal entered the

10  deposition room.)

11  THE WITNESS: There were forecast accuracy,

12  pipeline -- pipeline attainment report --

13  reporting. We didn't actually call it pipeline

14  attainment, but pipeline-type reports. That's all

15  that I can remember.

16  Q  BY MS. LAVALLEE: Okay. Pipeline -- you

17  mentioned pipeline attainment and then corrected

18  yourself and said you didn't really refer to it as

19  that. But what were those reports? Can you

20  describe them for me?

21  A  We would report pipeline and compare --

22  the pipeline for the current quarter for each week

23  of the quarter, compare that to the same quarter of

24  the previous year to look at the momentum of the

25  pipeline, and then the actual conversion ratio at

1   the end of the quarter compared to the previous

2   year, the same quarter previous year.

3       Q   Okay.  Anything else that you looked at

4   in that report?

5       A   Not that I can remember.

6       Q   Okay.  I understand that that is not --

7   let me step back.

8           Did that report have a specific name or

9   title?

10      A   No.

11      Q   Okay.  And that was not something that

12  was regularly --

13      A   Correct.

14      Q   Do you recall what -- what period of time

15  you actually prepared that report?

16      A   No.

17      Q   Okay.  Was it something that you prepared

18  more than once during your time that you held that

19  position as finance manager?

20      A   Yes.

21      Q   Was it something you did more than once

22  every year?

23      A   Yes.

24      Q   Okay.  But was it something that you did

25  generally the same time in each fiscal year or is

1   it just a random --

2       A   It's random.

3       Q   And those reports were done at whose

4   request?

5       A   My management.

6       Q   Meaning Ivgen Guner or Lia Burke?

7       A   Correct, or their managers.

8       Q   And "their managers" meaning Ms. Minton

9   or Mr. Garnick?

10      A   Correct.

11      Q   And you also mentioned the forecast

12  accuracy report.  Is that the actual title or a

13  description of the report?

14      A   We typically called it the forecast

15  accuracy report.

16      Q   Okay.  And can you tell me what this

17  report is?

18      A   This report compared forecast numbers by

19  line of business and geography for each week of a

20  quarter, or sometimes we would just look at the

21  first forecast of every month and then compare

22  those numbers to the actual numbers at the end of

23  the quarter and give a ratio of what actually

24  closed of their forecast.

25          MS. LAVALLEE:  Okay.  Could I have the answer

1   read back, please.

2           (The record was read as follows:

3       "A   This report compared forecast

4   numbers by line of business and geography

5   for each week of a quarter, or sometimes we

6   would just look at the first forecast of

7   every month and then compare those numbers

8   to the actual numbers at the end of the

9   quarter and give a ratio of what actually

10  closed of their forecast.")

11      Q   BY MS. LAVALLEE:  All right.  And was

12  this a report that was generated from the OFO

13  system -- OFA system or you used OFA information

14  to -- let me strike -- let me restart that

15  question.

16          Was this report something that you

17  generated from the OFA system, or was it something

18  that was compiled from data contained on OFA?

19      A   It was compiled from OFA data.

20      Q   Okay.  So this was a report you prepared

21  in Excel and saved onto your network?

22      A   Yes.

23      Q   And do you recall how frequently you

24  prepared this report while you held the position of

25  forecast manager?

1       A   No.

2       Q   Was it more than once?

3       A   Yes.

4       Q   Okay.  Was it something you did more

5   frequently than once a year?

6       A   Yes.

7       Q   And was it something that you tended to

8   do at a particular time in a fiscal year, or is it

9   just randomly done?

10      A   It was random.

11      Q   Okay.  And when you completed the

12  forecast accuracy report, who was it that you gave

13  that to?

14      A   My manager, either Lia Burke or Ivgen

15  Guner.

16      Q   And do you have any understanding or

17  knowledge or to what -- where that report went

18  after that?

19      A   It was typically shared with their

20  management, Larry Garnick and/or Jennifer Minton.

21      Q   Okay.  Do you know if it was shared

22  beyond Mr. Garnick and Ms. Minton?

23      A   No.

24      Q   Okay.  And were these reports

25  something -- well, the forecasting -- forecast

1 accuracy report, was that something that you

2 discussed after completing it with anybody?

3     A Yes.

4     Q And who did you have discussions with

5 about that report?

6     A It could have been any of those four

7 people, my management team, or the people that work

8 for me.

9     Q Okay.

10     A Because they typically helped me to

11 produce it.

12     Q Okay. And, uhm, do you recall any

13 specific discussions regarding forecast accuracy

14 reports during the time you held the position of

15 finance manager?

16     A No.

17     Q And were there any follow-up

18 communications regarding this type – this type of

19 report?

20     MR. GOLDSTEIN: Object to the form.

21     THE WITNESS: Well, can you clarify

22 "follow-up communications"?

23     Q BY MS. LAVALLEE: Okay. Other than

24 actually generating it and distributing the

25 report – well, let me step back.

1     How did you distribute that report? Was

2 it something – a hard copy you sent or an e-mail

3 that you would have sent?

4     A It could have been either.

5     Q Okay. Other than that actual transfer of

6 that document, were there any other communications

7 other than oral communications regarding the

8 information contained in that report?

9     MR. GOLDSTEIN: Objection to form.

10     THE WITNESS: I don't remember.

11     Q BY MS. LAVALLEE: Okay. You don't

12 remember sending any e-mails back and forth, for

13 example?

14     A I don't remember, no.

15     Q Okay. In terms of the pipeline

16 attainment report – can I call it that?

17     A Ah –

18     Q Or is that not an accurate term?

19     A I hate to use "attainment" because it –

20 I kind of threw that out there, and we never used

21 that word, so if we just call it the actual

22 pipeline analysis.

23     Q Okay.

24     A Since we're focusing on actuals.

25     Q Okay. Let me ask you this: This is not

1 the pipeline reporting package, I assume, correct?

2     A Correct.

3     Q Okay. So the actual pipeline –

4     A Analysis.

5     Q – analysis report – we'll call it that.

6 When you prepared these, I assume you distributed

7 them to various people. Who did you distribute

8 them to?

9     A To my management, to Ivgen Guner or Lia

10 Burke.

11     Q Okay. Do you have any knowledge whether

12 or not it was distributed to anybody else beyond

13 them?

14     A Yes, only to their management.

15     Q Okay. So it's your understanding that

16 they, then, gave it to their management, which by

17 that you mean Ms. Minton or Mr. Garnick?

18     A Possibly they could have, yes.

19     Q Okay. But you don't have any specific

20 knowledge one way or another?

21     A Correct.

22     Q Okay. And was that a report that you

23 discussed with anybody after preparing it?

24     A Yes.

25     Q Okay. And who would you have discussed

1 the actual pipeline analysis report with?

2     A With either Ivgen or Lia or their

3 managers, Larry or Jennifer.

4     Q And do you have any recollection of any

5 discussions regarding actual pipeline analysis

6 reports during your time as finance manager?

7     A No.

8     Q Now, the pipeline – or the actual

9 pipeline analysis report, is that a report that's

10 generated from the OFA system, or is it generated

11 or created using information from the OFA system?

12     A Generated from information from the OFA

13 system.

14     Q Okay. So that's a report that, again, is

15 compiled into an Excel sheet and saved onto the

16 network?

17     A Correct.

18     Q Okay. Do you know if you create – if

19 you prepared a forecast accuracy report in Q-3

20 2001?

21     A No.

22     Q You –

23     A I don't know.

24     Q You don't know. And same question for

25 the pipeline or actual pipeline analysis report.

1  Do you know if you prepared any such report during
2  Q-3 2001?
3  A  I don't know.
4  Q  Okay.  Do you recall -- do you know why
5  the actual pipeline analysis report was prepared?
6  A  Uhm, perhaps some reasons.
7  Q  Okay.  What reasons do you know of?
8  A  For informational and analysis purposes
9  to aid management in making decisions or in this
10  case with -- I'm sorry -- with actual information.
11  uhm, to gain an understanding of what had occurred
12  in the current quarter as compared to other
13  quarters.
14  MS. LAVALLEE:  Could I have my last question
15  read back.
16  (The record was read as follows:
17  "Q  Do you know why the actual pipeline
18  analysis report was prepared?")
19  Q  BY MS. LAVALLEE:  And were there any
20  other reasons than what you just discussed?
21  A  Not that I know of.
22  Q  Okay.  And you hesitate because you can
23  guess as to other reasons?  Is that the issue?  I
24  mean, the way you responded, I'm just wondering --
25  not that you know of, the way you emphasized that.

1  was it that you believe there might have been other
2  reasons?  And I don't want you to guess as to what
3  they are, but I'm just trying to understand the
4  emphasis you were placing on your response.
5  MR. NADOLENCO:  Objection.  Foundation.
6  THE WITNESS:  No, it's just that it's not
7  that I can remember discussing with anyone any
8  other reasons.
9  Q  BY MS. LAVALLEE:  Okay.
10  A  For preparing the information.
11  Q  Okay.  And do you recall any -- you say
12  that -- well, let me step back.
13  You mention that it was informational and
14  analysis for making -- to help make decisions.  Do
15  you remember or do you know of any decisions that
16  were taken as a result of any information that was
17  reviewed and set forth in the actual pipeline
18  analysis reports?
19  A  No.
20  Q  Let me ask you about the forecast
21  accuracy reports.  Do you know what reasons those
22  reports were prepared?
23  A  Again, the reasons that I know of are
24  to -- to help in looking at the past, the past
25  ratios of forecast to -- to actual performance, to

1  gain an understanding into the current forecast as
2  to, you know, based on trends where the forecast
3  may make sense or may not make sense for a given
4  organization.
5  Q  Okay.  And do you recall any specific
6  conclusions that you or your team or your managers
7  drew from any of the forecast accuracy reports?
8  MR. GOLDSTEIN:  Objection --
9  THE WITNESS:  No.
10  MR. GOLDSTEIN:  -- to form.
11  MR. NADOLENCO:  And I add an objection.
12  Foundation.
13  Q  BY MS. LAVALLÉE:  Do you recall whether
14  or not there were any changes in trends that you
15  saw during the time you prepared the forecast
16  accuracy reports?
17  MR. NADOLENCO:  Objection to form.
18  THE WITNESS:  I -- can you specify the
19  question?  Are you saying in general when I
20  prepared them, or are you talking about a specific
21  quarter at this point?
22  Q  BY MS. LAVALLEE:  Okay.  Let me -- I
23  think my question is the former.
24  When you were preparing these reports
25  during the time you were finance manager --

1  A  Uh-hum.
2  Q  -- over time or in connection with any
3  specific report, do you recall noticing any
4  difference or changes in trends?
5  MR. GOLDSTEIN:  Objection to form.
6  MR. NADOLENCO:  Join.
7  THE WITNESS:  I don't remember.
8  Q  BY MS. LAVALLEE:  Okay.  When you
9  prepared the forecast accuracy report, did you ever
10  print a hard copy and keep it in a filing system
11  somewhere?
12  A  I don't remember.
13  Q  Same question for the actual pipeline
14  analysis report.
15  A  I don't remember.
16  Q  Okay.  I would like to go back now to the
17  tasks that you performed in connection with
18  forecasting matters as finance manager.
19  Can you tell me, generally, what tasks
20  you performed that related to the forecasting
21  process at Oracle Corporation while you were
22  finance manager?
23  MR. GOLDSTEIN:  Objection to form.
24  THE WITNESS:  So to clarify, a specific task
25  during the week or -- what exactly would you like

1  me to describe?

2  Q. BY MS. LAVALLEE: Okay. Let me -- let me

3  ask a different question, then.

4  During a particular quarter, let's focus

5  now on the third quarter of 2001. Did your role

6  vary from week to week in terms of the tasks that

7  you performed?

8  A. Not for the forecast, no.

9  Q. Okay. Can you then describe for me the

10  typical week that -- of work that you did relating

11  to forecasting matters as finance manager?

12  A. Relating to forecast, we had a forecast

13  every other week in the first two months of the

14  quarter and every week during the last month.

15  During those weeks, uhm, typically Monday through

16  Wednesday, we would -- we would work with the

17  divisions to help them input their data on, uhm,

18  answer questions that they may have.

19  On Wednesday the information would -- was

20  consolidated. We ran various reports beginning

21  Wednesday evening into Thursday morning to tie up

22  the numbers and make sure everything was correct

23  and what the divisions expected.

24  On Thursday we would prepare the Americas

25  Forecast Package in preparation for the Americas

1  Forecast Call and then proceed to prepare the

2  Worldwide Forecast Package directly from OFA.

3  And then the -- and then I was

4  responsible for populating the upside report and --

5  and working with management -- with either Ivgen

6  Guner or Jennifer Guner -- to complete that report

7  in preparation for Monday's EC meeting.

8  Q. And "EC meeting" you mean the executive

9  committee meeting?

10  A. Correct.

11  Q. Does that cover the gamut of your tasks

12  during a typical week?

13  A. As I remember, yes.

14  Q. Okay. Now, focusing now on the Monday to

15  Wednesday period, you say you worked with divisions

16  to ensure that they were correctly inputting the

17  data and inputting the data into what?

18  A. Into OFA.

19  Q. Okay. And by divisions, are you -- who

20  are you referring to?

21  A. I'm referring to all sales, consulting,

22  education, so all revenue-generating organizations

23  and all non-revenue-generating organizations, the

24  expense-only organizations.

25  Q. Okay. And they would be putting in

1  expense-oriented data?

2  A. Yes.

3  Q. Okay. Now, are these finance directors

4  from these divisions, or are they the actual

5  salespeople that are putting this information in

6  the OFA?

7  A. They are finance personnel.

8  Q. Okay. And the finance personnel are

9  obtaining that information from what source?

10  MR. GOLDSTEIN: Objection to form.

11  THE WITNESS: It's different for each

12  organization.

13  Q. BY MS. LAVALLEE: Okay. And focusing on

14  the Q-3 2001 now, for the Americas divisions,

15  divisions in the U.S., do you -- what was the

16  source of their -- that information?

17  A. I'm sorry. Which divisions within --

18  well, for the U.S., we had the

19  non-revenue-generating and the revenue-generating.

20  We had sales and consulting, so I -- since I did

21  not work in those organizations, I don't know all

22  of the -- you know, how they came up with their

23  numbers and all of the sources for their

24  information.

25  Q. Okay. And you mention on Wednesday and

1  Thursday you would run some reports -- actually,

2  let me step back.

3  You mentioned at some point in the week

4  you would actually generate reports to check the

5  figures and whatnot. What -- was that in the

6  Monday/Wednesday time frame?

7  A. Monday through Wednesday we would be

8  available, yes.

9  Q. What types of reports would you run to

10  check the figures?

11  A. We would run reports directly out of OFA.

12  They were called tie-out reports.

13  Q. Okay. And the purpose of doing that is

14  just to ensure that the -- I'm not quite sure.

15  What was the purpose?

16  A. The purpose was to ensure that there were

17  no systematic glitches, that the numbers that we

18  were producing on the report from OFA were what the

19  division -- the finance personnel in the division

20  expected the numbers to be.

21  Q. Okay. And then on Wednesday and Thursday

22  you generated reports. Now, you mention the

23  Americas Forecast Reports.

24  Were there other reports as well?

25  A. Not regularly. There was the large

1  packet that was called the Americas -- or I'm

2  sorry. Did you ask me if it was just the Americas

3  Forecast Package?

4  Q  Correct.

5  A  Okay. No, there was not just the

6  Americas Forecast Package.

7  Q  Okay. And what other reports were there?

8  A  There was the large package called the

9  Worldwide Forecast Package.

10  Q  Now, that Worldwide Forecast

11  Package was generated and provided to whom?

12  A  That was generated from OFA and provided

13  only to the personnel in corporate finance that

14  would be applicable, so my manager, Ivgen Guner,

15  the people that work for me, and possibly Ivgen's

16  management, if needed, on an as-needed basis.

17  Q  Okay. And was that something you --

18  well, what was the purpose of generating those

19  particular reports?

20  A  The purpose was to have a package of

21  forecast data for every division that compared

22  forecast to the prior year, in the same quarter,

23  and to budget and to gave variances. It was the

24  raw data, if you will, of the forecast.

25  Q  Okay. And other than the Worldwide

1  Forecast Package and the Americas Package --

2  Americas Forecast Package, what other reports did

3  you and your group generate in a typical

4  forecasting week?

5  A  I also generated the upside report.

6  Q  Okay. And anything else?

7  A  No.

8  Q  Okay. And putting aside regular reports,

9  during the third quarter of 2001, were there other

10  reports that you may have generated that were not

11  regularly -- regularly prepared reports?

12  MR. GOLDSTEIN: Objection to form.

13  THE WITNESS: I don't remember.

14  Q  BY MS. LAVALLEE: Okay. Do you remember

15  any reports during the time frame that you were

16  forecast manager that fall within the category I

17  just discussed?

18  MR. GOLDSTEIN: Objection to form.

19  THE WITNESS: Actually, there were pipeline

20  reports that I don't think I mentioned earlier that

21  I want to actually add to my answer before. I'm

22  just remembering that we had the pipeline package

23  as well.

24  Q  BY MS. LAVALLEE: Okay. And now you're

25  not talking about the actual pipeline analysis.

1  Now you're --

2  A  This is a forecast package, right.

3  Q  Okay. So it's the pipeline reporting

4  package?

5  A  Yes.

6  Q  And that was one of the regular reports?

7  A  Yes.

8  Q  Okay. And anything else?

9  MR. GOLDSTEIN: Objection to form.

10  Q  BY MS. LAVALLEE: Let me ask -- let me be

11  clear in my question. My question is: In terms of

12  reports that may not have been regularly prepared

13  but that you did actually prepare during the time

14  that you were finance manager that related to

15  forecast matters, other than the reports you've

16  already discussed?

17  MR. GOLDSTEIN: Objection to form.

18  THE WITNESS: I don't -- I don't remember.

19  Uhm, I don't remember.

20  Q  BY MS. LAVALLEE: Okay. And the pipeline

21  reporting package, when did you prepare those,

22  during what period of time in a week?

23  A  Well, that was actually prepared at the

24  beginning of each month --

25  Q  Okay.

1  A  -- so the first forecast of each month,

2  and that would also be prepared on the Thursday of

3  the week of the forecast. So we would -- we only

4  requested pipeline information during the first

5  forecast of every month, so only three times --

6  Q  Okay.

7  A  -- a quarter.

8  Q  All right.

9  A  And that -- during that forecast week for

10  that first forecast of the month, we would

11  prepare -- again, the deadline was the same and we

12  would prepare the pipeline reporting package on

13  Thursday.

14  Q  I see. So it was the Thursday -- the

15  first Thursday of each month?

16  A  Correct. Well, the -- when there was the

17  first forecast of each month, the Thursday of that

18  forecast week.

19  Q  Okay. And where was the information

20  obtained to prepare that report?

21  A  OFA.

22  Q  Okay. And was this a report that was

23  generated from OFA, or was it a report that was

24  generated using information contained on OFA?

25  A  Using information from OFA.

1   Q Okay. So there, again, it's an Excel

2   sheet report that was saved somewhere on your

3   network?

4   A Correct.

5   Q Was it -- were there other sources of

6   information other than OFA?

7   MR. GOLDSTEIN: Objection to form. You mean

8   for that report, I assume?

9   MS. LAVALLEE: For that report, yes.

10  THE WITNESS: No.

11  Q BY MS. LAVALLEE: Let me step back. In

12  terms of the forecast accuracy report that we

13  discussed earlier, were there other sources of

14  information other than the OFA?

15  A No.

16  Q Okay. And with respect to the actual

17  pipeline analysis report we discussed earlier, were

18  there other sources of information other than OFA?

19  A No.

20  Q And when you prepared the pipeline

21  reporting package, who did you then distribute it

22  to?

23  A To my manager, either Lia or Ivgen.

24  Q Anybody else?

25  A No.

1   Q And how did you distribute that? Was it

2   by e-mail?

3   A Either hard copy or potentially e-mail,

4   but typically hard copy.

5   Q And did you routinely discuss the results

6   of the pipeline reporting package after preparing

7   and submitting that report?

8   A Did I routinely discuss it? Is that the

9   question?

10  Q Well, yeah.

11  A No.

12  Q Okay. Going back now to the upside

13  reports, can you tell me what your role was in

14  connection with preparing this report?

15  A Yes. My role was to take the raw data

16  from OFA, link it into an Excel workbook, which was

17  the shell for the upside report.

18  Q Okay. And did you compile and finalize

19  the report, or did you just create a portion of it

20  for later completion by somebody else?

21  A I compiled and finalized the report.

22  Q Okay. And what was the sources of

23  information that you used to prepare the upside

24  report?

25  A I used OFA --

1   Q Uh-hum.

2   A -- the upside numbers, and the upside

3   column came from Jennifer Minton.

4   Q Any other sources?

5   A No.

6   Q Okay. And did you discuss with

7   Ms. Minton her upside numbers, or did she just

8   provide you with the information?

9   A She provided me the information.

10  Q So you never discussed the actual -- the

11  analysis or the -- anything about the numbers

12  themselves with her?

13  A Ah, we may have from time to time.

14  Q Okay.

15  A Not regularly.

16  Q Okay. And in what instance would you

17  actually discuss it with her?

18  A No particular instance. It was random.

19  Q Okay. Do you recall any specific

20  discussions that you had with her regarding the

21  upside numbers during the fiscal year 2001?

22  A No.

23  Q Usually when you discussed the

24  information, was it because there was something

25  unusual about the information or was it simply a

1   random discussion?

2   A It was random.

3   Q And after preparing the upside report,

4   what did you do with them?

5   A I distributed hard copies to my manager,

6   Ivgen Guner.

7   Q You just gave her a set of hard copies?

8   A Correct.

9   Q Okay. And do you know for what purpose?

10  A Well, for her informational purposes.

11  Q Okay. And was it also to be used for the

12  EC meeting you mentioned earlier?

13  MR. NADOLENCO: Objection. Foundation.

14  THE WITNESS: I was asked to make copies for

15  Jennifer Minton from time to time as well.

16  Q BY MS. LAVALLEE: Okay. And when you

17  made copies for Ms. Minton, was that for the

18  purpose of the EC meetings?

19  MR. NADOLENCO: Objection. Foundation.

20  THE WITNESS: I -- as -- typically, yes, it

21  was for her to take on Monday morning.

22  Q BY MS. LAVALLEE: Okay. And did you

23  prepare a set number of them -- the reports?

24  A Uhm, I don't remember the number. It

25  would depend on what was asked of me that week,

1  anywhere between five and ten --

2  Q  Okay.

3  A  -- copies.

4  Q  Okay.  And were there some copies that

5  contained less than all of the report?

6  A  Yes.

7  Q  And other than providing the copies to

8  Ms. Minton and Ms. Guner, did you do anything else

9  with the upside reports?

10  A  I saved a copy for myself as record, a

11  hard copy.

12  Q  Okay.

13  A  And I saved it on our network.

14  Q  Okay.  And when you saved it on the

15  network, you're talking now about the finance

16  division's network, correct?

17  A  Correct, password protected.

18  Q  Okay.  And where did you maintain hard

19  copies of reports such as the upside reports when

20  you kept them?

21  A  I had a binder for each quarter.

22  Q  Okay.  And generally did you keep a copy

23  of every report that you prepared in your binder?

24  A  Yes.

25  Q  Okay.  Did you keep copies of other

1  things other than reports you prepared?  For

2  example, materials you received from third -- from

3  other people?

4  A  Yes.  If there was communication with the

5  finance personnel or anything having to do with the

6  forecast, I typically saved that information.

7  Q  Okay.  Would that include e-mails or

8  reports generated by other people?

9  A  Yes.

10  Q  Okay.  Did you typically -- what type of

11  reports did you receive that were generated by

12  other people when you were finance manager?

13  A  Ah, typically tie-out reports or

14  packages -- their division's package of information

15  that provided a tie-out to our numbers or

16  reconciliation to our numbers.

17  Q  Okay.  Any other type of report?

18  A  Not that I can remember.

19  Q  Did you receive any reports that your

20  peers prepared in your finance division?

21  A  Uhm, is this in general or for my

22  forecast binder?

23  Q  Well, let me step back.  So you had a

24  forecast binder, and then you had other binders, or

25  is it just you received other documents that you

1  may or may not have included?

2  A  Well, I may have received other documents

3  from my peers within corporate finance for

4  different ad hoc purposes, analyses, but in terms of

5  for the forecast, that was not typical to receive

6  reports from my peers.

7  Q  Okay.  And if you received reports that

8  related to any subject from your peers, what would

9  you have done with those reports?

10  A  Typically used them for the analysis

11  needed, and I'm not sure where they would have gone

12  after that.  I just would have, you know, trashed

13  them if I didn't need them any more for the

14  analysis or kept them for the period of time when I

15  needed them.

16  Q  Okay.

17  MR. GOLDSTEIN:  Nicole, at an appropriate

18  time, could we take a break?

19  MS. LAVALLEE:  Yes.  We can take a break

20  right now.

21  VIDEO OPERATOR:  We are off the record at

22  11:18 a.m.

23  (A recess was taken.)

24  (Whereupon, Ms. Segal was not

25  present at resumption.)

1  VIDEO OPERATOR:  We are on the record at

2  11:25 a.m.

3  Q  BY MS. LAVALLEE:  Ms. Ronsse, I would

4  actually like to go back and talk briefly about the

5  Americas Forecast Package, and it was a package you

6  indicated you prepared, correct?

7  A  Correct.

8  Q  Okay.  And that was something you

9  prepared on Thursdays.  And was that something you

10  prepared using data on OFA?

11  A  Yes.

12  Q  Okay.  And it was a separate report that

13  was generated on Excel; is that correct?

14  A  Yes.

15  Q  And when you completed this report, who

16  did you provide the report to?

17  A  This report was provided to the

18  participants of the Americas Forecast Call, which

19  occurred on Thursdays of a forecast week.

20  Q  All right.  And did you participate in

21  the phone call?

22  A  Yes.

23  Q  Okay.  Generally, how long did they last?

24  A  Generally, a half an hour.

25  Q  Did they often -- sometimes last longer?

1  A  Sometimes, yes.

2  Q  And do you -- who were, generally,

3  participants in the Americas Forecast Call?

4  A  My manager, Ivgen Guner, Jennifer Minton;

5  the executive vice presidents in charge of North

6  America sales, OPI and OSI, and their finance

7  directors -- well, in Latin America, but that was

8  the same EVP as OPI.

9  Q  And that was Mr. Sanderson?

10  A  Yes.

11  Q  And Mr. Nussbaum and Roberts, were

12  they --

13  A  Correct.

14  Q  -- EVPs in Q-3?

15  A  Correct.

16  Q  And anybody else?

17  A  From time to time Safra Katz and Jeff

18  Henley.

19  Q  Uh-hum.  And anybody else?

20  A  From time to time Larry Garnick.

21  Q  Okay.  Anybody else?

22  A  Not that I can remember.

23  Q  Okay.  Did Mr. Ellison occasionally

24  participate?

25  A  Not that I can remember.

1  Q  Okay.  And what was the purpose of these

2  calls?

3  A  The purpose was to review the forecast

4  numbers for each of the organizations and the large

5  deals for -- in play for each of the organizations.

6  Q  And in anticipation of this call, were

7  materials other than the Americas Forecast Package

8  distributed to the participants?

9  A  No.  The Americas Forecast Package

10  included the forecast report and a Big Deals

11  Report.

12  Q  Okay.  Did you prepare the entire package

13  itself or just components of it?

14  A  We prepared the forecast portion of the

15  Americas Forecast Package.

16  Q  And who prepared the big deals component

17  of it?

18  A  The finance personnel in each of the

19  divisions.

20  Q  Okay.  And did you receive copies of the

21  big deal components?

22  A  Yes.

23  Q  Okay.  Let me step back.  You -- you

24  mentioned earlier that as one of the -- the tasks

25  that you did in terms of the forecasting -- your

1  forecasting duties was to perform analyses.

2  Other than what we've already discussed,

3  were those specific analyses that you performed

4  during the typical forecasting week while you were

5  finance manager?

6  A  Can you repeat the question?

7  Q  Okay.  I think when you itemized your

8  particular tasks as forecast- or forecasting-type

9  tasks you undertook as finance manager, you

10  mentioned that you would perform analyses; is that

11  correct?

12  A  On an ad hoc basis?

13  Q  It was just you mentioned that you would

14  run reports, you ensure numbers are correct, you

15  would generate reports, and you would perform

16  analyses.

17  A  Correct.

18  Q  I'm just wondering what you meant by

19  that.

20  A  It would be random depending on

21  management's request of different analyses

22  comparing forecast information to budget, to

23  previous years, looking at trends of forecast.  The

24  forecast accuracy would fall into that.

25  Q  Right.

1  A  They were random requests depending on --

2  depending on what management was interested in

3  seeing.

4  Q  Okay.  And other than Ivgen Guner, Lia

5  Burke, and Ms. Minton and Mr. Garnick, did you ever

6  receive requests for analysis regarding forecasting

7  matters from any other personnel?

8  A  Not that I remember.

9  Q  It would usually come through them?

10  A  Yes.

11  Q  Okay.  Back to the Americas Forecast

12  Package, were you the one who typically distributed

13  these packages to the participants of the Thursday

14  calls?

15  A  Yes.

16  Q  And how did you distribute the package?

17  A  Via e-mail.

18  Q  Okay.  And did you generally include a

19  summary of information in the e-mail or cover

20  e-mail that said anything, or was it just simply

21  here it is?

22  A  It was a standard e-mail that said simply

23  here it is for this week.

24  Q  Okay.  And did Ms. Burke ever issue --

25  send out these e-mails?

1    A   She did previous to her leaving on

2    maternity leave and me assuming the role.

3    Q   Okay.  And when did she leave on

4    maternity leave?

5    A   It was in the December time frame of

6    2000.

7    Q   Okay.  And do you know how long she was

8    out for?

9    A   I don't remember.

10   Q   Was it for the entire third quarter of

11   fiscal year 2001?

12   A   I don't remember.  I believe so.

13   Q   I'm just going to show you a document

14   that was previously marked in this case as Exhibit

15   No. 39.

16       (Whereupon, Deposition Exhibit 39

17       was placed before the witness.)

18   Q   BY MS. LAVALLEE:  Okay.  Can you tell

19   me -- take a moment and look at it and then tell me

20   what it is?

21       (Pause in proceedings.)

22   THE WITNESS:  This is the Americas Forecast

23   Package.

24   Q   BY MS. LAVALLEE:  Okay.  And it's -- has

25   a cover e-mail that's from you --

1    A   Uh-hum.

2    Q   -- and it's dated September 20th, 2000,

3    correct?

4    A   Correct.

5    Q   Okay.  And is it your understanding that

6    this indeed is an e-mail and the attachment that

7    you sent out on or about September 20th, 2000?

8    A   It looks to be.

9    Q   Okay.  I notice that there's the word

10   "draft" on the forecast attachment.  Was that

11   typical?

12   A   Yes.

13   Q   Okay.  And why would you stamp it

14   "draft"?

15   A   We would stamp these "draft" because

16   Thursday was considered to still be a working day

17   for us in the forecast and, uhm, there was a

18   potential that we would get information from the

19   finance personnel in the divisions that there might

20   be something wrong in the system.

21   Q   Okay.  And I notice that this is coming

22   from you to the -- a number of recipients who, I

23   would assume, are the participants on the Thursday

24   call, correct?

25   A   Correct.

1    Q   Okay.  There are a number -- a couple

2    additional people beyond those that we discussed

3    earlier.

4        Were those people who actually did

5    participate in the call, to the best of your

6    recollection?

7    A   I don't remember.

8    Q   Okay.  I just want to be clear, when you

9    mentioned earlier that Ms. Burke went on maternity

10   leave, you indicated that she went on maternity

11   leave in December and at that time you took over

12   the role of actually sending these out.

13   A   Uh-hum.

14   Q   I gather you occasionally sent them out

15   also on behalf of your division and Ms. Guner -- or

16   Lia Burke?

17   A   Oh, on behalf of.

18   Q   Okay.  That's what this would indicate,

19   correct?

20   A   Right.

21   Q   Okay.  There's a short message included

22   in the attachment.  Is that standard what you

23   would do throughout the time that you sent these

24   out?

25   A   It was actually standard to only find the

1    first sentence on what I typically sent out.

2    Q   Okay.  Why did you include the second

3    sentence on this particular instance?

4    A   I don't remember.

5    Q   Okay.  But that was not typical?

6    A   It was not.

7    Q   Okay.  Did you have regular staff

8    meetings or meetings with people who worked for you

9    during your time as finance manager?

10   A   Occasional, not regular.

11   Q   Okay.  So there wasn't like a standard

12   Monday morning call that you would have or meeting

13   that you would have with your staff?

14   A   Correct, there was not.

15   Q   And how about you with Ms. Guner or

16   Ms. Burke?

17   A   We would have one on ones, but, again,

18   they weren't regular.  We would try to make them

19   regular, but they weren't regular.

20   Q   Okay.  Were there regular meetings over

21   the broader group of people from the finance

22   division?

23   A   Not regular, no.

24   Q   Okay.  So you didn't have any regular

25   meetings that you had to attend other than -- was

1    the Thursday call the only regular meeting that you

2    had on your schedule? And let me restrict my

3    question to the fiscal year 2001.

4       A  I don't remember.

5       Q  Okay. How about the third quarter of

6    2001, does that assist you to focus on that period?

7       A  I don't remember any other regular

8    meetings.

9       Q  Okay. I take it you didn't participate

10   in the Monday morning executive committee meetings,

11   right?

12      A  That's correct, I did not.

13      Q  Did you use the OSO system? Are you

14   familiar with that terminology?

15      A  I'm familiar with OSO.

16      Q  Okay. Is that a program that you used?

17      A  I did from time to time, not regularly,

18   but yes.

19      Q  Okay. What does "OSO" stand for, just so

20   it's clear?

21      A  Oracle sales on line.

22      Q  And was that something that you used in

23   your capacity or in your forecasting duties?

24      A  Ah, yes, irregularly.

25      Q  Okay. And for what purpose would you

---

1    actually go on to OSO or use OSO?

2       A  From an ad hoc perspective to -- to see

3    if a deal that had been mentioned on a Big Deals

4    Report or elsewhere was actually in the system in

5    the division and to see if possibly it had changed

6    or also to look at the forecast numbers, the top

7    level forecast numbers to ensure that they matched

8    what was in OFA.

9       MS. LAVALLEE:  Okay. Why don't we just go

10   off the record for a moment. I have to check the

11   next exhibit number.

12      VIDEO OPERATOR:  We are off the record at

13   11:40 p.m. -- a.m.  Sorry

14      (Pause in proceedings.)

15      VIDEO OPERATOR:  We are on the record at

16   11:41 a.m.

17      MS. LAVALLEE:  I would like to mark the next

18   Exhibit 244, a document Bates stamped CA-ORCL

19   004815 through -4636.

20      (Plaintiffs' Exhibit 244 was marked for

21      identification by the deposition officer and

22      is attached hereto.)

23      MS. LAVALLEE:  And I would also like to mark

24   as 245 an exhibit that is Bates stamped CA-ORCL

25   037623 through -25.

---

1      (Plaintiffs' Exhibit 245 was marked for

2      identification by the deposition officer and

3      is attached hereto.)

4      Q  BY MS. LAVALLEE:  Which is actually just

5    excerpts from the same -- some of the same pages

6    from 244 but where the handwriting is a little

7    easier to read.

8       Ms. Ronsse, if I could ask you to take a

9    look at these two exhibits and then when you've had

10   a chance to look at them, please identify them for

11   me.

12      (Pause in proceedings.)

13      THE WITNESS:  On 245, this looks to be the

14   Americas Forecast Package for the forecast week

15   ending January 15th.

16      244, the first few pages -- two pages

17   look to be the same and after that, uhm, looks like

18   the pipeline report for a few pages. There's a

19   number of things stapled together that aren't --

20   there are a number of packages stapled together,

21   which is not typical.

22      Q  BY MS. LAVALLEE:  Okay. Great. Can you

23   tell me, please, where the Americas Forecast

24   Package begins and ends on Exhibit 244?

25      A  Page 1 and 2 would have been part of the

---

1    Americas Forecast Package. Do we have numbers on

2    here?

3       Q  Yeah, there's -- if you look to the side,

4    there's a Bates range number that starts CA-ORCL.

5       A  So -4614 and -4615 --

6       Q  Right.

7       A  -- appear to be Americas Forecast Package

8    information.

9       Q  Right.

10      A  -4616, -617, this is pipeline package

11   information.

12      Q  Right.

13      A  -618, uhm, is part of the Americas

14   Forecast Package. I believe. Typically we put

15   consulting in. And then we get to -4619, which

16   looks like a page from the Americas Forecast

17   Package again. And then starting -4620 through the

18   end -4636, this actually is not something that I

19   recognize that I would regularly -- that I would

20   regularly produce.

21      Q  Okay.

22      A  I'm not exactly sure what these pages

23   are. It may have been something that I was given.

24   It looks to be support service information, one of

25   their reports, potentially, for the forecast week.

1    Q   Okay. Okay. If I could ask you, then,

2    to focus -- well, let me ask another question.

3        You identified about four or five pages

4    from Exhibit 244 that were from part of the

5    Americas Forecast Package. Would that have been

6    the entirety of the package or would there have

7    been other additional pages beyond those?

8    A   Uhm, the only other thing that I think

9    would typically be included is the Big Deals

10   Report.

11   Q   Okay. But this is a component that you

12   prepared?

13   A   Correct.

14   Q   Okay. Now, if we look at Exhibit 245,

15   there's a series of handwriting on it on the first

16   two -- actually, all three pages.

17       Can you identify the handwriting for me?

18   A   Yes.

19   Q   Is it your handwriting?

20   A   Yes.

21   Q   Okay. And do you know when you took

22   these notes?

23   A   Uhm, they would have been taken during

24   the forecast call.

25   Q   Okay.

1    A   The Americas Forecast Call.

2    Q   Okay. For that same week?

3    A   For the week.

4    Q   Okay. Actually, let me ask you another

5    question. Is this a document that you reviewed in

6    preparation for this deposition?

7    A   Yes.

8    Q   Was it this document or was this part of

9    a document you reviewed in anticipation for this

10   deposition?

11       MR. NADOLENCO: Objection to the form.

12       THE WITNESS: It was --

13       MR. NADOLENCO: I'm sorry. You mean

14   Exhibit 245?

15       MS. LAVALLEE: Yes, or 244. Either one.

16       THE WITNESS: It was this document

17   (indicating).

18   Q   BY MS. LAVALLEE: It was the Exhibit 245?

19   A   245.

20   Q   Okay. Can you -- your handwriting is

21   actually fairly neat -- fairly good. Can you

22   actually just, though, starting from the left, read

23   through your handwritten notes so we're clear on

24   what you're stating here?

25   A   Going down?

1    Q   Yeah. Let's start from the top and go

2    down. On the left-hand side I think it starts at

3    the very bottom: "Sandy said."

4    A   "Sandy says 60 percent. YTD," question

5    mark. "Growth," question mark. "Is this right,"

6    question mark. Do you want me to go on?

7    Q   Let me stop you there and we'll go

8    through and ask questions as you discuss -- as you

9    repeat or as you state what you've written here.

10       "Sandy said 60 percent, YTD." What does

11   that refer to? Year to date?

12   A   "YTD" would refer to year to date.

13   Q   Okay. And do you have any understanding

14   as to what your -- your notation "Sandy said

15   60 percent year to date? Growth? Is this right?"

16   what you were referring to?

17   A   I don't remember.

18   Q   Okay. If you look up on the actual chart

19   itself, uhm, for Sandy's division, what type of

20   growth was he -- was estimated? Can you tell?

21   A   Well, this is only quarterly growth.

22   Q   Right.

23   A   Uhm, but it shows 80 percent for OPI,

24   11 percent for Latin America on revenue.

25   Q   Do you remember any discussion regarding

1    this issue at the forecasting call?

2        MR. GOLDSTEIN: Objection to form.

3        THE WITNESS: No.

4    Q   BY MS. LAVALLEE: Okay. Can you continue

5    with your reading, please.

6    A   "Concern in East," and then "LAD 28

7    percent business is in."

8    Q   Okay.

9    A   I think 28, if I'm reading it right, 28

10   or 23.

11   Q   All right. Now, can you tell from your

12   notation where one thought begins and one thought

13   ends?

14       MR. GOLDSTEIN: Objection to form.

15   Q   BY MS. LAVALLEE: Let me ask a different

16   question. The phrase "Concern in East," do you

17   have any understanding what you were noting when

18   you wrote that?

19   A   I don't remember.

20   Q   Okay. Do you remember any discussions at

21   the forecasting call or at any time during Q-3

22   about concerns in East?

23   A   No.

24   Q   Okay. Do you know what you referred

25   to -- pardon me.

1    Do you know what you meant when you said

2    "East"? Was that a particular division that you

3    were talking about? Can you tell?

4    A   From this note, I can't tell.

5    Q   Okay. Do you have any understanding, as

6    you sit here today, as to what you were referring

7    to?

8    A   No, except that it — well, there were

9    divisions, East, West and Central, within OPI.

10   Q   Okay. Do you believe you were talking

11   about OPI there?

12   A   Most likely because it was under Sandy.

13   Q   Okay.

14   A   Because the note is under what Sandy

15   said.

16   Q   Okay. Do you believe that everything

17   underneath that column there refers to Sandy's

18   division, Mr. Sanderson's division?

19       MR. GOLDSTEIN:   Objection to form.

20       THE WITNESS:   It looks as though — it looks

21   as though, so yes.

22   Q   BY MS. LAVALLEE:   Okay.

23   A   From the notes.

24   Q   Okay. And the fourth line down "LAD 28

25   percent" or "23 percent business is in."

1    A   Uh-hum.

2    Q   What does that statement refer to?

3    A   I don't remember.

4    Q   Okay. What does "LAD" stand for?

5    A   Latin America Division.

6    Q   Okay. And do you have any recollection

7    or any discussion regarding your note there?

8    A   No.

9    Q   Can you continue reading?

10   A   "Ingersoll Rand is unraveling, less

11   promising," and then "Gap, U.S. Filter," and then

12   the word is cut off but I believe it's "Motorola

13   dropped from Q-2, possible for this quarter." And

14   then in the middle it says, "Footnote pipeline

15   without Covisent."

16   Q   Okay. Let me stop you right there. Do

17   you recall any discussion — well, let me ask a

18   different question.

19       Ingersoll Rand, do you know what that was

20   referring to?

21   A   Ah, I don't remember.

22   Q   Okay. Is that a potential deal? Is that

23   your understanding of what you were discussing

24   there or what you were noting?

25   A   It — I don't remember. It could have

1    been.

2    Q   Okay. And what about "Gap," the

3    reference to "Gap"?

4    A   That was a potential deal.

5    Q   Okay.

6    A   I can't remember if it was forecast or

7    upside, but it was a potential deal.

8    Q   Okay. Do you recall any discussion in or

9    about or around January 15th regarding the Gap

10   deal?

11   A   I don't recall.

12   Q   Okay. All right. You started to read

13   from the next column. It says, "Footnote pipeline

14   without Covisent."

15       Do you have any understanding of what you

16   were writing there?

17       MR. NADOLENCO:   Objection to form.

18   Q   BY MS. LAVALLEE:   Let me ask — phrase

19   that a little bit differently.

20       Do you have any understanding of what was

21   the substance of what you were taking a note on

22   there?

23   A   Yes. For a number of our reports, I

24   was — we were asked to include a footnote which

25   showed revenue numbers and growth numbers and

1    pipeline growth numbers and conversion ratios

2    without the Covisent amount of the Covisent deal

3    included.

4    Q   And were you asked to do that during this

5    time frame?

6    A   I don't — I don't remember.

7    Q   Do you recall who asked you to do that?

8    A   My manager, Ivgen, and Jennifer Minton.

9    Q   Okay. Do you have any recollection of

10   why you were asked to do that?

11       MR. NADOLENCO:   Objection. Foundation.

12       THE WITNESS:   It was included as a footnote

13   for informational purposes.

14   Q   BY MS. LAVALLEE:   Okay. And do you know

15   why?

16   A   No, I don't remember specifically except

17   that it was, in general, again, for information

18   purposes to know what the numbers were without

19   it — just to have an easier comparison to previous

20   years or to, uhm, to forecast and for other

21   analysis purposes.

22   Q   Okay. What —

23   A   For other ratios that you might — might

24   do conversion ratios, comparisons of conversion

25   ratios, pipeline conversion ratios.

1    Q   Okay.  And what other type of analysis

2    would that be relevant to?

3        MR. GOLDSTEIN:  Objection to form.

4        THE WITNESS:  I guess when I say analysis for

5    when you're looking at -- when you're analyzing

6    prior -- comparing prior year growth numbers to

7    other quarters prior growth numbers, that type

8    of analysis.

9        (Whereupon, Ms. Segal entered the

10   deposition room.)

11   Q   BY MS. LAVALLEE:  Okay.  Anything else?

12       MR. GOLDSTEIN:  Objection to form.

13   Q   BY MS. LAVALLEE:  Any other analysis or

14   comparisons?

15   A   No.  Again, I didn't mean actual analyses

16   like paper analyses.  More informational, you know,

17   analyses in your mind, if you will, in comparing

18   numbers --

19   Q   Right.

20   A   -- from one quarter to another.

21   Q   Okay.  And would it be relevant for

22   forecasting purposes as well?

23       MR. GOLDSTEIN:  Objection to form.

24   Q   BY MS. LAVALLEE:  And by -- let me

25   clarify.  Would it be relevant to -- to look at

1    pipeline without Covisent for forecasting purposes

2    as well or revenue figures without Covisent?

3        MR. GOLDSTEIN:  Same objection

4        THE WITNESS:  For -- I guess if you can

5    clarify relevant on -- for forecasting.

6    Q   BY MS. LAVALLEE:  How about -- you've

7    talked about some of the reasons why you would do

8    an analysis, pipeline or revenue, without Covisent.

9    I guess my question is:  You've referred to --

10   actually, let me do something else.

11       Could I have her response to the initial

12   question on this line of questioning read back?

13       (The record was read as follows:

14       "A  No, I don't remember specifically

15       except that it was, in general, again,

16       for information purposes to know what the

17       numbers were without it -- just to have an

18       easier comparison to previous years or to,

19       uhm, to forecast and for other analysis

20       purposes.")   *

21   Q   BY MS. LAVALLEE:  I guess my question is:

22   What did you mean by comparison to forecast or

23   other -- to forecast?

24   A   I guess what I meant was, uhm, that --

25   what I really meant to say was comparison to

1    previous years, the forecast, the current forecast

2    number to previous years, and in comparing the

3    current forecasted growth rate and conversion ratio

4    against previous years growth rate and conversion

5    ratios.

6    Q   Okay.  Why would it be relevant or

7    important to take out the Covisent from these

8    analyses?

9        MR. GOLDSTEIN:  Objection to form.

10   Q   BY MS. LAVALLEE:  Like how does that help

11   I guess is my question.

12       MR. GOLDSTEIN:  Same objection.

13       MR. NADOLENCO:  And, Nicole, we're still

14   operating under the assumption that I'm joining in

15   all of Oracle's objections?

16       MS. LAVALLEE:  Yes, and vice versa.

17       THE WITNESS:  Uhm, from my perspective when

18   you're looking at revenue growth, including a deal

19   that large, comparing it to a previous year, you

20   tend to want to see the reason why it is so large

21   and so that's why we would kind of neutralize the

22   effect of Covisent to compare it to the -- to the

23   previous year.

24   Q   BY MS. LAVALLEE:  Okay.  Do you recall

25   any specific discussion regarding your instruction

1    to "Footnote pipeline without Covisent' or

2    footnote -- or revenue without Covisent?

3        MR. GOLDSTEIN:  Objection to form.

4        THE WITNESS:  No.

5    Q   BY MS. LAVALLEE:  Can you continue

6    reading --

7    A   Sure.

8    Q   -- right below that?

9    A   "NAS 14,400 for upside, OSI zero.  Check

10   on rates for this week expecting 2 point

11   improvement."

12   Q   Okay.  If I could stop you there.  Do you

13   recall what was the significance or what was the

14   meaning of your notation "NAS 14,400 for upside"?

15   A   No.

16   Q   Okay.  Were you -- do you have any

17   understanding as to whether you were referring to a

18   specific dollar amount there for what represented

19   the upside?

20   A   From the note, it seems that it would be

21   a dollar amount.

22   Q   Okay.  And OSI, was that dollar amount,

23   do you believe that refers to the upside figure?

24   A   Since it's underneath the NAS note for

25   upside, yes.

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  Q  Okay. Do you have any recollection of

2  any discussions regarding upsides for Q-3 2001?

3      MR. GOLDSTEIN: Objection to form.

4      THE WITNESS: No.

5  Q  BY MS. LAVALLEE: Okay. Do you recall

6  the trend of the upside trend -- let me ask a

7  different question.

8      Do you recall what the upside numbers --

9  what the upside numbers were during any of the

10 weeks of Q-3 2001?

11 A  No, I don't remember.

12 Q  Do you recall the trend of how it moved,

13 the upside number?

14     MR. GOLDSTEIN: Objection to form.

15     THE WITNESS: It -- no -- well, what do you

16 mean by "trend"?

17 Q  BY MS. LAVALLEE: I guess -- that's a

18 fair question.

19     Do you recall how the upside number for

20 any division or for the company as a whole changed

21 throughout Q-3 2001, if indeed it changed?

22 A  I don't recall.

23 Q  And your next notation "Check on rates

24 for this week expecting 2 point improvement," do

25 you have any understanding of what you were taking

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  a note of there?

2  A  Uhm, the rates -- I would have been

3  speaking about the exchange rates --

4  Q  Okay.

5  A  -- that we loaded into OFA, the

6  forecasted exchange rates.

7  Q  Okay. And what would have been the

8  significance of making a note of that?

9      MR. GOLDSTEIN: Objection to form.

10     THE WITNESS: We always checked to make sure

11 that we had the accurate rates and it was probably

12 just something I noted to myself. I don't remember

13 precisely.

14 Q  BY MS. LAVALLEE: Okay. Do you remember

15 any specific discussions regarding exchange rates

16 during Q-3 2001?

17 A  No.

18 Q  All right. Could I ask you to continue

19 reading -- well, actually before we go to the

20 column on the right, you have some notations on

21 numbers and tick marks and whatnot in the actual

22 chart itself.

23     Do you have any understanding of what you

24 were doing when -- what those notes reflect?

25 A  No, I don't.

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  Q  Okay. Can you continue reading, then, on

2  the bottom right with your word notations?

3  A  "OSI, Higher Ed deals are key" -- and it

4  says "UT," I think.

5  Q  Do you know what "UT" stands for?

6  A  No. UT, no.

7  Q  Okay. Do you have any understanding of

8  what that phrase generally refers to?

9  A  Which phrase?

10     MR. GOLDSTEIN: You mean the whole note?

11 Q  BY MS. LAVALLEE: Yeah, let me -- the

12 sentence "Higher Ed deals are key UT," do you have

13 any understanding of what it was you were making a

14 note of there?

15 A  Since it's under "OSI," "Higher Ed" is a

16 division of OSI. That's -- that's about as much as

17 I would know what was being discussed was "Higher

18 Ed deals."

19 Q  Okay. And your next notation?

20 A  Looks like "Opportunities in" -- this one

21 is hard -- "in comm" -- "communications" I think is

22 what is spelled out, and I can't read what's to the

23 far right on that line.

24 Q  Uh-hum.

25 A  "But commit to 59."

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  Q  Okay. Does the word "commit" have any

2  significance to you?

3  A  What do you mean by "significance"?

4  Q  Does that word have any meaning in terms

5  of the forecasting terminology?

6  A  No.

7  Q  Okay. Do you have any understanding of

8  what you were taking note of there in that

9  sentence?

10 A  I don't remember.

11 Q  All right. Let's keep going. Can you

12 continue reading to the next line?

13 A  "Low 185."

14 Q  Uh-hum. Do you have any understanding of

15 what you were making a note of there?

16 A  I don't remember.

17 Q  Okay. And your next notation?

18 A  "Best maybe" -- I don't know if that's

19 "maybe" or not. I can't read the next word after

20 that.

21 Q  Okay.

22 A  "Safe at 210" is the next line.

23 Q  Okay. Do you have any understanding of

24 what you were making note of there?

25 A  No. These are all just things that was

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   said about OSI.

2   Q   Okay. And the figure "210," do you have

3   any understanding of what that refers to? Was that

4   a dollar figure that you were referring to?

5   A   Most likely, yes.

6   Q   Okay. And what would that be? Would

7   that be a forecast figure?

8   A   I don't know.

9   Q   Okay. And the next notation?

10   A   "Federal big agency deals." Under that I

11   can't -- I can't read the first word. It says

12   "Q-1" and "Q-2" and "Air Force," I think "Q-4" in

13   parentheses.

14   Q   Okay. And do you have any understanding

15   of what you were making a note of there?

16   A   Not more than -- than what is -- you

17   know, than what is written.

18   Q   Okay.

19   A   No. I don't remember.

20   Q   The actual notes themselves don't have

21   any meaning to you at this stage?

22   A   No, not that -- nothing that I remember

23   or recall.

24   Q   Okay. And do you think that -- do you

25   recall any discussions regarding deals in the

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   federal division?

2   A   No.

3   Q   Do you recall any discussions or do you

4   recall -- well, strike that.

5       Do you recall any discussions regarding

6   what the growth rates in OPI looked like without

7   the Covisent deal?

8   A   No, I don't recall.

9   Q   Do you recall what the numbers actually

10   were for Q-3 2001 without Covisent?

11   A   No.

12   Q   Do you recall -- okay. Let's continue to

13   the next page, which is Bates stamped CA-ORCL

14   037624, and there's a couple of notations on the

15   charts with check marks as well as -- I guess

16   there's one of the numbers is circled.

17       In terms of the notations on the chart

18   itself, do you have any understanding of what you

19   were doing by those notes?

20   A   No.          *

21   Q   Okay. Now, in terms of the written words

22   below on the side, can you read the ones -- the one

23   on the bottom?

24   A   The one in the middle?

25   Q   Yes.

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A   On the bottom? The arrow "Reluctant at

2   185."

3   Q   Okay. Do you have any understanding of

4   what the reference there was?

5   A   No.

6   Q   Okay. Can you explain for me what

7   this -- the chart represents on the bottom of this

8   page 37624?

9   A   The one titled "License Scenario

10   Analysis"?

11   Q   Yes.

12   A   This -- these were numbers provided to us

13   by the finance personnel in the divisions as to

14   what each division believed was their worst, most

15   likely, and best dollar amounts that they would

16   close in the quarter.

17   Q   Okay. And the worst represents what?

18   MR. GOLDSTEIN: Objection to form.

19   Q   BY MS. LAVALLEE: The worst figure for

20   each of these divisions on license represents what?

21   A   Ah, the understanding was that that would

22   be the lowest amount that they would close for the

23   quarter.

24   Q   Okay. And the best figure represented

25   what?

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A   The potential amount.

2   Q   Okay. And the most likely figure?

3   A   As it states, what they would most likely

4   come in at.

5   Q   Okay. And do you have any

6   understanding -- recollection of any discussion

7   regarding Mr. Sanderson's division OPI and the

8   reference to 185?

9   A   No.

10   Q   And can you read the notations on the

11   right-hand side?

12   A   "Best down from 390 to 360, FY 30 percent

13   dash 25 percent 9AS," question mark, "Majors 13

14   percent." There's a dash there.

15   Q   Do you have understanding as to

16   whether that represents a negative figure?

17   A   I don't, no.

18   Q   Keep going.

19   A   "GB" it looks like "2 percent."

20   Q   Right. No negative there, right? No

21   dash there, right?

22   A   I don't see a dash.

23   Q   All right. Keep going.

24   A   "Can," which would be Canada, and I can't

25   read -- there's a dash. It looks like an "NG,"

1  maybe.

2      Q  Do you know what that would mean?

3  Negligible?  You don't know?

4      A  Uhm, I don't remember.

5      Q  Okay.  And the notation below?

6      MR. GOLDSTEIN:  We just want you to know that

7  we don't consider Canada to be negligible at all.

8      MS. LAVALLEE:  I appreciate hearing that.

9  Thank you, Paul.

10      MR. GOLDSTEIN:  You're welcome.  She's from

11  Canada.

12      THE WITNESS:  Oh, okay.  I understand now.

13  And then "Economic" at the bottom.

14      Q  BY MS. LAVALLEE:  Okay.  Do you have any

15  understanding of what you were referring to in

16  these notations here?

17      A  I don't remember.

18      Q  Okay.

19      A  Besides what's on it.

20      Q  Do these notes have any significance to

21  you?  Do you understand, based on how you take

22  notes, what this could mean?

23      A  Uhm, it would be verbatim what -- well,

24  not necessarily verbatim, but it would be what was

25  spoken of on the call.

---

1      Q  Okay.  So the line "Best" arrow down

2  "from 390 to 360," generally that's talking about

3  the best case number of -- on the left-hand side of

4  that chart, is that what that's refer to?

5      A  Generally, yes.

6      MS. LAVALLEE:  Okay.  There's five minutes

7  left on the tape.  So let's take a couple minutes

8  just to change the tape and take a break at this

9  time.

10      MR. GOLDSTEIN:  Do you want to take a lunch

11  break or --

12      MS. LAVALLEE:  Why don't we finish with the

13  line of questioning, and then we'll take a lunch

14  break.

15      MR. GOLDSTEIN:  That's fine.

16      VIDEO OPERATOR:  This concludes Videotape

17  No. 1 in the videotaped deposition of Roberta

18  Ronsse.  The time is 12:13 p.m. on April 20th,

19  2004, and we are off the record.

20      (Pause in proceedings.)

21      VIDEO OPERATOR:  This begins Videotape No. 2

22  in the videotaped deposition of Roberta Ronsse.

23  The time is 12:16 p.m. on April 20th, 2004, and we

24  are on the record.

25      Q  BY MS. LAVALLEE:  Ms. Ronsse, the word

---

1  "best," do you have any understanding as to whether

2  that refers to the "Best" column on the left-hand

3  side of that chart?

4      A  Uhm --

5      Q  The numbers are down from --

6      A  It looks like it does.  It looks like it

7  does, yes.

8      Q  And it's your understanding there would

9  have been a discussion about that subject at the

10  call?

11      A  Yes.

12      Q  Okay.  Do you -- generally, how would

13  that proceed?  Would there be a discussion as to

14  why the number was dropping?

15      A  Uhm, there isn't any -- the discussions

16  were random, so I couldn't say generally.

17      Q  Okay.  Who was basically the person who

18  sort of coordinated the call in terms of actually

19  speaking at the call and sort of organizing how it

20  proceeded?

21      A  Typically, Jennifer Minton.

22      Q  And was there a standard sort of

23  procedure in terms of how matters were discussed or

24  in what order things were discussed?

25      A  Nothing standard, no.

---

1      Q  Okay.  What were the general subject

2  matters of these calls?

3      A  Ah, generally, the executive would review

4  his or her -- his numbers and the big deals, the

5  large big deals typically that were on their Big

6  Deals List.

7      Q  Okay.  And would there be some

8  back-and-forth discussion about that?

9      A  Yes.

10      Q  Okay.  And would people pose questions?

11      A  Yes.

12      Q  And who generally would do the speaking

13  and asking of questions?

14      A  Generally Jennifer Minton, Jeff Henley,

15  when he attended, and Safra Katz, when she

16  attended.

17      Q  Do you recall any discussions regarding

18  any specific deals on the Thursday calls in Q-3

19  2001?

20      A  No.

21      Q  Okay.  Do you recall anything unusual

22  about Q-3 2001?

23      MR. GOLDSTEIN:  Objection to form.

24      MR. NADOLENCO:  I agree.

25      THE WITNESS:  In terms of "unusual," what --

1   Q  BY MS. LAVALLEE:  Let me rephrase my

2   question.  Let me ask you a different question.

3       Well, let's continue with the notes.  The

4   FY 30 percent hyphen 25 percent, do you have any

5   understanding of what that phrase there -- and the

6   notation on the end is 91 AS, correct?

7       A  9IAS.

8       Q  9IAS.  Thank you.  And do you have any

9   understanding what that phrase means or what that

10  notation is?

11      A  Not -- not the notation, no.  The entire

12  notation, no.

13      Q  Okay.  Any portion of it?

14      A  Well, I just know that "9IAS" stands for

15  the application server, 9i Application Server.

16      Q  Okay.  And the -- do you recall any

17  discussions regarding the majors divisions and how

18  it was performing in Q-3 2001?

19      A  I don't recall.

20      Q  Okay.  Do you -- "GB," what does that

21  stand for?

22      A  General business.

23      Q  Okay.  Do you have any recollection of

24  how that was performing in Q-3 2001?

25      A  No.

1   Q  And the notation "Economic," do you have

2   any understanding of what you were referring to

3   there?

4       A  No.

5       Q  Okay.  And the next page there's some

6   handwritten notes.  Those, I take it, are yours as

7   well, right?

8       A  Yes.

9       Q  Okay.  And do you have any understanding

10  of what you were noting in -- with these

11  handwritten notations?

12      A  No.

13      MS. LAVALLEE:  All right.  Why don't we break

14  now for lunch.

15      MR. GOLDSTEIN:  Okay.

16      VIDEO OPERATOR:  We are off the record at

17  12:20 p.m.

18      (Whereupon, a luncheon recess was

19      taken at 12:20 p.m.)

20          .

21

22

23

24

25

1   SAN DIEGO, CALIFORNIA; TUESDAY, APRIL 20, 2004;

2       1:14 P.M.

3       . . .

4       EXAMINATION (RESUMED)

5   VIDEO OPERATOR:  We are on the record at

6   1:14 p.m.

7   MS. LAVALLEE:  Could I have the last question

8   and answer read back, please.

9       (The record was read as follows:

10      "Q  Okay.  And do you have any

11  understanding of what you were noting in --

12  with these handwritten notations.

13      "A  No.")

14      Q  BY MS. LAVALLEE:  Ms. Ronsse, we were

15  talking about, before we broke for lunch, the

16  Thursday forecasting calls and generally some of

17  the subject matters that were touched upon during

18  those calls.

19      Do you -- can you tell me, did you,

20  generally, take notes at those calls?

21      A  Yes.

22      Q  Okay.  And did you take notes on reports

23  such as the one that we just looked at,

24  Exhibit 245?

25      A  Yes.

1   Q  Okay.  Do you generally take notes when

2   you attend most meetings?

3       MR. NADOLENCO:  Objection to form.

4       Q  BY MS. LAVALLEE:  Let me ask a different

5   question.  During the third quarter of 2001, did

6   you generally take notes when you attended

7   meetings?

8       A  I don't remember.

9       Q  Okay.  And when you attended the

10  forecasting -- the Thursday forecasting calls, did

11  you bring with you materials that you might need to

12  reference during those calls?

13      A  I don't remember bringing any others

14  besides this.

15      Q  Okay.  Were you actually called upon to

16  talk during those calls?

17      A  No.

18      Q  Okay.  So, to the your best of your

19  recollection, did you ever speak at any Thursday

20  forecasting call?

21      A  No.

22      Q  And we spoke about the fact that the

23  executive vice presidents from the various

24  divisions would speak and talk about their

25  forecasts and there would be some questioning by

1   various people, including Ms. Minton, Mr. Henley,

2   and Ms. Katz to the extent they were present.

3   Is that fairly accurate?

4   A  Yes.

5   Q  Okay. Apart from that type of

6   discussion, what other types of discussions were

7   there during the Thursday forecasting calls?

8   A  Discussions surrounding the accuracy of

9   the numbers that were presented in the package

10  would also come up from time to time. If there was

11  something wrong, that would be discussed.

12  Q  Okay. And who would speak to that issue?

13  A  Either the EVP or the finance director on

14  behalf of the EVP.

15  Q  Okay. And do you recall any specific

16  discussions regarding those issues from the Q-3

17  2001 time frame?

18  A  No.

19  Q  And other than the accuracy of the

20  numbers and the forecasts from the particular

21  divisions that we discussed earlier, were there

22  other subject matters that were touched upon during

23  the forecasting calls?

24  A  I don't remember any others.

25  Q  Okay. Were there discussions regarding

1   trends or -- let me ask a different question.

2   Were there discussions regarding how the

3   current forecast and numbers compared to historical

4   figures ever discussed or happen during the

5   Thursday forecasting calls, to the best of your

6   recollection?

7   A  I don't remember besides the numbers that

8   were on the reports.

9   Q  Okay. And -- but there were discussions

10  regarding the deals, right? I think we talked

11  about that.

12  A  Typically, yes.

13  Q  Okay. And I guess there would be some

14  back and forth regarding if there were problems

15  with particular deals; is that the general concept?

16  A  Uhm, yes, but not only problems but --

17  either way, problems or advancements with pending

18  deals.

19  Q  Right. Okay. And were the topics of --

20  you know, were there a lot of deals out there or

21  whether or not there were -- the size of the deals,

22  were those generally topics that were discussed

23  during the Thursday forecasting calls?

24  A  Uhm, yes, generally.

25  Q  Do you recall any discussions regarding

1   deals from the fiscal year 2001 time frame?

2   A  Specific deals, no.

3   Q  Okay. Uhm, trends regarding deals?

4   MR. GOLDSTEIN: Objection to form.

5   THE WITNESS: Trends -- I don't understand --

6   Q  BY MS. LAVALLEE: Okay.

7   A  -- what you mean by "trends regarding

8   deals."

9   Q  Okay. Well, do you recall ever

10  discussing the issue of how many big deals there

11  were in a particular division in the fiscal 2001

12  time frame?

13  A  I don't remember.

14  Q  Okay. Do you recall any discussions,

15  generally, either at a Thursday forecasting call or

16  outside of Thursday forecasting calls, discussions

17  regarding the fact that there were less big deals

18  in the pipeline in a particular division such as

19  NAS?

20  A  No.

21  Q  Generally, were there discussions at the

22  Thursday forecasting calls regarding trends in

23  terms of -- let me strike -- let me ask a different

24  question.

25  Were there discussions regarding how

1   customers were behaving generally? Is that

2   something that was discussed at the Thursday

3   forecasting calls?

4   MR. NADOLENCO: Objection as to form.

5   THE WITNESS: I don't remember.

6   Q  BY MS. LAVALLEE: Okay. In terms of the

7   actual report, the forecast -- the Americas

8   Forecast Report, and I'm referring now to

9   Exhibit 245, can you point to a particular section

10  of the report that were the types of numbers or

11  figures that were discussed during the calls?

12  A  Uhm, revenue was discussed, revenue

13  figures, typically margin figures.

14  Q  Were the actual forecast figures

15  discussed, or was there a discussion regarding the

16  comparison between the current week's forecast and

17  the second call in the prior week's forecast?

18  A  There would be discussions comparing to

19  the prior week.

20  Q  And what about the year -- prior year's

21  growth, the growth over the prior year which, I

22  believe, is the fourth column; is that correct?

23  A  Yes.

24  Q  Was that -- those figures -- type of

25  figures discussed?

1    A  Sometimes.

2    Q  Anything else?

3    A  Let's see.  Do you mean just on the first

4    page or anywhere --

5    Q  Any page.

6    A  Uhm, pipeline numbers and as they

7    compared to the previous week.

8    Q  And are you referring to any particular

9    column on any particular page?

10   A  On the page marked -7624 --

11   Q  Yes.

12   A  -- the pipeline columns here, the Q3 FY01

13   Pipeline, Prior Week Pipeline.  In general,

14   pipeline would be discussed.

15   Q  Okay.  And what about the conversion

16   ratio?

17   A  It -- from time to time, yes.

18   Q  And was there -- what would trigger a

19   discussion on the conversion ratio in one week as

20   opposed to another?

21   MR. NADOLENCO:  Object to the form.

22   THE WITNESS:  Yeah, I don't -- I couldn't

23   speculate as to what -- or can't really remember

24   what would trigger it.

25   Q  BY MS. LAVALLEE:  Okay.  So was it

1    usually a discussion regarding some issues that

2    might not always be discussed because there was a

3    variant that cost somebody -- or something unusual

4    about a figure that caught someone's eye or could

5    it be just for any reason?

6    MR. GOLDSTEIN:  Objection as to form.

7    THE WITNESS:  It was random.

8    Q  BY MS. LAVALLEE:  Okay.  And the growth

9    versus prior year percentage on the pipeline

10   figure, that was something that was discussed

11   occasionally or routinely?

12   A  Potentially occasionally.  Sorry.

13   MR. GOLDSTEIN:  That's fine.

14   MS. LAVALLEE:  Could I have the last answer

15   read back?

16   THE WITNESS:  I just realized it was

17   forward-looking and then back-wards looking with my

18   "potentially occasionally."  I just meant

19   "occasionally."  I threw in "potentially" not on

20   purpose.

21   Q  BY MS. LAVALLEE:  That's fair.  The box

22   on the bottom, the worst case, most likely, and

23   best case, the "License Scenario Analysis," that

24   box in its entirety, was that something that was

25   discussed?

1    A  Occasionally.

2    Q  I gather on June 15th, week six, based on

3    your notes, is it fair to say that those numbers

4    were discussed?

5    MR. GOLDSTEIN:  You said June.  I think you

6    meant January.

7    MS. LAVALLEE:  January 15th.  Thank you,

8    Paul.

9    THE WITNESS:  I can't remember, but it -- my

10   notes seem to refer to that box.

11   Q  BY MS. LAVALLEE:  Okay.  What about from

12   the third page of Document 245?

13   A  Typically, consulting would be discussed,

14   the revenue figures and margin figures and --

15   change from the previous week, variance from the

16   previous week.  I think that's the only other new

17   information that is on this page.

18   Oh, I'm sorry.  And this showing Q-4 '01,

19   so it's the next quarter out.  I just realized this

20   was Q-4 of '01.  That typically did not get

21   discussed.  It was more for informational purposes.

22   Q  Okay.  And is it fair to say, based on

23   this chart, that you performed certain amounts of

24   either compilation of data or analysis of data for

25   the next quarter when you -- in the forecasting

1    process?

2    A  Yes.

3    Q  Okay.  So this was not an unusual sheet

4    to appear in the Americas Forecast Report; is that

5    fair?

6    A  Yes.

7    Q  Okay.  At what point in a quarter did you

8    start looking to the next quarter for forecast, to

9    compile forecasting-type data?

10   A  It wasn't regular.  Uhm, it was upon

11   direction of management when they felt we were

12   prepared and the finance personnel in the divisions

13   were prepared to -- to provide the information.

14   Q  Okay.  And I notice that you have

15   annotations on page -625.  Does that sort of

16   reflect notes that you took during the forecasting

17   call?  Can you say?

18   A  I can't say, no.

19   Q  Okay.  It's fair to say you looked at

20   these numbers, though, at some point because you

21   made notes on them?

22   A  Yes.

23   Q  Do you have any recollection whether or

24   not the fourth quarter numbers were actually looked

25   at on -- or in connection with the forecasting call

1   for January -- the week of January 15th?

2      A   No, I don't remember.

3      Q   Okay.  Do you recall any -- were there --

4   let me ask a different question.

5         Were there any discussions of general

6   economic factors that might impact the forecast

7   during the Thursday forecasting calls?

8      A   Not that I remember, no.

9      Q   Okay.  Is it fair to say that, though, to

10   the extent one of the divisions was seeing

11   particular growth or was experiencing some real

12   upside, they would discuss that at the call?

13      MR. NADOLENCO:  Object to the form.

14      THE WITNESS:  Can you repeat the question?

15      Q   BY MS. LAVALLEE:  To the extent there was

16   one particular division that might have been seeing

17   some growth, more than anticipated growth, that

18   they would -- that that would be something that

19   would be discussed in the calls?

20      MR. NADOLENCO:  Object to the form.

21      THE WITNESS:  Upside or downside would be --

22   would be discussed or would be brought up.

23      Q   BY MS. LAVALLEE:  Okay.  So --

24      A   Potentially.  I'm sorry.  Not all the

25   time.

1      Q   But that's something that to the extent

2   there was something going on, that might be

3   discussed?

4      A   It might be, yes.

5      Q   Okay.  Would issues like -- do you

6   know -- let me ask a different question.

7         Are you familiar with the term "deal

8   cycle"?

9      A   No, I never -- I never used it.

10      Q   Have you heard it used before?

11      A   I don't remember.

12      Q   Okay.  Do you have any understanding as

13   to generally how long it takes for a license deal

14   to close from beginning -- from the time it first

15   became an opportunity to the time it closed at

16   Oracle?

17      A   No, I don't have that knowledge.

18      Q   Okay.  Was that -- was the time frame for

19   closing of deals something that was ever discussed

20   at Thursday forecasting calls?

21      A   I don't remember.

22      Q   Okay.  Were the budget rate -- pardon

23   me -- the budget numbers ever something that was

24   discussed in the forecast calls?

25      A   From time to time.

1      Q   Okay.  In what context would those

2   numbers be discussed?

3      A   Typically comparing forecast to their

4   budget numbers.

5      Q   Okay.  And -- okay.  Was that something

6   that was regularly discussed?

7      A   No, from time to time.

8      Q   Okay.  And do you recall any specific

9   times when that was discussed?

10      A   No.

11      Q   Going back a couple years here.

12      A   Yeah, four.  Lots of calls.

13      Q   Do you recall any discussions regarding

14   the dot com business and when it started to slow

15   down and what impact that might have on the

16   company?

17      MR. NADOLENCO:  Object to the form.

18      THE WITNESS:  I don't recall.

19      Q   BY MS. LAVALLEE:  Do you recall whether

20   that was ever discussed?

21      A   Sure.  After -- at the very end of the

22   quarter, after the fact of -- you know, it was one

23   of the reasons we gave as a company for not making

24   our numbers --

25      Q   After --

1      A   -- I believe.  Pardon.

2      Q   Are you talking about a particular

3   quarter now?  Q-3 --

4      A   Yes.

5      Q   -- 2001?

6         Okay.  So do you recall ever having

7   discussed it prior to the end of the quarter?

8      A   No.

9      Q   Okay.

10      MR. GOLDSTEIN:  My coughs are being

11   electronically propagated.  Sorry.

12      Q   BY MS. LAVALLEE:  Generally, would there

13   be a discussion at the Thursday forecasting calls

14   regarding whether or not the pipeline was growing

15   or getting smaller throughout the quarter?

16      A   Generally, yes.

17      Q   Okay.  So the -- just the trend of -- is

18   it fair to say that the trend, the direction that

19   the pipeline was taking was something that you

20   discussed occasionally?

21      MR. NADOLENCO:  Object to the form.

22      THE WITNESS:  Uhm, do you want to explain the

23   "trend," what you mean by a "trend"?

24      Q   BY MS. LAVALLEE:  Okay.  Do you -- is a

25   "trend" a term that you used at Oracle in the

1   forecasting scenario?

2      A   Not with forecasting specifically.

3      Q   Okay. Was it a term they used generally

4   at the company?

5      A   For different ad hoc analyses we might

6   look at trends.

7      Q   Okay. And in what -- what do you mean by

8   "trends" in that context?

9      A   Uhm, in that context, I mean by looking

10  at either every quarter over the last year, over

11  the last two years, uhm, the same quarter in

12  previous fiscal years. That's what I mean by

13  "trend."

14     Q   Okay. Well, let's use that same

15  definition to apply to my question, and my question

16  is: Did you discuss the trends of pipelines -- the

17  pipeline trend during the forecasting calls?

18     A   Typically --

19     MR. GOLDSTEIN: Objection to form.

20     THE WITNESS: Typically not.

21     Q   BY MS. LAVALLEE: But you would just

22  consider pipeline in terms of the numbers as

23  presented in the charts?

24     A   Correct. It's compared from the previous

25  week and over the previous year.

1      Q   Okay. Do you recall any specific

2   discussions from the January 15, 2000 -- strike

3   that.

4          Do you recall any specific discussions

5   regarding any matter at the Thursday forecasting

6   call for week six of the third quarter of fiscal

7   year 2001?

8      A   I don't remember that call.

9      Q   Okay. Do you remember any call from the

10  quarter?

11     A   No.

12     Q   Do you recall any calls from the second

13  quarter of the fiscal year 2001?

14     A   No. I also didn't start attending those

15  until later when I assumed the role of Lia Burke in

16  Q-2 of 2001. That's when I assumed her role and

17  started to attend them, just to clarify. I didn't

18  attend all the forecast calls in Q-2 of 2001.

19     Q   Okay. Did you attend them all in Q-4

20  2001, do you know?

21     A   I -- I should have, unless I was absent

22  or -- but it was my role to attend them at that

23  time.

24     Q   Okay. And was that simply a function of

25  Lia Burke not being there or is it something -- a

1   new role that you took on?

2      A   It was a new role.

3      Q   Okay. And did your job as finance

4   manager change from the time you first became named

5   finance manager in the fall of '99 through March of

6   2002?

7      A   It did. At the -- at the beginning up

8   until when Lia Burke left for maternity leave, I

9   simply prepared -- not "simply." I was just

10  responsible for the Americas Forecast Package for

11  compiling it and for the executive committee

12  forecast package, but not for the upside report or

13  for the pipeline reporting package.

14     Q   Okay.

15     A   When Lia came back, she assumed a

16  different role and I took on the upside reporting

17  and the pipeline reporting as well as the other

18  responsibilities --

19     Q   Okay.

20     A   -- I kept.

21     Q   And what role did she take on at that point

22  in time when she came back from maternity leave?

23     A   I -- I think -- I can't remember, but I

24  think it was in marketing finance. I knew she

25  eventually moved into that, but I can't remember if

1   it was right after she came back.

2      Q   But you at that point had started to

3   report directly to Ivgen Guner?

4      A   Correct.

5      Q   Do you recall any discussions from the

6   Q-4 2001 time frame regarding -- discussions at the

7   forecasting calls?

8      A   No.

9      Q   I would like to show you a document that

10  was previously marked as Exhibit 72.

11     (Whereupon, Deposition Exhibit 72

12     was placed before the witness.)

13     THE WITNESS: Do you want these back?

14     Q   BY MS. LAVALLEE: No, you can hold on to

15  those. Actually, at the end of the day the court

16  reporter will take the marked ones with her --

17     A   Okay.

18     Q   -- for compilation in the transcript.

19  And I said this was Exhibit 72.

20     I'm also going to mark as the next

21  Exhibit 246, a document Bates stamped CA-ORCL

22  037626 through -627.

23     (Plaintiffs' Exhibit 246 was marked for

24     identification by the deposition officer and

25     is attached hereto.)

1    Q  BY MS. LAVALLEE:  Ms. Ronsse, if I could

2    ask you to take a moment and look at these two

3    documents.  You'll see that the second document is

4    just an excerpt of a couple pages from Exhibit 72,

5    but the handwriting is a little clearer on that.

6    A  Uh-hum.

7    Q  Once you've had an opportunity to review

8    them, can you please just identify them for the

9    record, please.

10    (Pause in proceedings.)

11    THE WITNESS:  246 is -- looks to be the

12    Americas Forecast Package for week eight for the

13    week ending January 22nd.

14    Q  BY MS. LAVALLEE:  Okay.  Does it appear

15    to be the entire forecast for the Americas Forecast

16    Report?

17    A  No.  It looks to be just the first two

18    pages.

19    Q  Okay.  And Exhibit 72?

20    A  The first two pages are the same and then

21    there are pages from the Pipeline Reporting

22    Package, and then another page of the Americas

23    Forecast Package, which showed the consulting

24    bookings and then the pre -- the last page is for

25    Q-4 '01 for the Americas.

1    Q  Okay.  Just so I'm clear and the record

2    is clear, it's pages 811, 812 and --

3    A  Right.

4    Q  -- 815 and 816 are part of the Americas

5    Forecast Report?

6    A  Yes.  I'm not sure why the pipeline is

7    attached to these and it only shows the Americas,

8    so it might have been an analysis that we included.

9    I -- I don't remember, though.

10    Q  Okay.  It's possible that you actually

11    sent out the Americas Forecast with this

12    information in it, but you just don't know or is

13    that unlikely?

14    A  It's possible, but also possible that we

15    just may have stapled it along with it because we

16    were doing the analysis for the Americas pipeline.

17    Q  Okay.

18    A  I don't remember.

19    Q  Okay.  But the pages -13 and -14 are

20    excerpts from the Pipeline Reporting Package; is

21    that correct?

22    A  Yes.

23    Q  Excuse me.  If I could turn your

24    attention to Exhibit 246.  Can you tell me if you

25    recognize the handwriting on this document?

1    A  Yes.

2    Q  Is this your handwriting?

3    A  Yes.

4    Q  Okay.  Can you -- starting at the top --

5    read what the handwriting indicates?

6    A  It says, "Think will be closer to 210"

7    with a dollar sign.

8    Q  Uh-hum.

9    A  "If it get comms upside."

10    Q  Okay.  And do you have any idea what

11    particular division or what you were referring to

12    there?

13    A  Well, "comms" is short for

14    communications.  If I remember correctly, that was

15    part of OSI.

16    Q  Uh-hum.  And do you have any

17    understanding what your -- what fact you were

18    reflecting in your notes?

19    A  I don't remember.

20    Q  And when you wrote "Think will be

21    closer," do you have any idea whose -- whose

22    comment you were referring to?

23    A  I don't remember.

24    Q  Okay.  The number 210, does that -- is

25    that a number that you -- that you can correlate to

1    any numbers on this chart from page 37628 or any

2    other pages in Exhibit 246?

3    MR. NADOLENCO:  Objection to form.

4    THE WITNESS:  No, I mean, I can't.  I just

5    see the 210.  I don't know what it's referring to

6    exactly.

7    Q  BY MS. LAVALLEE:  And you don't know if

8    that refers to the forecast number?

9    A  Correct.  I don't know.

10    Q  Okay.  Do you -- as you sit here today,

11    do you have any understanding of what you could

12    have been talking about?

13    A  No, I don't remember what this note was

14    precisely about.

15    Q  Okay.  And just -- but based on your

16    general understanding of how you would take notes,

17    you can't figure out or make an educated assumption

18    what you were talking about?

19    A  Well, one of the numbers would be close

20    to 210, but I don't know which -- which number.

21    Q  Okay.

22    A  I mean, I would have written that down

23    because one of the numbers would be close to 210.

24    Q  Okay.  And your notation on the bottom on

25    the left-hand corner, what is that?

1    A   It looks like "Univ" -- for University of

2    Texas.

3    Q   Do you have any understanding what you

4    were referring to by making that notation?

5    A   I don't.

6    Q   The notations on the chart on the

7    right-hand side, can you read those for me, please.

8    A   Next to the circles?

9    Q   Yeah, the -- yes.

10   A   I think it says, "Issues Bell South," and

11   I'm not sure what is underneath it.

12   Q   Okay.  And the next notation?

13   A   Ah, "GB" it looks like.

14   Q   Uh-hum.

15   A   And "11i" it looks like.

16   Q   Okay.  Do you have any understanding

17   what -- what facts you were noting in those

18   comments?

19   A   I do remember that Bell South was an

20   issue in the consulting area --

21   Q   And what do you mean --

22   A   -- for OSI.

23   Q   What do you mean by "an issue"?

24   A   Well, it was, uhm -- it was costing OSI a

25   lot of money to satisfy quality issues that they

1    had at Bell South.

2    Q   Okay.  And was this an existing deal, then?

3    A   Yes.

4    Q   Okay.  So this was on the consulting

5    side?

6    A   Correct.

7    Q   Okay.  And do you recall any discussions

8    regarding this fact?

9    A   I remember it being discussed, but I

10   don't remember specific --

11   Q   Okay.

12   A   -- discussions, more than what I've said.

13   Q   Okay.  And "GB 11i," do you have any

14   understanding what you're referring to by that

15   notation?

16   A   I don't remember that.

17   Q   Okay.  And you've circled a couple

18   numbers.  I take it, you're not quite sure why?

19   A   Correct.  I don't know why.

20   Q   The notation on the bottom right-hand

21   side below the chart, can you read that for me?

22   A   It says, "Sandy, majors" looks like "used

23   to be 70 percent of" -- I think that's an

24   abbreviation for "business" --

25   Q   Uh-hum.

1    A   -- "now 30 percent."

2    Q   Yeah.  Do you have any understanding what

3    you were referring to there?

4    A   Just from the note, it looks like

5    consulting business, just a fact about their

6    consulting business --

7    Q   Okay.

8    A   -- from the note.

9    Q   And by "their," you're saying -- you're

10   referring to --

11   A   Sandy's.

12   Q   -- Sandy's meaning OPI?

13   A   Well, in consulting it's actually

14   referred to as EJS.

15   Q   EJS.  Okay.  And you believe that this

16   notation refers to consulting, not licensing?

17   A   Yes.

18   Q   And why do you say that?

19   A   Because it's under the consulting

20   section.

21   Q   Okay.  And that's how you would take your

22   notes?

23   A   Yes.

24   Q   Okay.  And do you recall any discussions

25   about the fact that the majors used to be 70

1    percent of the business and now it's 30 percent?

2    A   No, I don't remember the discussion.

3    Q   Okay.  Do you recall that fact?

4    A   No.

5    MR. GOLDSTEIN:  Objection to form.

6    THE WITNESS:  No, just from my notes here.

7    Q   BY MS. LAVALLEE:  Okay.

8    A   Just reading this.

9    Q   Okay.  And the next line?

10   A   "Margin doing an analysis," and "Margin

11   down/um because of GB and 11i."

12   Q   Do you have any understanding of what

13   you're referring to in the first sentence, "Margin

14   doing an analysis"?

15   A   No, besides just from my note that they

16   were going to do an analysis perhaps.  That's

17   speculation, though.

18   Q   "They" being who?

19   A   Ah, his organization -- his finance

20   organization.

21   Q   Okay.  And doing an analysis regarding

22   margins; is that what --

23   A   According to my note.

24   Q   Okay.  But you don't recall any

25   discussion regarding that?

1    A  I don't.

2    Q  Okay.  And the next, "Margin downturn

3 because of GB and 11i," do you have -- what is your

4 understanding of what you were referring to, as you

5 sit here today?

6    A  Nothing more than what is in the note.

7    Q  Okay.  And what does the phrase "margin

8 downturn" mean to you?

9    A  Ah, it looks to be explaining the margin

10 decrease over the prior year.

11    Q  Okay.  And you're referring specifically

12 to what -- what paragraph -- or what figure?

13    A  The margin prior year growth percentage

14 under EJS, minus 10 percent.

15    Q  Okay.  And your next line says what?

16    A  "Integration issues."

17    Q  Okay.  Do you have any understanding of

18 what you're referring to there?

19    A  Not more than my note.

20    Q  Is that a continuation of the prior line?

21 Do you know?

22    A  I don't know for sure.  I don't know.

23    Q  Okay.

24    A  But I would assume.

25    Q  Can you make an educated assumption?

1    A  I can assume, yeah.

2    Q  Okay.  So do you know what "11i

3 integration" refers to?

4    A  Not more than what the note says.  I

5 don't -- I don't remember anything else.

6    Q  Okay.  Do you know -- do you have any

7 understanding of what "11i" is or was?

8    A  Yes.

9    Q  Okay.  Can you tell me.

10    A  It was one of our versions of our

11 application suite.

12    Q  What would integration -- "11i

13 integration" refer to?

14    A  The -- from my understanding, the work

15 that consulting did to help customers implement

16 the -- the application at their site.

17    Q  Okay.  And do you recall or do you have

18 any knowledge regarding what issues arose in that

19 time frame regarding that matter?

20    A  I don't.  .

21    Q  You don't recall any discussions

22 regarding 11i integration?

23    A  I don't recall, no.

24    Q  Do you recall whether such a discussion

25 took place?

1    A  I don't remember.

2    Q  Okay.  Excuse me.  The next line, can you

3 read that for me?

4    A  "Utilization up 4 points over" -- it

5 looks like "P year" -- maybe prior -- "prior year."

6    Q  Okay.  And do you have any understanding

7 of what you were making a notation of there?

8    A  Not more than -- than what is here, no.

9    Q  And by "four points," does that have --

10 the concept of four points have any significance to

11 you?

12    A  Four points -- there was a metric of

13 utilization that was discussed in points.  I can't

14 remember the calculation for it, but that's what it

15 would be referred -- what it would be referring to

16 is that utilization metric.

17    Q  Okay.  Can you explain to me what a

18 utilization metric is?

19    A  Uhm, I don't know if I remember, so I

20 don't think I can explain it.  I know it had to do

21 with consultants -- amount of time consultants

22 spent on projects as compared to potential amount

23 of time that they were available.

24    (Whereupon, Ms. Segal left the

25    deposition room.)

1    Q  BY MS. LAVALLEE:  Okay.  And beyond that,

2 can you explain any more?

3    A  I can't do the calculation, no.  I can't

4 remember how to do the calculation.

5    Q  Okay.  And do you recall discussions

6 about that issue, the utilization points?

7    A  Uhm, I don't recall discussions.

8    Q  That's something that would have been

9 discussed?

10    A  From time to time.

11    Q  Okay.  And if you could turn to the next

12 page, which is 37627.

13    Off the record a moment, please.

14    VIDEO OPERATOR:  We are off the record at

15 1:52 p.m.

16    (Pause in proceedings.)

17    VIDEO OPERATOR:  We are on the record at

18 1:53 p.m.

19    Q  BY MS. LAVALLEE:  All right.  If we could

20 go through the notes on this page and let me ask

21 you first, are these all your notes on this page?

22    A  Yes.

23    Q  All right.  Starting at the top, can you

24 read your notes, please.

25    A  "LAD got 8 M" -- meaning 8-million-dollar

1  deal. Looks like "2 million on RevRec deal." I

2  can't read that next word. It looks like a "CA" --

3  or "Cacxa." I think, "procurement for Brazilian

4  government."

5  Q  Okay. Do you have any understanding of

6  what you were referring to there?

7  A  No.

8  Q  Okay. Continuing down, there's some

9  notation on the left-hand side.

10  A  The "Will be moving to 47"?

11  Q  Yes. Do you have any understanding what

12  you were referring to there?

13  A  Not more than what is in the note.

14  Q  Okay.

15  (Whereupon, Ms. Segal entered the

16  deposition room.)

17  Q  BY MS. LAVALLEE: And continuing down?

18  A  "Sandy 66 M."

19  Q  Okay. Do you have any understanding what

20  that refers to?

21  A  No.

22  Q  Okay. Is it -- it's a number. Is it

23  supposed to represent a number somewhere in the

24  revenue column? Do you have any understanding?

25  A  No.

1  Q  You just don't know?

2  A  I don't know.

3  Q  Okay. And if you can continue down at

4  the bottom on the left-hand side, can you read

5  those notes, please.

6  A  "OPI worst 120, best" -- it looks like a

7  "70 M" or it could be a "9" -- I'm not sure on that

8  number there -- "have 40 to 50 percent prob. says

9  upside of about 220."

10  Q  Do you have any understanding of what you

11  were referring to by those notes?

12  A  Not more than what is on the note.

13  Q  Is it your understanding this relates to

14  the license scenario analysis chart?

15  A  It looks to be, yes, since I mention

16  worst and best in the note.

17  Q  Okay. And continuing down?

18  A  "Selectron up 13 million."

19  Q  Okay. And what is "Selectron"?

20  A  Ah, it sounds familiar as a deal.

21  Q  Okay. Do you have any recollection of

22  any discussion regarding Selectron?

23  A  I don't.

24  Q  Do you have any recollection or any

25  understanding of any discussion regarding the

1  comment above regarding OPI best and worst figures

2  and probability numbers?

3  A  I don't.

4  Q  Okay. Continuing below.

5  A  "Softness in east."

6  Q  Do you have any understanding of what

7  division "east" refers to?

8  A  Uhm, just from my -- my note. It looks --

9  it's under "OPI," but I -- that doesn't necessarily

10  mean it's OPI. I don't know.

11  Q  Okay. But based on your note-taking

12  habits --

13  A  In likelihood, it would have been during

14  the OPI discussion.

15  Q  Okay. Do you recall any discussion

16  regarding softness in east?

17  A  I don't.

18  Q  Okay.

19  A  No.

20  Q  Do you recall any -- any issue regarding

21  the softness in any division -- east division?

22  A  No, I don't.

23  Q  And the next note below?

24  A  "Gap still trying 10 to" -- looks like

25  a -- "12 million license deal but are backing off

1  slightly. Plan still to bring in GE anywhere 8 to

2  32 million this quarter," dash, "cancellation

3  clause, won't cancel."

4  Q  Okay. Do you have any understanding what

5  you were talking about regarding gap?

6  A  Not more than my note says, no.

7  Q  Okay. What do you understand your note

8  to refer to, "Still trying 10 to 12 million license

9  deal but are backing off slightly"?

10  Do you have any understanding of what

11  that means?

12  A  It was just what was said.

13  Q  Okay. And the phrase "backing off," does

14  that have any significance to you?

15  A  In general or specifically? "Backing

16  off" --

17  Q  As you sit here and read this sentence,

18  what do you understand this to mean?

19  A  That potentially -- well, it could be

20  somebody is backing away from the deal.

21  Q  Okay.

22  A  I'm not sure what party or what have you,

23  but something is happening.

24  Q  Okay. And do you recall any discussion

25  regarding GE deal? I'm assuming "GE" refers to a

1 deal. Is that a fair assumption?

2 A That would be a fair assumption. I don't

3 remember.

4 Q Okay. And the phrase "cancellation

5 clause, won't cancel," does that have any

6 significance to you?

7 A Not more than my remembrance that there

8 being such cancellation clauses -- hearing about

9 them in our contracts.

10 Q Okay. And in what context did you hear

11 about such clauses?

12 A Just in my days as a revenue accountant

13 and from a revenue recognition perspective.

14 Q Okay. And what is your understanding of

15 what those cancellation clauses were?

16 A Well, if there's a cancellation clause,

17 then there's special treatment with regards to

18 revenue.

19 Q Okay. And do you recall any discussion

20 regarding cancellation clauses in any deals in Q-3

21 2001?

22 A I don't, no.

23 Q Okay. Now, right in the License Scenario

24 Analysis Chart, there's some annotations there.

25 Can you read those?

1 A Uhm. "Need to have" -- I don't know if I

2 can read that next word. Something "shown" --

3 "moving shown"?  I can't read that next word.

4 Q Okay.

5 A "Need to have" -- I can't read that.

6 Q Okay.

7 A "Shown" it looks like the last -- is the

8 last word.

9 Q Is this either Document 246 or

10 Document 72, Exhibit 72, documents that you

11 referred to earlier that you reviewed in

12 preparation for this deposition?

13 A Yes.

14 Q Okay.

15 A But not in detail on every single note.

16 Sorry.

17 Q You didn't review it in detail?

18 A I mean, I didn't read every single

19 word --

20 Q Okay.      .

21 A -- is what I mean to say.

22 Q Sure. But these were the same documents?

23 A Yes, these are the same documents.

24 Q Okay. And do you have any understanding

25 what you were making a note of by the phrase which

1 is hard to read "need to have" something?

2 A "Need to have" something "shown."  I

3 don't. I don't know what I was referring to.

4 Q And there is further up in the chart,

5 middle of the page, is a circle around the figure

6 negative 6 percent. And then there's an arrow to

7 some notes to the right-hand side.

8 Can you read those?

9 A "NAS technology analysis."

10 Q Uh-hum.

11 A "ASP" with a down arrow "14 million over

12 last year" --

13 Q Uh-hum.

14 A -- it looks. "Dot com" with an arrow --

15 down arrow, "47 million," I think it is. And then

16 it comes to a total that I can't read.

17 Q With an arrow down and then a number?

18 A Right, with an arrow down and then a -- I

19 presume it's a number I can't read, though.

20 Q Okay.

21 A It's probably the sum of the two.

22 Q Which would be 60 --

23 A 61.

24 Q 61. Looks --

25 A And then an up arrow, it looks like "43

1 in other business."

2 Q Okay. And do you have any

3 understanding -- what is "ASP"?

4 A I believe it stands for Application

5 Service Provider, if I remember correctly.

6 Q Okay. And "dot com"?

7 A Uhm, that was just a segment of -- of

8 business.

9 Q Okay. Do you have any understanding what

10 you're referring to or what was meant by your notes

11 "ASP down 14 million"? Does this appear to be a

12 breakdown of the negative six technology revenue

13 number?

14 A From my note, it appears to be, yes.

15 Q So it's showing what comprised the

16 negative six growth year -- negative 6 percent

17 growth from last year?

18 A Correct.

19 Q For the technology revenue in NAS, right?

20 A Ah, yes.  That's what it appears to be.

21 Q Okay. And do you recall any discussion

22 regarding the fact that there was a negative

23 6 percent growth in NAS technology revenue?

24 A No, I don't remember.

25 Q Okay. Is it fair to say, based on your

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   notes, that that was something that was discussed?

2   A  Sure, yes.

3   Q  And the breakdown was in -- ASP and dot

4   com seems to be the discussion, correct?

5   A  Ah, yes.  It seems somebody discussed it.

6   Q  Okay.  And below that, can you read the

7   next set of notes?

8   A  Ah, "18 million shortfall in technology

9   from last year."

10  Q  Do you have any understanding what that

11  shortfall relates to?

12  A  Uhm, I don't know what that's referring

13  to.  No, I don't.

14  Q  Okay.  What does the term "shortfall"

15  mean?

16  A  Oh, shortfall would mean down, if you

17  will.

18  Q  Okay.  So does this appear to be the

19  decrease in 18 million in technology from the prior

20  year?

21  A  Yes, but I'm not sure which --

22  Q  Division?

23  A  -- division specifically.  It seems to be

24  under NAS.

25  Q  Uh-hum.

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A  If it's related to this breakdown -- it

2   seems to be related to this breakdown, the sum of

3   the 43 and the 61, just from my notes here.

4   Q  Okay.  And do you recall any discussion

5   regarding shortfall in technology in NAS in Q-3

6   2001?

7   A  I don't.

8   Q  Do you recall discussions, generally,

9   about any shortfall anywhere in Q-3 2001?

10  A  I don't --

11  Q  Okay.

12  A  -- recall.

13  Q  Do you have any understanding as to

14  whether or not there was, indeed, a shortfall in

15  technology in NAS in 2001?

16  A  Yes, once we closed the quarter.

17  Q  Okay.  And what is your understanding of

18  that fact once you called closed the quarter?

19  A  What is my understanding of the close of

20  the quarter or --

21  Q  That was a terrible question.  Let me

22  rephrase that question.

23      Sitting here today, what is your

24  understanding of what the shortfall was in

25  technology in NAS for Q-3 2001?

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A  What made up the shortfall?

2   Q  Yes.  Do you have any understanding?

3   A  Uhm, I don't remember the specifics

4   behind the shortfall, no.

5   Q  Okay.  But you recall there was a

6   shortfall?

7   A  Yes.

8   Q  Okay.  Do you recall whether there was a

9   shortfall in any other division at the company in

10  Q-3 2001?

11  A  Uhm --

12  MR. NADOLENCO:  Object to the form.

13  THE WITNESS:  I believe OSI there was a

14  shortfall, if I'm remembering correctly.

15  Q  BY MS. LAVALLEE:  Okay.  Any other

16  division?

17  A  I don't remember.

18  Q  Okay.  Do you recall anything more

19  specific than there existed a shortfall regarding

20  either of those divisions?

21  MR. GOLDSTEIN:  Objection to form.

22  THE WITNESS:  I don't remember specifics.

23  Q  BY MS. LAVALLEE:  Okay.  The next

24  sentence, can you read that?

25  A  "85 percent growth last year."

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   Q  Uh-hum.

2   A  Or "83."  I'm not sure if that's a -3 or

3   a -5.

4   Q  Okay.

5   A  And "Pipe has not gone up.  Best case is

6   not going to go up."

7   Q  Okay.  Now, going to the sentence "83" or

8   "85 percent growth last year," do you have any

9   understanding what division you're talking about or

10  what figures you're talking about there?

11  A  No, I don't.

12  Q  Okay.  And you can't decipher that based

13  on your understanding of how you take notes?

14  A  No.

15  Q  Okay.  And the next sentence, "Pipe has

16  not gone up," do you have any understanding --

17  well, first of all, what does the word "pipe" mean?

18  A  Pipeline.

19  Q  Okay.  Do you have any understanding what

20  fact you were noting there?

21  A  I don't remember.

22  Q  Okay.  But, basically, it's your

23  understanding this is saying the pipeline hasn't

24  gone -- has not gone up?

25  A  Right, but I don't know the specifics

1  behind that.

2  Q. Okay. Do you know whether you -- whether

3  you're referring to the pipeline going up from the

4  prior quarter or from the prior week? Do you have

5  any understanding that way?

6  A. I don't remember.

7  Q. Okay. Do you have any understanding

8  whether or not you're still talking about NAS or

9  any other division of the company?

10  A. No, I don't.

11  Q. Okay. If the pipe hadn't gone up, is

12  that something that would have -- strike that.

13  This is a note you took at the Thursday

14  call, I take it, right?

15  A. Most likely, yes.

16  Q. Yeah. So is it your understanding that

17  there was a discussion regarding the fact that the

18  pipe has not gone up at the Thursday call in the

19  week of January 22nd, 2001?

20  A. I don't remember specifically if there

21  was.

22  Q. Okay. But you believe these notes to

23  relate to notes you took at the Thursday

24  forecasting call, based on your general practice?

25  A. Yes. Based on general practice, yes.

1  Q. Okay. The "Best case is not going to go

2  up," do you have any understanding of what you're

3  referring to there?

4  A. I don't, no.

5  Q. Okay. "Best case" refers to what? That

6  phrase, does that have a particular meaning at

7  Oracle?

8  A. Well, that would have referred to our

9  best case that is depicted in the license scenario

10  analysis.

11  Q. The third column?

12  A. Right.

13  Q. Do you have any understanding whether or

14  not you were referring to the numbers as a whole or

15  NAS or any other division?

16  A. I don't.

17  Q. Okay. What is your understanding of the

18  phrase "Best case is not going to go up"?

19  A. Uhm, as it reads, it's not going to go up

20  for --          *

21  Q. Based --

22  A. -- some best case number is not going to

23  go up, but I don't remember which one.

24  Q. Okay. And by not going up, it's not

25  going to get any higher?

1  A. Any bigger, right.

2  Q. All right. And the top of the page on

3  the right-hand side, I don't believe we read

4  through that notation.

5  A. Oh, "Thinks 50 assuming would get this

6  deal, absence in large deals this quarter." And

7  then there's scribbled out -- a number scribbled

8  out.

9  Q. Okay. Does that look like a "48"?

10  A. Looks like a 40-something, 48 or 49.

11  Q. Or 47 even?

12  A. Or 47.

13  Q. Is that a continuation of the note with

14  the arrow on the left-hand side? Can you tell?

15  A. No, I can't.

16  Q. All right. Do you have any understanding

17  of what you were referring to by that notation?

18  A. No.

19  Q. Can you reread what the sentence says?

20  I'm not sure I understood.

21  A. Starting from --

22  Q. The "Thinks 50..."

23  A. "Thinks 50 assuming would get this deal,

24  absence in large deals this quarter."

25  Q. All right. Focusing on the first part of

1  the -- first phrase, "Thinks 50 assuming would get

2  this deal," do you have any understanding whether

3  that's referring to the procurement deal for the

4  Brazilian government that's referred to, to the

5  left or you don't know?

6  A. I don't know. I don't remember if it is.

7  I don't know if it's referring to that one.

8  Q. Okay. And the next phrase "Absence in

9  large deals this quarter," do you have any

10  understanding what that refers to?

11  A. I don't.

12  Q. Does that seem to be a notation

13  reflecting the fact that there was an absence of

14  large deals in the quarter for a particular

15  division?

16  MR. GOLDSTEIN: Objection to form.

17  THE WITNESS: I don't know more than what is

18  in the note. I don't know what the note says.

19  Q BY MS. LAVALLEE: Is that what your note,

20  generally, seems to be saying?

21  MR. GOLDSTEIN: Objection to form.

22  THE WITNESS: There's nothing more than just

23  what --

24  Q BY MS. LAVALLEE: An "absence in large

25  deals"?

1   A  "Absence in large deals this quarter,"

2   but I can't tell you what -- what was behind it,

3   who said it or what division or --

4   Q  Right.

5   A  -- in what context it was in.

6   Q  Okay.  And then if you continue down on

7   the chart, I guess it's a pipeline component of the

8   chart.  There's an annotation right next to the

9   number.

10  A  Oh, whos.  I really can't read that one.

11  Q  Do you recall whether the notes you read

12  were easier to read than the copied here?

13  A  Like I said, I didn't read every note.

14  MR. GOLDSTEIN:  Do you want to know what I

15  think it says?  Seriously.  I'll tell you.  It

16  looks like "Emerson Electric."

17  MS. LAVALLEE:  Yes.

18  MR. GOLDSTEIN:  And then I don't know what

19  the word under that is.

20  MR. GOLDSTEIN:  "Emerson Electric" would

21  probably make sense in this context.

22  Q  BY MS. LAVALLEE:  Do you have any

23  understanding of whether or not that is what it

24  indicated?

25  MR. GOLDSTEIN:  Electron.

1   THE WITNESS:  I see that.  I can see that it

2   might be "Emerson Electric."  I can't read the next

3   line.

4   Q  BY MS. LAVALLEE:  And you have no

5   recollection of what you were making a note of

6   there?

7   A  No.

8   Q  Okay.

9   MS. LAVALLEE:  Why don't we take a short

10  break now.  It's a good breaking point for me.

11  VIDEO OPERATOR:  We are off the record at

12  2:14 p.m.

13  (A recess was taken.)

14  VIDEO OPERATOR:  We are on the record at

15  2:21 p.m.

16  Q  BY MS. LAVALLEE:  I would like to mark as

17  Exhibit 247 a document that is Bates stamped

18  CA-ORCL 004394 through -98.

19  (Plaintiffs' Exhibit 247 was marked for

20  identification by the deposition officer and

21  is attached hereto.)

22  Q  BY MS. LAVALLEE:  If you could take a

23  look at this document and then when you've had a

24  chance to review it, identify it for me, please.

25  (Pause in proceedings.)

1   THE WITNESS:  Uhm, okay.  So the first page,

2   4394 --

3   Q  BY MS. LAVALLEE:  Uh-hum.

4   A  -- looks to be the Americas Forecast

5   Package, although it seems like the working paper

6   behind it.

7   Q  Okay.

8   A  As opposed to the one that we would send

9   out.

10  Q  The word "tie-out" on the bottom right,

11  what does that mean?

12  A  Tie-out is the phrase we used to -- on

13  reports to communicate with the finance personnel

14  in the divisions to ensure that the numbers that

15  they submitted into OFA matched what we were

16  reporting out of OFA.

17  Q  Okay.  So this is something you would

18  send to, say, Sarah Kopp and say, "Check this

19  against your numbers"?

20  A  Right, their division or they would send

21  to us.

22  Q  Oh.

23  A  So somebody within Sarah's organization

24  would send their tie-out to us.

25  Q  All right.  And you would compare it to

1   the numbers you're seeing in the report you're

2   preparing off of OFA?

3   A  Correct.  So this looks like a working

4   paper and there are only numbers in OSI, so it

5   looks to be the OSI tie-out report.

6   Q  Okay.

7   A  And the next page, 4395, this looks to be

8   an OFA report --

9   Q  Uh-hum.

10  A  -- for the OSI organizations.  Again, a

11  working paper.

12  Q  Okay.  And this seems to be listing

13  deals?

14  A  No.  This is actually listing the

15  organizations within OSI.

16  Q  Okay.  And --

17  A  And their revenue numbers.

18  Q  Okay.  And does this reflect -- this

19  reflects forecast numbers, correct?

20  A  Yes.

21  Q  Okay.

22  A  It says "Forecast" at the top.  The next

23  page is 4396 and this is another tie-out report,

24  but there's numbers in the OPI area, so it looks to

25  be OPI's tie-out report.

1    The next page 4397 is the report from OFA

2    for the OPI organizations or revenue numbers and

3    expense and head count forecast. And the last page

4    4398 is the tie-out report for NAS.

5    Q  Okay. Thanks. I would like to mark as

6    48 -- I'm sorry -- Exhibit 248, a document Bates

7    stamped CA-ORCL 037632 through -45.

8        (Plaintiffs' Exhibit 248 was marked for

9        identification by the deposition officer and

10       is attached hereto.)

11   Q  BY MS. LAVALLEE: And if you could take a

12   moment and look at the document and then just tell

13   me what it is.

14       (Pause in proceedings.)

15   THE WITNESS: The package all seems to be

16   working papers, again, going through each one,

17   37632, the tie-out report for the DSD organization

18   which stood for Development Support -- Development

19   and Support Division, I believe, is what the

20   acronym was, and it included these organizations

21   listed.

22   Q  BY MS. LAVALLEE: Okay.

23   A  It's their tie-out report. The next

24   page, 7633, is the same thing but for the Q-4 2001

25   forecast data.

1    Q  Right.

2    A  7634 is an OFA report, a working paper

3    for -- it looks to be NAS. The NAS organizations.

4    Q  Is this a report that you generated?

5    A  I can't -- I don't know if I generated

6    this.

7    Q  Okay. Is that the type of report you

8    would generate?

9    A  Our group would generate a report like

10   this.

11   Q  Okay. And the handwriting on this, is

12   this your handwriting?

13   A  No, this isn't my handwriting.

14   Q  Do you have any idea whose handwriting it

15   is?

16   A  I don't. Most likely somebody that

17   worked for me in the tie-out report.

18   Q  All right. And do you have any

19   understanding what the figures that are handwritten

20   refer to?

21   A  No, except that this is a tie-out report,

22   so it was probably tie-out figures from the

23   divisions.

24   Q  All right.

25   A  The next page, 7635, this is the tie-out

1    report from NAS. It looks like a working paper

2    where they're telling us what the numbers are and

3    what they should be. The next page, 7636, the same

4    thing but for Q-4.

5    Q  Right.

6    A  The next page, 7637, looks to be a

7    tie-out report for NAS. The next page, 7638, a

8    tie-out report for EJS, looks to be, for the

9    consulting --

10   Q  Right.

11   A  -- organization EJS. 7639, tie-out

12   report for OPI. 7640, a report from OFA, an ad hoc

13   report, just looking at the last four quarters or

14   three-quarters.

15   Q  For expenses?

16   A  For expenses, yes, operating expenses.

17   Q  Okay.

18   A  7641, an ad hoc report from OFA for

19   revenue for the four quarters of '01.

20   Q  Actually, could you go back to page -40.

21   Does that reflect all the expenses for all the

22   divisions?

23   A  It appears so, yes, because it rolls up

24   to all lines of business, so the top number would

25   be.

1    Q  The top number is a compilation of all

2    the numbers below?

3    A  Below, correct.

4    Q  And it reflects all the expenses that are

5    being forecasted for Q-3 and Q-4 as well as the

6    actuals for the prior quarters; is that correct?

7    A  Well, I don't have a stamp -- a date

8    stamp on this. I don't know when it was run. It

9    was a working paper, so I don't know if these are

10   final numbers.

11   Q  Okay.

12   A  But that's what it would -- all lines of

13   business would be the total.

14   Q  Okay. The next page has a notation on

15   the top right in handwriting. What does that say?

16   A  Looks like it says "U.S.A."

17   Q  Okay.

18   A  And going back to the previous page, I

19   didn't catch that it's just the U.S.A. expenses.

20   Q  Okay.

21   A  For all lines of business in the U.S.A.,

22   these two pages.

23   Q  All right.

24   A  And then the revenue for all lines of

25   business in the U.S.A. company only, so not for

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   total company. Again, an ad hoc working paper.

2   Q  Okay.

3   A  7642 is a tie-out report for NAS.  7643.

4   a tie-out report for OPI.  And 7644 is a Europe

5   report, looks like an ad hoc report.

6   Q  Okay.  I would like to mark as

7   Exhibit 248 or 249 --

8   THE REPORTER:  -9.

9   MS. LAVALLEE:  -- a document Bates stamped

10  CA-ORCL 37116 through -130.

11  (Plaintiffs' Exhibit 249 was marked for

12  identification by the deposition officer and

13  is attached hereto.)

14  Q  BY MS. LAVALLEE:  Ms. Ronsse, if you

15  could take a look at this document and once you've

16  had a chance to review it, tell me what it is.

17  (Pause in proceedings.)

18  THE WITNESS:  These are Big Deal Reports.

19  Going through one by one, because they're

20  inconsistent on dates, I'm not sure why it's all

21  stapled together, but the first one, I can't tell

22  what organization it is, the header is cut off.

23  Q  BY MS. LAVALLEE:  Uh-hum.

24  A  It seems to be for the week of

25  January 29th.  That's all I can really see.

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   Q  Do you have any understanding of what

2   year it relates to?

3   A  Not by looking at this, no, because the

4   header is cut off.

5   Q  And you don't recognize it by the deals?

6   A  No, I don't.

7   Q  All right.  And there is some handwriting

8   on this particular page, 37116.  Can you tell me if

9   that's your handwriting, any of this is your

10  handwriting?

11  A  Some of it is, yes.

12  Q  Can you tell me which handwriting is

13  yours?

14  A  Uhm, so the handwriting to the bottom

15  left portion --

16  Q  Uh-hum.

17  A  -- starting with -- I think it's "AT&T

18  opportunistic," and it looks like there's a little

19  bit up above that that says, "Upside AT&T, Lucent,

20  World Comm."

21  Q  Okay.

22  A  But then everything under the "AT&T

23  opportunistic" -- I can't read what is right after

24  that.  Something "large" -- everything below that

25  is mine.

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   Q  Okay.  Now, can you recognize what unit

2   this is based on the company deals:  AT&T, World

3   Comm and Lucent?

4   A  Well, in my notes, those would be

5   communication deals, but looking up at the -- I

6   don't see those on the list of typewritten.  I see

7   "AllTell" which -- and "SBC," which is

8   communications, and "Bell South," so I guess -- I

9   guess that would be OSI.

10  Q  All right.  There's actually a

11  handwritten note --

12  A  Up here circled it kind of looks like

13  "OSI," but that's not my writing.

14  Q  And the notes to the left of that "OSI"

15  and notation are not your handwriting either?

16  A  No.

17  Q  And going back down, it says "Upside

18  AT&T, Lucent and World Comm."  The word "upside"

19  and those notation -- those deals listed below, do

20  you have any understanding what you meant to convey

21  or what you were writing there?

22  A  No, I don't -- I don't remember.

23  Q  Do those deals -- were they identified as

24  deals that constituted the upside number?  Can you

25  tell?

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A  No, I can't tell.

2   Q  Do you know when you took these notes?

3   A  No.

4   Q  This Big Deal Report, was it part of the

5   Americas Forecast Report?

6   A  This particular one, I do not know.

7   Q  Okay.  Is this the form in which they are

8   produced when they're attached to --

9   A  No.  Typically a copy further back in

10  this package is the format in which they were

11  produced.

12  Q  Okay.

13  A  This looks like the format in which they

14  like -- like a working paper sent by the finance

15  personnel in each of the divisions.

16  Q  Okay.  And going back to your handwritten

17  notes, can you continue reading what they say?

18  A  "Lost Texas 15 million.  Decided to

19  go" -- maybe "up school by school instead."  That

20  really doesn't make sense but "go" --

21  MR. GOLDSTEIN:  "Weh"?

22  THE WITNESS:  -- "with school by school."

23  "School" --

24  Q  BY MS. LAVALLEE:  All right.

25  A  "Instead of" -- and I can't read that

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   next word underneath there.

2   Q   All right. Can you read any further?

3   A   The next line I can't make out the first

4   word, but "Technology," looks like the second word.

5   Q   Uh-hum.

6   A   I can't read the next one. "Two million

7   is this Sprint," I think is what it says at the end

8   of that sentence.

9   Q   Uh-hum.

10   A   "RevRec deal, 70 to 100 million plus

11   CRM." I think that's "150." It might just be

12   "50." "Lucent" -- I can't read the next two words.

13   Q   Okay.

14   A   "35" -- I can't make out -- it looks like

15   "fixed," but then I can't make out what's after

16   that.

17   Q   All right. The second page of this

18   document, is that part of the same report from

19   page 1?

20   A   It looks -- it looks to be a

21   continuation, yes.

22   Q   Okay. And do you have any understanding

23   what your notes refer to on page 1, any of the

24   notes?

25   A   Nothing more than what they say here, no.

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   Q   "AT&T opportunistic," what does that term

2   "opportunistic" mean to you?

3   A   An opportunity. Uhm, possibility.

4   Q   That's what it means to you?

5   A   Just in terms of -- yeah, a synonym is

6   the best thing I can think of is a possibility.

7   Q   Okay. And the third page, does that

8   appear to be a continuation or a different report?

9   A   This looks to be the North America -- the

10   NAS division's Big Deals Report or working paper

11   that they would have sent to us.

12   Q   Okay. Now, you referred to working

13   papers, so is this also a working paper that you

14   used but not what was attached to the America's

15   forecast?

16   A   This was -- the information was sent to

17   us and we put it into this format that was attached

18   to the Americas Forecast Package, so we simply

19   changed the format.

20   Q   Okay. So this information appeared in

21   the America's forecast in a different format or in

22   this format?

23   A   In a -- in a different format.

24   Q   Okay. And does this report continue on

25   the next page, next couple pages?

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A   Yes.

2   Q   Where does this particular report end,

3   the report starting on 37118?

4   A   It ends on 37120.

5   Q   All right. And there's handwriting on

6   this particular report on -118 through -120. Can

7   you tell me if this is your handwriting or any of

8   it is your handwriting?

9   A   It looks like on -120 there's a small

10   amount of my handwriting. It looks like my

11   handwriting.

12   Q   And can you tell what you wrote there?

13   A   I can't make -- I can only make out an

14   "R" and then the word "pay" -- or the start of the

15   word that might start with "pay," p-a-y, it looks

16   like.

17   Q   All right. Anything else?

18   A   No.

19   Q   All right. And do you recognize whose

20   handwriting is on -118?

21   A   It looks like Ivgen's, Ivgen Guner.

22   Q   Would that be the same on page -116, the

23   handwriting that --

24   A   Yes.

25   Q   -- is not yours?

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A   Yes.

2   Q   When you wrote your notes, were her notes

3   already on the page? Do you know?

4   A   I don't remember.

5   Q   And the next report, where does it

6   start --

7   A   On --

8   Q   -- and end?

9   A   On 37121 is where it starts -- this is

10   the OSI -- and ends on 37122.

11   Q   All right. And this is a Big Deal Report

12   for OSI?

13   A   Correct.

14   Q   Okay. Was this the report that was sent

15   to you from the finance director for OSI?

16   A   Or someone within that person's

17   organization, finance organization.

18   Q   Okay. And do you have any understanding

19   how the people in the finance organization for NAS,

20   OPI, and OSI actually prepared these particular Big

21   Deal Reports when they sent them to you or prior to

22   sending them to you?

23   A   I know that they used OSO.

24   Q   And do you know anything beyond that?

25   A   I knew the report that they used, which

1   was called the Forecast Summary by Product Category

2   Report.

3       Q   Is that a report that you actually

4   received?

5       A   That I received?

6       Q   Yeah, the Forecast Summary by Product

7   Report?

8       A   No, I received this (indicating).   I

9   received this Excel report from them.

10      Q   Okay.   Did you receive a copy of the

11  Forecast Summary by Product Report?

12      A   Directly out of OSO, perhaps from time to

13  time as a working paper, but not on a regular

14  basis.   What -- this is what came to us regularly.

15      Q   Okay.   And do you know who prepares the

16  Forecast Summary by Product Report?

17      A   It would have been somebody within the

18  finance director's organization.

19      Q   For each of the respective divisions?

20      A   Right.

21      Q   Okay.   If you received a Forecast Summary

22  by Product Report, how would you have received

23  that?

24      A   Via Excel.   There's no way to

25  electronically send that to me.   It would have just

1   been a download into Excel and then sent soft copy.

2   if they did send it.

3       Q   Okay.   I just want to make sure I

4   understand what you're saying.   Could it be -- are

5   you saying it was sent as an attachment to an

6   e-mail, or are you saying it couldn't be sent as an

7   attachment?

8       A   It could, but it would have been an Excel

9   document.

10      Q   Okay.   So it's a report that's generated

11  from information contained on OSO, or is it an OSO

12  report that's generated and then saved?

13      A   That's the name of the report in OSO.

14      Q   Okay.

15      A   But to be able to share it with anybody,

16  you would have to download it into Excel.

17      Q   Okay.   And is it then saved -- do you

18  know where, then, that particular report -- the

19  product summary by -- no the Forecast Summary by

20  Product --

21      A   Category, yeah.

22      Q   -- where that type of report would have

23  been saved as an Excel document?

24      A   It -- depending on what the nature of why

25  I was receiving it, I would have saved it in e-mail

1   or just saved it in our network as a part of our

2   working documents for that forecast period.

3       Q   Okay.   And page -121, there's handwriting

4   on that page.   Do you recognize that handwriting?

5       A   Yes.

6       Q   Okay.   Is that your handwriting?

7       A   It looks to be mine, yes.

8       Q   Can you read that for me?

9       A   Ah, the only thing I can make out, the

10  first line I think the second word is "down."

11      Q   Uh-hum.

12      A   But I can't make out what else is on that

13  line.

14      Q   Is it "Judgment down"?   You can't read

15  that?

16      A   I can't say.

17      Q   Okay.   Anything else?

18      A   I see "NY State," the bottom of the

19  second line.

20      Q   Uh-hum.

21      A   I can't make out what's on top of that or

22  next to that.

23      Q   Okay.   And do you have any understanding

24  of when you would have made notes on these

25  particular documents?

1       A   No.   It could have been at any point in

2   time preparing the forecast for that week.

3       Q   Okay.   And in preparing the forecast, did

4   you speak to people in the sales divisions?

5       A   From time to time, yes.

6       Q   Okay.   And who within the sales divisions

7   would you speak to from time to time?

8       A   Oh, I'm sorry.   Within the finance part

9   of the sales division.

10      Q   Okay.

11      A   So somebody within the finance director's

12  organization, their analysts.

13      Q   So somebody -- Sarah Kopp or Jim English

14  or in Mr. Winton's division?

15      A   Yes.

16      Q   And in speaking with them, you might have

17  made notes on this report?

18      A   Yes, or in speaking with my manager or

19  just --

20      Q   Okay.

21      A   -- during the preparation process.

22      Q   And you don't have any understanding of

23  what these notes on page -121 refer to?

24      A   I don't.

25      Q   All right.   Page -123, and although

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   that's a little bit clearer, I actually have a
2   clearer copy of that page, so if you have a hard
3   time understanding what is written there, I can
4   show you that.
5   A   -123 I can read.
6   Q   Yeah.
7   A   And this is the format in which we would
8   have sent it out --
9   Q   Okay.
10  A   -- as a part of the Americas Forecast
11  Package.
12  Q   Just so I am clear, this is the page --
13  is it page 37123 and -124 that you would have sent
14  out as the OSO Big Deal attachment to the Americas
15  Forecast Report?
16  A   Ah, I believe so, yes.
17  MS. LAVALLEE:  Could I go off the record for
18  a moment?
19  VIDEO OPERATOR:  We are off the record at
20  2:49 p.m.
21  (Pause in proceedings.)
22  VIDEO OPERATOR:  Back on the record at
23  2:49 p.m.
24  Q   BY MS. LAVALLEE:  Ms. Ronsse, can you
25  tell me -- can you read me your notes on page -123?

Oracle Related Cases                              Page 162

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   A   Down at the bottom, "Where are their
2   University of Texas deals.  Jay counting on Texas
3   and communications deals."
4   Q   Okay.  Do you have any understanding
5   whether or not those were notes taken during a
6   forecasting call on Thursday?
7   A   I don't remember.
8   Q   Okay.
9   A   And, actually, can I clarify from an
10  earlier question?  We've -- we use different
11  versions of the Big Deals Reports to send out, so I
12  just wanted to clarify that I know sometimes we
13  sent out this version or this format and sometimes
14  we sent out the earlier version, and I can't
15  remember when we would have sent out what format.
16  Q   Okay.  So it's possible you may have sent
17  out the format set forth in pages 3716- through --
18  A   Correct.
19  Q   -22 -- -122?
20  A   Correct.  As I'm looking through that, I
21  remember that we used the different formats from
22  time to time.
23  Q   Okay.  Now, is it a situation where you
24  generated both formats and might have attached one
25  or the other, or is it a situation where at one

Oracle Related Cases                              Page 163

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   point in time you were using one format and then
2   you switched to a new format?
3   A   Uhm, it was we were trying to switch over
4   to this latter format --
5   Q   Okay.
6   A   -- because it was more directly from the
7   system.
8   Q   All right.  Now, going back to your
9   handwritten notes on page -123 in Exhibit 249, can
10  you tell me what you were referring to by these
11  notes?
12  A   No, I don't remember.
13  Q   Okay.  And "Jay," is that a reference to
14  Mr. Nussbaum?
15  A   It would be, yes.
16  Q   And "Counting on Texas and comm deals,"
17  by that do you mean that he's counting on the deal
18  with Texas and telecom deals?
19  A   I don't remember what I was referring to.
20  Q   And the word "comm," does that have any
21  significance for you?
22  A   That would have been an abbreviation for
23  communications.
24  Q   And his division had telecom deals?
25  A   Correct.

Oracle Related Cases                              Page 164

Ronsse, Roberta 4/20/2004 3:09:00 PM

1   Q   But you don't understand what you meant
2   by the phrase "Counting on Texas and comm deals"?
3   A   Correct.
4   Q   Okay.  And as you sit here, you don't
5   understand what you would have meant by that?
6   A   I don't remember the context in which I
7   took this note, no, so I don't understand what I
8   meant.
9   Q   Okay.  All right.  And where does this
10  particular report end?  The OSI Forecast Summary
11  Report by Product Category is two pages and then it
12  switches to NAS Forecast Summary Report by Product
13  Category --
14  A   Correct.
15  Q   -- which is pages -126 to -127.  Does
16  that appear to be the Big Deal Reports as you
17  referred to earlier for NAS?
18  A   Yes.  It switches to NAS on -125, -126,
19  and -127.
20  Q   Okay.  And then on -128, -129, what --
21  are those the OPI Forecast Summary Reports by
22  Product Category, which you referred to as the Big
23  Deal Reports?
24  A   Yes.
25  Q   And there's a notation on -128.  Is that

Oracle Related Cases                              Page 165

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  your handwriting?

2  A  Yes.

3  Q  Okay. And can you read that, please.

4  A  "Emerson looks good per Sandy. Where

5  is" --

6  Q  -- "if"? Is that possible?

7  A  I don't know if it's "if" or -- it could

8  be possible with a question mark as to where is it

9  on the list.

10  Q  Pardon me. I take it you don't have any

11  understanding of what you were trying to convey

12  there either or what you were writing there?

13  A  Not more than what the note says, no.

14  Q  Okay. And the last page is LAD Forecast

15  Summary Report by Product Category?

16  A  Correct.

17  Q  Is that Latin America --

18  A  Yes.

19  Q  -- division?

20  Okay. Now, the reports that are

21  contained on pages -123 through -130, would those

22  encompass the entirety of the type of Big Deal

23  Reports that you would attach to the forecasting

24  report?

25  A  For these divisions, yes, although like I

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  said earlier, I don't remember on which forecast

2  weeks we sent this format versus the one previous.

3  Q  Okay. Did you receive forecasting

4  reports that were prepared by the sales division or

5  the finance division for any of the North America

6  divisions during the Q-3 2001 time frame?

7  A  Ah, can you clarify any reports?  Other

8  than we discussed or --

9  Q  Yeah. Let's talk about reports other

10  than we discussed that showed forecast figures,

11  best case, worst case figures, for any of the

12  particular divisions.

13  A  Not that I remember.

14  Q  Okay. Let me just briefly show you two

15  exhibits that were previously marked in the

16  depositions earlier. The first one is Exhibit

17  No. 32.

18  (Whereupon, Deposition Exhibit 32

19  was placed before the witness.)

20  Q  BY MS. LAVALLEE:  If you could take a

21  look at this document and tell me whether or not

22  it's the type of document that you received in your

23  capacity as finance manager at Oracle.

24  A  You know, this -- this isn't familiar to

25  me.

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  Q  Okay. And I would like to show you a

2  document that was previously marked as Exhibit

3  No. 36 in one of the prior depositions.

4  (Whereupon, Deposition Exhibit 36

5  was placed before the witness.)

6  Q  BY MS. LAVALLEE:  If you could tell me

7  whether or not that is a document or a type of

8  report that you would have received in your

9  capacity as finance manager at Oracle Corporation?

10  A  This isn't familiar either.

11  Q  Okay. Do you have any knowledge of who

12  prepared those reports?

13  A  No.

14  Q  Okay. I would like to mark as Exhibit

15  No. 250 a document Bates stamped CA-ORCL 004848

16  through -4856.

17  (Plaintiffs' Exhibit 250 was marked for

18  identification by the deposition officer and

19  is attached hereto.)

20  Q  BY MS. LAVALLEE:  Ms. Ronsse, could you

21  take a look at the document and then tell me if you

22  recognize it and what it is, if you do?

23  A  This is part of pages from the upside

24  report, but it's not dated.

25  Q  Okay. And can you see further at the

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  bottom?  Does that help?

2  A  On the second page, oh, sorry. Yes. I'm

3  typically looking at the top for the week, so as of

4  January 18th, it seems it was printed.

5  Q  Okay. And was this the report you were

6  working -- that you would have worked on for that

7  time frame?

8  A  It looks like a working copy of the

9  upside report.

10  Q  Does it look like your working copy?

11  A  I don't know if it's mine or somebody

12  else's.

13  Q  Okay. Are the handwritten notes on this

14  document yours?

15  A  Some notes are mine.

16  Q  All right. Starting on page -4848, can

17  you tell me which notes are yours?

18  A  Ah, starting in the middle to the right,

19  the "Plugged 25,000 30 percent e-x-p growth,"

20  expense growth, "growth of 10, didn't" -- looks

21  like -- "change percentages."

22  Q  Okay.

23  A  Underneath that it says "Cooperman" to --

24  next to the FY02 budget percent -- percent margins,

25  57, 58, 56, and then at the bottom "Alliances 10

1  percent, Development 10 percent." I can't read the
2  bottom one. It's cut off.
3     Q  Okay. The reference to "Cooperman," is
4  that the reference to Daniel Cooperman?
5     A  It's his last name, but I don't know what
6  I was referring to.
7     Q  Okay. Do you know who Mr. Cooperman is?
8     A  Yes.
9     Q  And did you have occasion to deal with
10  him in your capacity as finance manager at Oracle?
11     A  No, not directly.
12     Q  Did you occasionally communicate with
13  him?
14     A  No.
15     Q  Did you ever communicate with him --
16     A  No.
17     Q  -- while at Oracle?
18     Okay. And do you have any understanding
19  of what any of your notes refer to or mean on this
20  page?
21     A  There -- it just looks like working notes
22  of fixes or changes that we needed to make in the
23  course of preparing the document.
24     Q  Okay. So it's your understanding that
25  this is your notes as you were preparing the

1  document, but not notes taken after it was
2  finalized because this isn't a final document?
3     A  Correct.
4     Q  Looking at the document, what is it that
5  indicates to you that it is not a final document?
6     A  Well, the -- the notes would indicate.
7  On a final document I typically would not have any
8  notes and there are -- I typically, with my
9  notetaking, would have a working copy to remind me
10  to -- to make certain changes that needed to be
11  made before the final was final.
12     Q  Okay. The upside reports, were these
13  reports that were prepared weekly for each of the
14  Monday morning weekly executive calls?
15     A  They were prepared according to the
16  forecast schedule --
17     Q  Okay.
18     A  -- which was every other week in the
19  first two months of the quarter and every week
20  during the last month.
21     Q  Okay. And I believe some of the other
22  witnesses have testified that on -- there was
23  weekly -- Monday morning calls for the executive
24  committee every week and that on the weeks that
25  didn't correspond to a forecasting week, an oral

1  report would be generated. And to the extent there
2  was any new information known, it would be then
3  updated and a report would be -- an upside report
4  would be generated every week.
5     Does that correspond with your
6  understanding?
7     A  My responsibility was to prepare it in
8  accordance with the forecast schedule.
9     Q  Okay. So you were never asked to update
10  it or to even just reprint it with a new date?
11     A  Not that I remember, no.
12     Q  Okay. And the upside report, was that
13  ever a report that you discussed with anybody other
14  than Ms. Minton?
15     A  With my manager, Ivgen Guner, we would
16  also discuss and potentially with Larry Garnick as
17  another part of my management team, and from time
18  to time if Jeff Henley had a question.
19     Q  Okay. And Mr. Henley's questions, would
20  they be posed during the -- while you were
21  preparing the upside report or something that he
22  would pose later?
23     A  No, later, and unusually through
24  Jennifer.
25     Q  And Jennifer would say to you,

1  "Mr. Henley had for you this question"?
2     A  A question, correct.
3     Q  And do you recall any specific questions
4  that he may have posed over the course of your time
5  as finance manager?
6     A  No, not specific questions.
7     Q  Okay. What was the nature of the types
8  of questions he would be asking?
9     MR. GOLDSTEIN:  Objection to form.
10     THE WITNESS:  Just -- just about the numbers
11  on the report, just are these numbers correct.
12     Q  BY MS. LAVALLEE:  Okay.
13     A  That substance, you know, did we prepare
14  this correctly? is the number correct? --
15     Q  Okay.
16     A  -- and validation of it.
17     Q  All right. And would he ask for anything
18  beyond validation?
19     A  Not that I can remember, no.
20     Q  Okay. And was that a frequent request or
21  something that occasionally happened?
22     A  No, very random --
23     Q  Okay.
24     A  -- and seldom.
25     Q  Okay. And do you recall specifically in

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  what time frame such a request might have been
2  made?
3     A  No.
4     Q  I take it you don't know whether or not
5  such a request was made in the fiscal 2001?
6     A  No, I don't remember.
7     Q  And how would such a request be conveyed
8  to you, by e-mail or verbally?
9     A  Verbally.
10    Q  Did you communicate with Ms. Minton by
11  e-mail?  And let me --
12    A  Uhm --
13    Q  Let --
14    A  Sorry.  Go ahead.
15    Q  Let me just put a time frame there -- in
16  the Q-3 2001 time frame.
17    A  I don't remember.
18    Q  Okay.  Generally, when you communicated
19  with people at Oracle, did you tend to communicate
20  by e-mail frequently or did you tend to communicate
21  by phone or in one-on-one conversations or personal
22  conversations, in-person conversations?
23    A  The people within corporate finance that
24  I worked closely with on one-on-one conversations,
25  others, like with the finance divisions, via

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  telephone or e-mails.
2     Q  Okay.  Because a lot of them weren't in
3  the same offices?
4     A  Correct.
5     Q  Did you have occasion to communicate
6  directly with the head -- the executive VPs of any
7  of the U.S. divisions:  Mr. Nussbaum,
8  Mr. Sanderson, or Mr. Roberts?
9     A  No.
10    Q  I take it you didn't have occasion to
11  deal with Mr. Henley directly?
12    A  Only if he was present in our forecast
13  calls or present with Ivgen or Jennifer in their
14  offices.
15    Q  So occasionally you would be -- you were
16  requested to meet with Ms. Guner or Ms. Minton and
17  Mr. Henley may appear or may be there?
18    A  Correct.
19    Q  And you may be in the same room having a
20  conversation with him outside the context of a
21  meeting?
22    A  Yes.
23    Q  Okay.  And was that a frequent
24  occasion -- a frequent incident?
25    A  No.  Seldom.

Ronsse, Roberta 4/20/2004 3:09:00 PM

1     Q  Seldom.  Okay.  Do you recall
2  specifically any of those meetings?
3     A  Not specific meetings, no.
4     Q  Do you recall generally the type of
5  discussions you would have at those types of
6  meetings?
7     A  No.
8        (Whereupon, Ms. Segal left the
9        deposition room.)
10    Q  BY MS. LAVALLEE:  Would --
11    A  They would just -- specifically, no.  In
12  general, about reports or, you know, just reviewing
13  reports that we had given to him or were to prepare
14  for him.
15    Q  Okay.  And do you recall when any such
16  meeting took place?
17    A  No.
18    Q  Do you recall if any such meeting took
19  place in the third quarter of 2001?
20    A  No.
21    Q  Okay.  And did you ever have an
22  opportunity to communicate with Mr. Ellison?
23    A  No.
24    Q  Okay.  Did you ever attend -- ever attend
25  any meeting where Mr. Ellison was present?

Ronsse, Roberta 4/20/2004 3:09:00 PM

1     A  No.
2     Q  Okay.  And the forecasting calls, they
3  were actually telephonic calls, correct?
4     A  Yes.
5     Q  Okay.  Were you in the room with anybody
6  when they took place, or were you in your office
7  alone?
8     A  I was in Jennifer Minton's office.
9     Q  Okay.
10    A  So I was with Jennifer and Ivgen.
11    Q  Okay.
12    A  And occasionally Jeff, if he was in town.
13    Q  Okay.
14    A  If he was in town and came to Jennifer's
15  office to listen to the call.
16    Q  And would he occasionally attend by
17  telephone but not in Ms. Minton's office?
18    A  Yes.
19    Q  Were your offices located close to
20  Ms. Minton's?
21    A  Yes.
22    Q  Same floor or --
23    A  Yes.
24    Q  All right.  Back to Exhibit No. 250.
25  Page 4850, is the handwriting on this page your

1  handwriting?

2  A  Some handwriting is, yes.

3  Q  Okay.  Can you just read out for me what

4  your handwriting is?

5  A  It looks like at the top -- I think

6  that's a point 600, maybe a comma, "600 to get to

7  15 percent" -- that's mine.

8  Q  Okay.  The 662 before it is not?

9  A  That's not mine.

10  Q  And do you have any understanding as to

11  whose handwriting that is?

12  A  I don't know.  It would either be Ivgen's

13  or Jennifer's, but I can't make it out.

14  Q  Okay.

15  (Whereupon, Ms. Segal entered the

16  deposition room.)

17  Q  BY MS. LAVALLEE:  Any of the other

18  handwriting yours?

19  A  Uhm, yes.  It looks like at the top, the

20  "2" dash -- I don't know if that's a "20" dash

21  "15."  That's mine.  I don't think that next "15"

22  is mine.  And then going down the page, that next

23  paragraph is mine.

24  Q  What does that read?

25  A  "Took out" dash "10,000 in Germany Q-4

1  consulting forecast added 1 million to UK."

2  Q  Okay.

3  A  It looks like.

4  Q  And the next -- the point, that is yours?

5  A  The next one down looks like "added

6  1,234" a million or if it's a thousand "in expense

7  to UKI to get margin at 149909."

8  Q  All right.  Anything else on your -- down

9  the page yours?

10  A  In the middle, that number "148,909"

11  looks to be mine.

12  Q  Uh-hum.

13  A  And then the numbers on the margin

14  percentage where it starts with "14, 20, 28, 22, 15

15  and change one of these."

16  Q  Okay.

17  A  That seems to be it.

18  Q  Do you have any understanding what that

19  references?

20  A  I don't.

21  Q  And the negative numbers, you have no

22  idea what the -- or the dash numbers, you have no

23  idea what those are?

24  A  No.

25  MS. LAVALLEE:  All right.  The -- there's

1  just a couple minutes left on the tape, so why

2  don't we take a short break and he can change the

3  tape at this stage.

4  VIDEO OPERATOR:  This concludes Videotape

5  No. 2 in the videotaped deposition of Roberta

6  Ronsse.  The time is 3:11 p.m. on April 20, 2004,

7  and we are off the record.

8  (A recess was taken.)

9  (Whereupon, Ms. Segal was not present

10  at resumption.)

11  VIDEO OPERATOR:  This begins Videotape No. 3

12  in the videotaped deposition of Roberta Ronsse.

13  The time is 3:17 p.m. on April 20th, 2004, and we

14  are on the record.

15  Q  BY MS. LAVALLEE:  I'm just going to mark

16  this document as Exhibit No. 251 and ask one brief

17  question on it.  It is document Bates stamped

18  CA-ORCL 004221 through -4233.

19  (Plaintiffs' Exhibit 251 was marked for

20  identification by the deposition officer and

21  is attached hereto.)

22  Q  BY MS. LAVALLEE:  Ms. Ronsse, if you

23  could take a look at the document and then when

24  you've had a chance to review it, please identify

25  it for me.

1  (Pause in proceedings.)

2  (Whereupon, Ms. Segal entered the

3  deposition room.)

4  THE WITNESS:  This -- this is an upside

5  report and it looks like a working copy that would

6  have been printed on December 5th, 2000.

7  Q  BY MS. LAVALLEE:  And you believe it to

8  be a working copy for what reason?

9  A  I believe because I see notes, one

10  indicating the time that we printed it and then

11  there's more notes on page -4225.

12  Q  Okay.

13  A  So that gives me the indication that it's

14  a working copy.

15  Q  And the notes on page -4225, are those

16  your notes?

17  A  Yes.

18  Q  And what do those numbers refer to?

19  A  I don't know.

20  Q  Okay.  You have no idea what those

21  numbers are?

22  A  I don't remember.  Yeah, I don't know.

23  Q  Okay.

24  A  This was not a typical --

25  Q  Notation?

1    A   Right.

2    Q   All right. And the notation on -4222,

3    there's a box or series of chart boxes that are

4    crossed out or there's an X through them.

5        Do you have any understanding as to why

6    that is or what that notation meant?

7    A   No, I don't know why we crossed it out.

8    Q   Okay. And was it -- you have no idea if

9    that's your cross-out?

10   A   I don't. I don't know.

11   Q   And the next page, -4223, there --

12   both -- nearly at the end "Earnings Per Share"

13   those certain -- there's figures that are circled.

14       Do you have any understanding as to what

15   that's all about?

16   A   Well, that looks like an error and we

17   found it in reviewing the document. The numbers

18   didn't come in correctly.

19   Q   Okay. That's all I have on that

20   document.

21       I would like to mark as Exhibit No. 252,

22   a document Bates stamped CA-ORCL 004676 through -4692.

23       (Plaintiffs' Exhibit 252 was marked for

24       identification by the deposition officer and

25       is attached hereto.)

1    Q   BY MS. LAVALLEE:  Ms. Ronsse, if you

2    could, take a look at the document and then

3    identify it for me, please.

4    A   This looks like the upside report dated

5    January 19th.

6    Q   Okay. Now, it prefers on the top to Q-4

7    fiscal year forecast.

8    A   Right.

9    Q   Does that appear to be --

10   A   This is a Q-4 upside.

11   Q   All right. Now, can you tell me if it

12   was normal for you to be preparing an upside report

13   for the subsequent quarter?

14   A   It was normal. It didn't happen every

15   forecast week, but it was normal to prepare upsides

16   for the previous -- the forward-looking quarter.

17   Q   Okay. And do you know what -- did you

18   prepare these upside reports the same way that you

19   prepared the upside reports for the current fiscal

20   quarter?

21   A   The same way, yes, in that we obtained

22   the information from OFA.

23   Q   Right.

24   A   Yes.

25   Q   And who was it who on occasion would ask

1    you to prepare an upside report for the subsequent

2    quarter?

3    A   My manager, Ivgen Guner.

4    Q   Okay. And when she asked you to do that,

5    did she ever give a reason why she would want an

6    upside report for the subsequent quarter?

7    A   Uhm, just that management was interested

8    in -- in looking at it.

9    Q   Okay. Do you have any understanding as

10   to why management was interested in looking at the

11   forecast for a subsequent quarter?

12   A   Uhm, nothing more than just for

13   forward-looking purposes just for their own

14   planning purposes.

15   Q   Okay. And by "planning," what are you

16   referring to?

17   A   Uhm --

18   Q   Do you have any knowledge?

19   A   I -- not specifically of how management

20   planned, no, but for information purposes to help

21   them in their planning.

22   Q   Okay. And I guess by "planning," what

23   are you referring to?

24   A   I guess I'm just referring to the

25   responsibility of upper management in looking at

1    forward quarters and planning for forward quarters

2    or adjusting or preparing for future quarters in

3    terms of making decisions on head count and

4    expenses and et cetera.

5    Q   Okay. And do you have any other

6    understanding beyond that?

7    A   No.

8    Q   Okay. And do you know what happened with

9    upside reports that were prepared for the

10   subsequent quarter?

11   A   Typically, I would make them available to

12   Ivgen, and if Jennifer wanted a copy and if she

13   wanted any other copies, I would make them for her.

14   Q   Okay. Do you know if this is something

15   that was also provided at some of the Monday

16   morning EMC meetings?

17   A   Occasionally it was.

18   Q   Okay. And do you recall -- for example,

19   in this particular report, January 19, 2001, if you

20   had prepared this report, do you have any

21   understanding as to whether or not it was then

22   provided to some or all of the members of the EMC

23   meeting -- EMC committee for the Monday morning

24   meetings?

25   A   No, I don't know --

1    Q  Okay.

2    A  -- if it was.

3    Q  Okay.  But on some occasions when you

4    prepared them, you knew they went to the EMC

5    members or some of the EMC members?

6    A  Correct.

7    Q  Okay.  And did you ever participate in

8    any discussions regarding what the forecast figures

9    for the subsequent quarter showed?

10   A  No, I don't remember.

11   Q  Okay.  And, generally, how many times a

12   quarter would you be asked to do this?  Do you

13   know?

14   A  Every quarter was different typically.

15   Sometimes it was with every forecast.  Other times

16   it was maybe a couple of times.  It was random.

17   Q  Okay.  I'm going to mark as Exhibit

18   No. 253 a document Bates stamped 4485 through -500.

19      (Plaintiffs' Exhibit 253 was marked for

20      identification by the deposition officer and

21      is attached hereto.)

22   Q  BY MS. LAVALLEE:  Ms. Guner -- pardon me.

23   Ms. Ronsse, could you please take a look at this

24   document and once you've had a chance to review it,

25   please identify it for me.

---

1    A  This is the upside report for

2    January 12th for the next quarter, Q-4 '01.

3      (Whereupon, Ms. Segal left the

4      deposition room.)

5    Q  BY MS. LAVALLEE:  So for this particular

6    week you were also asked to prepare an upside

7    report for the subsequent quarter?

8    A  Apparently, yes.

9    Q  And in the January 12th and January 19th

10   time frame, one of those is a reporting week and

11   one of them is not; is that correct?

12   A  I would have to look at the calendar, but

13   typically it would -- we wouldn't have it back to

14   back.

15   Q  Right.

16   A  In the second -- yeah.  That's correct.

17   MR. GOLDSTEIN:  You mean a forecasting week?

18   THE WITNESS:  A forecasting week.

19   MS. LAVALLEE:  What did I say?

20   MR. GOLDSTEIN:  I think you said reporting

21   week.

22   MS. LAVALLEE:  I apologize.  Yeah, I did mean

23   forecasting week.  Thank you, Paul.

24   Q  So was that unusual or was that just

25   because of the random nature of the request you

---

1    really can't say it's unusual?

2    A  Right.  From time to time I was asked --

3    Q  Okay.

4    A  -- to prepare a copy.

5    Q  Were you ever asked to prepare upside

6    reports on weeks that were not forecasting weeks --

7    forecasting reporting weeks?

8    A  That's right.  That's the right

9    terminology.  I was never asked to prepare

10   different-based data in an upside report.  It would

11   be the same data as the previous forecast week;

12   but, yes, from time to time I would be asked to

13   prepare an upside report in a nonforecast week, if

14   you will, and make copies.

15   Q  Okay.  Okay.  I thought we discussed that

16   a little earlier and you said no, but maybe I'm

17   confusing or maybe my questions were different and

18   I'm trying to understand how -- so occasionally you

19   did prepare, at someone's request, Ms. Minton's or

20   Ms. Guner's request, upside reports for weeks that

21   were nonforecasting reporting weeks?

22   A  Typically they would just be copies of

23   the previous week.

24   Q  Okay.  And would you change -- reprint them

25   with a new date or you would just copy them again?

---

1    A  We would reprint them from the soft copy

2    that we had on our network, just print them out

3    that day because the final was always considered

4    what was the soft copy --

5    Q  Okay.

6    A  -- you know, in our network.

7    Q  Okay.  And would the date automatically

8    change because it was dated by --

9    A  Right.  You would see the printed-on

10   date.

11   Q  Okay.  And were you ever asked to change

12   any numbers to reflect new information or -- for

13   that particular week?  Like, for example, well,

14   check the pipeline data, has changed on OFO, put in

15   the data?

16   A  No, not the base data, no, not the

17   forecast or pipeline data.

18   Q  Okay.  And what about the revenue data?

19   A  No, not any of the forecast data.

20   Q  Okay.  I would like to mark as Exhibit

21   No. 254 a document Bates stamped CA-ORCL 004197

22   through -4206.

23      (Plaintiffs' Exhibit 254 was marked for

24      identification by the deposition officer and

25      is attached hereto.)

1    Q   BY MS. LAVALLEE:  Ms. Ronsse, if you

2    could take a moment to look at this document and

3    when you've had a chance to review it, please

4    identify it for me.

5        (Pause in proceedings.)

6        THE WITNESS:  This is the Pipeline Reporting

7    Package.

8    Q   BY MS. LAVALLEE:  The one we discussed

9    earlier that you said you participated in

10   preparing?

11   A   Right --

12   Q   Okay.

13   A   -- at the beginning of each month.

14   Q   Okay.  And this one is dated December 11,

15   2000?

16   A   Right, but that would have been the first

17   time we would have done the forecast --

18   Q   Okay.

19   A   -- if I remember right, the schedule.

20   Q   And does this look to be a complete

21   Pipeline Reporting Package?

22   A   It looks like it has all of the reports

23   that I remember producing for the Pipeline

24   Reporting Package.

25   Q   Okay.  And can you tell looking at this

1    document whether it was a final report?

2    A   Uhm, it indicates "FIN 12-12" on the top

3    right in my handwriting, so that would lead me to

4    assume that it was the final version.

5    Q   Okay.  And in order to create this

6    report, what sources of information did you use?

7    A   This was information all from OFA.

8    Q   Okay.  And you would prepare this you

9    said to -- and finalize it on this Thursday of this

10   the first forecasting week or the beginning of each

11   month?

12   A   Correct.

13   Q   We spoke earlier about pipeline -- no.

14   Actual Pipeline Analysis Reports, I think is what

15   we decided to call it.  Now, can you tell me

16   precisely what data -- what pipeline type of data

17   would appear in that particular report?

18   MR. GOLDSTEIN:  Objection to form.

19   THE WITNESS:  They were ad hoc reports, so

20   there was nothing that was consistently produced.

21   Q   BY MS. LAVALLEE:  But it was more -- it

22   had historical pipeline type information, correct?

23   A   Sometimes, yes.

24   Q   And would it be the type of information

25   contained in this report or sometimes more or

1    sometimes less?

2    A   It was random.  It could have been

3    similar information.  Not necessarily more or less,

4    just perhaps different -- formatted a different

5    way.

6    Q   But it could be more, it could be less?

7    It just depends on the report or you don't

8    remember?

9    A   It depends on the request.  I don't

10   remember specifics.

11   Q   Okay.  And on this Pipeline Reporting

12   Package report, when you prepared this report, what

13   did you do with this one?

14   A   This was provided to Ivgen, my manager,

15   and to Jennifer.  From time to time I was asked to

16   make copies for Jennifer.

17   Q   Okay.  And any number of copies?  Did it

18   change from week to week or month to month or was

19   there a set number you were always asked to

20   prepare?

21   A   This was random.

22   Q   Okay.  And did you actually provide them

23   with hard copies or did you provide them with

24   electronic versions?

25   A   Ah, I only remember hard copies.

1    Q   Okay.  And when you prepared these, I

2    think you had testified earlier that they were

3    Excel sheets and you saved them onto the network,

4    your department's network.  And did you testify as

5    to whether you kept hard copies in your working

6    files or folders at the -- for your division?

7    A   I may have kept hard copies in my binder,

8    yes.

9    Q   Okay.  And by your "binder," can you

10   explain to me what precisely you mean by your

11   "binder"?

12   A   I had binders for each quarter of the

13   fiscal year, where I kept all of my working papers

14   that I used, and during the forecast week to

15   prepare the reports, and then I would try to put

16   the final versions in those binders as well.

17   Q   Okay.  And did you keep e-mails in those

18   binders as well?

19   A   If I felt they were relevant to the

20   process and had information that helped me to

21   prepare the reports, then yes, I would try to.

22   Q   Okay.  And other than -- well, let me ask

23   a different question.

24       Do you know who the audience was for the

25   Pipeline Reporting Package?

1    A  Well, I was preparing it for Ivgen and

2    Jennifer, my immediate management.  That was --

3    that was the -- the immediate audience.

4    Q  Okay.  And beyond them, do you have any

5    understanding as to who were the recipients of

6    these reports on a regular basis?

7    A  Uhm, not on a regular basis, although

8    from time to time Jeff Henley was interested in

9    this report.

10   Q  And how do you know he was interested in

11   this particular report?

12   A  Because he would ask to see it from time

13   to time.

14   Q  Okay.  And was that a request that was

15   conveyed through somebody else or to you directly?

16   A  Through my management.

17   Q  And would you then personally send it off

18   to Mr. Henley, or would you provide him a copy or

19   would you -- or would it be conveyed to him in a

20   different manner?

21   A  No, it would typically be given by my

22   management.

23   Q  Okay.  And did you ever discuss the

24   contents of the Pipeline Reporting Package with

25   your management or anybody else?

1    A  Yes.

2    Q  Okay.  And on what occasions would you do

3    that?

4    A  During the preparation period, uhm,

5    there's review time where they would review and ask

6    questions to ensure accuracy and, uhm, validate the

7    contents.

8    Q  Okay.  Now, is this a compilation of a

9    report that just compiles data that is sort of

10   fixed data that is in the system, or is there any

11   form of judgment or analysis that is included in

12   here?

13   MR. GOLDSTEIN:  Objection to form.

14   THE WITNESS:  This is data straight from OFA.

15   Q  BY MS. LAVALLEE:  Okay.  And -- okay.

16   Did you ever discuss data contained herein with

17   Mr. Henley?

18   MR. GOLDSTEIN:  Objection to form.

19   Q  BY MS. LAVALLEE:  Ah, let me rephrase my

20   question actually.  Did you discuss data in any

21   Pipeline Reporting Package with Mr. Henley?

22   A  From time to time.

23   Q  Okay.  And do you recall any specific

24   instance when you did?

25   A  No.

1    Q  Okay.  And do you -- was it -- "from time

2    to time," do you mean that would occur every

3    quarter or every year?  Do you know?

4    A  It was random.

5    Q  Do you recall any discussions with

6    Mr. Henley regarding the contents of this type of

7    report, the Pipeline Reporting Package, during the

8    fiscal year 2001?

9    A  I don't remember.

10   Q  How about do you -- do you recall whether

11   or not you discussed the contents of any Pipeline

12   Reporting Package with Mr. Henley during the third

13   quarter fiscal 2001?

14   A  No, I don't recall.

15   Q  Okay.  And did you ever discuss the

16   contents of the Pipeline Reporting Package with

17   Mr. Larry Ellison?

18   A  No.

19   Q  Okay.  Did you ever communicate directly

20   with Mr. Ellison?

21   A  No.

22   Q  I think we may have covered that.

23   A  Yes.

24   Q  And when you discussed the contents of

25   this Pipeline Reporting Package with Mr. Ellison --

1    Henley, were these communications by phone or

2    communications in person?

3    A  In person.

4    Q  And were these the types of

5    communications you referred to earlier when you

6    might be in Ms. Minton's office and Mr. Henley was

7    present?

8    A  Yes.

9    Q  So, generally, there was somebody else

10   there present during these meetings?

11   A  Yes.

12   Q  And I believe you said that the -- the

13   source of all this information contained in this

14   particular report, the Pipeline Reporting Package,

15   was information found on the OFA system, correct?

16   A  Correct.

17   Q  Okay.  Can you tell me what type of

18   information was compiled in the OFA system?

19   A  What type -- all types of information

20   or --

21   Q  Yeah.

22   A  OFA included forecast information for

23   revenue, expenses, and head count for all of the

24   lines of businesses in all of the countries at

25   Oracle and budget information and then actuals

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  information once it was available from the general

2  ledger.

3      Q  Okay.  And do you have any understanding

4  as to how long a historical picture this -- let me

5  ask a different question.

6      The data is contained in the OFA

7  system, how far back historically did it go?

8      A  I don't remember.

9      Q  Okay.  Was it more than a year?

10     A  Yes.

11     Q  Was it more than three years?

12     A  I don't remember.

13     Q  Okay.  Were you ever asked to prepare

14  upside reports for a three-year period?

15  MR. GOLDSTEIN:  Objection to form.

16  THE WITNESS:  This type of upside report --

17  like this exact report?

18     Q  BY MS. LAVALLEE:  Or something similar.

19  MR. GOLDSTEIN:  Same objection.

20  THE WITNESS:  I guess I don't understand.  Do

21  you mean showing three years in the past?

22     Q  BY MS. LAVALLEE:  Any three-year period,

23  past or future.

24     A  We prepared budget reports that showed

25  more than one year -- or more than two years I

Oracle Related Cases                                    Page 198

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  guess I should say.

2      Q  Okay.

3      A  That's what I remember are budget

4  reports.

5      Q  Okay.  And were they in similar format --

6      A  Uh-hum.

7      Q  -- to the upside reports?

8  MR. GOLDSTEIN:  Objection to form.

9  THE WITNESS:  We had management summary as a

10  format that we used in a lot of different reports.

11     Q  BY MS. LAVALLEE:  Okay.

12     A  But that -- that was the type of format,

13  if you will, that we reported -- reported -- or

14  used for reporting, numerous different types of

15  analyses, actuals, budget, forecast.

16     Q  I would like to show you a document that

17  was previously marked as Exhibit No. 77.

18     (Whereupon, Deposition Exhibit 77

19     was placed before the witness.)

20     Q  BY MS. LAVALLEE:  If you could take a

21  look at this document and just tell me whether or

22  not you recognize it.

23     A  No.  I don't recognize it.

24     Q  Is any of the handwriting on here yours?

25     A  No.

Oracle Related Cases                                    Page 199

Ronsse, Roberta 4/20/2004 3:09:00 PM

1      Q  Do you recognize any of the handwriting

2  on it?

3      A  Ah, yes.

4      Q  Whose handwriting do you recognize?

5      A  Jennifer Minton's.

6      Q  Okay.  Anybody else's or is it all hers,

7  do you believe?

8      A  It looks to all be hers.

9      Q  I would like to mark as Exhibit 255 a

10  document Bates stamped CA-ORCL -- actually, let me

11  check.  I believe this has already been marked.

12  Let me just double-check.  This is a document that

13  has actually been previously marked as Exhibit

14  No. 156.

15     (Whereupon, Deposition Exhibit 156

16     was placed before the witness.)

17     Q  BY MS. LAVALLEE:  And there's a series of

18  e-mails here with an attachment.  If you could take

19  a look at this document and once you've had a

20  chance to review it, please identify it for me.

21     (Pause in proceedings.)

22  THE WITNESS:  Ah, the report is a Forecast

23  Accuracy Analysis.

24     Q  BY MS. LAVALLEE:  Okay.  And did you

25  indeed receive at least a portion of the e-mail

Oracle Related Cases                                    Page 200

Ronsse, Roberta 4/20/2004 3:09:00 PM

1  that has you as a cc on or about September 18,

2  2000?

3      A  I don't remember, but my name is copied

4  here.

5      Q  So you don't have any reason to believe

6  that you didn't receive it?

7      A  Yes, that's true.

8      Q  Okay.  And the attachment, does that

9  appear to be actually the attachment that belongs

10  with this e-mail?

11     A  Based on the subject of the e-mail, it

12  seems like the report.

13     Q  Okay.  Is this the type of report you

14  would have prepared or somebody at your request in

15  your division?

16     A  Yes.  It's an ad hoc report that -- that

17  I'm familiar with.

18     Q  And do you recall the reason why you

19  prepared this report?

20     A  As requested by management.  I can't

21  recall specific reasons.

22     Q  Generally, you don't recall any reason?

23     A  Well, generally, it was -- it was an

24  analysis -- it was an analysis that we did from

25  time to time to -- to give information about the

Oracle Related Cases                                    Page 201

1 accuracy of the forecast, about what the -- how the

2 different divisions forecasted as compared to their

3 actuals.

4 Q Okay. Did you ever run a similar type of

5 report for the accuracy of the potential number in

6 the upside report?

7 A I don't remember.

8 Q Okay. And I -- on the very top after

9 Ms. Burke forwarded this to Mr. Ellison,

10 Mr. Henley, Safra Katz, and a number of other

11 people and cc'd you, it was then forwarded to a

12 variety of people from Mr. Sanderson.

13 I take it you weren't a recipient of the

14 top e-mail?

15 A Correct.

16 Q Do you have any understanding of any

17 action that was taken as a result of the generation

18 of this License Revenue Forecast Accuracy Report?

19 A No.

20 Q Did you have any discussion with anybody

21 regarding the information contained in this report

22 after this report was prepared?

23 A I don't remember.

24 Q Do you recall if you ever prepared a

25 similar report or similar-type report after this

---

1 report for a subsequent time frame?

2 A I don't remember. We prepared it

3 randomly.

4 Q Okay. Now I would like to mark as

5 Exhibit No. 255 a document Bates stamped CA-ORCL

6 037596 through -598.

7 (Plaintiffs' Exhibit 255 was marked for

8 identification by the deposition officer and

9 is attached hereto.)

10 Q BY MS. LAVALLEE: Ms. Ronsse, can you

11 take a moment to look at these numbers and then

12 please identify them for me.

13 (Pause in proceedings.)

14 THE WITNESS: These are random notes that I

15 don't know the date -- I don't know the date of

16 which. Looks like notes that I would have taken

17 for myself during the forecast process, working

18 papers.

19 Q BY MS. LAVALLEE: Okay. And are all

20 three pages your notes?

21 A Well, the first page is my writing. The

22 second page has writing that I don't recognize, and

23 the third page is -- it looks like most of it is my

24 writing, although down at the bottom it has some

25 writing that's not mine.

---

1 Q All right. Now, do you have any

2 understanding as to what you were doing when you

3 were making these notes on page 37596?

4 A It looks like notes that I would take

5 when I'm tying out numbers to the divisions.

6 Q Okay. So that's like doing the Monday

7 through Wednesday time frame of a forecasting week,

8 you would be taking the data from the finance

9 divisions of the sales groups and you would be

10 looking at that and comparing that to what was on

11 OFO and the reports you were generating?

12 MR. GOLDSTEIN: OFA.

13 THE WITNESS: OFA.

14 MS. LAVALLEE: OFA. Thank you. I always do

15 that.

16 THE WITNESS: Once they -- their deadline was

17 Wednesday night, so I would have typically done

18 this tie-out at the end of the day Wednesday or

19 first thing Thursday morning.

20 Q BY MS. LAVALLEE: Okay. Is the same true

21 of the significance of the notes that you took on

22 page 37598?

23 A Yes.

24 Q What does "R-e-v" stand for in here?

25 Revenue?

---

1 A Yes.

2 Q What about "E-x-p"?

3 A Expense.

4 MS. LAVALLEE: I would like to mark as

5 Exhibit No. 256 a document that is titled

6 "Interview of Roberta Ronsse."

7 (Plaintiffs' Exhibit 256 was marked for

8 identification by the deposition officer and

9 is attached hereto.)

10 Q BY MS. LAVALLEE: Ms. Ronsse, if you

11 could take a moment to look at this document and

12 then tell me whether or not it's a document you've

13 seen before today.

14 (Pause in proceedings.)

15 THE WITNESS: Yes, it is.

16 Q BY MS. LAVALLEE: Okay. And when did you

17 first see this document?

18 A I can't remember the exact date, but it

19 was about a month ago.

20 Q Okay. And -- okay. And is this a

21 document you reviewed in anticipation of this depo?

22 A Yes.

23 Q Okay. When you reviewed this -- when did

24 you last review this document?

25 A Last evening.

1   Q   When you reviewed this document -- well,

2   let me step back.

3      Were you indeed interviewed by members of

4   the -- or counsel for the Special Litigation

5   Committee on April 5th and September 27, 2002?

6   A   Yes.

7   Q   Okay.  And I assume, based on this, there

8   was also several subsequent telephone interviews by

9   them?

10   A   Yes.

11   Q   Do you -- when you read through these --

12   this interview summary, did it accurately reflect

13   your discussion with the SLC attorneys?

14   A   Yes.  There are a few corrections that I

15   had.

16   Q   Okay.  Can you tell me what those

17   corrections were?

18   A   The first one is on page 5 -- or -- yeah.

19   Q   Uh-hum.

20   A   The second paragraph where it says that

21   each upside report included forecast data taken

22   from OSO --

23   Q   Yes.

24   A   -- that's not correct.  It's OFA.

25   Q   Okay.

1   A   And then it goes on to say: "This is

2   reflected in the forecast column.  The information

3   is entered onto the spreadsheet comprising the

4   Upside Report by FP&A personnel."

5   Q   Uh-hum.

6   A   It's more accurate to say that the

7   information is -- is linked to OFA.  We never

8   entered this -- this kind of implies that we

9   created a separate spreadsheet that became the

10   upside report.  It's just linked from OFA.

11   Q   Okay.  Can you explain to me what you

12   mean by that?

13   A   The numbers in OFA were the base numbers

14   for the forecast column and prior year actuals

15   column in the upside report; and we took the data

16   from OFA, downloaded it to Excel, and linked it

17   into our Excel workbook.  So there was no typing or

18   entering of information.

19   Q   Okay.  It was just -- for particular

20   columns it pulled the information from particular

21   portions of OFO?

22   A   OFA.

23   Q   OFA?

24   A   Downloaded reports from OFA

25   Q   Thank you.  All right.  Anything else in

1   here that you wish to correct?

2   A   It will take a little time to find.

3   Q   Sure.  Take as much time as you need.

4   A   Later on, on page 5 it says -- talking

5   about the executive management committee meetings.

6   It said: "These meetings typically took place

7   bi-weekly during the first two months of the

8   quarter and weekly."  That's not true.  That was

9   our forecast schedule.

10   Q   Right.

11   A   That's when we produced our forecast.  We

12   didn't have any control over when EC meetings took

13   place.

14   Q   Right.

15   A   Uhm, on page 6 under the "Green Book" --

16   Q   Yes.

17   A   -- I wanted to clarify that it says that

18   it was for Oracle North America businesses, that it

19   was just the license businesses of North America.

20   It didn't contain consulting information or any

21   other information.  I believe that was all.

22   Q   Okay.  So, basically, other than that,

23   it -- it accurately reflects what you told the SLC

24   regarding this case?

25   A   Yes.

1   Q   Okay.  And there's a description of your

2   week similar to what we talked about earlier on

3   pages 2 and 3 that seems to accurately reflect

4   what occurred?

5   A   Right.  Two and three -- actually pages 2

6   and 3 discuss --

7   Q   You're right.

8   A   -- OSO.

9   Q   Yeah, I'm sorry.  I misspoke.  But the

10   information in terms of the process that is

11   discussed at 2 and 3 appears to be correct?

12   A   Ah, yes, as far as I -- we didn't go

13   through this process, but it was my understanding

14   of the process of inputing data into OSO by the

15   sales reps.

16   Q   Okay.  And on paragraph -- page 4, the

17   first full paragraph says that:

18      "The sum total of the

19      opportunities for a particular

20      quarter in OSO and other systems, as

21      not all Oracle Licensing business

22      units used OSO in Q-3 fiscal year

23      2001 even today, is Oracle's

24      pipeline for that quarter."

25      Does that accurately reflect what the

1 total opportunities in OSO represent?

2 A In OS- -- I think I'm confused about the

3 question.

4 Q Okay. I guess my question is: The first

5 sentence -- the first full sentence of page -- the

6 first sentence of the first full paragraph on

7 page 4 --

8 A Uh-hum.

9 Q -- is that accurate?

10 A Yes, it's accurate.

11 Q Okay. And then you continue by stating

12 that:

13     "Each organization has its own

14     guidelines for what does and does

15     not get entered into the pipeline,

16     and therefore pipeline data cannot

17     be treated in the same manner as

18     historical sales data."

19     Can you explain in more detail what your

20 understanding is of the pipeline data that is

21 entered into OSO?

22 A Well, my understanding was that each

23 organization had their own guidelines in terms of,

24 uhm, at what point a deal was considered to be an

25 opportunity within that organization and that's

1 when it got entered into OSO.

2 Q Okay.

3 A That was my understanding from

4 discussions.

5 Q Okay. And do you have any -- any

6 discussions in particular that led you to have that

7 understanding?

8 A Not in particular. It was just a topic

9 with the finance folks regarding why we couldn't

10 compare from one organization to another. They

11 weren't working off of corporate guidelines.

12 Q Okay. And were there written guidelines

13 for each of these divisions?

14 A That, I don't know.

15 Q What were your understanding of the

16 specificity of the guidelines that were -- existed

17 within NAS, in OPI, and OSI?

18 A I don't know. I don't have details.

19 Q Okay. Do you understand that the -- do

20 you have any understanding as to whether or not the

21 guidelines related to a level of comfort or

22 probability of closing the deal or something else?

23 MR. GOLDSTEIN: Objection to form.

24 THE WITNESS: I don't know.

25 Q BY MS. LAVALLEE: Okay. You don't have

1 any idea of what the general nature of the

2 guidelines were, then, or do you?

3 A Well, the general nature would be for

4 each organization how they were to define their

5 deals and put them into OSO, but I never saw the

6 specifics nor had the opportunity to get into the

7 specifics or the details because it wasn't part of

8 my job.

9 Q Okay. Did you have any understanding as

10 to, generally, what type of criteria was used to

11 make a determination for any of the divisions?

12 A A determination of --

13 Q Or -- what criteria constituted the

14 guidelines.

15 MR. GOLDSTEIN: Objection to form.

16 Q BY MS. LAVALLEE: Did it relate to

17 probability of close or did it relate to something

18 else?

19 MR. GOLDSTEIN: Objection to form.

20 THE WITNESS: I don't know because I -- I

21 didn't see their guidelines.

22 Q BY MS. LAVALLEE: Okay. And do you know

23 whether or not there were actually any written

24 guidelines to view or is it --

25 A I don't know that there were.

1 Q And I take it when you reviewed the --

2 this interview summary you took a look at the

3 exhibits as well --

4 A Yes.

5 Q -- and some of them refer to distribution

6 lists. Do they seem to be accurate?

7 A Yes.

8 Q On page 8 there's a discussion of the

9 Oracle forecast process and a reference to Thursday

10 forecasting calls and there's a list of possible

11 participants or people --

12     "Participants on these calls

13     varied from week to week, but could

14     include Ellison, Henley, Minton,

15     Katz, Guner and the EVPs in charge

16     of Oracle Licensing businesses in

17     North America, Nussbaum, Roberts,

18     and Sanderson."

19     Do you see that?

20 A Yes.

21 Q Is that accurate?

22 A Yes.

23 Q I believe you mentioned earlier that

24 Ellison did not generally attend these?

25 A Not generally. I said from time to time.

1    Q   Okay. So --

2    A   If I remember, right.

3    Q   Okay.

4    A   Very -- very rarely.

5    Q   Okay. And then it continues to say

6    Ms. Ronsse -- or:

7        "Ronsse sometimes took notes at

8        these meetings, which she kept in a

9        binder. She provided her binder

10       from Q3 of FY 2001 to the

11       Committee."

12       And I assume that the binder here is the

13   binder that you've been referring to earlier. You

14   said earlier that you had binders for each of the

15   quarters, so is it my understanding that you

16   provided the binder from Q-3 FY '01 to this SLC

17   committee?

18   A   Yes.

19   Q   Did you ever get back your binders from

20   the Special Litigation Committee or from anybody

21   else?

22   A   I don't remember.

23   Q   You don't have those binders today

24   because they're at Oracle?

25   A   No. Correct.

1    Q   Or they're somewhere, but you don't have

2    them?

3    A   Correct.

4    Q   While you were finance manager at Oracle,

5    did you ever have any contact with the company's

6    auditors, outside auditors?

7    A   I don't remember.

8    Q   Okay. I assume you did in your prior

9    positions or you may have in your prior positions,

10   right?

11   A   Ah, yes. It was maybe once or twice.

12   MS. LAVALLEE: Okay. Why don't we take a

13   five-minute break, and then we can see how quickly

14   we can wrap up.

15   VIDEO OPERATOR: We're off the record at

16   4:07 p.m.

17       (A recess was taken.)

18   VIDEO OPERATOR: We are on the record at

19   4:15 p.m.

20   Q   BY MS. LAVALLEE: We've reviewed a number

21   of documents today, and you had indicated that you

22   looked at a number of things in preparation for

23   your deposition.

24       Did we go through all the documents that

25   you reviewed in preparation for your deposition?

1    A   Ah, there was one e-mail from David

2    Winton --

3    Q   Right.

4    A   -- that I don't remember -- did we review

5    that today?

6    Q   That's --

7    A   No, we didn't.

8    Q   Okay. And this was an e-mail that you

9    were cc'd on?

10   A   No.

11   Q   You never received it?

12   A   No.

13   Q   Okay. And had you received it prior to

14   reviewing it in preparation for this deposition?

15   A   No.

16   Q   Were you familiar with the contents of

17   what was in that e-mail --

18   A   No.

19   Q   -- prior to reviewing the e-mail?

20   A   No.

21   Q   Do you recall the date of the e-mail?

22   A   Not the exact date, no. Sometime in

23   January.

24   Q   Okay. And do you recall the substance of

25   what was in the e-mail?

1    MR. GOLDSTEIN: Asked and answered.

2    Q   BY MS. LAVALLEE: If I've asked you, I

3    don't recall. If you can just answer again.

4    A   Again, it was regarding NAS' forecast for

5    the quarter of Q-3 '01.

6    Q   Okay. And were there any facts in there

7    precisely -- any of the facts in something

8    that you recall from the time frame?

9    A   No, not that I remembered.

10   Q   Okay. Are you familiar with the

11   America's Data Mart --

12   A   Yes.

13   Q   -- Program?

14       Can you tell me what that is?

15   A   That was a system that we did not use in

16   corporate finance, but was used by the finance

17   divisions within North America.

18   Q   Okay. And what kind of information was

19   contained on this -- was it a database?

20   A   It was a database, yes.

21   Q   And what kind of information was

22   contained on the database?

23   A   I don't know the entirety of the

24   information, but I do know that there was revenue

25   information.

1    Q   Okay. And then are you familiar with

2    anything else that was included on there?

3    A   Not more than it being revenue

4    transaction information.

5    Q   Okay. And do you understand how -- what

6    the source of the information contained on that

7    database was?

8    A   From my understanding, it was the

9    subledger, so the A/R subledger where the revenue

10   was booked.

11   Q   Okay. And just for clarification, "A/R"

12   means?

13   A   Accounts receivable.

14   Q   Okay. And so was it more of an

15   accounting-type or bookkeeping-type program?

16   MR. GOLDSTEIN: Objection as to form.

17   Q   BY MS. LAVALLEE: Or was it something

18   different?

19   A   It was a database of the information that

20   was transacted in accounts receivable --

21   Q   Okay.

22   A   -- in the general ledger.

23   Q   So did it refer to actual revenues as

24   opposed to forecasting-type data?

25   A   Yes.

1    Q   And do you know who had access to this

2    database?

3    A   I don't know the exact list, no.

4    Q   Okay. Do you know generally what

5    departments or what type of people would have

6    access to it?

7    A   Ah, generally, finance managers within

8    the sales divisions.

9    Q   Anybody else?

10   A   I don't know.

11   Q   Okay. Do you know whether any of the

12   more senior management level people would have

13   access to that?

14   A   I don't know.

15   Q   What about the enterprise data warehouse,

16   are you familiar with that?

17   A   Yes.

18   Q   Can you tell me what that is?

19   A   That was -- that's a data warehouse, uhm,

20   that -- similar to the America's Data Mart,

21   collected revenue information from A/R and the

22   general ledger for, ah, reporting purposes and for

23   analysis purposes.

24   Q   Okay. Was that a program or forecasting

25   database -- strike that.

1    Was that a database that you or your

2    people in your department used?

3    A   Yes.

4    Q   Okay. And for what purpose did you use

5    this database?

6    A   We used it primarily for ad hoc research

7    purposes. It -- while I was at Oracle -- was never

8    complete, meaning we didn't have all organizations'

9    data collected into the data warehouse. It was a

10   work in progress, so we used -- as such we could

11   only use it on an ad hoc basis to research

12   transactions as they -- they were booked.

13   Q   Okay. Do you have any role in preparing

14   any of the senior management, the executive

15   management -- for example, Mr. Henley -- in

16   preparing for earnings calls?

17   A   Specifically -- I'm sorry. Repeat the

18   question.

19   Q   Do you know what an "earnings call" is?

20   A   Yes.

21   Q   Okay. And did you have any role in

22   preparing or -- for these calls or preparing any

23   individual for these calls?

24   A   Not preparing individuals, no.

25   Q   Okay. Did you have any role in

1    connection with these calls, earnings calls at all?

2    A   Not in connection with the calls, no.

3    Q   Okay. You had a role, though, in

4    gathering the information for the actual earnings

5    results?

6    A   I had a role in producing reports at the

7    end of the quarter --

8    Q   Okay.

9    A   -- which may or may not have been used by

10   management in preparation for that -- for those

11   calls.

12   Q   Okay. And did you have a role in

13   compiling any data for guidance information for

14   subsequent quarters that might be given at earnings

15   calls?

16   A   Ah, nothing more than the forecast -- you

17   know, what was produced during the forecast period.

18   Q   Okay.

19   A   And if so, it was on an ad hoc basis.

20   MS. LAVALLEE: Okay. Those are all the

21   questions I have for today. Thank you so much for

22   your time.

23   THE WITNESS: You're welcome.

24   VIDEO OPERATOR: This concludes Videotape

25   No. 3 and concludes the videotaped deposition of

Ronsse, Roberta 4/20/2004 3:09:00 PM

1    Roberta Ronsse.  The time is 4:22 p.m. on April 22,

2    2004, and we are off the record.

3        THE REPORTER:  Are you ordering a copy?

4        MR. NADOLENCO:  Yes.

5        MR. GOLDSTEIN:  Yes.

6        (Deposition session concluded at 4:22 p.m.)

7            - - -

8        I have read the foregoing deposition

9    transcript and by signing hereafter, approve same.

10

11   Date _____.

12

13

14        _____

15        ROBERTA RONSSE

16

17

18

19

20

21

22

23

24

25

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1        DEPOSITION OFFICER'S CERTIFICATE

2

3    STATE OF CALIFORNIA    )

4                           )  ss.

5    COUNTY OF ORANGE       )

6

7        I, Yolanda M. Parks, hereby certify:

8        I am a duly qualified Certified Shorthand

9    Reporter in the State of California, holder of

10   Certificate Number CSR 7523 issued by the Court

11   Reporters Board of California and which is in full

12   force and effect. (Bus. & Prof. Sect. 8016.)

13       I am not financially interested in this

14   action and am not a relative or employee of any

15   attorney of the parties, or of any of the parties.

16   (Civ. Proc. Sect. 2025(k)(1).)

17       I am authorized to administer oaths or

18   affirmations pursuant to California Code of Civil

19   Procedure, Section 2093(b) and prior to being

20   examined, the deponent was first duly sworn by me.

21   (Civ. Proc. Sect. 2025(r)(1).)

22       I am the deposition officer that

23   stenographically recorded the testimony in the

24   foregoing deposition and the foregoing transcript

25   is a true record of the testimony given.

---

Ronsse, Roberta 4/20/2004 3:09:00 PM

1    (Civ. Proc. Sect. 2025(r)(1).)

2        I have not and shall not offer or provide

3    any services or products to any party's attorney or

4    third party who is financing all or part of the

5    action without first offering same to all parties

6    or their attorneys attending the deposition and

7    making same available at the same time to all

8    parties or their attorneys.  (Civ. Proc. Sect.

9    2025 (k)(2).)

10       I shall not provide any service or

11   product consisting of the deposition officer's

12   notations or comments regarding the demeanor of any

13   witness, attorney, or party present at the deposition

14   to any party or any party's attorney or third party

15   who is financing all or part of the action, nor shall

16   I collect any personal identifying information about

17   the witness as a service or product to be provided

18   to any party or third party who is financing all or

19   part of the action.  (Civ. Proc. Sect. 2025(k)(3).)

20

21   Dated April 30th, 2004.

22

23

24        _____

25        Yolanda M. Parks

        224

        Roberta Ronsse

# EXHIBIT VV

Roberts, George 3/17/2004 12:00:00 AM

**Page 1**

```
 1    IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
 2             IN AND FOR NEW CASTLE COUNTY
 3
 4    IN RE ORACLE CORP.      ) CONSOLIDATED
 5    DERIVATIVE LITIGATION   ) C.A. NO. 18751
 6
 7    _____)
 8    SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9             COUNTY OF SAN MATEO
10    COORDINATION PROCEEDING       )
11    SPECIAL TITLE (RULE 1550(b))  ) JUDICIAL
12                 ) COUNCIL
13    ORACLE CASES        ) COORDINATION
14    _____) PROCEEDING
15    THIS DOCUMENT RELATES TO:  ) No. 4180
16    ALL ACTIONS        )
17    _____)
18
19
20             C O N F I D E N T I A L
21          THE VIDEOTAPED DEPOSITION OF
22             GEORGE JOSEPH ROBERTS
23
24             March 17, 2004
```

Oracle Related Cases

---

Roberts, George 3/17/2004 12:00:00 AM

**Page 2**

```
 1
 2
 3
 4        The videotaped deposition of
 5    GEORGE JOSEPH ROBERTS, called by the Plaintiffs for
 6    examination, taken before CORINNE T. MARUT, C.S.R.
 7    No. 84-1968, a Notary Public within and for the
 8    County of DuPage, State of Illinois, and a
 9    Certified Shorthand Reporter of said state, at the
10    offices of Mayer, Brown Rowe & Maw LLP, Suite 3900,
11    190 South LaSalle Street, Chicago, Illinois, on
12    the 17th day of March, A.D. 2004, commencing at
13    9:38 a.m.
14
15
16
17
18
19
20
21
22
23
24
```

Oracle Related Cases

---

Roberts, George 3/17/2004 12:00:00 AM

**Page 3**

```
 1    PRESENT:
 2        COREY, LUZAICH, PLISKA,
 3        de GHETALDI & NASTARI, LLP,
 4        (700 El Camino Real,
 5        Box 669,
 6        Millbrae, California 94030,
 7        650-871-5666), by:
 8        MR. DARIO de GHETALDI,
 9          appeared on behalf of the Plaintiffs;
10        MORRISON & FOERSTER LLP,
11        (755 Page Mill Road,
12        Palo Alto, California 94304-1018,
13        650-813-5818), by:
14        MR. PAUL H. GOLDSTEIN,
15          appeared on behalf of
16          Oracle Corporation;
17        MAYER, BROWN, ROWE & MAW, LLP,
18        (190 South LaSalle Street,
19        Chicago, Illinois 60603-3441,
20        312-701-7781), by:
21        MR. JAVIER H. RUBINSTEIN,
22          appeared on behalf of the
23          Individual Directors.
24
```

Oracle Related Cases

---

Roberts, George 3/17/2004 12:00:00 AM

**Page 4**

```
 1
 2    VIDEOTAPED BY:
 3        BRANDON CAIN, Esquire Deposition Services.
 4    REPORTED BY:
 5        CORINNE T. MARUT, C.S.R. No. 84-1968
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Oracle Related Cases

Roberts, George 3/17/2004 12:00:00 AM

```
1    THE VIDEOGRAPHER: Good morning. We are going
2    on the video record at 9:38 a.m. My name is
3    Brandon Cain. The Court Reporter today is Corinne
4    Marut of Esquire Deposition Services.
5        Here begins the videotaped deposition of
6    George Roberts, taking place at 190 South LaSalle,
7    Chicago, Illinois. Today's date is March 17, 2004.
8        This deposition is being taken in the
9    matter of In Re Oracle Corporation Derivative
10   Litigation, in the Court of Chancery of the State
11   of Delaware, In and For New Castle County,
12   Consolidated CA No. 18751, and Oracle Cases in the
13   Superior Court of the State of California, County
14   of San Mateo, Judicial Council Proceeding No. 4180.
15       Will counsel please state their names
16   for the record.
17       MR. de GHETALDI: Dario de Ghetaldi on behalf
18   of the Plaintiffs.
19       MR. RUBINSTEIN: Javier Rubinstein on behalf
20   of the individual Defendants.
21       MR. GOLDSTEIN: Paul Goldstein, Morrison &
22   Foerster, for Oracle Corporation.
23       THE VIDEOGRAPHER: Will the reporter now swear
24   in the witness, please.
```

Roberts, George 3/17/2004 12:00:00 AM

```
1        (WHEREUPON, the witness was duly
2        sworn.)
3        GEORGE JOSEPH ROBERTS,
4    called as a witness herein, having been first duly
5    sworn, was examined and testified as follows:
6        EXAMINATION
7    BY MR. de GHETALDI:
8    Q.  Good morning, Mr. Roberts.
9    A.  Good morning.
10   Q.  Have you ever had your deposition taken
11   before?
12   A.  Yes, I have.
13   Q.  When was the last time?
14   A.  Oh, God. Probably -- does the interview
15   count? I'm sorry. I can't talk.
16       Probably four years ago.
17   Q.  Okay. Let me just go over a couple of
18   ground rules.
19   A.  Okay.
20   Q.  And then we'll get started.
21       First of all, even though this
22   deposition is being videotaped, it's important that
23   you give me a chance to finish asking my question
24   before you start answering so that the Court
```

Roberts, George 3/17/2004 12:00:00 AM

```
1    Reporter doesn't have to take down two people
2    talking at once and I'll try and do the same thing.
3    Okay?
4    A.  She should have two keyboards.
5    Q.  That will be good.
6        Also, it's important that you answer
7    using words instead of nods of the head or sounds
8    like uh-huh or uh-uh. Okay?
9    A.  All right.
10   Q.  All right. We'll try and take a break
11   about every hour and if you want to take a break
12   sooner than that, just let me know. That's no
13   problem.
14       The deposition will be transcribed and
15   put into a booklet form, and you will be given a
16   chance to review your testimony and make
17   corrections or changes to it. But I want you to
18   understand that if the case does go to trial, we
19   would be able to comment on any changes or
20   corrections you make to your deposition transcript.
21       Do you understand?
22   A.  Yes.
23   Q.  Okay. If at any time one of my
24   questions is completely incomprehensible to you,
```

Roberts, George 3/17/2004 12:00:00 AM

```
1    just let me know and I'll ask it again. I have
2    no -- no pride in --
3    A.  I'm from Wisconsin. There might be a
4    few.
5    Q.  Okay. You dropped your microphone.
6    A.  Sorry. Sorry about that.
7    Q.  That's all right.
8    A.  Okay.
9    Q.  Okay. So, are you currently employed at
10   Oracle?
11   A.  No.
12   Q.  Okay. When -- when did you stop being
13   employed at Oracle?
14   A.  July of 2003.
15   Q.  Okay. What was your position when you
16   left Oracle?
17   A.  Executive vice president, North American
18   Sales.
19   Q.  Was that the same position that you held
20   in fiscal year 2001?
21   A.  Yes.
22   Q.  Okay. Now, have -- are you represented
23   by counsel here today?
24   A.  I believe so, yes.
```

1   Q.  Which one. Mr. Goldstein?

2   A.  Paul Goldstein.

3   Q.  Okay.  Have -- have you met with anyone

4   in order to prepare for your deposition today?

5   A.  I met with Paul Goldstein yesterday.

6   Q.  Okay.  How long?

7   A.  Hour.

8   Q.  Okay.  Is that it?

9   A.  Yes.

10   Q.  Okay.  Did you review any documents in

11   preparation for your deposition today?

12   A.  Yes.

13   Q.  What were they?

14   A.  Some e-mails.

15   Q.  Okay.  Do you recall any of the subjects

16   of those e-mails or the dates or anything about

17   them?

18   A.  No.

19   Q.  Okay.  Did you review anything else

20   besides some e-mails?

21   A.  A list of 100 things to do in a

22   deposition.

23   Q.  Okay.  All right.  And number one was

24   tell the truth, right?

1   A.  Yes.

2   Q.  Okay.

3   A.  And nothing but the truth and the whole

4   truth.

5   Q.  That's right.

6       Do you recall reviewing any other

7   documents?

8   A.  No.

9   Q.  All right.  Was one of the documents the

10   summary of your interview with the Special

11   Litigation Committee?

12   A.  No.

13   Q.  Have you ever seen that interview

14   summary?

15   A.  Paul sent it to me a few weeks ago, but

16   I didn't look at it.

17   Q.  Okay.  When did you first become the

18   executive vice president of NAS?

19   A.  I believe it was June of 2000.

20   Q.  While you were executive vice president

21   of NAS, did you -- did you continue to live in

22   Wisconsin or did you --

23   A.  Yes.

24   Q.  Okay.

1   A.  I've lived in Wisconsin for 17 years.

2   Q.  Okay.  Who were your direct reports in

3   fiscal year 2001?

4   A.  Mary Ann Gillespie, John Nugent, Hillary

5   Koplow, Ron Bunting, David Winton, Vicky Thrasher.

6   I think that's it.

7   Q.  Okay.  Mary Ann Gillespie was some kind

8   of vice president?  I get the titles confused.  She

9   was an area vice president or a regional vice

10   president, do you remember?

11   A.  At -- well, at that time she probably

12   was a group vice president.

13   Q.  Okay.

14   A.  Would have been group vice president or

15   senior vice president.

16   Q.  Senior vice president.  That's the one I

17   was looking for I think.

18       Of Majors?

19   A.  Yes.

20   Q.  All right.  And John Nugent was the

21   senior vice president of General Business?

22   A.  Yes.

23   Q.  Okay.  David Winton was in finance?

24   A.  Yes.

1   Q.  How about Hillary Koplow, what was her

2   title?

3   A.  She was group vice president for what

4   was called ISD, the Internet sales division at the

5   time.

6   Q.  Okay.  How about Ron Bunting?

7   A.  He was group vice president for sales

8   operations.

9   Q.  And Vicky Thrasher?

10   A.  She was vice president for human

11   resources.

12   Q.  All right.  What was NAS' customer base

13   in fiscal year 2001?

14   A.  It was major accounts and small

15   businesses, $500 million of revenue and below.

16   Q.  That is, the company's annual revenue

17   was 500 million?

18   A.  In revenues or below.

19   Q.  And the major accounts were 500 million

20   and above?

21   A.  Yes, excluding government, education and

22   healthcare and strategic accounts, which Sandy

23   Sanderson ran.

24   Q.  Okay.  NAS was not vertically integrated

1    like OSI and OPI, right?

2    A.   Vertically integrated, I'm not -- what

3    do you mean by "vertically integrated"?

4    Q.   Well, you didn't have a particular kind

5    of company that you sold to like --

6    A.   Government.

7    Q.   -- government or Sanderson's OPI that

8    sold to --

9    A.   We had accounts that were in some of the

10   industries that Sandy had, et cetera.  They just

11   weren't considered, quote, "the top 50" or however

12   they defined it at that time.  So, we sold accounts

13   across all industries.

14   Q.   Okay.  As between Majors and general

15   business, can you estimate for me what the average

16   contribution on a quarterly basis to NAS' license

17   revenue they were?

18   MR. GOLDSTEIN:  Objection to form.

19   BY MR. de GHETALDI:

20   Q.   In a given quarter, approximately what

21   percentage of the revenue did Majors contribute and

22   what percent did general business contribute?

23   A.   To be honest with you, I don't remember.

24   Q.   Okay.  Do you recall which one gave --

---

1    made the bigger contribution?

2    A.   Probably General Business.

3    Q.   Okay.  Let's talk about the forecasting

4    process in fiscal year 2001.

5    Can -- can you tell me who had

6    responsibility for forecasting in Majors?

7    A.   Mary Ann Gillespie.

8    Q.   Okay.  And John Nugent had the

9    responsibility in General Business?

10   A.   Yes.

11   Q.   Okay.  Did you participate in the

12   forecasting process at all?

13   A.   Yes.

14   Q.   Okay.  How did you -- what was your role

15   in the forecasting?

16   A.   We would have forecast meetings.

17   Q.   Okay.

18   A.   So, John and Mary Ann would review their

19   forecasts with me; and then I would, with David

20   Winton, submit a forecast to my manager and to

21   finance.

22   Q.   Okay.  Who was your manager at the time?

23   A.   Larry Ellison.

24   Q.   Okay.

---

1    A.   And -- actually, let me correct that.

2    We would submit the forecast to Oracle finance and

3    they would distribute it to Larry and Jeff and

4    everybody.

5    Q.   Okay.

6    A.   So, it was not directly to Larry.  It

7    was to Jennifer Minton's team.

8    Q.   Okay.  These forecast meetings, did you

9    hold them on a regular schedule?

10   A.   Yes, we did.

11   Q.   What was that schedule?

12   A.   If I remember correctly, it was every

13   two weeks for the first month -- first two months

14   and then every week for the last four weeks.  It

15   was a schedule like that.  It was more frequent at

16   the end of a quarter than the beginning of a

17   quarter.

18   Q.   Who attended those meetings?

19   A.   It would have been -- we had a schedule.

20   So, we had a time slot for Mary Ann.  We had a time

21   slot for John Nugent.  We had a time slot for Ron

22   Bunting.  We had a time slot for Hillary Koplow.

23   So, they would attend during their time slot with

24   sometimes their managers.

---

1    So, Mary Ann typically had the managers

2    on the call.  John I didn't bother with because of

3    volume of business, and then David Winton was on

4    the call with me through all of those time slots.

5    Q.   Okay.  Were those calls you said, were

6    you generally in Wisconsin for those forecasting

7    calls?

8    A.   I was all over the United States.

9    Q.   Okay.  What day of the week or was there

10   a regular day of the week for those calls?

11   A.   Typically Tuesday was the day.  We tried

12   to stick to that.

13   Q.   Did you have any regularly prepared

14   reports that you used for those calls?

15   A.   Yes.

16   Q.   Okay.  What were those reports?

17   A.   Pipeline reports and forecast reports.

18   Q.   Who prepared the pipeline reports that

19   you used?

20   A.   David Winton and his team.

21   Q.   Were there separate reports for Majors

22   and General Business or was it all one report?

23   A.   It was all one report.

24   Q.   Okay.  Was the forecast report combined

1 with the pipeline report or were those separate?

2 A. They were combined.

3 Q. All right. Did you have any other

4 reports that you used for those forecast conference

5 calls other than this combined forecast/pipeline

6 report?

7 A. No.

8 Q. Do you recall about how long that report

9 was, how many pages on average?

10 A. No.

11 Q. More than two?

12 A. Yes.

13 Q. Less than 20?

14 A. Probably.

15 Q. Somewhere between 10 and 20 maybe?

16 A. I don't know. I mean, I don't remember.

17 Q. All right. What sort of information was

18 in that report?

19 MR. GOLDSTEIN: Objection to form.

20 BY MR. de GHETALDI:

21 Q. You can answer.

22 A. Pipeline and forecast.

23 Q. Okay. Did these or this report contain

24 information about closed deals?

1 A. Yes.

2 Q. Okay. Do you know where David Winton

3 got the information to include in the -- in this

4 report?

5 A. He would get it from Oracle Sales Online

6 and the finance directors of John and Mary Ann and

7 Hillary and Ron.

8 Q. Okay. I'm going to hand you a document

9 that's been previously marked as Exhibit No. 32.

10 A. Okay.

11 MR. de GHETALDI: Sorry about the paper clips.

12 For some reason the copy service doesn't believe in

13 staples.

14 MR. GOLDSTEIN: I can live with that. I like

15 paper clips.

16 MR. de GHETALDI: Okay.

17 BY MR. de GHETALDI:

18 Q. Do you recognize the -- the document

19 that's Exhibit 32?

20 A. No.

21 Q. Do you recognize the format of the

22 document, Exhibit 32?

23 A. No.

24 Q. So, is it your belief that you would not

1 have received documents such as Exhibit 32 during

2 fiscal year 2001?

3 MR. GOLDSTEIN: Objection to form.

4 BY THE WITNESS:

5 A. Could you clarify your question.

6 BY MR. de GHETALDI:

7 Q. Well, I -- what I'd like to know is: Is

8 this the type of report that you were talking

9 about, first of all, when we were talking about --

10 A. No. This report I don't remember

11 receiving.

12 Q. All right. Now, I'm going to hand you a

13 document that has been previously marked as

14 Exhibit 36.

15 A. Okay.

16 Q. Does this report look familiar to you?

17 A. No.

18 Q. How about if the specific report does

19 not, that is, the report dated January 15, 2001

20 does not look familiar to you, does the type of

21 report look familiar to you?

22 A. Portions of the format, you know, look

23 familiar to me. But, again, this typically isn't a

24 report I received. I don't remember receiving

1 this, actually.

2 Q. Okay. What portions of the format look

3 familiar?

4 A. Columns like "Worst," "Forecast,"

5 "Best," "Management Judgment," things like that

6 that you typically have in a forecast. But I don't

7 remember ever receiving this report or having David

8 publish this report for me.

9 Q. Okay. Now I'm going to hand you a

10 document that's been marked as Exhibit 36.

11 Does this report look familiar to you?

12 A. Yes.

13 Q. All right. Is this a type of report

14 that you regularly received?

15 A. Yes.

16 Q. Okay. And do you recall who prepared

17 these reports?

18 A. Jennifer Minton's staff.

19 Q. Do you know who made the determination

20 to include particular deals in particular

21 scenarios?

22 A. Can you repeat that for me?

23 Q. Sure. If you turn to the second page,

24 for example.

1  A. Um-hmm.

2  Q. Just below the center of the page, there

3  is a -- a box that's titled "Worst Case Scenario."

4  A. Um-hmm.

5  Q. And it has a number of deals listed

6  there.

7  A. Right.

8  Q. Do you know who made the determination

9  to put those particular deals in that particular

10  scenario?

11  A. That determination would have been made

12  by myself and my management team probably.

13  Q. All right. So, is it your understanding

14  that the determinations on where to place

15  particular deals in particular scenarios were made

16  by you and your management team and that you

17  transmitted that information to the finance

18  department who then prepared the report that's in

19  the form of Exhibit 38?

20  A. Yes.

21  Q. Okay. Now I'm going to hand you an

22  exhibit that's been previously marked as

23  Exhibit 35.

24     Is Exhibit 35 an example of a type of

1  report that you received in Q3 2001?

2  A. Yes.

3  Q. Now, I have a couple of questions about

4  how this particular report works. For example, on

5  the first page, the second line, there is a

6  customer called Americredit?

7  A. Yes.

8  Q. With a close date of January 19, 2001?

9  A. Um-hmm.

10  Q. What does the close date represent?

11  A. It represents the projected close date

12  for that deal.

13  Q. Who makes the determination of what date

14  to include in that column?

15  A. It would be General Business. So, the

16  General Business management team.

17  Q. All right. And then to the right of the

18  "Close Date" column there is a "Win Probability"

19  column?

20  A. Um-hmm.

21  Q. And for Americredit there is the number

22  10?

23  A. Um-hmm.

24  Q. Does that represent 10 percent?

1  A. Yes.

2  Q. Okay. Who makes the -- the

3  determination as to what win probability percentage

4  to assign to particular deals?

5  A. The sales rep.

6  Q. All right. And it looks like this

7  particular deal was for CRM for $2.6 million. Is

8  that -- am I reading it correctly?

9  A. That's what it says.

10  Q. Okay. There's a column about, oh,

11  three-quarters of the way over to the right that's

12  called "Total Selected."

13  A. Um-hmm.

14  Q. What does that mean?

15  A. It's just a summary column for what's in

16  the previous columns.

17  Q. All right. Then to the right of that

18  there are three columns entitled "Worst Case,"

19  "Forecast" and "Best Case."

20  A. Um-hmm.

21  Q. Those for this particular deal all have

22  the same numbers?

23  A. Um-hmm.

24  Q. Who assigns those values to those

1  fields?

2  A. The sales rep and maybe the regional

3  manager.

4  Q. All right. Now, if we go down one

5  more -- one more line to the Transora.

6  A. Um-hmm. Yes I should say. Can't say

7  um-hmm.

8  Q. Right. That deal looks like it has a

9  win probability of 80 percent?

10  A. Yes.

11  Q. And a total selected of $1 million?

12  A. Yes.

13  Q. All right. Now, in -- for "Worst Case"

14  and "Forecast," the numbers there are zero.

15  A. Um-hmm.

16  Q. Can you explain to me how -- how it is

17  that a deal with a 10 percent win probability would

18  be included in the "Worst Case" field and a deal

19  with an 80 percent win probability would not?

20  A. No.

21  Q. Okay. How does -- do you know how the

22  process worked in Q3 2001 for determining which

23  deals to include in "Worst Case," "Forecast" and

24  "Best Case"?

1    MR. GOLDSTEIN: Objection to form.

2    BY THE WITNESS:

3        A.   Could you be more specific?

4    BY MR. de GHETALDI:

5        Q.   Sure.  Who would have -- for this

6    particular report on this particular day, do you

7    know who would have made the determination to

8    assign the "Worst Case," "Forecast" and "Best Case"

9    numbers to these particular deals that we have been

10   discussing?

11   MR. GOLDSTEIN: Objection to form.

12   BY THE WITNESS:

13       A.   It -- the General Business team would

14   determine what they're forecasting and the amounts

15   on this report.

16   BY MR. de GHETALDI:

17       Q.   So, would the team include the

18   particular salesman or would this be an executive

19   determination of some kind?

20       A.   Couldn't tell you.  Traditionally there

21   would be a discussion between a sales rep and the

22   management team and then they'd prepare a report

23   like this and it would reflect their thoughts.

24       Q.   Okay.  What qualified a deal for the

1    "Worst Case" scenario?  When would a deal go in

2    that -- that category?

3    MR. GOLDSTEIN: Objection to the form.

4    BY THE WITNESS:

5        A.   Can you -- it was generally management's

6    perspective that no matter what that deal wouldn't

7    be signed this quarter.

8    BY MR. de GHETALDI:

9        Q.   All right.  And then same question for

10   "Forecast."

11       A.   That they felt that deal had a -- a

12   better than, you know, even possibility of being

13   closed this quarter.

14       Q.   And how about "Best Case"?

15       A.   That's -- "Best Case" is kind of what

16   best case says.  If the stars and the sun and the

17   moon align, we might get it signed this quarter.

18       Q.   All right.  Now, another term that I've

19   seen -- it's not on this report -- what does

20   "Commit" mean?

21       A.   Forecast.

22       Q.   Always?

23       A.   (Nodding head.)

24       Q.   Okay.  That's a yes?

1        A.   Yes.  I'm sorry.

2        Q.   That's all right.

3             Now I'm going to hand you a document

4    that was previously marked as Exhibit 37.

5        A.   Thank you.

6        Q.   I'm sorry.  I didn't bring my magnifying

7    glass.

8    MR. GOLDSTEIN: Oh, dear.

9    BY MR. de GHETALDI:

10       Q.   Is Exhibit 37 the type -- an example of

11   a type of report that you regularly received in

12   Q3 2001?

13       A.   Yes.

14       Q.   Okay.  Can you tell me what the

15   difference between Exhibit 37 and Exhibit 33 is?

16   MR. GOLDSTEIN: Objection to form.

17   BY MR. de GHETALDI:

18       Q.   I'm sorry.  It wasn't 33.  It was 35.

19   MR. GOLDSTEIN: Same objection.

20   BY THE WITNESS:

21       A.   Well, one is the deals by detail report.

22   The other is the opportunity by product category.

23   BY MR. de GHETALDI:

24       Q.   Okay.  It looks like Exhibit 37 includes

1    deals in Majors and General Business, and I think

2    it looks to me like Exhibit 35 only includes deals

3    in General Business?

4        A.   Yes.

5        Q.   All right.  The columns in Exhibit 37

6    for "Worst Case," "Forecast" and "Best Case," do

7    you know whether those are the same numbers that

8    appear in the -- in the type of report that's

9    exemplified by Exhibit 35?

10   MR. GOLDSTEIN: Objection to form.

11   BY THE WITNESS:

12       A.   I don't know.

13   BY MR. de GHETALDI:

14       Q.   In other words, who -- do you know who

15   assigned the numbers to the "Worst Case,"

16   "Forecast" and "Best Case" columns in Exhibit 37?

17       A.   They should come out of Oracle Sales

18   Online.

19       Q.   Okay.

20       A.   So, it should be the same management

21   team that entered the data that got pulled out of

22   Oracle Sales Online for this.

23       Q.   Okay.  So there's not another layer of

24   management judgment on top of the --

1    A.    No. No, this report pulls data directly

2    out of the system.

3    Q.    All right.

4    A.    Okay. The system is what populates

5    reports. So, it's the same system. Oracle Sales

6    Online.

7    Q.    All right. Now I'm going to hand you a

8    document that's been marked as Exhibit 42.

9          Do you recognize the type of report

10   that's exemplified by Exhibit 42?

11   A.    Yes.

12   Q.    Is this the pipeline and forecast report

13   that we were talking about earlier this morning?

14   A.    Which pipeline and forecast report?

15   Q.    The first one. The first one. The one

16   for the Tuesday meetings.

17   A.    Yes.

18   Q.    Okay. And who -- who prepared these --

19   the reports like Exhibit 42?

20   MR. GOLDSTEIN: Objection to form.

21   BY THE WITNESS:

22   A.    David Winton and his team.

23   BY MR. de GHETALDI:

24   Q.    All right. Now I'm going to show you a

1    document that was marked as Exhibit 43.

2    A.    Thank you.

3    Q.    Do you recognize the type of report

4    that's exemplified by Exhibit 43?

5    A.    Yes.

6    Q.    Is it a different report from

7    Exhibit 42?

8    MR. GOLDSTEIN: Objection to form.

9    BY THE WITNESS:

10   A.    Yeah, can you be more specific? I mean,

11   it's a report.

12   BY MR. de GHETALDI:

13   Q.    Is it a different type of report?

14   A.    Yeah, of course it is. It's formatted

15   differently. It has a different date on it.

16   Q.    Right.

17   A.    Some data are the same. Some data are

18   different.

19   Q.    Well, aside from the different date --

20   here's what I'd like to know. We got a number of

21   documents produced to us.

22   A.    Yes.

23   Q.    And --

24   MR. GOLDSTEIN: George, wait until he finishes

1    his question before you answer.

2    THE WITNESS: Okay.

3    BY MR. de GHETALDI:

4    Q.    And we got one for January 15, which is

5    Exhibit 42, and one for January 29, which is

6    Exhibit 43. Exhibit 42 is obviously much more

7    comprehensive than Exhibit 43.

8          And to me Exhibit 43 looks like it's

9    simply a two-page version of the information that's

10   contained on the first page of Exhibit 42. Do you

11   agree?

12   A.    Yes.

13   Q.    Okay. Do you have any idea of whether

14   this was, Exhibit 43 was the only information that

15   you received for your forecast call for the week of

16   January 29 or should there be more information

17   here?

18   A.    There -- there should be more

19   information.

20   Q.    Okay. Now, if -- if your calls were on

21   Tuesdays -- both of these reports have Monday

22   dates. When did you get the reports in relation to

23   your Tuesday conference calls?

24   A.    I would have received them probably in

1    e-mail on Tuesday morning, you know, Monday

2    evening.

3    Q.    Okay.

4    A.    In time for the calls.

5    Q.    In fiscal year 2001 did you personally

6    have the ability to access Oracle Sales Online?

7    A.    Yes.

8    Q.    Was that something that you did

9    frequently or infrequently?

10   A.    Infrequently.

11   Q.    Now, aside from the Tuesday NAS forecast

12   calls, did you attend any other regularly scheduled

13   meetings or participate in any other regularly

14   scheduled conference calls during fiscal year 2001

15   during the week?

16   A.    I was on forecast calls all the time.

17   Not forecast calls. I should say I was on

18   conference calls all the time during the week about

19   a variety of different topics.

20   Q.    Okay. I'm talking just about regularly

21   scheduled ones.

22         So, if we start with Monday, on Mondays,

23   did -- was there a particular call or meeting that

24   you --

1   A.  Executive Committee meeting.

2   Q.  All right. Did you have -- on Tuesday

3  or on Mondays did you have any other meetings other

4  than the Executive Committee meeting that you

5  regularly participated in?

6   A.  No.

7   Q.  Any conference calls on Monday that you

8  regularly participated in?

9   A.  Not that I remember.

10   Q.  All right. How about Tuesday other than

11  the NAS forecast call. Were there any meetings or

12  conference calls that you regularly participated

13  in?

14   A.  Not that I remember.

15   Q.  All right. And how about Wednesdays?

16   A.  Not that I remember.

17   Q.  Thursdays?

18   A.  Forecast call for corporate.

19   Q.  All right. Anything else on Thursday?

20   A.  Not that I remember.

21   Q.  How about Fridays?

22   A.  Not that I remember.

23   Q.  Okay. So, just speaking in -- going

24  through these in terms of when you got the

---

1  information in the current -- in the -- and the

2  currency of the information, following the NAS

3  forecast call, you then participated in a corporate

4  forecast call on Thursday?

5   A.  Yes.

6   Q.  Okay. And at that -- who participated

7  in those calls with you?

8   A.  Jay Nussbaum, Sandy Sanderson. After

9  Jay left it was Kevin Fitzgerald, their finance

10  directors. So, David Winton -- and I don't know

11  who their finance directors were. So, David was

12  there. And Jennifer Minton and her staff.

13   Q.  Okay.

14   A.  Typically Safra Catz or Jeff Henley

15  might attend.

16   Q.  All right. And Larry Ellison sometimes?

17   A.  Infrequently.

18   Q.  Okay. Did -- did you usually stay on

19  for the entire call or just for the portion of the

20  call that involved NAS?

21   A.  The entire call.

22   Q.  Okay. Was it a call or was -- or were

23  these usually meetings that you attended?

24   A.  A call.

---

1   Q.  How long did they usually last?

2   A.  Between one and two hours at the most.

3   Q.  Do you know when they usually started?

4   A.  No, I don't remember.

5   Q.  Okay. So, I assume that, and tell me if

6  I'm right, that on the corporate forecast calls on

7  Thursday one of the things that you did was to

8  transmit the information that you had received on

9  your Tuesday NAS forecast call, is that right?

10   A.  We'd discuss the information, yes.

11   Q.  Okay. Were there reports that were

12  regularly prepared for the Thursday forecast

13  corporate call?

14   A.  Yes.

15   Q.  Okay. And do you recall what

16  information was contained in those reports?

17   A.  The information about the forecast and

18  the pipeline, accounts, revenue.

19   Q.  Okay. Do you know who prepared those

20  reports?

21   A.  Jennifer Minton's staff.

22   Q.  Okay. Was it just one report or

23  multiple reports?

24   A.  How do you define "report"? To me a

---

1  forecast report is a forecast report. It might

2  have one page. It might have 20 pages.

3   Q.  Okay. All right.

4   A.  I mean, so...

5   Q.  Well, going back to Exhibit 37.

6   A.  All right.

7   Q.  Was -- was that a report that was used

8  for your Tuesday calls or the Thursday calls?

9   A.  Tuesday.

10   Q.  Tuesday. Okay. I'm going to hand you

11  something that's -- was marked as Exhibit 39.

12  MR. GOLDSTEIN: Thank you.

13  BY THE WITNESS:

14   A.  Okay. Okay.

15  BY MR. de GHETALDI:

16   Q.  Is the type of report that's exemplified

17  by Exhibit 39 the type of report that was used for

18  the Thursday conference calls?

19   A.  Yes.

20   Q.  Okay. And the reason I asked about

21  multiple reports is because the e-mail transmittal

22  sheet that's at the beginning of Exhibit 39 has two

23  attachments, apparently two different reports.

24   A.  Okay.

1    Q. And it looks like one is called the
2    "Americas Forecast Package" and the other is called
3    either the "Big Deals For Week 4" or the "Forecast
4    Summary Report By Product Category."
5    A. Okay.
6    Q. And it looks like the forecast summary
7    report by product category for NAS is in a form
8    similar to Exhibit 37?
9    A. Yes.
10    Q. So, was that forecast summary report by
11    product category used by you during both the
12    Tuesday and the Thursday calls?
13    A. It appears so, yes.
14    Q. Okay. And in -- did these reports for
15    the Thursday forecast call usually come to you via
16    e-mail like -- like this?
17    A. Yes.
18    Q. And did they usually have a little short
19    summary of the variations?
20    A. Sometimes. I don't remember whether all
21    the time.
22    Q. All right. Now, one thing I don't
23    really see in the Americas forecast package is any
24    indication of actual revenue for license, and I'm

1    wondering whether that came in a separate report.
2    MR. GOLDSTEIN: Just to clarify. You're
3    asking him about this example of the report, right?
4    MR. de GHETALDI: Yeah, yeah.
5    MR. GOLDSTEIN: Okay.
6    BY THE WITNESS:
7    A. Not that I'm aware of for the Thursday
8    call.
9    BY MR. de GHETALDI:
10    Q. All right. But you do have a -- a
11    distinct memory that information about revenues was
12    circulated for the Thursday calls?
13    A. No, not that I'm aware of. The Thursday
14    call was a forecast call. This is a forecast
15    report.
16    Q. Well, a little while ago when I asked
17    about reports that were regularly prepared for the
18    Thursday forecast corporate call, I asked do you
19    recall what information was contained in those
20    reports and you said, "The information about the
21    forecast and the pipeline, accounts, revenue."
22    A. Then I misspoke because there is no
23    revenue on this report.
24    Q. Okay. Do you recall revenue being a

1    subject of discussion at the Thursday forecast
2    call?
3    A. Probably, yes. You know, I don't
4    remember exactly, but I wouldn't be surprised if we
5    discussed how much revenue we had in.
6    Q. All right. Were the discussions during
7    the Thursday forecast call, would you describe them
8    as general or detailed in terms of particular
9    deals?
10    A. General.
11    Q. Okay. Now, on Mondays there was an
12    Executive Committee meeting. Is that something
13    that you attended or participated in by phone?
14    A. I tried to attend the majority of those
15    in person.
16    Q. All right. And in Redwood Shores?
17    A. Yes.
18    Q. Were there reports circulated in advance
19    of that meeting?
20    A. No.
21    Q. Were there reports circulated at that
22    meeting?
23    A. Yes.
24    Q. What do you recall about the subject

1    matter of the reports that were circulated at that
2    meeting?
3    A. They would have forecast numbers in them
4    and revenue numbers in them.
5    Q. All right. Approximately how many pages
6    were those reports, do you recall?
7    A. Maybe ten.
8    Q. All right.
9    A. Don't recall exactly, but seems
10    appropriate.
11    Q. I'm going to hand you a document that's
12    been marked as Exhibit 40.
13    A. Okay.
14    Q. Do you recognize the -- the type of
15    report that's exemplified by Exhibit 40?
16    A. Yes.
17    Q. Okay. Was -- was this report used for
18    any particular purpose in Q3 '01?
19    MR. GOLDSTEIN: Objection to form.
20    BY THE WITNESS:
21    A. I guess I'm not sure what you mean by
22    "purpose." It's a report with data about
23    forecasts.
24    BY MR. de GHETALDI:

1    Q.   Well, let me -- let me ask it a

2    different way.

3         Was this type of report associated with

4    any particular meeting or conference call in

5    Q3 '01?

6    A.   This could have been used at either the

7    Executive Committee meeting or the Thursday

8    forecast meeting. I don't recall which, but I

9    recall the -- the report.

10   Q.   All right. If you turn to the last

11   page, it looks to me like part of this report in

12   Exhibit 40 is a forecast for the up -- upcoming

13   quarter, Q4?

14   A.   Yes.

15   Q.   Was that something that was normal? I

16   mean, did these reports usually forecast a quarter

17   ahead?

18   MR. GOLDSTEIN: Objection to form.

19   BY THE WITNESS:

20   A.   You know, I don't recall whether they

21   did or not, frankly. And I don't recall whether it

22   was just towards the end they started to show a

23   projection or a forecast.

24   Q.   Um-hmm.

1    A.   But, you know, obviously this is here,

2    yes.

3    Q.   Okay.

4    MR. GOLDSTEIN: Dario, could we take a break

5    at an appropriate time?

6    MR. de GHETALDI: Yes. This is a good time.

7    Thanks for reminding me.

8    MR. GOLDSTEIN: You're welcome.

9    THE VIDEOGRAPHER: Going off the video record

10   at 10:35 a.m.

11        (WHEREUPON, a recess was had

12        from 10:35 to 10:43 a.m.)

13   THE VIDEOGRAPHER: Going back on the record.

14   The time is 10:43 a.m.

15   BY MR. de GHETALDI:

16   Q.   For the Tuesday NAS forecast calls, did

17   you have agendas, written agendas, for those calls?

18   A.   Yes.

19   Q.   Okay. What sort of information was in

20   those agendas other than the time slot for --

21   A.   That's all that was in them.

22   Q.   That's it. Did anybody take meetings

23   for those calls?

24   A.   Meetings?

1    Q.   I'm sorry. Minutes for those calls?

2    A.   No.

3    Q.   Did anybody take meetings for those

4    calls. I told you it would happen that I would ask

5    a question that made absolutely no sense.

6         How about for the Thursday corporate

7    forecast calls, were there agendas for those calls?

8    A.   Time slot, just that.

9    Q.   That's it?

10   A.   It's called "Be there."

11   Q.   Got it. How about for the Monday

12   Executive Committee meetings, were those agendas

13   for those calls or meetings?

14   A.   Sometimes.

15   Q.   Okay. With subject matters in the

16   agendas?

17   A.   Topics.

18   Q.   Topics. Okay.

19        Do you know if anybody took minutes of

20   those meetings?

21   A.   Sometimes on just, you know, action

22   items agreed upon.

23   Q.   All right.

24   MR. GOLDSTEIN: By the way, we would like to

1    designate this transcript as confidential under the

2    soon-to-be-signed protective orders.

3    MR. de GHETALDI: I assumed that that was the

4    case. We have no problem with that.

5    THE WITNESS: Is there a secret handshake for

6    that?

7    MR. GOLDSTEIN: No.

8    MR. de GHETALDI: Just got to pay five bucks.

9    THE WITNESS: It's for the kid's college

10   funds.

11   BY MR. de GHETALDI:

12   Q.   I'm handing you an exhibit that's been

13   previously marked as Exhibit 134.

14        Do you recognize the type of report

15   that's exemplified by Exhibit 134?

16   A.   You know, no, I don't. I mean, I've

17   seen so many different types of forecast reports,

18   but this doesn't look like anything I received on

19   any sort of basis or consistent basis.

20   Q.   Does this look like something that was

21   passed out at the Monday Executive Committee

22   meetings?

23   A.   You know, I don't know. I hate to say

24   it, but I can't say with certainty. So, I guess I

1    don't know.

2    Q. All right. Do you think any part of --

3    do you recall any part of Exhibit 134 being handed

4    out at the Monday meetings?

5    A. You know, I can't -- I can't state for

6    certain. So, no, I don't know. Sorry.

7    Q. It's okay.

8    A. Just doesn't -- doesn't look familiar.

9    I mean, the names and -- all that stuff I dealt

10   with all the time, but this one doesn't look

11   like...

12   Q. I'm going to hand you a document that's

13   been previously marked as Exhibit 112.

14   A. Thank you.

15   Q. Does the type of report that's

16   exemplified by Exhibit 112 look familiar to you?

17   A. No.

18   Q. All right. What do you recall about the

19   trends in NAS' pipeline in Q3 '01?

20   MR. GOLDSTEIN: Objection to form.

21   BY THE WITNESS:

22   A. Can you be more specific, please?

23   BY MR. de GHETALDI:

24   Q. Sure. Do you recall whether the

1    pipeline for NAS behaved in an unusual way in

2    Q3 '01 compared to prior quarters?

3    MR. GOLDSTEIN: Objection to form.

4    BY THE WITNESS:

5    A. I recall that at the end there was a

6    tremendous amount of slippage.

7    BY MR. de GHETALDI:

8    Q. How about at the beginning of the

9    quarter, do you recall anything about the beginning

10   of the quarter being different than prior years --

11   A. No.

12   Q. -- or quarters?

13   A. No.

14   Q. Did -- in your experience how does

15   pipeline tend to behave over a quarter?

16   MR. GOLDSTEIN: Objection to form.

17   BY THE WITNESS:

18   A. Typically pipeline grows smaller as the

19   quarter progresses.

20   BY MR. de GHETALDI:

21   Q. Okay. Does pipeline typically grow at

22   the beginning of a quarter?

23   A. It may or it may not.

24   Q. No pattern there that you've seen?

1    A. Not that I remember.

2    Q. All right. And why does it decline at

3    the end of the quarter typically?

4    A. Because opportunities move out or

5    opportunities are lost, so pipeline shrinks. Or

6    opportunities are closed, so they move from

7    pipeline to revenue.

8    Q. Is it your understanding that closed

9    deals -- that when a deal closes it still continues

10   to be a part of the pipeline --

11   A. No.

12   Q. -- numbers?

13   A. No.

14   Q. Okay. So, is it your understanding that

15   a part of the reason that the pipeline shrinks over

16   a quarter is that deals are closing and not being

17   included in the pipeline anymore?

18   A. Sometimes.

19   Q. But sometimes not?

20   A. Yes.

21   Q. Okay. According to your understanding,

22   when does a closed deal remain in the pipeline and

23   when does a closed deal come out of the pipeline?

24   A. When it's closed it comes out of the

1    pipeline.

2    Q. So, it's your understanding that as the

3    quarter goes on, the pipeline numbers decrease

4    whenever a deal closes?

5    A. As the quarter goes on and a deal

6    closes, that deal should come out of the pipeline.

7    Q. Okay. How was NAS affected by the

8    dot-com bubble bursting?

9    MR. GOLDSTEIN: Objection to form.

10   BY THE WITNESS:

11   A. What do you mean?

12   BY MR. de GHETALDI:

13   Q. Well, did NAS see a decline in license

14   revenue as a result of the dot-com bubble bursting?

15   A. Yes.

16   Q. When did you first notice that NAS was

17   seeing a decline in license revenue as a result of

18   the dot-com bubble burst?

19   A. First half of our fiscal year.

20   Q. Okay. Did the effect on NAS' license

21   revenue of the fallout of the dot-com companies get

22   worse as -- in the second half?

23   A. Yes.

24   Q. Okay. That is, and we are talking about

Roberts, George 3/17/2004 12:00:00 AM

1    the second half of fiscal year 2001, right?

2    A.  Yes.

3    Q.  Okay.  Do you recall in fiscal year 2000

4    approximately how much of NAS' license revenue was

5    attributable to dot-com companies?

6    A.  I don't.

7    Q.  Was it a significant portion?

8    MR. GOLDSTEIN:  Objection to form.

9    BY THE WITNESS:

10   A.  What's significant?

11   BY MR. de GHETALDI:

12   Q.  Over 25 percent.

13   A.  I don't -- you know, I don't remember.

14   It could have been.  Might not have been.  To be

15   honest with you, three years ago.

16   Q.  Right.  Do you recall whether NAS had

17   more big deals going into Q3 '01 than it had going

18   into Q3 '00?

19   A.  You know, I -- I don't know how -- I

20   don't know what the comparisons are.  It's so long

21   ago.  So, I can't remember.

22   Q.  All right.  Do you know how the revenue

23   forecasts for Majors compared -- in Q3 '01 compared

24   to the revenue forecasts in Q3 '00?

Roberts, George 3/17/2004 12:00:00 AM

1    A.  I don't remember.

2    Q.  What's an ops review?

3    A.  An ops review is an operations review of

4    the business units.

5    Q.  And what happens during an ops review?

6    A.  We review how the business units are

7    performing versus their budget.  We review, you

8    know, how their forecast looks.  We review how

9    they're at against the various metrics of hiring

10   and personnel, issues they have.  So, it's a --

11   just kind of a complete operations review of the

12   business and stuff.

13   Q.  Did you have an operations review in

14   Q3 2001?

15   A.  I believe -- I believe I did, yes.

16   Q.  Okay.  Was this a meeting or was this a

17   conference call or what was it?

18   A.  A meeting.

19   Q.  Do you recall how long it lasted?

20   A.  I don't recall how long that meeting

21   lasted.

22   Q.  How long did they typically last, do you

23   recall?

24   A.  Several days.

Roberts, George 3/17/2004 12:00:00 AM

1    Q.  Two or three days like?

2    A.  Two or three days.

3    Q.  I'm going to hand you an exhibit that

4    was marked as Exhibit 47.

5    A.  Okay.

6        Okay.

7    Q.  Do you recall having received the e-mail

8    that's marked as Exhibit 47?

9    A.  Yeah, it looks like something I would

10   have received, yes.

11   Q.  Is this one of the documents that you

12   reviewed in preparation for your deposition?

13   A.  Yes.

14   Q.  Now, Mr. Winton writes:  "Just to let

15   you know the review background and discussions

16   around our initial Q3 forecast of $346 million."

17       Do you know which discussions he is

18   referring to in that sentence?

19   A.  He's probably -- I don't know

20   specifically, but I believe he's probably referring

21   to the operations review.

22   Q.  Okay.  Well, the -- these e-mails are

23   dated in early December 2000 and when we get to the

24   operations review, it looks like that happened in

Roberts, George 3/17/2004 12:00:00 AM

1    early January 2001.

2    A.  All right.

3    Q.  So --

4    A.  Then it would have probably been

5    discussions around the forecast with the management

6    team.

7    Q.  All right.  Would those have been --

8    would those have been discussions that you

9    participated in or not?

10   A.  You know, probably.  The answer is

11   probably, yes.

12   Q.  All right.  Do you have any idea of why

13   there were fewer big deals in the Q3 '01 pipeline

14   than there had been over the preceding quarters?

15   A.  Large deals are never consistent.  So, I

16   mean, sometimes you have them.  Sometimes you

17   don't.  Sometimes they get lumpy.  Sometimes

18   they're not.  You know, some companies not

19   spending, so dot-com, you know, burst bubble,

20   spending last money.

21   Q.  Okay.

22   A.  Could be -- I mean, as it says here,

23   there is three, four reasons why, you know, the

24   numbers could have been the way they were.

1  Q.  All right.  The third point that he

2  makes is that growth comparisons are tougher in

3  Q3 and Q4.  He says, "NAS results took off last

4  year in Q3 and continued into Q4."

5      Do you know what he meant by the "results

6  took off"?

7      MR. GOLDSTEIN:  Objection to form.

8  BY THE WITNESS:

9      A.  What I expect he's referring to is that

10  our revenue growth numbers in the previous year's

11  quarters versus the year before quarters were high.

12     Q.  Okay.

13     A.  That we experienced growth.

14     Q.  Was -- was that growth a result of the

15  dot-com bubble?

16     A.  Don't know.  I mean, my guess is that

17  contributed to it.  But everybody was spending

18  money back then, not just dot-com companies.  So...

19     Q.  All right.  So, that was part of it but

20  not all of it?

21     A.  Most likely, but I -- again, I don't

22  have the detail on the transactions that closed.  I

23  can't tell you.  So...

24        But, you know, it certainly wouldn't

1  have been exclusively because of dot-com.

2      Q.  Mr. Winton says that "Growth rates will

3  slow in the second half."

4      Do you know why he said that?

5      MR. GOLDSTEIN:  Objection to form.

6  BY THE WITNESS:

7      A.  Well, I believe that there is a

8  combination of comparisons, right.  So, ability to

9  grow at a high rate when you have already grown at

10  a high rate quarter over quarter is difficult, as

11  we know.  The dot-com revenues were decreasing.

12  So, that's one reason why also.

13     Q.  Okay.

14     A.  That's my guess as to what he was

15  referring to.

16     Q.  Okay.  Did you share the view in

17  December 2000 that NAS' growth rates would slow in

18  the second half?

19     MR. GOLDSTEIN:  Objection to form.

20  BY THE WITNESS:

21     A.  We felt there was a possibility they

22  could slow in the second half.

23  BY MR. de GHETALDI:

24     Q.  Was -- was that feeling something that

1  was discussed at either the Thursday forecast call

2  or the Monday Executive Committee meetings in the

3  third quarter of 2001?

4      A.  You know, it might have been, but I

5  don't recall.

6      Q.  The fourth point he says, "Q3 pipe is

7  not where it needs to be."

8      A.  Um-hmm.

9      Q.  And then a little further on he says,

10  "Given the past trends, General Business and Majors

11  should add incremental pipe during the next three

12  weeks."

13     A.  Um-hmm.

14     Q.  Do you know what he means by "given the

15  past trends that GB and Majors should add

16  incremental pipe"?

17     MR. GOLDSTEIN:  Objection to form.

18  BY THE WITNESS:

19     A.  What he -- what I believe, and I'm just

20  stating what I believe he was referring to, is that

21  the sales reps working on cleaning up their

22  pipeline and making sure they have their deals in

23  and the right dollar amount and things like that.

24  BY MR. de GHETALDI:

1      Q.  Okay.  The -- the e-mail shows that

2  there was an attachment to it; and Mr. Winton

3  testified that the -- the document, the third

4  page of this exhibit, is not the document that was

5  attached to the e-mail.

6      A.  Um-hmm, um-hmm.

7      Q.  Do you recall the spreadsheet that was

8  attached to this e-mail?

9      A.  No, I do not.

10     Q.  Okay.

11     MR. de GHETALDI:  We are going to change the

12  tape.

13     MR. GOLDSTEIN:  Okay.

14     THE VIDEOGRAPHER:  Going off the record.  The

15  time is 11:06 a.m.

16        (WHEREUPON, a recess was had

17        from 11:06 to 11:09 a.m.)

18     THE VIDEOGRAPHER:  Going back on the record.

19  The time is 11:09 a.m.

20  BY MR. de GHETALDI:

21     Q.  What -- did you have a computer that you

22  used for work during 2001?

23     A.  Yes.

24     Q.  Do you still have that computer?

1    A.   I don't think so, no.

2    Q.   Did you give it back or --

3    A.   Yeah, yeah. I'm pretty sure I gave it

4    back. I mean, I might still have it, but I don't

5    think so. They swapped computers all the time.

6    It's a computer company. Sorry.

7    Q.   That's okay. No, no.

8         Just trying to track down this

9    spreadsheet that was attached to the Exhibit 47

10   originally.

11        Were you asked at some point, oh, about

12   two years ago or so to look for documents?

13   A.   Yes.

14   Q.   And did you look through e-mails and

15   things like that?

16   A.   I -- we looked through whatever we had,

17   you know. I -- my assistant has a standing order,

18   always did, about whenever anybody asks for

19   documents, give it to them. So...

20   Q.   Okay. Do you recall Oracle giving

21   guidance in December 2000 to the market on what

22   they expected their license growth to be?

23   A.   I recall Oracle, you know, giving

24   guidance, you know, regularly. I mean, one -- at

1    the beginning of quarters and so on. But I don't

2    recall the specifics about the guidance they gave

3    for that quarter.

4    Q.   Okay. Well, assuming that the guidance

5    it was giving was 25 percent license growth, was

6    NAS forecasting license growth of that level in

7    Q3 2001?

8    A.   I don't remember.

9    Q.   All right. If you could go back to

10   Exhibit 42.

11   A.   Okay.

12   Q.   Turn to the third page.

13   A.   Okay.

14   Q.   It looks to me, if I'm reading this

15   correctly, that at least in mid-January 2001 NAS

16   was forecasting almost a negative 7 percent growth?

17   A.   Which column? I'm just --

18   Q.   Down at the very bottom.

19   A.   Okay. Okay. Yep, yep. All right. I

20   see it, yes.

21   Q.   And it looks like General Business was

22   forecasting a negative 4 percent growth?

23   A.   Um-hmm.

24   Q.   And Majors was forecasting a negative

1    34 percent growth --

2    A.   Um-hmm.

3    Q.   -- in license revenue.

4    A.   Um-hmm.

5    Q.   Do you recall the fact that NAS' license

6    business was forecasting negative growth being a

7    topic of discussion at the Thursday forecast

8    conference calls?

9    A.   I don't remember directly, no.

10   Q.   Do you recall the negative growth

11   forecast being a topic of discussion in the Monday

12   Executive Committee meetings?

13   A.   It might have been, but I don't remember

14   specifically.

15   Q.   Do you recall whether any other division

16   of Oracle was forecasting negative license growth

17   in Q3 2001?

18   A.   No, I don't recall.

19   Q.   Do you recall there being discussions at

20   the Monday Executive Committee meetings about NAS

21   having the -- the worst forecast for license growth

22   of all of the divisions of Oracle?

23   A.   I don't recall, no.

24   Q.   I'm going to hand you a document that's

1    been marked as Exhibit 48.

2    MR. GOLDSTEIN:  He wants you to take a look at

3    this one.

4    THE WITNESS:  Yeah, I wanted to look a little

5    bit more at that one.

6    MR. de GHETALDI:  Sure.

7    BY THE WITNESS:

8    A.   Okay.

9    BY MR. de GHETALDI:

10   Q.   Have you seen Exhibit 48 before today?

11   A.   Yes.

12   Q.   Is Exhibit 48 one of the documents that

13   you reviewed in preparation for your deposition?

14   A.   Yes.

15   Q.   Did you receive a copy of Exhibit 48 in

16   January 2001?

17   A.   It looks like I did. Actually, it

18   doesn't.

19   Q.   It doesn't?

20   A.   It doesn't. I'm sorry. You know, I

21   don't know whether I did or not. I guess I -- I

22   don't remember.

23   Q.   All right. Do you recall the topic of

24   the pipeline not growing as anticipated being a

1   topic of discussion during your operations review

2   in January 2001?

3   A.   I don't -- I don't remember.  Probably

4   was.  But to be honest with you, I don't remember.

5   It's three years ago.

6   Q.   Okay.

7   A.   I mean, those are -- topics like

8   pipeline and revenue and people, those are things

9   we would have discussed during the ops review.

10   So...

11        But I don't -- don't remember directly.

12   Q.   Do you recall the lack of big deals

13   being a topic of discussion during the January 2001

14   NAS operations review?

15   A.   You know, it might have been.  Probably

16   was.  But I don't remember.  I'm sorry.

17   Q.   That's okay.  Do you recall --

18   A.   I hate this Alzheimer's stuff.  You feel

19   like a fool all the time.

20   Q.   Do you recall the drop in technology?

21   A.   That was probably -- yes, I do.  That

22   would have been a topic of conversation.

23   Q.   All right.  What do you recall about

24   that?

1   A.   Just what the -- the fact that the

2   dot-com revenue was dropping and consequently how

3   that impacted the numbers, what can we do to fix

4   it, where can we find revenue in other areas.

5   Those would have been -- absolutely we would have

6   been discussing that.

7   Q.   All right.  Do you recall specific

8   discussions about General Business west being

9   affected by the dot-com bubble bursting?

10   A.   Generically, yes.

11   Q.   Is that because the General Business'

12   revenue had a large portion of dot-com companies in

13   it?

14   A.   Yes.

15   Q.   Okay.  Do you recall a -- discussions at

16   the January 2001 operations review about Majors

17   seeing a slowdown in customer spending?

18   A.   I don't -- I don't remember that.

19   Q.   Okay.  Do you recall a discussion at the

20   January 2001 operations review about Majors seeing

21   a -- seeing smaller deal sizes come through?

22   A.   Again, I don't remember directly having

23   that discussion.  I mean, the e-mail indicates

24   there was a discussion, but I don't remember it

1   directly.

2   Q.   All right.  In the last paragraph, it

3   indicates or Mr. Winton indicates that "for the

4   full year, technology looks to trail both original

5   Budget and the Replan targets."

6        Do you know what he is talking about,

7   what he means by the replan targets?

8   A.   Yes.  Because we knew that the dot-com

9   business was slowing down, we had budgeted in

10   advance before that became apparent.  So, in

11   looking at it, we said, you know, this is slowing

12   down so we shouldn't run expenses at the same rate

13   and we should adjust revenue numbers and expenses

14   accordingly.

15        So, as part of that we established a

16   replan goal that was different than the budget to

17   reflect the dot-com business slowing down.

18   Q.   All right.  Who set that replan target?

19   A.   David Winton and myself would have

20   worked that out and then got approval for it.

21   Q.   Do you recall when that was done?

22   A.   You know, I don't exactly, no.

23   Q.   Was it done in Q2?

24   A.   I don't know whether it was done in Q2

1   or done in Q1.  It would have been done in Q1 or

2   Q2.  I can't tell you which one.

3   Q.   All right.  If you could look back at

4   Exhibit 42.

5   A.   Um-hmm.

6   Q.   Maybe I'm reading this wrong, but it

7   looks like in the first two columns on the first

8   page there is numbers for Q3 budget and Q3 replan.

9   Are those the -- the numbers that you were talking

10   about?

11   A.   Yes.

12   Q.   And it looks like to me like the replan

13   numbers are higher than the budget numbers?

14   A.   You know, I will be honest.  I don't

15   know -- maybe I'm -- maybe my recollection is

16   incorrect, then.  And maybe the replan raised the

17   numbers.  I don't know why.  But then obviously I'm

18   incorrect.

19        I mean, you know, just the other

20   explanation might have been that at the end of Q4

21   we exceeded the original budget so we had to replan

22   with that growth rate in mind.  So, that's -- it

23   could have been that.

24   Q.   Okay.  You say at the end of Q4.  Did

1  you mean Q2?

2  A.  No, no.  What I'm saying is that at the

3  end of Q4 if -- when you budget, you budget for a

4  number projected on where you think you are going

5  to end up the year.  So, growth on top of that

6  projected number.  But you don't know for certain.

7  So, if you finish the year at a higher number, they

8  may still tell you to put the growth on top of the

9  higher number you finish the year for.  So, that

10  could have been why we did the replan versus.

11  Because, you know, if you project you're

12  going to finish the year at 10 percent growth and

13  you actually did 13 percent growth, you know what,

14  you've got to put your growth on top of the 13

15  versus the 10.

16  But I apologize.  I can't recollect

17  which one it was.

18  Q.  At some point in Q3 '01 did you ask

19  David Winton to analyze the monetary effect on NAS'

20  license revenue of the dot-com bubble bursting?

21  A.  David did an analysis.  Whether I asked

22  it for him or whether we decided to do it jointly,

23  I don't remember.  But there was an analysis done.

24  Q.  Was that the first time that you had had

1  him do that or the first time he had done that

2  within the -- the quarter?

3  A.  I don't believe so, but I can't say

4  specifically.  I mean, we had been watching this

5  for a while.  So, we have been tracking it.  But

6  whether or not I specifically, that was the first

7  time I said, "David, do an analysis," I couldn't

8  honestly tell you whether that was the first time

9  or not.

10  Q.  This is a document that was previously

11  marked as Exhibit 54.

12  A.  Okay.

13  Q.  Do you recognize Exhibit 54?

14  A.  Yes.

15  Q.  Is this one of the documents that you

16  reviewed in preparation for your deposition?

17  A.  No.

18  Q.  Okay.  Well, can you tell me what your

19  understanding of Exhibit 54 is?

20  A.  This would probably have been the

21  presentation John Nugent gave at the operations

22  review in January.

23  Q.  Did Mary Ann Gillespie also give a

24  PowerPoint presentation at that operations review

1  in January 2001?

2  A.  Most likely, yes.

3  Q.  Okay.  When -- do you recall

4  Mr. Nugent's presentation at the January 2001 ops

5  review?

6  A.  Not -- I don't recall the specifics, but

7  I'm sure as you page through this things will come

8  back.

9  Q.  Yeah.  Was it -- when he made the

10  presentation do you recall whether he just, you

11  know, gave it or was there a discussion during it

12  about various points?

13  A.  Whenever we hold ops reviews we always

14  have a discussion.  It's never a one-way

15  presentation.

16  Q.  Okay.

17  A.  They didn't like that there was always

18  discussion?

19  MR. GOLDSTEIN:  Sorry to interrupt.  This --

20  the exhibit that you handed me has at the back

21  copies of certain other exhibits as well.

22  MR. de GHETALDI:  Oh, that's just a mistake.

23  That just got -- I don't know why.

24  THE WITNESS:  Exhibit 33, yeah.

1  MR. de GHETALDI:  Hitchhikers.

2  MR. RUBINSTEIN:  Do you want these back?

3  MR. de GHETALDI:  Sure.  I think they are just

4  different duplicate copies it looks like.

5  BY MR. de GHETALDI:

6  Q.  All right.  If you would turn to page 9

7  of Exhibit 54, please.

8  A.  Okay.

9  Q.  Do you recall any discussions about

10  Mr. Nugent's market observations that are shown

11  here on page 9?

12  A.  I don't specifically recall discussions,

13  but I'm sure that something occurred because it's

14  on a slide.

15  Q.  All right.  If you turn to the next

16  page.

17  Do you recall discussions at the

18  January 2000 operations review about any of the

19  market observations that are here on page 10?

20  A.  I don't recall specifics.  But, again,

21  I'm sure we discussed it.  It's just I don't recall

22  the specifics.

23  Q.  All right.

24  A.  But, yeah, we would have had a

1  discussion about it.

2      Q.  Okay.  And if you'd turn to the next

3  page, same question.

4          Do you recall any discussions about

5  these particular market observations at the

6  January 2001 operations review?

7      A.  Again, I don't recall specifics, but I

8  know or I'm sure we would have discussed this, yes.

9      Q.  All right.  And then page 12, same

10 question.

11     A.  It -- it would be the same.  We would

12 have discussed this.  But the specifics, details,

13 but, yeah, we would have discussed this.

14     Q.  All right.  Do you recall passing this

15 information up -- up the information chain?

16         MR. GOLDSTEIN:  Objection to form.

17 BY THE WITNESS:

18     A.  I don't recall -- I don't recall giving

19 this presentation to anybody.  Would I have had

20 discussions with various people about this in our

21 organization and outside our organization?

22 Probably.

23     Q.  Do you recall discussions at the

24 Executive Committee meetings about these types of

1  market observations, that is, sluggish economic

2  outlook and shifting IT budgets and reduction in

3  the use of outside consultants and CIOs on a

4  shorter leash and the dot-com fishing hole drying

5  up?

6          MR. GOLDSTEIN:  Objection to form.

7  BY THE WITNESS:

8      A.  I recall the discussions at the EC about

9  the dot-com, you know, revenue stream.

10 BY MR. de GHETALDI:

11     Q.  All right.  And, that is, the revenue

12 stream decreasing?

13     A.  Yes.

14     Q.  Okay.  Do you recall when those

15 discussions took place?

16     A.  I don't know.

17     Q.  Do you recall those discussions taking

18 place in the third quarter of 2001?

19     A.  They would have -- they could have taken

20 place in the third quarter.  They could have taken

21 place in the second quarter.  They could have taken

22 place over both quarters.  It would have been a

23 topic of discussion.  I can't nail down a specific

24 time as far as which quarter.

1      Q.  Heavy one.

2      A.  You brought wheels, right?

3      Q.  I'm getting rid of all of them right

4  now.  So, I'm tightening my load.

5      A.  Okay.

6      Q.  I've handed you a document that was

7  previously marked as Exhibit 41, and the first

8  thing I'd like to know is whether you recognize

9  this document.

10     A.  You know, I'm trying to -- trying to see

11 whether I do.

12     Q.  Sure.  It's a big document.  Take your

13 time.

14     A.  It -- you know, John Nugent might have

15 reviewed this with me very easily or he might have

16 just reviewed it within his own organization.

17     Q.  On the second page it indicates that

18 it's from Cynthia Rheins, R-h-e-i-n-s.

19     A.  Yes.

20     Q.  Do you know who she is or was?

21     A.  No, I don't.

22     Q.  If you could turn to page it looks like

23 19.  Easier to find with the Bates number, 35427.

24 That's the number in the lower --

1      A.  Okay.

2      Q.  -- right-hand corner of the page.

3      A.  427.  All right.

4      Q.  If I'm reading this correctly, it looks

5  like at least in Q2 -- well, I can't tell if it was

6  the first half or just Q2 of 2001.  But it looks

7  like dot-com as a -- oh, it is Q2 results.

8          It looks like dot-com was about

9  51 percent of General Business' total revenue.

10 Does that seem right to you?

11     A.  Looks like that's what it says, yes.

12     Q.  Okay.  If you could turn back to page --

13 the page with the Bates No. 35421.

14     A.  Okay.

15     Q.  This is a page that shows something

16 about something called "Drag Adjusted Product

17 Split"?

18     A.  Yes.

19     Q.  Do you know what that -- that means?

20     A.  My guess is what he's referring to when

21 you sell applications there is a certain amount of

22 technology that goes with an application sale

23 traditionally.  So, he is calling that the drag.

24 The customer bought the applications.  It dragged

1   the technology with it.

2   Q. Okay. All right. Was -- was that

3   technology drag something that was watched in NAS?

4   A. It was watched in General Business.

5   Q. And why?

6   A. John had an interest in how much

7   technology he was dragging with his application

8   sales.

9   Q. What would be the significance if the

10  amount of the technology dragged with application

11  sales was decreasing?

12  MR. GOLDSTEIN: Objection to form.

13  BY THE WITNESS:

14  A. You know, for whatever reason customers

15  are buying less technology when they buy their

16  applications or -- I mean, you know, maybe the

17  price of the products went down on technology, also

18  the dollar amount goes down with it. You know, it

19  could be any number of things that impact it.

20  Q. All right. Now I'm going to hand you a

21  document that was previously marked as Exhibit 49.

22  A. Okay.

23  Q. Have you seen Exhibit 49 before today?

24  A. Yes.

1   Q. Is this one of the documents that you

2   reviewed in preparation for your deposition?

3   A. No.

4   Q. All right. Do you recall the last time

5   that you saw Exhibit 49?

6   A. Probably back in 2001.

7   Q. Mr. Winton says here that he isolated

8   the drop in dot-com and ASP revenue. What's ASP

9   stand for?

10  A. Application service provider.

11  Q. And what is or was an application

12  service provider?

13  A. It was a company that hosted

14  applications for someone and it was -- it was kind

15  of a business that popped up at the end of the

16  dot-com boom. So, it was kind of part of the

17  dot-com boom.

18  Q. Somebody with a big computer that hosted

19  applications on their computer?

20  A. Or a small computer that hosted

21  applications, but yeah. Yeah, application service

22  providers, it was a big hot boom for like 18 months

23  and then went crash.

24  Q. So, just so that I understand. Was the

1   idea that people wouldn't have to buy particular

2   applications and install them on their own computer

3   and they could use the applications that were on

4   somebody else's?

5   A. Yes. It was provide the service. So,

6   rather than you install it, I can install it. I

7   can manage it for you. I can sell it to you by the

8   drink versus a gallon.

9   I mean, there were all sorts of business

10  models around ASPs that might have made sense or

11  might not have made sense. Exodus would have been

12  a kind of an ASP.

13  Q. All right.

14  A. I don't even think they're around

15  anymore.

16  MR. GOLDSTEIN: I think you're right.

17  BY MR. de GHETALDI:

18  Q. By January 2001 why was NAS' growth rate

19  for technology so low?

20  MR. GOLDSTEIN: Objection to form.

21  BY THE WITNESS:

22  A. Which form are you looking at,

23  Exhibit No. 49?

24  BY MR. de GHETALDI:

1   Q. Yeah. That's what I'm looking at. But

2   I'm just asking a general question. The reason for

3   the -- the lack of growth.

4   MR. GOLDSTEIN: Same objection.

5   BY THE WITNESS:

6   A. Well, I mean, if you read what it says

7   here, it indicates it probably had a lot to do with

8   slowing down of business in the dot-com area.

9   BY MR. de GHETALDI:

10  Q. Was there also a slowdown of business in

11  what Mr. Winton calls tech and mortar -- or brick

12  and mortar, tech companies?

13  MR. GOLDSTEIN: Objection to form.

14  BY THE WITNESS:

15  A. The e-mail indicates there was a small

16  slowing, but still projected it to grow over the

17  previous year by 43 percent.

18  BY MR. de GHETALDI:

19  Q. Right. But it looks like the brick and

20  mortar license business grew 65 percent in the

21  first half of fiscal year '01 and was being

22  projected to grow at less than half of that in the

23  second half. And I'm wondering whether you have an

24  explanation for that slowdown --

1   MR. GOLDSTEIN: Objection to form.

2   BY MR. de GHETALDI:

3   Q.   -- in growth.

4   A.   You know, I don't -- I don't have an

5   explanation for it.  You know, it could be due to

6   the economy.  It could be due to the fact that in

7   the earlier note we reviewed that we experienced

8   significant growth the year before.

9       So, since we didn't experience

10  significant growth in the first half of the year

11  that year, the numbers looked higher and then you

12  hit where the revenue is up.  So, the numbers drop

13  as far as growth rates.

14      It could have been due to any of those

15  because, as one of those exhibits we already talked

16  about, revenue took off in the second half of

17  fiscal year 2000.  So, it very easily could have

18  been due to that or a combination of those factors.

19  Q.   I'm going to hand you a document that's

20  been previously marked as Exhibit 108.

21  A.   Okay.

22  Q.   All right.  Is Exhibit 108 one of the

23  documents that you reviewed in preparation for your

24  deposition today?

1   A.   No.

2   Q.   Do you recall receiving e-mails with

3   monthly revenue results of the type that is

4   exemplified by Exhibit 108?

5   A.   Yes.

6   Q.   Were such reports a matter of discussion

7   or an item of discussion at either the Thursday

8   forecast calls or the Monday Executive Committee

9   meetings?

10  A.   Sometimes they were.  Sometimes they

11  weren't.

12  Q.   If you turn to the second page, it looks

13  to me like what is being shown here are the actual

14  revenue results for December 2000 by line of

15  business and license organization.  Is that your

16  understanding as well?

17  A.   Yes.

18  Q.   It also looks to me like NAS' revenue

19  for the month of December was down by about 25,

20  almost 25 percent over the prior year, third

21  quarter.  Is that the way you read it also?

22  A.   Yes.

23  Q.   Was -- do you recall that fact being an

24  item of discussion at either the Thursday forecast

1   calls or the Monday Executive Committee meetings?

2   A.   You know, I don't recall directly or

3   specifically.  It might have been, but I don't

4   recall specifically having a discussion around it.

5   Q.   It also looks like Jay Nussbaum's OSI

6   organization was experiencing negative growth to an

7   even higher degree than NAS was.

8       Do you recall that fact being an item of

9   discussion at either the Thursday forecast calls or

10  the Monday Executive Committee meetings?

11  MR. GOLDSTEIN: Objection to form.

12  BY THE WITNESS:

13  A.   I don't -- I don't recall whether it was

14  or not.  I mean, I -- I don't.  I mean, the fact

15  that revenue one month versus a month a year ago

16  might be different.  Negative was not uncommon

17  because clients sign contracts when clients sign

18  contracts and sometimes they don't always sign when

19  you think they are going to sign.

20  December historically is always a slow month.  So,

21  you know, it's one of those things wise us with.

22  Called lumpiness of revenue.

23  Q.   Lumpiness.

24  A.   One of those painful things you have to

1   live with.

2   Q.   Sort of like "Leave It to Beaver."

3   Lumpy Rutherford, right?

4   A.   Yeah.

5   Q.   Have you seen Exhibit -- is Exhibit 110

6   one of the documents that you reviewed in

7   preparation for your deposition?

8   A.   No.

9   Q.   It looks to me like Exhibit 110 contains

10  actual results by line of business and license

11  organization for combined December and January.  Is

12  that your understanding as well?

13  A.   Yes.

14  Q.   Do you -- it looks like NAS is still

15  projecting negative or was -- not projecting -- had

16  negative growth over the prior year's quarters

17  first two months.

18      Is that a fact that was a topic of

19  discussion at either the Thursday Executive

20  Committee meeting or the -- I'm sorry -- the

21  Thursday forecast call or the Monday Executive

22  Committee meeting?

23  A.   It probably was.  But, again, I don't

24  remember specific which meeting or -- but obviously

Roberts, George 3/17/2004 12:00:00 AM

1    when you have a discussion around revenue and your

2    forecasts, there is a discussion around where

3    you're at versus where you're at a year ago, where

4    you're going to be at the end of the quarter.

5         So, any time you typically have forecast

6    discussions you discuss those types of things. But

7    I can't tell you specifically what day it was or...

8         Q. All right. Do you recall Jay Nussbaum's

9    proposal to increase salesmen's incentives during

10   January of 2001?

11        A. I recall Jay proposing things like that.

12   I can't tell you whether it was that January or --

13   or what month it would have been. But do I recall

14   Jay ever proposing that we increase sales

15   incentives? Sure.

16        Q. Okay. Was that something that you

17   supported in -- in the third quarter of 2001 or

18   not?

19        MR. GOLDSTEIN: Objection to form.

20   BY THE WITNESS:

21        A. I don't know whether it was proposed or

22   discussed in the third quarter of 2001 or not.

23   BY MR. de GHETALDI:

24        Q. Well, whether Jay's proposal was -- was

Roberts, George 3/17/2004 12:00:00 AM

1    proposed or discussed or not.

2         A. Right.

3         Q. Did you feel that a need, to increase

4    salesmen's incentives during the third quarter of

5    2001?

6         A. Not that I remember.

7         Q. Okay.

8         MR. de GHETALDI: Why don't we go off the

9    record.

10        THE VIDEOGRAPHER: Going off the record. The

11   time is 11:51 a.m.

12        (WHEREUPON, at 11:51 a.m. the

13        videotaped deposition of

14        GEORGE JOSEPH ROBERTS was recessed,

15        to be recommenced at 12:30 p.m.)

16

17

18

19        .

20

21

22

23

24

Roberts, George 3/17/2004 12:00:00 AM

1    IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

2         IN AND FOR NEW CASTLE COUNTY

3

4    IN RE ORACLE CORP.          ) CONSOLIDATED

5    DERIVATIVE LITIGATION       ) C.A. NO. 18751

6

7    ----------------------------------

8    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9         COUNTY OF SAN MATEO

10   COORDINATION PROCEEDING         )

11   SPECIAL TITLE (RULE 1550(b))  ) JUDICIAL

12                    ) COUNCIL

13   ORACLE CASES            ) COORDINATION

14   ----------------------  ) PROCEEDING

15   THIS DOCUMENT RELATES TO:     ) No. 4180

16   ALL ACTIONS            )

17   ----------------------  )

18

19        CONFIDENTIAL

20        THE RESUMPTION OF THE

21        VIDEOTAPED DEPOSITION OF

22        GEORGE JOSEPH ROBERTS

23

24        March 17, 2004

Roberts, George 3/17/2004 12:00:00 AM

1

2

3         March 17, 2004

4         12:36 p.m.

5

6         The videotaped deposition of

7    GEORGE JOSEPH ROBERTS resumed pursuant to recess at

8    the offices of Mayer Brown Rowe & Maw LLP, Suite

9    3900, 190 South LaSalle Street, Chicago, Illinois.

10

11   PRESENT:

12        COREY, LUZAICH, PLISKA,

13        de GHETALDI & NASTARI, LLP,

14        (700 El Camino Real,

15        Box 669,

16        Millbrae, California 94030,

17        650-871-5666), by:

18        MR. DARIO de GHETALDI,

19        appeared on behalf of the Plaintiffs;

20

21

22

23

24

1  PRESENT (Continued):

2  MORRISON & FOERSTER LLP,

3  (755 Page Mill Road,

4  Palo Alto, California 94304-1018,

5  650-813-5818), by:

6  MR. PAUL H. GOLDSTEIN,

7      appeared on behalf of

8      Oracle Corporation;

9  MAYER, BROWN, ROWE & MAW, LLP,

10  (190 South LaSalle Street,

11  Chicago, Illinois 60603-3441,

12  312-701-7781), by:

13  MR. JAVIER H. RUBINSTEIN,

14      appeared on behalf of the

15      individual Directors.

16

17  VIDEOTAPED BY:

18  BRANDON CAIN, Esquire Deposition Services.

19

20  REPORTED BY:

21  CORINNE T. MARUT, C.S.R. No. 84-1968

22

23

24

---

1  THE VIDEOGRAPHER: Going on the record. The

2  time is 12:37 p.m.

3      GEORGE JOSEPH ROBERTS,

4  called as a witness herein, having been previously

5  duly sworn and having testified, was examined and

6  testified further as follows:

7      EXAMINATION (RESUMED)

8  BY MR. de GHETALDI:

9  Q. Okay. Mr. Roberts, if you could look at

10  Exhibit 42, please. And there is a row almost down

11  at the bottom that's titled "U.S. Headquarters."

12  Just above "Total North America." Do you see that?

13  A. Um-hmm.

14  Q. Do you know what the -- what that row

15  represents?

16  A. That would represent management

17  judgment.

18  Q. Okay. Whose management judgment would

19  that be?          .

20  A. That would be the total management

21  judgment between myself and the other managers on

22  how much more revenue we believe we'd get versus

23  what the sales reps were forecasting.

24  Actually, that -- actually, that is --

---

1  let me -- I'm trying to figure out whether that is

2  the total or whether that's my piece.

3      That would be just my headquarters

4  level.

5  Q. All right. So, there is essentially two

6  management judgments?

7  A. Yep.

8  Q. In any forecast number, right?

9  A. Yes.

10  Q. That would be your management judgment

11  and the group vice president's management judgment?

12  A. Yes.

13  Q. Now, if you'd look at Exhibit 43 and

14  compare it -- compare the forecast there to

15  Exhibit 42, it looks like there was a $10 million

16  decline in the forecast there, is that right?

17  A. Yes.

18  Q. And it looks like that was evenly

19  divided between a $5 million decline in your

20  management judgment and a $5 million decline in the

21  Majors forecast. Am I reading these correctly?

22  A. There's a $5 million decline it looks

23  like in my management judgment, but another piece

24  of it came out of General Business. Or no, Majors,

---

1  you're right. A piece came out of Majors. So, it

2  looks like just over 2 million out of Majors and

3  then I don't know where the balance came out.

4  Q. Is that 2 or -- I think it's 5.

5  A. Well, from what I have in the one report

6  you've showed me at 1/15/01, I've got her

7  management judgment at 10-9 and on 1/29 it's 8,243.

8  Q. I'm not talking about her management

9  judgment. I'm talking about the forecast in

10  Majors.

11  A. Oh, okay. The forecast in Majors. So,

12  yes, it would have dropped $5 million.

13  Q. Right.

14  A. I apologize. I thought you were

15  referring discretely.

16  Q. That's my fault on the question I'm

17  sure.

18      Do you recall the reason for the decline

19  in the forecast there over that two-week period in

20  January 2001?

21  A. I don't recall the specific reason for

22  the decline, no.

23  Q. Are you familiar with Jennifer Minton's

24  upside numbers?

1    A.   I'm familiar with Jennifer Minton's

2    upside report, yeah.

3        Q.   All right.  What is your understanding

4    of how Jennifer Minton arrives at her upside

5    numbers?

6        MR. GOLDSTEIN: Objection to form.

7    BY THE WITNESS:

8        A.   You know, I don't know how she arrives

9    at her upside numbers.  Okay.  But my belief is she

10   probably takes some of our upside accounts and then

11   she may look and say that there is some other ones.

12   I don't know exactly.

13       But we always have discussions around

14   things like whether -- you know, your best and

15   oftentimes those deals are what probably end up on

16   her upside report.  But I couldn't -- she can tell

17   you exactly how she came up with her report.  It's

18   her report, not mine.

19       Q.   Okay.  And when you say the -- some of

20   this comes out of the "Best," those are deals

21   that -- that you were not willing to commit to, is

22   that right?

23       A.   Yes, or pieces of deals; i.e., we think

24   it's 3 million.  Best case, 5 million.

1        Q.   I'm going to hand you a copy of

2    Exhibit No. 44, and I'll tell you that this is an

3    exhibit that is a compilation of pages from what we

4    understand to be Jennifer Minton's upside report

5    for the first two months of Q3 '01.

6        And the date of the report you can see

7    in the lower right-hand corner of each page.  So,

8    the first page was from the December 11th, the

9    second page is from the January 15th, third page is

10   from the January 29th.

11       A.   Okay.

12       Q.   And the fourth page is from the

13   February 5th.

14       A.   Okay.

15       Q.   Okay?  And I just want to look at a

16   couple of particular line items under -- for NAS.

17       A.   Um-hmm.

18       Q.   The -- on the first page for expenses

19   for NAS.

20       A.   Um-hmm.

21       Q.   It looks like, and tell me if I'm

22   reading this correctly, that the expenses for NAS

23   were forecasted by your division to grow 50 percent

24   from the last year?

1    A.   Yes, that's what it looks like, yes.

2        Q.   Okay.  Do you recall the reason for that

3    amount of growth in expenses?

4        A.   Yeah, it was part of the budget.

5        Q.   So, the expenses are governed by budget?

6        A.   Yes.

7        Q.   Okay.  Is there a relationship

8    between -- are you giving an absolute number under

9    the budget for what your expenses can be or is that

10   number tied somehow to what your revenues are going

11   to be?

12       MR. GOLDSTEIN: Objection to form.

13   BY THE WITNESS:

14       A.   Expenses are tied to head count, travel,

15   those types of things.  So, that's what expenses

16   are tied to.

17   BY MR. de GHETALDI:

18       Q.   It looks like -- comparing the first and

19   second page with the -- in terms of the revenue

20   line for NAS.

21       A.   Um-hmm.

22       Q.   It looks like the upside declined -- the

23   upside number declined from $50 million to

24   $14 million over that approximately four-week

1    period.

2        A.   Um-hmm.

3        Q.   Do you know why that decline occurred in

4    the upside number?

5        MR. GOLDSTEIN: Objection to form.

6    BY THE WITNESS:

7        A.   I don't know why exactly it occurred,

8    but most likely the pipeline numbers changed and

9    the upside numbers changed.

10   BY MR. de GHETALDI:

11       Q.   It looks like the expenses or the

12   expense forecast increased by about $6 million

13   between the January -- January 15 and December 11

14   reports.  Do you know why?

15       MR. GOLDSTEIN: Objection to form.

16   BY THE WITNESS:

17       A.   No.

18       MR. GOLDSTEIN: Wait.  Where are you seeing

19   this?

20       MR. de GHETALDI: It's -- here, Paul.

21       THE WITNESS: Expenses.

22       MR. de GHETALDI: Down in expenses and it's --

23       THE WITNESS: NAS.

24       MR. de GHETALDI: -- NAS, the NAS line.

1    MR. GOLDSTEIN: Are you referring to the

2    forecast or the potential number?

3    THE WITNESS: Forecast.

4    MR. de GHETALDI: I was talking about the

5    forecast.

6    MR. GOLDSTEIN: Okay. I'm with you.

7    BY THE WITNESS:

8    A. No. I mean, maybe we got a better

9    handle on expenses or the expense forecast for

10    Majors or General Business might have gone up or

11    maybe Oracle changed how they accrued for

12    commissions and we had to increase our expense

13    numbers. I don't know.

14    BY MR. de GHETALDI:

15    Q. All right. And if you go to the third

16    page, which is the January 29 upside report, it

17    looks like for revenue the upside is down to zero.

18    A. Um-hmm.

19    Q. Do you know why that $14 million decline

20    occurred?

21    MR. GOLDSTEIN: Objection to form.

22    BY THE WITNESS:

23    A. I don't know the specifics but, again,

24    my guess is we felt that the deals that were

1    potentially upside weren't potentially upside

2    anymore.

3    BY MR. de GHETALDI:

4    Q. Was it unusual for the forecast and

5    potential numbers for NAS to be the same?

6    MR. GOLDSTEIN: Objection to form.

7    BY THE WITNESS:

8    A. No, not necessarily.

9    BY MR. de GHETALDI:

10    Q. Do you recall the last time that that

11    happened?

12    A. No.

13    Q. Did you view the upside numbers as more

14    realistic than your forecast numbers?

15    MR. GOLDSTEIN: Objection to form.

16    BY THE WITNESS:

17    A. By more realistic, what do you mean?

18    BY MR. de GHETALDI:

19    Q. More likely to occur.

20    A. No.

21    Q. Okay. Did you view your forecast

22    numbers as more likely to occur than the upside

23    numbers?

24    MR. GOLDSTEIN: Objection to form.

1    BY THE WITNESS:

2    A. Yes.

3    BY MR. de GHETALDI:

4    Q. Okay. And can you tell me why?

5    MR. GOLDSTEIN: Same objection.

6    BY THE WITNESS:

7    A. It's called forecast.

8    BY MR. de GHETALDI:

9    Q. Any other reason?

10    A. It's my belief.

11    Q. All right. Then if you'll turn to the

12    February 5 page.

13    A. Okay.

14    Q. And there the forecast and potential

15    license revenue numbers are the same again, but

16    they both declined by slightly over $10 million

17    over the prior week.

18    And back on Exhibit 43 we saw that

19    $10 million decline occurring as of January 29.

20    Do you know why it took a week for that

21    information to make itself -- make its way up into

22    the upside report?

23    MR. GOLDSTEIN: Objection to form.

24    BY THE WITNESS:

1    A. No.

2    BY MR. de GHETALDI:

3    Q. All right.

4    MR. de GHETALDI: When I said that I didn't

5    think we'd have any other exhibits, I forgot about

6    one and here is my suggestion. Since I have

7    absolutely no idea what occurred yesterday in

8    San Francisco, we have a hole. Exhibits 63 to 69

9    have not been used. How about if I mark this as

10    Exhibit 63?

11    MR. GOLDSTEIN: Fine with me.

12    MR. RUBINSTEIN: That's fine.

13    MR. de GHETALDI: Okay. This will be then

14    Exhibit 63.

15    (WHEREUPON, a certain document was

16    marked Roberts Deposition Exhibit

17    No. 63, for identification, as of

18    3/17/04.)

19    THE WITNESS: Can't open Christmas presents

20    early.

21    MR. de GHETALDI: Ruins all the fun.

22    MR. GOLDSTEIN: Do you want him to read the

23    whole thing?

24    MR. de GHETALDI: No, I'm going to ask him

1    first is --

2    BY MR. de GHETALDI:

3        Q.   If you recognize this document as --

4        A.   Go ahead.

5        Q.   -- as what you were sent a couple of

6    weeks ago but didn't read.

7        A.   Yeah, it looks like it.

8        Q.   Okay.  So, I'm not going to ask you to

9    read the whole thing.  I just have a couple of

10   questions about a couple of things that were said

11   on a couple of pages and then we're going to be

12   done.

13       So, if you could turn, please, to

14   page 3.

15       A.   Which page?  I'm sorry.

16       Q.   3.  I'm sorry.

17       A.   Okay.

18       Q.   At the very bottom in the last paragraph

19   there is a description of the forecasting process

20   for NAS.

21       A.   All right.

22       Q.   And it says, "On Monday and Tuesday,

23   your regional managers contacted their various

24   sales groups to ascertain revenue and margin

1    projections and updated information regarding the

2    pipeline."

3        And that information was entered into OSO

4    and on Tuesday afternoons you reviewed OSO and

5    spoke with your regional managers and on Wednesday

6    your organization submitted its forecast numbers to

7    Jennifer Minton's organization.

8        Is that an accurate description of the

9    forecasting process in NAS in the third quarter of

10   2001?

11       A.   The inaccuracy -- to make it more

12   accurate, on Tuesday afternoon we reviewed the

13   forecast reports.  Typically what I mean by that is

14   I wasn't on on-line on OSO.  We had printed out

15   reports that you have here that we'd sit down and

16   review with them over the phone.

17       Q.   Okay.

18       A.   But, yeah, that's -- then David and I

19   finish up Tuesday.  We'd talk about it.  Wednesday

20   we'd send our forecasts to Jennifer and Thursday

21   we'd have our call.  So, yeah.

22       Q.   All right.  Then in the next paragraph

23   on page 4, the second sentence says that you

24   indicated your "group had beaten forecasts by huge

1    numbers for the preceding eight quarters, leading

2    some members of the executive management to believe

3    that your group routinely 'sandbagged.'"

4        Who were you talking -- or is that a

5    accurate reflection of what you told the Special

6    Litigation Committee at your interview?

7        A.   I don't know whether it's accurate or

8    not.  But if I think back to that period of time,

9    had we beaten our forecast number?  Yes, we had

10   beaten it.  By numbers that were more than it or

11   3 percent?  The answer was yes.  So, yeah, we had

12   beaten the forecast.  So, I think it's fair to say

13   that management, you know, felt that we should, you

14   know, beat the forecast.

15       Q.   Well, the term "sandbagged" is in

16   quotes.

17       A.   Um-hmm.

18       Q.   Was that -- do you recall that being a

19   word that you used in your interview with the

20   Special Litigation Committee?

21       A.   It could have been very easily.  I don't

22   recall whether I used "sandbagged" or not, but that

23   would be a term that could very easily I've used or

24   someone else has used, yeah.

1        Q.   All right.  Well, in the context of

2    forecasting within Oracle, what does it mean when

3    somebody is sandbagging their forecast?

4        A.   What it would indicate or what it

5    would -- the term was someone who unrealistically

6    kept their forecasts low even though they are going

7    to come in higher.

8        What it means -- when I forecast, if I

9    beat my forecast, what it means is the forecast is

10   my best number and what it means is that the upside

11   numbers occurred on top of the forecast numbers.

12       Q.   All right.  So, that's -- that wasn't

13   something that you felt that you did?

14       A.   No.  I don't believe so at all.

15       Q.   All right.

16       A.   That's not -- I don't sandbag.

17       Q.   All right.

18       A.   I tell them what I think.

19       Q.   Do you know of any particular members of

20   executive management who believed that your NAS

21   group routinely sandbagged its forecasts?

22       A.   You know, Jennifer Minton might have

23   thought I sandbagged my forecasts.  But, you know,

24   during 2000 with the dot-com boom and everything, a

1    lot of people's forecasts were being exceeded. So,

2    people might joke about it, but I don't think

3    anybody thought I sandbagged regularly. I think

4    they thought I was a conservative forecaster.

5        Q. Then the next sentence says that you

6    noted in the prior quarter your organization fell

7    behind forecasts for a brief period of time but

8    eventually exceeded the forecast and budget

9    significantly in the last few days of the quarter.

10        Does that accurately reflect what you

11    told the Special Litigation Committee?

12        A. You know, I don't know. I mean, it

13    could. It's been over a year I think since we

14    talked to them, and it's been three years since the

15    time. So, actually -- it's almost -- it's over two

16    years. No, it's not two years. It's almost two.

17        Q. Almost, yeah.

18        A. So, very easily could have been but...

19        Q. I'm just curious about that because for

20    the life of me I can't find where your organization

21    fell behind forecast in Q2.

22        A. I don't know.

23        Q. Do you recall that as being a fact?

24        A. I don't know. I can't remember.

1        Q. Down at the last paragraph on page 4.

2        A. All right.

3        Q. You were apparently shown a chart that

4    essentially summarized the information that we

5    discussed with respect to Exhibit 44 in terms of

6    revenue.

7        And it says, "When asked why Minton

8    reduced the upside adjustment for NAS on January 15

9    from $50 million to $14 million," you explained

10    that you "believed that Minton was reacting to

11    information" you were providing her.

12        A. Um-hmm.

13        Q. And also "stated that Minton's upside

14    adjustment often reflects discussions between

15    Minton and the executive vice president of the

16    sales organization in question."

17        Is that an accurate summary of what you

18    told the Special Litigation Committee?

19        A. Probably.

20        Q. All right.

21        A. And just, you know, when I say

22    discussions with the executive vice president,

23    those would have been forecast discussions on

24    Thursday.

1        Q. All right. Do you recall what

2    information you provided to Jennifer Minton shortly

3    before January 15 that she would have reacted to by

4    lowering her upside by $36 million?

5        MR. GOLDSTEIN: Objection to form.

6    BY THE WITNESS:

7        A. I don't recall the specifics. But as we

8    discussed earlier, my guess is the pipeline data or

9    the upside deals that we thought were potential

10    went away on us.

11    BY MR. de GHETALDI:

12        Q. Now, if you'll turn to page 5.

13        A. Um-hmm.

14        Q. In the section in the middle that's

15    titled "Upside Reports," it says that you were "not

16    given copies of Minton's upside reports. However,

17    at each EMC meeting a three- or

18    four-page forecasting report generated by Minton is

19    circulated. This document, called the EMC Summary

20    Forecast, includes Forecast Projections and

21    Potential Projections for all of Oracle's business

22    segments."

23        Is that an accurate summary of what you

24    told the Special Litigation Committee?

1        A. I believe so, yes.

2        Q. Do you recall receiving or, that is, do

3    you recall a document called the EMC Summary

4    Forecast being passed out at the Executive

5    Committee meetings on Mondays in the third quarter

6    of 2001?

7        A. I recall -- I recall a forecast

8    document, summary forecast document that was handed

9    out at the EMCs, yes.

10        Q. And it was about three or four pages

11    long?

12        A. Yeah, approximately. I don't -- yeah.

13        Q. Okay. Have we seen that here today?

14        A. You know, let me look. I don't know

15    whether we've seen it here today or whether we have

16    seen a piece of it here today.

17        A piece of it might have been a sheet

18    like this.

19        Q. Which exhibit are you referring to?

20        A. Exhibit No. 134.

21        Q. All right. And you're pointing to the

22    first page --

23        A. Page.

24        Q. -- of Exhibit 134?

1    A.  Yes.

2    Q.  All right.

3    A.  It might have been just that sheet and a

4    couple more sheets, broke it down by apps versus

5    technology and stuff. So, then, it probably would

6    have been a sheet similar to that and a sheet

7    similar to 3612 in the same document and a sheet

8    similar to 3613, which might also be the same as a

9    sheet similar to 3614. So, those types of reports.

10    3615, consulting revenues, which also

11    would have been 3616 and then probably 3617 and

12    3618 and 3619 and 3620 and 3621 and 3622. Those I

13    think -- those look like the sheets we would have

14    received during the forecast summary report.

15    Q.  I notice that you didn't include 3609 or

16    3610.

17    A.  Yeah, I don't -- 3609, we never received

18    anything with -- that I remember at all with market

19    expectations of earnings per share or anything like

20    that at EMC. And whether 3610 was included, it

21    might have been, but I can't remember.

22    Q.  All right. If you -- if you just turn

23    for a second back to page 3612, I have got a

24    question about something there.

1    A.  Okay.

2    Q.  It indicates at the top that the numbers

3    are dollars in thousands at budget rates.

4    A.  Um-hmm.

5    Q.  Do you know what "budget rates" refers

6    to?

7    A.  No. Sorry.

8    Q.  Okay. Now back to your interview

9    summary, which was Exhibit 63 I believe. Right?

10    A.  Yes.

11    Q.  The -- back again at the section on

12    "Upside Reports."

13    A.  Uh-huh.

14    Q.  It says, "The report is collected at the

15    end of each meeting so that Roberts does not have

16    any copies."

17    Was this EMC summary forecast report

18    collected at the end of each meeting?

19    A.  Yes.

20    Q.  Do you know why?

21    A.  Because they didn't want anybody to have

22    it after the meeting, I mean.

23    Q.  Do you know why they didn't want anybody

24    to have it after the meeting?

1    A.  Probably -- no, I don't. My guess as a

2    businessperson was they were concerned about other

3    people having access to forecast data that don't

4    need it. I mean, there are strategic numbers about

5    all our lines of business and everything that are

6    included in there.

7    Q.  Now, if you will turn to page 6, please.

8    In the center of the page, the section titled

9    "Dot.Com Mid-Market Forecast."

10    A.  Um-hmm.

11    Q.  And you were apparently asked whether

12    you knew of a document with that title and you

13    apparently said you didn't but thought that it

14    might be a reference to a report from somebody

15    named Roselli?

16    A.  Yes.

17    Q.  "Regarding dot-com revenues in Q2 fiscal

18    year '01 and Q3 fiscal year '01 that were developed

19    early in Q3 fiscal year '01 to analyze impact of

20    dot-com weakness on NAS' business on a

21    going-forward basis."

22    Now, let's talk about this report

23    from -- is it Mr. Roselli?

24    A.  Yes.

1    Q.  What's his first name?

2    A.  Bill.

3    Q.  Good Italian name.

4    A.  He's an Eagles fan. Poor guy.

5    Q.  Did -- whose idea was it to -- to start

6    these reports analyzing the impact of dot-com

7    weakness on NAS' business?

8    MR. GOLDSTEIN: Objection to form.

9    BY THE WITNESS:

10    A.  It -- probably John Nugent's.

11    BY MR. de GHETALDI:

12    Q.  Did you regularly receive these reports?

13    A.  No.

14    MR. GOLDSTEIN: Objection to form.

15    BY THE WITNESS:

16    A.  I mean, they're something he would have

17    done at the end of a quarter, say, what was the

18    difference this quarter versus a year ago.

19    BY MR. de GHETALDI:

20    Q.  So, this is a one-time -- once-a-quarter

21    sort of report?

22    A.  It was -- it was a report we started to

23    consider. John Nugent was concerned because of his

24    business because we had a large portion of the

1    business or millions of dollars of the business in

2    dot-com and that business was shrinking.

3        So. we were watching it like we should,

4    you know, on a quarterly basis.

5        Q.   Do you know when the first of these

6    reports was completed?

7        A.   I don't know when, no.

8        Q.   It says here in the interview that they

9    were developed early in Q3 '01.

10       A.   Um-hmm.

11       Q.   Does that seem accurate to you?

12       A.   It could be, yes.  I can't -- again,

13   this is over -- we are two years from when I did

14   this.  But it's logical that that would happen,

15   yes.

16       Q.   All right.  Was the dot-com weakness

17   something that was discussed in the Thursday

18   forecast calls or the Executive Committee meetings

19   in Q3 '01?

20       MR. GOLDSTEIN:  Objection to form.

21   BY THE WITNESS:

22       A.   I can't remember whether it was

23   discussed; but it very easily might have been,

24   right, because it's a business trend.

---

1    BY MR. de GHETALDI:

2        Q.   And business trends were something that

3    were a general topic of discussion at the Executive

4    Committee meetings in Q3 '01?

5        A.   Yes.

6        Q.   And the same for the forecast calls in

7    Q3 '01?

8        A.   Yes.

9        Q.   All right.

10       MR. de GHETALDI:  I think that's -- that's it.

11       THE WITNESS:  Okay.

12       MR. GOLDSTEIN:  We have no questions.

13       MR. de GHETALDI:  Of course, it's -- the same

14   as we have been saying for all depositions, that

15   there is an issue relating to the production of

16   documents and whether the deposition is complete,

17   and the parties have differing views on that issue.

18       MR. RUBINSTEIN:  They do.

19       MR. GOLDSTEIN:  They do.

20       MR. de GHETALDI:  Okay.

21       THE VIDEOGRAPHER:  That concludes the

22   deposition for today.  The time is 1:11 p.m.

23       (Time Noted:  1:11 p.m.)

24       FURTHER DEPONENT SAITH NAUGHT.

---

1    IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

2        IN AND FOR NEW CASTLE COUNTY

3    IN RE ORACLE CORP.          ) CONSOLIDATED

4    DERIVATIVE LITIGATION       ) C.A. NO. 18751

5        SUPERIOR COURT OF THE STATE OF CALIFORNIA

6            COUNTY OF SAN MATEO

7    COORDINATION PROCEEDING     )

8    SPECIAL TITLE (RULE 1550(b))  ) JUDICIAL

9    ORACLE CASES          ) COUNCIL

10   ----------------------- ) COORDINATION

11   THIS DOCUMENT RELATES TO:   ) PROCEEDING

12   ALL ACTIONS          ) No. 4180

13       I hereby certify that I have read the

14   foregoing transcript of my deposition given at the

15   time and place aforesaid, consisting of Pages 1 to

16   111, inclusive, and I do again subscribe and make

17   oath that the same is a true, correct and complete

18   transcript of my deposition so given as aforesaid,

19   and includes changes, if any, so made by me.

20

21            GEORGE JOSEPH ROBERTS

22   SUBSCRIBED AND SWORN TO before me this     day

23   of        , A.D. 2004.

24       Notary Public

---

1    STATE OF ILLINOIS )

2                      ) SS:

3    COUNTY OF DU PAGE )

4        I, CORINNE T. MARUT, C.S.R. No. 84-1968,

5    a Notary Public within and for the County of

6    DuPage, State of Illinois, and a Certified

7    Shorthand Reporter of said state, do hereby

8    certify;

9        That previous to the commencement of the

10   examination of the witness, the witness was duly

11   sworn to testify the whole truth concerning the

12   matters herein;

13       That the foregoing deposition transcript

14   was reported stenographically by me, was thereafter

15   reduced to typewriting under my personal direction

16   and constitutes a true record of the testimony

17   given and the proceedings had;

18       That the said deposition was taken

19   before me at the time and place specified;

20       That the reading and signing by the

21   witness of the deposition transcript was agreed

22   upon as stated herein;

23       That I am not a relative or employee or

24   attorney or counsel, nor a relative or employee of

Roberts, George 3/17/2004 12:00:00 AM

1    such attorney or counsel for any of the parties

2    hereto, nor interested directly or indirectly in

3    the outcome of this action.

4             IN WITNESS WHEREOF, I do hereunto set my

5    hand and affix my seal of office at Chicago,

6    Illinois, this 23rd day of March, 2004.

7

8

9

10            CORINNE T. MARUT, C.S.R. No. 84-1968

11            Notary Public, DuPage County, Illinois.

12            My commission expires July 3, 2005.

13

14

15    C.S.R. Certificate No. 84-1968.

16

17

18

19

20

21

22

23

24

Oracle Related Cases                                    Page 113

---

Roberts, George 3/17/2004 12:00:00 AM

1              I N D E X

2    GEORGE JOSEPH ROBERTS        EXAMINATION

3         MR. de GHETALDI (a.m. session)    6

4         MR. de GHETALDI (p.m. session)    86

5

6

7              E X H I B I T S

8    ROBERTS DEPOSITION EXHIBIT       MARKED FOR ID

9    No. 63              96

10

11

12

13

14

15

16

17

18

19          •

20

21

22

23

24

Oracle Related Cases                                    Page 114

---

Roberts, George 3/17/2004 12:00:00 AM

1         EXHIBITS PREVIOUSLY MARKED

2    FIRST REFERRED TO          PAGE

3    Exhibit 32          18

4    Exhibit 35          21

5    Exhibit 36          19

6    Exhibit 37          27

7    Exhibit 38          20

8    Exhibit 39          36

9    Exhibit 40          40

10   Exhibit 41          71

11   Exhibit 42          29

12   Exhibit 43          30

13   Exhibit 44          90

14   Exhibit 47          51

15   Exhibit 48          60

16   Exhibit 49          73

17   Exhibit 54          66

18   Exhibit 108         77

19   Exhibit 110         80

20   Exhibit 112         45

21   Exhibit 134         44

22

23

24

Oracle Related Cases                                    Page 115