# EXHIBIT WW

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00001:01 | SUPERIOR COURT OF THE STATE OF CALIFORNIA |
| 2 | 02 | COUNTY OF SAN MATEO |
| 3 | 03 | --o0o-- |
| 4 | 04 | Coordination Proceeding |
| 5 | 05 | Special Title (Rule 1550(b)) |
| 6 | 06 | ORACLE CASES.          Judicial Council |
| 7 | 07 | -vs-          Coordination |
| 8 | 08 |          Proceeding |
| 9 | 09 | _____ / No. 4180 |
| 10 | 10 | This Document Relates To: |
| 11 | 11 | ALL ACTIONS. |
| 12 | 12 | _____ / |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | VIDEOTAPED DEPOSITION OF NICHOLAS CLASSICK |
| 16 | 16 |          Tuesday, February 17, 2004 |
| 17 | 17 |          --o0o-- |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00002:01 | IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE. |
| 2 | 02 | IN AND FOR NEW CASTLE COUNTY |
| 3 | 03 | |
| 4 | 04 | |
| 5 | 05 | _____ |
| 6 | 06 | IN RE ORACLE CORP.     ) Consol. C.A. No. 18751 |
| 7 | 07 | DERIVATIVE LITIGATION  ) CONFIDENTIAL |
| 8 | 08 | _____) FILED UNDER SEAL |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | . |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00003:01 | --o0o-- |
| 2 | 02 | A P P E A R A N C E S |
| 3 | 03 | |
| 4 | 04 | FOR THE PLAINTIFFS: |
| 5 | 05 | BERMAN DEVALERIO PEASE TABACCO BURT & |
| 6 | 06 | BY: NICOLE LAVALLEE, ESQ. |
| 7 | 07 | 425 California Street |
| 8 | 08 | San Francisco, California 94104 |
| 9 | 09 | |
| 10 | 10 | BY: ROBERT B. WEISER, ESQ. |
| 11 | 11 | Suite 400 |
| 12 | 12 | 610/822-2236 |
| 13 | 13 | McMANIS FAULKNER & MORGAN |
| 14 | 14 | 50 West San Fernando Street |
| 15 | 15 | San Jose, California 95113 |
| 16 | 16 | |
| 17 | 17 | FOR THE WITNESS: |
| 18 | 18 | MORRISON & FOERSTER LLP |
| 19 | 19 | 755 Page Mill Road |
| 20 | 20 | 650/813-5616 |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | BY: JOHN NADOLENCO, ESQ. |
| 24 | 24 | 25th Floor |
| 25 | 25 | 213/229-5173 |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00004:01 | APPEARANCES (Continued) |
| 2 | 02 | |
| 3 | 03 | |
| 4 | 04 | FOR THE DEFENDANT ORACLE: |
| 5 | 05 | BY: LAUREN SEGAL, ESQ. |
| 6 | 06 | Mailstop 50P7 |
| 7 | 07 | 650/506-9221 |
| 8 | 08 | |
| 9 | 09 | Also Present: Steve Marques, Videographer |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004 9:43:00 AM

| | | |
|---|---|---|
| 1 | 00005:01 | --o0o-- |
| 2 | 02 | |
| 3 | 03 | |
| 4 | 04 | EXAMINATION BY:          Page |
| 5 | 05 | Afternoon session ............... 158 |
| 6 | 06 | |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004 9:43:00 AM

| | | |
|---|---|---|
| 1 | 00006:01 | --o0o-- |
| 2 | 02 | |
| 3 | 03 | |
| 4 | 04 | |
| 5 | 05 | Summary, Bates stamped ORCL |
| 6 | 06 | |
| 7 | 07 | Review, Bates stamped ORCL |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | • |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004 9:43:00 AM

| | | |
|---|---|---|
| 1 | 00007:01 | --o0o-- |
| 2 | 02 | |
| 3 | 03 | |
| 4 | 04  1 | Sir, if you take a look at ...... 231   10 |
| 5 | 05 | this page which, for the |
| 6 | 06 | from David Winton to George |
| 7 | 07 | cc'd to David Winton, dated |
| 8 | 08 | you take a look at that middle |
| 9 | 09 | symbol "YOY." |
| 10 | 10  2 | Do you know what that refers  ... 231   17 |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004 9:43:00 AM

| | | |
|---|---|---|
| 1 | 00008:01 | --o0o-- |
| 2 | 02 | INSTRUCTED NOT TO ANSWER: |
| 3 | 03 | |
| 4 | 04  1 | Do you know what that 346  ...... 180   23 |
| 5 | 05 | Mr. Classick? |
| 6 | 06  2 | Do you know what that S346  ...... 181   24 |
| 7 | 07 | Mr. Classick? |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00009:01       BE IT REMEMBERED on Tuesday, February 17,
2    02  2004, at the hour of 9:31 a.m. thereof at the Law
3    03  Offices of Berman DeValerio Pease Tabacco Burt &
4    04  Pucillo, 425 California Street, 21st Floor,
5    05  San Francisco, California, before me, Heidi J.
6    06  Ryder, Deposition Officer, Certified Shorthand
7    07  Reporter in and for the State of California, there
8    08  personally appeared
9    09            NICHOLAS CLASSICK,
10   10  called as a witness by the Plaintiff herein, who,
11   11  having been first sworn by me, was thereupon
12   12  examined as is hereinafter set forth.
13   13
14   14            --oOo--
15   15       PROCEEDINGS
16   16            --oOo--
17   17
18   18       THE VIDEOGRAPHER: Good morning. This
19   19  marks the beginning of videotape number one in the
20   20  deposition of Nicholas Classick, in the matter of
21   21  Oracle Corporation Derivative Litigation in the
22   22  Superior Court for the State of California, County
23   23  of San Mateo, Case Number 4180.
24   24       And the Court of Chancery of the State of
25   25  Delaware in and for New Castle County, Case Number
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00010:01  18751.
2    02       Today's date is February 17, 2004. The
3    03  time is 9:31. The location of this deposition is
4    04  Berman DeValerio, 425 California Street, 21st Floor,
5    05  San Francisco, California.
6    06       This deposition was noticed by plaintiff,
7    07  and the videotape is being produced on behalf of the
8    08  same.
9    09       The video operator is Steve Marques, a
10   10  California Notary Public for the County of
11   11  Santa Clara, employed by Dan Mottiaz Video
12   12  Productions, LLC, 182 Second Street, Suite 202,
13   13  San Francisco, California 94105, (415) 624-1300.
14   14       Would counsel present please identify
15   15  themselves and state whom they represent.
16   16       MR. WEISER: Robert Weiser, Schiffrin &
17   17  Barroway, LLP, on behalf of plaintiffs.
18   18       MS. LAVALLEE: Nicole Lavallee, Berman
19   19  DeValerio, also on behalf of plaintiffs in
20   20  California. ◦
21   21       MS. GUARNIERI: Elizabeth Guarnieri,
22   22  Berman DeValerio, on behalf of California
23   23  plaintiffs.
24   24       MS. ELZANKALY: Marwa Elzankaly, McManis
25   25  Faulkner & Morgan, on behalf of California
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00011:01  plaintiffs.
2    02       MR. GOLDSTEIN: Paul Goldstein, Morrison
3    03  & Foerster, for Oracle Corporation.
4    04       MS. SEGAL: Lauren Segal, Oracle
5    05  Corporation.
6    06       MR. NADOLENCO: And John Nadolenco of
7    07  Mayer Brown Rowe & Maw, on behalf of the individual
8    08  defendants Larry Ellison and Jeff Henley.
9    09       THE VIDEOGRAPHER: If there are no
10   10  stipulations, the reporter may administer the oath.
11   11
12   12            EXAMINATION
13   13
14   14  BY MR. WEISER:
15   15   Q.  Good morning, Mr. Classick. How are you
16   16  today?
17   17   A.  Good morning.
18   18       Good, thank you.
19   19   Q.  We met just a moment ago. I wanted to go
20   20  over a few basic ground rules with respect to
21   21  today's deposition.
22   22       Have you ever been deposed before, sir?
23   23   A.  I have not.
24   24   Q.  Okay.
25   25       I am sure your counsel has given you some
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00012:01  background as to what this process is going to be
2    02  like today.
3    03       A couple of things.
4    04       One, to the extent possible, I know it's
5    05  natural in the course of normal human conversation
6    06  to have a -- for people to interrupt one another or
7    07  cut each other off.
8    08       I would ask that you try not to do that
9    09  today because it makes for a very messy record if
10   10  that's the case, and the court reporter will not be
11   11  able to follow what we're saying.
12   12       So to the extent that you can, try to
13   13  listen to the end of my question, even if you think
14   14  you know what the end is going to be, give your --
15   15  give your counsel a second to pause to perhaps
16   16  object to that question before you go on to answer.
17   17       It is very likely at some point today
18   18  that I am going to ask a question in a manner that
19   19  you won't understand. Please ask me to rephrase
20   20  that question and I will make it more clear, more
21   21  simple to the extent that I can.
22   22       If you want a question repeated, you can
23   23  ask the court reporter. The court reporter is
24   24  recording this in real time, so she will be able to
25   25  repeat a question immediately back to you that I
```

00013:01 just asked.
02     We could take a break at any time.  The
03 only thing I would ask is that we not break in the
04 middle of a question or while a line of questioning
05 is pending.
06     Under Delaware law, you are not permitted
07 to discuss the substance of your testimony today
08 with your counsel, even here today, while the dep is
09 pending.
10     So what I will do, is when you come back
11 out of a break, I will ask you to affirm that you
12 have not discussed your testimony today with your
13 counsel during the break.
14     Do you understand everything I have told
15 you so far?
16     A.  Yes.
17     Q.  Okay.  That's one other thing, too.
18     Try to give verbal responses.  Obviously
19 the court reporter can't record head nods and
20 shakes, and things of that nature.
21     Is there anything that would provide
22 you -- that would prevent you from providing
23 testimony today?
24     Are you on any medication or anything of
25 that sort?

00014:01     A.  No.
02     Q.  Okay.
03     One other kind of basic ground rule, at
04 some point today, it's very possible that I will not
05 define a time period for a question.
06     So if I ask you something about NAS'
07 business at some point during the day, if it's
08 unclear to you -- because we are going to be jumping
09 back and forth between Q3 fiscal year '01 and other
10 dates and times.
11     If it's unclear to you what time frame I
12 am talking about, please ask me to clarify.
13     Although you can assume for the purposes of the
14 deposition today, if it's okay, that if I talk about
15 the relevant time period or 2001, can we agree that
16 we are talking about the third quarter of Oracle's
17 fiscal year 2001?
18     A.  Yes.
19     Q.  Okay.
20     What is your full name for the record?
21     A.  Nicholas Harold Classick.
22     Q.  And what is your personal address?
23     A.  6342 North Lakepoint Place, Parker,
24 Colorado.
25     Q.  And your Social Security number?

00015:01     A.  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.
02     Q.  Okay.
03     One last instruction, actually, sir.
04     Do you understand that your deposition
05 today is really the same as testifying in open
06 court, and that this videotape will be used in a
07 court proceeding or could be used in a court
08 proceeding in Delaware or the State Court in
09 California, and that you are subject to the laws of
10 perjury, the same as if you would be testifying in
11 open court?
12     Do you understand that?
13     A.  Yes, I do.
14     MR. NADOLENCO:  Rob, before you go any
15 further, and especially since we have gotten his
16 Social Security number out there, we have been
17 stipulating that the transcript is marked
18 "confidential" pursuant to the Protective Order in
19 the California and the Delaware action, and I'd like
20 the same stipulation for this transcript.
21     MR. WEISER:  That's fine.
22     MS. LAVALLEE:  And all recent plaintiffs
23 reserve the right to have anything marked
24 confidential.
25     MR. NADOLENCO:  That's fine.

00016:01 BY MR. WEISER:
02     Q.  Sir, did you meet with your counsel in
03 preparation for today's deposition?
04     A.  I did.
05     Q.  Could you tell me when that meeting
06 actually occurred?
07     A.  Yesterday, from noon to 5:00.
08     Q.  From noon to 5:00.
09     Was that the only meeting that you had
10 with counsel?
11     A.  Yes.
12     Q.  Who actually was present at this meeting?
13     A.  Paul and Lauren.
14     Q.  Okay.
15     And for the record, what are their last
16 names?
17     A.  Paul Goldstein and Lauren Segal.
18     Q.  Okay.
19     Did they show you any documents at this
20 meeting yesterday?
21     A.  Yes.
22     Q.  Can you describe what they showed you?
23     A.  They showed me a copy of my notes.  I was
24 interviewed a couple years ago, so they showed me
25 the copies of those notes.

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00017:01        And then one, like a forecast report.
2   02    Q.  Okay.
3   03            Those notes that you are referring to.
4   04   the interview you referred to a moment ago, is that
5   05   when counsel for the Special Litigation Committee
6   06   that was formed in connection with this proceeding
7   07   interviewed you?
8   08            Are those the notes you are referring to?
9   09   A.  Yes.
10  10   Q.  Okay.
11  11            And they showed you a forecast document,
12  12   do you recall what it was?
13  13   A.  It was a document from -- dated January
14  14   15th, that was for general business.
15  15   Q.  Those were the only two items they showed
16  16   you at this meeting yesterday?
17  17   A.  There was a --
18  18            Well, they also showed me a copy of a
19  19   presentation John Nugent made.
20  20   Q.  Okay.
21  21   A.  It was in January also.
22  22   Q.  Okay.
23  23            Did you actually recall seeing these
24  24   documents when you were showed them yesterday?
25  25   A.  I did not recall seeing them.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00018:01       Q.  You did not recall any of these
2   02   documents.
3   03            Had you ever reviewed the complaint in
4   04   either the California state court action of the
5   05   Delaware action?
6   06   A.  I have not.
7   07   Q.  Okay.
8   08            Prior to the meeting yesterday, were you
9   09   aware of the nature of the derivative lawsuits?
10  10   A.  Somewhat, but not -- not any details at
11  11   all.
12  12   Q.  Okay.
13  13            Do you ever recall discussing the
14  14   derivative lawsuits with anyone other than your
15  15   counsel?
16  16   A.  No.
17  17   Q.  Okay.
18  18            One last thing.  One last instruction,
19  19   too.  See, I'm already screwing this up terribly
20  20   today.    '
21  21            I don't want you to speculate.  If I ask
22  22   you a question that forces you to guess about
23  23   something, do not answer that question, or tell me
24  24   that you would be forced to guess at that response.
25  25            There may be different points in time
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00019:01  where I ask you to opine about a hypothetical, but
2   02   that's not the same as asking you a direct question
3   03   that would -- that would cause you to have to guess.
4   04            Excuse me.
5   05            Mr. Classick, are you still employed by
6   06   Oracle Corporation?
7   07   A.  Yes.
8   08   Q.  What is your -- what is your title right
9   09   now at Oracle?
10  10   A.  I am an area vice-president of sales for
11  11   the west.
12  12   Q.  Okay.
13  13            Has Oracle's sales structure been altered
14  14   since 3Q01?
15  15   A.  Yes.
16  16   Q.  Can you -- can you describe to the extent
17  17   that the -- that the -- particularly the license
18  18   sales structure in the United States has been
19  19   changed, the organizational change?
20  20   A.  In third quarter of FY01, I managed -- I
21  21   had general business, we were -- our sales force was
22  22   structured by revenue size.  So my organization
23  23   called on accounts less than 500 million.  We had
24  24   both applications and technology.
25  25   Q.  Okay.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00020:01       A.  Over the next period of time from then
2   02   until today, there has been numerous reorganizations
3   03   and sales model changes.
4   04   Q.  Okay.
5   05            During 3Q01, you testified a moment ago
6   06   that you were in the general business unit.
7   07            Does that -- does that unit as such exist
8   08   to this day?
9   09   A.  It does not.
10  10   Q.  Okay.
11  11            During 3Q01, the U.S. license business
12  12   was organized in its three main groups, OPI, OSI,
13  13   and NAS.
14  14            Does that refresh your recollection?
15  15   A.  Yes.
16  16   Q.  About the general organizational
17  17   structure?
18  18   A.  Yes.
19  19   Q.  And general business was part of NAS;
20  20   correct?
21  21   A.  Yes.
22  22   Q.  And majors, so-called majors was also
23  23   part of NAS?
24  24   A.  Yes.
25  25   Q.  And during 3Q01, I believe you testified
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00021:01 a moment ago the general business sold to accounts |
| 2 | 02 where the -- I'm sorry, sir. |
| 3 | 03 Did you say the market cap was less than |
| 4 | 04 $500 million of the customers? |
| 5 | 05 A. No, their annual revenues. |
| 6 | 06 Q. Their annual revenues, I'm sorry. |
| 7 | 07 So majors sold to customers who had |
| 8 | 08 annual revenues in excess of $500 million? |
| 9 | 09 A. Yes. |
| 10 | 10 Q. Could you give me a sense, sir, of -- |
| 11 | 11 of -- one thing I have not been able to figure out, |
| 12 | 12 having been through many of these documents, is the |
| 13 | 13 breakout between majors and OPI. |
| 14 | 14 Could you give me some sense of why a |
| 15 | 15 customer would be an OPI customer and not a majors |
| 16 | 16 customer? |
| 17 | 17 A. I wasn't part of the planning when they |
| 18 | 18 selected -- OPI were selected named accounts. |
| 19 | 19 Q. "Selected named accounts"? |
| 20 | 20 A. But I do not know what the criteria was |
| 21 | 21 in selecting those accounts. |
| 22 | 22 Q. Okay. |
| 23 | 23 Well, I should have asked this first. |
| 24 | 24 Do you -- during 3Q01, do you know who |
| 25 | 25 OPI was selling to, who their customers were? |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00022:01 Can you give me an example? |
| 2 | 02 A. Cisco -- |
| 3 | 03 Q. Okay. |
| 4 | 04 A. -- was one of the OPI accounts. |
| 5 | 05 Q. Okay. |
| 6 | 06 A. Seagate. |
| 7 | 07 Q. Okay. |
| 8 | 08 And you don't have any recollection |
| 9 | 09 sitting here today why Seagate, for example, was not |
| 10 | 10 a customer for majors? |
| 11 | 11 A. I do not. |
| 12 | 12 Q. And you couldn't -- you couldn't |
| 13 | 13 intuitively, due to the nature of who majors was |
| 14 | 14 selling to and who OPI was selling to, you couldn't |
| 15 | 15 intuitively figure out why it was an OPI customer, |
| 16 | 16 sitting here right now? |
| 17 | 17 MR. NADOLENCO: Object to the form. |
| 18 | 18 THE WITNESS: I could not. |
| 19 | 19 BY MR. WEISER: |
| 20 | 20 Q. Okay. |
| 21 | 21 Okay. I believe you testified a few |
| 22 | 22 moments ago, sir, that the sales organization has |
| 23 | 23 been restructured several times since 3Q01. |
| 24 | 24 I don't want to make you go through all |
| 25 | 25 those iterations because I don't know how important |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00023:01 it is. |
| 2 | 02 But can you give me an overview sense of |
| 3 | 03 the sales structure, sitting here today? |
| 4 | 04 MR. NADOLENCO: Object to the form. |
| 5 | 05 MR. GOLDSTEIN: Join. |
| 6 | 06 THE WITNESS: You -- could you just |
| 7 | 07 clarify? |
| 8 | 08 BY MR. WEISER: |
| 9 | 09 Q. Sure. |
| 10 | 10 A. I mean, do you want to see -- do you want |
| 11 | 11 me to explain what the sales model is today? |
| 12 | 12 Q. Yeah, how about this, compare it like |
| 13 | 13 this: |
| 14 | 14 For fiscal year '01, the U.S. license |
| 15 | 15 business -- yeah, fiscal year '01, the U.S. license |
| 16 | 16 business was organized OPI, QSI, and NAS. They were |
| 17 | 17 the big three branches of the tree, if you will. |
| 18 | 18 And then there were subdivisions within |
| 19 | 19 those three main divisions. |
| 20 | 20 Is the sales structure similar to that, |
| 21 | 21 dissimilar? Can you compare today's sales structure |
| 22 | 22 with what I just described? |
| 23 | 23 MR. NADOLENCO: Object to the form. |
| 24 | 24 MR. GOLDSTEIN: Join. |
| 25 | 25 THE WITNESS: Today we have -- they |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00024:01 divide the business up to a technical sales force, |
| 2 | 02 that -- and an application sales force. And then we |
| 3 | 03 have strategic accounts which are 250 named accounts |
| 4 | 04 that would make up old NAS, that include the old OPI |
| 5 | 05 accounts, majors, and general business. |
| 6 | 06 BY MR. WEISER: |
| 7 | 07 Q. Okay. |
| 8 | 08 A. And then we still have a public sector as |
| 9 | 09 a stand-alone business unit. |
| 10 | 10 Q. Okay. |
| 11 | 11 But it's no longer referred to as "OSI"? |
| 12 | 12 A. Not that I -- not that I -- |
| 13 | 13 I couldn't say for sure. |
| 14 | 14 Q. Okay. |
| 15 | 15 And you said a moment ago, I believe, |
| 16 | 16 that there are some general business customers, some |
| 17 | 17 majors customers, and some OPI customers are in the |
| 18 | 18 strategic account area -- |
| 19 | 19 A. Yes. |
| 20 | 20 Q. -- is that correct? |
| 21 | 21 Okay. |
| 22 | 22 So you are vice-president of the west for |
| 23 | 23 what one of these divisions that you just described? |
| 24 | 24 A. Technology. |
| 25 | 25 Q. Technology. |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00025:01      Maybe this would be a good time to talk

2   02 about the distinction between technology sales and

3   03 apps sales.

4   04      Sir, when you say "technology sales,"

5   05 what exactly are you describing?  What type of

6   06 product are you describing?

7   07      A.  Oracle's database, our middleware product

8   08 which is called 9ias.  Those are the two main

9   09 products.

10  10      They have -- each of those products have

11  11 some options.

12  12      Q.  Okay.

13  13      A.  Those are -- that's the technology sales

14  14 that we sell.

15  15      Q.  Okay.

16  16      And what about apps?

17  17      A.  Applications there is financials, human

18  18 resource manufacturing.

19  19      Q.  So would that --

20  20      A.  There's a lot of different modules, a lot

21  21 more modules and products on the application side.

22  22      Q.  Okay.

23  23      Would CRM, would that be an apps product?

24  24      A.  Yes.

25  25      Q.  That would be an example of an apps

Oracle Related Cases                                              Page 25

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00026:01 product.

2   02      Can you think of the top three or four

3   03 most sold applications products?

4   04      A.  I'd have to -- I'd have to guess.

5   05      Q.  Okay.  All right.  I don't want you to

6   06 guess.

7   07      In 3Q01, how did Oracle try to determine

8   08 whether a sale was a tech sale or an app sale?

9   09      MR. NADOLENCO:  Object to form.

10  10      MR. GOLDSTEIN:  Join.

11  11      THE WITNESS:  When an order is placed,

12  12 you know what the product is, if it is technology or

13  13 application.

14  14 BY MR. WEISER:

15  15      Q.  Okay.

16  16      But at some point, sir, isn't -- isn't

17  17 the line as to what is a tech product and what is an

18  18 apps product somewhat blurry, or not really?

19  19      A.  Not for the --

20  20      NADOLENCO:  Object to the form.

21  21      (Reporter interruption.)

22  22      THE WITNESS:  Not for the sales force.

23  23 BY MR. WEISER:

24  24      Q.  Okay.

25  25      Would tools, would that fall under the

Oracle Related Cases                                              Page 26

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00027:01 technology category?

2   02      A.  Yes.

3   03      Q.  Okay.

4   04      Historically, prior to 3Q01, had the tech

5   05 business been bigger than the apps business?

6   06      A.  Yes.

7   07      Q.  Okay.

8   08      Can you give me a sense that, prior to

9   09 3Q01, as to how much bigger the tech business was

10  10 compared to the app business?

11  11      MR. GOLDSTEIN:  Object to the form.

12  12      MR. NADOLENCO:  Join.

13  13      THE WITNESS:  I can just speak for my

14  14 business unit, is all.

15  15 BY MR. WEISER:

16  16      Q.  How about that?

17  17      And when you say your "business unit,"

18  18 sir -- I didn't mean to interrupt you -- were you

19  19 specifically referring to the west or were you

20  20 referring to general business?

21  21      A.  Just the west.

22  22      Q.  Okay.  Okay.

23  23      A.  It was probably 75 percent technology, 25

24  24 percent applications.

25  25      Q.  Okay.

Oracle Related Cases                                              Page 27

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00028:01      Do you know if there was a sense at

2   02 Oracle, prior to 3Q01, that to grow Oracle's

3   03 business as a whole, applications had to account for

4   04 a greater share of the revenue growth?

5   05      MR. GOLDSTEIN:  Object to form.

6   06      MR. NADOLENCO:  Join.

7   07      THE WITNESS:  I am not -- I am aware of

8   08 that.

9   09 BY MR. WEISER:

10  10      Q.  Okay.

11  11      Did you -- say, at the beginning of 3Q01,

12  12 did you personally believe that to grow the west,

13  13 you had to do better in apps?

14  14      A.  No, I did not.

15  15      Q.  Okay.

16  16      Why is that, sir?

17  17      A.  We were having a great deal of success

18  18 selling the technology.

19  19      Q.  Okay.

20  20      Let's talk about -- let's talk about west

21  21 customers for a couple of minutes and the success

22  22 you had selling the technology.

23  23      First of all, the western region -- let

24  24 me step back.

25  25      During 3Q01, could you tell me again,

Oracle Related Cases                                              Page 28

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00029:01 sir, what was your title?

02    A.   I was an area vice-president for general

03 business --

04    Q.   Okay.

05    A.   -- for the west.

06    Q.   So you were primarily responsible for the

07 west?

08    A.   Yes.

09    Q.   But during a quarter would you have some

10 sense of how the other region -- how the other

11 regions were doing?

12         MR. GOLDSTEIN: Object to form.

13         MR. NADOLENCO: Join.

14         THE WITNESS: A little bit on the general

15 business side, not any of the others.

16 BY MR. WEISER:

17    Q.   Okay.

18         How long had you had that --

19         By 3Q01, how long had you actually had

20 that position at Oracle?

21    A.   Three or four years.

22    Q.   Okay.

23         Could you explain to me, sir, how the --

24 how the business at the west during that three- or

25 four-year period, how it -- how it kind of evolved;

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00030:01 if you will?                                    ---

02         MR. GOLDSTEIN: Object. Sorry.

03         MR. WEISER: That's okay.

04         MR. GOLDSTEIN: Are you finished?

05         MR. WEISER: I am.

06         MR. GOLDSTEIN: Object to form.

07         MR. NADOLENCO: Join.

08         MR. WEISER: That wasn't a very good

09 question.

10         Let me try this one.

11         (Reporter interruption.)

12 BY MR. WEISER:

13    Q.   How about this, sir:

14         So by fiscal year '01, you believe that

15 you may have had that particular job since, say,

16 1997, 1998 --

17    A.   Yes.

18    Q.   -- something in that ball park?

19    A.   Yes.

20    Q.   Could you give me a sense, sir, how --

21 how the business in the west developed from, say,

22 like, 1998 through 1999?

23         MR. GOLDSTEIN: Object to form.

24         THE WITNESS: We -- the west had

25 significant growth due to some emerging markets.

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00031:01 BY MR. WEISER:

02    Q.   Okay.

03         And when you say "emerging markets," sir,

04 are you talking about opportunities in the so-called

05 dot com area?

06    A.   Yes.

07    Q.   Okay.

08         Prior to 1999, how much of the west's

09 opportunity -- strike that.

10         Prior to 1999, can you estimate how much

11 of the west business was made of dot com companies?

12         MR. GOLDSTEIN: Object to form.

13         MR. NADOLENCO: Join.

14         THE WITNESS: I -- I don't remember.

15 BY MR. WEISER:

16    Q.   Okay.

17         What type of growth did the west actually

18 have between, say, 1998 and 1999?

19    A.   Over --

20         MR. GOLDSTEIN: Object to form.

21         MR. NADOLENCO: Join.

22         THE WITNESS: Over 100 percent.

23 BY MR. WEISER:

24    Q.   Over 100 percent growth?

25         MR. NADOLENCO: Rob, I apologize to

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00032:01 interrupt.

02         I want to save the court reporter some

03 work.

04         Can we just stipulate if --

05         MR. WEISER: Absolutely.

06         MR. NADOLENCO: -- when Oracle's counsel

07 objects that I automatically join, unless I say

08 otherwise?

09         MR. WEISER: That's right. When that got

10 too annoying I was going to mention it, but I'm --

11 I'm very focused on what it is I'm doing.

12         Thank you.

13    Q.   So there was over 100 percent growth

14 between 1998 and 1999.

15         A moment ago, I used -- I used the term

16 "dot com." And I suppose that means different

17 things to different people.

18         Can you tell me what that term means to

19 you?

20    A.   Yes.

21         We classify dot com as a company that

22 sold product or generated their revenues over the

23 internet.

24    Q.   Okay.

25         Was that true during fiscal year '01,

1   00033:01 too?

2   02   A.   Yes.

3   03   Q.   Okay.

4   04        So what percentage of that growth, sir,

5   05 derived from dot com customers, that 100 percent

6   06 growth you mentioned a few minutes ago?

7   07   A.   I'd have to estimate.

8   08   Q.   I can take a -- I can take a good faith

9   09 estimate.

10   10   A.   Probably 90 percent of it.

11   11   Q.   Okay.

12   12        How about from 1999 through 2000.  Did

13   13 the west experience same type of growth?

14   14   A.   We had growth.  It wasn't -- wasn't the

15   15 same rate.

16   16   Q.   Okay.

17   17        Could you -- could you give me a good

18   18 faith estimate as to what that growth was prevalent?

19   19   A.   Estimate, 40 to 50 percent.

20   20   Q.   Okay.

21   21        And like you said a moment ago, between

22   22 that -- for that 1998-1999 time period, with sales

23   23 to dot coms driving that 40 or 50 percent growth.

24   24        MR. GOLDSTEIN:  Object to form.

25   25        THE WITNESS:  I think we were off years.

1   00034:01 I think --

2   02 BY MR. WEISER:

3   03   Q.   Okay.

4   04   A.   -- '98, '99, we had bigger growth.

5   05   Q.   Right.

6   06   A.   And so I guess I'm --

7   07   Q.   Here's my question.

8   08        I believe you testified, sir, that in

9   09 that 1998 to 1999 time period when west enjoyed 100

10   10 percent growth, you approximated that perhaps 90

11   11 percent of that growth came from sales to dot com

12   12 companies.

13   13        I was just wondering for that next year,

14   14 that, say 1999 to 2000 time period, whether dot com

15   15 contributed 90 percent to the 50 percent growth.

16   16   A.   It probably -- probably ran the same.

17   17   Q.   Okay.

18   18   A.   I'm sorry.

19   19   Q.   I'm amazed you followed that, by the way,

20   20 but I'm glad you did.

21   21        Now west was one region within -- within

22   22 general business.

23   23        Did the other areas in general -- the

24   24 other regional areas in general business, did they

25   25 have the same or similar type growth patterns

1   00035:01 during, say, 1998 and 1999?

2   02   A.   No.

3   03   Q.   Do you have any sense of what -- what,

4   04 for example, the central's growth rate was for 1998

5   05 to 1999?

6   06   A.   Again, just it would be an estimate.

7   07   Q.   Okay.

8   08        Could you give me that estimate?

9   09   A.   Fifteen to twenty percent.

10   10   Q.   Okay.

11   11        Would the same be true of the other

12   12 regions for that time -- for that same time period?

13   13   A.   No.

14   14   Q.   Okay.

15   15   A.   The eastern region had some dot com

16   16 business that was headquartered out of New York

17   17 City.

18   18   Q.   Okay.

19   19   A.   So they probably would have had half the

20   20 growth we did, maybe 50 percent.

21   21   Q.   Okay.

22   22        And, I'm sorry, sir, there is the east,

23   23 the central, the west, and what was the other?

24   24   A.   Northeast.

25   25   Q.   The northeast.

1   00036:01        So when you said "the east" a moment ago,

2   02 you were referring to the east specifically, not the

3   03 north?

4   04   A.   Yes.

5   05   Q.   Okay.

6   06        What about the northeast growth during

7   07 that time period, would it have been more like the

8   08 central?

9   09   A.   A little bit higher than central because

10   10 there was some dot com business out of the Boston

11   11 area.

12   12   Q.   Okay.

13   13        And, sir, during this time period, did

14   14 you ever -- strike that.

15   15        During this 1998-'99 time period, did you

16   16 ever figure out to what extent west was driving GB

17   17 growth as a whole?

18   18   A.   I never sat down and figured it out.

19   19   Q.   Okay.

20   20        Well, let me try to lay a foundation a

21   21 little bit.

22   22        During that same time period, 1998-'99, I

23   23 take it with all these regions doing well, and your

24   24 region in particular doing well, that GB as a whole

25   25 was doing very well.

1  00037:01    Was that -- was that true?

2  02    A.  Yes.

3  03         MR. GOLDSTEIN: Objection to form.

4  04 BY MR. WEISER:

5  05    Q.  Do you have any sense of what general

6  06 business' growth rate was during that '98-'99 time

7  07 period?

8  08    A.  Again, speculation, 30 to 35 percent.

9  09    Q.  Okay.

10 10         And, sir, do you have any sense of how

11 11 general business' growth was impacting NAS as a

12 12 whole?

13 13    A.  I do not.

14 14    Q.  Okay.

15 15         Would you say the NAS business was doing

16 16 well during the 1998-'99 time period?

17 17         MR. GOLDSTEIN: Object to form.

18 18         THE WITNESS: I -- again, I assumed it

19 19 was.

20 20         I don't know.

21 21 BY MR. WEISER:

22 22    Q.  Well -- okay.

23 23    A.  I'm sorry.

24 24         I just didn't see all the NAS -- I mean,

25 25 I just saw general business.

---

1  00038:01    Q.  Okay.

2  02         Okay. So would it be fair to say that

3  03 you weren't really -- you weren't really tracking

4  04 NAS as a whole during this 1999 time frame?

5  05    A.  That's true.

6  06    Q.  Would that -- would that also be true for

7  07 2000?

8  08    A.  Yes.

9  09    Q.  And 2001?

10 10    A.  Yes.

11 11    Q.  Okay.

12 12         Okay. I think what started -- I think

13 13 what started this soliloquy was tech sales.

14 14         Were most of the dot com customers of the

15 15 west, were they most interested in technology

16 16 products --

17 17    A.  Yes.

18 18    Q.  -- as opposed to apps?

19 19    A.  Yes.

20 20    Q.  Can you -- can you tell me when that

21 21 was -- or excuse me, can you tell me why that was?

22 22         MR. GOLDSTEIN: Object to form.

23 23         THE WITNESS: They were -- they were

24 24 building their infrastructure to take products and

25 25 services out to the market, and it was the Oracle

---

1  00039:01 technology or database that was the back end on

2  02 that.

3  03 BY MR. WEISER:

4  04    Q.  Okay.

5  05         So would it be fair to say that tech

6  06 products are building blocks for new companies?

7  07         MR. NADOLENCO: Object to form.

8  08         THE WITNESS: Or the pipeline, yes, the

9  09 plumbing of it.

10 10 BY MR. WEISER:

11 11    Q.  The plumbing. Okay.

12 12         Sir, when we were talking just a moment

13 13 ago about 1998-'99, were you -- were you talking

14 14 about calendar year or fiscal year?

15 15         I should have -- I should have been more

16 16 clear about that to begin with.

17 17    A.  Fiscal year.

18 18    Q.  Fiscal year.

19 19         Okay. Sir, in fiscal year 2000, can you

20 20 give me a sense of how west business was growing?

21 21         MR. GOLDSTEIN: Object to form.

22 22         THE WITNESS: It was still growing, but

23 23 not at the rate it had previously.

24 24 BY MR. WEISER:

25 25    Q.  Okay.

---

1  00040:01    Sir, are you familiar with the term

2  02 "backfilling"?

3  03    A.  Yes.

4  04    Q.  Could you explain to the court and the

5  05 jury what "backfilling" means?

6  06    A.  I can give you my -- my interpretation of

7  07 it.

8  08    Q.  Sure.

9  09    A.  It's when you have a particular deal or

10 10 line item forecasted, and if that transaction does

11 11 not occur within your forecast period, can you

12 12 replace it or can you backfill that deal, that

13 13 dollar amount, with a different deal.

14 14    Q.  Okay.

15 15         And you -- sir, a moment ago you talked

16 16 about a forecast period.

17 17         Typically, how long a period is a

18 18 forecast period?

19 19         MR. GOLDSTEIN: Object to form.

20 20         THE WITNESS: Quarterly.

21 21 BY MR. WEISER:

22 22    Q.  Quarter.

23 23         I think you said a moment ago that --

24 24 that you gave me your understanding of what the term

25 25 "backfilling" means.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00041:01      If I use that term with somebody else and
2    02  say "NAS," would they understand what I meant by
3    03  that?
4    04      MR. GOLDSTEIN:  Object to form.
5    05      THE WITNESS:  Potentially.
6    06  BY MR. WEISER:
7    07   Q.  I mean, was that a term of art used at
8    08  Oracle, a common term in the business at Oracle?
9    09   A.  Not within Oracle, but I would say with
10   10  all -- within sales.
11   11   Q.  Within sales.  Okay.
12   12      So, sir, would it be -- would it be fair
13   13  to say that it was more difficult to backfill an
14   14  order during fiscal year 2000, than it was fiscal
15   15  year '99?
16   16      MR. GOLDSTEIN:  Object to form.
17   17      THE WITNESS:  Yes.
18   18  BY MR. WEISER:
19   19   Q.  Okay.
20   20      Could you -- could you quantify that
21   21  difficulty in any way?
22   22      MR. GOLDSTEIN:  Object to form.
23   23  BY MR. WEISER:
24   24   Q.  For example, in fiscal year 2000, were
25   25  there fewer deals in the pipeline than there were
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00042:01  during fiscal year '99?
2    02      MR. GOLDSTEIN:  Object to form.
3    03      THE WITNESS:  As best I can remember,
4    04  yes.
5    05  BY MR. WEISER:
6    06   Q.  Okay.  Okay.  Okay.
7    07      During the third quarter of fiscal year
8    08  2001, sir, who did you directly report to in general
9    09  business?
10   10   A.  John Nugent.
11   11   Q.  Okay.
12   12      Do you know who Mr. Nugent reported to?
13   13   A.  He reported to George Roberts.
14   14   Q.  Okay.
15   15      Is your office physically located in
16   16  Denver, Colorado?
17   17   A.  Suburb.  Englewood, Colorado.
18   18   Q.  Englewood, Colorado.
19   19      Was Mr. Nugent actually at Oracle's
20   20  headquarters?
21   21   A.  No.
22   22   Q.  Where was Mr. Nugent physically located?
23   23   A.  A suburb of Boston.  Waltham I believe is
24   24  how you pronounce it.
25   25   Q.  Okay.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00043:01      Was Mr. Roberts actually physically
2    02  located at Oracle's headquarters?
3    03   A.  He had an office there.
4    04      He lived in Milwaukee.  He just was on
5    05  the road or at corporate, yes.
6    06   Q.  Okay.  Okay.
7    07      So typically, how often would you --
8    08  would you see Mr. Nugent in person?
9    09      MR. GOLDSTEIN:  Object to form.
10   10      You might want to clarify the time frame.
11   11      MR. WEISER:  Sure.
12   12   Q.  How about during fiscal year 2000, how
13   13  often would you -- how often would you personally
14   14  meet with Mr. Nugent?
15   15   A.  One to two times per quarter.
16   16   Q.  How about Mr. Roberts, same time frame?
17   17   A.  Probably two to three times per year.
18   18   Q.  Okay.  Okay.
19   19      Who directly reported to you in the west
20   20  at the beginning of 3Q01?
21   21   A.  I'll give you the names who I think they
22   22  were.
23   23      Alec Hogg was in Southern California.
24   24   Q.  Okay.
25   25   A.  H-o-g-g.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00044:01      Kevin Kern was in San Francisco.
2    02      Mark Fazio was in the northwest.
3    03      Leslie Ponzini, Denver.
4    04      And then Mike Arntz, also in Seattle.
5    05   Q.  Was Scott Miller employed at the west,
6    06  say, at the beginning of 3Q01?
7    07   A.  The dates are -- Borey [phonetic] Scott
8    08  at one point was my -- it was either Scott Miller or
9    09  Mike Arntz.  I can't remember the dates that they had
10   10  switched.
11   11   Q.  Okay.
12   12   A.  Scott left the company and Mike took his
13   13  job.
14   14   Q.  Okay.
15   15      Do you know why Scott left the company,
16   16  Mr. Miller left the company?
17   17   A.  I do.
18   18   Q.  Can you -- can you share that information
19   19  with the court?
20   20   A.  I -- I don't think I can.
21   21      I mean, it's -- it was --
22   22      There were some violations.  Human
23   23  resource violations.  He was asked to leave.
24   24   Q.  He was asked to leave.  Okay.
25   25      Sir, this transcript is a confidential
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
 1   00045:01  document --
 2   02   A.   Right.
 3   03   Q.   -- that's going to be filed under seal.
 4   04   A.   Okay. I just don't -- you know.
 5   05        MR. WEISER:  Actually, why don't we go
 6   06   off the record for a second.
 7   07        THE VIDEOGRAPHER:  The time is
 8   08   We are off the record.
 9   09   (Off the record.)
10   10        THE VIDEOGRAPHER:  The time is
11   11   We are on the record.
12   12   BY MR. WEISER:
13   13   Q.   We're back on the record now.
14   14   A.   Okay.
15   15   Q.   So all told, sir, at the beginning of
16   16   3Q01, you had approximately seven or eight people
17   17   directly reporting to you?
18   18        Is that --
19   19   A.   Yeah.
20   20        Seven, not counting the admins, yeah.
21   21   Q.   Seven, okay.
22   22        And, sir, could you give me some sense
23   23   of -- now, this is during 3Q01.
24   24        Could you give me some sense of how often
25   25   you would communicate with your direct reports?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
 1   00046:01  A.   My direct reports almost daily.  You
 2   02   know, it very rarely would be two days that we
 3   03   wouldn't talk.
 4   04   Q.   Okay.
 5   05        Would there -- would there ever be --
 6   06   now, this is during 3Q01.
 7   07        Would there ever be a situation where the
 8   08   entire sales force would have -- like, all of your
 9   09   direct reports, that is -- would have a conference
10   10   call or something of that nature?
11   11   A.   Usually once a quarter I'd have a
12   12   one-hour conference call with the managers.
13   13   Q.   With the whole team?
14   14   A.   Just the managers.
15   15   Q.   Okay.
16   16   A.   Not the individual contributors.
17   17   Q.   Okay.
18   18        Okay.  In this -- in this pattern of
19   19   having daily or nearly daily calls with people who
20   20   directly reported to you, the same would be true
21   21   for, say, fiscal year 2000?
22   22   A.   Yes.
23   23   Q.   Okay.
24   24        THE VIDEOGRAPHER:  Excuse me, Counsel.
25   25   Could you turn your mic so that it's not inside your
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
 1   00047:01  shirt.
 2   02   BY MR. WEISER:
 3   03   Q.   I wanted to get some sense, sir, as to --
 4   04   as to what were the contents of these daily calls
 5   05   like?
 6   06        Like, for example, how long would one of
 7   07   these daily calls typically last?
 8   08        MR. GOLDSTEIN:  Object to form.
 9   09        THE WITNESS:  A call would last anywhere
10   10   from 5 to 20 minutes.
11   11   BY MR. WEISER:
12   12   Q.   Okay.
13   13        Would they typically give you information
14   14   about specific deals that they -- that they were
15   15   working on?
16   16        MR. GOLDSTEIN:  Object to form.
17   17        THE WITNESS:  We -- not in the daily
18   18   calls.
19   19        It may be an update on one transaction.
20   20   BY MR. WEISER:
21   21   Q.   Okay.
22   22   A.   But there was a lot of other things in
23   23   running the business that we discussed.
24   24   Q.   Could you give me a sense of what some of
25   25   those things were?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
 1   00048:01  A.   Personnel issues.
 2   02   Q.   Okay.
 3   03   A.   Hiring.
 4   04        Staffing.
 5   05        Relationships with sales consultants.
 6   06   Q.   Okay.
 7   07        Were you also communicating -- this is
 8   08   during 3Q01.
 9   09        Were you also communicating with your
10   10   direct reports through email?
11   11   A.   Yes.
12   12   Q.   And it -- how often would you receive
13   13   emails from your direct reports?
14   14   A.   Several daily.
15   15   Q.   Several daily.
16   16        Now, would these emails have more
17   17   information about specific deals they were working
18   18   on as opposed to the -- as opposed to the daily
19   19   calls?
20   20   A.   Potentially.
21   21        Approvals had to come from the field up
22   22   through me.
23   23   Q.   Okay.
24   24   A.   Approvals.
25   25        So if they were requesting any type of
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00049:01 discount or concession --

02   Q.  Okay.

03   A.  -- the -- my direct reports would send it

04 to myself.

05   Q.  Okay.

06       I wanted to talk about discounting a

07 little bit.

08       During 3Q01, what was your -- what was

09 your maximum authority to discount a certain

10 product?

11   A.  I personally could not discount any.

12   Q.  You couldn't discount anything?

13   A.  True.

14   Q.  Okay.

15       So if one of your managers sent you an

16 email, for example, about a discount, you would then

17 forward that request on to some third party?

18   A.  Yes.

19   Q.  Who was that third party?

20   A.  John Nugent.

21   Q.  Okay.

22       And that was during 3Q01?

23   A.  Yes.

24   Q.  Also during fiscal year 2000?

25   A.  Yes.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00050:01   Q.  Okay.

02       Do you know what Mr. Nugent's authority

03 was with respect to discounting?

04   A.  Yes.

05   Q.  Could you explain -- tell the court what

06 that is?

07   A.  Fifty percent.

08   Q.  Fifty percent.

09       Now, if a customer wanted to get -- let

10 me strike that.

11       If a manager wanted to offer a customer a

12 greater discount than 50 percent, would -- would

13 they have to then go to Mr. Roberts?

14   A.  The same chain was followed.

15   Q.  From the manager, to you, to Mr. Nugent,

16 then to Mr. Roberts?

17   A.  Yes.

18   Q.  And what was Mr. Roberts' maximum

19 authority, if you recall?

20   A.  I believe it was 80 percent.

21   Q.  Okay.

22       What if a customer wanted a discount that

23 was greater than 80 percent?

24   A.  It would go to, I assume, H -- HQ

25 approvals.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00051:01       And that was probably Larry Ellison.

02   Q.  Okay.

03       During fiscal year 2000, was the west

04 typically offering customers 50 percent discounts?

05       MR. GOLDSTEIN: Objection to form.

06       THE WITNESS: Wide variety of discounts.

07 I mean, you know, there was no standard.

08 BY MR. WEISER:

09   Q.  Okay.  How about this:

10       Were west customers typically put -- let

11 me rephrase.

12       Did the west ever sell any product at the

13 full list price?

14   A.  If we did, it might have been through our

15 telesales -- we sold product on standard discounts,

16 so there are published standard discounts, depending

17 on the size of the transaction.

18       So we did sell transactions with

19 published discounts.

20   Q.  Okay.

21       I'm laughing, sir, because it sounds like

22 a term like jumbo shrimp in a way.  It always struck

23 me as funny, you know, when did the dis- --

24       You know, if you are never really selling

25 anything at the list price, then is the discount

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00052:01 really a discount, I guess.

02       MR. GOLDSTEIN: Object to form.

03       Did you want him to answer that?

04 BY MR. WEISER:

05   Q.  How about this:

06       If a customer was going to make a larger

07 purchase, would it be more likely that they would

08 get a larger discount?

09       MR. GOLDSTEIN: Object to form.

10       THE WITNESS: True.

11 BY MR. WEISER:

12   Q.  That was typical.

13       How about this, let's try to modify this

14 some way:

15       In -- during fiscal 2000, fiscal year

16 2000, how many -- how many deals did the west close?

17 Can you even give me a ball park estimate?

18   A.  It would have to be a very, very rough

19 guess.

20       Seven- to eight hundred.

21   Q.  Okay.  So let's just call it -- we'll

22 make this a hypothetical, then.

23       So let's say the hypothetical number is

24 800.

25   A.  Okay.

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00053:01    Q.   Would it be fair to say that more than
2    02 half of those 800 got some discount on the product?
3    03          MR. GOLDSTEIN:  Object to form.
4    04          THE WITNESS:  More than half received
5    05 more than a nonstandard discount.
6    06 BY MR. WEISER:
7    07     Q.   Okay.  All right.  Well, then let's go
8    08 back a second.
9    09          Could you give me a sense of what a
10   10 nonstandard dis- -- or, excuse me, what a standard
11   11 discount was during fiscal year 2000?
12   12     A.   Again, to the best I can remember, the
13   13 transaction up to $200,000 list would get a 10 to 15
14   14 percent discount.
15   15     Q.   Okay.
16   16          And you would -- at that time, you would
17   17 have called that a standard discount?
18   18     A.   Yes.
19   19     Q.   Okay.
20   20          So I asked that question with respect to
21   21 fiscal year 2000.
22   22          What about -- what about 2001, did that
23   23 standard discount, did that change, did it get
24   24 higher, did it get lower?
25   25     A.   Discounts remained pretty consistent year
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00054:01 to year.
2    02     Q.   Okay.
3    03          So off the -- to the best of your
4    04 recollection, sir, certainly if there were -- if
5    05 there were a change in discounts, you would not have
6    06 regarded it as material?
7    07          MR. GOLDSTEIN:  Objection to form.
8    08          THE WITNESS:  True --
9    09          MR. WEISER:  Okay.
10   10          THE WITNESS:  Well, potentially, I
11   11 mean . . .
12   12 BY MR. WEISER:
13   13     Q.   Well, I think you said -- I think you
14   14 testified a moment ago that the standard discount
15   15 really didn't change much from, say, fiscal year --
16   16 fiscal year 2000 to fiscal year 2001.
17   17          Is that --
18   18     A.   That's true.
19   19     Q.   -- correct?
20   20          Let's talk about the nonstandard
21   21 discounts, then.
22   22          Did those -- did those discounts change
23   23 between 2000 and 2001?
24   24          MR. GOLDSTEIN:  Object to form.
25   25          THE WITNESS:  Discounts were very similar
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00055:01 year to year.
2    02 BY MR. WEISER:
3    03     Q.   Okay.  Okay.
4    04          So would it be fair to say working off
5    05 this 800 closed deal hypothetical, that at least 75
6    06 percent of the west customers received either the
7    07 standard discount or something greater than that?
8    08     A.   Yes.
9    09     Q.   Okay.  Okay.
10   10          Do you recall, sir, if the published -- I
11   11 think you referred to a published discount a few
12   12 minutes ago.
13   13          Do you know if the published discounts
14   14 changed between 2000 -- fiscal year 2000 and fiscal
15   15 year 2001?
16   16     A.   I don't remember.
17   17     Q.   Okay.
18   18          Sir, during the time when you -- when
19   19 you -- when you worked in the west -- strike that.
20   20          During fiscal year 2000, are you aware of
21   21 any sales where there was a greater than 90 percent
22   22 discount?
23   23     A.   I was not aware of any.
24   24     Q.   Okay.
25   25          Would you say a greater -- greater than
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00056:01 90 percent discount would have been atypical?
2    02     A.   Very.
3    03     Q.   Okay.
4    04          What about fiscal year 2001, were you
5    05 aware of any sales in the west where there was a
6    06 greater than 90 percent discount?
7    07     A.   No.
8    08     Q.   And once again, you would consider
9    09 something like that atypical.
10   10          Is that correct?
11   11     A.   Again, very.
12   12     Q.   Very atypical.
13   13          Okay.
14   14          Sir, is there any distinction between a
15   15 published discount and a standard discount, as you
16   16 were using those terms?
17   17     A.   I would consider them the same.
18   18     Q.   You would consider them the same.
19   19          Okay.
20   20          Now, I believe you testified, sir, that
21   21 you would forward a request on for something like a
22   22 discount on to Mr. Nugent, based on perhaps an email
23   23 or phone call that you had with one of your
24   24 managers.
25   25          Is that correct, sir?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00057:01   A.  It would be in email form.
2      02      Q.  It would be in email form.
3      03      A.  Yes.
4      04      Q.  Is that because it had to be -- it had to
5   05 be kind of a formal request, if you will --
6      06      A.  Yes.
7      07      Q.  -- memorialized in an email?
8      08      A.  Yes.
9      09      Q.  Okay.
10     10          Now, would you actually -- would you
11  11 actually just literally forward the request, or
12  12 would you -- would you actually advocate a position
13  13 with respect to a manager's request for a discount?
14     14      A.  I would add comments or summary.
15     15          It was a form that was filled out.
16     16      Q.  Okay.
17     17      A.  And I would review that form, and then
18  18 I'd add my summary paragraph and then forward it for
19  19 approval.
20     20      Q.  Okay.
21     21          Do you think Mr. Nugent, did he typically
22  22 follow your advice, be it yea or nay, on the
23  23 discounts?
24     24      A.  Yes.
25     25      Q.  He did typically follow your advice?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00058:01   A.  Yes, he did, typically.
2      02      Q.  Okay.
3      03          How often, sir, would -- would a request
4   04 get bucked up to Mr. Roberts' level out of the west,
5   05 to the best of your recollection?
6      06      A.  Maybe 1 out of every 20.
7      07      Q.  Okay.
8      08          Do you recall any specific instances in
9   09 fiscal year -- 3Q fiscal year '01 where a request
10  10 went up to Mr. Roberts' level?
11     11      A.  I just don't remember the individual
12  12 deals during that quarter.
13     13      Q.  Okay.
14     14          Okay.  Okay.  Sir, if a request for
15  15 discount was -- was approved, would you then forward
16  16 an email back to the manager?
17     17      A.  John Nugent would.
18     18      Q.  Or John Nugent would directly?
19     19      A.  Yes.
20     20      Q.  Okay.
21     21          Did the frequency at which people were
22  22 seeking -- customers were seeking discounts, did
23  23 that change between fiscal year 2000 and fiscal year
24  24 2001?
25     25          MR. GOLDSTEIN:  Object to form.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00059:01       THE WITNESS:  No.
2      02   BY MR. WEISER:
3      03      Q.  How about the frequency of situations
4   04 where requests got bucked up to Mr. Roberts level,
5   05 did that change between fiscal year 2000 and fiscal
6   06 year 2001?
7      07      A.  No.
8      08      Q.  Okay.
9      09          How often, sir -- strike that.
10     10          In fiscal year 2000, how often would you
11  11 actually get on the phone or get involved with
12  12 respect to pitching a deal or closing a deal for a
13  13 given customer?
14     14      A.  Again, I'd have to estimate.  But I
15  15 probably talked to five customers a week.
16     16      Q.  Okay.
17     17          And I understand this is a little bit
18  18 general, but can you give me a sense of what your
19  19 role was with respect to dealing with the customer?
20     20      A.  Sometimes they just wanted to meet
21  21 somebody other than a local manager.
22     22          Sometimes they would like to meet
23  23 somebody who was in charge of both applications and
24  24 technology sales.
25     25          And last is they felt like they wanted to
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00060:01  do the final negotiations.
2      02          So that was probably the top three.
3      03      Q.  Okay.
4      04          Would you actually get involved in kind
5   05 of the nuts and bolts of negotiations, or would you
6   06 kind of more, like, sign off on what the regional
7   07 manager had negotiated?
8      08          MR. GOLDSTEIN:  Object to form.
9      09          THE WITNESS:  Every quarter I'd have a
10  10 handful of deals that I'd be very hands on.
11  11   BY MR. WEISER:
12     12      Q.  Okay.
13     13          But I believe you testified during fiscal
14  14 year 2000, for example, you may have been talking
15  15 to, say, five customers a week.
16     16          Is that your testimony, sir?
17     17      A.  Yes.
18     18      Q.  During Q301, would you say that the
19  19 frequency with which you were just talking to
20  20 customers increased or decreased?
21     21      A.  It was the same level.
22     22      Q.  It was about the same level?
23     23      A.  Yes.
24     24      Q.  Okay.
25     25          Sir, during 3Q01, did your direct reports
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00061:01  have a weekly sales conference?
2    02         MR. NADOLENCO: Object to form.
3    03         THE WITNESS: I -- I don't know what --
4    04         I really can't answer what each of my
5    05    managers did on a weekly basis.
6    06    BY MR. WEISER:
7    07    Q.   No, I was actually asking if you
8    08    participated in a -- in a weekly sales call during
9    09    3Q01 with your -- with your sales managers?
10   10    A.   Not weekly.
11   11    Q.   Okay.
12   12         During Q301, how often would you -- well,
13   13    let me strike that.
14   14         Did you ever have the type of calls that
15   15    I'm describing?
16   16    A.   I'm not real clear what type of call you
17   17    are describing.
18   18    Q.   Okay.
19   19         Some type of -- some type of weekly call
20   20    where all the sales guys were on the phone with you
21   21    in the west?
22   22    A.   There were -- there -- I had no calls
23   23    with the entire sales force.
24   24    Q.   Okay.
25   25         Okay. Now, was there -- was there a
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00062:01  weekly Thursday sales call that you participated in
2    02    during 3Q01?
3    03    A.   Not weekly.
4    04    Q.   It wasn't weekly. Okay.
5    05         How often -- do you actually know the
6    06    call that I am referring to, the type of call that
7    07    I'm referring to?
8    08         MR. NADOLENCO: Object to form.
9    09         MR. WEISER: Okay.
10   10         MR. NADOLENCO: Apparently not.
11   11         MR. WEISER: Okay.
12   12         THE WITNESS: We -- we would have -- the
13   13    first two months of the quarter we would have a call
14   14    every two weeks. I'd have a one-on-one call with
15   15    each of my regional managers to review the forecast.
16   16         And then -- that was on Thursdays and
17   17    Fridays.
18   18         And then on Mondays, I would have a call
19   19    with John Nugent.
20   20         That was the first two months of every
21   21    quarter.
22   22    BY MR. WEISER:
23   23    Q.   Okay.
24   24    A.   The last month of the quarter then it
25   25    would be weekly.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00063:01  Q.   It would be what, sir?
2    02    I'm sorry?
3    03    A.   It would be weekly.
4    04    Q.   Okay.
5    05         And other than these Monday calls, how
6    06    often were you communicating with John Nugent during
7    07    3Q01?
8    08    A.   Maybe one other time during the week.
9    09    Q.   Would that usually be a phone call or an
10   10    email, or sometimes both?
11   11    A.   Usually both.
12   12    Q.   Okay.
13   13         And during 3Q01, how often were you
14   14    communicating with Mr. Roberts?
15   15    A.   General business the last two weeks of
16   16    the quarter, we would have a call with George.
17   17    A very, very brief call. It lasted 20
18   18    minutes for all the general business.
19   19    Q.   Okay.
20   20         And by "George," you mean George Roberts?
21   21    A.   Yes, I'm sorry.
22   22    George Roberts.
23   23    Q.   That's okay.
24   24    So you never spoke to Mr. Roberts, say,
25   25    during December calendar year 2000?
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00064:01  A.   I don't remember.
2    02    Q.   How about January calendar year 2001?
3    03    A.   Not that I remember.
4    04    Q.   Okay.
5    05         Sir, do you happen to recall what doc --
6    06    Oracle's document destruction or retention policy
7    07    was during 3Q01?
8    08    A.   I don't know.
9    09    Q.   Okay.
10   10         Do you remember when you -- when you
11   11    first heard about these derivative lawsuits?
12   12    A.   I don't remember.
13   13    Q.   You don't remember.
14   14    Do you ever recall receiving any
15   15    communication regarding the retention of documents
16   16    from fiscal year '01?
17   17    A.   I remember receiving something, but I
18   18    couldn't tell you when or what exactly it said.
19   19    Q.   You couldn't tell me who it was from?
20   20    A.   I can't remember.
21   21    Q.   Okay.
22   22         THE VIDEOGRAPHER: The time is 10:32.
23   23    We are off the record.
24   24    (Off the record.)
25   25         THE VIDEOGRAPHER: The time is
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00065:01    We are on the record.
2    02 BY MR. WEISER:
3    03    Q.    We are back on the record, Mr. Classick.
4    04    Did you actually -- when we were on the
5    05 break just now, did you actually discuss your
6    06 testimony here today with any of your counsel?
7    07    A.    I did not.
8    08    Q.    Okay.
9    09    During 3Q01, Mr. Classick, did you ever
10   10 speak to Jennifer Minton?
11   11    A.    I did not.
12   12    Q.    Did you ever speak to Lawrence Ellison?
13   13    A.    No.
14   14    Q.    Did you ever speak to Jeff Henley?
15   15    A.    No.
16   16    Q.    Did you ever speak to Safra Catz during
17   17 3Q01?
18   18    A.    No.
19   19    (Reporter interruption.)
20   20 BY MR. WEISER:
21   21    Q.    Mr. Classick, did you ever attend an EMC
22   22 meeting during 3Q01?
23   23    A.    No.
24   24    Q.    Do you know what an "EMC" meeting is?
25   25    A.    I believe I do.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00066:01    Q.    Can you give me your understanding of
2    02 what that is?
3    03    A.    I believe there is an executive
4    04 management committee that meets on a somewhat
5    05 regular basis.
6    06    Q.    But you never attended any of those
7    07 meetings?
8    08    A.    I did not.
9    09    Q.    Do you know if Mr. Roberts, would he
10   10 attend the EMC meetings?
11   11    A.    I assume.
12   12    I mean, I don't know.
13   13    Q.    Do you know if Mr. Nugent attended the
14   14 EMC meetings during 3Q01?
15   15    A.    I don't think he did.  I'd have to
16   16 speculate.
17   17    Q.    Did Mr. Nugent ever -- ever ask you to
18   18 prepare him anything for an EMC meeting?
19   19    A.    No.
20   20    Q.    Okay.
21   21    Sir, within general business, was there
22   22 ever any daily or weekly report that tracked how the
23   23 dot com business was performing?
24   24    A.    Not that I saw.
25   25    Q.    Okay.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00067:01    So the -- so certainly the west never had
2    02 its own dot com tracking report of some type or
3    03 kind?
4    04    MR. GOLDSTEIN:  Object to form.
5    05    THE WITNESS:  We did not.
6    06 BY MR. WEISER:
7    07    Q.    You did not.
8    08    So by fiscal year 2000, were most of the
9    09 west sales coming from so-called dot com companies.
10   10    MR. GOLDSTEIN:  Object to the form?
11   11    THE WITNESS:  We had a high percent of
12   12 our business.
13   13    I don't know -- I don't remember if it
14   14 was most, you know.
15   15 BY MR. WEISER:
16   16    Q.    A majority greater than 50 percent?
17   17    MR. GOLDSTEIN:  Same objection.
18   18    THE WITNESS:  Speculation, yes.
19   19 BY MR. WEISER:
20   20    Q.    Is that really a speculation or is it an
21   21 educated estimate?
22   22    A.    I guess I don't know what the difference
23   23 is.
24   24    Q.    Speculation I would consider a wild guess
25   25 as opposed to an educated guess.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00068:01    A.    Educated guess, I would say, yes.
2    02    Q.    Okay.
3    03    Due to the -- due to the nature of --
4    04 I'll strike that.
5    05    Were most of dot com businesses that the
6    06 west was dealing with during fiscal year 2000, were
7    07 most of those businesses start-up businesses?
8    08    MR. GOLDSTEIN:  Object to form.
9    09    THE WITNESS:  Most of the companies were,
10   10 yes, start-ups.
11   11 BY MR. WEISER:
12   12    Q.    And I believe you testified earlier today
13   13 that -- that technology products were really the
14   14 plumbing, if you will, the backbone of a new company
15   15 that was going to sell goods or services over the
16   16 internet.
17   17    Is that correct?
18   18    A.    Yes.
19   19    Q.    Generally speaking, were apps products
20   20 more or less expensive than tech products?
21   21    MR. GOLDSTEIN:  Object to form.
22   22    THE WITNESS:  I don't know how to answer
23   23 that.
24   24 BY MR. WEISER:
25   25    Q.    Okay.

**Page 69**

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00069:01  Were -- was there a greater margin in
02  apps than technology?
03  MR. GOLDSTEIN: Object to form.
04  THE WITNESS: I don't know. I was not
05  paid margins, never saw margins.
06  (Reporter interruption.)
07  THE WITNESS: I was not paid or measured
08  on margin. I don't know.
09  BY MR. WEISER:
10  Q. You were not paid or measured on margin;
11  is that what you said, sir?
12  A. Yes.
13  Q. So in other words, your own focus was
14  to -- was to bring in the highest revenue kind of
15  without regard to margin?
16  A. True.
17  Q. Was that true of the other --
18  (Reporter interruption.)
19  BY MR. WEISER:
20  Q. Was that true of the other regional
21  managers as well --
22  MR. GOLDSTEIN: Object to form.
23  BY MR. WEISER:
24  Q. -- their focus was really on growing
25  revenues and not on expanding margin?

**Page 70**

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00070:01  MR. GOLDSTEIN: Object to form.
02  THE WITNESS: Yes.
03  Could I have a point of clarification
04  here?
05  BY MR. WEISER:
06  Q. Sure.
07  A. The people that worked for me were
08  regions, those are the regions.
09  We were an area. So my peer -- I just
10  want to clarify that.
11  Q. No, no, I appreciate that. And I'm sure
12  my --
13  A. So my peers were areas, so I'd be the
14  east, northeast.
15  The regions were -- reported to the
16  areas.
17  Q. Thank you. I appreciate that, actually.
18  A. Okay.
19  Q. I'm sure I'm going to screw that up
20  again, so feel free to correct me again.
21  Okay. So during 3Q01, would it be fair
22  to say that an area manager was not really focused
23  on margin, it was more of a revenue focus?
24  MR. GOLDSTEIN: Objection to form.
25  THE WITNESS: Yes.

**Page 71**

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00071:01  BY MR. WEISER:
02  Q. Now, would that also be true with
03  someone -- someone like Mr. Nugent, for example?
04  MR. GOLDSTEIN: Object to form.
05  THE WITNESS: I don't know what his
06  compensation was.
07  BY MR. WEISER:
08  Q. But your -- your -- you were revenue
09  focussed because your compensation was tied to
10  revenues, as opposed to maybe expanding a margin or
11  something?
12  A. Yes, we were paid on revenues.
13  Q. Okay.
14  During fiscal year 2000, did you believe
15  that NAS was the best barometer of how Oracle's
16  license business was doing in the United States?
17  MR. GOLDSTEIN: Object to form.
18  THE WITNESS: I guess I don't -- I don't
19  really remember thinking about that.
20  BY MR. WEISER:
21  Q. Okay.
22  Do you ever remember hearing that? Do
23  you ever remember anyone ever telling you that, that
24  NAS was a more predictable business than OPI or OSI?
25  MR. GOLDSTEIN: Object to form.

**Page 72**

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

00072:01  THE WITNESS: Not that I remember.
02  BY MR. WEISER:
03  Q. Okay.
04  And sitting here today, you don't
05  recollect having that impression?
06  MR. GOLDSTEIN: Same objection.
07  THE WITNESS: That's true.
08  BY MR. WEISER:
09  Q. Okay.
10  Do you think NAS is the best indicator of
11  how the economy is doing generally vis-a-vis OPI and
12  OSI?
13  MR. GOLDSTEIN: Object to form.
14  THE WITNESS: For U.S., yes.
15  BY MR. WEISER:
16  Q. Okay.
17  So if the NAS business was generally
18  doing well, you think it would be safe to assume the
19  economy was doing fairly well?
20  MR. GOLDSTEIN: Object to form.
21  THE WITNESS: I would -- again, for the
22  U.S. economy.
23  BY MR. WEISER:
24  Q. For the U.S. economy.
25  And if NAS was performing poorly --

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00073:01   A.   I should say North America, because we
02   also -- NAS also had Canada, so . . .
03   Q.   Okay.
04   A.   Did not have Mexico, but had Canada.
05   Q.   Okay.
06   A.   So . . .
07   Q.   So if NAS was performing poorly, that may
08   give you some sense that the economy generally is
09   maybe not doing so well?
10        MR. GOLDSTEIN:  Object to form.
11        THE WITNESS:  It would be an indicator,
12   yes.
13   BY MR. WEISER:
14   Q.   Okay.
15        Why -- why -- why do you have that
16   impression?
17   A.   Because in those days, NAS -- we were
18   selling to the commercial -- commercial accounts.
19   and they were, again, making products and
20   manufacturing, or dot com or certain industries.
21        So the other people -- the other part of
22   the Americas -- not Americas, but for U.S. was
23   public sector, and --
24   Q.   Okay.
25   A.   -- I guess I didn't use it as a barometer

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00074:01   how the economy was going.
02   Q.   Okay.
03        But you did with NAS?
04   A.   Again, I never really thought about it.
05   Q.   Okay.
06        Sir, during -- during, say, fiscal year
07   2000, did NAS rely on so-called big deals to the
08   same extent that OSI or OPI did?
09        MR. GOLDSTEIN:  Objection to form.
10        THE WITNESS:  I don't know.
11   BY MR. WEISER:
12   Q.   Let me step back for a second.
13        In general business -- strike that.
14        At what level would a deal have to be
15   considered a big deal for general business during
16   fiscal year 2000?
17   A.   Are you referencing, like, dollar size?
18   Q.   Yeah, in terms of dollar size, or however
19   you did it at that time.  However you measured it at
20   that time.  *
21   A.   A million dollars plus.
22   Q.   Okay.
23        Would have been a big -- a so-called big
24   deal for general business?
25   A.   Yes.

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00075:01   Q.   And necessarily the west?
02   A.   Yes.
03   Q.   Okay.
04        In terms of the growth that you testified
05   about earlier this morning, did general business
06   rely upon big deals to drive growth, say, during
07   fiscal year 2000?
08        MR. GOLDSTEIN:  Objection to form.
09        THE WITNESS:  I don't think relied.  It
10   contributed.
11   BY MR. WEISER:
12   Q.   Okay.
13        By the beginning of fiscal year '01, were
14   there -- were there greater or fewer so-called big
15   deals in the GB pipe?
16        MR. GOLDSTEIN:  Objection to form.
17        THE WITNESS:  Yeah, I don't really
18   remember.
19        I assume about the same.
20   BY MR. WEISER:
21   Q.   Okay.
22        And do you have any sense of how --
23        Do you have any sense as to -- as to how
24   much the other divisions were relying upon big deals
25   to make their numbers?

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00076:01        MR. GOLDSTEIN:  Objection to form.
02        THE WITNESS:  I was not aware of any of
03   those numbers.
04   BY MR. WEISER:
05   Q.   Okay.
06        So, for example, you would never see --
07   you would never see area numbers for OPI during a
08   course?
09   A.   True.
10   Q.   Okay.
11        And the same would be true of OSI?
12   A.   True.
13   Q.   Okay.
14        Sir, during -- during fiscal year 2000,
15   did you have a sense that Oracle was still viewed as
16   a growth business by the market?
17        MR. GOLDSTEIN:  Objection to form.
18        THE WITNESS:  I would assume I did.
19        Again, I don't -- I don't really remember
20   what my thoughts were in 2000, you know.
21        We viewed our business as a growth
22   business.
23   BY MR. WEISER:
24   Q.   Okay.
25        And if -- if you believed your business

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00077:01 was a growth business. does that -- does that

2  02 necessarily mean that you would have to be growing

3  03 revenues at a certain -- at a certain percentage to

4  04 be legitimately considered a growth business?

5  05        MR. GOLDSTEIN: Objection to form.

6  06        THE WITNESS: I mean, we wanted to do

7  07 same or more than the year before.

8  08 BY MR. WEISER:

9  09    Q.  Right.

10  10        But I guess -- I guess what my question

11  11 really goes to, sir, is, you know, what was more

12  12 important both to Oracle and I suppose the market;

13  13 that is, just, you know, selling more product than

14  14 you did the year before or growing the business a

15  15 certain -- a certain percentage?

16  16        MR. GOLDSTEIN: Objection to form.

17  17        THE WITNESS: I don't -- I guess I don't

18  18 know how to answer that.

19  19 BY MR. WEISER:

20  20    Q.  Okay.  Let's -- let's say -- we could do

21  21 it -- we could do it as a hypothetical.

22  22        If -- if during a given year, Oracle had

23  23 $1 billion in revenues, for example, and the next

24  24 year they had $1.1 billion in revenues, that gross

25  25 dollar amount, just because the gross dollars went

Oracle Related Cases                                    Page 77

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00078:01 up, assuming expenses and everything like that had      ----

2  02 stayed the same, wouldn't necessarily indicate that

3  03 Oracle had a -- had a good year that second year

4  04 just because the gross dollar figure was high?

5  05        MR. GOLDSTEIN: Objection to form. Calls

6  06 for speculation. Lacks foundation.

7  07        THE WITNESS: There would be other

8  08 factors. I mean, the market you are in, what the

9  09 rest of the industry is doing.

10  10        I mean, it could be very good. It seemed

11  11 like the industry was growing faster than, as your

12  12 example, 10 percent in the year 2000.

13  13 BY MR. WEISER:

14  14    Q.  Okay.

15  15    A.  And the markets we were after, we were

16  16 probably expecting more growth than 10 percent.

17  17 BY MR. WEISER:

18  18    Q.  Okay. During -- during 3Q01, who did you

19  19 personally regard, what companies did you personally

20  20 regard as Oracle's chief competitors in your space?

21  21    A.  For technology, it would have been IBM

22  22 and Microsoft.

23  23    Q.  This is technology in the west?

24  24    A.  Yes.

25  25    Q.  Okay.

Oracle Related Cases                                    Page 78

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00079:01    A.  For applications, it was probably

2  02 PeopleSoft, Great Plains.

3  03        We did not see SAP in our space that

4  04 often.

5  05        And then J. D. Edwards.

6  06    Q.  For example, somebody like PeopleSoft, do

7  07 you have any idea what PeopleSoft's growth rate was

8  08 during the fiscal 2000 time frame?

9  09    A.  I don't -- I don't remember.

10  10    Q.  I'm trying to get a sense when -- when --

11  11 when you talked to somebody like Mr. Nugent, or when

12  12 you talked to your regional managers, I'm trying to

13  13 get a sense of how you spoke to them, sir.

14  14        That's what I am interested in. I want

15  15 to know what you talked about with them, like the

16  16 language you used with them.

17  17        So would you think in terms -- would you

18  18 talk to them -- say, the regional managers, for

19  19 example, would you talk to them in terms of, "How

20  20 are we growing the business? Are we growing the

21  21 business? Are we getting -- are we going to have 20

22  22 percent growth this quarter?"

23  23        MR. GOLDSTEIN: Objection to form.

24  24 BY MR. WEISER:

25  25    Q.  Is that the -- is that the type of

Oracle Related Cases                                    Page 79

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00080:01 language you were using with them?

2  02        MR. GOLDSTEIN: Objection to form.

3  03        THE WITNESS: No.

4  04 BY MR. WEISER:

5  05    Q.  Okay.

6  06        Can you give me a -- could you give me a

7  07 sense of how you did speak to them? How --

8  08        MR. GOLDSTEIN: In English.

9  09        MR. WEISER: In English.

10  10        MR. GOLDSTEIN: It's too vague. Try --

11  .11 let's have a more specific question.

12  12 BY MR. WEISER:

13  13    Q.  Okay.

14  14        How about this, sir:

15  15        If one of your regional managers was

16  16 underperforming and you wanted to light a fire under

17  17 him or her, how would you -- how would you describe

18  18 what they had to do with their business?

19  19        MR. GOLDSTEIN: Objection to form.

20  20        THE WITNESS: Once -- once -- once we had

21  21 our budget set, then we spent the next, let's say,

22  22 11 months, worrying about making a forecast and what

23  23 percent of hour budget we could achieve.

24  24 BY MR. WEISER:

25  25    Q.  Okay.

Oracle Related Cases                                    Page 80

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00081:01   A.  So that was -- we spent no time talking
2   02  about growth targets after that, or anything like
3   03  that.
4   04   Q.  It was more like percent of budget, how
5   05  are we going to do vis-a-vis the budget?
6   06   A.  First of all is your forecast. How are
7   07  you going to do against your forecast?
8   08   Q.  Okay.
9   09   A.  And that's where we spent -- on that
10  10  piece of business, that is where are you at on your
11  11  forecast, how many deals you have, what are they
12  12  made up of, where do you see any risk, where do you
13  13  see any upside.
14  14   Q.  Okay. Okay.
15  15        Sir, do you happen to know --
16  16  notwithstanding your answer, and I appreciate your
17  17  trying to answer that question.
18  18        Do you have any sense of what Oracle's
19  19  corporate-wide growth rate was during fiscal year
20  20  2000?
21  21   A.  I don't remember.
22  22   Q.  How about NAS for fiscal year 2000?
23  23   A.  Same thing, I don't remember.
24  24   Q.  General business for fiscal year 2000?
25  25        It's okay, just say you don't --
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00082:01   A.  I could just guess. I mean, I don't
2   02  know.
3   03   Q.  No. I don't want you to guess.
4   04   A.  I just -- I don't know.
5   05   Q.  How about west for fiscal year 2000?
6   06   A.  I could estimate at like 35 to 45
7   07  percent, 35 to 50 percent.
8   08   Q.  Okay. Okay.
9   09        So we talked a little bit earlier about
10  10  how you communicated with your regional matters
11  11  through email and telephone calls.
12  12        During -- typically, during the course of
13  13  a quarter, what else would you do to track west
14  14  business as a quarter was progressing?
15  15   A.  You know, the biggest thing the first two
16  16  months, as I mentioned earlier, the first two months
17  17  of the quarter would be a one-hour call with each
18  18  individual.
19  19   Q.  Right.
20  20   A.  And just reviewing their forecast, what's
21  21  made up of it? Are there any key deals? Do you
22  22  have enough deals?
23  23        Where are you at in the approval process?
24  24        Where are you at in the sales cycle with
25  25  the client?
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00083:01        Do you have enough -- do you have enough
2   02  volume of business to achieve your forecast?
3   03   Q.  Okay.
4   04        But -- I'm sorry.
5   05        Go ahead, sir.
6   06   A.  After that it was -- it was -- the daily
7   07  calls were, you know, maybe about a transaction,
8   08  they made a sales call, strategize a sales call.
9   09        You know, a wide variety of things.
10  10   Q.  Okay.
11  11        Outside the communication with the people
12  12  that were directly reporting to you, would you do
13  13  anything to track west business during a -- during a
14  14  given quarter?
15  15   A.  At the end of a month, I'd get a closed
16  16  report, from our finance people.
17  17   Q.  Okay.
18  18        You said that's a "closed report" --
19  19   A.  Yes.
20  20   Q.  -- is that right?
21  21        And what would be in a closed report?
22  22   A.  It would be the account name, the order
23  23  number, and then the license revenue, so then we
24  24  could reconcile the revenue for that month.
25  25   Q.  Okay.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00084:01        Now, would this closed report, would that
2   02  be produced just for the west?
3   03   A.  I believe it was produced for all the
4   04  business units.
5   05   Q.  So that would -- I'm just trying to get a
6   06  sense, sir, of what that document actually looked
7   07  like.
8   08        Would that have all of the areas within
9   09  general business showing --
10  10   (Reporter interruption.)
11  11  BY MR. WEISER:
12  12   Q.  -- within general business that would
13  13  show what deals had closed that month?
14  14   A.  I'm not aware of that report.
15  15        I just worked with my finance person just
16  16  to make sure that the deals that we said we closed,
17  17  the company booked them and recognized what revenue.
18  18   Q.  So this closed report that you are
19  19  referring to is a report that is just a report
20  20  that's prepared within the west.
21  21        The one you saw was just for the west; is
22  22  that correct?
23  23   A.  My finance person worked off it.
24  24        I never really saw it, she just -- she --
25  25  she just worked off a reconciliation closed report.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00085:01   Q.  Okay.
2      02       But you testified you never actually
3      03   really saw this, this was more -- was this more of
4      04   an accounting?
5      05   A.  Yes.
6      06   Q.  Okay.
7      07       So you weren't -- you weren't really
8      08   relying upon the closed report to really determine
9      09   how -- how the west was performing for a quarter?
10     10       MR. GOLDSTEIN: Objection to form.
11     11       THE WITNESS: Again, I would -- the
12     12   finance people would alert me if there were
13     13   discrepancies.
14     14   BY MR. WEISER:
15     15   Q.  Okay.
16     16       Who was the finance person for west
17     17   during 3Q01?
18     18   A.  I believe it was Eva -- Eva -- I think
19     19   the last name was Smith.
20     20   Q.  Okay.
21     21       Do you know if any of the other -- strike
22     22   that.
23     23       After the closed report was prepared by
24     24   your finance person, where would it -- where would
25     25   it be disseminated?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00086:01   A.  I don't know.
2      02       Q.  Would Mr. -- would it necessarily be sent
3      03   to Mr. Nugent?
4      04   A.  I don't think so.
5      05   Q.  Okay.
6      06       It sounds to me, sir, like this was more
7      07   of a bookkeeping -- more of a bookkeeping-type
8      08   document. I mean, you even mentioned the word, I
9      09   think, "discrepancies," which is kind of a
10     10   bookkeeping term, a moment ago.
11     11       Did you ever see such a document for the
12     12   other areas at the end of the month?
13     13   A.  No.
14     14   Q.  Would there be -- would there be a
15     15   general business report that pulled together all of
16     16   these different area reports at the end of the
17     17   month, so you'd get a sense of how general business
18     18   did as a whole that first month?
19     19   A.  I don't remember seeing anything like
20     20   that.
21     21   Q.  Okay.
22     22       Was there anything else, sir -- all
23     23   right.
24     24       Well, let me try to sharpen up the
25     25   question then.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00087:01       What I'm -- what I'm interested in is any
2      02   data or documents that you reviewed in addition to
3      03   talking to your sales team, so you could really
4      04   gauge how a quarter was progressing.
5      05       Can you think of any documents off the
6      06   top of your head that you may have reviewed in that
7      07   regard?
8      08   A.  We managed our business with OSO.
9      09   Q.  Okay.
10     10   A.  That was a report that the field
11     11   managers, myself, down below, that's what we used.
12     12   Q.  Could you tell the court what "OSO"
13     13   stands for and how it works?
14     14   A.  I believe OSO stands for Oracle Sales
15     15   Online.
16     16       I believe.
17     17   Q.  And was this in place at the beginning of
18     18   3Q01?
19     19   A.  Yes, it was.
20     20   Q.  This is how you would have -- one of the
21     21   tools that you would have used during 3Q01 to kind
22     22   of gauge how the west was doing?
23     23   A.  Yes.
24     24   Q.  Okay.
25     25       Now could you explain to the court in a
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00088:01   little more detail how Oracle Sales Online worked?
2      02   A.  Salespeople would enter in, via OSO,
3      03   opportunities they were working on.
4      04       They would have the client name and the
5      05   opportunity amount and an estimated close date.
6      06   Q.  Would have a win probability in OSO?
7      07   A.  Yes.
8      08   Q.  Okay.
9      09   A.  And products, might have some product
10     10   specification in there.
11     11   Q.  Okay.
12     12   A.  And then that would be summarized for a
13     13   region so I could look at a region and see how much
14     14   opportunity or pipeline they were working.
15     15   Q.  Okay.
16     16       Would you apply your own judgment to the
17     17   win probability?
18     18       MR. GOLDSTEIN: Object to form.
19     19       THE WITNESS: Not on an individual deal,
20     20   no.
21     21   BY MR. WEISER:
22     22   Q.  Okay.
23     23       (Reporter interruption.)
24     24   BY MR. WEISER:
25     25   Q.  That was a win probably estimate by
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00089:01 the regional managers, or even -- perhaps even
2    02 salespeople below them?
3    03    A.  By the sales rep.
4    04    Q.  Sales rep?
5    05    A.  Yes.
6    06    Q.  OSO was up and running at the beginning
7    07 of 3001?
8    08    A.  I believe it was, yes.
9    09    Q.  And could anyone within general business
10   10 access OSO?
11   11    A.  It was limited access of what you -- what
12   12 data you could get.  I mean, there was different
13   13 levels of security.
14   14    Q.  For example, sir, could you see only how
15   15 west was doing in the OSO system?
16   16    A.  It's the only one I ever looked at.
17   17    Q.  Would -- would Mr. Nugent be able to
18   18 review all the general business units to see how
19   19 general business looked across the board?
20   20    A.  I assume he would, yes.
21   21    Q.  But you don't know that for a fact?
22   22    A.  I do not know that for a fact.
23   23    Q.  Would Mr. Roberts be able to peek into
24   24 OSO and see how general business was doing across
25   25 the board?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00090:01    A.  I assume so.
2    02    Q.  But you don't know that for a fact
3    03 either?
4    04    A.  True.
5    05    Q.  Mr. Ellison, would he be able to look in
6    06 OSO?
7    07    A.  Again, assume, yes.
8    08       Don't know for a fact.
9    09    Q.  Okay.
10   10       Were there any other materials or data
11   11 that you would review during the course of a quarter
12   12 to kind of see how the quarter was developing?
13   13    A.  No.
14   14    Q.  How about any -- you mentioned "pipeline"
15   15 in connection with data that was actually in the OSO
16   16 report.
17   17       Would you actually review any specific
18   18 pipeline reports?
19   19    A.  I guess how I view that pipeline is part
20   20 of OSO.
21   21    Q.  Okay.
22   22    A.  Pipeline is just the total amount of
23   23 activity in OSO, just for a clarification on that
24   24 verbiage.
25   25    Q.  Okay.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00091:01       Sir, was the pipeline typically one of
2    02 the best ways to -- to estimate how a quarter was
3    03 going?
4    04       MR. GOLDSTEIN:  Objection to form.
5    05       THE WITNESS:  No, no.
6    06 BY MR. WEISER:
7    07    Q.  Okay.
8    08    A.  Depended upon the business unit.
9    09    Q.  Okay.
10   10       What about your business unit, we can
11   11 make this more specific.
12   12    A.  Right.
13   13    Q.  What about in the west, did you typically
14   14 rely upon pipeline to determine how the business was
15   15 going for a quarter?
16   16    A.  I did.
17   17    Q.  Okay.
18   18       But you don't necessarily know that other
19   19 area managers felt the same way?
20   20    A.  I do not know that, yes.
21   21    Q.  Okay.
22   22       Did you -- did you typically find your --
23   23 the pipeline in the OSO report to be a reliable
24   24 indicator of how a quarter was progressing?
25   25       MR. GOLDSTEIN:  Objection to form.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00092:01       THE WITNESS:  It was an overoptimistic
2    02 look --
3    03 BY MR. WEISER:
4    04    Q.  Okay.
5    05    A.  -- at business.
6    06    Q.  Why do you -- why do you say
7    07 "overoptimistic," sir?
8    08       Is it based on --
9    09    A.  You know, salespeople were putting it in.
10   10 So that's where -- that's where the data was input.
11   11 And I would measure, you know, we needed to have,
12   12 let's say, anywhere from three to four times the
13   13 amount of pipeline to cover.
14   14       So in my mind, that's pretty optimistic.
15   15       The salespeople are putting in that much
16   16 data and we are only closing, say, 30 to 35 percent,
17   17 I would say it's over optimistic.
18   18       That's how I view it.
19   19    Q.  Okay.
20   20       Let's -- let's try to sharpen that up a
21   21 little bit.
22   22       Three to four times of the pipe to cover.
23   23 I -- I assume that you were talking about
24   24 covering -- covering a forecast number?
25   25    A.  Yes.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00093:01    Q.  Is that what you were referring to a
2   02  moment ago?
3   03    A.  Yes.
4   04    Q.  So what -- what, sir, would you consider
5   05  a good conversion rate?
6   06        MR. GOLDSTEIN:  Objection to form.
7   07        THE WITNESS:  We had -- we had different
8   08  conversion rates throughout the quarter.
9   09  BY MR. WEISER:
10  10    Q.  Okay.
11  11    A.  So first month of a quarter you would
12  12  want probably four times.
13  13        By the last month, you're down to 50
14  14  percent of conversion rate.
15  15    Q.  Now, could you -- could you explain to
16  16  the court why that is?
17  17    A.  I can -- at the beginning of a quarter,
18  18  your -- the salespeople weren't entering in all the
19  19  deals that they thought had a chance to close within
20  20  that next 90 days.
21  21        As you got down to the last 30 days in a
22  22  quarter, the deals were better qualified and there
23  23  was some pipeline that had moved to the next quarter
24  24  or shrunk, or whatever.
25  25        So you really started the quarter you
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00094:01    wanted a big pipeline, but by the last months where
2   02  you really -- it was -- it should be scrubbed and
3   03  cleaned and qualified pipeline at that point.
4   04    Q.  Okay.  So -- just so I understand how the
5   05  math works.
6   06        So if you had eight deals in the pipeline
7   07  at the beginning of the quarter for every one that
8   08  you would need to close, you would consider that --
9   09  you consider that very good --
10  10        MR. GOLDSTEIN:  Objection to form.
11  11  BY MR. WEISER:
12  12    Q.  -- is that correct?
13  13        Am I looking at these -- am I looking at
14  14  these numbers in the right way?
15  15        MR. GOLDSTEIN:  Objection to form.
16  16        THE WITNESS:  Eight to one would be --
17  17  BY MR. WEISER:
18  18    Q.  Great.
19  19        MR. GOLDSTEIN:  Why don't you let him
20  20  answer.  •
21  21        MR. WEISER:  Sorry, I apologize.
22  22        THE WITNESS:  -- would be a lot of
23  23  coverage.
24  24  BY MR. WEISER:
25  25    Q.  Okay.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00095:01    And a lot of coverage would give you a
2   02  high degree of comfort, in turn, that you could meet
3   03  the forecast number?
4   04    A.  It would probably -- there would be some
5   05  red flags that I would want to ask some more
6   06  questions.
7   07    Q.  Why is that, sir?  I don't understand.
8   08    A.  I guess I'd wonder why a salesperson
9   09  would have eight deals and they could only close
10  10  one.
11  11    Q.  Okay, that's a fair answer.
12  12        So -- so at the beginning of a quarter,
13  13  you were looking for a coverage ratio three to four
14  14  times of what you needed for the pipe -- or, excuse
15  15  me, what you needed for the forecast rather.
16  16    A.  Ideally.
17  17    Q.  Ideally.
18  18        So, say, during fiscal year 2000, could
19  19  you give me an example or give me a sense of
20  20  whether -- whether the west typically had three to
21  21  four times the amount -- three or four times what
22  22  they needed in the pipe to meet the forecast?
23  23    A.  We --
24  24        MR. GOLDSTEIN:  Objection to form.
25  25        THE WITNESS:  I'm sorry.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00096:01    MR. GOLDSTEIN:  That's all right.
2   02        THE WITNESS:  We usually ran less than
3   03  that.
4   04  BY MR. WEISER:
5   05    Q.  Okay.
6   06    A.  We usually ran two to three times.
7   07    Q.  Okay.
8   08        Can you -- can you -- can you give me a
9   09  sense of why that is?
10  10    A.  We were still finding -- we would still
11  11  find deals within the quarter that we were not aware
12  12  of at the beginning of the quarter.
13  13    Q.  Okay.
14  14    A.  So we're talking about, like, as an
15  15  example, Q3 --
16  16    Q.  Okay.
17  17    A.  -- started December 1st.  I'd take a look
18  18  at the pipeline there.
19  19        There were other deals that would be
20  20  added within that next 90 days that we were not
21  21  aware of on December 1st.
22  22        Does that --
23  23    Q.  Okay, yeah.
24  24    A.  Okay.
25  25    Q.  That's -- that does help.
```

1    00097:01        How about would you say, sir, that

2    02  throughout the entire fiscal year 2000, that there

3    03  was two to three times -- for each individual

4    04  quarter, was there two to three times coverage in

5    05  the pipe at the beginning of the quarter?

6    06        MR. GOLDSTEIN: Objection to form.

7    07        MR. WEISER: I can break it down if you

8    08  want. It would just take longer to do it like that.

9    09        THE WITNESS: I believe we were still

10   10  running at that rate, yes.

11   11 BY MR. WEISER:

12   12    Q.  Okay.

13   13        What about by the beginning of fiscal

14   14  year '01, how was -- how was the ratio looking then?

15   15  Had it changed?

16   16    A.  It might have gone down a little bit, but

17   17  we were still running, you know, between two and

18   18  three times at the beginning of a quarter.

19   19    Q.  How about -- how about by the beginning

20   20  of 3Q01? Had it changed then?

21   21    A.  No.

22   22        Pipeline is -- beginning of a quarter

23   23  still runs -- was still running two to three times.

24   24    Q.  Okay.

25   25        Was there any discussion in the west at

1    00098:01  the beginning of 3Q that there weren't enough deals

2    02  in the pipe --

3    03    A.  No.

4    04    Q.  -- to make the forecast number?

5    05    A.  No.

6    06    Q.  You never were a part of any discussion

7    07  like that?

8    08    A.  I was not.

9    09    Q.  Okay.

10   10        We're going to -- I'm going to talk about

11   11  pipe a little more in a little while.

12   12        In addition to OSO, and the pipeline data

13   13  in OSO, were there any other data sources that you

14   14  would take a look at to see how a quarter was

15   15  shaping up?

16   16        MR. GOLDSTEIN: Objection. Asked and

17   17  answered.

18   18        THE WITNESS: I just used OSO, and then

19   19  my contact with my direct reports.

20   20 BY MR. WEISER:

21   21    Q.  Okay.

22   22        Would you ever go back and take a look at

23   23  how a company did in that same quarter in the prior

24   24  year?

25   25    A.  No.

1    00099:01    Q.  How about in the prior quarter to the

2    02  quarter in which you were in?

3    03    A.  No.

4    04    Q.  Okay.

5    05    A.  The only time with that was at planning

6    06  process.

7    07    Q.  Okay.

8    08        Would that be a big -- that type of

9    09  analysis, looking at how the business performed in

10   10  the same quarter prior year, is that a -- is that a

11   11  big part of the planning process?

12   12        MR. GOLDSTEIN: Objection to form.

13   13        THE WITNESS: No.

14   14 BY MR. WEISER:

15   15    Q.  Just another factor of many that formed

16   16  part of the plan?

17   17    A.  Yes.

18   18    Q.  Okay.

19   19        Okay. Getting back to your direct

20   20  reports for a second, do any of your direct reports

21   21  actually provide you with a -- with a formal written

22   22  report at various points in the quarter?

23   23    A.  No.

24   24    Q.  Okay.

25   25    A.  Well, I mean, we -- at the beginning of

1    00100:01  the year we would have a formal -- I should clarify

2    02  that.

3    03        At the beginning of the year we would

4    04  have a business review with each of my direct

5    05  reports. And they would outline what their region

6    06  is made up of and how they deployed their

7    07  salespeople.

8    08        But that was a planning document early in

9    09  the first quarter.

10   10    Q.  Okay.

11   11    A.  And that was the only time we looked. We

12   12  reviewed that throughout the year.

13   13    Q.  Okay.

14   14        Did the west have a so-called "big deals

15   15  report" during, say, fiscal year 2000?

16   16    A.  We did not.

17   17        OSO is -- had front page deal, any deal

18   18  over 500,000 was put on a front page.

19   19        (Reporter interruption.)

20   20        MR. GOLDSTEIN: Any deal over 500,000 --

21   21        THE WITNESS: Was put on the front page.

22   22  They were called front page deals.

23   23 BY MR. WEISER:

24   24    Q.  So, sir, at any point during 3Q01, is it

25   25  your testimony that you never went back and took a

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00101:01 look at how west performed in 3Q 2000? |
| 2 | 02 MR. GOLDSTEIN: Objection. Asked and |
| 3 | 03 answered. |
| 4 | 04 THE WITNESS: As best I can remember, no. |
| 5 | 05 BY MR. WEISER: |
| 6 | 06 Q. Okay. |
| 7 | 07 Mr. Classick, I wanted to get a sense |
| 8 | 08 of -- of how important a role someone in your |
| 9 | 09 position and the other area directors played in |
| 10 | 10 terms of -- in terms of managing a sales force. |
| 11 | 11 I want to try to get a sense from you |
| 12 | 12 based on your experience at Oracle, if you had left |
| 13 | 13 your position, let's say you had been terminated at |
| 14 | 14 the beginning of a quarter, based on your experience |
| 15 | 15 at Oracle, would it be likely that the west region |
| 16 | 16 would suffer in your absence? |
| 17 | 17 MR. GOLDSTEIN: Objection to form. |
| 18 | 18 THE WITNESS: Minimal. Minimal in those |
| 19 | 19 days. |
| 20 | 20 BY MR. WEISER: |
| 21 | 21 Q. Why is that, sir? |
| 22 | 22 A. I just think the people -- the people |
| 23 | 23 that -- my direct reports would continue working and |
| 24 | 24 doing their -- you know, doing their thing, selling |
| 25 | 25 products. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00102:01 Q. You don't think business would have -- |
| 2 | 02 you don't think business would fall off that much, |
| 3 | 03 someone in your position? |
| 4 | 04 A. Not at all. |
| 5 | 05 Q. Now you said a moment ago "in those |
| 6 | 06 days." |
| 7 | 07 What about today, is it different now? |
| 8 | 08 A. Potentially. |
| 9 | 09 Q. Why, why is that? |
| 10 | 10 A. Business -- business is harder. And you |
| 11 | 11 want to -- you know, a lot of people are just -- |
| 12 | 12 we're in this together, and it's a big part of why |
| 13 | 13 they are still here, is the team. |
| 14 | 14 Q. So would it be fair to say, sir, that |
| 15 | 15 during '99 or -- fiscal year '99 or fiscal year |
| 16 | 16 2000, that business -- that demand was so great, |
| 17 | 17 particularly in the west, that even the loss of your |
| 18 | 18 services would not have had a dramatic impact on the |
| 19 | 19 west business? |
| 20 | 20 MR. GOLDSTEIN: Objection to form. |
| 21 | 21 THE WITNESS: I believe that's true. |
| 22 | 22 BY MR. WEISER: |
| 23 | 23 Q. Huh. That's interesting. |
| 24 | 24 You talked a little bit about the budget |
| 25 | 25 a moment ago. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00103:01 And I wanted to ask you some questions |
| 2 | 02 about -- about typically how the budget numbers were |
| 3 | 03 prepared. |
| 4 | 04 I think you testified, sir, that as part |
| 5 | 05 of the budget process, which I gather begins at the |
| 6 | 06 beginning of a fiscal year, that you would go back |
| 7 | 07 and you would take a look at year over year and |
| 8 | 08 quarter over quarter data. |
| 9 | 09 Is that true? |
| 10 | 10 A. Year over year, not -- we wouldn't go |
| 11 | 11 quarter by quarter. |
| 12 | 12 Q. Okay. |
| 13 | 13 Why is that, sir? |
| 14 | 14 MR. GOLDSTEIN: Objection to form. |
| 15 | 15 BY MR. WEISER: |
| 16 | 16 Q. Why wouldn't the prior quarter -- |
| 17 | 17 A. Because we were building a plan for the |
| 18 | 18 full fiscal year. |
| 19 | 19 Q. Okay. |
| 20 | 20 A. So we didn't really -- we didn't look |
| 21 | 21 quarter to quarter. |
| 22 | 22 Q. Okay. |
| 23 | 23 Can you think of any other data that you |
| 24 | 24 would have reviewed or items you would have |
| 25 | 25 considered in terms of -- in terms of planning the |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00104:01 budget, in addition to the year over year data? |
| 2 | 02 MR. GOLDSTEIN: Objection to form. |
| 3 | 03 THE WITNESS: We looked at -- we looked |
| 4 | 04 at the year to year, but then we also would have to |
| 5 | 05 break it down by products, and then by industries. |
| 6 | 06 I mean, we spent time, we wanted to make |
| 7 | 07 sure we were doing the best job we could in planning |
| 8 | 08 that. |
| 9 | 09 So you might want to look at, as an |
| 10 | 10 example, dot coms, how much of your business came |
| 11 | 11 from dot coms, or versus manufacturing, versus brick |
| 12 | 12 and mortar, versus . . . |
| 13 | 13 And you start breaking different growth |
| 14 | 14 rates in on the different industries. |
| 15 | 15 BY MR. WEISER: |
| 16 | 16 Q. And within those different industries, |
| 17 | 17 how does the -- how does -- how does establishing a |
| 18 | 18 number really, really work? |
| 19 | 19 It's part reviewing the data from the |
| 20 | 20 prior year. Part reviewing current sales trends. |
| 21 | 21 Is there -- is there anything else that |
| 22 | 22 goes into that mix in actually trying to figure out |
| 23 | 23 a budget number? |
| 24 | 24 MR. GOLDSTEIN: Objection to form. |
| 25 | 25 THE WITNESS: We would -- we would do |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00105:01 that work. We would submit it, and then we would

2  02 get a number back.

3  03     And at that point, that was what the

4  04 number was.

5  05 BY MR. WEISER:

6  06   Q.  You would get a number back from whom,

7  07 sir?  Or from what, I suppose?

8  08   A.  John Nugent would be given a number I

9  09 assume by George -- from George Roberts.

10  10   Q.  Okay.

11  11     And so your understanding is that George

12  12 Roberts was actually setting the budget for the

13  13 west?

14  14   A.  Not for the west, for general business.

15  15   Q.  For general business.

16  16     I guess what I'm -- I guess what my

17  17 question is, I want to understand the interplay

18  18 between you, Mr. Nugent, and Mr. Roberts.

19  19     That is, to what extent could you, for

20  20 example, control your own budget at the west?

21  21   A.  For the fol- -- for the next year?

22  22   Q.  Yes, that's right.

23  23   A.  I could provide input to John Nugent.

24  24   Q.  Okay.

25  25   A.  He would consolidate.  We would have a

Oracle Related Cases                                          Page 105

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00106:01 working session with my peers.  We would come up

2  02 with a plan.

3  03     I believe John would then submit that to

4  04 George.

5  05     And what George did with it, George

6  06 Roberts did with it, I do not know.

7  07     And then at some point early in June, a

8  08 number would come back.

9  09     Then we'd have to distribute that.  John

10  10 Nugent would distribute it among the four areas.

11  11   Q.  Okay.

12  12     But certainly the end product of the

13  13 process -- pardon me -- that you just described, I

14  14 mean, you could -- you could certainly tell the

15  15 difference between maybe the number that you and

16  16 Mr. Nugent had spoken about, and the number that

17  17 came back after Mr. Roberts had vetted it.

18  18     MR. GOLDSTEIN:  Objection to form.

19  19 BY MR. WEISER:

20  20   Q.  Is that correct?

21  21     I mean, you could see, like, a difference

22  22 between the number?

23  23   A.  Yes.

24  24   Q.  Okay.

25  25     Do you happen to remember, sir, at the

Oracle Related Cases                                          Page 106

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00107:01 beginning of fiscal year '01, what -- what number or

2  02 range of numbers that you and Mr. Nugent submitted

3  03 to Mr. Roberts for a -- for a budget?

4  04   A.  I can't remember.

5  05   Q.  Okay.

6  06     Do you recollect your feeling of when you

7  07 saw the budget number come back from Mr. Roberts?

8  08     Do you remember thinking, sir, that it

9  09 was high, low, about right?

10  10   A.  I will say this, that the number we get

11  11 back is always higher than what we submit.

12  12     It has been that case for my 30 years in

13  13 sales.

14  14   Q.  A few minutes ago you mentioned some

15  15 forecasting ideas.  I wanted to ask you about that.

16  16     During fiscal year 2000, was the

17  17 beginning of the quarter forecast number typically

18  18 higher than a budget number?

19  19   A.  No.

20  20   Q.  It was not?

21  21   A.  No.

22  22   Q.  Okay.

23  23     Could you give me some sense of during

24  24 fiscal year 2000, what the relationship was between

25  25 a potential number, a forecast number, and the

Oracle Related Cases                                          Page 107

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00108:01 budget number?

2  02     We can do those one at a time.

3  03     MR. GOLDSTEIN:  Objection to form.

4  04 BY MR. WEISER:

5  05   Q.  In other words, if the budget was a

6  06 certain amount, let's hypothetically call it $1

7  07 million, would the forecast -- or $100 million,

8  08 rather.

9  09     Would the forecast number typically be

10  10 higher or lower than that $100 million?

11  11     MR. GOLDSTEIN:  Objection to form.

12  12     I think you need to be a little clear

13  13 about what document you're talking about.

14  14     MR. WEISER:  I'm talking about a forecast

15  15 number.

16  16     MR. GOLDSTEIN:  I know that.  But a

17  17 forecast number where, and at what point in time?

18  18     MR. WEISER:  I said at the beginning of a

19  19 quarter.

20  20     MR. GOLDSTEIN:  But you are assuming that

21  21 budget and forecast and some other number are all

22  22 formulated at once, which I -- which I don't think

23  23 you've establish through testimony.

24  24 BY MR. WEISER:

25  25   Q.  Okay.

Oracle Related Cases                                          Page 108

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00109:01      How about this, sir:
2   02            Was there a total -- when the budget
3   03   number was set at the beginning of a fiscal year,
4   04   was there -- was there also a forecast number set
5   05   for the same fiscal year?
6   06       A.  No.
7   07       Q.  Okay.
8   08            Was the forecast number a quarterly
9   09   number as opposed to a yearly number?
10  10       A.  They would take your annual -- they would
11  11   give you an annual number and then they rappelling
12  12   it, so the first quarter would be like a 10 to 12
13  13   percent of that, so you would know what your
14  14   quarterly budget was.
15  15            Okay?
16  16       Q.  Although that was not a -- now, that was
17  17   or that was not a forecast number then for that
18  18   quarter?
19  19       A.  That was -- had nothing to do with
20  20   forecasting.
21  21       Q.  That was a quarterly budget number?
22  22       A.  Yes.
23  23       Q.  And -- and I was curious, when you --
24  24   when you said "10 to 12 percent" a moment ago, was
25  25   that hypothetical or was that actually what was
```

Oracle Related Cases                                    Page 109

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00110:01   happening, say, for fiscal year 2001?
2   02       A.  Every -- every year they would have -- at
3   03   the manager's level, you would have a different ramp
4   04   for your business for the year.
5   05       Q.  Okay.
6   06       A.  So it wasn't -- taking your $100 million,
7   07   it wasn't $25 million per quarter.
8   08       Q.  Right.
9   09       A.  It was seasonalized, and here is what
10  10   your quarterly budget would be.
11  11       Q.  But can -- but, sir, can you explain the
12  12   relationship between the seasonality and that
13  13   hypothetical $100 million budget number?
14  14            In other words, was the first quarter
15  15   fiscal year, was that thought to be a slow quarter
16  16   or a good quarter for Oracle typically?
17  17       A.  It rappeling up. The first quarter was
18  18   always considered the very light quarter, so that
19  19   was -- you know, the 10 to 12 percent, that was
20  20   usually the range.
21  21            And then it would peak in a fourth
22  22   quarter, which would be anywhere from 40 to 45
23  23   percent.
24  24       Q.  Okay.
25  25            So at the time -- strike that.
```

Oracle Related Cases                                    Page 110

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00111:01      Okay.
2   02            Now, let me see if I can go back to my
3   03   earlier question regarding forecast, although I've
4   04   just been informed that the videotape is running
5   05   out.
6   06            We've got about two minutes. Why don't
7   07   we just -- yeah, why don't we take it now.
8   08            THE VIDEOGRAPHER: This marks the end of
9   09   videotape number one in the deposition of Nicholas
10  10   Classick.
11  11            The time is
12  12            We are off the record.
13  13            (Off the record.)
14  14            THE VIDEOGRAPHER: This marks the
15  15   beginning of videotape number two in Volume 1 in the
16  16   deposition of Nicholas Classick.
17  17            The time is
18  18            We are on the record.
19  19   BY MR. WEISER:
20  20       Q.  Mr. Classick, before we continue with the
21  21   discussion on the budget, I wanted to try to get a
22  22   more general sense, once again, as to the business
23  23   environment for the west during fiscal year 2000.
24  24            I was just wondering if you recall any
25  25   situations where -- where a customer and Oracle went
```

Oracle Related Cases                                    Page 111

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1   00112:01   into some type of joint venture to close a deal?
2   02       A.  Not that I -- not that I can remember
3   03   specifics on.
4   04       Q.  Would that be something that would be
5   05   unusual?
6   06       A.  Very unusual.
7   07       Q.  Okay.
8   08            Do you know if that same thing would be
9   09   true of general business as a whole? Were any of
10  10   the other area managers entering into JV deals to
11  11   close a software deal?
12  12       A.  Not that I was aware of.
13  13       Q.  Okay.
14  14            Do you happen to recall anyone in the
15  15   west, sir, that required Oracle to make some type of
16  16   an investment in the -- in the company to close a
17  17   software deal?
18  18       A.  Oracle had an investment fund that was
19  19   managed by -- but I mean, I wasn't -- I was not
20  20   familiar with any of the deals that, "We will buy if
21  21   you invest."
22  22       Q.  Okay.
23  23       A.  I was not familiar with that type of
24  24   relationship.
25  25       Q.  Okay.
```

Oracle Related Cases                                    Page 112

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00113:01      Is that because that Oracle as a general
2  02  practice wouldn't -- wouldn't do that, or the
3  03  business was doing so well in 2000, that you -- that
4  04  Oracle felt like it didn't need to do that, to close
5  05  the deal?
6  06       MR. GOLDSTEIN:  Objection to form.
7  07       THE WITNESS:  I think it was -- if it was
8  08  being done, it might have been an equity play that
9  09  we would not see it --
10  10     (Reporter interruption.)
11  11       THE WITNESS:  -- equity swap or, you
12  12  know, an equity play.
13  13  BY MR. WEISER:
14  14    Q.  Okay.
15  15    A.  And on that, there is no license revenue
16  16  for the field sales so we just -- we wouldn't see
17  17  it.  It would just -- it would be between the other
18  18  organizations.
19  19    Q.  Okay.
20  20    And, sir, I think you testified earlier
21  21  today that it was easier to backfill lost orders or
22  22  lost opportunities in 2000 than it was, say, in
23  23  fiscal year 2001.
24  24    Is that true?
25  25       MR. GOLDSTEIN:  Objection to form?

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00114:01      THE WITNESS:  That's true.
2  02  BY MR. WEISER:
3  03    Q.  Okay.
4  04       So if a customer -- if a customer came to
5  05  you at some point in fiscal 2000, and they had --
6  06  you know, they were interested in $5 million worth
7  07  of software, they said, "The only way we are going
8  08  to make this purchase is if Oracle makes a $2
9  09  million investment in our company."
10  10       Would that -- would that have been an
11  11  opportunity that you would have thought was a good
12  12  opportunity for Oracle?
13  13       MR. GOLDSTEIN:  Objection to form.
14  14       THE WITNESS:  I -- I tried to avoid
15  15  those, if that was -- I'd give them the name of
16  16  somebody in our investment firm, and I'd move on.
17  17  BY MR. WEISER:
18  18    Q.  Okay.
19  19    A.  By the time if -- if there was any type
20  20  of relationship like that, it would complicate the
21  21  deal so much, it would take so much longer, we
22  22  really -- as a field sales force, really, we are not
23  23  interested in it.
24  24    Q.  Okay.
25  25       How much day-to-day guidance or input

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00115:01  were you getting from Mr. Nugent, say, for example,
2  02  at the beginning of Q301, regarding -- regarding how
3  03  you were managing the west business?
4  04       MR. GOLDSTEIN:  Objection to form.
5  05       THE WITNESS:  None.
6  06  BY MR. WEISER:
7  07    Q.  Okay.
8  08       By -- by the beginning of, let's say,
9  09  fiscal year '01, how long had you worked with
10  10  Mr. Nugent?
11  11    A.  If I could just count out loud, you know.
12  12    Q.  Sure.
13  13    A.  I started in '95.  I was a regional
14  14  manager for 18 months.
15  15       And then I was in general business under
16  16  Marianne Gillespie for about another 18 months.
17  17       And so -- and then reported to John
18  18  Nugent with general business.
19  19       So probably two or three -- two years,
20  20  let's say.
21  21    Q.  That you had been --
22  22    A.  A direct report to John Nugent.
23  23    Q.  Okay.
24  24       And how -- and I guess you were not a
25  25  direct report to Mr. Roberts, but you had been

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00116:01  associated with him in general business for three or
2  02  four years by fiscal year '01?
3  03    A.  My -- my boss' reported to George.
4  04    Q.  Okay.
5  05    A.  The people I reported to did.
6  06    Q.  Okay.
7  07       But by fiscal year '01, had you formed
8  08  any opinion regarding Mr. Nugent's understanding of
9  09  your business?
10  10       That is, business in the west.
11  11       MR. GOLDSTEIN:  Objection to form.
12  12       THE WITNESS:  I mean, I thought he was a
13  13  good business person, a good leader.
14  14  BY MR. WEISER:
15  15    Q.  Did you -- did you believe that
16  16  Mr. Nugent understood how your -- how your business
17  17  really worked, how your customers acted?
18  18       MR. GOLDSTEIN:  Objection to form.
19  19       THE WITNESS:  I didn't see anything good
20  20  or bad about -- I mean, yes.
21  21  BY MR. WEISER:
22  22    Q.  Did you think Mr. Nugent was a good
23  23  forecaster?
24  24       MR. GOLDSTEIN:  Objection to form.
25  25       THE WITNESS:  He was a good

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00117:01 businessperson, yes.
2    02 BY MR. WEISER:
3    03    Q.   Okay.
4    04        Did you ever -- did you --
5    05        Did you think that Mr. Nugent set
6    06 unrealistic goals for west business?
7    07    A.   Again, I always think that at the
8    08 beginning of year.
9    09        It wasn't -- that wasn't a John Nugent
10   10 issue.  That was --
11   11    Q.   Was that a -- was that a George Roberts
12   12 issue?
13   13    A.   That's just a sales issue.  I mean, you
14   14 always think the quarter is too high, you know.
15   15    Q.   Can you give me a sense, sir, of the
16   16 distinction between, like, the sales quota at the
17   17 beginning of the year and a budget number?  Are
18   18 those two ideas interchangeable?
19   19    A.   Those are the same -- I would view those
20   20 the same thing.
21   21    Q.   Okay.  Okay.
22   22        Sir, I want to talk a little bit about
23   23 the sales culture at Oracle during -- during, I
24   24 guess, the late part of fiscal year 2000, and the
25   25 early part of fiscal year 2001.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00118:01        Do you have any knowledge of Larry
2    02 Ellison getting involved in the budgeting process
3    03 for fiscal year '01?
4    04    A.   I don't know.
5    05    Q.   Okay.
6    06        Do you recall any sense of pressure at
7    07 the beginning of fiscal year '01 to manage
8    08 expectations within -- within the company?
9    09        MR. GOLDSTEIN:  Objection to form.
10   10        THE WITNESS:  Nothing different than the
11   11 past.
12   12 BY MR. WEISER:
13   13    Q.   Okay.
14   14        Do you have any sense as to whether
15   15 Mr. Roberts was an aggressive forecaster?
16   16    A.   I don't know.
17   17    Q.   Would you say Mr. Roberts was more
18   18 aggressive or more conservative when it came to
19   19 things like setting the budget or establishing a
20   20 forecast?
21   21        MR. GOLDSTEIN:  Objection to form.
22   22        THE WITNESS:  I don't know.  I mean, I --
23   23 BY MR. WEISER:
24   24    Q.   Okay.
25   25        I'm just asking you for your impression,
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00119:01 sir.
2    02        If you don't have one, you don't.
3    03    A.   The only thing I'd say about George
4    04 Roberts, I would say he's a conservative
5    05 businessperson.
6    06    Q.   Would you say he was more conservative
7    07 than Mr. Nugent?
8    08        MR. GOLDSTEIN:  Objection to form.
9    09        THE WITNESS:  Yes.
10   10 BY MR. WEISER:
11   11    Q.   Okay.
12   12        Could you -- could you explain the --
13   13 maybe the slight distinction you saw between these
14   14 two gentlemen in terms of the relative level of
15   15 conservativeness?
16   16        MR. GOLDSTEIN:  Objection to form.
17   17        THE WITNESS:  I saw more in discounting.
18   18 BY MR. WEISER:
19   19    Q.   Okay.
20   20    A.   George is more conservative on
21   21 discounting than John.
22   22    Q.   Okay.
23   23        So you would say in the context of
24   24 Oracle's business, say, the beginning of fiscal year
25   25 '01, that -- that a more conservative business
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00120:01 person would maybe be more conservative with
2    02 discounts?
3    03        MR. GOLDSTEIN:  Objection to form.
4    04        THE WITNESS:  I would guess so, yes.
5    05 BY MR. WEISER:
6    06    Q.   Were there any other characteristics or
7    07 qualities that would lead you to believe that
8    08 Mr. Roberts was perhaps more conservative than
9    09 Mr. Nugent?
10   10    A.   Nothing that stands out.
11   11    Q.   Okay.
12   12        Do you know if NAS had a weekly sales
13   13 call during 3Q01?
14   14    A.   I don't know.
15   15    Q.   Do you know if general business had a
16   16 weekly sales call during 3Q01?
17   17    A.   We did not.
18   18    Q.   Okay.
19   19        And was there any weekly data submitted
20   20 amongst the area leaders during 3Q01 as to how
21   21 general business was doing at any moment in time?
22   22    A.   No.
23   23    Q.   But as you testified earlier today, all
24   24 you would have to do is go on Oracle Sales Online
25   25 and you could see how the business was doing, how
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00121:01  the pipeline was shaping up?
2    02          MR. GOLDSTEIN: Objection to form.
3    03          THE WITNESS: You would see what the
4    04  salespeople were saying, the individual
5    05  contributors.
6    06  BY MR. WEISER:
7    07      Q.  Okay.
8    08          Sir, could you give me a sense --
9    09          With respect to OSO, sir, would that be a
10   10  data point that you would typically just review
11   11  online, or would you actually ever print out OSO
12   12  reports?
13   13      A.  I worked off a hard copy.
14   14      Q.  Okay.
15   15          Do you know if you saved any of those
16   16  materials?
17   17          MR. GOLDSTEIN: Objection to form.
18   18          THE WITNESS: If -- anything I had, I
19   19  turned over to those people who came a couple years
20   20  ago, so --
21   21  BY MR. WEISER:
22   22      Q.  Do you recall that -- who that was?
23   23      A.  No.
24   24      Q.  Do you recall if they were employed by
25   25  Oracle Corporation?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00122:01      A.  I don't know who they were employed by.
2    02      Q.  Okay.
3    03          Also, a few moments ago when you were
4    04  talking about OSO, you were talking about big deals
5    05  were on the front page.
6    06          Could you -- could you elaborate on that
7    07  point?
8    08          Well, first of all, could you tell me
9    09  what is the front page on the OSO?
10   10      A.  Front page would have a summary of the
11   11  regions that would include, like, their forecast and
12   12  their pipeline for both field and it was ISD or
13   13  telesales group.
14   14      Q.  "ISD," is that the Internet Sales
15   15  Division?
16   16      A.  Yes.
17   17          And so that would be kind of a summary on
18   18  first page.
19   19          Second page would be the deals by region
20   20  greater than $500,000.
21   21      Q.  Okay.
22   22      A.  And then after that, you would turn the
23   23  pages and it would have each of the regions.
24   24      Q.  And then once you got to each of the
25   25  regions' pages, there would be more detail about
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00123:01  that, about that individual region?
2    02          MR. GOLDSTEIN: Objection to form.
3    03  BY MR. WEISER:
4    04      Q.  Then, for example, on the front page.
5    05      A.  There would be a listing of the deals
6    06  less than 500-.
7    07      Q.  Okay, okay.
8    08          So, sir, when you were at the beginning
9    09  of fiscal year '01, can you give me some sense, sir,
10   10  as to the type of data that you reviewed and relied
11   11  upon in -- in helping create the budget number?
12   12      A.  I would look -- we looked at previous
13   13  year.
14   14      Q.  Uh-huh.
15   15      A.  We -- we would assign growth targets by
16   16  different market segments.
17   17          And then we would basically -- and that
18   18  would be for technology and applications.
19   19          And then we would -- at some point, John
20   20  Nugent would make a minor adjustment, and that's the
21   21  number we would submit then for our -- our requested
22   22  budget.
23   23      Q.  Okay. Sir, would it -- would it refresh
24   24  your recollection at all if I told you that the
25   25  SLC -- well, first of all, let me step back.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00124:01      If I use the term "SLC," do you know what
2    02  I am referring to?
3    03      A.  I do today.
4    04      Q.  Can we agree that I am referring to the
5    05  Oracle Special Litigation Committee?
6    06      A.  Yes, you can.
7    07      Q.  Okay.
8    08          If I told you, sir, that you told the SLC
9    09  some time ago that you also took a look at ERP and
10   10  CRM data in terms of setting the budget, would that
11   11  refresh your recollection at all?
12   12      A.  Yes.
13   13      Q.  Could you tell me what "ERP" means?
14   14      A.  Enterprise resource planning.
15   15      Q.  And how would that number be used in
16   16  terms of setting the budget?
17   17          MR. GOLDSTEIN: Object to form.
18   18          THE WITNESS: Our applications were
19   19  classified in a couple different subsets, so ERP
20   20  would be financials, manufacturing.
21   21          Then you'd have CRM, and then an HR.
22   22          So you might put a different growth rate
23   23  on each of those parts of your application business.
24   24  BY MR. WEISER:
25   25      Q.  Okay. What about CRM?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00125:01      MR. GOLDSTEIN: Objection.

2   02      What's the question?

3   03 BY MR. WEISER:

4   04      Q.   How would --

5   05      Well, first of all, could you tell the

6   06 court what "CRM" stands for?

7   07      A.   I believe it's client relationship

8   08 management.

9   09      Q.   Okay.  How would -- how would a client

10  10 relationship management idea figure into the budget?

11  11      MR. GOLDSTEIN: Objection to form.

12  12      THE WITNESS: There was a set of products

13  13 that were under the CRM that we would assign a

14  14 growth rate.

15  15      And based on what we sold the previous

16  16 year, that's -- would be in our planning for the

17  17 next year.

18  18 BY MR. WEISER:

19  19      Q.   Okay.  Would it refresh your

20  20 recollection, sir, if I told you that the SLC

21  21 reported that you got the growth rate from the

22  22 corporate department?

23  23      MR. GOLDSTEIN: Objection to form.

24  24 BY MR. WEISER:

25  25      Q.   Do you -- do you have any idea what I'm

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00126:01  referring to?

2   02      MR. GOLDSTEIN: Same objection.

3   03      THE WITNESS: I am not --

4   04 BY MR. WEISER:

5   05      Q.   Growth rate from the corporate

6   06 department, you don't know what that term refers to?

7   07      A.   I do not.

8   08      Q.   Okay.

9   09      Sir, at the -- at the beginning of fiscal

10  10 year '01, do you have any idea what the -- what the

11  11 budget number was for NAS?

12  12      A.   I don't remember it.

13  13      I mean, it was known.  I knew it at one

14  14 point, but I don't remember what it is now.

15  15      Q.   Okay.

16  16      Would the same true -- would the same be

17  17 true for the forecast number, did you actually know

18  18 the forecast number but you can't recall it right

19  19 now?

20  20      MR. GOLDSTEIN: Objection to form.

21  21      THE WITNESS: I at one point knew my

22  22 forecast; I don't know what the other three -- my

23  23 peers were forecasting.

24  24 BY MR. WEISER:

25  25      Q.   Do you recall --

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00127:01      (Reporter interruption.)

2   02 BY MR. WEISER:

3   03      Q.   -- sitting here today, what your forecast

4   04 number was at the beginning of fiscal year '01?

5   05      A.   I do not.

6   06      Q.   Okay.

7   07      Why don't we pick up the budget planning

8   08 document.

9   09      Did we mark this already?

10  10      MS. LAVALLEE: No.

11  11      MR. WEISER: We did not.

12  12      I am going to mark this as Exhibit --

13  13      MS. LAVALLEE: I'm sorry, let me

14  14 double-check.

15  15      MR. WEISER: I don't think we did, did

16  16 we?

17  17      Oh, it has been marked.  This --

18  18      MS. LAVALLEE: Actually, just let me stop

19  19 a second.

20  20      MR. WEISER: Actually, can we go off the

21  21 record for a second?

22  22      THE VIDEOGRAPHER: The time is

23  23      We are off the record.

24  24      (Off the record.)

25  25      THE VIDEOGRAPHER: The time is

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00128:01      MR. WEISER: We are back on the record.

2   02      I just handed the court reporter an

3   03 exhibit we are going to mark NC 53 [sic],

4   04 Mr. Classick.

5   05      (Exhibit 53 marked.)

6   06 BY MR. WEISER:

7   07      Q.   Are you familiar with this document?

8   08      MS. SEGAL: Actually, I think it's "DC,"

9   09 Delaware County.

10  10      MR. WEISER: Oh, Delaware -- is that what

11  11 we're doing?

12  12      MS. SEGAL: Yes.

13  13      MR. WEISER: I thought it was like the

14  14 deponent's initials.  Sorry about that.

15  15      That's DC 53.

16  16      I was not involved in this elaborate

17  17 planning for the marking of the exhibits.

18  18      MS. LAVALLEE: I don't know how elaborate

19  19 it was.

20  20 BY MR. WEISER:

21  21      Q.   Mr. Classick, why don't you take a moment

22  22 to review this document, and then we can talk about

23  23 it for a couple of minutes.

24  24      (Pause in proceedings for document review.)

25  25      THE WITNESS: Okay.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00129:01 BY MR. WEISER:
2    02    Q.  Mr. Classick, have you ever seen this
3    03 document before?
4    04    A.  I believe I have, yes.
5    05    Q.  Can you give me a sense as to when you --
6    06 when you may have reviewed this document in the
7    07 first instance?
8    08    A.  Probably was a management meeting with
9    09 John Nugent --
10   10    (Reporter interruption.)
11   11       THE WITNESS:  -- a management meeting,
12   12 I'm sorry, in April.
13   13 BY MR. WEISER:
14   14    Q.  Okay.
15   15    A.  It was a preplanning meeting for getting
16   16 ready for the next year.
17   17    Q.  Okay.
18   18       So when you said "April," do you mean
19   19 April 2000, sir?
20   20    A.  If we're getting ready for FY01, yeah,
21   21 that would have been April 2000.
22   22    Q.  And you said that -- you described it as
23   23 a preplanning meeting.
24   24       When do you actually -- when does the
25   25 actual planning, I suppose --
```

Oracle Related Cases                                    Page 129

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00130:01    A.  Well, it is a planning meeting.
2    02    Q.  Okay.
3    03    A.  And it's what we were building our
4    04 estimates for FY04 -- or FY01, I'm sorry.
5    05    Q.  Okay.
6    06       And I believe you testified earlier today
7    07 that the budget gets set in May of the -- in May of
8    08 whatever fiscal year that you are now in.
9    09       Is that correct?
10   10    A.  If I could just clarify that.
11   11    Q.  Sure.
12   12    A.  We would submit in April.  "We" being
13   13 general business, John Nugent.
14   14    Q.  Right.
15   15    A.  We would wait -- the company would make
16   16 the final quota distribution after in June, because
17   17 it was based on what you -- what your actuals were.
18   18       So they would not distribute your final
19   19 budget until the fiscal year was closed out.
20   20    Q.  Okay.
21   21       Until the fiscal year was closed out.
22   22    A.  May 31st would be our last -- you know,
23   23 it would be the end of the year.
24   24       They would then reconcile the revenue
25   25 down to the business unit --
```

Oracle Related Cases                                    Page 130

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00131:01    Q.  Okay.
2    02    A.  -- and make any final adjustments before
3    03 they sent it out.
4    04    Q.  Okay.
5    05       So, but at the time -- so -- so is it
6    06 fair to say that the time the budget was finally
7    07 fixed, firmly fixed, that you had all the actual
8    08 results in hand for the prior fiscal year, but --
9    09 but virtually nothing for the upcoming fiscal year,
10   10 actual -- in terms of actual results --
11   11    A.  True.
12   12    Q.  -- is that right?
13   13    A.  Yes.
14   14    Q.  Sir, do you happen to know whose
15   15 handwriting that is on this document?
16   16       That -- I will stipulate that that is the
17   17 manner in which this document was produced to us.
18   18    A.  Well, parts of -- this back here is
19   19 definitely mine.
20   20    Q.  I'm sorry, sir.  Could you tell me what
21   21 you are saying?
22   22    A.  I'm sorry, yes.
23   23       On the very last page.
24   24    Q.  And just for the record, I don't -- and
25   25 I'm sorry to interrupt, but that's --
```

Oracle Related Cases                                    Page 131

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00132:01    A.  It's Oracle 1 -- 0128220.
2    02       The handwriting on this page is
3    03 definitely mine.
4    04       On document 0128216, that does not look
5    05 like my handwriting.
6    06    Q.  Okay.
7    07       Can you -- I don't want you to -- I don't
8    08 want you to guess, sir, but if your handwriting was
9    09 on these other two pages, do you know whose
10   10 handwriting would have been on this particular page?
11   11    A.  I do not.
12   12    Q.  What about, sir, on 0128212, it looks
13   13 like there are a couple notes written at the very
14   14 bottom of that page.
15   15       I think that's like the third page in
16   16 this or the fourth page in this packet on the back.
17   17       MR. GOLDSTEIN:  (Indicating) 212.
18   18       MR. WEISER:  Correct.
19   19       MR. GOLDSTEIN:  He's referring to this
20   20 page.
21   21       Here, this gets very confusing.
22   22       Here.
23   23       MR. WEISER:  Just sort of the beginning
24   24 of the stack.  It's the fourth page.
25   25       THE WITNESS:  Okay.
```

Oracle Related Cases                                    Page 132

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00133:01    MR. WEISER:  But on the back. |
| 2 | 02    Actually, I take that back.  It's -- |
| 3 | 03    THE WITNESS:  That looks like my |
| 4 | 04 handwriting. |
| 5 | 05 BY MR. WEISER: |
| 6 | 06    Q.   That does look like your handwriting? |
| 7 | 07    A.   Yes. |
| 8 | 08    Q.   Okay. |
| 9 | 09    And on the front page, sir, the very |
| 10 | 10 first page of this packet -- by the way, the total |
| 11 | 11 Bates on this -- Bates range on this packet is |
| 12 | 12 0128205 running through 0128220. |
| 13 | 13    And back to the very first page, that's |
| 14 | 14 128205, is that your handwriting, sir? |
| 15 | 15    A.   It looks like it, yes. |
| 16 | 16    Q.   Okay. |
| 17 | 17    So, basically, all the handwriting on |
| 18 | 18 this document appears -- you believe is yours, other |
| 19 | 19 than the one page, which is 128216. |
| 20 | 20    Is that right? |
| 21 | 21    A.   Yes, I just don't make my 7s like that. |
| 22 | 22    Q.   Okay. |
| 23 | 23    Sir, was this one of the documents that |
| 24 | 24 you were -- that you reviewed with your counsel |
| 25 | 25 before -- before this deposition today? |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00134:01    I believe earlier -- |
| 2 | 02    A.   We might -- we might have looked at this. |
| 3 | 03    Yeah, I think we did. |
| 4 | 04    Q.   You think you did? |
| 5 | 05    A.   Right. |
| 6 | 06    Q.   Okay. |
| 7 | 07    Because I think you said that you |
| 8 | 08 recalled looking at some forecasting document from |
| 9 | 09 January 2001. |
| 10 | 10    Now, this is a planning document from |
| 11 | 11 April -- |
| 12 | 12    A.   This would be a different one.  This was |
| 13 | 13 different than what I had talked about. |
| 14 | 14    Q.   Okay. |
| 15 | 15    But you think this one, too? |
| 16 | 16    A.   Yes. |
| 17 | 17    Q.   You may have reviewed this one, too? |
| 18 | 18    A.   Yes. |
| 19 | 19    Q.   And just so you understand, sir, I'm not |
| 20 | 20 trying to trick you or trap you in any answers |
| 21 | 21 today. |
| 22 | 22    And if you -- if you feel like -- if you |
| 23 | 23 recall something later on, from something I asked |
| 24 | 24 you about this morning, feel free to go and clean it |
| 25 | 25 up one way or the other. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00135:01    Okay? |
| 2 | 02    A.   I believe we looked at this yesterday. |
| 3 | 03    Q.   Okay. |
| 4 | 04    Could I direct your attention, sir, to |
| 5 | 05 128207? |
| 6 | 06    A.   Yes. |
| 7 | 07    Q.   Well, actually, first of all, let me -- |
| 8 | 08 let me step back for a second. |
| 9 | 09    Did you have any role in actually |
| 10 | 10 preparing this, this package of documents? |
| 11 | 11    A.   This normally was presented to us by John |
| 12 | 12 Nugent. |
| 13 | 13    Q.   Okay. |
| 14 | 14    So do you -- do you have any |
| 15 | 15 understanding, sir, as to where John Nugent is |
| 16 | 16 getting his information, getting -- getting this |
| 17 | 17 data? |
| 18 | 18    Would Mr. Nugent call you, for example, |
| 19 | 19 and say, "Hey, can you send me the dot com numbers |
| 20 | 20 for the last quarter?" |
| 21 | 21    A.   He did not. |
| 22 | 22    Q.   Okay. |
| 23 | 23    And do you know if Mr. Nugent would |
| 24 | 24 contact maybe someone in your finance department in |
| 25 | 25 the west to ask that person to provide him with data |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00136:01 to put this package together? |
| 2 | 02    A.   I would assume that finance was heavily |
| 3 | 03 involved in putting this together. |
| 4 | 04    Q.   Okay. |
| 5 | 05    But you didn't have any role -- your |
| 6 | 06 recollection is that you saw this document kind of |
| 7 | 07 as is? |
| 8 | 08    A.   Yes. |
| 9 | 09    Q.   Okay. |
| 10 | 10    Now, why don't we go to 128207. |
| 11 | 11    I wanted to direct your attention to, I |
| 12 | 12 guess, each of the four or five columns on this |
| 13 | 13 document. |
| 14 | 14    Sir, the very first column or chart seems |
| 15 | 15 to read:  "Technology Spread Analysis." |
| 16 | 16    Do you agree with me, sir? |
| 17 | 17    A.   Yes. |
| 18 | 18    Q.   Can you give me a sense of what the -- |
| 19 | 19 what the spread and growth rates mean in the last |
| 20 | 20 two columns of this -- this first subsection? |
| 21 | 21    MR. GOLDSTEIN:  Objection to form.  Lacks |
| 22 | 22 foundation. |
| 23 | 23 BY MR. WEISER: |
| 24 | 24    Q.   Do you see the column, sir, the very last |
| 25 | 25 column in this first chart that reads "growth"? |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00137:01    A.   Yes.
2    02      Q.   Do you see the column to the left of that
3    03   which seems to read "spread," and then there's a
4    04   percentage symbol?
5    05      A.   Yes.
6    06      Q.   Can you give me some sense of how to --
7    07   how to read this chart then?
8    08          MR. GOLDSTEIN: Objection to form. Lacks
9    09   foundation.
10   10   BY MR. WEISER:
11   11      Q.   For example, like in the west, what was
12   12   the -- what was the budget number for the spread
13   13   percentage?
14   14          MR. GOLDSTEIN: Objection to form.
15   15          THE WITNESS: He would -- the spread
16   16   would be what percent of general business that you
17   17   had.
18   18          So if you look at the one, two, three --
19   19   fourth column --
20   20   BY MR. WEISER:
21   21      Q.   Okay.
22   22      A.   -- from the right, I'm sorry, "FY00
23   23   actuals," that number would be 100 percent.
24   24          So the spread -- at that point we -- west
25   25   had 38 percent of the business.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00138:01    Q.   Okay.
2    02          So it was -- so west was the biggest
3    03   slice of general business during fiscal year 2000?
4    04      A.   Yes.
5    05      Q.   Okay.
6    06          And -- and the plan was that -- that west
7    07   was going to be the biggest part of general business
8    08   for 2001 --
9    09          MR. GOLDSTEIN: Objection to form.
10   10   BY MR. WEISER:
11   11      Q.   -- is that correct?
12   12      A.   Yes.
13   13      Q.   Okay.
14   14          And, sir, that growth figure that's the
15   15   last -- that's the last column in this little chart,
16   16   does that -- does that figure mean that the west
17   17   business, the west technology business was going to
18   18   grow by 27 percent during fiscal year '01?
19   19          MR. GOLDSTEIN: Objection to form. Lacks
20   20   foundation
21   21          THE WITNESS: That's what John Nugent had
22   22   put in, yes.
23   23   BY MR. WEISER:
24   24      Q.   Okay.
25   25          But I -- I do understand the import of
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00139:01   that number, I'm drawing the right conclusion about
2    02   what that 27 figure -- 27 percent figure means?
3    03          MR. GOLDSTEIN: Objection to form.
4    04          THE WITNESS: I believe so, yes.
5    05   BY MR. WEISER:
6    06      Q.   Okay.
7    07          And you say Mr. Nugent actually plugged
8    08   that number in.
9    09          Is that correct?
10   10          MR. GOLDSTEIN: Objection to form.
11   11          THE WITNESS: I believe he did.
12   12   BY MR. WEISER:
13   13      Q.   Okay.
14   14          Did you -- at the time, did you believe
15   15   that that was a realistic number for the west for
16   16   fiscal year 2001?
17   17          MR. GOLDSTEIN: Objection to form.
18   18          THE WITNESS: I was -- I was somewhat
19   19   concerned that we were putting too large a growth
20   20   rate in on the technology, because we were starting
21   21   to see a little bit of a change of market in the dot
22   22   coms.
23   23   BY MR. WEISER:
24   24      Q.   Okay.
25   25          Can you -- can you talk about that for a
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00140:01   couple minutes, about the changes in the market that
2    02   you are saying in the dot coms?
3    03          MR. GOLDSTEIN: Objection to form.
4    04   BY MR. WEISER:
5    05      Q.   Could you -- can you give me some sense
6    06   of why you discerned this change at or around this
7    07   time period?
8    08          MR. GOLDSTEIN: Same objection.
9    09          THE WITNESS: We were starting to see our
10   10   customers -- there was an underlying --
11   11          There was a call for profitability.
12   12          There was a preservation of cash, and --
13   13   they were trying to preserve cash.
14   14          And the last would be a lack of the same
15   15   amount of new funding coming into the market.
16   16   BY MR. WEISER:
17   17      Q.   Is that venture capital funding?
18   18      A.   Yes.
19   19      Q.   And -- and when did you -- if you had --
20   20   and I understand this is several years ago now.
21   21          But if you had to, do you recall, sir,
22   22   when you first started getting the sense that the
23   23   dot com was not going to grow as it had, say, in
24   24   fiscal 2000?
25   25          MR. GOLDSTEIN: Objection to form.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00141:01   THE WITNESS: You know, during this
02 planning process we started to see -- we talked
03 about it.
04 BY MR. WEISER:
05   Q.   So approximately maybe April or May of
06 2000?
07   A.   Or, say, a couple months prior to that.
08   Q.   Okay.
09        When you say "we talked about it," who
10 are you referring to?
11   A.   John Nugent.
12   Q.   Okay.
13        Did you ever have any conversations with
14 Mr. Roberts about this issue?
15   A.   I did.
16        We had a quarterly business review that I
17 discussed it.
18   Q.   When was the quarterly business review?
19   A.   Sometime early in Q4.
20   Q.   In Q4?
21   A.   Yes.
22   Q.   Was there a quarterly -- was there a QB
23 review in 2Q01?
24   A.   We -- we usually had them twice a year.
25 Sec--

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00142:01   Q.   But you don't --
02   02   A.   Second and fourth quarter.
03   03   Q.   But you don't actually recall expressing
04 this -- this view to Mr. Roberts during 2Q01?
05   05   A.   No.
06   06   Q.   Okay.
07   07        But certainly if you had felt it in -- in
08 the beginning of Q101, had you had the opportunity,
09 you would have -- you would have said the same thing
10 to Mr. Roberts during 2Q01?
11   11        MR. GOLDSTEIN: Objection to form.
12 BY MR. WEISER:
13   13   Q.   Do you understand question, sir?
14   14   A.   I'm getting a little bit lost in the
15 dates.
16   16   Q.   I know, we're jumping around a lot.
17   17        I guess my only point was, if you thought
18 there was going to be -- let me strike that. Let me
19 try to rephrase.
20   20        When you and Mr. Nugent were having these
21 conversations about the slowdown in dot com, did you
22 have any understanding as to whether Mr. Nugent
23 reported this information on to Mr. Roberts?
24   24        MR. GOLDSTEIN: Objection to form.
25   26        THE WITNESS: I don't know if he did or

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00143:01 not.
02 BY MR. WEISER:
03   03   Q.   Did you ever think it was important
04 enough that, "Hey, maybe I'll call George Roberts
05 about this and we'll talk to him about this"?
06   06        MR. GOLDSTEIN: Objection to form.
07   07        THE WITNESS: I did not think or call
08 George on that.
09 BY MR. WEISER:
10   10   Q.   Okay.
11   11        Is it -- is it fair to say, sir, that you
12 believed by the beginning of fiscal year '01,
13 that -- that the west would not grow at the same
14 rate it did in fiscal year 2000?
15   15   A.   To the best of my recollection, yes.
16   16   Q.   That was your sense at the time?
17   17   A.   Yes.
18   18   Q.   And you communicated that sense to
19 Mr. Nugent at the beginning of fiscal year '01?
20   20   A.   Yes.
21   21   Q.   Okay.
22   22        What was Mr. Nugent's reaction to -- to
23 your statement; do you recall?
24   24   A.   He listened. I mean, that's . . .

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00144:01   Q.   Did he agree with you?
02   02        Was he -- was he getting the same -- was
03 he getting the same sense, I suppose?
04   04        MR. GOLDSTEIN: Object to form.
05   05        THE WITNESS: He -- you know, again, he
06 just collected data -- you know, collected opinions
07 and built a business plan.
08   08        So he didn't really say, "Yes, I agree,"
09 or, "I see this," you know.
10   10        I didn't have any feedback from him on
11 it.
12 BY MR. WEISER:
13   13   Q.   You didn't have any feedback.
14   14   A.   Right.
15   15   Q.   Okay. So earlier a few minutes ago when
16 you said you discussed it with him, that -- would it
17 be more apt to say that you mentioned it to him, and
18 you really did not have a discussion with him about
19 this idea.
20   20        Would that be fair to say?
21   21        MR. GOLDSTEIN: Objection to form.
22   22        THE WITNESS: Well, we had a discussion.
23 but I don't know --
24   24        (Reporter interruption.)
25   25        MR. GOLDSTEIN: Go ahead, you should

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00145:01 finish your answer.
2   02        THE WITNESS: I don't know what he -- I
3   03 don't know what he did with the data, or with the --
4   04 with the points that we discussed.
5   05 BY MR. WEISER:
6   06   Q.  Okay.
7   07        And the only reason why -- I'm not trying
8   08 to get you to say it was a discussion or anything.
9   09        But you just said he didn't give you any
10  10 feedback, and that suggested to me that there was --
11  11 it was maybe more something you mentioned to him, as
12  12 opposed to something that you really had a
13  13 discussion with him about.
14  14        Do you understand the source of my
15  15 confusion?
16  16        MR. GOLDSTEIN: It doesn't matter whether
17  17 he understands the source of your confusion.  I
18  18 don't see -- hear a question in there, so let's wait
19  19 for a question.
20  20 BY MR. WEISER:
21  21   Q.  Sir, did you have a discussion with John
22  22 Nugent about this perceived slowdown in the dot com
23  23 business, or did you just mention this to him on a
24  24 single occasion?
25  25        MR. GOLDSTEIN: Objection.  Asked and
```

Oracle Related Cases                                   Page 145

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00146:01 answered.  Also to form.
2   02        THE WITNESS: I had a discussion with
3   03 John Nugent about the slowdown.
4   04 BY MR. WEISER:
5   05   Q.  Okay.
6   06        A few moments ago when you said one of
7   07 the reasons why you believed the dot com was slowing
8   08 down, I believe you talked about -- you mentioned
9   09 this idea of profitability.
10  10        Can you give me a sense of what you --
11  11 what you meant by that?
12  12   A.  We were seeing companies that were going
13  13 to not spend any more money until they were
14  14 profitable.
15  15   Q.  Okay.  And in prior fiscal years, say,
16  16 beginning part of fiscal year 2000 or in fiscal year
17  17 '99, that was not the case?
18  18   A.  True.
19  19   Q.  Because in fiscal year '99, or the
20  20 beginning part of fiscal year 2000, most of your
21  21 customers were -- were most concerned with building
22  22 their business and growing the revenues as fast as
23  23 they could?
24  24        MR. GOLDSTEIN: Objection to form.
25  25        THE WITNESS: That, and we were selling
```

Oracle Related Cases                                   Page 146

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00147:01 even companies pre-revenue.
2   02 BY MR. WEISER:
3   03   Q.  You were selling companies pre-revenue?
4   04   A.  Yes.
5   05   Q.  Okay.
6   06        So -- so this move to profitability was a
7   07 shift in the nature of your customer base?
8   08   A.  Yes.
9   09   Q.  Particularly in the west?
10  10   A.  Yes.
11  11   A.  I only say that because so many of the
12  12 west customers were dot com customers.
13  13        MR. GOLDSTEIN: Objection to form.
14  14 BY MR. WEISER:
15  15   Q.  Is that correct, sir?
16  16   A.  True.
17  17   Q.  Okay.
18  18        And let me -- okay.
19  19        Sir, if you take a look at this same
20  20 page, I think it's the middle column, there's a
21  21 heading that reads "Dot" -- well, what I suppose is
22  22 "Dot Com Analysis."
23  23        Do you see that heading, sir?
24  24        MR. NADOLENCO: Is that a row?
25  25        MR. WEISER: Is that a row?
```

Oracle Related Cases                                   Page 147

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00148:01        THE WITNESS: I see it, yes.
2   02        MR. WEISER: Okay.  I suppose it is a
3   03 row.
4   04        MR. GOLDSTEIN: What -- I'm sorry, what
5   05 page are we on now?
6   06        MR. WEISER: Same page.  It's 128207.
7   07        MR. GOLDSTEIN: Okay.  Thank you.
8   08        Third row?
9   09        MR. WEISER: Correct.
10  10   Q.  And, sir, does this document refresh your
11  11 recollection as to -- as to what the budgeted growth
12  12 rate was for the west for fiscal year '01?
13  13        MR. GOLDSTEIN: Objection to form.
14  14        THE WITNESS: It looks like there is an
15  15 assigned growth rate.
16  16 BY MR. WEISER:
17  17   Q.  Can you tell me -- can you tell me what
18  18 column or what row you were looking at to find that
19  19 assigned growth rate?
20  20        Is it the column that says "Fiscal year
21  21 00-01 growth"?
22  22   A.  There would be that one.
23  23        And then you go down three more columns.
24  24   Q.  Okay.
25  25   A.  That would be the adjusted.
```

Oracle Related Cases                                   Page 148

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00149:01   Q.   Okay.

2   02         Sir, can you -- can you tell me what is

3   03   the difference between a growth rate and the

4   04   adjusted growth rate as it appears in these columns?

5   05         MR. GOLDSTEIN:   Object to form.

6   06         THE WITNESS:   There was a growth rate

7   07   that John Nugent -- he took actuals, put a growth

8   08   rate on a, then made a $4 million adjustment.

9   09         And then that came out to the new

10  10   adjusted growth.

11  11   BY MR. WEISER:

12  12   Q.   Okay.

13  13         What do you mean Mr. Nugent look

14  14   "actuals?"   What exactly are you referring to?

15  15   A.   You would take -- you would take FY00

16  16   data --

17  17   Q.   Okay.

18  18   A.   -- put some growth rate on, come up with

19  19   a number.

20  20         At that point, John looked like on his

21  21   report reduced the west by $4 million.

22  22         So rather than a 35 percent growth, it

23  23   looked like it was going to be a 32 percent growth.

24  24   Q.   Okay.   Okay.

25  25         So going back to that first fiscal year

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00150:01   2000-2001 growth column, was that the -- was the

2   02   corporate level direction for the budget?

3   03         MR. GOLDSTEIN:   Objection to form.   Lacks

4   04   foundation.

5   05         MR. WEISER:   Actually, let me go back.

6   06   Q.   Do you know if -- if the document we are

7   07   reviewing right now had been -- had been reviewed by

8   08   Mr. Roberts?

9   09   A.   I do not know.

10  10   Q.   In other words, I'm just trying to get

11  11   some sense in the budgeting process when this --

12  12   when this document was prepared.

13  13         Was it the beginning of the budgeting

14  14   process or -- or the end of the budgeting process?

15  15         MR. GOLDSTEIN:   Objection to form.

16  16         THE WITNESS:   I would think that at that

17  17   point John had received some preliminary numbers for

18  18   FY01.

19  19         What I am not clear of is if these

20  20   numbers came from George Roberts or if this document

21  21   went up to George for planning.   I just -- the

22  22   timing and who sent who each other I'm not aware of.

23  23   BY MR. WEISER:

24  24   Q.   And I will -- I will tell you, sir, it

25  25   appears as though there are a few different dates on

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00151:01   several of these documents.

2   02         Like, for example, on the last page in

3   03   this packet, that's 128220, that you indicated you

4   04   believed your handwriting was on -- excuse me -- it

5   05   appears that the date of that document is 3/27/2000.

6   06         But later on, there are different dates.

7   07         For example, if you go to 128210, it

8   08   looks like that document may have been prepared or

9   09   maybe it was just ran on 4/11/2000.

10  10         Do those dates help you try -- help you

11  11   have an understanding as to -- as to when this

12  12   document -- what stage in the budgeting process this

13  13   document was prepared?

14  14   A.   It really doesn't.

15  15   Q.   Okay.

16  16   A.   I am just not clear if John -- if this is

17  17   something we prepared and sent up to George Roberts,

18  18   or if it was vice versa, if John had received

19  19   numbers from George and was distributing to us.

20  20   Q.   Well, let me ask you this question, then:

21  21         Typically, would John Nugent apply a

22  22   management judgment to George Roberts' number to

23  23   make it higher or lower?

24  24   A.   I wasn't aware what he did with his

25  25   judgment.

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00152:01         Not for planning, I wouldn't think so.

2   02   Q.   For planning, George Roberts has the

3   03   final word, at least vis-a-vis Mr. Nugent.   Correct?

4   04         MR. GOLDSTEIN:   Objection to form.

5   05   BY MR. WEISER:

6   06   Q.   In terms of planning the final budget

7   07   number.

8   08         If there's a -- let's say there was a

9   09   disagreement between Mr. Nugent and Mr. Roberts

10  10   about what the budgeted growth number should be,

11  11   Mr. Roberts' view is going to win at the end of the

12  12   day?

13  13   A.   Yes, it is.

14  14   Q.   Okay.

15  15         Now, let me ask you about this "Fiscal

16  16   Year '01 growth" column, where it seems to report

17  17   that -- that west was budgeted for 35 percent

18  18   growth.

19  19         Would you -- would you agree with my

20  20   reading of the document there?

21  21         MR. GOLDSTEIN:   You are still on

22  22   page 012820?

23  23         MR. WEISER:   I am.

24  24         (Reporter interruption.)

25  25         MR. NADOLENCO:   And you are looking just

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00153:01 at the "dot com analysis"?
2    02      MR. WEISER: Correct.
3    03      THE WITNESS: Yes. it looks like that's
4    04 what the planning was for dot com growth.
5    05 BY MR. WEISER:
6    06      Q. Okay.
7    07      So dot com -- excuse me.
8    08      The west was going to grow -- was
9    09 budgeted to grow 35 percent.
10   10      Based on this dot com slowdown that you
11   11 said you had already seen, did you think 35 percent
12   12 was a realistic growth number?
13   13      MR. GOLDSTEIN: Objection to form.
14   14      THE WITNESS: I really can't remember.
15   15      I mean, I must not of, 'cause it looks
16   16 like -- it looks like it ended up being at 32
17   17 percent.
18   18 BY MR. WEISER:
19   19      Q. Okay.
20   20      Do you have any recollection --
21   21      Did you think dot com could grow 31
22   22 percent overall during fiscal year '01, based on --
23   23 based on your sense of what was happening in the dot
24   24 com sector, right, at this point in time?
25   25      MR. GOLDSTEIN: Objection to form.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00154:01      THE WITNESS: I -- I guess I was probably
2    02 nervous, is the way to word that.
3    03 BY MR. WEISER:
4    04      Q. Okay.
5    05      Did you ever tell Mr. Roberts that you
6    06 thought the 35 percent growth for the west was too
7    07 aggressive?
8    08      MR. GOLDSTEIN: Objection to form.
9    09      THE WITNESS: I don't remember talking to
10   10 George about the planning.
11   11 BY MR. WEISER:
12   12      Q. Did you ever tell Mr. Nugent that you
13   13 believed that the 35 percent growth target for the
14   14 west was -- was too high?
15   15      MR. GOLDSTEIN: Same objection.
16   16      THE WITNESS: I don't remember specific
17   17 discussion about it.
18   18 BY MR. WEISER:
19   19      Q. That, in your words, it made you nervous,
20   20 as you indicated a moment or two ago?
21   21      A. I assume I had a discussion, I just don't
22   22 remember a specific discussion about it.
23   23      Q. In the process of setting the budget for
24   24 fiscal year 2001, did you actually ever submit a
25   25 budgeted growth rate number for the west to
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00155:01 Mr. Nugent?
2    02      A. I did not.
3    03      Q. You did not.
4    04      That wouldn't be something you would
5    05 typically do?
6    06      A. No.
7    07      Q. Okay.
8    08      A few minutes ago you were -- you were
9    09 mentioning -- you mentioned venture capital funding
10   10 starting to wane, as being one of the factors that
11   11 caused you to believe that maybe the dot com market
12   12 was slowing down.
13   13      Is that true, sir?
14   14      A. Yes.
15   15      Q. Could you give me a sense of what type of
16   16 impact -- tell the court, more importantly, what
17   17 type of impact a slowdown in venture funding would
18   18 have on your customers, dot com customers?
19   19      MR. GOLDSTEIN: Objection to form.
20   20      THE WITNESS: The slowdown of funding
21   21 would be a couple. One is how quickly one could get
22   22 funding. It went from business plan, to approval,
23   23 to funding very quickly during the peak period.
24   24      So one would be a timing of slowdown, and
25   25 second would be availability where they might have
```

Classick, Nicholas (Vol. 01) - 02/17/2004 9:43:00 AM

```
1    00156:01 gotten, example, 20 million, now they might get half
2    02 that, 10 or 5.
3    03      So it was a combination of length of time
4    04 and amount of dollars.
5    05 BY MR. WEISER:
6    06      Q. And when you say "they," sir, are you
7    07 talking about the funding that your customers were
8    08 receiving from venture capitalists?
9    09      A. Potential start-ups, yes.
10   10      Q. Potential start-ups.
11   11      And this kind of goes to what you were
12   12 saying a few moments ago, that you were selling some
13   13 product, west was selling some product even
14   14 pre-revenue?
15   15      MR. GOLDSTEIN: Objection to form.
16   16      THE WITNESS: We were selling to
17   17 companies before they had revenue.
18   18 BY MR. WEISER:
19   19      Q. Before they had revenue.
20   20      A. Yes.
21   21      Q. Sorry.
22   22      And without venture funding, start-ups
23   23 can't -- can't capitalize a business, can they?
24   24      MR. GOLDSTEIN: Objection to form.
25   25      THE WITNESS: To my knowledge, they
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00157:01 can't.

02 BY MR. WEISER:

03    Q.  Okay.

04        And, sir, you said a moment ago, you
05 mentioned a peak period, that the venture funding
06 already at this point in April or May of 2000, the
07 venture funding had started to slow down a little
08 bit compared to the peak period.

09        In your own mind, what period are you
10 referring to there?

11    A.  Probably calendar year 1999.

12    Q.  Calendar year 1999.

13        That would have been Oracle's fiscal
14 year —

15    A.  '99 and '00.

16    Q.  And '00.

17        And — and just so I understand your
18 testimony.

19        In fiscal year 2000, had you already
20 started to see some signs of this dot com slowdown,
21 maybe towards the tail end of fiscal year 2000?

22    A.  Not really, no.

23    Q.  Okay.  Okay.

24        Sir, if you would be so good . . .

25        Just to wrap up this idea for a second.

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00158:01 So a slowdown in VC funding or VC funding drying up
02 would have a direct impact on your particular
03 business, the west, because so many of the west
04 customers were dot com customers —

05    A.  True.

06    Q.  — who were being funded by venture
07 capitalists?

08    A.  True.

09    Q.  Okay.

10        MR. WEISER:  You know, why don't we take
11 a break for lunch now.  I can't concentrate if I'm
12 hungry.

13        THE VIDEOGRAPHER:  The time is
14        We are off the record.

15        (Lunch recess taken.)

16 AFTERNOON SESSION

17        THE VIDEOGRAPHER:  The time is 1:31.
18        We are on the record.

19

20        . EXAMINATION

21

22 BY MR. WEISER (Resumed):

23    Q.  Good afternoon, Mr. Classick, nice to see
24 you back.

25    A.  Thank you.

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00159:01    Q.  Just to wrap up a couple points on the
02 budget planning process and time frame from this
03 morning.

04        We're talking about the April/May 2000
05 time frame, and I just — I just want to make sure I
06 understood your testimony from this morning.

07        At that point in time, which I guess
08 would be late fiscal year 2000, and very, very early
09 in fiscal year 2001, or I guess more — I guess
10 that's more late fiscal 2000, had Oracle already
11 seen or had west already seen any impact on its
12 business due to the dot com slowdown?

13        MR. GOLDSTEIN:  Objection.  Asked and
14 answered.

15        THE WITNESS:  We were starting to see a
16 little bit of a slowdown.  It wasn't significant.

17 BY MR. WEISER:

18    Q.  Okay.

19        Are you familiar with the term "ops
20 review," as it relates to general business during
21 fiscal year '01?

22    A.  Yes.

23    Q.  Was there an ops review for general
24 business at some point during 2Q01?

25    A.  We usually had an operations review in Q2

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

00160:01 and in early Q4, so . . .

02    Q.  I'm sorry, pardon me.

03        Would you mind repeating that answer?  I
04 apologize.

05    A.  We usually had an ops review in Q2, and
06 also in early Q4.

07    Q.  Okay.

08        And that had been typically true for the
09 prior several fiscal years?

10    A.  Yes.

11    Q.  Okay.

12        Do you remember — so let me — actually,
13 let me rephrase that question.

14        Is this a meeting at which — at which
15 you would attend?  Like, was this a meeting or was
16 this more like a conference call?  Could you explain
17 what happened?

18        For example, like the 2001 ops review,
19 can you explain what the — what the circumstances
20 were surrounding that review?

21    A.  We usually — we would have half a day
22 review for general business with George Roberts, and
23 we would look at past results in the next — you
24 know, that upcoming quarter, and any other issues we
25 had.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00161:01    Q.   Where would this half-day meeting take
2   02   place?
3   03    A.   A variety of different cities.  We had
4   04   one in Boston, one in Chicago, one in Dallas, one in
5   05   San Francisco.  There was no set place.
6   06    Q.   Do you remember where the 2Q01 --
7   07    A.   I do not.
8   08    Q.   -- meeting occurred?
9   09    A.   I do not.  I don't remember.
10  10    Q.   Were you asked to prepare any materials
11  11   or data for the 2Q01 ops review?
12  12    A.   I assume so.  I mean, I -- there is --
13  13   excuse me.
14  14       In our operation view either the area
15  15   people, my three peers and myself, would present or
16  16   we'd give the information to John Nugent and he
17  17   would prepare all of it.
18  18    (Reporter interruption.)
19  19       THE WITNESS:  I just can't remember what
20  20   format the one in Q2 was.
21  21   BY MR. WEISER:
22  22    Q.   So you may have actually made a
23  23   presentation at the Q2 ops review?
24  24    A.   I might have, yes.
25  25    Q.   Okay.  Okay.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00162:01    Can you give me a sense as to why -- why
2   02   general business had these ops reviews in 2Q and 4Q
3   03   of most fiscal years?
4   04    A.   Q1 we would do our business reviews with
5   05   the regions.
6   06       So, again, something we didn't want to do
7   07   every quarter, so we picked those two, you know,
8   08   twice a year to do them.
9   09    Q.   Okay.
10  10       So at this ops review, the -- it was
11  11   either the four area leaders or John Nugent would
12  12   make a presentation.
13  13       Is that correct?
14  14    A.   Yes.
15  15    Q.   Would George Roberts attend this -- this
16  16   ops review --
17  17    A.   Yes.
18  18    Q.   -- the quarterly ops review?
19  19       Would -- would Jennifer Minton attend the
20  20   ops review?
21  21    A.   I do not remember her ever being there.
22  22    Q.   Safra Catz?
23  23    A.   No.
24  24    Q.   Larry Ellison?
25  25    A.   No.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00163:01    Q.   Okay.
2   02       Do you happen to know if -- if Oracle
3   03   produced any documents to plaintiffs in this
4   04   litigation relating to the 2Q01 ops review?
5   05       MR. GOLDSTEIN:  I'm going to object.
6   06   That's something you should ask the counsel, not a
7   07   witness.
8   08       He doesn't know anything about what
9   09   Oracle has produced in this case.
10  10       MR. WEISER:  Well, he doesn't know what
11  11   documents were in his possession or control that he
12  12   may have prepared?
13  13       MR. GOLDSTEIN:  That's a different
14  14   question.
15  15   BY MR. WEISER:
16  16    Q.   Well, I'd like to -- would you -- would
17  17   you -- can you try to answer that question?
18  18    (To Mr. Goldstein:)  Unless you're going
19  19   to direct him not to answer.
20  20       MR. GOLDSTEIN:  What is the question?
21  21   BY MR. WEISER:
22  22    Q.   The question is:
23  23       Do you -- are you aware of any materials
24  24   that were produced by Oracle in this litigation in
25  25   connection with that review?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1   00164:01    A.   I'm not aware of any.
2   02    Q.   Okay.
3   03       Currently, sir, do you have any documents
4   04   in your custody or control relating to the 2Q01 ops
5   05   review?
6   06    A.   No.
7   07       MR. WEISER:  I'd like to make a request
8   08   now on the record that the plaintiffs be produced
9   09   whatever documents are in Oracle's possession
10  10   regarding the 2Q01 ops review.
11  11       I do not believe we've seen any documents
12  12   in that regard.
13  13       MR. GOLDSTEIN:  I don't know that you've
14  14   asked for them.  I don't know what we are going to
15  15   do.
16  16       You can send me a letter and we'll
17  17   consider it?
18  18       MR. WEISER:  Okay.
19  19    Q.   Okay.
20  20       Sir, do you happen to remember, perhaps
21  21   at this ops review in 2Q01, expressing any
22  22   sentiments regarding dot com business to
23  23   Mr. Roberts?
24  24    A.   I probably discussed that that was part
25  25   of the business that I thought was at risk.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
00165:01   Q.  Okay.
02          But do you -- do you recall saying
03   anything to Mr. Roberts other than what you just
04   described, that business was at risk?
05          A.  I do not.
06          Q.  Did you have the sense at that point --
07   now this is October, say, 2000 -- that there was an
08   increased risk from -- in the dot com sector,
09   vis-a-vis when the budget planning was going on in
10   April and May 2000?
11          MR. GOLDSTEIN:  Object to form.
12          THE WITNESS:  Yes.
13   BY MR. WEISER:
14          Q.  Did you communicate this increased sense
15   of risk to Mr. Roberts?
16          A.  During the ops review, yes, I did.
17          Q.  Do you remember Mr. Roberts' reaction to
18   your -- to your statement?
19          A.  Nothing really stands out.
20          Q.  Did you ever -- did you ever ask
21   Mr. Roberts why forecast numbers were -- were
22   sticking the same in light of this perceived
23   difficulty you saw in the dot com business?
24          MR. GOLDSTEIN:  Objection.  Lacks
25   foundation.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
00166:01          Objection to form.
02          THE WITNESS:  Again, forecast numbers are
03   different than budget numbers.
04   BY MR. WEISER:
05          Q.  I understand that.
06          A.  So forecast -- my forecast was --
07   included that dot com business.
08          So I guess I'm not clear on your
09   question.
10          Q.  Okay.
11          I guess I'm just trying to get a sense,
12   sir, of what exactly you told Mr. Roberts at the --
13   at the ops review in -- in 2001.
14          I mean, certainly you just didn't say,
15   "Dot com is slowing down."
16          I mean, did -- or was that the extent of
17   the conversation you had with him at this point?
18          A.  It wasn't --
19          MR. GOLDSTEIN:  Objection.  Asked and
20   answered.
21          MR. WEISER:  He hasn't answered it,
22   Counsel.
23          MR. GOLDSTEIN:  The objection stands.
24          You can tell him again.
25          THE WITNESS:  It wasn't -- it wasn't much
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
00167:01   of a discussion.  I just noted --
02          We usually had one page, just critical
03   business factors, and I probably had on there the
04   slowdown in the dot com business.
05   BY MR. WEISER:
06          Q.  At this point, did you think it was
07   possible that the west could meet its budget
08   numbers?
09          MR. GOLDSTEIN:  Objection to form.
10          THE WITNESS:  I still thought it was
11   possible.
12   BY MR. WEISER:
13          Q.  Did you think it was likely?
14          MR. GOLDSTEIN:  Same objection.
15          THE WITNESS:  I really can't remember, I
16   mean, three years ago in October what I thought
17   my -- (shrugs).
18   BY MR. WEISER:
19          Q.  How about this:
20          From the time the budget numbers were set
21   in April and May, did you believe dot com -- dot com
22   business was worse than it had been six months
23   prior?
24          A.  Yes.
25          MR. GOLDSTEIN:  Objection to form.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
00168:01          THE WITNESS:  Sorry.
02          MR. GOLDSTEIN:  That's all right.
03   BY MR. WEISER:
04          Q.  Did Mr. Roberts ever express the notion
05   to you that when things were going great guns back
06   in fiscal 2000, that -- that they didn't take budget
07   numbers higher, and he didn't see any reason to
08   lower them now in light of this more challenging
09   environment?
10          Do you ever call Mr. Roberts saying
11   something like that to you?
12          A.  I received --
13          MR. GOLDSTEIN:  Objection to form.
14          THE WITNESS:  I received the information,
15   that information from John Nugent.
16   BY MR. WEISER:
17          Q.  In other words, do you -- so you do
18   remember Mr. Nugent telling you that Mr. Roberts
19   said something to the effect like I just
20   described --
21          A.  Yes.
22          Q.  -- is that right?
23          How -- how did -- how did Mr. Nugent
24   communicate that information to you?
25          MR. GOLDSTEIN:  Objection to form.
```

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1    00169:01        THE WITNESS: I believe it was a phone
2    02 call.
3    03 BY MR. WEISER:
4    04    Q.  Okay.
5    05        Do you think Mr. Roberts --
6    06        Did you have any understanding as to
7    07 whether Mr. Roberts felt pressure to keep the budget
8    08 numbers high?
9    09    A.  I wasn't aware of it --
10   10    Q.  Okay.
11   11    A.  -- on that.
12   12    Q.  Did Mr. Nugent ever express that sense to
13   13 you, that he felt like Mr. Roberts was under
14   14 pressure to keep the numbers high?
15   15    A.  The budget numbers didn't change, they --
16   16 they were the same numbers we had June 1st.
17   17    Q.  How about forecast numbers during the
18   18 course of the quarter?
19   19        MR. GOLDSTEIN: Objection to form.
20   20        THE WITNESS: We forecast a number, and
21   21 that's what we, you know, tried to attain.
22   22 BY MR. WEISER:
23   23    Q.  And in 2000 -- withdrawn.
24   24        A few minutes ago you were testi- -- you
25   25 testified about the area level regional -- or I

Oracle Related Cases                                    Page 169

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1    00170:01 guess the area level managers getting together for a        ---
2    02 meeting in 2Q and 4Q every year.
3    03        But you also said something to the effect
4    04 that the -- the -- that the regional managers also
5    05 went through a similar -- also went through a
6    06 similar process.
7    07        Is that correct, sir?  Where there was a
8    08 general ops review for, like, the regional level
9    09 managers?
10   10    A.  Just in first quarter.
11   11    Q.  Okay.
12   12        I mean, do you actually -- would you
13   13 attend that meeting?
14   14    A.  Yes.
15   15    Q.  Okay.
16   16        Sir, when you -- when you were mentioning
17   17 the forecast number a moment ago, you said you had a
18   18 forecast number at the beginning of a quarter and it
19   19 was what it was throughout the quarter, I want to
20   20 know what number exactly were you talking about?
21   21        MR. GOLDSTEIN: Object to form.
22   22 BY MR. WEISER:
23   23    Q.  How about this:
24   24        In -- in -- in the west, was there a
25   25 forecast number at the beginning of each quarter?

Oracle Related Cases                                    Page 170

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1    00171:01    A.  I submitted a forecast at the beginning
2    02 of each quarter.
3    03    Q.  Okay.
4    04        Who did you submit the forecast to?
5    05    A.  John Nugent.
6    06    Q.  Okay.
7    07        And then would Mr. Nugent then establish
8    08 a forecast number for west for that quarter?
9    09    A.  I don't know.
10   10    Q.  Would -- would Mr. Roberts have any input
11   11 with respect to what the forecast number was going
12   12 to be for that quarter?
13   13        MR. GOLDSTEIN: Objection to form.
14   14        MR. WEISER: To your knowledge.
15   15        THE WITNESS: I don't know.
16   16 BY MR. WEISER:
17   17    Q.  Okay.
18   18        So you would provide some type of number
19   19 to John Nugent, and then would -- would Mr. Nugent
20   20 then set or establish the forecast number for the
21   21 west for a given quarter?
22   22        MR. GOLDSTEIN: Objection to form.
23   23        Also asked and answered.
24   24        THE WITNESS: I worked -- I worked on
25   25 mine for the forecast number I had submitted to

Oracle Related Cases                                    Page 171

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1    00172:01 John.
2    02 BY MR. WEISER:
3    03    Q.  But then -- I guess, what I'm asking you,
4    04 sir, then would Mr. Nugent then change or alter or
5    05 even discuss that number with you?
6    06    A.  Discuss it, but he wouldn't change -- to
7    07 my knowledge, he didn't change it.
8    08    Q.  Okay.
9    09        During the course of a quarter, would
10   10 you -- would you change that forecast number as
11   11 that -- as the quarter developed and you saw what
12   12 was in the pipeline, you saw what deals were closed,
13   13 things of that nature?
14   14    A.  The only time we'd change a forecast
15   15 would be like the last two weeks of a quarter,
16   16 unless there was a very significant, and let's say
17   17 $5 million or above, deal that closed that was not
18   18 in your forecast or fell out or something like that.
19   19        Otherwise, we stayed with that forecast
20   20 number until the last two weeks.
21   21    Q.  Do you know if that -- that was true for
22   22 the whole of general business?
23   23    A.  I do not know.
24   24    Q.  Okay.
25   25        What about for NAS, do you know if the

Oracle Related Cases                                    Page 172

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00173:01 NAS number got fixed at the beginning of a quarter
2    02 and then basically didn't move, absent some unusual
3    03 event the last two weeks of the quarter, till the
4    04 last two weeks of the quarter?
5    05    A.  Again, I don't know.
6    06    Q.  Okay.
7    07        Okay. Let me ask you this question,
8    08 Mr. Classick.
9    09        Were there any other performance-based
10   10 criteria that you would submit to Mr. Nugent at the
11   11 beginning of a quarter to measure the west business?
12   12        MR. GOLDSTEIN: Objection to form.
13   13        THE WITNESS: Just -- it would just be a
14   14 forecast is what I would submit to John.
15   15 BY MR. WEISER:
16   16    Q.  For example, did you have -- did you have
17   17 a best case number or -- let me step back.
18   18        What was that -- in your own mind, what
19   19 did that forecast number mean to represent?
20   20    A.  The forecast number was a commitment from
21   21 my business unit to John for that quarter.  We were
22   22 committing that amount of revenue.
23   23    Q.  How would you -- how would you actually
24   24 transmit that information to Mr. Nugent?
25   25        Would you tell him that forecast number
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00174:01 or would you send him an email, would it be both?
2    02    A.  It would be a hard copy from OSO that we
3    03 would discuss, and that was -- that's the number.
4    04    Q.  Okay.
5    05        Were there any other numbers that were
6    06 part of this presentation, other than the commit
7    07 number?
8    08    A.  We would have a worst case, a forecast,
9    09 and then a best case.
10   10    Q.  Okay.
11   11        And would all this information be
12   12 transmitted in one forecasting package, for lack of
13   13 a better term?
14   14    A.  Yes.
15   15    Q.  Okay.
16   16        And typically in the west, how much
17   17 disparity was there between, say, a worst case and
18   18 the best case in a given quarter?
19   19        MR. GOLDSTEIN: Objection to form.
20   20 BY MR. WEISER:
21   21    Q.  What type of dollars are we talking
22   22 about?
23   23    A.  Versus dollars, if I could give you a
24   24 percent --
25   25    Q.  Sure.
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00175:01    -- it might be easier.
2    02        Let's say worst case would be 15 percent
3    03 less than forecast.
4    04        And let's say best case would be 20
5    05 percent more than forecast.  As an average.
6    06    Q.  Okay.
7    07        Do you recall, sir, what the commit
8    08 number, the forecast number was for your business
9    09 unit during 3Q01?
10   10    A.  I believe I started the quarter at around
11   11 $70 million.
12   12    Q.  Okay.
13   13        Now, I understood your testimony earlier,
14   14 I asked you to indicate that absent some deal
15   15 greater than 5- -- greater than $5 million either
16   16 coming in to or leaving the pipeline, that that
17   17 forecast number would generally not be adjusted.
18   18        Is that correct?
19   19        MR. GOLDSTEIN: Object to form.
20   20        THE WITNESS: True.
21   21 BY MR. WEISER:
22   22    Q.  Okay.
23   23        Did you actually alter the forecast
24   24 number -- that during 3Q01?
25   25    A.  At mid-quarter -- mid-quarter, excuse
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00176:01 me -- mid-February I did.
2    02    Q.  Okay.
3    03        Do you remember what that number went
4    04 down to?
5    05    A.  It was --
6    06        (Reporter interruption.)
7    07        THE WITNESS: Low sixties, I don't know
8    08 the exact number.
9    09 BY MR. WEISER:
10   10    Q.  Okay.
11   11        Now, unlike the forecast number, would
12   12 you -- would you adjust the best case and worst case
13   13 numbers more often during a quarter?
14   14    A.  No.
15   15    Q.  So, in other words, at least within your
16   16 own business unit, all these numbers typically --
17   17 typically behaved in the same way, in that you set a
18   18 forecast number, a best case number, a worst case
19   19 number at the beginning of a quarter, and
20   20 essentially stuck with those numbers until the last
21   21 two-odd weeks of the quarter --
22   22    A.  Yes.
23   23    Q.  -- is that basically correct?
24   24        Do you remember what your best case was
25   25 for 3Q01?
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00177:01   A.   I do not remember.

2    02    Q.   Do you remember what your worst case was

3    03   at the beginning of 3Q01?

4    04    A.   I do not.

5    05    Q.   Okay.

6    06         Do you remember any adjustments you may

7    07   have made to the best case number late in the

8    08   quarter, 3Q01?

9    09    A.   I do not remember.

10   10    Q.   Same answer for worst case?

11   11    A.   Yes.

12   12    Q.   Okay.

13   13         Why don't we get the -- the December

14   14   7th -- oops, watch yourself -- email.

15   15         (Off the record.)

16   16   BY MR. WEISER:

17   17    Q.   Mr. Classick, why don't you take a moment

18   18   to familiarize yourself with this email a little

19   19   bit, please.

20   20         (Pause in proceedings for document review.)

21   21         THE WITNESS:  Okay.

22   22   BY MR. WEISER:

23   23    Q.   Okay.

24   24         Actually, before we get on to this email,

25   25   Mr. Classick, do you -- do you happen to recall when

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00178:01   we were talking about the forecast number a moment

2    02   ago, why that -- why that number was lowered in

3    03   mid-February '01?

4    04         Do you recall why you lowered the number?

5    05    A.   I'd have to make some assumptions.

6    06         I don't -- I assume that there was deals

7    07   that had slipped out or we had deals that were

8    08   smaller, and there was not enough pipeline to make

9    09   up the forecast the last two weeks.

10   10    Q.   Okay.  Okay.

11   11         Okay.

12   12         Mr. Classick, have you ever seen this

13   13   document before, this document marked DC 477?

14   14    A.   I have not.

15   15    Q.   Okay.

16   16         Do you know who David Winton is?

17   17    A.   I do.

18   18    Q.   Could you tell me who he is?

19   19    A.   He is in the finance department for

20   20   Oracle.   .

21   21         I think it -- this is written -- I think

22   22   he was George Roberts' finance manager.

23   23    Q.   Okay.

24   24         So you are saying, sir, during 3Q01, you

25   25   believed him to be George Roberts -- you believed

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00179:01   Mr. Winton to be George Roberts' finance manager.

2    02         Is that correct?

3    03    A.   Yes.

4    04    Q.   Okay.

5    05         Did you -- did you speak to Mr. Winton at

6    06   all during 3Q01?

7    07    A.   Not that I remember.

8    08    Q.   Okay.  Okay.

9    09         I wonder if we can go through this for a

10   10   second.

11   11         If you take a look at the -- what appears

12   12   to be the first paragraph in this email.  If you

13   13   take a look at that very first sentence, I'm going

14   14   to read this.

15   15         I always screw it up when I do this.  But

16   16   as near as I can tell, it reads:

17   17         "Just to let you know, the

18   18         review, background, and

19   19         discussions around our

20   20         initial Q3 forecast of

21   21         $346."

22   22         And then there's a big "M" after that.

23   23         Mr. Classick, would you agree to me

24   24   that -- or with me that that means 346 million?

25   25    A.   Yes.

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00180:01         MR. NADOLENCO:  Object- -- hold on.  I've

2    02   got to object as to form.

3    03         I think it's improper to question a

4    04   witness about an email that he didn't send or

5    05   receive and ask him what it means.

6    06         MR. WEISER:  But he's a businessperson

7    07   who -- who clearly understood that means 346

8    08   million, the same way you do sitting here looking at

9    09   it.

10   10         MR. NADOLENCO:  Well, then why did you

11   11   ask it?

12   12   BY MR. WEISER:

13   13    Q.   Do You know what that --

14   14         MR. GOLDSTEIN:  That much will allow,

15   15   but probably not a whole lot more, just as a heads

16   16   up.

17   17         MR. WEISER:  Well, you can always direct

18   18   him not to answer, Counsel, and we'll -- we'll do

19   19   what we want to do from there.

20   20         MR. GOLDSTEIN:  Okay.

21   21   BY MR. WEISER:

22   22    Q.   How about this:

23   23         Do you know what that 346 million number

24   24   refers to, Mr. Classick?

25   25         MR. GOLDSTEIN:  I am going to object and

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00181:01 I'm going to ask you to lay some foundation that you
2    02 haven't laid that this witness is in any position to
3    03 tell you what David Winton meant by anything in this
4    04 document.
5    05          Otherwise, we are going to have to move
6    06 on.
7    07          MR. WEISER: Well, it's your prerogative,
8    08 but -- are you directing the witness not to answer
9    09 the question?
10   10          MR. GOLDSTEIN: Yeah, I guess I am.
11   11          MS. LAVALLEE: What's your basis for
12   12 that?
13   13          MR. GOLDSTEIN: I'm not going to have him
14   14 speculate about what someone who he never spoke to
15   15 during a quarter, who he has no relationship with,
16   16 may have meant by this document.
17   17          MR. WEISER: Now you're testifying for
18   18 the witness. You should stop doing that, Counsel.
19   19          MR. GOLDSTEIN: Excuse me. If your
20   20 counsel wants an explanation, I will give it to her.
21   21 Don't ask me for an explanation if you don't want
22   22 one.
23   23 BY MR. WEISER:
24   24     Q.  Do you know what that $346 million figure
25   25 means, Mr. Classick?
```

Oracle Related Cases                                    Page 181

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00182:01          MR. GOLDSTEIN: No. I'm going to
2    02 instruct you not to answer.
3    03          Take it up with Judge Strine.
4    04          MR. WEISER: Let's get him on the phone
5    05 right now.
6    06          MR. GOLDSTEIN: That's fine.
7    07          THE VIDEOGRAPHER: The time is 1:56.
8    08          We are off the record.
9    09          (Off the record.)
10   10          THE VIDEOGRAPHER: The time is 2:07.
11   11          We are on the record.
12   12          MR. WEISER: And just for the record, the
13   13 parties to this deposition tried to raise the vice
14   14 chancellor on the phone, and they were unable to
15   15 reach him because they were told by the chancellor's
16   16 secretary that he is teaching at Harvard.
17   17     Q.  Mr. Classick, I'm sure you recall we were
18   18 talking about this email that David Winton wrote on
19   19 or about December 6th, 2000.
20   20          Sir, I asked you a question a few minutes
21   21 ago, you may recall, about what that 346 reference
22   22 means in the first line of this email.
23   23          Sir, do you have any idea what that
24   24 number refers to?
25   25          MR. GOLDSTEIN: And I'm going to clarify
```

Oracle Related Cases                                    Page 182

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00183:01 the question, Mr. Classick, that what I think he
2    02 wants you to do is read the document right here, and
3    03 if you can interpret it, sitting here today, and you
4    04 can interpret what Mr. Winton meant when he used the
5    05 words, I don't know, "Our initial Q3 forecast of 346
6    06 million," you can go ahead and do that.
7    07          But if you are not sure what me meant,
8    08 don't speculate. Because as Mr. Weiser said to you
9    09 earlier this morning, he doesn't want you to
10   10 speculate.
11   11 BY MR. WEISER:
12   12     Q.  Do you know what that means,
13   13 Mr. Classick, what he is referring to there?
14   14          It is perfectly okay to say that you
15   15 don't know or you're not sure, you would rather not
16   16 guess.
17   17          MR. GOLDSTEIN: Okay. Let's just let him
18   18 think and then answer. Okay?
19   19          MR. WEISER: Okay.
20   20          MR. GOLDSTEIN: So be quiet.
21   21          THE WITNESS: It appears to me that he is
22   22 referring to a forecast in Q3 of $346 million, is
23   23 what it says word for word.
24   24 BY MR. WEISER:
25   25     Q.  Do you know if that is the NAS forecast
```

Oracle Related Cases                                    Page 183

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

```
1    00184:01 for Q3?
2    02     A.  I do not know that.
3    03     Q.  Okay.
4    04          If you take a look at the paragraph
5    05 labeled Number 1 in this email, do you have any idea
6    06 what that second sentence refers to that reads:
7    07          "...disruption over
8    08          account moves in Majors last
9    09          year was the main factor."
10   10          The context of email is talking about the
11   11 growth comparison of last year.
12   12          Do you know what that refers to,
13   13 Mr. Classick?
14   14          MR. GOLDSTEIN: And it's the same -- same
15   15 ground rules. If you can interpret that sitting
16   16 here today, go ahead.
17   17          But don't speculate about what Mr. Winton
18   18 meant -- Mr. Winton meant.
19   19          THE WITNESS: I do not know.
20   20 BY MR. WEISER:
21   21     Q.  Okay.
22   22          Sir, do you know if at this point in
23   23 Q301, west had -- how many big deals, so-called big
24   24 deals west had in the pipeline?
25   25          MR. GOLDSTEIN: Objection to form.
```

Oracle Related Cases                                    Page 184

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00185:01 | THE WITNESS: I don't remember. |
| 2 | 02 | BY MR. WEISER: |
| 3 | 03 | Q. Okay. |
| 4 | 04 | Do you have any recollection as to how |
| 5 | 05 | many big deals west had in the pipeline at the |
| 6 | 06 | beginning of Q3 2000, fiscal year 2000? |
| 7 | 07 | A. I also do not remember. |
| 8 | 08 | Q. Sir, if you would turn your attention to |
| 9 | 09 | the second page of this email, there is a line that |
| 10 | 10 | reads: |
| 11 | 11 | "Q3 pipe not where it |
| 12 | 12 | needs to be - Based on the |
| 13 | 13 | conversion history, I think |
| 14 | 14 | we need another $50 |
| 15 | 15 | million" -- or, excuse me, |
| 16 | 16 | "50," and then a big M, "of |
| 17 | 17 | apps, and nearly $70," and |
| 18 | 18 | then a big M, "of tech to |
| 19 | 19 | feel statistically |
| 20 | 20 | comfortable to hit our Q3 |
| 21 | 21 | budget." |
| 22 | 22 | At this point, sir, during Q301, was the |
| 23 | 23 | west pipe where you believed it needed to be to hit |
| 24 | 24 | the budgeted numbers? |
| 25 | 25 | MR. GOLDSTEIN: Objection to form. |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00186:01 | He's -- he's reading something in this |
| 2 | 02 | document and then he's asking you a completely |
| 3 | 03 | different question. It's a game lawyers play |
| 4 | 04 | sometimes. |
| 5 | 05 | He's asking you if you thought that -- |
| 6 | 06 | MR. WEISER: That's enough with the |
| 7 | 07 | speeches, Counsel. |
| 8 | 08 | MR. GOLDSTEIN: He's asking you if you |
| 9 | 09 | thought -- he's confused, and I'm going to help him. |
| 10 | 10 | He's asking you if you thought you had |
| 11 | 11 | enough pipeline in G8 west at the beginning of the |
| 12 | 12 | third quarter. |
| 13 | 13 | It really has nothing to do with what |
| 14 | 14 | David Winton may have meant by that statement in |
| 15 | 15 | this document. |
| 16 | 16 | THE WITNESS: I really don't remember |
| 17 | 17 | what my pipeline was at this point, you know, |
| 18 | 18 | December 1st. |
| 19 | 19 | BY MR. WEISER: |
| 20 | 20 | Q. Do you remember having any conversations |
| 21 | 21 | with Mr. Nugent about the NAS pipeline at around |
| 22 | 22 | this time? |
| 23 | 23 | A. No, I do not. |
| 24 | 24 | Q. Do you have any sense, sir, as to -- as |
| 25 | 25 | to how Mr. Winton was compiling the information for |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00187:01 | this email? |
| 2 | 02 | A. I have no idea. |
| 3 | 03 | Q. Okay. |
| 4 | 04 | That's it. |
| 5 | 05 | Sir, going back to the -- the ops meeting |
| 6 | 06 | of 2Q01, in light of your testimony regarding the |
| 7 | 07 | slowdown in dot com, I was just wondering if at or |
| 8 | 08 | around that time, you took any action with respect |
| 9 | 09 | to your sales force with respect to recapturing some |
| 10 | 10 | dot com business? |
| 11 | 11 | MR. GOLDSTEIN: Objection to form. |
| 12 | 12 | BY MR. WEISER: |
| 13 | 13 | Q. In other words, I believe you testified |
| 14 | 14 | that you expressed a view to Mr. Roberts that dot |
| 15 | 15 | com may be slowing down in some regard. |
| 16 | 16 | Is that correct, sir? |
| 17 | 17 | A. Yes. |
| 18 | 18 | Q. Well, certainly you -- you must have |
| 19 | 19 | taken some action in addition to telling -- sharing |
| 20 | 20 | this concern with Mr. Roberts. |
| 21 | 21 | Did you actually do anything with your |
| 22 | 22 | sales team at that point? |
| 23 | 23 | MR. GOLDSTEIN: Objection to form. |
| 24 | 24 | THE WITNESS: I did not at that time -- |
| 25 | 25 | at that point. |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

| | | |
|---|---|---|
| 1 | 00188:01 | BY MR. WEISER: |
| 2 | 02 | Q. Okay. |
| 3 | 03 | So there was -- there were no meetings, |
| 4 | 04 | there were no memoranda about perhaps how -- how the |
| 5 | 05 | west could recapture some dot com business? |
| 6 | 06 | MR. GOLDSTEIN: Objection to form. |
| 7 | 07 | THE WITNESS: No, there was not. |
| 8 | 08 | BY MR. WEISER: |
| 9 | 09 | Q. Okay. |
| 10 | 10 | And, sir, do you happen to recollect if |
| 11 | 11 | there was any -- if there was an ops review at the |
| 12 | 12 | beginning of December calendar year 2000? |
| 13 | 13 | A. Not that I remember. |
| 14 | 14 | MR. WEISER: Okay. |
| 15 | 15 | Let me have the next document, please, |
| 16 | 16 | Nicole. |
| 17 | 17 | (Off the record.) |
| 18 | 18 | (Exhibit 54 marked.) |
| 19 | 19 | MR. WEISER: Could we go off the record |
| 20 | 20 | for one second? |
| 21 | 21 | THE VIDEOGRAPHER: Sure. |
| 22 | 22 | The time is 2:15. |
| 23 | 23 | We are off the record. |
| 24 | 24 | (Off the record.) |
| 25 | 25 | THE VIDEOGRAPHER: This marks the |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00189:01 beginning of videotape Number 3 to Volume 1,

2   02 deposition of Nicholas Classick.

3   03      The time is 2:22.

4   04      We are back on the record.

5   05 BY MR. WEISER:

6   06   Q.  We're back, Mr. Classick.

7   07      Have you had a chance to review this

8   08 document which is marked -- I'm sorry, I don't know

9   09 what --

10  10      -- which is marked DC 54?

11  11   A.  I have not today.

12  12   Q.  Okay.

13  13      Was this one of the documents that you

14  14 were shown in preparation for today's deposition?

15  15   A.  Yes.

16  16   Q.  Okay.

17  17      Would you like to flip through this for a

18  18 moment to familiarize yourself with it?

19  19      Obviously you can take as much time as

20  20 you need. Or if we have questions on a certain

21  21 page, I can give you as much time as you need to

22  22 review a page.

23  23      (Pause in proceedings for document review.)

24  24      THE WITNESS: Should I go through all of

25  25 it?

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00190:01      MR. WEISER: Sure, sure. Take your time.

2   02      (Pause in proceedings for document review.)

3   03      THE WITNESS: Okay.

4   04 BY MR. WEISER:

5   05   Q.  Okay.

6   06      Are you all set, Mr. Classick?

7   07   A.  Yes.

8   08   Q.  A couple -- a couple general questions.

9   09      I thought your testimony earlier today

10  10 was that -- was that generally, GB would have an ops

11  11 review in 2Q and 4Q of the fiscal year.

12  12      Is that -- is that your understanding?

13  13      MR. GOLDSTEIN: Objection to form.

14  14      THE WITNESS: Yes.

15  15 BY MR. WEISER:

16  16   Q.  Now, if you would take a look at the

17  17 cover page of this document, it seems to read:

18  18 "General Business U.S. Q3 OPS Review," which I take

19  19 means op review or ops review.

20  20      Does this refresh your recollection, sir,

21  21 as to whether general business had an ops review

22  22 during 3Q01?

23  23   A.  Usually in Q3, George Roberts would have

24  24 a directors' meeting which we were not invited to.

25  25      So I assume this was John Nugent

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00191:01 attending an ops review without any of his area

2   02 people.

3   03      (Reporter interruption.)

4   04      THE WITNESS: Area management --

5   05      MR. GOLDSTEIN: "Any of his area people."

6   06 BY MR. WEISER:

7   07   Q.  So -- so, sir, it's your understanding

8   08 that this may have been a document that was just

9   09 prepared for Mr. Roberts and his direct reports in

10  10 NAS at that time.

11  11      Is that correct?

12  12   A.  It looks like it's a report that John

13  13 Nugent prepared and presented to George at an

14  14 operations meeting that myself and my peers were not

15  15 in attendance.

16  16   Q.  Okay.

17  17      And just so I understand your testimony,

18  18 I apologize, would -- would Mr. Roberts typically

19  19 have I think what you described as his direct -- he

20  20 would have a meeting with his direct reports during

21  21 3Q typically?

22  22   A.  Yes.

23  23   Q.  Okay.

24  24      And that's what you suspect this document

25  25 is, but you don't actually know that for sure?

---

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1   00192:01   A.  Yes.

2   02   Q.  Did you have any role in the preparation

3   03 of this document at the time?

4   04   A.  Not that I remember.

5   05   Q.  Okay.

6   06      And you don't -- you don't recall

7   07 attending an -- obviously, in light of your

8   08 testimony, you don't recall attending this -- this

9   09 meeting, to the extent that there was one?

10  10   A.  I do not.

11  11   Q.  Okay.

12  12      Do you remember Mr. Nugent speaking to

13  13 you about the materials in this document at around

14  14 the time they were prepared, which -- which -- the

15  15 cover page for this document appears to read

16  16 "January 9th, 2001."

17  17      Would you agree with me?

18  18   A.  Yes. I do.

19  19   Q.  Would you have any sense of actually when

20  20 this document was prepared?

21  21   A.  Prior to January 9th.

22  22   Q.  Okay.

23  23      And you said you don't recall Mr. Nugent

24  24 asking you for any assistance in putting together

25  25 this package of information.

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00193:01     Is that correct? |
| 2 | 02     A.   Yes, it is. |
| 3 | 03     Q.   Okay. |
| 4 | 04          Why don't we -- |
| 5 | 05          Why don't you take a look, sir -- |
| 6 | 06 actually, I'm going to go back for a second. |
| 7 | 07          This meeting that Mr. Roberts would have |
| 8 | 08 with his direct reports during 3Q, do you know who |
| 9 | 09 else at Oracle would -- would attend that meeting? |
| 10 | 10     A.   I don't know who all his direct report -- |
| 11 | 11 I mean, I never attended a meeting, so I don't know. |
| 12 | 12     Q.   Was it strictly a NAS meeting, or would |
| 13 | 13 other people at Mr. Roberts' level attend this -- |
| 14 | 14 this type of meeting? |
| 15 | 15     A.   Again, I don't know.  I wasn't -- |
| 16 | 16          I don't know who attended the meetings. |
| 17 | 17     Q.   Okay. |
| 18 | 18          And just a cleanup point with respect to |
| 19 | 19 general business, and I suppose majors. |
| 20 | 20          You testified that general business would |
| 21 | 21 have an ops meeting at which you would attend during |
| 22 | 22 2Q and 4Q of each fiscal year. |
| 23 | 23          Was majors doing a similar thing; do you |
| 24 | 24 know? |
| 25 | 25     A.   I believe they were, yes. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00194:01     Q.   Okay. |
| 2 | 02          But you wouldn't actually attend the |
| 3 | 03 majors meetings? |
| 4 | 04     A.   We would not. |
| 5 | 05     Q.   Okay. |
| 6 | 06          Sir, if you would turn your attention to |
| 7 | 07 page -- as part of this packet, I believe it's |
| 8 | 08 page 120240. |
| 9 | 09     A.   Yes. |
| 10 | 10     Q.   Well, actually, let me back up for a |
| 11 | 11 second. |
| 12 | 12          Do you have a -- do you have a sense of |
| 13 | 13 what this -- what this entire document purports to |
| 14 | 14 be? |
| 15 | 15          MR. GOLDSTEIN: Objection to form. |
| 16 | 16          He doesn't want you to speculate. |
| 17 | 17 BY MR. WEISER: |
| 18 | 18     Q.   Through -- looking through this document, |
| 19 | 19 sir, do you -- do you know what this document |
| 20 | 20 purports to be? |
| 21 | 21          MR. GOLDSTEIN: Same objection. |
| 22 | 22          THE WITNESS: I guess I'm not clear what |
| 23 | 23 you are asking. |
| 24 | 24 BY MR. WEISER: |
| 25 | 25     Q.   Okay. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00195:01     Do you believe that this document has a |
| 2 | 02 review of NAS for the first half of fiscal '01? |
| 3 | 03          MR. GOLDSTEIN: Objection to form. |
| 4 | 04          THE WITNESS: Not NAS. |
| 5 | 05 BY MR. WEISER: |
| 6 | 06     Q.   Okay. |
| 7 | 07          How about general business for first half |
| 8 | 08 of fiscal '01? |
| 9 | 09     A.   That's -- that's what it looks like, yes. |
| 10 | 10     Q.   Okay. |
| 11 | 11          If you turn your attention to 120240, |
| 12 | 12 there -- there is a chart.  Or I guess, I suppose a |
| 13 | 13 graph. |
| 14 | 14          And the graph seems to suggest that in |
| 15 | 15 fiscal year '01, or at least the first half of |
| 16 | 16 fiscal year '01, that the -- that GB had an increase |
| 17 | 17 in their apps business. |
| 18 | 18          Would you -- would you agree with that |
| 19 | 19 characterization? |
| 20 | 20     A.   It looks like a larger percent of the |
| 21 | 21 business was apps. |
| 22 | 22     Q.   Okay. |
| 23 | 23     A.   It doesn't have any dollar values, so |
| 24 | 24 it's hard to tell that. |
| 25 | 25     Q.   Okay. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | |
|---|---|
| 1 | 00196:01     Was this a priority within general |
| 2 | 02 business to grow the apps business, if possible? |
| 3 | 03          MR. GOLDSTEIN: Objection to form. |
| 4 | 04          THE WITNESS: No higher priority than |
| 5 | 05 just growing business, period. |
| 6 | 06 BY MR. WEISER: |
| 7 | 07     Q.   Okay. |
| 8 | 08          In other words, there wasn't a focus on |
| 9 | 09 apps versus the tech business, for example? |
| 10 | 10          MR. GOLDSTEIN: Objection to form. |
| 11 | 11          THE WITNESS: I had salespeople, I had |
| 12 | 12 application salespeople and tech salespeople.  So |
| 13 | 13 they both were to grow their business. |
| 14 | 14 BY MR. WEISER: |
| 15 | 15     Q.   Okay. Okay. |
| 16 | 16          But at least within the west division you |
| 17 | 17 weren't emphasizing one form of growth over another? |
| 18 | 18     A.   I was not. |
| 19 | 19     Q.   Okay. |
| 20 | 20          Sir, if you would turn your attention to |
| 21 | 21 page 120243. |
| 22 | 22          If you'd take a look at the first graph, |
| 23 | 23 it reads: |
| 24 | 24          "Market Observations: |
| 25 | 25          Sluggish Economic Outlook." |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00197:01   And then there are a couple bullet points
2  02  down, and it reads:
3  03      "Single digit growth in IT
4  04  budgets."
5  05      First of all, do you know what the "IT
6  06  budget" refers to there?
7  07   A.  No.
8  08   Q.  Okay.
9  09      At this point, had you -- had you seen
10 10  any evidence which suggests that -- that Oracle's
11 11  customers were entering into a sluggish phase, to
12 12  borrow a term from this document?
13 13      MR. GOLDSTEIN: Objection to form.
14 14      THE WITNESS: You know, business was
15 15  getting tougher. I mean, I don't -- I don't know
16 16  how I measure sluggish or --
17 17      The business was getting more difficult.
18 18  BY MR. WEISER:
19 19   Q.  At or around this time, say, the
20 20  beginning of January 2001?
21 21   A.  Well, I don't know exactly the day it was
22 22  starting to get tougher, I just know it was getting
23 23  tougher.
24 24   Q.  How -- I'm sorry, sir.
25 25   A.  No, I'm sorry.

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00198:01   Q.  How -- how would you -- how do you --    ...--
2  02      How do you quantify it was getting
3  03  tougher? How did you -- what drew you to that
4  04  conclusion?
5  05      MR. GOLDSTEIN: Objection to form.
6  06  Compound.
7  07      THE WITNESS: Dealers were -- deals were
8  08  getting -- take more sales cycles to close.
9  09      The deals were smaller.
10 10      There was additional justification needed
11 11  by the buyer within their company.
12 12  BY MR. WEISER:
13 13   Q.  Okay.
14 14      You used a phrase, I'm sure salespeople
15 15  know what it is. You mentioned a "sales cycle,"
16 16  could you tell the court, could you explain to the
17 17  court what you mean by that term?
18 18   A.  Yes.
19 19      We look at a sales cycle from finding a
20 20  prospect, you know, showing them product or the
21 21  services, building the -- you know, showing them the
22 22  solution, to winning their -- winning their
23 23  business, entering into a contract, signing the
24 24  contract and getting paid.
25 25   Q.  And you were saying -- I believe your

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00199:01  testimony, sir, was that, say, in late December
2  02  2000, early January 2001, sometime in that rough
3  03  time period, you started to see the sales cycle
4  04  lengthen.
5  05      Is that correct, sir?
6  06      MR. GOLDSTEIN: Objection to form.
7  07      THE WITNESS: Yes.
8  08  BY MR. WEISER:
9  09   Q.  Which was one of the reasons why you
10 10  believe it was getting tougher, in your words, to do
11 11  business.
12 12      Is that correct?
13 13   A.  Yes.
14 14   Q.  Back during, say, fiscal year '99, what
15 15  was the typical length of a sales cycle for a deal
16 16  in the west?
17 17      MR. GOLDSTEIN: Objection to form.
18 18      THE WITNESS: Could you try and clarify?
19 19  I mean, we had a lot of different size of
20 20  transactions, products.
21 21  BY MR. WEISER:
22 22   Q.  Sure.
23 23      How about -- how about a deal in the west
24 24  that was for less than $2 million, could you give me
25 25  a sense in fiscal year '99, how long the sales

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

1  00200:01  cycle would have been for a deal like that?
2  02      MR. GOLDSTEIN: Objection to form.
3  03      THE WITNESS: If it was technology, it
4  04  could be, like, four to six months.
5  05  BY MR. WEISER:
6  06   Q.  Okay.
7  07      What if it was apps, would that change
8  08  it?
9  09   A.  Yes.
10 10      It would probably be eight to nine
11 11  months.
12 12   Q.  Okay.
13 13      Can I ask you, sir, why -- why the -- why
14 14  the apps time is almost twice as long?
15 15   A.  Yes, you can.
16 16   Q.  Could you explain to me why it's twice as
17 17  long?
18 18   A.  The applications are usually more
19 19  complex. You're involved -- you're involved in a
20 20  lot more users or it's finance people, departmental
21 21  people.
22 22      The technology is more of an IT or
23 23  information technology play, so there's less people
24 24  involved in the evaluation.
25 25      A lot of times there's less competition.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00201:01    Q.   In the -- less competition in the apps

2    02 play?

3    03    A.   No. the technology.

4    04    Q.   In the tech play?

5    05    A.   Yes.

6    06    Q.   Pardon me.

7    07         So even -- even when -- even when the

8    08 market was going great in fiscal year '99, it was

9    09 maybe a four- to five-month lag for tech, or cycle,

10   10 four- to five-month cycle for tech, and maybe a

11   11 eight- to nine-month lag for an apps deal, based on

12   12 the size of the deal that you and I discussed a

13   13 moment ago.

14   14    A.   Yes.

15   15         MR. GOLDSTEIN: Objection to form.

16   16         THE WITNESS: Sorry.

17   17 BY MR. WEISER:

18   18    Q.   So at this point about midway through or

19   19 the beginning parts of fiscal year 2001, for that

20   20 same type of deal, $2 million deal, you know, how

21   21 long was that tech window -- excuse me, how long was

22   22 that tech cycle looking and how long was that app

23   23 cycle looking?

24   24         MR. GOLDSTEIN: Objection to form.

25   25         THE WITNESS: I don't even remember how

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00202:01    many -- I don't think we had too many $2 million

2    02 deals, period.

3    03 BY MR. WEISER:

4    04    Q.   Okay. Okay.

5    05         Okay. How about -- how about big deals,

6    06 Mr. Classick.

7    07         At west, during fiscal year '01, was a

8    08 big deal any deal that was greater than $1 million?

9    09         MR. GOLDSTEIN: Asked and answered.

10   10         THE WITNESS: We -- we considered a big

11   11 deal greater than 500-.

12   12 BY MR. WEISER:

13   13    Q.   Greater than 500,000.

14   14         So, sir, if you had a big deal, what was

15   15 the typical cycle for a technology big deal?  Say,

16   16 the midpoint of the quarter 2001?

17   17         MR. GOLDSTEIN: Objection to form.

18   18         THE WITNESS: Are you asking the events

19   19 that it would take -- we'd have to do to sell the

20   20 deal or -- •

21   21         Again, I'm not clear what you are asking.

22   22 BY MR. WEISER:

23   23    Q.   Okay.

24   24         A few moments ago you testified that,

25   25 say, in fiscal '99 when the market was doing really

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00203:01    well for your customers, that perhaps the typical

2    02 cycle for a technology deal may have been four to

3    03 five months.

4    04         Now I'm asking you -- now I have been

5    05 reminded my counsel that there was a size of a deal

6    06 called a big deal, which is an easier way to break

7    07 it out instead of some hypothetical number.

8    08         So what I'm asking you is, if -- if when

9    09 the times were good the deal cycle for a big deal

10   10 tech deal was four to five months, what was it like

11   11 in the beginning of January 2001?

12   12         MR. GOLDSTEIN: Objection to form.

13   13         THE WITNESS: It was probably an

14   14 additional 90 to 120 days.

15   15 BY MR. WEISER:

16   16    Q.   Okay.

17   17         And how about a big deal apps deal,

18   18 January 2001, vis-a-vis say fiscal year '99?

19   19         MR. GOLDSTEIN: Same objection.

20   20         THE WITNESS: For a big deal you are

21   21 probably looking 9 to 12 months.

22   22 BY MR. WEISER:

23   23    Q.   Okay.

24   24         As opposed to the eight or nine months

25   25 back in fiscal year '99?

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1    00204:01    A.   Yes.

2    02    Q.   And would you say these deal cycles that

3    03 we've been talking about, would you -- would you

4    04 say, sir, that the deal cycle was the same in fiscal

5    05 year 2000 as it was in fiscal year '99 --

6    06         MR. GOLDSTEIN: Objection --

7    07 BY MR. WEISER:

8    08    Q.   -- in terms of the cycle of the deal?

9    09         MR. GOLDSTEIN: Objection to form.

10   10         THE WITNESS: The end of 2000 we were

11   11 seeing the deals lengthen out.

12   12 BY MR. WEISER:

13   13    Q.   Okay.

14   14         But that was the -- that was really the

15   15 very tail end of fiscal 2000. Correct?

16   16         MR. GOLDSTEIN: Objection to form.

17   17         THE WITNESS: Yes.

18   18         MR. WEISER: Okay.

19   19         Excuse me.

20   20         (Discussion off the record.)

21   21 BY MR. WEISER:

22   22    Q.   Actually, I wanted to go back to was a

23   23 couple of the other -- a couple of the other factors

24   24 you mentioned that cause you to believe that

25   25 business was getting tougher sometime around the

00205:01 time this document was prepared, which was, you

02 know, perhaps late December, early January 2001.

03      I think you also -- it has been a few

04 minutes now and it's starting to get later in the

05 day, but I think you also said that the

06 decision-making process, essentially you testified

07 that the decision-making process was lengthening.

08      Could you give me some insight as to --

09 as to what exactly you meant by that comment?

10      A.   That -- you know, I don't have the exact

11 dates, but let's say in 1999 --

12      Q.   Fiscal year '99?

13      A.   Yes.

14           -- CFOs, executives in companies had a

15 higher buying authority.  What we were seeing is

16 that there was now additional approvals required,

17 whether it was executives or boards, we were seeing

18 additional justifications, return on investment type

19 of analysis.

20      So those are a couple of examples.

21      Q.   And did you ever communicate your kind of

22 on-the-street sense of what was happening with the

23 approval process and the deal cycles to Mr. Nugent?

24      MR. GOLDSTEIN:  Objection to form.

25      THE WITNESS:  Not specifically that I

00206:01 remember.

02 BY MR. WEISER:

03      Q.   Was Mr. Nugent aware of the -- of some of

04 these difficulties you have been discussing for the

05 last few minutes?

06      MR. GOLDSTEIN:  Objection to form.

07      THE WITNESS:  I assumed he was.

08 BY MR. WEISER:

09      Q.   Okay.

10      Sir, if you would -- if you would go to

11 120244.

12      There's two big block graphs on this

13 page.  And the second one, the one closest to the

14 bottom of the page reads:

15           "Market observations."

16      And the first kind of heading underneath

17 that reads:

18           "CIOs on shorter leash."

19      First of all, will you tell the court and

20 the jury what a "CIO" is, if you know, Mr. Classick?

21      A.   I assume they are referring to a chief

22 information officer.

23      Q.   Okay.

24      And what would the duties be for a chief

25 information officer, for example, one of your

00207:01 customers?

02      MR. GOLDSTEIN:  Objection to form.

03      THE WITNESS:  Often the CIO would be the

04 one that would make decisions on the architecture,

05 that plumbing, you know, the technology they would

06 be deploying within their company.

07 BY MR. WEISER:

08      Q.   Okay.

09      And if you go down, I guess, to the one,

10 two -- I guess the second and the third sub-bullet

11 points underneath that, both these bullet points

12 seem to -- seem to go to what you were testifying

13 about a moment ago, where the first one reads:

14           "CEOs more involved in

15           technology and business

16           application decisions."

17      The third one reads:

18           "CEOs meeting with" --

19      (Reporter interruption.)

20      MR. WEISER:  (Reading):

21           "CEOs meeting with CIOs

22           more frequently."

23      Q.   Mr. Classick, is this the type of

24 decision-making that you testified about a couple

25 moments ago?  Did you experience this firsthand

00208:01 when -- in Q301?

02      MR. GOLDSTEIN:  Objection to form.

03      THE WITNESS:  We were seeing this.

04 BY MR. WEISER:

05      Q.   Okay.

06      Mr. Classick, if you would turn to the

07 very next page, that's 120245.

08      Once again, there are two graphs on this

09 page, and the second one is also -- it's entitled a

10 "market observation."

11      And the first bullet point under that

12 reads:

13           "Market concern with ASP

14           model."

15      Now, I understand you were not the author

16 of this document, Mr. Classick, but do you know what

17 the -- what the "ASP model" refers to?

18      MR. GOLDSTEIN:  Objection to form.

19      THE WITNESS:  I would assume it would be

20 like an application service provider.

21 BY MR. WEISER:

22      Q.   Okay.

23      Could you -- could you describe, sir what

24 is an "application service provider"?

25      A.   I can give you my interpretation of it.

| | |
|---|---|
| 1 | 00209:01   Q.   Okay.  Yeah, I'd like to have that. |
| 2 | 02     A.   It's -- it's a company that builds an |
| 3 | 03  infrastructure and then will sell or lease out or |
| 4 | 04  rent or, you know, contract with other customers to |
| 5 | 05  host their systems for them. |
| 6 | 06     Q.   During 3Q01, did the west have any |
| 7 | 07  customers that were -- that were ASPs as you |
| 8 | 08  understand that term to mean? |
| 9 | 09     A.   I would assume. |
| 10 | 10         I don't know, I can't remember the |
| 11 | 11  individual deals we did in Q3. |
| 12 | 12     Q.   Can you give me an example of a |
| 13 | 13  publicly-traded corporation that's an ASP? |
| 14 | 14     A.   If Exodus was around, they were an ASP. |
| 15 | 15     Q.   Okay. |
| 16 | 16         Would somebody like Vertical Net be an |
| 17 | 17 ASP? |
| 18 | 18     A.   I'm not familiar with Vertical Net. |
| 19 | 19     Q.   Okay. |
| 20 | 20         Later on in this same -- in this same |
| 21 | 21  graph, I guess the one, two, three, four, five -- |
| 22 | 22  the sixth sub-bullet point reads: |
| 23 | 23         "Loss of low-hanging dot |
| 24 | 24         com fruit." |
| 25 | 25         Do you see that bullet point, |

| | |
|---|---|
| 1 | 00210:01  Mr. Classick? |
| 2 | 02     A.   Yes, I do. |
| 3 | 03     Q.   Do you have any idea what Mr. Nugent was |
| 4 | 04  referring to when he -- when he prepared this |
| 5 | 05  document or when he presented this information to |
| 6 | 06  Mr. Rogers -- Roberts? |
| 7 | 07         MR. GOLDSTEIN:  Objection to form. |
| 8 | 08         THE WITNESS:  I'm not exactly sure what |
| 9 | 09  he's -- what he means by that. |
| 10 | 10 BY MR. WEISER: |
| 11 | 11     Q.   How about this, Mr. Classick: |
| 12 | 12         By this point in the west, January 9, |
| 13 | 13  2001, were you already starting to see dot com |
| 14 | 14  customers of the west go out of business, file for |
| 15 | 15  bankruptcy, disappear? |
| 16 | 16     A.   Yes, we were. |
| 17 | 17     Q.   Okay. |
| 18 | 18         Were there -- were there more dot coms -- |
| 19 | 19  were you -- |
| 20 | 20         Was the west losing more customers |
| 21 | 21  than -- then it was, say, even in October 2000? |
| 22 | 22         MR. GOLDSTEIN:  Objection to form. |
| 23 | 23         THE WITNESS:  Yeah, it seemed like each |
| 24 | 24  month got tougher or more customers went out of |
| 25 | 25  business. |

| | |
|---|---|
| 1 | 00211:01  BY MR. WEISER: |
| 2 | 02     Q.   Okay.  Okay. |
| 3 | 03         Now, did you feel like -- did you feel |
| 4 | 04  like in a way this supported -- this knowledge in |
| 5 | 05  January 2001 supported your hypothesis back in |
| 6 | 06  April 2000 that -- that it was going to become |
| 7 | 07  tougher to grow the dot com business? |
| 8 | 08         Did you feel like this confirmed your |
| 9 | 09  opinion from seven months prior? |
| 10 | 10         MR. GOLDSTEIN:  Objection to form. |
| 11 | 11         THE WITNESS:  Yes, I did. |
| 12 | 12 BY MR. WEISER: |
| 13 | 13     Q.   Did you ever have a conversation or |
| 14 | 14  communication with a Mr. Nugent in this regard? |
| 15 | 15         MR. GOLDSTEIN:  Objection to form. |
| 16 | 16 BY MR. WEISER: |
| 17 | 17     Q.   At around this time? |
| 18 | 18         I'm sorry, that's not a good question. |
| 19 | 19         Early January 2001? |
| 20 | 20         MR. GOLDSTEIN:  Objection to form, if |
| 21 | 21  that's a new question. |
| 22 | 22         MR. WEISER:  I tried to clarify the |
| 23 | 23  question. |
| 24 | 24         WITNESS:  We had weekly discussions about |
| 25 | 25  business issues. |

| | |
|---|---|
| 1 | 00212:01         So, I mean, as far as determining what |
| 2 | 02  date or approximate time in the quarter, I do not |
| 3 | 03  remember at all. |
| 4 | 04         (Off the record.) |
| 5 | 05 BY MR. WEISER: |
| 6 | 06     Q.   Do you remember sharing this feeling |
| 7 | 07  about the -- about the -- about the dot com business |
| 8 | 08  with anyone in addition to Mr. Nugent, like |
| 9 | 09  Mr. Roberts perhaps? |
| 10 | 10         MR. GOLDSTEIN:  Objection to form.  Asked |
| 11 | 11  and answered seven or eight times. |
| 12 | 12         THE WITNESS:  I do not remember talking |
| 13 | 13  to George about my business. |
| 14 | 14 BY MR. WEISER: |
| 15 | 15     Q.   At all during 3Q01? |
| 16 | 16     A.   No -- well, at the very end I sent him an |
| 17 | 17 email. |
| 18 | 18     Q.   Right. |
| 19 | 19         MR. GOLDSTEIN:  Which we may see sooner |
| 20 | 20  or later. |
| 21 | 21 BY MR. WEISER: |
| 22 | 22     Q.   If you would be so good, Mr. Classick, |
| 23 | 23  turn to the very next page, that's 120246. |
| 24 | 24         And once again, this is another chart |
| 25 | 25  with bullet points.  The heading is "market |

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00213:01 observations," and the first bullet point reads:
2  02      "Dot com fishing hole
3  03      drying up."
4  04      (Reporter interruption.)
5  05 BY MR. WEISER:
6  06      Q.  Had you found that to be the case in your
7  07 own business at this point, that the dot com
8  08 business had essentially dried up at this point in
9  09 early January '01?
10 10      MR. GOLDSTEIN: Objection to form.
11 11      He is now asking you to look at a
12 12 document, and then he's asking you a different
13 13 question, so don't speculate.
14 14      THE WITNESS: As I stated, I mean,
15 15 business was getting tougher.  I don't think "dried
16 16 up" -- "drying up" was something I -- my opinion of
17 17 it.
18 18 BY MR. WEISER:
19 19      Q.  Okay.
20 20      The next sub-bullet point reads:
21 21      "VC funding nonexistent."
22 22      Once again, Mr. Classick, did you feel
23 23 like this supported your hypothesis in April, back
24 24 in April 2000 when you expressed the view that VC
25 25 funding was harder to come by?

Oracle Related Cases                    Page 213

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00214:01      MR. GOLDSTEIN: Objection to form.
2  02      THE WITNESS: These -- I felt part of --
3  03 I would have not worded these -- I mean, this isn't
4  04 my -- this -- "drying up, nonexistent," these are
5  05 not mine.
6  06 BY MR. WEISER:
7  07      Q.  Okay.
8  08      A.  I was feeling some of these business
9  09 challenges, but not at this extreme level.
10 10      Q.  Okay.
11 11      So you are saying with respect to the
12 12 west in early January 2001, VC funding may have
13 13 slowed down for your customers, but it hadn't dried
14 14 up altogether.
15 15      Would that be accurate?
16 16      A.  True.
17 17      Q.  Okay.
18 18      Do you think, sir, out of the four areas
19 19 within the general business, that the west had the
20 20 most exposure to a dot com -- to dot com challenges?
21 21      MR. GOLDSTEIN: Objection to form.
22 22      THE WITNESS: Yes, we did.
23 23 BY MR. WEISER:
24 24      Q.  Okay.
25 25      And if the dot com market was going

Oracle Related Cases                    Page 214

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00215:01 poorly, west was going to feel it worse than the
2  02 other areas, clearly?
3  03      A.  Yes, we would.
4  04      Q.  Okay.
5  05      But you would take issue here on 120246
6  06 that you believed that the -- as far as you
7  07 understood the business, that the VC funding, there
8  08 was still some out there, it had just slowed down --
9  09      MR. GOLDSTEIN: Asked and answered.
10 10 BY MR. WEISER:
11 11      Q.  -- is that correct?
12 12      A.  To the best of my ability, yes.
13 13      Q.  Okay.
14 14      Oh, you know, I ended up getting off
15 15 track a moment ago.
16 16      If you recall, we looked at -- we looked
17 17 at a page several pages ago.
18 18      I apologize, that's 120245.  That's the:
19 19 "Market concern with ASP model."
20 20      Do you have any idea what the author of
21 21 this document is referring to with that statement?
22 22      MR. GOLDSTEIN: Objection to form.  Asked
23 23 and answered.
24 24      THE WITNESS: I apologize.  Which
25 25 statement?

Oracle Related Cases                    Page 215

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00216:01 BY MR. WEISER:
2  02      Q.  This "Market concern with ASP model," do
3  03 you understand what the author is talking about with
4  04 that reference?
5  05      MR. GOLDSTEIN: Same objection.
6  06      THE WITNESS: Not specifically, no, I
7  07 don't.
8  08 BY MR. WEISER:
9  09      Q.  Okay, that's fine.
10 10      Sir, I believe you testified earlier
11 11 today that you did not see this document, nor did
12 12 you attend this presentation.
13 13      Did -- did Mr. Nugent, though,
14 14 communicate the gist of what's in this document to
15 15 you at or around this time?
16 16      MR. GOLDSTEIN: Objection to form.
17 17      THE WITNESS: He did not.
18 18 BY MR. WEISER:
19 19      Q.  Okay.
20 20      Now, at this point in January 2001, are
21 21 you talking to your salespeople, the regional sales
22 22 managers I should say, more often than you were,
23 23 say, in December '01 -- or, excuse me, December
24 24 fiscal year '01?
25 25      A.  Same amount of time.

Oracle Related Cases                    Page 216

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00217:01      I mean, the only thing different in
2    02  December is usually the last 10 days because of the
3    03  holidays.
4    04       Q.   Okay.
5    05            But in light of this kind of tougher
6    06  environment to close dot com deals, I was just
7    07  wondering if your regional managers were calling you
8    08  more often, trying to get deeper discounts, trying
9    09  to get you to come in and help them -- help them
10   10  close a given deal?
11   11            Do you recall receiving more of those
12   12  calls?
13   13       MR. GOLDSTEIN:  Objection to form, it's
14   14  compound.
15   15       THE WITNESS:  I do not.
16   16  BY MR. WEISER:
17   17       Q.   You just got the general sense --
18   18       (Reporter interruption.)
19   19  BY MR. WEISER:
20   20       Q.   You just had the general sense at that
21   21  time that business was slowing down?
22   22       MR. GOLDSTEIN:  Asked and answered, ninth
23   23  time.
24   24       THE WITNESS:  The discussions I had would
25   25  indicate that.  There wasn't -- I didn't see a big
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00218:01  influx in discounts.  I didn't see where our -- you
2    02  know, my involvement, additional involvement.
3    03            So it was just feedback I received from
4    04  the field.
5    05  BY MR. WEISER:
6    06       Q.   Okay.
7    07       A.   Same time frames that I had previous
8    08  months and quarters.
9    09       Q.   Do you know if the pipe was actually
10   10  building at around this time?
11   11            In January '01, was the west pipe
12   12  building at this time?
13   13       A.   I would doubt it.
14   14            I don't know.
15   15       Q.   Okay.
16   16            Was it -- was it harder to backfill deals
17   17  in January 2001 as opposed to, say, January 2000?
18   18       MR. GOLDSTEIN:  Objection to form.
19   19       THE WITNESS:  Yes.
20   20  BY MR. WEISER:
21   21       Q.   Okay.
22   22            Sir, if you would turn to, the same
23   23  document, I think it's the next-to-the-last page.
24   24  It's 120261.
25   25            There is a heading at the -- once again,
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00219:01  there are two charts on this page, and there's a
2    02  heading at the top of the first chart that reads:
3    03            "2nd Half & FY02."
4    04            Sir, would you agree with me that that
5    05  line refers to the second half of fiscal year '01
6    06  and the -- and fiscal year '02?
7    07       MR. GOLDSTEIN:  Objection to form.
8    08            Don't speculate about what someone else
9    09  may have meant in this document.
10   10  BY MR. WEISER:
11   11       Q.   Do you know based on your long experience
12   12  and history at Oracle, what that line refers to?
13   13       MR. GOLDSTEIN:  Same objection.
14   14       THE WITNESS:  That's how I would
15   15  interpret it.
16   16  BY MR. WEISER:
17   17       Q.   Okay.
18   18            The very first bullet point at the top of
19   19  this chart reads:
20   20            "Mid Teen Technology
21   21            Growth Rate."
22   22            Do you know what that statement refers
23   23  to?
24   24       MR. GOLDSTEIN:  Same objections.
25   25            Don't speculate about what someone else
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

```
1    00220:01  meant.
2    02       THE WITNESS:  I'm -- I don't know.  I
3    03  mean, I don't know for sure.
4    04  BY MR. WEISER:
5    05       Q.   Okay.
6    06            Do you know what the technology growth
7    07  rate was for GB during fiscal 2000?
8    08       A.   Not off the top of my head, I don't.
9    09       Q.   Okay.
10   10            If you take a look at the second chart on
11   11  this same -- on this same page, which reads:
12   12            "Second Half and FY02."
13   13            The second bullet point reads:
14   14            "Dramatic decline in dot
15   15            com business."
16   16            And under that there are sub-bullet
17   17  points, and the first one reads:
18   18            "30 percent of named dot
19   19            coms out of business."
20   20            Sir, had -- had you ever undertaken any
21   21  kind of study or analysis as to how many west
22   22  customers were going out of business at or around
23   23  this time?
24   24       A.   I had not.
25   25       Q.   Do you believe that you had lost 30
```

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00221:01  percent of your dot com customer base, say, from
2  02  January 2000 to this point in January 2001?
3  03  MR. GOLDSTEIN: Objection to form.
4  04  BY MR. WEISER:
5  05  Q.  Thirty percent of your customers go out
6  06  of business?
7  07  MR. GOLDSTEIN: Same objection.
8  08  THE WITNESS: That potentially could be
9  09  true.
10  10  BY MR. WEISER:
11  11  Q.  Okay.
12  12  The third sub-bullet point reads:
13  13  "40" with a big "M," and
14  14  then "DB shortfall in west."
15  15  Do you know what that line refers to,
16  16  Mr. Classick?
17  17  MR. GOLDSTEIN: Objection to form.
18  18  Don't speculate about what someone else
19  19  meant.
20  20  THE WITNESS: I can speculate.  I mean,
21  21  but --
22  22  BY MR. WEISER:
23  23  Q.  No, I don't want you -- I don't want you
24  24  to guess.
25  25  At this point, Mr. Classick, were you

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00222:01  forecasting a $40 million decline in -- in west?
2  02  MR. GOLDSTEIN: Objection to form.
3  03  THE WITNESS: I don't remember.
4  04  BY MR. WEISER:
5  05  Q.  If you were forecasting a $40 million, I
6  06  guess, shortfall in the west, would that -- would
7  07  that decline be reflected in your forecast number?
8  08  MR. GOLDSTEIN: Objection to form.
9  09  THE WITNESS: I would forecast -- my
10  10  forecast number is what I thought we would do in
11  11  business.  I mean, that's --
12  12  Again, I'm not clear on your question.
13  13  BY MR. WEISER:
14  14  Q.  I guess -- I guess my question is:
15  15  If there -- this document seems to
16  16  indicate that somebody, as part of Mr. Nugent's
17  17  presentation, told him or Mr. Nugent deduced that
18  18  there would be a $40 million shortfall in the west.
19  19  And I'm just wondering if that's true,
20  20  where would that -- where would that shortfall be
21  21  found in your own projections documents, in the west
22  22  projections documents?
23  23  MR. GOLDSTEIN: Objection to form.
24  24  Don't speculate about what Mr. Nugent or
25  25  some other person may have meant.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00223:01  THE WITNESS: I don't know where he -- I
2  02  don't know where he got it.
3  03  BY MR. WEISER:
4  04  Q.  Okay.
5  05  Did you have any conversations with
6  06  Mr. Nugent at or around this time about letting go
7  07  some salespeople that sold to dot coms?
8  08  A.  Not letting go.
9  09  If people left, not hiring.
10  10  Q.  Okay.
11  11  So just so I understand, in 19 -- fiscal
12  12  year 1999, was west hiring as many qualified dot com
13  13  salespeople as it could -- as it could hire?
14  14  A.  We were hiring up to budget.
15  15  Q.  Up to budget.
16  16  What do you mean by "up to budget"?
17  17  A.  I had a head count budget.  So at the
18  18  beginning of the year I'd say, you know, "You
19  19  need" -- as an example, I didn't get -- I'm just --
20  20  random numbers.
21  21  Q.  That's all right.  Make it a
22  22  hypothetical, that's fine.
23  23  A.  "We are going to allocate 12 heads to dot
24  24  com business."
25  25  Q.  Okay.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1  00224:01  A.  So I would hire up to 12 which was the
2  02  head count budget.
3  03  Q.  Okay.
4  04  Now in fiscal year 2000, sticking with
5  05  this hypothetical, would you hire up to the head
6  06  count budget in fiscal year 2000, too?
7  07  A.  If I found qualified people, yes.
8  08  Q.  Okay.
9  09  What about in -- at this point in fiscal
10  10  year 2001, were you -- were you hiring up to budget
11  11  or lowering the budget at this point for head count?
12  12  MR. GOLDSTEIN: Objection to form.
13  13  THE WITNESS: At this point in the year,
14  14  I probably -- if I had turnover in my dot coms base,
15  15  I would not rehire somebody to take that territory.
16  16  BY MR. WEISER:
17  17  Q.  Okay.  All right.
18  18  That's all the questions I have for you
19  19  on this document, Mr. Classick.
20  20  This was previously marked as Exhibit 48
21  21  to the Winton depo.
22  22  Take your time, sir, to familiarize
23  23  yourself with this document for a minute.
24  24  (Pause in proceedings for document review.)
25  25  THE WITNESS: Okay.

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00226:01 BY MR. WEISER:

2   02   Q.   Mr. Classick, have you ever seen this

3   03   document prior to today?

4   04   A.   I have not.

5   05   Q.   Okay.

6   06        Were you shown this document in

7   07   connection with the review by your counsel

8   08   yesterday?

9   09   A.   I was not.

10  10   Q.   Okay.

11  11        Do you have any idea if David Winton

12  12   actually attended the January 9th, 2001 ops review,

13  13   the one we just were talking about a moment ago?

14  14   A.   I do not know if he did.

15  15   Q.   Okay.

16  16        Do you have any idea if Jennifer Minton

17  17   attended that -- that same review?

18  18   A.   I do not know.

19  19   Q.   Okay.

20  20        Sir, if you would go to the third line in

21  21   this email -- or excuse me, I guess the third

22  22   numbered paragraph, pardon me, in this email. It

23  23   reads:

24  24        "Drop in technology.  As

25  25   reflected in the softening

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00226:01        pipe, both GB and Majors see

2   02        a slowdown in both Q3 and

3   03        Q4.  GB's dot com bubble has

4   04        burst (they expect the west

5   05        to end the year $30 to $40M

6   06        behind their original Budget

7   07        for Technology)."

8   08        Sir, at this point in time -- actually,

9   09   let me -- let me go back for a second.

10  10        Sir, if you'd take a look at the top of

11  11   this email, there is a date on this email.

12  12        Do you see the date?

13  13   A.   Yes, I do.

14  14   Q.   And there is a date here, 10 January

15  15   2001.  And then there is another date, Thursday,

16  16   11 January 2001.

17  17        So I guess my question is:

18  18        Having seen that date, had you told

19  19   anyone at this time you thought west was going

20  20   to end up 30- to $40 million behind the budget?

21  21        MR. GOLDSTEIN:  Objection to form.

22  22        THE WITNESS:  I -- I had not.  I mean,

23  23   not that I remember.

24  24 BY MR. WEISER:

25  25   Q.   Okay.  Do you remember John Nugent ever

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00227:01 coming and asking you at this time, "How do you --

2   02   How do you look vis-a-vis your budget?"

3   03   A.   He might have.

4   04        I do not remember the specific phone call

5   05   or discussion with him.

6   06   Q.   Now, David Winton was not a west

7   07   employee, was he?

8   08        MR. GOLDSTEIN:  Asked and answered.

9   09        THE WITNESS:  I believe David Winton was

10  10   George Roberts' financial manager.

11  11 BY MR. WEISER:

12  12   Q.   So I guess my question to you, sir, is:

13  13        Do you have any understanding how David

14  14   Winton would come to know this information about the

15  15   west?

16  16        MR. GOLDSTEIN:  Calls for speculation.

17  17   Object to form.

18  18        THE WITNESS:  I do not.

19  19 BY MR. WEISER:

20  20   Q.   Okay.

21  21        Do you recall sitting here today, sir,

22  22   if -- if west was 30- to $40 million behind budget

23  23   at or around this time, January 10th or 11th, 2001?

24  24        MR. GOLDSTEIN:  Objection to form.  Also

25  25   asked and answered.

---

Classick, Nicholas (Vol. 01) - 02/17/2004  2/17/2004  9:43:00 AM

1   00228:01        THE WITNESS:  I --

2   02        MR. NADOLENCO:  Also misleading.

3   03   (Reporter interruption.)

4   04        THE WITNESS:  Could you read -- could I

5   05   hear it again?

6   06        MR. WEISER:  Sure.

7   07        Could you read the question back to the

8   08   witness.

9   09   (Record read as follows:

10  10        Q.   "Okay.

11  11        Do you recall sitting here

12  12   today, sir, if west was 30-

13  13   to $40 million behind budget

14  14   at or around this time,

15  15   January 10th or 11th,

16  16   2001?"

17  17        THE WITNESS:  I -- I do not remember

18  18   where we were at financially at that point in the

19  19   year.

20  20 BY MR. WEISER:

21  21   Q.   Okay.

22  22        Do you remember reviewing the west pipe

23  23   at any time at or around January 10th or 11th, 2001?

24  24   A.   I reviewed the pipe weekly or biweekly --

25  25   every other two weeks with my managers and the pipe

1   00229:01 weekly.

2   02   Q.   How did the pipe look in mid-January 2001

3   03 for west?

4   04        MR. GOLDSTEIN: Objection to form.

5   05        THE WITNESS: I assume it looked okay.

6   06        I mean, I don't --

7   07 BY MR. WEISER:

8   08   Q.   You don't have any recollection sitting

9   09 here one way or the other?

10   10   A.   No.

11   11   Q.   Okay.

12   12        When you log on to OSO, is there a record

13   13 of that log-on within the OSO system?

14   14   A.   I don't know.

15   15   Q.   So, in other words, is there any way for

16   16 you to determine at what point or what time you

17   17 actually logged on to the OSO system?

18   18   A.   I -- I do not log on to OSO.  I get a

19   19 hard copy from our finance people.

20   20   Q.   Okay.

21   21        Let me have another document, please,

22   22 Nicole.

23   23   A.   Should I keep this one out?

24   24   Q.   No, you don't need to keep that out.

25   25        I believe this was already marked as

1   00230:01 Exhibit 49 to the Winton deposition.

2   02        Sir, take a moment to familiarize

3   03 yourself with this document.

4   04        (Pause in proceedings for document review.)

5   05        THE WITNESS: Okay.

6   06 BY MR. WEISER:

7   07   Q.   Sir, have you ever seen this document

8   08 before today?

9   09   A.   I have not.

10   10   Q.   Okay.

11   11        I should ask you this for the record.

12   12        Sir, do you know who Jennifer Minton is

13   13 or what position she held at Oracle during 3Q01?

14   14   A.   I know who she is.

15   15        She had something to do with corporate

16   16 finance, but I don't know exactly what her title or

17   17 her role was.

18   18   Q.   Okay.

19   19        I won't characterize the email, sir.  But

20   20 let me ask you a question.

21   21        Was there a -- was there a concern at

22   22 Oracle during -- during 3Q01 with the so-called drag

23   23 on the technology business?

24   24        Do you know what I'm referring to?

25   25        MR. GOLDSTEIN: Objection to form.

1   00231:01        THE WITNESS: Not exactly.

2   02 BY MR. WEISER:

3   03   Q.   Okay.

4   04        Do you have any idea why this study was

5   05 undertaken or what its purpose is?

6   06        MR. GOLDSTEIN: Objection to form.

7   07        THE WITNESS: I do not.

8   08 BY MR. WEISER:

9   09   Q.   Okay.

10   10        Sir, if you take a look at the -- at the

11   11 middle chart on this page which, for the record,

12   12 appears to be an email from David Winton to George

13   13 Roberts, Jennifer Minton, and cc'd to David Winton,

14   14 dated Monday, January 29th, 2001, if you take a look

15   15 at that middle chart, there is a -- there is a

16   16 symbol "YOY."

17   17        Do you know what that refers to?

18   18        MR. GOLDSTEIN: Excuse me.

19   19        (To the Reporter)  Could you mark this

20   20 part of the testimony, please, for later reference.

21   21        Thank you.

22   22 BY MR. WEISER:

23   23   Q.   Do you know what that symbol refers to?

24   24 Is that --

25   25   A.   I would assume it's year over year.

1   00232:01   Q.   Was that a typical symbol used at Oracle

2   02 in the general business?

3   03        MR. GOLDSTEIN: Objection to form.

4   04        THE WITNESS: No.

5   05 BY MR. WEISER:

6   06   Q.   Okay.

7   07        Well, then how do you happen to know that

8   08 that means year over year?

9   09        MR. GOLDSTEIN: Objection to form.

10   10        THE WITNESS: I don't.  I just -- I mean,

11   11 that's how I interpreted it.  I mean . . .

12   12 BY MR. WEISER:

13   13   Q.   Okay.

14   14        Sir, do you have any idea if the west

15   15 business was down 61 percent versus this same time

16   16 period in the -- in the prior year?

17   17        MR. GOLDSTEIN: Objection to form.

18   18        MR. NADOLENCO:  And misleading.

19   19        THE WITNESS: I don't know.

20   20 BY MR. WEISER:

21   21   Q.   Do you have any -- do you have any sense,

22   22 sitting here today, any recollection, sir, as to

23   23 just how much west business was off over the -- over

24   24 the prior year at this same time period?

25   25        MR. GOLDSTEIN: Objection to form.

00233:01    THE WITNESS: I don't remember.

02 BY MR. WEISER:

03    Q.   Okay.

04        So certainly, sir, if you never saw this

05 document before today, you wouldn't have had any

06 role in preparing the data associated with this

07 document or contained in this document.

08        Is that correct?

09    A.   True.

10        MR. WEISER: Okay, all right. Why don't

11 we take a short break, give me five minutes.

12        THE VIDEOGRAPHER: The time is 3:13.

13        We are off the record.

14    (Off the record.)

15        THE VIDEOGRAPHER: The time is 3:22.

16        We are on the record.

17 BY MR. WEISER:

18    Q.   Okay.

19        Mr. Classick, did you discuss the

20 substance of your testimony today with your counsel

21 on that last break?

22    A.   I did not.

23    Q.   Okay.

24        I've got a couple more documents I want

25 to show you, but I have a couple cleanup items, too.

---

00234:01    And these may seem a little bit out of

02 left field, and if you need some more context let me

03 know, i'll be happy to put a little more meat on the

04 bone.

05        A couple moments ago I believe that you

06 testified that you never logged on to the system to

07 receive an OSO report, at least during 3Q01.

08        Is that -- is that correct?

09    A.   What I said is I didn't log in to OSO.

10    Q.   Okay.

11    A.   The reports I got were generated by our

12 finance people and sent to me.

13    Q.   Okay.

14        But just so I understand, sir, is that an

15 OSO report that you -- that the finance people were

16 giving to you or not?

17    A.   It was -- yes, it was.

18    Q.   Okay.

19        Now, even -- even sitting here now, do

20 you -- do you still get your -- let me step back.

21        Does OSO still exist at Oracle?

22    A.   Yes, it does.

23    Q.   Okay.

24        Do you still get your OSO reports from a

25 finance person that hands you, like, a hard copy

---

00235:01 report?

02    A.   Yes, I do.

03    Q.   Okay.

04        And so even today, you don't actually log

05 into the OSO system to see how you are doing at any

06 given point in time?

07    A.   True.

08    Q.   Okay.

09        When you were receiving the OSO reports

10 during Q301, was there a distribution list or

11 anything associated with those reports, circulation

12 list?

13    A.   It might have gone to my --

14        Again, I'd have the speculate, I don't

15 know.

16    Q.   Okay.

17        You don't -- you don't know for sure if

18 it was sent to somebody else within the west

19 organization?

20    A.   I do not know.

21    Q.   Or even John Nugent at GB?

22    A.   I don't know.

23    Q.   Okay.

24        Sir, have you ever heard the term

25 "business online pipeline reports"?

---

00236:01    Do you know what that term means?

02    A.   I do not.

03    Q.   Okay.

04        I admit this is like a guessing question,

05 but is that the same as the -- is that OSO with

06 pipeline data in it?

07        Does that even make sense?  A report that

08 is called a business online pipeline report.

09    A.   It doesn't make sense to me.

10    Q.   Okay.

11        Okay.  Okay.  Let me show you one last

12 series of documents, Mr. Classick.

13        This document was previously marked as

14 Winton 33.

15        Sir, why don't you take a moment to

16 familiarize yourself with this document.

17    (Pause in proceedings for document review.)

18        MR. WEISER:  Can you double bill for

19 that, Paul?

20        MR. GOLDSTEIN:  I never double bill.

21        THE WITNESS:  Okay.

22 BY MR. WEISER:

23    Q.   Okay.  Mr. Classick, could you tell me

24 what this document is?

25    A.   First time I have ever seen it.

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| | 00237:01 | Q. First time you ever saw it. |
|---|---|---|
| 1 | 00237:01 | Q. First time you ever saw it. |
| 2 | 02 | A. Yes. |
| 3 | 03 | Q. That's the question I should ask first. |
| 4 | 04 | You've never seen this before? |
| 5 | 05 | A. I have not. |
| 6 | 06 | Q. Is this a general business big deals |
| 7 | 07 | document? |
| 8 | 08 | MR. NADOLENCO: Objection to form. |
| 9 | 09 | THE WITNESS: I assume. |
| 10 | 10 | I don't -- again, I don't know. |
| 11 | 11 | BY MR. WEISER: |
| 12 | 12 | Q. Okay. |
| 13 | 13 | A. There is no title or anything. |
| 14 | 14 | Q. Do you see the handwriting on this -- on |
| 15 | 15 | this document at the -- I guess the top right-hand |
| 16 | 16 | corner of the table? It appears to read "12/18/00." |
| 17 | 17 | Do you see that handwriting? |
| 18 | 18 | A. I do. |
| 19 | 19 | Q. Do you have any idea whose handwriting is |
| 20 | 20 | that is? |
| 21 | 21 | A. I do not. |
| 22 | 22 | Q. Bear with us one second. |
| 23 | 23 | (Discussion off the record.) |
| 24 | 24 | BY MR. WEISER: |
| 25 | 25 | Q. Okay. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| 1 | 00238:01 | You can set that document aside for a |
|---|---|---|
| 2 | 02 | second, Mr. Classick. |
| 3 | 03 | Let me show you one last document here. |
| 4 | 04 | This has previously been marked as Winton |
| 5 | 05 | Exhibit 34. |
| 6 | 06 | (Pause in proceedings for document review.) |
| 7 | 07 | BY MR. WEISER: |
| 8 | 08 | Q. Sir, take a moment and familiarize |
| 9 | 09 | yourself with this document. |
| 10 | 10 | MR. GOLDSTEIN: Did you bring Darío's |
| 11 | 11 | magnifying glass today? |
| 12 | 12 | MR. WEISER: We have it here somewhere. |
| 13 | 13 | MS. LAVALLEE: Didn't we mark it as an |
| 14 | 14 | exhibit? |
| 15 | 15 | MR. WEISER: It will be a trial exhibit. |
| 16 | 16 | MR. GOLDSTEIN: It's starting to tax my |
| 17 | 17 | poor eyesight. |
| 18 | 18 | MS. LAVALLEE: It's the way it was |
| 19 | 19 | produced. |
| 20 | 20 | BY MR. WEISER: |
| 21 | 21 | Q. Mr. Classick, I can make this very brief. |
| 22 | 22 | Have you ever seen this document before? |
| 23 | 23 | A. No. |
| 24 | 24 | MR. WEISER: Okay. |
| 25 | 25 | Plaintiffs don't have anymore questions. |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| 1 | 00239:01 | Mr. Classick. |
|---|---|---|
| 2 | 02 | MR. NADOLENCO: No questions on our end. |
| 3 | 03 | Mr. Classick. |
| 4 | 04 | MR. GOLDSTEIN: Nor on mine. |
| 5 | 05 | THE VIDEOGRAPHER: This is the end of |
| 6 | 06 | Volume 1 in the deposition of Nicholas Classick. |
| 7 | 07 | The time is 3:29. We are off the record. |
| 8 | 08 | THE REPORTER: Copy orders, Counsel? |
| 9 | 09 | MR. NADOLENCO: Yes. |
| 10 | 10 | MR. GOLDSTEIN: Copy. |
| 11 | 11 | THE REPORTER: Uncertified ASCII?? |
| 12 | 12 | (All present requested email of |
| 13 | 13 | uncertified ASCII.) |
| 14 | 14 | (Time Noted: 3:29 p.m.) |
| 15 | 15 | --o0o-- |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Classick, Nicholas (Vol. 01) - 02/17/2004 2/17/2004 9:43:00 AM

| 1 | 00240:01 | REPORTER'S CERTIFICATE |
|---|---|---|
| 2 | 02 | STATE OF CALIFORNIA   ) |
| 3 | 03 | COUNTY OF SAN FRANCISCO   ) |
| 4 | 04 | I, HEIDI J. RYDER, a Certified Shorthand |
| 5 | 05 | Reporter licensed by the State of California, and |
| 6 | 06 | empowered to administer oaths and affirmations |
| 7 | 07 | pursuant to Section 2093(b) of the Code of Civil |
| 8 | 08 | Procedure, do hereby certify: |
| 9 | 09 | That the witness, NICHOLAS CLASSICK, was |
| 10 | 10 | present at the time and place herein set forth and |
| 11 | 11 | was by me sworn to testify as to the truth; |
| 12 | 12 | That the said proceedings were recorded |
| 13 | 13 | stenographically by me and were thereafter |
| 14 | 14 | transcribed by me via computer-assisted |
| 15 | 15 | transcription; |
| 16 | 16 | That the foregoing deposition is a true |
| 17 | 17 | record of the proceedings which then and there took |
| 18 | 18 | place; That I am a disinterested person to said |
| 19 | 19 | action. |
| 20 | 20 | |
| 21 | 21 | IN WITNESS WHEREOF, I have subscribed my |
| 22 | 22 | name on February 25, 2004. |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | HEIDI J. RYDER, CSR 10053 |

# EXHIBIT XX

**1**

```
 1          UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3                    -oOo-
 4   IN RE
     ORACLE CORPORATION
 5   SECURITIES LITIGATION
                 MASTER FILE NO.
 6               C-01-0988-MJJ
     This Document Relates To:
 7
     ALL ACTIONS
 8   _____/
 9
10
11                    -oOo-
12
13              CONFIDENTIAL
14   VIDEOTAPED DEPOSITION OF SARAH KOPP
15             June 14, 2006
16
17                    -oOo-
18        SHEILA CHASE & ASSOCIATES
              REPORTING FOR:
19        LiveNote World Service
          221 Main Street, Suite 1259
20        San Francisco, CA 94105
          Telephone: (415) 321-2300
21        Fax: (415) 321-2301
22                    -oOo-
23   Reported by:
     KELLIE A. ZOLLARS, CSR, RPR, CRR
24   CSR License No. 5735
25
```

**2**

```
 1            I N D E X
 2         INDEX OF EXAMINATION
 3                            PAGE
 4   EXAMINATION BY:
 5     MS. McLAUGHLIN           9, 112
 6
 7
 8   "AFTERNOON SESSION"          112
 9
10                 -oOo-
11         INDEX OF EXHIBITS
12   EXHIBIT NO.   DESCRIPTION   PAGE
13   EXHIBIT 1   E-mail from Mr. Nussbaum
                 dated 05 Dec 2000 with attached
14               e-mail CONFIDENTIAL - 2 pages    33
15   EXHIBIT 2   #39 Interview Memorandum of
                 Sarah Kopp 07/30/02
16               CONFIDENTIAL - 26 pages    52
17   EXHIBIT 3   Forecast Report
                 CONFIDENTIAL - 5 pages    58
18
     EXHIBIT 4   Forecast Report
19               CONFIDENTIAL - 5 pages    58
20   EXHIBIT 5   Forecast Report
                 CONFIDENTIAL - 5 pages    58
21
     EXHIBIT 6   Forecast Report
22               CONFIDENTIAL - 5 pages    58
23   EXHIBIT 7   Forecast Report
                 CONFIDENTIAL - 12 pages    58
24
     EXHIBIT 8   Forecast Report
25               CONFIDENTIAL - 5 pages    58
```

**3**

```
 1   EXHIBIT 9    Forecast Report
                  CONFIDENTIAL - 5 pages    58
 2
     EXHIBIT 10   Forecast Report
 3                CONFIDENTIAL - 10 pages    58
 4   EXHIBIT 11   Forecast Report
                  CONFIDENTIAL - 5 pages    58
 5
     EXHIBIT 12   E-mail from Ms. Burke dated
 6                Nov. 2000 with attachments
                  CONFIDENTIAL - 15 pages    70
 7
     EXHIBIT 13   Oracle Service Industries
 8                Forecast - Q3FY01 ($M)
                  CONFIDENTIAL - 2 pages    72
 9
     EXHIBIT 14   Oracle Service Industries
10                Forecast - Q2FY01 ($M)
                  CONFIDENTIAL - 2 pages    72
11
     EXHIBIT 15   Oracle Service Industries
12                Forecast - Q2FY01 ($M)
                  CONFIDENTIAL - 2 pages    72
13
     EXHIBIT 16   Oracle Service Industries
14                Forecast - Q3FY01 ($M)
                  CONFIDENTIAL - 2 pages    72
15
     EXHIBIT 17   OSI - Q3 '01 Week 12 ($M)
16                CONFIDENTIAL - 2 pages    72
17   EXHIBIT 18   OSI - Q3 '01 Week 13 ($M)
                  CONFIDENTIAL - 2 pages    72
18
     EXHIBIT 19   Oracle Service Industries ($M's)
19                Pipeline History CONFIDENTIAL
                  - 7 pages    81
20
     EXHIBIT 20   Oracle Service Industries ($M's)
21                Pipeline History CONFIDENTIAL
                  - 7 pages    81
22
     EXHIBIT 21   Oracle Service Industries ($M's)
23                Pipeline History CONFIDENTIAL
                  - 7 pages    81
24
     EXHIBIT 22   Oracle Service Industries ($M's)
25                Pipeline History CONFIDENTIAL
                  - 8 pages    81
```

**4**

```
 1   EXHIBIT 23   Oracle Service Industries ($M's)
                  Pipeline History CONFIDENTIAL
 2                - 7 pages    81
 3   EXHIBIT 24   E-mail from Mr. Avila dated
                  08 Jan 2001 CONFIDENTIAL
 4                - 1 page    81
 5   EXHIBIT 25   E-mail from Jennifer Minton
                  Dated 8 Jan 2001 CONFIDENTIAL
 6                - 3 pages    97
 7   EXHIBIT 26   E-mail from Sarah Kopp dated
                  14 Feb 2001 with attached
 8                Power Point Presentation
                  CONFIDENTIAL - 13 pages    97
 9
10   EXHIBIT 27   E-mail from Sarah Kopp dated
                  22 Feb 2001 CONFIDENTIAL
11                - 1 page    97
12   EXHIBIT 28   E-mail from Sarah Kopp dated
                  18 Jan 2001 CONFIDENTIAL
13                - 1 page    97
14   EXHIBIT 29   E-mail from Mr. Nussbaum dated
                  11 Jan 2001 CONFIDENTIAL
15                - 2 pages    97
16   EXHIBIT 30   OSI Q3 License Status as of
                  13-Feb-01 CONFIDENTIAL
17                - 7 pages    97
18   EXHIBIT 31   E-mail from Ms. Kopp dated
                  27 Feb 2001 with attachments
19                CONFIDENTIAL - 26 pages    112
20   EXHIBIT 32   OSI Big Deal Summary Analysis
                  CONFIDENTIAL - 1 page    112
21   EXHIBIT 33   Q4 FY01 - Projection March 1,
                  2001 CONFIDENTIAL - 3 pages    112
22
     EXHIBIT 34   FY01 Q3 Forecast vs. Actuals
23                with attachments CONFIDENTIAL
                  - 4 pages    112
24
     EXHIBIT 35   Q4 FY01 Week 1 March 1, 2001
25                with attachments CONFIDENTIAL
                  - 4 pages    112
```

Kopp, Sarah  6/14/2006  9:02:00 AM

<div style="column">

5

1　EXHIBIT 36　OSI Q3 Pending License Deals
　　　　　　　　Status with attachments
2　　　　　　　　CONFIDENTIAL - 6 pages　　112
3　EXHIBIT 37　Summary of Americas > $1M Big
　　　　　　　　Deal Slippage Q2 to Q3
4　　　　　　　　CONFIDENTIAL - 2 pages　　112
5　EXHIBIT 38　Oracle Service Industries
　　　　　　　　Forecast Summary Report By
6　　　　　　　　Product Category Mon Aug 7
　　　　　　　　with attachments CONFIDENTIAL
7　　　　　　　　- 5 pages　　　　　　112
8　EXHIBIT 39　OSI Forecast Summary Report
　　　　　　　　By Product Category CONFIDENTIAL
9　　　　　　　　- 2 pages　　　　　　112
10　EXHIBIT 40　OSI Forecast Summary Report
　　　　　　　　By Product Category CONFIDENTIAL
11　　　　　　　　- 2 pages　　　　　　112
12　EXHIBIT 41　OSI Forecast Summary Report
　　　　　　　　By Product Category CONFIDENTIAL
13　　　　　　　　- 16 pages　　　　　　112
14　EXHIBIT 42　Forecast Analysis CONFIDENTIAL
　　　　　　　　- 1 page　　　　　112
15
　　EXHIBIT 43　(not used in deposition and
16　through　　not attached)
　　EXHIBIT 45　　　　　　　112
17
　　EXHIBIT 46　E-mail from Ms. Kopp dated
18　　　　　　　01 Mar 2001 with attached
　　　　　　　　OSI Q3 License Status
19　　　　　　　　CONFIDENTIAL - 2 pages　　112
20　EXHIBIT 47　E-mail from Ms. Kopp dated
　　　　　　　　19 Jan 2001 and e-mail from
21　　　　　　　　Ms. Kopp dated 18 Jan 2001
　　　　　　　　CONFIDENTIAL - 2 pages　　112
22
　　EXHIBIT 48　E-mail from Safra Catz dated
23　　　　　　　30 Jan 2001 and e-mail from
　　　　　　　　Mr. Sanderson dated
24　　　　　　　30 Jan 2001 CONFIDENTIAL
　　　　　　　　- 2 pages　　　　112
25

6

1　EXHIBIT 49　E-mail from Ms. Minton dated
　　　　　　　　08 Mar 2001 CONFIDENTIAL
2　　　　　　　　- 3 pages　　　　112
3　EXHIBIT 50　E-mail from Ms. Minton dated
　　　　　　　　07 May 2001 CONFIDENTIAL
4　　　　　　　　- 5 pages　　　　112
5　EXHIBIT 51　E-mail from Ms. Kopp dated
　　　　　　　　05 Mar 2001 with attachments
6　　　　　　　　- 13 pages　　　　112
7　EXHIBIT 52　(not used in deposition and
　　　　　　　　not attached)　　　　112
8
　　EXHIBIT 53　Document identified by the
9　　　　　　　witness as a version of a big
　　　　　　　　deals report - 14 pages　　112
10
　　EXHIBIT 54　(not used in deposition and
11　　　　　　　not attached)　　　　112
12　EXHIBIT 55　Oracle USA Q3 - FY01 Top 20
　　　　　　　　License Contracts Revenue
13　　　　　　　Recognition Review
　　　　　　　　CONFIDENTIAL - 36 pages　　112
14
　　EXHIBIT 56　(not used in deposition and
15　　　　　　　not attached)　　　　112
16　EXHIBIT 57　Total Company - Q3 FY01 Forecast
　　　　　　　　CONFIDENTIAL - 17 pages　　112
17
　　　　　　　　-oOo-
18
19
20
21
22
23
24
25

</div>

<div style="column">

7

1　　　　BE IT REMEMBERED THAT, pursuant to the laws
2　pertaining to the taking and use of depositions, and
3　on Wednesday, June 14, 2006, commencing at the hour of
4　9:01 a.m. thereof, at the offices of LERACH COUGHLIN
5　STOIA GELLER RUDMAN & ROBBINS LLP, 100 Pine Street,
6　Suite 2600, San Francisco, California, before me,
7　KELLIE A. ZOLLARS, CSR No. 5735, a Certified Shorthand
8　Reporter in and for the State of California.
9　　　　　　　　-oOo-
10　Appearing as counsel on behalf of Plaintiff:
11　　　LAW OFFICES of LERACH COUGHLIN STOIA GELLER
　　　　RUDMAN & ROBBINS LLP
12　　　By: VALERIE McLAUGHLIN, ATTORNEY AT LAW
　　　　　JENNIFER IRVINE, ATTORNEY AT LAW
13　　　655 West Broadway, Suite 1900
　　　　San Diego, California 92101-3301
14　　　Tel: (619) 231-1058
15　Appearing as counsel on behalf of Defendants and the
　　witness:
16
　　　　LAW OFFICES of LATHAM & WATKINS
17　　　By: MICHELE KYROUZ, ATTORNEY AT LAW
　　　　　KYRA G. BUSBY, ATTORNEY AT LAW
18　　　505 Montgomery Street, Suite 2000
　　　　San Francisco, California 94111-2562
19　　　Tel: (415) 391-0600
20　Also present:
21　　　Gary Brewer, Videographer
22　　　　　　　　-oOo-
23
24
25

8

1　　　　　　　SARAH KOPP
2　　　　having been first duly sworn to
3　　　　tell the truth, the whole truth
4　　　　and nothing but the truth, was
5　　　　thereupon examined and testified
6　　　　as is hereinafter set forth:
7
8　　THE VIDEOGRAPHER:  Good morning.  We are going on
9　the record.  Here marks the beginning of Videotape 1.
10　Volume 1, in the deposition of Sarah Kopp in the
11　matter of "In Re Oracle Corporation Securities
12　Litigation" in the United States District Court,
13　Northern District of California, Case No.
14　C-01-0988 MJJ.  Today's date is June 14th, 2006, and
15　the time is 9:02 a.m.
16　　　　The video operator is Gary Brewer,
17　representing LiveNote World Service, located at
18　221 Main Street, Suite 1250, San Francisco, California
19　94105.  Phone number (415) 321-2300.  The court
20　reporter is Kellie Zollars on behalf of LiveNote World
21　Service.
22　　　　Today's deposition is being taken on behalf
23　of the plaintiff, and it is taking place at 100 Pine
24　Street, San Francisco, California.
25　　　　Would Counsel please identify themselves and

</div>

9

1  state whom they represent.
2      MS. McLAUGHLIN:  Valerie McLaughlin for the
3  plaintiffs.
4      MS. IRVINE:  Jennifer Irvine for the plaintiffs.
5      MS. KYROUZ:  Michele Kyrouz and Kyra Busby from
6  Latham & Watkins representing the defendants and the
7  witness.
8      THE VIDEOGRAPHER:  Would the court reporter please
9  swear in the witness.
10      (Witness sworn.)
11          -oOo-
12          EXAMINATION
13  BY MS. McLAUGHLIN:
14      Q.  Good morning, Ms. Kopp.  My name is Valerie
15  McLaughlin; and as you've just heard, I represent the
16  plaintiffs.  I'm with the law firm of Lerach Coughlin..
17      Could you please state your name and then
18  spell your last name for the record.
19      A.  Sarah Kopp, K-o-p-p.
20      Q.  And could you give us your business address on
21  the record, please.
22      A.  It's 1910 Oracle Way, Reston, Virginia 20190.
23      Q.  Thank you.
24      Now, I know you've had your deposition taken
25  before because I've read it.  So I know you probably

10

1  know the drill, but I'm going to go over a little bit
2  with you again if that's okay.
3      A.  Uh-huh.
4      Q.  When your deposition is taken, it's under
5  oath.  It's just like if you were sitting in a
6  courtroom in front of a jury and a judge.  Okay?
7      When you respond, please respond verbally to
8  my questions; because it's really important to get a
9  clear record for the court reporter, that you fully
10  respond with full verbal statements.  So "uh-huhs" and
11  "uh-hums," that kind of stuff, we get it on the record
12  but it's not always the best.  So "yes," "no" is
13  helpful.
14      A.  Okay.
15      Q.  Your counsel will most likely object to a lot,
16  if not all, of my questions today.  When they do that,
17  let them finish their objection and then please
18  respond to me after that unless they instruct you not
19  to answer my question.  Okay?
20      If you don't understand any of my questions --
21  or one of them, feel free to stop me and say please
22  could you rephrase or I don't understand what you're
23  asking me.
24      If you have to take a break at any time, just
25  go ahead and ask me to go ahead and stop the -- break

11

1  the record.  And I would appreciate it, though, if I
2  do have a question pending to you and you want to take
3  a break, that you answer my question and then request
4  to take the break.  Understood?
5      A.  Okay.
6      Q.  I know you've had your deposition taken in the
7  related derivative case.  Have you ever had another
8  deposition taken?
9      A.  No.
10      Q.  "No."  Okay.
11      And today you have Latham & Watkins
12  representing you here?
13      A.  That's correct.
14      Q.  In preparation for your deposition did you
15  have meetings with your counsel?
16      A.  I did.
17      Q.  How many meetings did you have?
18      A.  Just one.
19      Q.  Just one.  Okay.  And what was the duration of
20  the meeting?
21      A.  A few hours.
22      Q.  Okay.
23      A.  I don't know exactly.
24      Q.  And when was that meeting?
25      A.  That was yesterday.

12

1      Q.  Did anyone request that you search for
2  documents in preparation for this deposition?
3      A.  Not in preparation for this deposition.
4      Q.  Okay.  Have you searched for documents in this
5  case?
6      A.  I have.
7      Q.  Okay.  And when was that?
8      A.  Roughly four years ago.
9      Q.  Okay.  And have you recently searched for any
10  documents in this case?
11      A.  I have not.
12      Q.  Okay.
13      Were you asked to preserve any documents in
14  relation to this or any matter that's relating to this
15  case?
16      A.  Yes.
17      Q.  Okay.  And when was that?
18      A.  I don't remember exactly.  It was long before
19  the other deposition.
20      Q.  Okay.  And do you recall if that was in 2001?
21      A.  I don't recall.
22      Q.  What is your practice in document
23  retention generally?
24      MS. KYROUZ:  Objection.  Vague.  Calls for
25  speculation.

13

1  THE WITNESS: Most of the time I try and save
2  whatever documents I think are important. I mean, it
3  doesn't happen all the time and in 68 quarters
4  there's -- not always everything can be kept; but
5  generally if I have a document, I try and hang on to
6  it.
7  BY MS. McLAUGHLIN:
8  Q.  Okay.  Do you have any internal, like, clock
9  of your own where you sort of, by way of an example,
10  every 30 days would you purge, say, documents? Or do
11  you --
12  A.  No.
13  Q.  "No." Okay.
14  When you were asked to preserve the documents,
15  do you remember who gave you that request?
16  A.  Not -- no.
17  Q.  "No."
18  Do you remember if it came internally from
19  someone at Oracle?
20  A.  I believe it would have been internal.  I
21  don't recall seeing anything from an external source,
22  but I don't remember who it was.
23  Q.  And would it have been via e-mail?
24  A.  Likely.
25  Q.  Okay.  Let's start with your background.

14

1  When -- I believe you started at Oracle in 1989; is
2  that correct?
3  A.  That's correct.
4  Q.  What was your first position in 1989 at
5  Oracle?
6  A.  I was a revenue analyst for the federal
7  consulting organization.
8  Q.  And how long did you hold that position?
9  A.  About a year in that particular position.
10  Q.  And what position did you occupy after that?
11  A.  Well, up until our fiscal '97, I guess, I was
12  always associated with the government consulting
13  organization. Starting out as an analyst, moving up
14  to manager with a team as the company grew. But
15  always with the same organization.
16  Q.  Okay.
17  A.  Which was government consulting.
18  Q.  And I believe you said that it was up until
19  1997?
20  A.  Up until our fiscal 1997 ended.
21  Q.  Okay.  And after fiscal 1997 ended what
22  position did you occupy at Oracle?
23  A.  Finance Director for Global Financial
24  Services.
25  Q.  Okay.  And what did your position of

15

1  finance director for the global -- was it government?
2  A.  It was financial services --
3  Q.  Financial services --
4  A.  -- for the financial industry.
5  Q.  What did that entail?  What were your duties
6  there?
7  A.  Similar to what they are now.  Forecasting,
8  building budgets.
9  Q.  So you were forecasting and building budgets
10  for that particular business unit?
11  A.  For that particular business unit, which
12  encompassed consulting and software sales and license.
13  Q.  And how long did you occupy that position?
14  A.  One year.
15  Q.  Okay.
16  And then what was the next position you held?
17  A.  Well, the global verticals were kind of thrown
18  out.  It was a one-year idea that didn't take hold.
19  So after that the person who I was working for in the
20  global vertical came to work for OSI and asked me to
21  join him.  So I was finance director for financial
22  services vertical, for the federal government
23  vertical, as well as for OSI consulting.  And that
24  started in our fiscal '99.
25  Q.  Fiscal '99?  Okay.

16

1  And you said a person asked you to come and
2  join him?
3  A.  Uh-huh.
4  Q.  And who was that person?
5  A.  Steve Perkins.
6  Q.  Okay.  And he was the head of that particular
7  business unit?
8  A.  He was the head of financial services.  He was
9  asked by Jay Nussbaum, when the financial -- when the
10  vertical thing didn't take hold, to come work for OSI.
11  Q.  Okay.  And how long did you occupy that
12  position?
13  A.  Roughly two and a half years.  While -- as
14  long as OSI continued to be in existence, which was
15  November of 2001.
16  Q.  Okay.
17  A.  So it was through our fiscal second quarter
18  of -- second quarter of our fiscal '02 was when the
19  OSI was --
20  Q.  Resolved?
21  A.  -- OSI/OPI thing stopped happening, yeah.
22  Q.  So am I to understand from 1999 -- fiscal 1999
23  to fiscal 2002, you were the -- and could you repeat
24  exactly what your title was?  Finance director --
25  A.  Yeah.

17

1  Q. -- of OSI.
2  A. It wasn't all of OSI.
3  Q. Okay.
4  A. So initially, for the first year, I think, it
5  was I only had federal financial services and
6  consulting for OSI. So there were other verticals
7  that I did not run. I wasn't the finance lead for OSI
8  at that point.
9  Q. And when did you become the finance lead for
10  OSI?
11  A. In October -- actually middle of October of
12  2000.
13  Q. Okay.
14  A. So middle of our second quarter of '01.
15  Q. Okay.
16  And did -- in that position as finance lead
17  for OSI, what were your duties?
18  A. Similar functions just a wider scale.
19  Q. Okay.
20  A. So still budgeting, forecasting.
21  Q. So budgeting, forecasting, personnel issues
22  with your finance group?
23  A. With my own organization, certainly.
24  Q. Okay. And during that time who did you report
25  to?

18

1  A. When I was -- when I took over OSI or before?
2  Q. Yeah, let's just talk about when you took over
3  OSI.
4  A. When I took over OSI, I was reporting to
5  Jennifer Minton.
6  Q. And you no longer were reporting to Steve
7  Perkins or Jay Nussbaum at this point in time?
8  A. No.
9  Q. Do you remember your direct reports at that
10  time?
11  A. Some of them.
12  Q. Okay. Can you name them for me?
13  A. Fred Avila.
14  Q. And if you wouldn't mind when you give me
15  their name can you tell me what they did.
16  A. A-v-i-l-a.
17  Q. That's helpful, too. But if you could let me
18  know what, I guess, vertical they were working in for
19  you.
20  A. Fred was more at the HQ level, pulling reports
21  together across OSI. He was not linked with a
22  particular VP.
23  Q. Okay.
24  A. Karen Bowman.
25  Q. Okay.

19

1  What did Karen do?
2  A. She supported the telecom.
3  Q. Telecom.
4  Do you remember anybody else?
5  A. It's the timing issue so -- Alex San Juan.
6  Q. Okay. Why don't I -- why don't I -- I'll
7  interrupt you here. Let's assume for the remainder of
8  the deposition, the whole day, unless I tell you
9  otherwise, that we're going to be discussing at or
10  around Q3 '01 fiscal. So that would be I'd say from
11  the time you took over OSI as the lead, from October
12  2000, until March, May, give or take. So it will be
13  that time frame. It won't be limited just fiscal
14  quarter but that sort of time frame. And if I
15  otherwise tell you, I'll tell you the time frame I'd
16  like you to respond for.
17  A. Okay.
18  Q. Okay?
19  So we'll go back to that time frame.
20  A. Okay.
21  Q. So you said Alex -- I'm sorry, what was the
22  last name?
23  A. San Juan.
24  Q. San Juan. Okay. And what did he do?
25  A. He had federal.

20

1  Courtney Jung, J-u-n-g, had consulting.
2  Q. Consulting.
3  A. Mark Benjamin had financial services..
4  Q. Healthcare?
5  A. Healthcare. I think Alex covered
6  healthcare --
7  Q. Okay.
8  A. -- also.
9  Q. State and local?
10  A. Steve Quinn.
11  Q. Okay.
12  Did we cover it all?
13  A. I think so.
14  Q. Okay.
15  I think I'd like to ask you some questions
16  about OSI generally, the structure of OSI. Jay
17  Nussbaum was the VP of OSI --
18  A. Correct.
19  Q. -- during that time period; is that correct?
20  A. Yes.
21  Q. Okay. And do you know who his direct reports
22  were at that time?
23  A. Some of them.
24  Q. Okay.
25  A. Terry Ford. And Terry ran operations.

21

1  Charles Kendig.  Quality.

2  Q.  When you say quality, what does that mean?

3  A.  He focused on customer satisfaction reporting,

4  things like that.

5  Q.  Okay.

6  A.  Jose Garcia.  State and local.

7  Q.  Okay.

8  A.  Steve Perkins.

9  Q.  We talked about him.

10  A.  We talked about him.

11  Jim O'Neill.

12  Q.  Okay.  And he was --

13  A.  He was Telecom.

14  Q.  -- Telecom?

15  A.  And that's all I can remember.

16  Q.  Okay.

17  OSI -- I'll just sort of ask you questions,

18  you can correct me if I'm wrong, we'll just get

19  through it quickly.  OSI comprised of two different

20  sort of business or -- sorry, had two different lines

21  of business, one being consulting and the other being

22  license; is that correct?

23  A.  That's correct.

24  Q.  Okay.  And within OSI there were business

25  verticals that -- or there were business units called

22

1  verticals; is that correct?

2  A.  That's correct.

3  Q.  And as I think we've talked earlier, we had

4  the Telecom vertical, correct?

5  A.  Yes.

6  Q.  Federal vertical?

7  A.  Yes.

8  Q.  Healthcare vertical?

9  A.  Yes.

10  Q.  Consulting -- was that a vertical?

11  A.  No.

12  Q.  Did consulting go across all the verticals?

13  Is that how it was set up?

14  A.  Consulting went across all the verticals that

15  were within OSI.

16  Q.  Okay.

17  A.  It was limited to that.  It wasn't all of

18  North America consulting, just the verticals that were

19  in OSI.

20  Q.  Okay.

21  I think you said financial services?

22  A.  That's right.

23  Q.  And state and local.

24  A.  Yes.

25  Q.  Am I missing any?

23

1  A.  Did we say Teleco?

2  Q.  We -- yeah.

3  A.  I think that's it.

4  Q.  Okay.

5  Now, when you -- when you were the lead

6  finance director for OSI, you had a finance group; and

7  I think we talked about who they were earlier, so I

8  think for today I'll just refer to them as your group.

9  Okay?

10  A.  That's fine.

11  Q.  Were you or your group responsible for

12  preparing any periodic reports?

13  A.  Yes.

14  Q.  And we're always going to be in that time

15  frame so we'll have that standing as the time frame

16  every time I ask a question.

17  Okay.  Yes, you were.

18  Can you recall those reports?

19  And we'll go through one by one, and then I'll

20  probably ask you what it entailed.  And it's kind of

21  tedious, but...

22  MS. KYROUZ:  Objection.  Vague.

23  BY MS. McLAUGHLIN:

24  Q.  So you said you were responsible -- you and

25  your group were responsible for preparing periodic

24

1  reports; is that correct?

2  A.  Yes.

3  Q.  Okay.  Let's go through them.

4  What's the first you remember?  Do you recall?

5  A.  We had forecast reports.

6  Q.  Okay.

7  Were there different kinds of periodic

8  forecast reports?

9  MS. KYROUZ:  Objection.  Vague.

10  THE WITNESS:  Yes.

11  BY MS. McLAUGHLIN:

12  Q.  Could you identify those for me.

13  A.  Well, there were different kinds in the sense

14  that there were changes to the same reports that were

15  being made --

16  Q.  Okay.

17  A.  -- during that time frame.

18  Q.  Okay.

19  A.  So there was a forecast report that just

20  listed the forecast for the licensing consulting

21  organization, and then there were "big deals lists" we

22  called them.

23  Q.  Okay.  So the forecast reports, what were

24  those called?

25  A.  It was just called the forecast report.  We

Kopp, Sarah  6/14/2006  9:02:00 AM

25

1  didn't really -- we didn't have a name.
2  Q.  Okay.  So it was the OSI forecast report?
3  A.  I -- I mean we didn't -- like I say, we didn't
4  call it anything in particular.  It was just the
5  forecast report.
6  Q.  Okay.  And who prepared that?
7  A.  Fred Avila on my team.
8  Q.  Okay.  And do you know who received that
9  report?
10  MS. KYROUZ:  Objection.  Lacks foundation.
11  THE WITNESS:  No.  I know who we sent it to, I
12  don't know who ultimately received it.
13  BY MS. McLAUGHLIN:
14  Q.  Okay.  Who did you send it to?
15  Or your group?
16  A.  We sent it to Jay Nussbaum.
17  Q.  Anyone else within OSI?
18  A.  Terry Ford.
19  And I think that's all within OSI.
20  Q.  Did Jennifer Minton receive this report?
21  A.  Yes.
22  Q.  Did anyone else receive --
23  A.  I don't know.
24  Q.  How often were these forecast reports
25  prepared?

26

1  A.  I don't know that they were prepared according
2  to the forecast schedule.  We had a schedule, but they
3  weren't always done according to that schedule so...
4  Q.  What was the forecast schedule?
5  A.  The forecast schedule was every other week in
6  the first two weeks of a quarter and then every week
7  in the final week of a quarter.
8  MS. KYROUZ:  You mean month?
9  THE WITNESS:  Yes.  Sorry.  Month.
10  BY MS. McLAUGHLIN:
11  Q.  So let me -- I'll just clarify, and you can
12  tell me if I'm wrong.  So it was every two weeks for
13  the first two months of the quarter and then every
14  week for the last month of the quarter?
15  A.  That's correct.  Sorry.
16  Q.  Okay.
17  And that was your -- and that -- you're
18  comfortable with calling that -- that was the forecast
19  schedule?
20  A.  That was corporate's forecast schedule.
21  Q.  Corporate's forecast schedule.  Okay.
22  Did OSI have a different forecast schedule?
23  A.  I just don't recall that we always stuck to
24  that one, so I guess the answer would be potentially
25  yes.

27

1  Q.  Okay.  So these forecast reports, were they
2  generated for a purpose?
3  MS. KYROUZ:  Objection.  Vague.
4  THE WITNESS:  Yes.
5  BY MS. McLAUGHLIN:
6  Q.  Would they have been generated for a meeting?
7  For preparation of a meeting?
8  MS. KYROUZ:  Same objection.
9  THE WITNESS:  Not generally.
10  BY MS. McLAUGHLIN:
11  Q.  Not generally.  Okay.
12  What was the purpose of preparing the report?
13  A.  Was to -- it was just required that we submit
14  a forecast every two weeks so...
15  Q.  Okay.
16  A.  So it was detail supporting the forecast.  Or
17  supporting Jay's forecast.
18  Q.  When you say supporting Jay's forecast, did
19  Jay have a separate forecast of his own?
20  MS. KYROUZ:  Objection.  Vague.
21  THE WITNESS:  Other than the package I prepared
22  for him?
23  No.  Not that I'm aware of.
24  BY MS. McLAUGHLIN:
25  Q.  Okay.  So can we talk about the process of

28

1  this forecasting report.
2  A.  Uh-huh.
3  Q.  Could you explain to me the process that you
4  went through -- or you or your group went through to
5  prepare those reports?
6  MS. KYROUZ:  Objection.  Vague.
7  THE WITNESS:  In broad strokes.  It's been a long
8  time.  Many different forecast packs since then.
9  In general we looked at the business with
10  Jay, talked to him about where he believed the
11  businesses would wind up.  We put in those forecasts
12  based on his input and based on the input of his
13  directs, and we pulled pipeline data from our systems
14  and provided him some data points to help support his
15  forecast.
16  BY MS. McLAUGHLIN:
17  Q.  In a particular quarter when do you start this
18  sort of process of the forecast?  Does it occur prior
19  to the commencement of the quarter or is it started
20  right at the beginning of the quarter?
21  It's compound, I know, but...
22  MS. KYROUZ:  Objection.  Vague.
23  THE WITNESS:  So we're talking about that quarter.
24  MS. McLAUGHLIN:  Yes.  Yes.
25  THE WITNESS:  Not do you, but -- yeah.

29

1    MS. McLAUGHLIN:  Let's talk about that quarter.
2    That's what I'm really interested in.
3    THE WITNESS:  At that time it was probably a
4    process that started right at the beginning of the
5    quarter as opposed to ahead of time.
6    BY MS. McLAUGHLIN:
7    Q.  And would you have a meeting with Jay and
8    others, I guess the directs you said, to discuss the
9    forecast?  At the beginning of the quarter?
10   MS. KYROUZ:  Objection.  Vague.
11   THE WITNESS:  Not on any kind of set schedule, no.
12   BY MS. McLAUGHLIN:
13   Q.  Okay.  So you -- so when you said that you
14   would produce this forecast report every two weeks for
15   the first part of the quarter, let's start, like, at
16   the beginning of the quarter.  So the first week would
17   you -- you said you would compile data from the
18   pipeline and from the people who are, I guess, the
19   sales reps in the field?  Was that correct?
20   MS. KYROUZ:  Objection.  Misstates testimony.
21   THE WITNESS:  Not exactly.  No.
22       So we would pull pipeline data out of the
23   system and we would get input from -- well, my staff
24   would provide me input from their business leads.  So,
25   for instance, on the consulting side, they had a whole

30

1    different process.  So they had a more detailed
2    forecast and they would just feed me the forecast that
3    was coming out from the VPs in consulting.  And then
4    on the license side the same thing, they would provide
5    me with that input.  I would sit down with Jay and go
6    through that input, and then we would set his
7    forecast.
8    BY MS. McLAUGHLIN:
9    Q.  Okay.  And when you -- when you say input,
10   could you describe to me what the input would be.
11   A.  Well, the pipeline is pulled directly from the
12   system.
13   Q.  Okay.
14   A.  And then there was an area in the system where
15   the VPs could go in and put in high-level projections
16   for where their numbers would come in so...
17   Q.  Okay.  And the pipeline you said you pulled
18   from the system, is that from the Oracle -- the OSO,
19   the Oracle services Online?
20   A.  Sales.
21   Q.  Sales Online.  Oracle Sales Online?
22   A.  That's what it was then, yes.
23   Q.  And that's where you would pull the pipeline
24   information from?
25   A.  That's where I pulled the current year

31

1    pipeline information from.
2    Q.  Okay.  And when you would pull this
3    information, would you -- what would that -- what sort
4    of information would be in the pipeline?
5    MS. KYROUZ:  Objection.  Vague.
6    THE WITNESS:  Well, the pipeline is just a
7    summation of deals that are in the system.
8    BY MS. McLAUGHLIN:
9    Q.  Okay.  And are the deals input by the sales
10   rep into OSO?
11   A.  That's the intent, yes.
12   Q.  The intent.  Okay.
13       When the sales reps would input the deals,
14   were they required to put any specific information
15   about the deals into the OSO?
16   MS. KYROUZ:  Objection.  Lacks foundation.  Vague.
17   THE WITNESS:  There are fields.  So I don't know
18   that they were forced to.  I don't enter deals in
19   there so I don't know exactly what the fields were,
20   but there are fields.
21   BY MS. McLAUGHLIN:
22   Q.  And do you recall the fields?
23   A.  Some of them.  Customer, deal, opportunity,
24   value.  And then at some point there was a worst,
25   likely, and best value.

32

1    Q.  Do you recall whether there was a win
2    probability?
3    A.  There was also a win probability.
4    Q.  Okay.  And a product specification field?
5    A.  I don't know that one very well so I'm not
6    sure.
7    Q.  Do you -- do you know if there were any
8    requirements for the sales reps to enter all the
9    information in each of the fields?
10   A.  I don't know.
11   Q.  Do you recall if there was a practice in doing
12   so at that time?
13   MS. KYROUZ:  Objection.  Vague.  Lacks foundation.
14   THE WITNESS:  No, I don't know.
15   BY MS. McLAUGHLIN:
16   Q.  Okay.  Do you recall there ever being any
17   problems with the sales reps not properly entering the
18   information into the OSO?
19   MS. KYROUZ:  Same objections.
20   THE WITNESS:  They weren't as diligent about
21   getting everything in there, I think, as, you know,
22   the corporate people would have liked to have seen.
23   MS. McLAUGHLIN:  Okay.  I'm going to show you a
24   document, and I think I'll start it at Kopp 1.
25       Where would you like these placed on here?

Kopp, Sarah  6/14/2006  9:02:00 AM

33

1  Has there been a practice so far?
2  THE REPORTER: It doesn't matter.
3  (Exhibit No. 1 was marked for identification.)
4  BY MS. McLAUGHLIN:
5  Q. Could you take a look at that and identify
6  that for the -- what you see there for the record.
7  MS. KYROUZ: I am going to object. Are you asking
8  whether she recognizes the document?
9  MS. McLAUGHLIN: I just want her to take a look at
10  it and then identify it, and then I'll ask her if she
11  recognizes it.
12  But for the record it is NDCA-ORCL 040644
13  through 040643 (sic).
14  MS. KYROUZ: 643 to 644 you mean?
15  MS. McLAUGHLIN: Oh. I'm sorry.
16  Q. Do you have two there?
17  MS. KYROUZ: Let me just make sure you have the
18  right pages.
19  MS. McLAUGHLIN: I think they're actually the same
20  now that I look at them.
21  MS. KYROUZ: I think it looks like a two-page
22  document.
23  MS. McLAUGHLIN: Oh, I'm sorry, it is a two-page
24  document. Just read through the whole thing.
25  MS. KYROUZ: I take it back. It says 1 of 1. I'm

34

1  not sure the second page is at all related.
2  MS. McLAUGHLIN: Yeah, it's a chain.
3  MS. KYROUZ: I don't think it is a chain. If you
4  look at the bottom it says 1 of 1.
5  MS. McLAUGHLIN: Right. It's a chain of e-mails
6  starting with an original e-mail and response and --
7  MS. McLAUGHLIN: Okay.
8  MS. McLAUGHLIN: -- a forward.
9  Q. Do you recognize this document?
10  A. It appears to be a note from Jay Nussbaum. I
11  don't remember it specifically.
12  Q. Do you have any reason to believe you wouldn't
13  have received it in the ordinary course of your
14  business?
15  A. No, I probably did.
16  Q. Does it look altered to you in any way at all?
17  A. I wouldn't know. I don't remember how it -- I
18  don't remember receiving it specifically so I don't
19  know what it would have looked like.
20  MS. KYROUZ: And you're referring to the first
21  page of Kopp 1?
22  MS. McLAUGHLIN: Yes, I'm referring --
23  THE WITNESS: The second one.
24  MS. McLAUGHLIN: Yeah, I was referring to the
25  first page. I am going to ask you questions off of

35

1  the first page.
2  Q. Could you please go down to -- it's the third
3  paragraph. And it will say "the current pipeline for
4  Q3 in OSO represents a 10 percent reduction in
5  pipeline from the same period last year." And then it
6  goes on to say "my initial forecast for Q3 seems to
7  indicate a 50 percent growth in license revenue. This
8  leaves me with the belief that we have a number of
9  missing opportunities in OSO."
10  Do you remember this situation at that time?
11  A. I don't remember it specifically.
12  Q. Okay. Do you recall if any action was taken
13  in response to this e-mail?
14  MS. KYROUZ: Objection. Lacks foundation. Vague.
15  THE WITNESS: Yeah, I don't know.
16  BY MS. McLAUGHLIN:
17  Q. Okay. Do you recall in this point in the
18  quarter, which is first month of the quarter, there
19  being an issue with sales reps not entering. I guess,
20  deals into the system properly?
21  A. I don't remember any specifics around this
22  particular quarter --
23  Q. Uh-huh.
24  A. -- but in the first month of a quarter we do
25  tend to have issues with all of the data being in

36

1  there accurately.
2  Q. Okay.
3  A. The sales reps entering all their deals and
4  all that.
5  Q. But you don't remember specifically this
6  situation --
7  A. No.
8  Q. -- though?
9  Okay. We'll move on.
10  THE WITNESS: What should I do with this?
11  MS. McLAUGHLIN: What we'll do, turn them over,
12  and you'll end up stacking them; and it will be a big
13  stack by the end of the day.
14  Q. Now, we discussed earlier Jay Nussbaum's
15  forecasts. Now, Jay Nussbaum was the head of OSI.
16  And was it his responsibility to set the forecast for
17  OSI?
18  A. It was.
19  Q. Okay. And did you have any responsibility in
20  verifying whether his forecast was correct?
21  MS. KYROUZ: Objection. Vague. Lacks foundation.
22  THE WITNESS: Uhm, I had a responsibility in terms
23  of validating with my boss whether I thought his
24  forecast was reasonable. I think "correct" is a hard
25  thing to --

Kopp, Sarah  6/14/2006  9:02:00 AM

---

37

1       MS. McLAUGHLIN:  Okay.

2       THE WITNESS:  -- say.

3       BY MS. McLAUGHLIN:

4       Q.  So in your forecasting duties for OSI one of

5 them was to verify whether you thought his forecast

6 was reasonable to Jennifer Minton?

7       A.  That's right.

8       Q.  And did you do this for each forecasting

9 period?

10       MS. KYROUZ:  Objection.  Vague.

11       THE WITNESS:  No.

12       BY MS. McLAUGHLIN:

13       Q.  Okay.  When would you do that?

14       A.  Periodically.  There wasn't any specific

15 timing for that.

16       Q.  Would you do it at the beginning of the

17 quarter?

18       A.  Potentially.

19       Q.  And when you would verify whether you felt it

20 was reasonable, what steps would you take in that

21 endeavor?

22       MS. KYROUZ:  Objection.  Vague.

23       THE WITNESS:  I would generally talk to Jay.  And

24 in some cases talk to his directs.  I pulled system

25 data as a data point, but I also would talk to Jay --

---

38

1 because he was very personally involved in the

2 deals -- and try and understand, you know, where he

3 was in coming up with those numbers and who he had

4 spoken to.

5       BY MS. McLAUGHLIN:

6       Q.  And so you would on occasion speak with his

7 directs to verify what Jay's position was with the

8 forecast?

9       MS. KYROUZ:  Objection.  Misstates testimony.

10 Vague.

11       THE WITNESS:  So when I would speak it wasn't

12 directly just me.  Jay had periodic staff meetings.

13 Not on any set schedule, but he would have a staff

14 meeting every so often, at which time he would go

15 around and validate the forecast numbers with his

16 directs.  And so I would be a part of that.

17       BY MS. McLAUGHLIN:

18       Q.  Okay.  And at these meetings would you or he

19 pull the information off of OSO and ask the sales reps

20 if this -- or his directs if these, in fact, were

21 deals in the pipeline?

22       MS. KYROUZ:  Objection.  Vague.  Misstates

23 testimony.

24       THE WITNESS:  I don't remember exactly what he

25 would ask them --

---

39

1       BY MS. McLAUGHLIN:

2       Q.  Okay.

3       A.  -- but...

4       Q.  Is it possible he would do that in a meeting?

5       A.  It's possible, yes.

6       Q.  Would that be a way that you could verify

7 whether Jay's forecast was reasonable?

8       MS. KYROUZ:  Objection.  Vague.  Lacks foundation.

9       THE WITNESS:  Yeah.

10       BY MS. McLAUGHLIN:

11       Q.  Okay.  Did you have periodic meetings for the

12 forecasts with -- outside of the people in OSI?

13       MS. KYROUZ:  Objection.  Vague.

14       THE WITNESS:  There were some forecast calls late

15 in the quarter, but I don't remember how many of them

16 and exactly who was on the call.

17       BY MS. McLAUGHLIN:

18       Q.  Would Jay always be in on these calls?

19       A.  No..

20       Q.  "No."

21       Did you have periodic forecasting calls?

22       A.  I'm not following you.

23       Q.  Were there Thursday calls?

24       A.  There were Thursday calls.  I don't think they

25 were every Thursday.

---

40

1       Q.  Okay.  Were they like during the forecasting

2 period?  So if it were every two weeks, would you have

3 like every two weeks a Thursday call and then at the

4 end a weekly?

5       MS. KYROUZ:  Objection.  Lacks foundation.  Vague.

6       THE WITNESS:  There were Thursday calls, but I

7 don't remember the regularity.

8       BY MS. McLAUGHLIN:

9       Q.  Okay.  And during these Thursday calls, who

10 would attend these Thursday calls?

11       MS. KYROUZ:  Objection.  Lacks foundation.

12       THE WITNESS:  It was a finance call.  But not

13 always the same people were on the call.

14       BY MS. McLAUGHLIN:

15       Q.  Do you recall during that quarter who would

16 have been on the call?

17       A.  It was Jennifer's call, but she wasn't always

18 on the call.  So she might have someone subbing for

19 her running the call instead.  So I don't remember

20 which days she was on and which days she wasn't on,

21 but it was thought of as the finance call.

22       Q.  Okay.  And were -- was it Jennifer and just

23 the OSI people for these Thursday calls?

24       A.  I believe other people were on, but that we

25 took turns.  I don't think we were all listening to

---

41

1   everybody else's forecast.
2      Q. So it would be like the other divisions in the
3   company, like OPI and NAS at the time?
4      A. It would have been.  Yeah, it was just North
5   America; so it wouldn't have been outside of that.
6      Q. Okay.
7         Okay.  So the Thursday call would have been a
8   North American finance call?
9      A. Yeah, but I don't know if we were broken up.
10   The call has changed forms throughout the years so I
11   can't remember back then the exact form.
12      Q. Okay.
13         Did you attend any other periodic calls during
14   that time?  Would you have ever been on a Monday call?
15      A. No.
16      Q. Are you aware what a Monday call is?
17      A. It -- well, I don't --
18   MS. KYROUZ: Objection.  Vague.
19   THE WITNESS: -- know specifically what you're
20   talking about, but there is an executive committee
21   call that Larry has had for years on Mondays, if
22   that's what you're referring to.
23   MS. McLAUGHLIN: Yeah.
24   THE WITNESS: And I never would have attended
25   that, no.

42

1   BY MS. McLAUGHLIN:
2      Q. And would Jay Nussbaum have attended that?
3   MS. KYROUZ: Objection.  Lacks foundation.
4   THE WITNESS: He would have been invited.  Whether
5   he attended them all, I don't know.
6   BY MS. McLAUGHLIN:
7      Q. Okay.  And on these Thursday calls do you
8   remember or recall what was discussed?
9      A. It was just a means for Jennifer to ask the
10   EVPs and/or finance where they thought the forecast
11   was going to land.
12      Q. Okay.
13      A. It was a very brief call.
14      Q. Did you prepare any documents for this call?
15      A. Not that I recall..
16      Q. When you said this forecast report, the
17   general forecast report, was that in preparation for
18   this Thursday call?
19   MS. KYROUZ: Objection.  Vague.
20   THE WITNESS: No.  We did those -- when they were
21   done they were given to Jay on Monday so that he would
22   have them for his call.
23   MS. McLAUGHLIN: Okay.
24   THE WITNESS: We used them as a basis -- forecasts
25   were submitted on Tuesday or Wednesday, one of those;

43

1   and we used it as a basis for that.
2   BY MS. McLAUGHLIN:
3      Q. Okay.  We were on forecast reports.
4         Okay.  So we have the general forecast report,
5   and then I think you mentioned there was a big deal
6   report?
7      A. Yeah.
8      Q. And do you recall the official name of that in
9   OSI back then?
10      A. I think it was just called the big deals
11   report.
12      Q. The big deals report.  Okay.
13         And what did the big deals report comprise of?
14      A. It listed the deals that were in OSO that had
15   an opportunity value that was higher than 500k.
16      Q. Okay.  And I -- is it correct that the big
17   deals report was compiled of information pulled from
18   OSO?
19      A. Partially.
20      Q. Okay.  And what other information would be in
21   the big deals report?
22      A. We had added a comments column.  Just if there
23   were, you know, things that the sales teams wanted us
24   to know about that deal.  And so that was manually
25   pulled together, not from the system.

44

1      Q. And when you say comments column, would that
2   be, like, comments on that specific deal?  Where it is
3   or --
4      A. Yes.
5      Q. Okay.
6         And how would you manually pull that
7   information together?
8      A. We would actually poll -- I would poll my
9   finance team, and they would -- I don't know how they
10   got it.  They would call whoever they could get an
11   answer out of, I guess.
12      Q. Okay.
13      A. Whether it was the rep or the VPs or whoever,
14   I don't know.
15      Q. So it would be your finance people inputing
16   the information manually about the deals?
17      A. Yes.
18      Q. Okay.  Do you know if the sales reps -- the
19   sales rep ever would enter information on their own
20   for this report?  Like, would they ever submit
21   information directly to you?
22      A. No.
23      Q. "No." Okay.
24         Do you have something called big deal
25   scenarios in OSI?

45

1     A. We did for some time. I don't remember how
2   many of them were produced, though.
3     Q. And what would be the difference between a big
4   deal report or a big deal scenario?
5     MS. KYROUZ: Objection. Vague. Lacks foundation.
6     MS. McLAUGHLIN: If there was a difference.
7     THE WITNESS: The big deal scenario was just a
8   different way of looking at the big deals report.
9   That was something Jennifer wanted to see. So it was
10  similar data in a different format.
11    BY MS. McLAUGHLIN:
12    Q. Would it have any additional data?
13    A. I don't remember exactly.
14    Q. Do you remember when those were created?
15  Those big deal scenarios?
16    A. Not specifically.
17    Q. Do you remember who would have created them?
18    A. I know it was under Jennifer's direction. I
19  don't know who created them.
20    Q. So it would have been someone in her
21  department, not in OSI?
22    A. Well, we would fill in the deal information;
23  but the actual format that came out, it came from
24  corporate finance.
25    Q. Okay. And would it be your -- your directs

46

1   that would give her the information --
2     A. Yes.
3     Q. -- on the deals?
4     A. Yes.
5     Q. Okay.
6       Okay. I want to talk a minute about the
7   pipeline. Could you define for me what you think the
8   pipeline is. Or was at that time.
9     MS. KYROUZ: Referring to Q3 of '01?
10    MS. McLAUGHLIN: Yes. At that time.
11    THE WITNESS: The pipeline is just a list of --
12  it's not a list of deals, it's the sum total of the
13  opportunity values that were in OSO.
14    BY MS. McLAUGHLIN:
15    Q. Okay. And was there a criteria for a
16  particular deal to make it into the pipeline?
17    A. No.
18    MS. KYROUZ: Objection. Vague.
19    BY MS. McLAUGHLIN:
20    Q. So there was no, like, standard criteria that
21  was given to sales reps for what a deal in the
22  pipeline would be?
23    MS. KYROUZ: Objection. Vague.
24    BY MS. McLAUGHLIN:
25    Q. Is that correct?

47

1     MS. KYROUZ: Lacks foundation.
2     THE WITNESS: That's correct.
3     BY MS. McLAUGHLIN:
4     Q. So would it be fair to say that the reps --
5   well, I suppose -- the pipeline came from what you
6   would describe as the OSO system; is that correct?
7     A. Yes.
8     Q. Okay. And it was your directs and the reps
9   entering the information into the OSO system?
10    MS. KYROUZ: Objection. Misstates testimony.
11    BY MS. McLAUGHLIN:
12    Q. Is that correct?
13    A. My directs don't enter anything into the OSO.
14    Q. Okay. Just the sales reps enter --
15    A. I don't know who enters it. You know, whether
16  it's sales reps, sales managers, whoever. The sales
17  organization.
18    Q. Sales organization.
19    A. Yes.
20    Q. That's fair.
21      So would it be fair to say that it was a
22  subjective sort of decision on, I guess, any different
23  salesperson whether to input the information into the
24  pipeline?
25    MS. KYROUZ: Objection. Lacks foundation. Vague.

48

1   Misstates prior testimony.
2     THE WITNESS: They're supposed --
3     MS. McLAUGHLIN: As --
4     THE WITNESS: -- to enter --
5     MS. McLAUGHLIN: -- opposed to --
6     THE WITNESS: -- the stuff in, but it's fair to
7   say that the reps are going to use some subjectivity
8   in what they put in, yes.
9     BY MS. McLAUGHLIN:
10    Q. Were there any objective criteria for these --
11  whether or not to place these deals into the pipeline?
12    MS. KYROUZ: Objection. Lacks foundation. Vague.
13    THE WITNESS: Not that I'm aware of.
14    BY MS. McLAUGHLIN:
15    Q. Now, the pipeline, when -- so would it be fair
16  to say if a deal had actually closed, like Oracle
17  would at that point say "this deal is closed, the
18  contract's been signed," would that specific deal be
19  pulled out of the pipeline?
20    A. No.
21    Q. "No." Okay.
22      It would just stay in the pipeline?
23    A. It would stay in the pipeline as closed.
24    Q. Okay.
25      And so was there a particular way of tracking

Kopp, Sarah  6/14/2006  9:02:00 AM

49

1    closed deals within the pipeline?
2         A. Their status within OSO. So if it had moved
3    to close, it would show as a closed deal; but it
4    wouldn't come out.
5         Q. Well, I think what my question really is: The
6    pipeline, I think we've referred to it as sort of this
7    compilation of all of the deals for that particular
8    time period. If one would close, then -- I'm sorry.
9         I guess really my question is why would it
10   stay in the pipeline if it were closed when the -- in
11   fact the pipeline is supposed to be deals that could
12   close in that time frame.
13        MS. KYROUZ: Objection. Misstates her testimony
14   as to what the pipeline was. Vague. Lacks
15   foundation.
16        BY MS. McLAUGHLIN:
17        Q. Do you understand my question?
18        A. I understand your question.
19        Q. Uh-huh.
20        A. I have never -- I mean, it's the way the
21   pipeline's defined.
22        Q. Okay.
23        A. So at the end of the quarter your pipeline, in
24   effect, equals your forecast when you're done. That's
25   how it is. That's how it's always been.

50

1         Q. Okay.
2         A. Unless someone were to ever report on open
3    pipeline, which we didn't typically do.
4         Q. What would open pipeline be?
5         A. That would be not closed pipeline.
6         Q. Not closed pipeline.
7         A. But we did not report on that.
8         Q. OSI did not report on that?
9         A. Not typically.
10        Q. Did you know if Jay Nussbaum was aware of
11   this -- of your perception of what the pipeline was?
12        MS. KYROUZ: Objection. Vague. Lacks foundation.
13   Calls for speculation.
14        MS. McLAUGHLIN: If you know.
15        THE WITNESS: I don't know. And it wasn't my
16   definition, it was the definition of pipeline as I
17   understood it.
18        BY MS. McLAUGHLIN:
19        Q. And who would have defined the pipeline?
20        MS. KYROUZ: Objection. Vague. Lacks foundation.
21        THE WITNESS: Corporate finance. I don't know
22   specifically who, but... There was never any question
23   as to that within my team anyway.
24        MS. McLAUGHLIN: Within your team. Okay.
25        So if -- okay.

51

1         I might have to come back to it.
2         Can we take a break?
3         THE VIDEOGRAPHER: Off the record. The time is
4    9:52 a.m.
5         (Recess taken.)
6         THE VIDEOGRAPHER: We are back on the record. The
7    time is 10:09 a.m.
8         BY MS. McLAUGHLIN:
9         Q. Before we go any further, I forgot to ask you
10   earlier did you review any documents in preparation of
11   your deposition today?
12        A. Yes.
13        Q. Okay. Do you recall what those documents
14   were?
15        A. No. I mean, they were just a series of
16   documents.
17        Q. Were they -- did you see any forecasting
18   reports?
19        A. I did.
20        Q. Did you by chance get a chance to review your
21   SLC interview transcript?
22        A. Part of it. I didn't get through the whole
23   thing.
24        Q. Okay. I'm going to show it to you; and ask
25   you to, I think, read through it. And I don't need

52

1    you -- I'm not going to ask you to read every single
2    line, but I'd like you just to read it enough to
3    familiarize yourself so that you can tell if this is,
4    in fact, the document.
5         A. Okay.
6         MS. McLAUGHLIN: Okay.
7         MS. KYROUZ: You said "transcript."
8         MS. McLAUGHLIN: I'm sorry. I meant interview
9    memorandum from the SLC.
10        MS. KYROUZ: And you're asking her to identify
11   what? That it is the same document that she's talking
12   about that she looked at? Or that it is, in fact, the
13   SLC memo? Because it's not her document; as you know,
14   it's a lawyer document.
15        MS. McLAUGHLIN: Yes, I do know that. And I'm
16   asking if she reviewed it, and if this is the one that
17   she reviewed.
18        MS. KYROUZ: Okay.
19        MS. McLAUGHLIN: So here. We'll mark it as
20   Exhibit 2.
21        And do we have a stapled copy for her?
22        MS. IRVINE: Yes, we do.
23        MS. McLAUGHLIN: Yeah. Let's give her that.
24        (Exhibit No. 2 was marked for identification.)
25        MS. McLAUGHLIN: And for the record this is

53

1    NDCA-ORCL 299314 through 299339.

2    THE WITNESS: So I have gone through some of this.

3    Not in great detail. Yeah, I did glance at it.

4    BY MS. McLAUGHLIN:

5    Q. Okay. Does this appear to be a true and

6    correct copy of what you reviewed -- looked at?

7    A. Of what I looked at?

8    Q. Yeah.

9    A. It looks like it.

10    Q. Okay.

11    I'd like you to -- well, let me -- let's

12    discuss the budgeting process a little. What does the

13    budget process entail for -- or what did it entail for

14    this time period?

15    Let's go back -- we're always going to be in

16    that time period. So if I speak in the present, it's

17    really about the past.

18    MS. KYROUZ: You're done with this exhibit?

19    MS. McLAUGHLIN: I think I'm going to ask her a

20    question about it.

21    MS. KYROUZ: Okay.

22    THE WITNESS: So for the fiscal year 2001 --

23    MS. McLAUGHLIN: Uh-huh.

24    THE WITNESS: -- I didn't participate in the

25    budget process for Jay specifically.

54

1    MS. McLAUGHLIN: Okay.

2    THE WITNESS: I didn't take over that job until

3    the budget was already set for 2001.

4    BY MS. McLAUGHLIN:

5    Q. Okay. At that point in time do you remember

6    how the budget was -- were you at all involved with

7    the budgeting process for OSI?

8    A. To the extent I received targets from Jay for

9    the organizations that I supported within OSI, yeah,

10    we would then build a P&L to substantiate the targets

11    we were given. But -- yeah.

12    Q. So when you say you were given from Jay, that

13    means it was like a top-down budget?

14    A. Yes.

15    Q. Okay. And do you know where the top of that

16    budgeting process was? Was it Jennifer Minton?

17    MS. KYROUZ: Objection. Lacks foundation. Vague

18    as to whether you're referring to fiscal '01. And

19    lacks foundation as to that year.

20    THE WITNESS: I don't know.

21    BY MS. McLAUGHLIN:

22    Q. Fiscal '01, were there --

23    A. Yeah, I wouldn't know who gave Jay the number

24    at his level.

25    BY MS. McLAUGHLIN:

55

1    Q. Do you -- I guess -- so do you know now who

2    gives the budget?

3    MS. KYROUZ: You're talking about fiscal '07 we're

4    going into?

5    MS. McLAUGHLIN: Yes.

6    THE WITNESS: It's a combination of a proposal

7    from the EVPs and a discussion with Larry and the

8    copresidents. So it's a collaborative sort of.

9    BY MS. McLAUGHLIN:

10    Q. Did you start being involved with the budget

11    in fiscal year '02?

12    A. Yes.

13    Q. For OSI?

14    A. For OSI, right.

15    Q. And at that point in time was it your

16    understanding that it was the same budgeting process

17    as for fiscal year '01?

18    MS. KYROUZ: Objection. Vague as to process.

19    Same budgeting process.

20    THE WITNESS: I don't have an independent

21    recollection; but having looked at this, it looks as

22    though '02 was done similarly to how '01 had been

23    done, although I didn't do '01.

24    MS. KYROUZ: You're referring to Kopp Exhibit 2.

25    You said looking at this.

56

1    THE WITNESS: Yeah. I'm referring to Kopp

2    Exhibit 2. I don't have an independent recollection.

3    BY MS. McLAUGHLIN:

4    Q. Okay. Could you read through that budget part

5    real quick.

6    A. Uh-huh.

7    It's on page 299318.

8    A. Yep.

9    Now, I'm talking a lot here about actually

10    that current year I was in when the interview was

11    taken, as opposed to later on.

12    Q. Because you see Kevin Fitzgerald in there?

13    A. Yeah. Well, I'm saying what Kevin and Keith

14    are doing as opposed to.

15    Q. Are you done looking at it?

16    A. Yep.

17    Q. Okay. In the first paragraph here in the

18    budgeting process, the SLC noted that you stated that

19    in prior years the budget was formulated from a

20    top-down fashion. Now, what you just described to me

21    as, like, your 2000 (sic) budget and you said it was

22    like -- I don't want to misstate your testimony so

23    please let me know if I'm correct. It was Larry

24    Ellison and his copresidents and it's more of a

25    collaborative effort now. Is that -- is this versus

Kopp, Sarah  6/14/2006  9:02:00 AM

57

1  the top-down that is described in this paragraph?
2  MS. KYROUZ: You said 2000. I think you mean
3  2007.
4  MS. McLAUGHLIN: I meant 2007. I'm sorry.
5  THE WITNESS: Yes. So this paragraph I'm talking
6  about 2002 being different for -- than 2003. So I'm
7  saying that in 2003 it appeared to be a much more
8  collaborative process.
9  MS. McLAUGHLIN: Okay.
10  THE WITNESS: At that point and forward.
11  BY MS. McLAUGHLIN:
12  Q. And is the -- what was -- what it was changed
13  to in 2003, is that what you guys currently have
14  today?
15  MS. KYROUZ: Objection. Vague. Lacks foundation.
16  THE WITNESS: Largely.
17  MS. McLAUGHLIN: Okay. We'll put this aside for a
18  while.
19  Q. Okay. I'm going to put stacks of reports in
20  front of you, and I'm going to ask you to read them.
21  And this is sort of the tedious part of this process,
22  so I apologize to the degree it's my fault, but this
23  is a series of -- what I'm going to ask you questions
24  about. And I believe these are forecasting reports,
25  but we'll discuss them. And I think what I'll do

58

1  is -- these should be marked so pardon us for a
2  moment. If you want to go off the record, that would
3  probably help.
4  THE VIDEOGRAPHER: Off the record. The time is
5  10:20 a.m.
6  (Recess taken.)
7  (Exhibit Nos. 3 through 11 were marked for
8  identification.)
9  THE VIDEOGRAPHER: We are back on the record. The
10  time is 10:24 a.m.
11  BY MS. McLAUGHLIN:
12  Q. You got 3?
13  A. I got 3.
14  Q. Okay. For the record, Exhibit 3 is Bates
15  numbered CA-ORCL 036623 through 036627.
16  Could you identify this report for me.
17  A. It is --
18  MS. KYROUZ: Objection. Lacks foundation.
19  THE WITNESS: It appears to be a forecast report
20  from sometime in Q2 of '01.
21  BY MS. McLAUGHLIN:
22  Q. Is the reason you know this is from fiscal
23  year Q2 '01 because it is not the form in which you
24  used when you took over in OSI to report this
25  information?

59

1  A. The format, as well as at the top it shows
2  actuals for September and forecasts for October,
3  November, so it sounds like we were still in October.
4  Q. Okay. Did you ever receive this report?
5  A. Not before I took over. Which was, I think,
6  October 15th or 14th.
7  Q. But you do recognize this as what a
8  forecasting report would have looked like --
9  A. Used to look like.
10  Q. Used to look like.
11  A. Yes.
12  Q. And would this have been prepared in the
13  regular course of business in Q2?
14  A. Likely, yes.
15  Q. Does anything look altered to you in this
16  report?
17  A. Without examining every number, no. It looks
18  like it would have --
19  Q. Okay. And do you know who would have prepared
20  this report?
21  A. It would have been prepared under the
22  direction of Terry Ford, who was my predecessor.
23  Q. And let's -- let's skip 4 right now.
24  We'll go to 5 and 6.
25  A. Okay.

60

1  Q. Do you recognize Exhibit 5?
2  A. I recognize the format, yes.
3  Q. Can you identify what Exhibit 5 is for me.
4  A. It would be end of Q2 forecast moving to a
5  different format. It's a forecast report looked at
6  differently.
7  Q. Was this prepared by you or someone in your
8  group on or about the date of the document?
9  A. I believe so. It would have been..
10  Q. Was it prepared in the regular course of your
11  business at Oracle to prepare this document?
12  A. Yes.
13  Q. Okay. That's that one.
14  And now 6. Do you recognize Exhibit 6?
15  A. It looks -- well, without looking at all the
16  numbers it looks like the same as 4. It still has
17  actuals for September and forecasts for October going
18  out so...
19  Q. So do you know who prepared this Exhibit 6?
20  A. I don't know who specifically did. But again,
21  it would have been under the direction of my
22  predecessor Terry.
23  Q. So I guess we'll go look at Exhibit 4. Do you
24  recognize Exhibit 4?
25  A. Yes.

Kopp, Sarah  6/14/2006  9:02:00 AM

61

1    Q. And you said --
2    MS. KYROUZ: I think you meant Exhibit 3.  Did you
3    mean --
4    MS. McLAUGHLIN: Is it the same information --
5    yeah, 3.  I'm sorry.
6    THE WITNESS: It looks like the information in 3
7    and 6 is -- if not -- I don't know if it was the same
8    week, but it's the same stuff.  And it appears to be
9    over the same time frame just based on the headers,
10   but I don't know.  I don't see any difference.  I
11   would have to go line by line and see but...
12   MS. McLAUGHLIN: All right.  We'll put those
13   aside.
14   Q. Okay.  So Exhibit 4 is where we're on now.
15   A. Okay.
16   Q. Could you identify -- or do you recognize
17   Exhibit 4?
18   A. I recognize the format.  What was our new
19   forecast format.
20   Q. Can you identify for me what Exhibit 4 is.
21   A. It's a forecast report for OSI for license and
22   consulting.
23   Q. For the week of December 4, 2000; is that
24   correct?
25   A. That's what it says so I would think so.

62

1    Q. Was this prepared by you or by someone in your
2    group on or about the date of the document?
3    A. I would think so, yes.
4    Q. Does this appear to be a genuine and authentic
5    copy of the original?
6    A. As I say, without looking at every number, I
7    can't say for sure; but it looks like it, yes.
8    Q. Was this prepared in the regular course of
9    your group's business at Oracle?
10   A. Yes.
11   Q. Was it your regular practice to produce these
12   types of reports?
13   A. Can you define "regular" for me?  I mean.
14   Q. We talked about earlier periodic reports.  Is
15   this one of those periodic reports?
16   A. Yes.
17   Q. And would this be the forecasting report you
18   were referring to?
19   A. Yes.
20   Q. Okay.  Well, we can do it -- if you want to,
21   we can do these in -- oh, I have gaps, I guess we
22   can't do it in groups.  So let's go to Exhibit 7.
23   A. All right.
24   Q. Do you recognize Exhibit 7?
25   A. I do.

63

1    Q. Okay.  Could you identify for me what
2    Exhibit 7 is.
3    A. It's a license and consulting forecast report
4    for OSI for Q3 of fiscal '01, the third week of the
5    quarter.
6    Q. Was this produced by you or someone in your
7    group on or about the date of the document?
8    A. Yes.
9    Q. Does this appear to be a genuine, authentic
10   copy of the original?
11   A. It appears to be.
12   Q. Was it your group's responsibility to produce
13   this document?
14   A. Yes, it was.
15   Q. Was it produced in the regular course of your
16   business at Oracle?
17   A. Yes.  And if I could clarify an earlier
18   point --
19   Q. Sure.
20   A. -- it appears that there was also a projection
21   for an outlying quarter in here.  I said Q3, but it
22   looks like it's Q3 and Q4 in the back.
23   Q. On 7?  Exhibit 7?
24   A. On Exhibit 7.  One, two, three -- the fourth
25   page starts with Q4.

64

1    Q. Q4, yeah.
2    A. And it goes back to Q3.  I'm not sure why.
3    But I just want to clarify that point.
4    Q. Was it something that your group would have
5    done, would be start an early forecast of Q4 in Q3?
6    A. Not -- we hadn't done that up until that time.
7    Q. Okay.
8    A. This was a new practice.
9    Q. Okay.  And do you remember the reason why you
10   or your group did this this quarter?
11   A. My recollection was we were asked to put
12   together a six-month projection at that point.
13   Q. Okay.  At that point?
14   A. I don't remember by who.
15   Q. You don't remember by who.  Okay.
16   A. Yeah.
17   Q. Do you remember when you were asked to do it?
18   A. When I was asked to do this report or --
19   Q. Or when you were asked?
20   A. -- when I was asked to start capturing the
21   future quarter?  No.
22   Q. No, you don't.
23   Okay.  Is it fair to say sometime before
24   September 19, 2000?
25   A. That's right.

65

1    Q.  Okay.  Let's go to 8.

2       Do you recognize Exhibit 8?

3    A.  Yes.

4    Q.  Could you identify it for me.

5    A.  This is the Q3 and Q4 of fiscal '01 forecast

6  for license and consulting for OSI for Week 5 of the

7  quarter --

8    Q.  Okay.

9    A.  -- dated January 9th.

10    Q.  Okay.  Was this produced by you or your group

11  on or about the date it was -- on the document?

12    A.  Yes.

13    Q.  Does this appear to be a genuine and authentic

14  copy of the original?

15    A.  Yes, it does.

16    Q.  Was it your group's responsibility to produce

17  this document?

18    A.  It was.

19    Q.  Okay.  Was it prepared in the regular course

20  of your business at Oracle?

21    A.  Yes.

22    Q.  And was it your regular practice to produce

23  such a report?

24    A.  My team, yes.

25    Q.  Yes, your team.

66

1       Okay.  We'll move on from that.  Let's go to

2  Exhibit 9.  Do you recognize Exhibit 9?

3    A.  Yes, I do.

4    Q.  Can you identify it for me.

5    A.  It is the Q3 and Q4 fiscal '01 forecast for

6  license and consulting for OSI as of Week 7 of Q3

7  dated January 16th.

8    Q.  Okay.  Was this produced by you or your group

9  on or about the date that appears on the document?

10    A.  Yes.

11    Q.  Is it a genuine and authentic copy of the

12  original?

13    A.  It appears to be, yes.

14    Q.  Okay.

15       Was it your group's responsibility to produce

16  this report?

17    A.  Yes.

18    Q.  Okay.  Was it your regular practice in your

19  business at Oracle to produce this report?

20    A.  Yes.

21    Q.  Okay.  And was it produced in the regular

22  course of your business at Oracle?

23    A.  Yes.

24    Q.  We'll move on.

25       Do you recognize Exhibit 10?

67

1    A.  Yes.

2    Q.  Okay.  Can you identify it for me.

3    A.  It is the Q3 and Q4 -- it looks like there's

4  some duplication in here; but it looks like the Q3 and

5  Q4 forecast for OSI license and consulting as of Q3,

6  Week 10, dated February 6th of 2001.

7    Q.  Okay.  Was this produced by you or your group

8  on or about the date of the document?

9    A.  Yes..

10    Q.  Okay.  Does it appear to be a genuine and

11  authentic copy of the original?

12    A.  It does.

13    Q.  Was it your group's responsibility to produce

14  this report?

15    A.  Yes.

16    Q.  Okay.  Was it your group's practice to produce

17  such a -- this report in the ordinary course of your

18  business at Oracle?

19    A.  Yes.

20    Q.  Was it your regular practice to produce this

21  report?

22    A.  Yes.

23    Q.  Okay.  Move on to 11.

24       Okay.  Do you recognize 11?

25    A.  Yeah.

68

1    Q.  Is Exhibit 11 different than the prior

2  exhibits as far as its form?

3    A.  It's printed differently.

4    Q.  Is the information contained within this

5  report similar to the -- or the same kind of

6  information that would be contained in the previous

7  reports we went through?

8    A.  Yes.

9       Yeah.  It appears to be the same, just printed

10  portrait instead of landscape.

11    Q.  Was this produced by you or someone in your

12  group?

13    A.  Yes.

14    Q.  On or about the date that appears on the

15  document?

16    A.  Yes.

17    Q.  Does it appear to be a genuine, authentic copy

18  of the original?

19    A.  Other than the way it's printed, yeah.  I

20  didn't used to print them this way, but.

21    Q.  Okay.

22       Was it your group's responsibility to produce

23  this report?

24    A.  Yes.

25    Q.  Okay.  Was it produced in the regular practice

69

1  of your group?

2  A. Yes.

3  Q. Okay. And was it produced in the regular

4  course of business of yours at Oracle?

5  A. Yeah.

6  Q. All right. Good.

7  Another group of these.

8  Before I go on to the next group, I would like

9  to actually ask you a few questions about these

10  reports generally.

11  A. Uh-huh.

12  Q. These were the forecasting reports that we

13  discussed earlier in the -- in our deposition this

14  morning.

15  A. Yes.

16  Q. And were these prepared for Jay Nussbaum?

17  MS. KYROUZ: Objection. Vague.

18  THE WITNESS: In part.

19  BY MS. McLAUGHLIN:

20  Q. In part.

21  Who were they pro- -- who did you produce or

22  submit these to?

23  MS. KYROUZ: Objection. Asked and answered.

24  THE WITNESS: Yeah. To Jay and Terry. Jay

25  Nussbaum and Terry Ford and to Jennifer Minton.

70

1  BY MS. McLAUGHLIN:

2  Q. And do you believe that all of these reports

3  reached those three individuals in fact?

4  MS. KYROUZ: Objection. Lacks foundation.

5  THE WITNESS: To the best of my knowledge.

6  (Exhibit No. 12 was marked for identification.)

7  MS. McLAUGHLIN: Okay.

8  There's just one here, right?

9  MS. IRVINE: Yes.

10  BY MS. McLAUGHLIN:

11  Q. Okay. This is Exhibit 12. If you could take

12  a look at Exhibit 12.

13  And again, let me know when you're done

14  looking through it.

15  A. Okay.

16  Okay.

17  Q. Do you recognize this report?

18  A. I recognize it, yeah.

19  Q. Do you know who prepared this report?

20  A. I don't know specifically who prepared it.

21  Q. Did you or your group have any input into the

22  preparation of this report?

23  A. They would have --

24  MS. KYROUZ: Objection. Vague.

25  THE WITNESS: They would have taken what I

71

1  submitted in the previous packages and pulled

2  information from those. That was the process.

3  Whether that was always followed, I don't know; but

4  that was the process.

5  BY MS. McLAUGHLIN:

6  Q. So the Exhibits 3 through 11 would have -- the

7  process -- is it fair to say the process was that you

8  would produce what we have in Exhibits 3 through 11,

9  and you would produce and submit this to Jennifer

10  Minton's group; and they would then prepare, off the

11  basis of that and other documents, this report?

12  MS. KYROUZ: Objection. Vague. Lacks foundation.

13  MS. McLAUGHLIN: This kind of report.

14  MS. KYROUZ: Same objection.

15  THE WITNESS: Yeah.

16  BY MS. McLAUGHLIN:

17  Q. Do you know what the purpose of this report

18  is?

19  MS. KYROUZ: Objection. Lacks foundation.

20  THE WITNESS: It's a consolidation of the other,

21  so OSI with the other North America organizations.

22  BY MS. McLAUGHLIN:

23  Q. In your forecast calls did you discuss these

24  kinds of reports?

25  A. Which forecast calls?

72

1  Q. Your forecast calls that you had on Thursdays?

2  A. Yes.

3  Q. Okay. And you previously stated that you do,

4  in fact, recognize this report?

5  A. I recognize it, yes.

6  Q. Does it appear to be a genuine and authentic

7  copy of the original?

8  A. Yes.

9  MS. McLAUGHLIN: Okay. Let's move on from this.

10  Exhibit 13.

11  Now we're going to have another series of

12  reports that we're going to go through.

13  Why don't we go off the record for a minute.

14  THE VIDEOGRAPHER: Off the record. The time is

15  10:46 a.m.

16  (Recess taken.)

17  (Exhibit Nos. 13 through 18 were marked for

18  identification.)

19  THE VIDEOGRAPHER: We are back on the record. The

20  time is 10:49 a.m.

21  BY MS. McLAUGHLIN:

22  Q. Okay. Could you take a look at Exhibits 13

23  through 18, please, and familiarize yourself with them

24  a bit.

25  A. Okay.

73

1   Q. Okay. Do you recognize Exhibits 13 through
2   18?
3   A. Yes.
4   Q. What do Exhibits 13 through 18 appear to be to
5   you?
6   A. Exhibits 13 through 16 are different than
7   Exhibits 17 and 18.
8   Q. Okay. Then let's --
9   A. Can we separate them?
10   Q. Yes, let's separate them.
11   A. Okay.
12   Q. What do Exhibits 13 through 16 appear to be to
13   you?
14   A. 13 through 16 appear to be the big deal
15   scenario reports that Jennifer had started having us
16   produce.
17   Q. Okay. Let's look at Exhibit 13. Is
18   Exhibit 13 produced by you or someone in your group on
19   or about the date that appears at the top of the
20   second column?
21   MS. KYROUZ: I'm going to object to the documents
22   and the dates -- that she hasn't testified that she
23   prepared these, and that the dates are inconsistent
24   throughout the documents. Some of them are titled Q2
25   but then they have other dates, so I'm not sure

74

1   that -- which date you're asking her about.
2   MS. McLAUGHLIN: Well, I'm asking her about the
3   date on the second column, which is what I just said.
4   It appears to me, if you look at them, if it says Q2
5   that they're typos, but I will ask her about them when
6   we get to the document.
7   MS. KYROUZ: Okay. Great.
8   BY MS. McLAUGHLIN:
9   Q. So we're on Exhibit 13. And my question was
10   was this produced by you or someone in your group on
11   or about the date that appears in the second column on
12   the top that says 1/29?
13   MS. KYROUZ: Same objection.
14   If you know.
15   THE WITNESS: Yeah. And I -- and I don't know
16   when it would have been produced. Whether the 1/29
17   was the current date at the time or whether that was
18   referring to another time. Because the same
19   opportunity value appears in two columns. So I don't
20   know if it's a comparison to 1/29 or if it actually
21   was done on 1/29.
22   BY MS. McLAUGHLIN:
23   Q. Okay. How about you look at Exhibit 14.
24   A. Uh-huh.
25   Q. And you mention a comparison to 1/29. Could

75

1   you explain to me on Exhibit 14 how you would read
2   this report?
3   MS. KYROUZ: Objection. Lacks foundation. Vague.
4   THE WITNESS: So it's a listing of deals. And it
5   appears to be the value that was in OSO for the deal
6   as of 1/29 and then as of some other date and the
7   change.
8   BY MS. McLAUGHLIN:
9   Q. Do you know how often these big deal scenarios
10   were prepared during Q3?
11   A. No, I don't.
12   You know, Jennifer took over finance, I think,
13   in September of '00, so Q2 of fiscal '01. And my best
14   recollection was during Q3, as she had her new team in
15   place, she was trying out different formats of the
16   same kind of data to get at what she wanted. So this
17   one, I'm not sure when it started and I don't know how
18   long we did it for.
19   Q. Okay. And that goes for Exhibits 13 through
20   16?
21   A. That goes for Exhibits 13 through 16.
22   Q. Were these reports generally attached to
23   another report, or were they a standalone report? Do
24   you recall?
25   MS. KYROUZ: Objection. Vague. Lacks foundation.

76

1   THE WITNESS: I don't recall.
2   MS. McLAUGHLIN: Okay.
3   THE WITNESS: We generally did forecast reports
4   and big deal reports at similar times, but they
5   weren't part of the same report or necessarily
6   attached or anything like that.
7   BY MS. McLAUGHLIN:
8   Q. And you had -- is it correct that these are
9   big deal scenarios?
10   A. These are, yes.
11   Q. And those would be different than the big deal
12   reports?
13   A. Yes.
14   Q. Okay.
15   Because of the format of the information?
16   A. Really because of the format.
17   Q. Would the information be the same? Of the
18   same kind?
19   MS. KYROUZ: Objection. Vague. Calls for
20   speculation.
21   THE WITNESS: They're all versions of listing the
22   deals as they appear in the system.
23   MS. McLAUGHLIN: Okay.
24   Q. Would these reports have been prepared with
25   dates on them in the -- when they were prepared by

77

1   your group?

2       MS. KYROUZ: Objection. Lacks foundation. Vague.

3       THE WITNESS: I don't know. You know, we might

4   have relied on the date it was sent up in e-mail as

5   the date stamp. I don't know.

6       BY MS. McLAUGHLIN:

7       Q. Can you -- I guess we should probably -- can

8   you determine the date, by looking at any of these

9   reports, when they were generated?

10      MS. KYROUZ: Objection. Vague. Misstates

11  testimony as to generated. Lacks foundation as to the

12  date.

13      THE WITNESS: No, I don't know when they would

14  have been generated. Exhibit 15 is the only one that

15  appears to show two dates, two specific dates in

16  comparison. Again, I wouldn't know when it was

17  generated, but it's the only one that has two specific

18  dates in the header.

19      MS. McLAUGHLIN: Right.

20      Q. And do you believe that the header -- it says

21  "Oracle Service Industries Forecast Q2 Fiscal Year

22  '01" is a typo if we're looking at 1/29 and 2/06

23  comparisons?

24      MS. KYROUZ: Objection. Lacks foundation.

25      THE WITNESS: I don't know what the -- yeah. It

78

1   appears to be a typo as compared to the other ones and

2   as compared to -- Q2 isn't in January so.

3       MS. McLAUGHLIN: Okay.

4       THE WITNESS: Or February.

5       BY MS. McLAUGHLIN:

6       Q. Okay. Let's just put these aside and talk

7   about 17 and 18. Do you recognize Exhibit 17 and 18?

8       A. Yes.

9       Q. Can you identify Exhibit 17 for me?

10      A. It is a big deals list, apparently as of

11  Week 12 of Q3, although I don't know the date. It has

12  a date on here, but that looks like it's when it was

13  printed not when it was created.

14      Q. So do you believe that this was prepared by

15  you or someone on your team?

16      A. Yes.

17      MS. KYROUZ: Objection. Lacks foundation.

18      BY MS. McLAUGHLIN:

19      Q. If it is -- is this a big deal report?

20      MS. KYROUZ: Objection. Vague.

21      THE WITNESS: It is a listing of big deals. And

22  it's probably a version of the big deal report, yeah.

23      BY MS. McLAUGHLIN:

24      Q. And, earlier, is it true that you testified

25  that you periodically prepared these big deal reports?

79

1       A. Or someone on my team..

2       Q. Or someone on your team.

3       A. Yes.

4       Q. And do you recall -- would it be with the --

5   would you prepare them according to the same

6   forecasting schedule that we discussed earlier, which

7   was two weeks for the first two months and every week

8   for the last month?

9       A. That was the schedule, so I would assume we

10  did --

11      Q. Okay.

12      A. -- yeah.

13      Q. Did you -- okay.

14          So you testified that either you or someone in

15  your group produced this.

16      A. Some version of this. Like I'm saying, it

17  changed formats quite a few times that quarter; but

18  some version of the big deals scenario or a big deals

19  report was produced.

20      Q. Okay. But you recognize this document

21  specifically -- or these two documents specifically;

22  is that correct?

23      A. Yes.

24      Q. And you do believe that you or someone in your

25  group prepared these two documents; is that correct?

80

1       A. Yes.

2       Q. On or about the week, the time frame that it

3   states at the top?

4       MS. KYROUZ: Objection. Lacks foundation.

5       THE WITNESS: That seems reasonable.

6       BY MS. McLAUGHLIN:

7       Q. Do these appear to be a genuine and authentic

8   copy of what the original would have been?

9       A. Yes.

10      Q. And you testified that you would have prepared

11  these periodically over the forecast schedule?

12      MS. KYROUZ: Objection. Lacks foundation. Vague.

13  Misstates prior testimony.

14      THE WITNESS: I would have prepared them --

15  someone on my team would have prepared something like

16  this periodically.

17      BY MS. McLAUGHLIN:

18      Q. And you agree that it would have been

19  according to -- when I say forecast schedule, I'm

20  meaning you said every two weeks you prepared a

21  forecast package, and so it was a forecast report and

22  a big deal report; is that correct?

23      MS. KYROUZ: Objection. Lacks foundation.

24  Misstates prior testimony. Vague.

25      THE WITNESS: That was the schedule. That was the

81

1  corporate forecast schedule. I don't know for a fact
2  that we adhered to every date in the schedule. That
3  was the forecast schedule. We would have done them
4  periodically. Had we done them, you know, we would
5  have done them on or around those dates. I mean, but
6  I don't know that that -- sometimes a forecast will
7  get canceled or, you know, something will be going on
8  with systems where they'll say take it down for a
9  couple of weeks and there won't be one. Typically,
10  that is something we would do.
11      BY MS. McLAUGHLIN:
12      Q. And it was your practice to adhere to the
13  corporate forecast schedule unless otherwise you were
14  told to not do so?
15      MS. KYROUZ: Objection. Vague. Lacks foundation.
16      THE WITNESS: To the best of my recollection,
17  yeah.
18      MS. McLAUGHLIN: Okay. Let's move on.
19      (Sotto voce discussion between Ms. McLaughlin and
20  Ms. Irvine.)
21      (Exhibit Nos. 19 through 24 were marked for
22  identification.)
23      BY MS. McLAUGHLIN:
24      Q. Okay. I apologize, we're not going in
25  chronological order; but this is Exhibit 24.

82

1      A. Okay.
2      Q. Please read Exhibit 24 and identify it for me.
3      A. Okay. It's an e-mail from corporate
4  finance -- looks like Roberta was in that role then --
5  just saying that we don't need to submit the big deal
6  scenario version of the report for two forecasts.
7      And that they only want Q3. So they just want
8  a regular OSO big deals list as opposed to that
9  scenarios report.
10      Q. Okay. Who was Roberta Ronsse?
11      A. She used to work for, I think, Ivgen Guner,
12  who worked for Jennifer.
13      Q. Do you believe that to be the Roberta that's
14  on this e-mail?
15      A. Yeah. I don't remember another Roberta.
16      Q. Okay. Do you know the reason why Roberta
17  asked this team not to produce the big deal scenarios
18  for those two periods?
19      A. No.
20      Q. "No."
21      Okay. Move on.
22      Some are easier than others.
23      Another batch of reports.
24      A. Okay.
25      MS. McLAUGHLIN: Why don't we go off the record

83

1  again.
2      THE VIDEOGRAPHER: This is a good time to end this
3  tape --
4      MS. McLAUGHLIN: Oh.
5      THE VIDEOGRAPHER: -- so I'll conclude this
6  videotape.
7      One moment, please.
8      We are going off the record. Here marks the
9  end of Videotape No. 1, Volume 1, in the deposition of
10  Sarah Kopp. The time is 11:04 a.m.
11      (Recess taken.)
12      THE VIDEOGRAPHER: We are back on the record. The
13  time is 11:17 a.m. Here marks the beginning of
14  Videotape No. 2, Volume 1, in the deposition of Sarah
15  Kopp.
16      BY MS. McLAUGHLIN:
17      Q. Okay. When we went off the record we were
18  talking about the big deal scenarios. Exhibit 18
19  is -- let's go back to that for a moment..
20      Or is it 19? Sorry.
21      Is it 18 or 19? What do you have as Roberta
22  Ronsee's --
23      THE WITNESS: I have that as 24.
24      MS. KYROUZ: 24.
25      MS. McLAUGHLIN: That's right. 24 because I went

84

1  out of order.
2      Q. Given that Roberta instructed that you or your
3  group not produce the big deal scenarios for the
4  January 29th and 15th -- is that correct? Forecasting
5  schedule? Or periods?
6      MS. KYROUZ: Objection. Misstates the document.
7      BY MS. McLAUGHLIN:
8      Q. Could you read the subject line? It says big
9  deal report?
10      A. The subject line says 8th and 15th.
11      Q. Right. In the text of the e-mail what does it
12  indicate to you?
13      A. It would seem to get -- you know, tying that
14  in with the subject, it would seem to say for those
15  two weeks we don't need to do the scenarios report.
16      Q. Do you see the date it was actually --
17      A. Uh-huh. Monday the 8th.
18      Q. Okay. So it would be -- the two would be the
19  January 8th and the January 15th forecast big deal
20  scenarios?
21      A. That appears to be what she's saying, yes.
22      Q. Okay. Would you otherwise have prepared these
23  big deal scenarios during the quarter?
24      A. As I --
25      MS. KYROUZ: Objection. Vague. Lacks foundation.

Kopp, Sarah  6/14/2006  9:02:00 AM

85

1    THE WITNESS: As I said earlier, the scenario was
2    a version of the big deals list that Jennifer was
3    playing around with. I don't know when the first one
4    was generated and I don't know when the last one was.
5    I think it was a rather short-lived report. We
6    certainly don't do it now.
7    MS. McLAUGHLIN: Okay.
8    THE WITNESS: So I don't know.
9    BY MS. McLAUGHLIN:
10    Q. But the big deals report, which is, I guess,
11    the same information, you said, but in a different
12    format, that would have been produced for every
13    forecast period during Q3?
14    MS. KYROUZ: Objection. Vague. Lacks foundation.
15    THE WITNESS: I don't know if it was done every --
16    BY MS. McLAUGHLIN:
17    Q. But it would have been your practice unless
18    instructed otherwise to do so?
19    A. Yeah. Unless we didn't have access to the
20    data or we were instructed otherwise, we likely would
21    have produced something, but not that scenarios thing.
22    I don't think that that was done very often.
23    Q. Okay.
24    A. Or for a very long period of time.
25    Q. Do you recall not having access to the

86

1    information to prepare those big deal reports during
2    Q3?
3    A. I didn't have any independent recollection,
4    but we did take the systems down for some period at
5    the end of December when we were upgrading all of our
6    systems. So I don't know when we took it down exactly
7    and when it came back up exactly, but it's likely
8    there was a period of a few weeks in there that we
9    wouldn't have had access.
10    Q. What would you do with these reports once
11    you've prepared them?
12    MS. KYROUZ: Objection. Vague as to "these
13    reports."
14    MS. McLAUGHLIN: I'm sorry. The big deal reports.
15    THE WITNESS: After I prepared them?
16    MS. McLAUGHLIN: Uh-huh. Or after someone on your
17    team prepared them.
18    Q. Would you store them on your hard drive on
19    your computer?
20    MS. KYROUZ: Objection. Vague. Calls for
21    speculation. Lacks foundation.
22    THE WITNESS: I don't remember specifically every
23    report, but it's likely. I didn't always keep all of
24    them because I didn't prepare them. So it would be
25    more likely the person who prepared the report would

87

1    have all of them. And it's possible if I was out for
2    any reason or whatever, I would rely on that person.
3    But I had a few of them, though, yeah.
4    BY MS. McLAUGHLIN:
5    Q. Stored to your hard drive; is that correct?
6    A. If they were on my hard drive, then yes. I
7    don't know that I saved all of them. Everything I had
8    saved had been turned over though.
9    Q. When you say turned over, what are you
10    referring to?
11    A. Back at the beginning of the investigation my
12    hard drive was -- I handed my computer over to be
13    looked at for any potential documents. And my
14    assumption is everything they needed got taken off of
15    it.
16    Q. Do you remember who you turned your computer
17    over to?
18    A. No.
19    Q. Was it someone from internally at Oracle?
20    A. Uhm, you know, I don't remember. I don't
21    remember, to be honest with you.
22    Q. Do you remember how you were -- do you
23    remember when you were instructed to turn over your
24    computer?
25    MS. KYROUZ: Objection. Vague.

88

1    THE WITNESS: No, I don't.
2    BY MS. McLAUGHLIN:
3    Q. Do you remember where you got the instruction
4    from?
5    MS. KYROUZ: Same objection.
6    THE WITNESS: No, I don't.
7    It's just been a long time, that's all. I
8    don't remember who asked me, I just remember at some
9    time I was without my computer for a couple of hours
10    or something.
11    BY MS. McLAUGHLIN:
12    Q. And would these -- these reports I see that
13    through the production that they've been attached to
14    e-mails. If a report was attached to an e-mail and
15    sent to you, would you have saved that e-mail
16    somewhere in particular?
17    MS. KYROUZ: Objection. Calls for speculation.
18    Vague.
19    BY MS. McLAUGHLIN:
20    Q. During Q3?
21    A. The e-mail itself?
22    Q. Would you have saved the report with it?
23    A. Uhm, so very often if there is a report
24    attached -- so we have quotas in e-mail, so it's
25    unlikely that the e-mails would all have been saved if

89

1  they had big things attached to them.
2      Q. Did you have a file within your e-mail to
3  save or -- to save big deal reports?
4      A. With an e-mail?  No.
5      Q. Okay.  Did you have a file on your computer to
6  save the big deal reports?
7      A. I had a file on my computer called Forecast Q3
8  '01 in which whatever reports I had would have been
9  kept.
10     Q. Was it your practice to save all of the
11 reports that your group produced in that file?
12     MS. KYROUZ: Objection.  Asked and answered.
13 Vague.
14     THE WITNESS: If I had them, they'd be on there.
15     BY MS. McLAUGHLIN:
16     Q. Okay.  Was it your practice to delete these
17 reports in the forecast file regularly?
18     A. No.
19     Q. Would you have saved them for an entire
20 quarter?
21     MS. KYROUZ: Objection.  Vague.  Calls for
22 speculation.
23     THE WITNESS: I don't know.  It's not my practice
24 to go through and delete forecast reports --
25     BY MS. McLAUGHLIN:

90

1      Q. Do you recall deleting it -- I'm sorry.
2      A. -- on a regular basis.
3      Q. Do you recall deleting any from Q3 prior to
4  the end of Q3?
5      A. No.
6      MS. McLAUGHLIN: Okay.  We made stacks for you
7  guys.  We're going to move on to Exhibits 19 through
8  23.
9      Q. Exhibits 19 through 23.  Would you take a look
10 through the entire series of reports, please..
11     (Witness reviews documents.)
12     Ready?
13     A. Yes.
14     Q. Okay.  Do you recognize Exhibits 19 through
15 23?
16     A. Yes.
17     Q. Can you identify them for me.
18     A. It's an OSI -- or they are OSI pipeline
19 history reports that show by forecast week -- by
20 "forecast week" I mean the corporate forecasting
21 pipeline -- as compared to the prior year.  And the
22 top page looks to be the sum of the other pages.  This
23 report used to have -- it was in Excel, had a bunch of
24 tabs.  So it would have a tab for each vertical and
25 then a sum tab.  Even though they're not marked, I

91

1  think that's what this is.  The top one is likely the
2  sum of the other ones that are stapled to it.  So it's
3  all at different periods in time.
4      Q. Okay.  So let's look at 19.
5      A. Okay.
6      Q. Was 19 produced by you or someone in your
7  group on or about the week that it reflects on the
8  report?
9      MS. KYROUZ: Objection.  Misstates the document.
10 There's no week reflected on the report.  Lacks
11 foundation.
12     THE WITNESS: Yeah.  I mean, it would have been
13 prepared by my group; but there isn't a week on here.
14     BY MS. McLAUGHLIN:
15     Q. Uhm --
16     A. Yeah.  The best way to see what week we're in
17 is how far it's been completed up to.
18     Q. Right.
19     So on Q3 it has Week 2 completed?
20     A. Yeah, but that's shaded.
21     Q. Uh-huh.
22     A. Which makes me tend to think we weren't --
23 were still in Q2 or maybe right at the end of Q2.
24     Q. Okay.
25     A. Otherwise I don't know why that would have

92

1  been shaded other than we weren't there yet.  So I
2  don't know the date on there, but...
3      Q. So could that be -- is it possible that that's
4  a projected pipeline?
5      MS. KYROUZ: Objection.  Calls for speculation.
6      THE WITNESS: I don't know.
7      BY MS. McLAUGHLIN:
8      Q. Okay.
9      A. It's possible.  I don't know.
10     Q. So back to does this appear to be a genuine
11 and authentic copy of the original report?
12     A. Yes.
13     Q. Was it prepared in the regular practice of
14 your group at Oracle's business?
15     A. Yes.
16     I don't know that this one was done -- I don't
17 know that this one was done as customarily as the
18 other ones.  I think it was updated every so often.
19 But I honestly don't remember whether we did this one
20 every time we did a forecast pack or if we didn't.
21     Q. And when you say "this one," would you refer
22 to this as the pipeline history report?
23     A. Yes.
24     Q. Okay.  Was it prepared in the regular course
25 of your business at Oracle?

93

1    A. Yes.

2    Q. Was it your group's responsibility to produce

3  these documents?

4    A. Yes.

5    Q. Okay.  Let's go to Exhibit 20.

6       What week would you -- what week -- by looking

7  at this report, what week do you believe this was

8  prepared in?

9       MS. KYROUZ: Objection. Lacks foundation. Calls

10  for speculation.

11      THE WITNESS: It's information captured as of

12  Week 10, but I don't know when it was prepared.

13  BY MS. McLAUGHLIN:

14   Q. Were these reports commonly prepared outside

15  of the week that they reflect the most recent updated

16  information?

17   A. I don't know.  I don't remember.

18   Q. Do you remember who in your group prepared

19  this report?

20   A. Would have been Fred or someone who worked for

21  Fred.  Avila.  He had one guy working for him that

22  would help with the spreadsheet stuff.  I don't

23  remember which one was doing this.

24   Q. Was this particular report included in a

25  larger package of reports?

94

1    A. I don't think so, no.  It was separate.

2    Q. Was it under your direction that Fred would

3  prepare these reports?

4       MS. KYROUZ: Objection. Vague.

5       THE WITNESS: I don't remember.  I mean, yeah -- I

6  mean, when -- when I'd ask him to do it.  I don't know

7  that everyone even did these.  I think this was

8  something kind of unique to our group.  So I don't

9  know that we updated them all the time; but if we did,

10  yeah, I would have told him to do it.

11  BY MS. McLAUGHLIN:

12   Q. What is the reason for preparing this report?

13   A. It's just another data point that shows what

14  the pipeline looks like versus the prior year, the

15  same -- at the same time in the prior year.

16   Q. Would you have used this in your analysis in

17  preparing the forecast?

18      MS. KYROUZ: Objection. Vague. Calls for

19  speculation.

20      THE WITNESS: The information would have been

21  provided.  I didn't, you know, create the forecast.

22  So the information would have been provided in terms

23  of, you know, what the pipeline looks like versus last

24  year and -- I don't know how much it was relied upon

25  for the forecasts, but it was a data point that was

95

1  provided.

2       BY MS. McLAUGHLIN:

3    Q. Let's go to Exhibit 23.

4       Does this appear to you to be the report that

5  this particular report generated at the end of Q3?

6       MS. KYROUZ: Objection. Calls for speculation.

7  Lacks foundation.

8       THE WITNESS: It has data through Week 13.  So,

9  uhm -- so, yeah.  I mean, I don't know when it was

10  prepared, but it has data through Week 13; but I don't

11  know that it's final.  I mean, the date down here says

12  trend February 20th, '01, so I'm not -- that part's a

13  little confusing because we're not at the end of the

14  quarter there.  So I don't know that it was final.

15      BY MS. McLAUGHLIN:

16   Q. So Week 13 was not the week of February 20th,

17  '01; is that correct?

18   A. I don't know.  I mean, I would need a calendar

19  to count that out.  What I'm saying is February 20th

20  isn't the last day of the quarter, February 28th is;

21  so I don't know, from a date perspective, if this

22  means it was final for Q3 or it was going into this

23  week or -- do you know what I mean?

24   Q. Would there have been projected pipeline

25  information in this report?

96

1       MS. KYROUZ: Objection. Vague. Calls for

2  speculation.

3       THE WITNESS: I don't know.  That wouldn't be a

4  common practice, but I wouldn't -- I wouldn't think

5  so.  But again, I don't know if it's the pipeline that

6  was frozen at the beginning of Week 13 or at the end

7  of Week 13.  I don't know.

8       BY MS. McLAUGHLIN:

9    Q. So you do not believe that there is any

10  projected pipeline information in this report?

11      MS. KYROUZ: Objection. Asked and answered. Same

12  objections as before.

13      THE WITNESS: So the average and cumulative thing,

14  I think -- I'd have to look at one of the earlier

15  ones, but I think it keeps a running tab whether or

16  not we're finished with the quarter.  So the fact that

17  there's a total there doesn't mean it's the end.  And

18  the date on here would indicate we weren't at the --

19  we weren't finished.  It's just a semantics issue.  So

20  I don't think it was the final one for the quarter.

21      BY MS. McLAUGHLIN:

22   Q. Okay.  When would it be your practice to

23  prepare the final for the quarter of one of these

24  reports?

25      MS. KYROUZ: Objection. Lacks foundation..

97

1   Misstates prior testimony.
2       THE WITNESS:  We don't have a -- we didn't have a
3   final report.  I mean, I would -- at some point during
4   the subsequent quarter the numbers would get ironed
5   out, but we didn't produce a final one of these that
6   I'm aware of.
7       (Exhibit Nos. 25 through 30 were marked for
8   identification.)
9   BY MS. McLAUGHLIN:
10      Q.  Okay.  Here's -- let's skip to Exhibit 30.
11      Would you read over and identify Exhibit 30
12  for me.
13      A.  It looks like it's an analysis of deals that
14  have been won, and then -- and then other committed
15  deals, and then a separation of -- we had some large
16  deals that quarter so we were trying to separate them
17  out and show them separately because of the potential
18  impact to the forecast.  So this is a summary page,
19  and it looks like each of the subsequent pages are by
20  vertical.
21      Q.  Do you recognize this report?
22      A.  Yes.
23      Q.  Was it produced by you or someone in your
24  group on or about the date that's on the top of the
25  report on the first page?

98

1       A.  I think so, yeah.
2       Q.  Was this report prepared more than once during
3   Q3?  "This report" being the OSI Q3 license status.
4       MS. KYROUZ:  Objection.  Calls for speculation.
5       THE WITNESS:  I don't know.
6           It wasn't usual or customary.  I don't know
7   if I did it more than once.
8   BY MS. McLAUGHLIN:
9       Q.  Did anyone request you to prepare this report?
10      A.  You know, that I don't know either.  I was --
11  I was kind of new in that job so I was trying to do
12  all kinds of snazzy things to show things differently.
13  So I'm not sure if I was asked to do this or if I
14  decided to do it.
15      Q.  Okay.  Was it your group's responsibility to
16  produce this report?
17      MS. KYROUZ:  Objection.  Misstates prior
18  testimony.
19      THE WITNESS:  I mean, define "responsibility."  I
20  think it was something we dreamed up.  I don't --
21      MS. McLAUGHLIN:  Okay.
22      THE WITNESS:  So not necessarily.  I don't believe
23  I was asked to do this by anyone so...
24  BY MS. McLAUGHLIN:
25      Q.  Okay.  Does this appear to be an authentic and

99

1   genuine copy of the original?
2       A.  Yes.
3       Q.  I want to discuss some of the things that we
4   have inside of this -- on this exhibit.
5       Could you explain to me what "Q301 Won
6   Deals" -- and it's the first column on the first page.
7   What does "won deals" mean, w-o-n?
8       A.  So that's a status within Sales Online that
9   the deal has been won.  It's ours.
10      I would liken it to closed.  Same thing
11  really.  "Won" and "closed" are generally the same
12  thing.
13      Q.  Okay.  And what would "Q301 Committed
14  Deals" -- what does the term "committed deals" mean?
15      A.  That means deals that have not been won but
16  are in the status of being forecasted.  A commit -- a
17  commitment that these things will come in.
18      Q.  Now, during Q3 would you consider a deal that
19  was -- if the deal was forecasted in your forecast,
20  was it a committed deal?  Are they synonymous?
21      MS. KYROUZ:  Objection.  Vague.  Calls for
22  speculation.  Lacks foundation.
23      THE WITNESS:  So if the deals were forecasted
24  within OSO?
25      MS. McLAUGHLIN:  Yes.

100

1       THE WITNESS:  Would we consider that a committed
2   deal?
3       MS. McLAUGHLIN:  Yes.  That's the question.
4       THE WITNESS:  Yes.
5   BY MS. McLAUGHLIN:
6       Q.  And do you see the second big box?  It says
7   "Swing Deals" at the top?
8       A.  Uh-huh.  Yes.
9       Q.  What's your definition of a swing deal?
10      MS. KYROUZ:  Objection.  Vague.  Lacks foundation.
11      THE WITNESS:  So -- I don't remember the exact
12  definition, but they were larger transactions that we
13  thought could have a large impact on the forecast as
14  related to the size of each particular business.  And
15  so within there there was a worst, likely, and best
16  case for those specific deals.
17  BY MS. McLAUGHLIN:
18      Q.  What does worst -- as far as your definition,
19  what does it mean to you?  What worst case is for a
20  swing deal.
21      A.  So --
22      MS. KYROUZ:  Objection.  Vague.
23      THE WITNESS:  So I don't define it.  Really, worst
24  is in the eyes of the sales manager.  The worst case
25  generally means these things will close no matter

101

1  what.
2  BY MS. McLAUGHLIN:
3  Q. For that amount that's listed?
4  A. Yeah. For that combined amount.
5  Q. Combined?
6  A. So that's a combined amount of a series of
7  deals, not one deal.
8  Q. Is the worst case number forecasted for in
9  your forecast?
10  MS. KYROUZ: Objection. Vague. Calls for
11  speculation.
12  THE WITNESS: I don't remember. I would have to
13  look at -- I would have to look at whether that's
14  already included in the other one. I don't recall.
15  BY MS. McLAUGHLIN:
16  Q. And I guess I have the same question for
17  "likely." Would "likely" be deals that you had
18  forecasted for in the swing deals category?
19  MS. KYROUZ: Same objection. Vague. Calls for
20  speculation.
21  THE WITNESS: And I don't -- and I don't think so.
22  Again, I'm not sure; but I don't think so. This was
23  kind of saying if they come in, what's the -- you
24  know, what's the -- you know, you have a 10 million
25  dollar deal in there. If it comes in, is the most

102

1  likely value of that deal 10 million or is it -- in
2  worst case it will be 8. But it's not a "it's coming
3  in," it's a "if it comes in what are the likely values
4  of those deals." So I don't think so.
5  BY MS. McLAUGHLIN:
6  Q. So is it fair to say swing deals, by their
7  definition, are deals that wouldn't have necessarily
8  have been in the forecast? These are if they come in,
9  sort of in the pipeline deals?
10  A. Right. So they wouldn't necessarily be in the
11  forecast. They might be, but they wouldn't
12  necessarily be in there --
13  Q. Okay.
14  A. -- that's correct.
15  Q. Do you have a criteria for whether a deal will
16  be in your forecast or not?
17  MS. KYROUZ: Objection. Vague. Misstates prior
18  testimony. Lacks foundation.
19  THE WITNESS: I don't have that criteria. The
20  sales VPs decide which deals they think they should be
21  forecasting.
22  BY MS. McLAUGHLIN:
23  Q. And the Q301 ISD Forecast. Now, ISD, is it
24  fair to say those are deals that are under $500,000 --
25  A. Yeah, well under.

103

1  Q. -- combined?
2  A. That's telesales. So that's -- they're very
3  small transactions.
4  Q. Is that a division that's looked after in one
5  of the verticals? ISD?
6  A. At that point in time?
7  Q. Yeah.
8  A. At that point in time, from the reports I've
9  seen, we had pulled it out separately. We looked at
10  it a number of different ways.
11  Q. So it could be telecom's finance services, but
12  they were just deals that were smaller than 500,000;
13  is that correct?
14  MS. KYROUZ: Objection. Misstates testimony about
15  the smaller than 500,000.
16  THE WITNESS: Yeah. So it's the telesales
17  organization, and the cutoff for what the deal size
18  was varied. But they generally were not targeted to
19  look after deals that were big deals at all.
20  MS. McLAUGHLIN: Okay.
21  THE WITNESS: But what the threshold is, I mean, I
22  think it was far below 500,000 --
23  MS. McLAUGHLIN: Oh, okay.
24  THE WITNESS: -- but I don't think it was
25  consistent across the groups either.

104

1  BY MS. McLAUGHLIN:
2  Q. Okay. Let's turn to the second page, which
3  is -- can you identify for me what verticals this page
4  is referring to? By "this page" I mean Bates No.
5  NDCA-ORCL 156380.
6  A. It says it's federal so I would say it's
7  federal. They look like federal transactions because
8  of all the abbreviations and stuff.
9  Q. Okay. Are the -- are these the listed deals
10  that you see, NASA through DLA, are those all swing
11  deals? Is that what this report is stating?
12  MS. KYROUZ: Objection. Vague.
13  THE WITNESS: Uhm, if the deal had a potential
14  value greater than 2 million, it appears it would show
15  on here. So that looks like best case. So they're
16  not greater than 2 million in any scenario. It looks
17  like if the potential for the deal is greater than 2
18  million, then it goes on this list. And that's true
19  of all of the best case values of the deals.
20  BY MS. McLAUGHLIN:
21  Q. Okay. And were all of these deals then
22  referred to as the swing deals that are denoted at the
23  top?
24  MS. KYROUZ: Objection. Vague.
25  Lacks foundation.

105

1     THE WITNESS: Based on what this says, yes. I
2  don't remember putting this together, but I'm fairly
3  sure I did. Based on the fact that it says swing
4  deals greater than 2 million and they're listed there,
5  then yes.
6     BY MS. McLAUGHLIN:
7     Q. Were these deals forecasted, do you recall?
8     MS. KYROUZ: Objection. Vague. Calls for
9  speculation.
10     THE WITNESS: I don't recall.
11     BY MS. McLAUGHLIN:
12     Q. Is there a way for you to -- by looking at
13  this sheet here, is there a way for you to discern
14  whether it was forecasted or not?
15     MS. KYROUZ: Same --
16     MS. McLAUGHLIN: Go ahead and answer.
17     MS. KYROUZ: Same objection.
18     THE WITNESS: No. There really isn't. You know,
19  from my other statement there really isn't. This is
20  if they come in, these are the values they would be.
21  Not a...
22     BY MS. McLAUGHLIN:
23     Q. Can I refer you -- did you want to say
24  something?
25     A. I was actually going to say, as it says in the

106

1  asterisk at the bottom, it says worst/likely/best
2  refers to the potential amounts for each deal, not to
3  the total forecast.
4     Q. Right. But it does say worst case is total
5  forecast is -- for total forecast is the total commit.
6  So does that -- are they referring to the total commit
7  line at the top little box?
8     A. That's right.
9     Q. So does that indicate to you that would have
10  been the forecasted amount?
11     MS. KYROUZ: Objection. Calls for speculation.
12  Asked and answered.
13     THE WITNESS: Yeah. It says worst case for the
14  total forecast is the total commit. So no. That says
15  it's the worst case, not that it's the forecast.
16     BY MS. McLAUGHLIN:
17     Q. So there's really no way to determine by
18  looking at this page what was forecasted for these
19  specific deals?
20     A. No. And that wasn't the intent of this.
21     Q. What was the intent of this?
22     A. It was really just to show what big deals were
23  out there that could have the impact. And that's why
24  I say I don't think this was -- it was done on any
25  regular basis. I don't know if I did it any more than

107

1  once. It was just another data point.
2     Q. Okay. Let's go to the Comms/Utility page.
3  It's NDCA-ORCL 156384.
4     On this page do you see that there are hash
5  marks in certain places in lieu of numbers?
6     A. Uh-huh. Yes.
7     Q. In the columns?
8     What do those hash marks indicate to you?
9     A. Zero.
10     Q. So zero meaning zero dollars? Or zero, not a
11  possibility?
12     A. Zero dollars.
13     Q. Okay.
14     So if you look at AT&T's line, is it fair to
15  say the worst case is that there are zero dollars; the
16  likely case is such that it's going to bring zero
17  dollars; and the best case is it's going to bring
18  $15 million?
19     MS. KYROUZ: Objection. Calls for speculation.
20  Vague.
21     THE WITNESS: That's -- yeah. That's what this
22  says, based on what was in OSO at the time. So that
23  would have indicated there was only a best case value
24  for the deal in OSO.
25     BY MS. McLAUGHLIN:

108

1     Q. Okay. And then I guess the same would hold
2  for Lucent. It's got a hash mark, hash mark, and then
3  10. Which is zero dollars, zero dollars, and
4  $10 million?
5     A. That's correct.
6     Q. Does this indicate to you that as of
7  February 13th, that the best case scenario for Lucent
8  for that deal in particular was $10 million?
9     A. No.
10     MS. KYROUZ: Objection. Vague.
11     BY MS. McLAUGHLIN:
12     Q. What does that mean to you then?
13     A. It means that that's the value that was
14  entered into Oracle Sales Online by someone. That
15  doesn't mean that that is the true and accurate status
16  of the deal at the time.
17     Q. How would you ascertain the true and accurate
18  status of the deal at the time?
19     A. I would talk to Jay. He was very involved in
20  that particular deal, and then a lot of the bigger
21  ones; and so he knew, you know. He was talking to, I
22  guess, the CEO every day. He knew what was going on
23  there, I didn't. So what we're showing here is just
24  what it states in Oracle Sales Online. This is what
25  the system shows.

Kopp, Sarah  6/14/2006  9:02:00 AM

109

1    Q. So you're saying that you didn't individually,
2    on your own, verify this information; you simply take
3    it from OSO and place it onto the report?
4    A. That's right. I mean, I wouldn't have done
5    that. I wouldn't have gone and taken data from a
6    system that was entered by a sales rep and manipulated
7    it myself.
8    Q. Or had the right to change anything?
9    A. Correct.
10    Q. With your own judgment or anything?
11    A. Correct. I don't have the right to go into
12    Oracle Sales and change the value of a deal.
13    Q. Okay. And so even when you're preparing a
14    report that may -- so these reports do not have your
15    judgment taken into consideration; is that correct?
16    MS. KYROUZ: Objection. Are you referring to just
17    this exhibit? Or all reports we've looked at today?
18    MS. McLAUGHLIN: This report specifically, and any
19    report like this in kind.
20    THE WITNESS: Okay.
21    MS. McLAUGHLIN: You're referring just to Exhibit 30.
22    I still object that it's vague and calls for
23    speculation.
24    THE WITNESS: There is no judgment of mine in any
25    of these -- in any of this exhibit. It is -- it is a

110

1    regurgitation of what is in Oracle Sales.
2    MS. McLAUGHLIN: Okay.
3    All right. Let's move on from this one.
4    Q. Oh. Sorry. Can we go back?
5    I guess we're going to look at the same page
6    we were on before.
7    A. Okay.
8    Q. And it says next to Worldcom "NOT in OSO."
9    What does that mean?
10    MS. KYROUZ: Objection. Vague. Calls for
11    speculation.
12    THE WITNESS: I don't remember. I don't remember
13    why that would have been put in there.
14    BY MS. McLAUGHLIN:
15    Q. Does that indicate to you that the Worldcom
16    deal was not placed in OSO?
17    MS. KYROUZ: Same objection.
18    THE WITNESS: I don't know. To be honest, I don't
19    know.
20    MS. McLAUGHLIN: Okay. We'll move on.
21    What time do we have?
22    THE VIDEOGRAPHER: 11:54.
23    MS. McLAUGHLIN: 54. We can break here if you
24    want.
25    MS. KYROUZ: That would be fine.

111

1    THE WITNESS: Okay.
2    MS. McLAUGHLIN: I still have more reports that I
3    can go through another half hour and break or --
4    MS. KYROUZ: Why don't we break now.
5    MS. McLAUGHLIN: Okay.
6    THE VIDEOGRAPHER: Off the record. The time is
7    11:54 a.m.
8    (Lunch recess taken at 11:54 a.m., proceedings to
9    resume at 1:00 p.m.)
10    -oOo-
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

112

1    AFTERNOON SESSION
2    JUNE 14, 2006                    12:59 P.M.
3    -oOo-
4    (Exhibit Nos. 31 through 57 were marked for
5    identification.)
6    THE VIDEOGRAPHER: We are back on the record. The
7    time is 12:59 p.m.
8    -oOo-
9    EXAMINATION (RESUMED)
10    BY MS. McLAUGHLIN:
11    Q. Welcome back.
12    Before we broke we were talking briefly about
13    your computer and that it was taken from you at some
14    point in time to download the information that was on
15    it. Were you referring to your laptop computer when
16    we were discussing your computer?
17    A. Yes.
18    Q. Have you ever had any other computer -- did
19    you operate any other computer aside from that laptop
20    during Q3, '01?
21    A. I don't believe so, no.
22    Q. Okay.
23    And this isn't in response to your question;
24    but, please, you're still under oath just so you know.
25    A. Uh-huh.

Kopp, Sarah  6/14/2006  9:02:00 AM

---

113

1    Q. We broke for today.

2        All right.  I'd like you to look at

3    Exhibit 25.

4        If you can read through that, please.

5        Could you identify for the record what this

6    is?

7        A. It appears to be an e-mail from Jennifer

8    Minton to Ivgen Guner that I was copied on in which

9    Ivgen asked Jennifer a number of questions.  And

10   Jennifer commented on one of them it looks like.

11       Q. Okay.  In the top line it says, "LJE made it

12   clear at the EMC this week that the license revenue

13   growth target for this year and next is 30 percent."

14       A. Uh-huh.

15       Q. Who is LGE in that sentence?

16       LJE.  Sorry.

17       A. It would be Larry Ellison.

18       Q. And what is the EMC?

19       A. That's his Monday meeting, executive committee

20   meeting.

21       Q. Okay.  And if you go down further, it says

22   under budget, "to follow-up my voicemail from last

23   night, the field is getting concerned about the

24   targets."  When they're referring to targets, what

25   does that mean?

---

114

1        MS. KYROUZ: Objection.  Lacks foundation as to

2    what Ms. Guner meant.

3        THE WITNESS: Yeah.  I don't know what she meant.

4    She seems to be referring to a budget, but I don't

5    know for what year.  Because that time line, she could

6    be talking about the current year or the upcoming

7    year.  Since it was in January, we start budgeting for

8    the upcoming year so I don't know.

9        BY MS. McLAUGHLIN:

10       Q. Okay.  I guess if you read down further, does

11   this help you with context for the targets?  Next

12   paragraph says "also since the targets are almost a

13   month late and review meetings are pushed out a week."

14   Does that help you with what the targets time frame

15   would be?

16       MS. KYROUZ: Same objections.

17       THE WITNESS: No.  I don't remember that year, at

18   that point in time, whether -- we should have already

19   had targets established for '01 so I don't know.  I

20   don't know what she's talking about.

21       BY MS. McLAUGHLIN:

22       Q. Do you remember receiving this e-mail?

23       A. I don't have an independent recollection of

24   it, no.  I mean, obviously, I'm copied on it; but I

25   don't remember it.

---

115

1        Q. Do you have any reason to believe it's been

2    altered in any way?

3        A. No.

4        Q. Does it appear to be a genuine, authentic copy

5    of the original?

6        A. It appears to be; but like I say, I don't

7    remember getting it.

8        Q. Okay.

9        Let's look at Exhibit 26.  Which is...

10       Okay.  Exhibit 25 (sic) has two parts.

11   I'm sorry, is it 26?

12       26.  Sorry.

13       First part for the record is NDCA-ORCL 099131

14   through 099132, and then there's NDCA-ORCL 095906

15   through 095918.

16       MS. KYROUZ: And are you representing to the

17   witness that the second portion of the exhibit relates

18   to the first portion?

19       MS. McLAUGHLIN: I'm not making any

20   representation.  I'm going to be asking her questions

21   about it.

22       Q. Just let me know when you're done looking

23   through it.

24       A. I'm done.

25       Q. Okay.

---

116

1        Do you recognize Exhibit 26?

2        A. Both parts of it?

3        Q. Yes.

4        A. Yes, I recognize them.

5        Q. Okay.  Is it your belief that this would be

6    the Power Point presentation -- the second part of it

7    would be the Power Point presentation for the senior

8    staff meeting dated February 13, 2001, that would be

9    attached to this e-mail on the second page that

10   indicates there's an attachment?

11       MS. KYROUZ: Objection.  Lacks foundation.

12       THE WITNESS: I don't know what this was called

13   exactly.

14       BY MS. McLAUGHLIN:

15       Q. But I'm saying --

16       A. I don't remember what I called it, but it

17   appears a Power Point file was attached.  So -- yeah.

18   I don't remember attaching it, but it says something

19   was attached.  It's probably reasonable it was this,

20   but I don't know for sure that it was.

21       Q. Well, let's look at the e-mail.

22       First paragraph says, "Here are the latest

23   projections after yesterday's senior staff meeting."

24   Would that be the senior staff meeting that this Power

25   Point presentation referred to?

---

117

1    MS. KYROUZ: Objection. Lacks foundation.
2    THE WITNESS: Based on the dates, probably, yes.
3    BY MS. McLAUGHLIN:
4    Q. Was this senior staff meeting Power Point
5    presentation prepared by you or someone on your staff?
6    A. Yes.
7    Q. On or about the date that it reflects on the
8    front of the report?
9    A. Yes. Probably ahead of time, but yes.
10   Q. Does the -- do both of these seem to be a
11   genuine, authentic copy of the originals?
12   MS. KYROUZ: I am going to object. You haven't
13   established that the two are in any way related. She
14   has testified she doesn't know whether this particular
15   Power Point is the actual exhibit referencing.
16   MS. McLAUGHLIN: I would disagree with you, that
17   you are mischaracterizing what she just stated on the
18   record.
19   Q. Do you have any reason to believe this is not
20   the Power Point presentation that was attached to this
21   e-mail?
22   MS. KYROUZ: Same objection. Lacks foundation.
23   One way or the other.
24   THE WITNESS: I don't know one way or the other.
25   A Power Point presentation was attached to this, and

118

1    it was done around the same time frame, so it's not
2    unreasonable; but, again, I can't say for sure that it
3    is this one. Or that it's this version of it. I
4    don't know. You know, I had -- usually when you work
5    on a presentation, you have a few iterations of it;
6    and so I don't know where this came from, if it was
7    the final, if it was the thing that was attached --
8    BY MS. McLAUGHLIN:
9    Q. Okay. Well, why don't you take a look at it
10   closer so we can determine that.
11   A. Well, I don't know that I can determine that
12   five years later, that there was never anything
13   changed in this before it was presented to Jay's team.
14   But -- or that it was the one attached to this.
15   Q. Okay.
16   A. A presentation that probably had to do with
17   the senior staff meeting that had taken place the day
18   before was attached. I just -- you know, I don't know
19   for a fact that it's this.
20   Q. Did you have more than one senior staff
21   meeting on February 13th, 2001?
22   MS. KYROUZ: Objection. Misstates her testimony.
23   Vague.
24   THE WITNESS: No. But when working on a
25   presentation, one generally doesn't start and finish

119

1    it on the same day and never make any changes to it.
2    I don't know if this was the final one or -- that's
3    all I'm saying, is generally there are a few
4    iterations of something. Whether it was overwritten
5    or whether there were versions of it. And I don't
6    remember what I called it so...
7    Q. Does it appear to be --
8    A. I'm not saying it's incorrect, I'm just saying
9    I don't know for a fact that this was the thing that
10   was attached to the e-mail.
11   Q. Okay.
12   Does it appear to be a draft to you?
13   A. I don't know. I don't stamp the word "draft"
14   on it. I mean, it might have been something I showed
15   to somebody and then put it away and updated it later.
16   I don't know, in prep for this meeting. Usually I
17   would start them a good week ahead of time.
18   I'm not saying it's not, I'm just saying I
19   can't prove that this is the thing that was attached
20   to this.
21   Q. I'm not asking you to prove it.
22   A. Yeah.
23   Q. Okay. So let's just look at the e-mail.
24   It says, "One of the key issues continues to
25   be that the reps are just not reflecting deals

120

1    accurately in OSO; or not reflecting the large ones at
2    all -- believing the visibility will somehow commit
3    the deal if it is long shot or a large swing." Do you
4    remember this being an issue in Q3?
5    A. Uhm, it's a general issue. I don't remember
6    it being a specific issue in Q3; although, clearly, I
7    commented that it was. But it is an issue.
8    Q. It says in the second paragraph here -- it
9    says -- second line. From the first, "To illustrate,
10   I showed a comparison with what is in OSO to what we
11   collected manually regarding 'swing' deals and
12   potential impact to forecast to show that we had
13   literally" a hundred -- "that we had a $140 million
14   swing factor, and we needed to understand what was
15   really going to happen." Would this -- do you
16   remember that report we looked at earlier?
17   What exhibit is this?
18   The OSI Q3 license status report, which was --
19   what exhibit is this?
20   She's got it.
21   Could you read off what exhibit it is.
22   A. It's 30.
23   Q. 30.
24   Okay. After reading this e-mail do you
25   believe that you prepared this Exhibit 30 for this

121

1  analysis?
2  MS. KYROUZ: Objection. Misstates the document.
3  Lacks foundation. Calls for speculation.
4  THE WITNESS: No.
5  I make a reference to a swing analysis in
6  here, but I doubt that I would have done this in
7  preparation for sending Jennifer a status update
8  e-mail. I mean, I wouldn't have prepared this just so
9  that I could put that sentence or that paragraph in an
10  e-mail.
11  BY MS. McLAUGHLIN:
12  Q. So you do not believe that this is the report
13  that you're referring to in this e-mail?
14  A. No. That's not what I said.
15  Q. Okay.
16  A. I said I wouldn't have prepared this for this
17  e-mail.
18  Q. That's not --
19  A. I prepared this on my own. And I'm not sure
20  if it's the same thing I'm referring to.
21  Q. Okay.
22  A. I'm not saying it's not.
23  Q. Is it possible that it is?
24  A. It's possible that it is, yeah.
25  Q. Do you have any reason to believe it isn't?

122

1  MS. KYROUZ: Objection. Misstates the document
2  with respect to the attached presentation in the
3  following sentence.
4  THE WITNESS: I don't have any reason to believe
5  it's not, but I don't know for a fact that it is.
6  MS. McLAUGHLIN: Counsel, I would appreciate it if
7  you would restrain from speaking objections and
8  especially testifying on the record what exhibits say.
9  Thank you.
10  Q. So, to go back before Counsel interrupted, it
11  says "I showed a comparison with what is in OSO to
12  what we collected manually regarding 'swing' deals and
13  potential impact to forecast to show." I'm not asking
14  you if this was a report that was attached or
15  connected to this presentation, I'm asking you is this
16  possibly the report you prepared to do the swing
17  analysis that you're referring to here.
18  MS. KYROUZ: Objection.
19  THE WITNESS: It's possibly that report.
20  BY MS. McLAUGHLIN:
21  Q. Okay. Go down to the third paragraph. It's
22  the last sentence. It says, "So I believe Jay, his
23  team and I are on the same page at this point and here
24  are the projections and swing factors as of
25  yesterday." Were you and Jay and his team not on the

123

1  same page up until this point in the quarter regarding
2  the projections?
3  MS. KYROUZ: Objection. Lacks foundation. Calls
4  for speculation. Misstates the document to the extent
5  counsel continues to omit key sentences from her
6  presentation.
7  MS. McLAUGHLIN: Counsel, the document speaks for
8  itself. I'm simply reading excerpts to the witness to
9  question her on those specific excerpts. Please
10  refrain from speaking objections.
11  MS. KYROUZ: I'm allowed to say on the record my
12  objection to your mischaracterization of the document.
13  MS. McLAUGHLIN: You're allowed to object to form
14  in deposition. You're not allowed to put speaking
15  objections on the record during deposition. That is
16  being -- that is outside the scope and what is
17  permissible during a deposition.
18  THE WITNESS: I don't recall whether we were not
19  on the same page all the way -- you know, all the way
20  through the quarter. In my capacity working for
21  Jennifer, it's my responsibility to let her know if
22  we're not on the same page. And so I think all I'm
23  saying here is at this point in time we're all on the
24  same page. That doesn't mean at any other point we
25  weren't necessarily.

124

1  BY MS. McLAUGHLIN:
2  Q. Okay. Do you recall there being any
3  disagreement with regard to the projections prior to
4  this date?
5  MS. KYROUZ: Objection. Lacks foundation. It
6  mischaracterizes the document.
7  THE WITNESS: I don't recall any specific
8  disconnects between Jay and I up until this point.
9  MS. McLAUGHLIN: Okay.
10  THE WITNESS: I'm just stating that to her. That
11  we're on the same page now. Again, that doesn't mean
12  we weren't before.
13  MS. McLAUGHLIN: Okay.
14  Q. Did you prepare this that's in the
15  e-mail?
16  A. Yes.
17  Q. The table graph?
18  A. Yes.
19  Q. On the top line here we have vertical,
20  pipe (inaudible).
21  THE REPORTER: I'm sorry. Can you repeat those
22  one more time.
23  BY MS. McLAUGHLIN:
24  Q. -- (continuing) "Vertical," "Pipe," "Commit,"
25  "Upside," "Swing Impact," and "Comments." Those are

125

1   the column headings in the graph.
2       I'd like to point to the "Upside" column.
3   A. Uh-huh.
4   Q. What is upside?
5   MS. KYROUZ: Objection. Lacks foundation. Vague.
6   THE WITNESS: It's defined in the minds of the
7   sales reps, but it believes -- you know, it's here's a
8   potentially better case than what we would be willing
9   to commit to.
10  BY MS. McLAUGHLIN:
11  Q. Okay. And who --
12  A. But --
13  Q. I'm sorry.
14  A. Go ahead.
15  Q. And who -- whose upside is this in this column
16  here? Do you know?
17  A. I don't remember.
18  Q. Okay.
19      Did you determine upside for OSI?
20  A. No, I did not.
21  Q. Did Jay Nussbaum determine upside for OSI?
22  MS. KYROUZ: Objection. Lacks foundation. Vague.
23  THE WITNESS: So where it's related to this
24  particular chart, I don't know. If he was asked to
25  commit an upside number to Larry, then it would be his

126

1   upside number. But I don't recall what upside number
2   was being used here.
3   BY MS. McLAUGHLIN:
4   Q. Okay. So different people could have -- I
5   guess they have their own upsides in the division?
6   A. Sure. Like I don't know if this was what the
7   VP of federal was putting in as his commit in upside
8   or whether this was Jay's commit in upside for those
9   individuals at the time.
10  Q. Would Jay Nussbaum place an upside on a
11  forecast for OSI?
12  MS. KYROUZ: Objection. Vague as to "upside."
13  MS. McLAUGHLIN: Typically during Q3.
14  MS. KYROUZ: Same objection. Vague. Lacks
15  foundation.
16  THE WITNESS: So I'm not sure I understand the
17  question because you said typically and then during
18  Q3.
19  BY MS. McLAUGHLIN:
20  Q. During Q3.
21  A. He has the ability to do that. I don't know
22  whether he had any discussions with anyone where he
23  personally placed upside on the forecast.
24  Q. Okay. So maybe we should use one of the
25  reports as a demonstrative. It may be more helpful

127

1   with this upside discussion.
2   A. Okay.
3   MS. McLAUGHLIN: Let's see.
4       Could we go off the record for a moment.
5   THE VIDEOGRAPHER: Off the record. The time is
6   1:19 p.m.
7   (Recess taken.)
8   THE VIDEOGRAPHER: Back on the record. The time
9   is 1:20 p.m.
10  BY MS. McLAUGHLIN:
11  Q. Okay. Let's still try our discussion with
12  upside. I understand in terms of this graph you're
13  not sure whose upside that necessarily is, whether --
14  we know it's not yours because you said you didn't
15  place upside on this graph. Correct?
16  A. (Nods head up and down.)
17  Q. Would you, in your position as the finance
18  director of OSI during that quarter, ever place upside
19  on the forecast?
20  MS. KYROUZ: Object. Vague as to "upside." Lacks
21  foundation.
22  THE WITNESS: Right. So Jennifer could ask me my
23  opinion on the forecast. I would never adjust a
24  forecast or place upside on it. The forecast isn't
25  owned by finance, it's owned by the business.

128

1   BY MS. McLAUGHLIN:
2   Q. So when you say it's owned by the business,
3   would -- did Jay Nussbaum place upside on the forecast
4   in Q3?
5   MS. KYROUZ: Objection. Vague as to upside.
6   Lacks foundation.
7   THE WITNESS: So -- when you say "place upside on
8   the forecast," that's -- we don't place upside on top
9   of a forecast. We'll -- you know, he may have given a
10  range in terms of the numbers, which -- with the
11  higher one being the number that he would consider to
12  be upside; but he doesn't -- there isn't a process
13  known as placing upside on something.
14  BY MS. McLAUGHLIN:
15  Q. And is upside -- would, then, upside be placed
16  within the forecast and so it would be -- is "upside"
17  synonymous with "management judgment"?
18  A. No.
19  Q. What's the difference between upside and
20  management judgment, as you understand it?
21  MS. KYROUZ: Objection. Vague.
22  THE WITNESS: So it -- an upside is just a
23  potentially higher case, which may be substantiated by
24  deals underneath or it may not be. It doesn't -- it's
25  not the same thing as management judgment at all.

Kopp, Sarah  6/14/2006  9:02:00 AM

---

129

1    I'm trying to think of a -- so, for example,
2    if there was -- like in the swing deal stuff, if there
3    was a range in value for a deal, you know, your commit
4    including that deal, if that deal was forecasted,
5    might be for that deal at a lower value. And your
6    upside, if that deal was forecasted, might include
7    that deal as a -- at a larger value. But it's not
8    judgment in the sense that there are no deals, you
9    know -- I guess I'm not -- maybe I'm not being clear
10   on that.
11       So it's -- it's various values of deals or it
12   could be there's a deal that's in the upside column
13   because it's only showing up in best case in Oracle
14   sales and it's not showing up in the likely case. And
15   so it's a composite of all of that deal information
16   plus what the sales leads really think in terms of
17   their interactions with their reps and interactions
18   with the customers --
19       MS. McLAUGHLIN: Okay.
20       THE WITNESS: -- that comes up with that. But I
21   wouldn't characterize it as management judgment.
22       BY MS. McLAUGHLIN:
23       Q. Here on the first line of the fourth paragraph
24   it says, "Although in OSO there is still $55 million
25   of judgment in Jay's number, these guys signed up for

---

130

1    the $180 million commit yesterday." So the word
2    "judgment" in that sentence, does that mean management
3    judgment?
4        A. That does, yes.
5        Q. And what is that referring to? Do you know?
6        A. That is if you roll up all the deals in OSO at
7    that time -- and this kind of refers back to the
8    comment I had made, I think, earlier, that although if
9    you add up all of those deals, they don't in sum add
10   up to a likely case of 180 -- they add up to something
11   less than that -- all of his team in the room still
12   confirm that 180 was the right number. So it's kind
13   of illustrative of the issue with reps not always
14   entering the full amount of a deal or forgetting to
15   enter it or not wanting to enter it all together. So
16   that there was -- you know, there was a little bit of
17   a disconnect between what was in the system and what
18   not just Jay was saying but what all of his directs
19   were saying as well.
20       Q. Okay. And the next sentence says, "I believe
21   we will come in somewhere between 210 and 220 but
22   there is really such a huge swing in the number that
23   it is difficult to pinpoint with only 34 million
24   booked as of today." When you say 34 million booked
25   as of today, is this the 34 million -- would this be

---

131

1    of won deals? W-o-n deals?
2        A. Yes. Won or closed.
3        Q. So prior to February 14th, there was only
4    $34 million in closed deals in OSI?
5        MS. KYROUZ: Objection.
6        MS. McLAUGHLIN: According to this e-mail.
7        THE WITNESS: According to OSO, uhm, yes.
8        BY MS. McLAUGHLIN:
9        Q. Do you have any reason to believe that that
10   was an inaccurate number as you're sitting here today?
11       MS. KYROUZ: Objection. Vague. Lacks foundation.
12       THE WITNESS: I don't have any reason to believe
13   it's inaccurate. It's not unusual, but it's not
14   inaccurate I don't think.
15       BY MS. McLAUGHLIN:
16       Q. So explain to me because I'm a little confused
17   between the first two sentences -- between the two
18   sentences in this paragraph. It says, "Although in
19   OSO there is $55 million of judgment in Jay's number
20   these guys signed up for the $180 million commit
21   yesterday. I believe we will come in somewhere
22   between 210 and 220"?
23       A. Uh-huh.
24       Q. So are -- in this e-mail are you stating that
25   you think that they will actually -- and it says "come

---

132

1    in somewhere between," meaning we'll get those amount
2    of deals -- that amount of deals closed above what
3    they were willing to commit the day before?
4        A. No. What I'm saying is that I think in total
5    for the quarter they're going to land at a revenue
6    number of somewhere between 210 and 220 based on that
7    commit plus some combination of those big deals. I'm
8    not saying that the 210 and 220 is on top of anything.
9    That is where I think they will ultimately land.
10       Q. Okay. So your -- from your perspective in
11   this e-mail, and correct me if I'm wrong, you believe
12   they'll land somewhere between 30 and 40 million
13   dollars more than they were willing to commit the day
14   before?
15       A. Uhm, I wouldn't say more than they were
16   willing to commit. What I would say is they were
17   comfortable with the 180. That's not to say that they
18   were uncomfortable with it being any higher than that.
19   They were comfortable saying "I will make a commitment
20   that we'll do 180, we could do more." So I wouldn't
21   say -- I wouldn't say more than they were willing to
22   stand up to because that's not really the case. It's
23   more than they committed to but not more than they
24   thought they could potentially do.
25       Q. And you -- and you knew this because you were

---

133

1 aware of what they were thinking what they could
2 potentially do? Was there -- or I guess what
3 I'm asking --
4 A. Yeah.
5 Q. -- is that what --
6 A. I certainly --
7 MS. KYROUZ: Objection. Vague. Misstates the
8 document.
9 THE WITNESS: I wouldn't say I knew what they were
10 thinking, that I was in their heads; but having
11 attended the staff meeting and talking about these
12 deals with Jay, you know, we were going through which
13 deals he thought were likely to close versus unlikely
14 to close; and some of these were not in that 180
15 number or in it for a very small amount.
16 So forecasting is doing that. It's trying to
17 figure out over and above what's been committed if
18 there's an opportunity for anything better than that.
19 And at that point in time I believed that -- and as I
20 said, there's a huge swing in the numbers so it's
21 difficult to pinpoint. But at that point in time I
22 thought that the forecast of 210 I think it was and
23 the 220 was -- somewhere in there would be where we
24 would come out.
25 BY MS. McLAUGHLIN:

134

1 Q. Okay. And let me ask you this question: When
2 you say that there's really such a huge swing in the
3 number, are you referring to the fact that the deals
4 you were depending on to close in the next two weeks
5 were those swing deals? Is that what you're referring
6 to?
7 MS. KYROUZ: Objection. Misstates the document.
8 Vague. Lacks foundation.
9 MS. McLAUGHLIN: I'm asking her what she thinks.
10 THE WITNESS: So -- no, I'm not saying that we're
11 relying on all of those deals to close. I'm saying
12 that we believe some of them will close. And so my
13 prediction is based on some of them closing.
14 BY MS. McLAUGHLIN:
15 Q. Okay. So when we --
16 A. But no -- sorry.
17 Q. Sorry.
18 So when we look in the financial services
19 category, it says "10 million at Capital One must
20 close." What is "must close"? Is that one of the
21 swing deals that must close for you to make that
22 projected number you're talking about lower?
23 MS. KYROUZ: Objection. Vague. Misstates the
24 document.
25 THE WITNESS: I don't recall if the must close on

135

1 that particular deal refers to it must close to get
2 the commit number or it must close to get to my
3 number. I don't remember why I used that -- those
4 words at that point. Or exactly which number I'm
5 referring back to.
6 BY MS. McLAUGHLIN:
7 Q. At this point in time -- what happened to the
8 forecasted deals in OSI at that point in time?
9 Because I see we're sort of -- and this is my
10 observation, and I'll ask my question at the end.
11 There's a lot of reliance on larger swing deals at the
12 end of the quarter to make the original forecast, but
13 many of these were not in the forecast. What happened
14 to those deals that were forecasted for you to make
15 that number? Do you recall, in that quarter, what was
16 going on?
17 MS. KYROUZ: Objection. Vague. Object to
18 counsel's commentary as inaccurate. Misstates the
19 documentary evidence.
20 THE WITNESS: So -- so I -- I'm not sure I
21 understand your question. I mean, if you look at
22 federal, it says $7 million NAVAIR in commit. So some
23 of these deals were already, you know, within that
24 forecast. And the commit number of 180 here does not
25 tie back to the forecast at the time. So the forecast

136

1 had always assumed some combination of larger deals.
2 We're just showing them separately because a single
3 transaction for $20 million would have a major impact.
4 So the formatting is really something that we did in
5 order to single out the impact that particular deals
6 could have, but that doesn't mean they were never
7 forecasted before.
8 BY MS. McLAUGHLIN:
9 Q. Okay. But I was asking you about the swing
10 deals. And we have in Exhibit 30 that NAVAIR is one
11 of your swing deals listed. And so -- but my question
12 is, I guess -- since I've looked at these two
13 documents, I can represent to you that all of these
14 deals you're referring to in the Comments category are
15 in your swing deal report -- or, sorry. It's called
16 the OSI Q3 License Status, down at "Swing Deals."
17 A. That's right.
18 Q. Okay.
19 A. Okay. The OSI License Status, the commit
20 number on here does not tie back to the forecast.
21 It's only 120 million. So this was not a forecast
22 pack. Exhibit 30 was not a forecast pack, it was a
23 different way of looking at things. So it takes
24 smaller deals that add up to 120 million and then
25 builds up the rest of the forecast with the rest of

137

1    it.
2         When I say swing deals in here, it doesn't
3    mean their upside, it just means they have a big
4    impact.
5         Q.  Okay.
6         A.  So if I'm not mistaken, Jay's actual forecast
7    to the corporation at this point was 210.  He always
8    assumed some piece of it in there.  And this is not a
9    forecast pack.  The license status is not a forecast
10   pack, was not a customary pack; and to my knowledge I
11   only did it once.  So it doesn't -- it's not
12   reflective what was in the forecast versus what
13   wasn't.
14        Q.  I understand that.
15        A.  Okay.
16        Q.  And thank you.  Yes.
17        A.  Okay.  That's all I'm saying.
18        Q.  Uh-huh.
19        A.  So the swing deals doesn't, by definition,
20   mean they weren't in the forecast.  Or weren't assumed
21   in his original forecast.
22        Q.  Okay.
23        A.  Okay?
24        Q.  Then I guess I should go through -- and I
25   don't know if you can recall this at this time, but

138

1    these deals in the Comments categories, were these
2    deals forecasted for to some degree?
3         MS. KYROUZ:  Objection.  Vague.  Lacks foundation.
4         THE WITNESS:  Only to the extent that I have
5    commented in there that they were.  I don't know which
6    ones at this point were in the forecast and which ones
7    weren't.  I mean, they will typically and still do.
8    The managers or executives will say, you know, I have
9    four deals worth $20 million apiece.  I believe any
10   two of them might close; therefore I'm going to
11   forecast, you know, 40 for that 80 million dollars
12   worth of business.  Without saying it's this one
13   that's going to close and that one that's going to
14   close because you don't know as of that point.  So a
15   forecast is built up of making some of those
16   assumptions about some percentage of those deals will
17   close, some percentage of those deals will not close.
18        BY MS. McLAUGHLIN:
19        Q.  Is it fair to say that at this point in the
20   quarter you're relying on these large swing deals to
21   close to make your quarter?
22        MS. KYROUZ:  Objection.  Lacks foundation.
23        BY MS. McLAUGHLIN:
24        Q.  To make your quarter forecast?
25        MS. KYROUZ:  Misstates the documents.

139

1         THE WITNESS:  So the document itself says if these
2    things closed, we would come in at 288, which was not
3    our forecast.  So no.  It assumes some of them will
4    close.  Some percentage of -- if you add all that up,
5    you know, some percentage of that difference will
6    close.  But, no, we weren't relying on all of those to
7    close.
8         BY MS. McLAUGHLIN:
9         Q.  I didn't ask you if you were relying on all of
10   them to close, I was asking if you were relying on
11   some of them to close.
12        A.  Yes, we were relying on some of them to close.
13   And we were, all quarter, relying on some of them to
14   close.  It wasn't a at this point kind of a thing.
15   All quarter we assumed, you know, some of these deals
16   would close.
17        Q.  Okay.  Even if they were not placed in the
18   pipeline?
19        A.  Yeah.  You know, as we've seen in some of the
20   earlier documents, we were trying to get some
21   discipline in the sales reps' use of Oracle Sales
22   Online, but they were reticent at some times to put
23   these big deals in.  And so we were quite reliant on
24   the sales teams, who were close to the customers and
25   close to the deals, to be telling us what was really

140

1    going on.  And Jay personally was involved in some of
2    these larger ones.  And so we were no longer looking
3    at the system -- like here, this is not pulled right
4    out of the system, this is what we're being told now.
5         As you get down to the last, you know, couple
6    of weeks it becomes a lot more word of mouth, "this is
7    what I'm being told is going on at the customer site
8    as we speak," than pulling things from the system.
9         Q.  Was it possible at the time that you were
10   really just getting -- the pipeline was really an
11   accurate -- what deals were being put in the system
12   were really an accurate description of what was going
13   on with OSI at the time and these larger deals that
14   were not actually included by the sales people in this
15   pipeline that didn't end up closing in your quarter
16   really shouldn't have been there?
17        MS. KYROUZ:  Objection.  Argumentative.  Lacks
18   foundation.  Misstates the record.
19        BY MS. McLAUGHLIN:
20        Q.  Is that fair to say?
21        A.  I don't think so.  I mean, we also had deals
22   that weren't in the pipeline all quarter that closed.
23   So, no, I don't think that's -- I don't think that's a
24   fair characterization.
25        Q.  So who would be the person at OSI that would

**141**

1  make a decision on whether deals that were not in the
2  pipeline should be relied upon to make your forecast?
3      MS. KYROUZ: Objection. Lacks foundation. Vague.
4  Misstates the evidence.
5      THE WITNESS: So ultimately the forecast comes
6  from Jay. So he knows what's in the system, he's also
7  talked to all of his sales leads; but I don't -- I'm
8  not sure I understand what you mean. You know, he may
9  think some deals are going to close, he may think
10  other ones aren't going to close.
11      BY MS. McLAUGHLIN:
12      Q. And you relied on Jay's opinion with regard to
13  these issues during this quarter; is that correct?
14      MS. KYROUZ: Objection. Vague. Misstates prior
15  testimony.
16      THE WITNESS: There were a number of people that I
17  talked to. So I would talk to Jay, I would talk to
18  his directs. But at this point in the quarter you're
19  probably looking more at, like I said, word-of-mouth
20  discussions with various people, not just Jay. You
21  know, attendance at the staff meeting for an example.
22  You know, taking notes on what the general feeling is
23  about these deals. Not what's in the system because
24  we had, you know, a issue with people putting
25  everything in. So to just go and look at the pipeline

**142**

1  and pull it and ignore what all the senior sales
2  people think is going on -- and they're the ones that
3  are talking to the customer -- would probably not be
4  the way to go.
5      BY MS. McLAUGHLIN:
6      Q. And were you personally having discussions
7  with the senior sales people at this point in time
8  regarding the field?
9      A. I don't recall. I mean, there was discussion
10  during his staff meeting. I don't recall, you know,
11  going -- wandering the halls and talking to them
12  afterwards, no.
13      Q. Okay. Let's -- to talk about -- I'm not going
14  to leave this yet, but I'm going to show you
15  Exhibit 57. If you could look at that for me.
16      Could you read it over and identify that for
17  me for the record.
18      A. This is not something that would have come to
19  me.
20      Q. That's okay. I know that.
21      A. Okay.
22      Q. I'm just asking if you can identify it.
23      A. Well, based on its title, it says it's a total
24  company forecast -- it doesn't have a date on it.
25  Well, it says 12/11, but I don't know if that's when

**143**

1  it was printed or when it was created. I didn't
2  create it. And it's -- like I said, I wouldn't get
3  this because it's total company, and they don't share
4  that.
5      Q. I understand that, but I just want --
6      A. It's a forecast pack. Yeah.
7      Q. And it's a forecast pack. And it looks like
8  "Q3upside12_11." Is this what would be known as an
9  upside report?
10      MS. KYROUZ: Objection. Lacks foundation. She
11  says she has never seen the document.
12      THE WITNESS: I have never seen this, and I don't
13  know what they would call it.
14      BY MS. McLAUGHLIN:
15      Q. Okay. Let me refer you to page...
16      I apologize.
17      Let's look at NDCA-ORCL 092917. Do you see
18  the first line on this page in the third box? It says
19  "Revenues" and it's "OSI-Nussbaum."
20      A. Uh-huh.
21      Q. And then we see "YTD." Is that year to date?
22      MS. KYROUZ: Objection. Lacks foundation.
23      THE WITNESS: It's typically year to date, yeah.
24      BY MS. McLAUGHLIN:
25      Q. Okay. Q3 2000, and then there's a number

**144**

1  underneath that; but really what I'm getting to, do
2  you see the middle column there, it says upside?
3      A. I do.
4      Q. Do you know if this is referring to Jay
5  Nussbaum's upside of the forecast?
6      A. I have no idea.
7      Because, I mean, that forecast is a year to
8  date forecast. I'd have to know what it was for the
9  current quarter to know whether it was a part of Jay's
10  number or somebody else's. I have no idea. And even
11  then I'm not sure I would know. It's not my analysis.
12      Q. Are you aware that Jay did an upside analysis?
13      MS. KYROUZ: Objection. Lacks foundation. Vague.
14      THE WITNESS: I have no idea if he ever did it.
15      BY MS. McLAUGHLIN:
16      Q. Did he ever talk to you about what his upside
17  analysis would be?
18      A. No.
19      MS. KYROUZ: Objection. Vague.
20      BY MS. McLAUGHLIN:
21      Q. Did you ever speak with Jennifer Minton about
22  upside analysis?
23      MS. KYROUZ: Same objection.
24      THE WITNESS: No.
25      BY MS. McLAUGHLIN:

145

1    Q. Did she ever talk to you about what upside
2    would be for OSI?
3    MS. KYROUZ:  Objection.  Vague.  Lacks foundation.
4    THE WITNESS:  Not in specific.  She would ask for
5    my projections like in this e-mail, and I would give
6    her a range of where I thought we would land.
7    BY MS. MCLAUGHLIN:
8    Q. And so you --
9    A. So --
10   Q. That's how you're defining upside, is a range
11   of where you would land?
12   MS. KYROUZ:  Objection.  Mischaracterizes
13   testimony.
14   THE WITNESS:  So she would not specifically say
15   "What's your upside analysis for Jay?"  She would say
16   "What's your projection?"  And that's what I'm giving
17   her here, is a projection range.  Whether or not there
18   was analysis done that tacked any other upside on to
19   that, I don't know.
20   BY MS. MCLAUGHLIN:
21   Q. Okay.
22       Let's just go on to our reports.
23   A. Okay.
24   Q. And did you, in fact, present at a senior
25   staff meeting on February 13, 2001?

146

1    A. Yeah.
2    Q. And to the best of your knowledge, does this
3    represent the Power Point of what that, in most part,
4    meeting would have --
5    A. Yeah, it looks like it was.
6    Q. -- discussed?
7    A. Again, I don't know if this was a final
8    version of it; but it would have been something very
9    similar.
10   Q. Did you periodically present to senior -- at
11   senior staff meetings?
12   A. Periodically.
13   Q. Would you do that every forecast period?
14   A. No.
15   Q. What would -- under what circumstances would
16   you present at a senior staff meeting?
17   A. He only scheduled senior staff meetings once a
18   month, and they were not always -- they didn't always
19   get held once a month.  They were canceled quite
20   often.  So if he had a senior staff meeting, he would
21   ask me to present, but they didn't follow a schedule.
22   Q. Was there a particular reason for this senior
23   staff meeting that you can recall?
24   A. No.  Like I said, he was supposed to have them
25   monthly.  And this time he did, he had it this month.

147

1    Q. I would like to refer you to NDCA-ORCL 095911.
2    A. Okay.
3    Q. It says here "We're still pushing an
4    attainment that is higher than the current 'best'
5    case, but have a number of deals not included in the
6    forecasted numbers."  What are you referring to in --
7    specifically about those numbers of deals not included
8    in the forecasted numbers?
9    A. Uhm, well, what I was referring to in the
10   e-mail really.  Which is there are deals that we
11   collectively think will close or some of them will
12   close but nobody has committed them in their numbers
13   or put the full value of the deal in.
14   Q. And when you say nobody --
15   A. Well, I don't mean nobody.  I mean -- there
16   are deals that for whatever reason either the rep or
17   the manager didn't have them reflected accurately in
18   the system at the time.  And that's why I have them
19   listed in my e-mail to show her.  That, you know, some
20   of them might have been in there but not all of them
21   were.
22   Q. And the last line there we see management
23   judgment.
24   A. Uh-huh.
25   Q. Is that management judgment that you've placed

148

1    on this graph?
2    A. No.
3    Q. Is this your management judgment?
4    A. No.
5    Q. Whose management -- excuse me..
6       Whose management judgment is this?
7    A. That's Jay's.  So that's the difference
8    between his 210 forecast and this most likely case.
9    If you do the math --
10   Q. Yeah.  Okay.
11   A. -- I mean, that's just what it is.
12   Q. And did you have a discussion with Jay about
13   this management judgment number?
14   A. Well, this was presented at his senior staff
15   meeting, so -- I mean, he was aware of it if that's
16   what you mean.  You said did I discuss it with him..
17   It was put up on a big screen --
18   Q. Oh, I understand.  I'm clearly not being clear
19   then.
20       Did you have a prior discussion with Jay,
21   prior to the presentation in preparation for this
22   presentation, about this $58 million number?
23   A. No.
24   Q. Where did you get the $58 million number from?
25   A. So the worst, most likely, best cases that are

149

1    logged in OSO.

2    Q. Uh-huh.

3    A. So these numbers are pulled right out of OSO

4    at the SVP level, and then it was a comparison between

5    that and the number he has -- had forecasted for each

6    of those regions.

7    Q. So that's just simply the difference between

8    what is most likely or a commit situation; is that

9    correct?

10    MS. KYROUZ: Objection.  Misstates the document.

11    THE WITNESS: It's the difference between the most

12    likely case in Oracle Sales Online from his direct

13    reports and his forecast.

14    BY MS. McLAUGHLIN:

15    Q. Okay.  Can we go to NDCA-ORCL 095914.  And at

16    the top it says "Some of these key deals are..."

17    A. Uh-huh.

18    Q. I just want -- I want to go through each one

19    of them and talk to you about them to the extent you

20    have a recollection of this stuff.  Under Healthcare,

21    this HealthSouth number, this is the one you talked

22    about earlier, you said it was never in the pipeline

23    but it closed?

24    A. It showed up in the pipeline at some point

25    during the quarter, I don't remember when.  I do

150

1    recall seeing a pipeline report that showed it as a

2    best case deal for $1 million.  I don't know when that

3    was, though.

4    Q. Okay.

5    A. But yes.  And it did ultimately close for 23,

6    24 million.

7    Q. And the next one, under Comms we had Worldcom.

8    Was this 20 million -- was this deal in the pipeline

9    at all?

10    MS. KYROUZ: Objection.  Lacks foundation.  Vague.

11    THE WITNESS: I don't recall specifically, but

12    because we saw that other report where I had those

13    comments "not in OSO" it appears that this was not in

14    the system under that quarter at all.

15    There's always a potential that a deal will

16    be put in for a future quarter.  And so when you run a

17    report on the current quarter it doesn't show up

18    because someone may try and pull it in but they're

19    still showing it from a different close date.  So I

20    don't know if that was the case in this one, but I

21    know at some period of time this was not reflected at

22    all even in the pipeline.

23    BY MS. McLAUGHLIN:

24    Q. Okay.  And what about this AT&T deal at

25    15 million?

151

1    A. That one I don't remember.

2    Q. How about Qwest, 15 million?

3    MS. KYROUZ: Same objections.

4    THE WITNESS: I don't remember.  And the potential

5    value here, it still doesn't mean, you know, that it

6    wasn't in the system or was.  So I don't think these

7    were pulled out of anything.

8    BY MS. McLAUGHLIN:

9    Q. Where did you -- yeah.  Where did you pull

10    this information from, do you remember?

11    A. I don't think I pulled this from anywhere.

12    This was more back -- for HealthSouth, for example,

13    that wasn't in there.  So in sitting down discussing

14    with these guys, I don't remember how I came up with

15    it; but this is not a system generated number.  The

16    value is not a system generated number.

17    Q. Okay.

18    A. So I --

19    Q. Did you have a discussion with Jay Nussbaum

20    about the potential value for these deals?

21    MS. KYROUZ: Objection.  Calls for speculation.

22    THE WITNESS: I don't remember..

23    BY MS. McLAUGHLIN:

24    Q. But you got this information from a human

25    being rather than the system; is that correct?

152

1    A. Yes.

2    Q. And it could have been Jay Nussbaum?

3    A. It could have been, but I don't remember if it

4    was.  I don't know where -- you know, if he was

5    traveling or what he was doing coming up on his staff

6    meeting.  It could have been him or it could have been

7    his directs or it could have been an operations person

8    working for one of his directs.  I would have gone and

9    polled people, but I don't recall specifically for

10    this document who I spoke to to get the number.

11    Q. Do you recall offhand how many of these deals

12    actually closed in 3Q?

13    A. Other than HealthSouth, no, I don't recall if

14    any of the others -- I don't recall the other ones.

15    (Sotto voce discussion between Ms. McLaughlin and

16    Ms. Irvine.)

17    BY MS. McLAUGHLIN:

18    Q. Okay.  I would also like to have you look at

19    the consulting -- I guess it's the last two pages

20    dealing with the consulting aspect of the business.

21    Down at the bottom it says, "Margins still behind plan

22    resulting from Bell South; a 4 point hit for the year;

23    removal would place OSI at 23 percent FY01 margin."

24    What does the first portion of -- I guess, prior to

25    the semicolon --

153

1    A. I'm sorry. What page are you on?

2    Q. Oh, I'm sorry. I apologize.

3       NDCA-ORCL 095916.

4    A. Could you repeat the question?

5    Q. What did you mean by "Margins still behind

6    plan resulting from Bell South"?

7    A. We had a development partnership with Bell

8    South to customize the applications for Teleco. So we

9    were investing consulting resources in that

10   customization effort.

11      Q. Do you recall that being a problem for the

12   consulting group?

13      MS. KYROUZ: Objection. Vague.

14      THE WITNESS: Yeah. I wouldn't characterize it as

15   a problem. It was a joint venture development. We

16   were working side by side with Bell South to customize

17   our app. So I wouldn't call it a problem. The

18   comment there is just since that was something

19   unusual, to make that kind of investment at that, you

20   know, point, you kind of want to comment on what your

21   results would look like without that investment. But

22   it wasn't a problem.

23      BY MS. McLAUGHLIN:

24      Q. Do you recall having a reverse revenue at the

25   end of Q3 because of this Bell South consulting

154

1    situation?

2    A. Yes.

3    Q. Is that what this ultimately resulted in, was

4    what you're commenting on here?

5    MS. KYROUZ: Objection. Vague. Lacks foundation.

6    THE WITNESS: So this is consulting revenue. The

7    reversal was license revenue.

8    BY MS. McLAUGHLIN:

9    Q. Uhm, okay.

10      Did you -- was there an issue with consulting

11   revenue at the end of Q3 with Bell South?

12      A. No.

13      I don't remember. So nothing I remember, no.

14      Q. Do you recall there being a problem with the

15   implementation of 11i at Bell South?

16      MS. KYROUZ: Objection. Vague. Lacks foundation.

17      THE WITNESS: No. I mean, my only recollection of

18   this is that we were trying to customize our

19   applications for telecommunications company and

20   potentially have a reasonable solution for other

21   Telecos. So it was looking forward sort of

22   development effort as opposed to a problem, as you --

23      BY MS. McLAUGHLIN:

24      Q. Okay. So there were some challenges

25   associated with the implementation at Bell South? Is

155

1    that fair to say?

2    MS. KYROUZ: Objection. Misstates testimony.

3    THE WITNESS: No, that's not what I said. What I

4    said was we were trying to customize our applications

5    specific to the requirements of the telecommunications

6    industry. So that's not a challenge, that's just a

7    customization.

8    BY MS. McLAUGHLIN:

9    Q. And --

10      A. So, for example, if the government had

11   applications that required specific line item

12   budgeting for, you know -- I don't know, whatever

13   allocations they get from government budgets, you'd

14   have to change -- you'd have to change the code and

15   the applications to specifically deal with government

16   types of issues. So that's all we were doing here,

17   was trying to set it up so it had the look and feel of

18   what telecommunications, as an industry, wanted.

19      Q. But isn't it true that there were considerably

20   more consulting revenue being spent in trying to get

21   this implementation done at Bell South than was ever

22   forecast or thought would be necessary because of the

23   problems with the 11i implementation at Bell South?

24      MS. KYROUZ: Objection. Lacks foundation.

25   Misstates prior testimony.

156

1    THE WITNESS: No. We didn't invest revenue at

2    Bell South. There was never a revenue issue. We were

3    putting consultants on a development effort. I don't

4    recall what the budget for -- if there was ever a

5    budget for the development effort. That there was --

6    it was not an issue of revenue for consulting.

7    BY MS. McLAUGHLIN:

8    Q. Or wasting revenue, I suppose, within a

9    consulting sense. You put --

10      A. So it was a conscious decision to put

11   consultants on this development effort. So, to my

12   knowledge, it wasn't considerably more than estimated

13   or any of those kinds of things.

14      Q. Okay.

15      All right. Let's move on to Exhibit 27. Can

16   you review this and identify it for the record,

17   please.

18      A. This is an update, a forecast update, to

19   Jennifer from me.

20      Q. Dated February 22nd, 2001?

21      A. Yes.

22      Q. Okay.

23      A. Actually, there's another one stapled to it.

24   Dated January 18th. That's from a while earlier.

25      And there's a blank page in the middle. Did

Kopp, Sarah  6/14/2006  9:02:00 AM

157

1  you intend for that --
2      MS. McLAUGHLIN: You know what, I didn't.
3      THE WITNESS: Shall we just pull it off the --
4      MS. McLAUGHLIN: Yeah.
5      I did not intend for that.
6      THE WITNESS: So you just want this top sheet?
7      MS. McLAUGHLIN: Yeah.
8      THE WITNESS: Okay.
9      MS. McLAUGHLIN: That is another exhibit we'll get
10  to on its own.
11     Q. Okay. So we're -- do you recognize this
12  e-mail?
13     A. Yeah. I mean, it looks familiar. I don't --
14  it's from me to her.
15     Q. Does it appear to be a genuine and authentic
16  copy of the original?
17     A. Yep.
18     Although the writing is not mine. I don't
19  know where that came from.
20     Q. Okay. So this --
21     A. The e-mail itself is mine. I don't know where
22  the writing came from.
23     Q. Okay.
24     Do you recognize this writing?
25     A. No, I don't.

158

1      Q. Do you see -- no. You don't recognize the
2  writing so we'll skip that.
3      A. No.
4      Q. Next one.
5      This is Exhibit 28.
6      Which was the second page to that previous
7  report.
8      Could you read this and identify it for the
9  record.
10     A. This is an e-mail dated Thursday the 18th of
11  January to Jennifer from me with my projection as well
12  as Jay's.
13     Q. Okay. Does this appear to be a genuine and
14  authentic copy of the original?
15     A. Yeah. It's incomplete. It looks like there
16  was another page at one point but...
17     Q. Okay. I don't have the other page so...
18     A. Okay.
19     Q. But does this appear to be the genuine,
20  authentic copy of the first page?
21     A. Yes. And, again, I don't recognize the
22  handwriting so...
23     Q. Okay. When you have your column called "My
24  Projection," what are these -- what do these
25  projections mean to you?

159

1      A. In the "My Projection" column, that would have
2  been my best guess at his forecast at that point in
3  time.
4      So not his numbers but my own. So in this
5  case this is my own number.
6      Q. And where did you derive your position on each
7  of these projections from?
8      A. I don't remember specifically for this note
9  how I came up with those projections. You know, I
10  looked at what was out there. In many cases I'm
11  similar to him. I'm probably -- again, I don't think
12  I went deal by deal specific, I probably just said,
13  you know, give or take here and there. And being in
14  finance, was probably trying to be fairly conservative
15  as well.
16     Q. Did you feel at that time that Jay was being
17  too aggressive with his forecast?
18     MS. KYROUZ: Objection. Vague. Lacks foundation.
19     THE WITNESS: I wouldn't say that he was being too
20  aggressive with his forecast. I think in finance
21  we're always a little bit more conservative. Or try
22  to be.
23     But I wouldn't say that his forecast was
24  unrealistic.
25  BY MS. McLAUGHLIN:

160

1      Q. Okay. Did you know that Jay Nussbaum traded
2  $3 million of his stock right around this time?
3      A. No.
4      Q. Did you apply to trade any of your stock
5  during Q3?
6      A. I don't know if I had any stock during Q3.
7  No.
8      Q. "No"?
9      All right. So we'll go to Exhibit 29.
10     Could you read this and identify it for the
11  record for me.
12     A. This is an e-mail out of Jay Nussbaum's
13  mailbox but from his assistant Paula.
14     Just appears to be letting me know that Jay is
15  not going to attend -- it's a Thursday so it looks
16  like it's warning me Jay is not going to attend the
17  Thursday call. So I had sent him a packet. He must
18  have been traveling so I sent him a packet, I guess.
19     Q. Okay. Does this appear to be a genuine and
20  authentic copy of the original?
21     A. Yep.
22     Q. Okay. Again I want to refer you to the third
23  paragraph in your e-mail itself. It says, "In short,
24  we kept our 225 forecast although I was clear to
25  Jennifer that we needed many of these large

161

1   opportunities in HiEd and Comms to come together to
2   get there." Were you feeling at this time uneasy
3   about these large opportunities closing?
4       A.  I would --
5       MS. KYROUZ:  Objection.  Vague.  Lacks foundation.
6       THE WITNESS:  I wouldn't say I was feeling uneasy.
7   I was pointing out that based on what was in the
8   pipeline, I just wanted him to be aware that we would
9   have to close 50 percent of what was in the pipeline.
10  And ultimately, you know, HealthSouth wasn't even in
11  the pipeline then so I didn't even know about it.  So
12  I think it's more, you know, just looking at straight
13  systems things.  And again, he didn't -- I don't think
14  he changed it so...  That was just me pointing out
15  facts to him.  It seemed like my responsibility to let
16  him know "here's what I'm looking at.  If you still
17  agree, we'll keep it where it is."
18      BY MS. McLAUGHLIN:
19      Q.  Did you feel comfortable at this point in time
20  challenging Jay on his forecast?  Given that you were
21  newly in your position there that quarter?
22      MS. KYROUZ:  Objection.  Vague.  Lacks foundation.
23  Calls for speculation.
24      MS. McLAUGHLIN:  Counsel, how does that call for
25  speculation?  I was asking the witness how she felt

162

1   about a certain issue.
2       MS. KYROUZ:  You were saying given that you were
3   newly in your position.
4       MS. McLAUGHLIN:  That's a fact in the foundation
5   of this record.
6       MS. KYROUZ:  Okay.  Calling for her to speculate
7   about that time period.
8       MS. McLAUGHLIN:  Okay.  I didn't ask her to
9   speculate, I asked her how she felt.
10      MS. KYROUZ:  If she can answer.  She'll let you
11  know.
12      THE WITNESS:  I think -- I wouldn't call it
13  feeling uncomfortable.  I mean, it's my job to point
14  out the facts that support his forecast.  Or -- I
15  don't think even now I would use the word "challenge"
16  an EVP on their forecast.  It's my job to point out
17  all the facts.  Say, "Here's what I see.  It's your
18  forecast, do you want to keep it this way or do you
19  not want to keep it this way?"  I don't think I ever
20  would challenge, but I don't think it had anything to
21  do with me being newly in the position or anything
22  like that.
23      BY MS. McLAUGHLIN:
24      Q.  So it wasn't your job to challenge Jay on his
25  forecast, then?

163

1       A.  Not to challenge him, no.  Just to point out
2   what I knew to be fact from looking at the systems,
3   which is what I did here.
4       MS. McLAUGHLIN:  Okay.  We're going to go off the
5   record.  We're at the end of the tape.
6       THE WITNESS:  Okay.
7       THE VIDEOGRAPHER:  We're going off the record.
8   The time is 2:10 p.m.  Here marks the end of Videotape
9   No. 2, Volume 1, in the deposition of Sarah Kopp.
10      (Recess taken.)
11      THE VIDEOGRAPHER:  We are going back on the
12  record.  Here marks the beginning of Videotape No. 3,
13  Volume 1, in the deposition of Sarah Kopp.  The time
14  is 2:19 p.m.
15      BY MS. McLAUGHLIN:
16      Q.  Okay.  I'm going to -- we were talking before
17  the record -- before we parted from the record about
18  the Bell South implementation of 11i.  And I think you
19  said you didn't remember whether they were -- the
20  customer Bell South was having problems with the 11i
21  implementation.  And I'm going to give you a document
22  that I hope refreshes your recollection and we can
23  talk about it.  This is Exhibit 55.
24      I'm sorry.
25      A.  That's okay.

164

1       And this is a big document.  For the record
2   it's NDCA-ORCL 621793 through 621828.  And it is
3   entitled "Oracle USA Q3-FY01 Top 20 License Contracts
4   Revenue Recognition Review."
5       Do you recognize this document?
6       A.  No.
7       Q.  I'm going to refer you to a page, 621808.
8   It's actually page 16 of the document.
9       And it is the -- well, actually, let's just
10  start at the 621807, which is the beginning.  It's the
11  Bell South Technology Services.  And earlier we
12  discussed the 6.7 million that was reversed out of the
13  quarter.  Could you please read this Bell South
14  portion, please.
15      A.  This whole thing?
16      Q.  Yeah.
17      A.  This whole two pages?
18      Q.  Yeah.  It's three actually.
19      MS. KYROUZ:  To myself.
20      THE WITNESS:  To myself.  Okay..
21      MS. McLAUGHLIN:  Sorry.
22      THE WITNESS:  I thought you wanted me to read it
23  out loud.  I'm, like, okay.
24      MS. McLAUGHLIN:  Sure, we'd all just love to hear
25  it.

165

1    (Witness reviews document.)
2    THE WITNESS: Okay.
3    BY MS. McLAUGHLIN:
4    Q. Okay. Does this refresh your recollection of
5    what was going on with the Bell South's consulting and
6    the 11i implementation?
7    MS. KYROUZ: Objection. Lacks foundation.
8    THE WITNESS: No. I mean, I've never seen this
9    document before so I can't say it refreshes my memory
10   because I don't have any -- there was never -- I never
11   had all of this information.
12   BY MS. McLAUGHLIN:
13   Q. So you were never part of this?
14   A. No.
15   Q. In your position as the OSI finance director
16   at the time, were you supervising the -- well, who
17   would have -- actually, that's a better question.
18      Who would have been involved with the revenue
19   recognition of a specific deal in OSI?
20   A. I don't know who was running revenue
21   recognition at the time, but we have a separate
22   revenue recognition organization. The field finance
23   people do not participate in deciding whether revenue
24   will be deferred.
25   Q. Okay. So that's --

166

1    A. So my team has nothing to do with this.
2    Q. Fair enough. Okay.
3    A. Yeah.
4    Q. Okay. Exhibit 35.
5       Do you recognize this report?
6    A. Yes.
7    Q. Was this report produced by you or someone in
8    your group?
9    A. Yes.
10   Q. Okay. Is this a genuine and authentic copy of
11   the original?
12   A. It appears to be, yeah.
13   Q. Was this the responsibility of your group, to
14   prepare this report?
15   A. Yes.
16   Q. Okay. Was it prepared in the regular course
17   of your business at Oracle?
18   A. Yes.
19   Q. Okay.
20      And was it your regular practice to prepare
21   this report?
22   A. Yes..
23   Q. Okay. Let's just move on.
24      Now we're going to have a litany of reports
25   again. Not all together this time.

167

1    A. Okay.
2    Q. Okay. This is 33.
3       How many pages do you have in 33?
4    A. Just one.
5    Q. Is it Bates range 409902?
6    A. Yes.
7       Which appears to be the same as 157870 from
8    the previous -- just about. Well, not quite. It's a
9    subset of that page.
10   Q. Okay. Do you have -- you only have one page?
11   A. Yes.
12   Q. Okay. Then those two pages, I think, are the
13   remainder of her --
14   MS. KYROUZ: No, these are 902s also.
15   MS. McLAUGHLIN: Well, I wanted 902, 903, and 904
16   so let's just put that one aside right now, and I'll
17   have her make a full 33 for you, and we'll move on to
18   34.
19   Q. Here's 34.
20      Could you read this over and identify it for
21   the record. What this report is.
22   A. It looks like it's two or three -- it's a
23   whole bunch of different reports, to be honest with
24   you. These things all don't -- they're not from the
25   same thing. Because the first page -- so 090693 --

168

1    Q. Uh-huh.
2    A. -- appears to be an end of quarter projection
3    versus forecast for Q3 FY01. So that's an end of
4    quarter projection..
5    Q. Okay. So this should be a standalone
6    document?
7    A. This is a standalone, yeah.
8    Q. Okay. Then let's just --
9    A. Actually, they all are.
10   Q. They're standalones.
11   A. They're not connected. Not in any way I
12   can --
13   Q. Okay. Well, then let's -- I will still leave
14   it as one exhibit. We'll just talk about it --
15   A. Separately. Okay.
16   Q. The first page, do you recognize this
17   standalone report?
18   A. Yeah. I don't remember preparing it, but it
19   looks like something we would have prepared.
20   Q. Okay. So you do believe that it was produced
21   by you or someone in your organization?
22   A. Me or someone in my group, yeah.
23   Q. Okay.
24      Does it appear to be a genuine, authentic copy
25   of what the original was?

169

1      A. Yes.
2      Q. Was it your group's responsibility to prepare
3   this report?
4      A. I don't know.
5        I don't know if I put it together on my own or
6   if anybody asked me to put it together.
7      Q. Okay.
8      A. It's not a periodical sort of report.
9      Q. Okay.
10        Do you do this at the end of each quarter?
11      A. I generally do something like it at the end of
12   each quarter.
13      Q. Okay.  Then let's look at the second document,
14   which is NDCA-ORCL 090694.
15      A. Okay.  And this is one page of a forecast, an
16   OSI License and Consulting Forecast from Week 13 of Q3
17   FY01.  But it's not the full pack, it's just a page
18   from the pack.
19      Q. Do you believe that either you or someone in
20   your group produced this?
21      A. Yes.
22      Q. Does it appear to be a genuine and authentic
23   copy of the original?
24      A. Yes.
25      Q. Okay.

170

1      A. Aside from being incomplete, yes.
2      Q. Was this part of your responsibility to
3   prepare this?
4      A. Yes.
5      Q. And did you regularly prepare this in the
6   course of your business at Oracle?
7      A. Yes.
8      Q. Was it your practice to produce this kind of
9   document?
10        This document.  I'm sorry.
11      A. Yes.
12      Q. Let's go to the third document.  That's
13   NDCA-ORCL 090695.  Do you recognize this document?
14      A. Yes.  I mean, it looks familiar.  Again, it
15   doesn't look like something I had done maybe more than
16   once; but it does look like mine.
17      Q. Okay.  So you believe that either you or
18   someone in your group produced this document?
19      A. Yes.
20      Q. On or about --
21      A. It would have been on or about the end of Q3
22   because it looks like I have a Q -- it looks like I
23   have a sort of end of quarter view at it.
24      Q. Okay..
25        And then let's move on to the last one.  Do

171

1   you recognize this last page, which is
2   NDCA-ORCL 090696?
3      A. I recognize it.  It's not prepared by my
4   organization.
5      Q. What is your understanding of what this report
6   represents?
7      A. This is from what we used to call the oatmeal
8   book.  Which is the consulting end-of-quarter finance
9   pack.  We used to call it oatmeal book because it had
10   an oatmeal colored cover.  This came out of corporate
11   finance.
12      Q. Okay.  All righty.
13        (Addressing Ms. Irvine)  Did you bring --
14      MS. IRVINE:  The one I just copied.
15      MS. McLAUGHLIN:  That's your first page, but let
16   me give you the other two pages.
17        Can I have that back?
18      (Counsel staples document together.)
19      Q. Do you recognize Exhibit 33?
20      A. Is it supposed to be three pages or four?  It
21   looks like -- I have the same thing twice.
22      MS. KYROUZ:  So do I.
23      MS. McLAUGHLIN:  This exhibit --
24      THE WITNESS:  902, 902, 903, 904.
25      MS. McLAUGHLIN:  Okay.  I have 902, 903, 904 so

172

1   let's just --
2      THE WITNESS:  I just have two 902s.  That's all.
3      MS. McLAUGHLIN:  I have one that is nicely
4   highlighted for you.
5        Do we have one that's complete?
6      MS. IRVINE:  She has one that's complete, right?
7      THE WITNESS:  It's complete, it just has an extra
8   sheet in it.
9      MS. KYROUZ:  Why don't you just pull out the extra
10   902.
11      MS. McLAUGHLIN:  Oh.  Okay.  Yeah, that works.
12   Thanks.
13      THE WITNESS:  We'll just clip it.
14        Okay.  There we go.  So four.
15      BY MS. McLAUGHLIN:
16      Q. So do you recognize this report?
17      A. Yep.  Yes.
18      Q. Do you believe that either you or someone in
19   your group produced this report?
20      A. Yes.
21      Q. On or about the time that's in the front of
22   the report?
23      A. Yes.
24      Q. Does it appear to be a genuine and authentic
25   copy of the original?

173

1    A.  Yes.
2    Q.  Was it your group's responsibility to prepare
3    this report?
4    A.  Yes.
5    Q.  Did you prepare this report in the regular
6    course of your business at Oracle?
7    A.  Yes, I did.
8    Q.  Was it your practice to produce this report?
9    A.  Yes.
10   Q.  Can we go to the last page of the report,
11   which is 409904.
12   A.  Uh-huh.
13   Q.  Could you explain to me what these two --
14   these two charts represent?
15   A.  Sure.
16   MS. KYROUZ:  Can I just object with respect to the
17   document that's three pages, they're numbered pages 4,
18   5 and 6.  It's just not clear that this is the
19   entirety of the report.
20   MS. McLAUGHLIN:  Okay.
21   MS. KYROUZ:  Just for the record.
22   THE WITNESS:  It is a Q4 Fiscal Year '01
23   Consulting Order Bookings Forecast, which is not
24   revenue.  Consulting will book the deals and then burn
25   them down, right?  So the top box shows just for the

174

1    current quarter, which says it's Q4 fiscal '01.  The
2    bottom box is what would it be for the full year
3    assuming that Q4 forecast.  So it's year to date as of
4    Q4.
5    MS. McLAUGHLIN:  Okay.
6    THE WITNESS:  Bookings, backlog, book to bill.
7    MS. McLAUGHLIN:  Okay.  Thank you.  That helps.
8    THE WITNESS:  Uh-huh.
9    BY MS. McLAUGHLIN:
10   Q.  Then for -- then let's go to the page prior to
11   it, 409903.
12   A.  Okay.
13   Q.  And not to belabor this, but the bottom says
14   JHN forecast?
15   A.  Uh-huh.
16   Q.  That's Jay Nussbaum's?
17   A.  Yes.
18   Q.  What does -- whose management judgment is
19   that?
20   A.  That's Jay's.
21   Q.  Okay.
22   A.  So we're back to license, though; right?
23   Q.  Yes, we are back to license.  Yes.
24   A.  All right.
25   Q.  So he's actually giving a negative management

175

1    judgment for state and local and for higher education?
2    Is that what that indicates --
3    A.  Yes.
4    Q.  -- in parens?
5    A.  Yes.
6    Q.  Okay.
7    I'm trying to get you out of here so you can
8    make your flight.
9    This is Exhibit 36.
10   Do you recognize this?
11   A.  Yeah.  I recognize it.
12   Q.  What is this report called?
13   A.  This is another version of the -- well, hold
14   on.  The first one, two, three -- four pages are -- is
15   another version of the big deals list.
16   Q.  Did you or someone in your group prepare this
17   report?
18   A.  Someone on my group would have, although I
19   can't tell what date this was done.  I'm just -- I'm
20   going from the heading that it is Q3 '01, not Q3 of
21   '00 or anything like that.
22   Q.  Right.
23   A.  Yeah, I don't know.
24   Q.  Do you know if this kind of report was
25   prepared for each forecast schedule period?

176

1    A.  I don't know.
2    Q.  Do you know what the last page -- you said
3    that the first four was the big deals list.
4    A.  Yeah.
5    Q.  I'm sorry.  What do the last two pages consist
6    of?
7    A.  This is a -- I think they're identical.
8    Unless I'm wrong.  I think they're the same.
9    MS. KYROUZ:  Yes, they're a duplicate.  You are
10   right.
11   THE WITNESS:  Then it is -- it shows the forecasts
12   we have submitted in the 210 there.  How many deals
13   are projected as won in the system.  And then how much
14   is left to get to that forecast, and then how much
15   pipeline is still open.  And then if you were to weigh
16   the pipeline.  So by weighing the pipeline, I mean to
17   the extent we have deals reflected in Oracle Sales as
18   we talked about earlier, there is a probability field.
19   So, you know, the sums of all those probabilities
20   against the total open pipe --
21   BY MS. McLAUGHLIN:
22   Q.  Now, when --
23   A.  -- get a weighted pipe.
24   Q.  Sorry.  Didn't mean to interrupt you.
25   When you say there's a probability range for

177

1  those fields --
2      A. There's a probability field within the OSO
3  system.
4      Q. Okay. And does that go -- does that go from
5  0 to 100 percent?
6      A. Yes.
7      Q. And do you know if there are assigned values
8  to each of the probabilities that could be placed
9  inside? Or placed on the system?
10     A. I'm not sure I follow your question.
11     Q. Like a 10 percent probability?
12         Is there a definition of what 10 percent
13  probability means in, I guess, layman's terms?
14     A. At some point some sort of definition was put
15  together; but it was mostly communicated to the sales
16  teams, and I don't know if it was during this quarter
17  or something afterwards. I know it happened at some
18  point; but, again, I don't know if it was during this
19  quarter or if it was later that there was actually
20  some sort of published definition that says here's
21  what you should be doing if your probability is X, Y,
22  and Z.
23     Q. Okay. So when you say open pipe, that means
24  that the difference between the deals that have closed
25  in the pipeline and what's still out there remaining?

178

1      A. Yes. So this would be the instance where the
2  pipeline does not include deals that have booked,
3  where you specifically call it open pipeline, yeah.
4      Q. Okay. And the weighted pipeline is whatever
5  the open pipeline is with the weights applied to them?
6      A. That's right.
7      Q. The probabilities applied to them?
8      A. That's right.
9      Q. And could you explain to me the weighted pipe
10  percentages? Or maybe I didn't let you get there.
11     A. I think in this instance they would have taken
12  all the deals that were in OSO, added them -- each
13  deal would have its own probability assigned to it,
14  okay? Then -- so if there was a $10 million deal and
15  it had a 80 percent probability, then it would be
16  8 million. And all of those values would be added up,
17  and then this percentage would be the -- it's just the
18  math. So you take the total pipe, and then you'd add
19  up all those values you got by weighing your deals,
20  and then that's the percentage you would come out
21  with.
22     Q. Okay. And when you -- those big deal lists
23  and reports --
24     A. Uh-huh.
25     Q. -- would there be an instance where you would

179

1  actually print them out with their probability ranges
2  on them?
3      A. Uhm, it wouldn't be a probability range so --
4  the probability is a set field. You can't put a
5  range, you have to pick one..
6      Q. Oh, okay. And what is it that you would pick
7  from?
8      A. Well, anything from 0 to 100. You just can't
9  put a whole range in, you have to say it's 80. You
10  can't say it's somewhere between 60 and 80.
11     Q. Okay.
12     A. You have to say what it is.
13     Q. And does it go by 10 percentage points each
14  incrementally?
15     A. I think so. I think so.
16     Q. These -- go ahead. I'm sorry. I had a
17  question out to you.
18         Was there -- would there be an instance where
19  you would print these sort of big deal lists or
20  reports out with the probability assigned to each deal
21  on it?
22     A. I think there was a version of this big deals
23  list that had probability as a column.
24     Q. And --
25     A. As I say, it moved around a lot in terms of

180

1  its format; but I think there was a version that had
2  probability attached. I just don't remember when.
3      Q. And would this report here that we have that
4  says February 23rd, '01, the license status, was this
5  report produced periodically?
6      A. Uhm, I don't know. I don't remember how often
7  this one was done. I mean, it would strike me that it
8  would be somewhat irrelevant earlier in the quarter
9  so...
10         I think -- I think probably nearing the end of
11  the quarter it might have been, but I don't know.
12     Q. Okay. Would this type of information have
13  been stored on your laptop?
14     MS. KYROUZ: Objection. Vague. Calls for
15  speculation.
16     THE WITNESS: -- yeah. If I had a copy of it, I
17  would have stored it on my laptop. Again, with this
18  one I really don't know what time frame this is
19  looking at so...
20     BY MS. McLAUGHLIN:
21     Q. Do you have the ability, as we sit here today,
22  to retrieve any Q3 data on your computer?
23     MS. KYROUZ: Objection. Vague.
24     THE WITNESS: Uhm, I'm not sure.
25     BY MS. McLAUGHLIN:

181

1    Q. Has anyone asked you recently to search for it
2    or print out --
3       A. Not recently.  Not since before the other
4    deposition.
5       Q. Okay.
6          When you said -- when you said someone took
7    your laptop and I guess they retrieved what they
8    needed to, did they give you back your laptop and then
9    you just still had that information on your laptop?
10   Or did they remove that information from your laptop?
11      A. Oh, I still had it on there because I was
12   later asked to put things out on our Files Online
13   system, so I went and searched for things then.  So I
14   still did -- aside from the fact that they took my
15   computer, I did a search myself and put out everything
16   I could find on Q3.
17      Q. Do you know what has happened with all of that
18   information as we sit here today?
19      A. To my knowledge, it's still out there.
20      Q. And so --
21      A. On our Files Online system, it's still on
22   there.
23      Q. On your Files Online system.
24          And that would be where that sort of, is it
25   fair to say, archived information would be?

182

1       MS. KYROUZ: Objection.  Vague.  Lacks foundation.
2       THE WITNESS: That particular information I was
3    asked to go put in a particular folder.  So I don't
4    know that I can say all archived information is there.
5    That information is there because I was asked to put
6    it there.
7       BY MS. McLAUGHLIN:
8       Q. And when you say that information, was it the
9    forecast -- the contents of your forecasting file for
10   Q3?
11      A. Of '01.
12      Q. Yes, of '01.
13      A. Yes.
14      Q. Okay.  Let's move on..
15          Here's 37.
16          Do you recognize this document?
17      A. No.
18      Q. Is this something that would have been
19   prepared or produced by your group?
20      A. No.
21      Q. Do you know what this document is?
22      A. Well, from the title; but I've never seen it
23   before to my knowledge.  I mean, I certainly don't
24   remember ever seeing it.  And it includes information
25   outside of my organization, even outside of my

183

1    division because it's got Latin America on here.
2    So...
3       Q. Well, I guess my question was going to be if
4    you did prepare it, would you have prepared one for
5    Q3; but you didn't prepare this for Q2 so...
6       A. I did not.  This is all of Americas.  This
7    would have been done at a much higher level than me.
8       Q. Do you ever recall seeing one for Q3?
9       A. No.
10      Q. Okay.  We'll move on.
11          Okay.  In that vein of the ability to retrieve
12   data on the database that your files were transferred
13   to, here is Exhibit 53.
14          Do you recognize these -- this report?
15      A. It looks like another version of a big deals
16   report; but, again, it's not dated.
17      Q. Right.  And do you see the top right-hand
18   corner -- or I guess it's -- if you put it in the
19   proper way to view it.  6/5/2006?
20      A. Yeah.
21      Q. Were you asked to print this report out?
22      A. No.
23      Q. Does this header look to you as though it was
24   printed from Oracle?  Files Online?
25      A. I can't tell.  Files Online, all it does is

184

1    store Excel or Power Point or any other kind of files
2    out somewhere where more than one person can access
3    them.  So it wouldn't have any kind of a header on it,
4    it's just an Excel file.  You can open it as if it was
5    on your desktop.
6       Q. Okay.  Do you recall this report ever being in
7    this form on your files?
8          In your files.  Sorry.
9       MS. KYROUZ: Objection.  Vague.  Lacks foundation.
10      THE WITNESS: Actually, I don't.  It doesn't
11   look -- it doesn't look all that familiar.  But it
12   might have been printed differently.  I don't know.
13   It does look like a version of the big deals forecast,
14   but it's not all that familiar to me.  Especially as
15   you get farther out into the file.
16      MS. McLAUGHLIN: Okay.  Put that aside.
17      Q. Okay.  This is Exhibit 31.
18          I would ask you to page through this and then
19   identify what this is for the record, please.
20          And I apologize, there's blank pages in here
21   for some odd reason.
22      A. Okay.  It's a series of e-mails from me to
23   Jennifer Minton between the 27th and the 28th of
24   February 2001, with updates as to status of where we
25   think we're going to close.

Kopp, Sarah  6/14/2006  9:02:00 AM

185

1    Q. Does this appear to be a genuine and authentic

2  copy of the original e-mails?

3    A. Yes.

4    MS. KYROUZ: I'll just note for the record that

5  the documents appear to be unrelated.  It appears to

6  be just a compilation of the e-mails.

7    MS. McLAUGHLIN: Well, actually, I believe it

8  looks like it's a string of e-mails, that all -- that

9  are either the responses or forwards all to each

10  other --

11    THE WITNESS: I don't think so.  Because I didn't

12  keep sending her a table on top of an old table on top

13  of a -- it's separate e-mails.

14    There's a couple of them in here that I took

15  an old e-mail and then forwarded to her, but it's not

16  all one string.  And what I was doing, in some of

17  these cases I was sending Jay an update and then

18  forwarding my update to Jennifer.  But in other cases

19  it was just an e-mail to her.

20  BY MS. McLAUGHLIN:

21    Q. Okay.  Well, I actually just want to talk to

22  you about the first page.

23    A. Okay.

24    Q. In the chart we have -- state and local has

25  "state of New York NOT in projection."

186

1    A. Uh-huh.

2    Q. And then we have "Fidelity back to life NOT in

3  projection."  Is that what it says?

4    A. That's what it says.  What it seems to say,

5  yes.

6    Q. And then "CSFB still unlikely NOT in

7  projection," "Lucent - IN projection," "Qwest - IN

8  projection." "Sprint - NOT IN projection."  When you

9  say "not in projection," what are you referring to?

10    A. I'm talking about in projection.  At the top I

11  say "Jay, updated.  Now includes my projections."  So

12  there's a column in there that is hard to read but I

13  think says "my projections" at the top.  So I'm

14  telling him which deals I am not including at that

15  point.

16    And I say that at the bottom.  I say, "so, I'm

17  not counting New York, Fidelity, CSFB or Sprint in my

18  current projection."

19    Q. Okay.  And so with your projection, is your

20  projection one that ends in 112?

21    A. That's not the total.  That's my projection

22  for Comms/Utilities.  The total is illegible.

23    Q. Oh, it is illegible.  It looks like it says

24  225.

25    A. I can't read it.

187

1    Q. Do you recall what that number was?

2    A. No.  We can probably add them up and figure it

3  out.

4    Q. Yeah.

5    A. I hope it fits.

6    It would be 225.  That's what they all add up

7  to.

8    Q. In the Comms/Utility it has in the forecast

9  column 57, and your forecast is 112?

10    A. Yes.

11    Q. Where were you getting these -- this number?

12  What deals were you deriving this number from?  Do you

13  recall?

14    A. I think primarily from Lucent and Qwest.  Now,

15  I don't know if some portion of Lucent and/or Qwest

16  was already in the forecast.

17    Q. Uh-huh.

18    A. Because it's not an all in or all out kind of

19  a thing, sometimes they forecast a piece of it.  But I

20  clearly have said there I'm counting Lucent in my

21  projection, and to my knowledge, to the extent it was

22  in the forecast, it was in for a much smaller amount.

23    Q. And -- okay.  Then let's, I guess, look back

24  to the end one or close to the end.  When you move

25  your projection down to 175.  It's on page

188

1  NDCA-ORCL 03476.

2    Do you see that?

3    A. Uh-huh.

4    Q. What between, in that one day, caused you to

5  lower it in half from 112 to 61?

6    A. I'd have to go back and look at all the

7  different sheets because -- I don't know if they're

8  sequential, but if they reflect all of my updates sort

9  of one thing after another would have happened.  We

10  would have to put these in order and see how we got

11  there.  I don't recall off the top of my head.  I do

12  know Lucent didn't book.  And there's no reference to

13  Lucent in here.  So the one thing I could probably say

14  with some certainty is that Lucent fell out.  But I'm

15  sure I say that somewhere in here.

16    Q. Okay.  Well, if you don't otherwise say what

17  didn't book in here -- so Lucent is one off the top of

18  your head that didn't close that you remember --

19    A. That one, off the top of my head, I remember

20  didn't close.  But, you know, when I send her updates

21  every two hours, I'm not going to repeat the same

22  stuff over and over.  I'm going to say here's what's

23  changed from my last update.  So there were updates in

24  between these two in which -- you know, I wouldn't

25  have just neglected to tell her how I got to 61.  She

Kopp, Sarah  6/14/2006  9:02:00 AM

189

1  would see it sequentially throughout all of these.
2       Q.  Well, I guess what my question is is all of
3  these deals that fell out in this last day, there are
4  the sort of larger deals that seem to be in comms, in
5  telecoms, why -- when these were not forecasted -- in
6  fact forecasted in the beginning of the quarter, what
7  happened to the deals that were forecasted at the
8  beginning of the quarter to reach your original
9  forecast?  Given that these weren't ever -- and the
10  size and the nature that they were at the end of the
11  quarter, they were never in the forecast in that
12  matter.
13       Like you said -- and I acknowledge that you
14  said that Lucent may have been in for some smaller
15  number and forecasted and some of the other ones would
16  have been forecasted, but we had these large deals at
17  the end, they were forecasted to have these large
18  closing numbers, they fell out so they didn't make the
19  quarter, but what happened to the forecasted deals?
20       MS. KYROUZ:  So -- objection.  Misstates the
21  record, the testimony, and her prior testimony and the
22  document.  With respect to the use of forecast, it's
23  vague.
24       THE WITNESS:  Okay.  So the forecast itself -- so
25  now I'm referring to the $225 million Jay forecast at

190

1  the beginning of the quarter and deals that are not in
2  the pipeline or showing up in the pipeline are not the
3  same thing.  So at the very beginning of the quarter
4  Jay had assumed that some portion of these deals would
5  come in, and they did make up his $225 million
6  forecast.  He looked across the business, and whether
7  or not something was reflected in OSO in the pipeline
8  or was reflected for the right amount in the pipeline,
9  which certainly Lucent never was, he knew, you know,
10  what was out there as potential opportunity and he
11  assumed that some percentage of those would close.
12       So when you go back and look at his -- you
13  know, the judgment that he was carrying, he always had
14  pieces of these in the forecast.
15       MS. McLAUGHLIN:  Right.  And I understand that.
16       THE WITNESS:  In his forecast.
17       But in OSO they were never there, and OSO
18  never added up to a $225 million forecast.
19       BY MS. McLAUGHLIN:
20       Q.  Which is why none of this adds up, and which
21  is why I'm asking these questions.  Because if it's a
22  surprise you didn't make your numbers at the end of
23  this quarter because these large deals that were never
24  forecasted for at the beginning of the quarter --
25       A.  They were forecasted.

191

1       Q.  Not at that amount.
2       MS. KYROUZ:  Objection.  Misstates testimony.
3       THE WITNESS:  It's the use of the word "forecast."
4  Okay?  The $225 million forecast that Jay had in
5  always assumed these -- or always assumed some portion
6  of these would close.
7       BY MS. McLAUGHLIN:
8       Q.  Some portion of them would close?
9       A.  Yeah.
10       Q.  Because --
11       A.  And still did.  Had they all closed, we would
12  have been at 288 or 300 million.
13       Q.  Right.
14       A.  Yeah.  So he always assumed some percentage of
15  them would close and --
16       Q.  But you ended up at 155.  Which is far below
17  what you had originally forecasted.  So --
18       A.  That's true.
19       Q.  When you're originally forecasting -- my
20  question to you is what -- where did those deals go
21  that were originally forecasted, even if some smaller
22  portion of these large deals at the end that were held
23  back, I guess, until the end of this -- these last two
24  weeks --
25       A.  They were not held back.

192

1       Q.  Well, they never appeared in the forecast;
2  isn't that correct?
3       MS. KYROUZ:  Objection.  Misstates testimony.
4  Asked and answered.
5       THE WITNESS:  That's not correct.  They never
6  showed up on reports that were pulled directly out of
7  the system.  And not all of them there never showed up.  In
8  fact, most of them showed up at some point.  But they
9  were in -- most of these were in -- were in his
10  number.  So forecast and what's in the pipeline are
11  not the same thing.  The pipeline is a list of deals
12  that people are accounting for in the system.  In
13  Oracle Sales online.  They're listing deals that are
14  out there that they might be going after.  Jay is
15  looking at that, along with what he knows in terms of
16  the opportunity that's out there, and he is pegging a
17  forecast.  And he, in his $225 million forecast,
18  Day 1, he knew Lucent was out there; and he had been
19  working that deal all quarter.  So it didn't --
20  because the $225 million forecast -- well, let me put
21  it another way.  Because the pipeline may not have
22  included the full values of these deals does not mean
23  that they weren't in Jay's forecast.  They were always
24  in his forecast.
25       BY MS. McLAUGHLIN:

193

1   Q. They were always part of his entire 225
2   forecast or part of his management judgment in the
3   forecast?
4       And I ask you this because you -- and correct
5   me if I'm wrong. You testified earlier that this
6   commit number comes from what the sales reps put in to
7   OSO.
8   A. And the commit number was 120 million if
9   memory serves, without any of those.
10  Q. Right. But then we have -- when you say Jay
11  has these deals in his forecast, so that's a part of
12  his management judgment?
13  MS. KYROUZ: Objection. Misstates testimony.
14  MS. McLAUGHLIN: Because I don't understand where
15  you get to when you have sales people saying these are
16  the deals that we have versus the deals that may be
17  out there, may not be out there; and then you make
18  your forecast; but then, in the end it really just
19  turned out to be what the deals were in the pipeline.
20  You know, the original ones --
21  MS. KYROUZ: Objection.
22  MS. McLAUGHLIN: -- that were in there. And I'm
23  just wondering --
24  THE WITNESS: And I'm not sure that's true. First
25  of all, HealthSouth was never in the pipeline, never

194

1   anywhere, showed up and booked for 23 million on the
2   last day of the quarter.
3   BY MS. McLAUGHLIN:
4   Q. Right. And you would agree that that was not
5   part of your original forecast? So you were never
6   relying on that deal to make your forecast; is that
7   correct?
8   A. Not on HealthSouth, no. But that doesn't mean
9   we weren't relying on any of these other ones.
10  Q. Okay. So you don't know what really happened
11  to --
12  A. And, again, I never listed HealthSouth in a
13  big deals list because it wasn't in OSO. To the
14  extent Jay knew all quarter that that deal was being
15  worked on and put it in his projection for healthcare,
16  again, he was closer to the deal so he would have
17  forecasted some portion of that. If he thought it was
18  going to close.
19      So they could go either way, I mean. And he
20  was close to those deals. I didn't know about
21  HealthSouth but he did. And he had it in his
22  projections all along maybe. I don't know.
23      But they're not -- to say that a rep -- first
24  of all, on a $38 million deal you're not going to have
25  a lonesome field rep chasing it on his own. Jay

195

1   Nussbaum was personally working that deal along with
2   the VP for Teleco. So that deal was -- it's not a
3   little entry level rep in there telling Jay Lucent's
4   not going to close. Jay was with Lucent the day
5   before the last day of the quarter.
6   Q. Do you recall if Larry Ellison was with
7   Lucent?
8   A. I have no idea. No idea.
9   Q. Do you recall if Larry Ellison had any direct
10  involvement in the large deals that didn't close at
11  the end?
12  A. No.
13      And I don't know to what extent Jay was involved
14  in the other ones, but I do recall him actually going
15  to Lucent.
16  Q. To Lucent.
17      All right. Put that one aside.
18      At some point in the quarter were you
19  concerned that the deals that were in OSO were not
20  closing and that you became more heavily dependent on
21  these large swing deals that didn't close in the end
22  of the quarter?
23  MS. KYROUZ: Objection. Vague. Lacks foundation.
24  BY MS. McLAUGHLIN:
25  Q. Do you recall that?

196

1   A. Uhm. no. And it seems like two or three
2   different questions all wrapped into one question. I
3   mean, was I concerned that -- that deals weren't
4   closing? No. Maybe as of midnight on the 28th I was
5   concerned that deals weren't closing. I don't know
6   when you're talking about when you say at some point
7   in the quarter.
8   Q. At some point in the quarter when the deals
9   that were listed in these big deal reports -- because
10  many of them didn't close in addition to the large
11  ones. When those didn't close during the quarter, did
12  that cause you concern?
13  A. At what point?
14  Q. When they weren't closing. These --
15  A. In January? I mean -- so, typically, the
16  larger transactions in a quarter all go until the last
17  two days. Typically. They still do. Because they're
18  in intense negotiations, they're trying -- the
19  customers are trying to get higher discounts. And in
20  reality our customers are trained not to deal with us
21  until the end of the quarter because they think they
22  can get a better deal. Whether or not they can. So
23  the larger transactions very rarely close earlier in
24  the quarter. Very rarely.
25  Q. And -- or -- it is the large transactions

197

1   that -- big deals that are above 500,000 in your
2   sheet, there are several of those --
3       A. Uh-huh.
4       Q. -- that didn't close as well.  I understand
5   that these large ones, ones that would be in the last
6   two weeks -- Lucent was at some point forecasted
7   36 million as you said; but all of those deals that
8   were, you know, just above 500,000 or 2 million or
9   3 million.  When those deals started not closing in
10  January, did that concern you?
11      A. No.
12      Q. And is this because you believed Jay, that
13  these larger deals would close at the end of the
14  quarter?
15      A. It's because -- not just the larger deals, but
16  we typically see, I don't know, 65 percent or more of
17  the revenue come in in the last couple of weeks.  The
18  only stuff you see come in in December or January,
19  really, are very -- you know, the telesales kind of
20  transactions that are phone sales that start to build
21  up.  But we don't -- we rarely get concerned with
22  close rates at that point in the quarter.
23      Truly, most of it comes in later.  That's why
24  we don't -- you know, these days we don't even do
25  status update calls until two about three or four days

199

1   thing.
2       Q. Okay.
3       Let me give you -- but you do believe you
4   prepared this or someone in your group prepared this?
5       A. Yes.
6       Q. And does it look like it's a genuine and
7   authentic copy of the original?
8       A. Yeah.
9       Q. Sorry.
10      A. I see now I have a title on top of it.  Like I
11  say, I was playing around with the format.
12      Q. That's what was my question.  Is this a
13  similar report to what --
14      A. Yeah.  It looks like sort of the same report,
15  only I'm trying to change it around.  Maybe to make
16  him like it or whatever.
17      Q. Is there a way you can discern the date on
18  this report?
19      A. No.  Other than I think the 320 was his
20  forecast in Q4.
21      Q. In Q4?
22      A. I think all this was after Q3.
23      Yeah.  320 was his Q4 forecast so...
24      Q. Okay.
25      I have a series of reports that are all the

198

1   out.  We just don't.
2       Q. Okay.  This is Exhibit 42.
3       MS. KYROUZ:  And how many pages?
4       MS. McLAUGHLIN:  It's just one page.  I threw them
5   all at you by accident.  I apologize.
6       Q. Can you identify this document for me?
7       A. It is a page that I used to do for him.  And I
8   don't know when I started doing it because I remember
9   trying to create something that would be helpful to
10  him.
11      But this one's not dated, so I don't know if
12  it's -- what quarter it's for or anything.
13      Q. Uhm --
14      A. But it's a sheet that lists the deals that
15  according to OSO are in the "likely" case.  Or in the
16  likely bucket.  And then a list of other deals that
17  are out there, that are in the upside bucket.
18      Q. Okay.  And would this report ordinarily have a
19  date on it?  If you -- when you prepared it?
20      A. Maybe not initially.  Like I say, I think I
21  created this for Jay, and I don't even know what
22  quarter I created it in.
23      You know, were I to create something like this
24  now, I'd probably put what forecast week underneath;
25  but this might have been an early genesis of this

200

1   same thing but they're undated again so I'm going to
2   ask.
3       Here's 38.
4       40.
5       41.
6       (Handing documents to witness and counsel.)
7       Okay.  38 is dated -- do you recognize
8   Exhibit 38?
9       A. Exhibit 38 is not all the same report.
10      Q. Okay.
11      A. So the first one, two -- the first three
12  pages -- let me see.  Hold on.
13      Q. Are they all standalone reports?
14      A. Well, this -- the first page and the third
15  page are the same thing.  They're duplicates.  They
16  appear to be anyway.  And they are for the first
17  quarter of fiscal '01.  And I'm basing that on the
18  column called "close dates," and most of the close
19  dates are July or August of '00.
20      Q. Okay.
21      A. Okay?
22      Q. Uh-huh.
23      A. The last two sheets appear to be for Q3 '01,
24  although I have no idea when this was generated.  And
25  I say -- again I say they appear to be for Q3 because

201

1  the close dates are in February of '01.  There's a
2  couple of Januarys, but the close dates all lie within
3  that Q3 '01 time frame.
4      Q.  Could you look at all of these Exhibits 38
5  through 41 and say that they are all the same kind of
6  report?  Is that a fair statement?
7      A.  Yeah, they're all some version of the same
8  type of report.
9      Q.  And is that the big deal list?  Or report?
10     A.  Yeah.  It's a version of the big deals list
11  that seems to break out product categories.  In all of
12  these.
13     Q.  And do you recognize any of these reports?
14     A.  I mean, they're familiar, yes.  I've probably
15  seen them before, but not any specific one.
16     Q.  Do you -- would there generally be a date
17  attached to these reports?  Or on these reports
18  somewhere?
19     A.  I don't remember.
20     Q.  Do you see --
21     A.  I mean, there doesn't appear to be one.  And
22  if there wasn't one in the header -- there doesn't
23  appear to be one.
24     Q.  Do you see Exhibit 39?
25     A.  Uh-huh.

202

1      Q.  It's at the top left in between "OSI Forecast"
2  and "Product Category" and there's a bunch of
3  little -- "all values have been converted to U.S.
4  dollars," I think.
5      A.  Right.
6      Q.  Would that be where a date would ordinarily
7  sit in a document like this?
8      A.  I don't know.
9         Everyone had their own different way of doing
10  things.  I don't know exactly if this is where anybody
11  would have put one if it was --
12     Q.  Was it a common practice to forward reports
13  without dates on them in your group?
14     A.  I don't know if it was a common practice.
15        I mean, these don't have dates on them.  But I
16  honestly don't remember.  Because they would have been
17  forwarded along with an e-mail, the e-mail would have
18  the date that they were effective of; but I don't -- I
19  don't recall whether these actually were supposed to
20  have dates on them or not.
21     MS. McLAUGHLIN:  Okay.  Let's take one little
22  break, and then I think I'll clean up.
23     THE VIDEOGRAPHER:  Going off the record.  The time
24  is 3:20 p.m.
25     (Recess taken.)

203

1      THE VIDEOGRAPHER:  We are back on the record.  The
2  time is 3:22 p.m.
3      BY MS. McLAUGHLIN:
4      Q.  Okay.  Let's look at Exhibit 47.  Could you
5  read over this and identify it for me for the record.
6      A.  Okay.  This is an e-mail from me to Terry Ford
7  forwarding an e-mail from me to it looks like the
8  consulting leadership at the time, updating them on
9  the status of our internal 11i migration for projects.
10  Because I had responsibility for the business side of
11  the process for projects.
12     Q.  What was your -- what were your
13  responsibilities with the 11i implementation into OSI?
14     A.  When we as a company decided to go on this
15  single instance migration to 11i, there were people
16  assigned out of finance as the process owners for, in
17  my case -- let's see, how was it.  It was ordered to
18  cash or something on the consulting side.  I don't
19  remember exactly what it was called.  But it was the
20  process of booking a consulting order, setting up a
21  project, logging time; and so we had to make sure
22  before we all migrated to the same version of the
23  system that we had all the same process first.  And so
24  we had representatives from each division, there was
25  one representative for consulting, finance, from each

204

1  division really just talking about the process; and we
2  were linked up with people in global IT who were
3  actually doing implementations.
4      Q.  Okay.  And when you're forwarding this to
5  Terry and say, "of course, for the fourth day in a
6  row," I didn't stay up regardless -- "it didn't stay
7  up regardless of the assurances," was this the
8  assurances that you're describing down below that the
9  system would run properly?
10     MS. KYROUZ:  Objection.  Lacks foundation.
11     THE WITNESS:  I don't think I said that.
12     MS. KYROUZ:  Misstates the document.
13     MS. McLAUGHLIN:  Well, I guess, let's just go
14  down.  It says here all -- would you like me to read
15  it or --
16     A.  No, I can read it.
17     Q.  And I guess what I was referring to
18  specifically is, "according to Bret Fuller all the
19  remaining patches have been applied and as of 2:15
20  Pacific time all systems should functioning properly
21  and we expect them to remain available from now
22  through the close."  Are you referring to that as the
23  assurance that the system would run properly?
24     A.  No.  Because I say it didn't stay up.  So I
25  think the assurance was the remaining available piece.

Kopp, Sarah  6/14/2006  9:02:00 AM

205

1   So they probably had to take it down for the patch,
2   but it -- so that's what I'm referring to it would
3   seem.
4       Q. Did you experience any frustration with this
5   implementation at your level at OSI?
6       MS. KYROUZ: Objection. Vague.
7       THE WITNESS: Frustration in what sense?
8       BY MS. McLAUGHLIN:
9       Q. Frustration in having to deal with the issues
10  that arose with the implementation.
11      MS. KYROUZ: Objection. Misstates the evidence.
12  Lacks foundation.
13      THE WITNESS: So no. I mean, I was happy to be
14  involved in it because I thought it was actually very
15  exciting that we were doing what we were doing. Uhm,
16  I was -- you know, I did not know what to expect in
17  something like this; and considering we did it over
18  the Christmas holidays, the fact that we were up and
19  running, you know, a couple weeks later to me was
20  pretty good. You know, I -- no, I wouldn't say -- I
21  wouldn't say I experienced a lot of frustration from
22  that perspective, but it was a long process.
23      BY MS. McLAUGHLIN:
24      Q. And when you say it's a long process, was it
25  because it wasn't -- it didn't go smoothly?

206

1       A. No. No. I was involved -- I was involved in
2   defining the global process of how we're supposed to
3   do things, and communicate that in to the people who
4   were doing the actual setup of the systems. So from a
5   change management perspective there were some areas
6   that were frustrating, and I think that was true
7   everywhere. But it had nothing to do with the system.
8   It was more getting people in Brazil to do the same as
9   people in Germany.
10      Q. And so when you say "fyi, of course, for the
11  fourth day in a row," what are you referring to then?
12      A. I honestly don't remember. But I'm saying it
13  didn't stay up. I'm not saying -- you know, that's
14  the next thing I say. So I'm assuming they had to
15  take the system down to do something to it.
16      Q. Okay.
17      A. But I don't think that's surprising. I mean,
18  for a global implementation I would think, you know,
19  it was -- people were still in there so.
20      Q. Okay. I'm going to show you Exhibit 48.
21      A. Okay.
22      Q. Do you recognize this document?
23      A. Not the top page. I'm not copied on it.
24      This is a -- the second and third page is a
25  status report from me to the consulting leadership.

207

1   Since I was responsible for giving them status on
2   the -- on how the upgrade was.
3       Q. Does this appear to be a genuine and authentic
4   copy of the original e-mail you prepared?
5       A. Yes.
6       Q. Okay. Exhibit 46. Could you read this over
7   and identify it for the record, please.
8       A. It is an e-mail from me to Ivgen Guner as of
9   March 1st, 2001, so -- see what time that was. Middle
10  of the day, I guess. Giving her a recap of where I
11  expect the number to land after all is said and done.
12  And it appears I took part of that old license status
13  file and sent it to her. Not the whole thing.
14      Q. Okay. This is --
15      A. Since most of it was irrelevant at this point.
16      Q. Does this appear to be a true and correct copy
17  of your original e-mail?
18      A. Yes.
19      Q. Along with the attachment?
20      A. It makes sense. I mean, it's the same number
21  so yeah.
22      Q. Okay. This is 49.
23      Would you please read through this e-mail and
24  identify it for the record for me.
25      A. Okay.

208

1       Q. Do you recall receiving this e-mail?
2       A. I don't remember receiving it, but I'm on it
3   so I'm sure I did.
4       Q. Does this look to you like a genuine and
5   authentic copy of what was sent to you?
6       A. It looks like something she might send. yeah.
7   But again, I don't remember getting this one
8   specifically.
9       Q. Okay. This is 50.
10      I was better at making them over to you
11  before. I'm sorry.
12      A. Your arms are getting tired probably.
13      Q. I know. Could you review this and identify it
14  for the record for me.
15      A. It's an e-mail from Jennifer Minton to all of
16  the finance leadership globally it looks like. Mostly
17  focused on expenses. And a concern about accuracy in
18  expenses. And she's asking us to make sure that we're
19  submitting expenses at the summary income statement
20  line item.
21      Q. Do you recall receiving this e-mail?
22      A. I don't remember it specifically, no. But I
23  was on the distribution so...
24      Q. Does it appear to be a genuine and authentic
25  copy of the original e-mail?

Kopp, Sarah  6/14/2006  9:02:00 AM

209

1    A. Uhm, as far as I can tell, yes. It's her
2   style and it's not unreasonable that she would have
3   asked us to do this so...
4    Q. Okay. Moving along. 51.
5    A. This is part of the reconciliation process.
6   So it's an e-mail I sent to Ivgen, although I can't
7   see any of the e-mail headers or footers on this.
8   Well, I guess there is on the next page. And I appear
9   to have forwarded on some e-mail discussion between me
10  and a woman named Beth that was on my team at the
11  time, going through just the state and local forecast.
12  And where they landed versus where he had forecasted
13  and why.
14   Q. And the bottom of -- does this appear to be a
15  genuine and authentic version -- copy of your original
16  e-mail?
17   A. Yes.
18   Q. And up here it -- let's go to page
19  NDCA-ORCL 157795.
20   A. Uh-huh.
21   Q. And at the bottom it says -- and I'm not --
22  someone is saying, I think -- is it Beth to you saying
23  it appears that once again rev share was double
24  counted by field on several deals?
25   A. I think so.

210

1    Q. What does that mean to you?
2    A. That is the -- we used to have a process with
3   the telesales deals, that the field and telesales
4   would share them. So there used to be -- and we've
5   gone through a few iterations of this. But I believe
6   during Q3 '01 there was a standard methodology applied
7   to the deals, that some percentage of them would stay
8   with the field and some percent would stay with
9   telesales. So what she's saying here is that both the
10  field and telesales in some of these instances counted
11  the full value or overestimated their portion of the
12  deal.
13   Q. In the forecast?
14   A. In the forecast.
15      And an example of that would be -- let's see
16  if there's one. If there's one up here.
17      It doesn't look like there's one right up
18  above there. But they're generally very small
19  transactions.
20   Q. Okay. Can you turn to page NDCA-ORCL 157799.
21  It says, "strangely enough it was Jose at Jay's last
22  senior staff meeting when Ron and I were hammering on
23  OSO accuracy that pushed back the most; I'm escalating
24  to Jay -- Jose needs to be held accountable." Do you
25  see that?

211

1    A. Uh-huh.
2    Q. Is that Jose Garcia?
3    A. Yes.
4    Q. And when you -- when you talk about -- or what
5   are you referring to when you say "in our last senior
6   staff meeting when Ron and I were hammering on OSO
7   accuracy"?
8    A. So Ron Palise was running sales operations for
9   Jay at the time. Or, no. Not -- I'm trying to think
10  what he was doing because Terry was really his ops
11  guy. But Ron was in there in some sort of operational
12  capacity, probably helping with the deal stuff. But
13  we were talking about the issue that we've gone over
14  a few times today, which is the reps not entering all
15  their deals in the system. And with state and local,
16  the average deal size is very, very small. Much
17  smaller than the other places because they have all of
18  these little municipalities and everything else. And
19  they just wouldn't -- you know, what happened in the
20  forecast was we had issues with double counting and
21  not counting at all of transactions in state and
22  local; and I was pointing out that that had happened
23  before. And that we were trying to make a point of
24  calling Jose out on it in particular.
25   Q. And when you say before, you mean the prior

212

1   quarter?
2    A. Yeah.
3    MS. McLAUGHLIN: Okay. I am done for the moment.
4   I don't know if you have any questions.
5    MS. KYROUZ: (Shakes head from side to side.)
6       We'd like to mark the transcript
7   confidential.
8    MS. McLAUGHLIN: Yes. Sure.
9       And thank you very much for your time today.
10   THE WITNESS: Sure.
11   THE VIDEOGRAPHER: One moment, please. Let me do
12  my thing. This is the end of Videotape 3, Volume 1,
13  in the deposition of Sarah Kopp. The original
14  videotapes will be retained by LiveNote World Service.
15  Going off the record, the time on the monitor is
16  3:39 p.m.
17      (At 3:39 p.m. the deposition proceedings
18  concluded.)
19           -oOo-
20
21
22
23  DATE           SARAH KOPP
24
25

Kopp, Sarah  6/14/2006  9:02:00 AM



213

1  STATE OF CALIFORNIA  )

2  COUNTY OF SAN MATEO  )

3      I hereby certify that the witness in the

4  foregoing videotaped deposition, SARAH KOPP, was by me

5  duly sworn to testify to the truth, the whole truth,

6  and nothing but the truth, in the within-entitled

7  cause; that said deposition was taken at the time and

8  place herein named; that the deposition is a true

9  record of the witness' testimony as reported by me, a

10  duly certified shorthand reporter and a disinterested

11  person, and was thereafter transcribed into

12  typewriting by computer.

13      I further certify that I am not interested in

14  the outcome of the said action, nor connected with,

15  nor related to any of the parties in said action, nor

16  to their respective counsel.

17      IN WITNESS WHEREOF, I have hereunto set my

18  hand this 27th day of June, 2006.

19

20

21      _____

22          KELLIE A. ZOLLARS, CSR

23          STATE OF CALIFORNIA

24

25

1    STATE OF CALIFORNIA       )

2    COUNTY OF SAN MATEO       )

3           I hereby certify that the witness in the

4    foregoing videotaped deposition, SARAH KOPP, was by me

5    duly sworn to testify to the truth, the whole truth,

6    and nothing but the truth, in the within-entitled

7    cause; that said deposition was taken at the time and

8    place herein named; that the deposition is a true

9    record of the witness' testimony as reported by me, a·

10   duly certified shorthand reporter and a disinterested

11   person, and was thereafter transcribed into

12   typewriting by computer.

13          I further certify that I am not interested in

14   the outcome of the said action, nor connected with,

15   nor related to any of the parties in said action, nor

16   to their respective counsel.

17          IN WITNESS WHEREOF, I have hereunto set my

18   hand this 27th day of June, 2006.

19

20

21          _____

22          for KELLIE A. ZOLLARS, CSR

23                 STATE OF CALIFORNIA

24

25

LiveNote World Service          800.548.3668 Ext. 1