# EXHIBIT YY

## Page 221

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00221:01   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2   02            IN AND FOR THE COUNTY OF SAN MATEO
3   03                        —o0o—
4   04   COORDINATION PROCEEDING
5   05
6   06
7   07                  JUDICIAL COUNCIL COORDINATION
8   08
9   09
10  10   _____/
11  11
12  12
13  13            DEPOSITION OF LAWRENCE J. ELLISON
14  14               FRIDAY, FEBRUARY 27, 2004
15  15               Volume II (Pages 222 - 428)
16  16
17  17
18  18
19  19
20  20
21  21   CSR NO. 2792
22  22
23  23          ROBERT BARNES ASSOCIATES
24  24          760 Market Street, Suite 844
25  25          Phone:  (415)788-7191
```

## Page 222

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00222:01   IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE.
2   02            IN AND FOR NEW CASTLE COUNTY
3   03
4   04   IN RE ORACLE CORPORATION
5   05   DERIVATIVE LITIGATION
6   06   _____/
7   07
8   08
9   09
10  10
11  11
12  12
13  13
14  14
15  15
16  16
17  17
18  18
19  19
20  20       •
21  21
22  22
23  23
24  24
25  25
```

## Page 223

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00223:01           A P P E A R A N C E S
2   02
3   03   FOR CALIFORNIA PLAINTIFFS:
4   04       BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
5   05          ELIZABETH GUARNIERI, ESQ.
6   06          425 California Street, Suite 2025
7   07          (415)433-3200
8   08
9   09
10  10   BY: DARIO DE GHETALDI, ESQ.
11  11       AMANDA L. RIDDLE, ESQ.
12  12   Millbrae, CA  94030
13  13
14  14
15  15
16  16   FOR DELAWARE PLAINTIFFS:
17  17
18  18   BY: ROBERT WEISER, ESQ.
19  19   Bala Cynwyd, PA  19004
20  20
21  21
22  22   FOR ORACLE CORPORATION:
23  23   MORRISON & FOERSTER
24  24   425 Market Street
25  25   (415)268-7126
```

## Page 224

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00224:01           A P P E A R A N C E S
2   02               (Continued)
3   03
4   04   FOR INDIVIDUAL DEFENDANTS ELLISON AND HENLEY:
5   05       MAYER BROWN ROWE & MAW, LLP
6   06          JAVIER RUBINSTEIN, ESQ.
7   07          Chicago, IL 60603-3441
8   08
9   09
10  10   ALSO PRESENT:  ANDREW MARTIN, Videographer
11  11
12  12
13  13
14  14   TAKEN AT:
15  15       BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
16  16       San Francisco, CA  94104
17  17
18  18
19  19              —o0o—
20  20
21  21
22  22
23  23
24  24
25  25
```

## Page 225

```
1   00225:01      I N D E X
2   02
3   03 DEPOSITION OF LAWRENCE J. ELLISON
4   04 VOLUME II
5   05 EXAMINATION BY:              PAGE
6   06     MR. DE GHAFALDI          232
7   07 AFTERNOON SESSION            311
8   08
9   09 DC EXHIBITS
10  10 *104 3/1/01 conference call transcript, "ORACLE  248
11  11      ORCL 0081613-0081629, 17 pages
12  12  105 "Interview of Larry Ellison," 5/30/02, by  277
13  13
14  14      by SLC, no Bates numbers, 16 pages
15  15 *107 Affidavit of Lawrence J. Ellison in Support  295
16  16      Court, September 22, 2003, no Bates numbers,
17  17
18  18      others, Subject: December FY01 Revenue
19  19      CA-ORCL 009732-009735,
20  20 *109 1/17/01 Flash Report with attachments,   296
21  21      15 pages
22  22 *110 08 Feb 2001 e-mail, with attachments,    313
23  23      January FY01 QTD Revenue Results,
24  24
25  25 * DOCUMENTS DESIGNATED CONFIDENTIAL
```

## Page 226

```
1   00226:01        EXHIBITS (CONTINUED)
2   02 DC EXHIBITS                    PAGE
3   03 *111 12 Feb 2001 e-mail, with attachment, Garnick  341
4   04      FY01 QTD Product Revenue - Revised],
5   05
6   06      Package, ORCL 0003440-003449, 10 pages
7   07  113 Form 144, filed 1/24/2001, no Bates numbers,  356
8   08
9   09      3 pages
10  10  115 Form 144, filed 1/29/01, no Bates numbers,   356
11  11
12  12      no Bates numbers, 3 pages
13  13  117 Form 144, filed 1/30/01, (2,232,000 shares)  356
14  14
15  15      3 pages
16  16  119 Form 144, filed 2/5/01, no Bates numbers,    356
17  17
18  18      and others, Subject: Larry option exercise -
19  19
20  20      Subject: Option Exercise, CD-I 03232,
21  21      PROTECTIVE ORDER"
22  22 *122 24 Jan 2001 e-mail, Simon to Ellison,     367
23  23      2 pages
24  24
25  25
```

## Page 227

```
1   00227:01        EXHIBITS (CONTINUED)
2   02 DC EXHIBITS                    PAGE
3   03 *123 24 Jan 2001 e-mail, Simon to Balkenhol,   367
4   04
5   05      Ellison, Subject: Please Review; one from
6   06      CA-ORCL 032389-032391, 3 pages
7   07 *125 25 Jan 2001 e-mail, Catz to Glass, Subject:  370
8   08      CA-ORCL 032392, 1 page
9   09 *126 25 Jan 2001 e-mail, Catz to Glass, Subject:  370
10  10      1 page
11  11 *127 29 Jan 2001 e-mail, Simon to Ellison,     371
12  12      1 page
13  13 *128 31 Jan 2001 e-mail, Simon to Ellison,     373
14  14      2 pages
15  15 *129 08 Mar 2001 e-mail, Simon to Balkenhol,   373
16  16      and Cash Update, ORCLA 0023605-0023507,
17  17
18  18      Responses to Plaintiff Gary Collins' First
19  19      6 AND 11-27 DESIGNATED CONFIDENTIAL PURSUANT
20  20
21  21      Oracle, "Getting Through Q3 in Good Shape,"
22  22      6 pages
23  23 *132 Oracle "Total Company - Q3 FY01 Forecast,"  399
24  24      15 pages
25  25 * DOCUMENTS DESIGNATED CONFIDENTIAL
```

## Page 228

```
1   00228:01        EXHIBITS (CONTINUED)
2   02 DC EXHIBITS                    PAGE
3   03 *133 Oracle "Total Company - Q3 FY01 Forecast,"  399
4   04      ORCL 0003341-0003357, 17 pages
5   05 *134 Oracle "Total Company - Q3 FY01 Forecast,"  399
6   06      ORCL 003608-003624, 17 pages
7   07
8   08
9   09
10  10 * DOCUMENTS DESIGNATED CONFIDENTIAL
11  11
12  12
13  13
14  14
15  15
16  16
17  17
18  18
19  19
20  20
21  21
22  22
23  23
24  24
25  25
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00229:01      BE IT REMEMBERED that, on Friday, February 27,
2    02  2004, commencing at the hour of 10:45 a.m, pursuant to
3    03  Notice of Taking Deposition and continued from Thursday,
4    04  February 26, 2004, before me, KAREN E. THOMPSON,
5    05  CSR No. 2792, a Certified Shorthand Reporter in the State
6    06  of California, there personally appeared
7    07
8    08           LAWRENCE J. ELLISON,
9    09
10   10  called as a witness by the plaintiffs, who, having been
11   11  previously sworn, was examined and testified further as
12   12  hereinafter set forth:
13   13
14   14
15   15
16   16      ---oOo---
17   17
18   18
19   19
20   20
21   21
22   22
23   23
24   24
25   25
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00230:01  MORNING SESSION              10:44 A.M.
2    02       THE VIDEOGRAPHER: This marks the beginning of
3    03  Volume II, Videotape 1, in the continuing deposition of
4    04  Lawrence J. Ellison in the matters of Coordination
5    05  Proceedings Special Title (Rule 1550(b)), Oracle Cases,
6    06  and In Re Oracle Corporation Derivative Litigation.
7    07       Today's date is February 27, 2004.  The time
8    08  10:44 a.m.  The court reporter is Karen Thompson for
9    09  Robert Barnes Associates.
10   10       Would any counsel new to this deposition please
11   11  identify themselves and state whom they represent?
12   12       MR. DE GHETALDI: Dario DeGhetaldi for the
13   13  California plaintiffs --
14   14       MR. SALPETER: You're the same guy that was here
15   15  yesterday.
16   16       MR. WEISER: Listen to the question.
17   17       THE VIDEOGRAPHER: All other aspects as indicated
18   18  on Volume I, Tape 1, remain the same.  We are back on the
19   19  record.
20   20       MR. DE GHETALDI: Thanks for the help.  You
21   21  should have been there earlier, though.
22   22       MR. SALPETER: Before we start officially, I just
23   23  want to say on the record what both Mr. Ellison and I
24   24  said to you off the record, which is we're sorry for the
25   25  late start.  It was circumstances beyond our control.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00231:01      MR. DE GHETALDI: Like I told you, it's
2    02  understandable, and no hard feelings at all.
3    03       THE WITNESS: Okay.  Thank you.
4    04
5    05           LAWRENCE J. ELLISON
6    06  having been previously sworn, testified as follows:
7    07
8    08       EXAMINATION BY MR. DE GHETALDI (CONTINUED)
9    09       MR. DE GHETALDI: Q.  All right.  Since I'm still
10   10  the same person I was yesterday, I was by unanimous
11   11  acclamation, I'm going to start off where we left off
12   12  yesterday, which was talking about the Covisint deal.
13   13  And the final purchase price was -- do you recall?
14   14       A.  I think we booked $60 million, then I think the
15   15  total purchase was $70 million.
16   16       Q.  Okay.  And so you booked 60 in Q3 '01?
17   17       A.  Correct.
18   18       Q.  And booked 10 sometime later?
19   19       A.  I think ratably over the remainder of the year.
20   20       Q.  All right.  The document that we were looking at
21   21  yesterday, which was the e-mail from mid June, had a
22   22  $225 million figure.  Was there a decrease in the amount
23   23  of product being sold or an increase in the discount
24   24  being given, or can you explain that difference?
25   25       A.  Well, the 275 number was, I think, a fanciful
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00232:01  number to start with.  So it might have been an opening
2    02  negotiating ploy.  The 275 million, as best I recall that
3    03  document, was 75 million per year for some series of
4    04  years.  So the answer is the price came -- the amount of
5    05  discount went up dramatically.
6    06       Q.  All right.  What was Covisint purchasing?
7    07       A.  Well, that's an interesting question.  They
8    08  purchased a lot of database software.  They imagined --
9    09  again, this was a brand new business, but they had a
10   10  grandiose business plan where they would be supplying all
11   11  sorts of computer -- computer services, purchasing
12   12  computer services to a variety of companies, not just the
13   13  big three auto makers in Detroit.  And they felt they
14   14  needed a lot of software to -- to support this business
15   15  that they were going to build over the coming years.  So
16   16  they bought a great deal of database software, and then
17   17  they bought our reverse auctioning software, which was
18   18  their fundamental business, which they had both from us
19   19  and from Commerce One.  And they bought a lot of
20   20  application software to actually run their business, to
21   21  do the accounting and human resources, payroll, just
22   22  mundane things like that.
23   23       Q.  Okay.  Were they buying software from Oracle for
24   24  the purpose of reselling software?
25   25       A.  Reselling and online service.  So they were going
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00233:01  to use the software as the basis for an online service,
02  in the same sense that eBay uses Oracle to sell books.
03  They don't resell the Oracle database, but they have a
04  business that's based on -- based on the Oracle database.
05  Their book catalog.
06      Q. Okay.
07      A. I should have said Amazon.  Sorry.  I said eBay.
08  EBay also uses Oracle, which is the basis of their
09  business for, you know, auctioning off all sorts of
10  stuff.  And when I said "their book catalog," I meant
11  Amazon.  I misspoke.
12      Q. All right.  Do you know when the software was
13  shipped in relation to when the money was received from
14  Covisint?
15      A. Again, not a simple question.  I believe Covisint
16  had all of our software and was experimenting with it.
17  So they had it long before the contract was -- this is my
18  recollection.  This is often the case.  A large customer
19  will be experimenting with the software, so we'll ship
20  them software.  They'll experiment with it before they
21  actually sign the license agreement.  So I suspect that
22  they had it for some time.
23      Q. All right.  Do you by any chance know the list
24  price for the software that Covisint purchased?
25      A. I'm sure it was gigantic.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00234:01      Q. Right.
02      A. Because they bought so much of it.
03      Q. Yeah.
04      A. And I think they bought basically more than they
05  could ever possibly use.
06      Q. All right.  In fiscal year 2001 --
07      A. If I can explain -- amplify that just slightly.
08      Q. Sure.
09      A. Someone wants to buy, let's say, a million units.
10  that -- they think they are going to need a half a
11  million units.  They say, we'll buy a million units,
12  which is all they'll ever use.  So if we say, we'll give
13  you 10 million units, it really doesn't make any -- it
14  doesn't cost us anything.  It's just a line in a license
15  agreement.  It gives them more comfort.  So the idea that
16  they buy much more than they'd ever -- they don't have to
17  think about how much is more than they'd ever use.  We
18  just make it a very large number.  It's basically an
19  unlimited license that we apply a very high number to.
20      Q. All right.
21      A. The real substance of the agreement was "here's
22  all the software you'll ever need."
23      Q. All right.  And when you're talking about
24  license, are you talking about license for a certain
25  number of users?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00235:01      A. It could be a certain number of users.  There's a
02  variety of different license metrics, but -- license
03  metrics.  Could be users.  It could be -- a certain
04  number of computer processors is another license metric.
05  It could be size of your business, for a certain amount
06  of dollar revenue.  We use a number of different metrics
07  for licensing.
08      Q. All right.
09      A. But users and processors are the two most common.
10      Q. Do you know when the initial $50 million from
11  Covisint was paid to Oracle?
12      A. I think it was in Q3.
13      Q. All right.  Do you know when in Q3 it was?
14      A. I'm pretty sure it was very early in Q3 because
15  that was one of the -- the fact that we had the Covisint
16  deal -- and I'm not sure if the signing or the money -- I
17  think the signing and the money was wire transferred
18  shortly thereafter, I think.
19      Q. Okay.
20      A. Because we were waiting for Covisint to get -- I
21  think the deal timing was triggered by the funding of
22  Covisint from the auto makers.
23      Q. Okay.
24      A. So I'm pretty sure the deal was signed, money --
25  you know, money transferred pretty quickly thereafter.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00236:01      Q. All right.  Was there a support or consulting
02  component to the Covisint deal?
03      A. The deal was $70 million, of which we recognized
04  60 as the license component, and $10 million -- again,
05  these are approximate numbers.  I think they're right,
06  but I'm not -- you know, wouldn't bet my life on it.
07              And $10 million to be recognized ratably over the
08  next 12 months.  And that was the support component.  So
09  the 10 of the 70 was annual support, first-year support.
10      Q. Okay.  For the two percent equity share that
11  in Covisint that Oracle got as a part of this, was a
12  valuation ever -- a valuation study ever done for that
13  two percent?
14      A. A study.  You mean -- did -- I don't think so.
15              Well, there -- there actually were valuations
16  made by Morgan Stanley, but did we think of it -- did we
17  book it in any way or -- no.  I think we valued it as
18  zero.
19      Q. All right.  Did you have a fairness opinion in
20  the process of this -- reviewing this Covisint deal?
21      A. In terms of valuing it at zero?
22      Q. Yes.
23      A. Not booking it?  I don't think we did.
24      Q. Okay.
25      A. Turns out that zero was the right number.  I'm

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00237:01  sure glad we didn't book it as something and then write
02  it down later.
03    Q.  What type of entity was Covisint at -- in Q3 '01?
04    A.  It was brand new.  It was this idea --
05    Q.  I'm sorry.  What type of legal entity was it?
06    A.  Oh, I think it was a corporation.
07    Q.  Okay.  And so Oracle's ownership interest in
08  Covisint were securities, this two percent?
09    A.  I think common stock.  But again, I didn't pay
10  much attention to that at all because I didn't think it
11  was worth very much.
12    Q.  Any rights?  Were there any rights associated
13  with the two percent equity interest?
14    A.  You mean could we force them to go public and --
15    Q.  Yeah.
16    A.  Registration rights?  Not that I know of.
17      Again, as I say, I didn't pay a lot of attention
18  to the details of the equity portion, so I don't really
19  remember -- remember at all.
20    Q.  All right.  Did Oracle ever have a person on
21  Covisint's board of directors?
22    A.  It's possible.
23    Q.  For the software sold to Covisint, did that
24  include lifetime license upgrades?
25    A.  I don't think so because that would create a

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00238:01  serious revenue -- revenue recognition problem for us.
02  So we would have -- if we charged $70 million and it
03  included lifetime rev -- we'd have to rate it out over some
04  useful lifetime, and we couldn't have recognized the
05  $80 million in the quarter.
06    Q.  Okay.  Because I remember that June 2000 e-mail
07  talked about that as a possible --
08    A.  Right.
09    Q.  -- feature of the deal.  So you don't think that
10  that ever found its way into the final deal?
11    A.  No.
12    Q.  The -- assuming that the discount from the list
13  price was in the neighborhood of 99.5 percent, does that
14  sound like it's in the right neighborhood to you?
15    A.  Yes.  But having said -- but remember what I said
16  before:  It's a little bit misleading.  It's -- it's as
17  if I said, I'll give you all the Coke you can drink for
18  the rest of your life, and I write it down 1 trillion
19  Cokes, and I'd do it for a thousand dollars.  What's
20  your discount level on the Cokes?  Well, if you believe
21  you can drink all trillion Cokes, it's a pretty fabulous
22  discount.  If, in fact, you only drink, you know, 20,000
23  Cokes, it's a substantially less discount.
24      And this was a license.  I don't know if I'm
25  being clear.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00239:01    Q.  Yeah.
02    A.  So it was really an all-you -- more of an
03  all-you-can-eat license, framed as, you know, so many
04  processors at -- so that discount at 99.5 percent is
05  quite misleading.
06      And then if you look at what's actually happened,
07  how much of -- how much of that license did Covisint
08  actually use, I think you'll find that the discount was
09  nonexistent.
10    Q.  Okay.  Other than the payment of the $70 million
11  in the form that you've identified, and the delivery of
12  the license software and the two percent equity interest,
13  was there any other quid pro quo in this deal?
14    A.  Well, you're asking me to recall.  There's so
15  many different proposals, so I'm going to give you my
16  best recollection.
17    Q.  That's fine.
18    A.  That we had a -- an Oracle Exchange online
19  service at Oracle Corporation at the time, and I believe
20  we gave them -- if we were to take that service public as
21  a separate company -- if -- they would get equity in that
22  company, should it go public.
23    Q.  Okay.
24    A.  I think.  But again, this deal took several
25  different forms, and I'm not sure quite what the final

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00240:01  form was.  As I say, I didn't even remember the
02  two percent equity portion we got from Covisint.
03    Q.  Right.  Okay.
04      Let's talk a little bit about Oracle's
05  discounting policy in general in fiscal year '01.  Was it
06  typical for Oracle to give discounts off of list price?
07    A.  Yes.
08    Q.  Was there actually a published discount?
09    A.  There was published discount schedule.
10    Q.  And what -- what was that discount?  Or was it
11  the same for all products?  Can you tell me about that?
12    A.  It was the same for all products, and it was
13  based on the volume you purchased.  The more you bought,
14  the higher the discount.
15    Q.  Okay.  And that was actually published?
16    A.  That was published, but after a certain amount, I
17  don't know.  I think it was a $5 million amount or
18  $10 million amount.  It was, you know, to be negotiated.
19    Q.  Okay.  And those amounts for deals higher than
20  whatever amount that was, who needed to approve discounts
21  at that level?
22      MR. SALPETER:  We're still in --
23      MR. DE GHETALDI:  Fiscal year '01.  Thanks.
24      THE WITNESS:  There were different -- different
25  levels of approval throughout the organization.  The

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00241:01 individual salesperson could approve a certain level of
02 discount, first level sales manager a little bit more,
03 and it worked all the way up to Safra Catz, who
04 represented me, who could approve any level of discount.
06    MR. DE GHETALDI: Q. What was the highest level
06 of discount that anyone other than you, acting through
07 Safra Catz, could approve in fiscal year '01?
08    A. I can't -- I think it was 85 percent, but I'm not
09 certain.
10    Q. Were discounts in the 85 percent-plus range
11 common in fiscal year '01?
12    A. For large deals?
13    Q. Yes. I would assume they would have to be for
14 large deals; right?
15    A. No. I mean, there -- there are situations where
16 you really want someone to use your database, and you
17 might give them the software. You know, small startup,
18 and you want them to start with your technology rather
19 than someone -- Microsoft's technology, so we might give
20 them 100 percent discount to get them started.
21    So for large deals, it certainly was common to
22 have large discounts. In fact, that was one of the major
23 triggers for large deals was offering large discounts.
24 So people would purchase not only what they needed today
25 but perhaps what they needed over the next three years.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00242:01 Q. All right. I was specifically asking about
02 discounts in the 85 percent-plus range and whether those
03 levels of discounts were common and --
04    A. They were common for large deals.
06    Q. All right. When we were talking about budget
06 yesterday, and specifically, the budget for revenue and
07 the budget for expenses, and we were talking about which
08 drives which and what the relationship between those two
09 numbers is or should be, and I think that you were
10 talking hypothetically about a situation where revenues
11 would be X number of dollars budgeted, and expenses would
12 be 50 percent of that budgeted.
13    Do you recall those figures as being figures from
14 the -- the fiscal year '01 budget, or were you just
15 actually speaking hypothetically when you were using that
16 two-to-one ratio?
17    A. I'm not speaking hypothetically. That's exactly
18 how we budget today for the field organization. So the
19 field organization can increase their spending by
20 50 cents for every dollar they increase their sales
21 targets.
22    Whether that exact structure was in place -- I
23 shouldn't say that. That's true in North America.
24    Q. Right.
25    A. In Latin America, I believe they're allowed to

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00243:01 spend 60 cents out of every dollar. So we expect smaller
02 margins in Latin America than we do in North America.
03    I think Europe is 45 percent, 45 cents -- excuse
04 me -- 55 cents. They spend 55 cents out of every dollar.
05 So whether these budgeting ratios existed in '01 or not,
06 I don't recall. I think they did.
07    Q. Right. So in any case, it's your recollection
08 that there would be different ratios for different
09 geographic locations; is that right?
10    A. Correct.
11    Q. Okay. Now, what would happen if, during the
12 course of a quarter, you noticed that the forecast for a
13 particular region was coming in and that ratio was not
14 being met?
15    A. Well, this is an annual ratio, so understand the
16 seasonality of our business. We have a huge quarter in
17 Q4 where -- so, let's say you had a 50 percent ratio for
18 the year, keeping it simple. You might -- in Q1, you
19 might make 35 percent profits, not 50. In Q2 and Q3 you
20 might make 45 -- 45 percent profit, and then in Q4 you
21 might make 65 percent profit. So -- so the whole year
22 averages out to 50 percent. But it's not straight-line
23 50 -- you know, 50, 50. So it depends on the year, on
24 the quarter that we're in. That's what the ratio should
25 be because of seasonality.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00244:01 Q. But you do budget those quarters, don't you?
02    A. Kind -- kind of. In other words, I mean, some
03 people get a little bit ahead -- the likelihood of --
04 back to what I was saying earlier, you know, the more
05 points you have, the less like -- more fluctuation around
06 the number you're going to have. So you can be high in
07 Q1, low in Q2, high in Q3, and low in Q4, and still make
08 the year.
09    Q. Sure.
10    A. So the answer is yes, we budget individual
11 quarters but -- for individual regions -- and we have
12 expectations when compared with the same quarter last
13 year, for seasonality, but I don't think it's a
14 particular -- a little bit below or a little bit over --
15 you know, a little bit below in one quarter, let's say --
16 I can't look at Q3 in isolation -- take Europe. I can't
17 look at Q3 in isolation in Europe. If they had a really
18 great Q2 and little bit of weakness in Q3, that doesn't
19 mean that their business is deteriorating. It just
20 means -- maybe they'll have a great Q4. It just means
21 for whatever reason, they did very well in Q2 and very
22 well in Q4, and Q3 was a little bit weak.
23    In fact, it's related. Sometimes these weak
24 deals that perhaps we thought were going to close in Q3
25 closed in Q2, and perhaps we get -- sometimes we say --

00245:01  we say we drained the pipeline.  We drained the pipeline
02  too thoroughly.  So we have a really good quarter in Q2,
03  that leaves a little bit of weakness in Q3.  Rebuild the
04  pipeline, strong again in Q4.
05      Q.  So this is an instance, then -- that is, where
06  you're comparing intraquarter performance to budget
07  numbers -- where your tendency is to look both at
08  quarter-to-quarter -- that is, year-over-year, same
09  quarter, and also --
10      A.  Year-to-date.
11      Q.  Year-to-date.
12      A.  Exactly.
13      Q.  Exactly.  Okay.  All right.
14          And a combination of those two views gives you
15  some idea of how things are going in terms of the budget
16  ratios that you want; right?
17      A.  Right.  Right.
18      Q.  Okay.  Now, in a declining economy, in your
19  experience, do deals in a particular -- in a particular
20  type of product tend to fall out more quickly than other
21  types of products?
22      A.  Large deals fall out more quickly.  So
23  applications -- there are more large deals --
24  applications is more large-deal driven than database.
25  There are large deals -- there are more large deals in

00246:01  database than there are in applications, but as a total
02  percentage, there's a higher percentage of application
03  deals are big.  Just the database business is four times
04  larger than the applications business, so there are still
05  more large deals in database.  But large deals in general
06  are the ones that are at risk because those are the ones
07  that go up to senior management, who are the people that
08  become much more sensitive to macroeconomic trends than
09  the people lower in the organization.  So when there's --
10  when there's economic softness, it's a deal that the CIO,
11  the chief information officer, approved and you think
12  you're going to get.  Often, as it goes up for approval
13  to the president of the company or the CEO of the
14  company, often that's where it gets stopped.
15      Q.  What's a deal cycle?
16      A.  It's -- cycle is from the time we have a
17  prospect -- I know that you're interested in buying a
18  million dollars' worth of database -- to the time you
19  actually either sign an order or tell me you're going to
20  sign an order with IBM instead.
21      Q.  Okay.  Is a deal cycle something that expands or
22  contracts when the economy is expanding or contracting?
23      A.  Yes.  Deals will take longer as companies will
24  put in more approvals as to who can sign, you know, sign
25  off the deals.  So in good times, sometimes the CIO can

00247:01  spend up to $5 million.  As times get tough and CEOs want
02  to, you know, be cautious about every dime that they
03  spend, they'll say, any deal more than $1 million has to
04  come to me for approval.
05          Okay?  More links are put in the approval chain
06  inside a company, and it slows the deal down or cancels
07  the deal altogether.
08      Q.  Okay.  In a declining economy, you would expect
09  to see longer deal cycle, and in an expanding economy,
10  you would expect to see a shorter deal cycle?  Is that
11  fair?
12      A.  Yes.
13          (Whereupon, DC Exhibit 104 was marked
14          for identification.)
15      MR. RUBENSTEIN:  What's the number of this?
16      MR. DE GHETALDI:  104.
17      THE WITNESS:  You don't want me to read the whole
18  thing, do you?
19      MR. DE GHETALDI:  Q.  Oh, no, no.  I was going to
20  ask --
21      A.  Okay.
22      Q.  I did want you to look at it, and I was going to
23  ask you whether you have ever seen this document before.
24      A.  I haven't seen the document, but I was certainly
25  part of the conference.

00248:01      Q.  Okay.  What I'd like you to do is turn to page 5,
02  that has the Bates number 81617 at the bottom, and the --
03  in particular, the question at the top of the page from
04  Rick Sherlund, where he says:
05          "Larry, can you help me understand this?
06      I mean, clearly, everybody understands
07      that when the economy goes through a
08      period like this, visibility is lower.
09      You guys know how to scrub the pipeline,
10      talk to the salesmen, make sure those are
11      real deals, yet it turns out they're not
12      real deals.  How does that work?  How can
13      the sales people kind of not know that the
14      deals are going to slip at the end of the
15      quarter?  Is it the customer just not
16      aware that they're going to run into
17      resistance at the end of the quarter?"
18          And then you answer that you were actually
19  involved in a lot of the calls on some of these
20  transactions, and what really happened -- or really, what
21  happened is all -- a bunch of deals were already approved
22  at the mid-high level, at the vice president or senior
23  vice president level.  Once it got up to the CFO/CEO
24  level, they were pushed off.
25          I guess I'd like to know when you noticed that

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00249:01 happening, you personally.

02   A. The last -- the last -- after George Roberts'

03 call on the 26th, all of us were making calls to -- on

04 large transactions. We still had a very large -- that's

05 on February 26.

06   Q. Sure.

07   A. And there was still a very, very large pipeline

08 of large deals, and we still felt we had a very good

09 chance of making the quarter. There certainly was plenty

10 of deals in the pipe to make the quarter. So we called

11 them and we found that, you know, that even though CIOs

12 had told our sales people, yeah, we're going to buy, this

13 deal is moving right ahead, the -- as it went up to a

14 higher level, either the chief financial officer or the

15 chief executive officer, they didn't approve the

16 transaction.

17      As I said, you know, our sales are awfully --

18 often part of -- a $5 million database sale might be part

19 of a $50 million IT project, so it's not just the

20 $5 million database sale they're looking at. They're

21 looking at the overall project. This is the first time

22 we saw our sales being substantially impacted by the

23 weakening economy.

24   Q. Well, hadn't -- hadn't you gotten any reports

25 from NAS that this was happening much earlier in the

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00250:01 quarter?

02   A. No. If you look at the pipe -- if you look at

03 the pipelines, the pipelines, were, you know, very, very

04 strong. They were 50 percent -- I mean, the pipeline --

05 you know, the pipeline started out at 50 percent higher

06 than they were a year ago. We had just -- I mean -- I

07 think over 50 percent higher. The -- we had just

08 concluded two record quarters, one record after another.

09 Even though dot-coms had largely disappeared, we just

10 delivered two record quarters. So, no.

11      I mean, all the indicators we had -- pipeline's

12 huge, salespeople are forecasting a great quarter, the --

13 there was no indication at all. And plus, we had the

14 largest deal in our history that had just closed early on

15 in their quarter. So every indication -- we were off to

16 a great start in December. So every indication was we

17 were going to have a terrific quarter.

18   Q. Well, you say you never got a report from anyone

19 at NAS that they were seeing increase in their deal

20 cycles?

21   A. Oh, no, some people might have said they were

22 seeing increase in the deal cycles. I mean, I'm -- A, I

23 don't know -- I don't recall getting -- seeing that.

24 Maybe I did. I don't -- but I don't recall it.

25      But no -- but in terms of the overall feeling for

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00251:01 the quarter, the overall -- all the information that we

02 had, you know, told us that we were the -- I should say

03 the sum of the information that we had told us that we

04 were going to have a very good quarter.

05   Q. Okay. But I was asking about a particular piece

06 of that sum. And the -- is it your testimony that you do

07 or you don't recall receiving a report from somebody at

08 NAS about seeing an increase in the deal cycle length?

09   A. I don't recall.

10   Q. All right. Do you recall discussing with anybody

11 from the Americas Divisions a pattern of intraquarter

12 deal slippage, that is, deals that were scheduled to

13 close early in the quarter slipping to closure late in

14 the quarter?

15   A. That's quite common.

16   Q. Okay.

17   A. So -- but I don't know -- I certainly could have

18 received deals like that, and that's not uncommon in our

19 business.

20   Q. All right.

21   A. But keep in mind we had a great December, and

22 then we had a great January. So if deals had slipped --

23 had slipped out, in a sense, that's good news because

24 that means even -- in spite of that slippage, we had a

25 very good December. In spite of that slippage, we had a

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00252:01 very strong January. And they said they were slipping

02 out to February, which means we're going to have a very

03 strong February.

04   Q. Did you receive reports of slippage in the

05 pipeline during the first two months of Q3?

06   A. You mean did the pipeline go down from the

07 50 percent growth?

08   Q. Yeah.

09   A. Yeah, it did. But it was still well above the --

10 well above our forecast.

11   Q. When you say "well above," how far above do you

12 think it was?

13   A. I don't -- I don't remember how far above. But

14 it was sub -- you know, substantially above, 20 -- at

15 least 20 percent additional coverage. I'm guessing.

16 Twenty, 25 percent additional coverage.

17   Q. Okay.

18   A. So where the pipeline -- if the forecast was

19 25 percent growth, then the pipeline was at least

20 30 percent. That would be 20 -- you know, 20 percent

21 -- 10 percent of 25 percent is two and a half percent.

22 Twenty percent of 25 percent is 5 percent. I just want

23 to be clear on the calculation.

24   Q. Okay. Good. I'm glad you clarified that.

25   A. Okay. Okay.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00253:01   Q. Because it -- it could have gone two ways.
2      02      A. Right.  Right.  I just wanted to make sure you
3      03   understood what I --
4      04      Q. Okay.  Was the pipeline in Q3 '01 behaving in the
5      05   same way that the pipeline behaved in Q3 '00?
6      06      A. I don't recall.
7      07      Q. Do you recall whether the pipeline in Q3 '00
8      08   started off and just dropped or whether it went up before
9      09   it dropped?
10     10      A. Don't recall.
11     11      Q. Okay.  Did you receive any reports from anyone in
12     12   NAS that the impact of the dot-com bubble bursting was
13     13   going to be more significant in Q3 than it had been in
14     14   the prior two quarters of fiscal year '01?
15     15      A. Not that I recall.
16     16      Q. You were -- you were following the pipeline
17     17   progress during the quarter; right?
18     18      A. Yes.
19     19      Q. If you turn back one page on Exhibit 104,
20     20   Mr. Sherlund, in the middle of the page with the Bates
21     21   No. 81616, says:
22     22         "Can you help us at all understand on the
23     23      database weakness if we have any more
24     24      granularity on whether that database for
25     25      internal developments or, you know, how
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00254:01   much of that might be indicative of how
2      02   the applications business is doing more
3      03   broadly against -- across the market?"
4      04      And your reply is:
5      05      "Rick, I think the database business -- if
6      06   you really want to drill down, there are
7      07   two things we can say about it:  The
8      08   weakness was almost entirely in the United
9      09   States.  We had two -- we had a very
10     10   strong database quarter a year ago, driven
11     11   by the dot-coms, so that put us -- put a
12     12   lot of pressure on our database.  It was a
13     13   combination of the disappearance of the
14     14   dot-coms and just a general slowdown of
15     15   database across the board in the United
16     16   States."
17     17      Well, first of all, was that an accurate answer
18     18   that you gave to Mr. Sherlund?
19     19      A. I think so.
20     20      Q. Okay.  When did you -- you -- first notice this
21     21   combination effect of the disappearance of the dot-coms
22     22   and a general slowdown of database across the board in
23     23   the U.S.?
24     24      A. Well, this is me commenting on how the quarter
25     25   ended.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00255:01   Q. Yes.
2      02      A. So after the quarter was over -- so kind of
3      03   looked at the results in early -- the day after, you
4      04   know, the day after the quarter closed, or the day the
5      05   quarter did close, and I tried to analyze, you know, what
6      06   had happened.  A bunch of big deals didn't close, and an
7      07   awful lot of those big deals were in the database area.
8      08   We had already commented that the dot-coms -- the
9      09   dot-coms had disappeared, so it was -- people were --
10     10   weren't signing big database deals and -- and the
11     11   comparison a year ago, the strong database numbers we had
12     12   a year ago, was largely driven by -- I shouldn't say
13     13   "largely driven" -- was -- certainly had an important
14     14   dot-com component in it.  So when you compare one year to
15     15   another, you are doing just that:  You are comparing one
16     16   year to another.  So if you had a really strong dot-com
17     17   component in '00, and those dot-coms had disappeared,
18     18   that's certainly going to affect your -- you know, your
19     19   database business, you know.  The comparison is -- we had
20     20   a very strong year in 2000.
21     21      Q. Well, when you say "it put a lot of pressure on
22     22   our database," what did you mean by that when you said
23     23   that to Mr. Sherlund?
24     24      A. Where are you?  Let's see.
25     25      Q. The same answer I just read, in the middle of the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00256:01   page.  It's the fourth line.
2      02      A. Okay.  It's setting a very high bar.  If we have
3      03   a very -- the previous year, we sold so much dot-com
4      04   business, and then we have to grow the database business
5      05   again in the new year.  And it's -- you know, the bar has
6      06   been set -- it was set so high because of the bubble --
7      07   again, this is all in hindsight.  This is my analysis
8      08   after the quarter was over.  We had this very strong year
9      09   2000, as a lot of software companies did.  And we had a
10     10   lot of -- a lot of dot-com business and other business,
11     11   and we're comparing that year 2000 to the year 2001, and
12     12   the bar had been set very high.  We sold a lot of
13     13   database.  So, to show growth, we'd have to sell even
14     14   more database, even though now the dot-coms were gone.
15     15      And a second factor was the fact the economy was
16     16   weakening, and people weren't signing big software deals
17     17   of any kind -- I shouldn't say that.  People were less
18     18   inclined to sign big software deals, database deals and
19     19   application deals.  Any kind of big software deals.
20     20      Q. You knew that Oracle's dot-com business had
21     21   really sloughed off in Q1 and Q2 --
22     22      THE REPORTER:  I'm sorry.  Repeat your answer?
23     23      MR. DE GHETALDI:  Q. You knew that the dot-com
24     24   business had really sloughed off in Q1 and Q2 of fiscal
25     25   year 1000 [sic], right?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00257:01   A. Uh-huh. |
| 2 | 02   Q. And we talked about that yesterday. |
| 3 | 03   A. Right. |
| 4 | 04   Q. It was covered, you thought, by other database |
| 5 | 05   business -- |
| 6 | 06   A. Right. |
| 7 | 07   Q. -- so that you didn't really feel the effect; |
| 8 | 08   right? |
| 9 | 09   A. Correct.  And then -- and now we have this |
| 10 | 10   combination.  Now, it's still true that the dot-com |
| 11 | 11   business has vanished, but now you have the additional |
| 12 | 12   factor of weakening economy and large deals not closing, |
| 13 | 13   and you combine those two effects with dot-com -- you |
| 14 | 14   know, we were able to overcome those effects before the |
| 15 | 15   economy weakened.  And now the economy is weakening, |
| 16 | 16   we're not able to overcome those effects. |
| 17 | 17   Q. Did you see any indication in Q3 '01 that the |
| 18 | 18   dot-com business was actually weakening more than it had |
| 19 | 19   in Q1 and Q2? |
| 20 | 20   A. I didn't. |
| 21 | 21   Q. Was that indication, to your knowledge, that |
| 22 | 22   anybody at Oracle studied? |
| 23 | 23   A. I don't know.  I mean, in terms of weakening it |
| 24 | 24   more?  Again, weakening more -- our pipeline was very |
| 25 | 25   strong.  So looking -- looking -- I'm not sure we really |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00258:01   studied the dot-com impact.  Maybe someone did.  What I |
| 2 | 02   looked at was the overall business, the overall pipeline, |
| 3 | 03   which looked very, very strong.  And as I say, it looked |
| 4 | 04   exceptionally strong, in spite of the dot -- you know, |
| 5 | 05   dot-coms disappearing. |
| 6 | 06   Q. I'm going to hand you a copy of a document that |
| 7 | 07   was previously marked as Exhibit 47.  We don't have a |
| 8 | 08   copy of the marked exhibit, but this was used at |
| 9 | 09   David Winton's deposition. |
| 10 | 10   MR. SALPETER: Forty-seven?  Is that what you -- |
| 11 | 11   MR. DE GHETALDI: Forty-seven, yes. |
| 12 | 12   Q. Two things.  Before I ask any questions, let me |
| 13 | 13   just tell you what we learned in Mr. Winton's deposition. |
| 14 | 14   It might alleviate some confusion that we had at first. |
| 15 | 15   The e-mail is -- that he forwards to Mr. Roberts |
| 16 | 16   looks like an e-mail to himself.  But he testified that |
| 17 | 17   actually, it was a copy of a report that he regularly |
| 18 | 18   gives to Jennifer Minton.  And he also testified that the |
| 19 | 19   Excel spreadsheet, which is the third page, has nothing |
| 20 | 20   whatsoever to do with the e-mail, and he has no idea why |
| 21 | 21   it was attached. |
| 22 | 22   So with that in mind, have you ever seen |
| 23 | 23   Exhibit 47 before today? |
| 24 | 24   A. I've never seen it before today. |
| 25 | 25   Q. All right.  Did -- in December of 2000, did you |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00259:01   have a discussion with either Mr. Winton, Mr. Roberts, or |
| 2 | 02   Ms. Minton, about the initial December forecast for NAS? |
| 3 | 03   A. Not -- I -- I don't know Mr. Winton.  I've |
| 4 | 04   never -- never met Mr. Winton.  And other than the |
| 5 | 05   regular discussions we have in the Monday meetings about |
| 6 | 06   the forecast, I -- I don't know of any other discussions. |
| 7 | 07   Q. Right. |
| 8 | 08   A. And Mr. Roberts and Ms. Minton both participate |
| 9 | 09   in those Monday meetings. |
| 10 | 10   Q. All right.  The first paragraph indicates that |
| 11 | 11   the LOBs turned in 311 million.  What is -- do you |
| 12 | 12   understand what "LOB" referred to? |
| 13 | 13   A. It's called lines of business.  All they are -- |
| 14 | 14   it's just a group of salespeople. |
| 15 | 15   Q. Okay. |
| 16 | 16   A. It's a sales group.  They just don't like to call |
| 17 | 17   themselves a sales group.  "Line of business" is so much |
| 18 | 18   more romantic. |
| 19 | 19   Q. I see.  And to that, the LOBs added 28 million of |
| 20 | 20   judgment, and apparently Mr. Roberts and Mr. Winton added |
| 21 | 21   another 39, for a total of 67.  Or -- in judgment. |
| 22 | 22   Is that -- |
| 23 | 23   A. I don't think that's right, but... |
| 24 | 24   Q. Well, it's -- it's -- the math is strange. |
| 25 | 25   A. Yeah.  Yeah.  There's -- but okay. |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00260:01   Q. I understand.  The math doesn't add up. |
| 2 | 02   A. No, it doesn't add up. |
| 3 | 03   Q. But assuming that we're talking about -- what is |
| 4 | 04   a usual figure for management judgment that -- if there |
| 5 | 05   is any -- that's added -- that you would like to see |
| 6 | 06   added on top of LOB submissions? |
| 7 | 07   MR. SALPETER: Objection to form.  I mean, you're |
| 8 | 08   asking him about a document he says he didn't see. |
| 9 | 09   MR. DE GHETALDI: Well, I wasn't asking him about |
| 10 | 10   the document.  I was asking about what he would usually |
| 11 | 11   like to see.  Maybe I wasn't -- |
| 12 | 12   MR. SALPETER: Independent of the document. |
| 13 | 13   MR. DE GHETALDI: Yeah.  Maybe I wasn't clear |
| 14 | 14   about that. |
| 15 | 15   MR. SALPETER: You're just asking him a general |
| 16 | 16   question. |
| 17 | 17   MR. DE GHETALDI: Yes, yes. |
| 18 | 18   THE WITNESS: Very early in a quarter, and this |
| 19 | 19   is December 7 -- the feel -- the accuracy -- the |
| 20 | 20   bottoms-up forecast, adding is often incomplete.  They |
| 21 | 21   just haven't finished the bottoms-up forecast.  So |
| 22 | 22   sometimes very early in a quarter, you get a lot of |
| 23 | 23   management judgment in a forecast.  You'd like to see |
| 24 | 24   that management judgment disappear, you know, fairly |
| 25 | 25   quickly as we get a more complete -- as they get a more |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00261:01 complete forecast.  They just haven't -- they just
02     haven't finished -- the individual salespeople haven't
03     finished their forecasting process.
04          MR. DE GHETALDI:  Q.  All right.  So you would
05     tend to expect that management judgment at least should
06     be higher at the beginning of the quarter than what it is
07     towards the end of the quarter?
08          A.  Well, my personal preference is that we got the
09     forecast out, we finished the forecast early and we had a
10     good bottoms-up forecast, and then apply management
11     judgment to that.  That's often not the case.
12          If I just said that -- so, I'd rather there not
13     be much management -- we get management judgment in both
14     directions.  Sometimes the salespeople -- bottoms-up
15     salespeople are forecasting rather exuberantly, the
16     management judgment will go the other direction.  Typ --
17     but typically, the majority of the cases, the salespeople
18     are being very conservative.  They're not certain what
19     they're going to sell in the quarter yet.  They really
20     haven't analyzed the quarter.  They just finished the
21     previous quarter.  It's one -- it's a few days into the
22     new quarter, and they haven't done as thorough an
23     analysis and as thorough projection as you get after a
24     week or two into the quarter.  This is December 7, so
25     this is just literally after Q2 was closed.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00262:01          Q.  Okay.  I guess maybe I didn't understand.
02          But what I was asking was whether the -- you
03     would prefer to see, if there is going to be management
04     judgment added, that it be added at the beginning of the
05     quarter and then disappear as the quarter goes on.
06          A.  The first week of the quarter, often they haven't
07     done a forecast yet.
08          Q.  Yes.
09          A.  So this is getting -- I'm pushing this document
10     aside, just going to general practice --
11          Q.  Right.
12          A.  -- inside of Oracle.
13          The very first week of the quarter, we often
14     don't have a very good forecast for the entire quarter
15     because it just -- people just have not gone back to
16     Oracle sales online, filled out -- looked at their
17     prospects, looked at their pipeline, scrubbed -- if you
18     will, scrubbed their pipeline, and come up with a
19     forecast.  Yet we've asked the question, what does
20     the quarter -- you know, what does the quarter look like,
21     very early.
22          Because of the incompleteness of the process,
23     we'll often see management judgment in the first week.
24     As they finish the process, you would hope -- you would
25     expect, you would like a lot of that management judgment
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00263:01 to disappear.  It doesn't disappear completely, but it
02     should be less substantial.
03          Q.  Right.  Okay.
04          Mr. Winton indicates that in -- in point number
05     two of his e-mail in Exhibit 47, that there were more big
06     deals to date in Q1 and Q2 than were currently in the Q3
07     pipe.  And in fact, he says there was only one greater
08     than $5 million.
09          Is that -- assuming that's a fact, was that
10     something that was discussed at the Monday meeting, that
11     you recall?
12          A.  The overall -- the big deal count -- and going
13     into the last couple of days of the quarter, our number
14     of big deals was way up for the company.  So from the
15     very beginning of the quarter to the very end of the
16     quarter, our big deals had increased substantially.
17          So keep in mind this is one group.
18          Q.  Yes.
19          A.  It's not a small group, but it's one group inside
20     of Oracle.  Early on in the quarter, all the data I had
21     was showing that big -- you know, overall pipeline was up
22     dramatically, up over 50 percent to start with, and that
23     we had lots and lots of big deal coverage and we had lots
24     of growth in big deals versus the same quarter the
25     previous year.  So...
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00264:01          Q.  Okay.  When you say this group here, this is NAS,
02     right?
03          A.  Oh, it's a big -- it's one group.  But it's a big
04     group.  Yes, I said that.
05          Q.  Doesn't it account for about roughly 25 percent
06     of Oracle's license revenues, on average?
07          A.  Close enough, yeah.
08          Q.  Okay.  So --
09          A.  I'm not -- it's a substantial group.  I'm saying
10     it's one group, and it's early in the quarter.  But the
11     information I had was the overall company pipeline, which
12     is made up of the total, and the big deals.  So what I
13     was saying -- let me emphasize, I've never seen this
14     document before.
15          Q.  Yes, I understand.
16          A.  What I saw was a pipeline that had grown at
17     52 percent, I think -- again, I'm not sure, but -- that
18     could just be the number of weeks in the year; I don't
19     know.
20          But our pipeline had grown very substantially.
21     We had a greatly improved pipeline over the previous
22     year, and the number of big deals had grown very
23     substantially.  That was true throughout the quarter up
24     till, you know, the very end.
25          Q.  And the third point that Mr. Winton makes in this
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00265:01 e-mail is that growth rates will slow in the second half.

02 Is -- is that something that you recall discussing or

03 hearing discussed in any of the Monday meetings during Q3

04 '01?

05      A. No. Only -- only in the sense that the

06 comparisons were more difficult. We had a very strong Q3

07 and Q4 the previous year, so when you -- again, when the

08 bar is set high, we know we have to clear a high bar.

09 So, you know, quarter -- I don't mean to be pedantic, but

10 the quarter, you know, Q3 this year is compared to Q3

11 last year. If we had a good Q3 last year, that sets the

12 bar very high for us to clear for this year, and we know

13 we had -- so we knew -- certainly knew we had a strong Q3

14 and a strong Q4 the previous year. And we're coming

15 off -- but nonetheless, we're coming off record Q1s and

16 Q2s.

17      Q. Yes. Then finally, on the second page of

18 Exhibit 47, the fourth point that Mr. Winton makes is

19 that Q3 pipe is not where it needs to be.

20      Do you recall that point being discussed during

21 the Monday EMC meetings in Q3 '01?

22      A. No, no. What I remember is the pipeline -- an

23 overall company pipeline that had grown 52 percent.

24      Q. This next document that I'm handing you is one

25 that was marked as Exhibit 47 -- or 48 at Mr. Winton's

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00266:01 deposition. And again, I'm sorry we don't have a copy of

02 the actual document with the exhibit stamp on.

03      So this was Exhibit 48.

04      A. Right.

05      Q. Have you ever seen Exhibit 48 before?

06      A. I've never seen this document before.

07      Q. Okay. In the first line, Mr. Winton indicates

08 that there was an ops review that had just finished.

09      Are you familiar with that term?

10      A. Yes. Operations review?

11      Q. Yes.

12      A. And I think it means a lot of different things.

13 I think it's just -- it's a meeting where they took a

14 quick look at the status -- the state of the business.

15      Q. Okay.

16      A. And it could last anyplace from a few hours to a

17 few days.

18      Q. Okay. And that's essentially what Mr. Winton

19 said, was that there was a meeting on January 9th of the

20 NAS people, and he was reporting to Jennifer Minton on

21 what had been discussed at that meeting.

22      So again, he indicates now, a month into the

23 quarter, that the pipe had not grown as anticipated, and

24 it was actually slightly down from the end of December.

25      Do you recall any discussion in the Monday

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00267:01 executive committee meetings about the -- an ops review

02 meeting that was held in NAS in January of 2001?

03      MR. SALPETER: I want to object to the form of

04 the question. The preamble to the question is

05 objectionable.

06      THE WITNESS: Okay. The answer -- the answer is

07 no. But what he says here in the note is he's not

08 changing his forecast. The forecast is unchanged, and in

09 fact, he thinks he's going to beat the forecast.

10      So the substance is -- is there going to be any

11 change in forecast? No. But he doesn't think he's going

12 to beat the forecast by as much as he thought he was

13 going to beat the forecast before. So that's at least

14 how I read this note.

15      MR. DE GHETALDI: Q. Okay. Did -- did you

16 understand at the -- in Q3 '01, that the information --

17 well, I'll get to that later.

18      Do you recall any discussions in Q3 '01, at these

19 executive meetings on Mondays in -- specifically in

20 January -- about discussions of the lack of big deals

21 continuing in NAS?

22      A. Again, I -- I tended to look at the company as a

23 whole, and my recollection is we had more big deals --

24 again, maybe I'm mistaken; I could look at the

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00268:01 documents -- but we had more big deals in this Q3 than we

02 had in the Q3 before. We had more big deals in this Q3

03 pipeline, and we closed more big deals than the year

04 before.

05      Q. We've heard that it was your practice at these

06 Monday meetings to actually drill down -- that's the

07 phrase that we've heard -- with each of the division

08 heads as to what was going on in their divisions.

09      Is that accurate? Did you do that?

10      A. I certainly, if there was an apparent problem, if

11 someone had radically lowered their forecast, where I

12 think there is a problem, I tended to drill down in areas

13 where there were problems, absolutely.

14      Q. Okay.

15      A. But again, let me emphasize, with this

16 document -- at least, if I'm reading this document

17 correctly, and I think I am -- he says our Q3 forecast of

18 $346 million has not changed, but the upside is revised

19 down.

20      So he thinks the most he can beat this by is

21 360 million. So he's saying that you're not -- gee, our

22 best case is not as good as I thought it was going to be.

23 We're keeping our forecast -- and in fact, then he goes

24 on to say, "I think we're tracking to a Q3 of 354 to

25 355," which is better than is forecast. And then he

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00269:01  identifies a specific deal, AmeriCredit.

2  02  THE REPORTER: I'm sorry. Identified what? He

3  03  cites...

4  04  THE WITNESS: And then he cites a specific deal,

5  05  AmeriCredit, which would increase the result, the

6  06  forecast result to 360 million.

7  07  So, yeah, there is discussion of the pipeline

8  08  having not grown as much as he would have liked. But

9  09  keep in mind, again, we had a pipeline grow -- we started

10  10  the quarter with what I think I characterized as

11  11  astonishing pipeline growth year-over-year. We had very

12  12  good Q3 a year ago, and our pipeline was up over

13  13  50 percent. Now, that pipeline was coming down a bit.

14  14  But still, it was way more than we needed to make our

15  15  quarter.

16  16  MR. DE GHETALDI: Q. Okay. You mentioned -- you

17  17  used a phrase "radically lowered forecast." That was

18  18  your phrase, I believe, "radically lowered forecast."

19  19  A. I said that?

20  20  Q. Yes.

21  21  A. Could someone read it back to me?

22  22  MR. TABACCO: You want the line and page?

23  23  MR. SALPETER: If you want to start on page --

24  24  THE WITNESS: Oh, I think I now recall. So if

25  25  someone had -- if someone had come in with a rad -- would

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00270:01  I drill -- would I drill down if there is a problem area,

2  02  if someone -- and then hypothetically, if someone had

3  03  given -- what could cause that, if someone had given a

4  04  radically lower forecast. I would want to understand the

5  05  details of what was the cause of that.

6  06  MR. DE GHETALDI: Q. Yes. Right.

7  07  A. That was a hypothetical.

8  08  Q. Yes.

9  09  A. Okay. I wasn't sure what --

10  10  Q. No, no, no. I was just trying to find out

11  11  what -- if you can quantify --

12  12  A. Oh.

13  13  Q. -- "radically altered forecast."

14  14  A. If their forecast -- 15 percent, something like

15  15  that -- their forecast had dropped 15 percent, I would --

16  16  I would be -- I call that radically lower and want to

17  17  understand why.

18  18  Q. Mr. Winton is indicating to Jennifer Minton that

19  19  the West expects to end the year 30 to 40 million behind

20  20  their original budget for technology.

21  21  Were there budgets for particular geographic

22  22  divisions of particular groups?

23  23  A. If the -- if there were -- if the group was

24  24  partitioned. In fact, if you had one group that was

25  25  selling technology and a separate group that was selling

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00271:01  applications, sales -- sales groups forecasts are very

2  02  useful. Where I -- so if you have one group that sells

3  03  technology, another group that sells applications, the

4  04  forecasting there is very, very -- is very useful, and I

5  05  think -- and that's what we had at this time. In NAS,

6  06  the West. So we had different sales groups. Some were

7  07  just selling applications; some were just selling

8  08  database.

9  09  Q. Okay. And each of those groups would have an

10  10  individual budget, I think, was my actual question.

11  11  A. Yeah. Each -- each group would have, let's say,

12  12  25 salespeople in it, and those salespeople would have a

13  13  revenue target. Each individual salesperson will have a

14  14  revenue target or quota. Or said another way, a budget.

15  15  Q. All right. Mr. Winton is indicating that -- that

16  16  major sees a slowdown in spending, along with smaller

17  17  deal sizes.

18  18  Do you recall that being a topic of discussion at

19  19  any of the January executive management meetings?

20  20  A. I don't recall. I don't -- don't know.

21  21  Q. Okay. In the final paragraph, he says that for

22  22  the full year, technology looks to trail both original

23  23  budget and the replan targets.

24  24  What -- what's "replan"?

25  25  A. Oh. We go through a process of -- at the

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

1  00272:01  beginning of the year, we establish a budget.

2  02  Q. Yes.

3  03  A. And -- and we -- those budgets are subject to

4  04  constant revision based on external events, internal --

5  05  you know, internal opportunities. So we might decide if

6  06  a particular product is doing very well, we'll add

7  07  sales -- let's say we plan to sell $100 million of this

8  08  product, and that group is doing extremely well, looks

9  09  like they can sell 150 million, we'll start adding

10  10  salespeople, and we'll replan that group. We'll invest

11  11  more in salespeople and expect to get more revenue out of

12  12  it. If a particular group is not doing well, we will

13  13  replan them down, cutting salespeople out of that group

14  14  and expect them to deliver less revenue.

15  15  Q. Do you recall whether -- or which direction NAS's

16  16  replan went in Q3 '01?

17  17  A. The technology -- I don't, but I can guess pretty

18  18  accurately. Again, as the dot-com business had been so

19  19  strong in 2000 and been building up, and the dot -- most

20  20  of those dot-coms are located on the West Coast,

21  21  specifically in Silicon Valley, an awful lot of them.

22  22  That was one geographic area for technology that slowed

23  23  down substantially. So you would expect that particular

24  24  group to -- to shrink. Which it did.

25  25  MR. DE GHETALDI: Anyone want to take a break?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00273:01  Q. I'm handing you now a copy of a document that was
02  marked as Exhibit 49 in Mr. Winton's deposition.
03  A. Okay.
04  Q. Have you ever seen this document before?
05  A. The one on -- the 29th of January -- seems like
06  29th of January, David Winton to George Roberts?  No, I
07  have not.
08  Q. Okay.  Was the apparent fact that NAS was
09  projecting a negative 6 percent growth in technology by
10  the end of January ever discussed at one of the Monday
11  executive management meetings?
12  A. Not that -- not that I recall.  Not that I
13  recall.
14  Q. In December or January 2 -- in December 2000 or
15  January 2001, I've been asking you about conversations
16  within these executive management Monday meetings.
17  Outside of those meetings, did you ever have discussions
18  with anyone concerning NAS and a declining pipe?
19  A. I had regular conversations with George Roberts.
20  I had regular conversations with Jennifer Minton.  And
21  the forecast -- again, I relied -- the forecast numbers
22  and the pipeline didn't show any problems.  So I'm not
23  sure, you know -- as you say, the drill-down, you know,
24  having an extended conversation about the state of
25  technology in the West, you know, the drop-off in the ASP

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00274:01  business and the dot-com business, I don't remember
02  having any specific discussions about that.  Again, what
03  I looked at was the pipeline for the entire company and
04  the forecast for the entire company.  I looked at the
05  forecast for NAS.  I think at this time, they were still
06  forecasting making their -- making their number or
07  exceeding their number.
08  Q. Were there discussions -- did you have
09  discussions with these people associated with NAS or
10  Jennifer Minton about trends in NAS other than declining
11  pipe or the constant forecast, as you --
12  MR. SALPETER:  Objection to the form of the
13  question.  I don't know what you mean by "these people."
14  MR. DE GHETALDI:  I'm sorry.  Thanks.
15  Q. Did you have discussions with Mr. Roberts or
16  Mr. Minton [sic] or any of the sales managers for NAS in
17  December 2000 or January 2001?
18  THE REPORTER:  I'm sorry.  Did you say
19  "Mr. Winton" or "Ms. Minton"?
20  MR. SALPETER:  You said "Mr. Minton."
21  THE WITNESS:  Mr. Winton and Ms. Minton.  It's
22  not easy.
23  MS. LAVALLEE:  Start over.
24  MR. DE GHETALDI:  Let me start over.
25  Q. Did you have discussions with Mr. Roberts in --

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00275:01  at any time in December 2000 or January 2001 about
02  declining trends in NAS?
03  A. I don't think so.
04  Q. Did you have any discussions with Jennifer Minton
05  in December 2000 or January 2001 about declining trends
06  in NAS?
07  A. No.  The forecast -- the forecast was strong.
08  The pipeline was strong.  No.
09  Q. Did you have discussions with anyone in either
10  December 2000 or January 2001 about declining trends in
11  NAS?
12  A. Not that I recall, no.
13  MR. DE GHETALDI:  Why don't we take a break?
14  THE VIDEOGRAPHER:  Off the record, 12:00 p.m.
15  (Recess taken:  12:00 until 12:26 p.m.)
16  THE VIDEOGRAPHER:  On the record, 12:25 p.m.
17  MR. DE GHETALDI:  We've just had a discussion off
18  the record trying to clarify which reports were reviewed
19  by Mr. Ellison at the Monday executive management
20  committee meetings, and we've agreed to rely on
21  Jennifer Minton's recollection of precisely what those
22  were.  But our belief as of this time is that what was
23  distributed was what we know as upside reports, and those
24  are the reports that we'll be looking at later today.
25  Yesterday's discussion included the possibility

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00276:01  that certain documents titled "Executive Committee
02  Worldwide Forecast" were actually distributed at that
03  meeting.  But it's our belief at this point that those
04  documents with those titles were internal to finance and
05  were not distributed at the Monday meetings.
06  Is that a fair summary?
07  MR. SALPETER:  I think that's a fair summary.  I
08  think Jennifer Minton will be the best person.  I think
09  when we were off the record, Mr. Ellison said that there
10  was one document there that looked very close to and may
11  have been the same thing as he actually saw at the Monday
12  meetings.
13  MR. DE GHETALDI:  Right.  And that was the --
14  MR. SALPETER:  Upside report.
15  MR. DE GHETALDI:  -- upside report.  Right.
16  This will be next in order.
17  THE REPORTER:  Marking No. 105.
18  (Whereupon, DC Exhibit 105 was marked
19  for identification.)
20  MR. DE GHETALDI:  Q. Have you seen Exhibit 105
21  before today?
22  A. Yes, I have.
23  Q. Was this one of the documents that you reviewed
24  in preparation for your deposition?
25  A. Yes, it is.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

| | 00277:01 | Q. When was the first time you saw Exhibit 105? |
|---|---|---|
| 2 | 02 | A. Forty-eight hours ago. |
| 3 | 03 | Q. In preparation for your deposition, did you have |
| 4 | 04 | an opportunity to read 105 in its entirety? |
| 5 | 05 | A. Yes. |
| 6 | 06 | Q. Did you notice any inaccuracies in the interview |
| 7 | 07 | summary? |
| 8 | 08 | MR. SALPETER: Objection to form. You know, it's |
| 9 | 09 | a 10-page document. |
| 10 | 10 | THE WITNESS: Not when I read it. |
| 11 | 11 | MR. DE GHETALDI: Okay. |
| 12 | 12 | Q. On the first page, there are three bullet points. |
| 13 | 13 | On the second bullet point -- I'm sorry -- the first |
| 14 | 14 | bullet point says that "Ellison reviewed on a monthly |
| 15 | 15 | basis information regarding closed transactions." And |
| 16 | 16 | then in parentheses, "(the flash reports)." |
| 17 | 17 | Do you recall -- do you know which flash |
| 18 | 18 | reports that refers to? |
| 19 | 19 | A. I receive an e-mail as to the actual results on |
| 20 | 20 | the first and second month of each quarter. |
| 21 | 21 | Q. And that's a two- or three-page e-mail? |
| 22 | 22 | A. E-mail comes in two parts. The first -- the |
| 23 | 23 | first part is the analysis of sales and expenses by |
| 24 | 24 | geography, and then usually, 24 to 48 hours later, |
| 25 | 25 | there's an analysis by product. |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

| | 00278:01 | Q. Okay.  Is -- how many pages is the first one? |
|---|---|---|
| 2 | 02 | A. It's very short.  It's -- maybe it's -- maybe |
| 3 | 03 | it's two pages.  Barely. |
| 4 | 04 | Q. And the second one, how long is that? |
| 5 | 05 | A. The same. |
| 6 | 06 | Q. The first point says, "He is also kept informed |
| 7 | 07 | of large transactions as they are completed." |
| 8 | 08 | Is that accurate throughout the quarter? |
| 9 | 09 | A. Yeah.  If a large deal closes, I usually get an |
| 10 | 10 | e-mail note about it.  Or if it's an extraordinary deal, |
| 11 | 11 | like Covisint, I'm told about it. |
| 12 | 12 | Q. All right.  Then second point it says, on the |
| 13 | 13 | first page of Exhibit 105: |
| 14 | 14 | "Ellison also looks at forecasting data |
| 15 | 15 | such as that contained in the Oracle Sales |
| 16 | 16 | Online pipeline database.  He |
| 17 | 17 | characterized this as a 'digital mood |
| 18 | 18 | ring.'" |
| 19 | 19 | And "mood ring" was in quotes. |
| 20 | 20 | Was that what you told the SLC? |
| 21 | 21 | A. The -- there's two pecans of data in our forecast |
| 22 | 22 | year -- well, the Monday upside reports. There's hard |
| 23 | 23 | data, actually what we did last year.  That's hard -- |
| 24 | 24 | that's hard fact.  Pipeline, that's hard fact.  Of |
| 25 | 25 | varying quality, all right?  Varying quality. |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

| | 00279:01 | And then there's kind of a guess -- an estimate |
|---|---|---|
| 2 | 02 | as to what we're going to do in the future. |
| 3 | 03 | Q. Yes. |
| 4 | 04 | A. And -- and that judgment, you know, is |
| 5 | 05 | influenced -- that's a mental process where someone says, |
| 6 | 06 | well, I'm going to close this deal for a million dollars |
| 7 | 07 | this quarter.  That's an interesting thing.  But, you |
| 8 | 08 | know, it's a forecast about the future, and it has a lot |
| 9 | 09 | to do with -- there's a lot of factors that go into that |
| 10 | 10 | judgment, including mood of the person who's making the |
| 11 | 11 | judgment.  So I sometimes will call it a mood ring. |
| 12 | 12 | Q. Okay. |
| 13 | 13 | A. And to characterize it, it's a prediction about |
| 14 | 14 | the future as opposed to hard facts about the past. |
| 15 | 15 | Q. All right.  And the second point continues to say |
| 16 | 16 | that: |
| 17 | 17 | "Oracle sales forecasts are tracked online |
| 18 | 18 | and are kept reasonably up to date.  The |
| 19 | 19 | data is designed to reflect how the |
| 20 | 20 | salespeople feel about their sales |
| 21 | 21 | opportunities" -- |
| 22 | 22 | THE REPORTER: I'm sorry.  Say the -- "reasonably |
| 23 | 23 | up to date..." |
| 24 | 24 | MR. DE GHETALDI: "The data is designed to |
| 25 | 25 | Reflect how the salespeople feel about |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

| | 00280:01 | their sales opportunities and likelihood |
|---|---|---|
| 2 | 02 | of closing those deals in a given |
| 3 | 03 | quarter." |
| 4 | 04 | THE WITNESS: Note the word "feel." |
| 5 | 05 | MR. DE GHETALDI: Yes.  Okay.  I did. |
| 6 | 06 | Now -- then the third point says: |
| 7 | 07 | "Ellison also keeps abreast of the |
| 8 | 08 | competitive position of Oracle by |
| 9 | 09 | reviewing public information sources such |
| 10 | 10 | as stories about his competitors and |
| 11 | 11 | customers and general economic trends as |
| 12 | 12 | reported in the media." |
| 13 | 13 | Q. Was that accurate as of Q3 '01? |
| 14 | 14 | A. Yes. Yes. |
| 15 | 15 | Q. Now, I'd ask you to turn to page 6, please, of |
| 16 | 16 | Exhibit 105. |
| 17 | 17 | A. Page 6? |
| 18 | 18 | Q. Page 6, which begins a discussion about Oracle's |
| 19 | 19 | Q3, fiscal year '01.  In the first full paragraph there, |
| 20 | 20 | under the heading "Economic Climate," there's a sentence |
| 21 | 21 | that says, "Oracle's profit margin was increasing during |
| 22 | 22 | this time frame." |
| 23 | 23 | The phrase "profit margin" is something that may |
| 24 | 24 | have different meanings.  Is that -- were those your |
| 25 | 25 | words to the SLC, and if so, what did you mean by that |

Ellison, Lawrence J. (Vol. 02) - 03/27/2004  2/27/2004  2:33:00 PM

1    00281:01 phrase?

2    02    A. That the ratio of expenses to total revenue was

3    03    improving.

4    04    Q. Okay.

5    05    A. So for every dollar that we sold, more of it was

6    06    falling into profit. So it used to be not so long -- not

7    07    so long ago that in a good year, Oracle's profit -- for

8    08    every dollar that we brought in in revenue, we would

9    09    spend 80 cents to bring in that dollar. We'd gotten to

10   10   the point now where for every dollar we brought in, we'd

11   11   spend 65 cents. So we were becoming a much more

12   12   efficient, more profitable company, as reflected by our

13   13   profit margin improvement.

14   14    Q. Okay. Profit margin can be either operating

15   15   margin or --

16   16    A. Sure.

17   17    Q. -- pretax margin.

18   18    A. Sure.

19   19    Q. Which one were you talking about?

20   20    A. At the 35, 36 percent, it's operating margin.

21   21    Q. All right. The next sentence says:

22   22        "He also believed that Oracle's software

23   23        and application software were high up on

24   24        customers' buying priority because of the

25   25        high return on investment they provide to

Oracle Related Cases                                    Page 281

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1    00282:01    purchasers through enhanced efficiency and

2    02        lower operating costs."

3    03        Was that your belief in Q3 '01?

4    04    A. Yes, it was.

5    05    Q. And you held that belief despite the fact that

6    06    you had seen softening in the U.S. economy?

7    07    A. In spite of the softening, we had seen record

8    08    sales. And so we had seen softening, yet we were

9    09    delivering record sales. So I thought we would be able

10   10   to, you know, hold up quite well -- which I think we did,

11   11   by the way -- with the softening economy.

12   12    Q. Okay. The next paragraph says that:

13   13        "Ellison noted that experience shows that

14   14        the field forecasts, that is, the

15   15        'forecast' number in the report,

16   16        historically start out small and then

17   17        build."

18   18    Is that accurate, in your experience?

19   19    A. Yeah. I think I said earlier today that very

20   20   early on in the quarter, the forecast process might not

21   21   even be complete, and so an incomplete forecast would be

22   22   smaller, and then as things -- as you worked your way up

23   23   in the quarter, you know, it would -- it could -- should

24   24   build and get larger. That was not necessarily -- that

25   25   wasn't always the case. But normally, you know -- I

Oracle Related Cases                                    Page 282

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1    00283:01 mean, normally, the forecasts improved. Normally, the

2    02   forecasts improved throughout the quarter.

3    03    Q. All right. Did that phenomenon differ among

4    04   various divisions of North America?

5    05    A. Yeah. That's back to the mood ring. I mean,

6    06   different -- different people have different -- you know,

7    07   different personalities. Some people are optimistic by

8    08   nature. Some people are pessimistic by nature or

9    09   conservative by nature. Some people who had a really

10   10   good quarter the quarter before will make them even more

11   11   optimistic. Some people who had had a tough quarter the

12   12   quarter before will make them more cautious.

13   13        So whenever you're asking people to predict the

14   14   future, to make a sales forecast, it's subject to a lot

15   15   of factors. Real hard data --

16   16    Q. Right.

17   17    A. -- plus their personality plus their recent

18   18   experience in forecasting. It's a complicated

19   19   process.

20   20    Q. Yes. Yes. A lot of factors go into it.

21   21    A. A lot. Absolutely.

22   22    Q. And to accurately forecast, you need to have a

23   23   grasp of many of those factors; right?

24   24    A. Yes, and including -- and things that are going

25   25   on inside of Oracle, how our products compare to our

Oracle Related Cases                                    Page 283

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1    00284:01 competition's, what's the state of the economy, what's

2    02   the state of the economy in the specific area you're

3    03   selling to. If you're selling to dot-coms, it's very

4    04   different than if you're selling to General Electric.

5    05    Q. The next sentence says:

6    06        "In Q3 FY '01, the forecast remained

7    07        consistent, i.e., did not rise over the

8    08        course of the quarter, giving

9    09        Jennifer Minton a basis for her decreased

10   10        'upside.'"

11   11        Do you see that?

12   12    A. I'll find it.

13   13    Q. It's down there --

14   14    A. Paragraph B or --

15   15    Q. Yes. Bottom of page 6.

16   16    A. Okay. Okay. Got it.

17   17    Q. Do you recall saying that to the SLC?

18   18    A. I don't, but I certainly believe I said it.

19   19    Q. Okay. Did you view Jennifer Minton's decreased

20   20   upside as a reflection of softening in Oracle's business

21   21   in Q3 '01?

22   22    A. She didn't -- let's see. A, I think you're

23   23   better off asking her why -- you know, why she did this.

24   24   My -- you know, my judgment was that the sales --

25   25   Jennifer did lower her upside during -- you know, during

Oracle Related Cases                                    Page 284

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00285:01  the quarter, and I'm not sure what she base -- quite
02  frankly, I'm not sure what she based that on.  She has
03  conversations with salespeople.  She has conversations
04  with finance people in the sales divisions.  So I'm not
05  exactly sure why she lowered her -- lowered the upside.
06      And I think she very well might have said --
07  again, in the meeting -- that the sales -- the sales
08  forecasts are not going up.  Therefore, I think there is
09  not as much upside.  There's not as much as she initially
10  thought in the quarter.
11      But again, I'm -- best I recall.
12  Q.  Okay.  That's fair.
13      On the next page, on page 7, the second
14  paragraph, the third sentence says:
15      "In Ellison's opinion, the forecasts tend
16      toward the same number and understate the
17      upside as well as the downside."
18      Is that your opinion about --
19  A.  Well, if you just -- where are you?
20  Q.  I'm sorry.  I'm in the second full paragraph --
21  A.  Second full paragraph.
22  Q.  -- page 7.
23  A.  Okay.
24  Q.  The third sentence.
25  A.  Okay.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00286:01  Q.  Was that your opinion about the tendency of the
02  forecasts in fiscal year '01?  That is --
03  A.  I think all I'm trying to say here is that people
04  are making judgments based on conversations with people.
05  The salespeople are making judgments.  Jennifer is making
06  judgments as well.  So what we're dealing with here are
07  people making judgments.
08  Q.  Okay.
09  A.  And -- and in my -- you know, my inclination is
10  to work off hard data rather than judgment -- it's very
11  valuable -- and hard data, to me, is Jennifer has been
12  more accurate in forecasting than the salespeople have.
13  That, to me, is hard data.  So I tend to listen to her
14  more carefully than I listen to the salespeople.
15      On the other hand, when I analyze the data
16  personally.  I look at the actual size of the pipe, the
17  size of the pipeline and how much has actually -- has
18  actually been sold.
19      So I -- my inclination, how I differ from
20  Jennifer in doing forecasts -- and we're all different --
21  is I tend to look at more hard data, where I think she --
22  you know, she talks to more people and exercises more
23  judgment.
24  Q.  Uh-huh.  Okay.
25  A.  But again, having said that, she does a pretty

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00287:01  good job of forecasting.
02  Q.  So going back, I think -- I'm not sure that my
03  question was really answered.  Going back to the page 6,
04  the sentence in paragraph B, that says:
05      "In Q3 '01, the forecasts remained
06      consistent, i.e., did not rise over the
07      course of the quarter, giving
08      Jennifer Minton a basis for her decreased
09      'upside.'"
10      And my question was whether the decreased upside
11  was a reflection of softening in Oracle's business, to
12  you.
13  A.  Again, let me read this again carefully --
14  Q.  Sure, sure.
15  A.  Because I'm not sure whether I'm commenting on
16  Jennifer's methods or -- (reading document).
17      It would be helpful if I was on the right page.
18  Q.  Page 6.
19  A.  Paragraph A or B?
20  Q.  B.
21  A.  All right.  I'm there.
22  Q.  Third sentence.
23  A.  I think it's -- but I think it says exactly what
24  I said, is that the sales forecast, the field sales
25  forecast, did not grow during the quarter, and Jennifer

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00288:01  thought our upside opportunity was therefore less than
02  she thought at the beginning of the quarter.
03  Q.  Okay.  And my question was, did you view that as
04  a reflection of softening in Oracle's business in Q3 '01?
05  A.  I -- we had such extraordinary pipelines in the
06  beginning, you know, in excess of 50 percent growth, that
07  I thought it might mean that we wouldn't beat the number
08  by as much as I thought we going to beat the number by.
09  So Jennifer is saying our ability to beat the number is
10  less than it was before.  So I think that's -- if you
11  want to call that a softening, sure.
12      MR. DE GHETALDI:  I don't think we have much time
13  on the tape, and this is a good stopping point, so --
14      THE VIDEOGRAPHER:  This is the end of Volume II,
15  Tape 1, in the deposition of Lawrence J. Ellison on
16  February 27, 2004.  The time 12:48 p.m.  We're off the
17  record.
18      (Discussion off the record.)
19      THE VIDEOGRAPHER:  This is the beginning of
20  Volume II, Tape 2, in the deposition of Lawrence J.
21  Ellison, on February 27, 2004.  The time, 12:53 p.m.  We
22  are on the record.
23      (Whereupon, DC Exhibit 106 was marked
24      for identification.)
25      MR. DE GHETALDI:  Q.  Mr. Ellison, have you seen

00289:01  Exhibit 106 before today?
02  A. Yes.
03  Q. Was this one of the documents that you reviewed
04  in preparation for your deposition?
05  A. Yes.
06  Q. When was the first time that you saw Exhibit 106?
07  A. Two days ago.
08  Q. As with Exhibit 105, was there anything in 106
09  that you believed to be inaccurate when you reviewed it?
10  MR. SALPETER:  Objection to form.
11  THE WITNESS:  Not that I recall.
12  MR. DE GHETALDI:  Q.  All right.  Please turn to
13  page 4.  The first full paragraph under C, "Actual
14  Revenue Reports," says:
15  "Ellison was asked about his reliance on
16  the flash reports, which he previously
17  said were important during the SLC's prior
18  interview.  He said that the -- that he
19  reviews the flash reports to get actual
20  revenue numbers, as opposed to the
21  projected numbers but that the reports are
22  of limited value in evaluating the
23  company's prospects of meeting revenue and
24  earnings targets.  According to Ellison,
25  the company's revenue stream is so

00290:01  back-end loaded that the flash reports for
02  the first two months provide very little
03  information about quarterly earnings."
04  Is that an accurate reflection of your beliefs as
05  to the value of the flash reports?
06  A. The majority of our revenue happens in the last
07  month of the quarter.
08  Q. Yes.
09  A. In fact, the majority of that quarter [sic]
10  happens in the last week.
11  Q. Yes.
12  A. And the majority of the big deals happen in the
13  last few days.
14  Having said all that, it's much better to get off
15  to a good start in the quarter than a bad start.  So it's
16  good to get ahead.
17  In the specific example of Q3, we had signed a
18  very, very large deal, Covisint.
19  Q. Yes.
20  A. So -- and -- well, it's by no means a perfect
21  predictor, it's a useful predictor.  Being off to a good
22  start is better than being off to a bad start.  Being off
23  to a very good start is better than -- is better still.
24  Q. The second full paragraph -- in the second full
25  paragraph, the interview summary says:

00291:01  "Even absent Covisint, the company had a
02  solid start, in Ellison's view, given the
03  holidays are always slow sales in the
04  third quarter."
05  Is that -- does that accurately reflect what you
06  told the SLC?
07  A. Again, to amplify, we were -- we had a very, very
08  strong pipeline at the beginning of the quarter.  So we
09  started the quarter with an extremely strong pipeline.
10  Then we closed this, very, very large deal.  So the
11  combination of having closed a very, very large deal and
12  very strong year-over-year pipeline growth led me to
13  believe we're off to a heck of a start.
14  Q. So was the sentence that I read an accurate
15  reflection of what you told the SLC?
16  A. Incomplete but accurate, yes.
17  Q. Okay.  What is your understanding of the relative
18  importance of the first month's revenues to the quarter's
19  revenues?
20  A. In general --
21  Q. Yes.
22  A. -- again, it's a reasonable -- I've never gone --
23  I have not gone back and looked at how often, when we get
24  off to a good start, that's a predictor of a good
25  quarter.  It's an interesting question.  I really -- I

00292:01  don't know the answer to.  My sense is if we're off to
02  a good start in the first month and second month, that
03  it's a reasonable predictor that we're going to have a
04  good quarter.  So it's not a hundred percent correlated.
05  Maybe it's only 60 percent correlated.  But it's
06  useful -- it's useful in predicting the quarter.  It is
07  not an accurate -- by no means an accurate predictor --
08  sometimes I think -- I think the quarter before this, in
09  Q2, we had a phenomenal number of big deals come in in
10  the last couple of days.  We were behind, well behind,
11  and made it up.  So there are certainly examples of being
12  behind and making it up and being ahead and falling --
13  and not making it up.
14  So there is some correlation to being off to a
15  good start.
16  Q. All right.  This -- the sentence that I read seems
17  to indicate that December is, in your view, usually not a
18  good month.
19  A. Oh, it's normally a terrible month.  So --
20  because of the holidays.  A, it's -- we just finished a
21  quarter in November, so the salespeople are scrubbing
22  their pipelines and trying to come up with a forecast for
23  the remaining -- for the next quarter.  They're taking
24  off, going -- so they're not doing a lot of selling in
25  the first couple of weeks of December.  They're -- then

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00293:01  take off for holiday for a couple of weeks, over
2  02  Christmas-New Year's.  So it is not typically a good
3  03  month, and it's unusual for us to have a very strong
4  04  December.
5  05     We had a very strong December because of
6  06  Covisint.
7  07     Q.  Does the fact that a number of your customers
8  08  have fiscal years that are the same as the calendar year
9  09  have an effect on Oracle's December revenues in
10  10  comparison to other months?
11  11     A.  You would think so.  Nonetheless, December is
12  12  not -- typically, not a good month for us, compared
13  13  with -- I mean, it's much -- November is a much bigger
14  14  month than December.  So there's more of a correlation to
15  15  the end of our quarter than to the end of the customers'
16  16  fiscal year.
17  17     Q.  What if you're just talking about first months of
18  18  quarters?  What's your sense of how --
19  19     A.  How is December?
20  20     Q.  How is December, yes.
21  21     A.  Versus a June?
22  22     Q.  Yes.
23  23     A.  Which is also a first month of a quarter.
24  24     Q.  Right.
25  25     A.  Complicated answer.  If we had a number of big

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00294:01  deals slip out of Q2, it is our practice -- if we had a
2  02  bunch of big deals slip out of November, we might work
3  03  very hard to close those early on in December.  So I'm
4  04  not sure -- and I'm not sure I'm able to generalize about
5  05  December is a better month than June, typically.  So
6  06  there is -- you know, there is seasonality.  But our
7  07  sales are much more correlated to the last month of our
8  08  quarter than to the fiscal close of our customers'
9  09  quarters.
10  10     Q.  Okay.  Is there any correlation between December
11  11  revenues for Oracle and pushes being made by competitors
12  12  who have calendar-year fiscal years, to close out their
13  13  years?
14  14     A.  Again, I'll just go back to our Decembers are --
15  15  December's not a big month for us, even though it's when
16  16  our competitors close a lot of their deals, and customers
17  17  are making decisions in December.  But nonetheless,
18  18  December is typically not a big month for us.
19  19         (Whereupon, DC Exhibit 107 was marked
20  20      for identification.)
21  21      MR. DE GHETALDI:  Q.  Have you had a chance to
22  22  review Exhibit 107?
23  23     A.  Yes.
24  24     Q.  Was Exhibit 107 one of the documents that you
25  25  reviewed in preparation for your deposition?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00295:01     A.  Yes.
2  02     Q.  I'd like to draw your attention to paragraph 4-C
3  03  on page 2.
4  04     A.  Okay.
5  05     Q.  And hang on one second.  We'll get another
6  06  exhibit here.
7  07      Let's mark two more exhibits now.
8  08         (Whereupon, DC Exhibit 108 was marked
9  09      for identification.)
10  10      MR. DE GHETALDI:  That's 108.  And 109's on its
11  11  way.
12  12         (Whereupon, DC Exhibit 109 was marked
13  13      for identification.)
14  14      THE WITNESS:  Okay.
15  15      MR. DE GHETALDI:  Q.  Okay.  Have you ever seen
16  16  Exhibit 108 before?  That's --
17  17     A.  Which one's -- 108 here?
18  18     Q.  Yes.
19  19     A.  Yes.  Yes.
20  20     Q.  Was this Exhibit 108 one of the documents that
21  21  you reviewed in preparation for your deposition?
22  22     A.  I don't recall.  Might have been.
23  23     Q.  Did -- your name is listed as one of the
24  24  recipients.
25  25     A.  Yes.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1  00296:01     Q.  Do you believe that you received Exhibit 108 on
2  02  or about January 17th --
3  03     A.  Yes.
4  04     Q.  -- 2001?
5  05     A.  Yes.
6  06     Q.  Okay.  Now, how about Exhibit 109, where you were
7  07  not listed as one of the recipients?
8  08     A.  Definitely didn't receive 109.
9  09     Q.  Have you ever seen 109 before today?
10  10     A.  No.  No.
11  11     Q.  Well, let me draw your attention to the second
12  12  page of Exhibit 109, which is a spreadsheet with a title
13  13  "Product Revenue Flash."
14  14      Have you seen that document before?
15  15     A.  No.  The flash reports, to the best of my
16  16  recollection -- because I -- I think of the flash reports
17  17  as they're currently constituted today -- look much more
18  18  like this little box up here than they do -- they're not
19  19  spreadsheets.  The monthly results that I get are much
20  20  shorter than this.  As I said, it's one and a half -- two
21  21  screens of data --
22  22     Q.  All right.
23  23     A.  -- are the monthly results that I receive, you
24  24  know.  Screen -- but certainly not -- it's not a package
25  25  of this kind of detailed information.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00297:01  Q. Okay.  First of all, when you say "screen," are
02  you referring to a computer screen?
03    A. To a computer screen, right.  As opposed to a
04  page.
05    Q. So when you scroll down, you need to cycle
06  through the screen --
07    A. Right.  Two separate screen pages.
08    Q. Okay.  But my question was about specifically the
09  second page.
10    A. Okay.
11    Q. And you had talked about a follow-up flash
12  report --
13    A. Right.
14    Q. -- which you said was a product flash.
15    A. Right.
16    Q. And my question is whether the second page of
17  Exhibit 109 is the product flash that you were referring
18  to.
19    A. The product flash reports don't look like this
20  now.  Could they have looked like this in '01?  The
21  answer is sure.  But I don't recall.  I just don't
22  recall.
23    Q. All right.  That's fair.
24    A. But it's similar -- has similar data.  Has
25  similar information to what's in this spreadsheet.

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00298:01  Q. All right.  Now that we've done this, let's go
02  back to 107.  In paragraph 4-C, which identifies, as part
03  of the generally received Oracle financial/business data,
04  something -- flash reports showing deals already closed
05  or in the pipeline.
06    A. The flash reports that I get are actually -- are
07  actuals.  I don't -- I don't think there's pipeline data
08  in the flash reports.  That's my recollection of the
09  flash reports, that it's actual.  It's not pipeline data.
10    Q. That's what was confusing me.  Because I've never
11  seen a flash report with pipeline data.
12    A. Right.
13    Q. So that's your understanding?
14    A. Yes.
15    Q. In paragraph 6, in the third sentence at the
16  bottom of page 2 of Exhibit 107, the affidavit says, "We
17  were coming off our best quarter ever.  Oracle's profit
18  margins were rising."
19      And that sentence is a little vague as to the
20  timing.  I'm not sure whether the timing refers to Q2 or
21  Q3 or --
22    A. Both.
23    Q. Both.
24    A. The profit margins were just trending up.
25    Q. Okay.

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00299:01    A. So expenses were trending down.  So we were
02  spending -- our sales were going up while our expenses
03  were going down, which is an unusual thing for us.
04    Q. And it wasn't that your expenses weren't rising
05  as fast as your --
06    A. No.  Our expenses were actually going down.  So
07  our sales were rising, and our expenses were actually
08  going down.
09    Q. Okay.
10    A. I think.
11    Q. And then the sentence continues:
12      "I also believe that Oracle's products
13      were still a high purchasing priority for
14      our customers because of the high return
15      on investment they provide through
16      enhanced efficiency and lower operating
17      costs."
18      A phrase similar to one that --
19    A. Right.
20    Q. -- we reviewed in your interview.
21      But my question here as to this sentence in your
22  affidavit is, which products you are referring to?
23    A. Interesting question.  The application products
24  and the database products.  So the entire suite of
25  products.  But I suspect I was focusing on the

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00300:01  application products because we had showed, I think
02  through our own internal use of our applications, that it
03  was a technology that could be used for cutting costs.
04  We were, in fact, growing our business, and as I just
05  stated earlier, our expenses were going down while our
06  revenue was going up.
07    Q. And you're saying that they -- these -- it was
08  your belief that these applications products were still a
09  high purchasing priority even with the risk of a
10  worsening economic climate?
11    A. Yes.  I was wrong, but -- but yes, that's what I
12  believed.
13    Q. All right.  If you'll turn, please, to page 4.
14  the -- you say in -- oh, three lines down, sentence "the
15  latest upside report internally forecasted."  And I
16  believe this is referring to an upside report just prior
17  to the December 14th conference call, and you say that:
18      "The latest upside report internally
19      forecasted that we would realize earnings
20      per share of 13 cents, one cent higher
21      than we were publicly forecasting."
22      Do you see that?
23    A. Yes.
24    Q. Now, isn't it true that a one-cent differential
25  in Q2 '01, was the equivalent of a four-cent differential

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00301:01  in EPS in Q2 '00?

02   A. Because of the two stock splits?

03   Q. Yes.

04   A. Yes.

05   Q. Okay. So because of the two intervening

06   two-for-one stock splits --

07   A. Right.

08   Q. -- a one-cent increase in the EPS results in Q2

09   '01 would have been the equivalent of a four-cent

10   increase --

11   A. Right.

12   Q. -- in EPS increase for Q2 '00; right?

13   A. Yes.

14   Q. Okay. If you'll look down further on the page,

15   to paragraph 11, where you say:

16       "I also reviewed the actual sales and

17       pipeline data and compared them against

18       the same quarter in the prior fiscal

19       year."

20       Do you see that sentence?

21   A. Yes, I do.

22   Q. Okay. I'm wondering whether the actual sales

23   data came from the flash report that's been marked as

24   Exhibit 108 or some other place.

25   A. What's the -- I'm not sure of the context of

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00302:01  this. I reviewed on what -- on what day? In reading

02   this, is this --

03   Q. Well, I'm not -- I -- okay.

04   A. So, let me just take a date on January 1st or

05   something like that. Because I had -- I had no actual

06   sales data until the first flash report came out. So it

07   must be after the first flash report, yes?

08   Q. I think if -- I'm not trying to confuse you or

09   anything like that. I think if you look up at the end of

10   paragraph 10, the context is you're talking about the

11   first two months of Q3 '01?

12       MR. SALPETER: You also ought to let him read the

13   next paragraph, too, the one after.

14       MR. DE GHETALDI: That's fine.

15   Q. Why don't you read -- take a minute, read

16   paragraphs 10, 11, and 12.

17       MR. SALPETER: I thinks that's fair.

18       MR. DE GHETALDI: Yeah, sure.

19       MR. SALPETER: Appreciate that.

20       (Witness reads document.)

21       THE WITNESS: Okay.

22       MR. DE GHETALDI: Q. Okay. Now, what I'm

23   wondering is what the source -- what you looked at or

24   what you reviewed to obtain the actual sales data that

25   you are discussing in paragraph 11.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00303:01  A. I received e-mail flash reports with actual --

02   actual sales in -- at the beginning of January for

03   December, and at the beginning of February for -- for

04   January.

05   Q. Right. The -- where did you review the pipeline

06   data that you refer to in paragraph 11?

07   A. On a weekly basis, we get the management

08   committee reports, the upside reports, which would have

09   pipeline data --

10       THE REPORTER: I'm sorry. Repeat your answer.

11   "On a weekly basis..."

12       THE WITNESS: On a weekly basis, we get

13   management -- executive management committee reports that

14   would have, amongst other things, the pipeline data in

15   it.

16       MR. DE GHETALDI: Q. And those executive

17   management committee reports are otherwise known as the

18   upside reports?

19   A. Yes.

20   Q. Were there any other sources of data that you

21   reviewed in the first two months of Q3 '01, to obtain

22   actual sales and pipeline data?

23   A. No, no.

24   Q. That first sentence in paragraph 11 says that

25   after obtaining the actual sales and pipeline data, you

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00304:01  compared them against the same quarter in the prior

02   fiscal year.

03       Did you get the comparative figures from the same

04   sources as you got the current figures?

05   A. Sure.

06   Q. Okay. And you say that nothing in this

07   comparison caused to you believe that Oracle's business

08   was softening in 3Q '01?

09   A. No. That's correct.

10       To be very precise here, I think -- I think I

11   stated earlier that -- that I thought we were going to

12   blow the quarter out. I think at one point, it looked

13   like we were going to do 16 cents a share because of the

14   huge -- the huge upside that we had, and the huge

15   pipeline growth that we had. But that pipeline did come

16   down during the quarter.

17       I think you characterized that as a "softening,"

18   and when I said that, well, I didn't think we'd beat

19   the number by as much as I originally thought we'd beat

20   the number. And you used the word "softening." It's

21   kind of an interesting choice of words.

22       Early on, it looked like we might actually do a

23   16-cent quarter, looking at all the numbers. It was

24   clear later on it wouldn't be 16 cents. I thought we'd

25   still beat the number, but not by as much.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00305:01    I just want to be precise about the word. The
02    word "softening" has been used. I've used it two ways
03    now, saying it wasn't softening and — you know, to just
04    move that word aside and look at the facts, I thought we
05    were going to beat by a lot — the number by a lot.
06    Later on in the quarter, I thought we'd beat the number
07    by less than I thought in the beginning.
08    Q. Now that I'm thoroughly confused...
09    A. Did I do that?
10    Q. Yeah, you did.
11      Can you tell me what your two definitions of
12    "softening" are?
13    A. Well, the — as long as we still win the game, as
14    long as we still beat the number, as long as the business
15    is still good, and as long as it's still a record
16    quarter, I wouldn't call that a softening of the
17    business. It's a little bit — if you're playing a
18    football game, and you think you are going to win 35 to
19    nothing, and you only win 28 to nothing, that's not a
20    terrible thing. "Gee, I thought we were going to win by
21    35 to nothing, but we only won by 28 to nothing." But
22    does that mean the team — what — you can ask, what went
23    wrong? We only won by 35 [sic] to nothing.
24      So it looked like we were going to have a
25    spectacular quarter. I think my early statements in the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00306:01    quarter was to the effect that our pipelines were truly
02    astounding, something like that. Initial call. Our
03    pipeline growth was over 50 percent, which is astounding.
04    And I thought we had a potential to have just an
05    extraordinary quarter, absolutely extraordinary quarter.
06      And in fact, with historic conversion ratio
07    rates, that would have been earnings per share in excess
08    of 16 cents, which would have been, by any measure, an
09    extraordinary quarter.
10    Q. Right.
11    A. As the quarter progressed, I thought our ability
12    to deliver an extraordinary quarter, a 16-cent quarter —
13    I mean that was moderated. I still thought we were
14    going to beat the number. Still thought we were going to
15    have a record quarter.
16      We did have a record quarter, actually. We did
17    have a record quarter. But our ability — as the quarter
18    wore on, I thought we no longer had the chance of doing
19    that 16 cents, that extraordinary 16 cents.
20    Q. Okay.
21    A. So I'm not sure — so, hopefully, that explains
22    what I meant by all of this.
23    Q. Okay.
24    A. I don't know if that's helpful.
25      So let me try again to get myself in more —

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00307:01    still more trouble.
02    I never thought our business was getting soft. I
03    thought we might — you know, at the beginning of the
04    quarter, hoping for 16 cents; later on in the quarter, I
05    gave up the hope for 16 cents.
06    Q. Uh-huh.
07    A. So you want to compare that, saying, well, then,
08    it was getting softer, then I would have to say yes,
09    well, 15 cents isn't as good as 16 cents. Therefore, you
10    know, you can characterize that as getting softer.
11    However, it's still a record quarter. It's still
12    exceeding estimates and all of those things. It's not —
13    so I'm distinguishing between the business not being —
14    you know, I thought we were going to do 16 cents or had a
15    chance at 16 cents. I no longer thought we had a chance
16    at 16 cents.
17      What word do you want to apply to that? You
18    applied the word "softening." That was the word you
19    used.
20    Q. Well —
21    A. To which I said "sure," by the way. I answered
22    "sure."
23      And same word here, trying to explain what I
24    meant here, because I said the business wasn't softening.
25    Trying to be precise. What I really mean was the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00308:01    business was never getting soft, which is slightly
02    different.
03      I'm not trying to use Clintonian approaches to
04    mincing the words here. But the business was still -- we
05    were still on track to beat the number. We were still on
06    track to have a record quarter.
07    Q. Okay. So it wasn't my word. It was your word.
08    and I was to determine how you were using it. Came from
09    your interview summary. It came from your affidavit.
10    And so that's — I wasn't trying to put words in your
11    mouth. I was just trying to use your words to see where
12    the parameters of that definition were.
13    A. No accusations.
14    Q. Okay.
15    A. All I was trying to do is to clarify what's meant
16    in both --
17    Q. Thank you. I appreciate that.
18      Was there ever any indication that anyone at
19    Oracle was forecasting a 16-cent EPS quarter for Q3 '01?
20    A. No. I think – no. But if you looked at the
21    current size of the pipeline – and I think there were
22    notes on this, just calculations, where if you applied
23    the traditional conversion rate to the pipeline as it
24    existed at the beginning of the quarter, I think we would
25    have done something like 16 cents. I mean, that would --

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00309:01 I think that's in excess of 16 — 16 and a fraction
2   02  cents, I believe.
3   03      Q. The traditional conversion rate?  You mean the
4   04  end-of-quarter conversion rate?
5   05      A. Yeah, the normal — the conversion rate we'd had
6   06  the previous two quarters.
7   07      Q. At the end of the quarter?
8   08      A. Right.  Right.
9   09      MR. DE GHETALDI: It's about 1:30.  I think it's
10  10  about time for lunch.
11  11      THE VIDEOGRAPHER: Off the record, 1:29 p.m.
12  12      (Whereupon, the luncheon recess was taken at
13  13  1:29 p.m.)
14  14
15  15
16  16
17  17
18  18
19  19
20  20
21  21
22  22
23  23
24  24
25  25

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00310:01 AFTERNOON SESSION           2:10 P.M.
2   02      THE VIDEOGRAPHER: On the record, 2:00 p.m.
3   03      MR. DE GHETALDI:  Q. Mr. Ellison, returning to
4   04  Exhibit 107, please turn to page 5.
5   05      A. Okay.
6   06      Q. At the top of the page, the sentence of your
7   07  affidavit reads:
8   08      "To the contrary, the pipeline data in Q3
9   09      '01 showed strong growth in Oracle's
10  10      pipeline as compared to the prior year."
11  11  Do you know what period of the quarter you are
12  12  referring to there?
13  13      A. I think throughout the quarter -- I think it
14  14  started -- I think it started in -- it started over
15  15  50 percent growth, and I think it declined to, you know,
16  16  35 percent growth or something like that.  But throughout
17  17  the quarter.  It certainly started -- you know, started
18  18  exceptionally strong but stayed strong throughout the
19  19  quarter, if I recall correctly.
20  20      Q. And by "strong," what do you mean by that?
21  21      A. Substantially above our forecast.
22  22      Q. Did you look to see whether the pipeline was
23  23  behaving differently in Q3 '01 than it was behaving in Q3
24  24  '00?
25  25      A. I didn't, except the fact that we get reports

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00311:01 showing pipeline growth, year-over-year comparison
2   02  pipeline growth.  Except for looking at that, that
3   03  number, that it was growing.  Started out in excess of
4   04  50, and then was -- got as low as, I think, the mid 30s.
5   05  Those are the numbers I focused on.
6   06      Q. So your analysis didn't go any farther than
7   07  looking at the fact that the pipeline growth percentage
8   08  was higher in -- or that is, the pipeline was higher in
9   09  Q3 '01 than it was in Q3 '00?
10  10      A. A lot higher, yes.
11  11      Q. Okay.  So were you looking at absolute numbers or
12  12  percentage growth or what?
13  13      A. Percentage growth.
14  14      Q. And did your analysis of the pipeline stop there,
15  15  that is, to see that percentage growth number and then
16  16  move on?
17  17      A. No.  The comparison -- so the comparison
18  18  between -- so one of the numbers was how much -- how much
19  19  larger is the pipeline this year than the same quarter
20  20  last year.  That's part of it.  And then next question
21  21  would be, how much pipeline coverage do we have for our
22  22  forecast?  So assuming a certain conversion rate, are we
23  23  going to make our forecast, or are we not?
24  24      Q. Okay.  In paragraph 12, your affidavit says, "I
25  25  was encouraged by the 40 percent pipeline growth, which

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00312:01 was a strong rate of growth for December."
2   02  Do you recall the source of this 40 percent
3   03  figure?
4   04      A. I think it was the -- the weekly reports.
5   05      Q. The upside reports?
6   06      A. The upside reports.
7   07      Q. All right.
8   08      (Whereupon, DC Exhibit 110 was marked
9   09      for identification.)
10  10      MR. DE GHETALDI: It's just been pointed out to
11  11  me there's a missing page.  Why don't we put this
12  12  aside and see if we can find page 2.
13  13      Q. Mr. Ellison, why don't we go back to page -- to
14  14  Exhibit 108 while we're waiting for the second page of
15  15  Exhibit 110.
16  16      A. Okay.
17  17      Q. I'd like to ask you a couple of questions about
18  18  the text.  The first bullet point says the license
19  19  revenues growth rate was 35 percent in U.S. dollars,
20  20  25 percent -- or 25 points better than the 10 percent
21  21  growth we experienced in December, fiscal year '00, over
22  22  December, fiscal year '99.  However, excluding the
23  23  $60 million Covisint deal -- Covisint license deal, the
24  24  U.S. dollar growth rate would have been only 6 percent.
25  25  Excluding Covisint, OPI license revenue growth would have

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

```
00313:01  been 85 percent.
02      Did those figures showing what Oracle's growth
03  rate was, excluding Covisint, cause any concern in your
04  mind, in January 2001?
05      A. No, because we had Covisint.
06      Q. Yes.
07      A. So with -- with Covisint, we were off to a very,
08  very strong start.
09      Q. Okay.  But in addition to Covisint, it appears
10  that Oracle was not doing very much at all, in terms of
11  license revenue growth.
12      A. We had a very, very strong pipeline -- again, as
13  we said earlier, you know, December and -- you know, is
14  not necessarily a good month for us anyway.  We had,
15  extremely strong pipeline, and we were -- when we had the
16  largest deal in our history and were off to a very, very
17  strong start.
18      So the answer is no.
19      Q. Do you know why Mr. Garnick broke out the growth
20  rates for license revenues excluding Covisint?
21      A. To show license revenues without Covisint.
22      Q. Do you know why he might want to show that?
23      A. Sure.
24      Q. Why?
25      A. He's saying that with -- we would not have been
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

```
00314:01  off to a good start if we didn't -- if we did not have
02  Covisint, we would not be off to a good start.
03      Q. Is that an indicator to you of how well Oracle's
04  business was doing, if not considering this one big deal?
05      A. As I said earlier, December is not necessarily a
06  good indicator -- with or without Covisint, December is
07  not necessarily a good indicator of how we are going to
08  do in the quarter.  We had an extremely strong forecast,
09  and we had an extremely strong pipeline.
10      Q. Mr. Ellison, do you realize that December, out of
11  all of the four first months of quarters regularly takes
12  in the highest percentage of the total quarter revenue?
13      A. Of first quarters?
14      Q. Yes.
15      A. Yes, yes.
16      Q. So you knew that fact --
17      A. Yes.
18      Q. -- in December and January 2001?
19      A. Yes.
20      Q. Okay.  And so compared to other first quarters,
21  December was a better indicator?  Is that accurate?
22      A. It was still a very small percentage of the total
23  quarter.  But --
24      Q. Twenty percent?  Do you consider 20 percent as a
25  small percentage of the total quarter?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

```
00315:01  A. I think it's less, but okay.
02      Q. Look at bullet point 3.
03      A. Okay.  Nineteen -- okay.  Nineteen percent.
04      Q. That's 19 percent of the forecast.
05      A. Yeah.
06      Q. And Mr. Garnick says in fiscal year '00 and
07  fiscal year '99, it represented between 16 and 19 percent
08  of the total quarter.
09      And if you go through the historical
10  percentage-of-quarter rates in Exhibit 109, you'll see
11  that the five-year total average is 21 percent.
12      A. Okay.
13      Q. So is that -- is that a small percentage of the
14  quarter, to you, any of those figures?
15      A. It's not -- it's not an absolute -- I'm not sure
16  you're saying is 20 -- it is what it is.  It's 20 percent
17  of the quarter.  We had Covisint in.  We were way -- we
18  had a huge pipeline.  Covisint was in.  I mean, it's
19  interesting to look at what the quarter would have been
20  without big deal -- he doesn't compare it to the previous
21  year's quarter without big deals.  I mean, the correct
22  comparison would be not how this quarter looks without
23  its biggest deal, without also taking the big deals out
24  of the previous quarter.  At least I don't think it's a
25  legitimate comparison.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2:33:00 PM

```
00316:01  Q. Okay.  My -- my question was related to an answer
02  that you gave where you said, in response to my question
03  where I had asked, "And so compared to the other first
04  quarters, December was a better indicator; is that
05  accurate?"
06      You said, "It was still a very small percentage
07  of the total quarter."
08      My question was, following that, "Is 16 to
09  20 percent, in your mind, a very small percentage of the
10  total quarter?"
11      A. Yes.  And I don't think -- I don't think it's a
12  legitimate comparison to pull a large deal out of Q3 '01
13  with also -- without also looking at what large deals we
14  had included in Q3 '00 and also pulling those out.
15      Q. Well, isn't it true that Covisint was something
16  more than a simple, large deal?
17      A. Absolutely.  It was the largest deal in our
18  history.
19      Q. Was there anything comparable to Covisint, even
20  remotely comparable to Covisint in Q3 '00?
21      A. I'm sure we had large deals -- we had some number
22  of large deals in Q3 '00.  I don't know what they were,
23  but -- while a $60 million deal was unusual, a
24  $20 million was not unusual.  And if you pull the
25  $20 million deal out of that, then I think that's more
```

Ellison, Lawrence J. (Vol. 02) - 2/27/2004 2/27/2004 2:33:00 PM

1    00317:01 legitimate comparison.

2    02    Q. Do you know that there were $20 million deals in

3    03 Q3 '00?

4    04    A. I have no idea. I'm just saying to me, if you

5    05 pull large deals out of one quarter, you should pull

6    06 large deals out of the other quarter if you want to make

7    07 a legitimate comparison. That's my -- that's just my

8    08 opinion on how you do these things.

9    09    Q. That's fine.

10   10    A. Okay.

11   11    Q. You've -- did you believe in January of 2001 that

12   12 Covisint was masking the poor -- relatively poor results

13   13 shown by the rest of Oracle's license revenues?

14   14    A. Well, I don't think they're relatively poor

15   15 results. You're looking at -- as I read this, we had

16   16 10 percent growth, you know, pulling Covisint out --

17   17    Q. Yes, that's what I'm asking.

18   18    A. -- which I don't think is legitimate.

19   19    Q. Well, I --

20   20    A. Having said that, even if do you pull Covisint

21   21 out, we had a 10 percent year-over-year growth in '00,

22   22 versus a 6 percent year-over-year growth. So the

23   23 answer -- the answer is no, I don't think it's masking

24   24 poor growth.

25   25    Q. Well, is that how you read what Mr. Garnick says

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

1    00318:01 in the first bullet point? Because it doesn't read like

2    02 that to me.

3    03    A. Yeah, what he's -- this is how I read it. He

4    04 said, in year-over-year -- year 2000 versus year '99, our

5    05 year-over-year growth was 10 percent.

6    06    Q. Yes.

7    07    A. If you take Cov -- but our year-over-year growth

8    08 in '01 is 35 percent.

9    09    Q. Yes.

10   10    A. But if you take Covisint out, it's only

11   11 6 percent. And by the way, you have to include -- this

12   12 is constant dollars. You have to include currency in

13   13 this as well. I believe.

14   14    Q. It says -- well, he does make --

15   15    A. This is not constant dollars. This is U.S.

16   16 dollars, not constant dollars.

17   17    Q. You're right. He does make a mistake in his

18   18 figures, and he uses constant dollar figures. And if you

19   19 do the proper conversion, the U.S. dollar growth rate was

20   20 1 percent. "

21   21    A. Yes. So -- and having said all of that, Covisint

22   22 was in. We were off to a very, very strong start, and we

23   23 had a massive pipeline, massive pipeline growth. So I

24   24 don't think it was masking anything.

25   25    Q. But the pipeline was shrinking dramatically by

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

1    00319:01 mid January, wasn't it?

2    02    MR. SALPETER: Objection to form.

3    03    THE WITNESS: Shrinking dramatically?

4    04    MR. DE GHETALDI: Q. Yes.

5    05    A. It had gone from 52 percent to what?

6    06    Q. Thirty-two.

7    07    A. Which was still well ahead of our forecast.

8    08    Q. Had you ever seen such a massive shrinkage in

9    09 pipeline over a four-week period before in Oracle's

10   10 history?

11   11    MR. SALPETER: Objection to form.

12   12    THE WITNESS: The answer is I'm sure, you know,

13   13 we have -- pipelines fluctuate quite a bit. But I don't

14   14 recall seeing -- it's been a long time since I've seen

15   15 52 percent growth. It's a long time since I've seen

16   16 something like that. Keep in mind, the pipeline was

17   17 still well above our forecast.

18   18    MR. DE GHETALDI: Q. But the 52 percent growth

19   19 came in the first forecast of the year, which you were

20   20 saying earlier today was not very reliable because it was

21   21 just an initial view of the quarter without much data

22   22 really to back it up; right?

23   23    A. Well, the pipeline -- the pipeline data should be

24   24 pretty clean at that point. The forecast data was -- was

25   25 incomplete.

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

1    00320:01    Q. If -- if the pipeline data was -- was so clean,

2    02 what explains that 20-point drop?

3    03    A. Well, I'm sure people -- you know, people went in

4    04 and looked at deals and, in their judgment, pushed -- you

5    05 know, moved deals around, pushed deals out. Reduced the

6    06 size of deals.

7    07    Q. And that didn't raise a red flag?

8    08    A. Well, keep in mind the 52 percent was such a huge

9    09 number, it goes from 52 percent to 32 percent.is not --

10   10 is not a -- you know, to me, is not a red flag. That

11   11 would still -- it still was huge pipeline growth,

12   12 indicating a record quarter, and still well above what we

13   13 were forecasting the street.

14   14    Q. Did you ask anybody about that pipeline drop in

15   15 Q3 '01?

16   16    A. I'm sure there were discussions of it. I don't

17   17 remember specifically what the discussions were. As I

18   18 say, the pipeline was well above -- well above what we

19   19 needed to make our forecast.

20   20    Q. In the fourth bullet point, it says,

21   21 "Applications product growth was 216 percent," and

22   22 divides the applications up into ERP and CRM, "while

23   23 database product growth was 17 percent." And then it

24   24 divides the database up into server and tools.

25   25    Tools was showing a negative 26 percent growth.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00321:01  Am I reading it right?
02    A. That's correct.
03    Q. And CRM was showing a negative 58 percent growth.
04       Am I reading that right?
05    A. That's right.
06    Q. Were either of those indicators a matter of
07  concern to you?
08    A. No. One month --
09    MR. WEISER: Excuse me, everybody. What exhibit
10  are we on? I got lost. I apologize.
11    MR. DE GHETALDI: 108. 108.
12    THE WITNESS: The massive growth in ERP or the
13  mass -- the shrinkage of CRM over one month is just not
14  terribly indicative of much. It's just too small a
15  sample of our business.
16    MR. DE GHETALDI: Q. Again, excluding Covisint,
17  Mr. Garnick says applications product growth would have
18  been negative 46 percent, and database product growth
19  would have been 13 percent.
20       Was that fact something that concerned you in
21  fiscal -- in Q3 '01?
22    A. Again, I could go back and say it over and over
23  again, but we had -- Covisint was in. It was a huge
24  deal. We had -- and we had a very, very large pipeline.
25  So the answer is no.
```

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00322:01    MR. DE GHETALDI: Did we ever find the other page
02  for -- second page for the other exhibit.
03    MS. LAVALLEE: Yes.
04    (Counsel confer off the record.)
05    MR. DE GHETALDI: Betsy --
06    Why don't we go off the record for one second.
07    THE VIDEOGRAPHER: Off the record, 2:31 p.m.
08    (Discussion off the record.)
09    THE VIDEOGRAPHER: On the record, 2:35 p.m.
10    MR. DE GHETALDI: Q. All right. Mr. Ellison,
11  you've been given a complete -- hopefully -- version of
12  Exhibit 110.
13       Have you seen that document --
14    A. Yes, I have.
15    Q. -- before today?
16    A. I don't recall. But I'm on the distribution
17  list, so I suspect I have.
18    Q. All right. Going back to page 5 of Exhibit 107,
19  your affidavit in the Delaware summary judgment matter,
20  in paragraph 12, it says, "The flash report for
21  December 2000" -- and then in parenthesis, "DX40."
22       Do you see that?
23    A. Yes.
24    Q. Do you know what the DX40 stands for?
25    A. I don't. I assume it's a -- I don't know.
```

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00323:01    Q. All right. When you signed this affidavit -- and
02  I assume that's your signature on page 12, but maybe I
03  shouldn't. Why don't you tell me if it is.
04    A. Yes, it is. Yes, it is.
05    Q. All right. And when you initially reviewed and
06  signed this affidavit, were you also given copies of
07  exhibits that were referred to in the affidavit --
08    A. Yes.
09    Q. -- to review?
10    A. I believe so.
11    Q. Were the exhibits marked in any way?
12    A. They may have. I just don't recall.
13    Q. All right. Now, in paragraph -- let's see. No.
14  let's go back to Exhibit 110.
15       And by the way, before you signed your affidavit,
16  which is Exhibit 107, did you review those exhibits?
17    A. Yes, I did.
18    Q. In Exhibit 110, this indicates that it's the
19  January quarter-to-date, January fiscal year '01
20  quarter-to-date revenue results, and it's an e-mail dated
21  February 8, 2001; right?
22    A. Yes.
23    Q. It's a similar document to Exhibit 108 that we've
24  been reviewing; right?
25    A. Yes.
```

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00324:01    Q. The first bullet point says that:
02       "The license revenue growth rate was
03       25 percent in USD, 12 points better than
04       the 13 percent growth we experienced in
05       January fiscal year '00 quarter-to-date
06       over January fiscal year '99
07       quarter-to-date.
08
09       "However, excluding the $60 million
10       Covisint deal, the U.S. dollar growth rate
11       would have been only 9 percent. Excluding
12       Covisint, OPI quarter-to-date license
13       revenue growth would have been negative
14       63 percent."
15       First of all, in the -- what is the QTD? I read
16  it out as "quarter to date."
17    A. Quarter to date. Quarter to date.
18    Q. What does it mean?
19    A. How much money we have in so far this quarter.
20    Q. So is it your understanding that the results
21  shown in Exhibit 110 are actually a combined results for
22  December and January fiscal year -- of Q3 fiscal year
23  '01?
24    A. That's correct.
25    Q. Once again, Mr. Garnick breaks out the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00325:01 $60 million Covisint license deal, and combined January
2   02 and December, in addition to Covisint -- or excluding
3   03 Covisint, as Mr. Garnick says, Oracle's license revenue
4   04 growth rate was only 8 percent.
5   05    A. In the United States.
6   06    Q. In the United States.
7   07    In the United States?  Is that what it says?
8   08    A. No.  I'm sorry.  In U.S -- in U.S. dollars.
9   09    Q. All right.  So this is total company license;
10  10 right?
11  11    A. Yes, yes.  In U.S. dollars.  Current U.S.
12  12 dollars.
13  13    Q. By February 8, 2001, was the fact that Oracle's
14  14 license revenue growth rate in U.S. dollars was only
15  15 8 percent, if you factored out Covisint?
16  16    A. Is that -- was that your question -- your
17  17 question was?
18  18    Q. The question was, was that a fact of concern to
19  19 you about Oracle's ability to meet its projections going
20  20 forward?
21  21    A. Again, given the fact that so much of our
22  22 business is done in the third month of a quarter, and
23  23 even the last week -- the last week of a quarter, we'd
24  24 just come off a record-breaking quarter where we were
25  25 behind up until the last three days, so was it

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00326:01 a concern?  Did it make me believe that we weren't going
2   02 to make the quarter?  No, it didn't make me believe we
3   03 weren't going to make the quarter.  Our forecasts were
4   04 still that we were going to make our quarter, and our
5   05 pipeline was still very strong.
6   06    The fact is Covisint was in.  The transaction was
7   07 in.  We were way ahead.  We had a strong forecast, and we
8   08 had a strong pipeline.
9   09    Q. I asked about whether it was a fact of concern to
10  10 you, not whether it meant to you that Oracle would or
11  11 would not make the quarter.
12  12    A. Well, again, I'm just -- the word "concern" -- to
13  13 me, I would be concerned if we weren't going to make the
14  14 quarter, so -- and I was not con -- you know, I thought
15  15 we were going to make -- again, the combination of the
16  16 forecast, which was still strong; the pipeline, which was
17  17 strong; and the fact that the actuals were actually very
18  18 strong -- because Covisint was part of the actuals -- I
19  19 know I'm repeating myself a lot -- but we were off to a
20  20 terrific start.  We had a strong pipeline, stronger than
21  21 we needed to make our forecast based on traditional
22  22 historic conversion ratios.  Factor that in with that the
23  23 bulk of our revenue is in the last week of the last month
24  24 of our quarter, I was not concerned that we were going to
25  25 miss our quarter.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00327:01    Q. When you say "make our forecast" -- you said this
2   02 several times over the last couple of days -- are you
3   03 referring only to the forecast of earnings per share?
4   04    A. Yes.
5   05    Q. Did the fact that the U.S. growth rate, excluding
6   06 Covisint, for license revenue give you any reason to
7   07 believe that Oracle might not meet its 25 percent license
8   08 revenue growth forecast?
9   09    A. Thank you very much.  I really mean EPS and
10  10 license growth rate.  Those are the two things that
11  11 people watch very closely, both EPS and license growth
12  12 rate.  So I really meant -- when I say "make our
13  13 forecast," I misspoke.  It really means make the license
14  14 revenue growth rate forecast and make the EPS forecast.
15  15    Q. Okay.  Aside from the Covisint deal, was -- in
16  16 addition to the Covisint deal -- however you might want
17  17 to put it -- was Oracle's license revenue growing at a
18  18 rate by the end of January 2001 that would make up that
19  19 difference between the $60 million Covisint deal and the
20  20 $1.3 billion license revenue forecast at 25 percent
21  21 growth?
22  22    A. We had a strong enough -- again, our pipeline at
23  23 that time in the quarter was larger than our revenue --
24  24 our license revenue forecast, given historic conversion
25  25 rates, and, you know, I thought we were going to make the

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00328:01 forecast.
2   02    Q. Okay.  Did you analyze whether that was a
3   03 reasonable belief, based on Oracle's historical results?
4   04    A. Absolutely.
5   05    Q. How did you do that?
6   06    A. I looked -- I looked at the pipeline, the size of
7   07 the pipeline, and I looked at the historical conversion
8   08 ratio of the pipeline.  So what are -- given a pipeline
9   09 of a certain size, what percentage of that pipeline --
10  10 you know, looking back, what percentage of that pipeline
11  11 would actually become hard book deals, and given our
12  12 historic conversion ratios, we were still -- had enough
13  13 pipeline to make or exceed our forecast.
14  14    Q. When you say "historic conversion ratios" -- I
15  15 just want to make sure that I remember and understand --
16  16 you were talking about end-of-quarter conversion ratios?
17  17    A. When you took at the size of the -- you know, the
18  18 size of the pipeline at any point in time --
19  19    Q. Yes.
20  20    A. -- at any point in time --
21  21    Q. Yes.
22  22    A. -- and what historically we've converted, I think
23  23 our historic conversion ratios are just south of
24  24 50 percent, historically.
25  25    Q. But is that the end of quarter?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00329:01    A. I think you can look at it at any point -- you
     02  can look at that at any point -- at any point in time.
     03  You can -- you can -- I mean, conversion ratio, you have
     04  to take two numbers and make a calculation, yes. So you
     05  have to look at pipeline and look at how many deals are
     06  in. So it's -- I mean, you can -- there are a couple of
     07  ways to do the calculation, including with simultaneous
     08  equations. But the easiest way to think about it is to
     09  take a look at what's the pipeline at the beginning of
     10  the quarter, and if that pipeline stays constant -- which
     11  of course, it doesn't, it fluctuates -- but if our
     12  pipeline stays constant, and we have a pipeline of $100
     13  million and 50 percent conversion ratio, we should sell
     14  $50 million worth of software. As the pipeline
     15  fluctuates, you still apply -- if the pipeline goes down
     16  from $100 million to $80 million, and you have a
     17  50 percent conversion ratio, and there's so much of the
     18  quarter remaining -- all right.
     19        Let me -- let me do this -- let me do this again.
     20    Q. Let me tell you where you're losing me.
     21    A. Okay.
     22    Q. Okay?
     23    A. All right.
     24    Q. I understand that pipeline rates vary, and
     25  conversion rates vary through a quarter.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00330:01    A. Right.
     02    Q. Because isn't the conversion ratio simply a
     03  math -- an algebraic formula, really, which is whatever
     04  forecast number at a given time there is, divided by
     05  whatever pipeline number at a given time there is?
     06    A. I'm sorry. This is -- this is the problem we had
     07  yesterday.
     08    Q. Yeah.
     09    A. That's a -- a fore -- there's two things:
     10  There's historic conversion ratios and forecast
     11  conversion ratios.
     12    Q. Okay. Now, the historic conversion ratio is the
     13  conversion ratio at the end of a -- derived at the end of
     14  a quarter?
     15    A. Correct.
     16    Q. All right. Now, isn't it true that as a quarter
     17  goes along, pipelines tend historically to decrease?
     18    A. Yes. Well, not necessarily. You know, when
     19  we're a very young company -- just a second. Sometimes,
     20  even as the quarter goes on -- depends on the stage of
     21  the company we're in, but recently -- there are two
     22  things that cause the pipeline to decrease. A few things
     23  that cause the pipeline -- if a deal is won, if Covisint
     24  is in the pipeline for $60 million or $70 million and
     25  that deal is won, it's no longer in the pipeline. It's
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00331:01  now won. So the pipeline goes down when deals are won.
     02        The pipeline goes down -- if you say, "Gee, I'm
     03  not going to bring Covisint in in the second quarter.
     04  It's going to slip to the third quarter," the pipeline
     05  goes down.
     06    Q. So -- so these historic conversion rates that
     07  you're talking about --
     08    A. Are actuals.
     09    Q. -- are actuals from the end of a quarter --
     10    A. Right.
     11    Q. -- with the actual revenue divided by the
     12  pipeline figure at the end of the quarter?
     13    A. By the pipeline figure -- again, that this is
     14  what -- you know, it could be the -- it could be the
     15  beginning of the quarter. I'm not sure -- I'm
     16  actually -- the historic calculation that I look at is --
     17  you know, is the average pipeline during the quarter and
     18  the -- and the conversion ratio.
     19        But there are several ways -- the trouble is
     20  there are several ways to make this calculation. So you
     21  can look at average -- so you'd look at -- you know, the
     22  actuals over average size of the pipeline is one of the
     23  ways that the calculation has been made. So you look at
     24  the average size of the pipeline during the quarter.
     25    Q. Okay.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

```
00332:01    A. And the actuals that were converted.
     02    Q. Okay. That's one way of doing it.
     03    A. That's one way of doing it. Unfortunately, there
     04  has not been a uniform approach of doing this, but the
     05  most -- the one that I find most accurate is the
     06  average -- the average size of the pipeline over the
     07  quarter --
     08    Q. Uh-huh.
     09    A. -- multiplied -- or excuse me -- divided into the
     10  actual results.
     11    Q. All right. The -- the -- are there reports that
     12  are generated, too, to show this calculation?
     13    A. I'm sure Finance -- you know, Finance -- Finance
     14  does the calculation. So --
     15    Q. Finance does the calculation --
     16    A. Finance does the calculation and provides -- and
     17  provides a number, you know, a -- a historic conversion
     18  rate number. So they publish a historic conversion rate
     19  number.
     20    Q. They do?
     21    A. I believe so.
     22    Q. Okay. Do you know what document this historic
     23  conversion rate number appears in?
     24    A. No.
     25    Q. Is it a document --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00333:01   A. But we took -- we -- I don't recall the -- you
02  know, the name of the document, but I've -- but I've --
03  we certainly have talked about historic conversion rates
04  routinely in meetings and doc -- I've seen documents with
05  conversion-rate data on it, historic conversion-rate data
06  on it.
07      Q. Okay.  Did -- was that a document that you were
08  provided or shown or that you saw in Q3 '01?
09      A. I think there -- there are documents that are
10  provided kind of as an analysis looking backward on a
11  quarter.  So we look back over a series of quarters and
12  try to understand what our historic conversion ratio is.
13  So it's -- it's not -- I don't know if I'm being helpful
14  here.
15      Q. The reason I'm looking puzzled is because we've
16  never seen these documents.
17      A. Oh, you've --
18      Q. And we've certainly asked for them, and so
19  it's --
20      A. Again, yeah, I don't specifically remember what
21  documents they were in or whether they were in
22  presentations -- analytical presentations.  It's
23  possible.
24      Q. Even so, we certainly asked for them.  We haven't
25  seen them.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00334:01   A. But since they're historic, the numbers should be
02  reproduce -- reproducible; right?  So we should be able
03  to recalculate that number.  I'm -- you know.
04      And I think we talk about them in our analyst
05  calls.  Historic conversion rates.  I'm positive we talk
06  about this all the time.  So if you have transcriptions
07  from -- you wanted consultation, but if you have
08  transcriptions of our analyst calls, I'm quite certain
09  it's something we return to -- refer to commonly.
10      MR. SALPETER: We have produced such documents.
11      THE WITNESS: So I think we have.
12      MR. DE GHETALDI: Do you have -- do you have
13  something that you can show me?
14      MR. RUBENSTEIN: We've produced pipeline reports
15  in packages, and they talk about historic conversion
16  ratios.
17      MR. DE GHETALDI: Well, I think that's something
18  completely different, and maybe we can find out.
19      MS. LAVALLEE: Let's take a few minutes.
20      MR. DE GHETALDI: Let's take a couple-minute
21  break.
22      THE VIDEOGRAPHER: Off the record, 2:52 p.m.
23      (Recess taken: 2:52 p.m. until 3:11 p.m.)
24      THE VIDEOGRAPHER: On the record, 3:11 p.m.
25      MR. DE GHETALDI: Q. Before we started talking

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00335:01  about the historic conversion rates, we were talking
02  about -- or I was asking you about whether pipeline
03  numbers tended to decrease as the quarter goes along
04  and and -- historically.
05      And you, I think, started to answer but didn't
06  quite finish.  And you said, "Well, if you go back to
07  when we were a very young company," and I think you were
08  starting to say that might be different than more current
09  or more modern version of Oracle
10      A. Even during the dot-com bubble, the pipeline
11  could just continue to grow rapidly during the middle of
12  a quarter even though deals were being converted and
13  being pulled out.  So it's hard to generalize.  There's
14  so many things that go into pipeline, it's very hard to
15  generalize.
16      Q. I was asking specifically about the end of the
17  quarter.
18      A. Oh, the end of the quarter where the pipeline
19  declines?
20      Q. Yeah.
21      A. At the end of the quarter, yes, the pipeline --
22  and it declines for two reasons.  Deals are closed and
23  pulled out of the pipeline.  Other deals, it becomes
24  clear they're not going to finish -- happen this quarter,
25  and they'll slip into the following quarter.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00336:01   Q. Okay.  All right.  That's --
02      A. So --
03      Q. That's helpful.  Okay.
04      Now, going back to Exhibit 107 --
05      MR. SALPETER: It's the affidavit.
06      THE WITNESS: Yeah.
07      MR. DE GHETALDI: Q. On page 5, you reference a
08  flash report for January 2001 which was sent on
09  February 12th.
10      MR. SALPETER: Which paragraph?
11      MR. DE GHETALDI: Paragraph 14.  Thank you.
12      Q. Do you see that?
13      A. Yes, I do.
14      Q. Is it your understanding that the flash report
15  you reference in that paragraph is the same as the flash
16  report which is Exhibit 110?  The one that's the e-mail.
17      And the reason I ask is because --
18      A. The answer -- the answer is I don't think so.
19  The real answer is I don't remember.
20      Q. Yes.
21      A. But the report I looked at had pipe -- again,
22  people use -- I have problems with the term "flash
23  report."
24      Q. Uh-huh.
25      A. I think it's been used multiple -- to refer to

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

**Page 337**

```
00337:01 different reports.
02      This has been described as a flash report.  It
03 has quite a bit of data in it.  Other things that -- have
04 been described as flash reports that are one or two pages
05 on a screen.  So, I'm afraid we might be using the term
06 "flash report" to refer to a couple of different reports.
07 I don't know.  I'm not trying to make things worse.
08      MR. RUBENSTEIN: Dario, is this Exhibit 42?
09      MR. DE GHETALDI: I believe it is.  We only
10 really got one set of the exhibits.
11      Do you -- (Counsel confer.)
12      That is, only the Delaware guys got a set of the
13 exhibits, and I can't -- I have no idea whether we got
14 the same thing.  Nicole has a better idea.
15      THE WITNESS: So some of these things called --
16 A. I've never used the term "flash report."
17      MR. DE GHETALDI: Yes.
18      THE WITNESS: So that's part of my problem.
19      MR. DE GHETALDI: Okay.
20      THE WITNESS: So I get, via e-mail, reports that
21 have actual results at the end of the first two months,
22 and I've described that.
23      MR. DE GHETALDI: Uh-huh.
24      THE WITNESS: As best I recall, I -- you know,
25 that does not have pipeline data in it.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

**Page 338**

```
00338:01      MR. DE GHETALDI: Right.
02      THE WITNESS: However, I also get reports with
03 pipeline data in it.  I'm not sure what that -- that
04 might also be called flash reports, these larger reports.
05 So I don't know if I'm just creating -- the term "flash
06 report" is -- I think they're referring to two different
07 things.  So these reports with the pipeline data, called
08 December flash report, and I believe this has -- has
09 pipeline data in it.
10      It does not?
11      MR. DE GHETALDI: No.
12      THE WITNESS: Okay.  Well -- this has no pipeline
13 data in it.  I do get -- I do look at pipeline data in
14 the weekly reports -- in the weekly reports, so that's
15 why I'm concerned when it says I received -- the data was
16 in this particular report.  It is true I received
17 actual -- actual information.  I receive pipeline -- I
18 weekly receive -- every week, I receive pipeline
19 information.
20      Okay.  All right.  I think -- I think I can
21 answer -- I think I can answer this.  This paragraph
22 refers to more than the data -- let me try this.
23      This paragraph refers to more than the data that
24 was in the, quote, flash report.
25      MR. DE GHETALDI: Yeah, I --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

**Page 339**

```
00339:01      THE WITNESS: It refers to -- the thing -- yes, I
02 received the flash report, and after reviewing the report
03 and other reports, would be more precise.  After
04 reviewing the -- am I -- every -- reviewing the report
05 and other reports.
06      MR. DE GHETALDI: Okay.  I --
07      THE WITNESS: "The company's prospects still look
08 solid, and the pipeline was strong."
09      THE REPORTER: I'm sorry, I didn't hear the end.
10 "Prospects still look ..."
11      THE WITNESS: "The company's prospects still look
12 solid, and the pipeline was strong."
13      MR. DE GHETALDI: I think that was a conclusion
14 similar to the one that we reached with respect to the
15 December pipeline report.
16      THE WITNESS: Okay.  So...
17      MR. DE GHETALDI: Yeah.
18      MR. RUBENSTEIN: Is Exhibit 110 the same document
19 as what's contained in Exhibit 42 to the Summary Judgment
20 Motion?
21      MR. DE GHETALDI: No, and we're getting that
22 copied now.  It appears that Exhibit 42 is an e-mail,
23 short cover page with the second page of Exhibit 109 as
24 an attachment.
25      MR. RUBENSTEIN: Okay.  That's -- we're having
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

**Page 340**

```
00340:01 that copied?
02      MR. DE GHETALDI: Yes.
03      What's 40?
04      And there's the confusion.  Exhibit 40, which is
05 referenced in paragraph 12, is the same as Exhibit 8 --
06 or 108.  And that is the e-mail plus the Product Revenue
07 Flash.
08      Exhibit 41 is the same as Exhibit 110.
09      MR. RUBENSTEIN: Okay.
10      MR. DE GHETALDI: It does not have -- it has --
11 it does not have -- well, let's go off the record.
12      THE VIDEOGRAPHER: Off the record --
13      You want me to go off the record, sir?
14      MR. DE GHETALDI: Yes.
15      THE VIDEOGRAPHER: Off the record, 3:20 p.m.
16      (Discussion off the record.)
17           (Whereupon, DC Exhibit 111 was marked
18           for identification.)
19      THE VIDEOGRAPHER: On the record, 3:22 p.m.
20      MR. DE GHETALDI: We've had an off-the-record
21 discussion during which we compared the exhibits from the
22 Summary Judgment Motion and the exhibits from the
23 deposition today, and we've determined that Exhibit 40 to
24 the Summary Judgment Motion is the same as Exhibit 108
25 here today.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00341:01      Exhibit 42 to the Summary Judgment Motion is the
02     same as the document that's just been marked as
03     Exhibit 111.
04         And Exhibit 10 is the -- to the deposition -- I'm
05     sorry -- 110 to the deposition here today is the same as
06     Exhibit 41 to the Summary Judgment Motion.
07         All right.
08     Q. So getting back to the exhibits, Mr. Ellison,
09     have you ever seen Exhibit 111 before today?
10     A. Yes, I have.
11     Q. Do you recall receiving this document in -- or on
12     or about February 12, 2001?
13     A. I assume I did, but I don't recall.
14     Q. And returning, then, to paragraph 14 of your
15     Summary Judgment Affidavit, which has been marked as
16     Exhibit 107 here today, in that paragraph, you say that
17     after reviewing the report -- and the report that's
18     referenced was Exhibit 111 today, Exhibit 42 to the
19     Summary Judgment Motion -- you say that you still believe
20     that Oracle would meet its quarterly revenue and earnings
21     targets, the company's revenues still look solid, and
22     the pipeline is strong.
23         MR. SALPETER: You have that magnifying glass?
24         MR. DE GHETALDI: Yes. You see why I bring it?
25         THE WITNESS: Okay.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00342:01      MR. RUBENSTEIN: Is there a question pending?
02     MR. DE GHETALDI: No.
03     THE WITNESS: I think I answered the question,
04     which was yes.
05         The question wasn't yes. The answer was.
06     MR. DE GHETALDI: Q. All right. The -- what
07     about the company's prospects, as shown in Exhibit 111,
08     made you think that they were solid -- and I won't ask
09     about the pipeline because we've established that that
10     was from a different document or a different source.
11     A. The -- again, from a year-to-date standpoint, we
12     were still ahead of -- you know, we were showing good
13     growth over -- over the previous year.
14     Q. And again, I think -- I think paragraph 14 of
15     my -- of my affidavit said that there was nothing in this
16     document that changed my view and that the company's
17     prospects were solid and the pipeline -- and the pipeline
18     was still strong. I think that's what I said. In other
19     words, I went -- before I looked at the document, I
20     believed we'd meet our targets. After I looked at the
21     document, I believed we'd meet our targets. I factored
22     the information in this document in with different
23     information with my -- with the weekly report, and in sum
24     total, with all the information that I had, I believed
25     that we would still meet our -- meet our license revenue

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00343:01 forecast and our EPS forecast.
02     Q. Is there any document -- or is there any
03     information in Exhibit 111 that you thought would be
04     important to an investor when that investor was
05     considering the total mix of information that the
06     investor knew about Oracle?
07     A. Is there anything in here in particular that I
08     thought would be of interest to an investor?
09     Q. Right. Either positive or negative.
10     A. I don't know how to answer that question. This
11     is -- I get an awful lot of information on the -- I
12     suppose investors might like to see everything I see.
13     I'm not sure it's a good idea that they look at any one
14     document.
15         The answer is I don't know how to answer that
16     question.
17     Q. Well, do you think it would be important for an
18     investor to know that Oracle had only 12 percent growth
19     in its database revenues total as of the end of
20     January 2001, when Oracle had predicted a 25 percent
21     growth?
22     A. Of total license -- of total license sales?
23     Q. Right.
24     A. The 12 -- let me just look at the numbers.
25     Again, you're asking me what would be of interest to

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00344:01 investors?
02     Q. Uh-huh.
03     A. And I'm just -- I'm just not sure what that --
04     exactly what that means.
05     Q. Okay. Did -- did that analytical framework ever
06     factor into your thought process in Q3 '01, when
07     determining for yourself whether or not you had material
08     inside information about Oracle? That is, what would be
09     what an investor would think is important?
10     A. Yeah. I think there was nothing material, other
11     than I thought -- that was not public. We had given
12     guidance for revenue -- revenue that I thought we were
13     going to meet. We had given guidance for earnings per
14     share that I thought we were going to meet. There was no
15     acquisition or any other material item that I knew of. I
16     guess you're asking, so...
17     Q. Well, you're using the word "material." And I
18     asked you --
19     A. You said "of interest."
20     Q. -- whether in making that determination --
21     A. Yeah.
22     Q. -- whether you considered the information that
23     you knew from an investor's point of view.
24     A. Right.
25     Q. Did you?

00345:01   A. Again, I'm not sure what you mean by "an
02  investor's point of view." There's so many different
03  kind -- there's so many different investors.  But if I
04  was an investor -- and I am -- I'd want to know how they
05  were going to do in the quarter.  That's what I would
06  want to know, right?  That's what I would want to know.
07       There are two things that investors typically
08  look that affect our stock price -- look at.  One is our
09  license growth rate; the other is our earnings per share.
10  And by looking at the state of our pipeline and how much
11  revenue was already in, we were way ahead of where we
12  were the year before.  Our pipeline was stronger -- was
13  growing faster than our forecasted license growth.  Given
14  historic conversion ratios, we were going to easily
15  make -- we were going to make our earnings per share.  So
16  I thought, you know, those are all things that would be
17  of interest to investors.
18       Q. Okay.  Did you think Oracle's actual revenue
19  results for December and January would be important to an
20  investor to know?
21       A. Not in isolation of all of the other data.  I
22  mean, little -- I mean, looking at lots of little leaves
23  without looking at the trees I don't think is very
24  valuable and can be misleading.  So...
25       Q. Well, that's fair.

00346:01       In February -- or in early February 2001, based
02  on the actual results from December and January, did you
03  think the company's prospects looked as solid in the
04  first week of February as they had in mid January?
05       A. That's -- I certainly thought in both cases that
06  we were going to make -- we were going to make our
07  number.  So, did I believe we the -- potential upside was
08  as great?  I mean, again, I'm just -- I'm not sure what
09  you mean by as -- I'm just saying what does "as solid"
10  mean?
11       Q. Well, you say in paragraph 14 of Exhibit 107 --
12       A. Yeah.
13       Q. -- that "Oracle's prospects still looked solid."
14       A. Yes.  "Solid" means we won't -- and you said "as
15  solid."
16       Q. Fine.
17       A. Which is different.
18       Q. Yes.
19       A. I said they still looked solid.
20       Q. Yes.
21       A. And you asked did they look as solid.
22       Q. Yes.
23       A. And "solid," to me, means we're going to make our
24  numbers.
25       Q. Okay.

00347:01       A. "As solid" might mean do I think we'll exceed
02  them by as much as I thought we would exceed them by the
03  week before, and the answer is, I don't recall.
04       Q. All right.  If you'll turn, please, to page 9 of
05  Exhibit 107.  And please read paragraph 27 to yourself.
06  You don't have to read it out loud.
07       A. Okay.  Okay.
08       Q. You say, down towards the bottom of page 9,
09  "Moreover, business in Q3 was becoming more profitable
10  because our margins were increasing."
11       A. Yes.
12       Q. What was the source of your information for that
13  statement?
14       A. The weekly reports.
15       Q. Okay.
16       A. Our expenses -- our sales were going up, and
17  expenses were forecast to go down.
18       Q. And the weekly reports that were distributed at
19  the EMC meeting --
20       A. Correct.
21       Q. -- do you recall the degree of increase in the
22  margin that you were seeing in Q3 '01?
23       A. I don't.
24       Q. Do you recall at what period of the quarter you
25  were seeing these increased margins?

00348:01       A. Throughout the quarter.
02       Q. Okay.  Were these increases increases -- absolute
03  increases as the quarter went along, or were these
04  increases over Q3 '00?
05       A. Over Q3 '00.
06       Q. Do you recall how -- what the margins tended to
07  do -- that is, the forecasted margins -- tended to do as
08  Q3 '01 went along?
09       A. I'm not sure they moved around very much, but
10  I -- well, they might have fluctuated a little bit, but I
11  don't think a lot.  But that's at best I recall.
12       Q. Then you say, "Thus, even if there were some deal
13  slippage, I believe that margin increases driven by
14  expense reductions could overcome it."
15       Had you seen any deal slippage as of January 19,
16  2001, in Oracle's actual results?
17       A. No.
18       Q. Then is there a reason why that eventuality or
19  that possibility is included in this sentence of your
20  affidavit?
21       A. Just -- just margin for error.  I mean, there's
22  two ways to improve the quality of your business.  One is
23  to sell more software; the other is to reduce what you're
24  spending.  We were doing both simultaneously, so one gave
25  us cushion over the other.  So the two work in concert to

1   00349:01  improve your earnings. But it would only affect the one
2   02  thing. It would only help us make our earnings per share
3   03  target. It would do nothing to help us make our license
4   04  growth target.
5   05      Q. It's your -- now, what sources of information did
6   06  you base this -- the belief that expenses were being
7   07  reduced on?
8   08      A. Oh, well, we'd been reducing expenses for a long
9   09  time. So we had a program of expense reduction in place
10  10  for some time, and every quarter, expenses were going
11  11  down.
12  12      Q. Okay. And were the expenses being reduced,
13  13  compared to Q3 '00, in Q3 '01?
14  14      A. I think Q3 '00, and sequentially from Q2 '00 --
15  15  Q2 '01. I'm sorry.
16  16      Q. So in other words, every quarter, expenses went
17  17  down?
18  18      A. With the possible exception of Q4 because of a
19  19  large commission expense in Q4. But if you factor out
20  20  commission expense, I think we had a pretty good track
21  21  record of reducing expenses every quarter.
22  22      MR. DE GHETALDI: Need to change the tape now?
23  23  That would be fine.
24  24      THE VIDEOGRAPHER: This is the end of Volume II,
25  25  Tape 2, in the deposition of Lawrence J. Ellison on

1   00350:01  February 27, 2004. The time, 3:38 p.m. We are off the
2   02  record.
3   03      (Discussion off the record.)
4   04      THE VIDEOGRAPHER: This is the beginning of
5   05  Volume II, Tape 3, in the deposition of Lawrence J.
6   06  Ellison on February 27, 2004. The time 3:41 p.m. We are
7   07  on the record.
8   08      MR. DE GHETALDI: Let's mark this document as
9   09  next in order.
10  10      (Whereupon, DC Exhibit 112 was marked
11  11      for identification.)
12  12      THE WITNESS: Okay.
13  13      MR. DE GHETALDI: Q. Have you ever seen
14  14  Exhibit 112 before today?
15  15      A. I don't recall.
16  16      Q. Have you ever seen any documents like it before
17  17  today?
18  18      A. Yes.
19  19      Q. When?
20  20      A. Whep. I don't -- do not recall.
21  21      Q. Okay. Do you recall where or --
22  22      A. The -- the office.
23  23      Q. Do you recall where you got them?
24  24      A. In some meeting. Someone gave that to me. But I
25  25  don't know -- I don't know when.

1   00351:01      Q. All right. Do you recall seeing them in Q3 '01?
2   02      A. No.
3   03      Q. All right. Going back to your trades. The
4   04  reasons, I think, that you've enumerated for your trades
5   05  include creating taxable income, paying down debts, and
6   06  raising cash. Were those the reasons for your trades in
7   07  Q3 '01?
8   08      A. Yes.
9   09      Q. Did you have any other reasons?
10  10      A. Again, I'm not sure what you mean by that. But
11  11  my options were expiring, so I had to --
12  12      Q. I forgot that one.
13  13      A. That was an important one. I just...
14  14      Q. With those four, any others that you can think
15  15  of?
16  16      A. No.
17  17      Q. Okay. Which debts did you want to pay down with
18  18  the proceeds from the sale of your stock?
19  19      A. I own several -- several companies, and I -- you
20  20  know, I bought the companies on margin, so I had margin
21  21  loans to buy the companies. And I paid down the margin.
22  22  Margin debt.
23  23      Q. Is that everything, in terms of debt, that you
24  24  wanted to pay down?
25  25      A. I think so.

1   00352:01      Q. Okay. Do you recall the -- the amount of the
2   02  debt that you wanted to pay down?
3   03      A. The original goal was to raise something like
4   04  $800 million with the sales. We didn't raise that much,
5   05  but that was -- that was the goal before we started
6   06  selling.
7   07      Q. After tax, that is?
8   08      A. After tax, right.
9   09      Q. And so do you -- did you want to pay down
10  10  $800 million worth of debt?
11  11      A. No. I wanted to pay down -- pay down some of the
12  12  debt and then have -- have cash to continue to fund the
13  13  start-up companies that I owned.
14  14      Q. How much of the debt did you want to pay down?
15  15      A. You'd have to ask Philip Simon.
16  16      Q. Okay. Now, which companies are you talking
17  17  about?
18  18      A. I own -- I own a company called nCube. I own a
19  19  company called -- well, actually, I'm not sure exactly
20  20  how many companies I owned at the time, so -- right now,
21  21  I own a company called nCube. I own a company called
22  22  Pillar Data that's change -- a disk drive company. I
23  23  owned a company called NET Suite, a software company. I
24  24  have an investment in Knowledge Universe. That's being
25  25  dissolved, but I have a 25 percent interest. I own a

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00353:01  quarter of LeapFrog, which is now public.  But LeapFrog
02  was owned — came out of my investment in Knowledge
03  Universe.
04      But I think the big ones at the time, the two big
05  ones at the time were Knowledge Universe and nCube.
06      Q. Okay.
07      A. But I'm sure there were others.
08      Q. Okay.  To — to what institutions did you owe
09  this money?
10      A. I don't recall.
11      Q. Has —
12      A. There was — there was a consortium of banks that
13  loaned the money.
14      Q. Would Mr. Simon know that?
15      A. Absolutely.
16      Q. All right.  In terms of the cash that you wanted
17  to raise over and above the debts that you wanted to pay
18  down, what was your goal in terms of raising cash before
19  you started exercising options in January 2001?
20      A. Again, the — you'd have to check with Philip.
21  But I think pay down $600 million in debt and then keep
22  $200 million for — to continue to fund those
23  investments, which required continuous funding.
24      Q. Okay.  Was some of the cash that you wanted for
25  your boat, the Americas Cup boat?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00354:01  A. I think — oh, yeah, probably.  Probably.  For
02  Americas Cup, sure.
03      Q. And some of the cash that you wanted — you
04  wanted some cash for your improvements to your house?
05      A. I was building a new house — building a new
06  house, yes.  You're absolutely right.
07      Q. The one in Woodside?
08      A. Yes.
09      Q. Is it your recollection that in January 2001,
10  both nCube and Knowledge Universe were at a stage in
11  their corporate development where they required the
12  infusion of money on a regular basis or —
13      A. NCube did.  In — Knowledge Universe required
14  less.  Knowledge Universe had an initial investment of, I
15  think, about $300 million, which I borrowed and then paid
16  off.  I think there were additional payments to Knowledge
17  Universe, but not large ones.
18      Q. Okay.  And the security for these loans was
19  Oracle stock?
20      A. Yes. •
21      Q. Okay.  When you were not able to raise the
22  800 million, where did — where did you end up — what
23  did you end up doing with the money?
24      A. I'm guessing, but I think we kept about
25  $150 million in cash.  Philip Simon would know.  Kept
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00355:01  about 150 million in cash and used the rest for debt
02  retirement.  But I'm — I'm just guessing.
03      Q. That's fine.  And I appreciate you telling
04  me when you don't really know, and I also appreciate you
05  telling me that Mr. Simon would be the best person to
06  ask.
07      A. Okay.
08      THE WITNESS: Want to take a break now?
09      MR. DE GHETALDI: Sure.  Thanks.  Just a little
10  trouble finding the next exhibit.
11      THE VIDEOGRAPHER: Off the record, 3:53 p.m.
12      (Recess taken: 3:53 p.m. until 4:17 p.m.)
13          (Whereupon, DC Exhibits 113-119 were
14          marked for identification.)
15      THE VIDEOGRAPHER: On the record, 4:17 p.m.
16      MR. DE GHETALDI: Q. Mr. Ellison, you've been
17  handed a group of documents which have been marked
18  Exhibits 113 through 118.  Have you seen any of these
19  documents before today?
20      A. No, I haven't.
21      Q. Okay.  Let's start with Exhibit 113, and I'm
22  going to ask you to turn to the last page of that
23  document.  In the lower right-hand corner there is a
24  signature.  Is that your signature?
25      A. No, it's not.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00356:01  Q. Do you know whose signature it is?
02      A. I do not.
03      Q. Do you recall authorizing anyone to sign a
04  Form 144 on your behalf in January of 2001?
05      A. Either Carolyn or Philip.
06      Q. Okay.  The form indicates that number of shares
07  to be sold was 5 million.  Do you know why that number
08  was used on this form?
09      A. No, I don't.
10      Q. Please turn to Exhibit 114 and, once again, to
11  the last page.  In the lower right-hand corner, do you
12  know whether that signature is yours or not?
13      A. It is not.
14      Q. Once again, do you know who signed it on your
15  behalf?
16      A. I do not.
17      Q. Would either Carolyn Balkenhol or Philip Simon
18  have been authorized to sign this Form 144 on your behalf
19  in December — or — I'm sorry — in January 2001?
20      A. Yes.
21      Q. And once again, do you know why the number of
22  shares to be sold indicated on the form is 5 million?
23      A. I do not.
24      MR. DE GHETALDI: All right.  These forms were
25  obtained from the SEC web site at a time when it was easy
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00357:01 to do that. I've just noticed that your Social Security
02 number is on them, and I'd ask that the court reporter
03 redact those numbers where they appear in the transcript.
04     Is that okay with everybody?
05     THE WITNESS:  Thank you.
06     MR. RUBENSTEIN:  Certainly.
07     MR. DE GHETALDI:  Q.  Now, please turn to
08 Exhibit 115.
09     A.  Okay.
10     Q.  And once again, to the last page, the signature
11 block.  Do you recognize that as your signature?
12     A.  It is not.
13     Q.  And were both Philip Simon and Carolyn Balkenhol
14 authorized to sign Form 144 on your behalf in
15 January 2001?
16     A.  Yes, they were.
17     Q.  What do you understand a Form 144 to be?
18     A.  An intent to sell stock.
19     Q.  Okay.  Anything -- anything other than that?
20     A.  No.
21     Q.  Do you understand it to be --
22     A.  Disclo -- disclosure, a public disclosure that
23 you're selling stock.
24     Q.  Okay.  Do you know why your intention to -- to
25 sell approximately 40 million shares was not disclosed in

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00358:01 the Form 144?
02     MR. SALPETER:  Objection to form.
03     THE WITNESS:  I could guess.
04     MR. DE GHETALDI:  Q.  I don't want you to
05 guess.
06     A.  No.
07     Q.  -- I'd like to know that, but I don't want you to
08 guess.
09     A.  No.
10     Q.  Thank you.
11     A.  Because we didn't sell 40 million -- I'll throw
12 it out anyway.  Because we didn't -- we didn't sell that
13 many shares, did we?
14     Q.  No.
15     A.  Right.  I think -- I think because of the
16 constraints, the price constraint and the volume
17 constraint, that it was released over time.  But -- but
18 the answer -- that's still yes.  I'm just guessing.  That
19 makes sense to me.
20     Q.  All right.  Please turn to Exhibit 116.
21     A.  Yes.
22     Q.  Do you recognize the signature in the signature
23 block on the third page of Exhibit 116?
24     A.  That's Philip's signature.
25     Well, I think it is.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00359:01     Q.  And next to the signature, there's typewritten
02 "Philip B. Simon, Attorney in Fact."
03     Is it your understanding that he was signing this
04 document under a power of attorney for you?
05     A.  It looks that way.
06     Q.  Is that your understanding?
07     A.  You mean as I look at this now, is that what I
08 understand to be the case?
09     Q.  Yes.
10     A.  Yes.
11     Q.  And please turn to the signatures page on
12 Exhibit 117.  Do you recognize the signature on that
13 page?
14     A.  Yes.
15     Q.  Do you recognize that as Mr. Simon's signature?
16     A.  Yes.
17     Q.  He's doing a little better following the
18 California form for signing as attorney in fact.  Do you
19 understand him to be signing this Form 144 on your behalf
20 under his power of attorney?
21     A.  Yes.
22     Q.  Please turn to Exhibit 118, and the signature
23 page on the third page of 1 -- of Exhibit 118.
24     A.  Are these -- question:  Are these issued before
25 you sell or after you sell?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00360:01     Q.  Well --
02     A.  I'm just -- I don't -- I don't know.  I'm just --
03 another possibility, they were issued after -- after we
04 sold.  But I don't know.
05     I'll stop guessing.  I'm curious myself, but I
06 don't -- I'll stop asking you questions.  I'm not
07 supposed -- I'm not supposed to do that, am I?
08     Q.  Right.
09     A.  But under Delaware rules, my lawyer can't stop me
10 from -- so I'm --
11     Q.  Right.
12     A.  -- free to do whatever I want.
13     MR. DE GHETALDI:  You figure he can't talk to
14 you, maybe I can.
15     MR. RUBENSTEIN:  Just keep that in mind next time
16 we talk about which rules you'd like.
17     MR. DE GHETALDI:  Hey, it was your idea.
18     Q.  All right.  On the third page of Exhibit 118, in
19 the signature block, do you recognize that to be
20 Mr. Simon's signature there?
21     A.  Yes.
22     Q.  Now, this time he signed it as -- with an
23 indication "trustee" typed after his name.  Do you know
24 what trust he was executing this as trustee of?
25     A.  No.  I wasn't even certain he was a trustee until

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00361:01  earlier in the deposition.
2        02   Q. Right.
3        03   A. But it looks like he's a trustee of a living
4        04   trust.
5        05   Q. Okay. Now, please turn to Exhibit 119 and the
6        06   signature block on page 3.
7        07   A. Philip Simon's signature.
8        08   Q. Okay. And once again, as trustee. Do you know
9        09   of which trust he's signing as trustee of?
10       10   A. I do not.
11       11   Q. But it's your understanding that Mr. Simon or
12       12   Carolyn Balkenhol were both authorized to sign these
13       13   Form 144s on your behalf in January 2001? And I'm
14       14   speaking of Exhibits 113 through 119.
15       15   A. Yes.
16       16   Q. Did you have any discussions with Ms. Balkenhol
17       17   or Mr. Simon about the execution and filing of these
18       18   Forms 144 in January 2001?
19       19   A. Not that I recall.
20       20   Q. Who is Joe Lockhart?
21       21   A. Oh, he was Bill Clinton's press secretary for a
22       22   while. He was my assistant.
23       23   Q. Okay. When was he hired as your assistant?
24       24   A. I think after President Clinton left office. But
25       25   I'm not -- I'm not certain.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00362:01  Q. Okay. Is he still employed as your assistant
2        02   today?
3        03   A. No, he's not.
4        04   Q. When was he last employed by you?
5        05   A. Some time ago, he went back and opened a PR
6        06   agency in Washington, D.C.
7        07   Q. All right. All right.
8        08   A. Couple years ago.
9        09   Q. All right. Do you recall efforts in January 2001
10       10   to deal with public reaction to the filing of your
11       11   initial Form 144 in January 2001?
12       12   A. I don't.
13       13   Q. What type of assistant was Mr. Lockhart for you?
14       14   A. He was responsible for managing press relations
15       15   for me personally.
16       16   Q. All right.
17       17   A. As opposed to for the company.
18       18   Q. Okay. So he was a personal employee as opposed
19       19   to an employee of Oracle?
20       20   A. No, he was an employee of Oracle.
21       21   Q. All right. But his job responsibilities were
22       22   only to handle your press relations?
23       23   A. Focus on my press relations. Of course, that has
24       24   input -- impact on the company as a whole as well. In
25       25   fact, I think he filled in for a while running PR for the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00363:01  entire company. So I think part of the time he was
2        02   focused on me; part of the time he was focused on the
3        03   company while he was here. While he was at Oracle.
4        04   Q. Okay. What do you recall about the public
5        05   disclosure of the sales of your stock in January 2001?
6        06   A. I'm not sure of anything in particular, that they
7        07   were -- as far as I know, they were disclosed properly,
8        08   and that's all I know.
9        09   Q. Do you recall any reaction, public reaction, to
10       10   the disclosure of your sales? In January, that is.
11       11   A. It was a large sale. I think people read about
12       12   it, but I don't -- I don't remember anything specific.
13       13   Q. Okay.
14       14   MR. DE GHETALDI:  This will be 120.
15       15        (Whereupon, DC Exhibit 120 was marked
16       16        for identification.)
17       17   THE WITNESS:  Okay.
18       18   MR. DE GHETALDI:  Q. Do you recall receiving the
19       19   e-mail that's been marked as Exhibit 120 on or about
20       20   December 18th, 2000?
21       21   A. I don't recall it, but I'm sure I did.
22       22   Q. Okay. Do you recall that as of December 18th,
23       23   you intended to exercise but not sell about $20 million
24       24   in options that were expiring in August 2001?
25       25   A. I don't recall it, but I'm sure that's what
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00364:01  happened.
2        02   Q. Okay. Do you know why you only intended to
3        03   exercise but not sell $20 million in options in
4        04   December 2000?
5        05   A. Yes.
6        06   Q. Why?
7        07   A. It was part of a tax planning process.
8        08        Sometimes I had losses during the year, and that
9        09   allowed me to exercise and sell options -- excuse me --
10       10   exercise and hold options without having to pay taxes on
11       11   the options. So at the end of every year, Philip would
12       12   review whether I was carrying a loss in that year, due do
13       13   my other investments, and if I should offset that loss
14       14   with a gain in Oracle stock by exercising an option and
15       15   holding.
16       16   MR. DE GHETALDI:  All right. This will be
17       17   Exhibit 121.
18       18        (Whereupon, DC Exhibit 121 was marked
19       19        for identification.)
20       20   THE WITNESS:  Okay.
21       21   MR. DE GHETALDI:  Q. Have you ever seen Exhibit
22       22   121 before today?
23       23   A. No.
24       24   Q. Do you recall discussions about the subject of PR
25       25   with respect to your option-exercise activity in
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00365:01 January 2001? |
| 2 | 02 A. Yeah. |
| 3 | 03 Q. Okay. What do you recall about that? |
| 4 | 04 A. Just that it was a -- a large sale -- I had -- |
| 5 | 05 you know, I had -- I have a record of not selling Oracle |
| 6 | 06 stock very often. I don't sell a lot of stock. I'm not |
| 7 | 07 in the market very often. So it was an unusual event for |
| 8 | 08 me to actually be selling. |
| 9 | 09 And the question was, you know, making sure |
| 10 | 10 people -- somehow communicating this did not show a lack |
| 11 | 11 of faith in the company. I was selling, you know, a |
| 12 | 12 couple of percent of what I owned. I was holding onto |
| 13 | 13 98 percent of what I owned. Some of what I was going to |
| 14 | 14 sell, the options -- namely, the options -- had to be |
| 15 | 15 sold or they'd be -- or they'd expire. |
| 16 | 16 So just communicating that clearly and accurately |
| 17 | 17 to the press so that they didn't think somehow I was |
| 18 | 18 losing faith in the company. Because on -- clearly, on |
| 19 | 19 the face of it, it -- you know, it's a very large dollar |
| 20 | 20 amount. But as a percentage of my overall holdings, it's |
| 21 | 21 a very small percentage. |
| 22 | 22 Q. Okay. Did you have any discussions with |
| 23 | 23 Carolyn Balkenhol or Philip Simon in January 2001 about |
| 24 | 24 the need to resolve whether to refer to paying down |
| 25 | 25 outstanding debt to justify the sales? |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00366:01 A. I certainly may have, but I don't recall. I have |
| 2 | 02 no specific recollections. |
| 3 | 03 (Whereupon, DC Exhibit 122 was marked |
| 4 | 04 for identification.) |
| 5 | 05 THE WITNESS: Okay. |
| 6 | 06 MR. DE GHETALDI: Q. Have you ever seen |
| 7 | 07 Exhibit 122 before today? |
| 8 | 08 A. I have. |
| 9 | 09 Q. Is this one of the documents you reviewed to |
| 10 | 10 prepare for your deposition? |
| 11 | 11 A. No. |
| 12 | 12 Q. Okay. When did you first see this document? |
| 13 | 13 A. I think -- looks like January 24th on -- 2001. |
| 14 | 14 Q. To your knowledge -- or do you recall discussing |
| 15 | 15 the contents of Exhibit 122 with Mr. Simon? |
| 16 | 16 A. I certainly may have. I don't recall. |
| 17 | 17 (Whereupon, DC Exhibit 123 was marked |
| 18 | 18 for identification.) |
| 19 | 19 THE WITNESS: Okay. |
| 20 | 20 MR. DE GHETALDI: All right. |
| 21 | 21 Q. Have you ever seen Exhibit 123 before today? |
| 22 | 22 A. Not that I recall. |
| 23 | 23 Q. Exhibit 123 appears to be an e-mail from |
| 24 | 24 Mr. Simon to Carolyn Balkenhol. Do you -- and before he |
| 25 | 25 types his name, he -- he says, "Carolyn, please update |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00367:01 Larry." |
| 2 | 02 Do you recall Carolyn Balkenhol updating you |
| 3 | 03 about the -- the trading activities during the period |
| 4 | 04 from January 22nd, 2001, to January 31st, 2001? |
| 5 | 05 A. She probably did up, but I don't remember. |
| 6 | 06 (Whereupon, DC Exhibit 124 was marked |
| 7 | 07 for identification.) |
| 8 | 08 THE WITNESS: Okay. |
| 9 | 09 MR. DE GHETALDI: Q. Do you recall receiving |
| 10 | 10 Exhibit 124 on or about January 24th, 2001? |
| 11 | 11 A. I'm sure I received it. I don't recall receiving |
| 12 | 12 it. |
| 13 | 13 Q. Okay. Do you recall reviewing a draft of a press |
| 14 | 14 release recommended by Mr. Lockhart for release after |
| 15 | 15 public -- the public became aware of your initial sales? |
| 16 | 16 A. Yes, I do. |
| 17 | 17 Q. Okay. Did you approve the draft press release |
| 18 | 18 that is shown on the first page of Exhibit 124? |
| 19 | 19 A. I think I did. |
| 20 | 20 Q. Okay. Do you recall why the press release |
| 21 | 21 only -- or why the press release states that the sale -- |
| 22 | 22 let's see. "The sale of stock is for tax planning |
| 23 | 23 purposes, the same circumstance as his last sale in May |
| 24 | 24 of 1996." |
| 25 | 25 A. Is this the press release we actually issued? |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

| | |
|---|---|
| 1 | 00368:01 I'm just -- this says "a press release." You asked me if |
| 2 | 02 I approved a press release. And I think the answer is I |
| 3 | 03 think I did. But was this the press release? This looks |
| 4 | 04 like a press -- a recommended press release. |
| 5 | 05 Q. This is a recommended press release. |
| 6 | 06 A. Right. This was not the press release issued? |
| 7 | 07 Q. This is a recommended press release. |
| 8 | 08 A. Okay. Because I don't think I approved this |
| 9 | 09 press release because -- at least I don't think I did. |
| 10 | 10 So the answer is, I think I approved a press -- I |
| 11 | 11 think I approved a press release on this. |
| 12 | 12 Q. But a different one? |
| 13 | 13 A. Not this one. Not this press release. |
| 14 | 14 Q. Okay. Do you recall how the approved press |
| 15 | 15 release differed from the press release that's shown on |
| 16 | 16 the first page of Exhibit 124? |
| 17 | 17 A. I don't. |
| 18 | 18 Q. If you turn to the second page of Exhibit 124, |
| 19 | 19 which is a copy of a -- an e-mail from Joe Lockhart to |
| 20 | 20 Safra Catz, which contains a copy of an e-mail from Safra |
| 21 | 21 Catz to Joe Lockhart. |
| 22 | 22 A. Right. |
| 23 | 23 Q. And the -- it shows that Safra Catz wrote that |
| 24 | 24 she had "discussed the press release with Larry, and he |
| 25 | 25 approved one to hit the moment the SEC publishes the |

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00369:01  notice or the news leaks out anyway."
02      Q.  Do you recall the timing aspect of the release of
03  this press release?
04      A.  I really don't.
05      Q.  Okay.  Do you recall approving a press release
06  that contained the facts that are listed by Safra Catz as
07  the important facts on the second page of Exhibit 124?
08      A.  I don't.
09          (Whereupon, DC Exhibit 125 was marked
10              for identification.)
11      THE WITNESS:  Okay.
12      MR. DE GHETALDI:  Q.  Have you ever seen
13  Exhibit 125 before today?
14      A.  No, sir.
15      Q.  Okay.
16          (Whereupon, DC Exhibit 126 was marked
17              for identification.)
18      MR. DE GHETALDI:  Q.  Have you seen Exhibit 126
19  before today?
20      A.  No.
21      Q.  Okay.  Do you recall having a discussion with
22  Safra Catz on or about January 25th, 2001, where there
23  was --
24      A.  It's getting a little -- getting a little
25  clearer.  As I read these, my memory is slowly being

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00370:01  refreshed.  I think it's my memory.  But vaguely --
02  vaguely, yes.
03      Q.  Did we ever issue a press release?
04      A.  I'm not sure.  That's what I'm trying to find
05  out.
06      A.  Okay.  Because I think I -- I hate to say I'm
07  guessing.  I think I might have looked at this and said
08  that's -- no, we're not issuing that release.
09      Q.  Okay.  Do you recall why?
10      A.  I don't recall, but let me reproduce what I
11  think.  If I were to look at this now and analyze it,
12  it's not correct that we're releasing it for tax planning
13  purposes -- or selling it for tax planning purposes.
14  That's not -- whatever "tax planning purposes" means.
15  I'm not even sure -- it's very strange words.  But I
16  don't think that's -- I don't know what "tax planning
17  purposes" means.
18      But -- no, this -- if I were to write -- faced
19  with the same situation, if I was asked to rewrite this
20  press release, I would rewrite this press release.
21      Q.  Okay.
22          (Whereupon, DC Exhibit 127 was marked
23              for identification.)
24      THE WITNESS:  Okay.
25      MR. DE GHETALDI:  Q.  Do you recall receiving

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00371:01  Exhibit 127 on or about January 29th, 2001?
02      A.  Again, I -- I don't recall it, but I'm sure I
03  received it.
04      Q.  All right.  Do you recall conversations or
05  correspondence similar to the e-mail in Exhibit 127 where
06  you and Philip Simon discussed the tracking of when your
07  Rule 144 filings went public?
08      A.  I'm sorry.  Ask the question again.
09      Q.  The second paragraph of the e-mail says, "The
10  second 5 million share Rule 144 filing went public this
11  afternoon.  I expect one or more to be public
12  tomorrow."
13      A.  I --
14      Q.  You see that?
15      A.  Yes.
16      Q.  Do you recall having discussions with Mr. Simon
17  about these filings going public?
18      A.  I think he told me when the sales would become
19  public.  I think -- he told me.  And I remember --
20  "discussion" sounds like it's back and forth.  I think he
21  just told me, this is when you filed 144s.  This is when
22  it becomes public knowledge.
23      Q.  Okay.
24      A.  So I think he just informed me.
25      Q.  All right.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00372:01          (Whereupon, DC Exhibit 128 was marked
02              for identification.)
03      THE WITNESS:  Okay.  This one I actually do
04  remember.  The "P.S., The U.S. capital market is pretty
05  amazing, raising almost" --
06      THE REPORTER:  Are you reading something?  You're
07  reading awfully fast.
08      THE WITNESS:  Oh, I'm sorry.
09      "P.S., The U.S. capital markets are pretty
10  amazing, raising almost $1 billion in eight days."
11      That stuck with me.
12      MR. DE GHETALDI:  Q.  That was memorable?
13      A.  It is memorable, yeah.
14          (Whereupon, DC Exhibit 129 was marked
15              for identification.)
16      THE WITNESS:  Okay.
17      MR. DE GHETALDI:  Q.  Have you ever -- or do you
18  recall receiving the e-mail that is being forwarded as a
19  part of Exhibit 129 on March 7, 2001, from Mr. Simon?
20      A.  I do.
21      Q.  Actually, Mr. Simon's e-mail might not have been
22  dated March 7th.  It appears your response to Mr. Simon's
23  e-mail was dated March 7th.
24      A.  Yeah, I -- I recall receiving this e-mail.
25      Q.  Okay.  Do you have any reason to believe that any

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00373:01 of the financial information contained in Mr. Simon's
02 e-mail is inaccurate?
03    A. No.
04    Q. What did you mean when you said to him, "It's
05 good to be a bit more liquid in light of the economic
06 downturn"?
07    A. Oh, with the -- simply -- simply meant that I
08 was -- I was in debt and had no cash, and it was good to
09 have -- you know, it is good to have some cash with the
10 economy weakening.
11    Q. Okay. Mr. -- as of early March 2001, had you by
12 that time seen the effect of the economic downturn on
13 Oracle business?
14    A. By early March. I think we were -- we're now
15 analyzing the shortfall we had in Q3 and trying to
16 determine what the -- what the causes were. I don't
17 think I fully appreciated the -- the impact for another
18 quarter or so. I mean, it was -- you know, we were
19 trying to figure out how we missed -- keep in mind, Q3
20 was a record quarter. You know, it's kind of an
21 interesting situation. We had a very high -- very high
22 targets. We didn't quite make those targets.
23 Nonetheless, Q1 was a record quarter. Q2 was a record
24 quarter. Even Q3, where we missed our target, was still
25 a record quarter. And I didn't know whether Q3 was an

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00374:01 anomaly or if Q3 was the beginning of a trend caused by a
02 macroeconomic change.
03    It turned out to be -- it took me a little while
04 longer, but in time, it certainly became obvious it was a
05 trend beginning as a result of a macroeconomic change.
06 But I'm not sure when I fully appreciated that. I don't
07 think it was -- it wasn't, certainly, right in early
08 March. It wasn't just looking back at this one quarter.
09    Q. Okay. So far, you've identified Philip Simon and
10 Safra Catz as persons with whom you discussed your
11 reasons for exercising Oracle options in fiscal year
12 2001; correct?
13    A. Yes.
14    Q. And you've also identified Philip Simon and Safra
15 Catz as persons with whom you discussed your reasons for
16 selling Oracle stock in fiscal year 2001?
17    A. Sure.
18       (Whereupon, DC Exhibit 130 was marked
19       for identification.)
20    MR. SALPETER: Why don't you direct him to a
21 specific --
22    MR. DE GHETALDI: I will.
23    MR. SALPETER: -- part of this.
24    MR. DE GHETALDI: Okay. I will.
25    O. First of all, please turn to the verification

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00375:01 page, which is three from the end. Is that your
02 signature on the verification page of Exhibit 130?
03    A. Yes, it is.
04    Q. Okay. It's not dated. The blank for the day of
05 September 2002 is not filled in. Do you recall what day
06 you signed this document on?
07    A. No.
08    Q. Okay. Did you sign a blank verification -- or a
09 verification page without seeing the responses that go
10 with it?
11    A. I have no re -- I have no recollection. I don't
12 recall.
13    Q. Do you recall reading the supplemental responses
14 that are being verified, prior to signing the
15 verification page?
16    A. I don't recall.
17    Q. Please turn to page 4.
18    A. Page numbered 4 or --
19    Q. Page No. 4, yes. Interrogatory No. 5 is:
20       "Identify each person with whom you
21       communicated any reasons for your
22       disposition of any Oracle securities
23       between January 1st, 1995 and
24       February 28th, 2001."
25       And in a parenthetical, there's a definition of

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00376:01 "identify each person."
02    And the response to Interrogatory No. 5 says:
03       "Subject to and consistent with and
04       without waiving any of the objections,
05       defendant responds as follows:
06       Mr. Ellison did not discuss the reasons
07       for his stock sales in the third quarter
08       of fiscal year 2001 with anyone."
09    Is -- now, that statement is inconsistent with
10 your testimony in this deposition. And which is the
11 truth, the deposition testimony or the interrogatory
12 answer?
13    A. The deposition testimony.
14    Q. Why did you sign a verification to a set of
15 special interrogatories that contained a false answer?
16    A. I must have misread it.
17    Q. Okay. Interrogatory No. 6 -- well, Interrogatory
18 No. 10 says -- it's on page 6:
19       "Identify each person with whom you
20       communicated any reasons for your
21       acquisition of any Oracle securities
22       between January 1st, 1990 and
23       February 28th, 2001."
24    A. If I can back up on the previous one?
25    Q. Sure.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00377:01  A. I certainly discussed the reasons for selling my
02  stock with Philip Simon. In fact, he was the one who
03  told me why I should sell the stock anyway.
04     I don't recall discussing the reasons I sold my
05  stock with Safra Catz or Carolyn Balkenhol or anybody
06  else.
07  Q. Okay.
08  A. So with the exception of Philip Simon -- that was
09  the only -- that was the only person I can recall. I'm
10  pretty sure. I'm not certain.
11     Safra Catz certainly know I was selling my stock.
12  I let her know she [sic] was selling my stock. Lots of
13  people knew I was selling my stock. But I didn't discuss
14  the reasons why with anyone but Phillip. I think.
15  Q. Okay.
16  A. Okay.
17  Q. Interrogatory No. 10 on page 6 says:
18     "Identify each person with whom you
19     communicated any reasons for your
20     acquisition of any Oracle securities
21     between January 1st, 1990 and
22     February 28th, 2001."
23     The response to Interrogatory No. 10 says:
24     "Subject to, consistent with, and without
25     waiving any of the objections, defendant

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00378:01  responds as follows: Mr. Ellison did not
02  discuss the reasons for his stock sales in
03  the third quarter of fiscal year 2001 with
04  anyone."
05  Is that a false response?
06  A. Well, I certainly discussed it with Philip Simon.
07  Q. So is that a false response in your response to
08  interrogatory No. 10?
09  A. It's not correct.
10  Q. And do you know why, as you sit here today, you
11  verified a response that was -- that was false?
12  A. Well, again, I'm not sure -- other than with my
13  attorneys -- I'm not sure. Again, I'm not sure. I just
14  must have misread this. It's a mistake.
15  MR. DE GHETALDI: Want to take about a ten-minute
16  break, and then we'll probably be able to wrap up after
17  that.
18  MR. SALPETER: How much more do you think --
19  THE VIDEOGRAPHER: Off the record, 5:03: p.m.
20  (Recess taken: 5:03 p.m. until 5:25 p.m.)
21  THE VIDEOGRAPHER: On the record, 5:25 p.m.
22  MR. DE GHETALDI: Did we get it or --
23  MS. LAVALLEE: No.
24  MR. DE GHETALDI: Okay. How about, then, this
25  guy here. It's already marked. Exhibit 14.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00379:01  (Witness reading document.)
02  MR. DE GHETALDI: Q. Have you ever seen
03  Exhibit 14 before today?
04  A. Yes, I have.
05  MR. DE GHETALDI: Okay. Just so that you folks
06  know, the redacted stamp was placed on this by the court
07  reporter after Mr. Cooperman's deposition, when we
08  realized that it also had your complete Social Security
09  number on it. Berman, DeValerio's fax header is on the
10  first page. The court reporter apparently took the fax
11  that was sent to her after the deposition. This isn't
12  actually the first page of the exhibit. The exhibit did
13  not have that fax header on it. If it makes a difference
14  in the future, we can always change it. But just in case
15  there was any confusion about that, I wanted to make that
16  clear.
17  Q. Mr. Ellison, on the first page of Exhibit 14, is
18  that your signature there at the bottom?
19  A. Yes, it is.
20  Q. All right. Did you print any of the information
21  on the first page of Exhibit 14?
22  A. No.
23  Q. Do you know who did?
24  A. Guessing Carolyn.
25  Q. Please turn to the second page -- that is, of

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

00380:01  Exhibit 14.
02  Did you print the -- your name there at the
03  bottom of the page?
04  A. I did not.
05  Q. All right. Please turn to the third page of
06  Exhibit 14. And is that your signature there at the top
07  of Exhibit 14, page 3?
08  A. Yes, it is.
09  Q. All right. Please turn to page -- the last page
10  of Exhibit 14. Is that your signature there at the top
11  of the last page of Exhibit 14?
12  A. Yes, it is.
13  Q. Okay. Mr. Ellison, when you executed Exhibit 14,
14  did you intend to execute the most current form approved
15  by Oracle's board of directors for the stock option
16  exercise form?
17  A. Yes.
18  Q. And did you intend to execute the most current
19  form approved by Oracle's board of directors for the
20  stock option exercise notice and agreement?
21  A. Yes.
22  (Whereupon, DC Exhibit 131 was marked
23  for identification.)
24  MR. DE GHETALDI: Q. Have you ever seen
25  Exhibit 131 before today?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00381:01    A. I don't think so.
2         02    Q. All right.  Do you recall speaking with Charles
3         03 Phillips --
4         04    A. His --
5         05    Q. -- about Oracle's intraquarter prospects in Q3,
6         06 fiscal year '01, sometime before February 9th, 2001?
7         07    A. I don't recall.
8         08    Q. Do you know anyone at Oracle who did speak to
9         09 Mr. Phillips about Oracle's intraquarter forecasts prior
10        10 to February 8 -- 9th, 2001?
11        11    A. No.
12        12    Q. On the first page of Exhibit 131, Mr. Phillips
13        13 reports says: "The impact from dot-coms" -- he calls it
14        14 "Dot-com Candy" as the heading.
15        15       "The impact from dot-coms is probably a
16        16       database -- is primarily a database
17        17       comparison issue.  Start-ups tended to be
18        18       long on core database technology but
19        19       didn't get around to buying enterprise
20        20       applications."
21        21    Is that an accurate statement, Mr. Ellison?
22        22    A. Well, there's two different statements there,
23        23 so --
24        24    Q. Okay.  That's fair.
25        25    A. So the first one, the impact from dot-coms is
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00382:01 primarily a database comparison issue, he's -- let me
2         02 see.  What is the date of this?  This is February 8th?
3         03    Q. Ninth, 2001.
4         04    A. February 9th?  This is when this came out?
5         05       This is -- so this is a February 9th document?
6         06    Q. Yes.
7         07    A. Okay.  I think what he's saying is that we sold a
8         08 lot of database to dot-coms, and insofar as you compare
9         09 this quarter to the previous quarter, that sets the bar
10        10 very high.  It's very hard -- you know, it's hard to --
11        11 when you've had a great quarter before, it's very hard to
12        12 have even a greater quarter again.  It's just -- so just
13        13 like if you have a weak quarter, it's relatively easy to
14        14 have a better quarter because what's --
15        15 quarter-over-quarter comparison is a relative measure.
16        16 So that's what he's saying.
17        17       "The impact of dot-coms is primarily a database
18        18 comparison issue."
19        19       So what I think he's saying there is the growth
20        20 of our database business might look slow because the
21        21 previous quarter was so good.  Therefore, the
22        22 comparison's a high bar -- high bar to hurdle.
23        23    Q. Okay.
24        24    A. He's saying that problem does not extend into our
25        25 applications business because while a lot of the dot-coms
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00383:01 bought database, those dot-coms did not also buy the
2         02 applications.  So we might have had an artificially high
3         03 data -- bubble in our database sales.  There's no similar
4         04 artificially high bubble in our application sales.
5         05    Q. Okay.  On the second page of Exhibit 131, again,
6         06 under the heading "Dot-com Candy," in the second
7         07 paragraph of that section, on the right-hand side, about
8         08 the middle of the column, Mr. Phillips says:
9         09       "Consequently, the database license
10        10       comparison is even tougher than it looks
11        11       since a segment of the buyers that drove
12        12       last year's number are no longer around.
13        13       Oracle had about 30 sizable dot-com
14        14       customers last year that are no longer
15        15       around."
16        16       Do you -- does that seem like an accurate
17        17 statement to you as of February 9th, 2001?
18        18    A. Well, I'm not sure about the number 30.  But, you
19        19 know, Chuck is a -- is a very good analyst.  We hired
20        20 him.  He's now co-president of our company.  So we think
21        21 the world of him.  And he's a very diligent guy.  So I
22        22 have no reason to not believe that number.
23        23       But it's certainly true, exactly what I said:
24        24 That during the bubble, there were a lot of these
25        25 start-ups that vanished, and a lot of those start-ups --
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1    00384:01 virtually all those start-ups -- bought our database, so
2         02 that created, you know, tremendous growth in the year
3         03 2000.  And to have a bigger database business, for the
4         04 database business to grow even on top of that, was a high
5         05 hurdle.
6         06    Q. Okay.  And then he says:
7         07       "The company protected itself on
8         08       receivables by demanding cash up front in
9         09       most cases."
10        10    Is that accurate?
11        11    A. Well, cash -- let me define what "cash up front"
12        12 means.
13        13       The dot-coms -- dot-coms did some very funny
14        14 deals.  They would sell database, as you heard, in
15        15 exchange of equity.  They'd trade stock for product.
16        16 They would have long-term payments, payment terms -- you
17        17 buy a million dollars' worth of software and you pay a
18        18 hundred thousand now, $500,000 next year, and $400,000 in
19        19 the final year.  So you have extended payment terms.
20        20       So "cash up front" doesn't mean before we'll give
21        21 you the database, you give us the cash.  We're trading.
22        22 That means normal, 30-day terms.  So we'll sell you the
23        23 software -- we'll sell you the software, give you a bill.
24        24 You pay us in 30 days.
25        25    Q. Okay.  As of February 9th, 2001, is it true
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00385:01 that -- whether it was the number 30 or not -- that some

02 number near 30 of Oracle's sizable dot-com customers were

03 no longer around?

04    A. Oh, I think the number's probably high -- well,

05 the key word there is "sizable"; right? So way more than

06 30. So you can -- you know, I don't know whose opinion

07 is what "sizable" is. But there were a lot more than 30

08 companies that vanished.

09    Q. Okay.

10    A. So there's no question -- readily, you know,

11 testify to in the year 2000, we had a lot of dot-com

12 companies -- in the year 1999, the year 2000, a lot of

13 companies buying database. So a lot of those dot-coms

14 died, you know. It's now legendary, that -- that

15 die-off.

16       So they bought a lot of database. So if our

17 database business was to grow, it had to find replacement

18 for all the dot-coms and then still more. So we -- it

19 was a very, very high hurdle. So for the business to

20 grow, it meant we had to overcome the fact that a lot of

21 our dot-com companies -- customers, our ex-customers,

22 were gone.

23    Q. In the next section, on the second page of

24 Exhibit 131, under the title, "Lowering License Revenue a

25 Tad, EPS Unchanged" -- do you see that? -- Mr. Phillips

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00386:01 says:

02       "The dot-com comparison problem should

03       translate to a temporary dip in database

04       license growth."

05    A. Yes.

06    Q. Is that consistent with your beliefs in -- in or

07 around February 9th, 2001?

08    A. Dip in database growth.

09    Q. Uh-huh.

10    A. No, we had -- at this point, we had two record

11 quarters. You know, the dot-coms had died a while ago.

12 So we had gone through two quarters already, you know,

13 after the dot-com death, or the dot-com -- well, it

14 wasn't a sudden event at one point in time, but the

15 dot-coms were dying off. So we were living through the

16 impact of the weakening economy and the dying dot-coms in

17 the previous two quarters. So I thought, certainly, we

18 had to overcome the -- the disappearance of a lot of our

19 dot-com customers. But I thought we would overcome it

20 and it wouldn't -- and it wouldn't prevent us from making

21 our license forecast and our earnings-per-share forecast.

22    Q. So do you disagree with what Mr. Phillips said?

23    A. Well, you'd have to show me -- let's see. I

24 mean, I have to really compare his numbers -- "we're

25 estimating database licenses could grow and" --

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00387:01    Q. Well, we aren't there yet. We're at the sentence

02 before that, where he says, "The dot-com comparison

03 problem should translate to a temporary dip in database

04 license growth."

05    A. Well, I'd have to look at dip compared to what.

06 Dip compared to the previous quarter? Dip compared to

07 the same quarter last year? So I -- I need to know more

08 precisely what he's saying. Dip compared to what he had

09 been forecasting before?

10    Q. Possible.

11    A. So I --

12    Q. Hard to tell.

13    A. So I just can't tell. That's right.

14    Q. The next sentence there, he says:

15       "We're estimating database licenses should

16       grow in the 10-to-13 percent range

17       compared to a 32 percent last year and

18       19 percent last quarter."

19       Are those figures about where you saw the

20 database growth figures?

21    A. I'd have to look at the numbers. I'd have to

22 look at our forecast numbers, what the database fore --

23 what the forecast was for database for Q3. I don't have

24 that in my head.

25    Q. Did you have separate database numbers for

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00388:01 forecast?

02    A. The answer is we did. As I said, that those

03 numbers were less accurate than the total -- the number

04 total. We talked about that before, and we said we had a

05 forecast for the database business, then the application

06 business that was separate, for license sales.

07    Q. Had Oracle disclosed to the market by the first

08 week of February 2001 that it had lost so many of its

09 database customers?

10    A. With the dot-coms that disappeared?

11    Q. Right.

12    A. It was public knowledge. It was all over the

13 newspapers. I mean, there was no secret that the

14 dot-coms were dying.

15    Q. But specific to Oracle's customers?

16    A. We certainly talked about it. I think we -- I

17 think Jeff Henley talked -- we talked about it in

18 conference calls. I think everyone knew that we were --

19 we were selling -- in fact, we were running ads that

20 ten -- nine out of ten dot-coms are Oracle dot-coms.

21 We'd been running a series of ads about it. It was -- it

22 was well known that it was a huge portion of our

23 business. The securities analysts wrote about it.

24    Q. Okay. Now, getting back to the database license

25 growth forecast. Do you recall where those forecasts

00389:01 appeared in Q3 '01?

02  A. Say that one more time, please.

03  Q. Do you recall where the database revenue or

04  license growth forecasts appeared in Q3 '01?

05  A. You mean in what documents?

06  Q. Yeah.

07  A. They were in the up -- they were in the upside

08  documents. They were in cor actuals in the monthly

09  reports.

10  Q. Okay. In the next-to-last paragraph on the

11  right-hand column of the second page of Exhibit 131 --

12  A. Second page, numbered 15?

13  Q. Yes. Mr. Phillips says that:

14  "Excluding the dot-com impact, an unusual

15  phenomenon unlikely to be repeated anytime

16  soon, database license revenue from

17  remaining customers will still be up 17 to

18  22 percent, in our estimation."

19  Do you see that?

20  A. I do.

21  Q. Do you agree with that estimation?

22  A. I would have to look at cur -- our forecast data

23  at the time and compare our forecast data to what he's

24  saying. He's factoring out two things, and I'm not

25  sure -- he's factoring out the dot-com revenue and --

00390:01 he's looking at our database license revenue with and

02  without dot-coms.

03  Q. Uh-huh.

04  A. And he's making some estimates to do that, and

05  I'm not sure if I'm able to do that.

06  Q. All right. You need fairly detailed information

07  to be able to do that; right?

08  A. Yes. And he's doing it with some -- he's using

09  an estimating technique.

10  Q. Okay. Do you know what estimating technique he

11  was using in February of 2001?

12  A. Yeah, I -- probably was figuring -- do I know the

13  details of the technique? No.

14  Q. Well, what -- what do you know about the

15  technique that he was using in February 2001?

16  A. I'm -- I can only speculate as to what I would do

17  if I was trying to -- without having specific knowledge

18  of Oracle -- how much -- what percentage of Oracle's

19  business was dot-com, I'd have to make an estimate as to

20  what percentage of the database business I thought was

21  dot-com and pull that out -- pull that out of the

22  previous year, lowering -- lowering the previous year,

23  and then seeing how much -- and then once I factored that

24  out, I would, you know, recompute the growth rate. So

25  I've got two. I've got how much database we sell this

00391:01 year, how much database we sold last year, in total. How

02  much database we sold last year without dot-coms. So I'd

03  make some estimate as to what the dot-com revenue was

04  last year. I don't know what technique he used to make

05  the estimate. But I'm sure it was rational and pretty

06  good.

07  Q. All right.

08  A. Because he was the best analyst in our industry.

09  Q. Okay. On the third page of Exhibit 131, which

10  happens to be numbered 16, in the first full paragraph,

11  Mr. Phillips says:

12  "Our earnings number this quarter remains

13  unchanged at 12 cents per share. The

14  $40 million in license revenue we took out

15  of the quarter doesn't move the earnings

16  needle, given the 5.8 billion shares

17  outstanding, but the reduction probably

18  takes away any earnings upside."

19  Is -- is -- how close is Mr. Phillips there in

20  his view of Oracle's third quarter of 2001 compared to

21  your view at the same time?

22  A. Well, my analysis was a little bit different. I

23  mean, I was looking -- I had different data than he had.

24  We had an extremely -- I'm repeating myself. We had an

25  extremely -- he didn't know about the Covisint deal, so

00392:01 he was --

02  Q. He didn't?

03  A. Not the amount of it. He probably knew the deal

04  happened, but I don't think anyone knew the amount of --

05  I think amount of it -- I'm not sure we ever announced

06  the amount of that deal. So he certainly didn't know the

07  size of the deal, which more than offsets the

08  $40 million, by the way, he has here.

09  Right? Isn't that correct?

10  Q. If, in fact, he didn't know about it.

11  A. Well, we didn't -- I don't think we ever

12  published -- publicly stated the amount of the deal.

13  Q. I -- well --

14  A. I'll --

15  Q. We can go look.

16  A. I'll stand -- you know, my memory is --

17  MR. SALPETER: Might as well show it to him.

18  MR. DE GHETALDI: Q. It's -- I mean, I think it

19  was announced in December --

20  A. We had -- we had --

21  Q. -- before the 14th --

22  A. We had to announce it because of the materiality,

23  because we were required to --

24  Q. I don't know why, but I think you did.

25  A. Yeah.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00393:01   Q. And I think it's actually in this document
02   itself --
03   A. Okay.  There you go.
04   Q. -- that he knows about it, so --
05   A. So the next --
06   MR. SALPETER: First page.
07   MR. DE GHETALDI: Q.  Back one page.  Middle of
08   the left-hand column.
09   A. Because normally we do not announce the size of
10   our deals.  Could someone point --
11   Q. "The quarter started off well on the
12      Application side with the large Covisint
13      deal already booked around $60 million."
14   A. Sixty million dollars.
15      Did we announce it, or did he just know about it?
16   That's very interesting.  Because we don't -- we don't --
17   we rarely announce the size of our deals.
18      Okay.  Well, needless to say, I didn't see this
19   document before.  Most of our deals are confidential.  We
20   don't announce the size of the deals.  The only reason we
21   would announce a deal, I think, is if it was actually --
22   if it was material and we were required to by law.
23   Q. Okay.
24   A. But -- Jeff has very good sources.
25   Q. I guess he did.
```

Oracle Related Cases                                    Page 393

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00394:01      Going back to page 3 of Exhibit 131, which is
02   numbered page 16.
03   A. Okay.
04   Q. In the second full paragraph, Mr. Phillips says:
05      "Since Oracle provides more revenue detail
06      than most companies, product line by
07      geography and by platform, there's always
08      intense scrutiny on each bucket."
09      Would you agree that the market intensely
10   scrutinized Oracle's product line by geography and by
11   platform in terms of its forecasts and results?
12   A. That's -- we don't -- we don't forecast that way.
13   We do provide result information that way.  So we don't
14   forecast Germany -- we provide very detailed results,
15   not nearly as detailed a forecast.  We do provide a much
16   more detailed forecast -- much more detailed results than
17   most of our competitors.
18      For example, PeopleSoft will not tell you how
19   much of its revenue came from J.D. Edwards and how much
20   of its revenue came from PeopleSoft.  They just give you
21   one number.
22   Q. Oh.
23   A. We give you lots and lots of numbers and lots of
24   lots of data to analyze.  And analysts love to plow
25   through that, and they'll ask us why Germany didn't look
```

Oracle Related Cases                                    Page 394

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00395:01   so good last quarter.  Everything else can be great, and
02   they just want to talk about the failure in Germany.
03      Anyway, so we do -- I think that's all Chuck is
04   saying.  We provide lots and lots of information so
05   people can dive deeper if into our business and ask --
06   you know, ask more informed questions.
07   Q. Okay.  The -- the next full paragraph of the
08   third page, numbered 16, of Exhibit 131, Mr. Phillips
09   says:
10      "Our license -- our total license revenue
11      estimate is now 1.27 billion, which is
12      18.5 percent year-to-year growth."
13      Which is, I assume, the $40 million that he said
14   he took out of the quarter from the $1.31 billion
15   guidance that was given on December 14th.
16   A. Right.
17   Q. You might check with him.  I'm not sure about his
18   math on this 18.5 percent growth does not equal
19   1.27 billion, and 1.27 billion -- vice versa.
20      But assuming that we're looking at the number and
21   not the growth rate percentage, is that number consistent
22   with where your estimate of Oracle's license revenue
23   forecast was as of the first week in February 2001?
24   A. No.  I thought we were going to at least make our
25   25 percent growth and probably beat it.  But let me make
```

Oracle Related Cases                                    Page 395

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004 2:33:00 PM

```
00396:01   another comment about Chuck.  Having said he is the best
02   analyst in the industry, which he was -- and he was voted
03   that year after year -- he also had a habit of
04   underestimating our results.  If you look at his pattern
05   of estimate, he likes to estimate low and have us beat
06   his number.
07      So analysts don't like to disappoint their
08   investors; right?  So there's a pattern of really good
09   analysts setting really low expectation and saying, well,
10   they did even better than I thought.  So if you look at
11   Chuck -- if you could take a history of Chuck's estimates
12   of Oracle, you'll find that Chuck often will set the bar
13   low enough so we can beat it.
14   Q. Oh, okay.  Does he do that on purpose for you or
15   for himself?
16   A. Well, I -- I think -- it's an interesting
17   question.  We can talk about stock market analysts.  But
18   I think not -- not unlike the salespeople, they don't
19   like to disappoint.  So, if I'm recommending to you to
20   buy the Oracle stock, and I'm going to say they're going
21   to deliver these kind of results and that should be good
22   for stock, and if they don't deliver those kind of
23   results, you're going to be mad at me as the analyst.  If
24   they exceed that, you're not going to be mad at me.
25   You're going to be happy.
```

Oracle Related Cases                                    Page 396

00397:01    So chuck particularly had a track record of being
02  cautious and conservative and providing estimates that we
03  consistently beat.
04    Q. Okay. He continues by saying, "We look for total
05  revenue of $2.8 billion, or 14.1 percent growth."
06      Isn't that -- isn't that a pretty healthy bit
07  below what Oracle had given guidance for in terms of
08  total revenue?
09    A. Yeah, you know, it's definitely less than I
10  expected we would do, and certainly below our guidance.
11    Q. All right. He says:
12      "Consulting and services should be up in
13      the 10 percent range, but with fewer
14      billable hours from the holidays and a
15      general cutback by IT departments on
16      outside consultants, consulting revenue
17      should decline sequentially."
18      Aside from the numbers that he gives, would you
19  agree with his analysis of the effect of apparently the
20  market on Oracle's consulting and services revenue?
21    A. Well, I think he's talking about the seasonality
22  right now because the third quarter -- now he's talking
23  about sequential quarters rather than year-over-year. So
24  he's talking about Q2 to Q3 with Christmas-New Year's
25  holidays. The consultants go on vacation, too, and

---

00398:01  that's going to be, you know, fewer billable hours for
02  consultants.
03    Q. All right.
04      MR. DE GHETALDI: Three more exhibits. Let's
05  just mark these three, please.
06      First things first. See, I'm a married man, too.
07      (Whereupon, DC Exhibits 132-134 were
08        marked for identification.)
09      MR. ETH: So this was?
10      THE REPORTER: 132 through 134.
11      MR. ETH: Thank you.
12      MR. DE GHETALDI: Okay. Mr. Ellison, do you
13  recognize the documents that have been marked as
14  Exhibits 132, 133, and 134?
15    A. I do.
16    Q. Are they upside reports from the Monday executive
17  management committee meetings for December 8th, 2000,
18  January 15th, 2001, and January 29th, 2001?
19    A. I'm just looking at -- the answer is, I think,
20  yes. I'm just trying to find all the dates. Where are
21  you finding these dates?
22    Q. There's a footer in the bottom center of 132 and
23  the bottom right of 133 and 134.
24    A. Okay.  1-15.xls, 1-29 -- okay. Got it. Thank
25  you.

---

00399:01    Q. All right. Now, before we start looking at some
02  of these upside reports, did you understand in Q3 '01
03  that the information contained in the upside reports was
04  pretty much one week old?
05    A. Not really. I mean, one week --
06    Q. That is --
07    A. I knew that they extracted data out of Oracle
08  Sales Online, put it into a Datamart, I believe, and then
09  prepared these reports. But I didn't know it was one --
10  I mean, I knew it wasn't exactly up-to-date, but it was
11  fairly close.
12    Q. Okay. At executive management committee meetings
13  in Q3 '01, did you, as part of the things that you
14  usually discussed, did you ask the persons who attended
15  those meetings whether there were any differences between
16  what they knew at the moment and what was in the
17  documents?
18    A. Sure. Sure, absolutely.
19    Q. Okay.
20    A. If deals had closed, if forecast -- sometimes
21  people had made a change to the forecast, and it's not
22  reflected in this document.
23    Q. Yes.
24    A. Something material is -- a material deal has been
25  won or lost, not reflected. We'd go around and talk

---

00400:01  to -- everybody on this list has a chance to change
02  what's in the report, verbally.
03    Q. Okay. All right.
04      Now, you mentioned the term Datamart. What was
05  that again?
06    A. Oh, they pulled the information out of one
07  database, the Oracle Sales Online database, and they'll
08  put it into a separate database for analysis.
09    Q. And that database is called Datamart?
10    A. Well, Datamart is a general term for something
11  that's -- that's used -- a database that's extracted
12  that's used purely for reporting, not for operational
13  transactions.
14    Q. I see.
15    A. In other words, the contents never change. You
16  just extract a lot of data out -- for example, Oracle
17  Sales Online, you've got salespeople constantly changing
18  their forecast, salespeople constantly adding new
19  opportunities, deleting opportunities. It's a
20  transactional system. The data is constantly moving.
21      People then extract that data -- at a point in
22  time, extract that out into what's called either a Data
23  Warehouse or Datamart. That data does not change. It's
24  just -- it's static.
25      Analysts will use that data to -- they'll

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1  00401:01 analyze, they'll format reports and look at -- you know,
2   02 look at and scrutinize that data, albeit it's not
3   03 changing.
4   04   Q. Okay.  So, does that Datamart system then end up
5   05 containing discrete -- compilations of data from discrete
6   06 inquiries, or how does that work?
7   07   A. Okay.  Let's say every week -- this is
8   08 hypothetically.
9   09   Q. Yes.
10  10   A. Every week, you wanted to know what the total
11  11 pipeline was.  Well, what the Oracle Sales Online
12  12 contains, as it was then built --
13  13   Q. Yes.
14  14   A. -- this is as opposed to now -- was the current
15  15 pipeline.  So if you want to know -- let's say you wanted
16  16 to track, over a five-year period, the pipeline.  So you
17  17 do a historical trend analysis of the pipeline.  That
18  18 means every day, every week, you're going to have to take
19  19 the information out of that database and store it in a
20  20 Datamart or Data Warehouse over here.
21  21   Q. Okay.
22  22   A. Because this data is constantly changing.  And if
23  23 you want to maintain trends, you take these snapshots, if
24  24 you will, of what the world looked like on Monday of this
25  25 week, what the world looks like on Monday of next week.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1  00402:01 So you do that.  So you have these databases that are
2   02 moving targets, and then you have this database that
3   03 maintains the historical record for the information.
4   04   Q. Okay.
5   05   A. And Finance would extract information out of the
6   06 operational data, the moving targets, into these
7   07 Datamarts or Data Warehouses for analysis that would
8   08 allow them to plot trends and be able to say our historic
9   09 factor -- where do we get that historical close rate
10  10 from.
11  11   Q. I see.
12  12   A. And we just -- well, we looked at this warehouse
13  13 and we looked at what the size of the pipeline was a year
14  14 ago, how much we actually closed a year ago, and do all
15  15 those calculations.
16  16   Q. Okay.  Did you have access to the data in these
17  17 Datamarts or Data Warehouse?
18  18   A. If I want -- if I wanted access, I could have had
19  19 it.  But no, I didn't.  I relied on others to prepare the
20  20 reports and just looked at the results.
21  21   Q. I see.  Okay.  Do you know who else would have
22  22 had access to that information in that form?
23  23   A. I think it was owned by -- I think all of that
24  24 stuff was owned by Jennifer Minton's team.
25  25   Q. All right.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1  00403:01   A. So her team.
2   02   Q. Okay.  Now, a couple other things.
3   03      Would you look at Exhibit 134, please, and please
4   04 turn about three pages in to the page with the --
5   05   A. 134.
6   06   Q. 134, right.
7   07   A. The last of the three.  Okay.
8   08   Q. Right.  The January 29th one.
9   09   A. Okay.  Okay.  Three pages in, which is --
10  10   Q. Three pages in.  And --
11  11   A. So am I looking at 3614?
12  12   Q. 3612.
13  13   A. 3612.  Okay.
14  14   Q. Do you see the footnotes there, 1, 2, 3?
15  15   A. Yes.
16  16   Q. There's an analysis of OPIs, total and technology
17  17 and applications forecast for revenue growth, pipeline
18  18 growth, and pipeline conversion ratio without Covisint.
19  19      Do you know why those footnotes are contained in
20  20 this upside report?
21  21   A. No.
22  22   Q. Do you recall discussing these footnotes at any
23  23 EMC meeting in January of 2001?
24  24   A. No.
25  25   Q. Similar footnotes also appeared in the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1  00404:01 January 22nd of 2001 upside report, which I haven't shown
2   02 you.  But you can check by looking later, if you want --
3   03   A. So we have an analysis with Covisint and without
4   04 Covisint?
5   05   Q. Yes.  Yeah.
6   06   A. Okay.
7   07   Q. So do you recall discussions about that subject
8   08 in late January 2001 --
9   09   A. No.
10  10   Q. -- at EMC meetings?
11  11   A. No.
12  12   Q. Let's change the tape --
13  13      MR. SALPETER:  How much more do we have?
14  14      MR. DE GHETALDI:  Ten minutes maybe.
15  15      THE VIDEOGRAPHER:  This is the end of Volume II,
16  16 Tape 3, in the deposition of Lawrence J. Ellison on
17  17 February 27, 2004.  The time 6:06 p.m.  We are off the
18  18 record.
19  19      (Discussion off the record.)
20  20      THE VIDEOGRAPHER:  This is the beginning of
21  21 Volume II, Tape 4, in the deposition of Lawrence J.
22  22 Ellison on February 27, 2004.  The time 6:09 p.m.  We're
23  23 on the record.
24  24      MR. DE GHETALDI:  Q.  Okay.  Mr. Ellison, if you
25  25 could please turn to the second page of each of the
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00405:01  Exhibits 132 to 134. And I don't know if this would
2   02   help, but I have extra copies of them that you could
3   03   write on.
4   04      No? Okay.
5   05   A. Just give me an exercise. Okay.
6   06      MR. ETH:  Handwriting or something?
7   07      MR. DE GHETALDI:  No. You can even take them
8   08   back with you; I don't care. Just to follow along. I
9   09   just thought it might help.
10  10   Q. I'd like to follow, starting with the
11  11   December 8th upside report, which is 132. You can see
12  12   the footer has the date.
13  13   A. All right.  132.
14  14   Q. The one with a footer in the center of the page.
15  15   The date footer is in the center of the page.
16  16   A. I've got a 1/29, I've got a 12/08, and I've got a
17  17   1/15.
18  18   Q. 12/08.
19  19   A. 12/08.  Okay.
20  20   Q. The upside number there is $175 million; is that
21  21   right?
22  22   A. I have to find where you are.
23  23   Q. Upside for revenues, total revenues.
24  24   A. Total revenues.  Correct.
25  25   Q. Okay.  And the total --

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00406:01  A. No, that's -- that's the upside.
2   02   Q. Right.  That's what I said.
3   03   A. The upside for the 12/08 --
4   04   Q. Total revenue?
5   05   A. The upside, on top of the total revenue.
6   06   Q. Correct.  The way I phrased it was the upside for
7   07   total revenue.  Because there's upside for expenses as
8   08   well.
9   09   A. Got it.
10  10   Q. Then the upside number for January 15th drops to
11  11   about $105 million; right?
12  12   A. Yes.
13  13   Q. About a --
14  14   A. Yes --
15  15   Q. -- 50 million or $70 million drop; right?
16  16   A. Yes.
17  17   Q. There's a corresponding increase -- perhaps
18  18   corresponding -- there is an increase in the forecast
19  19   between the two weeks -- or the two reports, from
20  20   $2.8 billion to -- or $2.827 billion to $2.882 billion.
21  21   A. Okay.  Let me make sure I got the right reports
22  22   here.  So you are on 1/15; right?  You're comparing 12/08
23  23   to 1/15?
24  24   Q. Yes.
25  25   A. And the forecast has gone up from 2.827 --

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00407:01  Q. Yes.
2   02   A. -- to 2.882.
3   03   Q. To 2.882, I believe.
4   04      MR. RUBENSTEIN:  Nine.
5   05      THE WITNESS:  I've got a nine two here (handing
6   06   magnifying glass).
7   07      MR. DE GHETALDI:  That's an 8.
8   08      MR. SALPETER:  We have a 9 on ours.
9   09      MR. RUBENSTEIN:  We have a 9 on ours.
10  10      MR. DE GHETALDI:  Just want to make sure we've
11  11   got the same one.
12  12      MR. RUBENSTEIN:  It's a 9.
13  13      MR. ETH:  Do the math.
14  14      (Counsel confer.)
15  15      MR. DE GHETALDI:  You can see why I use the
16  16   thing.
17  17      THE WITNESS:  Yeah.  Plus the Xerox copies are so
18  18   bad.
19  19      MR. DE GHETALDI:  This one right here.
20  20      THE WITNESS:  You want to take a look at mine?
21  21   Yeah, take a look at my copy. It might be easier to
22  22   read.
23  23      MR. DE GHETALDI:  It is -- it is -- ah, you are
24  24   looking at the budget rate, and I'm looking at the actual
25  25   rate.  That explains it.  I meant the second page.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

1   00408:01     MR. RUBENSTEIN:  Identify the Bates number of the
2   02   page that you wanted.
3   03      MR. DE GHETALDI:  Yes.  Thank you.  3342.
4   04      MR. RUBENSTEIN:  So -- wait --
5   05      MR. DE GHETALDI:  So now we're comparing actual
6   06   rate page to actual rate pages.
7   07      THE WITNESS:  Okay.  We're looking at -- this
8   08   is -- okay.  Actual rates.  Right.  Because currency at
9   09   this point was hurting us.  So -- right.  Right.  Right.
10  10   So it's gone from -- let me just make sure I'm going from
11  11   actuals to actuals.  Actual to actual, 827 to 882.
12  12      So the forecast is rounded up -- the forecast has
13  13   gone up $55 million.
14  14      MR. DE GHETALDI:  Q.  Right.
15  15   A. And the upside has gone down $71 million, for a
16  16   negative impact of $21 million.
17  17   Q. Right.  Right.
18  18   A. So the total upside has gone down $21 million.
19  19   Q. So is that something that you see as upside
20  20   translating to forecast?
21  21   A. Yes.  So the forecast went up, so then Jennifer
22  22   said, well, yes, they're getting close to where I think
23  23   they're going to end up.  So she adjusted her upside
24  24   down.  So she actually adjusted her upside down more than
25  25   they adjusted their forecast up.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00409:01  Q. Yes.
02    A. So the real upside total has come down about
03  $20 million.
04    Q. Yes. Now, if you'll look at the corresponding
05  page on the January 29th upside, which is Bates No. 3609.
06    A. Okay. Actually is right. So here, the forecast
07  has -- let me just make sure I get these in the right
08  sequence, or I'm going to drive us all crazy. Okay.
09      So now, comparing the 15th to the 29th, which is
10  in my staple fold -- okay. The 29th -- on actuals, the
11  forecast has come down $12 million, and the upside has
12  come down $50 million.
13      Correct?
14    Q. Yes.
15    A. For a total reduction of $62 million.
16    Q. Right.
17    A. Right.
18    Q. Was -- was that a significant drop, in your view,
19  in January 2001?
20    A. Let me be very clear. It was -- we still had
21  plenty of pipeline and plenty of forecast to make our
22  number, so -- but it definitely dropped. It dropped
23  $70 million.
24    Q. Right.
25    A. But we started out with such a huge pipeline, so

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00410:01  we had a 52 percent -- you know, we have this very, very
02  large pipeline --
03    Q. Right.
04    A. -- that I still -- I certainly believed at this
05  time, even after this report and after coming down the
06  $70 million, I certainly still believed that we were
07  going to make both our earnings per share guidance and
08  our -- our license growth guidance.
09    Q. All right. If you could look at the expense
10  side --
11    A. Yes.
12    Q. -- on these three pages.
13    A. Yes. Okay.
14    Q. It looks to me -- and tell me if I'm reading this
15  correctly. It looks to me that -- like Oracle was
16  forecasting not a reduction in expenses but an actual
17  increase in expenses, virtually across the board for Q3
18  '01 over Q3 '00.
19      Am I reading that right?
20    A. I'd have to look at the actuals. On expense
21  forecasting, we are notoriously bad at expense
22  forecasting in the sense that we don't pay enough
23  attention -- we don't pay a lot of attention to it, and
24  the expense forecast is usually high. So I'd be very
25  interested to actually see where the expenses came out.

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00411:01  because we have a terrible track record of not bothering
02  to keep the expense forecast up to date, knowing -- and
03  we almost -- as I say, we almost always beat expenses.
04  Just kind of routine thing within the management as well.
05  Expense are this? That can't be right. We just haven't
06  scrubbed the expenses.
07      But, yes, you're reading it correctly.
08    Q. All right. So putting aside what actually
09  occurred at the end of the quarter, the forecasts are
10  showing increase in expenses over the actuals from Q3
11  '00; right?
12    A. Yes.
13    Q. Given that margin depends upon -- margin
14  forecasting depends upon expense forecasting, can you
15  explain the basis for your statement, then, that margins
16  were going to be improving based on decreasing expenses?
17    A. Our expense forecasting is not very good. I -- I
18  think we can just -- should just go and look at what the
19  actual expenses were in the quarter, and my recollection
20  is they went down. So we're just bad at -- we're just
21  bad at expense forecasting.
22    Q. Okay.
23    A. Easy enough to check.
24    Q. All right. It went up.
25    A. It went up. How much?

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

00412:01  Q. Seven percent.
02    A. Seven percent year-over-year?
03    Q. Yes.
04      In any case, the EPS numbers on these three
05  pages --
06    A. Slow down.
07      What were the -- what were the sequential -- on
08  the -- on the expense -- so they went up 7 percent a
09  year, every year?
10    Q. Yes.
11    A. And do you know what the sequential was,
12  sequential was, the sequential quarter was?
13    Q. What Q4 or Q2 was?
14    A. Q2 was, sequential quarter?
15    Q. No, I don't.
16    A. Because I think that was down.
17      While there's tremendous seasonality in our
18  license sales, there is not seasonality in our expenses;
19  right? Because it's mainly employee expenses. So when
20  I -- so I should be more precise. So when I talk about
21  expenses going down, usually I mean -- I mean going down
22  sequentially.
23    Q. All right.
24    A. And so I should -- I would love to -- hate to be
25  wrong twice in a -- get a chance to be wrong twice in a

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00413:01  row, you know, but -- but if someone would check that,
2   02        Q.  I'd appreciate it.
3   03        Q.  All right.
4   04        THE WITNESS:  Can we check?
5   05        MR. SALPETER:  Sure.
6   06        THE WITNESS:  Can someone on our side check?
7   07        MR. WEISER:  We are on your side.
8   08        THE WITNESS:  Yes.
9   09        MR. WEISER:  In a manner of speaking.
10  10        MR. DE GHETALDI:  Q.  Now, can we go back to the
11  11  EPS numbers on these three pages, please?
12  12        A.  Sure.
13  13        Q.  It is pretty clear that -- that the forecasted
14  14  EPS numbers were 10.6 and 10.7 cents per share; right?
15  15        A.  Where are we?
16  16        Q.  EPS numbers.
17  17        A.  I'm sorry.  Which -- which page are you on?
18  18        Q.  I'm on the same page for all three, and EPS is
19  19  down in this neck of the woods (indicating).  The Bates
20  20  number is 3004 for Exhibit 132, 3342 for Exhibit 133, and
21  21  3609 for Exhibit 134.
22  22        A.  Okay.  So what -- what are you looking -- so
23  23  earnings per share --
24  24        Q.  Forecasted earnings per share.
25  25        A.  That's 12.8.
```

Oracle Related Cases                                        Page  413

---

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00414:01  Q.  No.  Forecasted, not the potential.
2   02        A.  Well, that's -- well, that's not including --
3   03  that's not including -- that's the field -- that's the
4   04  field forecast.
5   05        Q.  Yes.
6   06        A.  As opposed to the financial forecast.
7   07        Q.  Yes.
8   08        A.  So, right, the field forecast was 10.7, and
9   09  Jennifer Minton's number was 12.8.
10  10        Q.  On January -- on December 8.
11  11        A.  Correct.
12  12        Q.  And then on December -- on January 15th, those
13  13  numbers were 10.6 cents for the field forecast.
14  14        A.  Right.
15  15        Q.  And 12.11 cents for the finance group forecast.
16  16        A.  Correct.
17  17        Q.  All right.  And then on January 29th, the field
18  18  forecast was 10.7 cents per share, and the finance group
19  19  forecast was 11.58 cents per share.
20  20        A.  Right.  Rounding to 12 cents.
21  21        Q.  Rounding up to 12 cents.
22  22        A.  Right.
23  23        Q.  But rounding up about a half a cent to get to the
24  24  12 cents?
25  25        A.  Four point two cents, right.
```

Oracle Related Cases                                        Page  414

---

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00415:01  Q.  And we talked earlier today about the comparative
2   02  value of a one-cent EPS change in fiscal year '0 -- in Q2
3   03  fiscal year '01 to a one-cent EPS change in Q3 '00.  Same
4   04  relationship applies between Q3 '01 and Q3 '00; right?
5   05  Four to one?
6   06        A.  Oh, no.  That's a -- I think when we're doing --
7   07  when we're doing comparisons -- oh, no, that's -- we've
8   08  already adjusted the previous numbers for that
9   09  four-to-one comparison -- four-to-one comparison.  I'm
10  10  not sure -- I'm not precisely sure what I'm -- what
11  11  you're asking.
12  12        Q.  Well, the -- I'm saying -- I'm ask -- I'm saying
13  13  that the half-cent difference in Q3 '01 is equivalent to
14  14  a two-cent difference in Q3 '00; right?
15  15        A.  Had we not -- let's be -- okay.  Had we not done
16  16  the splits when we -- once we do a split, we adjust -- we
17  17  redo our earnings for all the previous years, as you
18  18  know.
19  19        Q.  Right, right.
20  20        A.  As if we had split the stock.  So I'm really not
21  21  sure what the question is.
22  22        Q.  Well --
23  23        A.  Is the question -- are you asking the question,
24  24  is -- if we hadn't split the stock twice --
25  25        Q.  Right.
```

Oracle Related Cases                                        Page  415

---

Elison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00416:01  A.  -- what would the earnings have been?
2   02        Q.  Well, the differential there would have been a
3   03  two-cent differential; right?  Between 11 1/2 cents and
4   04  12 cents?
5   05        A.  If I can just do this my --
6   06        Q.  That's fine.
7   07        A.  Our earnings would have been four times -- four
8   08  times larger in EPS had we not been in the splits.  So
9   09  our earnings would have been 46 cents.
10  10        Q.  Right.
11  11        A.  After -- after this, there would have been, you
12  12  know, 44 cents.
13  13        Q.  Two-cent difference.
14  14        A.  Right.
15  15        Q.  And let me turn back to the first page.
16  16        A.  First page of all of them?
17  17        Q.  Yes.  I think earlier in the deposition, you said
18  18  that you -- one of the things that you did was you
19  19  compared revenue growth rates to pipeline growth rates to
20  20  see the difference between them.
21  21        A.  Yes.
22  22        Q.  And I think you can see that fairly clearly on
23  23  this first page, if you look at the revenue growth column
24  24  on the left-hand side and the pipeline growth column
25  25  towards the center.
```

Oracle Related Cases                                        Page  416

Ellison, Lawrence J. (Vol. 02) - 03/27/2004 2/27/2004 2:33:00 PM

00417:01    You see that?

02    A. Yes.

03    Q. And the revenue growth on the 8th was 22 cents,

04 and the pipeline —

05    A. Twenty-one percent -- wait --

06    Q. I'm sorry. For license?

07    A. For license was 22 percent.

08    Q. Right. They don't -- there's not pipeline growth

09 for total revenue.

10    A. Right.

11    Q. Because it wouldn't make sense; right?

12    A. Absolutely.

13    Q. So the license revenue growth is 22 cents, and

14 the pipeline revenue --

15    MR. SALPETER: Percent.

16    MR. DE GHETALDI: I'm sorry. Thank you.

17 Percent.

18    Q. And the pipeline revenue growth is 52 percent;

19 right?

20    A. Correct. Now, just keep in mind, these are

21 constant dollars, not budget dollars, but that's okay.

22    Q. Yes, yes.

23    A. Okay.

24    Q. But the relationship would tend to cancel out

25 because they --

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00418:01    A. It's close enough, yes.

02    Q. And then the -- the 15th, revenue growth, at

03 least as forecast by the field -- now, these are field

04 forecast numbers; right?

05    A. Right, right.

06    Q. -- is 23 percent, and the pipeline growth is

07 34 percent.

08    A. Yes.

09    Q. Narrowing gap; right?

10    A. Yes.

11    Q. And by the 29th, the revenue growth percent is --

12 for license is still at 23, and the pipeline growth has

13 shrunk to 31 percent --

14    A. Yes.

15    Q. -- right?

16    A. Yes.

17    Q. And then, if we compare the forecast revenue

18 growth to the pipeline growth --

19    A. Yes.

20    Q. -- it's-- revenue license growth is forecast at

21 38 percent on December 8th compared to 52 percent on --

22 of pipeline growth?

23    A. I -- I think you miss -- can you repeat that

24 sentence?

25    Q. Right. On January -- I'm sorry. On

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00419:01 December 8th --

02    A. Yes.

03    Q. -- license revenue growth was forecast by the

04 finance group.

05    A. At?

06    Q. Thirty-eight percent.

07    A. And where are you getting that? I'm just --

08    Q. The column over to the right-hand side.

09    A. Yes. Got it. Okay.

10    Q. Okay? All right?

11    And the pipeline growth percent is 52 percent

12 still.

13    A. Correct.

14    Q. Because nobody does upside on pipeline; right?

15    A. That's right.

16    Q. And -- and then for the 15th, the -- the revenue

17 growth is 32 percent for the finance forecast, and the

18 pipeline growth is 34 percent?

19    A. Yes.

20    Q. Only a 2 percent difference there.

21    A. Yes.

22    Q. Pretty narrow; right?

23    A. Still more than enough to make the forecast.

24    Q. Okay. And -- but it indicates -- the narrow --

25 the narrowing relationship indicates increased

---

Ellison, Lawrence J. (Vol. 02) - 02/27/2004 2/27/2004 2:33:00 PM

00420:01 difficulty, doesn't it? In meeting the forecast?

02    A. There was still -- again, it's a little bit of --

03 we had -- we had this huge pipeline to start with, with

04 52 percent, and the fact that it's come down is -- you

05 know, I'd much rather have a 52 percent pipeline and than

06 a 45 percent pipeline.

07    Q. Okay. Well, here it's a 34 percent pipeline

08 growth. But my point is that isn't it true that as the

09 gap between pipeline growth and revenue growth narrows,

10 that's an indication that it will be more difficult to

11 meet the revenue forecast?

12    A. I would say as long -- as long as the pipeline

13 growth is greater than -- than the revenue growth, you

14 should be able to meet your numbers.

15    As the pipeline -- as the pipeline growth -- as

16 it dropped -- let me be clear. As it dropped from 52 to

17 34, our ability to exceed our numbers has been

18 diminished. All right? So we -- so the likelihood of,

19 you know, greatly exceeding the numbers has gone down.

20    Q. Okay. All right.

21    A. But we still should have enough to make our

22 numbers.

23    Q. Okay. Are you familiar with the term "backfill"?

24    A. I think I know what it means.

25    Q. I'm not talking about dirt; I'm talking about

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00421:01  deals.
      02    A. It means rebuilding the pipeline? Actually, I'm
      03  not – people use funny terms, and I try to stay away
      04  from them.
      05    Q. Okay. That's fine.
      06    A. Backfill, I think, means rebuilding the pipeline.
      07  Or if a deal is lost, to replace it with another deal.
      08    Q. Okay. Then let's look at the divisions, just
      09  briefly, the license divisions for the Americas.
      10    A. And which one – which document are you looking
      11  at?
      12    Q. I'm back to December 8th.
      13    Now, the forecast – the field forecast for OPI
      14  has a revenue growth of 80 percent?
      15    A. Yes.
      16    Q. And a pipeline growth of 78 percent.
      17    A. Right.
      18    Q. Now we've got a situation where the revenue
      19  growth is higher than the pipeline growth; right?
      20    A. But you know why.
      21    Q. Why?
      22    A. The Covisint deal came in.
      23    Q. It came out?
      24    A. No, it came in.
      25    Q. Oh, it came in.
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00422:01    A. The reason they're forecasting so high is they've
      02  closed this huge deal already.
      03    Q. Yes.
      04    A. And they're – 12/8, yeah.  I think they're –
      05  yeah, I think they've –
      06    Q. Probably?
      07    A. Probably.  I think it's closed.  So they're very
      08  confident of – even the pipeline isn't growing as fast.
      09    And by the way, that's not uncommon, either, that
      10  the pipeline grows at one speed and the actual revenue
      11  grows higher – at a higher rate than pipeline.
      12    Q. Or the revenue forecast?
      13    A. If you're having a very good – sure.  If there
      14  are a couple of very large deals that you know are going
      15  to come in – well, here's simply an example; right?
      16    Q. Sure.
      17    A. So even if the pipeline didn't grow at all, they
      18  were going to have a great quarter.
      19    Q. Right.  Right.
      20    And how about for January 15th?  Let's look at
      21  OSI on that – that date.
      22    A. Okay.
      23    Q. And there the field forecast revenue growth is
      24  19 percent.
      25    A. On OSI?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00423:01    Q. Yes.
      02    A. Oh, OSI, I'm sorry.  Yes.  OSI.  Correct.
      03    Q. And actually, that's the same as the finance
      04  group forecast.
      05    A. Okay.
      06    Q. And the pipeline growth is 10 percent.  Is –
      07  that's not a situation where you've got a Covisint;
      08  right?
      09    A. I don't – I'd have to go back and look at how
      10  many big deals – how many deals there were in OSI and
      11  see where they finished.  I know they had a tough
      12  quarter.  But – no, you can have – you certainly can
      13  have – you know, convert more of your pipeline.  You can
      14  have a very good, you know, quarter converting your
      15  pipeline, not a very good quarter building your pipeline,
      16  a very good quarter converting your pipeline.  It's not
      17  axiomatic that the pipeline always grows faster than
      18  the – the forecast.
      19    MR. DE GHETALDI:  Okay.  All right.  Well, I
      20  think that's it for today.  That's all the questions I
      21  have.
      22    I – I think you realize that we've got some
      23  issues with the production of documents, and we've
      24  reserved our rights with respect to that.  And we talked
      25  about that at other depositions, and I understand that
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
00424:01  you have a different position on it.
      02    MR. SALPETER:  Yeah.  We're not going to get into
      03  a long discussion with you –
      04    MR. DE GHETALDI:  No, no.
      05    MR. SALPETER:  – now about it.  But we consider
      06  the deposition over.  We're going to reserve our right to
      07  question the witness until time of trial, if there is a
      08  trial.  And so I think we're leaving with the
      09  understanding that the deposition is completed.
      10    If there are document issues that have to be
      11  dealt with, we'll deal with them, and if there's a
      12  good-faith basis to have to ask him another question
      13  about a document, we'll talk about that.
      14    MR. DE GHETALDI:  Okay.  Well, just – you're
      15  leaving with that understanding, and we – my point was
      16  we have a disagreement about whether the deposition is
      17  actually completed or not, so –
      18    MR. SALPETER:  Well, let me ask you this:  With
      19  respect to all the documents you've given –
      20    MR. DE GHETALDI:  Yes.
      21    MR. SALPETER:  – you don't have any other
      22  questions –
      23    MR. DE GHETALDI:  No, no.
      24    MR. SALPETER:  – with respect to those
      25  documents; right?
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00425:01      MR. DE GHETALDI:  And this is what we've said
2   02  before, and I'm not trying to say anything other than
3   03  what we've said before.
4   04      MR. SALPETER:  Okay.  Okay.
5   05      THE WITNESS:  Thank you.
6   06      MR. DE GHETALDI:  Thank you very much.
7   07      THE VIDEOGRAPHER:  At the end of Volume II,
8   08  Videotape 4, this concludes today's deposition of
9   09  Lawrence J. Ellison.  The original videotapes will be
10  10  retained by Dan Mottaz Video Productions, LLC, at
11  11  182 Second Street, Suite 202, San Francisco, California
12  12  94105.  Telephone (415) 624-1300.
13  13      The time is 6:35 p.m.  We're off the record.
14  14      (Deposition concluded at 6:35 p.m.)
15  15
16  16          —o0o—
17  17
18  18
19  19
20  20
21  21
22  22
23  23
24  24
25  25
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00426:01          CERTIFICATE OF WITNESS
2   02
3   03
4   04
5   05          I, the undersigned, declare under
6   06  penalty of perjury that I have read the foregoing
7   07  transcript and I have made any corrections, additions or
8   08  deletions that I was desirous of making; that the
9   09  foregoing is a true and correct transcript of my
10  10  testimony contained therein.
11  11      EXECUTED this _____ day of
12  12  _____, 2004, at _____.
13  13  _____.
14  14
15  15
16  16
17  17
18  18
19  19      _____
20  20      .    LAWRENCE J. ELLISON
21  21
22  22
23  23
24  24
25  25
```

Ellison, Lawrence J. (Vol. 02) - 02/27/2004  2/27/2004  2:33:00 PM

```
1   00427:01          REPORTER CERTIFICATE
2   02      I hereby certify that the foregoing deposition
3   03  was taken at the time and place herein named; that the
4   04  deposition is a true record of the witness's testimony as
5   05  reported to the best of my ability by me, a duly
6   06  certified shorthand reporter and a disinterested person,
7   07  and was thereafter transcribed under my direction into
8   08  typewriting by computer; that the witness was given an
9   09  opportunity to read and correct said deposition and to
10  10  subscribe the same.  Should the signature of the witness
11  11  not be affixed to the deposition, the witness shall not
12  12  have availed himself or herself of the opportunity to
13  13  sign or the signature has been waived.
14  14      I further certify that I am not interested in the
15  15  outcome of said action, not connected with, nor related
16  16  to any of the parties in said action, nor to their
17  17  respective counsel.
18  18      IN WITNESS WHEREOF, I have hereunto set my hand
19  19  this 2nd day of March, 2004.
20  20
21  21
22  22
23  23          KAREN E. THOMPSON, CSR NO. 2792
24  24
25  25
```

# EXHIBIT ZZ

```
 1   IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA
 2         --o0o--
 3   In re: ORACLE CORPORATION
     SECURITIES LITIGATION
 4         Master File No.
 5   This Document Relates To:   C-01-0988-MJJ
     ALL ACTIONS.
 6   _____/
 7
           --o0o--
 8
           CONFIDENTIAL VIDEOTAPED
 9   30(b)(6) DEPOSITION OF JAY NUSSBAUM
         Thursday, June 22, 2006
10         --o0o--
11
12
13
14
15
16   DOERNER & GOLDBERG, INC.
         REPORTING FOR:
17
     LiveNote World Service
18   221 Main Street, Suite 1250
     San Francisco, California 94105
19   Phone: (415) 321-2300
     Fax: (415) 321-2301
20
21
22
23
24   Reported by:
     MARY VAN DINA, C.S.R.
25
```

```
 1   APPEARANCES:
 2   Mark Solomon, Esq.
     Valerie L. McLaughlin, Esq.
 3   Lerach Coughlin Stoia Geller Rudman & Robbins
     655 West Broadway, Suite 1900
 4   San Diego, California 92101-3301
     619-231-1058
 5   Fax 619-231-7423
     Msolomon@lerachlaw.com
 6   Vmclaughlin@lerachlaw.com
     For Plaintiff
 7
     Kyra G. Busby, Esq.
 8   Patrick E. Gibbs, Esq.
     Latham & Watkins LLP
 9   505 Montgomery Street, Suite 2000
     San Francisco, California 94111-2562
10   415-391-0600
     Fax 415-395-8095
11   Kyra.busby@lw.com
     Patrick.gibbs@lw.com
12   For Oracle and the individual Defendants
13   ALSO PRESENT:  MICHAEL LEUTBECKER, Videographer
14
15
16
17
18         .
19
20
21
22
23
24
25
```

```
 1             I N D E X
     DEPOSITION OF JAY NUSSBAUM
 2
 3                              PAGE
 4   EXAMINATION BY MR. SOLOMON        5
 5
        --oOo--
 6
        E X H I B I T S
 7
     PLAINTIFFS   DESCRIPTION        Page
 8
     Nussbaum 1  Defendants' Amended Rule 26(a)  8
 9     Initial Disclosures
10   Nussbaum 2  E-Mail, Bates Nos. NDCA-ORCL   24
       039426-429
11
     Nussbaum 3  Deposition transcript of      33
12     Mr. Nussbaum, dated 3/23/04,
       Bates Nos. NDCA-ORCL 607739-857
13
     Nussbaum 4  E-mail, Bates Nos. NDCA-ORCL   46
14     097387-389
15   Nussbaum 5  E-mail exchange, Bates Nos.    52
       NDCA-ORCL 097513-517
16
     Nussbaum 6  Series of E-mails, Bates Nos.  52
17     097323-360
18   Nussbaum 7  Series of e-mails, Bates       53
       Nos. NDCA-ORCL 097442-488
19
     Nussbaum 8  Interview transcript of Jay    56
20     Nussbaum, Bates Nos. NDCA-ORCL
       611497-508
21
     Nussbaum 9  E-mail dated 1/18/01, Bates    62
22     No. NDCA-ORCL 099349
23   Nussbaum 10 E-mail dated 2/24/01, Bates    63
       Nos. NDCA-ORCL 081626-29
24
     Nussbaum 11 E-mail dated 1/17/01, Bates    64
25     No. NDCA-ORCL 081818-20
```

```
 1         THE VIDEOGRAPHER:  Here marks the
 2   beginning of the videotaped deposition of Jay
 3   Nussbaum, Tape 1, Volume I, in the matter of In Re:
 4   Oracle Corporation Securities Litigation in the
 5   United States District Court for the Northern
 6   District of California, Master File Number
 7   C-01-0988-MJJ.
 8         Today's date is June 22, 2006, and the
 9   time on the video monitor is approximately 9:13:44.
10         The video operator today is Michael
11   Leutbecker, representing LiveNote World Service,
12   located at 221 Main Street, Suite 1250, in San
13   Francisco, California, 94105; phone number,
14   (415) 321-2300.
15         The court reporter today is Mary
16   Van Dina of Doerner & Goldberg, Inc. reporting on
17   behalf of LiveNote World Service.
18         Today's deposition is taking place at
19   1100 Connecticut Avenue Northwest in Washington,
20   D.C., Number 730.
21         Counsel will now introduce themselves
22   and the parties they represent, after which the court
23   reporter will administer the oath to the witness.
24         MR. SOLOMON:  Mark Solomon representing
25   Plaintiffs.
```

1    MS. McLAUGHLIN: Valerie McLaughlin

2    representing Plaintiffs, Lerach Coughlin.

3    MS BUSBY: Kyra Busby and Patrick Gibbs

4    from Latham & Watkins, representing Defendants and

5    the witness.

6    J A Y   N U S S B A U M, 9324 Georgetown Pike, Great

7    Falls, Virginia 22066, having been duly sworn by the

8    Notary, testifies as follows:

9    DIRECT EXAMINATION BY MR. SOLOMON:

10   Q.   Good morning, Mr. Nussbaum.

11   A.   Good morning.

12   Q.   My name is Mark Solomon.  I represent

13   Plaintiffs in a class action against Oracle and

14   certain individuals.

15        Do you understand?

16   A.   (The witness nods.)

17   Q.   Are you represented here today?

18   A.   Yes.

19   Q.   Okay. And these two lawyers are your

20   lawyers?

21   A.   Yes.

22   Q.   How long have they been your lawyers?

23   A.   About an hour.

24   Q.   And before -- before that, sir, were you

25   represented in connection with this litigation by any

1    lawyers?

2    A.   No.

3    Q.   You testified, I believe, in a

4    derivative action in connection with this --

5    A.   Yes.

6    Q.   -- the events at issue?

7    A.   Yes.

8    Q.   And were you represented in that action?

9    A.   Whoever was the -- had the same role as

10   they have, I was defended -- that was --

11   Q.   Is it fair to say Oracle has provided

12   you with lawyers?

13   A.   I guess so, sure.

14   Q.   When did you first meet with the lawyers

15   who are here today?

16   A.   Last night.

17   Q.   Okay.  And how long did you spend with

18   them?

19   A.   About an hour, hour and a half.

20   Q.   Okay.  And did you look at documents in

21   connection with that?

22   A.   Some documents, yes.

23   Q.   Did they help refresh your memory in any

24   regard?

25   A.   The ones that I looked at did.

1    Q.   Okay.  And what topics did they refresh

2    your memory on?

3    A.   We talked about the third quarter of

4    2001, the forecast, to make sure that I could refresh

5    my memory on the accounts and on the number of

6    dollars that we were forecasting.

7    Q.   And other than refreshing your memory on

8    the forecasts, as you just testified, did any

9    documents refresh your memory in any other regard?

10   A.   No.  I didn't see any other documents.

11   Q.   Okay.

12        You were interviewed by the Special

13   Litigation Committee in connection with the

14   derivative action.

15        Is that right?

16   A.   As the first one?

17   Q.   Yes.

18   A.   It was so long ago -- whatever.  I don't

19   remember actually.

20   Q.   Okay.

21   A.   But I was interviewed, yes.

22   Q.   Okay.

23   A.   Is this what we call an interview?

24   Q.   This is a deposition --

25   A.   Oh.

1    Q.   -- because it is being recorded --

2    A.   I see.

3    Q.   -- and there's some more formalities.

4        I believe when the SLC, the Special

5    Litigation Committee, interviewed you, that it wasn't

6    transcribed.  It was perhaps more informal.

7    A.   I don't remember.

8    Q.   Okay.

9    A.   I don't remember.

10        MR. SOLOMON: I'd like to have marked as

11   the first exhibit a document entitled Defendants'

12   Amended Rule 26(a) Initial Disclosures.

13        And, Mr. Nussbaum, once it's been

14   marked, I'm going to ask you to look at it and tell

15   me if you recognize it.

16        THE WITNESS: Uh-huh.

17        (Nussbaum 1, Defendants' Amended Rule

18   26(a) Initial Disclosures, is received and marked for

19   identification.)

20   A.   And the question is?

21   Q.   Have you seen this before?

22   A.   No.

23   Q.   Okay.

24        Do you see, on page 2, just under

25   halfway down, there's a reference to you?

1    A.   Uh-huh, yes.

2    Q.   And it gives your name, address, and

3    then under "Subject Matter," it says, "OSI forecasts

4    and sales, customer contact regarding Suite 11i."

5         Do you see that?

6    A.   Yes.

7    Q.   And then as you go back to the page

8    before that, you'll see that a third of the way down

9    the page, there's a number one, Rule 26(a)(1)(A).  Do

10   you see that?

11   A.   Yes.

12   Q.   And it says -- it goes on to say, "The

13   name and, if known, the address and telephone number

14   of each individual likely to have discoverable

15   information that the disclosing party may use to

16   support its claims or defenses identifying the

17   subjects of the information."

18        I left out "unless solely for

19   impeachment."

20        THE REPORTER:  You left out --

21   Q.   Solely -- "unless solely for

22   impeachment."

23        Were you aware, before now, that you

24   were being identified as a person as described in

25   this rule?

1    A.   Yes.  I had received a phone call.

2    Q.   Okay.  And were you aware, before now,

3    that you were identified in connection with OSI

4    forecasts and sales, customer contact regarding Suite

5    11i?

6    A.   I was just told that I was going to be a

7    witness -- what do you call it when you're here --

8    being interviewed, I'd say, for the class action

9    suit.

10   Q.   You were going to be deposed.

11   A.   Deposed.  I'm sorry.  I couldn't come up

12   with the word.

13   Q.   Okay.

14        What is it that you'd like -- what is it

15   that you can testify about about customer contact

16   regarding Suite 11i --

17        MS. BUSBY:  Object --

18   Q.   -- the defendants offering you as a

19   witness for?

20        MS. BUSBY:  Objection.  Overbroad and

21   vague.

22   Q.   What is it about customer contact?

23   A.   I don't know.  Whatever the questions

24   will be, I'll answer them.

25   Q.   What do you know about customer contact

1    in connection with the defense of this action?

2         MS. BUSBY:  Same objection.  Overbroad.

3    A.   Customer contact, well, certainly, I had

4    customer contact.

5    Q.   Okay.

6    A.   And feedback from customers, so...

7    Q.   Okay.

8         And what is it that you know that's

9    evidence for the defense in this case concerning

10   contact regarding Suite 11i?

11        MS. BUSBY:  Objection.  Overbroad.

12   A.   I don't know what -- I'm just going to

13   tell what I know, and if it helps them, I don't -- or

14   you.  I don't know.  I don't understand the question.

15   Q.   Well, I'm -- well, you've been

16   identified, very recently actually, by the Defendants

17   as a witness --

18   A.   I see.

19   Q.   -- for them concerning these topics, and

20   I would like to know what it is that you can offer.

21   A.   I don't know.  Why don't we go through

22   it and find out?

23   Q.   You've given testimony in the

24   derivative.

25        Right?

1    A.   Yes.

2    Q.   Okay.  Was that all true?

3    A.   Of course.

4    Q.   Were there -- were there any mistakes in

5    it?

6         MS. BUSBY:  Objection.  Vague.

7    A.   I don't know.

8    Q.   Have you ever read it since --

9    A.   I didn't care to read it.

10   Q.   Okay.

11        What was the -- what was the state of

12   11i in the third quarter of fiscal '01?

13        MS. BUSBY:  Objection.  Vague and

14   overbroad.

15   A.   The state of it?

16   Q.   Yes.

17   A.   There --

18   Q.   Just describe it.

19   A.   There were some modules that were up and

20   running pretty well, and some were in the development

21   stages.

22   Q.   Was it a disaster?

23   A.   No.

24        MS. BUSBY:  Objection.  Argumentative

25   and vague.

Nussbaum, Jay 6/22/2006 9:13:00 AM

1 A. That's not my words.

2 We were selling what we had, and we were

3 telling the customers to be patient for the remaining

4 modules that would come to complete the different

5 requirements.

6 Q. So when it says here, "Contact regarding

7 Suite 11i," is -- is that the sort of contact that

8 you can testify about?

9 A. Sure.

10 Q. So which customers were you in contact

11 with concerning 11i problems?

12 MS. BUSBY: Objection. Vague as to

13 time.

14 Q. Third quarter '01.

15 A. Which customers? We only had one

16 customer that we had a big sale for, and -- and the

17 complete models -- modules, and that was Bell South.

18 Q. Have you seen any testimony concerning

19 the experience of Bell South with the implementation

20 of 11i?

21 A. No, I haven't.

22 MS. BUSBY: Objection, vague.

23 Q. Who did you speak to at Bell South

24 concerning the implementation?

25 A. I've got to draw up their names. The

Nussbaum, Jay 6/22/2006 9:13:00 AM

1 names -- forgive me -- the CIO --

2 Q. Uh-huh.

3 A. -- as well as his staff of people, as we

4 were progressing with that implementation.

5 Q. And didn't Oracle take a $20 million hit

6 in connection with that implementation?

7 MS. BUSBY: Objection. Vague.

8 A. A hit? What's -- I mean, I don't --

9 Q. In other words, didn't you have to

10 provide consulting services --

11 A. Oh, yes.

12 Q. -- to the tune of $20 million?

13 A. Yes.

14 THE REPORTER: Wait for him to finish.

15 THE WITNESS: Oh, sure. I'm sorry.

16 Q. It's true, isn't it, that you've

17 testified before, in fact, that 11i was so plagued

18 with problems that you wouldn't, in the third quarter

19 of '01, even put sales of it in your forecasts?

20 MS. BUSBY: Objection. Misstates prior

21 testimony, and vague.

22 Q. Isn't it true that you said that before?

23 A. I don't remember.

24 MS. BUSBY: Same objections.

25 Q. Is that true then? How about that?

Nussbaum, Jay 6/22/2006 9:13:00 AM

1 A. Would I put it in my --

2 MS. BUSBY: Same objections.

3 Try to wait for me to object because --

4 THE WITNESS: I'm sorry.

5 MS. BUSBY: Otherwise, it's hard for the

6 court reporter to get it all down.

7 A. Restate the question, please.

8 Q. Isn't it true that you've either

9 testified, or represented before, that 11i was so

10 unstable, or plagued with problems, that you

11 wouldn't, in the third quarter of '01, have put it in

12 your forecasts?

13 MS. BUSBY: Objection. Misstates prior

14 testimony, and vague.

15 A. I don't remember what I said back then

16 because it was a while ago.

17 Q. Okay.

18 Do you have any recollection? I mean,

19 am I on the right road?

20 A. Would I sell it? Yes, I would sell it.

21 I would just be a little bit more

22 cautious in what we had promised to the customer, in

23 terms of the completeness of the modules.

24 Q. Because it wasn't ready.

25 A. No.

Nussbaum, Jay 6/22/2006 9:13:00 AM

1 MS. BUSBY: Objection. Vague.

2 A. Let me just explain myself, if I may.

3 When I say modules, this would be

4 different pieces that make the whole thing come

5 together in a very robust way.

6 Some customers didn't need all of the

7 modules, so for those people, I would sell it all the

8 time and as I -- as I did.

9 For those who wanted the complete piece,

10 we would give them notice of when the completion

11 would come, so...

12 Q. And when you say the complete piece, are

13 you talking about CRM or ERP?

14 A. I was really referring to CRM.

15 Q. Right.

16 And you testified before that that was

17 basically a disaster in 3Q of '01, have you not?

18 MS. BUSBY: Objection. Misstates prior

19 testimony.

20 A. I -- you'd have to show me it, but I

21 don't remember, because, you know, I wipe this stuff

22 out and go on.

23 Q. Okay.

24 And any other customer contacts, other

25 than Bell South?

1    A.    Regarding 11i?

2    Q.    11i, yes.

3          MS. BUSBY: Objection. Vague as to

4    time.

5    A.    There could be, but I'd have to go over

6    it.

7          If you had a list of the accounts, it

8    would be easier for me to respond. I don't -- I

9    don't particularly have any jump out, other than Bell

10   South.

11   Q.    Okay.

12         Who have you -- okay. That's fine.

13         What about forecasts and sales? You're

14   put forward as a witness for the defense with respect

15   to forecasts and sales.

16         What can you tell us about 3Q01

17   forecasts and sales that helps the defense?

18         MS. BUSBY: Objection. Overbroad and

19   vague.

20   A.    Okay. Tell you about it?

21         It was -- I was at Oracle ten years, and

22   we forecasted, say, 40 times, and had a very good

23   track record of forecasting successfully.

24         It's not a science. It's a little bit

25   more of an art form, because you have to have

1    customers sign up.

2          In our particular markets that we had,

3    there was the public sector federal government, so it

4    could have been in the forecast and not come in

5    because of the bureaucracy of paperwork that goes

6    through the federal government purchase order.

7          But on a whole, I would say that the Q3

8    was probably the quarter from -- that just never

9    materialized the way I thought it would.

10   Q.    And that -- that's basically what you

11   can offer. That's -- that's your evidence.

12         Right?

13         MS. BUSBY: Objection. Overbroad.

14   A.    Yes.

15   Q.    Okay.

16         You left in November of '01. Is that

17   right?

18   A.    November of '01? Yes, I think that's

19   right.

20   Q.    Now, before you left, did you receive

21   any instructions with respect to the preservation of

22   your documents?

23   A.    I was to turn everything in.

24   Q.    Okay. Let me be more precise.

25         Did you receive any instructions with

1    respect to document preservation in connection with

2    this litigation?

3          MS. BUSBY: Objection. Vague.

4    A.    There was no instructions, other than

5    to -- whatever they must have said, my secretary

6    abided by whatever we were told.

7          I didn't -- I never remember seeing a

8    note, or didn't care, and walked out with my

9    briefcase that was just personal stuff, nothing

10   corporate-wise.

11   Q.    Okay.

12         Your brief -- what about a PC? Did you

13   leave with a PC that had information?

14   A.    No.

15   Q.    How did you communicate -- and I'm

16   focusing essentially on 3Q01 -- how did you

17   communicate within Oracle at that time?

18   A.    Within Oracle?

19   Q.    Uh-huh.

20   A.    The normal ways, by computer, e-mail --

21   Q.    Uh-huh.

22   A.    -- forecast forms, as well as the phone.

23   Q.    Uh-huh. And can you estimate, just an

24   average, of how many e-mail communications you'd be

25   engaging in on a daily basis at that time?

1    A.    In total?

2    Q.    Yes.

3    A.    A hundred, two hundred, I don't know.

4    It just depends on the time of the day and the

5    particular time of the month --

6    Q.    Okay.

7    A.    -- and whatever the normal volume must

8    have been.

9    Q.    Okay. And then just on a typical day in

10   3Q01, you communicated by e-mail.

11         What then would happen to those

12   communications the next week, the next month?

13         Can you tell me -- basically, I -- I'm

14   wondering, is it possible to find them?

15         MS. BUSBY: Objection. Vague, and also

16   lacks foundation.

17         Answer, if you can.

18   A.    For me to find them?

19   Q.    No. Is it poss -- is it scientifically

20   possible to get that stuff?

21         MR. BUSBY: Same objections. Answer, if

22   you can.

23   A.    I don't know.

24   A.    Okay.

25         So you got -- you got your e-mail

1  communications, say, for example, in January of '01.

2      In February of '01, typically, would

3  they still be accessible to you? Would they have

4  been accessible?

5  A.  Well, my --

6      MS. BUSBY: Lacks foundation. Answer,

7  if you can.

8  A.  You'd have to ask my secretary. She

9  took care of all of the e-mail filing and things, so

10  I don't know.

11  Q.  Did you have any practice of destroying

12  documents or e-mails on a very -- on a regular basis?

13      MS. BUSBY: Object to the term

14  "destroying."

15      Also vague. Answer it, if you can.

16  A.  No.

17  Q.  Okay. And did your secretary?

18  A.  You'd have to ask her.

19      MS. BUSBY: Same objections.

20  Q.  Okay. What's your secretary's name?

21  A.  Paula Beck, B-E-C-K.

22  Q.  Is she still with the company?

23  A.  No.

24  Q.  Now, you said a hundred, two hundred

25  e-mails a day. Can you give me a balance of forecast

1  versus 11i in 3Q01?

2      MS. BUSBY: Objection. Lacks

3  foundation. Vague.

4      Answer, if you can.

5  A.  Okay. There would probably be more of

6  the e-mail traffic around the forecasts, because

7  that's how we communicated.

8      On 11i, I couldn't think of many

9  documents that were e-mailed on a daily basis

10  regarding 11i, other than bulletins coming in to us.

11  Q.  Okay. Is it fair to say there would be

12  some, but not anything like the number relating to

13  forecasts?

14  A.  Well, forecasts --

15      MS. BUSBY: Objection. Vague.

16  A.  Forecasts were certainly an ongoing

17  event. 11i would be almost like a 911. If there was

18  a problem, we'd get the e-mails.

19  Q.  Okay.

20      And with what frequency did 911 calls

21  basically occur in 3Q01?

22      MS. BUSBY: Objection. Vague.

23  A.  It's been a while, so I can't -- I

24  couldn't even guess, but I -- there's nothing that

25  really jumped out, other than the status dates of the

1  modules that the field was pressing for.

2  Q.  All right.

3      Were you involved in what Oracle was

4  telling the financial community about the state of

5  11i in 3Q01?

6  A.  No, it wasn't my responsibility.

7  Q.  Do you know what Oracle was saying?

8  A.  Do I know what Oracle was saying?

9  Q.  About the --

10  A.  It depends on who.

11  Q.  About the status of 11i to the financial

12  community.

13      MS. BUSBY: Objection. Vague.

14  A.  No, I don't.

15  Q.  You sold stock in January of '01, Oracle

16  stock, exercised some options?

17  A.  Uh-huh.

18      THE REPORTER: Is that yes?

19      THE WITNESS: Yes. I'm sorry.

20  Q.  I think you've either testified or

21  stated in the past that that's just -- that was part

22  of a typical pattern for you.

23  A.  Right.

24  Q.  Right?

25      Do you know what Oracle's own insider

1  trading policy was in 3Q01?

2  A.  It was the same as it was forever.

3  Q.  Okay. And what's your understanding of

4  that?

5  A.  To sell, I needed to call in to the

6  attorneys, our attorney, in this case, chief -- chief

7  financial officer, as well as our in-house counsel,

8  to get permission.

9  Q.  That would be Mr. Cooperman and

10  Mr. Henley at that time?

11  A.  Henley for sure, and Cooperman -- yeah,

12  yes.

13  Q.  And you did that?

14  A.  Sure.

15  Q.  Did you send an e-mail?

16  A.  Did I send an e-mail? God, I don't -- I

17  don't know. I either called by phone, followed up

18  with an e-mail or something. I don't know.

19  Q.  I think -- I'll show it to you.

20      MR. SOLOMON: Do you have that e-mail?

21  Can I have this marked as the second exhibit, please?

22      (Nussbaum 2. E-Mail, Bates Nos.

23  NDCA-ORCL 039428-429, is received and marked for

24  identification.)

25  A.  Okay.

1  Q.  Do you recognize this?

2  A.  Yes.

3  Q.  And at the bottom, is your request to

4  Jeff and Dan?

5  A.  Yes.

6  Q.  And then you've got a -- pretty much a

7  form of approval response. Is that right?

8  A.  Yes.

9  Q.  And at the time of this trade, did you

10  tell anybody, other than the people involved in this

11  e-mail exchange, that you were trading?

12  A.  Anyone else at Oracle?

13  Q.  Yes.

14  A.  No, there was no need to.

15  Q.  Did you know, at the time of your

16  request, that Larry Ellison was about to embark on

17  his historic stock selling?

18  A.  No, I didn't. No, I didn't.

19  Q.  Were there any rumors?

20  A.  No rumors either.

21  Q.  Was there anything of that type, the

22  information --

23  A.  To me it was a person --

24  MS. BUSBY: Objection. Vague.

25  A.  To me, it's a personal piece, so I kept

1  my -- to myself, other than sharing it with the right

2  people, and never -- because I was in Washington,

3  unlike everyone who sits in San Francisco, so I was,

4  fortunately, out of the, you know, hallway chatter.

5  Q.  Now, in the ordinary course of things,

6  would an e-mail like this -- should this have been in

7  your file?

8  It would have been in your personal

9  or -- I'm sorry -- whatever file you keep at Oracle,

10  your e-mail file? This would stay in there?

11  MS. BUSBY: Objection. Vague and lacks

12  foundation.

13  A.  My secretary and I had worked a system

14  where I had to do little to nothing.

15  Q.  Right. Good secretary.

16  A.  Yeah, well -- and to do all the

17  filing --

18  Q.  Uh-huh.

19  A.  -- because it takes quite a bit of time.

20  I imagine, I don't want to speak for

21  her, that something of this importance would have

22  been there.

23  Q.  Right.

24  The reason I'm asking is because we

25  think that this wasn't produced from your files.

1  It's not there, for whatever reason, but it came from

2  somebody else's files. That's the reason I'm asking.

3  A.  It's not a problem.

4  Q.  But you wouldn't know because you're out

5  of the company, and you don't know what they've done

6  with the documents.

7  Is that fair?

8  A.  Yeah, the day I walked out, I abided by

9  the rules and regs that they asked me to do. My

10  secretary did it, actually, and we left on good

11  terms.

12  Q.  Did you use a PC during that time frame?

13  A.  My own PC?

14  Q.  Uh-huh, for work?

15  A.  Yes.

16  Q.  And in -- did there come a time before

17  you left the company when you turned that PC over to

18  counsel?

19  A.  To counsel?

20  Q.  To lawyers, in order to preserve any

21  relevant documents?

22  MS. BUSBY: Objection. Vague.

23  A.  No.

24  Q.  Okay.

25  A.  I just left it on my desk, went about

1  leaving.

2  Q.  Did the company take any steps in

3  connection with your PC before you left to retrieve

4  any information in connection with this lawsuit?

5  A.  No.

6  MS. BUSBY: Objection. Lacks

7  foundation.

8  A.  No, not to my knowledge.

9  Q.  Do you know if, when you turned in your

10  PC, whether that PC itself would have been preserved

11  by Oracle?

12  MS. BUSBY: Objection. Lacks

13  foundation.

14  I don't know if he's your -- if you're

15  asking these questions in a way that he can

16  understand what you're getting at.

17  Q.  Oh, do you not understand me?

18  A.  I understand the question. I don't know

19  why you're doing it, but for whatever reason --

20  Q.  That's fine.

21  A.  -- that's your -- your prerogative.

22  Q.  Absolutely. As long as you understand

23  the question.

24  A.  I understand the question.

25  Q.  That's fine. Good.

1    A.   The question is I don't know what -- I
2    just did exactly what I was supposed to do, did it
3    right, left with all of the documents that were --
4    you're referring to. If they were in there, they
5    were in there, and off I went.
6    Q.   Right. And I'm not -- I'm not really
7    asking you what you did after you left.
8         I'm asking you --
9    A.   I don't know whether --
10   Q.   -- do you have any idea what the company
11   did?
12   A.   How do I know? You know, my contact
13   with the people you're referring to who would go in
14   and take a computer and preserve documents, or
15   whatever they're supposed to do, they either did it
16   or didn't. I don't know.
17   Q.   All right. When you -- move on from
18   this in a second.
19        When you left the company and turned in
20   your PC, do you remember who you turned it in to?
21   A.   Well, let's -- let's clarify this.
22   Q.   Uh-huh.
23   A.   "Turned in," that sounds like it's --
24   it's not what I did.
25   Q.   Okay.

1    A.   I left it on the desk.
2    Q.   That's fine.
3    A.   And the person that came in and sat in
4    the chair that I sat in had my computer.
5    Q.   Okay. And who was that?
6    A.   Kevin Fitzgerald.
7         THE REPORTER: Can I just ask -- you're
8    both kind of overlapping.
9         THE WITNESS: I'm sorry about that.
10   Q.   Why did you leave Oracle?
11   A.   Why did I leave Oracle?
12        Ten years, built up great wealth. I
13   thought I would probably retire and chill out for a
14   while, and then see what else I wanted to do, but
15   figured out that in retirement, the divorce would have
16   half of it go to her, my wife, and I didn't want to
17   do that. Staying home was not an option anymore. So
18   I retired thinking I would just -- you know, all the
19   good things that you think you're going to do,
20   travel, and enjoy something that wasn't as enjoyable,
21   staying home. And so my wife worked out a great
22   arrangement where I would just figure out what to do
23   to go back to work a couple months later.
24        So I was going to retire, is the long
25   answer to a simple question.

1    Q.   And you ended up at KPMG, I guess.
2    A.   That's correct.
3    Q.   Are you still a consultant to them?
4    A.   No, I was on the Board, and then they
5    asked me if I would come in and run a division,
6    create a new business there, which was the
7    outsourcing business, which I did; and then I left
8    there after two years and went over to Citibank.
9    Q.   Uh-huh. And you're at Citibank now.
10   A.   No.
11   Q.   All right.
12   A.   I'm semi-retired, but I'm going to start
13   a new business.
14   Q.   But you haven't told your wife.
15   A.   No, I haven't. That's correct.
16        No, I am unemployed, but we're putting
17   together a fund and we're creating our own -- I'm
18   going to create my own business, probably September
19   or October.
20   Q.   Okay. Did you have any falling-out at
21   Oracle that precipitated your leaving?
22   A.   Oh, none, no.
23   Q.   Were you aware of -- well, did Ray Lane
24   and Larry Ellison fall out?
25   A.   Oh, yes.

1    Q.   Did you see -- did you see that coming?
2    A.   Of course.
3    Q.   What was the problem between Ray Lane
4    and Larry Ellison?
5    A.   I don't know.
6         MS. BUSBY: Objection, vague. Lacks
7    foundation.
8    A.   You'd have to ask Ray Lane that
9    question, but I saw it from the sidelines.
10   Q.   Is Ray Lane a friend of yours?
11   A.   I wouldn't say a friend. A good
12   acquaintance, but not a friend.
13   Q.   Is Larry Ellison a friend of yours?
14   A.   A good acquaintance.
15   Q.   But not a friend.
16   A.   A friend, you know -- my definition of
17   "friend" is only those who are going to be my
18   pallbearers. So there's only a limited number, as
19   big as I am. So, no. I wouldn't say he's a friend.
20   Q.   Okay. Sandy Sanderson?
21   A.   No. Business acquaintance.
22   Q.   Okay. And Jeff Henley?
23   A.   Same thing as Sandy.
24   Q.   Have you seen any -- strike that.
25        MR. SOLOMON: Mark as the next exhibit

1  deposition transcript of Mr. Nussbaum, dated March

2  23, 2004.

3      (Nussbaum 3, Deposition transcript of

4  Mr. Nussbaum, dated 3/23/04, Bates Nos. NDCA-ORCL

5  607739-857, is received and marked for

6  identification.)

7  Q.  If you could, Mr. Nussbaum, just -- I

8  apologize, give me the exhibit back and I'm going to

9  pull out page 51, which has a notation that shouldn't

10  be there, and I'll replace it.

11      Did you go over this transcript last

12  night?

13  A.  No, I didn't.

14      THE WITNESS: Oh, I'm sorry.

15      MS. BUSBY: That's all right.

16  Q.  Just wait a second, I'm just going to

17  get a page reference.

18      If you could go, please, to page 68, and

19  this is where you're testifying about Bell South, I

20  think, and 11i; and basically, you testify to

21  Mr. DeGhetaldi about your view of the status of 11i

22  at 68-69, and I just want you to read that.

23      MS. BUSBY: And I'm just going to object

24  for the record that you're asking him to read part of

25  his testimony without presenting him with the

1  document that was shown to him --

2      MR. SOLOMON: That's right.

3      MS. BUSBY: -- Exhibit 75.

4      MR. SOLOMON: That's right.

5      MS. BUSBY: So this is a little out of

6  context.

7      MR. SOLOMON: That's right.

8  A.  Sorry.

9  Q.  If he -- if you'd look at line 13 on

10  page 68, this is where you start --

11  A.  Uh-huh.

12  Q.  -- answering a question.

13  A.  Right.

14  Q.  And then just look at that through page

15  70, top of 71.

16  A.  Uh-huh.

17  Q.  Were you telling the truth?

18  A.  Yes.

19  Q.  Okay.

20      Now I'm on page 71, and I'm looking at

21  line -- lines 11 and 12.

22      There's an exhibit that's being

23  presented, and the question is: "Have you seen this

24  before"; and the answer is: "No, it's typical of the

25  lies of Mark -- Mark Barrenechea."

1      Do you see that?

2  A.  Uh-huh.

3  Q.  And do you stand by that?

4      MS. BUSBY: I'm going to object that

5  you're not showing him the exhibit that he's

6  testifying about here.

7      MR. SOLOMON: Go ahead.

8      MS. BUSBY: So answer, if you can.

9  A.  If I knew it -- I mean, Barrenechea --

10  I'd have to see what we're referring to say that he

11  was a liar.

12  Q.  But that answer suggests to me, you tell

13  me if I'm wrong, that you had a view that Mark

14  Barrenechea told lies.

15      MS. BUSBY: I'm going to object. I

16  don't think that's a ques -- proper question.

17  Q.  Answer the question, please.

18  A.  On some rare occasion, he would tell --

19  exaggerate the truth. Therefore, Barrenechea -- I put

20  it in the category of a lie, yes.

21  Q.  And then if you look at the bottom of

22  71, and then over the page, there's a reference to

23  "burning 20 million," and just tell me, that's the

24  20 million, is it, in connection with free consulting

25  for Bell South?

1  A.  Yes.

2      MR. SOLOMON: We'll take a ten-minute

3  break.

4      THE WITNESS: Whatever, sure.

5      THE VIDEOGRAPHER: Going off the record.

6  The time on the screen is 9:51:36.

7      (A brief recess is taken.)

8      THE VIDEOGRAPHER: The time on the

9  screen is 10:09:11. You're on the record.

10  Q.  Focusing on 3Q01, Mr. Nussbaum, do you

11  know who were the members of Oracle's Finance and

12  Audit Committee?

13  A.  I'd have to --

14      MS. BUSBY: I'm going -- I'm going to

15  object to -- to form. I think the committee you're

16  talking about is vague.

17  A.  I don't know.

18  Q.  Okay.

19      While you were with the company in

20  3Q01 --

21  A.  Uh-huh.

22  Q.  -- were there discussions concerning the

23  discounts you had given customers in the past?

24      MS. BUSBY: Objection. Lacks

25  foundation. Vague.

1    A.   Yes.

2    Q.   What was the nature of those

3    discussions?

4    A.   We'd -- we would send it up to

5    headquarters to agree that it would be able to be

6    revenue recognizable, and that we abided by a certain

7    guide, in terms of the level of discount.

8    Q.   Okay.

9         Would -- did you have any kind of

10   reputation within Oracle at that time concerning

11   discounts?

12        MS. BUSBY: Objection. Lacks

13   foundation. Vague.

14        Answer, if you can.

15   A.   Um, we offered more, so I gather I would

16   be in charge. We had -- we needed to do more, so I'd

17   say representing the business that I represented,

18   probably yes.

19   Q.   And just so I understand, were you --

20   was it your understanding that you were viewed as a

21   person that awarded significant -- significant or

22   large discounts --

23        MS. BUSBY: Objection.

24   Q.   -- to customers?

25        MS. BUSBY: Objection. Misstates his

1    testimony. Also, lacks foundation.

2    A.   No.

3    Q.   Okay.

4         Are you aware that the Finance and Audit

5    Committee, I think that's what it's called, of the

6    Oracle Board of Directors conducted an investigation

7    about you?

8    A.   Yes.

9    Q.   What was the -- that investigation

10   about?

11   A.   They wanted to review the businesses

12   that -- the business that we were conducting, to make

13   sure that it was being done correctly.

14   Q.   And do you know what prompted them to

15   launch that investigation?

16        MS. BUSBY: Objection. Lacks

17   foundation. Answer, if you can.

18   A.   No, I don't.

19   Q.   Okay.

20        Were you interviewed in connection with

21   that?

22        MS. BUSBY: Objection. Vague.

23   A.   No, I was not.

24   Q.   What can you tell me about the

25   investigation?

1         MS. BUSBY: Objection. Overbroad.

2    A.   I don't know.

3    Q.   Okay.

4    A.   Because, obviously, it was done, and I

5    wasn't intimately involved.

6    Q.   Do you know who instigated it?

7         MS. BUSBY: Objection. Lacks

8    foundation. Vague.

9    A.   I would only have to guess, and I don't

10   want to guess.

11   Q.   Okay.

12        How did you become aware of the

13   investigation?

14   A.   There were some -- we went over some

15   accounts, and restated why we gave the discounts that

16   we did.

17   Q.   And who did you go over the accounts

18   with?

19   A.   Oh, God. I don't remember.

20   Q.   Would it have been a member of the

21   Finance and Audit Committee?

22        MS. BUSBY: Objection. Lacks

23   foundation. Asked and answered.

24   A.   If you told me who was on the committee,

25   I would be able to -- I don't know who's on the

1    committee. I could guess, again, and I don't want to

2    guess.

3    Q.   Was there -- did you see any documents

4    in connection with that investigation?

5    A.   I don't think so.

6    Q.   Okay.

7         Do you know if any documents were

8    produced in connection with that --

9         MS. BUSBY: Objection.

10   Q.   -- investigation?

11        MS. BUSBY: Objection. Vague. Lacks --

12   lacks foundation.

13   A.   I wouldn't know.

14   Q.   That was vague, and I don't mean

15   produced in this litigation.

16        What I'm asking is, were any documents

17   generated in connection with that investigation?

18        MS. BUSBY: Objection. Lacks foundation

19   and vague.

20        Answer, if you can.

21   A.   No, I don't know.

22   Q.   Did anybody tell you the outcome of the

23   investigation?

24   A.   I had a conversation with Ellison.

25   Q.   Okay.

Nussbaum, Jay 6/22/2006 9:13:00 AM

1   A.   That was -- that was about it.

2   Q.   Tell me everything you remember about

3   that conversation, please.

4   A.   It was a while back. There with several

5   accounts that they weren't happy with, that we had

6   either discounted or sold to, and I argued back

7   saying, typically, "You don't understand the market,"

8   and he said, "Well, I understand, but I'm just

9   telling you that there were -- you've got to cease

10  and desist and do it the right way, and continue to

11  work through headquarters."

12  Q.   When was that conversation?

13  A.   I -- I don't know.

14  Q.   Do you know if it was within 3Q or after

15  3Q?

16  A.   Oh, it was -- that I know. It was way

17  after Q3.

18  Q.   Okay.

19       Did the attitude at Oracle to your award

20  of discounts change after the close of Q301?

21       MS. BUSBY: Object. How can he answer

22  what the attitude of Oracle is? It lacks foundation

23  and it's vague.

24       Answer, if you can.

25  A.   I don't think it changed, no.

Oracle                                          Page 41

Nussbaum, Jay 6/22/2006 9:13:00 AM

1   Q.   Okay.

2        Was -- your -- was discount -- was your

3   discount -- strike that.

4        Was there any effort to -- to have you

5   award less discounts?

6   A.   Yes.

7   Q.   Okay. And was that after 3Q01 that that

8   effort was made?

9   A.   It was the same level of intensity.

10  Q.   All the way through your ten years?

11  A.   Oh, no, no, no. Oh, no. No, no, no.

12       I'd say, in the last -- I'm talking

13  calendar years now --

14  Q.   Okay.

15  A.   -- so rather than quarters.

16       I'd say from 2000 to 2001, that's the

17  last two years. So if I left in 2000 of November, it

18  had been going on for about 16, 18 months.

19  Q.   If you left in 2001, in November, you

20  mean?

21  A.   That's correct, so I said go back 16 to

22  18 months.

23  Q.   Who is -- who, if you know, promoted

24  that change?

25  A.   Safra Catz.

Oracle                                          Page 42

Nussbaum, Jay 6/22/2006 9:13:00 AM

1        THE REPORTER: I'm sorry.

2        THE WITNESS: Safra Catz.

3   Q.   Did Safra Catz have any operational

4   experience before she got to Oracle?

5        MS. BUSBY: Objection. Lacks

6   foundation. Vague.

7   A.   No.

8   Q.   Did that manifest itself in the way she

9   conducted business at Oracle when she arrived?

10       MS. BUSBY: Objection. Vague. Lacks

11  foundation.

12  A.   When you say "arrived," when she

13  arrived, she was just there in a positive way.

14  Q.   Uh-huh.

15  A.   And as time went on, she got more and

16  more knowledgeable, and the more and more

17  knowledgeable she thought she was, she entered into

18  more and more trying to put the right things in

19  place, in most cases, in her mind.

20  Q.   Uh-huh.

21       Have you ever heard the expression

22  "earnings management"?

23  A.   Sure.

24  Q.   What's your understanding of that

25  expression?

Oracle                                          Page 43

Nussbaum, Jay 6/22/2006 9:13:00 AM

1   A.   Try and make your quarters, and so that

2   they were -- that the street level of expectations

3   could be met, but do it right.

4   Q.   Did Oracle practice earnings management?

5        MS. BUSBY: Objection. Vague. Lacks

6   foundation.

7   A.   To my knowledge, they -- from -- we did

8   what we had to do to get the business in and conduct

9   it properly. We could argue the level of discounts,

10  but we got in our revenue, and they made sure that it

11  was all recognizable, and whatever the quarter was,

12  it was.

13  Q.   Did they engage in earnings management,

14  as you understand it?

15       MS. BUSBY: He's -- I'm going to object

16  that he's asked and answered, and I'm going to, you

17  know, maintain my prior objections from when you

18  asked it the first time.

19  Q.   Go ahead and answer.

20  A.   I wasn't involved, so, therefore, I

21  wouldn't know.

22  Q.   Did you attend -- again, the focus is on

23  3Q01 -- did you attend meetings on a regular basis

24  with Mr. Ellison?

25  A.   Yes.

Oracle                                          Page 44

1   Q.   With what regularity?

2   A.   They were, I think, Mondays, if I'm not

3   mistaken, we had what we called our executive

4   committee meetings.

5   Q.   And what typically would be discussed at

6   the executive committee meeting?

7   A.   Whatever Larry wanted to talk about. We

8   had sometimes an agenda, and sometimes it would just

9   be the same question, conversations and statuses of

10   things.

11   Q.   How long did they typically last?

12   A.   Two to three hours.

13   Q.   Who typically attended?

14   A.   The Executive Committee.

15   Q.   Anybody else other than the members of

16   the Executive Committee?

17   A.   I think Jennifer Minton, I'm not sure if

18   she was or was not on the Executive Committee, but

19   she was there at the meeting, and an occasional guest

20   that would come in to present something to us.

21   Q.   And you said sometimes there was an

22   agenda, sometimes there wasn't.

23   Was forecasting typically a topic of

24   discussion at these meetings?

25   A.   It was always on, yes.

1   Q.   And how would you describe Larry Ellison

2   in terms of his analytical focus?

3      Was he -- is he, was he, very analytical

4   in terms of financial information?

5      MS. BUSBY: Objection. Vague.

6   A.   When Larry put his mind to anything, he

7   was very good at it. So, in the case of knowing the

8   numbers, he let Jeff Henley handle a majority of

9   that, and then he would come to whatever gut

10   conclusions, but they were not done with analytics.

11   Q.   Have you seen any of the testimony that

12   Mr. Ellison has provided in any of these litigations?

13      MS. BUSBY: Objection. Vague.

14   A.   No.

15   Q.   Have you seen any testimony in any --

16   any of these litigations?

17      MS. BUSBY: Objection. Vague.

18   A.   No.

19   Q.   Have you ever read the Complaint in this

20   case?

21   A.   No.

22   Q.   Did you ever read the Complaint in the

23   derivative case?

24   A.   No.

25   Q.   Did Mr. Ellison ever discuss, in your

1   presence, the sale of his stock?

2      MS. BUSBY: Objection.

3   Q.   The exercise of his options or the sale

4   of his stock.

5      MS. BUSBY: Objection. Vague as to

6   time.

7   A.   No.

8   Q.   "Ever" was the time period. Never,

9   ever. Right?

10   A.   The answer was no.

11   Q.   Okay.

12      So is it fair to say that the Executive

13   Committee meetings held in December and January of

14   Q301, the fact that he was planning to and sold stock

15   in January was never revealed.

16      MS. BUSBY: I'm going to object that it

17   lacks foundation that he was at every single meeting.

18      Answer, if you can.

19   A.   I never heard him say it at those

20   meetings.

21   Q.   And was the topic of any sales of stock

22   by officers or directors at Oracle ever the subject

23   of any Executive Committee meeting that you attended?

24   A.   Oh, no.

25      MS. BUSBY: Objection. Vague.

1      THE WITNESS: I'm sorry.

2   A.   No.

3      MR. SOLOMON: Can I have marked as the

4   next exhibit -- I think it's number three.

5      THE REPORTER: Four.

6      MR. SOLOMON: Four, excuse me. E-mail

7   produced by Oracle bearing Bates range 097387 through

8   389.

9      (Nussbaum 4, E-mail, Bates Nos.

10   NDCA-ORCL 097387-389, is received and marked for

11   identification.)

12   Q.   Just take a look at this and let me know

13   if you recognize it after you've had a chance to read

14   it, please.

15   A.   Okay.

16   Q.   And do you recognize these exchanges?

17   A.   When I see -- yeah, sure.

18   Q.   Do these appear to be your e-mails, or

19   e-mails involving you?

20   A.   Oh, yes.

21   Q.   Okay.

22      And if you look on page -- the second

23   page of the exhibit, there's a reference to an

24   83 percent discount.

25      Do you see that?

1   A.   Yes.

2   Q.   And do you recall discussing the

3   83 percent discount in this e-mail?

4   A.   In reading it, I recall the request.

5   Q.   Okay.

6        And you're asking essentially for Larry

7   Ellison to approve the increase of the discount. Is

8   that right?

9   A.   Correct.

10  Q.   And this reflects that he approved it?

11       MS. BUSBY: Objection. Are you asking

12  him to read the document?

13  Q.   Is that right? Does this reflect that

14  he approved it?

15  A.   That's what it says.

16  Q.   Do you recall discussing this with Larry

17  Ellison?

18  A.   No.

19  Q.   Did you ever discuss Bell South with

20  Larry Ellison?

21  A.   Yes.

22  Q.   What do you remember about your

23  discussions concerning Bell South with Larry Ellison?

24       MS. BUSBY: Objection. Overbroad.

25  A.   We talked about the licensed sales that

---

1   had gone on in the account, how well it went, how

2   favorable they were towards Oracle.

3        We discussed whether we want to work as

4   a partner with them on creating a -- a new billing

5   system, at the request of the CIO of Bell South, that

6   we ought to get involved.

7        We also talked, naturally, about the CRM

8   sale, and then we talked about the businesses that we

9   could do together in a broader way with Bell South.

10  Q.   Okay.

11       What about the implementation issues

12  surrounding Bell South?

13  A.   Obviously --

14       MS. BUSBY: Objection. Vague.

15       THE WITNESS: I'm sorry.

16  Q.   Go ahead.

17  A.   Obviously, discussed that.

18  Q.   And what was his response? What was

19  his -- excuse me. What did he say about it?

20       MS. BUSBY: Objection. Overbroad and

21  vague.

22  A.   Memory, being that far back, I would say

23  we -- he always would err on the side of "let's make

24  the customer satisfied."

25  Q.   Okay.

---

1        Did you visit the implementation of Bell

2   South yourself?

3   A.   Yes.

4   Q.   And is it true that there were almost a

5   hundred consultants from Oracle on site?

6   A.   Oh, sure.

7   Q.   Did you engage in any e-mail exchanges

8   concerning the implementation issues of Bell South?

9   A.   I don't --

10       MS. BUSBY: Objection. Vague as to

11  time. Answer, if you can.

12  Q.   You don't know?

13  A.   I don't remember. I would imagine I

14  did, but I don't remember what I wrote, or whatever.

15  Q.   And at around this time, what discretion

16  did you have with respect to discounting? In other

17  words, at what level did -- would you have not have

18  needed Mr. Ellison's approval?

19       MS. BUSBY: Objection. Vague.

20  A.   I think that we had up to a certain

21  percentage, and I don't recall that exact percentage

22  today, but there was a percentage.

23  Q.   Okay. And so --

24       MR. SOLOMON: Can I have this marked as

25  the next exhibit, please? It's another e-mail

---

1   exchange produced by Oracle, Bates range 097513

2   through 517. And same the last time, Mr. Nussbaum,

3   just a take a look at these and let us know if you

4   recognize these as e-mail exchanges you were involved

5   in.

6        THE WITNESS: Okay.

7        (Nussbaum 5, E-mail exchange, Bates Nos.

8   NDCA-ORCL 097513-517, is received and marked for

9   identification.)

10  A.   Okay.

11  Q.   And the answer is, yes, you recognize

12  these?

13  A.   Yes.

14  Q.   And the discounts referred to here, is

15  it the same Bell South discount as in the prior

16  e-mail?

17       MS. BUSBY: Objection. Vague as to

18  which discounts.

19  A.   I believe so.

20       MR. SOLOMON: Okay. Mark as the next

21  exhibit a series of e-mails with the Bates range

22  097323 through 360.

23       (Nussbaum 6, Series of E-mails, Bates

24  Nos. 097323-360, is received and marked for

25  identification.)

1    Q.    There's quite a number here,

2    Mr. Nussbaum, but if you just want to take your time

3    and go through them.

4         MS. BUSBY:   You want him to go through

5    the whole document?

6         MR. SOLOMON:   I believe these are all

7    e-mail exchanges involving Mr. Nussbaum, and I'd just

8    like him to let me know if he agrees with that, and

9    if he recognizes them as exchanges that he was

10   involved in.

11   A.    So the ones that I was e-mailed --

12   copied on, I recognize. A lot of these I was --

13   worked behind the scenes on the request.

14   Q.    Got you.

15        MR. SOLOMON:   Can I have marked as the

16   next exhibit another series of e-mails with the Bates

17   range 097442 through 097488.

18        (Nussbaum 7, Series of e-mails, Bates

19   Nos. NDCA-ORCL 097442-488, is received and marked for

20   identification.)

21   Q.    Similar to the last set, Mr. Nussbaum,

22   you can let me know if you recognize these as e-mails

23   that you were involved in, either on the face or

24   behind the scenes.

25        MS. BUSBY:   And I'm going to object that

---

1    that's compound.

2    A.    So it's more of the same. Wherever I'm

3    on, I'm on, and am knowledgeable. The rest is work

4    behind the scenes.

5    Q.    Thank you.

6         You've referred in prior testimony to

7    deals that you expected to close in 3Q01 that

8    unexpectedly didn't close.

9         Do you recall that?

10   A.    Yes.

11   Q.    And one of them related to the State of

12   Michigan. Is that right?  Did it deal with the State

13   of Michigan?

14        Do you recall that?

15   A.    I don't recall Michigan in particular,

16   but if you say so.

17   Q.    While -- while we're looking, was

18   Mr. Ellison involved in closing, or attempting to

19   close, any big deals that you're aware of in Q3

20   of '01?

21        MS. BUSBY:   Objection. Overbroad.

22        Answer, if you can.

23        Also, vague as to "big deals."

24   A.    No, I don't think he was.

25   Q.    Okay.

---

1         Was he typically involved in closing big

2    deals or --

3    A.    Not for me.

4    Q.    Not for you. What about with other

5    divisions?

6         MS. BUSBY:   Objection. Lacks

7    foundation. Also, vague as to "big deals."

8         Excuse me, if you'd please let me put my

9    objections first --

10        MR. SOLOMON:   Well, actually your

11   objections are way too long. Just object. Stop all

12   the explanations. Okay? I'm a little bit tired of

13   it.

14        MS. BUSBY:   I'm entitled to put my

15   objection on the record.

16        MR. SOLOMON:   Stop speaking. Okay? You

17   can object, but stop speaking. No speaking

18   objections, okay? Just object, please.

19        MR. GIBBS:   Those aren't even close to

20   speaking objections.

21        MS. BUSBY:   Those aren't close to

22   speaking objections, and he's going to wait until I

23   object to answer the question, and then you need to

24   wait to ask your next question after that.

25        MR. SOLOMON:   I'd like to have marked as

---

1    the next exhibit the interview transcript of Jay

2    Nussbaum, Bates range is 611497 to 508.

3         Is it fair to say --

4         (Nussbaum 8, Interview transcript of Jay

5    Nussbaum. Bates Nos. NDCA-ORCL 611497-508, is

6    received and marked for identification.)

7    Q.    Have you ever seen this before?

8    A.    No.

9    Q.    Okay.

10        In that case, it's only fair that you

11   read it.

12        MS. BUSBY:   And I'll just note for the

13   record that this exhibit does not -- you have not

14   included the exhibits referenced within the interview

15   summary.

16        MR. SOLOMON:   Okay.

17   A.    Okay.

18   Q.    So this is the first time you've seen

19   this?

20   A.    Yes.

21   Q.    Is any of that inaccurate that you said

22   before?

23        MS. BUSBY:   Objection. Vague. Answer,

24   if you can.

25   A.    I didn't read it for accuracy.

1   Q.   Okay.

2   A.   I was just reading it to see what

3   subjects --

4   Q.   Okay.

5        MS. BUSBY: I am also going to reiterate

6   my objection that you haven't included the exhibits

7   referenced in the document.

8   Q.   If you go to page 8, at the top.

9   A.   Okay.

10  Q.   There's a reference to the State of

11  Mich -- Michigan at the bottom.

12  A.   The State of Michigan. Okay.

13  Q.   And if you go over the page, there's a

14  reference to Larry Mendenhall at the top.

15  A.   Page 9?

16  Q.   Yes. So I'm just -- I'm just looking at

17  the bottom and you say, "Nussbaum" -- sorry. The

18  memo says, "Nussbaum attributes the majority of the

19  state and local shortfall to the failure to complete

20  an anticipated deal with the State of Michigan.

21       "He stated the consultants had already

22  been assigned to the project before" -- excuse me --

23  "before they received word the deal was being

24  suspended. According to Nussbaum, Larry Mendenhall

25  failed to remove this deal from the forecast after it

---

1   died."

2   A.   I'm not sure that's accurate.

3   Q.   Did you --

4   A.   But it wasn't Michigan as much as it was

5   a combination of New York State was there, as well.

6   Q.   Okay.

7        And New York State was a deal that, had

8   it gone through, would have helped you make your

9   numbers, but you were surprised at the end of the

10  quarter because it didn't go through?

11       Is that right?

12  A.   It was on our forecast list to have been

13  done.

14  Q.   Uh-huh.

15  A.   It didn't get done.

16  Q.   And do you remember why it didn't get

17  done?

18  A.   Because the New York State and New York

19  City debating within themselves over State contracts,

20  and we were still -- I'm not -- they were still

21  holding us for a better discount, which we were at

22  that point, in Q3, unwilling to do.

23  Q.   Okay.

24       Who's Larry Mendenhall?

25  A.   I think -- you know, forgive me. I'm

---

1   getting old -- that he was in our consulting group,

2   or was he in -- I don't -- I don't know. That's a

3   better answer.

4   Q.   Do you remember discussing with anybody

5   the fact that the State of Michigan deal was in the

6   forecast after it died?

7        MS. BUSBY: Objection. Vague.

8   A.   No, because I kept -- myself and Sarah

9   Kopp, for us, kept the list that we thought were the

10  active ones, and on our list, Michigan had already

11  gone out.

12  Q.   Who, other than you, was involved in

13  negotiations with the State of Michigan?

14  A.   The State of Michigan probably would

15  have been the vice president of state and local, who

16  was Jose Garcia.

17  Q.   And do you know when you took that deal

18  out of your forecast?

19  A.   I can't recall, no.

20  Q.   Do you remember the name of the person

21  at Michigan who you were dealing with?

22  A.   The customer?

23  Q.   Correct.

24  A.   No, I don't.

25  Q.   Does the name Michael Scieszka --

---

1   Scieszka, S-C-I-E-S-Z-K-A, ring any bells?

2   A.   I read it in this, and I never had

3   dealings with him.

4   Q.   All right.

5        Was there, at the Executive Committee

6   meetings, any discussions that you recall concerning

7   Oracle's stock price?

8        MS. BUSBY: Objection. Vague. Answer,

9   if you can. Also, overbroad.

10  A.   Not that I remember.

11  Q.   And just to be clear about that, that's

12  ever in the ten years or so you were there?

13  A.   Well, I wasn't on the Executive

14  Committee for ten years.

15  Q.   How long were you on the Executive

16  Committee?

17  A.   I was on the Executive Committee

18  whenever Ray Lane left, because then I moved up and

19  reported to Larry. So I don't recall when Larry

20  left, but that may be two and a half years, three

21  years.

22  Q.   And none -- in that time, you don't

23  recall ever a discussion regarding --

24  A.   At the time I was on the Executive

25  Committee, I don't recall -- at the time I was on the

1   Executive Committee, I don't recall ever listening to
2   stock conversation about the price.
3   Q.   Okay.
4        When did you first learn of
5   Mr. Ellison's sales?
6        MS. BUSBY:   Objection.   Vague.   Go
7   ahead.
8   A.   It was in the newspaper, I believe.
9   Q.   Okay.   Within 3Q01?
10  A.   No, 3Q01 -- well, that's a good point.
11       I don't remember when it was in the
12  newspaper and when he sold, but if it was in the
13  newspaper, and it was in January or February, that's
14  when I would recall.
15       MR. SOLOMON:   Okay.   All right.   Take a
16  five-minute break.   Off the record for five minutes.
17  The tape is about to be changed.
18       THE VIDEOGRAPHER:   Here marks the end of
19  videotape no. 1.   Going off the record.   The time on
20  the screen is 10:51:53.
21       (A brief recess is taken.)
22       THE VIDEOGRAPHER:   Here marks the
23  beginning of video Tape No. 2.   Going back on the
24  record.   The time on the screen is 11:00:37.
25  Q.   I just want to go through a few more

1   exhibits with you.   Sorry.
2        We'll have marked as the next exhibit --
3   the next exhibit, an e-mail -- e-mail exchange dated
4   January --
5        THE VIDEOGRAPHER:   Put your microphone
6   on counsel.
7        MR. SOLOMON:   Excuse me, I'm sorry.
8        I'll have marked as the next exhibit an
9   e-mail dated January 18, 2001, Bates number 069349.
10       (Nussbaum 9, E-mail dated 1/18/01, Bates
11  No. NDCA-ORCL 069349, is received and marked for
12  identification.)
13  Q.   And, Mr. Nussbaum, just take a look at
14  it and let me know if you've seen it before.
15  A.   Yes.
16  Q.   When did you last -- when did you see
17  this?
18  A.   I saw it last night.
19  Q.   Okay.
20       And did you, by any chance, see the
21  complete document last night?
22  A.   No, I just the --
23  Q.   Just saw one page?
24  A.   One page.
25  Q.   Okay.

1        And did this -- is there anything in
2   here that you take issue with?
3        MS. BUSBY:   Objection.   Vague.
4        Answer, if you can.
5   A.   No.
6        MR. SOLOMON:   Let's mark as the next
7   exhibit a document produced by Oracle, e-mail dated
8   February 24, 2001, Bates ranges 081828-29.
9        (Nussbaum 10, E-mail dated 2/24/01,
10  Bates Nos. NDCA-ORCL 081828-29, is received and
11  marked for identification.)
12       MS. BUSBY:   Are we up to Exhibit 10?
13       THE REPORTER:   Ten.
14  A.   I'm fine.
15  Q.   Sorry.   Do you recognize that?
16  A.   Yes.
17  Q.   And it's an exchange you were involved
18  in?
19  A.   Uh-huh.
20  Q.   Around the time of the e-mail?
21  A.   Yes.
22       MS. BUSBY:   I'm just going to object
23  that I don't see from the e-mail that he was involved
24  in this exchange.
25  Q.   Involved behind the scenes?

1   A.   That's what I answered yes to.
2   Q.   Yeah.   Okay.
3        And then I'll have marked as the next
4   exhibit another e-mail dated January 17, 2001.   Bates
5   numbers are 081818 to 19.
6        (Nussbaum 11, E-mail dated 1/17/01,
7   Bates No. NDCA-ORCL 081818-20, is received and marked
8   for identification.)
9        MS. BUSBY:   I think the exhibit goes to
10  Bates range 820.
11       MR. SOLOMON:   Thank you.   81820.
12  Q.   Have you ever seen this before?
13  A.   No.
14  Q.   Were you aware, at around the time of
15  this e-mail, January 17, 2001, what the trends as
16  reflected on this first page of the e-mail were,
17  absent Convisent?
18       MS. BUSBY:   Objection.   Vague.   Lacks
19  foundation.
20  A.   I knew what my business was doing, but I
21  didn't know the world --
22  Q.   You didn't have an overall view of the
23  company.   Is that fair?
24       MS. BUSBY:   Objection.   Vague.
25  A.   That's fair.

Nussbaum, Jay 6/22/2006 9:13:00 AM

1    Q.   If you turn to the second page, it says,
2    near the top "license organization," and then your
3    name appears.
4    A.   Right.
5    Q.   Do you have any reason to doubt the
6    accuracy of the figures that are then associated with
7    Nussbaum, OSI?
8         MS. BUSBY: Objection. Vague and lacks
9    foundation.
10   A.   Who knows?  You know, how do I know?
11   Q.   Okay.
12        Do you have an understanding why, on the
13   first page of this e-mail -- e-mail, Convisent, both
14   figures, with Convisent in and Convisent excluded?
15        MS. BUSBY: Objection. Vague. Lacks
16   foundation.
17   A.   Is the question why they excluded me?
18   Q.   No, no, no.  No, that's another
19   question, I guess.
20   A.   Oh.
21   Q.   No, did -- do you have an understanding
22   why they broke this down -- broke it out with
23   Convisent and then without Convisent?
24        MS. BUSBY: Same objection. Answer, if
25   you can.

Oracle                                    Page 65

Nussbaum, Jay 6/22/2006 9:13:00 AM

1    A.   Oh, yes, I do.  I remember that.
2         Convisent was that one-off deal that was
3    at Ford, and Sandy Sanderson and Safra Catz were
4    working that.
5    Q.   And do you have an und -- do you have an
6    und -- you may not, but do you have an understanding
7    why they did this to show what was going on without
8    Convisent?
9         MS. BUSBY: Same objection. Answer, if
10   you can.
11   A.   I don't know what made them do with or
12   without, but I understand, you know, what they were
13   trying to do is not include it until they came to --
14   because it had been open for quite a while.
15   Q.   You testified earlier on about your
16   e-mail practice during 3Q01, and you testified that
17   there would be a hundred, two hundred e-mails a day,
18   broken down, mainly forecasting, some other stuff,
19   but most of it would be forecasting.  Is that right?
20        MS. BUSBY: Objection. Misstates prior
21   testimony.
22   A.   That's not correct.
23   Q.   Okay.
24        Tell me what you told me about the
25   e-mails.

Oracle                              -          Page 66

Nussbaum, Jay 6/22/2006 9:13:00 AM

1    A.   I said I received anywhere between 100
2    to 200, and only a few of them would be on
3    forecasting because there's just so much you could
4    write.
5    Q.   Okay.
6    A.   How many exactly of that 100 or 200, I
7    don't know, but I would say it might have been less
8    than 15.
9    Q.   Okay.
10        And what would the balance be made up of
11   typically, in this quarter?
12   A.   Balance made up of --
13        MS. BUSBY: Objection. Vague. Answer,
14   if you can.
15   A.   I would say no different than anyone
16   else's e-mail, just normal corporate dealings, and
17   things, trash.
18   Q.   So is it fair to say that there would be
19   internal e-mails among you and your colleagues
20   concerning forecasts?
21   A.   Yes.
22        MS. BUSBY: Objection. Vague as to
23   forecasting.
24   Q.   And typically, on a daily basis?
25        MS. BUSBY: Same objections.

Oracle                                    Page 67

Nussbaum, Jay 6/22/2006 9:13:00 AM

1    A.   It could go on a daily basis, but it
2    just depended on the -- if things -- events took
3    place.
4    Q.   Okay.
5    A.   So let me explain.
6         If we closed one, they'd say, "Great
7    news, just closed one."
8         If the thing -- if it didn't close and
9    it really went completely to -- that we were not
10   going to close it, they would call -- you know,
11   e-mail or call, most times they would walk in because
12   they had some explaining to do.
13        And the majority of the e-mails would
14   then be more in the line of it's progressing, the
15   progress of it.
16   Q.   Okay.
17        And again, there would be forecasting,
18   perhaps on a daily basis, with var -- various
19   frequency, but I think you said -- you used the
20   figure around 15.  Is that fair?
21        MS. BUSBY: Objection. Vague as to
22   forecasting.
23   A.   I'm just throwing that out as a wild
24   guess.
25   Q.   Okay.

Oracle                                    Page 68

1   Now, what about with respect to 11i?

2   How many e-mails, in this particular quarter, on

3   average, do you think concerned customers involving

4   11i?

5        MS. BUSBY: Objection. Vague and way

6   overbroad. Answer, if you can.

7   A.   I couldn't even answer that. It

8   would -- I know if I created them based upon updates,

9   status of, things of that nature, or if we had a

10  customer who was satisfied, we used that as a

11  reference.

12       We put that out to everybody, or if we

13  had a dissatisfied, we quickly worked on it.

14  Q.   Okay.

15       So there would be e-mails, but you can't

16  tell me how many. Is that right?

17  A.   That's probably right, yeah.

18  Q.   Okay.

19       And there would be e-mails at various

20  times throughout the quarter. Is that fair?

21  A.   Well, throughout forever.

22  Q.   All right.

23       Were there ever -- did you create or

24  receive any e-mails in that fiscal quarter concerning

25  stock trading in Oracle securities?

---

1        MS. BUSBY: Objection. Vague and --

2   Q.   Other, other -- excuse me. Other than

3   what I've shown you earlier today.

4        MS. BUSBY: Objection, vague and

5   overbroad. Answer, if you can.

6   A.   I don't recall.

7   Q.   Okay.

8        Would there have been e-mails concerning

9   the status of the economy in 3Q01 that you would have

10  been involved in -- in at all?

11       MS. BUSBY: Objection. Vague. Answer,

12  if you can.

13  A.   Well, there could have been, but I

14  don't -- nothing pops to my mind unless I could see

15  something to refresh it.

16  Q.   Okay.

17       You -- we looked at an exhibit earlier

18  on in which there was just one page. There is one

19  page, and it appears to be one of two pages, and that

20  is Exhibit Number 6, I think -- no, I'm sorry. Can I

21  have a look at those? I'm way off. Is it 10? It is

22  No. 9. Excuse me.

23       MS. BUSBY: Is there a question?

24  Q.   Do you see it says one of two? At the

25  bottom of the page, it says one of two?

---

1   A.   One of two. I have one sheet of paper.

2   Q.   Right, and on the bottom, on the

3   left-hand side, it says one of two.

4   A.   Oh, yes, I see that.

5   Q.   All right.

6        And I know you've testified that you

7   didn't see a second page last night. Do you have an

8   under -- any understanding what's happened to the

9   second page of this document?

10       MS. BUSBY: Objection. Lacks

11  foundation. Answer, if you can.

12  A.   No.

13  Q.   Do you have any recollection, or any

14  knowledge of what the second page contains?

15       MS. BUSBY: Same objection. Answer, if

16  you can.

17  A.   No.

18  Q.   And was it the -- was last night the

19  first time you've ever seen this document?

20  A.   This one page.

21  Q.   Yes.

22  A.   Yes. Oh, I'm sorry, yes. Yes, this --

23  last night was the first time.

24  Q.   Did you maintain on your computer

25  forecasting reports during 3Q01?

---

1        MS. BUSBY: Objection. Vague as to

2   forecasting reports.

3   A.   Yes.

4   Q.   And what reports did you maintain on

5   your computer?

6   A.   So far, you haven't handed me any

7   that -- but if there are more documents coming, I

8   could relate to that being something that would have

9   been in the --

10  Q.   Okay.

11  A.   -- you know, stored, if you would, when

12  I left.

13  Q.   Let me ask you this way: In 3Q01, would

14  you have had on your computer every forecast for OSI

15  that was created or generated during that time frame?

16       MS. BUSBY: Objection. Vague. Answer,

17  if you can.

18  A.   No, I wouldn't.

19  Q.   Okay. What would you not have?

20  A.   The --

21       MS. BUSBY: Objection. Vague and lacks

22  foundation. Answer, if you can.

23  A.   Separate notes from Sara to Jennifer

24  Minton. I would never have that.

25       Revenue rec information that we would

1   review, like the O'Neils, some of that I wouldn't

2   have until it got to my approval, then I would put it

3   on for the discount. and therefore. I would know if I

4   could get the deal or not, because that was

5   permission to proceed.

6       But I couldn't tell you how many. I

7   tried not to have an overabundance of paper, as I

8   mentioned earlier. So my secretary kept the files

9   going and we didn't -- we didn't generate that much

10  because the list was pretty simple. We kept that

11  list pretty simple, and Sarah Kopp and I had many

12  verbal conversations.

13      Q.   Are you aware of any reports from 3Q01

14  being destroyed?

15      MS. BUSBY: Objection. Vague. Lacks

16  foundation.

17      Answer if you possibly can.

18      A.   I couldn't even imagine why they would

19  destroy anything. If they did, I would never have

20  known about it.

21      Q.   All right.

22      MR. SOLOMON: Let's take a five-minute

23  break.

24      THE WITNESS: Sure.

25      THE VIDEOGRAPHER: Going off the record.

1   The time on the screen is 11:17:45.

2       (A brief recess is taken.)

3       THE VIDEOGRAPHER:  The time on the

4   screen is 11:25:19.  You're on the record.

5       THE WITNESS:  I'm ready.

6       MR. SOLOMON:  Good.  Okay.

7       Q.   I want to go back to forecasting reports

8   that you may have had in your possession.

9       Did Sarah Kopp have a practice with

10  e-mailing you forecast reports during Q301?

11      A.   Well, we would do them together, so

12  what -- I don't -- the answer is, she could have, but

13  I -- I didn't find it necessary.

14      She did also send things up to the

15  finance group --

16      Q.   Right.

17      A.   -- which was a summary of what we talked

18  about, so I didn't need to get copied on that, and --

19      Q.   Okay.

20      Would you -- would you be sent pipeline

21  reports?

22      A.   Oh, sure.

23      MS. BUSBY: Objection, vague.

24      Q.   Okay.

25      How -- how in Q3 of '01 were pipeline

1   reports sent to you?

2       MS. BUSBY: Objection. Vague as to

3   "pipeline reports."

4       A.   Well, my definition of pipeline reports,

5   if it's different than yours, we'd have to figure

6   that out, but I -- we're talking about the

7   forecasting process, I would get information on that

8   on a daily basis.

9       Q.   Okay.

10      And how would that information be

11  transmitted?

12      A.   We had this system called OSO.

13      Q.   Okay.

14      A.   It was an open forecasting system.

15      Q.   Okay.

16      What about big deal reports or dig deal

17  lists?

18      Did you receive those in Q301?

19      A.   I received --

20      MS. BUSBY: Objection. Vague as to "big

21  deal lists or reports."

22      A.   I received it every quarter.  ·

23      Q.   Every quarter?

24      A.   And no exception being 0 -- 0 -- Q3, no

25  exception.

1       Q.   Okay.

2       And how many in a quarter did you

3   receive?

4       MS. BUSBY: Same objections as to vague.

5       A.   How many what?

6       Q.   Big deal reports.

7       A.   There was only one report.

8       Q.   Okay.

9       A.   It was the report, "Big Deals," and then

10  whatever was considered a big deal.

11      Q.   Okay.

12      And how was that transmitted to you?

13      A.   We kept that electronically.

14      Q.   Okay.

15      And what about big deal lists?  Aside

16  from the reports, were there big deal lists that were

17  sent to you?

18      MS. BUSBY: Objection. Vague as to "big

19  deal lists."

20      A.   Well, let me just clarify.  List,

21  report.

22      Q.   Uh-huh.

23      A.   To me, it's one and the same thing.

24      Q.   Same thing?

25      A.   The list.

1    Q.   Okay.

2    A.   And it's really a one-pager.

3    Q.   Okay.

4         What about -- now, generally OSI

5    forecast reports, no matter what sort of report, just

6    generically OSI forecast reports, did you see those

7    electronically in Q3O1?

8         MS. BUSBY: Objection, vague as to OSI

9    forecast reports.

10        Answer if you can.

11   A.   We had a forecast system that we used

12   forever and ever. And so no exception Q3, same

13   reporting system.

14   Q.   And was that electronic?

15   A.   Yes.

16   Q.   Okay.

17        And with what frequency would you be

18   receiving OSI forecast reports electronically in Q1.

19        MS. BUSBY: Objection. Misleading.

20   Q.   I'm sorry. Q3.

21        MS. BUSBY: Objection. Mischaracterizes

22   his testimony. Vague. Answer, if you can.

23   A.   Whenever I was curious, I would just go

24   on to the OSO report --

25   Q.   Did you --

1    A.   -- and I -- therefore, I could determine

2    what the forecast was or wasn't.

3    Q.   Okay.

4         If I want to see what you were looking

5    at in OSO at any time that I choose within Q3O1, can

6    I still do that? Is there a way of doing that?

7         MS. BUSBY: Objection. Lacks foundation

8    and vague. Answer, if you can.

9    A.   That's a good question. You mean,

10   today?

11   Q.   Yes.

12   A.   To find out what happened in '01?

13   Q.   Right.

14   A.   Oh, I -- I've been gone for five years,

15   so I couldn't even guess.

16   Q.   Okay.

17   A.   This was a -- a report that was moving.

18   In other words, why -- so --

19   Q.   Right.

20   A.   So in '04, you have '04 data, Q4, Q1,

21   you know, so I don't know what the answer to that

22   question would be.

23   Q.   Okay. Okay.

24        You mentioned in your interview with the

25   SLC that you believe that there was litigation

1    concerning the transaction with WorldCom.

2         MS. BUSBY: Objection.

3    Q.   Do you recall that?

4         MS. BUSBY: Objection. Mischaracterizes

5    the record.

6         Answer the question, if you can.

7    A.   The World -- the WorldCom problem was

8    curious at first, and then it became less curious

9    because we could understand what was really going on

10   behind the scenes.

11        We didn't know it at first. World Com

12   was actually beginning -- the cards were beginning to

13   fall.

14   Q.   Right. But can I just interrupt a

15   second?

16   A.   Sure.

17   Q.   Actually, you can go on.

18        MS. BUSBY: Yes, I think he should

19   finish his answer first.

20   Q.   Go ahead.

21   A.   So when I mention WorldCom, we -- they

22   were refusing to pay us, like any customer could --

23   has the right to do, and then we told them what

24   our -- no pay, no service.

25   Q.   Uh-huh.

1    A.   And when I made that call on the CIO, he

2    was very -- very upset about it, so I said, look, as

3    a kind gesture, we'll let it roll, but you pay us

4    shortly.

5         He didn't take kindly to the

6    conversation. I didn't care, because it -- it was

7    becoming obvious that they were using the dollars for

8    other things.

9    Q.   Uh-huh.

10   A.   So we just put our foot down and said,

11   we're going to give you a little extension to get the

12   check out, but you better cut the check; and whether

13   there was litigation or not behind that was not part

14   of that conversation. So I hope that answers it.

15   Q.   Well, are you aware of any litigation

16   between Oracle and World Com?

17   A.   Today?

18        MS. BUSBY: Objection. Vague.

19   Q.   Yes.

20   A.   Today.

21   Q.   Yes. Ever. I mean, are you aware of --

22   has there ever been litigation between Oracle and

23   WorldCom?

24        MS. BUSBY: Objection. Vague and

25   overbroad. Answer, if you can.

Nussbaum, Jay 6/22/2006 9:13:00 AM

1  A.  I -- I -- I think we turned the matter
2  over to Safra Catz. We did get the check, but there
3  were other things that were being contested.
4  Q.  Uh-huh.
5  A.  And whether it went to litigation or
6  not, I don't remember today.
7  Q.  Okay.
8     Are you aware of any disputes, other
9  than Bell South, which you don't need to talk about
10 at the moment, other than WorldCom, which you just
11 talked about, are you aware of any other disputes
12 between Oracle and any of its customers within Q3
13 of '01?
14    MS. BUSBY: Objection. Vague.
15 A.  I -- I'm not aware of any.
16 Q.  Okay.
17    Mr. Nussbaum, I'm not suggesting that
18 it's any fault of yours, but it appears that many,
19 many e-mails and forecast reports that we would have
20 expected in the natural course of things to have been
21 produced from your files haven't been produced from
22 your files.
23    There's a dispute in court right now as
24 to what we're going to do about the fact that
25 documents appear not to have been preserved, and many

Oracle                                    Page 81

Nussbaum, Jay 6/22/2006 9:13:00 AM

1  destroyed. I'm not going to go further into
2  interrogating you about the forecasting process, and
3  the 11 issues that you may otherwise be able to
4  testify about until I have had the opportunity to see
5  all of your documents, if -- if, in fact, it's
6  possible to restore them. So I'm going to reserve
7  the right to question you further if and when I
8  receive those documents.
9  A.  Sure.
10 Q.  But I'm not going to be put at a
11 disadvantage while those documents remain unproduced.
12 A.  Okay.
13    MR. SOLOMON: So that's all I have for
14 the moment.
15    MS. BUSBY: And I obviously object to
16 that and to your characterization of the record, and
17 we may actually ask a few follow-up questions. So
18 let's take a five-minute break.
19    MR. SOLOMON: Sure.
20    THE VIDEOGRAPHER: Going off the record.
21 The time on the screen is 11:35:27.
22    (A brief recess is taken.)
23    THE VIDEOGRAPHER: The time on the
24 screen is 11:52:02. You're on the record.
25 Q.  I'm just going to ask a few follow-up

Oracle                                    Page 82

Nussbaum, Jay 6/22/2006 9:13:00 AM

1  questions.
2     Mr. Nussbaum, can you tell me, in your
3  opinion, is a car a good analogy for software.
4  A.  A car? I thought you were on my side.
5  A car a good analogy. A car a good analogy.
6     Perhaps not.
7  Q.  And why is it not a good analogy?
8  A.  Well, cars are things that are
9  manufactured a little bit with more reliability than
10 software.
11 Q.  With more reliability, what do you mean
12 by that?
13 A.  Built -- well, you put the key in and
14 the engine goes on, you could drive it.
15    Now, in the course of driving it, it
16 could be rough or whatever, but I think if you just
17 looked at the way software is done, what Microsoft
18 does, and SAP, and the rest, Oracle included,
19 obviously, nothing is ever perfect.
20 Q.  Would it be fair to say that -- that
21 software is much more -- a much more complex
22 undertaking?
23 A.  I don't know if it's more complex, but
24 the finished product is such that if I put it in your
25 hands, it would run brilliantly, and if I put it in

Oracle                                    Page 83

Nussbaum, Jay 6/22/2006 9:13:00 AM

1  someone else's hands, there may be things that didn't
2  run as perfect, so you're constantly improving it, as
3  opposed to cars, when you -- then if you use the
4  analogy, perhaps when you get a recall on a car, you
5  could use that analogy.
6  Q.  Okay.
7     MS. BUSBY: Thank you very much. That's
8  all we have. This deposition is concluded.
9     THE VIDEOGRAPHER: Here marks the end of
10 the videotaped deposition of Jay Nussbaum.
11    Going off the record. The time on the
12 screen is 11:53:56.
13    (Testimony concluded at 11:53 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25

Oracle                                    Page 84

Nussbaum, Jay 6/22/2006 9:13:00 AM

1    CERTIFICATE OF COURT REPORTER

2

3        I, Mary G. Van Dina, Certified Shorthand

4    Reporter, do certify that the deposition of JAY

5    NUSSBAUM, in the matter of in Re: Oracle Corporation

6    Securities Litigation, on May 26, 2006, was

7    stenographically recorded by me, a Notary Public,

8    that the transcript produced by me is a true and

9    accurate record of the proceedings to the best of my

10   ability; that I am neither counsel for, related to,

11   nor employed by any of the parties to the above

12   action; and further that I am not a relative or

13   employee of any attorney or counsel employed by the

14   parties thereto, nor financially or otherwise

15   interested in the outcome of the action.

16   _____

17

18        MARY G. VAN DINA, CSR

19

20

21

22

23

24

25

Oracle                                          Page 85

---

Nussbaum, Jay 6/22/2006 9:13:00 AM

1    WITNESS:  JAY NUSSBAUM
     CASE:  In Re:  Oracle Corporation Securities
2            Litigation SIGNATURE PAGE/ERRATA
             SHEET
3
     PAGE   LINE   CHANGE OR CORRECTION AND REASON
4    ___|____|_____
5    ___|____|_____
6    ___|____|_____
7    ___|____|_____
8    ___|____|_____
9    ___|____|_____
10   ___|____|_____
11   ___|____|_____
12   ___|____|_____
     I have read the transcript of my deposition taken
13   June 22, 2006.  Except for any corrections or changes
     noted above I hereby subscribe to the transcript as
14   an accurate record of the statements made by me.
15   _____DATE_____
16   Deponent, Jay Nussbaum
17   On this _____ day of _____, 200__, before
     me, the undersigned notary public, personally
18   appeared DAVID WINTON, who presented satisfactory
     evidence of identification, to wit,
19   _____, and signed this
     document in my presence.
20
21   _____
     Notary Public in and
22   for_____
     My commission expires_____
23
24
25

Oracle                                          Page 86

Page 85

1                    CERTIFICATE OF COURT REPORTER

2

3                    I, Mary G. Van Dina, Certified Shorthand

4    Reporter, do certify that the deposition of JAY

5    NUSSBAUM, in the matter of In Re:  Oracle Corporation

6    Securities Litigation, on May 26, 2006, was

7    stenographically recorded by me, a Notary Public,

8    that the transcript produced by me is a true and

9    accurate record of the proceedings to the best of my

10   ability; that I am neither counsel for, related to,

11   nor employed by any of the parties to the above

12   action; and further that I am not a relative or

13   employee of any attorney or counsel employed by the

14   parties thereto, nor financially or otherwise

15   interested in the outcome of the action.

16

17

18                    MARY G. VAN DINA, CSR

19

20

21

22

23

24

25

# EXHIBIT AAA

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | 00001:01 | SUPERIOR COURT OF THE STATE OF CALIFORNIA |
|---|---|---|
| 1 | | |
| 2 | 02 | COUNTY OF SAN MATEO |
| 3 | 03 | --o0o-- |
| 4 | 04 | Coordination Proceeding |
| 5 | 05 | Special Title (Rule 1550(b)) |
| 6 | 06 | ORACLE CASES          Judicial Council |
| 7 | 07 | -vs-          Coordination |
| 8 | 08 | _____/ Proceeding |
| 9 | 09 | This Document Relates To:     No. 4180 |
| 10 | 10 | ALL ACTIONS |
| 11 | 11 | _____/ |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | VIDEOTAPED DEPOSITION OF SAFRA CATZ |
| 15 | 15 | Friday, March 19, 2004 |
| 16 | 16 | --o0o-- |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Oracle Related Cases                                                Page 1

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | 00002:01 | IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE |
|---|---|---|
| 1 | | |
| 2 | 02 | IN AND FOR NEW CASTLE COUNTY |
| 3 | 03 | |
| 4 | 04 | _____ |
| 5 | 05 | _____ |
| 6 | 06 | IN RE ORACLE CORP.     ) Consol. C.A. No. 18751 |
| 7 | 07 | DERIVATIVE LITIGATION  )   CONFIDENTIAL |
| 8 | 08 | _____)     FILED UNDER SEAL |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Oracle Related Cases                                                Page 2

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | 00003:01 | --o0o-- |
|---|---|---|
| 1 | | |
| 2 | 02 | A P P E A R A N C E S |
| 3 | 03 | |
| 4 | 04 | FOR THE PLAINTIFFS: |
| 5 | 05 | BERMAN DEVALERIO PEASE TABACCO BURT & |
| 6 | 06 | BY:  NICOLE LAVALLEE, ESQ. |
| 7 | 07 | MICHAEL STOCKER, ESQ. |
| 8 | 08 | 425 California Street |
| 9 | 09 | San Francisco, California 94104 |
| 10 | 10 | |
| 11 | 11 | BY:  PAUL YANG, ESQ. |
| 12 | 12 | Suite 1000, 10th Floor |
| 13 | 13 | 408/279-8700 |
| 14 | 14 | FOR THE WITNESS |
| 15 | 15 | MORRISON & FOERSTER LLP |
| 16 | 16 | 755 Page Mill Road |
| 17 | 17 | 650/813-5818 |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | BY:  JOHN NADOLENCO, ESQ. |
| 21 | 21 | 25th Floor |
| 22 | 22 | 213/229-5173 |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Oracle Related Cases                                                Page 3

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | 00004:01 | APPEARANCES (Continued): |
|---|---|---|
| 1 | | |
| 2 | 02 | |
| 3 | 03 | |
| 4 | 04 | FOR THE DEFENDANT ORACLE |
| 5 | 05 | ORACLE CORPORATION |
| 6 | 06 | 500 Oracle Parkway |
| 7 | 07 | Redwood Shores, California |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | --o0o-- |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Oracle Related Cases                                                Page 4

**Page 5**

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
00005:01        --o0o--
02
03
04    EXAMINATION BY:              Page
05       Afternoon session ................. 98
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
00006:01        --o0o--
02
03  Exhibit                    Page
04   225    Interview of Safra Catz, 21 ...... 26
05
06           COVISINT Final, Bates-stamped
07           pages.
08   227    Oracle Quotation for COVISINT  .. 135
09           937418 to -425, eight pages.
10   228    Copyright 2000 TheStreet.com, .. 182
11           page.
12   229    Article from the Financial  ..... 187
13           pages.
14   230    Article from the Associated  .... 200
15           pages.
16   231    Article from the Los Angeles  ... 202
17           pages.
18           --o0o--
19
20           .
21
22
23
24
25
```

**Page 7**

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
00007:01        --o0o--
02
03
04    Nicole's last name. .............. 130   3
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 8**

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
00008:01    BE IT REMEMBERED on Friday, March 19,
02  2004, 2004, at the hour of 9:36 a.m. thereof at the
03  Law Offices of Berman DeValerio Pease Tabacco Burt &
04  Pucillo, 425 California Street, 21st Floor,
05  San Francisco, California, before me, HEIDI J.
06  RYDER, Deposition Officer, Certified Shorthand
07  Reporter in and for the State of California, there
08  personally appeared
09            SAFRA CATZ,
10  called as a witness by the Plaintiff herein, who,
11  having been first sworn by me, was thereupon
12  examined as is hereinafter set forth.
13
14            --o0o--
15    P R O C E E D I N G S
16            --o0o--
17
18        THE VIDEOGRAPHER: Good morning. This
19  marks the beginning of Videotape Number 1 in the
20  deposition of Safra Catz in Re the Oracle
21  Corporation Derivative Litigation, in the Superior
22  Court of California, County of San Mateo, Judicial
23  Council Coordination Proceeding Number 4180, and in
24  the Court of Chancery for the State of Delaware in
25  and for New Castle County, Case Number 18751.
```

```
1    00009:01        Today's date is March 19, 2004. The time
2         02  is 9:37. The location of this deposition is Berman
3         03  DeValerio, 425 California Street, 21st Floor,
4         04  San Francisco, California. This deposition was
5         05  noticed by plaintiffs and the videotape is being
6         06  produced on behalf of the same.
7         07        The video operator is Steve Marques, a
8         08  California notary public for the County of
9         09  Santa Clara, employed by Dan Mottaz Video
10        10  Productions, LLC, 182 Second Street, Suite 202,
11        11  San Francisco, California 94105, 415/624-1300.
12        12        Would counsel present please identify
13        13  themselves and state whom they represent?
14        14        MR. ETH: Jordan Eth, Morrison &
15        15  Foerster, Oracle Corporation and Safra Catz.
16        16        MS. SEGAL: Lauren Segal from Oracle
17        17  Corporation on behalf of Oracle Corporation.
18        18        MR. NADOLENCO: John Nadolenco, Mayer,
19        19  Brown, Rowe & Maw, on behalf of individual
20        20  defendants Larry Ellison and Jeff Henley.
21        21        MR. TABACCO: Joseph Tabacco, with Nicole
22        22  Lavallee and Elizabeth Guarnieri, Berman DeValerio,
23        23  for the plaintiffs.
24        24        THE VIDEOGRAPHER: If there are no
25        25  stipulations, the court reporter may administer the
```

```
1    00010:01  oath.
2         02        (Witness sworn.)
3         03        MR. TABACCO: Just a preliminary matter,
4         04  rather than have it pop up two hours from now.
5         05        We are governed by the confidentiality
6         06  orders in place, and of course as we've said in the
7         07  past, the plaintiffs reserve their right to
8         08  challenge the designation of confidential of any
9         09  aspect of this transcript.
10        10        MR. ETH: That's fine.
11        11        MR. TABACCO: Okay.
12        12        MR. NADOLENCO: While we're so agreeable,
13        13  can we -- we have had our usual stipulation that the
14        14  individual defendants are deemed to have joined in
15        15  any objections by Oracle's counsel.
16        16        MR. TABACCO: That's fine with us.
17        17        MR. NADOLENCO: Okay, thank you.
18        18
19        19             EXAMINATION
20        20  BY MR. TABACCO:
21        21   Q.  Good morning, Ms. Catz.
22        22   A.  Good morning.
23        23   Q.  Thank you for coming this morning.
24        24       I take it you have had your deposition
25        25  taken in times past?
```

```
1    00011:01   A.  I have.
2         02   Q.  So you are generally familiar with the
3         03  process?
4         04   A.  Generally.
5         05   Q.  If there is a point in time when you have
6         06  a question about my questions, you will feel free to
7         07  speak up and let me know.
8         08        If there is a point in time when you feel
9         09  like it would be appropriate to take a break, we are
10        10  happy to accommodate that as well.
11        11        And, you know, obviously we will try to
12        12  get this thing done as efficiently as we can so that
13        13  we can get you back on the road.
14        14   A.  Thank you.
15        15   Q.  Sure.
16        16        Could you tell us where you are currently
17        17  employed?
18        18   A.  I am at Oracle Corporation.
19        19   Q.  All right.
20        20        And what is your current title at Oracle?
21        21   A.  I am co-president.
22        22   Q.  And when did you assume the title of
23        23  co-president?
24        24   A.  Oh, very recently, in the past few
25        25  months.
```

```
1    00012:01   Q.  And Mr. Phillips is the other
2         02  co-president; is that correct?
3         03   A.  Yes, he is.
4         04   Q.  And I know there have been discussions
5         05  about the physical configuration of the top offices
6         06  there, which I have not had the opportunity to
7         07  visit.
8         08        But could you -- are you in the same
9         09  physical space that you were when you began at
10        10  Oracle, or have you kind of moved around over time?
11        11   A.  No, I am in the same place I was when I
12        12  started.
13        13   Q.  Okay.
14        14        And as I understand, it's a suite of
15        15  offices that you occupy and Mr. Ellison occupies.
16        16        And who else is in that suite at the
17        17  present time?
18        18   A.  Chuck Phillips is in that suite.
19        19        Susan Marks in that suite.
20        20        And Caroline Batkenhol is in that suite.
21        21   Q.  Okay.
22        22        And when do you recall you began your
23        23  employment at Oracle?
24        24   A.  On April 12th, 1999.
25        25   Q.  Okay.
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00013:01        And prior to that time, I believe we had

2   02  the SL -- the Special Litigation Committee report

3   03  indicated you were at Donaldson Lufkin Jenrette for

4   04  a number of years; is that --

5   05      A.   I was.

6   06      Q.   That's right.

7   07           And was that your last position prior to

8   08  coming to Oracle?

9   09      A.   Yes.

10  10      Q.   All right.

11  11           And could you generally describe for us

12  12  what you did at DLJ in the last couple years, prior

13  13  to coming on board to Oracle?

14  14      A.   I was in the investment banking group.

15  15  And I ran the software investment banking group.

16  16           So transactions related to software

17  17  companies, capital raising, merger and acquisition,

18  18  I worked on those.

19  19      Q.   Was Oracle among the DLJ clients at that

20  20  time?

21  21      A.   It had been.

22  22      Q.   Had you had the opportunity to work with

23  23  folks at Oracle while you were at DLJ?

24  24      A.   I had.

25  25      Q.   Could you generally describe in what

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00014:01  capacity you had such contacts or assignments?

2   02      A.   As advise -- investment banking advisory.

3   03      Q.   Do you actually recall if you actually

4   04  worked on any transactions that Oracle undertook in

5   05  terms of acquisitions or of that nature?

6   06      A.   I did not work on any trans- --

7   07  acquisition transactions that Oracle completed.

8   08      Q.   All right.

9   09           And as part of your job at DLJ, would it

10  10  be fair to say that you became generally familiar

11  11  with Oracle Corporation, its finances and

12  12  operations?

13  13      A.   I followed the company from their public

14  14  disclosures.

15  15      Q.   Uh-huh.

16  16           And would you from time to time at DLJ

17  17  have occasion to meet with any officers at Oracle?

18  18      A.   Yes.

19  19      Q.   Do you recall who you met with,

20  20  generally, in that time frame that you were

21  21  following Oracle at DLJ?

22  22      A.   Over the years, I met with a CFO, other

23  23  finance executives, and CEO.

24  24      Q.   All right.

25  25           And Mr. Henley was the CFO that you met

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00015:01  with?

2   02      A.   I don't know that I ever met with

3   03  Mr. Henley when he was CFO.

4   04      Q.   It might have been his predecessor?

5   05      A.   Yes.

6   06      Q.   Do you recall who that was?

7   07      A.   Yes.

8   08      Q.   Who was that?

9   09      A.   Jeff Walker.

10  10      Q.   So this would have been back in the

11  11  mid-'90s sometime?

12  12      A.   It would have been back in the late '80s.

13  13      Q.   Yeah, okay.

14  14      A.   Early '90s.

15  15      Q.   So you had had at least some contact with

16  16  Oracle for a long time?

17  17      A.   Many years.

18  18      Q.   More -- it sounds like at least ten years

19  19  prior to becoming employed there?

20  20      A.   Yes.

21  21      Q.   And prior to being involved in investment

22  22  banking with focus on the software industry, what

23  23  other general responsibilities did you have at DLJ?

24  24      A.   That was my full-time job.

25  25      Q.   Okay.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00016:01        So when you came on board at DLJ, did you

2   02  actually begin working and focusing on the software

3   03  industry?

4   04      A.   Not in the very first year.

5   05      Q.   Okay.

6   06           But after the first year? Was it kind of

7   07  a training year type of thing, orientation year?

8   08      A.   By the end of the first year, I had

9   09  already focused on the software industry.

10  10      Q.   Okay.

11  11           Had you ever worked in the software

12  12  industry in a part-time capacity or in any other

13  13  capacity, prior to your DLJ experience?

14  14      A.   Not exactly worked.

15  15      Q.   Well, had you had some contact or

16  16  connection with the industry prior to the DLJ

17  17  experience?

18  18      A.   Well, I was a computer programmer when I

19  19  was at school. And I studied that.

20  20           And part of my honors program was

21  21  actually programming some what are called cash

22  22  management systems for companies as part of honors

23  23  work.

24  24           But it didn't involve getting paid. So

25  25  it wasn't a job.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00017:01   Q.  All right.
2   02        Now, was this -- you -- I think you --
3   03  looking at the SLC report you have an MBA from
4   04  Wharton?
5   05   A.  I don't have an MBA from Wharton.
6   06       I have an undergraduate business degree
7   07  from Wharton, a Bachelor of Science and Economics.
8   08   Q.  Okay.
9   09       So this says -- I can show it to you --
10  10  that you earned an undergraduate degree and an MBA
11  11  from Wharton.
12  12       That's not -- close, but not quite right?
13  13   A.  That's not right.
14  14   Q.  These days of resume sensitivity, then,
15  15  you have undergraduate degree from University of
16  16  Pennsylvania?
17  17   A.  Yes, I do.
18  18       The Wharton School part of it.
19  19   Q.  Okay.
20  20       And that's a BS science degree?
21  21   A.  It is a Bachelor of Science and
22  22  Economics. So it's called a BSE, I think.
23  23   Q.  Okay.
24  24       Did you ever attain an MBA degree from
25  25  any institution?

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00018:01   A.  No.
2   02        Q.  Okay.
3   03        You went to law school?
4   04   A.  I did.
5   05   Q.  Okay.
6   06        1986 you graduated?
7   07   A.  I did.
8   08   Q.  And that was Harvard Law School?
9   09   A.  I finished my law education at Harvard
10  10  Law School.
11  11        I started it at the University of
12  12  Pennsylvania Law School.
13  13   Q.  And you jumped ship and went to Harvard?
14  14   A.  I did at the end there.
15  15   Q.  Okay.
16  16        All right.  And did you take any time off
17  17  between your undergraduate program and law school,
18  18  or was it -- did you just kind of go right through?
19  19   A.  I went right through.
20  20   Q.  Okay.
21  21        And how did you -- what were the
22  22  circumstances of your becoming employed at Oracle?
23  23        You mentioned April of '99, but how was
24  24  it that you came to work there?
25  25   A.  Well, at one point, Larry Ellison offered

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00019:01  me a role at Oracle.  And I accepted it.
2   02        Q.  And do you recall what role he offered
3   03  you?
4   04   A.  Well, it was a senior vice-president job
5   05  to basically work on special projects and to really
6   06  participate in the management of Oracle Corporation.
7   07   Q.  So you were soon to be working closely
8   08  with him in that capacity, was that kind of the
9   09  assumption or the inference from the position that
10  10  was offered, as opposed to working out in the field
11  11  in some particular division?
12  12   A.  That was my inference.
13  13   Q.  Uh-huh.
14  14        And did the job description that you
15  15  actually -- did the job you actually undertook more
16  16  or less match that description when you came on
17  17  board?
18  18   A.  It did.
19  19   Q.  Okay.
20  20        And how would you describe --
21  21        The focus of this lawsuit you understand
22  22  is the time frame of 2001, early 2001, December
23  23  2000, January, February.
24  24        Focusing back in that time frame, what
25  25  were your job responsibilities at that time?

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00020:01        MR. ETH:  This is during Q3?
2   02        MR. TABACCO:  Yes.
3   03        THE WITNESS:  Well, at that time my job
4   04  responsibility really involved participating in the
5   05  management of the company, attending staff meetings
6   06  and development meetings.  And working with the
7   07  global business practice groups to centralize and
8   08  standardize our business practices around the world.
9   09  BY MR. TABACCO:
10  10   Q.  And you mentioned staff meetings and
11  11  development meetings.
12  12        Why don't we just kind of -- there are
13  13  probably many of those, but are there a couple of
14  14  staff meetings that stand out that you regularly
15  15  attended?
16  16   A.  Well, there were a number that I
17  17  regularly attend in general.
18  18        Of course my global business practices
19  19  group I attend on Tuesdays.
20  20        And my corporate development group I
21  21  attend in the end of -- every other Thursday.
22  22        And then there are the management
23  23  meetings that a number of us attend where I am not
24  24  the most senior person.
25  25   Q.  Isn't there a meeting that's typically

00021:01  held on Monday afternoons, is that the executive
02  management meeting?  Did I get that correct?
03      A.  There are two meetings on Mondays that
04  are regularly scheduled, though they are not held
05  every single week due to travel and holidays, and
06  things like that.
07          There is one that's scheduled not in the
08  afternoon but at 11:00 generally for Mondays.  And
09  that's the executive management committee.
10          And then there's another one that's
11  scheduled for 2:00 o'clock on Mondays called the
12  product development management committee, PDMC.  And
13  that's scheduled also for Mondays, though it does --
14  it rarely starts on time.
15      Q.  Okay.
16          Let me just focus on the product
17  development MC first.
18          What is the general thrust of that
19  committee?  What is -- what's its purview?
20      A.  Well, the people who attend it are the
21  heads of all the development organizations, in
22  general, plus marketing generally attends, and the
23  support organization attends.  But it's a product
24  development focus.
25          So it's an opportunity for the

00022:01  development leaders to share the development issues,
02  ideas, within the whole group.  And also to talk
03  about new product launches, marketing messages,
04  et cetera.
05      Q.  So it doesn't necessarily deal with
06  current products as much as what the -- kind of
07  where the future direction may go?
08      A.  It's really wide open.  It can deal with
09  anything to do with the products and development.
10      Q.  All right.
11          But you have folks -- is there a
12  difference between the marketing forces and the
13  sales forces?
14      A.  Yes.
15      Q.  Okay.
16          And so the people, when you say they're
17  marketing folks, what is their function generally at
18  these meetings?
19      A.  Well, they may participate in showing a
20  positioning for a new product or describing one of
21  our big trade shows and going over the schedule for
22  it and the main themes for it.
23          And they may show any number of things
24  like that, though their role is much smaller.  It's
25  really a product development focus.

00023:01      Q.  And these are the folks that manage the
02  engineers that are actually developing the products?
03      A.  Yes.
04      Q.  Okay.
05          And does Mr. Ellison generally
06  participate in those meetings?
07      A.  Yes.
08      Q.  Focusing back on the EMC meetings that
09  are scheduled to begin at 11:00 a.m.
10          You generally, to the extent you are in
11  town -- if you are in town, would you participate in
12  those meetings?
13          MR. ETH:  That's getting a little unclear
14  in terms of are you talking about now, because all
15  the testimony has been present tense, or if we're
16  talking about Q3.  If you could maybe just clear
17  that up.
18          MR. TABACCO:  Well, you know --
19          MR. ETH:  Or if it doesn't matter.
20          MR. TABACCO:  I guess I'll ask it that
21  way, which is:
22      Q.  At the present time, if the EMC is
23  scheduled for 11:00 a.m. and are you in town, would
24  you anticipate attending?
25      A.  I would.

00024:01      Q.  All right.
02          And has that changed over time, or has
03  that always been your practice since you have been
04  employed to attend the EMC meetings?
05      A.  That is always my practice.
06      Q.  And the same is true with the product
07  development meetings?
08      A.  Yes.
09      Q.  Okay.
10          And again, could you generally describe
11  for us what the scope and agenda is of the EMC
12  meetings?
13      A.  Well, there is no set agenda for it in
14  that there is no -- it can have many, many items
15  and -- on it.
16          The way it generally starts is a
17  discussion of the forecast.  And then it can be any
18  number of topics that are brought in that are either
19  proposed in advance by any of the members, or
20  brought in by the CEO on that day.
21      Q.  Okay.
22          And with regard to the members, to the
23  extent you can recall, do you recall who the members
24  were in that December, January 2001 time frame?
25      A.  Well --

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00025:01   Q.   Q3. |
| 2 | 02   A.   Yeah. |
| 3 | 03      I don't remember exactly.  But I can -- I |
| 4 | 04   can tell some folks that would be in attendance for |
| 5 | 05   sure. |
| 6 | 06   Q.   And who would that be? |
| 7 | 07   A.   You know, who would be official members. |
| 8 | 08   I don't know if they'd actually attend. |
| 9 | 09      And many, of course, would be telephonic, |
| 10 | 10   of course, versus physically in the room with |
| 11 | 11   others. |
| 12 | 12      At that time, Jeff Henley would be a |
| 13 | 13   member. |
| 14 | 14      Jennifer Minton would attend. |
| 15 | 15      George Roberts would attend. |
| 16 | 16      Jay Nussbaum would attend. |
| 17 | 17      Sandy Sanderson would attend. |
| 18 | 18      I don't know when some of these other |
| 19 | 19   folks started to attend, but I think Ron Wohl would |
| 20 | 20   have attended. |
| 21 | 21      And Chuck Rozwat. |
| 22 | 22      And I think Mike Rocha would have |
| 23 | 23   attended, if he was in town. |
| 24 | 24   Q.   And Mr. Ellison? |
| 25 | 25   A.   And Mr. Ellison. |

Oracle Related Cases                                      Page 25

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00026:01      And me. |
| 2 | 02   Q.   Uh-huh. |
| 3 | 03   A.   And I can't say about anyone else off the |
| 4 | 04   top of my head. |
| 5 | 05   Q.   Back in that 3Q01 time frame, do you |
| 6 | 06   recall how it was that members of the executive |
| 7 | 07   committee were selected? |
| 8 | 08      How was it that Mike Rocha would be able |
| 9 | 09   to attend these meetings?  Was it something about |
| 10 | 10   his position or were people designated because of |
| 11 | 11   their individual capacity in some way? |
| 12 | 12   A.   I just, by the way, remembered that |
| 13 | 13   Sohaib Abasi would have also been attending. |
| 14 | 14      They were selected based on their |
| 15 | 15   position. |
| 16 | 16   Q.   All right. |
| 17 | 17      And with regard to the format of these |
| 18 | 18   meetings, you indicated typically there would be a |
| 19 | 19   discussion of forecast. |
| 20 | 20   A.   Yes. |
| 21 | 21   Q.   And we're not talking the weather |
| 22 | 22   forecast, what are we talking about? |
| 23 | 23   A.   The financial forecast. |
| 24 | 24   Q.   And how -- I know it's difficult, because |
| 25 | 25   these meetings take different forms, but if you |

Oracle Related Cases                                      Page 26

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00027:01   could, could you kind of generally describe how that |
| 2 | 02   discussion unfolded? |
| 3 | 03      In other words, were there papers that |
| 4 | 04   were spread on the table?  Was there a Power Point |
| 5 | 05   presentation? |
| 6 | 06   A.   What would happen, in general, though not |
| 7 | 07   every time, was a packet of financial information |
| 8 | 08   was distributed to some of the members in physical |
| 9 | 09   attendance. |
| 10 | 10   Q.   Was that packet called anything? |
| 11 | 11   A.   I don't know what it was called. |
| 12 | 12      It was, in my mind, the packet that |
| 13 | 13   Jennifer Minton distributed. |
| 14 | 14   Q.   Did you ever hear a term called "upside |
| 15 | 15   reports"? |
| 16 | 16   A.   I've heard it now. |
| 17 | 17   Q.   Which raises another question. |
| 18 | 18      In anticipation of your deposition today, |
| 19 | 19   what did you do to prepare yourself, if anything, |
| 20 | 20   for your deposition? |
| 21 | 21   A.   I met with my attorneys. |
| 22 | 22   Q.   And who would those be? |
| 23 | 23   A.   Jordan and Lauren. |
| 24 | 24   Q.   Okay. |
| 25 | 25      And for approximately how long did you |

Oracle Related Cases                                      Page 27

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00028:01   meet with them? |
| 2 | 02   A.   I think a little over three and a half |
| 3 | 03   hours. |
| 4 | 04   Q.   All right. |
| 5 | 05      And is that yesterday or -- |
| 6 | 06   A.   Yes. |
| 7 | 07   Q.   And was that the only meeting that you |
| 8 | 08   had in preparation for today's deposition? |
| 9 | 09   A.   Yes. |
| 10 | 10   Q.   Did you do anything else to prepare? |
| 11 | 11   A.   Yes. |
| 12 | 12   Q.   What is that? |
| 13 | 13   A.   I read the SLC document you were |
| 14 | 14   referring to. |
| 15 | 15   Q.   Okay. |
| 16 | 16      Actually, why don't we dig that out. |
| 17 | 17      Mark this Exhibit 225. |
| 18 | 18      (Exhibit 225 marked.) |
| 19 | 19   BY MR. TABACCO: |
| 20 | 20   Q.   I have had the court reporter hand you |
| 21 | 21   what has been marked as Exhibit 225. |
| 22 | 22      Is this the doc- -- a copy of the |
| 23 | 23   document that you -- at least a portion of the |
| 24 | 24   document that you reviewed yesterday? |
| 25 | 25      I will represent that they were |

Oracle Related Cases                                      Page 28

1  00029:01 attachments to the version that we were provided
2  02 with, which are not part of this exhibit.
3  03  A.  Well, I don't know exactly how many pages
4  04 and all that.
5  05  But at least looking at the first page,
6  06 it definitely looks familiar. This appears to be
7  07 that document, the one I was referring to, though,
8  08 you know, I'm -- I can take the time and look
9  09 through it all, if you'd like.
10  10  Q.  No, I just -- if you're looking at --
11  11 again, glanced at the first page, it would appear to
12  12 be the document you looked at yesterday?
13  13  A.  It does.
14  14  Q.  Okay.
15  15  And had you seen this document prior to
16  16 yesterday?
17  17  A.  I got it the day before --
18  18  Q.  Okay.
19  19  A.  -- yesterday.
20  20  Q.  But this indicates that you were
21  21 interviewed on July 16, 2002.
22  22  Do you recall receiving a copy of it or
23  23 reviewing a copy of it shortly thereafter?
24  24  A.  No.
25  25  Q.  Okay.

1  00030:01  So it wasn't until this deposition --
2  02 excuse me, let me withdraw that.
3  03  You have only recently seen a version of
4  04 this document?
5  05  A.  I saw it a day and a half ago.
6  06  Q.  Okay.
7  07  And we mentioned a few moments ago that
8  08 they had awarded you an MBA which is now disavowed.
9  09  MR. ETH: An honorary degree.
10  10 BY MR. TABACCO:
11  11  Q.  With the exception of that, in your
12  12 review of this document, did you notice any other
13  13 statements in there that you, in looking at it now,
14  14 believe were not accurate or were not omitted
15  15 information that could be significant?
16  16  A.  I found a number of things that were
17  17 incorrect.
18  18  Q.  Okay.
19  19  A.  Including that MBA comment.
20  20  Q.  Okay.
21  21  Well, maybe, if that's the case, because
22  22 it might save us time later, to the extent that you
23  23 can, without -- let me withdraw that.
24  24  I'm trying to figure out a -- I would
25  25 like to get your testimony as to the things you

1  00031:01 believe in here were not as accurate as they should
2  02 be or misstated things or could have been said
3  03 differently.
4  04  Is that something that you could do just
5  05 by pointing to certain items on the page, or should
6  06 we wait till we go through it in context of other
7  07 specific questions of the topics?
8  08  A.  I think we should go through it with the
9  09 questions, because there are a number of things.
10  10 Some are less important than others.
11  11  For example, virtually every one of my
12  12 direct reports is misspelled or misdescribed.
13  13  Q.  Oh, I see. Okay.
14  14  A.  And there are a number of more specific
15  15 things that -- but I didn't mark it when I read it,
16  16 so I wouldn't be able to necessarily even find it.
17  17  As I said, I've read it. I didn't study
18  18 it or anything like that, so I wouldn't be able to
19  19 pinpoint specifically where things are, not as I
20  20 would -- I don't believe I would say them that way.
21  21  Q.  Okay.
22  22  Well, then let's go through it and maybe
23  23 we can use the documents to kind of help us as we
24  24 touch on topics.
25  25  Before we had Exhibit 225 marked we were

1  00032:01 talking about the Monday 11:00 a.m. executive
2  02 management committee meetings.
3  03  And if you turn to page 2, there purports
4  04 to be a description of your typical weekly schedule.
5  05  First let me ask you: Is that your
6  06 typical -- was that your typical weekly schedule as
7  07 of Q301?
8  08  MR. ETH: That's the whole thing now,
9  09 it's Monday through Friday. You're going to have to
10  10 look at it.
11  11  THE WITNESS: Yeah.
12  12  (Pause in proceedings for document review.)
13  13  THE WITNESS: This is not a complete list
14  14 of all the meetings I personally attend spelled out.
15  15  But this does describe the fact that I
16  16 attend other staff meetings with which Mr. Ellison
17  17 doesn't attend.
18  18 BY MR. TABACCO:
19  19  Q.  Without specifically listing what those
20  20 are?
21  21  A.  Right.
22  22  Q.  Okay.
23  23  Focusing back on the Monday 11:00 a.m.
24  24 EMC meetings, you will note in the last sentence of
25  25 the first paragraph it says:

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00033:01       "The first order of
2   02       business is normally to
3   03       review Minton's 'Upside
4   04       Report' forecasts."
5   05       Do you see that?
6   06   A.   I do.
7   07   Q.   And could you tell me what you understand
8   08   "Minton's 'Upside Report' forecasts" to be?
9   09   A.   I think it's the packet I described to
10   10   you before.
11   11       We don't use the term "upside" -- I don't
12   12   use the term "upside reports" at this time.  So --
13   13   but I do know that it's the -- I think it's the
14   14   little financial package I described that they hand
15   15   out.
16   16   Q.   Okay.
17   17   A.   That Jennifer Minton hands out.
18   18   Q.   Do you happen to know where the term
19   19   "upside report" comes from that's reflected in
20   20   Exhibit 225?
21   21   A.   Well, I don't know what the quote is.  I
22   22   don't think it's quoting me necessarily.
23   23   Q.   It's not a term that you use regularly to
24   24   describe the Minton --
25   25   A.   I don't remember using it.  I -- you

Oracle Related Cases                                      Page 33

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00034:01   know, recently.
2   02       And I still receive that same package.
3   03   Q.   Okay.
4   04       And then going back then, does -- how
5   05   does that discussion typically unfold; that is, the
6   06   discussion of the financial forecast?
7   07       Is there a leader of the discussion?
8   08   A.   Well, Mr. Ellison basically says
9   09   someone's name, and that person starts to talk about
10   10   the business in his region.
11   11   Q.   Quickly, does he talk quickly?
12   12       Is that -- is that -- in other words, so
13   13   Mr. Ellison more or less directs the discussion then
14   14   on the forecast.
15   15       Would that be fair?
16   16   A.   Well, it's just since -- he's always --
17   17   he's generally, not always, but generally in the
18   18   room, he -- and so many of these people are not in
19   19   the room, you need someone to sort of keep track of
20   20   who's talked and who isn't.
21   21       So at least currently, though I don't
22   22   remember if this was the practice at the time, we
23   23   would kind of follow the sun and we'd start with the
24   24   furthest, which is Asia, and move around.
25   25   Q.   In the hopes that you could keep them

Oracle Related Cases                                      Page 34

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00035:01   awake or catch them in the middle of the night or
2   02   something.
3   03       And then what is the focus then of the
4   04   discussion that each person then reports on?
5   05   A.   Well, this executive would give his
6   06   forecast number, whatever it is, and then just start
7   07   talking about the deals that are in that -- you
8   08   know, that are in that quarter that are expected.
9   09       And sometimes give an update on how they
10   10   are doing and whether they need any help or have any
11   11   questions or issues regarding any of those
12   12   transactions.
13   13   Q.   All right.
14   14       Going back to 3Q01, is there any report
15   15   by any of the individuals that stands out in your
16   16   mind that you recall as you sit here today?
17   17   A.   No.
18   18   Q.   Are there any notes that you take of
19   19   these meetings?
20   20   A.   I don't take notes as a way of
21   21   remembering things.
22   22       What I do do is, I make a list for
23   23   myself, maybe on a scrap piece of paper, like a
24   24   to-do list.  If something comes up in the call that
25   25   says, "Mr. Ellison call the head of some company, X,

Oracle Related Cases                                      Page 35

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00036:01   Y, Z," I'll just write, "Larry to call," blah, blah,
2   02   blah, whoever it is, per, in that period, Jay, you
3   03   know.
4   04       And then I would tell the assistant to
5   05   try to go schedule that call.
6   06       And then once it was sort of off my list,
7   07   I'd cross it out and throw it out.
8   08   Q.   So it was nothing that you kept a file of
9   09   these notes or that type of thing?
10   10   A.   No.
11   11   Q.   No laptop entries for you?
12   12   A.   No.
13   13   Q.   Do you use a laptop regularly day to day
14   14   in your job?
15   15   A.   I use a laptop as a desktop.
16   16   Q.   Okay.
17   17       So you wouldn't necessarily take it with
18   18   you to these meetings, the EMC meetings?
19   19   A.   I don't believe I ever took it to the
20   20   meeting.
21   21   Q.   Do you recall if others like Ms. Minton
22   22   had laptops that they used during the meetings?
23   23   A.   I cannot think of anyone who ever took a
24   24   laptop into one of these meetings.
25   25   Q.   I guess it's bad news for Michael Dell,

Oracle Related Cases                                      Page 36

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00037:01 huh?

2   02      So people were working off the hard

3   03 copies, then, to the extent that they had documents?

4   04      A.   The Jennifer Minton --

5   05      Q.   Yes.

6   06      A.   -- little package was distributed at the

7   07 time.

8   08      Q.   Were there any other -- and I want to go

9   09 back to the Minton reports.

10  10      But were there any documents that

11  11 regularly were handed out in advance of these

12  12 meetings, or at the meetings?

13  13      A.   At the meetings I would hand out a

14  14 one-page agenda.  And it would be -- it would say

15  15 "forecast review," or something like that.  And then

16  16 it would say whatever random things -- whoever --

17  17 whatever you want to talk about.

18  18      So any executive who was going to attend

19  19 the meeting would send in advance, if he had time,

20  20 whatever topics he wanted to talk about.  And so

21  21 they would be on that sheet of paper.

22  22      Q.   And was that sheet of paper typically

23  23 typed up or was it handwritten?

24  24      A.   No, I would -- I would -- I didn't really

25  25 type it up.  It's every week you just pull it up and

Oracle Related Cases                                    Page 37

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00038:01 then erase everything else, and you put in whatever

2   02 the new ideas were.

3   03      Then the next week you erase everything,

4   04 you just change the date, and usually you leave

5   05 forecasts.

6   06      But if it was, like, just the very

7   07 beginning of the -- of a new quarter, I'd be clear

8   08 to say, "All we're talking about is the new

9   09 quarter."

10  10      Q.   Okay.

11  11      A.   And whatever the -- you know, so every

12  12 topic, then erase it.

13  13      It's simply just to keep us on -- you

14  14 know, to cover everything.

15  15      Q.   So you at least would be the point person

16  16 for items that folks wanted to have on the agenda,

17  17 then, in advance of the meeting?

18  18      A.   If they remembered to send it to me in

19  19 advance.

20  20      Otherwise, they would just speak about

21  21 it.

22  22      Q.   Okay.

23  23      Getting back to the typical overview by

24  24 the various presenters with regard to their

25  25 particular areas of responsibility, you indicated

Oracle Related Cases                                    Page 38

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00039:01 that there may be occasions when there may be a call

2   02 for help.

3   03      Generally, what kinds of help were the

4   04 people requesting?

5   05      A.   Well, I don't remember specifically for

6   06 that quarter anything in particular.

7   07      Do you want me to answer it generally?

8   08      Q.   Well, as to the extent you can, just to

9   09 give us a sense of the kinds of things that would be

10  10 asked for when you said people asked for help.

11  11      A.   Well, like I can comment most recently,

12  12 maybe our head of Latin America division would ask

13  13 Larry Ellison to do a -- make a call or send a note

14  14 to a senior executive of a customer, a prospect

15  15 that's considering buying software.

16  16      Q.   Okay.

17  17      Is it fair to say generally in your

18  18 experience that Mr. Ellison would from time to time

19  19 get involved at least in a top-level way in the

20  20 sales process?

21  21      A.   Well, it would depend what you mean by

22  22 "get involved."

23  23      Q.   Well, for example, like the phone call or

24  24 the note to a senior executive.

25  25      Would that -- that would not be -- that

Oracle Related Cases                                    Page 39

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00040:01 would be typical?

2   02      A.   I don't know if it would be typical.  I

3   03 don't think he does that very often.

4   04      But he -- but he has made calls to a

5   05 senior executive at a company considering Oracle.

6   06      Q.   And from time to time he actually goes

7   07 out and may make a technology presentation of sorts

8   08 to certain customers?

9   09      Have you seen that happen on occasion?

10  10      A.   I think that he has met with customers.

11  11      And he meets with customers.

12  12      Q.   And these are both prospective customers

13  13 and existing customers?

14  14      A.   I think so.

15  15      Q.   Uh-huh.

16  16      Have you been present with him at any of

17  17 those meetings?

18  18      A.   I have.

19  19      Q.   All right.

20  20      Do you recall any such meetings in Q301?

21  21      A.   No.

22  22      Q.   Do you --

23  23      I take it you from time to time travel in

24  24 your job?

25  25      A.   At that time, at that time I think I

Oracle Related Cases                                    Page 40

1    00:41:01  traveled very little.

2    02    Q.  So you were spending most of your time at

3    03  the headquarters in Redwood City?

4    04    A.  Yes.

5    05    Q.  Okay.

6    06    And if you were to go back and someone

7    07  said, "Well, gee, Ms. Catz, did you travel in

8    08  January '01," would there be a way that a record

9    09  could be viewed by you, if you wanted to, to

10    10  determine whether, in fact, you took a trip on

11    11  business or not during that time?

12    12    A.  I don't know how they maintain any of

13    13  that, actually.

14    14    Q.  I mean, there are -- someone makes travel

15    15  arrangements, I assume, for -- to assist the

16    16  executives in their travel?

17    17    A.  Yes.

18    18    Q.  And how was that done when you travel, to

19    19  the extent you do travel?

20    20    A.  My assistant sets it up and tells me

21    21  where to go.

22    22    Q.  All right.

23    23    Do you maintain -- we talked about your

24    24  laptop.  Do you maintain a calendar on your laptop

25    25  that would indicate upcoming meetings and that type

---

1    00:42:01  of thing?

2    02    A.  I don't.  I don't maintain it.

3    03    Q.  If -- is there a process, say, on Friday

4    04  afternoons that your assistant would give you a

5    05  schedule and say, "Here's what's on the schedule for

6    06  next week"?

7    07    is that -- do you have any kind of a

8    08  process like that?

9    09    A.  I do now.

10    10    Q.  When did that get implemented?

11    11    A.  I don't know.

12    12    Q.  I guess what I'm asking, really trying to

13    13  figure out if there is a systematic record if one

14    14  were to go look for the records to see whether you

15    15  were in town or out of town back in 2001, where they

16    16  would look.

17    17    And what I heard you say is you're not

18    18  sure.

19    19    A.  I'm really not sure.

20    20    Q.  Okay.

21    21    How would you go about finding out

22    22  whether such a record exists?

23    23    In other words, who would you ask besides

24    24  Mr. Eth, who probably wouldn't know?

25    25    MR. ETH:  Or besides you.

---

1    00:43:01    THE WITNESS:  I would probably ask one of

2    02  the secretaries.

3    03  BY MR. TABACCO:

4    04    Q.  And back in the Q301, did you have an

5    05  administrative assistant assigned just to you?

6    06    A.  No.

7    07    Q.  Were there administrative assistants

8    08  available to you in the executive suite?

9    09    A.  Yes.

10    10    Q.  And who were those folks?

11    11    A.  I'm not really sure because we have had

12    12  some change.

13    13    Q.  Carol Balkenhol, was she there back in

14    14  Q301?

15    15    A.  She worked -- she worked there.

16    16    Q.  All right.

17    17    Would she fit into the category of kind

18    18  of administrative assistant or did she have a

19    19  different job function?

20    20    A.  No, she was.

21    21    But she didn't work that much with me

22    22  then, I don't think.

23    23    Q.  Okay.

24    24    Do you recall the names of anybody that

25    25  worked back in Q301 for you?

---

1    00:44:01    A.  See, I just don't know the different

2    02  times.

3    03    Allison was one.  But I don't know when

4    04  she -- when she was there or . . .

5    05    Melinda was another one.

6    06    There's another one.  I want to say

7    07  Kathleen, but I don't think that's right.  But it's

8    08  something like that.

9    09    Q.  All right.

10    10    Do you recall --

11    11    A.  Cynthia.  That's it, Cynthia.

12    12    Q.  Do you recall any last names associated

13    13  with Allison, Melinda, or Cynthia, as you sit here

14    14  today?

15    15    A.  Melinda was with a "G." It was a funny

16    16  name, like G-m.

17    17    Q.  Okay.

18    18    And who was your current assistant, let's

19    19  start with that?

20    20    A.  Caroline Balkenhol is working with me at

21    21  this point.

22    22    Q.  Okay.

23    23    And is -- okay.

24    24    A.  Most of the time.

25    25    Q.  Getting back to my favorite topic of

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00045:01 electronics. |
| 2 | 02    In addition to the laptop, did you have a |
| 3 | 03 Palm Pilot back in Q301 or, you know, Blackberry, or |
| 4 | 04 any of those types of devices? |
| 5 | 05    A.   I had a Palm Pilot. But I could never |
| 6 | 06 get it to work.  So I couldn't use it. |
| 7 | 07        I had it when I started from my old job |
| 8 | 08 and it worked just fine there.  But I couldn't get |
| 9 | 09 it to work at Oracle, and so I just didn't use it. |
| 10 | 10    Q.   Were you surprised by that? |
| 11 | 11    A.   I -- I was -- well, different security |
| 12 | 12 requirements, of course. |
| 13 | 13    Q.   Yeah, because you're accessing different |
| 14 | 14 email systems and that type of thing? |
| 15 | 15    A.   I believe so. |
| 16 | 16    Q.   Yeah. |
| 17 | 17    A.   That was the story I was told at the |
| 18 | 18 time. |
| 19 | 19    Q.   All right. |
| 20 | 20    A.   I gave up rather quickly. |
| 21 | 21    Q.   And to the extent -- |
| 22 | 22        I take it you live somewhat in proximity |
| 23 | 23 to the headquarters? |
| 24 | 24    A.   I do. |
| 25 | 25    Q.   Okay. |

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00046:01        Do you ever work out of your home? |
| 2 | 02    A.   No. |
| 3 | 03    Q.   Do you have access to your email when you |
| 4 | 04 are at home? |
| 5 | 05        Or let me withdraw that. |
| 6 | 06        Back in Q301, did you have access to your |
| 7 | 07 email from your house? |
| 8 | 08    A.   From my house systems?  My Computers? |
| 9 | 09    Q.   Yeah. |
| 10 | 10    A.   No. |
| 11 | 11    Q.   Okay. |
| 12 | 12        So when you left the office, that was it? |
| 13 | 13    A.   Well -- |
| 14 | 14    Q.   I mean except for the phone. |
| 15 | 15    A.   No. |
| 16 | 16        Also my laptop, I could take it with me, |
| 17 | 17 if I wanted to, and then I could dial up using a |
| 18 | 18 modem on that same laptop. |
| 19 | 19    Q.   All right. |
| 20 | 20        I guess -- yeah. |
| 21 | 21        In addition to the laptop, you didn't |
| 22 | 22 have a regular home computer that would ordinarily |
| 23 | 23 regularly access your email or the systems back at |
| 24 | 24 Oracle sitting in your den at home? |
| 25 | 25    A.   No. |

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00047:01    Q.   Okay. |
| 2 | 02        Would one of the topics that would be |
| 3 | 03 discussed -- and I understand we are having trouble |
| 4 | 04 coming up with a specific presentation by a specific |
| 5 | 05 manager back in Q301. |
| 6 | 06        But generally, when we talk about help, |
| 7 | 07 would there also be a discussion about kind of what |
| 8 | 08 was happening, say, in Asia that might affect, you |
| 9 | 09 know, prospects for the -- for the company? |
| 10 | 10        Did you get a bit of that sense, kind of |
| 11 | 11 your folks on the ground reporting what they say and |
| 12 | 12 hear? |
| 13 | 13    A.   Well, the folks would report different |
| 14 | 14 businesses, different deals, or whatever.  And I |
| 15 | 15 just don't remember specifically about Asia. |
| 16 | 16    Q.   All right.  Well, how about broadening |
| 17 | 17 that. |
| 18 | 18        When you had a presentation that talked |
| 19 | 19 about pending deals, was there generally some |
| 20 | 20 background information as to perhaps economic forces |
| 21 | 21 in a country or political developments that you |
| 22 | 22 would hear about, not limited to Asia but maybe it's |
| 23 | 23 Europe or . . . |
| 24 | 24    A.   Well, I don't actually specifically |
| 25 | 25 remember regarding Q3, anything regarding -- but |

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00048:01 just it sticks in my head, you know, most recently |
| 2 | 02 with the war, you know, people saying, "Well, you |
| 3 | 03 know, my business in Saudi Arabia, there's a war |
| 4 | 04 next door," you know, things like that.  So somebody |
| 5 | 05 might make a comment like that. |
| 6 | 06    Q.   Which is really to describe -- at least |
| 7 | 07 try to explain in some way the factors that could |
| 8 | 08 affect the forecast? |
| 9 | 09    A.   It could affect a certain transaction |
| 10 | 10 that could then potentially affect the forecast. |
| 11 | 11    Q.   And, I mean, part of forecasting is to |
| 12 | 12 anticipate changes in all the factors that could |
| 13 | 13 affect a customer's decision to buy or not buy. |
| 14 | 14        Isn't that a fair statement? |
| 15 | 15    A.   Well, the forecast is an aggregation of a |
| 16 | 16 whole bunch of stuff at every level.  So it's -- |
| 17 | 17 it's -- |
| 18 | 18        I don't know.  They take into account all |
| 19 | 19 sorts of different things. |
| 20 | 20    Q.   When you are assessing the forecast as |
| 21 | 21 you are sitting there in the Monday meetings or in |
| 22 | 22 anticipation of the Monday meetings, as part of your |
| 23 | 23 job as a manager you generally try to keep apprised |
| 24 | 24 of economic factors that could affect the forecast |
| 25 | 25 generally, or could impact the ability of the |

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00049:01 company to make its numbers.
2   02      Is that a fair statement?
3   03      A.  Well, I -- first I just want to make it
4   04  clear that the numbers would be handed out in the
5   05  meeting.
6   06          And then what I would just focus on is
7   07  listening to the different managers talk about their
8   08  different regions, and the transactions that they
9   09  wanted to talk about, and whether they needed any
10  10  particular focus by either me or by someone.  It
11  11  could be anybody.
12  12          Support, development, whatever it is.
13  13          And that's what I really focused on at
14  14  that time in that meeting.
15  15      Q.  Tuned in more particularly to the needs,
16  16  the immediate needs and requests at that moment?
17  17      A.  Yes.
18  18      Q.  Okay.
19  19          When a request was made of you, what are
20  20  the kinds of things that would be requested of you
21  21  as opposed to, say, Mr. Ellison or somebody else?
22  22      A.  Well, since I was involved in a number of
23  23  approval requests, what that would mean is if there
24  24  were some sort of negotiating that someone needed
25  25  help with, maybe help talking to a client about a
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00050:01 particular term in the agreement, business term or
2   02  otherwise, I might get on the phone with them and
3   03  discuss that, the contract with them, or some issue
4   04  they might have.
5   05          And so -- or, I would do something
6   06  simple, like just check where something is in the
7   07  process, a contract is in the process.
8   08      Q.  I mean, it's not a situation where you
9   09  are manufacturing a computer at your company, Oracle
10  10  has software.
11  11          So it's really a function of getting
12  12  paperwork out to close a transaction, would that be
13  13  more typical of the kinds of administrative issues
14  14  that might come up?
15  15      A.  Yes, you cannot have a transaction
16  16  without a signed contract.
17  17          And so the contract is very important,
18  18  because it describes the entire relationship and the
19  19  license grant.  And so that is really a critical
20  20  part of any kind of transaction.
21  21      Q.  And I know you didn't personally prepare
22  22  those yourself, but did you have responsibility for
23  23  overseeing that aspect of Oracle's administrative
24  24  business?
25  25      A.  Well, I wasn't responsible for the actual
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00051:01 contract creation group.  That was under finance.
2   02      Q.  But there were people who reported to you
3   03  from finance, and part of that report would indicate
4   04  a problem with a contract or some issue that could
5   05  have arisen?
6   06      A.  No, no one from finance reported to me at
7   07  any time.
8   08          To the extent that we were issuing a
9   09  contract, and it required a nonstandard term that
10  10  required an approval by either Larry or by me and
11  11  Larry, it would come to me.  I would see it.
12  12      Q.  For instance, and I think Mr. Ellison
13  13  talked about this at his deposition, with regard to
14  14  discounts off list price, for instance, was that an
15  15  area that you had some responsibility for?
16  16      A.  Yes.
17  17          Larry and I would have -- but I would
18  18  have responsibility in his place to review discounts
19  19  over a certain threshold.
20  20      Q.  Do you recall what that threshold was?
21  21      A.  I don't recall what the threshold was
22  22  then.
23  23          The threshold now is 70 percent.
24  24      Q.  And it could be 70 percent off the list
25  25  price, a discount of 70 percent or greater off the
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00052:01 list price?
2   02      A.  That would be right.  That's what it is
3   03  currently.
4   04      Q.  Okay.
5   05          And had that -- has that changed over
6   06  time?
7   07      A.  Yes.
8   08      Q.  Do you recall whether it's gone up or
9   09  down?
10  10      A.  The threshold has gone down.
11  11          I think it was as high as 85 percent at
12  12  one time, meaning that only transactions in excess
13  13  of 85 percent.
14  14      Q.  So it's fair to say that the -- there is
15  15  less discretion given to the field with regard to
16  16  granting discounts now?
17  17      A.  Well, the actual threshold has changed.
18  18          But our pricing has also changed very
19  19  dramatically over this period of time.
20  20      Q.  So let me try it this way:
21  21          Generally speaking, does the field have
22  22  more discretion today to discount or less than it
23  23  did in Q301?
24  24      A.  The threshold with which -- you know, the
25  25  level of discount for which they have to seek
```

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
1    00053:01 approval at my level has gone down from -- oh, I
2    02 don't know what it was in Q3, excuse me.
3    03        Could you re-ask me that question?
4    04    Q.  Let me state it a different way.
5    05        Looking just at the discretion given to
6    06 the field to issue a discount, is there more
7    07 discretion today than there was in Q301 or less?
8    08    A.  I don't know because I don't know what
9    09 the threshold was in Q3.
10   10        I don't know when it moved from 85
11   11 percent to 70.
12   12    Q.  All right.
13   13        At any event, since the time you have
14   14 been at Oracle, you have been involved at least to
15   15 some degree in the question of granting or not
16   16 granting a discount in a particular transaction?
17   17    A.  Yes.
18   18        Not since the very beginning.
19   19    Q.  But certainly in Q301 you had that
20   20 responsibility?
21   21    A.  I think so.
22   22    Q.  Okay.
23   23        Is there a particular time during the
24   24 quarter where decisions about discounting are made?
25   25        In other words, could you grant a
```

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
1    00054:01 discount to a customer in the first two weeks of the
2    02 quarter, would that be typical?
3    03        MR. ETH: Well, the question is compound.
4    04        THE WITNESS: I -- I --
5    05        MR. ETH: Objection.
6    06        THE WITNESS: Can you just ask it again a
7    07 little bit more slowly?
8    08 BY MR. TABACCO:
9    09    Q.  When --
10   10        Is there a point in time when discounts
11   11 are more prevalent during a quarter?
12   12    A.  During a quarter -- during a quarter,
13   13 there are a number of different periods of time.
14   14 And before a contract can go out to a customer, it
15   15 has to have all the right approvals.
16   16        So meaning they have to get the approval
17   17 before they send the contract, because contracts
18   18 won't release the contract.
19   19        So they will come -- it really is very
20   20 dependent on what's going on.
21   21        However, many transactions come back for
22   22 multiple approvals during a quarter, especially at
23   23 the end.
24   24    Q.  So there may be a request for a discount
25   25 early in the quarter, but that the contract may not
```

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
1    00055:01 close and then there's a renegotiation.
2    02        Is that another way to say it?
3    03    A.  There is a request for more discount by
4    04 the salesman or the customer, and that is very
5    05 prevalent at the end of quarter.
6    06    Q.  Back to the discussions of forecast,
7    07 generally. And again, recognizing you can't recall
8    08 a precise presentation in Q301.
9    09        After the divisions have reported up, who
10   10 else speaks generally about the forecast?
11   11        Does Ms. Minton get to say anything?
12   12    A.  I don't remember if she talked in that
13   13 quarter necessarily. I don't have any memory that
14   14 she didn't or did.
15   15    Q.  She would say things from time to time at
16   16 these meetings. You just can't recall whether she
17   17 actually spoke in any of the Q301 meetings?
18   18    A.  Well, we all speak at all of these
19   19 meetings. And so she -- I don't know that it's a --
20   20 the problem is, I can only remember really sort of
21   21 the practice we have right now.
22   22        And so I can't tell you if in that
23   23 quarter she spoke at the end or in the middle or
24   24 anything.
25   25    Q.  Okay.
```

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

```
1    00056:01        Was it fair to say that the topic of
2    02 forecast was one that came up at the EMC meetings
3    03 throughout the quarter?
4    04        It wasn't just limited to the last two
5    05 weeks, for instance?
6    06    A.  It's discussed at -- every week.
7    07    Q.  Uh-huh.
8    08        And is there a discussion generally of
9    09 trends in the forecast or changes based upon the
10   10 different documents that are presented by, say,
11   11 Ms. Minton?
12   12        MR. NADOLENCO: Object to form.
13   13        THE WITNESS: Well, the document that's
14   14 handed out in the meeting, I don't keep one from one
15   15 week to the next necessarily.
16   16 BY MR. TABACCO:
17   17    Q.  Uh-huh.
18   18        But is there a discussion of -- let me
19   19 withdraw that.
20   20        THE WITNESS: Do you think it would be
21   21 okay if I went to the ladies' room?
22   22        MR. TABACCO: Oh, sure.
23   23        THE WITNESS: And then you can take some
24   24 time.
25   25        THE VIDEOGRAPHER: The time is
```

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | |
|---|---|
| 1 | 00057:01    We are off the record. |
| 2 | 02       (Break taken.) |
| 3 | 03       THE VIDEOGRAPHER:  The time is 10:40. |
| 4 | 04       We are on the record. |
| 5 | 05 BY MR. TABACCO: |
| 6 | 06    Q.  I have handed you what has been |
| 7 | 07 previously marked as Exhibit 132 during |
| 8 | 08 Mr. Ellison's deposition. |
| 9 | 09    A.  This is for me? |
| 10 | 10    Q.  Yes, sorry. |
| 11 | 11    A.  So she doesn't have to write anything |
| 12 | 12 down on it? |
| 13 | 13    Q.  No. |
| 14 | 14    A.  Okay. |
| 15 | 15    Q.  Take a few moments, but just kind of |
| 16 | 16 looking at the first page and what's attached, do |
| 17 | 17 you generally recognize that the format of this |
| 18 | 18 document? |
| 19 | 19    A.  Well, this first page is not a format we |
| 20 | 20 use now at this point. |
| 21 | 21       The second page is much more what I |
| 22 | 22 recognize, what we use now.  Or something like it, |
| 23 | 23 anyway. |
| 24 | 24    Q.  And what we say we use, was this the |
| 25 | 25 package that was handed out at the EMC meetings? |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | |
|---|---|
| 1 | 00058:01    A.  I don't know specifically if this is |
| 2 | 02 exactly what was handed out.  But it's something |
| 3 | 03 similar to this.  Though, again, I don't remember |
| 4 | 04 this first page, but it might be -- it might be it |
| 5 | 05 was so long ago. |
| 6 | 06       And we use something more similar to the |
| 7 | 07 second page on nowadays. |
| 8 | 08    Q.  Okay. |
| 9 | 09       The first page says:  "Total" -- there |
| 10 | 10 appears to be a slide, and it's good for a good test |
| 11 | 11 of your eyesight at the very bottom.  It looks like |
| 12 | 12 12/08/2000. |
| 13 | 13       Do you see that at the very bottom? |
| 14 | 14    A.  Oh, yeah, right here in the center? |
| 15 | 15    Q.  Yes. |
| 16 | 16    A.  12/08/2000, yeah. |
| 17 | 17    Q.  That's correct. |
| 18 | 18    A.  I see it. |
| 19 | 19    Q.  And this is entitled:  "Total Company - |
| 20 | 20 Q3 FY01 Forecast." |
| 21 | 21       Do you see that in the upper left-hand |
| 22 | 22 corner? |
| 23 | 23    A.  Yeah. |
| 24 | 24    Q.  All right. |
| 25 | 25       And then it talks about -- then it's got, |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | |
|---|---|
| 1 | 00059:01 you know, a variety of entries, but at the top it's |
| 2 | 02 got "License, Consulting." |
| 3 | 03       Focusing on that box in the upper |
| 4 | 04 left-hand corner, it says: |
| 5 | 05       "Q301 Forecast versus Q300 |
| 6 | 06       Actual." |
| 7 | 07       Do you have an understanding as to what |
| 8 | 08 that means, that phrase means? |
| 9 | 09    A.  Yes. |
| 10 | 10    Q.  What is it? |
| 11 | 11    A.  It's the quarter's numbers, the |
| 12 | 12 percentage change versus that same quarter the |
| 13 | 13 previous year. |
| 14 | 14    Q.  Okay. |
| 15 | 15       And there is a column labeled "Revenue |
| 16 | 16 Growth." |
| 17 | 17       What is your understanding of what that |
| 18 | 18 term means? |
| 19 | 19    A.  Well, just looking at it now, since as I |
| 20 | 20 said I don't remember this page, it would be I think |
| 21 | 21 revenue growth and depending on which line, it would |
| 22 | 22 be either license revenue growth, consulting revenue |
| 23 | 23 growth, support revenue growth, versus the previous |
| 24 | 24 year. |
| 25 | 25       But I don't know exactly which number |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | |
|---|---|
| 1 | 00060:01 they used for revenue.  I know what they would use |
| 2 | 02 for actual revenue, the previous year -- oh, it says |
| 3 | 03 "forecast," but I'd have to look at what they mean |
| 4 | 04 by that. |
| 5 | 05    Q.  Well, forecast is not -- that's what they |
| 6 | 06 are hoping or anticipating will be the future, as |
| 7 | 07 opposed to what has already been booked in the |
| 8 | 08 quarter. |
| 9 | 09       Isn't that correct? |
| 10 | 10       MR. ETH:  Objection. |
| 11 | 11       THE WITNESS:  You know, I'm really not |
| 12 | 12 sure what it means, because this is a summary page |
| 13 | 13 of a whole bunch of other pages.  So we shouldn't -- |
| 14 | 14 so what every different line means really is in the |
| 15 | 15 context of what this is a summary of. |
| 16 | 16       So we should look at the actual detail |
| 17 | 17 pages versus the summary to understand what's meant |
| 18 | 18 by what. |
| 19 | 19 BY MR. TABACCO: |
| 20 | 20    Q.  All right. |
| 21 | 21       Well, I'm just trying to get kind of a |
| 22 | 22 general sense here of -- let me try it this way. |
| 23 | 23       Look on right-hand side of the page.  In |
| 24 | 24 the upper right it says: |
| 25 | 25       "Q301 Potential versus |

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00061:01       Q300 Actual."
2    02        Do you have an understanding as to what
3    03 the term "potential" means?
4    04    A.  It means something, again, in the context
5    05 of some of the other pages underneath it.
6    06        And I think we should refer to that, go
7    07 through it in that kind of a detail.
8    08    Q.  All right.  Let's try it on the next
9    09 page.
10   10        You said this is a format that you are a
11   11 bit more familiar with; is that correct?
12   12    A.  Yeah, it's is a little similar to what we
13   13 are currently using.
14   14        It's not exact, and though I can't tell
15   15 you exactly how it's different either.
16   16    Q.  Again, this page, which is Bates-stamped
17   17 0003004, has -- the third column from the left has
18   18 "Q301 Forecast."
19   19        Do you see that?
20   20        And then there's three -- there are three
21   21 columns below that, "Forecast, Upside," and
22   22 "Potential."
23   23    A.  Yes.
24   24    Q.  What do you understand generally the
25   25 information is that's portrayed in -- under those
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00062:01  columns?
2    02    A.  If I understand it right, the forecast is
3    03 what the line of business comes up with.
4    04        The upside, though it can be downside
5    05 too, is what finance calculates some way of what
6    06 they think will be different.
7    07        And then the potential is what finance
8    08 presents as what they think will actually come out.
9    09    Q.  Oh, I see.
10   10        And again, when you say "finance," is
11   11 that Ms. Minton's group?
12   12    A.  Yes.
13   13    Q.  And it was at that time, Q301?
14   14    A.  Yes.
15   15    Q.  Okay.
16   16        Do you know what the process is that she
17   17 goes through?
18   18    A.  I don't.
19   19    Q.  Do you have any idea?
20   20    A.  I don't.
21   21    Q.  Have you ever talked to her about it?
22   22    A.  I don't think I have.
23   23    Q.  In the EMC meetings that you sat through
24   24 and have sat through in all of those years, do you
25   25 recall any discussion where one of the folks making
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00063:01  a forecast is asking her what the basis is for her
2    02 adjustments?
3    03    A.  I don't remember that.
4    04    Q.  Do you recall anyone ever questioning
5    05 Ms. Minton's adjustments or the basis for them?
6    06    A.  I can't think of a specific person
7    07 questioning it one way or the other.
8    08    Q.  So you can't give us any insight that you
9    09 have as to what the process is in any way that her
10   10 team goes through to make these adjustments?
11   11    A.  I don't know exactly what addition,
12   12 subtraction, multiplication calculations they do.
13   13        But I am under the impression they look
14   14 at a number of historical factors and things like
15   15 that.
16   16    Q.  But you don't know what those factors
17   17 are?
18   18    A.  I don't know all of them.
19   19    Q.  And the forecast number that is on this
20   20 page, and the forecast, the source --
21   21        Do you know what the source of the
22   22 forecast number is?
23   23    A.  I think it's -- I think it's the line of
24   24 business leaders' forecast.
25   25    Q.  So Mr. -- at that time Mr. Sanderson and
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00064:01  Mr. Nussbaum or whoever else, Mr. Roberts, would --
2    02 folks under their direct responsibility would
3    03 compile these numbers, and that would be the
4    04 forecast numbers for each of the divisions or
5    05 departments?
6    06    A.  That would be -- I don't exactly know how
7    07 they compiled it and how they weighted it --
8    08    Q.  No.
9    09    A.  -- and all that, but they would come out
10   10 with a number.  And I think the aggregation of that
11   11 number -- those numbers is in this forecast column.
12   12    Q.  Okay.
13   13        Through the miracles of modern computer
14   14 science, Nicole just pointed out that a few moments
15   15 ago when we were talking about the factors that
16   16 Ms. Minton considers, you said you didn't know all
17   17 of them.
18   18        Do you know any of them?
19   19    A.  I'm not 100 percent sure she uses some of
20   20 these, but I think she uses things like close ratios
21   21 and she looks at historical results in some way.
22   22    Q.  What do you mean by "close ratios"?
23   23    A.  Well, I think she -- close ratio, what a
24   24 close ratio is, as I'm saying it, is if you have a
25   25 pipeline of 100, and the pipeline would be sort of
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00065:01  the list of deals, potential deals that you might
2   02  do, and if you closed 50 percent of them, generally,
3   03  you'd say, "Well, I have 100. I closed 50
4   04  generally, 50 percent, then a reasonable calculation
5   05  would be that you'll close 50."
6   06       But, of course, if you have that
7   07  information over a number of years, and then the
8   08  following quarter, let's say, or year you have a
9   09  potential of 400, and your close rate is 50, you
10  10  might say, "Ooh, maybe I'll do 200 this year."
11  11       It's numerically -- you know.
12  12       But again, these are all sort of
13  13  machinations.
14  14       I'm not exactly sure what she did, but
15  15  it's that kind of thing.
16  16    Q.  Do you recall if there were any
17  17  discussions at the EMC meetings or -- not
18  18  necessarily in the Q301 time frame, but generally,
19  19  do you recall any discussions about the close ratios
20  20  or any of the ratios that Ms. Minton used?
21  21    A.  I don't remember.
22  22       And as I said, I'm not even sure she uses
23  23  close ratios or pipeline. But that would be the
24  24  type of thing that I was under the impression was
25  25  involved in this. Though, I may be wrong.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00066:01    Q.  Okay.
2   02       Are you familiar with a term called "a
3   03  growth gap?"
4   04       "Growth gap"?
5   05    A.  I don't think so.
6   06    Q.  How about "comfort gap"?
7   07    A.  No.
8   08    Q.  You don't have any recollection of
9   09  hearing those terms in the context of your role at
10  10  Oracle?
11  11    A.  "Comfort gap," no.
12  12    Q.  Or "growth gap"?
13  13    A.  No.
14  14    Q.  All right.
15  15       You mentioned a few moments ago a
16  16  pipeline.
17  17       What is your understanding of pipeline?
18  18    A.  I don't know exactly what it is.
19  19       But my understanding of what I would say
20  20  a pipeline is, is potential transactions that would
21  21  close in the quarter.
22  22    Q.  What do you understand the criteria are
23  23  for determining a potential transaction?
24  24    A.  I don't actually know what the criteria
25  25  is to be in the pipeline.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00067:01    Q.  Are there any criteria?
2   02    A.  I don't know.
3   03    Q.  Do you recall any discussion of the
4   04  quality of the pipeline?
5   05       Do you know what that phrase means?
6   06    A.  I don't remember any discussion of
7   07  quality of the pipeline.
8   08    Q.  Well, during these EMC meetings, do you
9   09  recall generally Mr. Ellison or anyone else
10  10  questioning the quality of the pipeline in the
11  11  context of, "Gee, for instance, how do you -- why do
12  12  you think that this particular customer is going to
13  13  close in this quarter"?
14  14    A.  I don't remember any discussion of the
15  15  quality of the pipeline.
16  16       We would have a discussion regarding any
17  17  particular customer and why someone thinks a deal
18  18  will close, you know, in a discussion of the
19  19  customer.
20  20    Q.  Okay.
21  21       I see.
22  22       In the context of those discussions, and
23  23  I am going to focus now on the EMC meetings. I had
24  24  started to ask this and we kind of went off on a
25  25  side track; it was my fault.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00068:01    When you are talking about the forecast,
2   02  is there any discussion generally about macro
3   03  economic factors, maybe Mr. Henley or somebody
4   04  talking about what the trends are in the stock
5   05  market or the economy or things that could affect
6   06  segments of the business or whole business in some
7   07  way?
8   08    A.  As I sit here today, I don't have an
9   09  actual recollection of a discussion like that during
10  10  that Q3 period.
11  11    Q.  All right.
12  12       Generally, in the years that you have had
13  13  these meetings at Oracle, do you recall generally
14  14  those types of discussions occurring?
15  15    A.  Those kind of discussions about the
16  16  economy or, let's say, the strength or weakness in
17  17  Asia with the SARS or war, or the U.S. economy, or
18  18  Europe, those get discussed in general.
19  19    Q.  All right.
20  20       And what is your understanding as to why
21  21  those topics get discussed?
22  22    A.  For a number of reasons people want to
23  23  talk about them, but also to the extent that with
24  24  something like SARS, in Asia, it could impact our
25  25  business in Hong Kong and Taiwan and Thailand, and

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00069:01 all of those.
2    02       So it would reduce the number of deals we
3    03 could close in a quarter if no one can go to work
4    04 because they have all been sent home.
5    05    Q.  So I guess -- so the generality, and
6    06 that's all this is, is that you would have
7    07 discussions about external forces that could impact
8    08 Oracle's business?
9    09    A.  At any one time, we may have a discussion
10   10 regarding how it would affect a region or -- and as
11   11 a result our business in that region.
12   12       Middle East, of course, Dubai, you know,
13   13 right during the Iraq war would be an example.
14   14    Q.  And focusing back to ancient times, let's
15   15 talk about the dot com bust.
16   16       Do you recall discussions about the
17   17 impact that the -- well, I use the term, let me see
18   18 if you recall what that term meant.
19   19       Back in 2000, 2001, there seemed to be a
20   20 fair number of discussions in the press about the
21   21 dot com slide or the dot com bust.
22   22       Do you generally recall that topic?
23   23    A.  I do.
24   24    Q.  Okay.
25   25       What do you recall the dot com slide or
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00070:01 bust was?
2    02    A.  Well, I think of some of the companies at
3    03 the time, like Pets dot com and some of these other
4    04 sort of untried --
5    05       (Reporter interruption.)
6    06       MR. TABACCO:  That's off the record.
7    07       THE WITNESS:  Companies that had
8    08 extremely high valuations, many of which had gone
9    09 public raised large amounts of money, some of which
10   10 didn't go public raised a lot of private money, and
11   11 had projections to sell a lot, didn't end up selling
12   12 as much, sometimes anything.
13   13       And then their stock prices went down and
14   14 many of them went bankrupt, spent all of their
15   15 money, et cetera.
16   16 BY MR. TABACCO:
17   17    Q.  At least some of those companies were
18   18 customers of Oracle at various points.
19   19       Is that correct?
20   20    A.  I think many, many were customers of
21   21 Oracle.
22   22    Q.  And do you recall -- even whether it's
23   23 specific to the third quarter '01 or not, but do you
24   24 recall generally Oracle undertaking an analysis to
25   25 see what the impact on Oracle's business could be as
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00071:01 a result of the downturn of the dot com sector?
2    02    A.  No.
3    03    Q.  Do you recall, putting aside any
4    04 analyses, any discussion about what the impact, if
5    05 any, would be on Oracle for a downturn in the dot
6    06 com sector?
7    07    A.  I don't recall really when the dot com
8    08 thing, whatever, turned down.
9    09    Q.  Let me get back to the question, though.
10   10       Do you recall at any time any discussion
11   11 at Oracle that you participated in about the
12   12 potential impact of the dot com downturn on Oracle's
13   13 business?
14   14    A.  I don't have any specific memory of any
15   15 discussion.  But I know that many dot com companies
16   16 were Oracle customers.
17   17    Q.  Was there a particular division that more
18   18 of those customers would have been found in within
19   19 the organization?
20   20    A.  Yes.
21   21    Q.  What division or divisions would those
22   22 be?
23   23    A.  It would have been -- I don't know
24   24 exactly how they were broken down at the time, but
25   25 it would have been in a group under North America
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00072:01 Sales.
2    02    Q.  What is the definition of "North America
3    03 Sales," or I guess how does one qualify to be put in
4    04 that group?
5    05    A.  It's a heck of a good question.
6    06    Q.  Thank you.
7    07    A.  I'll tell you, I'm not exactly sure.
8    08       It's sort of in many ways what is left to
9    09 the extent that you aren't in one of the other two
10   10 groups.
11   11    Q.  It's kind of a catchall?
12   12    A.  It appears to be.
13   13    Q.  Okay.
14   14       And again, we can talk about this a bit
15   15 later, but you don't have a specific recollection in
16   16 Q301 of any discussion at NAS about the potential or
17   17 actual impact of the dot com downturn?
18   18    A.  No, I don't.
19   19       And as I said, I don't remember when it,
20   20 quote, downturned --
21   21    Q.  Okay.
22   22    A.  -- actually.
23   23    Q.  Do you remember a time when the NASDAQ
24   24 was close to or over 5000?
25   25    A.  I don't remember when that was, but I
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00073:01  remember that on the news a lot.

2   02   Q.   All right.

3   03        And then you remember it going below that

4   04   number?

5   05   A.   Yes, though I couldn't tell you what it

6   06   is today or even this week.

7   07   Q.   Okay.

8   08        Actually, that raises another subject.

9   09        When you're walking around the Oracle

10  10   executive headquarters, is there an easy way to

11  11   check how Oracle stock is doing?

12  12        MR. NADOLENCO:  Object to the form.

13  13        MR. TABACCO:  That's fair.

14  14   Q.   Do you have access at your desk to online

15  15   quotes for the Oracle stock, you know, kind of

16  16   real-time quotes?

17  17   A.   Well, if you go to Yahoo, if you go to

18  18   the internet and you go to Yahoo, it has the stock

19  19   price, like, I think -- I don't know how many

20  20   minutes late, but it has the general stock price a

21  21   few minutes late.

22  22        And I know there are a lot of other sites

23  23   that have the different stock prices.

24  24   Q.   I know in some companies I've seen they

25  25   actually might have a little display that kind of

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00074:01  keeps a running tally on the company stock.

2   02        is there any such thing that you have

3   03   seen at Oracle, you know, maybe in the hallway or on

4   04   a board or . .

5   05   A.   I have never seen anything like that at

6   06   Oracle.

7   07   Q.   Okay.

8   08        Generally, is there a discussion at least

9   09   at some point during the day as to, "Gee, how did

10  10   the stock do today"?

11  11   A.   No, I don't -- I mean, I don't know.

12  12        By me?

13  13   Q.   Yes.

14  14   A.   Actually, I often don't know how it

15  15   closed or where it is at any particular time.

16  16   Q.   Do you know what it closed at yesterday?

17  17   A.   No.

18  18        MR. NADOLENCO:  Do you?

19  19        MR. TABACCO:  I don't own any.

20  20        THE WITNESS:  Though I might see it open.

21  21   BY MR. TABACCO:

22  22   Q.   You might see it open?

23  23   A.   I might see it open, 'cause I might be on

24  24   my exercise bike watching NBC and it would open at

25  25   that point.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00075:01  Q.   That's how us Californians keep track of

2   02   the stock market.

3   03   A.   Right.

4   04   Q.   But I mean, I guess generally, and not --

5   05   and I don't mean to be facetious about this, but is

6   06   there, you know, at least some water cooler talk

7   07   about the stock more or less generally?

8   08        Would it be fair to say that top

9   09   management generally keeps an eye on where Oracle

10  10   stock is?

11  11        MR. ETH:  Objection.  Vague.

12  12        THE WITNESS:  I really don't know.  It

13  13   would depend on the different people.

14  14        I don't watch it myself very carefully.

15  15   BY MR. TABACCO:

16  16   Q.   Okay.

17  17        And you can't speak for what

18  18   Mr. Ellison's awareness is of the stock price?

19  19   A.   I can't speak to that at all.

20  20   Q.   Or Mr. Henley's?

21  21   A.   Not at all.

22  22   Q.   Okay.

23  23        And from time to time you might be aware

24  24   of what the stock price is at Oracle?

25  25   A.   Yeah.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00076:01  When I go to Yahoo, it's on there.

2   02   Q.   It pops up?

3   03   A.   Well, it's all of these stocks are on

4   04   there.

5   05   Q.   I think in your SLC report you indicated

6   06   that you do read the Wall Street Journal from time

7   07   to time.

8   08        Do you recall seeing -- we can find the

9   09   page.

10  10   A.   Yeah.

11  11   Q.   But separate and apart from that, do you

12  12   read the Wall Street Journal?

13  13   A.   I do read it, but I didn't read it

14  14   yesterday or today.

15  15   Q.   Do you have a subscription that gets

16  16   delivered to the house?

17  17   A.   Yes, I do.

18  18   Q.   Okay.

19  19        Do you read any other financial

20  20   periodicals on a regular basis?

21  21   A.   I read Business Week sometimes.  It comes

22  22   to the house.

23  23   Q.   And I think there was some indication of

24  24   the Economist magazine?

25  25   A.   Yeah, I used to read the Economist.  I

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1    00077:01  stopped reading it.

2    02    Q.   Do you recall when you stopped reading

3    03  it?

4    04    A.   No.

5    05    Q.   Anything else comes to mind?

6    06         Do you read the Chronicle or the San Jose

7    07  paper?

8    08    A.   No.

9    09    Q.   Okay.

10   10         L.A. Times?

11   11    A.   No.

12   12    Q.   Okay.

13   13         Any other -- Philadelphia? Enquirer?

14   14         MR. NADOLENCO:  Are we going to go

15   15  through them all?

16   16         THE WITNESS:  I can't think of another --

17   17         I read the local newspaper from the towns

18   18  in the area that has things about the town and

19   19  houses, and things like that.

20   20  BY MR. TABACCO:

21   21    Q.   Okay.  I think we all do.

22   22         What about online news services?  I mean,

23   23  do you have a Bloomberg terminal handy at your desk

24   24  that you look at?

25   25    A.   No.

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1    00078:01    Q.   Is there one in the suite by the way, to

2    02  your knowledge?

3    03         When I say the "suite," the executive

4    04  suite.

5    05    A.   No.

6    06    Q.   Do you get summaries of -- are summaries

7    07  available, you know, on account of internal Oracle

8    08  site news development, financial developments, that

9    09  you could check during the day?

10   10    A.   I don't check any internal Oracle sites

11   11  about news.

12   12    Q.   Okay.

13   13         But you don't know whether they exist or

14   14  not then?

15   15    A.   I don't know whether they exist.

16   16    Q.   Okay. All right.

17   17         I guess I should have asked you this

18   18  before.

19   19         Are you married?

20   20    A.   Why do you need to know if I'm married?

21   21    Q.   Because I'm going to ask what your

22   22  husband -- if you are married, what your spouse does

23   23  and whether your spouse works at Oracle.

24   24         MR. ETH:  You know, I don't want to go

25   25  too far on this.  I don't know how relevant any of

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1    00079:01  it is.

2    02         So whatever you're comfortable --

3    03         THE WITNESS:  My husband does not work at

4    04  Oracle.

5    05  BY MR. TABACCO:

6    06    Q.   Okay. All right.

7    07    A.   Okay.

8    08    Q.   That's the only reason for it.

9    09    A.   Okay.

10   10    Q.   It kind of came out of left field.

11   11    A.   It did a little bit.

12   12    Q.   Yeah.

13   13         Do you have any other close relatives who

14   14  are employed at Oracle?  Sisters, brothers, you

15   15  know, aunts, uncles?

16   16    A.   No.

17   17    Q.   Okay.

18   18         Getting back to the Exhibit 132.

19   19    A.   Which one is that?

20   20    Q.   That's one that is the --

21   21    A.   Oh.

22   22    Q.   We'll call it the Minton report just for

23   23  shorthand.

24   24    A.   Okay.  That would be really great.

25   25    Q.   Okay.

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1    00080:01         Looking at the third page of the

2    02  documents, it's -- it says: "Dollars in thousands

3    03  at Budget Rates," in the upper left-hand side.

4    04         Do you see that?

5    05    A.   I do.

6    06    Q.   Do you know what that means?

7    07    A.   Well, I think, you know, "dollars in

8    08  thousands" means that to get to the real number, you

9    09  add three more zeroes.

10   10         Then "budget rate" is the rates at some

11   11  time maybe -- I don't know what time of the year,

12   12  versus the adjustment for currency and things that

13   13  may have changed.

14   14         Because, see, some of these businesses

15   15  are not in the United States, so the rates changed,

16   16  the -- I don't know what they are called.

17   17         Currency rates?

18   18    Q.   Conversion rates?

19   19    A.   Yeah, changed during the year.

20   20         So this is sort of one, I think, in sort

21   21  of their actual currency of that country at some

22   22  rate set at some time that might not be today's

23   23  rate.

24   24    Q.   Have you heard the term "constant

25   25  dollars" as the term is used at Oracle?

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00081:01    A.   That is the term used at Oracle now.

2   02    Q.   Do you have an understanding as to what

3   03  that term means?

4   04    A.   I think it's this.

5   05    Q.   "This" meaning budget rates?

6   06    A.   I think so.

7   07    Q.   Okay.

8   08         That's your -- as you sit here today,

9   09  that's your best understanding?

10   10         MR. ETH:  I'm going to object.

11   11         I mean --

12   12         THE WITNESS:  I just don't know.

13   13         MR. ETH:  -- if you want to look through

14   14  the document and see there are other ones. I mean --

15   15         THE WITNESS:  Oh, okay.  Yeah.

16   16         MR. ETH:  That's not really fair to --

17   17         THE WITNESS:  I simply don't remember.  I

18   18  mean, that's --

19   19         MR. ETH:  It's labeled, right, which one

20   20  is constant dollar and which one isn't.

21   21         MR. TABACCO:  I'm not trying to -- I'm

22   22  just trying to get . . .

23   23    Q.   Let me ask it this way, without having

24   24  you flip through all of the pages.

25   25         What is your understanding of the term

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00082:01  "constant dollars"?

2   02    A.   It's -- it's -- my understanding of it,

3   03  since we don't use -- "constant dollar" is what we

4   04  use now, and my understanding of it is the way I

5   05  described this budget rate number.

6   06    Q.   Okay.

7   07         It takes into consideration currency

8   08  fluctuations?

9   09    A.   Constant dollars sort of ignores currency

10   10  fluctuation, would be my understanding.

11   11         I guess it depends what you mean "takes

12   12  into account" versus "ignore."

13   13    Q.   All right.

14   14         Looking back at that third page, do you

15   15  have that in front of you?  That's the budget rate

16   16  page.

17   17    A.   Yes.

18   18    Q.   Okay.

19   19         I'm just trying to -- we talked about

20   20  trying to figure out earlier what the numbers -- the

21   21  summary numbers in the first page related to.

22   22         I'm trying to see if this is helpful to

23   23  understand -- to help you and your understanding of

24   24  the first page.

25   25         If you look at the third page in the far

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00083:01  right-hand column under "potential growth" as a

2   02  percentage.

3   03         Do you see that column?

4   04    A.   I do see the column.

5   05    Q.   And then there is for "total revenues," a

6   06  total of 22 percent.

7   07         Do you see that entry?

8   08    A.   I do.

9   09    Q.   And looking back at the first page, in

10   10  the upper left-hand box that we were talking about

11   11  earlier, under "license" it says "Revenue growth, 22

12   12  percent."

13   13    A.   Yeah, I see that.  It's -- yes.

14   14    Q.   Right.

15   15         Is it your understanding that the 22

16   16  percent figure that appears on the first page is

17   17  derived from the calculations that are set forth on

18   18  the third page?

19   19         MR. NADOLENCO:  Object to the form the

20   20  question.

21   21         THE WITNESS:  You know what, I really

22   22  don't know --

23   23         (Reporter interruption.)

24   24         MR. NADOLENCO:  Misstates the document.

25   25         THE WITNESS:  Yeah.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00084:01         I really don't know sort of which number.

2   02  I'm not the ideal person to actually ask on this

3   03  first page, because I do not remember this first

4   04  page at all.

5   05         And so the coincidence of 22 being both

6   06  of them is -- I just don't know.

7   07  BY MR. TABACCO:

8   08    Q.   Looking at the third page, just to go

9   09  back to the third page of the document, I think you

10   10  indicated that --

11   11    A.   Oh, excuse me, I -- they are not even

12   12  both 22 percent.  I'm sorry, I just want to correct,

13   13  because one of them is 21 percent in the total, and

14   14  this one is 22 percent.

15   15         So I think here -- I don't know if I'm

16   16  looking at the wrong columns, but --

17   17         I apologize, they are not even both 22

18   18  percent in that license revenue growth.  It's

19   19  actually --

20   20    Q.   Yeah, all right.

21   21         Well, let me just go back to where --

22   22  just looking at one page at a time.

23   23    A.   Okay.

24   24    Q.   That was my attempt to see if I could go

25   25  back and forth, but that obviously didn't work.

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00085:01    Back to the third page. |
| 2 | 02    When you are looking -- and again, I |
| 3 | 03    don't know if you want to speak in the current time |
| 4 | 04    frame, if it's changed over time, but I'm really |
| 5 | 05    focusing as of Q301. |
| 6 | 06    What information, if any, did you |
| 7 | 07    consider significant or important when you were |
| 8 | 08    looking at this document or documents of this nature |
| 9 | 09    from your point of view? |
| 10 | 10    A.   Well, this wouldn't have been actually a |
| 11 | 11    page I would focus in on -- |
| 12 | 12    Q.   Okay. |
| 13 | 13    A.   -- myself. |
| 14 | 14    Q.   All right. |
| 15 | 15    What page or pages would you focus on? |
| 16 | 16    A.   I would look at the previous page, which |
| 17 | 17    is page 2. |
| 18 | 18    Though I don't remember at this moment as |
| 19 | 19    I sit here looking at this page, but this would have |
| 20 | 20    been the page I would look at. |
| 21 | 21    And then I would look at another page |
| 22 | 22    further down, which would be -- |
| 23 | 23    Q.   If you want to identify it by -- see |
| 24 | 24    those little stamps down there that have numbers on |
| 25 | 25    them? |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00086:01    A.   Yeah, I see. |
| 2 | 02    But I'm trying to figure out the right |
| 3 | 03    page, because they are no longer in this kind of |
| 4 | 04    order. |
| 5 | 05    Okay. |
| 6 | 06    Yeah.  In fact, there's a whole -- |
| 7 | 07    nowadays there's a whole different page than this. |
| 8 | 08    But let's say the page that has the -- |
| 9 | 09    what did you call it -- Bates number, that ends with |
| 10 | 10    a 7. |
| 11 | 11    Q.   -3007? |
| 12 | 12    A.   Yeah. |
| 13 | 13    So that would be another page I would |
| 14 | 14    look at. |
| 15 | 15    Q.   All right.  Well, let's just talk about |
| 16 | 16    -3004 for a moment. |
| 17 | 17    What in particular -- withdraw that. |
| 18 | 18    Why would this page be of particular |
| 19 | 19    interest to you?  That's the second page of the |
| 20 | 20    document. |
| 21 | 21    A.   Oh. |
| 22 | 22    Q.   The -004. |
| 23 | 23    MR. ETH:  Objection.  Misstates |
| 24 | 24    testimony. |
| 25 | 25    THE WITNESS:  I -- the -- |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00087:01    No, I -- what I said was this is a page I |
| 2 | 02    would look at. |
| 3 | 03    BY MR. TABACCO: |
| 4 | 04    Q.   Okay. |
| 5 | 05    Why would you look at it? |
| 6 | 06    A.   Oh. |
| 7 | 07    Because I'd look at the "market |
| 8 | 08    expectation" line. |
| 9 | 09    And I'd look at -- which is way down at |
| 10 | 10    the bottom. |
| 11 | 11    Do you see it sort of -- "market |
| 12 | 12    expectation," it says it all the way on the left, |
| 13 | 13    but it's almost at the bottom. |
| 14 | 14    Do you see it's in the square? |
| 15 | 15    Q.   Yes, thank you. |
| 16 | 16    A.   And then you go over to the right, it |
| 17 | 17    says -- it's hard to see, but it says "12 cents." |
| 18 | 18    Q.   Right. |
| 19 | 19    A.   And then the "earnings per share," that |
| 20 | 20    sort of was the calculation after all of this.  It |
| 21 | 21    says here "12.8 cents." |
| 22 | 22    Q.   Okay. |
| 23 | 23    A.   And I would just look at that generally. |
| 24 | 24    Q.   And make sure that the earnings per share |
| 25 | 25    was not 5 cents and the other number was 12 cents, |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

| | |
|---|---|
| 1 | 00088:01    that -- would that get your attention, as a |
| 2 | 02    hypothetical? |
| 3 | 03    A.   If the market expectation was, let's say, |
| 4 | 04    30 cents, and our earnings per share were 4 cents, |
| 5 | 05    that would draw my attention very quickly. |
| 6 | 06    So I would just look generally, just |
| 7 | 07    generally. |
| 8 | 08    Q.   Uh-huh. |
| 9 | 09    Are you looking in there for any kind of |
| 10 | 10    signs of weaknesses within any particular divisions? |
| 11 | 11    Are you monitoring for that type of |
| 12 | 12    thing? |
| 13 | 13    A.   No, I would just be kind of looking |
| 14 | 14    around. |
| 15 | 15    I would be also curious about expenses |
| 16 | 16    since I was somewhat focused on expenses.  I'd be |
| 17 | 17    looking to see how the folks, you know, are doing on |
| 18 | 18    expenses and things like that. |
| 19 | 19    Q.   Why were you focused on expenses? |
| 20 | 20    A.   Well, Oracle at that whole time was going |
| 21 | 21    through a process where we were becoming a more |
| 22 | 22    profitable company. |
| 23 | 23    We were really focused on centralizing |
| 24 | 24    and reducing the duplicate -- duplication of effort |
| 25 | 25    being done around the world.  And so we centralized |

00089:01 a number of functions which reduced expenses rather
02 dramatically.
03    Q.    And you were looking to see if, in fact,
04 those changes were showing up in the projections?
05    A.    Exactly.
06    Q.    Okay.
07          Were you looking at trends with regard to
08 the expenses?
09    A.    I was looking at how much they spent the
10 previous year versus this year.  So if that's what
11 you mean by a "trend" . . .
12          I wasn't looking at a daily trend or
13 necessarily a weekly or even monthly trend, just
14 sort of in general.  They spent -- you know, I don't
15 know, whatever.  I'd say, "Hmmm, spending a little
16 more, a little less."
17          And if I noticed someone spending a
18 little more, I would kind of look at that, too.
19    Q.    Do you recall any discussions at the EMC
20 meetings about expenses, particularly in this Q301
21 time frame which you said there was a big push on to
22 cut expenses at that time?
23    A.    Well, it wasn't during this particular
24 quarter that there was a push on expenses.  It
25 really had started, oh, even before I arrived.

00090:01          And so there was really a push -- it
02 wasn't so much on really expenses, though.  The
03 whole concept of reducing your spend on things where
04 there's enormous amount of duplication of effort,
05 managing systems, et cetera.
06          Running the business in a more efficient
07 way.  That had started I think before I arrived.
08          And continues today.
09    Q.    Right.
10          And again, back in the Q301 time frame, I
11 know you have indicated you don't recall any
12 specific discussions that occurred at any of these
13 EMC meetings, but did you participate in any
14 discussions that you recall, whether in that quarter
15 or not, on the subject of expenses at the EMC
16 meetings?
17          In other words, were you asked to make a
18 presentation or report or comment on expense
19 reductions?
20    A.    No, I don't think so.
21          I don't think I ever made a presentation.
22    Q.    Uh-huh.
23          How about anyone else making a
24 presentation on expense reductions, was that ever a
25 focus of an EMC meeting that you attended?

00091:01    A.    I can't, as I sit here, remember that as
02 a presentation someone gave at an EMC meeting.
03    Q.    Okay.
04          Anything else on this page that you would
05 look at?
06    A.    I don't know what I would have looked at,
07 at that time.
08          But if I look at it now, I can tell you
09 that I would look at the "operating margin
10 percentage."
11    Q.    And why would you look at that?
12    A.    To just see that how it was -- what it
13 was doing.
14    Q.    Let's go to page -007.
15    A.    Okay.
16    Q.    I think you indicated this would be a
17 page that you would look at as well.
18    A.    Yeah.
19          Though I can't really -- see, it's not
20 like it is now, so I don't know how it compares with
21 the page after it.
22          Oh.  I see.
23          Okay.
24    Q.    Can we focus on -07?
25    A.    We can.

00092:01    Q.    Okay.
02          What in particular would you look at on
03 this page that you would consider to be significant
04 or interesting?
05    A.    What I would -- I would look at this page
06 when the executives were talking about their region.
07 So as you can see, their names are actually written
08 next to most of them.
09          And then -- actually, all of them I think
10 there's a name.
11          Even though some of these names were
12 actually not present, they were represented by the
13 head of Europe, Middle East, and Africa.
14          So, you know, like United Kingdom,
15 Germany, France, Southern Europe, Northern Europe,
16 weren't actually on the call.
17          So when Sergio spoke, he may talk about
18 these different regions even though it's not his
19 name.  He would talk about this -- there's a little
20 line there that says "EMEA Totals."  And so when he
21 spoke --
22          (Reporter interruption.)
23          THE WITNESS:  "EMEA."  Europe, Middle
24 East, and Africa, so "EMEA."
25          I would look at that number, unless he

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00093:01  broke it down and started to talk about Germany or
2    02  the UK.
3    03  BY MR. TABACCO:
4    04      Q.  Okay.
5    05          Let me just ask you a couple of questions
6    06  about these column headings.
7    07      A.  Yeah.
8    08      Q.  We talked earlier about forecast, upside,
9    09  and potential.
10   10          Off to the right as you move towards the
11   11  center of the document at the top, there is a column
12   12  entitled: "Targeted 30 Percent Growth."
13   13          Do you see that column?
14   14      A.  I see that column.
15   15      Q.  Do you know what that column refers to?
16   16      A.  I don't even remember that column.  And
17   17  it doesn't even -- it does not currently appear in
18   18  any of our -- you know, of our materials now.
19   19          I can spend some time to figure out what
20   20  it may mean, if I had a calculator.
21   21          But I could guess, though, it doesn't --
22   22  yeah.
23   23          I really don't remember this column,
24   24  frankly.
25   25      Q.  How about the term "targeted growth"?
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00094:01      A.  I really don't remember this concept at
2    02  this -- while I sit here today.
3    03      Q.  And you're saying that the current
4    04  reports don't have such a column, to the best of
5    05  your recollection?
6    06      A.  I don't think so.
7    07      Q.  Further to the right, there is -- there
8    08  are headings for "Pipeline" and "Pipeline Growth."
9    09          Do you see those?
10   10      A.  I see them.
11   11      Q.  And then there's a "Pipeline Cov Ratio
12   12  Forecast."
13   13          And then "Cov Ratio Potential."
14   14          Do you know what those two columns refer
15   15  to?
16   16          Again, not focusing on the specific
17   17  numbers, but just your understanding of the terms as
18   18  they are used in this document.
19   19      A.  Okay.
20   20          I don't know that we use these terms
21   21  anymore.
22   22          And I don't remember them at the time
23   23  necessarily.
24   24          But I know the concept of coverage ratios
25   25  in regular finance.  And in this case, you know, I
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00095:01  can guess what this means.
2    02          I don't remember it.  But I think I know
3    03  what this means.
4    04      Q.  What is your understanding?
5    05      A.  Well, it would be the -- whatever they
6    06  meant by "pipeline," which as I said before, I don't
7    07  know how you got into the pipeline necessarily.  But
8    08  whatever that number is -- you know, actually, I
9    09  don't know how they got these calculated exactly.
10   10          It's sort of the opposite way of the way
11   11  I would do it probably.
12   12          But it's pipeline as compared to, I
13   13  think, either that -- the number in the forecast
14   14  column or the potential column.
15   15          Right?  Is that right?
16   16          No, that can't be right.
17   17          I really don't know.  I mean, I'd have to
18   18  look at how they did it.
19   19      Q.  Sure, okay.  All right.
20   20          You personally --
21   21      A.  But it's somehow a relationship of those
22   22  numbers.
23   23      Q.  All right.
24   24          When you said that's not the way you
25   25  would do it, well, how would you do it?
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00096:01      A.  If I were to do it, if I thought there
2    02  was any reason to do it, which I don't know
3    03  necessarily one way or the other, I'd divide one by
4    04  the other.
5    05      Q.  And just get a percentage?
6    06      A.  Yeah.
7    07          It would be -- generally, the pipeline
8    08  would be a bigger number, so it would be like 150
9    09  percent or something.
10   10          So I don't know, maybe they just dropped
11   11  the 100, or maybe they do the inverse, the one over.
12   12          I just don't know.
13   13          I haven't looked at this in whatever
14   14  years, is it three years now?
15   15          Yeah, so . . .
16   16      Q.  Do you recall any -- this document is
17   17  dated 12/8 of 2000, December of 2000.
18   18          Do you recall back in the third quarter
19   19  when you were asked about this at the SLC, and we
20   20  can go to it, but just generally as you sit here, do
21   21  you recall that Oracle had an analyst call where
22   22  they made -- gave guidance for the third quarter?
23   23      A.  As I sit here today, I don't remember the
24   24  earnings call.
25   25      Q.  That's what it's called, an earnings
```

1  00097:01 call?

2  02    A.  Yes.

3  03    Q.  Okay.

4  04        Was that -- had you ever participated in

5  05 any earnings calls?

6  06    A.  I have never spoken during an earnings

7  07 call.

8  08    Q.  Have you been in the room on a speaker

9  09 phone or been on a telephone receiver during such a

10  10 call?

11  11    A.  I have been both in the room while others

12  12 are speaking, or listening to a web cast or calling

13  13 in to hear it.

14  14    Q.  And with regard to your experience in

15  15 connection with those calls, do you -- what is your

16  16 knowledge as to how the numbers that were provided

17  17 as guidance to the analysts were derived at

18  18 internally at Oracle?

19  19    A.  Well, they were derived by Jeff Henley,

20  20 by Jeff Henley in the -- and the finance

21  21 organization.

22  22    Q.  Did you participate in any discussions

23  23 with regard to the presentation of those numbers or

24  24 the numbers themselves or the calculation of those

25  25 numbers?

1  00098:01    A.  I didn't participate in the calculation

2  02 of those numbers in any way.

3  03    Q.  How about with regard to discussions

4  04 regarding the calculation, discussions regarding

5  05 what the numbers were once they were calculated?

6  06    A.  At that time, I really don't remember

7  07 participating in that discussion at all at that

8  08 time.

9  09    Q.  Do you have any recollection of being

10  10 present during the Q301 December earnings call?

11  11    A.  I really don't.

12  12        And I'm not sure I was there, frankly.  I

13  13 just -- I have no memory of it.

14  14        There have been so many quarters since I

15  15 got to Oracle.

16  16        MR. ETH:  I'm told we have just a few

17  17 minutes left, so why don't we take a break.

18  18        THE VIDEOGRAPHER:  This marks the end of

19  19 Videotape Number 1 in the deposition of Safra Catz.

20  20        The time is

21  21        We are off the record

22  22        (Lunch recess taken.)

23  23 AFTERNOON SESSION            12:27 p.m.

24  24        THE VIDEOGRAPHER:  This marks the

25  25 beginning of Videotape Number 2 to Volume 1 in the

1  00099:01 deposition of Safra Catz.

2  02        The time is

3  03        We are on the record.

4  04

5  05            EXAMINATION

6  06

7  07 BY MR. TABACCO (Resumed):

8  08    Q.  Good afternoon.

9  09    A.  Good afternoon.

10  10    Q.  Just to kind of follow-up on a couple

11  11 things from this morning's session.

12  12        Could you give me your general job

13  13 description as co-president?  What are your

14  14 day-to-day responsibilities?

15  15    A.  My responsibilities today?

16  16        Well, the folks that report to me --

17  17 excuse me, I have hair in my mouth.

18  18    Q.  We have it on video now.

19  19    A.  Yeah. I know.  Sorry, I had to get it out

20  20 of my mouth.

21  21        The -- my -- yeah, the folks that report

22  22 to me include now the education group, and John

23  23 Hall, and the global business practices folks, and

24  24 pricing, and the approvals, HQ -- the approvals

25  25 folks.

1  00100:01        And then all of our charitable work, Lori

2  02 Facey does our education initiatives.  So where we

3  03 donate -- or whatever we donate, software or often

4  04 we also hold a contest called Think Quest, all of

5  05 those people also report to me.

6  06        As far as my day-to-day additional roles,

7  07 I attend all the development staff meetings, like we

8  08 talked, and the executive management committee and

9  09 the PDMC.

10  10        And then corporate development also

11  11 reports to me.

12  12        And I've had a lot of involvement because

13  13 we're buying -- trying to buy this other software

14  14 company right now.

15  15    Q.  I heard something about that.

16  16    A.  Yeah.

17  17        So that's taking up quite a bit of my

18  18 time also.

19  19    Q.  On that last point, I mean, I take it

20  20 indeed with your background in investment banking,

21  21 and given the fact that you were involved in

22  22 acquisitions, did you continue to play that role --

23  23 separate and apart from PeopleSoft, but did you

24  24 continue to have responsibility for acquisition

25  25 candidates from the time you came on board at

1   00101:01  Oracle, that is, from April of '99?

2   02   A.  No.

3   03       Actually, when I first started, corporate

4   04  development reported to another executive.  And I

5   05  don't exactly remember when he left.  His name was

6   06  Gary Bloom.  And he left to be a CEO of another

7   07  company.

8   08       And that's when corporate development and

9   09  also the venture fund at the time -- we don't have a

10  10  venture fund anymore, they all -- those folks all

11  11  moved to report to me.  And a few other little odds

12  12  and ends.

13  13       So when I started, they did not -- none

14  14  of those people reported to me, in fact.

15  15   Q.  So at the time in the beginning, Bloom's

16  16  group had responsibilities for potential --

17  17  identifying potential acquisition candidates?

18  18   A.  Well, they did what corporate development

19  19  did, including reviewing acquisition candidates.

20  20   Q.  We also talked about back in 2001 --

21  21       Maybe the easiest thing to do is to look

22  22  at the short description in the SLC report which is

23  23  marked as Exhibit 225.

24  24   A.  I'm sorry, what page did you say?

25  25   Q.  I think under the first page it says:

1   00102:01  "Catz's Job Responsibilities."

2   02   Q.  Do you see that heading?

3   03   A.  Oh, yes, I do.

4   04   Q.  Is this an accurate summary, with the

5   05  exception of misspelling of names and that type of

6   06  thing, to the best of your knowledge, describing

7   07  your responsibilities I guess in the time frame that

8   08  this was written?

9   09   A.  Okay.

10  10       I joined in April '99.  And I joined with

11  11  the title senior vice-president.

12  12       I was promoted to executive

13  13  vice-president, but I actually don't remember when

14  14  that was.  So I don't -- I can't tell you that it

15  15  was six months later.

16  16       I just don't remember.

17  17       My role has remained largely the same,

18  18  though it depends -- you know, when this was

19  19  written, the education group didn't report to me.

20  20  Now they do.

21  21       The -- and it says here:

22  22       "Assisting Larry Ellison

23  23       in promoting the business."

24  24       It's in quotes, and I don't necessarily

25  25  think I said that.

1   00103:01       But it is really working with our CEO to

2   02  advance the business, to advance our agenda of

3   03  transformation, to grow the business over time, to

4   04  become a more important company to our customers.

5   05   Q.  What is -- you have used the term a few

6   06  times "global practices."

7   07       What does that term mean?

8   08   A.  Well, what it means is to have a certain

9   09  process in place that is consistent around the

10  10  world.  And to have contracting terms that are

11  11  consistent.  They may not be identical because of

12  12  the laws of different countries, but they have the

13  13  basic focus that's consistent.

14  14       And so it focuses around a bunch of

15  15  different things.

16  16       Global business practice is actually

17  17  officially I think called the -- it's actually the

18  18  name of one of my groups.  But it has to do with

19  19  terms and conditions in contracts, things like

20  20  migrations between -- when our customers buy a

21  21  license, they may buy it under a metric, like

22  22  concurrent device, and then that metric may not be a

23  23  good metric in the world of the internet so they'd

24  24  want to go to something called processor, so there

25  25  would be some sort of a migration path.

1   00104:01       All of the work that's done sort of in

2   02  the operations level to really make that consistent

3   03  around the world for our customers so that we are

4   04  the same company to them, regardless of where they

5   05  purchase, et cetera.

6   06       And just making it consistent around the

7   07  world without being dissimilar everywhere.

8   08   Q.  So generally speaking, it tends to be

9   09  more in the operations side as opposed to the sales

10  10  side?

11  11   A.  It's an operational role.

12  12   Q.  Okay.

13  13       And since you became co-president, in

14  14  addition to the changing of the reports, are there

15  15  any other additional responsibilities that you have

16  16  taken on?

17  17   A.  Actually, when I became co-president,

18  18  there were no additional report changes at that

19  19  time.  It was simply a title change in my case.

20  20   Q.  Okay.

21  21       And at some point in time, did you

22  22  receive as part of your compensation, options to

23  23  purchase Oracle shares?

24  24   A.  Yes.

25  25   Q.  Do you recall when you first received a

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00105:01 grant of such options?

2   02   A.   I received my first grant as I joined.

3   03   Q.   And that would have been April of '99?

4   04   A.   That would have been the date, though it

5   05   has to do with when the compensation committee

6   06   approves it. So I don't know exactly when it was.

7   07   It would have to be after -- I don't know

8   08   exactly what day, any of that, but it's in that

9   09   area.

10   10   Q.   And were those options, if you recall,

11   11   subject to some vesting requirement?

12   12   A.   Oh, yes.

13   13   Q.   Do you recall what the requirement was on

14   14   that initial grant?

15   15   A.   Yes.

16   16   Q.   What?

17   17   A.   It was a quarter for -- a quarter of the

18   18   total amount vested every year, like for four years.

19   19   Q.   I see.

20   20   So --

21   21   A.   You'd have to be there a whole year till

22   22   whatever that date was for that -- for the first

23   23   quarter to vest.

24   24   Q.   Have you exercised any options and sold

25   25   the shares, that is, is a one-day exercise and sale,

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00106:01 since your employment at Oracle?

2   02   A.   I have neither exercised nor sold any

3   03   options since I joined.

4   04   Q.   All right.

5   05   And have any options that you were

6   06   granted have expired or are they still extant?

7   07   A.   No. I don't know exactly. But I think

8   08   the first ones I received will expire in about

9   09   four-plus years.

10   10   Q.   Okay.

11   11   Do you recall indicating to Mr. --

12   12   Do you know who Mr. Cooperman is?

13   13   A.   Oh, yes.

14   14   Q.   Okay.

15   15   And could you identify him for us?

16   16   A.   He is the general counsel at Oracle.

17   17   Q.   Do you have a recollection of informing

18   18   Mr. Cooperman that you wished to exercise and sell

19   19   options in -- at some point during Q3 of '01?

20   20   A.   But for this litigation, I wouldn't have

21   21   remembered the time of it. But I do remember asking

22   22   for what's called clearance to sell some shares.

23   23   Q.   And what do you recall about asking --

24   24   what do you recall of the details of that request?

25   25   A.   You know, I don't -- I don't actually

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00107:01 remember the details.

2   02   If you mean like the amount?

3   03   Q.   Yes.

4   04   A.   I don't really remember.

5   05   Q.   Do you recall what prompted you to make

6   06   that request?

7   07   A.   I do.

8   08   Q.   What was that?

9   09   A.   The day before my husband had mentioned,

10   10   "Gee, why don't we sell some shares."

11   11   I said, "Okay."

12   12   Q.   It had never crossed your mind

13   13   previously?

14   14   A.   I suppose shame on me, but no. I

15   15   really -- I don't even watch the

16   16   vesting schedule. So like right now, I couldn't

17   17   tell you how many options I have vested at this very

18   18   moment.

19   19   Q.   Do you recall -- I have to the extent

20   20   that -- we --

21   21   I take it you are aware that there are

22   22   public records that indicate in the proxy materials

23   23   the number of shares that you have options on?

24   24   A.   I'm sure there are. They are filled out.

25   25   Q.   Right.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00108:01 Do you recall what the substance of the

2   02   discussion was that you and your husband had

3   03   regarding your -- the concept of selling?

4   04   A.   I don't really remember the conversation.

5   05   I remember it really vaguely.

6   06   He spoke to me from our upstairs while I

7   07   was already downstairs in our bedroom. And he said,

8   08   "Why don't you see about that? It's not a bad

9   09   idea."

10   10   Q.   Had the subject come up in some other

11   11   context, you know, over Sunday brunch or something

12   12   or . . .

13   13   A.   I don't remember any other conversations.

14   14   You know, people -- at that time, there was a lot of

15   15   people selling and -- you know, all over Silicon

16   16   Valley.

17   17   And so I really -- I didn't give it any

18   18   thought one way or the other.

19   19   Q.   Okay.

20   20   I asked you earlier if he was employed,

21   21   your husband was employed at Oracle.

22   22   You indicated he wasn't.

23   23   Could you describe for us what his

24   24   business or professional training is? Is he in

25   25   finance markets or is he --

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00109:01    A.   My husband full-time takes care of our
2   02 family.
3   03    Q   Okay.
4   04          Does -- in a prior time, did he have a
5   05 career? You know, was he a stockbroker or --
6   06    A.  He was a cultural studies major. And he
7   07 writes stories.
8   08    Q.  So he doesn't have any particular
9   09 training then in financial markets.
10  10          Would that be fair?
11  11    A.  None at all.
12  12    Q.  Okay.
13  13          Not even a little bit?
14  14    A.  No.
15  15          Okay. I'm trying to make this record, I
16  16 want you to give them a chance to --
17  17          No, nothing?
18  18    A.  That's not his field.
19  19    Q.  Okay.
20  20          And does he look to you for those kinds
21  21 of issues with regard to, you know, financial
22  22 markets and movements of stock and that type of
23  23 thing?
24  24    A.  We don't really discuss it very often.
25  25 It's just not a big focus for us.
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00110:01    Q.   Okay.
2   02          And so you -- after this discussion with
3   03 your husband, you then went and contacted -- did you
4   04 know what to do -- how to sell your shares?
5   05    A.  Honestly, I --
6   06          MR. NADOLENCO:  Objection to form.
7   07   (Reporter interruption.)
8   08          MR. NADOLENCO:  I was going to say
9   09 assumes facts not in evidence.
10  10          THE WITNESS:  Yeah.
11  11 BY MR. TABACCO:
12  12    Q.   Did you agree that you would --
13  13          What did you say when your husband said,
14  14 "Let's go sell"?
15  15    A.  I don't know.
16  16          Probably, "I'll look into it," or, "I'll
17  17 find out how," or something like that.
18  18    Q.  And do you recall what you did in terms
19  19 of looking into it?
20  20    A.  I don't actually remember specifically
21  21 what I did. But I know what I would have needed to
22  22 do now, which is to call Dan Cooperman, who you
23  23 mentioned before, to make sure that was okay.
24  24          And you'd need to do some sort of
25  25 administrative stuff, which again, I'm not entirely
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00111:01 sure what you need to do.
2   02    Q.  Okay.
3   03          And do you recall contacting
4   04 Mr. Cooperman back in January of '01?
5   05    A.  I have a recollection of it.
6   06          I don't have the recollection of the
7   07 original call, but I have a recollection of the
8   08 subsequent one.
9   09    Q.  In preparation for your deposition, do
10  10 you recall looking at any documents that referred to
11  11 your interest in selling shares?
12  12    A.  I don't think I looked at any documents,
13  13 actually.
14  14          But I'm not sure.
15  15    Q.  Do you recall if you looked at any
16  16 deposition transcripts in preparation for your
17  17 testimony?
18  18    A.  I did not look at any deposition
19  19 transcripts.
20  20    Q.  Let me show you, this has been marked as
21  21 Cooperman Exhibit 18.
22  22    A.  Okay. You don't need this one?
23  23          Okay. Okay, yup.
24  24    Q.  This purports to be an email. The top
25  25 indicates "Trading Clearance."
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00112:01          It looks like it's -- in the second
2   02 page --
3   03    A.  I need to correct something.  I saw this
4   04 document.
5   05    Q.  In preparation for your --
6   06    A.  Yesterday.
7   07    Q.  Okay, thank you.
8   08          There's an indication of "Barbara
9   09 Wallace." Do you know who that person is?
10  10    A.  I have never seen her, but I know who she
11  11 is.
12  12    Q.  What was her function to your
13  13 understanding at the time?
14  14    A.  She is related to the stock
15  15 administration selling process.
16  16    Q.  Okay. And the -- Dan Cooperman wrote, do
17  17 you see that:
18  18          "Safra, You have indicated
19  19          to me your intention to
20  20          engage in a same day
21  21          exercise and sale of a
22  22          portion of the vested
23  23          options you hold."
24  24   (Reporter interruption.)
25  25 BY MR. TABACCO:
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00113:01   Q.   (Reading):
2  02   And then it says:
3  03   "This note constitutes
4  04   your clearance in accordance
5  05   with Oracle's trading
6  06   policy," et cetera."
7  07   Do you see that?
8  08   A.   I do.
9  09   Q.   All right.
10  10   As you sit here today, you don't have a
11  11 recollection as to the amount of the transaction
12  12 that we're talking about?
13  13   A.   I don't.
14  14   Q.   All right.
15  15   Above that entry, the words appear:
16  16   "Confirming in writing
17  17   that I will not be trading
18  18   during this period."
19  19   Do you see that?
20  20   A.   I do.
21  21   Q.   All right.
22  22   You wrote that back to Mr. Cooperman?
23  23 This is basically an email --
24  24   A.   I think I do.  I think I -- I mean, it
25  25 appears that I did.

Oracle Related Cases                                      Page 113

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00114:01   Q.   Okay.
2  02   So this is basically his email, then
3  03 your -- the way it works is that you have kind of a
4  04 trail of the emails here, basically.
5  05   So the last entry would be your response
6  06 back to him?
7  07   A.   Yes, to him, Barbara -- actually, it's to
8  08 Barbara Wallace, copying Dan and Jeff.
9  09   Q.   Thank you.
10  10   Okay.  I see that.
11  11   And that was January 19, 2001?
12  12   A.   Uh-huh.
13  13   Q.   Okay.
14  14   Why did -- it looks like you changed your
15  15 mind.
16  16   Is that a fair reading --
17  17   A.   I did.
18  18   Q.   Okay.
19  19   Why did you change your mind?
20  20   A.   Because I found out that our CEO was
21  21 selling stock.
22  22   Q.   How did you find that out?
23  23   A.   You know, I don't actually remember
24  24 specifically.  But I think I may have overheard it
25  25 in the suite.

Oracle Related Cases                                      Page 114

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00115:01   Q.   So having heard that, why did that cause
2  02 you to change your mind?
3  03   A.   Well, I wasn't really very committed to
4  04 selling, as you may have heard by my description of
5  05 how the decision was even made to sell any shares.
6  06 And to know that, you know, a large shareholder was
7  07 selling, I just didn't know if that was important
8  08 information.
9  09   And since I now knew it, I didn't know if
10  10 that was the kind of thing I -- you know, is not the
11  11 right thing to trade, when you know something like
12  12 that.
13  13   Q.   Do you recall if you mentioned that
14  14 knowledge that you had gained to Mr. Cooperman in
15  15 your discussion?
16  16   A.   I did.
17  17   Q.   Do you recall discussing the subject of
18  18 your trading or Mr. Ellison's trading with
19  19 Mr. Ellison in that time frame?
20  20   A.   I don't think I ever talked about my
21  21 potential for trading with Mr. Ellison.
22  22   Q.   How about Mr. Ellison's intent to trade
23  23 or trade?
24  24   A.   I don't think I talked with him about
25  25 trading at that time.

Oracle Related Cases                                      Page 115

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00116:01   But he had expiring options, and so there
2  02 was an impact on the financial statements for the
3  03 year for Oracle because of tax deductions or
4  04 something like that.
5  05   And that was in the budget at the very
6  06 beginning of the year, I think, or at least it was
7  07 discussed about whether there would be option
8  08 exercises during some period.
9  09   Q.   That was -- was that the conversation
10  10 that triggered your decision not to sell, or was
11  11 that prior to?
12  12   A.   No.
13  13   What I just described to you was
14  14 something that is -- I don't know when it would have
15  15 been.  But that whole budgeting process, the finance
16  16 people take into account option exercises when they
17  17 are so large, like potentially they could be.
18  18   And so I don't think -- I don't think I
19  19 had any conversation with Mr. Ellison at all about
20  20 his trading before he traded.
21  21   But I just really don't remember.
22  22   Q.   Back to -- I think the calendar will bear
23  23 me out, but I think Friday -- we've had this
24  24 discussion at several depositions, that January 19,
25  25 2001, was a Friday.  And Mr. Ellison began to trade

Oracle Related Cases                                      Page 116

```
1    00117:01  on Monday, the 22nd.
2    02        I think we stipulated that that seems to
3    03  be the way the days fell.
4    04    A.   Okay.
5    05    Q.   Do you recall how it was that you
6    06  overheard some discussion about a pending sale by
7    07  Mr. Ellison?
8    08    A.   I don't remember how I knew. I don't
9    09  know how I found out, I really don't.
10   10        But the finding it out, made me decide
11   11  that I wasn't going to trade.
12   12    Q.   Did you inform your husband of that
13   13  decision?
14   14    A.   I must have, but I don't know if I -- I
15   15  just don't remember telling him one way or the
16   16  other.
17   17    Q.   And in addition to this email exchange,
18   18  that says "Confirming in writing," it sounds like
19   19  you might have had a conversation with
20   20  Mr. Cooperman, just reading the words.
21   21    A.   I did, I think I did.
22   22    Q.   Picked up the phone and called him?
23   23    A.   I think I did.
24   24    Q.   Is he actually physically in the same --
25   25  is he in the same proximity in the same building
```

```
1    00118:01  with you?
2    02    A.   He's on a different floor, but in the
3    03  same building.
4    04    Q.   All right.
5    05        Do you recall whether the conversation
6    06  was in person or over the phone?
7    07    A.   I don't actually remember.
8    08        But I would think, knowing my practice,
9    09  it would be on the phone.
10   10    Q.   Okay.
11   11        And do you have any recollection of the
12   12  substance of that conversation?
13   13    A.   I think I know what we talked about.
14   14    Q.   What do you recall?
15   15    A.   I don't remember the exact words, but it
16   16  was on the order of, "I just" -- whatever, "somehow
17   17  I know that Mr. Ellison is going to trade. That's
18   18  more information than I want to be holding if I'm
19   19  trading, period. Close my window immediately."
20   20    Q.   Have you subsequently sold any shares?
21   21        I think I might have asked you this
22   22  before.
23   23    A.   No.
24   24        I don't know if you asked me. You might
25   25  have.
```

```
1    00119:01  I have not sold any shares ever, nor
2    02  exercised any options ever.
3    03    Q.   Okay. Okay.
4    04        So this is as close as you've gotten?
5    05    A.   Yeah, basically.
6    06    Q.   Do you recall if you learned of the
7    07  volume of shares that Mr. Ellison intended to sell
8    08  or any of the details of what he intended to sell?
9    09    A.   I really don't remember.
10   10        Since I don't even remember the own -- my
11   11  own volume of shares I was looking to trade, I
12   12  definitely don't remember the volume or even know
13   13  if -- remember if I knew.
14   14    Q.   Uh-huh.
15   15        Let me jump back to another topic that
16   16  you might have some familiarity with.
17   17        There was a deal that closed in early
18   18  Q301 referred to as COVISINT.
19   19    A.   Yes.
20   20    Q.   Do you recall a COVISINT deal?
21   21    A.   I always call it COVISINT, but it might
22   22  really be COVISINT.
23   23        I don't know. I call it --
24   24        Yes, I -- I remember it rather well.
25   25    Q.   And were you involved in any way in the
```

```
1    00120:01  COVISINT deal?
2    02    A.   I was involved.
3    03    Q.   Yes.
4    04        In what way?
5    05    A.   I negotiated it personally.
6    06    Q.   When did you first get involved?
7    07    A.   Somewhere midway through.
8    08    Q.   Well, what's the --
9    09    A.   I don't know.
10   10        Not at the beginning, definitely not at
11   11  the end.
12   12        Though it -- I don't remember when it
13   13  started, but somewhere along the line, I got
14   14  involved and a real deal started to come out of it.
15   15    Q.   And do you recall what the circumstances
16   16  were as to how you got involved or why you got
17   17  involved?
18   18    A.   I don't remember specifically, other than
19   19  that the negotiation was bogging down and so Sandy
20   20  Sanderson, who was an executive vice-president,
21   21  either asked for my help or I offered my help to try
22   22  to negotiate with this group.
23   23    Q.   With the client?
24   24    A.   It was -- COVISINT is a joint venture of
25   25  the auto companies. So the three large auto makers
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00121:01 and some little -- littler ones were all involved in
2   02 this.
3   03        So though it was a company, its investors
4   04 were the three auto makers. And so the negotiations
5   05 occurred with both the company, which had seconded a
6   06 number of the employees of these auto makers, and
7   07 the auto maker executives themselves. So it was a
8   08 multi-party negotiation.
9   09    Q.  Do you recall when the initial
10  10 negotiations had begun at Oracle?
11  11    A.  I really don't remember.
12  12    Q.  Do you recall if Ray Lane was involved in
13  13 those early discussions?
14  14    A.  Ray Lane was involved in a thing that
15  15 preceded COVISINT, which was the discussion of an
16  16 agreement first with General Motors and then with
17  17 Ford, an attempt for an agreement, when it wasn't
18  18 really entirely COVISINT at the time, but it was a
19  19 preliminary thing.
20  20        He remained involved at least at the very
21  21 beginning when it was actually COVISINT. But not
22  22 in -- but it -- he was no longer involved by the
23  23 time it was structured as it was structured finally.
24  24    Q.  I believe that Mr. Lane left Oracle in
25  25 approximately June of 2000.

Oracle Related Cases                                    Page 121

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00122:01        Is that your recollection?
2   02    A.  Like June or July or something. I don't
3   03 know, was it 2000?
4   04        Okay. Yeah, yeah.
5   05    Q.  I think that seems to be the indication.
6   06        Do you recall if your --
7   07        Let me put it this way:
8   08        Do you recall if you became involved
9   09 shortly after Mr. Lane's departure?
10  10        That is, were you kind of stepping into
11  11 his shoes on the deal or did you -- was it a point
12  12 in time after that?
13  13    A.  I don't know. I just -- I just don't
14  14 know.
15  15    Q.  Given your experience now after several
16  16 years at Oracle, would you say that the COVISINT
17  17 deal was somewhat unique in its structure and terms
18  18 and size?
19  19        MR. NADOLENCO:  Object to the form.
20  20        THE WITNESS:  I don't know.
21  21        COVISINT was a large license sale. At
22  22 that time, it was a -- the largest license sale that
23  23 I knew of, though I'm not entirely sure that
24  24 en masse it's actually the largest amount of
25  25 software any one of our customers has bought,

Oracle Related Cases                          -        Page 122

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00123:01 frankly.
2   02        And since then, I believe there have been
3   03 other transactions that are also very large.
4   04 BY MR. TABACCO:
5   05    Q.  There was a deal with the State of
6   06 California.
7   07    A.  Yeah, there was.
8   08    Q.  But back on the COVISINT, that was a
9   09 transaction that had many iterations and forms
10  10 before it became a final deal.
11  11        Would that be a fair way of putting it?
12  12    A.  That transaction was restructured and
13  13 renegotiated many times before it was complete.
14  14    Q.  And would you say that you heard about
15  15 COVISINT on more than one occasion during the Monday
16  16 executive committee meetings that you attended, up
17  17 until the deal -- the time the deal closed?
18  18    A.  You know, I'll tell you, I don't remember
19  19 discussing it in executive management committee,
20  20 frankly, but I can imagine that it would be
21  21 discussed. I just don't remember any Monday in that
22  22 quarter talking -- or whatever quarter, talking
23  23 about COVISINT.
24  24        But there was plenty of discussion of
25  25 COVISINT.

Oracle Related Cases                                    Page 123

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00124:01    Q.  Okay.
2   02    A.  And a number of other large transactions.
3   03    Q.  And so you were -- would it be fair to
4   04 say you were actively involved in the negotiations
5   05 leading to the final transaction?
6   06    A.  I was.
7   07    Q.  Okay.
8   08        And do you recall over what period of
9   09 time those I guess intense negotiations, if you want
10  10 to say, or the final negotiations took place, over
11  11 what period of time are we talking?
12  12    A.  I don't know.
13  13        It was months.
14  14    Q.  Okay.
15  15        And the deal closed, I believe, sometime
16  16 in -- do you recall when that was, when it closed?
17  17    A.  Yeah. It was in December.
18  18    Q.  Of 2000?
19  19    A.  I think so.
20  20    Q.  All right.
21  21        And do you recall, you know, when the
22  22 software was actually shipped?
23  23    A.  Well, I don't actually know when the
24  24 software was shipped, because many of our customers
25  25 are already using software, either at trial licenses

Oracle Related Cases                                    Page 124

00125:01 or whatever.  So I don't know when it was actually

02 shipped.

03      I think it may have been shipped earlier,

04 though I don't know.  And I don't know if all the

05 software was shipped or when.

06      I just don't know exactly when it would

07 be shipped.  I wouldn't necessarily be the thing I

08 would be the most focused on.

09   Q.  Do you recall if it was your intention in

10 the final weeks of negotiations, to try to get the

11 deal closed in time to make the Q2 second quarter?

12   A.  We wanted to close it in November.  We

13 really sort of begged them.

14      And dealing with all of those auto

15 companies, et cetera, since they all had to sign and

16 approve everything, they just ran out of runway.

17   Q.  And the deal then closed in early

18 December?

19   A.  Yes.

20   Q.  Would it be fair to say that most of the

21 effort and the work to get the deal to the point of

22 being ready to be closed really took place earlier

23 than the third quarter of '01?

24   A.  Well, I'll tell you.  For us, that deal

25 wasn't closed until I had -- Oracle Corporation had

00126:01 the money in their accounts.

02      And until that was done, this wasn't

03 closed, because it had been, quote, close a lot

04 And it was -- and, in fact, we did not release the

05 signature pages, our side of the signature pages

06 until I had confirmation that the funds were wired

07 into our accounts.

08   Q.  Actually, I was asking a different

09 question, which is:

10      In terms of the actual negotiation of the

11 terms and the final conditions, I understood that

12 you had a consortium of folks on the other side that

13 had to kind of get their act together and sign off.

14      But in terms of the actual nuts and bolts

15 and the terms, those terms were pretty well agreed

16 to in by -- before the end of the close of the

17 second quarter.

18      Isn't that right?

19      MR. ETH:  Objection, vague.

20      THE WITNESS:  I'll tell you, I really

21 don't remember how the negotiations -- you know,

22 when they were finally closed.

23      Until the transaction was signed on, this

24 transaction had constantly moving parts.  And so I

25 really don't know -- I -- it's not closed until it's

00127:01 closed.  And it just wasn't closed unfortunately

02 until December.

03 BY MR. TABACCO:

04   Q.  Okay.

05      I guess I'm still trying to get at --

06 maybe I'm not articulating the question properly.

07      In terms of the sales effort, sales and

08 negotiation effort, would it be fair to say that

09 the -- while the check didn't arrive till December,

10 that the essential terms and conditions were agreed

11 to in substance before the end of the second

12 quarter?

13      MR. ETH:  Objection.  Vague.  Calls for a

14 legal conclusion.  Asked and answered.

15      THE WITNESS:  This transaction was not

16 finished till everyone signed it and the funds

17 cleared.

18      And I don't remember if the final terms

19 were agreed to in November or in December.  But by

20 December 4th, or whenever it was, this deal was

21 closed.

22 BY MR. TABACCO:

23   Q.  Okay.

24      I can ask this question while we're

25 waiting for some paperwork.

00128:01   A.  Okay.

02   Q.  The -- was Mr. Sanderson involved with

03 you in the process of closing this transaction?

04   A.  He was.

05   Q.  All right.

06      Who else was on the team, in your view,

07 that play a significant role in assisting and

08 facilitating; that is, on the Oracle team?

09   A.  One of the automotive guys.

10      A guy -- I don't know.  One guy named

11 John.

12   Q.  And when you say "automotive guys," these

13 are people at Oracle that follow the auto industry,

14 work with the auto industry?

15   A.  Exactly.

16   Q.  That would be under -- someone under

17 Mr. Sanderson?

18   A.  Yeah.

19      I don't know if directly under or under a

20 couple more layers.

21   Q.  Was there anyone else on the team that

22 you can recall?

23   A.  Oh, yeah.

24      There was an attorney for us, for Oracle.

25      And there was a person in my corporate

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00129:01 development group at the time.

2   02   Q.   Who was that?

3   03   A.   Her name was Nicole.

4   04   Q.   Do you remember her last name?

5   05   A.   No, I don't.

6   06   Q.   Is she still employed at Oracle?

7   07   A.   Not in my group, but I think she is.  But

8   08 I'm not sure.

9   09      I'm just not sure.

10  10   Q.   Okay.

11  11      And you don't know what her last name is?

12  12   A.   I'll keep thinking about it, and when

13  13 I -- when it comes to me . . .

14  14   Q.   Okay.

15  15      There is process which lawyers sometimes

16  16 employ, which is to have the court reporter leave a

17  17 blank in the transcript.

18  18      So when you are given a copy of the

19  19 transcript to review, if you think of it, you can

20  20 actually -- you have the right to actually handwrite

21  21 it in, as well as to make any other changes you

22  22 think are appropriate on the transcript.  Your

23  23 lawyer will explain that to you.

24  24      I would request that we leave a blank for

25  25 Nicole's last name to be inserted, if the witness

Oracle Related Cases                                    Page 129

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00130:01 recalls.

2   02      THE WITNESS:  If I remember it.

3   03 (Nicole's last name:

4   04 _____  )

5   05      MR. ETH:  We are not making any promises

6   06 that she's going to fill in her memory as a form of

7   07 correcting the transcript.

8   08      We'll take it under advisement.

9   09      THE WITNESS:  I don't remember it now,

10  10 but I . . .

11  11 BY MR. TABACCO:

12  12   Q.   Going into 0301, and looking at the fact

13  13 that COVISINT was behind you, in that December time

14  14 frame, do you recall if you had any other deals of

15  15 the size of magnitude of COVISINT in the pipeline?

16  16      MR. NADOLENCO:  Object to the preamble of

17  17 the question.

18  18      THE WITNESS:  The pipeline or whatever,

19  19 there were a lot of transactions in it at the time.

20  20 I remember that.  And there were a number of large

21  21 ones.

22  22      Not any one of them on their own was as

23  23 large as COVISINT on its own.  But they, together,

24  24 were much larger than COVISINT was on its own.

25  25 BY MR. TABACCO:

Oracle Related Cases                                    Page 130

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00131:01   Q.   Oh, I appreciate that.  I was just trying

2   02 to focus in on any particular single customer deals

3   03 that were as big as or equal to the COVISINT deal.

4   04      There weren't any of that size at that

5   05 time?

6   06   A.   No, but not that far off.

7   07   Q.   Uh-huh.

8   08   A.   A couple of them together were that size.

9   09   Q.   Do you track among other things the

10  10 typical time it takes for something -- a deal that

11  11 first gets into the pipeline to actually become a

12  12 revenue dollar?

13  13   A.   I do not make any kind of tracking like

14  14 that.

15  15   Q.   Are you aware of anyone who does that

16  16 kind of tracking?

17  17   A.   I am not.

18  18   Q.   You would agree with me that the COVISINT

19  19 transaction took a bit longer than the typical

20  20 transaction that Oracle engages in?

21  21      MR. NADOLENCO:  Object to the form.

22  22 BY MR. TABACCO:

23  23   Q.   From beginning to end?

24  24   A.   Since I -- to be honest with you, as I

25  25 mentioned before, I don't remember when it started,

Oracle Related Cases                                    Page 131

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00132:01 and I don't have any memory of having a sense that

2   02 it took either longer or less long than a similar

3   03 transaction.

4   04      And I wouldn't necessarily be the one to

5   05 know whether -- whether there is even a longer or

6   06 less long versus sort of almost a randomness to it.

7   07   Q.   Do you know who would have a handle on

8   08 that kind of a calculation or knowledge?

9   09   A.   I don't know if anyone -- I myself don't

10  10 do that calculation.

11  11      I don't know of anyone who even tracks

12  12 that.

13  13   Q.   Do you recall if the deal, the COVISINT

14  14 deal was publicly announced when it closed?

15  15      Was there some kind of press release that

16  16 went out about it?

17  17   A.   I have a vague recollection that

18  18 something was announced, but I don't know if we --

19  19 if Oracle Corporation announced it or COVISINT

20  20 announced it.

21  21   Q.   You just don't remember one way or the

22  22 other?

23  23   A.   I don't.

24  24   Q.   Okay.

25  25      Yesterday we received a few documents

Oracle Related Cases                                    Page 132

1  00133:01 from counsel. And I was -- some of them related to
2  02 the COVISINT deal, I believe, and I just want to
3  03 have this one marked as the next exhibit.
4  04      (Exhibit 226 marked.)
5  05 BY MR. TABACCO:
6  06      Q.  Exhibit 226, is a the document
7  07 Bates-stamped 037246 and 037427, entitled;
8  08 "Forecast Summary COVISINT Final."
9  09      It also seems to have a fax emblem from
10 10 "MOFO/SF," which I take it was not probably part of
11 11 the original document.
12 12      MR. ETH:  My guess as well.
13 13 BY MR. TABACCO:
14 14      Q.  Do you recognize Exhibit 226?
15 15      A.  No.
16 16      Q.  Do you recognize the form of the
17 17 document?
18 18      A.  No.
19 19      Q.  Do you know anything about information
20 20 that is contained on this document?
21 21      A.  I recognize COVISINT's name.
22 22      I know generally what a VAR discount and
23 23 a VAD discount is.
24 24      I don't even know -- is this -- are all
25 25 of these pound signs?  Is that because the column is

1  00134:01 too skinny and you can't see the numbers, or is this
2  02 the final document?
3  03      I really have no idea.
4  04      Q.  This is how it was produced to us, so
5  05 this is all I have.
6  06      What is a "VAR discount"?
7  07      A.  A VAR discount is the discount given to
8  08 the value added reseller.
9  09      Q.  And "VAD" is value added dealer?
10 10      A.  Distributor, who works with the VAR.
11 11      Q.  Uh-huh.
12 12      There's a price here of 60 million,
13 13 761.50?
14 14      Do you see that?  Do you know what --
15 15      Next to "Query & Development Tools."
16 16      A.  You know, I think that's 60,761 and 50
17 17 cents.
18 18      Q.  Okay.
19 19      Were you responsible for overseeing the
20 20 generation of an Oracle quotation to COVISINT?
21 21      A.  I didn't actually get involved with the
22 22 quote.
23 23      Q.  Okay.
24 24      You were familiar with the terms that
25 25 would be contained in the quote; were you not?

1  00135:01      A.  Yes.
2  02      Q.  You negotiated --
3  03      A.  I mean, I wasn't familiar with every
4  04 term, but I knew the general amount of money we were
5  05 talking about receiving, which is what I was
6  06 focusing on.
7  07      Q.  All right.
8  08      Do you know when a COVISINT final Oracle
9  09 quotation was transmitted to COVISINT?
10 10      A.  I have no idea.
11 11      MR. TABACCO:  Rather than make a copy of
12 12 this, we can have the court reporter do it.
13 13      Let me just mark this as Exhibit 227.
14 14      (Exhibit 227 marked.)
15 15      MR. TABACCO:  I'm just going to ask a
16 16 question about the first page.
17 17      MR. NADOLENCO:  What is the Bates on the
18 18 first one?
19 19      MR. ETH:  -3740.
20 20 BY MR. TABACCO:
21 21      Q.  I will represent that this was one of the
22 22 documents that was delivered to us yesterday, so we
23 23 haven't had a lot of time with it.
24 24      But looking only at the first page of
25 25 Exhibit 227, do you recognize the form of this

1  00136:01 document?
2  02      A.  Off the top of my head, I actually don't
3  03 really, necessarily.  But I have a sense of -- of
4  04 what it's talking about.
5  05      Q.  And what is it talking about?
6  06      A.  Licenses that COVISINT would be
7  07 acquiring.
8  08      Q.  And "quotation" would be a proposal that
9  09 Oracle was making?
10 10      A.  Exactly, a price quotation on a certain
11 11 number of units, depending on the metric.
12 12      I don't know -- it's lot of software.
13 13      Q.  The final deal was over 360 million that
14 14 was recorded in the third quarter; isn't that
15 15 correct?
16 16      A.  Yes, the license number was $60 million.
17 17      I don't know what these other pages are.
18 18      Q.  Meaning -- could you just -- when you say
19 19 "the other pages," just so the record is clear, if
20 20 you could just give us, like, a Bates stamp range on
21 21 the back there, just so that the reporter knows what
22 22 you're looking at?
23 23      A.  A lot of word document pages.  And I
24 24 don't have -- you asked me before do I recognize
25 25 what this is.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00137:01     Actually, I don't -- I don't know what
2   02  this is.
3   03      Q.  And again, that's Bates page number --
4   04      A.  037421, 037422, 037423, -4, and -5.
5   05      Q.  Okay.
6   06      A.  I've never -- I don't recall ever seeing
7   07  that, those kind of pages.
8   08      Q.  Focusing on kind of the spreadsheet form
9   09  at the top there?
10  10      A.  Yes.
11  11      Q.  Do you have any recollection of having
12  12  signed off on this form or approving the content of
13  13  it in any way?
14  14      A.  Well, I don't know that I saw this exact
15  15  document or quote.  So I wouldn't have, quote,
16  16  signed off on it in any way, because that's not part
17  17  of what I do.
18  18          But the -- this is a really detailed
19  19  spreadsheet of units and metrics and things like
20  20  that.
21  21      Q.  What department at Oracle would prepare
22  22  that document; do you know?
23  23      A.  I think contracts in finance.
24  24      Q.  All right.
25  25          Is that under Mr. Henley's jurisdiction
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00138:01  then, generally?
2   02      A.  Yes.
3   03      Q.  Yes.
4   04          You will see on the first page, you'll
5   05  see a yellow highlighting that I placed on the
6   06  document.
7   07      A.  I do see it.
8   08      Q.  And there appear to be some dates in
9   09  there.
10  10          Can you read what those dates are?
11  11      A.  It says: "Oracle Quotation for COVISINT
12  12  FINAL," in caps.  "Valid from 10," something,
13  13  "2000."  Like 10/19, I think, or 10/12, 13.  I don't
14  14  know.  Sometime in October of 2000 to November 15th,
15  15  2000.
16  16      Q.  Okay.
17  17          Does that -- looking at those dates, does
18  18  that refresh your recollection as to when it was
19  19  that you were able to finalize the essential terms
20  20  and conditions of the COVISINT deal?
21  21      A.  No, it showed that it -- it does not
22  22  refresh that recollection.
23  23      Q.  Okay.
24  24      A.  At all.
25  25      Q.  Is this document that is Exhibit 227,
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00139:01  typical of the kinds of documents that Oracle
2   02  prepares for its customers in connection with its
3   03  business?
4   04      A.  I don't know exactly what we currently
5   05  prepare.  Or what we generally prepare.
6   06          The salespeople and the contracts people
7   07  generate something like this, I think.
8   08      Q.  Right.
9   09          But this is the kind of thing that is
10  10  done in the ordinary course of Oracle's business, a
11  11  document of this nature?
12  12      A.  I think so.
13  13      Q.  Yeah.
14  14          And is it the kind of document that's
15  15  kind of regularly kept and maintained in the files
16  16  somewhere in the company, to your knowledge?
17  17      A.  I really don't know how contracts handles
18  18  these documents or how they are generated rated or
19  19  how they are stored or otherwise.
20  20      Q.  Okay.
21  21          Did you do any subsequent business with
22  22  COVISINT after this transaction, "you" meaning
23  23  Oracle, to your knowledge?
24  24      A.  Yes.
25  25      Q.  What was the nature of the business?
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1   00140:01     A.  We migrated some of these licenses and we
2   02  supplied them support services and updates.
3   03      Q.  Are they still a current customer today?
4   04      A.  They were recently acquired by one of our
5   05  other customers and they requested a transfer of
6   06  their rights, which we agreed to.
7   07      Q.  So it was basically a customer of the
8   08  successor entity at this point?
9   09      A.  Yes.
10  10          And the company that acquired them was
11  11  also an Oracle customer.
12  12      Q.  Do you know what the name of the company
13  13  was that acquired them?
14  14      A.  I think at least one portion of it was
15  15  acquired by Compuware.
16  16      Q.  Okay.
17  17          Do you recall on the original contract
18  18  that you negotiated, how much -- what the dollar
19  19  amount was approximately of this part of the
20  20  contract that led into support?
21  21      A.  I don't remember exactly.  But it was
22  22  somewhere between -- in addition to the 60 million
23  23  for the license, I think it was in excess of
24  24  $14 million for support.
25  25      Q.  And again, would that be on the higher
```

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

1    00141:01  side, the larger side of support revenues per

2    02  customer?

3    03    A.   For an annual amount?

4    04    Q.   Yes.

5    05    A.   No.

6    06    Q.   Okay.

7    07         But the 60 million license was an

8    08  unusually high amount?

9    09    A.   For a one-time purchase.

10   10    Q.   Yeah.

11   11    A.   It was somewhat -- it was the largest at

12   12  that time.

13   13    Q    Okay.

14   14         Let's just go for a few more minutes here

15   15  and then take a break.

16   16         (Discussion off the record.)

17   17  BY MR. TABACCO:

18   18    Q.   I'm going to show you a copy of -- this

19   19  is Henley Exhibit 146.

20   20         There are two or three there.

21   21         This purports to be a series of emails.

22   22  The very top one on page -31395 appears to be an

23   23  email from Jeff Henley, and it looks like you are

24   24  among those who are -- to whom this email was sent.

25   25         Do you see that?

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

1    00142:01   A.   I think the top part, is that the one you

2    02  are talking about?

3    03         There are so many numbers in here, but I

4    04  think I'm the one that it was sent to.

5    05    Q.   Yeah.

6    06         And then also if you look, there is --

7    07  you see it says "From: Jeff Henley" in kind of the

8    08  middle of the block.

9    09    A.   I see it.  I finally found it.

10   10    Q.   And then if you go about five or six

11   11  lines down, it says "To: scatz"?

12   12    A.   Yes.

13   13    Q.   Okay.

14   14         Do you recall receiving this document on

15   15  or about January 30th, 2001?

16   16    A.   I'm going to have to read all the way

17   17  through it.

18   18    Q.   Sure.

19   19         (Pause in proceedings for document review.)

20   20         THE WITNESS: I don't actually remember

21   21  receiving this.

22   22         That was your question?

23   23  BY MR. TABACCO:

24   24    Q.   Yes.

25   25    A.   I really don't remember receiving this.

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

1    00143:01   Q.   Do you remember any discussion or do you

2    02  remember any analysis that you -- withdraw that.

3    03         Do you remember any discussion about the

4    04  substance of the information that's contained in --

5    05  primarily on pages 2 and 3 of this document?

6    06    A.   I don't remember any discussion of this.

7    07         I'm not entirely sure what it is, so I've

8    08  got a -- I'm not even sure how it adds up.  Or what

9    09  the different --

10   10         I have to read it even again, I'm sorry.

11   11    Q.   Sure, take your time.

12   12         Actually, why don't you read the

13   13  paragraph that says -- on page -396, it says:

14   14         "George, As we discussed

15   15              today..."

16   16         If you'd read that to yourself, then we

17   17  can talk about that before we get to the blocks.

18   18         (Pause in proceedings for document review.)

19   19         THE WITNESS: Okay.  These are additive.

20   20         I now understand, I think, what's going

21   21  on.

22   22         Okay.

23   23  BY MR. TABACCO:

24   24    Q.   What is your understanding of the

25   25  information that's contained in the paragraph,

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004 3:30:00 PM

1    00144:01  before we get to the box?

2    02         Or can you certainly describe the box if

3    03  it's necessary to answer the question.

4    04    A.   Well, that top box is what's referred to

5    05  as the tech business, I think, which is the database

6    06  business.

7    07         But I don't know if it's -- I think it

8    08  might be all of NAS's database business.

9    09         But I don't remember the numbers for

10   10  NAS's database business, so it could be just GB.  I

11   11  just don't know, general business --

12   12         No, I guess . . .

13   13         Okay.  So it looks like all of North

14   14  America Sales database business.  That's what we

15   15  called tech at that time.

16   16         It includes other things now, but at the

17   17  time I think that's all -- that was the big part of

18   18  it, was database.

19   19         Now, the second one is he's somehow

20   20  backed out, I don't know how -- you know, what

21   21  conclusion something is a dot com, or an ASP, which

22   22  is a kind of company that hosts other people's

23   23  software for you as a customer.  But I'm not sure

24   24  exactly how he -- you know, whether -- how he has

25   25  categorized those.  But that's . . .

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00145:01    Okay. So then he has taken out the -- I
2  02 think that's the amount of dot com in ASP business.
3  03    Q.   That he's backed out of the NAS tech
4  04 business?
5  05    A.   I think so.
6  06         So that's what he thinks -- I don't know
7  07 under what that --
8  08         I don't know. I didn't write this email,
9  09 frankly, so . . .
10  10    Q.   No, I understand you are trying to give
11  11 me your understanding of what someone else put on
12  12 paper.
13  13    A.   Right.
14  14         But unfortunately, I don't have a memory
15  15 of what it was at the time. I'm really just
16  16 deciphering this, literally taking direction from
17  17 the paragraph.
18  18    Q.   Okay.
19  19         But back to January of 2001, we talked
20  20 this morning about, you know, the potential -- the
21  21 dot com bust, we had that discussion this morning.
22  22         And at the time I think I asked you if
23  23 you had personally, you know, initiated any analyses
24  24 or studies of the effect on Oracle's business, and
25  25 you indicated you had not.

Oracle Related Cases                                    Page 145

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00146:01    And actually, looking at Exhibit 148, is
2  02 your recollection refreshed that you had any
3  03 discussions with Mr. Henley or anybody else
4  04 generally about the subject of the impact of the dot
5  05 com slowdown on Oracle's business?
6  06    A.   I don't remember asking for a special
7  07 analysis myself of it.
8  08         I don't remember at that time talking
9  09 about it. And I don't know really when the -- what
10  10 you refer to the "dot com bust," when it really was.
11  11         And so I don't -- I don't know -- because
12  12 you asked me about a certain point in time, and I
13  13 just don't remember if in that quarter there was
14  14 any -- you know, I see this email of an analysis, I
15  15 just don't remember having that conversation in that
16  16 specific quarter.
17  17    Q.   Do you have any recollection of sharing
18  18 the information that you received in this email with
19  19 Mr. Ellison?
20  20    A.   I don't remember -- I don't remember this
21  21 email. I don't remember sharing it.
22  22         I just don't remember.
23  23    Q.   Uh-huh.
24  24         Looking at the two boxes here?
25  25    A.   Yes.

Oracle Related Cases                                    Page 146

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00147:01    Q.   And again, trying to -- appreciating you
2  02 didn't put this together.
3  03         But based on your, you know, experience
4  04 and position and knowledge of the company, what do
5  05 you understand the second box, "com & ASP" box,
6  06 refers to that's set forth on page -398? What does
7  07 it tell us?
8  08    A.   Well --
9  09         MR. ETH: Objection. Calls for
10  10 speculation.
11  11         THE WITNESS: Since I don't know what
12  12 calculation David Winton went through --
13  13         See, I look at the total. I don't know
14  14 the numbers necessarily.
15  15 BY MR. TABACCO:
16  16    Q.   Well, could you help me understand what a
17  17 minus 54 percent under the "Growth" column would
18  18 refer to?
19  19         MR. ETH: Objection. Cause for
20  20 speculation.
21  21         THE WITNESS: See, all the numbers are
22  22 not in here. Because it talks about "FY01 revenue."
23  23 If it had the FY00 revenue, I think it might be --
24  24 and again, I think it's a calculation of the change.
25  25 I think "YoY" is year over year.

Oracle Related Cases                                    Page 147

---

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00148:01    But I don't know this to be true. I just
2  02 don't know, because I didn't write this.
3  03 BY MR. TABACCO:
4  04    Q.   No, no. I understand.
5  05         I'm just trying to get -- as you sit
6  06 here, based on your experience as an executive and
7  07 this crosses your desk, which, you know, we can only
8  08 assume it ended up -- no reason to think that if an
9  09 email was sent to you, you didn't get it. Whether
10  10 you read it or not I understand is another question.
11  11         But assuming that you had this
12  12 information and you are looking at, what would you,
13  13 as an executive at Oracle, have understood the
14  14 numbers and the percentages to be under the column
15  15 of growth?
16  16         I mean, how would you interpret those?
17  17    A.   Well, a negative number under growth, if
18  18 it's a -- when it's a revenue number, it's usually
19  19 not growth.
20  20         Then a negative number even in the growth
21  21 column when it's expenses is usually growth.
22  22    Q.   Okay.
23  23         And under the "Tech" box -- well,
24  24 withdraw that.
25  25         While you don't have a specific

Oracle Related Cases                                    Page 148

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1  00149:01 recollection of this particular email, is this the

2  02 type of email that you would -- and the information

3  03 contained in this email, that you would typically

4  04 bring to Mr. Ellison's attention or not?

5  05      MR. ETH: Objection. Vague.

6  06      THE WITNESS: I don't know.

7  07      It is just one -- it is just one little

8  08 piece of data about a big giant business.

9  09      And I'm not even sure how I'd read it

10 10 or -- I'm definitely not sure how I read it at that

11 11 time, since I don't even remember getting it.

12 12      So I don't know if I would have forwarded

13 13 it on or even commented on it, because it was only

14 14 one part of one of our -- one part of one of our

15 15 lines of business.

16 16      And actually, one apparently one subpart

17 17 of one part of one line of business.

18 18      So I just don't know that this on its

19 19 own -- I just don't know what I would have done.

20 20 BY MR. TABACCO:

21 21   Q.  Do you know why Mr. --

22 22      Well, do you have any understanding as to

23 23 why Mr. Henley forwarded this to you?

24 24   A.  He wanted me to see it.

25 25   Q.  It says "fyi." We don't have a lot of

Oracle Related Cases                          Page 149

---

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1  00150:01 information here.

2  02      Beyond "fyi," do you have any

3  03 understanding?

4  04   A.  I think for my information.

5  05   Q.  Okay.

6  06      Then the North American -- this is North

7  07 American Sales?

8  08   A.  Yes.

9  09   Q.  Is this the division we're talking about?

10 10      That was not an insignificant player in

11 11 terms of the Oracle business, right?  I mean, NAS

12 12 was an important division at Oracle?

13 13   A.  It was an important part of a line of

14 14 business.

15 15   Q.  Okay.

16 16      So as a manager, if there was a

17 17 significant change in the business of something like

18 18 an NAS, that would be something you'd like to be at

19 19 least made aware of.

20 20      Is that fair?

21 21   A.  I don't know that this analysis shows a

22 22 change, necessarily, in the NAS business.

23 23      You know, I don't know that this

24 24 enlightened us in any way regarding that quarter in

25 25 any way or was a change.

Oracle Related Cases                          Page 150

---

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1  00151:01   Q.  Okay.

2  02      Well, let me just -- putting the document

3  03 aside, generally as a manager, as a manager I assume

4  04 you would want to know if there were any material

5  05 changes that could adversely effect business in a

6  06 division like NAS, just generally.

7  07      Isn't that information you would like to

8  08 know about?

9  09   A.  Well, a manager wants to know a whole

10 10 bunch of different information.  And all of it is

11 11 interesting, and some of it is less critical one way

12 12 or the other.

13 13      As a manager, you want to have

14 14 information.  You want to have information that is

15 15 valuable.

16 16   Q.  And that could be good information and

17 17 bad information.  You don't say, "Just give me the

18 18 good news," right, as a management style?

19 19   A.  That would be nice.

20 20      No, you want to have information about

21 21 the, you know, the overall business.

22 22   Q.  All right.

23 23      And part of your job, I take it, in

24 24 quizzing folks on the Thursday forecast calls, was

25 25 to get them to provide you with as much accurate

Oracle Related Cases                          Page 151

---

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1  00152:01 information so you could make assessments yourself

2  02 as to things that might impact the future financial

3  03 performance of the company?

4  04   A.  I didn't --

5  05      MR. NADOLENCO: Objection -- I'm sorry.

6  06      Object to the form.

7  07      I haven't heard testimony about the

8  08 Thursday forecast calls.

9  09      (Reporter interruption.)

10 10      MR. TABACCO: Do you want the question

11 11 I read back, would that be easier?

12 12      THE WITNESS: No, it's fine.

13 13      There was a Thursday forecast call.

14 14      I didn't quiz people on the forecast

15 15 call.  I didn't make a general conclusion regarding

16 16 the forecast.

17 17      What I would listen for on the forecast

18 18 call was similar to what we talked about on Monday

19 19 at the EC call, where people -- I would ask if there

20 20 was anything I could do to help on any particular

21 21 transaction, or check on something for someone, or

22 22 something like that.

23 23 BY MR. TABACCO:

24 24   Q.  I guess "quiz" was kind of a -- it

25 25 sounded like you were -- it connotes a different

Oracle Related Cases                          Page 152

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1   00153:01  lone, so I apologize to the extent that I used that

2   02  term "quiz."

3   03      But would you generally ask questions

4   04  about things that the division folks foresaw that

5   05  could affect developments in future business, both

6   06  positive and negative, on those Thursday calls?

7   07      A.  The Thursday calls are extremely brief,

8   08  And the senior executives are not always on them,

9   09  sometimes it would be just a finance person.

10  10      And what I focused on was:

11  11      "What can I do to help you?"

12  12      "Is there anything on the Lucent deal I

13  13  could help you with?"

14  14      "Is there anything on the Sprint deal

15  15  that I could help you with?"

16  16      Q.  And that -- and those could be, like, for

17  17  example, getting Larry to call so-and-so or getting

18  18  someone else to reprice something?

19  19      A.  It could be any number of things,

20  20  including immediately get off and review the

21  21  approval request, the exception approval request.

22  22      If I'm told, "Safra, that contract is

23  23  with you, can you get that," you know, "can you" --

24  24  not the contract, but, "The request for the changes

25  25  is with you, do you think you could look at it right

Oracle Related Cases                                    Page 153

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1   00154:01  away," versus look at it in three hours, "Yes."

2   02      Q.  So maybe prioritizing things in a

3   03  different way would be one request?

4   04      A.  Yeah.

5   05      Or could you -- yeah, it would be -- it's

6   06  stuff like that.  "Is there a person you'd like me

7   07  to call?  Maybe I could explain a term or condition

8   08  they're concerned about."

9   09      Things like that.  That would be what

10  10  I -- I took a very small role in the forecast call.

11  11  That was my entire focus, was, "How I can I help?"

12  12      Q.  All right.

13  13      And was Mr. Ellison on these calls from

14  14  time to time?

15  15      A.  I don't know -- I don't think -- I think

16  16  Larry has been on a forecast call before, but I

17  17  don't know if during this period he was on the

18  18  forecast call.

19  19      And it is not generally -- he is -- as

20  20  far as in mfy -- in most recent recollection, he is

21  21  rarely, if ever, on the forecast call.

22  22      MR. ETH:  Are we near a break time, Joe?

23  23      MR. TABACCO:  Yeah.  Let me just finish

24  24  up with this in about ten minutes.

25  25      MR. ETH:  Okay.

Oracle Related Cases                                    Page 154

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1   00155:01 BY MR. TABACCO:

2   02      Q.  Let me direct your attention briefly to

3   03  Exhibit 225, the interview.

4   04      A.  Sure.

5   05      Q.  If you look at page -- the bottom of 2,

6   06  and the top of 3, there's a brief discussion there.

7   07      (Reporter interruption.)

8   08  BY MR. TABACCO:

9   09      Q.  There's a brief discussion of, it looks

10  10  like, the forecast call.

11  11      Do you see that?

12  12      A.  I'm sorry.

13  13      The bottom of 2, and the top of 3?

14  14      Q.  Yeah.

15  15      It says:

16  16      "Thursday:  At 1:00 p.m.

17  17      she participates in the

18  18      Finance Department's

19  19      'Forecast Call.'"

20  20      That entry.

21  21      A.  Yes.  That's right.

22  22      Q.  And then there's a reference to a second

23  23  meeting at 2:00 o'clock.

24  24      The "ERP and CRM."

25  25      A.  Yes.

Oracle Related Cases                                    Page 155

Catz, Safra (Vol. 01) - 03/19/2004 3:30:00 PM

1   00156:01      Q.  And it looks like:

2   02      "Mr. Ellison typically

3   03      attends these meetings as

4   04      well."

5   05      A.  Yes.

6   06      The ERP and the CRM meetings, he attends

7   07  those.

8   08      Q.  Okay.

9   09      And I guess what --

10  10      A.  He does not attend the forecast call.

11  11      Q.  Okay.

12  12      Because it says "as well."

13  13      I mean, I know you didn't write this.

14  14  And I just didn't know if the "as well" referred to

15  15  he's on the forecast calls and then he goes to those

16  16  meetings.

17  17      A.  These meetings are face to face -- the

18  18  CRM and ERP meetings, which are now the applications

19  19  meetings, are face to face with the developers.

20  20      We used to do one and then the other.

21  21  because the groups were separated.

22  22      Now we have brought them together.  Larry

23  23  attends those, those are product . . .

24  24      So I don't -- I don't know what was meant

25  25  when this was written, but that's the meeting --

Oracle Related Cases                                    Page 156

1  00157:01 those were the meetings that Larry attends always.

2  02  We don't hold those meetings without Larry.

3  03  MR. TABACCO:  Okay.  All right.

4  04  Why don't we take a break.

5  05  THE VIDEOGRAPHER:  The time is 1:37.

6  06  We are off the record.

7  07  (Break taken.)

8  08  THE VIDEOGRAPHER:  The time is 1:51.

9  09  We are on the record.

10 10 BY MR. TABACCO:

11 11  Q.  We talked earlier this afternoon about

12 12 the COVISINT deal.  And that was approximately $60

13 13 million in revenue that was recognized in Q301.

14 14  Do you recall generally --

15 15  A.  Yes.

16 16  Q.  -- that that was the amount

17 17 approximately?

18 18  A.  Yeah.

19 19  It was -- it was around 60 million in

20 20 license.

21 21  Q.  That was recognized in Q301?

22 22  A.  Yeah.

23 23  Q.  Yeah.

24 24  A.  Q3 -- you know, the December -- the

25 25 quarter in which December 4th is, Q3.

1  00158:01  Q.  Right.

2  02  Do you recall approximately what the

3  03 total dollar revenue number was that you were

4  04 projecting, that is, Oracle was projecting for Q301?

5  05  In other words --

6  06  A.  I don't remember what it was.

7  07  Q.  Let me direct your attention to Exhibit

8  08 132.

9  09  I think you have it in the stack.

10 10  And probably the easiest thing to look at

11 11 would be the second page that's stamped -3004.

12 12  And I am looking at the --

13 13  A.  Yeah.

14 14  Q.  Looking at this page, does that refresh

15 15 your recollection generally as to approximately the

16 16 range of total revenues that were being forecast for

17 17 Q301?

18 18  MR. ETH:  Objection.  Vague as to

19 19 "forecast."

20 20  THE WITNESS:  The total revenues column

21 21 under "potential" is -- in the potentials column

22 22 here --

23 23 BY MR. TABACCO:

24 24  Q.  Yes.

25 25  A.  -- is about 3 billion.

1  00159:01  Q.  Right.  Okay.

2  02  So at 60 million, the COVISINT deal was a

3  03 pretty small percentage of the potential number for

4  04 Q301; isn't that correct?

5  05  By it standing by itself?

6  06  A.  Well, 60 million is a small -- is -- what

7  07 is it, 2 percent of 3 billion?

8  08  Q.  So that to get to the 3 -- if the 3

9  09 billion is the hoped for target, or something in

10 10 that range, we're looking at 97 to 98 percent more

11 11 revenue than the COVISINT deal represented.

12 12  Is that fair?

13 13  A.  Well, 3 billion minus 60 million,

14 14 everything else is a lot.

15 15  Q.  Right, okay.

16 16  Were you aware of analyses that were done

17 17 during the third quarter of the growth and license

18 18 revenue where the COVISINT deal was backed out of

19 19 the numbers?

20 20  A.  I don't remember doing any analysis like

21 21 that myself.

22 22  Q.  Do you recall others doing it and sending

23 23 you a copy of their work?

24 24  A.  I'm trying to think if I have an actual

25 25 memory of that happening at the time, or some -- a

1  00160:01 thought of it as related to my preparation to be

2  02 here today.

3  03  Q.  And you can't separate out the two in

4  04 terms of remembering when you have seen such

5  05 documents, if you have?

6  06  A.  I don't know.  Like, I don't think I have

7  07 a memory of at that time any kind of analysis like

8  08 that.

9  09  But in my discussions with counsel --

10 10  MR. ETH:  Well, you can't talk about the

11 11 discussions with counsel.

12 12  THE WITNESS:  Okay.

13 13  MR. ETH:  If you were shown documents,

14 14 you can talk about that.

15 15  THE WITNESS:  I don't know.  I'm trying

16 16 to think if I was shown a document about it.

17 17 BY MR. TABACCO:

18 18  Q.  Let me show you Exhibit 10- -- the

19 19 Ellison Exhibit 108.

20 20  A.  Okay.

21 21  Q.  Which purports to be an email from Larry

22 22 Garnick to a number of addressees.

23 23  And I do see right next to "Jeff Henley"

24 24 on the second line, it looks like it was sent to

25 25 "Safra Catz."

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00161:01    A.  Yes.

2  02    Q.  The date of the document is January 17th,

3  03  '01.

4  04    A.  Uh-huh.

5  05    Q.  Was this a document that you reviewed in

6  06  preparation for your deposition?

7  07    A.  You know, I'm not entirely sure.

8  08    Q.  Do you recall what Larry Garnick's job

9  09  was at Oracle at the time of January '01?

10  10    A.  He was in the finance role under Jennifer

11  11  Minton.

12  12    Q.  Do you recall --

13  13    Why don't you take a moment, then, and

14  14  look at this document.

15  15    A.  Okay.

16  16    Q.  Take whatever time you need.

17  17    I'm going to focus primarily on the first

18  18  page, but you are free to look at the whole

19  19  document.

20  20    (Pause in proceedings for document review.)

21  21  BY MR. TABACCO:

22  22    Q.  Looking at --

23  23    Having looked at the document, do you

24  24  have any recollection of having received this

25  25  document as of January 2001?

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00162:01    A.  I don't remember receiving this, but this

2  02  is the type of thing I would receive.

3  03    Q.  It's in the form of the type of document

4  04  that you would receive in the ordinary course of

5  05  your duties generally?

6  06    A.  Uh-huh.

7  07    Yes, excuse me.

8  08    Q.  Do you recall discussing the substance of

9  09  this document with anyone in the January '01 time

10  10  frame?

11  11    A.  This talks about the December results.

12  12  It's one month, the first month of the quarter.  It

13  13  covers -- you know, it includes in it, though, a lot

14  14  of other -- you know, a lot of things.

15  15    So there's -- it's -- there's all sorts

16  16  of things in here that may have been discussed at

17  17  any one time or another.  Because it talks about our

18  18  products down in the last page, and, you know, it

19  19  talks about COVISINT, and talks about a bunch of

20  20  different things that would be discussed in general.

21  21    Q.  But as you sit here today, you don't have

22  22  a specific recollection of any of those particular

23  23  discussions with Jeff Henley or Larry Ellison back

24  24  in January '01?

25  25    A.  I do not remember discussing the December

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00163:01  one month's result, because it's only one month's

2  02  results.

3  03    So I wouldn't necessarily think it's very

4  04  important one way or the other.

5  05    Q.  That wasn't my question, though.

6  06    I'm asking you about whether you recall

7  07  having any discussions as you sit here.

8  08    And I think -- I think your answer is

9  09  that you don't recall any specific discussions.

10  10    Is that fair?

11  11    A.  Well, you asked me, I thought, about

12  12  whether I had any discussions about any of the

13  13  things in this.

14  14    Q.  Yes.

15  15    A.  And we've obviously discussed COVISINT

16  16  closing --

17  17    Q.  Sure.

18  18    A.  -- in December.

19  19    And this also talks about our product, so

20  20  we talked about all of those things.

21  21    So this email covers a lot of things.

22  22    Do I have a specific memory of a

23  23  conversation regarding COVISINT, during that whole

24  24  quarter?

25  25    Yeah, like, "Yeah, COVISINT's closed."

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00164:01    I mean, is that exactly what we said?

2  02    You know, no, but we had conversations about

3  03  COVISINT.

4  04    Q.  Sure.

5  05    A.  And that's, you know, part of the

6  06  substance of this email.

7  07    Q.  Okay.

8  08    Well, let me focus, then, on the first

9  09  bullet point on page 1.

10  10    A.  I see it.

11  11    Q.  And let me first ask you about December

12  12  FY00.

13  13    That's the first month of the third

14  14  quarter; is that correct?

15  15    A.  Yes.

16  16    It's December, January, and February.

17  17  That's our quarter.

18  18    Q.  Okay.

19  19    And the next first month that we come to

20  20  would be March?

21  21    A.  March, April, and May, would be our

22  22  fourth quarter.  That's our final year-end.

23  23    Q.  All right.

24  24    And then so -- and then June would be the

25  25  next first -- I'm looking at first months.  So

1  00165:01  it's --

2  02    A.  Yes.

3  03    June, July, and August.  Yes.

4  04    Q.  June --

5  05    A.  December, March --

6  06    Q.  September?

7  07    A.  Yeah, June and September.

8  08    Q.  Okay.

9  09    Of the four, call them first months --

10  10    A.  Yes.

11  11    Q.  -- December is the best of the four;

12  12  isn't it?

13  13    MR. ETH:  Objection.  Vague.

14  14  BY MR. TABACCO:

15  15    Q.  Historically?

16  16    A.  I don't know.  I -- I really --

17  17    First of all, if you mean "best," biggest

18  18  revenue number?

19  19    Q.  Yeah.  I mean, if you're just looking at

20  20  first months and you're saying, "Okay, historically,

21  21  which is the best first month out of the four?"

22  22    It would be December, wouldn't it?

23  23    A.  I have no idea.

24  24    Q.  Oh.

25  25    Well, isn't it true that a lot of

---

1  00166:01  companies unlike Oracle are on calendar years?

2  02    I don't know about the majority, I can't

3  03  give you a percentage, but --

4  04    A.  I don't know either.

5  05    I think a lot of companies are on

6  06  calendar, a lot are on -- June 30th is very popular

7  07  with software companies.

8  08    Q.  But in terms of your customers, like

9  09  General Electric or COVISINT or -- they are not

10  10  all -- I mean --

11  11    A.  I really don't know.  I don't know either

12  12  General Electric or COVISINT, what their fiscal

13  13  years are.

14  14    Q.  As you sit here, you just can't tell me

15  15  whether you're aware personally as to whether

16  16  December is a bigger first month than March or

17  17  September.

18  18    You just don't know one way or the other?

19  19    A.  Or June, for that matter.

20  20    Q.  Or June, I don't want to leave it out.

21  21    A.  I really don't know.

22  22    And I think it would also depend on the

23  23  line of business, because I do know that December

24  24  has a lot of holidays.  And so the consulting people

25  25  don't usually bill a lot in December.

---

1  00167:01    Q.  All right.

2  02    I guess I'm really talking about license

3  03  revenue in terms of what --

4  04    A.  Okay.  That's educational, so there

5  05  aren't a lot of classes taken.

6  06    The -- I don't know.  I really don't

7  07  know.  I'd really have to look at it.

8  08    Q.  Isn't there at least an phenomenon that

9  09  companies on a calendar year have money in a budget

10  10  and they've got to spend it or they may not be able

11  11  to carry it over?

12  12    I mean, doesn't that kind of boost

13  13  December a bit historically, to your knowledge?

14  14    A.  I really don't know.  I really would have

15  15  to look and really check it.

16  16    I don't want to say one way or the other

17  17  without really knowing.

18  18    Q.  Okay.

19  19    And you would agree with me that the

20  20  second sentence says here, excluding the COVISINT

21  21  deal, that the growth rate would only be 6 percent.

22  22    That's what that sentence says; isn't

23  23  that correct?

24  24    MR. NADOLENCO:  Objection.  That's not

25  25  what the sentence says.

---

1  00168:01  BY MR. TABACCO:

2  02    Q.  (Reading):

3  03    "However, excluding the

4  04    60 million COVISINT license

5  05    deal, the USD growth rate

6  06    would have been only 6

7  07    percent."

8  08    Do you see that sentence?

9  09    A.  I believe you've read it accurately.

10  10    Q.  Thank you.  Second time around.

11  11    A growth rate of 6 percent would be below

12  12  the 30 percent target growth rate that Larry Ellison

13  13  had in mind for Q301.

14  14    Isn't that correct?

15  15    MR. ETH:  Objection.  Assumes facts.

16  16    THE WITNESS:  The only thing I can tell

17  17  you from that is that 6 is less than 30.

18  18  BY MR. TABACCO:

19  19    Q.  Okay.

20  20    A.  Except if it's a negative number.

21  21    (Reporter interruption.)

22  22    THE WITNESS:  In which case,

23  23  theoretically it's bigger, but not really.

24  24  BY MR. TABACCO:

25  25    Q.  Next sentence:

**Column 1 — Page 169**

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00169:01    "Excluding COVISINT, OPI
2  02    license revenue growth would
3  03    have been (85 percent),"
4  04    period.
5  05    What does the paren around the 85 percent
6  06 mean?
7  07    A. I think it means it's negative.
8  08    Q. So the growth is actually not growth,
9  09 it's going the wrong way.
10 10    Right?
11 11    MR. ETH: Objection. Vague.
12 12    THE WITNESS: See, the entire conver- --
13 13 discussion or questions is all about one month in a
14 14 quarter.
15 15 BY MR. TABACCO:
16 16    Q. Yeah, I know that.
17 17    A. So it's really --
18 18    Q. I'm just trying to get your
19 19 understanding -- I'm trying to understand, make sure
20 20 that at least I'm not reading paren 85 percent
21 21 incorrectly.
22 22    A. Well, I can't vouch for it, frankly, one
23 23 way or the other how you're reading it, because I
24 24 didn't write it.
25 25    I think we've probably discussed this

Oracle Related Cases                    Page 169

**Column 2 — Page 170**

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:38:00 PM

1  00170:01 document longer than I at the time would have spent
2  02 reading it. And surely, longer than I currently
3  03 spend reading any kind of a monthly, especially
4  04 month one.
5  05    Q. All right. But let me just try to be as
6  06 narrow as I can.
7  07    Help me understand what you understood
8  08 the author to mean by the parentheses around the 85
9  09 percent.
10 10    Let's start with that.
11 11    MR. ETH: That's asked and answered.
12 12    THE WITNESS: In general, negative 85
13 13 percent would mean a -- when referring to growth,
14 14 would be a reduction versus growth.
15 15 BY MR. TABACCO:
16 16    Q. Okay.
17 17    The next bullet point talks about
18 18 constant dollars. And then the second sentence
19 19 says:
20 20    "We expect currencies to
21 21    negatively impact Q3 license
22 22    revenue growth by
23 23    approximately 3 percent."
24 24    Do you see that?
25 25    A. I do.

Oracle Related Cases                    Page 170

**Column 3 — Page 171**

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00171:01    Q. What do you understand negatively
2  02 impact -- "currencies to negatively impact"?
3  03    What is the author attempting to convey
4  04 there?
5  05    MR. NADOLENCO: Objection to form.
6  06    THE WITNESS: Well, again, I don't know
7  07 specifically what Larry Garnick meant or thought or
8  08 whatever.
9  09    I can -- the exchange rates between the
10 10 U.S. dollars and between all these other currencies
11 11 in which we sell can change at any one time, sort of
12 12 year over -- so when you have a year over year
13 13 comparison, it doesn't -- it's -- it's different
14 14 because of the change in the exchange rate.
15 15    And so since we report in U.S. dollars,
16 16 then we convert everything at some rate, but I don't
17 17 know what rate, and I don't know how finance chooses
18 18 the rate when they report it.
19 19    But they pick a rate -- I'm sure it's in
20 20 our financial statements, how they get to it. They
21 21 pick a rate for that time that is -- but it may be a
22 22 different exchange rate than at the time before, the
23 23 previous year. So you are doing a year-over-year
24 24 comparison.
25 25    And so the impact of what happened with

Oracle Related Cases                    Page 171

**Column 4 — Page 172**

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1  00172:01 the currency, whether, for example, it's weakened,
2  02 like the U.S. dollar is weakened now. At that
3  03 point, it appears that it may have what's called
4  04 strengthened, and so that would have meant that more
5  05 Euros or Francs or whatever it was at the time,
6  06 would be required to get converted into the same
7  07 number of dollars. So it would make it as if it
8  08 grew less.
9  09    And that's what "negatively impact" -- I
10 10 think in concept of -- yeah, "negatively impact Q3
11 11 license." So the exchange rates changed in such a
12 12 way that the dollar would have strengthened, so
13 13 you'd need more of that other whatever currencies.
14 14    And so even though you sold maybe -- you
15 15 know, whatever more in that other currency, because
16 16 it buys less dollars in the exchange, it kind of
17 17 downdrafts it a little, reduces the number.
18 18 BY MR. TABACCO:
19 19    Q. All right.
20 20    But it has to do with currencies?
21 21    A. That's what I understand.
22 22    Q. Okay.
23 23    Let me show you Exhibit 110, Ellison 110.
24 24    Exhibit 110, Bates-stamped -20831 through
25 25 -20833, purports to be a Larry Garnick email to

Oracle Related Cases                    Page 172

1   00173:01 numerous folks, including Safra Catz, dated February

2   02 8 of 2001.

3   03       Do you recall if you have ever seen

4   04 Exhibit 110 before?

5   05   A.  Off the top of my head, I don't remember

6   06 this one.

7   07       But it's similar to the previous one.

8   08 It's just for the next month.

9   09   Q.  Okay.

10  10       And I -- let's just focus down to the

11  11 bullet point one again, because here, again,

12  12 Mr. Garnick has done some analysis with regard to

13  13 excluding the COVISINT deal from OPL  And it looks

14  14 like he has got a negative 63 percent growth rate.

15  15       Do you see that?

16  16   A.  Yes.

17  17   Q.  What discussions, if anything, do you

18  18 recall that you had with any folks at Oracle about

19  19 the substance of that information, that sentence?

20  20   A.  None at all.

21  21   Q.  All right.

22  22       How about with regard to the substance of

23  23 what's contained in the first bullet point where

24  24 there is a reference to the U.S. growth rate without

25  25 the COVISINT deal would have only been 8 percent.

1   00174:01     Do you see that?

2   02   A.  Yes.

3   03   Q.  Do you recall any discussions with the

4   04 folks about that?

5   05   A.  No, because when we report our earnings,

6   06 we include COVISINT. So it's basically irrelevant.

7   07   Q.  Well, would -- is the growth rate --

8   08       As a manager, don't you have to analyze

9   09 where the future revenue is going to come from all

10  10 the time?

11  11       I mean, that's part of your job, is to

12  12 say where -- how we going to grow the business?

13  13 Where is the revenue going to come from?

14  14       MR. ETH: Objection. Vague.

15  15       THE WITNESS: The business is constantly

16  16 growing with new customers and existing customers

17  17 buying more.

18  18       And during this period, we had many, many

19  19 customers coming in with many transactions that

20  20 were, you know, important. And together very

21  21 significant as a group.

22  22       And to exclude one transaction in this

23  23 particular quarter without, I don't know, going back

24  24 and seeing what happened in the previous quarter,

25  25 and what -- at what cut-off do you decide you are

1   00175:01 excluding something, all of this is not really very

2   02 interesting, frankly.

3   03 BY MR. TABACCO:

4   04   Q.  Well, why do you -- what is your

5   05 understanding as to why Mr. Garnick prepared the

6   06 report in this way?

7   07   A.  I have no idea why he did that.

8   08   Q.  Do you recall anyone requesting him to do

9   09 this analysis?

10  10   A.  I didn't request him to do this analysis.

11  11   Q.  Uh-huh.

12  12       Let me get you down to the last bullet

13  13 point there on the first page?

14  14   A.  Last one on this page?

15  15   Q.  Yes.

16  16   A.  Because there's another one on the next

17  17 page.

18  18   Q.  Oh, yeah.

19  19       Well, let's stop at the first bullet

20  20 point -- last bullet point on -831.

21  21   A.  Okay.

22  22   Q.  It says:

23  23       "The analyst community is

24  24       expecting 23 percent license

25  25       revenue growth and 18

1   00176:01       percent overall revenue

2   02       growth for Q3 FY01."

3   03       Do you see that sentence?

4   04   A.  (Reading):

5   05       "The analyst community is

6   06       expecting 23 percent license

7   07       growth -- license revenue

8   08       growth and 18 percent

9   09       overall revenue growth for

10  10       Q3 FY01."

11  11       Yes.

12  12   Q.  What do you understand that -- the

13  13 reference to "analyst community," what do you

14  14 understand that to be referring to?

15  15   A.  Well, there are research analysts who

16  16 are -- work for the large brokerage firms. And they

17  17 build models about the different public companies,

18  18 like Oracle Corporation.

19  19       And in those models, they put down

20  20 revenue. And actually some of them are pretty

21  21 detailed and they have revenues and expenses and

22  22 different product breakdowns. And then earnings per

23  23 share. And operating margins. A whole bunch of

24  24 different things.

25  25       And so they make these -- I think -- what

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00177:01  does it say here? "The analyst community is

2   02  expecting," so -- I don't know exactly specifically

3   03  which analysts or if it was an average or something,

4   04  I don't know.

5   05      But in general, he's referring to them.

6   06      Q.  Okay.

7   07      And do you know what the basis for these

8   08  numbers were?

9   09      These -- let me ask it this way:

10  10      Do you know if -- if --

11  11      You recall earlier today we talked about

12  12  an analyst call that was made in December, and I

13  13  think you indicated that you had been present at

14  14  some of those, although you couldn't recall if you

15  15  were at that particular one in December of 2000.

16  16      A.  Right.

17  17      MR. ETH:  Objection.  It was an earnings

18  18  call, not an analyst call.

19  19      But, okay.

20  20      (Reporter interruption.)

21  21      MR. ETH:  It was an earnings call.  She

22  22  referred to it as an earnings call, not an analyst

23  23  call.

24  24      MR. TABACCO:  I apologize.  I think you

25  25  did use the term earnings call.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00178:01      THE WITNESS:  Yeah, it would have to be

2   02  an earnings call, because it's not limited in any

3   03  way to analysts.

4   04      In fact, it's open to everyone as is

5   05  required.  And including the press, and shareholders

6   06  and employees.

7   07  BY MR. TABACCO:

8   08      Q.  Okay.

9   09      And during that December earnings call,

10  10  at least with regard to what we understand, there

11  11  was what's called guidance that's given to Wall

12  12  Street.

13  13      Are you familiar with that term?

14  14      A.  In general, I am familiar with that term.

15  15      Q.  All right.

16  16      Do you know if the "analyst community is

17  17  expecting with 23 percent license revenue growth"

18  18  was based in any way upon information that was given

19  19  in that earnings call; that meaning the December

20  20  2000 earnings call?

21  21      A.  I do not actually remember, as I sit here

22  22  today, what the chief financial officer indicated

23  23  for ranges for either license revenue growth or

24  24  total revenue growth.

25  25      Q.  Okay.

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00179:01      A.  But I do know that he indicated

2   02  something.

3   03      Q.  As you sit here today, do you have any

4   04  understanding as to what the basis is for the 23

5   05  percent license revenue growth number that's here?

6   06      A.  Well, again, I didn't write this email.

7   07  So I don't know where Larry Garnick specifically

8   08  came to the -- to this number.

9   09      I don't know how he got it.  I don't know

10  10  if he averaged it, or if he used some analysts.

11  11      He makes a statement here, and it is as

12  12  it stands.

13  13      Q.  Okay.

14  14      What do you understand the next sentence

15  15  to mean:

16  16      "To deliver 23 percent USD

17  17      license revenue growth..."

18  18      And you can read the sentence to

19  19  yourself, but I just want to get your understanding

20  20  of what Mr. Garnick is explaining to us there.

21  21      A.  Well, this is entirely sort of an

22  22  analysis of cutting up of the numbers.  I think it's

23  23  basically subtraction.

24  24      I think he -- he's kind of saying to do

25  25  what the -- what I'm telling you the analysts need

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00180:01  in U.S. dollars, you would need a certain amount in

2   02  constant dollars, which, again, had to do with what

3   03  we talked about before with the exchange rates, to

4   04  be within that area.

5   05      So he's really subtracting, I think,

6   06  what's in already, versus what needs to be in by the

7   07  end of the quarter.

8   08      Q.  All right.

9   09      And back in this late January, early

10  10  February time frame, this is February the 8th, do

11  11  you recall -- separate and apart from this email,

12  12  but do you recall participating in any discussions

13  13  with anyone in the executive suite about the impact,

14  14  if any, that a perceived slowdown in the economy was

15  15  having at that time on the potential of Oracle's

16  16  business?

17  17      A.  I don't remember having that discussion,

18  18  because there was so much business being worked on,

19  19  and so many transactions that looked like they were

20  20  moving so well, that I just don't have a -- I

21  21  personally don't remember having that kind of a

22  22  conversation as I sit here today.

23  23      And --

24  24      Q.  Putting aside Oracle's book of business,

25  25  did you recall if you had an awareness of any

1  00181:01 reports in the press or the news media generally

2  02 about a slowdown in the economy in that, say,

3  03 December/January time frame?

4  04  A.  See, I can't really pinpoint the

5  05 December/January time frame.

6  06  I know that, you know, obviously at one

7  07 point the U.S. economy went into a slowdown.  I

8  08 don't know exactly when that was, actually, and

9  09 whether that was a bit later.

10  10  And we are now sort of coming out of it

11  11 to some extent.

12  12  But I really can't tell you the time

13  13 frames.

14  14  Q.  As you sit here today, you can't?

15  15  A.  I really can't.

16  16  Q.  Okay.

17  17  Back in October 2000 -- I know we're

18  18 going to kind of tax your memory of this a little

19  19 bit -- do you recall, I wouldn't say an incident,

20  20 but an event that occurred where Oracle's stock fell

21  21 approximately 9 or 10 percent on one day, based upon

22  22 the way analysts had interpreted things that

23  23 Mr. Henley had apparently said at a press

24  24 conference?

25  25  Do you recall kind of generally that

1  00182:01 topic at all?

2  02  A.  You know, I don't remember that.

3  03  I do remember that the analysts at one

4  04 point thought he looked very thin or gaunt.  And

5  05 thought he was -- I don't know what they thought,

6  06 maybe ill.  It was something like that.

7  07  And I -- so I'm not sure that's the same

8  08 thing.  And I don't remember what the stock reaction

9  09 was.

10  10  But -- may I ask for you to clarify, is

11  11 that what you are referring to?

12  12  Q.  I think it's related.

13  13  Actually, let me just -- maybe this will

14  14 help.

15  15  Let me mark the next exhibit, I think

16  16 it's Exhibit 229.

17  17  228.

18  18  (Exhibit 228 marked.)

19  19 BY MR. TABACCO:

20  20  Q.  Exhibit 228 purports to be a reprint of

21  21 an article in TheStreet dot com, dated October 4,

22  22 2000.

23  23  (Pause in proceedings for document review.)

24  24  THE WITNESS:  Yes.

25  25  You see in the bottom of it, it

1  00183:01 references Mr. Henley's "less enthusiastic body

2  02 language."

3  03 BY MR. TABACCO:

4  04  Q.  Right.

5  05  So that generally refreshes your memory

6  06 of that particular event that had -- seemed to have

7  07 an impact on the stock?

8  08  A.  Yeah.

9  09  I didn't remember how much it -- how much

10  10 it went down.

11  11  And I see in this report from TheStreet

12  12 dot com, that it closed down about 2 percent.

13  13  Right, I think.  And that . . .

14  14  Q.  And if you look in the third paragraph --

15  15  A.  Oh, it's -- yeah, I don't remember the

16  16 declines, frankly.

17  17  And it mentions something going on in the

18  18 NASDAQ, too.  And, of course, Oracle really moves

19  19 with the NASDAQ, and moves the NASDAQ.

20  20  Q.  It said in that third paragraph:

21  21  "The stock tumbled 12

22  22  percent Tuesday

23  23  afternoon..."

24  24  A.  Yeah.

25  25  Q.  Do you recall any discussions about this,

1  00184:01 you know, in the executive suite or in Oracle that

2  02 you participated in?

3  03  A.  I do.

4  04  It was centered around, you know, how

5  05 much weight Jeff Henley had lost.  And, you know,

6  06 somewhat ridiculing this concept of "less

7  07 enthusiastic body language" as being silly.

8  08  Q.  All right.

9  09  Was there also a concern or a discussion

10  10 about the fact that the market for Oracle stock

11  11 seemed to be quite volatile?

12  12  I mean, you would agree that that's a

13  13 pretty big move for one day on "less enthusiastic

14  14 body language"?

15  15  A.  Um, you know, I really don't know.

16  16  At that time, I do remember that the

17  17 entire NASDAQ and many of the also internet-related

18  18 which we were one of them, moved very large amounts

19  19 on any particular day.

20  20  And, in fact, I do recall we signed an

21  21 exchange with a number of retailers.  And our stock,

22  22 I believe, went up $7 on one day as a result of

23  23 that.

24  24  And so other days it would go down.

25  25  I don't remember what our stock price was

1    00185:01 at the time.

2    02      Does it say, actually?

3    03      Q.   I think it's right there.

4    04      A.   Oh, it's 68.13?

5    05      Q.   Right.

6    06      A.   Okay.

7    07           So, you know, we've split since this, I

8    08 think. Right?

9    09      Q.   Well, there was a split --

10   10      A.   I think there was a split.  I think

11   11 currently our stock's never reached 68.  I think

12   12 it -- so our stock has reached something in the 40s,

13   13 though I don't know what exactly.  And I think -- I

14   14 don't know if it was a 2 to 3 -- or 3 to 2, I mean,

15   15 or whatever.

16   16           But it's definitely split since then, but

17   17 I don't know what kind of split.

18   18      Q.   Okay.

19   19           That's one we don't have to quiz you on

20   20 because we have records.

21   21           The videographer tells me we have one

22   22 minute left, so why don't we take a short break just

23   23 to have him change, and I guess we can make it our

24   24 five-minute break.

25   25           I am going to try to wrap up soon, but I

---

1    00186:01 have some more, so I'll have to have you come back

2    02 after the break.

3    03           THE WITNESS:  No problem.

4    04           THE VIDEOGRAPHER:  This concludes

5    05 Videotape 2 to Volume 1 to the deposition of Safra

6    06 Catz.

7    07           The time is 2:26.

8    08           We are off the record.

9    09           (Break taken.)

10   10           THE VIDEOGRAPHER:  This marks the

11   11 beginning of Videotape Number 3 to Volume 1 in the

12   12 deposition of Safra Catz.

13   13           The time is 2:37.

14   14           On the record.

15   15 BY MR. TABACCO:

16   16      Q.   We've kind of touched on the subject

17   17 throughout the day, but I would like to talk about

18   18 and ask questions about your general recollections

19   19 of the economic environment in the U.S., you know,

20   20 in October, November, December; that is, at the

21   21 beginning of Q301.

22   22           I think you indicated, and I'm not trying

23   23 to restate your testimony -- that you couldn't

24   24 recall exactly when the U.S. economy really was in a

25   25 slowdown.

---

1    00187:01           And I'm going to show you a series of

2    02 news articles to see if that helps you refresh your

3    03 recollection as to what you recall the environment

4    04 was in that fall, early wintertime frame.

5    05           So with that, I'm going to have the court

6    06 reporter mark the next document.

7    07           (Exhibit 229 marked.)

8    08 BY MR. TABACCO:

9    09      Q.   Exhibit 229 is a two-page document,

10   10 purports to be a story from the Financial Times

11   11 dated October 27, 2000.

12   12           I will give you certainly as much time as

13   13 you need to review it.

14   14           (Pause in proceedings for document review.)

15   15           THE WITNESS:  Okay, I have read it.

16   16 BY MR. TABACCO:

17   17      Q.   Do you have any recollection of having

18   18 read this particular article as of October 27, 2000,

19   19 or anytime thereafter?

20   20      A.   No.

21   21      Q.   No.

22   22           Do you have -- looking at this article,

23   23 does this refresh your recollection in any way as to

24   24 any concerns that you were aware of or that you

25   25 might have had with regard to any softening of the

---

1    00188:01 U.S. economy, say, in late October 2000?

2    02      A.   It doesn't really refresh my recollection

3    03 of my thoughts at that time.

4    04      Q.   Do you recall ever having any discussions

5    05 with Jeff Henley about his nervousness or concerns

6    06 about any softening in the economy, you know, as you

7    07 were going into that Q301?

8    08           I'm not limiting it to October 27, but,

9    09 you know, generally trying to capture any

10   10 discussions that you would have had with Mr. Henley

11   11 about that.

12   12      A.   As sit here today, I really don't

13   13 remember having a conversation like that.

14   14      Q.   Okay.

15   15           And generally speaking, we touched on

16   16 this earlier, you would have to be concerned about

17   17 economic -- negative economic impact that could

18   18 affect customers of Oracle, as well as affecting

19   19 Oracle itself.

20   20           Is that a fair general statement?

21   21           MR. ETH:  Objection.  Vague.

22   22           THE WITNESS:  Maybe you could just ask me

23   23 again.

24   24 BY MR. TABACCO:

25   25      Q.   Well, let me just take, for instance,

1    00189:01 there's a mention in here, about the fifth paragraph

2    02 down, of Sprint.

3    03        Do you see that entry?

4    04    A.  Yes.

5    05        It actually mentions "Sprint PCS," which

6    06 is -- I don't think that's really Sprint.

7    07        I think that's the division, yeah, the

8    08 wireless division.

9    09    Q.  Do you recall if that Sprint PCS was an

10   10 Oracle customer?

11   11    A.  I know Sprint, the main Sprint is an

12   12 Oracle customer.

13   13        Yeah, I think Sprint PCS is an Oracle

14   14 customer, too.

15   15    Q.  So it says here:

16   16        "Sprint PCS shares dropped

17   17        more than 17 percent."

18   18        Is that the kind of information that at

19   19 least the sales force might bring to your attention

20   20 when they are talking about, "Gee, we're trying to

21   21 close a deal with Sprint, but, you know, the stock

22   22 is down or the revenues are down"?

23   23        Is that -- is that the exchange of

24   24 information that you receive in -- you know, in your

25   25 analyses throughout the quarter of how business is

1    00190:01 developing?

2    02    A.  You know, I don't remember a sales rep

3    03 ever tell me necessarily in the description of a

4    04 company about their stock price movement on a

5    05 particular day. If a company was possibly bankrupt,

6    06 you know, or may go bankrupt, that might be an

7    07 interesting factoid.

8    08        Because there, you know, you couldn't

9    09 necessarily assume a transaction.

10   10        On the other hand, bankrupt companies

11   11 have done transactions with Oracle and, in fact,

12   12 Worldcom did do a transaction in bankruptcy with

13   13 Oracle.

14   14    Q.  But you knew they were in bankruptcy at

15   15 the time you did it?

16   16    A.  I did.

17   17    Q.  As opposed to --

18   18    A.  About to go into bankruptcy.

19   19    Q.  Right.

20   20        But again, to the extent that you are

21   21 dealing with the oil industry and, you know, the

22   22 price of oil suddenly plummets, would that be

23   23 anything that you would consider in saying, "Gee, do

24   24 we -- can we really expect to close this transaction

25   25 now because their businesses are hurting," or is

1    00191:01 that -- do you have that kind of discussion, is my

2    02 question?

3    03    A.  I don't remember having that kind of

4    04 discussion specifically, as I sit here today,

5    05 regarding any particular customer. Because our

6    06 software is often already in use and those customers

7    07 actually owe the money for it.

8    08        And they have very large budgets,

9    09 regardless of what their stock is doing on any

10   10 particular day. And just like they have to pay

11   11 their employees, just because their stock went down,

12   12 they have to pay us, too, generally, is historically

13   13 how it's been.

14   14    Q.  That's true with regard to ongoing

15   15 licenses; isn't that right?

16   16    A.  It's true regarding a number of things.

17   17        Every customer is different. And they

18   18 may buy for a different reason.

19   19        If a customer is really buying sort of

20   20 their ordinary course of business, whether their

21   21 stock went down on any particular day or not,

22   22 really -- you know, it depends on sort of why and

23   23 what's going on.

24   24        If the company is all of a sudden, you

25   25 know -- I guess that's it.

1    00192:01    Q.  Yeah.

2    02        Well, I mean we -- this case does focus

3    03 on Q301. And we now know after the fact, that is,

4    04 as of March 1st, that Oracle did not make the

5    05 guidance that it had put out on the street.

6    06        Do you generally recall that to be the

7    07 case?

8    08    A.  Yes.

9    09    Q.  Okay.

10   10        And there was a discussion at that time

11   11 by the company that there were a lot of deals that

12   12 didn't close at the last minute.

13   13        Do you generally recall that?

14   14    A.  Oh, yes.

15   15    Q.  All right.

16   16        In fact, you were involved in that

17   17 process quite intimately in the last few days of the

18   18 quarter.

19   19        Correct?

20   20    A.  I was watching a number of those

21   21 transactions.

22   22        There were many, many transactions as of

23   23 Monday of that week, we expected many

24   24 transactions -- you know, many of the transactions

25   25 to close. And, in fact, transactions were sort of

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00193:01 coming into the potential of closing. Even new
2   02 additional transactions were coming in.
3   03      So as of Monday of that week you referred
4   04 to, we were of the impression that it was going to
5   05 be a fabulous quarter for Oracle Corporation.
6   06      Q. Uh-huh.
7   07          You then learned after the fact that
8   08 deals that were -- that you had hoped to close,
9   09 didn't close.
10  10          And I think there was some indication
11  11 that they had been -- there had been approvals by
12  12 mid-level management to some of these customers, but
13  13 then the CEOs came in and said unexpectedly, "Don't
14  14 go ahead with this deal."
15  15          Do you recall that explanation as to
16  16 certain deals?
17  17      A. But not exactly that explanation.
18  18          Actually, I can think of one transaction
19  19 that I remember very well, which was Motorola, I
20  20 think, which was actually approved, already approved
21  21 by the Board and the CEO. So it wouldn't go to the
22  22 Board until the CEO approved it.
23  23          And even after it had been approved by
24  24 the Board, which is a final thing, you would expect,
25  25 the CEO at the last moment didn't sign it.

Oracle Related Cases                                    Page 193

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00194:01      So it wasn't a case as you described of
2   02 mid-level people. It was -- in that particular
3   03 case, it was the top people approved it.
4   04          And what I was told was that the CEO at
5   05 the very last moment didn't put it through.
6   06      Q. Okay.
7   07          But in speaking of Motorola, you were
8   08 aware, were you not, that there were indications
9   09 that Motorola's own business was softening well
10  10 prior to March 1st of '01.
11  11          Isn't that correct?
12  12      A. Actually, I don't necessarily remember
13  13 Motorola's specific condition at that time.
14  14          However, our customers buy our software
15  15 all the time because they need it to run their
16  16 business.
17  17          And so regardless often of their
18  18 condition, they -- as I mentioned to you, a bankrupt
19  19 company bought our software.
20  20          It's -- it's not always a discretionary
21  21 purchase.
22  22      Q. Well, put it another way:
23  23          You would agree that Oracle is not immune
24  24 to any downturns in the economy?
25  25      MR. ETH: Objection to form.

Oracle Related Cases                                    Page 194

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00195:01      THE WITNESS: I really don't know
2   02 specifically what you mean by "immune." It's so
3   03 general as an overall time frame.
4   04          Looking now in 2004, going through the
5   05 recession and the war and September 11th, and all of
6   06 that, there are a number of things that impacted
7   07 Oracle's business, including SARS and -- you know,
8   08 just a number of things can impact Oracle's
9   09 business.
10  10 BY MR. TABACCO:
11  11      Q. Yeah.
12  12          I -- even if the companies needed the
13  13 software, there were still macro economic factors
14  14 that can affect their ability to buy the software;
15  15 isn't that true?
16  16      A. It doesn't necessarily -- you know, there
17  17 are a number of factors that affect everything.
18  18      Q. It may be that the demand for the
19  19 customer's products are down and they don't need as
20  20 big a database.
21  21      A. It all depends on what the use is for the
22  22 product at that time.
23  23          And it also depends on their willingness
24  24 to use software they haven't paid for.
25  25      Q. Looking back at the fact that the deals

Oracle Related Cases                                    Page 195

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

1   00196:01 ultimately did not close in sufficient amounts in
2   02 the third quarter, can you generalize about the
3   03 reasons why that those deals didn't close?
4   04      A. I can't generalize about, you know, all
5   05 of them, because there may have been different
6   06 reasons.
7   07          The -- a number of those companies, in
8   08 fact, I think the vast majority of them did close
9   09 their deals subsequently at different times.
10  10          So I don't know -- and some didn't. I
11  11 can think of one, I think, that did not end up
12  12 closing their deal because of many reasons of their
13  13 own, I guess.
14  14      Q. Again, can you say anything -- let's
15  15 focus on that.
16  16          Do you remember what particular company
17  17 that was?
18  18      A. I think the Lucent transaction did not
19  19 close.
20  20      Q. All right.
21  21          And Lucent's beginning certainly -- well,
22  22 forgetting when it began.
23  23          Lucent had a number of financial problems
24  24 certainly in that time frame; isn't that -- isn't
25  25 that correct?

Oracle Related Cases                                    Page 196

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00197:01    A.   I don't know if it was in that time frame
2    02    or in the time frame that followed.
3    03         I don't follow Lucent that carefully so I
4    04    don't know exactly.
5    05         I do remember a little bit about that
6    06    transaction.
7    07    Q.   I think you said that Lucent 36.3
8    08    million -- I'm referring to page 13 of your Exhibit
9    09    225, your SLC interview.
10   10    A.   I'm sorry, which page?
11   11    Q.   Page 13 in the second full paragraph.
12   12         "Catz explained she was
13   13         'stunned' when several big
14   14         deals failed to close (e.g.,
15   15         Sprint)," and then it gives
16   16         a list there.
17   17    A.   Uh-huh.
18   18    Q.   Is that an accurate statement of -- does
19   19    this interview accurately --
20   20         Do these notes accurately reflect your
21   21    statement?
22   22    A.   I can tell you that I was stunned that
23   23    these -- that this entire group did not close.
24   24    Q.   Okay.
25   25         And then the footnote says:
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00198:01         "Of these deals, at least
2    02         half simply slipped into the
3    03         4th quarter. The other half
4    04         disappeared."
5    05         Just so we're clear, when you say "the
6    06    other half disappeared," that means they never came
7    07    to fruition?
8    08    A.   I didn't write this.
9    09         And as far as I know, a Sprint
10   10    transaction closed at one time to cover the license
11   11    required that was already in use at Sprint.
12   12         I don't think Lucent of this transaction
13   13    closed for these products.
14   14         Qwest transaction did close at one point,
15   15    I don't know what amount.
16   16         The Gap transaction did close --
17   17    (Reporter interruption.)
18   18    THE WITNESS:  -- but I don't know at what
19   19    amount.  And I remember it to be higher when it
20   20    finally closed.
21   21         Fidelity did ultimately do a transaction,
22   22    though, I don't know which products.
23   23         Sony has done many transactions since
24   24    this, as have -- actually, everyone else I just
25   25    mentioned.
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00199:01         Worldcom transaction has subsequently
2    02    closed.
3    03         Capital One, I can't remember, because I
4    04    don't remember this transaction, which products it
5    05    was.  But Capital One I believe remains a current
6    06    Oracle customer, and I don't know when a transaction
7    07    closed with them.
8    08    BY MR. TABACCO:
9    09    Q.   The -- you mentioned that they closed,
10   10    and this says:
11   11         "...half simply slipped
12   12         into the 4th quarter."
13   13         When you're talking about Gap, do you
14   14    know if that new transaction was a fourth quarter
15   15    transaction or some period thereafter?
16   16    A.   As I sit here today, I just don't
17   17    remember.
18   18    Q.   Okay.
19   19         Is that true with regard to Fidelity or
20   20    Sony or Worldcom, in terms of timing of the
21   21    transactions?
22   22    A.   I know that Worldcom was not in the
23   23    fourth quarter.
24   24         And I know that Qwest was not in the
25   25    fourth quarter.
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
1    00200:01         And of course Lucent, which I don't think
2    02    closed at all.
3    03         And I don't know about Sprint.  I do not
4    04    think -- I just do not know where that closed.
5    05    Q.   Now it says, "Lucent 36.3 million,"
6    06    looking back on page 13.
7    07    A.   I see what it says.
8    08         I don't remember if that's the right
9    09    number.
10   10    MR. TABACCO:  Okay.  Let me have this
11   11    next exhibit marked.
12   12    (Exhibit 230 marked.)
13   13    BY MR. TABACCO:
14   14    Q.   We talked a few moments ago about when
15   15    Lucent started to -- there started to be public
16   16    reports of troubling news with regard to Lucent.
17   17         I have had the court reporter mark as
18   18    Exhibit 230, a January 24th, 2001 Associated Press
19   19    report entitled "Lucent to cut 10,000 jobs to fight
20   20    huge loss, Q458."
21   21    A.   Yes.
22   22    Q.   Do you recall learning of this news
23   23    announcement on January 24th, 2001, five weeks
24   24    before the quarter ended?
25   25    A.   See, the thing about Lucent is that in
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
 1   00201:01 one quarter alone, Lucent has operate -- has net
 2   02 income for continuing operations of $1 billion.  And
 3   03 the revenues, even though they fell 26 percent, were
 4   04 nearly $6 billion.  These people spent tens of
 5   05 millions, hundreds of millions daily.
 6   06          And so to acquire software of $35
 7   07 million, which at the time, I believe, was software
 8   08 they were buying that would actually help them do
 9   09 what we had done, which is reduce costs of
10   10 operations, was exactly the kind of thing that
11   11 Lucent would do.
12   12          And, in fact, a number of our customers
13   13 have done exactly that, including JDS Uniface over
14   14 the years.
15   15     Q.   I guess I was trying to be more precise
16   16 about whether you recall learning of Lucent's public
17   17 reports of certain troubles back in January of 2001?
18   18     A.   I don't specifically remember, as I sit
19   19 here today, Lucent -- issues specifically regarding
20   20 Lucent on January 24th.
21   21     Q.   Okay.
22   22          Do you recall learning of any press
23   23 reports about downturns at Worldcom or Motorola in
24   24 January 2001?
25   25     A.   I can't really place any of this as a
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
 1   00202:01  specific time.
 2   02     Q.   Let me show you a --
 3   03          Have this marked as the next exhibit,
 4   04 231.
 5   05          (Exhibit 231 marked.)
 6   06          (Pause in proceedings for document review.)
 7   07 BY MR. TABACCO:
 8   08     Q.   Exhibit 231 is a reprint of a New York
 9   09 Times [sic] article dated January 27th, headline:
10   10 "Telecom Firms' Woes Growing on Several Fronts."
11   11          Do you recall reading this article on or
12   12 about January 27th, '01?
13   13          MS. SEGAL:  I think it's LA Times, not
14   14 New York.
15   15          MR. TABACCO:  Aren't they
16   16 interchangeable?
17   17          THE WITNESS:  I really don't remember
18   18 reading the Los Angeles Times.  Or this article.
19   19 BY MR. TABACCO:
20   20     Q.   Okay.
21   21          There's a reference at the bottom in the
22   22 last paragraph, it said:
23   23          "Recently, Motorola said
24   24          it will shutter some of its
25   25          mobile phone plants, and
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
 1   00203:01          financial updates from a
 2   02          string of upstart phone
 3   03          companies have revealed that
 4   04          they are teetering toward
 5   05          bankruptcy."
 6   06          in the context of your attempting to
 7   07 obtain business from Motorola in Q301, did you
 8   08 consider in any way any difficulties that Motorola
 9   09 was reporting publicly in the press?
10   10     A.   Again, you know, Motorola has gone
11   11 through a -- you know, business problems now for the
12   12 past few years.
13   13          And during this entire period they have
14   14 been an Oracle customer and have bought additional
15   15 software throughout their enterprise.  They use an
16   16 enormous amount of Oracle software, very, very large
17   17 amounts.
18   18          And a purchase of some additional
19   19 software which they needed at that time, I -- I
20   20 don't remember.
21   21     Q.   Again, the question was -- and I
22   22 appreciate, you know, you're talking about the
23   23 historical dealings that Oracle and Motorola have
24   24 had.  But it was really more precise, which is:
25   25          Did you consider in forecasting the
```

Catz, Safra (Vol. 01) - 03/19/2004 3/19/2004 3:30:00 PM

```
 1   00204:01 ability to close a Q301 deal with Motorola, did you
 2   02 consider it as a factor, some of the bad news that
 3   03 had been appearing in the financial press relating
 4   04 to Motorola's business?
 5   05          And I'm just asking, did you consider it
 6   06 or not?
 7   07     A.   Um --
 8   08          MR. NADOLENCO:  I apologize.
 9   09          Objection.  Assumes that she did
10   10 forecasting.
11   11          THE WITNESS:  Yeah.
12   12          I didn't forecast -- I don't forecast one
13   13 way or the other, ever.
14   14          I believe that the Board of Directors of
15   15 Motorola approved the Motorola transaction after
16   16 this article came out.
17   17          The CEO approved it after this article
18   18 came out, and we expected that transaction to close
19   19 in February.
20   20          MR. TABACCO:  Okay.  Just give me a
21   21 minute here.
22   22          (Discussion off the record.)
23   23          MR. TABACCO:  I have nothing further.
24   24          THE WITNESS:  Okay.  Thank you.
25   25          THE VIDEOGRAPHER:  This concludes Volume
```

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | | |
|---|---|---|
| 1 | 00205:01 | 1 in the deposition of Safra Catz. |
| 2 | 02 | The time is 3:03. |
| 3 | 03 | We are off the record. |
| 4 | 04 | (Time noted: 3:03 p.m.) |
| 5 | 05 | |
| 6 | 06 | |
| 7 | 07 | |
| 8 | 08 | |
| 9 | 09 | |
| 10 | 10 | |
| 11 | 11 | |
| 12 | 12 | |
| 13 | 13 | |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | |
| 18 | 18 | |
| 19 | 19 | |
| 20 | 20 | |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | | |
|---|---|---|
| 1 | 00206:01 | CERTIFICATE OF WITNESS |
| 2 | 02 | |
| 3 | 03 | |
| 4 | 04 | I, SAFRA CATZ, the undersigned, declare |
| 5 | 05 | under penalty of perjury that I have read the |
| 6 | 06 | foregoing transcript, and I have made any |
| 7 | 07 | corrections, additions, or deletions that I was |
| 8 | 08 | desirous of making, that the foregoing is a true and |
| 9 | 09 | correct transcript of my testimony contained |
| 10 | 10 | therein. |
| 11 | 11 | |
| 12 | 12 | EXECUTED THIS _____ day of _____, |
| 13 | 13 | 20___, at _____. |
| 14 | 14 | |
| 15 | 15 | |
| 16 | 16 | |
| 17 | 17 | _____ |
| 18 | 18 | Signature of Witness |
| 19 | 19 | |
| 20 | 20 | * |
| 21 | 21 | |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | |

Catz, Safra (Vol. 01) - 03/19/2004  3/19/2004  3:30:00 PM

| | | |
|---|---|---|
| 1 | 00207:01 | COUNTY OF SAN FRANCISCO ) |
| 2 | 02 | STATE OF CALIFORNIA     } |
| 3 | 03 | |
| 4 | 04 | REPORTER'S CERTIFICATE |
| 5 | 05 | I, HEIDI J. RYDER, a Certified Shorthand |
| 6 | 06 | Reporter, licensed by the State of California and |
| 7 | 07 | empowered to administer oaths and affirmations |
| 8 | 08 | pursuant to Section 2093(b) of the Code of Civil |
| 9 | 09 | Procedure, do hereby certify: |
| 10 | 10 | That the witness, SAFRA CATZ, was present |
| 11 | 11 | at the time and place herein set forth and was by me |
| 12 | 12 | sworn to testify as to the truth; that the said |
| 13 | 13 | proceedings were recorded stenographically by me and |
| 14 | 14 | were thereafter transcribed by me via |
| 15 | 15 | computer-assisted transcription; that the foregoing |
| 16 | 16 | deposition is a true record of the proceedings which |
| 17 | 17 | then and there took place; that I am a disinterested |
| 18 | 18 | person to said action. |
| 19 | 19 | |
| 20 | 20 | IN WITNESS WHEREOF, I have subscribed my |
| 21 | 21 | name on March 25, 2004. |
| 22 | 22 | |
| 23 | 23 | |
| 24 | 24 | |
| 25 | 25 | HEIDI J. RYDER, CSR 10053 |