# EXHIBIT EEE

Minton, Jennifer (30b6)  4/21/2005  9:00:00 AM

---

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
     In re ORACLE CORPORATION
 4   SECURITIES LITIGATION
              Master File No. C-01-0988-MJJ
 5   This Document Relates To:
 6      ALL ACTIONS.
                                          /
 7
 8
 9             ---oOo---
10      DEPOSITION OF JENNIFER MINTON
11         Thursday, April 21, 2005
12             ---oOo---
13
14      SHEILA CHASE & ASSOCIATES
              25 Otsego Avenue
15      San Francisco, California  94112
              Phone: (415) 333-7474
16         Fax:  (415) 333-7412
17
18
19
20   Reported by:
     SANDRA L. CARRANZA, CSR, RPR, CRR
21   CSR No. 7062
22
23
24
25
```

**Page 2**

```
      INDEX PAGE (continued)
 2
 3   10   11/29/00 e-mail from "forecast" to
          pateam, et.al., Bates stamped 040601
 4        - 040602                        130
 5   11   Document entitled, "November Flash
          Report," from Ivgen Guner to Jeff
 6        Henley, Bates stamped 019803    132
 7   12   String of e-mails; first is dated
          12/11/00, from Jeff Henley to "saas,"
 8        Bates stamped 020731            134
 9   13   Document entitled, "Americas Cumulative
          Weekly License Pipeline Trends," Bates
10        stamped 008131                  150
11   14   String of e-mails; first is dated
          9/15/00, from David Winton to George
12        Roberts, Bates stamped 040837   156
13   15   Document Bates stamped 024454,
          ending with 24464               161
14
15   16   Document entitled, "Oracle Corp. Pipeline
          Reporting Package, January 15, 2001,"
16        Bates stamped 00514 - 00523     181
17   17   Document entitled, "Large Deals in Q3,"
          Bates stamped 042297 - 042356   175
18
19   18   Document entitled, "Big Deal Update,
          November 17 Workday 8," Bates stamped
20        025049 - 025067                 181
21   19   Document entitled, "Sanderson-Q3'01
          Oracle Product Industries Q3 Week 7,"
22        Bates stamped 016213 - 016240   187
23   20   Document entitled, "Oracle Product
          Industries Q3 '01 and Q4 '01 Forecast
24        Package Week 10 - January 31, 2000,"
          Bates stamped 036971 - 039178   196
25
```

**Page 1**

```
 1              I N D E X
 2         INDEX OF EXAMINATION
 3                              PAGE
 4   MR. BRITTON                 7
 5   AFTERNOON SESSION          103
 6            ---oOo---
 7         INDEX OF EXHIBITS
 8   DESCRIPTION                PAGE
 9   1   Plaintiffs' Notice of Deposition of
         Oracle Corporation Pursuant to Federal
10       Rule of Civil Procedure 30(b)(6)   11
11   2   Document entitled, "Week 2 of Budget
         Meetings, Bates stamped 028477 -
12       028480                             57
13   3   Document entitled, "Budget Growth Rate
         Comparison - License, Bates stamped
14       041949                             67
15   4   Document entitled, "Oracle Fiscal 2001
         Budget," Bates stamped 039895 -
16       039918                             69
17   5   String of e-mails; first is dated 6/19/00,
         from Lawrence Ellison to Jeff Henley,
18       Bates stamped 028499               82
19   6   7/28/00 e-mail from Jennifer Minto to
         Terry Ford, Bates stamped 041952   87
20
     7   Document entitled, "License Revenue
21       FOrecast Accuracy, Bates stamped
         040637                             91
22
     8   1/18/01 e-mail from Jennifer Minton to
23       Ivgen Guner, Bates stamped 039315  95
24   9   String of e-mails; first is dated 10/18/00
         from Jennifer Minton to Jeff Henley, Safra
25       Catz, Mark Barrenechea, Sukumar Rathnam  114
```

**Page 3**

```
      INDEX PAGE (continued)
 2
 3   21   Document entitled, "Product Revenues,"
          Bates stamped 024411 - 024429    199
 4
 5   22   Document entitled, "Approvals/2000
          Forecast Report," Bates stamped
 6        041923                           200
 7   23   Document entitled, "Q3 FY '01 Week1,
          December 4, 2000," Bates stamped
 8        039448 - 039477                  201
 9   24   Document entitled, "Total Company Q3
          FY01 Forecast," Bates stamped
10        039819 - 039850                  204
11   25   Document entitled, "Total Company - 3
          Year Forecast," Bates stamped 039944
12        - 03956                          229
13   26   Document entitled, "Oracle Corporation
          Executive Committee Worldwide Forecast
14        FY01 Management Summary, January 22,
          2001, Week 6, Bates stamped 008755 -
15        008776                           231
16            ---oOo---
17
18
19
20
21
22
23
24
25
```

---

Minton, Jennifer (30b6)  4/21/2005  9:00:00 AM

---

**4**

1    BE IT REMEMBERED that on Thursday, April 21, 2005,
2  commencing at the hour of 9:26 A.M., thereof, at the
3  offices of Lerach, Coughlin, Stoia, Geller, Rudman &
4  Robbins, LLP, 100 Pine Street, Suite 2600, San
5  Francisco, California, before me, SANDRA L. CARRANZA,
6  CSR, RPR, CRR, a Certified Shorthand Reporter for the
7  State of California, personally appeared
8         JENNIFER MINTON,
9  called as a witness by the Plaintiffs herein, who, being
10  by me first duly sworn/affirmed, was thereupon examined
11  and testified as hereinafter set forth.
12         ---oOo---
13  Appearing as counsel on behalf of Plaintiffs:
14    ELI GREENSTEIN, Esquire
      DOUG BRITTON, Esquire
15    JAMES FELDMAN, Forensic Accountant
      LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN & ROBBINS
16    100 Pine Street, Suite 2600
      San Francisco, California 94111
17    (415) 288-4545
      E-mail: dougb@lerachlaw.com
18    E-mail: elig@lerachlaw.com
19  Appearing as counsel on behalf of Defendants:
20    JAVIER H. RUBENSTEIN, Esquire
      MAYER, BROWN, ROWE & MAW, LLP
21    190 S. LaSalle Street
      Chicago, IL 60603-3441
22    (312) 782-0600
      E-mail: jrubinstein@mayerbrownrowe.com
23
24  Also present: David Reddix, Videographer
              James C. Maroulis, Oracle Senior Corporate
25              Counsel

---

**5**

1         ---oOo---
2    P R O C E E D I N G S
3         ---oOo---
4    THE VIDEOGRAPHER:  Good morning.  My name is
5  David Reddix.  I'm a videographer employed by Advanced
6  Courtroom Technologies, located at 109 Second Street,
7  Sausalito, California, 94965.  Our phone number is
8  (415)331-3326.  We're videotaping for LiveNote World
9  Service today.
10    The court reporter today is Sandy Carranza of
11  Sheila Chase & Associates.  Today's date is April 21st,
12  2005, and the time on the videotape is 9:26.  Today
13  begins Tape 1 --
14    Have you been deposed before in this case?
15    -- Vol- -- Volume I in the deposition of
16  Jennifer Minton, in the matter of Oracle Corporation
17  Securities Litigation, Case No. C-01-0988-MJJ, filed in
18  the United States District Court, Northern District of
19  California.
20    This deposition is being taken on behalf of the
21  plaintiff.  The location of this deposition is 100 Pine
22  Street, 26th floor, San Francisco, California.
23    Counsel, please voice identify yourself and
24  state whom you represent.
25    MR. BRITTON:  Doug Britton, with Lerach,

---

**6**

1  Coughlin, Stoia, Geller, Rudman & Robbins, on behalf of
2  plaintiffs.
3    MR. GREENSTEIN:  Eli Greenstein, with Lerach,
4  Coughlin, on behalf of plaintiffs.
5    MR. FELDMAN:  James Feldman, with Lerach,
6  Coughlin, on behalf of plaintiffs.
7    MR. RUBENSTEIN:  Javier Rubenstein, with Mayer,
8  Brown, Rowe & Maw, on behalf of the defendants.
9    MR. MAROULIS:  James Maroulis from Oracle
10  Corporation on behalf of defendant, Oracle Corporation.
11    THE VIDEOGRAPHER:  Are there any stipulations
12  for the record?
13    MR. BRITTON:  No.
14    MR. RUBENSTEIN:  No.
15    THE VIDEOGRAPHER:  Would the court reporter
16  please swear in the witness.
17         JENNIFER MINTON,
18  having been duly sworn, testified as follows:
19
20    EXAMINATION BY MR. BRITTON
21    MR. BRITTON:  Q.  Good morning, Ms. Minton.  My
22  name is Doug Britton.  We met earlier.  I'm with Lerach,
23  Coughlin, and I represent the plaintiffs in this class
24  action lawsuit against Oracle and other executives at
25  Oracle.

---

**7**

1    Can you state and spell your name for the
2  record, please.
3    A.  My name is Jennifer Minton, and the last name
4  is spelled M-I-N-T-O-N.
5    Q.  And can you give us your address, please.
6    A.  My home address?
7    Q.  Yeah.
8    A.  2105 Jeri Lane.  That's J-E-R-I, Lane, in
9  Hillsborough, California, 94010.
10    Q.  Have you ever had your deposition taken before?
11    A.  Yes, I have.
12    Q.  Okay.  Once in a derivative case in -- against
13  Oracle -- or on behalf of Oracle; is that correct?
14    A.  In a derivative case, yes.
15    Q.  Yes.
16    Anything other than that, have you had your
17  deposition taken before?
18    A.  Yes.
19    Q.  And on how many occasions?
20    A.  On at least -- including the derivative?
21    Q.  Yes.
22    A.  Including the derivative, four -- four times.
23    Q.  Four times.
24    And that was twice in the derivative case?
25    A.  It was a two-day.

---

8

```
 1    Q.  Two -- two-day?
 2    A.  Two-day deposition in the derivative case.
 3    Q.  So when you say, "four times," you're saying --
 4  is that four separate occasions, or does that include
 5  the two days of the derivative testimony?
 6    A.  It's three separate occasions that I can
 7  recall.
 8    Q.  Okay.  Other than the derivative, the Oracle
 9  derivative case, what were the circumstances surrounding
10  the other depositions?
11    A.  One involved a litigation matter with regard to
12  PeopleSoft, and another related to an employment
13  litigation matter.
14    Q.  Were you a party in either of these cases, you,
15  yourself?
16    A.  Myself, personally?
17    A.  Yes.
18    A.  No.
19    Q.  Okay.  So you're -- you're fairly familiar with
20  the deposition process, but I will give you a few of the
21  ground rules here today.
22        Do you understand you're under oath?
23    A.  Yes, I do.
24    Q.  And that your testimony today has the same
25  seriousness as if it were given in a court of law?
```

9

```
 1    A.  Yes, I do.
 2    Q.  The court reporter to your right is taking down
 3  everything we say, so it's important that you
 4  answer audibly and that we try not to talk over one
 5  another.
 6        Do you understand that?
 7    A.  Yes, I do.
 8    Q.  Now, counsel to your left may object to some of
 9  the questions that I pose to you today.  Do you
10  understand that you are obligated to answer those
11  questions unless your counsel specifically instructs you
12  not to?
13    A.  Yes, I do.
14    Q.  And if you don't understand a question that I
15  ask, will you let me know?
16    A.  Yes, I will.
17    Q.  Now, you are here today as -- withdraw.
18        Is it your understanding that you're here today
19  as a corporate designee on behalf of Oracle?
20    A.  Yes.
21    Q.  And you're here to talk about forecasting
22  issues; is that your understanding?
23    A.  My understanding is I'm to speak about the
24  forecasting process.
25        MR. BRITTON:  I'll take this opportunity to
```

10

```
 1  mark the first exhibit.
 2        You can just -- Minton 1.
 3        THE REPORTER:  1?
 4        (Whereupon, Plaintiffs' Exhibit 1 was marked
 5        for identification.)
 6        MR. BRITTON:  Q.  Okay.  I have placed in front
 7  of you what's been marked as Minton Exhibit 1.
 8        Will you take a moment to review this exhibit,
 9  please.
10        MR. BRITTON:  For the record, Minton Exhibit 1
11  is the deposition notice for today entitled,
12  "Plaintiffs' Notice of Deposition of Oracle Corporation
13  Pursuant to Federal Rule of Civil Procedure 30(b)(6)."
14    Q.  And you don't have to read it in detail.  You
15  can just flip through it and let me know if you
16  recognize it.
17    A.  Yes, I do.
18    Q.  You've seen it before?
19    A.  Yes, I have.
20    Q.  Okay.  If you turn to the fifth page of the --
21  of Minton Exhibit 1, at the bottom, it says, "Deposition
22  Subject Matter."
23        Do you see where I'm reading?
24        -- page.
25    A.  Uhm-hum.
```

11

```
 1    Q.  Okay.  If you will -- if you read No. 1 to
 2  yourself for me and -- and let me know if you are
 3  prepared to testify about the topics listed in item No.
 4  1.
 5    A.  Yes, I am.
 6    Q.  Okay.  And for item No. 2, are you prepared to
 7  testify about the items listed in that number?
 8    A.  Yes, I am.
 9    Q.  Okay.  And the same question for No. 3.
10    A.  Yes, I am.
11    Q.  Okay.  And then also for 4 and 5?
12    A.  Yes, I am.
13    Q.  Great.
14        We can put that exhibit aside.
15        Okay.  Can you tell me what you did to prepare
16  for your deposition today?
17    A.  I met with counsel yesterday.
18    Q.  Okay.  For how long?
19    A.  Between two and three hours.
20    Q.  And who was the counsel that you met with
21  yesterday?
22    A.  The counsel that are represented here.
23    Q.  That would be Mr. Rubinstein and Mr. Maroulis?
24    A.  Yes.
25    Q.  Anybody else?
```

**12**

1    A.  No.

2    Q.  Other than this meeting, did you do anything

3    else to prepare for your deposition today?

4    A.  No.

5    Q.  Talked to anybody else?

6    A.  Yes.

7    Q.  Who?

8    A.  I spoke with Ivgen Guner.

9         THE REPORTER:  I'm sorry --

10        THE WITNESS:  Ivgen, I-V-G-E-N, Guner, and

11   Lauren Mahon.

12        MR. BRITTON:  Q.  Okay.  And when did you speak

13   to Ivgen Guner?

14   A.  Yesterday.

15   Q.  For how long did you speak to Ivgen Guner?

16   A.  For approximately ten minutes.

17   Q.  And what did you say to Mr. -- is it a

18   Mr. Guner?

19   A.  No, it's Ms.

20   Q.  Ms.?

21        What did you say to Ms. Guner, and what did she

22   respond with?

23   A.  I asked her questions regarding when she began

24   to work for me, just trying to recollect when she

25   began -- became involved in the forecasting process.

**13**

1    Q.  What did she say?

2    A.  That she started to work for me around the

3    December 2000 time period.

4    Q.  Did you say anything else to Ms. Guner?

5    A.  We clarified what we believed were the process

6    that we employed with regards to the pipeline conversion

7    calculation.

8    Q.  Anything else that you talked to Ms. Guner

9    about?

10   A.  That's roughly about it.

11   Q.  And that was yesterday?

12   A.  Yes.

13   Q.  Now, Ms. Mahon, is that correct?  Am I saying

14   that right?

15   A.  Yes.

16   Q.  When did you speak to Ms. Mahon?

17   A.  Yesterday.

18   Q.  Yesterday.

19        And what did she say to her, and what did

20   she say to you?

21   A.  I asked her about a particular process that was

22   used to -- a -- a report that I saw that I asked her

23   about.

24   Q.  Okay.  And what report was that?

25   A.  It was an Approvals 2000 Report.

**14**

1    Q.  And what did she say to you?

2    A.  She confirmed that it is what I thought it was.

3    Q.  Okay.  How long was this conversation with

4    Ms. Mahon?

5    A.  Approximately five minutes.

6    Q.  And did you -- did you talk to Ms. Mahon about

7    anything else at yesterday's meeting?

8    A.  Yeah.  We talked about how the Approvals 2000 K

9    Report was created.

10   Q.  Did you do anything else, other than speak to

11   Ms. Guner and Ms. Mahon about your deposition today, in

12   preparation for your deposition today?

13   A.  No.

14   Q.  Okay.  And when you met with counsel, I believe

15   you said it was yesterday, did you review any documents?

16   A.  We reviewed the documents that were referred to

17   in this request.

18   Q.  Okay.  I don't want you to reveal any

19   communications with counsel.  I just want to know if

20   you -- if you did review the documents.

21   A.  Yeah.  We reviewed the documents that were

22   referred to in this request.

23   Q.  Okay.  Did any of those documents refresh your

24   recollection about events that happened back in the

25   December 2000, January 2001 time period?

**15**

1    A.  No.

2    Q.  Okay.  I want to ask you a few questions about

3    your educational background, if that's okay.

4         Can you give me a brief description of your

5    education, starting with college.

6    A.  I graduated U.C. Berkeley from the business

7    school in 19 -- December 1983.

8    Q.  And what was the degree that you --

9    A.  It was a --

10   Q.  -- you got?

11   A.  -- Bachelor's of Science degree in business.

12   Q.  Any postgraduate work?

13   A.  No.

14   Q.  Any continuing education --

15   A.  When I worked at Arthur Andersen, I had ongoing

16   continuing education.

17   Q.  You are an accountant?

18   A.  Yes.

19   Q.  CPA?

20   A.  Yes.

21   Q.  Do you still hold your CPA license?

22   A.  I don't have it -- have it active.

23   Q.  Was it active in the 2000, 2001 time period?

24   A.  I don't recall.

25   Q.  Okay.  Did you start with Arthur Andersen right

16

1  out of Berkeley?
2  A. Yes, I did.
3  Q. How long were you with Andersen?
4  A. Until May of 1989.
5  Q. So about six years?
6  A. Correct.
7  Q. And what was your position with Arthur
8  Andersen?
9  A. Well, I held several positions; but when I
10  left, I was a manager in the audit division.
11  Q. Were you in audit the entire time you were at
12  Andersen?
13  A. Yes.
14  Q. Okay. And after you left Arthur Andersen in
15  '89, where did you go?
16  A. Oracle.
17  Q. And when did you start with Oracle?
18  A. May of 1989.
19  Q. And what was the position that you held with
20  Oracle when you first started?
21  A. When I first started, I was responsible -- I
22  was an accounting manager.
23  Q. Okay. And for how long? I'm assuming you were
24  promoted.
25  A. Correct.

17

1  Q. That's correct.
2  How long were you an accounting manager for?
3  A. I was an accounting manager responsible for a
4  variety of different functions over a period of time. I
5  believe was promoted to vice president in about 1995.
6  Q. And what was your title in '95 when you were
7  promoted?
8  A. Vice president and possibly assistant corporate
9  controller. I don't exactly remember what the title
10  was.
11  Q. And did your title change at any time after
12  1995?
13  A. Yes, it did.
14  Q. When -- when did it change?
15  A. I know that I be -- became senior vice
16  president and corporate controller in 2000, and then
17  subsequent to that, my title changed from senior vice
18  president, corporate controller to senior vice
19  president, global finance and operations.
20  Q. And when did your title change from senior VP
21  controller to senior VP, global finance and operations?
22  A. I don't remember the precise year. It could
23  have been around 2001.
24  Q. Did your title change any time after that?
25  A. No. That is my title today.

18

1  Q. That's your title today, okay.
2  Let's start with the -- your duties and
3  responsibilities when you were an accounting manager.
4  What were your day-to-day responsibilities?
5  A. During the -- first year, I was responsible
6  for coordinating the close process in interfacing with
7  the external auditors, which happened to be Arthur
8  Andersen. I oversaw the payroll and accounts -- sorry,
9  the payroll and the fixed assets functions.
10  In addition, I -- over a course of time, I also
11  took over responsibility for the collections process.
12  And then I became responsible for -- I became
13  essentially the accounts -- what -- what I would call
14  the assistant corporate controller.
15  Q. Okay.
16  A. But I wasn't a VP at that point.
17  Q. Okay.
18  A. And I was responsible for managing the overall
19  close process and the general ledger accounting.
20  I also started to assume responsibilities for
21  the financial planning, forecasting, and budgeting
22  process during that time period.
23  Q. So is it fair to say that when -- in your
24  position as accounting manager, you did not have any
25  responsibilities for forecasting and budgeting?

19

1  A. I believe that I was given those
2  responsibilities while I was still an accounting
3  manager. I essentially was rotated amongst a number of
4  different functional areas.
5  Q. So there wasn't a bright line?
6  A. No.
7  Q. You know --
8  A. No.
9  Q. -- Wednesday you are going to do this,
10  Thursday --
11  A. Absolutely not.
12  Q. Okay. So we have when you were assistant
13  corporate controller you were responsible for the close
14  process, general ledger, financial planning,
15  forecasting, budgeting. Anything else when you were --
16  A. I was also responsible for SEC reporting.
17  Q. Anything else?
18  A. Well, there's just a number of accounting
19  functions. I could list through some of the functions:
20  Accounts payable, fixed assets, general accounting.
21  Q. Is there an umbrella?
22  A. It was sort of an umbrella position, yes.
23  Q. Now, when you became senior VP and controller,
24  did your responsibilities change?
25  A. Yes.

20

1      Q. And how did they change?

2      A. Well, there was -- the former corporate

3   controller stepped down as the corporate controller and

4   chief accounting officer. He stepped down to oversee

5   our Rocklin-shared service center, and so he began to --

6          THE REPORTER: I'm sorry, "our Rocklin"?

7          THE WITNESS: Rocklin-shared service center,

8   and so he then essentially began reporting to me.

9          MR. BRITTON: Q. He reported to you?

10     A. Correct.

11     Q. We talk about changing roles, kind of a switch,

12   you reported -- you reported to him, then he reported to

13   you?

14     A. Yes, I --

15         MR. RUBENSTEIN: Object to the form.

16         MR. BRITTON: Q. Okay. Who was that

17   individual you're talking about?

18     A. Thomas Williams.

19     Q. Okay. And how did your responsibilities change

20   from the assistant corporate controller to the senior VP

21   and controller?

22     A. I became senior vice president and corporate

23   controller.

24     Q. Right.

25         So how did your responsibilities change when

21

1   that happened?

2      A. I became the chief accounting officer.

3      Q. And what were your duties and responsibilities

4   as chief accounting officer at Oracle?

5      A. I was responsible for ensuring the integrity of

6   our public filings with the Securities and Exchange

7   Commission and overseeing the overall accounting process

8   at Oracle.

9      Q. Forecasting responsibilities were included in

10   that?

11     A. Yes.

12     Q. Budgeting responsibilities?

13     A. Yes.

14     Q. When -- at what point in time did you become

15   the chief accounting officer? Was that 2000?

16     A. Approximately. I'm not exactly sure of the

17   year.

18     Q. Let's talk about -- let me -- let me tell

19   you -- let me define a couple of things before we go

20   forward. I may refer to the "class period" or the

21   "relevant period" during today's deposition. And the

22   relevant period that we're talking about is June 2000 to

23   June 2001.

24     A. Uh-huh.

25     Q. And then the class period is December 11th, I

22

1   believe, 2000, to March 1st, 2001.

2          MR. MAROULIS: December 14th.

3          MR. BRITTON: December 14th? Okay. Thank you.

4      Q. So December 14th, 2000, to March 1st, 2001, is

5   the class period.

6          So during the relevant period, what was your

7   title at Oracle? June 2000 to June 2001.

8          MR. RUBENSTEIN: Objection. Asked and

9   answered.

10         THE WITNESS: I believe it was in 2000 senior

11   vice president, global finance and operations.

12         MR. BRITTON: Q. Okay. When you -- when your

13   title changed to senior VP of global finance and

14   operations, were you still considered the chief

15   accounting officer?

16     A. Yes, I was.

17     Q. Did your responsibilities change at all by

18   taking that title, as opposed to the senior VP and

19   corporate controller?

20     A. Yes, it did.

21     Q. And how did it change?

22     A. During that time period, we were gradually

23   reorganizing the finance function such that finance

24   functions that previously reported into the business

25   units were being consolidated or globalized under my

23

1   organization.

2      Q. Now, when you're -- when you referred to the

3   "business units," what were you referring to?

4      A. As an example, William Plant, who is the vice

5   president of EMEA finance and operations, at that time

6   reported to I believe it was Pierre Carlo, and he was

7   moved under my organization structure, reporting

8   directly to me while still supporting Pierre Carlo.

9      Q. And was that true for all business units at

10   Oracle?

11     A. It was a gradual process.

12     Q. Was there a beginning and completion date of

13   that process?

14     A. Well, sure, but I don't remember the exact

15   dates, but it was a situation whereby it was difficult,

16   as you might imagine, for people to let go of their

17   finance person as a direct-report, so it didn't happen

18   all at once, all at the same time. It was a gradual

19   process.

20     Q. Was this process occurring during the relevant

21   period, June 2000 to June 2001?

22     A. It -- I'm not sure if it was completed before

23   the beginning of the relevant period.

24     Q. Okay. Now, in your position as senior VP of

25   global finance and operations, what forecasting

24

1  responsibilities did you have?
2      A.  I -- similar to the several years prior to
3  that, I was responsible for consolidating the forecasts
4  that were submitted from the field and analyzing the
5  forecasts and making adjustments as necessary.
6      Q.  Were you also responsible for financial
7  reporting during the relevant period?
8          MR. RUBENSTEIN:  Objection to the form.
9          MR. BRITTON:  Q.  You can answer.
10     A.  What -- what do you define as "financial
11 reporting"?
12     Q.  Reporting to the SEC --
13     A.  External reporting?
14     Q.  Yes.
15     A.  Yes, I was also involved in that process.
16     Q.  Did you have a staff that assisted you with the
17 forecasting process?
18     A.  Yes, I did.
19     Q.  And how many individuals were on that staff?
20     A.  I don't recall.
21     Q.  Give me an estimate.
22     A.  There was a corporate financial planning and
23 analysis group.  It could have been up to ten people.
24     Q.  Was there a different group that assisted you
25 with your external reporting responsibilities?

25

1      A.  Yes.
2      Q.  And what was that group?
3      A.  That would have been the accounting
4  organization or the assistant controller, corporate
5  controller.
6      Q.  And how many individuals were in that group?
7      A.  Those are individual people that were assisting
8  with that process.
9      Q.  Okay.  How -- how many of those -- how many
10 individuals were helping you assist with that process?
11     A.  Well, the -- consolidations accounting team
12 may have helped to prepare footnotes, which would have
13 been a couple of people, but primarily speaking, the
14 10-Qs and the 10-Ks are prepared by one individual and
15 reviewed by an assistant controller or corporate
16 controller, as well as myself and a variety of other
17 folks.
18     Q.  When you say, "a variety of other folks," who
19 are you thinking about?
20     A.  External auditors, outside counsel, internal
21 counsel, chief financial officer, the president, CEO.
22     Q.  Okay.  So is it -- can we look at it as in
23 terms of, you know, a scale going up, that the
24 controllers assisted you and then the individuals that
25 reviewed it after you reviewed it are you referring to

26

1  as "the various other individuals"?
2      A.  Can you please repeat your question.
3      Q.  I'm trying to figure out who was involved in
4  this process.  And you -- and you mentioned that the
5  controller and one other individual assisted you with
6  the reporting process and you would review it and they
7  would review the 10-Qs and 10-Ks.
8      A.  Right.
9      Q.  And then you mentioned some other individuals.
10 And I'm wondering on a -- on a vertical scale, the other
11 individuals that you referenced, were those people that
12 you reported to?
13     A.  They would not -- I would not necessarily
14 report to them.  I would report to the CFO, but it was,
15 again, external counsel, internal counsel, the CFO,
16 auditors.
17     Q.  Okay.  Okay.  Can you tell me the -- the names
18 of the individuals during the relevant period that
19 assisted you with the external reporting?
20     A.  That would be June 2000 to June 2001?
21     Q.  Uhm-hum.
22     A.  In June 2000, I was not involved in the
23 preparation of the Form 10-K for the prior fiscal year
24 period because I was on medical leave.
25     Q.  Okay.

27

1      A.  So Tom Williams, who was the previous chief
2  accounting officer and my former boss, stepped in and
3  took over responsibility for that process.
4      Q.  Okay.
5      A.  So a -- a gentleman named Larry Garnick, who is
6  the assistant controller, I believe, at the time would
7  have been assisting in that process as well.
8          I should also say that Tom Williams always
9  reviewed, up until his departure from the company, the
10 10-Qs and the 10-Ks as well.
11     Q.  When did he leave?
12     A.  Approximately two years ago, two or three years
13 ago.
14     Q.  2001 to 2002?
15     A.  2002 to 2003, somewhere in there.
16     Q.  Okay.  And Larry Garnick, he is still with
17 Oracle?
18     A.  Yes, he is.
19     Q.  Okay.  Did he have a staff reporting to him?
20     A.  Yes, he did.
21     Q.  Okay.  Do you know how many?
22     A.  I don't recall.
23     Q.  On a percentage basis, in terms of your duties
24 and responsibilities, how much of your time was spent on
25 forecasting versus external reporting?

28

1    MR. MAROULIS:  Objection.  Time period.

2    MR. BRITTON:  Relevant, relevant period.

3    THE WITNESS:  Again, I was on medical leave for

4    a good portion of Q1, so June through July.  I would get

5    involved heavily in the forecasting process towards the

6    end of a quarter and whenever we published a forecast

7    report; and the SEC reporting comes after the quarter is

8    closed, and, you know, would take a couple of weeks

9    to -- during that time period to -- to produce and

10   finalize and file the documents with the SEC.

11   MR. BRITTON:  Q.  Okay.  So the bulk of the

12   forecasting responsibility came before the quarter ended

13   and then the bulk of the SEC reporting occurred after

14   the quarter?

15   A.  In the first month of the subsequent quarter.

16   Q.  When you were engaged in the SEC reporting

17   after the quarter had ended, were you also doing any

18   forecasting for the next quarter?

19   A.  We would prepare a forecast in advance of our

20   earnings call.

21   Q.  So, say, in the two weeks following a quarter,

22   how much of your time was spent on SEC reporting versus

23   forecasting?

24   A.  The first two weeks of a quarter were generally

25   spent closing the books, reviewing the numbers, and

29

1    ensuring that the numbers were accurate and getting

2    ready for the earnings release.

3    The time spent on the SEC reporting was

4    primarily after we released earnings.

5    Q.  Okay.

6    Going back to the corporate financial planning

7    and analysis group, you said there was about ten

8    individuals in that group?

9    A.  I think that that's an approximate number.

10   Q.  Okay.  Did that -- did you -- withdrawn.

11   Can you tell me if that number stayed

12   consistent during the relevant period, or did it grow or

13   decrease?

14   A.  I do not recall.

15   Q.  Can you tell me who you remember being in the

16   corporate financial planning and analysis group during

17   the relevant period?

18   A.  There are three names that come to mind; one is

19   Lia Burke, another is Ivgen Guner, and the third is

20   Roberta Ronsse.

21   Q.  You said Ronseg [sic]?

22   A.  Ronsse.  R-O-N-S-S-E, I believe.

23   Q.  Do you recall any other names?

24   A.  Those three individuals were part of the

25   corporate financial planning and analysis group that

30

1    worked, for the most part, on the forecasts, to the best

2    of my recollection.

3    Q.  Okay.

4    A.  Other individuals worked on other functions

5    that fell under the umbrella of the corporate financial

6    planning and analysis group.

7    Q.  Okay.  But not on forecasts?

8    A.  I believe those three were the ones that were

9    primarily involved in the forecasts during the relevant

10   period.

11   Q.  Okay.  Is the same true for the budgeting

12   process?

13   A.  That would be correct, to the best of my

14   recollection.

15   Q.  And what was Lia Burke's position?

16   A.  I'm -- I'm trying to recall her title.  I think

17   it was a director or senior manager.

18   Q.  And then Ivgen Guner?

19   A.  Ivgen Guner, when she joined my group, she was

20   also a vice president, I believe, but I do not recall

21   for certain.

22   Q.  And then Roberta Ronsse?

23   A.  I don't recall what her position -- her title

24   was.

25   Q.  Okay.  And then who did you report to during

31

1    the relevant period?

2    A.  During the relevant period, I reported to

3    Jeff Henley.

4    Q.  Did you also report to Larry Ellison?

5    A.  No.

6    Q.  Did you interact with Larry Ellison in your --

7    in the course of your business?

8    MR. RUBENSTEIN:  Object to the form.

9    MR. BRITTON:  Withdrawn.

10   Q.  When -- for job -- when performing your job

11   functions, did you interact with Larry Ellison at all?

12   A.  I had opportunities to interact with

13   Larry Ellison, yes.

14   Q.  Would you say whether it was frequent or

15   infrequent?

16   A.  During --

17   MR. RUBENSTEIN:  Object to the form.

18   MR. BRITTON:  Q.  During the relevant period.

19   MR. RUBENSTEIN:  Go ahead.

20   THE WITNESS:  I don't know.  How do you define

21   "frequent" versus "infrequent"?

22   MR. BRITTON:  Let's say daily contact.

23   A.  No, I did not have daily contact.

24   Q.  Okay.  How often would you say in a month you

25   dealt with Larry Ellison?

32

1    A. I would attend the executive management
2    committee meetings on Mondays, so that was my primary
3    contact with Larry Ellison.
4    Q. Okay. Did you do any e-mail correspondence
5    with Mr. Ellison?
6    A. There would be at times e-mail correspondence
7    with Mr. Ellison.
8    I should also state that during the budgeting
9    season, which falls in our -- in the April time frame, I
10   would be involved in the budget meetings when all of his
11   direct-reports would present their budgets to him for
12   the upcoming fiscal year.
13   Q. Okay. How often did you interact with
14   Jeff Henley during the relevant period?
15   A. I had frequent contact with Jeff.
16   Q. Daily?
17   A. Not necessarily.
18   Q. Where was your office located?
19   A. On the sixth floor of Oracle 500 Parkway.
20   Q. And how about Mr. Henley?
21   A. He was also located on the same floor.
22   Q. Same floor, okay.
23   In terms of proximity, how close would you say
24   you are to Mr. Henley?
25   A. I'm really bad at -- at --

33

1    Q. Two doors down, three doors down?
2    A. No, no. If you look at the Oracle 500
3    building, my office is here, his office is there
4    (indicating).
5    Q. Okay.
6    A. It's a --
7    Q. Circular kind of --
8    A. Yes.
9    Q. Okay. Where was Mr. Ellison's office?
10   A. He -- he was on the 11th floor.
11   Q. Did the corporate financial planning and
12   analysis group interact with any of the other accounting
13   groups at Oracle during the relevant period?
14   A. Sure.
15   Q. And how did they interact?
16   A. When evaluating the financial forecasts results
17   or budget results against actuals, they would interact
18   to evaluate any variances of actuals against forecast or
19   budget.
20   Q. And who would do the -- the variance
21   evaluations?
22   A. Well, it's not just the corporate financial
23   planning and analysis folks. It would also be all of
24   the financial analysts around the globe that would
25   interact. So finance directors, financial analysts all

34

1    around the globe would interact with their accounting
2    counterparts.
3    Q. Can you describe for me the budgeting process
4    at Oracle during the relevant period?
5    A. Generally speaking, the field organizations
6    would start to work on setting goals for their division
7    in the December time frame through February. Forecasts
8    were -- sorry, not forecasts, but budgets were generally
9    submitted around the end of February or after February,
10   so that, you know, and I'm not sure in the timing of all
11   this, but -- because it's changed throughout the course
12   of the 16 years that I've worked at Oracle, but it's
13   always better to have three quarters behind your belt
14   and only one quarter left to forecast for the baseline
15   year.
16   But the budget meetings themselves -- so they
17   would submit their budgets into OFA around
18   February/March time frame, and then in late March/April
19   time frame there were budget meetings with
20   Larry Ellison.
21   Q. So the budget meetings were in March --
22   A. End of March --
23   Q. -- end of March, into April.
24   A. -- early April, into April, and sometimes into
25   May.

35

1    Q. And when you said, "OFA," that's Oracle
2    Financial Analyzer?
3    A. That is correct.
4    Q. Can you describe for me or tell me how the
5    divisions prepared their budgets.
6    A. No.
7    Q. Do you have any knowledge whatsoever on how
8    they did that?
9    A. I was not at the divisional level.
10   Q. Okay. So you pretty -- pretty much got
11   started, or your knowledge started with once the budgets
12   were entered into OFA; is that fair?
13   A. Once the budgets were submitted into OFA, we
14   would consolidate the budgets. So I collected the
15   budgets on a consolidated basis. I was not involved in
16   the development of the divisional budgets.
17   Q. Do you have any knowledge at all on how they
18   entered information or estimated revenues, expenses,
19   anything like that?
20   A. Targets were often given.
21   Q. Okay. And targets were given by whom?
22   A. Targets were often given by Larry and/or the
23   divisional heads of the business units.
24   Q. Okay. How many business units existed at
25   Oracle for budgeting purposes during the relevant time

36

1    period?
2        A.  I -- I can't quantify that.  I mean, there are
3    a number -- as an example, license is what I would view
4    as a business unit, but it's run on a geographic basis.
5        Q.  Okay.
6        A.  During that time period, the North America
7    organization or the Americas organization was actually
8    managed by four -- three or four individual people.
9        Q.  Now, I've seen references to OPI, OSI, and NAS.
10       Is that what you're referring to as Americas?
11       A.  That was what I referred to as North America.
12       Q.  North America.  Okay.
13       A.  LAD would be included to get to the Americas.
14       Q.  Okay.  And what does LAD stand for?
15       A.  Latin America Division.
16       Q.  So OPI, OSI, and NAS would be the North
17   Americas, and then if you add LAD, that's the Americas?
18       A.  That would be correct.
19       Q.  And which division did Canada fall into in
20   this, or did it?
21       A.  It currently is -- let -- let me step back.
22       It may have at that time been segmented by
23   vertical businesses, and it could have been reporting
24   into both NAS and OSI.
25       Q.  Okay.  So when you spoke of business units

37

1    preparing their budgets and putting them into OFA, how
2    would you refer to the Americas?  Is that a -- is that a
3    separate business unit?
4        Let -- let me start over.
5        Tell me which business units you remember
6    during the relevant time period reporting into the OFA.
7        A.  During the relevant time period, we did not
8    have one individual overseeing the Americas.
9        Q.  All right.  I'm just -- right now I'm just
10   trying to get an idea of which divisions reported
11   into -- their budgets into the OFA.
12       A.  Well, OPI, OSI, NAS, LAD, EMEA, Japan.
13       THE REPORTER:  I'm sorry, MEA?
14       THE WITNESS:  EMEA, E-M-E-A.
15       So in -- night sales and consulting were run
16   geographically.
17       MR. BRITTON:  Q.  Okay.
18       A.  So sales and EMEA would be a business unit in
19   my definition.
20       Q.  Okay.
21       A.  OSI would be a business unit in my definition
22   because they were managed by EVPs, or SVPs that
23   participated in the -- meetings.
24       THE REPORTER:  In the what meetings?
25       THE WITNESS:  The executive management

38

1    committee meetings.
2        MR. BRITTON:  Q.  You refer to those meetings
3    as either EMC or EC?
4        A.  That is correct.
5        Q.  You mentioned sales and EMEA.
6        What is sales?
7        A.  License sales.
8        Q.  I think it's sales, correct?  Or are you saying
9    sells?
10       A.  Sales refers to license -- when I say "sales,"
11   I'm referring to license and sales.
12       Q.  Sales, S-A-L-E-S?
13       A.  S-A-L-E-S.
14       Q.  Okay.
15       A.  As distinguished from consulting, support, and
16   education.
17       Q.  Okay.  So let's take the OPI.  Who -- who was
18   the business head in OPI during the relevant period?
19       A.  If I recall correctly, it would have been
20   Frank Varsano, but I believe he reported to
21   Sandy Sanderson.
22       Q.  Did Nussbaum, John Nussbaum, ever take over?
23       A.  Jay Nussbaum.
24       Q.  Jay Nussbaum.
25       Did he ever take over OPI, or am I thinking

39

1    differently.  Withdrawn.
2        Which -- which division was Jay Nussbaum
3    responsible for?
4        A.  He was responsible for OSI.
5        Q.  OSI, okay.
6        And that was throughout the entire relevant
7    period, June to June?
8        A.  I believe so.
9        Q.  The same for Frank Varsano?
10       A.  I'm not certain.
11       Q.  And who is the business head for NAS?
12       A.  George Roberts.
13       Q.  And then LAD?
14       A.  Sandy Sanderson had responsibility for LAD.  He
15   had somebody running it for him.  I believe it was
16   Sebastian Gunningham, but I am not certain.  People come
17   and go.  And at the time I just don't remember.
18       Q.  I would say so.  Sixteen years.
19       Okay.  Did Mr. Sanderson have overall
20   management responsibility for these divisions?
21       A.  No, he did not.
22       Q.  For any of them?
23       A.  I believe he had responsibility for OPI, I
24   think -- during the relevant period, if I recall
25   correctly, and I may not have this correct.  I believe

40

1   Frank Varsano reported to Sandy, and

2   Sebastian Gunningham, who ran LAD, reported to Sandy.

3       Q.  Okay.  Okay.  Let's go back to the budgeting

4   process.

5       Once the budgets were entered into OFA, can you

6   tell me how that process happened; how were the budgets

7   entered into OFA?

8       A.  The field finance organization that reports up

9   ultimately through me would enter in the business units

10  budgets into OFA at the field level.

11      Q.  Okay.  So the field finance organization.

12  Who -- how many individuals are in the field finance

13  organization?

14      A.  Hundreds.

15      Q.  Hundreds.  I won't ask you to name them all.

16      Who -- who did you deal with in terms of a

17  direct-report in that organization, or was it -- was it

18  a separate organization that had direct-reports, similar

19  to O -- OPI and OSI and NAS?

20      A.  So I am going to start with -- with the easy

21  side.  So what we're referring to, global, okay.

22      Q.  Okay.

23      A.  EMEA, William Plant reported to me, so I would

24  interface with him.

25      Greg Davies, who ran Asia Pacific.  I would

41

1   interface with him.

2       Japan, the CFO of Oracle Japan, which is a

3   publicly traded company, I would interface with him.

4       Q.  And who is that?

5       A.  At the time it was Akira Minamono-San.

6       THE REPORTER:  I'm sorry, repeat that.

7       THE WITNESS:  Akira --

8       MR. BRITTON:  I knew that would get you all

9   upset.

10      THE WITNESS:  Akira Minamono-San.

11      MR. BRITTON:  Q.  Okay.  All right.  So that's

12  from Japan.

13      A.  And then for the Americas, within Latin America

14  it was Cheryl McDowell.  And then within the North

15  Americas it was divided up.  Sarah Kopp supported

16  Jay Nussbaum for OSI --

17      THE REPORTER:  I'm sorry, Sarah Kopp what?

18      THE WITNESS:  Supported Jay Nussbaum for OSI

19  Division.  David Winton supported George Roberts for the

20  NAS division, and Jim English supported Frank and/or

21  Sandy Sanderson, partly during the relevant period.  I

22  believe Ivgen Guner was speaking with Frank and Sandy

23  during the first half of the relevant period, and then

24  she came over to corporate to work directly for me.

25      MR. BRITTON:  Q.  Okay.  Okay.  Now, the

42

1   individuals that you just listed for each of these

2   regions, are those the individuals that you -- you,

3   yourself, primarily interacted with?

4       A.  That would be correct.

5       Q.  Did you interact with anyone else at -- you

6   personally -- interact with anybody else at EMEA?

7       A.  I might have on occasion spoken to one of

8   Williams' direct-reports.

9       Q.  And do you remember who that was?

10      A.  If we're referring to sales only, it would have

11  been Nick Hooton.

12      Q.  What about expenses?

13      A.  During the forecasting process, the focus was

14  primarily on license revenues.

15      Q.  Was there any focus on expenses?

16      A.  Yes, but that was done at the consolidated

17  level.  We'd look at it.

18      Q.  So that was up above the OFA level; is that

19  right?

20      A.  Are we talking about budgets, or are we talking

21  about forecasts?

22      Q.  Budgets.

23      A.  Yeah, there was focus on expenses, but -- so

24  those individuals that I just named were responsible for

25  supporting the business units, both revenue expenses and

43

1   margin, as well as account.

2       Q.  Okay.  So when you -- when you qualified your

3   answer with, if we're talking about sales, you dealt

4   with Nick Hooton?

5       A.  No.  That is not what I said.

6       Q.  Okay.

7       A.  You asked me if I had spoken with anyone else

8   in EMEA other than William.

9       Q.  Right.

10      A.  And I said I may have on occasion spoken to

11  Nick Hooton.

12      Q.  Okay.

13      A.  And that would have been for license.

14      Q.  For license?

15      A.  License sales.

16      Q.  What about for consulting?

17      A.  I don't believe I had any contact directly at

18  the time.

19      Q.  Okay.  Okay.  And Asia Pacific, did you speak

20  to anyone other than the business head during the

21  budgeting process?

22      A.  I thought we were speaking about my

23  direct-reports.

24      Q.  I'm trying to get an idea of the budgeting

25  process and how information flowed up and who you

44

1  interacted with at each of the regions that you listed.
2      A.  I would interact with my finance
3  direct-reports --
4      Q.  Right.
5      A.  -- who supported the business unit leaders --
6      Q.  Right.
7      A.  -- across the geographies and the various
8  business -- lines of businesses, whether it be sales,
9  consulting, support, or education.
10      Q.  Okay.  So I think I -- I understood --
11      A.  And they would work directly with the business
12  unit leaders to help to develop a revenue and expense
13  budget for their area of responsibility.
14      Q.  Okay.  So who -- who in Asia Pacific did you
15  interface with again; who was the person, the name?
16      A.  Greg Davies.
17      Q.  Davies.  Okay.
18      And then anybody --
19      A.  And he supported Derek Williams.
20      Q.  Right.
21      And did you interface with anybody other than
22  Greg Davies in Asia Pacific during the budgeting
23  process?
24      A.  During the budget reviews that were held with
25  Larry, the business unit leader would attend that

45

1  meeting with their finance support individual.  So for
2  example, when Derek Williams had his budget review
3  meetings, he would come and he would bring Greg Davies
4  with him.
5      Q.  Okay.
6      A.  So during the budget review presentations, if I
7  was in presence at any of those meetings which, for the
8  most part, I would have been, unless there was a
9  conflict, I would have had contact with both.  The
10  direct-reports in finance reported to me, as well as the
11  business unit leaders that were responsible for their
12  respective organizations.
13      Q.  Okay.  That makes sense.
14      And then the individual that you named for
15  Japan.  I am not even going to attempt to re -- repeat
16  that.  Was that the financial support person?
17      A.  That was the CFO.  He -- he supported the CEO
18  of Oracle Japan.
19      Q.  Okay.  Let's go to the Americas.
20      And Latin America LAD, did you speak to anyone
21  other than the business head and Cheryl McDowell?
22      A.  I have spoken with Sandy Sanderson and
23  Sebastian Gunningham, if he was the individual that was
24  reporting to Sandy at the time, would have attended a
25  budget review session.

46

1      Q.  Okay.  Okay.  So is it fair to say that your --
2  your primary contact was with those at the top -- the --
3  the -- financial support as well as the business
4  head, and you didn't really go down deeper into the
5  organization?
6      A.  That would be correct.  But, again, understand
7  that my contact was more frequent with the folks that
8  reported to me.  My contact with the business unit
9  leaders were primarily limited to the budget review
10  meetings --
11      Q.  Okay.
12      A.  -- when dealing with the preparation of the
13  budgets.
14      Q.  Were the -- the three individuals that you
15  named in the financial planning department, were they
16  involved in this process as well?
17      A.  They were involved in the tactical aspects of
18  it, yes.
19      Q.  Okay.  What do you mean by "the tactical
20  aspects of it"?
21      A.  Managing OFA, submitting the budget, submission
22  calendar, reconciling budget in OFA to the control
23  reports given to us by the divisions, helping to define
24  budget assumptions that folks should be using for
25  developing their budgets, and communicating with the

47

1  broader global finance community.
2      Q.  Okay.  When you said "submitting the budget,"
3  what -- what were you referring to?  Can you give me an
4  example of how they submitted the budget, the
5  individuals in this group?
6      A.  Which individuals are you referring to?
7      Q.  The three individuals in the financial planning
8  and analysis department.
9      A.  They set the submission deadlines.
10      Q.  Okay.
11      A.  They didn't submit the budgets.  The field
12  finance organization submitted the budgets.  They would
13  reconcile the numbers in OFA to the control sheets that
14  were provided by the field finance organizations to
15  ensure that the budgets were submitted correctly.  There
16  was often reconciliation issues that we had to tie up
17  and resolve.
18      Q.  Okay.  And then "helping to define budget
19  assumptions," what did you mean by that?
20      A.  An example would be what salary raise pool
21  should be assumed for the upcoming fiscal year.
22      Q.  And where would those assumptions come from?
23      A.  Generally speaking, we would speak with HR and
24  get the relative CPI indexes of the individual countries
25  around the globe, and during that time I believe that

48

1  that was the primary basis for defining what the salary
2  budget assumptions would be.
3      Q.  Okay.
4      A.  We would also discuss it with the CFO and
5  assure the CFO -- you know, we'd get some clarity
6  on it because they were preliminary budgets.
7      Q.  Right.
8          Okay.  Were there any other budget assumptions
9  other than the salary raise pool?
10     A.  There may have been additional assumptions
11 regarding bonuses, as an example, what bonus rate
12 assumptions should be used.
13     Q.  Any others that you could recall?
14     A.  We may have given out revenue targets and
15 margin percent targets for the revenue producing lines
16 of business.
17     Q.  Okay.
18     A.  And there may have been even head count
19 assumptions, head count growth assumptions.
20     Q.  Now, was there a process at Oracle where these
21 assumptions would be developed or -- or set?
22     A.  During the relevant period, I do not recall
23 precisely the process that was employed.  Generally
24 speaking, you know, we would, as I mentioned before, get
25 the CPI rates for various countries to set the salary

49

1  budgets, and I would often get clarification from
2  Jeff Henley, who was the CFO, as to whether or not some
3  of the head count and bonus and salary rate assumptions
4  were appropriate for purposes of preliminary -- or
5  preparing the preliminary budgets.  Any revenue or
6  margin assumption targets generally would come from --
7  from Larry.
8      Q.  And how were those -- how were the revenue
9  target assumptions and the margin percentage assumptions
10 communicated to you?
11     A.  They could have been verbally communicated to
12 me.  They could have been communicated to me and in a
13 meeting.  I don't recall.
14     Q.  Were they communicated to you directly by
15 Mr. Ellison?
16     A.  I don't recall.
17         They could have also come from Safra Catz via
18 Larry.
19     Q.  Okay.  Who is Safra Catz?
20     A.  She is our -- one of our copresidents and our
21 interim chief financial officer.
22     Q.  Were there any processes at Oracle to ensure
23 that the information coming from the divisions, the
24 business units, was reliable?
25         MR. RUBENSTEIN:  Object to the form.

50

1          THE WITNESS:  I don't understand your question.
2          MR. BRITTON:  Q.  Were there any variance
3  testing or quality assurance processes to make sure that
4  the numbers that were being entered into the budgets by
5  the business units were, you know, legitimate or
6  reasonable or justified?
7          MR. RUBENSTEIN:  Same objection.
8          THE WITNESS:  The -- the business units owned
9  the budgets.  We were responsible for reconciling what
10 was in OFA to their control reports.
11         MR. BRITTON:  Q.  Okay.  And are you familiar
12 at all with the process in the business units where they
13 would make sure that potential deals being entered and
14 potential expenses being entered into the budgets were
15 reasonable and based upon legitimate business reasons?
16     A.  As I mentioned earlier, I was not involved in
17 the development of the divisional business unit budgets.
18 I would be involved in issuing targets if I was asked to
19 do so by Larry or Safra or Jeff.
20     Q.  Okay.  Are you familiar with any variance
21 testing that Oracle did to -- to test the accuracy of
22 the divisional budgets?
23         MR. RUBENSTEIN:  Object to the form.
24         THE WITNESS:  I don't understand your question.
25         MR. BRITTON:  Q.  Okay.  I'm trying to

51

1  understand if there was any process at Oracle to test
2  the budgets that were coming in from the division to
3  make sure that they were as accurate as possible to
4  rect -- correct any problems to make sure they were more
5  accurate or reasonable.  Is there anything like that --
6          MR. RUBENSTEIN:  Same objection.
7          MR. BRITTON:  Q.  -- that you're familiar with.
8      A.  As I mentioned before, we reconciled the
9  budgets that were submitted to control reports that were
10 provided to us by the field finance organization.
11     Q.  Now, the control reports, what are those?
12     A.  Well, as an example, if EMEA was submitting
13 a -- a budget of license revenues of a hundred dollars
14 and expenses of $50, they would give us an Excel
15 spreadsheet or tell us what the total number should be;
16 and when we consolidated the data in OFA, we would
17 validate that what was in OFA equaled their control
18 reports.
19     Q.  So it was a -- it's a -- just a comparison?
20     A.  It's a reconciliation.
21     Q.  Right, okay.
22     A.  A tie out.
23         MR. RUBENSTEIN:  We can take a break whenever
24 you want.
25         MR. BRITTON:  Yeah, whenever you're -- we can

52

1   take a break.

2      MR. RUBENSTEIN:  We don't have to take a break

3   now, but I just wanted to let you know.

4      THE WITNESS:  Oh, sure.

5      MR. BRITTON:  Q.  Okay.  What happened after

6   the reconciliation of the OFI -- OFA to the control

7   sheet in the budgeting process?

8     A.  If any errors were detected, we would notify

9   the field finance organization, and they would make

10  their appropriate corrections in OFA.

11     Q.  Okay.  And then what happened next in the

12  budget process?  What was the next step?

13     A.  The next step was that each of Larry's

14  direct-reports would meet with him during the late

15  March/April time frame, and they would review their

16  budgets with him as well as go over issues,

17  opportunities, challenges, whatever they decided that

18  they wanted to present.

19     Q.  Were you involved in that process at all?

20     A.  I attended those meetings.

21     Q.  Okay.  Did you have any input in the process?

22     A.  I did not have the input into the divisional

23  preparations of their operation reviews.  My field

24  finance direct-reports that supported the various

25  business unit -- unit leaders would work with them to

53

1   develop their operations review, which is what we call

2   it.  We don't call it a budget review.  We call it an

3   operations review, and they would assist in that

4   PowerPoint presentation.

5     Q.  So would each business unit -- or the head of

6   each business unit would give a presentation on their

7   budget to Larry during these meetings?

8     A.  Right.

9     Q.  Okay.

10     A.  And -- and the one -- one part of the

11  involvement that I may have had was to make sure that

12  they used an appropriate template, because Larry was

13  very keen on wanting to see revenue growth, margin

14  growths, and margin percent.

15     Q.  And how many of these meetings which you --

16  would typically occur during a budgeting process,

17  presentations to Larry, the operations review meetings?

18     A.  Generally, each -- there would be one meeting,

19  for the most part, with each of his direct-reports.  If

20  there were any issues that Larry had or concerns that he

21  had, he may ask that they come back.

22     Q.  Okay.  Were there any manuals or sets of

23  instructions or anything in Oracle that described the

24  process of budgeting at Oracle?

25     A.  No, not that I'm aware of.

54

1     Q.  Okay.  So how were -- how were individuals

2   trained in how to do the budgeting process at Oracle?

3   Let's start with the field.  Are you aware?

4     A.  Well, over the course of several years, each

5   organization had developed their own Excel models to

6   help build a -- budget, but those, during the relevant

7   period, varied amongst all of the various groups.  There

8   was no global standard.

9     Q.  Were you involved at all after the operations

10  review, the presentations to Larry?  Were you involved

11  at all in the interaction, the finaling of the

12  preliminary budget for each of those business units?

13     A.  I don't understand your question.

14     Q.  The way I'm envisioning the process working is

15  you'd have preliminary budget from each of the business

16  units that they would present to Larry, and then Larry

17  would see the presentation and give them feedback.  And

18  then there would be a final pre -- or a final budget

19  prepared based upon Larry's feedback.  Am I seeing that

20  correctly?

21     MR. RUBENSTEIN:  Object to the form.

22     THE WITNESS:  Generally speaking -- I want to

23  lower this.

24     Generally speaking, there were revenue growth

25  targets and margin percent targets that were agreed at

55

1   the budget review meetings for the revenue-producing

2   business units, and our process is to take the actuals

3   for the current fiscal year and apply those agreed

4   revenue and margin targets to the actual results to

5   define what the budget would be for the following year.

6     MR. BRITTON:  Q.  Okay.

7     A.  So the budgets were not essentially fully

8   determined until after we closed our books for the

9   current fiscal year so that we could apply those

10  agreed-upon revenue and margin targets to the

11  revenue-producing business units, and expense-target

12  growth rates were also applied to the actuals.

13     Q.  And that was done by year and by quarter?  Was

14  that -- that process that you just described, did they

15  do that --

16     A.  They were annual targets.

17     Q.  They were annual targets, okay.

18     Now, I want to talk a little bit about how the

19  revenue targets and the margin percentage targets were

20  agreed upon.

21     Can you describe that process for me.

22     A.  There was dialogue between Larry and his

23  business units as to what they felt that they could

24  achieve.

25     Q.  Did you witness that dialogue during the

56

1 relevant period or during the -- the budgeting process
2 for fiscal '01?
3     A.  For fiscal '01, I was not involved in the
4 majority of the budget reviews, if I recall correctly.
5     Q.  That's when you were out on sick leave?
6     A.  I was out in April through about July.
7     Q.  So that's right through the budgeting process,
8 okay.
9         MR. RUBENSTEIN:  Why don't we take a
10 five-minute break.
11        MR. BRITTON:  Sure.  Absolutely.  Let's take a
12 five-minute break.  Let's do that.
13        THE VIDEOGRAPHER:  Going off the record.  The
14 time is 9 -- or 10:45.
15        (Recess taken.)
16        THE VIDEOGRAPHER:  Going back on record.  The
17 time is 10:59.
18        (Whereupon, Plaintiffs' Exhibit 2 was marked
19        for identification.)
20        MR. BRITTON:  Q.  Okay.  The court reporter has
21 placed in front of you what's been marked as
22 Plaintiffs' -- or Minton Exhibit 2; and if you would
23 take a moment to look at that document and let me know
24 if you recognize it, I would appreciate it.
25        For the record, Minton 2 is -- starts with

57

1 Bates NDCAORCL 028477 through 80.
2        MR. RUBENSTEIN:  Doug, I am going to object to
3 the extent that the document is outside the relevant
4 period.
5        MR. BRITTON:  Yeah.
6        MR. RUBENSTEIN:  It's dated April of 2000.
7        MR. BRITTON:  Yeah.
8        MR. RUBENSTEIN:  So I don't know quite how you
9 intend to use it, but depending on how it goes --
10        MR. BRITTON:  Just understanding the budgeting
11 process.
12        MR. RUBENSTEIN:  All right.  As long as it's
13 clear that the budgeting process you're asking about is
14 the process for the relevant period.
15        MR. BRITTON:  It is.
16        MR. RUBENSTEIN:  All right.
17        MR. BRITTON:  I think it makes sense to omit
18 the prefix when we're describing these documents, so
19 everybody agrees, so --
20        MR. RUBENSTEIN:  That's fine.
21        MR. BRITTON:  -- when I reference a Bates
22 range, I am going to omit the prefix NDCAORCL, because
23 every document starts with that.
24        THE WITNESS:  I've read the document.
25        MR. BRITTON:  Q.  And do you recognize it?

58

1     A.  Vaguely.
2     Q.  Okay.  And it's -- it's an e-mail from
3 Peter Donnelly to you --
4     A.  Uhm-hum.
5     Q.  -- is that right?
6        Who is Peter Donnelly?
7     A.  Peter Donnelly, during this time period,
8 reported to Gary Bloom.  He was a finance person
9 supporting Gary Bloom.  So if you recall, earlier I told
10 you that we were globalizing the finance function under
11 me, Peter Donnelly was one of the last individuals to be
12 moved under my organization.
13     Q.  Okay.  So does this -- does this e-mail help
14 you place in time when the process of moving the
15 reporting over to you, when it started and when it
16 ended?
17     A.  No.  He did not report to me until -- until I
18 returned from medical leave.
19     Q.  Okay.
20     A.  If I may --
21     Q.  Sure.
22     A.  -- I think the -- the purpose of this note was
23 to make sure that there was agreement as to the
24 discussions and action items taken under various
25 budget-review meetings because I was just about to go on

59

1 to medical leave.
2     Q.  Okay.  Now, you mentioned Gary Bloom.  Who is
3 Gary Bloom?
4     A.  Gary Bloom was a -- a direct-report of
5 Larry Ellison.  He had originally responsibility for
6 various development organizations; platform technologies
7 is an example.  He took over education and support, I
8 think, sometime during the fiscal 2000 time period.
9     Q.  Okay.  Can you tell by looking at this document
10 what -- what business --
11     A.  I'm sorry, he also was responsible for
12 marketing.  He was -- they were globalizing marketing
13 under him as well.
14     Q.  Education, support, and marketing?
15     A.  That would be correct.
16        MR. RUBENSTEIN:  Doug, to confirm, are we
17 talking during the relevant period?
18        MR. BRITTON:  Yes.  And let me -- actually, let
19 me establish that.
20     Q.  Is this -- does this e-mail relate to the
21 budget process for fiscal year 2001?
22     A.  Yes.
23     Q.  Okay.  And let's -- I think it will be
24 easier -- helpful for me if we break down Oracle's
25 fiscal period.

60

1    It's not a calendar period, is it?

2    A.  Fiscal year ends on May 31st.

3    Q.  It's May 31st.

4    So the first quarter begins June 1st and ends?

5    A.  August 31st.

6    Q.  August 31st.  Thank you.

7    And then the second quarter, September 1st to

8    November 30th?

9    A.  30th.

10   Q.  Third quarter, December 1st to February 28th?

11   A.  Or 29th, if it's leap year.

12   Q.  Whichever, okay.

13   And then the fourth quarter goes from

14   March 1st to May 31st.

15   A.  That would be correct.

16   Q.  Okay.  Can you tell by looking at this string

17   of e-mails which business unit this relates to?

18   A.  It relates to multiple business units as

19   outlined in the e-mail:  support, accurate development,

20   education --

21   Q.  All right.

22   A.  -- Global IT, alliances, business online,

23   Oracle Mobile, and marketing.

24   Q.  Okay.  And what is Thacker Development?

25   A.  Thacker Development was the translation group.

61

1    Q.  So this --

2    A.  Translation and localization.

3    Q.  So these businesses had no relation to license

4    sales, right?

5    A.  That would be correct.

6    Q.  Okay.  Can you describe where in the process

7    that we spoke about this is taking place?  Is this after

8    an executive -- or a meeting with an operations review

9    with Larry Ellison?

10   A.  As I mentioned before, we had budget reviews or

11   operation reviews, whatever you want to call them, late

12   March or April time frame.

13   Q.  Right.

14   And Peter, who was supporting Gary Bloom, took

15   these notes based on the meetings that were taking place

16   during this time frame.

17   Q.  Okay.  If you turn to the third page, and it's

18   the page Bates ending 28479 --

19   A.  Uhm-hum.

20   Q.  -- there is a heading "Business Online."

21   A.  Correct.

22   Q.  And the first reference says, "No budget was

23   agreed to during the budget session."

24   And I'm trying to get an idea of the -- the

25   process that goes into if a -- if a budget isn't agreed

62

1    upon in the meeting with Larry, what happens afterwards

2    and how do you get to a final agreed-upon budget?

3    A.  If you recall, when I testified earlier that

4    when we would have these budget meetings we either

5    agreed or Larry would ask them to come back.  So in this

6    particular instance, if there was no agreement as to the

7    budget, then Tim would have to come back and re-present

8    a budget based on whatever dialogue or direction he was

9    given by Larry during the course of their budget-review

10   meeting.

11   Q.  Okay.  And -- and what types of things would

12   cause a disagreement on -- on a budget?  What would

13   cause somebody to have to go back and redo it?

14   MR. RUBENSTEIN:  Object to the form.

15   You can answer.

16   THE WITNESS:  If somebody presented a budget

17   that was not realistic or achievable, then Larry would

18   ask them to go back and revisit their budget.

19   MR. BRITTON:  Q.  And when you say, "not

20   realistic," what would that be -- withdrawn.

21   How -- what factors would go into determining

22   whether a particular budget that's being presented was

23   not realistic?

24   A.  As an example, and I do not recall the

25   specifics on this one, but if they wanted to add more

63

1    capacity quicker than what Larry had envisioned -- and

2    when I say, "capacity," I mean adding heads, as an

3    example -- then Larry would ask them to go back and

4    recalibrate their budgets using different assumptions

5    based on guidance that was given.

6    Q.  Okay.  What would cause -- withdrawn.

7    Was there -- in your experience, was there ever

8    an occasion where there was a disagreement on a budget

9    in terms of sales, sales growth, the sales forecast for

10   the year, that was not realistic or somebody had to redo

11   that budget?

12   A.  If you recall, I described that for the

13   revenue-producing units, we generally agreed a revenue

14   growth rate and a margin target for the subsequent

15   following fiscal year.  If an organization overachieved

16   in the current fiscal period, in other words, if they

17   said that they -- in their -- in their presentation if

18   they had a forecast for fiscal 2000 of a hundred million

19   in license sales, and they said that they had agreed to

20   a 10 percent license sales growth rate for the following

21   fiscal year, if they actually came in with 120 million,

22   they may have had some concerns about being able to

23   achieve a 10 percent growth target on the 120 million

24   versus the 100 million.

25   Q.  So it would be -- be unrealistic to achieve a

64

```
 1    certain revenue target because their numbers in the
 2    prior year were so good?
 3        A.  Well, they outperformed what was originally
 4    presented as to what they would achieve in the current
 5    fiscal year period during their operations review.
 6        Q.  Okay.  How long did these operation-review
 7    meetings take?
 8        A.  It depended on the organization and -- and the
 9    amount of material that each business unit leader wanted
10    to present.
11        Q.  And who were the attendees of these meetings?
12        A.  The business unit leader that was responsible
13    for presenting.  So as an example, in this case, these
14    could have been individual meetings for each of these
15    business -- lines of businesses that we're talking about
16    here.
17           So marketing, as an example, it would have been
18    Mark Jarvis who reported to Peter -- I'm sorry, who
19    reported to Gary Bloom.  So those two would have been in
20    attendance, as well as Peter Donnelly, since he was the
21    financial planning and analysis guy supporting
22    Gary Bloom, myself, Jeff Henley, Safra Catz,
23    Larry Ellison, and at times, Ivgen Guner may have
24    participated.
25           It's important to note that not everybody
```

65

```
 1    always made each of these meetings, so the core -- the
 2    core attendees, if you will, were Larry, Safra, Catz,
 3    Jeff Henley, the CFO, myself, and sometimes Ivgen Guner.
 4        Q.  Okay.  And only the -- withdrawn.
 5           Only the business heads for the particular
 6    units under review would be in attendance during these
 7    meetings?
 8        A.  Generally speaking.  The business unit leader
 9    might invite somebody else to attend, or we may have had
10    two reviews done sequentially; and so it's possible that
11    when the marketing budget was done that the alliance
12    budget was done at the same -- you know, either right
13    before or right after, so they may have participated in
14    each other's sessions.  It would have been up to
15    Gary Bloom to decide who he wanted to attend the
16    sessions.
17        Q.  Okay.  But there wasn't a meeting where all of
18    the business heads attended?
19        A.  All at once?
20        Q.  Yeah, all --
21        A.  Oh, absolutely not.
22        Q.  Were there any meetings like that in the
23    budgeting process where all of the units participated?
24        A.  During the relevant period?
25        Q.  Yeah.
```

66

```
 1        A.  Defined as June 1st, 2000 --
 2        Q.  Well, we're talking about the budgeting
 3    forecasts.  So we're talking about the budgeting process
 4    for fiscal '01, so that would have necessarily occurred
 5    prior to that relevant period.  So we are looking at
 6    March/April time period, possibly May of 2000.
 7        A.  There was a meeting in 2000 or 1999,
 8    where it was a larger group of, you know, EVPs, and some
 9    of their directs -- I'm not sure if that was in 1999 or
10    2000 --
11        Q.  Okay.
12        A.  -- where there was just general budget
13    discussions, but that was not a standard process.
14        Q.  So, generally speaking, it was the particular
15    units that were under review that would be there?
16        A.  That -- that would be correct.
17        Q.  Okay.  You can put that document aside.
18           (Whereupon, Plaintiffs' Exhibit 3 was marked
19           for identification.)
20        MR. BRITTON:  Q.  Okay.  The court reporter has
21    placed in front of you what's been marked as Minton
22    Exhibit 3; and if you could take a moment to take a look
23    at this and let me know if you recognize it, I'd
24    appreciate it.
25           The Bates -- it's a one-page document,
```

67

```
 1    entitled, "Budget Growth Rate Comparison, hyphen,
 2    License," and the Bates number is 041949.
 3        A.  I don't recall seeing this document.
 4        Q.  Okay.  Do you know what type of document this
 5    is, or how it was used in the budget process?
 6        MR. RUBENSTEIN:  Object to the form.
 7        THE WITNESS:  I -- I don't recall seeing this
 8    document.
 9        MR. BRITTON:  Q.  So is it fair to conclude
10    from that this isn't a typical document used in the
11    budgeting process?
12        MR. RUBENSTEIN:  Object to the form.
13        THE WITNESS:  I don't recall this document.
14        MR. BRITTON:  Q.  If you look at the second
15    box, there is a reference to "LJE agreed-upon growth
16    rate."
17           Have you heard that term used in the budgeting
18    process in your experience, in particular to the
19    budgeting process for fiscal '01?
20        A.  Again, we would agree targets in the
21    budget-review meetings.
22        Q.  So is -- do you know if this is referring to
23    Larry J. Ellison --
24        A.  I --
25        Q.  -- "agreed-upon"?
```

68

1  A. I did not create this document. I -- I can
2  assume that it is.
3  Q. Okay. You can put that document aside.
4  A. By the way, this document was created when I
5  was already on medical leave.
6  Q. Uh-huh, okay.
7  Had you seen documents similar to this in prior
8  budget processes?
9  A. Again, I do not recall seeing this document.
10  Q. Or even its form?
11  A. I don't recall seeing this document.
12  Q. But I'm getting at the form, not the particular
13  document, the form of the document, the layout.
14  A. We've had so many different layouts over the
15  course of the years.
16  Q. Okay.
17  A. I just -- just don't recall it.
18  (Whereupon, Plaintiffs' Exhibit 4 was marked
19  for identification.)
20  MR. BRITTON: Q. The court reporter has placed
21  in front of you what's been marked as Minton Exhibit 4.
22  If you take a moment to review this exhibit, please.
23  And for the record, Minton Exhibit 4 is
24  entitled, "Fiscal 2001 Budget," starts with Bates 039895
25  and ends at 039918.

69

1  Have you had an opportunity to review this
2  exhibit?
3  A. Yes, I have.
4  Q. And do you recognize it?
5  A. I rec -- I recognize the format of it.
6  Q. Okay. And what is this document?
7  A. This would be a budget package that was
8  provided to the board of directors.
9  Q. And this board of directors' meeting was
10  July 17, 2000, at least that's what the document
11  indicates?
12  A. That would be correct.
13  Q. Okay. Were you back from six -- sick leave by
14  this time?
15  A. I'm not certain. I -- I'm not really certain.
16  Q. Is --
17  A. I think I came back around July time frame, so
18  it could have been right before, right after.
19  Q. Did you participate in board meetings --
20  A. No.
21  Q. -- typically?
22  A. Never have.
23  Q. Never have.
24  The -- withdrawn.
25  Was the board involved at all in approving the

70

1  budget at Oracle?
2  A. Again, I was never at a board meeting, so I
3  don't know if they officially approved it or not.
4  Q. Okay. Was it your understanding, based upon
5  your experience there, that the budget would have to be
6  approved by the board before it would go forward?
7  A. We presented the budget to the board. Being
8  that I was not at the board meeting, I don't know if it
9  was ever formally approved.
10  Q. Okay. Did you ever hear that in
11  your -- withdrawn.
12  Did you ever hear, in your discussions with
13  anybody at Oracle, that the board of directors had to
14  approve a budget before Oracle would go forward with
15  that budget?
16  A. Not that I recall.
17  Q. Okay. How long after -- withdrawn.
18  How long did the budget-review process take
19  before ultimately a budget was agreed upon?
20  A. The budget would be essentially agreed upon by
21  management prior to submitting it to the board. So,
22  again, as I testified earlier, we would agree in the
23  preliminary budget meetings revenue targets and margin
24  percent targets for the revenue producing lines of
25  business and expense targets for the expense-based

71

1  units.
2  Q. Okay.
3  THE REPORTER: Expense-based?
4  THE WITNESS: Expense only business units.
5  We would apply those targets to the actuals; if
6  there was any disconnects, as the example that I gave
7  you earlier, if somebody had overly achieved, there may
8  have been an occasion agreement to reduce their overall
9  license or consulting or support or education targets.
10  And if that was agreed by Larry, we would have made that
11  change, and then produced the final budget for
12  submission to the board.
13  Q. Okay. Were you involved -- and we're talking
14  about fiscal year 2001. Were you involved in setting
15  the growth targets for this fiscal year?
16  A. I attended some of the meetings. I don't
17  believe I attended all of them because I went on medical
18  leave and was busy going to doctor's appointments and
19  whatnot. I don't set the targets. I communicate the
20  targets.
21  Q. Okay. Are you -- do you have an understanding
22  at all of how the targets are set, the process that goes
23  into that?
24  A. Larry would have -- Larry would either agree a
25  target -- the problem is I don't know what dialogue

72

1    Larry may have had with the business unit leaders.
2    Q.   Right.
3    A.   So they could have either come up with their
4    own target or Larry would have asked them to achieve a
5    different target; but how they came to formal conclusion
6    on those targets, I was not privy to all of those
7    conversations — and/or meetings.
8    Q.   Okay.   Okay.   You can put this exhibit aside.
9    Actually, before you do that —
10   A.   Sure.
11   Q.   — is a budget — is this — withdrawn.
12        Is this the budget for 2001?
13   A.   This would have been the budget for 2001.
14   Q.   Okay.   Now, can you turn to the — the page
15   that ends with Bates 901.
16   A.   Uhm-hum.
17   Q.   There's the second column from the right going
18   to the left.   It says, "Growth Percentage," and then it
19   has bracket U and then F, or both — actually both
20   columns to the right have it.
21        Do you know what that's referring to, the U?
22   A.   Yes, I do.
23   Q.   What is that?
24   A.   Unfavorable.
25   Q.   Unfavorable.   And the F would be favorable?

73

1    A.   You're on target.
2    Q.   Okay.   Now, if you go down into that column,
3    there is negative references, like minus 3 percent, and
4    going further down minus 16 percent.   I would assume —
5    is it fair to assume that that's an unfavorable growth
6    percentage?
7    A.   Which — which line are you referring to,
8    please.
9    Q.   Let's go to the one to second end from the
10   right, and go down to where the first — it says "minus
11   9 percent."
12   A.   Minus nine —
13   Q.   Right
14   A.   — right.
15   Q.   Is that — the confusion or the question I'm
16   asking is, sometimes you'll see a negative number.   The
17   negative is indicated by brackets, but this — the —
18   there is a bracket around the U, but there is no
19   brackets in the column.   I'm just wondering if a neg—
20   a negative number is unfavorable, or is there no
21   unfavorable growth percentages in this column?
22   A.   A negative would be an unfavorable.
23   Q.   Okay.   So — so instead of putting the brackets
24   around it, they put a minus sign?
25   A.   That would be correct.

74

1    Q.   All right.   Okay.   The budget at Oracle for
2    fiscal 2001, was it a rolling budget?
3        Are you familiar with what a rolling budget is?
4    A.   There was — and I am not certain what time
5    period the concept of rolling the budgets, like having a
6    rolling budget, more or less, what I would call an
7    outlook versus the budget.   The budget was really the
8    budget that was set at the beginning of the year.   There
9    may have been agreements to revise a budget number
10   during the course of the year; and if so, when we made
11   changes, we would reflect those changes and provide a
12   revised analysis to the board at a subsequent board
13   meeting.
14   Q.   Okay.
15   A.   The term "rolling budget" for me means having
16   people continuously looking on a rolling of 12-month
17   basis on a go-forward basis.   So I would call that more
18   of an outlook.
19   Q.   Okay.   So there wasn't the outlook process at
20   Oracle?
21   A.   No, no.   Well, there is an outlook process.
22   Q.   But the budget wasn't on an outlook basis for
23   Oracle?
24   A.   No, no.
25   Q.   Did Oracle, during fiscal 2001, revise its

75

1    budget at all, to your knowledge?
2    A.   I don't recall.   It's possible.
3    Q.   And can you describe for me how that would
4    happen, what the process would be?
5        MR. RUBENSTEIN:   You mean if the process — if
6    the budget was going to be revised?
7        MR. BRITTON:   Q.   Right.   If it was going to be
8    revised, how — how would that come about and how would
9    that happen?
10   A.   If a business unit leader, as an example, felt
11   that their budgeted revenue or expense growth rate was
12   unattainable, they may have had some dialogue with Larry
13   and got approval to modify their budget.
14   Q.   Okay.
15   A.   We would then modify the budget in OFA and
16   produce a revised budget.
17   Q.   Okay.   You can put that document aside.
18        Now, we've been talking about sales and growth
19   percentages and revenue percentages.   The budgeting
20   process for expenses at Oracle, was it the same as it
21   was for the revenue side?
22   A.   The revenue-producing business units, or lines
23   of businesses, we would agree a revenue target, a
24   revenue growth target, and a margin target; so by
25   default, the expense budget would fall out.

76

1    Q.  Oh, okay, because when you have your margin
2  percentage, that gives you your expense?
3    A.  Well, A minus B equals C.
4    Q.  Right.  It's the --
5    A.  We did an agreed expense growth.  For any
6  revenue-producing unit, we never agreed to expense
7  growth target; we agreed a margin percent target.
8    Q.  And that would ultimately lead to what the
9  expense budget was?
10    A.  That is correct.
11    Q.  What about for nonrevenue-producing units?
12    A.  We would agree on a growth target for the
13  nonrevenue-producing units.
14    Q.  Okay.
15    THE REPORTER:  I'm sorry.  We would agree on a?
16    THE WITNESS:  Expense growth target, which
17  could have been either a favorable target or an
18  unfavorable target, an increase or a decrease.
19    MR. BRITTON:  Q.  In 2001, was
20  there -- withdrawn.
21    What was the target set for 2001 in terms of
22  expenses?
23    A.  It was agreed on individual organizational
24  basis.  It was not agreed in totality.
25    Q.  So it wasn't a, you know, general we want

77

1  10 percent or -- withdrawn.
2    Let me -- we need to change the tape, so...
3    THE VIDEOGRAPHER:  In the deposition of
4  Jennifer Minton, this marks the end of Tape 1, Volume I.
5  Going off the record.  The time is 11:33.
6    (Discussion off the record.)
7    THE VIDEOGRAPHER:  In the deposition of
8  Jennifer Minton, this marks the beginning of Tape 2,
9  Volume I.  Going on the record.  The time is 11:38.
10    MR. BRITTON:  Q.  How does the budgeting
11  process at Oracle affect the forecasting process at
12  Oracle, if at all?
13    MR. RUBENSTEIN:  Okay.  Just to clarify, you're
14  talking about during the relevant period?
15    MR. BRITTON:  Yes.
16    MR. RUBENSTEIN:  All right.
17    THE WITNESS:  At the beginning of the fiscal
18  year, we would copy the budget into the forecast cube.
19  So at that one point in time, they would be identical;
20  but then, as the next forecast takes place, it would
21  then -- you know, and this would be like in the
22  June/July time frame.  You know, we would copy it over,
23  and then the forecast gets updated from there.  So
24  that's the only tie to the forecast and the budget.
25    MR. BRITTON:  Q.  Does the budget become

78

1  obsolete at some point because of the forecasting
2  process?
3    A.  I would say that we rely heavily on the
4  forecasting process.  The budget is at a point in
5  time --
6    Q.  Right.
7    A.  -- but we primarily focus on the forecast, not
8  the -- not the budget.
9    Q.  Okay.  Is it fair to say that the budget is a
10  starting point of the forecast?
11    A.  Again, when I -- when I said that we copied the
12  budget over, it was really to simplify the tactical data
13  entry for the field finance organization, so that they
14  wouldn't have to --
15    Q.  Right.
16    A.  -- retype in the -- you know -- you know, for
17  each month, each account, you know, so you have an -- an
18  income statement, salaries, bonus, commission, travel
19  and entertainment, you have all those lines by cost
20  center for 12 months.  So we would copy the -- the
21  budget into the forecast cube as a starting point to
22  simplify the forecasting process for the financial
23  analysts only.
24    Q.  Okay.  Is it fair to say that Larry Ellison was
25  the individual that set the growth targets at Oracle?

79

1    A.  Again, as I testified earlier, he may have had,
2  and it's likely that he did dialogue with the individual
3  business unit leaders, but the -- the final targets were
4  clearly agreed by Larry.  Whether or not he, you know,
5  set them 100 percent, I don't think is necessarily a
6  fair statement.
7    Q.  But he was -- he had a lot of influence in
8  setting the targets; is that fair?
9    A.  He had to agree the final targets.
10    Q.  Do you know how he came up in his mind on what
11  percentage targets he was looking for?
12    A.  You would have to ask Larry that question.
13    Q.  So you don't know, you have no idea?
14    A.  I'm sorry, I don't understand your question.
15    Q.  So you have no idea how he came out -- he came
16  about setting the growth targets for the year for
17  Oracle?
18    A.  He was looking for margin growth.
19    Q.  Right.
20    A.  But, again, it's not setting it for the entire
21  company.  He would -- it's done on an individual
22  organizational level, and then it's rolled up, and the
23  rolled up number is what it is.
24    Q.  But in the -- in the beginning, the starting
25  point for the budget, growth target is set by Larry or

80

1  Larry talking to others, so the rolling up part of the
2  budget has to be done to meet that forecast, doesn't it?
3  The target, I meant.
4    A.  I don't understand your question, I'm sorry.
5    Q.  If -- if Larry sets -- say, for example, Larry
6  sets a 30 percent growth target, how do the business
7  units adjust their forecast to meet that growth target?
8    MR. RUBENSTEIN:  Object to the form.
9    THE WITNESS:  The business units -- Larry may
10  have given them budget targets, and they obviously would
11  have signed up for the budget targets.  Their forecast
12  had nothing to do with the budget targets.  Their
13  forecast was their own thinking as to what they were
14  committing to during the course of a given quarter.
15    MR. BRITTON:  Q.  So how did the growth targets
16  that were set in the budget affect the forecasting that
17  was done by the business units going forward?
18    A.  They didn't.
19    Q.  They didn't at all?
20    A.  No.  The budget was a goal that was set at the
21  beginning of a year, and the forecast was developed by
22  each of the individual business unit leaders, and that's
23  what they were committing to during the course of the --
24  of any given quarter.
25  ///

81

1      (Whereupon, Plaintiffs' Exhibit 5 was marked
2      for identification.)
3    MR. BRITTON:  Q.  The court reporter has placed
4  in front of you what's been marked as Minton Exhibit 5.
5  Will you take a moment to review this exhibit.
6    A.  I've read it.
7    Q.  Have you -- do you recognize it?
8    A.  I don't recognize it.  It's an e-mail note that
9  doesn't have my name on it.
10    Q.  Okay.
11    I don't know if I identified this for the
12  record.  Did I?
13    THE REPORTER:  No.
14    MR. BRITTON:  Q.  Exhibit 5 is a one-page
15  string of e-mails or partial string of e-mails that has
16  Bates 028499.
17    This doesn't have your name on it.  It's an
18  e-mail exchange between Mr. Ellison and Mr. Henley.
19  It's discussing, apparently, Mr. Ellison's view that the
20  field budgets are a joke, and then it's referring to a
21  LJE budget --
22    THE REPORTER:  J what budget?  J?
23    MR. BRITTON:  Q.  An LJE budget versus a field
24  budget.
25    Is that a fair characterization of what you're

82

1  reading here?
2    A.  Yes.
3    Q.  Do you know why there was -- he was talking
4  about two different budgets?
5    MR. RUBENSTEIN:  Object to the extent that if
6  you're asking about general process, I -- I -- that's
7  fine.
8    MR. BRITTON:  I am.  I want to know if there's,
9  you know, two different budgets and why; that's
10  essentially what I'm getting at.
11    THE WITNESS:  Generally speaking, there is not.
12    MR. BRITTON:  Q.  Do you know what he's
13  referring to, or have you ever heard of LJE budget?
14    A.  I think he felt that the field budgets were not
15  credible and wanted to, based on this e-mail note,
16  wanted to track what he thought we would achieve versus
17  what the field thought we would achieve.
18    Q.  Were there any discussions for the fiscal year
19  '01 budget about -- that you were a part of or that you
20  witnessed there were talking about the field budgets not
21  being credible?
22    A.  Not that I can recall offhand.
23    Q.  Were there any process -- withdraw.
24    Did Oracle implement any process to correct the
25  perceived lack of credibility in the field budgets?

83

1    A.  It's possible.  I -- I don't recall
2  specifically that we may have tracked for this fiscal
3  year his budget versus the field budgets, because if he
4  asked to do it in this e-mail note, we generally would
5  have followed on that instruction.
6    Q.  Right.
7    I'm wondering if, given the perception that the
8  field budgets were not credible, did Oracle do anything
9  during fiscal '01 to adjust and to make the field
10  budgets more credible?
11    A.  In -- in terms of what was presented to the
12  board?
13    Q.  No.  Just in terms of the general business, did
14  it go back and correct -- generally, if -- if the field
15  is -- is submitting a budget that's not credible, did
16  Oracle go -- go back and -- and correct what made the
17  field budgets not credible?
18    A.  It -- it's possible that we had two budget
19  cubes during this time period.  I really don't recall
20  specifically.  Or we may have just tracked Larry's
21  budget in an Excel spreadsheet --
22    Q.  Uh-huh.
23    A.  -- versus what the field submitted, but that is
24  not something that has ever happened more than once in
25  one fiscal year.  This was an unusual -- if -- if I can

84

1  help you out a bit.
2      Q.  Sure.
3      A.  If you look back to the prior fiscal year, we
4  probably -- we possibly exceeded the budgets that were
5  submitted.  The field had a tendency, particularly
6  during the forecasting process, to commit to numbers
7  that they consistently overachieved.  So when he refers
8  to the field budgets as -- if I can find it here -- as
9  being a joke, it's because they always overachieved what
10  they said that they were going to perform in any given
11  quarter.
12      Q.  Okay.  And -- and the question I have was
13  whether Oracle did anything to correct that disconnect
14  that -- that they changed the process at all or -- or
15  adjust the budgeting process or the forecasting process
16  to make the field budget closer to what they ultimately
17  ended up doing.
18      A.  I don't recall.
19      Q.  Now, the -- the growth target that you -- that
20  we were talking about before, that's only a goal, so
21  that's like the goal.  This was talking about 30 percent
22  growth; that's the goal for the --
23      A.  That -- that's the goal for the year, the
24  budget for the year.
25      Q.  Okay.

85

1      A.  But, again, we really primarily focused on the
2  forecast during the quarters.
3      Q.  Okay.
4      A.  It's a snapshot in time, is the best way to
5  look at it.
6      Q.  Okay.  You -- you reference the -- the LJE
7  budget occurring only once, and that this was an unusual
8  circumstance.
9          Do you know why it was an unusual circumstance?
10  What was unique to 2001 that gave rise to these two
11  separate budgets?
12      A.  As I just testified, my only conclusion is that
13  the field was continuously overachieving what they said
14  that they were going to be able to deliver.
15      Q.  Okay.
16      A.  It was a very high growth period in fiscal
17  2000.
18      Q.  And is that what made 2001 a unit year where
19  Larry prepared his own budget or had somebody track his
20  own budget compared to the field?
21      MR. RUBENSTEIN:  Object to the form.
22      THE WITNESS:  I'm not certain that we -- I -- I
23  don't recall that we actually did any -- I mean, we may
24  have done some analysis which -- which was, here is the
25  field budget and here is the -- the budget that Larry

86

1  had, but I don't really recall.
2      MR. BRITTON:  Q.  Okay.
3      A.  And, in fact, if I just may point out to you,
4  this number says the LJE budget should reflect 30
5  percent growth in license, 35 percent in support.  What
6  was in the budget package was 30 percent.  20 percent
7  growth in education.  And what was reflected in the
8  budget package was 10 percent.  And 10 percent growth in
9  consulting, which actually was what was reflected in the
10  budget package, so, you know, this was his view at the
11  time.  I'm not certain whether or not these numbers
12  represent the field targets or agreed-upon targets or --
13  or not.
14      Q.  Okay.
15          (Whereupon, Plaintiffs' Exhibit 6 was marked
16          for identification.)
17      MR. BRITTON:  Q.  The court reporter has placed
18  in front of you what's been marked as Minton Exhibit 6.
19  Will you take a moment to review this exhibit.
20          And for the record, Minton Exhibit 6 starts
21  with Bates 41952 and ends with Bates 41954.
22      Q.  Have you had a chance to review Minton Exhibit
23  6?
24      A.  Yes, I have.
25      Q.  Do you recognize it?

87

1      A.  Yes, I do.
2      Q.  And what is it?
3      A.  It's a -- an e-mail correspondence between
4  Terry Ford, who worked for Jay Nussbaum in a financial
5  support role -- Sarah Kopp actually worked underneath
6  him at one point, but he always -- he was more like an
7  operations guy.  And in an e-mail debate regarding
8  budget target for the OSI sales and consulting
9  organization.
10      Q.  Okay.  And you sent this e-mail on July 28th,
11  2000?
12      A.  That would be correct.
13      MR. RUBENSTEIN:  Well, let me just object.
14  I -- I -- and I don't know exactly where you are going
15  to go, but in order to avoid possible debate over this,
16  this document obviously talks about the specifics of the
17  budget, and it seems to me that that's a topic that is
18  going to be more appropriately handled with Ms. Minton
19  in her individual capacity when she is deposed in that
20  capacity.  And I don't know whether you want to talk
21  about -- how you intend to use this, but I just have a
22  concern that to the extent we are going to begin talking
23  about the specifics of the budget for FY '01 and why it
24  was done the way it was done, I think that's -- that's
25  an inquiry that ought to be left for Ms. Minton when she

88

1    is deposed in an her individual capacity.
2        MR. BRITTON:  Okay.  I think once you hear my
3    questions --
4        MR. RUBENSTEIN:  All right.
5        MR. BRITTON:  -- I don't think you'll have an
6    objection.
7        MR. RUBENSTEIN:  Okay.
8        MR. BRITTON:  Q.  If you look at the second
9    paragraph of the first page of Minton Exhibit 6, the
10   second sentence -- or the first sentence says, "The
11   revised proposed budget below reflects a 10.9 percent
12   revenue growth and 11.4 percent expense growth.  This is
13   not consistent with LJE's directive."
14       And then the next page, top sentence says, "LJE
15   made it clear that the consulting margin must improve by
16   one point over fiscal year 2000 actuals."
17       And the question I have is whether the
18   directives that you're referring to in these e-mails
19   that I just referenced, were those directives that were
20   given by Mr. Ellison in the executive or the operational
21   review meetings?
22       A.  They would have been the targets, the revenue
23   and margin targets that were agreed to between
24   Jay Nussbaum and Larry Ellison in the budget-review
25   meetings.

89

1        Q.  Okay.  In the op- -- operation-review meetings,
2    can you describe for me a typical operations review
3    meeting, what would happen, who would speak, who
4    would -- what would Mr. Ellison say in response?
5        I'm -- because I'm just trying to get an idea
6    of what's happening.  Because I'm seeing documents that
7    says, Larry's directives, and I'm envisioning, you know,
8    Mr. Ellison, you know, giving orders at these meetings,
9    and I want to -- just to get a picture -- your picture
10   of how things transpired in those meetings.
11       So to ask you a question, can you describe
12   what -- what would occur at the operations review
13   meetings for me?
14       A.  It would depend on the individual meeting with
15   the various business unit leaders.  So, you know, again,
16   the field - Jay Nussbaum, as an example, is the
17   business unit leader for OSI sales and consulting.  He
18   would come in; he would present his numbers.  He may
19   also present additional information that talks about the
20   strategy, issues, competitive situations, and analyses,
21   you know, a variety of additional topics.
22       And at the end of the budget session or the
23   operations review, there was agreement that would be
24   obtained between the business unit leader and Larry as
25   to what the revenue growth target would be, as well as

90

1    the margin percent target for the revenue-producing
2    lines of business.  For the expense pro -- expense-only
3    businesses, there would be agreement achieved or reached
4    at the end of the budget meeting on what those expense
5    targets would be.
6        Q.  You can put that document aside.
7            (Whereupon, Plaintiffs' Exhibit 7 was marked
8            for identification.)
9        MR. BRITTON:  Q.  Okay.  The court reporter has
10   placed in front of you what's been marked as Minton
11   Exhibit 7.  Will you take a moment to look at this
12   exhibit, please.
13       A.  I've looked at it.  I think I need glasses,
14   though.
15       MR. RUBENSTEIN:  I'm with you.
16       MR. BRITTON:  Q.  What's that?
17       A.  I said I think I'm beginning to need glasses.
18       Q.  Yeah.  You should have seen us looking at these
19   documents in preparation.
20       A.  Yeah, but you at least could have a magnifying
21   glass.
22       MR. BRITTON:  Did I identify this for the
23   record?
24       THE REPORTER:  No.
25       MR. BRITTON:  Q.  Minton Exhibit 7 is a

91

1    one-page document that has Bates 040637, and its heading
2    is "License Revenue Forecast Accuracy."
3        A.  Uhm-hum.
4        Q.  Have you ever seen this document before?
5        A.  I don't recall if I've seen this exact
6    document, but I can talk to this topic.
7        Q.  Okay.  You recognize the format?
8        A.  I recognize --
9        Q.  Or the information?
10       A.  -- the analysis --
11       Q.  Okay.
12       A.  -- not necessarily the format.
13       Q.  Okay.  What is the purpose of this analysis?
14       A.  This analysis is showing you, essentially, that
15   if you look at the actuals for Q1 of fiscal '01 --
16       Q.  Uh-huh.
17       A.  -- the -- the grand total -- well, let's just
18   deal with the first line.  Let's deal with OSI Nussbaum.
19   His actual license revenues were $107 million.
20       Q.  Okay.
21       A.  His final forecast for the last forecast at the
22   end of the quarter was 70 -- oh, sorry, the first
23   forecast for month three in the quarter, so I'm just
24   going to step back for one second, if I may.
25       Q.  Sure.

92

1      A.  Our forecasting process is, we would forecast
2  twice -- every other week in month one and month two,
3  and then we would forecast every week in month three,
4  okay.
5      Q.  Okay.
6      A.  And this is taking the first full quarter
7  forecast for month one, the first forecast for month two
8  and the first forecast for month three.
9      Q.  Okay.
10      A.  And then the final forecast, the last forecast
11  that was submitted by the field, in month three.
12      Q.  Okay.
13      A.  Okay.  So this would be like the last week of
14  the quarter, or it could even be the last few days of a
15  quarter, depending on which day the end of the quarter
16  ended, because we would prepare the forecasts on Friday
17  and submit them to EC on Monday mornings.
18      And if you see here, Jay submitted a forecast
19  of $77 million, even up to the very last few days of the
20  quarter.  Yet, his actuals were 107 million.
21      Q.  Okay.
22      A.  So he overachieved his forecast by 30 million.
23      Q.  Okay.
24      A.  And if you look at this in totality, if I read
25  the numbers correctly, the entire field organization

93

1  overachieved it by 122 million.
2      Q.  All right.
3      A.  So the last forecast of the quarter was 680 --
4  9 or 3.
5      Q.  Three, it looks like.
6      A.  And the actuals were 785.
7      Q.  Okay.
8      A.  Or something like that.
9      Q.  Okay.  So the --
10      A.  It's hard to read.
11      Q.  It is.
12      The forecast as percentage of actuals month
13  one, two, three, this is telling you how much of the
14  actuals the forecasted numbers were; is that right?
15      A.  No.  It's telling me how much the forecast was
16  as a percent of the actuals.
17      Q.  So it's a percent in the actuals.  So here --
18      A.  Because the field consistently committed to a
19  forecast that they overachieved.
20      Q.  Okay.  So if you are below 100 percent, you
21  overachieved.  If you're above 100 percent, you
22  underachieved; is that right?
23      A.  Right.
24      Q.  So the OPI, 128 percent --
25      A.  Right.  So if you --

94

1      Q.  -- it underachieved?
2      A.  No.  They -- yes, that's correct.  They
3  underachieved.
4      Q.  Okay.  That makes sense.
5      A.  Whereas George Roberts overachieved by
6  19.3 million.
7      Q.  Right.
8      And Germany Geeger [sic] hit it right on, or
9  thereabouts.
10      A.  Yager?
11      Q.  Yager.
12      A.  Yes.
13      Q.  It says a hundred percent.  Okay.
14      A.  But not at the very beginning of the quarter.
15      Q.  At the beginning of the quarter -- okay.  I
16  understand, okay.  Very good.
17      You can put that document aside.
18      (Whereupon, Plaintiffs' Exhibit 8 was marked
19      for identification.)
20      MR. BRITTON:  Q.  Have you had an opportunity
21  to read Minton Exhibit 8?
22      A.  Yes, I have.
23      Q.  Before I ask you any questions, I need to mark
24  this exhibit.
25      Minton Exhibit 8 is a one-page e-mail with

95

1  Bates 039315.
2      Do you recognize Minton Exhibit 8?
3      A.  I was copied on it.
4      Q.  Didn't -- I think you sent it.
5      A.  Oh, yeah, I sent it.  Yeah --
6      Q.  You sent it.  Okay.
7      A.  -- yeah.  I --
8      Q.  And --
9      A.  -- I recall it.
10      Q.  Okay.  And you sent it on January 18, 2001?
11      A.  That would be correct.
12      Q.  Okay.  And Ivgen Gunass [sic] --
13      A.  Ivgen Guner.
14      Q.  Ivgen Guner was in your planning department; is
15  that right?
16      A.  That is correct.
17      Q.  Okay.  If you go down to the budget.
18      A.  Uhm-hum.
19      Q.  It's talking -- it's January 18, 2001, and
20  you're discussing the budget.  And it says, "The
21  follow-up on my voice mail from last night, the field is
22  getting concerned about the targets."  Withdrawn.
23      Ivgen wrote, "To follow-up on my voice mail
24  from last night, the field is getting concerned about
25  the targets.  We must send them out as soon as possible."

96

1  Any feedback from the EC?  Please let Larry and I know
2  how to proceed."
3        My question is -- is, how -- what was happening
4  in the budgeting process at this point in time where
5  Ivgen was -- was talking about sending out the targets
6  as soon as possible?
7        MR. RUBENSTEIN:  I -- I have to object to this
8  question.  I really think that now you are getting into
9  the details of what went on during Q3 as opposed to the
10  process.
11        MR. BRITTON:  What -- what I'm doing is I'm
12  trying to understand the process on -- we talked about
13  the budget starting in the beginning and then working
14  from forecasting.  And now we are talking about budgets
15  and sending things out to the field in terms of targets,
16  and I'm just trying to understand in the process, what's
17  going on here.
18        MR. RUBENSTEIN:  Well --
19        MR. BRITTON:  I don't want -- I don't want her
20  to testify in terms of why or anything like that.  I
21  just want to understand the process.
22        MR. RUBENSTEIN:  Well, that was actually why I
23  objected, is because I -- I thought that your last
24  question really was why is she saying this at this point
25  in time; and that, I think, is beyond the scope.  If you

97

1  want to ask about is there a process that is in place
2  generally about reevaluating budgets, which I think
3  you've covered, but that -- I'm okay with that, but I
4  think the -- the why and the wherefore of any document
5  on any given date, I think, really does go to something
6  that would be more, really, properly addressed in
7  Ms. Minton's individual capacity.
8        MR. BRITTON:  Q.  Okay.  The question I have
9  is, what is happening in the budget process as reflected
10  in the paragraph underneath the heading "Budget"?
11        A.  Okay.  If I may, if you recall earlier, I told
12  you that the field begins to work on their preliminary
13  budget in the December/January time frame.
14        Q.  Right.
15        A.  They often have asked in the past, is there any
16  top level guidance, so that they at least have a sense
17  of what is -- what Larry's thinking is, but that is not
18  the guidance that -- that they necessarily will come --
19  that is not necessarily what they will present at the
20  operation reviews and is not necessarily what is agreed
21  at the operation reviews in March.  So this is really
22  referring to the guidance for the fiscal 2002 budget
23  process.
24        Q.  Okay.  And the next paragraph where it talks
25  about an extension of the submission deadline, that's a

98

1  submission of the budget --
2        A.  Into OFA.
3        Q.  Okay.  Into OFA for the following fiscal year?
4        A.  That would be correct.
5        Q.  Okay.  Now, if you look at your -- the e-mail
6  that you wrote, "LJE made it clear to everyone at the
7  EMC this week that the license revenue growth target for
8  this year and next is 30 percent."
9        And the one I'm interested in is -- is the
10  30 percent target for this year.  How did that target
11  affect the forecast during this period of time?
12        A.  It didn't.  He's refer -- we're referring to
13  the budget targets.  The budgets are completely separate
14  from the forecasts.
15        Q.  Then why would he be talking about the
16  percentage growth at this period of time?
17        MR. RUBENSTEIN:  See, that -- that's where
18  again, I have to object.  I think that now you are
19  getting into the -- what was happening precisely at a
20  given point in time as opposed to the process.  You're
21  getting to the whys and the wherefores.
22        MR. BRITTON:  Unless you are going to instruct
23  her not to answer, I think it's fair.
24        MR. RUBENSTEIN:  Well --
25        MR. BRITTON:  I'm trying to understand the

99

1  process, and I'm seeing documents that show that there
2  may be some effect of Larry's target on the forecast,
3  because if you are talking about percentage, the target
4  percentage for this year, in January 2001, that leads me
5  to believe that there may be some effect on a forecast
6  by this percentage, and I think that's a fair question.
7        MR. RUBENSTEIN:  Well, again, if you want to
8  ask the witness -- and I think you have covered it --
9  the extent to which the budget affects the forecast,
10  that's fine.  But in terms of why would any one person
11  on a given date have said what they said, I think that
12  goes beyond the process issue; and if you -- you are
13  going to insist on that, then I will instruct, but,
14  hopefully, we can avoid that.
15        MR. BRITTON:  Right.
16        Q.  My question is, is -- and I think it's fair --
17  is, what about the target percentage is --
18        And I have to ask it this way, and if you are
19  going to instruct her not to answer, that's fine.
20        -- why -- why is -- why was Larry telling the
21  field about the target percent for this, for 2001 at
22  this meeting, in terms of how it affects their forecast?
23        MR. RUBENSTEIN:  I -- you can answer this
24  question.
25        And if -- if we go too far afield on this, I --

**100**

1  I will have to instruct the witness not to answer.
2       MR. BRITTON:  Sure.
3       THE WITNESS:  Again, Larry is referring to
4  budget targets.  He is just reiterating what the budget
5  target was for fiscal 2001 and that he wanted to set the
6  same target for fiscal 2002.
7       As I testified earlier, the budget has nothing
8  to do with the forecasts.  The forecasts are developed
9  separately, and that is what we rely on each quarter
10  when evaluating our performance.
11       MR. BRITTON:  Q.  Okay.  You can put that
12  document aside.
13       Okay.  I am about to get into the forecasting
14  process.  So if you want to take a lunch break at this
15  point, it's probably a good time.
16       MR. RUBENSTEIN:  That would be fine.
17       MR. BRITTON:  Okay.
18       THE WITNESS:  Sure.
19       MR. BRITTON:  An hour?
20       MR. RUBENSTEIN:  I don't know that -- I mean,
21  it's up to you.
22       MR. BRITTON:  Whatever -- whatever you guys
23  want.
24       MR. MAROULIS:  Let's -- let's go off the
25  record.

**101**

1       MR. BRITTON:  Yeah, we can go off the record.
2  We don't have to have lunch on the record.
3       THE VIDEOGRAPHER:  Going off the record.  The
4  time is 12:24 -- 3.
5       (Whereupon, the proceedings were adjourned
6       for lunch at 12:23 P.M.)
7       --- oOo ---
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**102**

1       AFTERNOON SESSION          1:06 P.M.
2
3       EXAMINATION BY MR. BRITTON (RESUMED)
4       THE VIDEOGRAPHER:  Back on record.  The time is
5  1:06.
6       MR. BRITTON:  Q.  Good afternoon.  Can you
7  describe the forecasting process for me at Oracle during
8  the relevant period?
9       A.  Sure.
10       As I testified earlier, we submit a forecast
11  every other week in month one and month two of the
12  quarter, and then weekly in month three of the quarter.
13  The various field finance analysts would submit the
14  forecasts on behalf of the business units.  Each
15  business unit -- when I say "business unit," for now I
16  am just going to refer to sales, license sales.
17       Generally speaking, each of the business units
18  would hold a forecast call on a weekly basis and review
19  the deals that were in the pipeline.  And then based on
20  those meetings, they would submit their forecasts in
21  to -- or the field finance people would submit the
22  forecasts to OFA on their behalf.
23       THE REPORTER:  To who?  I'm sorry.
24       THE WITNESS:  The field forecast would submit
25  the forecasts --

**103**

1       THE REPORTER:  Submit the forecasts to?
2       THE WITNESS:  In to OFA on their behalf.  OFA
3  being Oracle Financial Analyzer.
4       We would then consolidate the forecasts.  The
5  forecast was always submitted in local currency, and
6  then we would convert it into constant dollars using,
7  generally, the -- was the budget rate.  And we would
8  also convert it into U.S. dollars based on the most
9  recent exchange rate at that point in time.
10       But when evaluating the forecasts and
11  discussing the forecasts at ET calls, as an example, on
12  Mondays, we would always be talking about the constant
13  dollars -- or constant dollar forecast numbers.
14       MR. BRITTON:  Q.  When you said "the budget
15  rate," what are you referring to?
16       A.  At the beginning of every year, we have to take
17  the -- we have to translate the local currency amounts
18  into U.S. dollars, so we usually use the rate at the
19  beginning of the fiscal year; and that rate is used
20  throughout the entire fiscal year when translating the
21  local currency forecast amounts into U.S. dollars, so
22  that you have it -- that's why we call it the constant
23  dollar rate.
24       Q.  Okay.
25       A.  And the reason why we do that is that we want

104

1  to be able to evaluate the underlying financial results,
2  excluding the effect of currency impact fluctuations.
3      Q.  Okay.  So once the field finance people put --
4  input the information into OFA, do you have the same
5  quality check -- forget what you referred to it as,
6  what -- the budgeting process where you compare the
7  numbers?
8      A.  The tie-out?
9      Q.  The tie-out.
10     A.  Yes, I believe so.
11     Q.  Okay.
12     A.  It wasn't actually at that level of detail, but
13 I'm pretty certain that there's some tie-out that's
14 done.  I'm not sure if it's done every forecast period.
15     Q.  The individuals from the field, the field
16 finance people that would input that forecast information
17 into OFA, were those the same individuals that we
18 discussed earlier with respect to the budget?
19     A.  It -- it -- more likely or not, it would have
20 been their staff.
21     Q.  Their staff.  Okay.
22         Okay.  And once in OFA you would consolidate
23 the field's forecast into a single forecast,
24 consolidated forecast.
25     A.  That is correct.

105

1      Q.  Okay.  And then what would you do with it?
2      A.  Generate a report, which is an EC management --
3  sorry, a management summary forecast report.  And we
4  would then take that report and link it into an Excel
5  spreadsheet.  And that -- that is called the upside
6  report, which is really a misnomer.  It's really the
7  true forecast report.
8          So we would then take the sum of the field
9  forecasts, we would make adjustments to the forecasts to
10 come up with what the real company consolidated forecast
11 was.
12     Q.  Okay.  And then what would happen?  What would
13 you do with that report?
14     A.  The report would be distributed to certain
15 members of the executive management committee on
16 Mondays, but not all.
17     Q.  But not all Mondays or not all members?
18     A.  Not all members.
19     Q.  And who was on the executive management
20 committee during the relevant period?
21     A.  Another teaser question.
22         Okay.  Larry Ellison, Safra Catz, Gary Bloom,
23 but not for the entire relevant period, I don't believe.
24 Jeff Henley, Jay Nussbaum, Sandy Sanderson, either
25 Pierre Carlo or Sergio Giacoletto.  I'm not sure.

106

1          THE REPORTER:  I'm sorry.  Pierre?
2          THE WITNESS:  Either Pierre -- Pierre Carlo or
3  Sergio Giacoletto.  I'm not sure at what point Sergio
4  took over responsibilities for EMEA.  Derek Williams,
5  who ran Asia Pacific.
6          And on the development side, Ron Wohl.  I'm not
7  sure when Mark Barrenechea -- if he was on it or not.  I
8  don't recall.  And then Chuck Rozwat.
9          But, again, people have come and gone, but that
10 would generally be the cast of characters.
11         MR. BRITTON:  Q.  Okay.  When you said that not
12 all members would receive the upside report, which ones
13 were excluded?
14     A.  Why don't I answer it in just the reverse.
15     Q.  Okay.
16     A.  Larry Ellison, Safra Catz, and Jeff Henley, as
17 well as myself, would see the consolidated forecasts,
18 because it contained very sensitive financial
19 information that we wanted to keep under control.
20     Q.  Okay.  So Larry Ellison, Safra Catz,
21 Jeff Henley, and yourself, were those the only
22 individuals in Oracle that would review the upside
23 report?
24     A.  That wasn't the question.
25     Q.  I --

107

1      A.  The question was who received it.
2          MR. RUBENSTEIN:  On the executive committee.
3          MR. BRITTON:  Q.  Ah, right.  On the executive
4  committee, who received it?
5      A.  Right.
6          It's possible, I don't recall as to whether or
7  not Gary Bloom was given access at that point in time.
8      Q.  Was the problem with my question reviewing
9  it --
10     A.  Yes.
11     Q.  -- versus receiving it?
12     A.  That is correct.
13     Q.  Okay.  Who had an opportunity to review the
14 upside report?
15     A.  Members of my staff, so Ivgen Guner and/or
16 Lia Burke and Roberta Ronsse.
17     Q.  Anybody else on the executive management
18 committee that would review it as opposed to receiving
19 it?
20     A.  I don't understand your question.
21     Q.  All right.  Withdrawn.
22         Now, the executive management committee
23 meetings, those were every Monday?
24     A.  They were standing meetings scheduled for every
25 Monday, but there were times when the meetings would be

108

1  cancelled.
2     Q.  Okay.  And what time of the day did these
3  meetings occur?
4     A.  They generally occurred somewhere between 11:30
5  and 2:00 or 3:00 o'clock.
6     Q.  Okay.  And how long do they usually last?
7     A.  Depends on the number of items on the agenda.
8     Q.  Was the upside report reviewed at the executive
9  management committee meetings?
10     A.  I would say that Safra and Jeff would flip
11  through the review, the report.  The way that Larry
12  conducted the EC meetings, he didn't necessarily refer
13  to the report.  He liked to hear directly from each of
14  his direct-reports with regards to the forecasts.  He
15  would ask them to talk about their forecasts.
16     Q.  Okay.
17     A.  Every EC meeting starts off with the review of
18  the forecast, or I should say a discussion of the
19  forecast.
20     Q.  Okay.  Were there any other reports distributed
21  or reviewed at the EC meetings on Mondays, other than
22  the upside report?
23     A.  During the relevant period?
24     Q.  Yeah.
25     A.  Not that I prepared.

109

1     Q.  Okay.  That you witnessed being distributed?
2     A.  Are you referring to financial reports?
3     Q.  Any kind of reports.  I'm just wondering, you
4  have Larry and Safra and Jeff and possibly Gary Bloom.
5  They have the upside reports.
6       What reports do the other executive members
7  have during those meetings, if any?
8     MR. RUBENSTEIN:  I'm just going to object to
9  the extent you're asking the witness about the kinds of
10  reports that would be generated with regard to matters
11  outside the scope of the financial forecasting process.
12  This witness is not tendered for that purpose.
13       And so my concern is that, to the extent you're
14  seeking to obtain binding testimony on behalf of Oracle
15  Corporation as to what documents, for instance, whether
16  they be product development or anything else, Ms. Minton
17  is not in a position to identify those.
18     MR. BRITTON:  Let me qualify.
19     Q.  What reports did the other executive committee
20  members have that related to the forecasting process?
21     A.  For those individuals that attended the
22  meetings physically -- because most of them dialed in
23  because they resided in different parts of the world --
24  we would distribute a subset of the executive
25  management -- I'm sorry, we would distribute a subset of

110

1  the upside report, which would be the -- license
2  forecast in -- in total as well as by product line, so
3  for example, technology and applications.
4     Q.  So --
5     A.  So they were limited to that information only.
6     Q.  So they would have an upside report, but it was
7  much more narrow than the complete?
8     A.  They would have a couple of pages out of the
9  upside report.
10     Q.  Out of the upside, okay.
11       Are you in a position today to testify about
12  how the field prepared their forecasts and what went
13  into their forecasts before they were put into the OFA?
14     A.  Can you give me the question again.
15     Q.  Are you in a position today to testify about
16  how the business units prepared their forecasts before
17  those forecasts were put into the OFA?
18     A.  I can speak in general terms.
19     Q.  Okay.  Can you describe that process for me,
20  please.
21     A.  Yes.
22       In -- each division had their own process
23  for -- for reviewing it, but essentially, they -- deals
24  were entered into a pipeline system that collected all
25  the deals that were being worked on or had an

111

1  opportunity to close during the quarter.  And they would
2  review, essentially, deals over a certain threshold with
3  their sales management team to get a sense as to where
4  those deals were in that -- in the sales process.  And
5  based on discussions that they would have had with their
6  sales management, they would define a process.
7       Again, there was never at any of these divisional
8  meetings when they met to come up with their own
9  forecast.  And they generally had -- most of them had
10  them on Mondays, right before the EC meetings.
11     THE REPORTER:  Was that EC?  I'm sorry.
12     THE WITNESS:  EC or EMC.  EC meaning executive
13  committee --
14     THE REPORTER:  Oh, okay.
15     THE WITNESS:  -- EMC meaning executive
16  management committee.  I use them interchangeably.
17     THE REPORTER:  Okay.
18     MR. BRITTON:  Q.  Which pipeline system did the
19  business units use for their forecasting?
20     A.  Some used Excel spreadsheets, some used a
21  system called Oracle Sales Online, OSO.  And one unit
22  had their own system that they had developed.
23     Q.  Okay.  Which -- which one was that?
24     A.  Japan.
25     Q.  Japan.

112

1    And what was the system that they had
2    developed?
3    A.   I -- I don't know that -- that it had a name,
4    but I just know that they had their own.
5    Q.   Are you familiar with --
6    A.   I'm not sure if it was out of Excel, but --
7    Q.   Okay.
8    A.   -- they had their own system.
9    Q.   Are you familiar with Oasis?
10   A.   Yeah.  I'm familiar with the name.  I'm trying
11   to recall if that is -- I'm familiar with the name.
12   Q.   Did -- are you familiar with how that system
13   was used in Oracle in terms of its forecasting?
14   A.   I'm trying to recall.  I think Oasis may have
15   been used by the telesales division.  I'm not quite
16   certain.  I have to go back and -- and check some notes.
17   Q.   Now, Oracle Sales Online, that -- when did
18   Oracle start using OSO and its forecasting process?
19   A.   I don't remember when we started to implement
20   it internally.  I can tell you that it was implemented
21   gradually one sales organization at a time.
22   Q.   Is -- was OSO a part of 11i?
23   A.   It was part of the CRM suite.
24   Q.   Suite.  Okay.
25       And was Oracle using OSO in its forecasting

113

1    process before it upgraded to 11i, before it implemented
2    to 11i internally?
3    A.   I don't recall.  We may have been using it.
4    Generally speaking, we used product to help test it out
5    before we release to customers, as an example.
6    Q.   Right.
7    A.   So there may have been a sales organization
8    that was working with development before we rolled it
9    out --
10   Q.   Okay.
11   A.   -- to make sure that it had features and
12   functionality that the field would want.
13       (Whereupon, Plaintiffs' Exhibit 9 was marked
14       for identification.)
15   MR. BRITTON:  Okay.  I placed in front of
16   you what's been marked as Minton Exhibit 9.  Can you
17   take a moment and review this exhibit and let me know if
18   you recognize it.
19       And for the record, Minton Exhibit 9 is a
20   two-page chain of e-mails; first Bates is 28595, and it
21   ends in 28596.
22   A.   Okay.
23   Q.   Okay.  Do you recognize Exhibit 9?
24   A.   Uhm-hum.
25   Q.   And what is Exhibit 9?

114

1    A.   It's an e-mail note that I sent to Jeff Henley,
2    Safra Catz, and Mike Barrenechea, and Sukumar Rathman,
3    who worked for Mike Barrenechea.  They were responsible
4    for the development of the latter two, the development
5    of the CRM application.
6    Q.   Okay.  And you sent that on October 18, 2000?
7    A.   Uhm-hum.
8    Q.   Now, we were talking about OSO before, and I
9    was asking whether it's -- it was a part of 11i.  Does
10   this document help -- withdrawn.
11       Does this document refresh your recollection on
12   whether OSO was part of 11i or whether Oracle used OSO
13   even before it upgraded to 11i?
14   A.   It would be part of 11i, but it doesn't
15   necessarily mean that it would have been implemented.
16   So you can upgrade to 11i and not necessarily use a
17   module.
18   Q.   Right.
19       Was Oracle using the module prior to the 11i
20   upgrade, the OSO module?
21   A.   Again, as I mentioned before, I believe that
22   there was one sales organization that was working
23   closely with development, so they may have had a pre --
24   a prebeta version that they were working with to help
25   define features and functionality.

115

1    Q.   Okay.  Okay.
2    A.   But -- but, again, not all sales organizations
3    migrated to OSO at the same time.
4    Q.   What pipeline system did Oracle use prior to
5    OSO?
6    A.   Again, there were a variety of different
7    systems out there that were being used.  Some were Excel
8    based.  There was a developed system in Japan.  There
9    was another system, the name I just can't recall at
10   the -- at the moment.  It may have been Oasis.  That was
11   used to track the flow of deals.  Or I should say the
12   pipeline of deals.
13   Q.   Using the other programs, were the individual
14   business units able to see the entire pipeline?
15   A.   They were able to see their pipeline.
16   Q.   Their pipeline.
17       When Oracle upgraded to 11i, were the business
18   units that were using OSO, were they able to see the
19   entire pipeline for the entire company?
20   A.   They would have only had access to their
21   pipeline.
22   Q.   Their pipeline, okay.
23   A.   But, again, I want to stress that the migration
24   to using OSO was done over several quarters.
25   Q.   Okay.

116

1    A.  So we didn't have a global OSO system in place
2  for some time.
3    Q.  Okay.  Was the implementation of OSO
4  simultaneous -- in the divisions that -- that upgraded
5  or that moved to OSO, was that simultaneous with the 11i
6  upgrade?
7    MR. RUBENSTEIN:  Object to the form.
8    THE WITNESS:  I honestly don't -- I don't
9  recall.
10    MR. BRITTON:  Q.  The -- the first sentence of
11  this e-mail refers to OSO, and that's Oracle Sales
12  Online --
13    A.  Uhm-hum.
14    Q.  -- OSE and OTS.
15    What does OSE refer to?
16    A.  I think it's Oracle Sales Compensation, which
17  was now known as OIC.  I was struggling with that, too,
18  trying to recall what it was.  It's been a while.
19    Q.  And now it's OIC?
20    A.  If OSC is Oracle Sales Comp, then it's now
21  Oracle -- I'd say Oracle Incentive Comp.
22    Q.  Okay.
23    A.  And OTS is a similar version of OSO, I believe,
24  for the telesales organization.
25    Q.  Look at the second bullet point down.  It

117

1  refers to "ISD Organizations."
2    What is ISD?
3    A.  That's the telesales organization.
4    Q.  That's the telesales, okay.
5    What does that acronym stand for?
6    A.  Internet Sales Division.
7    Q.  Okay.  Back to the division of the business
8  unit forecasts, did you have any input into those
9  forecasts prior to the business units entering them into
10  OFA?
11    A.  No.
12    Q.  Did anybody from financial planning and
13  analysis have any involvement in the business unit
14  forecasts before they were put into OFA?
15    A.  The corporate financial planning and analysis
16  group did not have any involvement.  The financial
17  analysts group that reported up to my organization that
18  supported the business units would have involvement in
19  pulling together the forecasts for the business unit
20  leaders that they supported and for ensuring that the
21  forecasts were properly submitted into OFA.
22    Q.  Okay.  But in terms of developing the forecast,
23  creating the forecast, did -- did the division you just
24  referred to have any involvement in doing that for the
25  business units?

118

1    A.  Can you repeat your question, please.
2    Q.  In terms of the business assumptions, in terms
3  of the deals that are input into and -- and the
4  development of the forecasts by the business units, did
5  the finance -- financial analysis division that you just
6  referred to, did it have any input into the business
7  unit's forecasts?
8    A.  The financial analyst's role is to support the
9  business unit leader, so they would prepare analytics
10  for the business unit leader.  The business unit leader
11  owned the forecast.
12    Q.  Okay.
13    A.  They were there in a supporting function,
14  advising, doing analyses to help the business unit
15  leader determine what forecasts he wanted to commit to.
16    Q.  When you say that the business unit leader
17  owned the forecast, what do you mean by that?
18    A.  It was their commit number.
19    Q.  Okay.  I see.  I understand.
20    A.  So if I may.
21    Q.  Sure.  Elaborate.
22    A.  If -- if an analyst said, "Geez, I think you
23  can do 150 based on the analysis that I have and my
24  review of the big deals," the business unit leader may
25  not have taken the advice of the financial analyst

119

1  supporting them and may have said, "No, I want my
2  forecast to remain at 120."
3    Q.  Okay.  What reports were generated by the
4  business units in -- in the forecasting process?
5    A.  The -- financial analysts would prepare
6  reports that would summarize the deals in the pipeline
7  over a certain dollar threshold.  They would prepare
8  reports that would analyze historical license pipeline
9  conversion rates and whatnot.
10    But what they did at the divisional level, I
11  would not necessarily have a hundred percent access to.
12  We did similar types of analyses at the corporate level.
13    Q.  Can you think of any other reports that you are
14  familiar with that the business units would generate in
15  their forecasting process?
16    A.  I just need to reiterate, again, I was not
17  involved in any meetings that were held by the
18  divisions, you know, during their own individual --
19    Q.  Uh-huh.
20    A.  -- organizational meetings.  I was not involved
21  in developing any of those reports.  So I'm telling you
22  the types of reports that would likely be prepared, but
23  I was not involved in, you know, Jay Nussbaum's sales
24  forecasting call with his organization or with
25  Sandy Sanderson's forecasting call in their

120

1  organization.  They came up with their own forecasts and
2  had their own way of analyzing their forecast and
3  defining what number they wanted to commit to.
4      Q.  Okay.  Are you familiar with how the business
5  units would enter information into the pipeline for
6  their individual sales units?
7      A.  The license sales reps were responsible for
8  entering in the opportunity, "the opportunity" being
9  defined as a potential deal that had the opportunity to
10  close in the current quarter.
11      Q.  And how would you define "pipeline"?  What does
12  that word mean to you?
13      A.  The pipeline represents -- it's a -- it's a
14  comprehensive number -- let me -- it's a comprehensive
15  population of all potential deals that have an
16  opportunity to be closed in a given quarter.
17      Q.  And what system did -- withdrawn.
18      Did Oracle use one system for its pipeline in
19  terms of gauging at what stage of the sales process a
20  given deal was, how likely it was to close in the
21  current quarter?
22      A.  There were Excel spreadsheets, as an example,
23  and OSO had the capability as well.  When tracking large
24  deals, they would indicate whether it was one or
25  whether -- you know, what percentage of likelihood or

121

1  probability that a deal might close.
2      Q.  Okay.  And was there a -- a guide or any
3  specific parameters that the sales representatives would
4  use in terms of gauging how likely a deal was to close
5  in the current quarter?
6      A.  That was their best judgment.
7      Q.  Was there any type of regression analysis
8  performed at Oracle to predict the likelihood or -- or
9  the potential that deals in the pipeline would close?
10      A.  "Regression analysis"?  I don't understand what
11  you mean by that.
12      Q.  An analysis to predict, you know, using
13  information historically to predict what the information
14  was likely to close in the current quarter.
15      A.  At -- at corporate we performed a license
16  pipeline conversion analysis.
17      Q.  Okay.  So let's go back to the -- the
18  forecasting process again.
19      We were at the -- the business unit level, and
20  then it would get put into OFA, and then a consolidated
21  report would be prepared; and then you would make your
22  adjustments on the upside report, and then that would go
23  up to certain members of the executive management
24  committee.  I want to talk to you a little bit about how
25  you -- how you performed the upside adjustments.

122

1      Can you describe that process for me, please.
2      A.  Sure.
3      The upside adjustments were based on a variety
4  of factors:  One was the license pipeline conversion
5  analysis.  We would take a look at the pipeline for the
6  same corresponding prior year period, and look at what
7  actually closed as a percentage of that pipeline to come
8  up with a historical pipeline conversion ratio.  And we
9  would apply that to the current pipeline in order to
10  predict what we thought would be the actual conversion
11  or the actual -- the actual conversion of that pipeline
12  for the current quarter.  And we broke it down by
13  geography or business unit.  And it was in totality a
14  fairly good -- had proven to be a fairly good predictor
15  of what our true forecast and actual reports would be.
16      And in addition to that, we held in the
17  Americas, we held meetings on Thursday afternoons, and
18  we would review the Americas' forecast, which was
19  inclusive of LAD; and we would talk about large deals,
20  what the opportunities were.  Various folks would attend
21  those forecast calls:  Jeff Henley, myself, my staff,
22  the -- the four EVPs, Frank Varsano, Jay Nussbaum,
23  Sandy Sanderson.  And sometimes Larry would join and
24  Safra would join.
25      And those calls -- again, we reviewed in more

123

1  detail than we did in the EC meetings on Monday the
2  opportunities for the current quarter to determine what
3  the likelihood was that they were going to close.
4      Q.  And describe those calls for me.
5      What type -- what types of questions were being
6  asked and what types of answers were being given during
7  those calls?
8      MR. RUBENSTEIN:  Object to the form.
9      MR. BRITTON:  You can answer.
10      MR. RUBENSTEIN:  You can answer.
11      THE WITNESS:  Oh, okay.
12      MR. RUBENSTEIN:  I'm sorry.
13      THE WITNESS:  We would ask each business unit
14  leader whether -- what their forecast was.  They would
15  talk about their worst case, their best case, as well as
16  what their commit number was.
17      And, again, they would reveal -- or not reveal,
18  but they would review the status of certain large
19  transactions and at times would ask for executive
20  involvement to ensure that a deal progressed and -- and
21  closed during the course of a quarter.
22      MR. BRITTON:  How would the information
23  that you obtained on these Thursday calls affect the
24  upside adjustment in your upside reports?
25      A.  There were oftentimes large bi- -- large deals,

124

1  what I will refer to as a mega deal, that somebody may
2  not want to put in their forecast, because it was
3  binary, and they would talk about it on the call and --
4  and refer to it as likely to close, but they didn't want
5  to put it in their forecast yet, as an example.  So I
6  would take information like that.
7       I would also talk to the field finance folks
8  reporting to me, or eventually reporting to me, and get
9  their independent thinking as to whether -- whether or
10  not the forecast was a likely outcome or if there was
11  more upside to the forecast.
12      And based on all that input, including the
13  analysis of the historical conversion ratio, I would
14  make some upside adjustments to the submitted forecast
15  to come up with the company's consolidated forecast, and
16  that's the forecast that we always relied upon for
17  setting expectations.  That would be the potential
18  column in the upside reports.
19      Q.  Okay.  So this was for the Americas.
20      So let's -- what I'd like to do is -- is talk
21  about who the field finance folks that you were speaking
22  to for each of -- of the different units.  I know we
23  talked about at least one, the assistant, the one that
24  supported the business head.
25      Were there others that you would speak to for

125

1  OPI, OSI or NAS or LAD to get an indication about the
2  likelihood of potential deals closing?
3      A.  Again, I would speak to the key financial
4  person that was supporting the business unit leader.
5      Q.  So --
6      A.  So Sarah Kopp, David Winton, Jim English,
7  Cheryl McDowell, William Plant, Greg Davies, all the
8  names that I testified to earlier this morning.
9      Q.  And how would those individuals be in a
10  position to tell you the likelihood of a potential deal
11  or mega deal closing?  What was their knowledge source?
12      A.  They would participate in the weekly forecast
13  calls that the business unit leaders held with their
14  sales management, so they got to hear each of the sales
15  managers speak to all the deals in their pipeline.
16      Q.  Okay.
17      A.  These meetings could be like three-, four-hour
18  long meetings.
19      Q.  Okay.  And when you had your discussions with
20  the field finance individuals, were -- were your upside
21  adjustments based upon their opinion about the
22  likelihood of it closing, or would they describe where
23  that particular transaction was in the sales process?
24      A.  It wasn't necessarily on a transaction-by-
25  transaction basis.  It was based on their own

126

1  independent assessment based on their own, you know,
2  knowledge base from the meetings, from doing their own
3  conversion analyses, from hearing about the stages of
4  the deals, knowing the individuals who were forecasting,
5  because you would get to know the forecasting behaviors
6  of lots of individuals.
7      So, for example, Jay Nussbaum and
8  George Roberts both historically always exceeded their
9  forecast.  And so that's one of the reasons why we had
10  to put these upside adjustments in, so that we could get
11  to what we thought were the true forecasts for the
12  quarter before we set down these expectations and as we
13  evaluated where we were going -- you know, where we
14  thought we were going to end throughout the course of a
15  quarter.
16      Q.  Okay.  Did you have conversations with the
17  business unit heads about the upside adjustments for
18  their particular unit?
19      A.  I would talk to them about -- I would talk to
20  them directly about deals and -- and -- and come to my
21  conclusions.  I'm -- I'm certain that I had
22  conversations with regards to amounts that I might be
23  putting in on top of what their forecasts were, not all
24  the time, but on occasion.
25      Q.  Right.  Right.

127

1      How often were the conversion rates changed, or
2  were they changed at all in the pipeline from week to
3  week?  Was there any estimate of the conversion rate
4  change for the particular quarter for the deals that
5  were in the pipeline?
6      A.  The -- conversion rate is an imputed
7  number.
8      Q.  Uh-huh.
9      A.  So each time we had a forecast, the forecast
10  was submitted and the forecast was submitted, so it was
11  an imputed number based off of those two inputs.
12      Q.  Okay.  Can you describe for me the process that
13  the business units would go through to revise their
14  forecasts as the quarter would go along?  What would
15  cause them to revise their quarter forecasts versus not
16  revise their forecasts?
17      A.  If they got more information on the status of
18  the deals, their portfolio deals that they were working
19  on in the course of the quarter, they might feel more
20  secure in their forecast or they might feel less secure
21  in their forecast and would change it accordingly.
22      Q.  So if particular deals fell out of the
23  pipeline, that would cause them to adjust their
24  forecast?
25      MR. RUBENSTEIN:  Object to the form.

128

1    THE WITNESS:  Can you repeat the question,
2    please.
3    MR. BRITTON:  Q.  If a particular deal that was
4    in the pipeline fell out of the pipeline for whatever
5    reason, the customer cancels, went with somebody else,
6    would the business units necessarily change their
7    forecast to reflect the deals that were lost for that
8    potential quarter?
9    A.  No.
10   Q.  No.
11   Okay.  Going back to the definition of the
12   pipeline.  As deals that were in the pipeline closed
13   through the quarter --
14   A.  Uhm-hum.
15   Q.  -- would they be pulled out of the pipeline so
16   the pipeline number would go down?
17   A.  No.
18   Q.  No.
19   So even if the deals closed that quarter, they
20   would remain in the pipeline?
21   A.  That is correct.
22   Q.  Did you use flash reports at all in -- in your
23   forecasting process in terms of the upside adjustments?
24   MR. RUBENSTEIN:  Object to the form.
25   THE WITNESS:  I'm not certain what you're

129

1    asking me.
2    MR. BRITTON:  Q.  Okay.
3    (Off-the-record discussion between witness
4    and counsel.)
5    (Whereupon, Plaintiffs' Exhibit 10 was
6    marked for identification.)
7    MR. BRITTON:  Q.  I have placed in front of you
8    what's been marked as Minton Exhibit 9.  Would you take
9    a moment to take a look at it, please.
10   MR. RUBENSTEIN:  I believe that's 10.
11   MR. BRITTON:  Is it 10?
12   THE REPORTER:  Yes.
13   MR. BRITTON:  Q.  Minton Exhibit 10 is a
14   two-page e-mail.  Starts with 040601 and ends at 02.
15   Q.  Have you had an opportunity to review Minton
16   Exhibit 10?
17   A.  Yes.
18   Q.  Okay.  And do you recognize it?
19   A.  I've read it.  I'm not sure if I got it, but I
20   did -- I did get it.
21   Q.  Are you familiar with the -- the content of
22   this e-mail?
23   A.  Yes, I am.
24   Q.  You are.
25   And can you tell me why, at this point in time,

130

1    Oracle changed the process from going with one month
2    ahead to two months ahead, in terms of forecasts?
3    MR. RUBENSTEIN:  Object to the form.
4    MR. BRITTON:  Withdrawn.  Let me ask it a
5    different way.
6    Q.  If you look at the first page on No. 1, it
7    says, "Starting with next week's forecast, we are
8    requiring that a full Q3 and Q4 forecast be submitted by
9    all organizations into OFA."
10   The question is, was the process different than
11   this prior to the week of December 4th?
12   A.  Technically, no.  Every time a forecast is
13   submitted, you are supposed to submit a forecast for
14   every quarter in the current fiscal year unless that
15   quarter has already passed.  This request was going out
16   to remind people that we wanted them to focus not on
17   just the current forecast -- sorry, the current quarter
18   forecast but the following forecast as well.  We -- we
19   tend to go quarter to quarter, and we were just trying
20   to remind people that they should be looking at both,
21   the Q3 and the Q4.
22   Q.  Okay.  If you look at the -- the top, where it
23   says, "from forecast"?
24   A.  Right.
25   Q.  Whose e-mail is that?

131

1    A.  It is a -- it's a generic e-mail account.  So
2    this was sent from Roberta Ronsse, using the forecast
3    account so that people knew that it was coming from
4    corporate finance regarding the forecasting process.
5    Q.  And who had access to this generic e-mail
6    account?
7    A.  Well, obviously Roberta did, but I -- I don't
8    know who else.
9    Q.  Did you have access to it?
10   A.  No.
11   Q.  No, okay.
12   I referred earlier to a flash report.
13   MR. RUBENSTEIN:  Are you done with Exhibit 10?
14   MR. BRITTON:  Yeah.
15   (Whereupon, Plaintiffs' Exhibit 11 was
16   marked for identification.)
17   MR. BRITTON:  Okay.  For the record,
18   Exhibit 11, which has been placed in front of you,
19   starts with Bates 019803 through 019838.
20   Q.  Have you had an opportunity to look at
21   Exhibit 11?
22   A.  Yes, I have.
23   Q.  And do you recognize it?
24   A.  Yes, I do.
25   Q.  And what is Exhibit 11?

132

```
1        A. It is a snapshot of how we performed for the
2   quarter.
3        Q. Okay.
4        A. Along with some historical trends and -- and
5   whatnot.
6        Q. Okay. Did you use any of these flash reports
7   in the forecasting process for the upside adjustments at
8   Oracle during the relevant period?
9        A. No.
10       Q. No, okay.
11       Did you look at historical results at all when
12  making the upside adjustments for the forecasts at
13  Oracle, other than the pipeline conversion that you've
14  already talked about?
15       A. Well, the pipeline conversion was the primary
16  historical analysis that we would use.
17       Q. Okay. Any other historical analysis that you
18  would use, other than the pipeline analysis?
19       A. Not that I recall, not that I recall.
20       We may have looked at sequential analyses, so
21  we may -- I know what we do today, but I don't know what
22  we did back then.
23       Q. Right.
24       A. So we may have looked at sequential analyses
25  like, you know, Q2 relative to Q3, because our Q3 was,
```

133

```
1   you know, pretty close to our Q2 results.
2        Q. And that was historical, going back?
3        A. Yeah, for -- going back. I mean, Q2 -- Q2 and
4   Q3 tended to be pretty close to one -- one another, a
5   little bit better; Q3 would be just a little bit better.
6        Q. And did you perform that analysis in the third
7   quarter of 2001 for your forecast?
8        A. Not that I recall.
9        Q. Okay. You can put that document aside.
10       (Whereupon, Plaintiffs' Exhibit 12 was
11       marked for identification.)
12       THE REPORTER: Was that 11?
13       THE WITNESS: This is 11, so we should be on
14  12.
15       MR. BRITTON: Okay. The court reporter has
16  placed in front of you what's been marked as Minton
17  Exhibit 12. Would you take a moment to look at this
18  exhibit.
19       Why don't we go off the record while they
20  change the tape.
21       THE VIDEOGRAPHER: In the deposition of
22  Jennifer Minton, this marks the end of Tape 2, Volume I.
23  Going off the record. The time is 2:10.
24       (Discussion off the record.)
25       THE VIDEOGRAPHER: In the deposition of
```

134

```
1   Jennifer Minton, this marks the beginning of Tape 3,
2   Volume I. Going on the record. The time is 12 -- 2:13,
3   excuse me.
4        MR. BRITTON: Q. Okay. I placed in front of
5   you what's been marked as Minton Exhibit 12.
6        And for the record, it starts with Bates 20731
7   and ends at 32.
8        Do you recognize Exhibit 12?
9        A. Yes, I do.
10       Q. And what is Exhibit 12?
11       A. It's an e-mail note that Larry Garnick
12  prepared, which he forwarded to me, and I subsequently
13  forwarded to Jeff, and he then subsequently responded
14  to, that itemized what our earnings per share were for
15  Q2 and Q3 for fiscal '98 through fiscal 2000.
16       Q. Okay. And did this analysis affect your
17  forecast at all for the third quarter of 2001?
18       MR. RUBENSTEIN: And, again, you are just
19  focusing on general process, right?
20       MR. BRITTON: Process. Yes.
21       THE WITNESS: No. This is not something that
22  we would generally have as a general process.
23       MR. BRITTON: Q. Did you use this process at
24  all for the third quarter of '01?
25       A. For developing the -- the forecasts that I
```

135

```
1   developed is the upside report.
2        Q. Right.
3        A. And I did not use this to develop the upside
4   report.
5        Q. The upside report, okay. Okay. Put that
6   aside.
7        Okay. Now going back to the pipeline
8   calculation that you performed, or that you looked in
9   connection with the upside report, did you adjust that
10  conversion rate to take into account any external
11  factors that may cause one year's results to be
12  different than the prior year's results?
13       A. No.
14       Q. Any economic factors whatsoever?
15       A. No.
16       Q. No. Okay.
17       So even though the market had changed
18  significantly in terms of like dot-com business, the
19  conversion rate, you didn't adjust for that at all when
20  you converted it over for purposes of making your upside
21  adjustments?
22       MR. RUBENSTEIN: Object to the form.
23       THE WITNESS: I did not consider any economic
24  factors when performing the license -- when we prepared
25  the license pipeline conversion package, it is solely
```

136

1    based on applying the historical conversion rates for
2    the same prior year corresponding period to the current
3    pipeline to determine what the upside would be.
4        MR. BRITTON:  Q.  Okay.  And then you would
5    make your adjustments upward based upon that conversion
6    rate, plus talking to the financial heads in other
7    conversations that you had with business heads; is that
8    fair?
9        A.  Yes.  I would use a variety of data inputs to
10   come up with what I felt was the appropriate upside
11   number to get to the total consolidated forecast for the
12   quarter.
13       Q.  Did you ever adjust those numbers down based
14   upon the conversion rate and your conversations?  Did
15   you ever, in preparing the -- the consolidated upside
16   report, did you ever make adjustments downward to the
17   license revenues?
18       A.  Sure.
19       Q.  Okay.  And what circumstances would cause you
20   to make the adjustments down?
21       A.  In the event that the pipeline -- historical
22   pipeline conversion rate may have indicated a -- a lower
23   license forecast than what was submitted, that would be
24   one reason.  Another reason is there could have been an
25   error in the forecast submission that came to my

137

1    attention, and, therefore, I needed to adjust the
2    forecast down.
3        So, you know, it -- it -- the upside column was
4    not just, you know, to make changes based on upside
5    reports or other additional information that I received.
6    It was also used to reflect any errors -- any
7    corrections to errors that were made in the underlying
8    forecast that was originally submitted in OFA.
9        Q.  Okay.  So if, say, for example, Jay Nussbaum
10   submitted his forecast that said a million dollars for
11   the quarter, and that analysis was based upon deals that
12   were in the pipeline that were likely -- likely to
13   close, you would actually make an adjustment downward
14   for -- for the upside forecast if circumstances
15   warranted -- if circumstances warranted it?
16       A.  If -- if there was an error in the original
17   forecasts that were submitted, I would have adjusted it
18   downward.  If the historical pipeline conversion ratio
19   told me that his forecast did not seem achievable based
20   on his historical conversion trends for the like for
21   like periods, then I would adjust it down.
22       Q.  Now, did the business -- the individual
23   business units have access to their historical
24   conversion rates for them, those periods?
25       A.  Yes, they did.

138

1        Q.  And did they take those conversion rates into
2    consideration in preparing their forecasts?
3        A.  Again, I was not involved in developing their
4    forecasts.  That was done at my direct's level working
5    directly with the business unit, so -- everybody had
6    their own methodology for determining what their
7    forecast was going to be.
8        Q.  Okay.  I've read a lot about the term "hockey
9    stick," and I'm sure you are familiar with that term.
10       What does -- what does the hockey stick mean to
11   you?
12       A.  The hockey stick means that a large percentage
13   of the license revenues would be recorded at the end of
14   the last few days of a quarter rather than erratically
15   throughout the course of the quarter, if you are looking
16   at it on a quarterly basis.
17       Q.  Right.
18       A.  I would say the same would apply, even on an
19   annual basis.  We tend to record more license revenues
20   in the fourth quarter than any other prior quarter
21   because the sales comp plans during the relevant period
22   had accelerators, and so the sales force was more
23   incentive to close and increase their commission rates
24   in the fourth quarter.
25       Q.  Was the hockey stick effect also based upon the

139

1    fact that there were more discounts, better deals at the
2    end of a quarter or at the end of a year?
3        A.  I think it is fair to say that our customers
4    have been trained over the course of several decades
5    that they would be able to negotiate a better discount
6    in their favor if they held out closing the deal the day
7    of the -- the last day of the quarter or the day prior.
8        Q.  Customers love deals, don't they?
9        How did the -- withdrawn.
10       Did your forecast, your upside adjustments,
11   take into account the hockey stick effect?
12       A.  No.
13       Q.  No.
14       Did -- was the hockey stick effect accounted
15   for in the forecasts that either the division prepared
16   or that you consolidated and prepared?
17       A.  I don't understand how -- what you're asking
18   me.
19       Q.  Would the hockey stick effect -- would the
20   hockey stick sales effect impact your forecasting
21   process at all?
22       MR. RUBENSTEIN:  Objection.  Asked and
23   answered.
24       THE WITNESS:  I don't understand what your
25   question is.

140

1    MR. BRITTON:  Q.  The question is, how, if at
2  all, did the hockey stick effect impact your
3  forecasting?
4    MR. RUBENSTEIN:  Same objection.
5    THE WITNESS:  It did not impact my forecasting
6  process.  The forecasting process was the same every
7  forecast period.
8    MR. BRITTON:  Q.  And why did it not impact
9  your forecasting process?
10    A.  Because we would forecast for the full quarter.
11    Q.  For the full quarter.
12    So the deals that you were looking at
13  forecasting, whether they happened on the first day or
14  the last day, were in the forecasts?
15    A.  That's correct.
16    Q.  Okay.  Now, did you take into consideration any
17  discounts or any better terms that customers would get
18  at the end of the quarter into your upside adjustments?
19    A.  Absolutely not.
20    Q.  Okay.  And why not?
21    A.  Because I would not be privy to those types of
22  details.  I'm not in that level of detail.
23    Q.  So you didn't know the specifics of the deals?
24    A.  I did not know the specifics of the deals.
25    Q.  Okay.  Did the margins from the sales that

141

1  would occur at the end of a quarter, did that impact
2  your forecasting process at all?
3    MR. RUBENSTEIN:  Object to the form.
4    THE WITNESS:  I don't -- I mean, I can tell you
5  that for the upside -- any upside adjustments that were
6  made to license revenue, we would make an adjustment for
7  sales commission expenses related to the incremental or
8  decremental revenues that were being forecasted on
9  license.
10    MR. BRITTON:  Q.  Okay.
11    A.  Does that answer your question?
12    Q.  Yeah, I think it does.
13    How -- how would you make those adjustments
14  to -- to the sales commissions?  How would that impact
15  your -- your upside adjustments?
16    A.  Well, now we're talking expenses.  It was a
17  straight formula, 15 percent of the incremental or
18  decremental license revenue.
19    Q.  Okay.
20    THE REPORTER:  I'm sorry.  That 15 percent of
21  the?
22    THE WITNESS:  Incremental or decremental
23  license revenue upside adjustment.
24    MR. BRITTON:  Q.  So if --
25    A.  It was a pure formula.

142

1    Q.  So if the upside adjustment went up a dollar,
2  then the expenses would go up 15 cents?
3    A.  You are on target.
4    Q.  Okay.  Good.
5    And it was a straight formula per sales
6  commissions, okay.
7    Did accounts receivables play any effect in
8  your forecasting at all?
9    A.  In what regard?
10    Q.  Customer's ability to pay or not to pay affect
11  the forecasting process?
12    A.  It affected the upside analysis.
13    Q.  Okay.  And how did it affect the upside
14  analysis?
15    A.  We would record each month a percentage of
16  revenues as -- as a -- as a contra sales expense to
17  increase our -- and at the end of every quarter --
18    THE REPORTER:  To increase our what?  I'm
19  sorry.
20    THE WITNESS:  Our reserve for accounts
21  receivable.
22    And at the end of every quarter, we would
23  evaluate what our reserve requirements were based off of
24  a historical analysis that we always had in place where
25  we would review specific invoices over a certain dollar

143

1  threshold for collectability; and if we felt that they
2  weren't collectible, then we would specifically reserve
3  them.  And any invoices that were not specifically
4  reviewed were -- the aging, we took an -- an estimate of
5  a -- of a reserve of uncollectible receivables in that
6  population of the receivables portfolio, and that would
7  determine our bad debt reserve requirements.  And if our
8  bad debt reserve was -- if our bad debt reserve was
9  higher than what our requirement analysis told us that
10  we needed, then we would adjust -- we would reverse some
11  of the revenues that we had recorded against the reserve
12  during the current quarter.
13    MR. BRITTON:  Q.  Okay.  And then how would
14  that impact your forecast?
15    A.  I would include an estimate of what I thought
16  that returns reserve would be.
17    Q.  Okay.  And that would affect the overall --
18    A.  In other words, we -- we -- we -- we -- we --
19  we reduced revenue by too much on a monthly basis
20  throughout the course of the quarter; and then at the
21  end of the quarter, we did our reserve analysis, and
22  depending on what our requirements told us, we would
23  then turn back some of the revenue that we had
24  previously decremented, okay.
25    So I would always estimate a certain amount of

144

1 revenues that were coming back because we knew that our
2 returns -- our monthly returns provision was higher than
3 necessary, historically speaking.
4 Q. Okay. Did you generate any reports
5 during -- in doing that analysis during each of the
6 quarters in fiscal '01?
7 A. Did I generate any reports --
8 Q. Aging reports or how it affected the --
9 A. I mean, every quarter there is a bad debt
10 reserve analysis --
11 Q. Uh-huh.
12 A. -- that's performed. I would get estimates as
13 they were in the course of their preliminary preparation
14 of the reserve analysis. The reserve analysis was
15 finalized after the end of the quarter, but during the
16 course of the last week or two of the quarter, the
17 accounting organization would be able to give me an
18 estimate of what they thought the revenue return would
19 be. And so that would be the basis for me making an
20 adjustment in the upside analysis for that.
21 Q. Okay.
22 A. You guys have to become accountants, don't you?
23 Q. My brain starts flying off.
24 Did you -- did you perform any variance testing
25 in connection with your forecasts during fiscal '01?

145

1       MR. RUBENSTEIN: Object to the form.
2       THE WITNESS: Your question is too vague for me
3 to answer.
4       MR. BRITTON: Q. Any -- any variance testings
5 in terms of -- of what -- what the first week was in
6 comparison to the first week of the prior year to try to
7 gauge any patterns for what the results were going to be
8 at the end of the year.
9 A. There was never any weekly variance analysis
10 like that that I can recall.
11 Q. Was there any variance analysis at all?
12 A. Again, it's too vague of a question for me. I
13 need you to be more specific, please.
14 Q. If I could.
15       (Discussion off the record.)
16       MR. BRITTON: Why don't we take a break.
17       THE VIDEOGRAPHER: Going off record. The time
18 is 2:30.
19       (Recess taken.)
20       THE VIDEOGRAPHER: Going back on record. The
21 time is 2:42.
22       MR. BRITTON: Q. Okay. Before we broke, we
23 were talking about variance testing, and let me give you
24 an example.
25       If, in the second quarter you had forecasted

146

1 certain number in license revenues, say, a hundred
2 million, and at the end of the quarter you only achieved
3 90 million, is there any process for testing why there
4 was that variance, why -- why was there a miss?
5 A. We would do, as you saw before, license
6 forecast accuracy analyses.
7 Q. Right.
8 A. But the -- the miss was not -- people will,
9 after the fact of the quarter, evaluate in that
10 situation; they would evaluate what deals were committed
11 and which deals did not close to better understand why
12 they missed their number.
13 Q. Okay.
14 A. Does that answer your question?
15 Q. Yeah, I think it does.
16 A. Good.
17 Q. Now, would you do that every -- every quarter?
18 Would Oracle do that every quarter?
19 A. Generally, that is done at the -- at the
20 business unit level.
21 Q. Okay. Now, at the corporate level, did -- was
22 there any variance testing done?
23 A. Again, I wouldn't even refer to that as
24 variance testing. It was an analysis.
25 Q. What would you refer to -- right. What was --

147

1 A. It's an analysis of what deals were committed
2 to that did not close in the quarter that were
3 forecasted to close.
4 Q. Okay.
5 A. Alternatively, there would also be, you know,
6 deals that did close during the quarter that were not
7 forecasted, so it goes both ways.
8 Q. Right.
9 Would corporate level do any analysis of why a
10 particular quarter didn't meet the original forecast?
11 A. Again, the analysis was done at the divisional
12 level --
13 Q. Right.
14 A. -- business unit -- unit level, and they would
15 feed that information up.
16 Q. They would report up.
17 Okay. We talked about the definition of the
18 pipeline before.
19 A. Uh-huh.
20 Q. And so I'm clear, pipeline consists of deals
21 that are likely to close within that quarter?
22 A. It consists of all the opportunities that are
23 being worked on that have the possibility of closing
24 during that quarter.
25 Q. And then when particular opportunities that are

148

1   within the pipeline close, they stay in the pipeline --
2   A.  That is correct.
3   Q.  -- for that period of time.  All right.
4   So if a pipeline is decreasing, what, in your
5   experience, is causing that decrease?
6   A.  The pipeline would historically decrease from
7   month one to month three as deals solidified, and the
8   sales process, you know, the sales process -- as they're
9   going through the -- the quarter, the sales process is
10   going to tell you whether or not you are going to be
11   able to close the deal, depending at the stage of the --
12   the sales process, right.
13   So if you are in month -- the beginning of
14   month three and you realize that you are not far enough
15   along in the sales process to get it closed that
16   quarter, depending on the circumstances, then you would
17   take that deal and move it out of your pipeline and into
18   the following quarter.  If that deal had lost -- and if
19   you had lost that deal, then that deal would also, I
20   think, be moved out.
21   Q.  So that was going to be my question.  If -- if
22   a deal cancelled or -- or they lost the deal, that would
23   fall out of the pipeline as well?
24   A.  I believe so.
25   Q.  Okay.

149

1   A.  But I know if it was won, it definitely stayed
2   in.
3   THE REPORTER:  But I know if it what?  I'm
4   sorry.
5   THE WITNESS:  If it was a won deal, it
6   definitely stayed in.
7   (Whereupon, Plaintiffs' Exhibit 13 was
8   marked for identification.)
9   MR. BRITTON:  Q.  The court reporter has placed
10   in front of you what's been marked as Exhibit 13.
11   For the record, it's a one-page document with
12   Bates 008131.
13   Before we get to this doc- -- question, if a --
14   say you started out week one with a hundred dollars in
15   the pipeline, and then in week two, another opportunity
16   came up.  Would that be put into the pipeline at that
17   time?
18   A.  Yes.
19   Q.  So the pipeline would go up, okay.
20   All right.  Now to Exhibit 13.
21   Do you recognize this exhibit?
22   A.  Yes, I do.
23   Q.  And what is Exhibit 13?
24   A.  It is a historical snapshot of the pipeline
25   trends for fiscal -- for each week during Q1 and Q2 of

150

1   fiscal '01 for each of the business units that made up
2   the Americas geography.
3   Q.  Okay.  And what was the purpose of this
4   analysis?
5   A.  This analysis is to -- was to see if the change
6   in the pipeline trends, to see if it's going down.
7   Q.  Okay.  Now, how did you receive the pipeline
8   information when you were doing your analysis for the
9   upside adjustments, in what format did it come?
10   A.  So the field finance organizations were
11   responsible for putting the pipeline into OFA --
12   Q.  Right.
13   A.  -- okay, every time we had a forecast period.
14   So they would put the -- so that's how they -- that's
15   how I would get it.
16   Q.  Okay.  So you would see it in OFA, and then
17   that would tell you that information?
18   A.  Right.
19   Q.  Did you have access to OSO?
20   A.  I did have access to OSO.
21   Q.  Did you use it?
22   A.  I looked at OSO, but for purposes of
23   forecasting process, no.
24   Q.  Okay.  For what purposes would you use OSO?
25   MR. RUBENSTEIN:  Could we get a time frame on

151

1   this?
2   MR. BRITTON:  Relevant period.
3   THE WITNESS:  I'm -- I'm not sure if I looked
4   at that time during the relevant period, but I was
5   looking at it for features and functionality.
6   MR. BRITTON:  Q.  But not in connection with
7   your forecasting process?
8   A.  No.  I would use the fore -- the pipeline and
9   the forecast information that was entered into OFA by
10   the field finance organization.
11   Q.  Did -- did OFA generate a report that you would
12   look at, or would you look at OFA electronically?
13   A.  I would look at OFA based on reports that were
14   prepared for me.
15   Q.  So hard copy reports.
16   Did those reports have a title?
17   A.  Yes.
18   Q.  What were they called?
19   A.  Oh, there's a variety of titles, hundreds.
20   Q.  How would I know I'm looking at a report from
21   OFA?
22   A.  Well, some -- as I testified earlier today,
23   there was one report called the management summary --
24   Q.  Okay.
25   A.  -- report that came out of OFA, and that

152

1    contained actuals forecast and budget data.
2        Q.  Okay.  If you look at the -- all of these
3    columns, essentially, you notice that the pipeline
4    decreases during each quarter for each division.
5        So this -- the information that you would glean
6    from the fact that this is decreasing is that deals have
7    either moved into the next quarter or deals have fallen
8    out of?
9        A.  Correct.
10       Q.  Okay.  Did you do any -- or did anybody at the
11   corporate level do any analysis on why there was a
12   decrease or the size of the decrease, any kind of
13   pipeline analysis like that?
14       A.  Not that I recall.
15       Again, the key issue is what your conversion
16   rate is of your pipeline.
17       Q.  Right.
18       A.  So it's not the overall pipeline.  It's how
19   much of that pipeline can you convert in a given quarter
20   that's important, and that's what we always relied on.
21       Q.  And how did Oracle calculate the value of its
22   pipeline, the dollar value of the pipeline?
23       A.  The dollar value was the summation of all the
24   individual opportunities that were entered into the
25   various pipeline systems that were in use at the time.

153

1        Q.  Do you know how -- and so if -- if the -- if
2    the deal is worth a hundred million dollars, did it
3    always convert one to one into the pipeline in terms of
4    a dollar value, or was there a calculation?
5        A.  I'm not a licensed sales rep, so I never
6    entered a deal into -- an opportunity into the pipeline.
7        Q.  Okay.
8        A.  So I do not know what their methodology was.
9        It is fair to say, though, that you never
10   really know what a deal is actually ever going to close
11   at; so it's all, for the most part, a guesstimate,
12   right.  And if it was a real large opportunity,
13   sometimes they might put it in at a lower value.
14       Q.  You mentioned earlier that there are
15   circumstances where you have a mega deal and the unit
16   head was reluctant to put that into their forecast.
17       Why was there that type of reluctance to do --
18   to put mega deals into the forecast?
19       THE WITNESS:  Is that a process question?
20       MR. RUBENSTEIN:  We'll assume that you're
21   intending that as a general matter.
22       MR. BRITTON:  Absolutely.
23       MR. RUBENSTEIN:  All right.
24       THE WITNESS:  Because they never wanted to miss
25   their commit number.

154

1        MR. BRITTON:  Q.  So the more deals you put in,
2    the better your results have to be, okay.
3        A.  No, that's not what I said.
4        MR. RUBENSTEIN:  You can -- you can clarify.
5        MR. BRITTON:  Q.  Yeah, go ahead and clarify.
6        A.  Sure.
7        There was, particularly within the North
8    America sales organization, a certain, what I would call
9    forecasting style or personality whereby nobody wanted
10   to miss their commit forecast and they wanted to exceed
11   it, and as -- so I refer to that as sandbagging --
12       Q.  Okay.
13       A.  -- and there was pretty consistent behavior
14   where the gentlemen in question in North America
15   consistently exceeded their forecast, and therefore,
16   that's why the upside analysis was -- why the upside
17   adjustments were made, so that we could get to what we
18   really thought we were going to do in a given quarter.
19       Q.  The conversion rate, do you understand how --
20   what the calculation was to get to the conversion rate
21   for any particular quarter?
22       A.  Well, the license conversion rate represents
23   the amount of actual license revenue recognized as a
24   percentage of the total pipeline at any point in the --
25   in the quarter.

155

1        Q.  Okay.  So for purposes of your forecasting for
2    third quarter of 2001 --
3        A.  Uh-huh.
4        Q.  -- which -- at what point in time were you
5    looking at for the calculation the conversion rate from
6    the prior year, the last day of the quarter, middle,
7    beginning?
8        A.  Again, we would have a forecast process whereby
9    a forecast was submitted every other week in month one,
10   month two, and month three it was done weekly.
11       The prior year conversion rate was taking the
12   prior year's actual license revenues for the quarter, so
13   that was a constant, as a percent of the total pipeline
14   during week two, week four, week six, week eight, nine,
15   ten, eleven, and twelve during a quarter.
16       Do you understand?
17       Q.  Yeah.
18       A.  So the historical conversion rates for the same
19   prior year corresponding period during the forecast, you
20   know, during the current year's forecast, were applied
21   to the pipeline in the current year to estimate what we
22   thought would be the actual license revenue results for
23   the quarter.
24       (Whereupon, Plaintiffs' Exhibit 14 was
25       marked for identification.)

156

1     MR. BRITTON:  Q.  I placed in front of you
2   what's been marked as Exhibit 14.  Will you take a
3   moment to look at this exhibit.
4     And for the record, Exhibit 14 starts at Bates
5   040837 and ends at Bates 040841.
6     Q.  Okay.  Have you had an opportunity to look at
7   Exhibit 14?
8     A.  Yes, I have.
9     Q.  And do you recognize it?
10    A.  No, I do not.
11    Q.  Okay.  If you look at the third page --
12    A.  But can I clarify?
13    Q.  Sure.
14    A.  Corporate did a different pipeline analysis,
15  but this is a license pipeline conversion analysis.
16  And --
17    THE REPORTER:  This is a what?  I'm sorry.
18    THE WITNESS:  A license pipeline conversion
19  analysis.
20    Again, prepared at the divisional level,
21  obviously, for George Roberts.
22    MR. BRITTON:  Q.  So looking at this document,
23  can you tell if the calculations that are going on in
24  this document are the same ones that we were talking
25  about before in terms of taking the actuals against the

157

1   pipeline in a given period of time?
2     MR. RUBENSTEIN:  Objection.  No foundation.
3     MR. BRITTON:  Q.  You can answer.
4     A.  If this is the pipeline, these are the actuals,
5   it doesn't state -- it's hard to -- to determine if this
6   is the prior year actuals.  I'm assuming it is.
7     Q.  Okay.
8     A.  Yeah.  This is the actuals for the -- yeah,
9   these are -- these are the conversion rates of the
10  pipeline --
11    Q.  Okay.  So --
12    A.  -- for the respective time periods that were
13  forecasted in those quarters.
14    Q.  Okay.  So in -- let's take, for example, Q1,
15  2000, if you were in Q1, 2001, let's say for NAS, how
16  would you -- how would you make your calculations to
17  come up with your upside forecasts?
18    I think, actually --
19    MR. RUBENSTEIN:  Object to the form.
20    MR. BRITTON:  -- withdrawn.
21    Q.  I think what would be helpful is if you could
22  use -- give us a -- an example using simple numbers on
23  how you get from, you know, the pipeline conversion all
24  the way to your adjustment.
25    MR. RUBENSTEIN:  Let me just -- my objection is

158

1   this is a divisional document, and the upside
2   adjustments are obviously done companywide.
3     MR. BRITTON:  Q.  We -- we don't have to look
4   at this document.  We can just -- if -- if you can walk
5   me through the -- from the beginning to the end using
6   simple numbers, that would be, I think, extremely
7   helpful.
8     A.  Okay.  If in Q1 of 2000 you had a pipeline at
9   the end of the first month of the quarter of
10  100 million, and assume that your revenues, your license
11  revenues for the -- for -- for the quarter ended up at
12  25 million, then your pipeline conversion ratio would be
13  25 percent for the first month, or the end of the first
14  month of that given quarter.
15    Q.  Okay.
16    A.  That pipeline conversion ratio of 25 percent,
17  we would use to apply to the pipeline in the following
18  corresponding prior -- or in the following corresponding
19  period, so fiscal 2001 --
20    Would that be correct?  Did I start with 2000?
21    MR. RUBENSTEIN:  Yes.
22    THE WITNESS:  And we would take the first --
23  the end of the first month's pipeline for that period
24  and multiply it by the historical, the conversion rate,
25  to estimate what we thought would be the license

159

1   revenues for the current quarter.
2     MR. BRITTON:  Q.  Okay.  So let's say the
3   pipeline in subsequent year is a hundred million dollars
4   again.  How would you get to your upside adjustment?
5   I'm kind of trying to go through the entire process.
6     A.  Well, if -- if the predicted license revenue
7   was 25 million, and the submitted or the commit forecast
8   that was submitted by the field was 20 million, then we
9   would adjust the upside analysis possibly by 5 million.
10    Q.  Okay.  And then you would go and talk to
11  the -- the finance people in those particular divisions
12  to see if there is any adjustments up or down?
13    A.  I would talk to them about specific deals that
14  were in the pipe, what upside deals were not reflected
15  in the forecast, what the likelihood that those deals
16  might actually close during the course of the quarter,
17  again, a -- a -- a number of data points.
18    Q.  Okay.  Okay.  Fair enough.
19    Okay.  You can put that document aside.
20    A.  But do you understand now how it's used?
21    Q.  Yes.  Yes.
22    A.  Okay.
23    Q.  Thank you.
24    What exhibit is this?
25    THE REPORTER:  15.

160

1  MR. BRITTON: 15.
2  (Whereupon, Plaintiffs' Exhibits 15 and 16
3  were marked for identification.)
4  MR. BRITTON: Q.  Okay.  I have placed in front
5  of you two documents, Exhibit 15 and Exhibit 16.
6  Exhibit 15 starts with Bates 024454 and ends
7  with Bates 24464.
8  And Exhibit 16 starts with Bates 00514 and ends
9  at 00523.
10  Have you had a chance to look at both of these
11  exhibits?
12  A.  Yes.
13  Q.  And do you recognize them?
14  A.  Yes.
15  Q.  And what are they?
16  A.  These are the license pipeline conversion
17  analyses that are prepared by the corporate financial
18  planning group.
19  Q.  Was this out of OFA?
20  A.  The numbers were taken from OFA, but these are
21  actually Excel schedules.
22  Q.  Okay.  Were these the documents that you were
23  working for, these types of documents that you were
24  working with for purposes of doing your upside
25  adjustments?

162

1  A.  That's the total pipeline growth year over
2  year.
3  Q.  Year over year.
4  So as of that particular day?
5  A.  As of that particular forecast period.
6  Q.  That forecast period, okay.
7  So at the -- as of December 11, 2000, the
8  pipeline is 52 percent larger than the pipeline a year
9  earlier?
10  A.  That is correct.
11  Q.  In terms of dollars?
12  A.  That is correct.
13  Q.  Now, the next column says, "Product Waitings,"
14  what does -- what is that referring to?
15  A.  It's just showing you of the total pipeline
16  what percent represents technology opportunities versus
17  application opportunities.
18  Q.  Okay.  And then the "Revenue Growth" column,
19  what is this column representing?
20  A.  It is representing the forecasted license
21  revenue growth year over year.
22  THE REPORTER:  Year over year?
23  THE WITNESS:  Year over year for the same
24  forecast period.
25  MR. BRITTON: Q.  For the same forecast period.

161

1  A.  Yes.
2  Q.  Now, if you look -- let's start with
3  Exhibit 15.  If you look at the second page --
4  A.  Uhm-hum.
5  Q.  -- it has, in the far left column, "Pipeline
6  Growth," and then "Total Tech" and then "APS."
7  THE REPORTER:  Total what?  I'm sorry.
8  MR. BRITTON:  "Total Tech" and then "APS."
9  What does the "Tech" column represent?
10  A.  The technology pipeline growth.  We were --
11  they were segmenting their pipe between tech deals and
12  APS deals.
13  Q.  And -- and what type of products would fall
14  within the tech deals?
15  A.  Database.
16  Q.  Okay.
17  A.  Options.
18  THE REPORTER:  What was that?
19  THE WITNESS:  Database, options.  It's our --
20  it's our core technology products.
21  MR. BRITTON: Q.  Okay.  And if you look to the
22  far left, the "Pipeline Growth" column, it says,
23  "Total."  What does that column represent?
24  A.  The one that ends with 52 percent?
25  Q.  Yes.

163

1  So you would take the -- did the forecast -- is
2  this the forecast before the upside or after the upside?
3  A.  This is the forecast before the upside.
4  Q.  Before the upside, so --
5  A.  This is the field forecast.
6  Q.  The field forecast.
7  So the field forecast for Nussbaum, he was
8  forecasting 19 percent more revenue this reporting
9  period than the prior year's reporting period --
10  A.  That is correct.
11  Q.  -- is that right?  Okay.  Good.
12  Okay.  If you turn to the next page, this page
13  is very difficult to read.  The -- the printout that you
14  were looking at, was -- was it similar in size, or
15  was -- was it much larger, or -- we're not sure if this
16  is a copy issue or if this is the way it printed out
17  or --
18  A.  Oh, I think it's the way it printed out.  A
19  copy issue.  I mean, I -- this is -- this is our
20  pipeline reporting package.
21  Q.  Really?  So -- so this was the size of what you
22  were looking at when you were -- whew.
23  MR. RUBENSTEIN:  They -- they have lots of --
24  MR. BRITTON:  Hard on the eyes.
25  MR. RUBENSTEIN:  -- magnifying glasses.

164

1      THE WITNESS:  My eyesight was a lot better five
2  years ago.
3      MR. BRITTON:  Q.  Which -- which page
4  represents the conversion ratio?
5      A.  Page one.  Well, it's your page three, I guess.
6      Q.  Page?
7      A.  So the -- the five -- the one that says "page
8  one."
9      Q.  Right.
10      A.  I know it's kind of not intuitive, being that
11  the first page isn't titled page one.
12      Q.  Okay.  So over on -- on the right-hand side,
13  there where it's "Forecast Conversion Ratio," where it
14  says "Actual Conversion Ratio"?
15      A.  Yeah.  Would you like me to walk you through
16  this?
17      Q.  Yeah, if you could, I'd -- I'd appreciate it.
18      A.  Okay.
19      So during week two of fiscal '01, or Q3 of
20  fiscal '01, we are show --
21      THE REPORTER:  I'm sorry?  Week?
22      THE WITNESS:  Week two -- sorry -- of the third
23  quarter of fiscal '01, we show in the first column what
24  the pipeline is as of that point in time.  And the total
25  pipeline is about 2.9.

165

1      MR. BRITTON:  Q.  Okay.
2      A.  In the next column, to the right -- to the
3  right of that is the pipeline for the same period but in
4  the prior year, so fiscal '00.  And the grand total of
5  that pipeline was 1.9.
6      Q.  Okay.
7      A.  You have your "Variance" column in dollars, and
8  you have your "Variance" column in percent, so you can
9  see that in totality the pipeline growth was 52 percent.
10      Q.  Okay.
11      A.  Okay.  And that's what ties to the page that we
12  spoke about just a few moments ago.
13      Then you have your current quarter forecast as
14  submitted by the field in the next column, which is a
15  total of -- I believe it's 1.2 million.
16      Q.  Yeah.
17      A.  And then you have your forecast for the same --
18  no, sorry, not your forecast, but your actuals for the
19  third quarter of fiscal 2000 with the total of about
20  1.0 million.
21      Q.  Okay.
22      A.  Okay.  So then we are showing what the total
23  forecast of growth is, which is 22 percent, and then
24  we're showing what the Q3, FY '01 forecast conversion
25  ratio was, so in totality it was 42 percent.  So you get

166

1  that number by taking the 1,029,198 which is the
2  actuals, as a percent of the 1,949,373.
3      Q.  Okay.
4      A.  Okay.  So that's your historical conversion
5  rate, 42 percent.
6      Q.  Okay.
7      A.  And then we're calculating -- oh, sorry, sorry.
8  I apologize.
9      That column, Q3 FY '01?
10      Q.  Uh-huh.
11      A.  That's your forecast conversion ratio, so it's
12  actually taking your forecast of 1,258-, the Q3 FY '01
13  forecast column --
14      Q.  Right.
15      A.  -- as a percent of the pipe for FY '01, which
16  is the 2.96 --
17      Q.  Okay.
18      A.  -- million.
19      Q.  Yes.  Okay.
20      A.  Okay.  So the current forecast conversion ratio
21  is 42 percent.
22      Q.  Okay.
23      A.  If you looked to the next column, that's
24  calculating your Q3 fiscal 2000 actual conversion ratio
25  which is taking your actuals for Q3, fiscal 2000 of

167

1  1 million, and dividing that by the pipeline for the
2  same period of 1.9.
3      Q.  Okay.
4      A.  And that gives you a forecast conversion ratio
5  of 53 percent.
6      So if you multiply the historical conversion
7  ratio of 53 percent by the current quarter's pipeline of
8  2.961, the -- the estimated license revenues for the
9  current quarter would be 1.7 million.
10      Q.  Okay.
11      A.  If you take the 1.7 million versus the forecast
12  of 1.25 million --
13      Q.  Yeah.
14      A.  -- for Q3 FY '01, you come up with your
15  estimated upside of roughly 510 million.
16      Q.  Okay.  And that -- that upside is not the
17  upside you were talking about before, the -- the -- the
18  best estimate upside?  This isn't your upside
19  adjustment?
20      A.  This is -- this is our forecast pipeline
21  conversion ratio analysis.  I'm sure you are going to
22  show me shortly one of our upside reports.
23      Q.  Yes.
24      A.  And it's not necessarily a hundred percent
25  going to equal this number.

168

```
1    Q.  Okay.
2    A.  In fact, I would beg to differ that it ever
3    would.
4    Q.  Okay.
5    A.  Because, you know, they're -- they're round --
6    they're rounded.
7        The one -- the one thing that's really
8    interesting to note is that you could take -- you could
9    look at a geography, let's say Germany, and, you know,
10   if you were to apply their historical ratio, you may
11   come up with a number and they may not get that number.
12   They may not hit it at the end of the day.
13       But, you know, historically speaking, when you
14   looked at it in totality, we -- these were fairly
15   predictive tests of what the total consolidated license
16   revenue growth was going to be.
17   Q.  Okay.
18   A.  But we would not just throw this number in --
19   in the upside analysis --
20   Q.  Uh-huh.
21   A.  -- without also validating it by knowing that
22   there were large deals in the pipeline that weren't
23   forecasted by, you know, getting additional information
24   that made us comfortable with how we arrived at our
25   upside numbers.  It was more of an art than a science.
```

169

```
1    Q.  Okay.  Okay.  And then the last column,
2    "Potential Growth With Upside."
3    A.  Right.  That would say, assuming that the
4    historical conversion rate if applied to the current
5    pipeline, if that came true, that we would have a -- I
6    think that says 70 percent growth and -- is that 70, or
7    is that 30?
8    Q.  Looks like 70 to me.
9        MR. RUBENSTEIN:  Yeah, looks like 70.
10       THE WITNESS:  Doesn't quite look right to me.
11       MR. BRITTON:  Q.  Which two columns are giving
12   you this percentage here, whatever it is?
13   A.  This would be taking the one million seven.
14   Q.  Yeah.
15   A.  And it should be dividing it as a percent of
16   the one point -- of the actuals in the prior year, so it
17   is right.  Of 1 -- of 1,029,196 --
18   Q.  Oh, okay.
19   A.  -- to get to the 70 percent.
20   Q.  Okay.  Very good.  Thank you.
21       Now, the -- the copy that you were working off
22   of that was this size, was it clearer to read than this;
23   so if we got a better copy machine, would we be able to
24   see these numbers better?
25   A.  I don't know if this is an issue as to how it
```

170

```
1    was printed out, but like this page I can tell you it
2    looked exactly like that.
3    Q.  Really?
4    A.  It really did.
5    Q.  Okay.  And then this footnote at the bottom,
6    one, what is that?
7    A.  Regional estimated upside based upon the sum of
8    the calculated upside for each component country.
9    Q.  So what does that mean?
10   A.  Well, as an example, EMEA would have different
11   regions, so the Nordics is an example.  We would take
12   the sum of -- we would -- instead of looking at it on a
13   country-by-country basis, we would look at it as a
14   regional basis.
15   Q.  That makes sense.
16       Okay.  If you take a look at page four of the
17   document itself, which I think is -- it's the page that
18   ends with 24459.
19   A.  Of -- of 15, of Exhibit 15?
20   Q.  Yeah, Exhibit 15.  It's the one with the graphs
21   and charts.
22       How would you use -- withdrawn.
23       What is this information depicting?
24   A.  This is only graphically showing the license
25   pipeline mix and total and what it is as a percent of
```

171

```
1    the total globe.
2    Q.  Okay.  Okay.  We'll put that document aside.
3        And I don't think -- actually think I have any
4    questions for Exhibit 16.
5        But I do have one before you put that away; I
6    have one question.
7    A.  For 16 or 15?
8    Q.  For 15.
9    A.  Okay.
10   Q.  The third to the last page, 462, can you tell
11   me what this says?
12       THE WITNESS:  I'm sorry, I don't know which
13   page he's referring to.
14       MR. BRITTON:  Q.  Ends with 462.
15       MR. RUBENSTEIN:  I knew you were going to go
16   there.
17       THE WITNESS:  Can I just see yours?
18       MR. RUBENSTEIN:  Okay.
19       THE WITNESS:  Yeah.  I know what this is.
20   Would you like me to tell you?
21       MR. BRITTON:  Q.  Yeah.  Can you explain what
22   it is?
23   A.  It's just the same license pipeline trending
24   that you saw for the Americas, but for the regions
25   within Europe, as well as for Japan and Asia Pacific and
```

172

1   the total company.
2   Q.  Okay.  Now, in OFA, to access this document
3   electronically --
4   A.  I need to correct you.
5   Q.  Okay.
6   A.  This document was prepared in Excel.
7   Q.  It was prepared in Excel, okay.  So if --
8   A.  The numbers were -- were --
9   Q.  Derived.
10  A.  -- obtained from OFA.
11  Q.  Okay.  So if we -- if we were to have this
12  document electronically, we would be able to see the
13  sale calculations like you would in a normal Excel
14  spreadsheet?
15  A.  That would be correct.
16  Q.  Very good.
17      Okay.  You can put those documents aside.
18  A.  If it helps you, I pretty much focused only on
19  page two of this document.
20  Q.  Page two?
21  A.  As numbered on the document.
22  Q.  All right.  Then take a look --
23  A.  That's my paperclip.  That's okay.
24  Q.  Now, the -- that invites another question.
25      What's the diff- -- what's the difference

173

1   between page one and page two?
2   A.  It's just looking at the tech versus APS.
3   Q.  Oh, okay.  And why were you focused on the tech
4   as opposed to the APS?
5   A.  I wasn't.  It was page one.
6   Q.  Oh, page one.  Okay.  As long as we're --
7   A.  Which is really page two.  See, the pages just
8   were not really numbered intuitively.
9   Q.  Okay.  Okay.
10  A.  Would you not agree?
11  Q.  Okay.  All right.
12      MR. RUBENSTEIN:  Just so the record is clear,
13  it's the page that ends -- it's 024458.
14      MR. BRITTON:  Q.  When -- when you were looking
15  at the conversion rates and the pipeline for your
16  forecasts, did you do any analysis of what deals were
17  closed in the pipeline versus what deals were still open
18  but could possibly close in the pipeline, or did you
19  just do a straight calculation?
20  A.  I'm sorry, I don't understand your question.
21  Q.  For example, say for example in the third
22  quarter --
23  A.  Right.
24  Q.  -- you had a hundred million dollars in
25  pipeline.

174

1   A.  Uhm-hum.
2   Q.  And your conversion ratio was 50 percent.  Did
3   you calculate the 50 percent of a hundred million and
4   come up with the 50 million?  Did you analyze closed
5   deals versus potentially closed deals?
6   A.  I looked at the total forecast and the total
7   pipeline, and I would apply historical conversion ratios
8   to the total pipeline, compare that to the forecast for
9   the full quarter, and derive an upside adjustment.
10  Q.  Okay.
11      (Whereupon, Plaintiffs' Exhibit 17 was
12      marked for identification.)
13  THE WITNESS:  I want to clarify my comment.
14  MR. BRITTON:  Sure.
15  THE WITNESS:  I would not necessarily derive an
16  upside adjustment, but I would have another data point
17  that would help me determine what my potential upside
18  would be.  These are not directly taken and then put
19  into the upside column in the upside reports.
20  MR. BRITTON:  Q.  Right, okay.
21      Okay.  The court reporter has placed in you --
22  in front of you what's been marked as Plaintiffs'
23  Exhibit 17.  Take a moment to look at this --
24      For the record, Exhibit 17 starts with Bates
25  42297 and ends at 42356.

175

1   Q.  Have you had an opportunity to look at
2   Exhibit 17?
3   A.  I have.
4   Q.  Do you recognize it?
5   A.  Yes, I do.
6   Q.  And what is Exhibit 17?
7   A.  It is a listing of large deals that are in the
8   pipeline, segmented by size --
9   Q.  Okay.
10  A.  -- segmented by commit versus upside, i.e., not
11  in the forecast, and segmented by NAS versus OSI versus
12  OPI.
13  THE REPORTER:  And submitted?
14  THE WITNESS:  And segmented by --
15  THE REPORTER:  Oh.
16  THE WITNESS:  -- NAS, OSI, OPI.
17  MR. RUBENSTEIN:  Again, let me object to the
18  extent that the document appears to be dated in 2002, at
19  the very bottom --
20  MR. BRITTON:  Yeah.
21  MR. RUBENSTEIN:  -- middle of the first page.
22  So I just want to make sure that --
23  MR. BRITTON:  Yeah, I'm just trying to find out
24  what the document is.
25  MR. RUBENSTEIN:  Okay.

176

1      MR. BRITTON:  Q.  When you said the upside is
2  not --
3      THE WITNESS:  Can I have a second, please.
4      MR. BRITTON:  Yes, yes.
5      (Off-the-record discussion between witness
6      and counsel.)
7      MR. BRITTON:  Q.  Okay.  Just one clarifying
8  point, I think, to your comment.
9      Up in the -- the left-hand column, it says,
10  "Q3, Week Six," but the -- it looks like this is dated
11  either June or August of 2002?
12     A.  Where do you find that?
13     Q.  All the way at the bottom where the dates --
14     A.  Oh, eight, August.  Is that eight, four.
15     Q.  It looks like 8/4 to me.  I was wondering,
16  since -- since Q3 is not in August, I am wondering if
17  this is a printing issue as opposed to an actual --
18     A.  I actually don't believe that this report was
19  generated during the relevant period.
20     Q.  It was not?
21     A.  I don't believe so.
22     Q.  Okay.  Okay.  Were there any reports similar to
23  this generated during the relevant period?  And what I
24  mean by that is, deals broken down by size and by
25  customer and comment.

177

1      A.  There were -- there were reports that
2  generated -- that were generated that were maintained in
3  Excel that summarized the large deals, as well as the
4  upside deals that were not in the forecast.
5      Q.  Okay.  And did you have access to those
6  reports?
7      A.  Those were compiled and reviewed in connection
8  with the Americas forecast call.
9      Q.  Okay.  The Americas forecast call?
10     A.  On the Thursday.
11     Q.  On the Thursday, okay.
12     Did you have those documents in your hands on
13  those calls?
14     A.  Those documents were provided to us, yes.
15     Q.  Okay.
16     A.  So that we could look at them as we're going
17  through the forecast call.
18     Q.  Okay.  And see what deals were pending --
19     A.  Right.
20     Q.  Okay.  Did those forecasts have the comments
21  column like this one does here?
22     A.  Not -- not -- they may have had some comments,
23  so I believe that this is not a report that was
24  generated --
25     Q.  Right.

178

1      A.  -- during the relevant period, and the reason
2  why I'm stating that is that I believe that this was a
3  report that we started to generate that was downloaded
4  from OSO.
5      Q.  Okay.  Okay.
6      Now, the reports that were similar or had in --
7  information like this in them that were used on those
8  Thursday calls, how -- how would you use the information
9  in those documents in your forecasting of the upside?
10     A.  Those reports basically had -- we tried to get
11  the -- the three guys to sort of standardize so that we
12  didn't have three different types of reports, but
13  effectively what we were looking for was, give us a
14  listing of your -- your big deals and, you know, is it
15  in the forecast, is it not, and what is the likelihood,
16  you know, some comments or something with regards to it.
17     Q.  Uh-huh.  And then how would you use that
18  information?  Would you take that information and then
19  talk to your financial person, your financial analyst
20  and then make a decision based upon --
21     A.  Again, during the forecast calls, we would
22  review the large deals that were committed to, find out
23  the status of those, determine if there was any need for
24  executive help to help close a deal during a quarter.
25     We would also talk about the upside deals what

179

1  it would take in order to, you know, convert them into
2  revenue in the current quarter.  Again, what executive
3  sponsorship could be leveraged.  So, you know, they --
4  they are all trying to attempt to get to the same thing.
5  This just happened to have more detail.
6      Q.  Right.  Okay.
7      You can put that document aside.
8      The -- the mega deals that you referenced
9  earlier, what -- what dollar amounts were those?  Could
10  you categorize it as anything above X?
11     A.  My personal definition would be any deal that's
12  $10 million or greater.
13     Q.  $10 million, okay.
14     Was that a uniform definition, through --
15  throughout of the division?
16     A.  No.
17     Q.  Can you bring back this exhibit, Exhibit 17.
18     To -- if you look three columns from the right,
19  three columns over, it says, "Status Code."
20     What is that column referring to?
21     A.  I honestly don't recall.
22     Q.  Did you use anything similar to that during the
23  relevant period?
24     A.  No.
25     Q.  No, okay.

180

1      A.  Not that I know of, because I don't know what
2  this is.
3          (Whereupon, Plaintiffs' Exhibit 18 was
4          marked for identification.)
5      MR. BRITTON:  Q.  The court reporter has placed
6  in front of you what's been marked as Exhibit 18.
7      For the record, Exhibit 18 starts with Bates
8  025049 and ends at 025067.
9      Can you take a quick look and let me know if
10  you recognize these documents.
11      A.  Yes, I do.
12      Q.  Okay.  It appears to me that this is and
13  accumulation of a number of different e-mails; is that
14  fair?
15      A.  It is up through 025054.  Which number am I
16  supposed to be going off, the MDCA or the CA?
17      Q.  Yes --
18      A.  So up to that point, it is.
19      Q.  Okay.
20      A.  And I don't know how this enters into this next
21  one, 02055.
22      Q.  Right.
23      A.  I don't know how it commits in this bucket
24  [sic].
25      Q.  Okay.

181

1      A.  But then the remaining are -- the remaining are
2  the same e-mails.  So these are the flash reports that
3  we get towards the end of the quarter from Lauren Mahon.
4      Q.  Okay.  Now, when you -- when you said the
5  remainder, if you look at 25058 through 061 --
6      A.  No, 25056.
7      Q.  I have more than --
8      What -- what page does yours end?
9      A.  So there's just one --
10      MR. RUBENSTEIN:  Mine ends with 67.
11      MR. BRITTON:  Right.
12      THE WITNESS:  So there's just one page, 025055.
13      MR. BRITTON:  Q.  Right.
14      A.  That is not the same --
15      Q.  Not the same.
16      A.  -- as 025056 through --
17      MR. RUBENSTEIN:  What about 58 and 59?
18      MR. BRITTON:  Look at 58 through 61.
19      MR. RUBENSTEIN:  Through 61, right.
20      THE WITNESS:  No, those aren't either.
21      MR. RUBENSTEIN:  Okay.
22      MR. BRITTON:  Q.  So these --
23      A.  Those -- those -- I have no idea why -- why
24  025058 would be in the stack, or 02059.
25      MR. BRITTON:  Q.  Okay.  So let's focus on

182

1  the -- on the pages --
2      A.  Or 025060 --
3      Q.  Or 61.
4      A.  -- or 025061.
5      Q.  Let's focus on the pages that talk about the
6  big deal status.  Do you recognize --
7      A.  Big deal updates, yes.
8      Q.  Big deal updates.  You recognize these?
9      A.  Absolutely.
10      Q.  You referred to this as a flash report?
11      A.  This is the big -- this is the big deal update
12  report.
13      Q.  Okay.  And how often were these prepared?
14      A.  They were prepared like in the last week or so
15  of the quarter.  I have it here, if you can give me just
16  a minute so I can get back.
17      They were prepared essentially starting
18  somewhere around the last week of the quarter.
19      Q.  They'd be prepared daily?
20      A.  Yes, that's correct.
21      Q.  Okay.  Now, this -- this top e-mail talks about
22  this report only dealing with deals above $500,000,
23  unlike OSO, which includes all deals.
24      Does this refresh your memory on whether Oracle
25  was using OSO prior to the upgrade to 11i in December?

183

1      A.  Again, I believe that OSO was used -- I don't
2  know when OSO was implemented.  I do believe that one of
3  the sales divisions used it first so that they could
4  help development to find additional features and
5  functionality.  This has nothing to do with OSO.
6      Q.  Right, right, right.  This was -- okay.
7      What -- what program did Ms. Maha -- Mahon use
8  to -- to create these flash reports?
9      A.  She used a report that was called Approvals
10  2000 Report.
11      Q.  Approvals 2000.
12      So is it fair to say that this is a subset of
13  the Approvals 2000 Report?
14      A.  It is a summary.
15      Q.  Summary of it, okay.
16      Who is Lauren Mahon?
17      A.  Lauren Mahon is currently my vice president
18  responsible for North America finance operations.
19      Q.  Okay.  And what was her position during the
20  relevant period?
21      A.  I do not recall what position.  She clearly had
22  responsibilities still, as she does today, for the
23  contract administration group.
24      So just to clarify, sometime between this
25  period in question, November 2000 and today, I have

184

1 moved additional folks underneath her, so Sarah Kopp,
2 who used to report directly to me, now reports to
3 Lauren.
4 Q. Okay. How would you use the information that
5 is contained in these big deal status reports in your
6 forecasting for the upside adjustments?
7 A. I didn't.
8 Q. You didn't use them at all?
9 A. No.
10 Q. Okay. Then what was the purpose of receiving
11 this information?
12 A. What this report shows is the number of -- so
13 pipeline deals are -- I want to clarify from pipeline
14 versus contracts pipeline.
15 This represents a summary of deals in the
16 license pipeline that are actually being worked on by
17 the contracts admin organization, okay.
18 So if you refer to the second page, it says,
19 "Pipeline deals are deals where contracts are received
20 in approval form, a quote, or a contract draft has been
21 prepared, and the sales rep has indicated that the deal
22 still may close in November."
23 Okay?
24 Q. Okay.
25 A. So these are what I would call live deals.

185

1 They're in the hopper.
2 Q. Okay. So there is a chance that it may not
3 close.
4 A. There is a chance that it may not close, but
5 unlike, you know, unlike the sales pipeline that we have
6 been talking about before --
7 Q. Uh-huh.
8 A. -- these are deals where they've gotten so far
9 along in the sales process that they have actually begun
10 contract negotiations.
11 Q. Okay. So it's contract negotiations, not
12 contracts processing once a deal is signed; is that
13 right? I'm trying to figure out at what point in time
14 they are still negotiating the contract, or the contract
15 has been negotiated, but there's still more left to be
16 done to get the deal closed.
17 A. Well, closed deals are where they have received
18 the paperwork from the customer --
19 Q. Uh-huh.
20 A. -- and they are a hundred percent complete.
21 Q. Okay.
22 A. Whereas, the pipeline deals are contracts that
23 are still being worked on.
24 Q. Okay.
25 A. And I should also inform you that this is only

186

1 reporting on deals in the contracts queue for the
2 United States.
3 Q. What do you mean by "contracts queue"?
4 A. The contracts -- contracts that they're working
5 on.
6 Q. Okay.
7 A. She was America's revenue management
8 services -- he just pointed out -- at the time. Lauren.
9 MR. RUBENSTEIN: If you look on page two.
10 MR. BRITTON: Oh, very nice.
11 THE WITNESS: So she was in charge of contracts
12 OMS.
13 MR. BRITTON: Q. Okay.
14 A. Order entry.
15 People move around a lot.
16 Q. Okay. Put that the aside.
17 (Whereupon, Plaintiffs' Exhibit 19 was
18 marked for identification.)
19 MR. BRITTON: Q. The court reporter has placed
20 in front of you what's been marked as Minton Exhibit 19.
21 For the record --
22 MR. RUBENSTEIN: Ours is 20, I believe.
23 THE REPORTER: Oh -- I have 19.
24 MR. BRITTON: We have 19.
25 MR. RUBENSTEIN: I stand corrected.

187

1 MR. BRITTON: Okay. Exhibit 19 starts with
2 Bates 016193 through 240.
3 Have you had a chance to look at Exhibit 19?
4 A. Um.
5 Q. Still looking?
6 A. Yeah.
7 Q. Have you had an opportunity to look at
8 Exhibit 19?
9 A. Yes, I have.
10 Q. And do you recognize it?
11 A. I recognize what it is.
12 Q. Okay. And how do you recognize what it is?
13 A. Well, remember I told you that there were three
14 divisions --
15 Q. Uh-huh.
16 A. -- within the North America, the three
17 different finance people supporting them?
18 Q. Right.
19 A. And they all had their own different types of
20 management reporting packages and forecast reporting
21 packages?
22 This appears to me to be the OPI reporting
23 package that would have been prepared, more likely than
24 not, by Jim English for Sandy Sanderson's benefit.
25 Q. Did you -- do you recall receiving a report

188

1  like this during the relevant period?

2  A.  I don't recall receiving a report like this.  I

3  recall receiving subsets of information like deals,

4  summary of, you know, opportunities.

5  Q.  Okay.

6  A.  You know, these guys may have sent me their

7  packages, but it doesn't mean that I necessarily opened

8  them up.  Because we took their forecast and created our

9  own Americas reporting package, and that's what I would

10  primarily focus on.

11  Q.  Well, let me see if -- if you recognize some of

12  these pages.

13      Can you turn to the page that ends with 216.

14      Do you recognize this page?

15  A.  No.

16  Q.  No.

17      Have you ever seen a worst, most likely, best

18  category --

19      THE REPORTER:  I'm sorry.  A what?

20      MR. BRITTON:  Q.  Worst, most likely, best way

21  of categorizing or classifying deals?

22  A.  Forecasts, yes.

23  Q.  Okay.

24  A.  Yes.

25  Q.  One of those -- were those -- did -- did each

189

1  business unit OPI, OSI, and NAS, did each one break out

2  their deals in that way, worse, most likely, and best?

3  A.  Not their deals, but their forecasts.

4  Q.  Their forecasts, okay.

5      And they each did it the same way?

6  A.  No.

7  Q.  Or the same classification?

8  A.  There was the same categorization, but the

9  methodology that they used to get there, I'm sure

10  varied.

11  Q.  Okay.  Do you know the methodology that OPI

12  applied to get to the most or the worst, most likely,

13  and best forecasts?

14  A.  No, I do not.

15  Q.  If you look to the fifth column over, on the

16  far -- starting underneath the "Total License Revenue"?

17  A.  The "Forecast Excluding Judgment"?

18  Q.  Yeah.  What is that referring to, if you know?

19      MR. RUBENSTEIN:  I'll just object on foundation

20  grounds.

21      You can go ahead and answer, if you can.

22      THE WITNESS:  Mathematically, you can compute

23  what it is.  Their -- their forecast is 150.

24      MR. BRITTON:  Q.  Right.

25  A.  The management judgment is four, so the

190

1  forecast excluding management judgment is 146.

2  Q.  Okay.  So now for purposes of the process,

3  management judgment, does that refer to some sort of

4  judgment that was applied at the division level?

5  A.  It could have been at the division level, or it

6  could have been at the regional level that made up the

7  whole division.

8  Q.  Okay.

9  A.  And I state that because you can see that there

10  are different amounts within the east field, the east

11  ISD, the central field, the central ISD.

12      THE REPORTER:  I'm sorry.  You said "east

13  field"?

14      THE WITNESS:  The east field, the east ISD, the

15  central field, the central ISD.

16      MR. BRITTON:  Q.  And if you look over to the

17  far right, it talks about head count.

18  A.  Uh-huh.

19  Q.  And did head count have a definition in Oracle,

20  other than employees?

21      Is it a number of employees that were in the

22  division?

23  A.  That's what head count is.

24  Q.  How did this factor into your forecast for the

25  upside, if at all?

191

1  A.  The head count?

2  Q.  Yeah.

3  A.  It didn't factor into it at all.  That was on

4  the upside on revenue.

5      THE REPORTER:  I'm sorry?

6      THE WITNESS:  The upside on revenue, it did not

7  factor into it at all.  If there were any planned

8  reductions in force that I became aware of, then

9  obviously I would take that into consideration in an

10  expense forecast, if it was not already forecasted.

11      MR. BRITTON:  Q.  Okay.  And if you look at

12  page -- the page that ends with 221, if you look at "Q3

13  '01 Close Deals"?

14  A.  Uhm-hum.

15  Q.  Under "January," it has zeros down there.

16      Did you, in your -- in your forecasting

17  process, did you consider information such as this, no

18  deals closed in January, for purposes of making your

19  upside adjustments?

20  A.  No.  I always looked at the total quarter

21  forecast, not the monthly forecast.

22  Q.  Can you turn to the page that ends with 232.

23      Are you familiar with this page?

24  A.  Yes.  This is similar to the reports that I

25  told you before that would be submitted to corporate in

Minton, Jennifer (30b6)  4/21/2005  9:00:00 AM

192

1 preparation of the Americas forecast call.
2 Q. Okay. So when you were talking about you would
3 receive pieces of information in this report, this is
4 one of the pages you were talking about?
5 A. I'm not sure if it's exactly this page or
6 another page that's similar.
7 Q. Okay.
8 A. But it's -- it's similar in content, let's put
9 it that way.
10 Q. Okay. If you look at this page, about midway
11 over there is a "win-probability percentage"?
12 A. Uhm-hum.
13 Q. And then there is different numbers, 60, 110,
14 do you know what that column is referring to?
15 A. Yeah. They had a -- there would be a
16 win-probability percentage that was applied to the
17 deals, so some people had different forecasting
18 methodologies at the divisional business unit level.
19 Some would forecast deal by deal, and that would make up
20 their forecast. Others would take the portfolio of the
21 opportunities based on a weighted average to come up
22 with their forecast.
23 Q. Okay. And that's what this is doing here?
24 A. I think that these percentages here would have
25 been one way of looking at the forecast, yes.

193

1 Q. Okay. Do you know what these numbers represent
2 for OPI?
3 A. The win-probability percentage.
4 Q. And do you know how they -- they categorized
5 it, what -- what would fall within a 10 versus a 40
6 versus a 60? Do you know how it broke down?
7 A. I do not know if there were any line-item
8 categorizations associated with the percentages that
9 were picked.
10 Q. Okay.
11 A. I -- I would assume that a hundred percent
12 means that they were damn certain that they were going
13 to close the deal.
14 Q. Right.
15 A. 10 percent didn't --
16 Q. 10 percent --
17 A. -- give me too much comfort, yeah.
18 Q. Okay. Did OSI employ a similar win-probability
19 percentage system?
20 A. I think that all of them would look at their
21 pipeline in both -- I shouldn't say that, because I know
22 that some of them never looked at it deal by deal, so
23 win probability was used amongst most of the
24 organizations, if not all, as one way of looking at it.
25 They could have also looked at it on a deal by deal

194

1 basis and sort of weighted the two together to come up
2 with what they thought was the right forecast commit
3 number.
4 Q. Okay. Now, if a -- let's take for example the
5 fourth line down, the ten, just because it's easy for my
6 math skills.
7 A. Right.
8 Q. If -- if I had a deal that I valued at
9 60 million, let's say $60 million, and I had the win
10 probability of ten, do you know how the OPI division,
11 that deal, would be reflected in the pipeline?
12 A. The total opportunity would be reflected in the
13 pipeline.
14 Q. In the pipeline.
15 So this -- the full 60 million would be
16 reflected in the pipeline?
17 A. I thought it was a hundred million.
18 Q. I thought I said 60-, but let's go with a
19 hundred million.
20 MR. RUBENSTEIN: Actually, I think the question
21 was 60 million. But do you want to rephrase the
22 question, just so --
23 MR. BRITTON: Yeah, let's -- let's rephrase it.
24 MR. RUBENSTEIN: -- we're sure?
25 MR. BRITTON: Q. If I had a deal, a possible

195

1 deal worth $60 million --
2 A. Uh-huh.
3 Q. -- and I assigned a win-probability percentage
4 to it of ten, how would the value of that deal be
5 reflected in the pipeline?
6 A. At 60 million.
7 Q. 60 million.
8 Did you look at these win-probability
9 percentages for purposes of doing your upside
10 adjustment?
11 A. No, I did not.
12 Q. Was the -- was this document -- withdrawn.
13 Was the -- the page that we just looked at with
14 the customers and the win-probability percentages, was
15 that available online, to your knowledge, either
16 through --
17 A. I don't --
18 Q. -- OSO or any other...
19 A. I don't know if OPI was using OSO at that time.
20 Q. Okay. You can put that document aside.
21 (Whereupon, Plaintiffs' Exhibit 20 was
22 marked for identification.)
23 MR. BRITTON: Q. Okay. I placed in front of
24 you what's been marked as Minton Exhibit 20. Will you
25 take a moment to look at this exhibit.

196

1     Minton Exhibit 20 starts with Bates 039153 and
2     ends with Bates 039178.
3     Q.  Have you had a chance to look at Exhibit 20?
4     A.  Uh-huh.  Yes.
5     Q.  Do you recognize it?
6     A.  Again, I'm not certain if I ever received
7     copies of this.  They -- they may have been sent to me,
8     but this is no different than the other one.  Looks to
9     be like their weekly forecast package for OPI.
10    Q.  Okay.
11    A.  And, again, this one would have been prepared
12    by Jim English.
13    Q.  Jim English.
14        Now, where would a packet like this be used, on
15    the Thursday call?
16    A.  No.
17    Q.  Then where would a packet -- this packet be
18    used?
19    A.  Do you remember I told you earlier this morning
20    that the divisions would have their own weekly forecast
21    calls?
22    Q.  Yes.
23    A.  Generally, they were held on Mondays?
24    Q.  On Mondays.
25    A.  Although some could have had them on Fridays.

197

1     And so this package would be distributed in
2     advance of those calls to the OPI area VPs, as an
3     example.
4     Q.  I may have asked you this, but I don't
5     remember.  Did you sit in on any of those meetings?
6     A.  No.  I sat in on the EC meetings and on the
7     Americas forecast call on Thursday afternoons.
8     Q.  Okay.  Okay.  You can put that aside.
9     THE REPORTER:  How did you say EC meetings,
10    ECE?
11    THE WITNESS:  EC -- or the EC meetings,
12    executive committee, or EMC, executive management
13    committee; they're -- I use them interchangeably.
14    THE REPORTER:  Oh.  And now my computer froze.
15    I just need -- can I take a second?
16    MR. BRITTON:  Why -- want to take a short
17    break?
18    MR. RUBENSTEIN:  Guess we have to.
19    THE VIDEOGRAPHER:  I'm almost at the end of the
20    tape, so I wanted to --
21    MR. BRITTON:  Change the tape, yeah.
22    THE VIDEOGRAPHER:  -- change tapes.
23    Okay.  In the deposition of Jennifer Minton,
24    this marks the end of Tape 3, Volume I.  Going off the
25    record.  The time is 4:14.

198

1     (Recess taken.)
2     (Whereupon, Plaintiffs' Exhibit 21 was
3     marked for identification.)
4     THE VIDEOGRAPHER:  In the dep- -- deposition of
5     Jennifer Minton, this marks the beginning of Tape 4,
6     Volume I.  Going on the record.  The time is 4:27.
7     MR. BRITTON:  Q.  Okay.  The court reporter has
8     placed in front of you what's been marked as Plaintiffs'
9     Exhibit or Minton Exhibit 21.  Take a moment to flip
10    through this.
11        My only question is going to be whether you
12    recognize it; and if so, what is it.
13    A.  Yes, I do recognize it.  It's our product
14    revenue report, which --
15    THE VIDEOGRAPHER:  Excuse me, you don't have
16    your microphone on.  It's there, right there by the
17    water bottle.
18    THE WITNESS:  Sorry about that.
19    MR. BRITTON:  Q.  Before you start testifying,
20    Exhibit 21 starts with Bates 24411 and ends at 24429.
21    Okay.
22    A.  This is our product revenue report that we
23    produced on a quarterly basis.
24    Q.  Okay.  And is it used in connection with
25    forecasting?

199

1     A.  Absolutely not.
2     Q.  It isn't?
3     A.  Absolutely not.
4     Q.  Absolutely not, okay.
5         We'll put that document aside.
6         (Whereupon, Plaintiffs' Exhibit 22 was
7         marked for identification.)
8     MR. BRITTON:  Q.  The court reporter has
9     placed in front of you what's been marked as Minton
10    Exhibit 22.  Take a moment to look at this exhibit.
11    A.  I am familiar with it.
12    Q.  What's that?
13    A.  I -- I understand what it is.
14    Q.  Do you?  Yeah, let me identify it real quick.
15        For the record, Exhibit 22 starts with Bates
16    41923 and ends at 41939.
17        What is this report?
18    A.  As I testified earlier, when we were talking
19    about the e-mail notes that Lauren Mahon would send out
20    in the last week or so of the quarter of the big deal
21    update reports --
22    Q.  Uh-huh.
23    A.  -- this report was used to generate those
24    e-mail notes.  This report essentially is used by the
25    contracts organization in the United States to track the

200

1  status of the contracts that they are working on during
2  the course of the quarter.
3      Q.  Okay.  You use this report for purposes of your
4  forecasting?
5      A.  Absolutely not.
6      Q.  Okay.  Put that document aside.
7          (Whereupon, Plaintiffs' Exhibit 23 was
8          marked for identification.)
9          MR. BRITTON:  Q.  We have placed in
10  front of you what's been marked as Minton Exhibit 23.
11  Take a moment to review this exhibit.
12         And Exhibit 23 starts at 039448 and ends at
13  039477.
14      A.  Okay.
15      Q.  Do you recognize this exhibit?
16      A.  I may have seen a copy of this exhibit, but I
17  would not have used it.  This exhibit is the divisional
18  reporting package for OSI, similar to the divisional
19  reporting package that we talked about a few moments ago
20  for OPI.
21      Q.  Okay.  And where would this document be used in
22  the process?
23      A.  This document would be distributed to the area
24  VPs reporting to Jay Nussbaum so that they could discuss
25  the forecast, I am assuming, in their weekly forecast

201

1  calls.
2      Q.  On the Monday calls?  Or on Fridays?
3      A.  Or -- or whatever day they had them, yes.
4      Q.  Right.
5      A.  Some had them on Mondays; some had them on
6  Tuesdays; some had them, I think, on Fridays.
7      Q.  Okay.  Now, was there a -- a final version or
8  another version that OSI prepared after this that they
9  would use to put the information into OFA, or how did
10  that work -- from -- from the -- withdrawn.
11         From the Monday calls to the time that the
12  information went up into OFA, what happened in OSI?
13      A.  Let me step back for a moment, if I may.
14         The forecasts were due to be submitted into the
15  OFA system on, I believe, Wednesday evening.  And we
16  would solve the forecasts and prepare the upside report
17  for the EC meetings on Thursday.  It would take a while
18  to solve, since you are converting local currency into
19  constant U.S. dollars.
20         We would prepare the package.  I would look at
21  it on Friday, generally speaking; sometimes I would look
22  at it on Monday morning, make any adjustments to the
23  upside analysis before it was presented to Jeff Henley,
24  our CFO at the time, during the relevant period, and
25  before being presented to the executive management

202

1  committee.
2          So going back to your question, if you could
3  rephrase it, I would appreciate it.
4      Q.  I was wondering if there was a subsequent
5  report prepared by -- withdrawn -- a subsequent forecast
6  prepared by OSI between the time of their Monday call
7  and the time that the information finally made its way
8  into OFA?
9      A.  So, again, as I just described the process, the
10  forecast submissions needed to get in by Wednesday.
11      Q.  Right.
12      A.  Right?
13      Q.  Right.
14      A.  And then the following week comes along, they
15  have their forecast meeting, my forecast that I'm done
16  using to create my EC upside reports is still, and so if
17  their forecast changed, I would learn about it during
18  the course of the EC meeting or through notification by
19  one of my directs that the forecast was changing --
20      Q.  Okay.
21      A.  -- so that I could change my upside numbers to
22  reflect any changes that may have taken place in the
23  submitted forecasts by the field.
24      Q.  Okay.  All right.  You can put that document
25  aside.

203

1          (Whereupon, Plaintiffs' Exhibit 24 was
2          marked for identification.)
3          MR. BRITTON:  Q.  Okay.  I placed in front of
4  you what's been marked as Minton Exhibit 24.  Will you
5  take a moment to review this exhibit.
6          For the record, Exhibit 24 starts with 039819
7  and ends at 039850.
8      A.  I am familiar with this report.
9      Q.  You are?
10         And what is this report?
11      A.  This is the upside reports that I would be
12  involved in reviewing and providing input to the upside
13  amounts, and that was also presented to the EC's -- EC
14  meeting on Monday.
15      Q.  Monday.
16      A.  Or to certain members of the EC on Monday.
17      Q.  And you prepared this every other week the
18  first two months of the quarter, and then once a week --
19      A.  My staff would prepare the reports every
20  forecast period, which was every two -- every other week
21  in the first two months of the quarter and every week in
22  the third month of the quarter.  If we had an EC meeting
23  during a nonforecast week period, we would reissue the
24  prior report but reflect any changes in the upside
25  numbers if there were any changes brought to our

204

1  attention during that time period.
2      Q.  Okay.  The first page references constant
3  dollar growth, and you spoke about that earlier.  And my
4  question with relation to the constant dollar growth
5  is -- versus U.S. dollars, is what number was used, for
6  guidance purposes, to the market?
7      A.  U.S. dollar.
8      Q.  U.S. dollar, okay.
9      A.  However, we generally told them what we thought
10  the currency impact would be on the -- on total
11  revenues.
12     Q.  Okay.  And you prepared this report or your
13  staff prepared this report using what program?
14     A.  As I testified earlier this morning, there was
15  a report that was generated from OFA called the
16  "management summary report."
17     Q.  Right.
18     A.  And they would use that report to prepare this
19  analysis.
20     Q.  And then would they prepare this analysis in an
21  Excel spreadsheet?
22     A.  That is correct.
23     Q.  Okay.  If you can turn to the second page, I'd
24  like to focus on the "Forecast" column.  The -- it's
25  right underneath, "Q3 Fiscal Year '01 Forecast," in this

205

1  "Forecast" column.
2      Is this the forecast as presented by the field?
3      A.  Yes, it is.
4      Q.  Okay.  So reading this, we can determine that
5  the license revenue forecast for this period is
6  1.2 billion, wouldn't it be, thereabouts?
7      A.  (Nods head.)
8      Q.  Is that a --
9      You've got to answer yes or no.
10     A.  Yes, sorry.
11     Q.  That's okay.
12     Okay.  And then if you go down the "Earnings
13  Per Share" column.
14     A.  Uhm-hum.
15     Q.  That's the converted number after you take out
16  the expenses and the other items that the field forecast
17  is determining, 10.7 cents per share?
18     A.  That is the forecast that has been submitted
19  into OFA.
20     Q.  Okay.  Now, if you look down below, there is as
21  "Memo" heading.
22     A.  Uhm-hum.
23     Q.  And then there is "Consulting, Support,
24  Education, and Other."
25     A.  Uhm-hum.

206

1      Q.  What is that referring to?
2      A.  That is deriving what our support -- or, sorry,
3  what our services revenues would be as externally
4  reported in our Form 10-Q or Form 10-K.
5      Q.  Can you say that one more time?  I -- I
6  didn't-- I didn't understand the answer.
7      A.  In our -- in our financial statements that we
8  filed with the SEC, we report -- during the relevant
9  period in question, we would report license revenues,
10  license and other revenues and services revenues.
11     Q.  Right.
12     A.  So we would sum up "Consulting Support" and
13  "Education" and "Other" down below so that we could see
14  what our, approximately, what our reported services
15  revenue growth rates would be.
16     Q.  Okay.  Okay.  Very good.
17     The second column here that says, "Upside,"
18  that's -- that's the column that -- that you worked on;
19  is that right?
20     A.  That is correct.
21     Q.  Right.
22     Now, in coming up with the upside, were you
23  assisted at all other with -- other than the financial
24  analysis people?  Were you assisted by anybody in -- in
25  the financial planning department with what should be a

207

1  particular upside for a particular period?
2      A.  Again, the upside amounts, you know, I would
3  look at a variety of data points, the pipeline
4  conversion ratio analysis, discussions from, you know,
5  the various forecast calls, whether it be through the EC
6  meetings or through the Americas forecast call on
7  Thursdays.
8      I would also take into consideration the number
9  of upside deals that were not in the forecast, and any
10  other input that I may have received from the field
11  regarding the -- the forecast.
12     Q.  And then, ultimately, you would make the
13  decision based on all those factors on what the upside
14  should be?
15     A.  I would make the decision, generally speaking,
16  in consultation with Ivgen Guner, who worked with me
17  closely during that time.  But also there were occasions
18  when I would consult with Jeff Henley.
19     Q.  And how did Ivgen Guner assist in the process
20  of determining the upside adjustment?
21     A.  She would often prepare the underlying
22  analyses, such as the pipeline conversion package, to
23  help derive the overall upside number.
24     Q.  And then how did Jeff Henley assist in
25  determining what the upside adjustment should be?

208

1   A.   There may or may not have been dialogue as to

2   whether or not the upside amounts based on information

3   that we became aware of at the various forecast calls,

4   EC meetings, the conversion package, the pipeline

5   conversion package that we would prepare and show him,

6   you know, it was in collaboration with.

7   Q.   Okay.  If you --

8   A.   I might also add, that, you know, it also

9   reflects changes to the forecast that were submitted, so

10   it's not necessarily input -- adjustments that I'm

11   making because I think that the numbers presented are

12   not going to reflect our actual results.  It could be

13   that there was an error in the underlying OFA submission

14   that was brought to our attention, and therefore we

15   needed to correct for that error in the upside column as

16   well.

17   Q.   Okay.  Going back to the forecast column to the

18   left --

19   A.   Uh-huh.

20   Q.   "Division Forecast," now, this is one of the

21   earlier upside reports in the third quarter.

22       As time goes along, does the forecast column

23   reflect actual results as well as the forecasted

24   results?

25   A.   Every -- every time we closed a month, we

209

1   copied the month's actuals into the forecast cube, and

2   so it would override the forecast that was in month one.

3   So, you know, at the end of month two, we -- or I should

4   say after month one is closed, we were beginning to

5   forecast, let's say the third fore -- the second

6   forecast in the second month of a quarter, it would

7   represent one months of actuals, two months of

8   forecasts.  By the second forecast in the third quarter,

9   it would represent month one actuals, month two actuals,

10   and then the third quarter forecast.

11   Q.   Okay.

12       MR. RUBENSTEIN:  Third month.

13       THE WITNESS:  Third -- third -- third month,

14   sorry.

15       Third month forecast to get to the total

16   quarter forecast.

17       MR. BRITTON:  Q.  And who would -- who would do

18   that calculation?  Who would calculate what the actuals

19   were for those two periods and then add on the forecast?

20   A.   Again, the -- we would backload into OFA from

21   our general ledger system the actual results, and then

22   the field finance organization would update the forecast

23   for the subsequent months, month two and month three.

24   Q.   Okay.  If you look to the two columns to the

25   right of the -- where it says, "Forecast Upside and

210

1   Potential," there is a "Q3 Forecast Versus PY Percent,"

2   and then a "Q3 Potential Growth Percent."

3       The Q3 Forecast Versus PY Percent, that is

4   the -- am -- am I right that that's the forecast

5   percentage over the prior year, so it's reflecting at

6   least for, say for the total revenues 15 percent?

7   A.   That is correct.

8   Q.   By the field?

9   A.   That is correct.

10   Q.   Okay.  And then the "Potential Growth

11   Percentage" column, that's -- that's the potential

12   growth adding in your adjustments?

13   A.   That is actually the company's forecast.

14   Q.   The company's forecast.  Okay.

15   A.   The "potential" is a misnomer.

16   Q.   Okay.  So the "Potential" column under the "Q3

17   FY '01 Forecast," that is the combination of the

18   forecast, plus the upside; is that right?

19   A.   That is correct.

20   Q.   I want to turn your attention to the page

21   ending with Bates 822.

22       What is this page?

23   A.   This page, if I may refer you back to the front

24   page, page two, ending with your -- you call it Bates

25   No. 20.

211

1   Q.   Yes.

2   A.   In the -- in the other nondistribution, if I

3   had any adjustments that I made, it would flow up into

4   that line item there on the summary page.

5   Q.   Okay.

6   A.   As we discussed -- I don't think we did discuss

7   this.

8       So international revenue transfers in the

9   United States, we had, if we entered into a deal with a

10   multi-national corporation and half of the licenses were

11   going to be installed in France, as an example, then we

12   would transfer 50 percent of the license revenue to --

13   to France.  And -- and vice versa France, you know,

14   could enter into a multi-national deal and have some

15   percentage of that deal be -- intended to be installed

16   in the United States, and therefore the United States

17   would get an international transfer from -- from France.

18       To ensure that we didn't have any forecast

19   errors, we had a -- a rule, a standing rule that nobody

20   was supposed to forecast international revenue

21   transfers.  So if the transfer, you know, in month two,

22   if you had international revenue transfers reflected in

23   your month one actuals, then you could count it, right;

24   but if the month had not yet closed, then you could not

25   count any anticipated international revenue transfers.

212

1    Q. And why was that?
2    A. Because we didn't want people to double
3  forecast a deal twice --
4    Q. Okay.
5    A. -- and therefore have an error in our
6  forecasting process, because many, many, many years ago,
7  well before the relevant period, we had a -- a -- some
8  confusion in the forecasting process, so we defined that
9  as a standing operating rule.
10    Q. Okay.
11    A. And so in the United States, we were the
12  largest exporter of revenue, and so I would indicate in
13  one of these columns the amount of international revenue
14  transfers that we were anticipating in order to come up
15  with the complete forecast for the corporation.
16    Q. Okay. So that's -- that's dealing with the
17  first row of the "Corporate Adjustment."
18      And then we talked earlier about the "U.S. Bad
19  Debt Adjustment."
20    A. That is correct.
21    THE REPORTER:  Talked about what?  I'm sorry.
22    MR. BRITTON:  "U.S. Bad Debt Adjustment."
23    Q. And then below there is "Management Judgment."
24  What is that referring to?
25    A. If there was something else that was not

213

1  forecasted in the field -- I'm trying think of an
2  example -- very rarely used, I would put it in there so
3  that it would get rolled up into the summary level
4  forecast.
5    Q. Okay. The -- underneath the box, it has,
6  "License by Product Technology ERPCR" --
7    A. Sir, can I give you an example, actually?
8    Q. Sure.
9    A. So if there was a customer --
10    Q. Let me -- let me stop you.
11      Are we talking about the Management Judgment
12  again?
13    A. Yes, we are.
14    Q. Okay.
15    A. So if there was a -- a customer dispute, or I
16  should say a territorial dispute between Jay and Sandy
17  on a given customer, we may say that neither of them
18  should forecast that revenue, and I would forecast it is
19  in the Management Judgment line.
20    Q. Okay.
21    A. Because there were often territorial disputes.
22    Q. Keeps people happy, keeps providing.
23      Okay. Now, underneath the "License by Product
24  Technology ERPCR Total," what is -- is this column
25  referring to?

214

1    A. This column is just trying to come up with a
2  weighting so that if we were to have, let's say,
3  $10 million of license revenues on international revenue
4  transfers, we would allocate it to our product forecast
5  based on the relative mix of our product revenues.  I
6  don't recall if it was the current product forecast or
7  the historical prior quarter's forecast, but it was
8  essentially just to allocate that license revenue upside
9  by product.
10    Q. Okay. There wasn't a way to break down the
11  license revenue in the deal itself in the line transfer
12  to determine, say it's a hundred million dollars,
13  10 million is technology, 90 million --
14    A. We didn't have that level of detail, no.
15    Q. So the "Percentage" column to the right, that
16  represents the product distribution -- withdrawn.
17      What does the "Percentage" column represent?
18    A. Well, the 78 percent represents 902,175 of
19  technology revenue as a percentage of the total revenue
20  of 1 million -- one -- is that 1 million, or it could be
21  1 billion.
22    Q. 1 billion.
23    A. And so it's just a relative percentage of the
24  total.
25    Q. And how is that -- how is the 902 assigned to

215

1  technology? I think that's where I'm not clear.
2    A. It could either be the current product revenue
3  forecast.  I'd have to check, or it could have been a
4  historical to prior quarter's product revenue forecast.
5    Q. Okay.  Can you check in here, because --
6    A. Sure, I'd be happy to.
7    Q. -- please, please.
8    A. I'm actually not seeing a product forecast in
9  this package.  So it may have just come from a separate
10  analysis.
11    Q. Now, is this dealing just with --
12    A. Excuse me -- try again.
13      Ah, it's actually the very next page.
14      So the Total License Revenues of 1,153,000 does
15  not tie-out to the Total License Revenues here, so these
16  may not have been updated numbers, since we did not have
17  at the moment any numbers in that needed to be
18  allocated.  So this could have been a carryover from
19  like the previous quarter's, you know, forecast.
20    Q. Right.
21    A. But, generally speaking, I would have expected
22  it to have been a breakdown of the for -- currently
23  forecasted product revenues for license, and then we
24  would allocate any upside adjustment based on that
25  relative percentage.

216

1  MR. RUBENSTEIN:  Doug, let me note for the
2  record that beginning at page 39835, you actually have
3  attached an upside report for January, dated
4  January 12th.
5  MR. BRITTON:  Yes, you're right.  So let's go
6  to that place real quick.
7  Actually, let's -- let's -- I'll get to it
8  after --
9  MR. RUBENSTEIN:  I just wanted to make sure
10  that the record doesn't suggest that this is entirely a
11  report for December 8th.
12  MR. BRITTON:  Right.
13  Q.  Okay.  The -- talking about the -- the page
14  ending 9822, the "Bad Debt Give Back" column, what is --
15  what is this referring to?
16  A.  Again, as I talked, or testified earlier this
17  morning, we would accrue revenue at a certain percentage
18  throughout the -- the quarter, and we would -- to build
19  up our bad debt reserve.  We would make a -- do a bad
20  debt reserve requirements analysis; and if it turned out
21  that we had sufficient reserves based on our bad debt
22  reserve requirements analysis, which was the same way
23  that we'd reviewed the revenue for years, then the
24  revenue would be given back to the field, and we would
25  allocate it based on the relative revenues.  The license

217

1  was to total revenues, support to total revenues,
2  education to total revenues, consulting to total
3  revenues.
4  Q.  Okay.  The -- the "Bad Debt Adjustment" column,
5  there is a percentage to the right of "License Support,
6  Education, and Consulting."
7  What do those percentages represent?
8  A.  Those percentages represented, I believe it was
9  the trailing three months' license for -- trailing three
10  months' revenues for each of those business units.
11  Q.  Is -- is that analysis in the upside report
12  anywhere?
13  A.  What analysis?
14  Q.  The -- the calculation of the trailing three
15  months' revenue?
16  A.  No.  I would get that from the accounting
17  organization.
18  Q.  Okay.  Okay.  Let's go to the next page; it has
19  Bates that ends with 9823.  And if you can reference the
20  second page of the document at the same time.
21  The license on the second page of Exhibit 24,
22  the license revenues upside adjustment is 150,500,000?
23  A.  Uhm-hum.
24  Q.  Am I right?
25  A.  Uhm-hum.

218

1  MR. RUBENSTEIN:  You have to say yes or no.
2  THE WITNESS:  Sorry.  Yes.
3  MR. BRITTON:  Q.  If you turn back to page
4  9823, this is the product forecasts page, and it reflect
5  the upside adjustments.
6  A.  I'm sorry, I'm confused.  What -- What pages
7  are you on?
8  Q.  All right.  9823.
9  A.  Yes.
10  Q.  And 9820.
11  A.  9820, okay.
12  Q.  Okay.  The -- I'm looking at the breakdown.
13  Is -- is page 9823 -- is this the breakdown of
14  the upside adjustment for license revenues in the top
15  column here?
16  A.  Yes, it is.
17  Q.  Okay.  So you would have $25 million upside for
18  OSI, 50 million for NAS, so on and so forth?
19  A.  That is correct.
20  Q.  That adds up to 159 million.
21  Okay.  How did you determine -- let's start
22  with OSI.  How did you determine the $25 million figure?
23  Because all these numbers are round numbers.  And I'm
24  trying to get a clar- -- because we were talking about
25  deals, and I'm trying to get an idea, how did you come

219

1  up with a $25 million number?
2  MR. RUBENSTEIN:  I'll object on the grounds
3  that I think it's been asked and answered.  If -- if
4  you're talking about it as a process as opposed to a
5  calculated number on a particular date.
6  MR. BRITTON:  Yes.
7  MR. RUBENSTEIN:  On that basis, asked and
8  answered.
9  MR. BRITTON:  Yeah, I'm just trying to -- I'm
10  just trying to figure out how -- how it came up with a
11  round number like this as opposed to, you know,
12  25,400,000, which may be a, you know, potential deals
13  that add up to a number that's not round.
14  Q.  All these numbers seem round, so I'm just
15  trying to get an idea of the process how you came up
16  with the round numbers.
17  A.  Again, it was an art, not a science, and it was
18  not a deal-by-deal makeup of that number.  It was
19  looking at historical conversion rates, relative to the
20  current pipeline.  It was looking at the deals that
21  weren't forecasted, you know, conversations with -- with
22  management and my finance team.  It was my best guess as
23  to what I thought that they were really going to do,
24  particularly considering their historical forecasting
25  patterns.

Minton, Jennifer (30b6)  4/21/2005  9:00:00 AM

220

1    Q.  Okay.
2    A.  And if I may --
3    Q.  Sure.
4    A.  -- I really think that your -- your focus
5    should be on 824, not 823.  I just want to explain for
6    you --
7    Q.  Sure.
8    A.  -- so that we can move the process along a bit.
9        This is where I would actually enter in the
10   upside amounts.
11   Q.  Okay.
12   A.  And then on 823, what this is doing is it's
13   taking the upside amounts and it's allocating the upside
14   to technology and to application revenues based on the
15   relative product mix.
16   Q.  Okay.
17   A.  All right?
18   Q.  That makes sense.
19       Okay.  So let's go to 9824.  The "Expense"
20   column, the upside adjustments, are these a reflection
21   of that calculation we talked about earlier, 15 percent
22   upside adjustment and gives you so much expense?
23   A.  It could be a combination of the 15 percent, so
24   for example, just to help out with the math here, you
25   can see that we put in 10 million for APAC in upside, so

221

1    they had an additional commission expense of a million
2    five -- not a million five.  I don't know if these are
3    in dollars or thousands.
4    Q.  I -- I may not be following you.  I'm seeing --
5    A.  So --
6    Q.  -- APAC at 9 -- looks like 9,000 or 2,500.
7    MR. RUBENSTEIN:  I think you're looking at the
8    wrong column.
9        THE WITNESS:  If you look at "Q3 FY '01
10   Upside."
11   MR. BRITTON:  Q.  Right.
12   A.  It says under "Japan," 10,000 is the upside
13   amount.
14   Q.  10,000.  Okay, okay.  I thought you said APAC.
15   A.  I'm sorry.  I thought I said Japan.
16   Q.  Okay.  So Japan, 10,000.  Okay.  I'm following.
17   A.  And then if you look at Japan down below, there
18   is an incremental commission expense of 1,500, which
19   would be the 15 percent.
20   Q.  Okay.
21   A.  And, again, if there were any other corrections
22   to the forecast that we became aware of by the time --
23   you know, between the time it was submitted and the time
24   that we finalized the upside analysis, we would have
25   added any expense corrections in as well.

222

1    Q.  Okay.  Now, going down to the margin, how did
2    you determine the upside for the margins?
3    A.  Well, it's revenue minus expense is equal to
4    margin.
5    Q.  And so --
6    A.  It's a formula.
7    Q.  -- this was just a derivative of --
8    A.  That is correct.
9    Q.  If you turn to the next page, 9825, we talked
10   about -- earlier about actuals being combined with the
11   forecast to get the forecast column.  And this has a
12   separate column that says, "Year-to-date Q3 Fiscal Year
13   2000."
14       Now, that's the difference.  The year-to-date
15   is the actuals for the prior year, and the forecast is
16   for '01; is that right?
17   A.  The -- first column represents the nine
18   months of actuals for fiscal '01.
19       The "Forecast" column represents two quarters
20   of actuals and the third quarter forecast for fiscal
21   '03, FY '01.
22   Q.  Okay.  So the left column refers to '01, but
23   has --
24   A.  Which column are you referring to?  Title,
25   please?

223

1    Q.  The "Year-to-date Q3 FY '00."
2    A.  That is nine months or three quarters of actual
3    results for fiscal 2000.
4    Q.  2000, okay.  Fair enough.
5        Okay.  If you go to the next page, 9826, we get
6    into the consulting side of it, and you have an upside
7    adjustment for OPI of, I think it's $2.5 million.
8        Did you employ the same process that you used
9    for license revenues to come to an upside -- withdrawn.
10       Did you apply the same process to consulting to
11   determine an upside that you applied to license
12   revenues?
13   A.  No, I did not.
14   Q.  Okay.  How did you determine upside for
15   consulting?
16   A.  This was generally provided to me by the field
17   finance organization, more likely than not represents a
18   correction to the forecast that they submitted.
19   Q.  Okay.  If you turn to 9828, this is referring
20   to support.  And there's some upside adjustments.
21       Did you employ the same process to support that
22   you applied to license revenues, to come up with -- come
23   up with these upside adjustments?
24   A.  No.  Again, on the support side, the global
25   support analyst would take a look at what they thought

224

1  the numbers were and provide us with input.
2      Q.  So your upside adjustments were primarily
3  focused on licensed revenues?
4      A.  That is correct, and making any corrections
5  that were necessary --
6      Q.  Okay.
7      A.  -- including expenses.
8      Q.  Can you -- can you turn to 9834.
9      What does this page represent?
10      And you can't read it, I know.  I'm just hoping
11  from your experience with these reports that you can
12  tell me what the page is about.
13      A.  This would represent the Q3 and Q4 forecast as
14  well -- so it's Q1 actuals, prior year, current year,
15  and growth; same for Q2; and then it shows the Q3
16  forecast upside adjustments to get to the company's
17  consolidated forecast.  The forecast growth and
18  percentage growth.  And, similarly, we have the same for
19  Q4 --
20      Q.  Okay.
21      A.  -- to get to a full year number.
22      Q.  Okay.  Okay.  Turning to the next page, 39835,
23  this appears to be the upside report for January 12,
24  2001 --
25      A.  Uhm-hum.

225

1      Q.  -- am I right?
2      A.  Uhm-hum.
3      Q.  Okay.  All the way to the end of the document,
4  so 39835 through 39850 is the Upside Report dated
5  January 12th, 2001?
6      A.  It appears so.
7      Q.  And I don't think I asked you this question, so
8  I'll do it with this one.
9      If you go to the page that ends 9836, there's
10  the "Forecast Upside Potential" column?
11      A.  Uhm-hum.
12      Q.  If you go to the "Potential" column, and you go
13  all the way down to "Earnings Per Share" --
14      A.  Uhm-hum.
15      Q.  -- what does that number represent?
16      A.  That represents what we believe are EPS results
17  would be for the quarter.
18      Q.  Okay.  You can put that document --
19      I want to talk a little bit about the executive
20  management committee meetings.
21      How much of those meetings were dedicated to
22  forecasting?
23      A.  Larry Ellison would conduct the -- the
24  meetings, and he began every meeting by pulling the
25  sales VPs or EVPs by asking them to give us an update on

226

1  their forecast.
2      Q.  And how on a -- can you -- if you can give me
3  on a percentage basis how -- how much on a percentage
4  basis did forecasting occupy of the overall meeting?
5      A.  The -- forecast was a standing agenda item.
6  It primarily focused on the license forecast only.  And
7  as I testified earlier today, it depended on what agenda
8  items were on the agenda for any given EC meeting, so it
9  just depended on what was on the slate.
10      Q.  Okay.  And in terms of forecasting, what topics
11  were discussed during the executive committee meetings?
12      A.  Well, again, each EVP or SVP would talk about
13  their forecast in terms of the dollar value, the -- the
14  amount of growth, what margin attainment they were
15  anticipating on getting.  They would talk about
16  consulting as well.  And they would talk about large
17  deals, opportunities, or exciting opportunities if there
18  happen to be, let's say a deal that represented a
19  potential competitive win.
20      Q.  Okay.  Did they talk about the likelihood of
21  deals closing, percentage of closing -- withdrawn.
22      Did they talk about the likelihood of those
23  deals closing?
24      A.  In general, they, you know, always said what
25  the revenue number was, what the growth rate number, was

227

1  what the margin attainment was.  They would talk about
2  select deals within the forecast, as well as deals that
3  were not in their forecast upside deals.
4      And they would, you know, you know, depending
5  on the -- the flavor of the transaction, make various
6  comments with regards to those deals that they decided
7  to raise in the course of the meeting.
8      Q.  Did they talk about how comfortable they were
9  with the forecasts that they had at that -- at that
10  point in time?
11      A.  They would always indicate what their worst
12  case was, what their forecast commit was, and what their
13  upside was.
14      Q.  Okay.  And was there a discussion of where they
15  thought they were going to finish in terms of worst case
16  forecast or most likely?
17      A.  They would talk about --
18      MR. RUBENSTEIN:  Object to the form.
19      THE WITNESS:  They would talk about what their
20  forecast was and the fact that, you know, there would be
21  a portfolio of deals that were in the upside and not
22  forecasted; and, again, they would, you know, depending
23  on the nature of the deal, give an update as to the
24  status or the possibility of it closing in the quarter
25  or asking for, you know, maybe soliciting some executive

228

1   sponsorship from Jeff Henley, Safra Catz, or Larry to --
2   to ensure that certain deals got closed.
3       MR. BRITTON:  Q.  Did they talk about at all
4   how -- how firm they were in terms of meeting the
5   forecasted numbers?  I know we talked about the three
6   categories, but did anybody ever say, you know, "Larry,
7   I'm -- I'm sure I am going to meet my forecast number,"
8   or "Kind of sure I am going to meet my forecast number,"
9   any -- any feeling in terms of -- of the managers or the
10  VPs on what was really going to happen and how firm they
11  were with their forecasts?
12      A.  They weren't very sentimental.  You know,
13  they -- they were pretty matter of fact.  "This is worst
14  case.  This is my forecast.  This is upside.  If all the
15  stars align, you know, this is what I think I can do."
16      They never really -- you know, if they felt
17  that they weren't going to meet their forecast, they
18  would have changed their forecast at the meeting.
19      (Whereupon, Plaintiffs' Exhibit 25 was
20      marked for identification.)
21      MR. BRITTON:  Q.  Okay.  I'm placing in front
22  of you what's been marked as Exhibit 25.  Take a moment
23  to review this exhibit.
24      For the record, Exhibit 25 starts with Bates
25  3944 and ends at 3956.

229

1   Q.  Do you recognize Exhibit 25?
2   A.  Yes, I -- I recognize the -- the exhibit.
3   Q.  And what is it?
4   A.  Well, it's a three-year forecast.  Generally,
5   we did a five-year forecast.  I don't know why this was
6   limited to just three, but it was part of the modeling
7   that we liked to do at the corporate FPNA group.
8   Q.  Okay.  And were you involved in --
9       THE REPORTER:  At the corporate what?  I'm
10  sorry.
11      THE WITNESS:  FPNA group.
12      MR. BRITTON:  Q.  Were you involved in
13  preparing this forecast?
14      A.  I would have been involved in terms of
15  providing input to the -- to the -- to the assumptions
16  and whatnot.
17      Q.  Okay.  And what is the -- what was the purpose
18  of preparing a three-year or a five-year forecast?
19      A.  Just overall strategic financial planning.
20      Q.  Okay.  And how -- what was the process --
21  withdrawn.
22      What were the assumptions that were used to
23  prepare, you know, such a lengthy forecast?
24      A.  Well, I don't recall exactly the process that
25  we had employed at the time, but Ivgen and I would model

230

1   what we thought the growth rates would be.
2   Q.  And --
3   A.  And we would often talk to the various finance
4   individuals supporting the business units to get their
5   thoughts on what they thought about the growth rates and
6   the margin targets that we were using, and it's also
7   quite possible that we spoke with some of the business
8   unit leaders themselves.
9   Q.  Okay.  Did Mr. Henley or Mr. Ellison use this
10  three-year or five-year forecast -- withdrawn.
11      Did Mr. Henley or Mr. Ellison use this
12  three-year forecast for any purpose?
13      A.  I do not recall the purpose for generating this
14  package at this point in time.
15      Q.  Okay.
16      A.  We -- we -- we would generally -- I shouldn't
17  say generally.  We, in the past, have prepared, you
18  know, future year forecasts for presentations to the
19  board that Jeff would present to the board.
20  Q.  Okay.  You can put that document aside.
21      (Whereupon, Plaintiffs' Exhibit 26 was
22      marked for identification.)
23      MR. BRITTON:  Q.  Okay.  I placed in front of
24  you what's been marked as Exhibit 26.  Take a moment to
25  look at this one.

231

1       And the beginning Bates is 8755, and the ending
2   Bates is 8776.
3       Do you recognize Exhibit 26?
4       A.  Yes, I do.
5       Q.  Okay.  And this -- is this one of the documents
6   we were talking about earlier that came out of OFA?
7       A.  This is a report that would have been generated
8   out of OFA and was the basis for creating the upside
9   reports or the company's forecast reports.
10      Q.  And who at Oracle received these management
11  summaries?
12      A.  I don't believe they were distributed.  I
13  believe that they were used by the internal corporate
14  FPNA group to prepare the upside reports.
15      Q.  Going back to the executive committee meetings,
16  the -- the upside reports that were given to Mr. Henley
17  and Mr. Ellison and the others, were those reports
18  collected at the end of the meeting?
19      A.  Yes.
20      Q.  And why was that?
21      A.  Because we did not want anyone to leave a
22  forecast report, take it back to their office, leave it
23  on their desk, have their secretary walk in, or somebody
24  else walk into their office and see what the quarterly
25  forecast numbers and expected EPS numbers were,

232

1  et cetera.
2     Q.  Okay.  And who --
3     A.  We were protecting them from themselves.
4     Q.  Who was -- who was responsible for ensuring
5  that every report that was passed out was returned?
6     A.  Yours truly.
7     Q.  And you made sure every time that you had the
8  exact number of reports that were handed out?
9     A.  Jeff would keep his, and Safra at times would
10  keep hers.  Larry would never keep it.
11     Q.  Okay.  Okay.  You can put that document aside.
12       I want to talk briefly about Oracle's earnings
13  releases and SEC filings.
14       Were you involved at all in that process?
15     A.  Absolutely.
16     Q.  Okay.  Now, from a forecasting standpoint, can
17  you describe the process that Oracle employed to come up
18  with the guidance that Oracle gave to the street in
19  terms of earnings per share?
20     A.  It was no different than the weekly forecast
21  process, the beginning of -- you know, we would close
22  our books, and during the second week of the first
23  quarterly -- sorry, of the first month of the subsequent
24  quarterly, the field would submit their forecasts.  We
25  would review the pipeline conversion analyses.  Jeff and

233

1  I would meet with my directs and find out about, you
2  know, how the results were for the quarter, talked a bit
3  about the forecast, get their thoughts on it, and we
4  would, you know, formulate a -- we would produce an
5  upside report that was used to set expectations for the
6  street.
7     Q.  Okay.  And how -- from the time that Jeff
8  received the upside report, how did -- how did you or
9  how did Mr. Henley determine what was the guidance that
10  was going to be given to the street?
11     A.  Well, Jeff would have conversations and
12  dialogue again with my directs.  I'm sure he also had
13  conversations with the other sales EVPs, but, you know,
14  ultimately, I'm sure he also spoke with Larry and/or
15  Safra to talk about how they should set expectations for
16  the quarter based on the forecast that was prepared by
17  my group.
18     Q.  Okay.  Were you involved in any discussions in
19  what issues or what -- or what topics they discussed to
20  determine what to give to the street versus what was in
21  the upside report?
22     A.  I don't understand your question.
23     Q.  You testified that -- that Mr. Henley would
24  talk to Mr. Ellison, who would talk to Safra about
25  determining exactly what guidance to give to the street.

234

1  Were you involved in any of those
2  conversations?
3     A.  He would have conversations directly with them.
4  I was not necessarily involved in those conversations.
5  I may have been at one point, but generally speaking,
6  when he spoke to Larry, he spoke to Larry one on one.
7     Q.  Can you explain the rounding process that
8  Oracle used for purposes of reporting to the street, his
9  expectations?
10     A.  There was no, quote, rounding process for
11  purposes of reporting expectations to the street.
12     Q.  Okay.  If -- if your upside report said that
13  the results were going to be 11.25, what would be the
14  number that Oracle would discuss with analysts or with
15  the street?
16       MR. RUBENSTEIN:  Object to the form.
17       MR. BRITTON:  Q.  You can answer.
18     A.  Generally speaking, the forecast that we
19  produced was the basis for determining what EPS numbers
20  that we would set for the street.
21     Q.  Okay.
22     A.  So if it was 11.25, more likely than not, we
23  would have used 11 cents.
24     Q.  You would have rounded down?
25     A.  Absolutely.

235

1     Q.  Okay.  So it was --
2     A.  We would have been more conservative.
3     Q.  If it was 11.52, you would have rounded up?
4     A.  Not necessarily.  We may have been more
5  conservative.
6     Q.  And rounded down?
7     A.  That -- that's correct.
8       MR. BRITTON:  Okay.  Can we take a -- five
9  minutes real quick, and see if I have anything to follow
10  up with?
11       MR. RUBENSTEIN:  All right.  Yeah.  Let's --
12  let's try to --
13       MR. BRITTON:  -- let's not anybody go anywhere.
14       THE VIDEOGRAPHER:  Going off the record.  The
15  time is 5:27.
16       (Recess taken.)
17       THE VIDEOGRAPHER:  Going back on record.  The
18  time is 5:33.
19       MR. BRITTON:  Q.  When Oracle issues its
20  guidance to the street, it separates applications growth
21  from database growth; is that fair?
22     A.  You know, I -- I --
23       MR. RUBENSTEIN:  You are talking about during
24  the relevant period.
25       THE WITNESS:  During the relevant period, we

236

1    did.
2         MR. BRITTON:  Q.  Were you involved in the
3    process of giving the street guidance on allocations
4    growth versus database growth?
5         A.  Again, the -- those numbers would have been
6    predicated on the forecast package that I would prepare.
7         Q.  The upside report?
8         A.  The upside reports.
9         Q.  Okay.  And then the same process for
10   determining what to give the street would occur?  Jeff
11   would talk to you, would talk to -- to Larry and Safra
12   and make the decision on what to give to the street?
13        A.  Yes.
14        Q.  Okay.  And going back to the rounding question.
15        Did you -- did you ever discuss that issue with
16   Jeff Henley or Larry Ellison, rounding numbers to give
17   to the street?
18        MR. RUBENSTEIN:  Objection to the form.
19        THE WITNESS:  Whether -- can you repeat the
20   question, please.
21        MR. BRITTON:  Q.  Did you ever discuss the
22   issue of rounding Oracle's results with respect to the
23   guidance to give to the street?
24        MR. RUBENSTEIN:  Objection to the form.  You --
25   you talked both about the results and guidance.

237

1         MR. BRITTON:  All right.  Withdrawn.
2         Q.  Did you ever discuss the issue of rounding with
3    Larry Ellison or Jeff Henley?
4         A.  I don't believe I ever had a discussion with
5    Larry Ellison about rounding.
6         Q.  Okay.  Did you ever have a discussing with --
7    discussion with Mr. Henley?
8         A.  It's possible, but I don't recall.
9         Q.  You don't remember.
10        MR. BRITTON:  Okay.  I have no further
11   questions.
12        THE VIDEOGRAPHER:  Any questions on your side?
13        MR. RUBENSTEIN:  No, no questions.  And we'll
14   reserve signature.
15        THE VIDEOGRAPHER:  In the deposition of
16   Jennifer Minton, this marks the end of Tape 4, Volume I.
17   Going off the record.  The time is 5:35.
18        MR. BRITTON:  Thank you very much for your
19   time.  I appreciate it.
20        ---oOo---
21        (Whereupon, the deposition was concluded
22        at 5:35 P.M.
23
24
25   Dated:_____  Signed:_____

238

1              REPORTER'S CERTIFICATE
2         I hereby certify that the foregoing is a true
3    record of the testimony as reported to the best of my
4    ability by me, a duly certified shorthand reporter and a
5    disinterested person, and was tghereafter transcribed
6    under my direction into typewriting by computer.
7
8         I FURTHER CERTIFY that I am not interested in the
9    outcome of the said action and not connected with nor
10   related to any of the parties in said action or their
11   respective counsel.
12
13
14
15   Dated:  May 4, 2005
16
17        _____
17        SANDRA L. CARRANZA, CSR No. 7082
18
19
20
21
22
23
24
25

1          REPORTER'S CERTIFICATE

2          I hereby certify that the foregoing is a true

3     record of the testimony as reported to the best of my

4     ability by me, a duly certified shorthand reporter and a

5     disinterested person, and was tghereafter transcribed

6     under my direction into typewriting by computer.

7

8          I FURTHER CERTIFY that I am not interested in the

9     outcome of the said action and not connected with nor

10    related to any of the parties in said action or their

11    respective counsel.

12

13

14

15    Dated:   May 4, 2005

16

17    SANDRA L. CARRANZA, CSR No. 7062

18

19

20

21

22

23

24

25

# EXHIBIT FFF

**Page 1**

```
1           IN THE UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                       ---oOo---
4
5
6   In re ORACLE CORPORATION
    SECURITIES LITIGATION
7               FILE NO. C-01-0988-MJJ
8   This Document Relates To:
    _____/
9
10
11              CONFIDENTIAL
12      DEPOSITION OF JENNIFER MINTON
13          Friday, July 7, 2006
14
15      SHEILA CHASE & ASSOCIATES
16          REPORTING FOR:
17          LiveNote World Service
18      221 Main Street, Suite 1250
19      San Francisco, California 94105
20      Phone: (415) 321-2311
21      Fax:  (415) 321-2301
22
23
24  Reported by:
25  ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

**Page 2**

```
1                   I N D E X
2      DEPOSITION OF JENNIFER MINTON
3                            PAGE
4   EXAMINATION BY MR. BRITTON      10
5                 ---oOo---
6
7              E X H I B I T S
8
9   EXHIBIT     DESCRIPTION        PAGE
```

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 27 | Affidavit of Jennifer Minton | 23 |
| Exhibit 28 | Bates NDCA-ORCL 100911 - 12 | 57 |
| Exhibit 29 | Depo of Jennifer Minton Vols. I & II | 74 |
| Exhibit 30 | Bates NDCA-ORCL 299724 - 831 | 95 |
| Exhibit 31A | Bates NDCA-ORCL 202815 - 821 | 102 |
| Exhibit 31B | Bates NDCA-ORCL 202995 - 998 | 102 |
| Exhibit 32 | Bates NDCA-ORCL 203681 - 83 | 107 |
| Exhibit 33 | Bates NDCA-ORCL 154450 - 51 | 120 |
| Exhibit 34 | Bates NDCA-ORCL 399742 - 752 | 127 |
| Exhibit 35A | Bates NDCA-ORCL 014028 - 30 | 136 |
| exhibit 35B | Bates NDCA-ORCL 014031 - 34 | 136 |
| Exhibit 35C | Bates NDCA-ORCL 014038 - 40 | 136 |
| Exhibit 36 | Bates NDCA-ORCL 041967 - 69 | 145 |
| Exhibit 37 | Bates NDCA-ORCL 061390 - 405 | 176 |
| Exhibit 38 | Bates NDCA-ORCL 119340 - 44 | 186 |
| Exhibit 39 | Ellison's Compendium of Exhibits | 200 |

**Page 3**

```
1              E X H I B I T S
2               (Continued.)
3      DEPOSITION OF JENNIFER MINTON
4
5   EXHIBIT     DESCRIPTION        PAGE
6
```

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 40 | Bates NDCA-ORCL 611565 - 67 | 230 |
| Exhibit 41 | E-mail Bates NDCA-ORCL 03420 | 239 |
| Exhibit 12 | Financial Report ORCL 0001374 - 1385 | 96 |
| Exhibit 21 | Financial Report ORCL 0003003 - 17 | 197 |
| Exhibit 22 | Financial Report ORCL 0002986 - 3002 | 197 |
| Exhibit 23 | Financial Report ORCL 0003018 - 31 | 198 |
| Exhibit 24 | Financial Report ORCL 0003187 - 203 | 198 |
| Exhibit 25 | Financial Report ORCL 0003341 - 57 | 232 |
| Exhibit 54B | Financial Report ORCL 0009424 - | 96 |
| | 00094248 & 9548 | |
| Exhibit 60 | Financial Report Q3 FY01 | 43 |
| Exhibit | Financial Report Index FR1 - FR34 | 268 |
| Exhibit FR1 | Financial Report ORCL 0122069 - 79 | 268 |
| Exhibit FR2 | Financial Report ORCL 0122080 - 90 | 268 |
| Exhibit FR3 | Financial Report ORCL 0122091 - 101 | 268 |
| Exhibit FR4 | Financial Report ORCL 0122102 - 12 | 268 |
| Exhibit FR5 | Financial Report ORCL 0122125 - 36 | 268 |
| Exhibit FR6 | Financial Report ORCL 0122149 - 60 | 268 |
| Exhibit FR7 | Financial Report ORCL 0122161 - 72 | 268 |

**Page 4**

```
1              E X H I B I T S
2               (Continued.)
3      DEPOSITION OF JENNIFER MINTON
4
5   EXHIBIT     DESCRIPTION        PAGE
```

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit FR8 | Financial Report ORCL 0122186 - 99 | 268 |
| Exhibit FR9 | Financial Report ORCL 0122200 - 213 | 268 |
| Exhibit FR10 | Financial Report ORCL 0122228 - 41 | 268 |
| Exhibit FR11 | Financial Report ORCL 0122258 - 70 | 268 |
| Exhibit FR12 | Financial Report ORCL 0001374 - 85 | 268 |
| Exhibit FR13 | Financial Report ORCL 0001548 - 57 | 268 |
| Exhibit FR14 | Financial Report ORCL 0001649 - 63 | 268 |
| Exhibit FR15 | Financial Report ORCL 0001883 - 79 | 268 |
| Exhibit FR16 | Financial Report ORCL 0122302 - 18 | 268 |
| Exhibit FR17 | Financial Report ORCL 0122332 - 48 | 268 |
| Exhibit FR18 | Financial Report ORCL 0002529 - 45 | 268 |
| Exhibit FR19 | Financial Report ORCL 0002665 - 81 | 268 |
| Exhibit FR20 | Financial Report ORCL 0002810 - 28 | 268 |
| Exhibit FR21 | Financial Report ORCL 0003003 - 17 | 268 |
| Exhibit FR22 | Financial Report ORCL 0002986 - 3002 | 268 |
| Exhibit FR23 | Financial Report ORCL 0003018 - 31 | 268 |
| Exhibit FR24 | Financial Report ORCL 0003187 - 203 | 268 |
| Exhibit FR25 | Financial Report ORCL 0003341 - 57 | 268 |
| Exhibit FR26 | Financial Report ORCL 0003548 - 64 | 268 |
| Exhibit FR27 | Financial Report ORCL 0003608 - 24 | 268 |

5

1           E X H I B I T S
2            (Continued.)
3        DEPOSITION OF JENNIFER MINTON
4
5   EXHIBIT      DESCRIPTION          PAGE
6   Exhibit FR28 Financial Report ORCL 0003746 - 77   268
7   Exhibit FR29 Financial Report ORCL 0003912 - 28   268
8   Exhibit FR30 Financial Report ORCL 0004120 - 32   268
9   Exhibit FR31 Financial Report ORCL 0004086 - 102  268
10  Exhibit FR32 Financial Report ORCL 0004258 - 74   268
11  Exhibit FR33 Financial Report ORCL 0108809 - 25   268
12  Exhibit FR34 Financial Report ORCL 0004410 - 26   268
13  Exhibit Financial Report Index FR35 - FR53     268
14  Exhibit FR35 Financial Report ORCL 0003086 - 95   268
15  Exhibit FR36 Financial Report ORCL 0003440 - 49   268
16  Exhibit FR37 Financial Report ORCL 0003829 - 37   268
17  Exhibit FR38 Financial Report ORCL 0020254 - 55   268
18  Exhibit FR39 Financial Report ORCL 0020260 - 62   268
19  Exhibit FR40 Financial Report ORCL 0020825 - 28   268
20  Exhibit FR41 Financial Report ORCL 0020831 - 33   268
21  Exhibit FR42 Financial Report ORCL 0020855 - 56   268
22  Exhibit FR43 Financial Report ORCL 0022145 - 46   268
23  Exhibit FR44 Financial Report ORCL 0022147 - 49   268
24  Exhibit FR45 Financial Report ORCL 0022150 - 51   268
25  Exhibit FR46 Financial Report ORCL 0022152 - 53   268

6

1           E X H I B I T S
2            (Continued.)
3        DEPOSITION OF JENNIFER MINTON
4
5   EXHIBIT      DESCRIPTION          PAGE
6   Exhibit FR47 Financial Report ORCL 0022154  - 55 268
7   Exhibit FR48 Financial Report ORCL 0022156     268
8   Exhibit FR49 Financial Report CA-ORCL 022373 - 471 268
9   Exhibit FR50 Financial Report CA-ORCL 022472 - 567 268
10  Exhibit FR51 Financial Report CA-ORCL 022568 - 75 268
11  Exhibit FR52 Financial Report ORCL 0009188 - 298 268
12  Exhibit FR53 Financial Report ORCL 0009301 - 415 268
13  Exhibit Financial Report Index FR54 - FR58     268
14  Exhibit FR54 Financial Report ORCL 0009424 - 548 288
15  Exhibit FR55 Financial Report ORCL 0009549 - 674 288
16  Exhibit FR56 Financial Report ORCL 0009675 - 800 268
17  Exhibit FR57 Financial Report ORCL 0009801 - 937 268
18  Exhibit FR58 Financial Report ORCL 0009938 - 10063 288
19  Exhibit Financial Report Index FR59 - FR63     268
20  Exhibit FR59 Financial Report ORCL 0010064 - 189 268
21  Exhibit FR60 Financial Report ORCL 0010190 - 308 268
22  Exhibit FR61 Financial Report ORCL 0010323 - 472 268
23  Exhibit FR62 Financial Report ORCL 0010473 - 631 268
24  Exhibit FR63 Financial Report ORCL 0010632 - 792 268
25  Exhibit Financial Report Index FR64 - FR76     268

7

1           E X H I B I T S
2            (Continued.)
3        DEPOSITION OF JENNIFER MINTON
4
5   EXHIBIT      DESCRIPTION          PAGE
6   Exhibit FR64 Financial Report ORCL 0023006 - 80   268
7   Exhibit FR65 Financial Report ORCL 0023081 - 158  268
8   Exhibit FR66 Financial Report ORCL 0023157 - 221  268
9   Exhibit FR67 Financial Report ORCL 0023222 - 298  268
10  Exhibit FR68 Financial Report ORCL 0003054 - 75   268
11  Exhibit FR69 Financial Report ORCL 0003204 - 225  268
12  Exhibit FR70 Financial Report ORCL 0003450 - 71   268
13  Exhibit FR71 Financial Report ORCL 0003669 - 90   268
14  Exhibit FR72 Financial Report ORCL 0018301 - 22   268
15  Exhibit FR73 Financial Report ORCL 0004006 - 27   268
16  Exhibit FR74 Financial Report ORCL 0004193 - 214  268
17  Exhibit FR75 Financial Report ORCL 0004291 - 312  268
18  Exhibit FR76 Financial Report ORCL 0004489 - 510  268
19
20           E X H I B I T S
21        (Previously marked and referenced.)
22  Exhibit Winton 39 NDCA-ORCL 131788 - 89
23  Exhibit Winton 43 NDCA-ORCL 512306 - 08
24  Exhibit Winton 49 NDCA-ORCL 03419
25  Exhibit Classik 3 Business (OPS) Review Q2FY01
    Exhibit Nugent 28 NDCA-ORCL 096760 - 787

8

1   BE IT REMEMBERED that on Friday, July 7, 2006,
2   commencing at the hour of 9:01 a.m., thereof, at the
3   offices of Lerach, Coughlin, Stoia, Gellar, Rudman &
4   Robbins, LLP, 100 Pine Street, Suite 2600,
5   San Francisco, California, before me,
6   ANDREA M. IGNACIO HOWARD, CSR, RPR, a Certified
7   Shorthand Reporter for the State of California,
8   personally appeared
9        JENNIFER MINTON,
10  called as a witness by the Plaintiffs herein, who,
11  being by me first duly sworn, was thereupon examined
12  and testified as hereinafter set forth.
13          ---oOo---
14  Appearing as counsel on behalf of Plaintiffs:
15     LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN &
       ROBBINS
16     BY: DOUGLAS R. BRITTON, Esq.
           GAVIN M. BOWIE, Esq.
17     100 Pine Street, Suite 2600
       San Francisco, California  94111
18     (415) 288-4545
       dbritton@lerachlaw.com; gbowie@lerachlaw.com
19
20  Appearing as counsel on behalf of Defendants:
21     LATHAM & WATKINS, LLP
       BY: PETER A. WALD, Esq.
22         MICHELE F. KYROUZ, Esq.
       505 Montgomery Street, Suite 2000
23     San Francisco, California 94025
       (415) 391-0600
24     peter.wald@lw.com; michele.kyrouz@lw.com
25
    Also present:  James Terrell, Videographer.

**9**

1    THE VIDEOGRAPHER:  This begins the videotaped

2    deposition of Jennifer Minton, tape one, Volume I, in

3    the matter entitled In Re Oracle Corporation

4    Securities Litigation.  Filed in the United States

5    District Court for the Northern District of

6    California.  Master File No. C-01-0988-MJJ.

7    Today's date is July 7, 2006.  The time on

8    the video monitor is 9:01.

9    The video operator today is James Terrell

10   representing LiveNote World Service, located at

11   221 Main Street, Suite 1250, in San Francisco,

12   California 94105.  The phone number is (415) 321-2300.

13   The court reporter is Andrea Howard of

14   Sheila Chase & Associates, reporting on behalf of

15   LiveNote World Service.

16   Today's deposition is being taken on behalf

17   of plaintiff. It's taking place on 100 Pine Street,

18   San Francisco, California.

19   If counsel will now please introduce

20   yourselves and whom you represent.

21   MR. BRITTON:  Doug Britton with Lerach,

22   Coughlin on behalf of plaintiffs, and with me today is

23   Gavin Bowie.

24   MR. WALD:  Peter Wald and Michele Kyrouz from

25   Latham & Watkins on behalf of the defendants and the

**10**

1    witness.

2    THE VIDEOGRAPHER:  Thank you.

3    The reporter may now swear the witness.

4

5    JENNIFER MINTON,

6    having been sworn as a witness, testified as follows:

7

8    EXAMINATION

9    BY MR. BRITTON:  Q.  Good morning,

10   Ms. Minton.

11   A  Good morning.

12   Q  Can you tell me what you did to prepare for

13   your deposition today?

14   A  I met with the attorneys on Monday and on

15   Wednesday for three to four hours on each day.

16   Q  So a total of six to eight hours meeting with

17   your attorneys?

18   A  That would be approximately correct.

19   Q  Okay.  Outside of meeting with your

20   attorneys, did you do anything else to prepare for

21   your deposition today?

22   A  I reviewed my prior testimony.

23   Q  You've testified a number of times in

24   connection with the events surrounding this lawsuit

25   and the derivative lawsuit, so we'll go one by one.

**11**

1    Which testimony did you review?

2    A  I believe I reviewed both testimonies --

3    Q  Okay.

4    A  -- with the exception of -- in terms of the

5    derivative, there were two days of testimony, those

6    two.  I did not review the testimony related to the

7    first time I was here.

8    Q  Okay.

9    MR. WALD:  Let's refer to that as the

10   30(b)(6) deposition.

11   BY MR. BRITTON:  Yes.

12   Q  You understand that the testimony in this

13   case about a year ago, we'll refer to as the 30(b)(6)

14   testimony?  Do you understand that?

15   A  Do I understand that it's referred to as

16   30 (b)?

17   Q  Yes.

18   A  Yes, I do.

19   Q  Okay.  So if I say -- if I reference the

20   30(b)(6) testimony, you'll know that I'm talking about

21   the deposition that you gave in this case earlier last

22   year?

23   A  Yes.

24   Q  Okay.  Did you review anything else in

25   preparation for your deposition outside of your

**12**

1    meetings with your lawyers?

2    A  No.

3    Q  Okay.  Did you --

4    A  I take that back.  I did review some

5    additional data, some e-mails, and some

6    transaction-level details.

7    Q  Okay.  Take it one by one.

8    The e-mails, which e-mails did you review?

9    A  I reviewed an e-mail between Sarah Kopp and

10   myself.

11   Q  Any other e-mails?

12   A  Outside of meeting with counsel?

13   Q  Uh-huh.

14   A  No.

15   Q  Okay.  What -- what was it about that e-mail

16   that caused you to review it in preparation for your

17   deposition, outside of your meeting with your lawyers?

18   A  I was -- it wasn't that particular e-mail.  I

19   was just rummaging through and saw the e-mail, looked

20   at it, moved on.

21   Q  Okay.  What were you rummaging through?

22   A  Binders that they had prepared for my

23   deposition.

24   Q  When you say "they," you mean your lawyers?

25   A  That would be correct.

13

1  Q. Any other e-mails that you can think of?

2  A. Nope.

3  Q. All right.

4     The transaction-level detail, what was that?

5  A. I believe they refer to it as a script.

6  Q. And can you describe that in more detail?

7  What's a "script"?

8  A. It was an example of a transaction.

9  Q. What transaction?

10  A. I do not recall.

11  Q. Okay. Who prepared the script?

12  A. I'm not certain who prepared it.

13  Q. Okay. What was the subject matter of the

14  script? What was in it?

15  A. It was a transaction related to an invoice.

16  Q. Okay. What was the discussion about any of

17  the script? Do you have any recognition of

18  accounting, forecasting? What were the subject

19  matters covered in the script?

20  A. It was -- there was no -- it wasn't a script,

21  per se. It was an output --

22  Q. Okay.

23  A. -- of a program script.

24  Q. Oh, okay. I understand.

25     Okay. What types of information was in the

14

1  program script?

2  A. I was reading an example of one of the

3  outputs.

4  Q. Okay. I don't understand what the output is.

5  Can you describe it more?

6  A. It itemized the activity related to a

7  transaction.

8  Q. And what was the transaction about? Is it a

9  sale of software? Was it an accounting entry? What

10  was the subject matter of the transaction?

11  A. It was a sale of support renewals, I believe.

12  Q. Okay. And you don't remember the customer?

13  A. No, I do not.

14  Q. Was it for one customer?

15  A. Just one customer.

16  Q. All right.

17     Aside from the e-mails and the transaction

18  level detail, did you review any other documents

19  outside of the presence of your attorneys?

20  A. You failed to mention that I had looked at my

21  deposition.

22  Q. Okay. Outside of that, did you --

23  A. No.

24  Q. -- review anything else?

25  A. No.

15

1  Q. All right.

2     Did you review any documents in your meetings

3  with your lawyers?

4  A. Yes.

5  Q. Okay. Before I go there, which lawyers were

6  present during the Monday meeting?

7  A. Michele, and, I'm sorry, I don't remember the

8  other guy's name,.

9  Q. Kyra?

10  A. That would be correct.

11  Q. Okay. What about the Wednesday meeting?

12  A. The same two lawyers were present.

13  Q. All right.

14     Did any of the documents that you reviewed

15  with your lawyers refresh your recollection about

16  anything that happened back in the 2000, 2001 time

17  period?

18  A. It basically enabled me to recall the general

19  time frame.

20  Q. Okay. Were there any specific documents that

21  you can think of that refreshed your memory about

22  specific events?

23  A. I looked at our upside reports for the

24  Q3 quarter, so it brought me back to that time period.

25  Q. Did you review any e-mails during any of

16

1  these meetings?

2  A. Yes, I did.

3  Q. Okay. Did any of those e-mails refresh your

4  memory about events that happened back in the 2000,

5  2001 time period?

6  A. Again, in general, just brought me back to

7  that time period.

8  Q. Okay. Did any specific e-mail refresh your

9  recollection about anything in particular that enabled

10  you to remember what happened during that time period?

11  A. Can you be more specific?

12  Q. Yeah.

13     Did you take a look at an e-mail and say "Oh,

14  I remember that"?

15  A. It brought my recall back a bit, but I didn't

16  really actually remember.

17  Q. Okay. In general, you --

18  A. It's been quite a while.

19  Q. In general, you remembered what happened, but

20  the specific e-mails you didn't say, "Oh, I remember

21  that happening"?

22  A. That would be correct.

23  Q. Okay. Did you speak to anybody, other than

24  your lawyers, about your deposition today?

25  A. I spoke to my boss and informed her that I

17

1  would be up here today.

2  Q  Safra Catz?

3  A  That would be correct, as well as notifying a

4  few of my directs that I would not be in the office,

5  as well as our outside auditors.

6  Q  You notified them the same thing, "I won't be

7  in the office"?

8  A  That is correct.

9  Q  How did you notify Safra Catz that you were

10  having your deposition taken?

11  A  We had an audit committee meeting after, and

12  I -- after the audit committee meeting, I informed her

13  that I would not be in the office today, as I was

14  going to be taking my deposition.

15  Q  Okay.  And did she say anything to you in

16  response?

17  A  Okay.

18  Q  Say anything substantive?

19  A  No.

20  Q  Okay.  First time we were together we talked

21  about the forecasting process at Oracle, I want to

22  kind of just generally go through that.  I don't want

23  to duplicate what we've already done, but you

24  mentioned upside reports, and I just want to get a

25  clear idea of what you mean by the upside reports.

18

1       Can you tell me what those are?

2  A  The upside reports represent the forecast for

3  the current quarter.

4  Q  And they -- am I right to say that they have

5  a forecast column, an upside column, and a potential

6  column?

7  A  That is correct.

8  Q  Okay.  And what is your understanding of what

9  the forecast column represents?

10  A  The forecast column represents the forecast

11  that was submitted by the field organizations.

12  Q  Have you ever heard of the term "commit --"

13  A  Yes.

14  Q  -- in connection with Oracle's forecasting?

15  A  Yes.

16  Q  Okay.  Is it fair to say that the forecast

17  column in the upside reports represented the commit

18  number for the field?

19  A  That would be one phrase that they would use.

20  Q  Okay.  And how did you understand that

21  phrase, or what did that phrase mean to you when they

22  used it?

23  A  That that was what their forecast was.

24  Q  Okay.

25  A  Effectively, they felt that they could

19

1  deliver that forecast at a minimum.

2  Q  The criteria -- let's get a little

3  preliminary.

4       I'll be talking primarily about the 2000,

5  2001 time period.  So most of my questions will,

6  unless I say otherwise, will cover or be during that

7  time period; is that okay?

8  A  Fiscal 2000 and fiscal 2001?

9  Q  Yes.

10  A  Okay.

11  Q  Okay.  And then when I use the term "class

12  period," I mean December 1st, 2000, to February 28,

13  2001; do you understand that?

14  A  Q3?

15  Q  Yes, Q3 of fiscal 2001; is that yes?

16  A  That's correct.

17  Q  Okay.  Did the criteria for the forecast

18  column ever change during the 2000, 2001 time period?

19  A  Not that I recall.

20  Q  Okay.  Then on the upside reports, you had an

21  upside column?

22  A  That is correct.

23  Q  Okay.  And is it fair to say that that

24  represented your management judgment or your judgment

25  on what to add on top of the field?

20

1  A  The upside column was used to make any

2  corrections to the forecast.  Those corrections could

3  represent more current information that was received

4  from the field organizations.

5       For example, if the field finance individual

6  responsible for submitting the forecast entered in a

7  wrong number, they would contact us and advise us that

8  the wrong number was in the system.

9       So we would use that column to make those

10  types of corrections.  Or if their forecast changed,

11  depending on more recent events, we would use it to

12  make those corrections.  And, in addition, it was used

13  to reflect management judgment.

14  Q  Okay.  You said if their forecast changed you

15  would use the upside column to reflect that change; is

16  that right?

17  A  That is correct.

18  Q  Under what circumstances would the forecast

19  change go into the upside versus the forecast column?

20  A  If the forecast was submitted on a Wednesday

21  and a deal that they did not have in their forecast

22  closed on a Friday, they might notify me -- and I am

23  giving you a hypothetical situation -- but they might

24  notify me that a deal closed, and therefore they were

25  going to bring up their forecast.

21

1    Q.  Okay.  So you would adjust that up in your
2    upside?
3    A.  That would be correct.
4    Q.  Okay.  And the subsequent forecasting period,
5    would it be reflected in the change in the forecast
6    number in your upside going down?
7    A.  It would then -- logically, they would change
8    their submitted forecast, and I would have changed the
9    upside accordingly so as to not do double count.
10   Q.  You mentioned that they might notify me that
11   a deal closed and they were going to bring up their
12   forecast.  Did deal closings affect the forecast
13   throughout the quarter?
14   A.  Yes.
15   Q.  How did it do so?
16   A.  In a couple of different ways.  If the deal
17   was not in their forecast, then they might therefore
18   increase their forecast, because it was upside in
19   their mind that was now cemented.
20   Q.  Okay.  That's fair.
21       The upside adjustments, can you tell me
22   during the 2000, 2001 time period how Mr. Henley was
23   involved in this those adjustments, if at all?
24   A.  With the exception of when I was not -- when
25   I was -- I was out on medical leave during fiscal

22

1    2000, and part of 2001, so I cannot speak to that time
2    period.  But generally speaking, I would look at
3    pipeline reports, upside reports.
4        Sorry, not upside, but pipeline reports that
5    would impute upside based on prior year historical
6    conversion ratios.  And using that data, as well as
7    other information that I had gathered, whether most
8    likely through conversations or forecast calls, I
9    would make adjustments to the upside report.  And, at
10   times, I would review my rationale for the upside
11   reports or for my upside amounts with Jeff prior to an
12   EC meeting.
13   Q.  Did you do this frequently?
14   A.  I can't say it was a consistent practice.
15   Q.  Okay.  Did you review the upside adjustment
16   with Mr. Henley before finalizing the upside report,
17   or was it after you had already finalized the report?
18   A.  If I had reviewed it with Henley and we had
19   concluded that -- jointly -- that maybe the upside was
20   not sensible based on the information that we had, I
21   would adjust it before finalizing it, but again that
22   was very infrequent.
23   Q.  Can you tell me how many times that happened
24   in the fiscal 2000 and 2001 time period?
25   A.  I can only vaguely recall one time period,

23

1    one time.
2    Q.  All right.
3        Can you tell me how Mr. Ellison was involved
4    in the upside adjustments during the fiscal 2000, 2001
5    time period, if at all?
6    A.  He was not involved in preparing the upside
7    report.
8    Q.  Okay.  Then finally the potential column in
9    the upside report, that was a combination of the
10   forecast column and the upside column which would get
11   you to the potential column; is that right?
12   A.  That is correct.
13   Q.  And would it be fair to characterize the
14   potential column as the company's forecast?
15   A.  That is correct.
16   Q.  Let's get the --
17       (Document marked Exhibit No. 27
18       for identification.)
19       BY MR. BRITTON:  For the record, I am marking
20   these exhibits consecutive order with the 30(b)(6)
21   deposition, because they marked the 30(b)(6) exhibits
22   as Minton 1 through 26.
23   Q.  We've placed in front of you what's been
24   marked as Minton Exhibit 27.  Will you take a moment
25   to look at this exhibit.

24

1        For the record, Exhibit 27 starts at Bates
2    NDCA-ORCL 611413 and ends at 428, and the title of the
3    document is "Affidavit of Jennifer Minton in Support
4    of Motion for Summary Judgment."
5        MS. KYROUZ:  Is that going to be marked --
6        MR. BRITTON:  Yeah.  It's the same document.
7    It looks like the one I prepared for this.
8        MR. WALD:  For the record, the document that
9    we have is A188 through A201.  Is that the --
10       MR. BRITTON:  Yes, that's the same copy.
11       MS. KYROUZ:  You can just refer to it by
12   paragraph number in the affidavit.
13       BY MR. BRITTON:  Of course.  Of course.
14   Q.  Have you had a chance to look at Exhibit 27?
15   A.  Yes.
16   Q.  Do you recognize it?
17   A.  Yes.
18   Q.  And is it a -- well, let me ask it a
19   different way.  What is Exhibit 27?
20   A.  An "Affidavit of Jennifer Minton in Support
21   of Motion for Summary Judgment."
22   Q.  And you submitted this affidavit in support
23   of motion for summary judgment in the Delaware
24   derivative case, as well as San Mateo derivative case;
25   is that true?

25

1   A  I think it was in relation to the derivative
2   litigation.
3   Q  Right.
4   A  That's what it says here on the very first
5   page.
6   Q  Did you prepare this exhibit?
7   A  The attorneys drafted this exhibit.
8   Q  You reviewed it for accuracy?
9   A  Absolutely.
10  Q  Okay.  And then you signed it as a true
11  statement of facts?
12  A  That is correct.
13  Q  Okay.  Is it a true and correct copy of the
14  exhibit that you submitted in connection with the
15  Delaware litigation?
16  A  I'm sorry.  I'm not sure I have any basis to
17  know whether or not this was submitted in connection
18  with the Delaware litigation.
19  Q  Okay.  Let me say it a different way.
20     Is this a true and correct copy of an
21  affidavit that you signed some time in 2003?
22  A  Yes.
23  Q  Okay.  I want to focus your attention on
24  paragraph 23.  On page eight, this paragraph says,
25  "During these forecast calls, the participating senior

26

1   salesperson generally provides a forecast commitment,
2   a best case and the worst-case scenario.
3      "In looking at an Upside Report, the
4   'forecast' represents the amount of revenue that the
5   senior salesperson considered to achieve that
6   quarter."
7      Is that a correct statement?
8   A  Yes.
9   Q  Okay.  If you look at paragraph 24, that
10  paragraph says "The 'upside' column represents
11  positive or negative adjustments to the forecast
12  column based on updated information that became
13  available either during the forecast conference calls
14  or based on other sources of information such as:  (1)
15  deal status provided by my staff based upon
16  information received by the sales force, or (2)
17  Potential Pipeline Upside Reports (prepared by
18  Ivgen Guner)."
19     Is that a true statement?
20  A  Yes.
21  Q  And then paragraph 26 says "In determining
22  the 'upside' adjustment, Ivgen Guner and I would apply
23  our combined judgment based on our knowledge of the
24  various sales organization, sales forecasting
25  practices and historical conversion ratios to

27

1   determine what the realistic license revenue growth
2   (or contraction) might be."
3      Is that a true statement?
4   A  Yes.
5   Q  Now, the part of paragraph 26 that says that
6   you and Ivgen Guner would apply your combined and
7   informed judgment, where did you obtain the
8   information to apply that judgment?
9   A  We would review the pipeline reports.  I
10  believe we called them licensed pipeline upside
11  reports, and we would discuss any other forecast data
12  that we had available at the time.
13  Q  Okay.  And the forecast data that was
14  available at the time, you obtained that information
15  from the Thursday conference calls?
16  A  It would have been from Thursday conference
17  calls.  It would have been from analyzing the large
18  transactions that were in the pipeline for the
19  quarter, and again looking at historical forecast
20  conversion rates.
21  Q  Okay.  And Thursday forecast conference
22  calls, who were on those calls?
23  A  The Thursday forecast calls were generally
24  but not always attended by Jay Nussbaum, who was
25  responsible for the OSI sales and consulting

28

1   organization, as well as Sarah Kopp, who supported him
2   during the class period, as I believe you referred to
3   it, during Q3.
4      There was Sandy Sanderson, who was
5   responsible for the OPI organization, as well as
6   Jim English, who was the finance employee that was
7   dedicated to supporting Sandy Sanderson.
8      There was George Roberts and David Winton,
9   who George Roberts was responsible for the
10  North America sales organization, and David Winton was
11  the finance employee responsible for supporting him,
12  and other attendees would include Ivgen Guner.
13     At times, and on her staff, and myself,
14  Jeff Henley, Safra Catz, and very infrequently but
15  once in a while Larry Ellison.
16  Q  Okay.
17  A  And I should say that not everybody
18  participated on the calls every week.  It could be in
19  other meetings, customer presentations, or whatnot.
20  So it's not as if everybody was on every single call
21  at the same time.
22  Q  Was Jeff Henley a regular attendee?
23  A  When he could attend, he would attend.
24  Q  On a percentage basis during the fiscal 2000,
25  would you say --

29

1    A  I don't recall what number of meetings he
2    attended.
3    Q  Did anybody from the -- withdraw.
4        Did anybody outside of the Americas
5    participate in the Thursday conference calls?
6    A  I don't recall if we included Latin America
7    at the time, since Latin America reported up through
8    Sandy Sanderson, so I cannot be specific.
9    Q  Okay.  So it did not include the license
10   sales divisions overseas?
11   A  It definitely did not include Europe.  It
12   definitely did not include Japan or Asia Pacific.
13   Q  Did you have a separate forecasting call for
14   the overseas divisions?
15   A  No, we did not.
16   Q  Is there a reason why you focused on the
17   Americas versus the entire company?
18   A  It was a practice that was -- I believe that
19   had started when Ray Lane was with the company.  I
20   believe he had calls with his North America sales
21   organizations.  And when Ray left, we continued that
22   practice.  So I don't have any visibility into the
23   history as to why it was solely just with the U.S.
24   sales organizations.
25       And, again, I cannot recall whether or not we

30

1    actually had Latin America participation, but
2    Latin America was a fairly small slice of the
3    business.
4    Q  How did you -- withdrawn.
5        Did you obtain updated information about the
6    divisions outside of the Americas throughout the
7    quarter?
8    A  I would, at times, speak with my direct
9    reports, William Plant, who was responsible for
10   supporting Europe, Greg Davies, who was responsible
11   for supporting Asia Pacific, to see if there were any
12   notable changes within their forecast.
13   Q  Did any of the information that you learned
14   during the executive management committee meetings
15   influence your upside adjustments during the fiscal
16   2000, 2001 time period?
17   A  Influence, yes.
18   Q  You had those meetings, the executive
19   management committee meetings, on Mondays?
20   A  That is correct.
21   Q  Is that every week?
22   A  They were scheduled, for the most part, every
23   week, but they didn't necessarily get held every week.
24   Q  They were not on the forecast schedule; is
25   that right?

31

1    A  No.  These were Larry Ellison's staff
2    meetings, weekly staff meetings.
3    Q  You understand what I mean by "forecast
4    schedule"?
5    A  No.
6    Q  Did Oracle have a forecast schedule in place
7    during the 2000, 2001 time period?
8    A  We have a forecast schedule, yes.  Actually,
9    yes.
10   Q  Okay.  And it's every other week in months
11   one and two, and every week in month three?
12   A  That is correct.
13   Q  So when I say forecast schedule, that's the
14   schedule I'm talking about; is that fair?
15   A  The EC meetings were generally scheduled as
16   weekly meetings, but obviously vacations, other
17   commitments would result in meetings getting
18   postponed.  Not postponed but canceled, I should say.
19   Q  These meetings included the executive vice
20   presidents from the Americas; right?
21   A  At the time, they included Sandy Sanderson,
22   Jay Nussbaum, and George Roberts, yes.
23   Q  Did they also include the executive vice
24   presidents outside of the Americas?
25   A  They would have included Sergio Giacoletto,

32

1    who is responsible for Europe, and Derek Williams, who
2    is responsible for the Asia Pacific region on the
3    sales side.
4    Q  Did the finance support personnel for the
5    executive vice presidents attend the executive
6    management committee meetings?
7    A  No, they did not.
8    Q  Forecast was a topic on the agenda for the
9    executive management committee meeting?
10   A  Absolutely.
11   Q  Every week?
12   A  It was the first agenda item that we always
13   discussed.
14   Q  Okay.  Would you discuss -- during these
15   forecasting topics, would you discuss week-to-week
16   changes in the forecast, if there were any?
17   A  I can't recall the specifics, but each --
18   Larry would go around to each sales EVP and ask that
19   they provide him with an update with regard to their
20   forecast.
21   Q  Okay.  Did Larry ever inquire of you about
22   your upside adjustments?
23   A  Not that I recall.
24   Q  Did Mr. Henley ever inquire of you about your
25   upside adjustments during the executive management

33

1    committee meetings?
2        A  During the meetings?
3        Q  Yes.
4        A  Not that I recall.
5        Q  Okay.  Ms. Guner -- am I saying her name
6    right, Ms. Guner?
7        A  Guner.
8        Q  Guner.  When did she start -- withdrawn.
9            What was her position during the fiscal 2000,
10    2001 time period?
11        A  I believe her position evolved.
12        Q  And how did it evolve?
13        A  I don't recall precisely what position she
14    held at the beginning of fiscal 2000.  She was in the
15    field finance organization, but I don't recall who she
16    was supporting.  There was a gentleman named
17    Russ Surmanek, who was supporting Ray Lane, and
18    actually now that I recall, she was supporting
19    Frank Varasano, who reported to Sandy Sanderson for
20    some time period.
21            Frank had responsibility for OPI, and then
22    she went -- I can't recall specifically, but she was
23    helping Ray out as well, and then she came to work
24    directly for me.
25        Q  Do you remember when that was?

34

1        A  I don't recall precisely when, no.
2        Q  When she started working for you, did she
3    immediately begin conferring with you about the upside
4    adjustments?
5        A  I don't recall when we started that practice.
6        Q  How long was Ivgen Guner with the company
7    before she started reporting to you, if you know?
8        A  I can only tell you that based on a very,
9    very recent meeting, I'm now aware that she's been
10    with the company for approximately ten years.
11        Q  Ten years from 2006?
12        A  Yes, from now.
13        Q  So roughly '96 was when she started?
14        A  That would be correct.
15        Q  Lia Burke, do you know who that is?
16        A  Yes, I do.
17        Q  And who is Lia Burke?
18        A  Lia Burke was a finance manager working in the
19    corporate financial planning and analysis group.
20        Q  And what was her role during the class
21    period?
22        A  During Q3 of fiscal '01?
23        Q  Yes.
24        A  I am not certain if she was still working on
25    preparing and consolidating forecast, but that was her

35

1    role certainly within -- I want to say within fiscal
2    2000, 2001 time period.
3        Q  Did Lia Burke report directly to you?
4        A  I don't recall.
5        Q  Do you know Roberta Ronsse?
6        A  Ronsse.
7        Q  Ronsse.
8            Who was Roberta Ronsse?
9        A  She was another analyst working in corporate
10    FPNA.
11        Q  And what were her responsibilities during the
12    class period?
13        A  Again, I cannot remember specifically what
14    she was doing during the class period or during fiscal
15    2001, but she also helped to support the forecast
16    preparation process working with Lia and Ivgen.
17        Q  The upside reports, those were distributed --
18    withdrawn.
19            The upside reports were used at every EMC
20    meeting; is that correct?
21        A  I would bring the upside reports to the EC
22    meetings.
23        Q  The EC meetings that did not occur during the
24    forecast schedule, how did you update the upside
25    reports, if at all, for those meetings?

36

1            MR. WALD:  Object to the form.
2            BY MR. BRITTON:  Q.  You can answer.
3        A  Can you rephrase the question, please?
4        Q  For the executive management committee
5    meetings that happened when there wasn't -- not on
6    the -- withdrawn.
7            For the executive management committee
8    meetings that occurred outside the forecast schedule,
9    did you update the upside reports at all for those
10    meetings?
11        A  I may have.
12        Q  Okay.  Was it a regular practice to update
13    those upside reports?
14        A  If I had new information that I felt was --
15    would change my judgment with regards to the upside,
16    then I would change the upside report.
17        Q  Okay.  Was there any other part of the upside
18    reports that were updated for the executive management
19    committee meetings that occurred outside of the
20    forecast schedule?
21        A  I'm sorry.  I don't understand your question.
22        Q  Pipeline information where an EMC meeting
23    that occurred, say, the third week of month one --
24        A  Okay.
25        Q  -- where it wasn't -- it wasn't the forecast

37

1  schedule.
2  A  Correct.
3  Q  Would the pipeline information be updated in
4  the upside report that you used during the executive
5  management committee meeting?
6  A  I don't recall.
7  Q  Okay. I want to talk to you a little bit
8  about the budgeting process. We talked a little bit
9  about that during the 30(b)(6) deposition.
10  Now, I want to ask you what the -- if you
11  know -- what were the benefits to the sales reps for
12  achieving the budget that was set during the beginning
13  of the year?
14  A  Sales reps or sales management?
15  Q  All right. Let's -- let's --
16  A  Sales rep is a --
17  Q  Let's go with --
18  A  -- person on the street --
19  Q  Right.
20  A  -- on a --
21  Q  Let's go with --
22  A  -- commission plan.
23  Q  Okay. Let's go with the sales management.
24  What are the benefits for sales management
25  for achieving the budget that was set at the beginning

38

1  of the year?
2  A  From a compensation perspective?
3  Q  Any perspective.
4  A  They met their budget.
5  Q  Was there any bonuses, or incentives, or
6  awards that were attended to meeting the budget?
7  A  I was not involved in the EVP's compensation
8  at that time.
9  Q  Did you have any understanding whether
10  achieving the budget would generate any specific
11  bonuses or awards?
12  A  I do not recall having the details of the
13  executive's compensation plans.
14  Q  Okay. Do you have an understanding at all of
15  what the downside would be of missing the budget?
16  A  I can say that it would be fair to presume
17  that if they did not meet their budget, then they
18  would likely not maximize or optimize their
19  commissions. Or not their commissions, I should say
20  their bonus. But at some point, and I don't recall
21  when, we divorced the compensation plans from budgets.
22  Q  And why is that?
23  A  Because the field organizations would always
24  put forth an extremely conservative budget. And as a
25  consequence, they would beat it, over perform, and

39

1  therefore their discretionary bonus potential was
2  optimized.
3  Q  Do you have any understanding of when the
4  commissions to these sales managers were paid
5  throughout the year?
6  A  You need to be more specific. Are you
7  referring to Frank Varasano?
8  Q  Let's just use as --
9  A  George Roberts.
10  Q  Let me use as an example George Roberts.
11  A  He would be on an annual plan.
12  Q  He would be on an annual plan.
13  Going down to the sales representative level,
14  do you have an understanding of when the commissions
15  to the sales reps would be paid?
16  A  They would be paid in the month, roughly,
17  30 to 45 days after their revenue was recognized.
18  Q  So if they closed a deal, they would get
19  paid --
20  A  It may be quarterly, actually. I'm not
21  certain if it's monthly, or if it's, you know,
22  quarterly.
23  Q  So they would get paid 30 to 45 days at a
24  minimum after the revenue was recognized; is that
25  correct?

40

1  A  At a minimum, after the quarter.
2  Q  After the quarter.
3  So if a deal had closed, but for some reason
4  Oracle didn't recognize the revenue on that particular
5  deal, would the sales commissions still be paid to the
6  sales representatives --
7  MR. WALD:  Object.
8  BY MR. BRITTON: Q.  -- if you know?
9  MR. WALD:  Object to the form. It calls for
10  a hypothetical; lacks foundation.
11  BY MR. BRITTON: Q.  You can answer.
12  A  Can you repeat the question, please.
13  Q  If a deal, particular deal had closed, but
14  for some reason Oracle did not recognize the revenue
15  from that deal, would Oracle still pay the sales
16  commission to the sales rep on the deal?
17  MR. WALD:  Same objection.
18  THE WITNESS:  Oracle's policy is only to pay
19  commissions based on revenue recognition. In order
20  for a sales rep to be paid on a deal for which there
21  was no revenue recognized, they would need an -- a
22  comp exception.
23  BY MR. BRITTON: Q.  Okay. Let's go back to
24  your affidavit, Exhibit 27.
25  If you could go to paragraph seven of

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

41

1   Exhibit 27, page three.  This paragraph says "Oracle's
2   license business was its largest revenue source in
3   Fiscal Year 2001 (FY01).  See Chart 41 in the
4   Compendium of Charts."
5       Is that a true statement?
6   A  Yes.
7   Q  Would it be a true statement for fiscal year
8   2000?
9   A  I do not know.
10  Q  Okay.
11  A  I do not recall.
12  Q  Do you know roughly what percentage Oracle's
13  license business represented of the whole in fiscal
14  2000?
15  A  Unless it's in here, and I can refer to it,
16  knowing that this is factually correct, I would be
17  speculating.  I do not recall.
18  Q  Okay.  If you turn to paragraph 11.
19  A  I'm sorry?
20  Q  Paragraph 11, page four.
21      This paragraph says "roughly half of all of
22  Oracle's license revenues are generated by
23  North America, while the other half are generated by
24  Oracle's international subsidiaries outside of
25  North America."

42

1   A  Uh-huh.
2   Q  Is that a true statement?
3   A  Yes.
4   Q  Would that be a true statement for fiscal
5   year 2000?
6   A  I do not recall.
7   Q  Next sentence says "North America license
8   revenues in FY01 accounted for 21% of total FY01
9   revenues."
10      Is that a true statement?
11  A  Yes.
12  Q  And would it be a true statement for fiscal
13  year 2000?
14  A  I do not recall.
15  Q  Okay.  Do you know if North American Sales NS
16  was Oracle's largest license revenue generator in
17  fiscal 2000?
18  A  When you are referring to North America
19  Sales, are you referring to North America as a region,
20  or are you referring to the sales organization that
21  was managed by George Roberts?
22  Q  Sales organization managed by George Roberts.
23  A  Okay.  Can you reask your question, please?
24  Q  Yes.
25      Do you know if NAS was the -- do you know --

43

1   withdrawn
2       Do you know if the NAS division was Oracle's
3   largest license revenue generator in fiscal year 2000?
4   A  I don't recall.
5   Q  So you wouldn't recall for the quarters
6   within fiscal year 2000 either; is that fair?
7   A  Very fair.
8   MR. BRITTON:  Okay.  Can we go off record for
9   a second?
10  THE VIDEOGRAPHER:  Off record at 10:03.
11  (Short break taken.)
12  (Document marked Exhibit No. 60
13  for identification.)
14  THE VIDEOGRAPHER:  On record at 10:11.
15  BY MR. BRITTON:  All right.
16  Q  I've placed in front of you what's been
17  marked as Financial Report 60, and I'd like you to
18  flip through it.
19  MR. WALD:  While the witness is reviewing
20  the, Doug, Financial Report 60, how does that relate
21  to any of the other exhibit numbers in this?
22  MR. BRITTON:  If you see the binders behind
23  us --
24  MR. WALD:  Yes.
25  MR. BRITTON:  -- these are all of the

44

1   financial reports that were used in Ellison's motion
2   for summary judgment.
3   MR. WALD:  Okay.
4   MR. BRITTON:  So what I'm doing --
5   MR. WALD:  So that's --
6   MR. BRITTON:  -- right.  So there's an index
7   of 1 through 60.  So at the end of the deposition, I'm
8   going to ask her to authenticate and establish a
9   business records exceptions for all of the reports.
10  MR. WALD:  Okay.
11  MR. BRITTON:  Ones I'm using during the
12  examination, I'm kind of pulling it out and using it
13  some time.
14  MS. KYROUZ:  So you're going to mark it as an
15  exhibit for her deposition?
16  MR. BRITTON:  Yeah, it's Financial Report 60
17  for her deposition.
18  MS. KYROUZ:  Okay.
19  MR. BRITTON:  And the way we're doing it on
20  the tab is it's called "Financial Report 60," and down
21  below it says "Minton," and then the day of the depo.
22  MS. KYROUZ:  Okay.
23  MR. WALD:  Thank you.
24  BY MR. BRITTON:  Q.  Do you recognize
25  Financial Report 60?

45

1   A  Yes, I do.
2   Q  And is -- well, let me ask it a different
3   way.
4       What is Financial Report 60?
5   A  At the end of the quarter, we would pull
6   together -- we would pull them together monthly,
7   income statements, both in a management summary
8   format, which means by organization, as well as by
9   summary income statements, the type of revenues, the
10  type of expenses, balance sheet, head count, and it
11  was effectively just a report of actuals, information
12  that, if anybody needed to refer to it, they had it
13  available.  So it was more of a reference book.
14  Q  Okay.  And these reference books would be
15  produced month one of a quarter, month two of a
16  quarter, and then at the end of the quarter for the
17  entire quarter?
18  A  That is correct.  And, in fact, I think we
19  referred -- it's been a long time -- but I think we
20  referred to month one and month two books as the gray
21  books, and then the maroon/red books were the end of
22  the quarter books.
23  Q  Is Financial Report 60 a true and correct
24  copy of the Q3 fiscal year 2001 quarterly financial
25  reference book?

46

1       MR. WALD:  If you know.
2       THE WITNESS:  Well, I don't have one in front
3   of me from my office to be able to compare and
4   contrast, so I can only presume that it is.
5       BY MR. BRITTON:  Q.  Okay.  Is there anything
6   that looks out of place in this exhibit that would
7   lead you to believe that it's not a true and authentic
8   copy of the original?
9   A  I mean, it would take me some time.
10  Q  Right.
11  A  Do you want me to go through the entire --
12  Q  You know what, I'll do that at the end.
13  A  I'm happy to do it, if you want me to.
14  Q  No, that's okay.  It would take too long.
15  We'd be here for three days, so....
16      All right.  I'm trying to get an idea of what
17  percentage of U.S. license that NAS represented in Q3
18  2000.  I take it you don't remember off the top of
19  your head?
20  A  That would be a fair assumption.
21  Q  Okay.  I'm going to direct your attention to
22  the page with Bates 0010208, the little number down in
23  the bottom.
24  A  00102?
25  Q  10208.

47

1   A  So you want me to go to 208?
2   Q  208.
3       MR. WALD:  Then get a magnifying glass.
4       BY MR. BRITTON:  Q.  Do you have that
5   magnifying glass?  Okay.
6   A  I'm sorry.  I can't read the numbers on this
7   report.
8   Q  These are the way they were produced to us.
9   Were they printed out in this size?
10  A  This looks to be about the right size, yes.
11  Q  Were they this hard to read in their original
12  form?
13  A  It must be due to the Xeroxing.
14  Q  Let me give you a magnifying glass and see if
15  that will help you.
16  A  NH.
17      MR. WALD:  Yeah, exactly.
18      THE WITNESS:  Yeah, some of the numbers look
19  melted together, so it's hard to distinguish.
20      You know, the other thing that's important to
21  recognize when looking at a report as of a given point
22  in time is that there were account ownership changes
23  between organizations, territories.
24      So sometimes the information or sometimes the
25  results may not be apples to apples because your

48

1   territory in one year could have grown or could have
2   gotten smaller than in the prior year.
3       You follow me?
4       BY MR. BRITTON:  Q.  Because of allocation
5   reasons?
6   A  No.  So, for example --
7   Q  Let's take NAS for example.
8   A  NAS.  NAS may have all accounts for
9   corporations that are, you know, $500 million in
10  revenue to $2 million in revenue.  That could be the
11  territory definition in one year.
12      The next year it could be, well, that same
13  territory definition, except -- unless it's a federal
14  government, a state and local government, et cetera,
15  et cetera.
16      So there were often, to be real blunt, turf
17  wars/territory wars over which territory would Jay own
18  versus George own, et cetera, et cetera.
19      So when looking at numbers year over year for
20  an organization, in total for the U.S. it would be
21  apples to apples, but it may not be as apples to
22  apples at an organizational level.
23      Do you understand that?
24  Q  I understand, yes.
25      Did you have any type of report or anything

49

1  that told you if there were any territorial changes
2  when comparing year-over-year figures?
3      A  Do I have a report?  No, I don't have a
4  report.
5      Q  Did you generate a report or did anybody
6  generate a report?
7      A  They would try to estimate the impact.
8      Q  Do you know if the NAS territory changed from
9  Q3 2000 to Q3 2001?
10     A  I don't know, but it's quite possible that it
11  did.
12     Q  Okay.
13     A  I don't recall is what I should say, but it's
14  quite possible that it did.
15     Q  Okay.  If you look to --
16     A  These guys were always fighting.
17     Q  Okay.  If you look to 208 with the magnifying
18  glass --
19     A  Uh-huh.
20     Q  -- is it fair to say that NAS, which is
21  Roberts' division, was the largest revenue generator
22  for the Americas?
23     A  He had, appeared to be, something like 230,
24  maybe.
25     Q  I'm talking -- withdrawn -- for Q3 2001, the

50

1  actuals prior year.
2      A  The actuals prior year?
3      Q  Yeah.  Is that column --
4      A  Yes.  It appears he's got -- I want to say
5  that's 300.  I can't really decipher it.
6      Q  It looks like 3.8 million to me, but they
7  blend in together.
8      A  Larger then Nussbaum, which is one-something
9  and definitely much smaller than Sanderson's, which is
10  43 million.
11     MR. WALD:  Sort of like an eye doctor test.
12     How far down the chart can you read?
13     BY MR. BRITTON:  Yes.
14     Q  The binders that you either had or have in
15  your possession, were they easier to read than this?
16     A  I'm certain that the reason why it's
17  difficult to read this is because it's a Xerox copy.
18     Q  So the originals -- do you guys still have
19  possession of the original upside reports in Q3 2000?
20     A  I personally do not have the originals.  They
21  would certainly be in files somewhere.
22     Q  Are these financial reference books, are they
23  kept in electronic form?
24     A  No.
25     Q  So the best we can get out of this is

51

1  George Roberts' division for Q3 2000 was the largest
2  of the U.S. license divisions; is that right?
3      A  As of Q3 2000 -- as of Q3 2000 on a
4  year-to-date basis.
5      Q  Okay.  And is it fair to say it looks like to
6  be a little more than half of the revenue for the
7  U.S. license divisions?
8      A  No.
9      MR. WALD:  I'm sorry.  Which year are you
10  talking now?
11     MR. BRITTON:  In Q3 2000.
12     THE WITNESS:  If what I'm reading here for
13  Nussbaum looks to be 188, and Sanderson looks to be
14  43, that would be over 200.
15     BY MR. BRITTON:  Right.
16     Q  So you got over 200 for the other two
17  divisions?
18     A  300.  So 200 divided by 300 is not quite 50.
19     MR. WALD:  Are you including the
20  Latin America Sanderson in that?
21     THE WITNESS:  No, I'm not.
22     MR. WALD:  Okay.
23     BY MR. BRITTON:  Q.  When you refer to "U.S.
24  license divisions," does that have a meaning within
25  Oracle?  Withdrawn.

52

1      Did U.S. license have a meaning within Oracle
2  during the 2000, 2001 time period?
3      A  U.S. is a country, and when we report
4  revenues on a geographic basis, we would, I believe,
5  at that time report domestic versus international.
6      Q  Okay.  And that would not have included
7  Latin America?
8      A  No.
9      Q  Just to be clear.
10     A  Although I do believe that Larry feels that
11  Canada is part of the United States, but we didn't win
12  that war, so...
13     Q  All right.
14     And in Q3 of 2000, can you tell how much NAS
15  represented of total license revenues?
16     A  Do you have a calculator?
17     So if we operate on the presumption that the
18  number here for Roberts is 30 -- what did you think it
19  was?  308?
20     Q  I think it's 308,833.
21     A  Okay.  I'm going to go 308 divided by what
22  appears to be 10, what do you think, 118 or 1,048.
23     Q  I think it's 1,048.
24     A  1,048?
25     Q  Yes.

53

1   A  That would be 29 percent.

2   Q  Okay.  So given -- given the estimate of what

3   these numbers actually say, we can come to the

4   conclusion that NAS represented about 30 percent of

5   Oracle's total license revenues; is that fair?

6   A  On a quarter-to-date basis through Q3, on a

7   year-to-date basis through -- actually, this is on a

8   quarter to date.

9   Q  Correct.

10   A  On a quarter-to-date basis for Q3 of 2000.

11   Q  Okay.  Can we do the same calculation for

12   U.S. license, just so we get the number right?

13   A  No.

14   Q  No?

15   A  No.

16   Q  Why not?

17   A  Because included in Nussbaum and Roberts'

18   numbers are revenues related to Canada.

19   Q  Okay.  So if you include U.S. license as well

20   as Canada, let's do the calculation to see what

21   percentage NAS represented of that territory.

22   A  So we're looking for North America?

23   Q  North -- yes, North America license.

24   A  Okay.  So if you look at this report, I'm

25   going to assume that it's roughly 188 for Nussbaum,

54

1   unless you have a better read on your --

2   Q  No, I think we're looking at the same thing.

3   So 188.

4   A  All right.  So 188.

5   MR. WALD:  I'm sorry.  Just so the record is

6   clear, what year is that?

7   THE WITNESS:  This is Q3 of 2000.

8   MR. WALD:  Thank you.

9   THE WITNESS:  So 188, and then is it roughly

10   what, 40 -- is that 83 --

11   MR. BRITTON:  Yeah.

12   THE WITNESS:  -- or 63?  May be 63 for

13   Sanderson.

14   MR. WALD:  You got the magnifying glass,

15   so....

16   MR. BRITTON:  Yeah, you're going to have a

17   better estimate than we have.

18   MS. KYROUZ:  You can't mark the document.

19   THE WITNESS:  Ooh.

20   MR. WALD:  That's okay.

21   THE WITNESS:  Do you have a piece of paper?

22   MR. WALD:  Sure.  You bet.

23   THE WITNESS:  I'm having a hard time reading

24   this.  Do you think it's 83?

25   MR. BRITTON:  Yeah, I thought it was 83.

55

1   THE WITNESS:  Okay.

2   MR. WALD:  I wonder if there is a way to

3   deduce what that is from any of the other columns,

4   like variance from prior year or something.

5   MR. BRITTON:  Variance from actual.

6   MR. WALD:  Or just....

7   THE WITNESS:  So assuming that the numbers

8   for Nussbaum are 188, and numbers for Roberts are 309,

9   and the number for Sanderson is 83, then the total

10   revenues for North America, which would include

11   Canada, would be 580 million of which Roberts

12   represents 53 percent of those numbers.

13   MR. WALD:  Again, for the record, that is

14   year-to-date through Q3 of 2000 or just quarterly.

15   THE WITNESS:  No, that is not.  That would be

16   quarter to date only.

17   MR. WALD:  For 2000.

18   THE WITNESS:  For 2000, correct.

19   BY MR. BRITTON:  Q.  So let me get the --

20   just so we have a clear record, so from this report,

21   and again taking the numbers as we're estimating them

22   to be, NAS -- withdrawn.

23   For Q3 2000, NAS represented 53 percent of

24   North America license revenue; is that correct?

25   A  North America, uh-huh.

56

1   Q  You got to answer yes.

2   A  Yes.  Sorry.

3   Q  And then for Q3 2000, North American -- the

4   North American Sales Division represented 29 percent

5   of total license revenue; is that correct?

6   A  Okay.  So if we're presuming that this number

7   is 1,048 --

8   Q  Yeah, I think you already did the

9   calculation.  I think we came up with 29 percent.

10   A  29.48 percent.

11   Q  So for Q3 2000, North American sales license

12   revenue represented 29 percent of total license

13   revenue for the company; is that correct?

14   A  Correct.

15   Q  Okay.  If we can put that -- leave that

16   document where it is, but I'm going to go back to

17   Exhibit 27.  I need you to look at your affidavit

18   again.

19   A  I'm sorry.  Exhibit 27, page?

20   Q  Paragraph nine, page three.

21   Paragraph nine says "During FY01 Oracle's

22   license sales force in North America was structured

23   into three separate divisions:  North America Sales

24   ('NAS'), Oracle Service Industries ('OSI') and

25   Oracle Product Industries, ('OPI')."

**57**

1     Next sentence reads, "In 3Q01, NAS sold to
2 all of Oracle's North American customers not included
3 in OPI or OSI territories, including most of
4 Oracle's dot.com customers in the United States."
5     Are those true statements, the two sentences
6 I read?
7     A  Yes.
8     Q  Okay.  The second sentence the -- about the
9 "NAS included most of Oracle's dot.com customers in
10 the United States," is that a true statement in fiscal
11 year 2000?
12     A  I do not recall what the territories were in
13 fiscal 2000.
14     Q  Okay.
15     A  But I can tell you that, generally speaking,
16 George had the middle market.  So if they were small
17 companies, then they would be in the middle market
18 which George would have.
19     Q  Okay.  This will be Minton Exhibit 28.
20     (Document marked Exhibit No. 28
21     for identification.)
22     THE WITNESS:  Thank you.
23     BY MR. BRITTON:  Q.  I've placed in front of
24 you what's been marked as Minton Exhibit 28.  Will you
25 take a moment to look at this exhibit.

**58**

1     For the record, Minton Exhibit 28 starts with
2 NDCA-ORCL 100911 and ends at 912.
3     Have you had a chance to review --
4     A  Yes.
5     Q  -- Exhibit 28?
6     Do you recognize Exhibit 28?
7     A  Yes, I vaguely recall it.
8     Q  And what do you recall it to be?
9     A  It's an analysis of the impact of the dot.com
10 revenues on the Q3 financial results for fiscal '01
11 and the projected impact on the Q4 fiscal '01
12 forecast.
13     Q  Okay.  A couple of foundational questions.
14     This is an e-mail from you to Larry Ellison,
15 Safra Catz, Jeff Henley, Stephanie Aas, and Jennifer,
16 and to yourself --
17     A  Uh-huh.
18     Q  -- is that correct?
19     And you sent this on March 14, 2001?
20     A  That would be correct.
21     Q  Okay.  Is this a true and correct copy of the
22 original?
23     A  I presume that it is.
24     Q  Okay.  And did you prepare this e-mail in the
25 regular course of your business?

**59**

1     A  No, I did not.
2     Q  You did not.
3     Why not?  What I mean by "regular," it was
4 part of your job responsibilities to prepare an
5 analysis like this?
6     A  This analysis was done to better understand
7 why, believe it or not, meeting our revenue
8 expectations in the third quarter of fiscal year 2001.
9     Q  Okay.  So what you're saying is that, what,
10 you didn't regularly prepare this type of analysis; is
11 that correct?
12     A  I did not prepare this analysis --
13     Q  Okay.
14     A  -- nor did I regularly prepare this type of
15 analysis.
16     Q  Okay.  Who prepared this analysis for you?
17     A  David Winton would have prepared this
18 analysis.
19     Q  Okay.  And was it part of his job
20 responsibilities to prepare an analysis like this?
21     A  David Winton prepared this analysis upon a
22 request.  I do not believe that he necessarily -- I
23 don't know whether or not he regularly prepared this
24 analysis.
25     Q  Okay.  Did he prepare this analysis after the

**60**

1 close of Q3 2001?
2     A  That would be the implication.  Because as
3 you can see from the title where it says "Roberts
4 USA," it says "Q3 FY01" whereas below it says "Q4 01
5 Fcst," plus we would have had our financial results
6 determined by March 14th for Q3, so yes.
7     Q  Okay.  Now, this -- this analysis is
8 comparing year-over-year figures; is that right?
9     A  That is correct.
10     Q  Okay.  And the top is comparing Q3 2000 to Q3
11 2001; is that correct?
12     A  That is correct for the third quarter of both
13 fiscal years.
14     Q  Okay.  And the next box down is comparing
15 year-to-date numbers --
16     A  That is correct.
17     Q  -- year over year?
18     And just so we're clear, Q3 year-to-date 2000
19 means every day up through the end of Q thousand --
20 withdrawn -- every day up through the end of Q3 2000;
21 is that right?
22     A  Yes.  It represents the first three quarters
23 of fiscal 2000.
24     Q  Okay.  Next box down, this is a comparison of
25 fourth quarter 2000 actuals to the fourth quarter 2001

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

---

**61**

1    forecast; is that right?

2        A   The forecast for 2001, correct.

3        Q   And then the next box down is comparing Q4

4    2000 actuals year-to-date to the year-to-date forecast

5    for Q4 '01?

6        A   That is correct.

7        Q   All right.

8            So am I right that -- withdrawn.

9            This is -- is this an analysis of the

10   technology part of George Roberts' division?

11       A   This is an analysis of the dot.com business,

12   and the brick and mortar.  Whether or not there are

13   any applications/revenues incorporated in these

14   numbers, I am not certain.

15       Q   Okay.  Do you know what brick and mortar

16   means, or did you know what it meant in Q3 2000?

17       A   I would view that as all other businesses

18   that are in the mid market that are not attributed to

19   a dot.com business.

20       Q   So is it fair to say that in the third

21   quarter of 2000, George Roberts' dot.com business

22   represented roughly 40 percent of the total?

23       A   In the third quarter of what?

24       Q   2000.

25       A   The 111,000?  Is that what you're referring

---

**62**

1    to?

2        Q   Yes.

3        A   Yes, that would represent roughly one-third.

4        Q   Okay.

5            MR. WALD:  I'm sorry.

6            THE WITNESS:  Of his -- of his license

7    revenues in Q3 2000.

8            MR. BRITTON:  Okay.

9            MR. WALD:  Just so we're -- just so the

10   record is clear, the 111 is being compared to what?

11           BY MR. BRITTON:  Q.  What are you comparing

12   the 111 to?

13       A   I am comparing the 111 to the 309, which is

14   the number that we believe is appearing on this

15   management summary report for Q3 2000 for

16   George Roberts.

17           MR. WALD:  And just so I understand, the 309,

18   how does that compare to the 282 that's on Exhibit 28?

19           THE WITNESS:  This represents Roberts' USA

20   revenues only.  George also had responsibility for

21   Canada, so the differential would imply -- it's

22   implied to the Canadian revenues.

23           BY MR. BRITTON:  Q.  Could the differential

24   be the difference between database products versus

25   applications products?

---

**63**

1        A   I believe that the difference, because this

2    is USA only, represents the difference in U.S. versus

3    Canadian revenues.

4        Q   Okay.  So George Roberts' dot.com business

5    represented roughly one-third of NAS's total license

6    revenues in the third quarter of 2000; is that right?

7        A   That would be correct.

8        Q   Okay.  And if we compare the numbers that are

9    on this page, it would be the U.S. license

10   revenues, the dot.com business represented roughly

11   40 percent of the whole; is that right?

12       A   You're asking me what 111 divided by 282 is?

13           That would be 39 percent.  I can't write on

14   that.

15       Q   And then I'd like to see if we can figure out

16   what the dot.com business in the third quarter of 2000

17   represented of Oracle's total license revenues in the

18   third quarter of 2000.

19           If you turn to Financial Report 60, same

20   page, I believe that gives you the total license

21   revenues on Bates 208.  Maybe you should grab the

22   report just so the record is clear?

23       A   Right here, 208, yeah.

24       Q   208.  So the column that says "Actuals Prior

25   Year," all the way down --

---

**64**

1        A   Yes.

2        Q   -- says "Total"?

3        A   Yes.

4        Q   What does that number represent?

5        A   Total license revenues --

6        Q   Okay.

7        A   -- for the sales organizations.

8        Q   For the sales organizations; right.

9            So if we compare the number that is on Minton

10   Exhibit 28 with the total license revenues for the

11   sales organization, we can figure out the percentage

12   that the dot.com business represented of the whole; is

13   that right?

14       A   Yes.

15       Q   And what's that percentage?

16       A   I divided the 111,000 by the 1 million 48,

17   and that's 10.59 percent.

18           MR. WALD:  For 2000?

19           THE WITNESS:  For Q3 2000.

20           BY MR. BRITTON:  Q.  So the record is clear,

21   for Q3 2000, George Roberts' dot.com business in the

22   U.S. represented 10.59 percent of total license

23   revenues in Q3 2000 for the sales organizations; is

24   that correct?

25       A   Uh-huh.

---

65

1    Q  You have to answer yes.

2    A  Yes.  Sorry.

3    Q  We figured out the percentage what it

4  represented, the total North American -- you already

5  did that.  Withdrawn.

6      Okay.  You can put those documents aside.

7  Now, in the top column in the "Quarter" column --

8    A  Are we still looking at Exhibit 28?

9    Q  Yeah, we're still looking --

10    A  I thought we were putting them aside.  Sorry.

11    Q  We were, and I changed course.

12      MR. WALD:  He's tricky that way.

13      BY MR. BRITTON:  Uh-huh.

14    Q  Third quarter of 2001, the numbers in the

15  upper box on the left column, those represent the

16  actuals for the dot.com business for Q3 '01, brick and

17  mortar for Q3 '01, and then for George Roberts U.S.A.

18  division for Q3 '01; is that right?

19    A  That would be correct.

20    Q  Okay.  So can we do the same comparisons for

21  Q3 '01 that we did for Q3 2000?

22      So let's start with what percentage did the

23  dot.com business represent of George Roberts'

24  North American Sales?

25    A  So you would like for me to, once again,

66

1  calculate these numbers?

2    Q  Yes.

3    A  So I'm not sure your copy is any better than

4  mine.

5    Q  It is not.

6    A  But Q3 of '01, revenues for Jay Nussbaum

7  appears to be 154.

8      THE VIDEOGRAPHER:  Twenty minutes left on

9  tape, Counsel.

10      THE WITNESS:  George Roberts' appears to be

11  230.

12      BY MR. BRITTON:  Q.  Let's give it 239.

13    A  Well, mine looks more like 230.

14    Q  Does it?  Okay.  I was just erring on the

15  side of the higher number.  If yours looks like 230,

16  you have the magnifying glass.

17    A  Would you like to use it?

18    Q  No, no, no.  Go ahead.

19    A  And then 182 for Sandy Sanderson, which gives

20  a total for North America 566, and assuming you're

21  going to get there, the total license revenues appear

22  to be 1108, and the Q3 2001 number for dot.com is

23  37,000, and you wanted to know what that was as what?

24    Q  Take the dot.com business as a percentage of

25  George Roberts' license revenues, NAS license

67

1  revenues.

2      MR. WALD:  For Q3 of '01.

3      THE WITNESS:  So you want me to divide the

4  37.5 by the --

5      BY MR. BRITTON:  Q.  238.

6    A  You think it's the 238?

7      MR. WALD:  Yeah, I think it's a nine.

8      THE WITNESS:  Why don't I change my number

9  and make it a -- see, I can't tell.

10      MR. WALD:  If you go over to the -- yeah.

11      THE WITNESS:  Are you deducing it?

12      MR. WALD:  Yeah.  Your eyesight is probably

13  better than mine, Jennifer.

14      THE WITNESS:  All right.  So if I change that

15  number, the total North America revenues are

16  575 million.  So the dot.com business is Q3 is

17  37.5 divided by the 575 or -- no.  You want it just.

18      BY MR. BRITTON:  Q.  Let's start with NAS.

19    A  You mean North America?

20    Q  North America.

21    A  Okay.  So 37 divided by the 575 would be

22  6.4 percent, so that's the percentage of

23  North America.

24    Q  So -- so just so the record is clear, the

25  dot.com business in the third quarter of 2001

68

1  represented 6.4 percent of the North America license

2  revenues; is that right?

3    A  6.4 percent of North America license which is

4  inclusive of OSI, OPI, and George Roberts.

5    Q  Correct; okay.

6      Now, if we look at George Roberts' division,

7  which is referred to as North American Sales; is that

8  right?

9    A  Right, which is why I'm trying to make sure

10  we're all clear.

11    Q  Right.  Let's do that percentage.

12    A  Okay.  So 37 divided by 239 is 15.48 percent.

13    Q  So the dot.com business represented -- the

14  third quarter of 2000 represented 15.48 percent of

15  George Roberts' license revenues; is that right?

16    A  So in Q3 of 2001, the dot.com was 15 percent,

17  yes.

18    Q  Okay.  And then of the total, Oracle's total

19  license revenue for the sales organizations, what

20  percentage did the dot.com business represent of the

21  whole?

22    A  That would be the 1108?

23    Q  Yes.

24    A  Three percent.

25      MR. WALD:  Just so the record is clear,

69

1    Jennifer, in looking at the 37,500 number --
2        THE WITNESS:  Uh-huh.
3        MR. WALD:  -- does that include Canada?
4        THE WITNESS:  No, it would not, because this
5    appears to state U.S.A only.
6        MR. WALD:  Right.  But the denominator that
7    you've been using from Exhibit FR60, those numbers do
8    include Canada; correct?
9        THE WITNESS:  Correct.
10       MR. WALD:  All right.  So it's not apples to
11   apples?
12       THE WITNESS:  It's North America.  Not George
13   Roberts U.S. only.
14       MR. WALD:  Right.
15       BY MR. BRITTON:  Right.
16   Q.  Then if we wanted to get the George Roberts
17   U.S. only, then we would compare the numbers on
18   Exhibit 28?
19   A.  Uh-huh.
20   Q.  Perfect.
21       MR. WALD:  But if you wanted to get dot.com
22   U.S. plus Canada, George Roberts dot.com U.S. plus
23   Canada, is there any number that you're looking at in
24   any of these documents that gives you that number?
25       THE WITNESS:  No.  I am assuming that the 213

70

1    is a subset of the 239.
2        MR. WALD:  Right.  I'm just saying the
3    dot.com 375, that's George Roberts U.S. only dot.com
4    sales.  So if there were dot.com sales in Canada, it
5    wouldn't be picked up by that number?
6        THE WITNESS:  That is correct.
7        MR. WALD:  Okay.
8        MR. BRITTON:  And, Peter, I -- I know you're
9    helping, so -- but there's a fine line between
10   objection and --
11       MR. WALD:  Do you really think that on that
12   last question?
13       MR. BRITTON:  It's my examination.
14       MR. WALD:  No, I understand that, but you
15   want the record to be -- the facts are the facts.  I
16   mean, there is no reason for us not to know what they
17   are.
18       MR. BRITTON:  Of course.  Of course, but I'd
19   like to direct the deposition as I'd like to direct
20   it.
21       Okay.  We could put that document aside.
22       THE WITNESS:  So because I got notes
23   scribbled all around here, am I going to need to refer
24   to these percentages again?
25       BY MR. BRITTON:  Q.  No, no, we're done.

71

1    A    Because otherwise I'd like to get them in
2    order.
3    Q.  No, I don't -- unless we -- well, why don't
4    we mark that as an exhibit.
5    A    Well --
6    Q.  Maybe not.  Let's not.  Let's not; okay.
7        In Q -- let's see.  Withdrawn.
8        In fiscal year 2000, do you remember roughly
9    how much revenue it would take Oracle to generate
10   $0.01 earnings per share?
11   A    I don't recall.
12   Q.  Okay.  Do you recall in fiscal year 2000 how
13   much revenue it would take Oracle to generate $0.01
14   earnings per share?
15   A    I don't recall.
16   Q.  Okay.  Can you tell me for fiscal year --
17   A    You do understand that revenue would then
18   have to be deducted by incremental sales-related
19   expenses, and then there would be an income tax rate
20   also applied to that to get to the incremental net
21   income effect?
22   Q.  Correct.  Right.
23   A    Okay.
24   Q.  And did -- did anybody within Oracle in
25   fiscal year 2000 or 2001 ever talk in those terms, we

72

1    need so much revenue for $0.01 earnings per share?
2    A    I would say that we would say how much
3    operating income we would need.
4    Q.  And do you --
5    A    So, for example, if we have $100 of revenue
6    that, you know, I would assume may be a 15 percent
7    commission, then I would assume whatever the effective
8    tax rate was to get to a number, and then you would
9    divide that by the weighted average shares to get to
10   any PS number, but I do not recall what that
11   incremental number is today.
12   Q.  Okay.  Do you remember in fiscal year 2000
13   how much revenue -- withdrawn -- what the -- the
14   quarter allocations of revenue were for the whole
15   year?
16   A    No, I do not recall.
17   Q.  Roughly how much came in Q1, Q2 through Q4?
18   A    I do not recall.
19   Q.  Okay.  Same for fiscal year 2001?
20   A    I do not recall.
21   Q.  Okay.  Was Q1 the smallest revenue generator
22   in those two fiscal years?
23   A    Generally speaking, Q1 is the smallest
24   quarter, and Q4 is the largest quarter.
25   Q.  Okay.  And how about Q2 and Q3?

73

1    A  Q2 and Q3, I would say, can be equivalent.
2  Size is not as much a distinction as you would say
3  between Q3 and Q4 or Q1 and Q2.
4    Q  Okay.
5    THE VIDEOGRAPHER: Ten minutes of tape,
6  Counsel.
7    MR. BRITTON: How much?
8    THE VIDEOGRAPHER: Ten.
9    MR. BRITTON: Ten; okay.
10    Q  Did you ever do a study on how much revenue
11  each month generated throughout the year?
12    A  I recall from a prior deposition being asked
13  a similar question and not being able to remember when
14  the question was asked and then being shown,
15  subsequent to that question, a report that was
16  prepared on a routine basis that itemized the monthly
17  revenue as a percent of the total revenues for the
18  quarter.
19    Q  Okay.  And do you know who did that analysis?
20    A  It would have been somebody on my staff.
21    Q  Okay.
22    A  I don't know precisely.
23    Q  And did you direct your staff to do that type
24  of analysis?
25    A  This particular analysis that I'm referring

74

1  to was generated many years prior to the years in
2  question at the direction of Jeff Henley, but I would
3  say that that analysis became, if you will, stale in
4  that when it was prepared I never really ever looked
5  at it.
6    Q  Okay.  All right.  Let's mark this one next
7  in order so it will be Minton 29.
8    (Document marked Exhibit No. 29
9    for identification.)
10    THE WITNESS: Are we done with these?
11    BY MR. BRITTON: Q.  Looks like our --
12  yeah -- looks like our....
13    All right.  I've placed in front of you
14  what's been marked as Minton Exhibit 29 and --
15    A  This entire?
16    Q  This entire thing is Minton Exhibit 29.  This
17  is Volumes I and II in the deposition that you gave in
18  the derivative case.
19    Now, you mentioned earlier that you reviewed
20  the deposition transcript.  Is this a copy of what you
21  reviewed?
22    A  Not all of this, no.
23    Q  Well, this includes the exhibits.  Can you
24  flip through this and tell me if this looks like the
25  deposition testimony that you gave in the derivative

75

1  case?
2    A  Actually, if this is the deposition, I did
3  review the first day of my deposition.  Did not
4  complete reviewing the second full day of my
5  deposition, but it was in a different format.  It
6  wasn't this voluminous.
7    Q  Right.
8    A  It was --
9    MR. WALD: The mini scripts with four pages.
10    THE WITNESS: Yeah, yeah.  There you go.
11    BY MR. BRITTON: Q.  Okay.  It was much
12  smaller, but does this look like the derivative -- the
13  testimony that you gave in the derivative case?  If
14  you just flip through it and let me know if it looks
15  right.
16    A  I presume that it is correct, yes.
17    Q  Okay.  Now, if you take -- turn to page --
18  all right.  So if you turn to page 49, and on page 49
19  starting at line four -- you're not there yet --
20  okay -- starting at line four, it says,
21  "Mr. De Ghetaldi."  He was the questionnaire.  Do you
22  remember that?
23    A  I don't remember his name.
24    Q  Okay.  It says "Okay.  And my question was
25  did you then take the next step and look at historical

76

1  month one contributions per quarter to see whether
2  those numbers tend to be the same or tend to be
3  different year over year?"
4    And your answer was "I don't recall that I
5  myself have performed that analysis, but it may have
6  been an analysis that was performed.  So, for example,
7  it would not be unreasonable, if I may speculate, to
8  presume that we would look at what month one's results
9  were as a percentage of the total quarter for the
10  prior fiscal year and compare that to what the current
11  month's revenues were as a percentage of the current
12  quarter's forecast, if that's what your question is."
13    Do you remember giving that testimony?
14    A  Yes, I do.
15    Q  Okay.  Is that an accurate statement as to
16  what you testified to?
17    A  Yes, it is.
18    Q  Okay.  And is it a true statement today?
19    A  Yes, it is.
20    Q  Okay.  The -- if you turn to page 51, start
21  at line 21, Mr. De Ghetaldi asked you "Did you ever
22  look at monthly contributions to the quarters revenue
23  over a period of time, a historical period of time
24  greater than one or two years, to determine whether
25  there was a pattern of similar contributions to the

77

1  total quarter's revenue made by the same month in
2  prior years?"
3        And there's an objection.  Your answer is,
4  "In the pipe, sorry, in the Flash reports that we
5  would issue in month one and month two, I'm referring
6  to the e-mail versions because I did not study any
7  hard copy versions, we would -- it would not be -- let
8  me see how I should phrase this -- it would not be
9  unreasonable to presume that we would look at month
10  one results as a percentage of the total forecast and
11  compare that to month one's results as a percentage of
12  the prior years actual quarterly results for that
13  given period."
14        Do you remember giving that testimony?
15     A  Yes, I do.
16     Q  Okay.  And is that an accurate statement of
17  that testimony?
18     A  Yes, it is.
19     Q  And is this testimony true today?
20     A  I'm sorry?
21     Q  Is the testimony true today?
22     A  Yes, it is.
23     Q  Okay.  His next question is, "I know that
24  what you've said before, and my follow-up question
25  that I've been trying to ask is whether you took a

78

1  deeper historical look past the one or two years that
2  were shown in the monthly e-mail Flash reports?"
3        You answer, "In fiscal 2001?"
4        Questioner, "Yes."  "Not that I recall."
5        Question, "Okay.  At any time did you do
6  that?"
7        Answer, "Are you speaking of -- speaking to
8  current day?"
9        "Yes."
10        "So as an example last quarter?"
11        "Yeah."
12        Answer, the next page, "We're talking month
13  one.  Sorry.  I'm confusing quarters versus months.  I
14  do not recall doing a historical analysis of month one
15  and month two as a percentage of the total quarter."
16        Do you remember giving that testimony?
17     A  Yes.
18     Q  And is this an accurate statement of that
19  testimony?
20     A  Yes.
21     Q  And is this true today?
22     A  Can I reread it?  Where are you reading from?
23     Q  Go from page 51, line 20, to page 53, line
24  four.
25        MR. WALD:  And just for the record, Doug, I'm

79

1  sure you know that the witness goes on to clarify that
2  statement later on, so she could also take a look at
3  the succeeding testimony as well.
4        MR. BRITTON:  Sure.  Let's go off the record.
5  We got to change the tape.
6        THE VIDEOGRAPHER:  This marks the end of tape
7  one, Volume I, in the deposition of Jennifer Minton.
8        At 11:03, going off the record.
9        (Short break taken.)
10        THE VIDEOGRAPHER:  On record at 11:11.  This
11  marks the beginning of tape two, Volume I, in the
12  deposition of Jennifer Minton.
13        BY MR. BRITTON:  Q.  Okay.  Ms. Minton,
14  before we broke, I was reading parts of the transcript
15  from the derivative testimony that you gave in that
16  case.
17        Have you had a chance to read from page 49
18  through page 54?
19     A  Yes, but I do not recall what page you
20  referred to, and I'd like to go back to that.
21        MR. WALD:  Page 51, line 20, to page 53, line
22  four.  Doug, is that --
23        BY MR. BRITTON:  Yes.  It's actually line 21.
24  That's right, so let's start over.
25     Q  Have you had a chance to read --

80

1     A  May I read that first?
2     Q  What's that?
3     A  May I read that first, the line that I was --
4     Q  Yes.
5     A  I'm ready.
6     Q  Have you had a chance to read the -- why
7  don't you tell me what pages you have had an
8  opportunity to read since we broke?
9     A  Well, since we broke, I just read line 21 on
10  page 51 through line one on page 52.
11     Q  Line one on page 52?
12     A  Is that right?  Sorry.  There's a lot of
13  noise in between here; okay.
14     Q  Okay.  What pages have you had an opportunity
15  to review?
16     A  49, starting with line four, through, let's
17  say, line 12 on 52.
18     Q  Okay.  Is that -- do you remember giving that
19  testimony --
20     A  Uh-huh.
21     Q  -- in the derivative case?
22        Is that an accurate testimony of the
23  testimony you gave?
24     A  Yes, it is.
25     Q  And is it true today?

81

1    A  Yes, it is.
2    Q  Okay.  If you will read from the start of
3  page 52, line 13, and read through page 55, line one.
4    A  55, line one?
5    Q  Line one.
6    A  Okay.  So when I mentioned earlier that we
7  had, many years prior to the time in question,
8  prepared a historical analysis, that's what he was
9  referring to.
10    Q  Okay.
11    A  And again, that was a regularly prepared
12  analysis that I did not refer to frequently.
13    Q  Let me -- let me ask you questions.
14       You remember giving testimony on page 52,
15  line 13, and page 55, line one?
16    A  Yes.
17    Q  And is this an accurate reflection of that
18  testimony?
19    A  Yes.
20    Q  And is it true today?
21    A  The testimony that I gave?
22    Q  Uh-huh.
23    A  Yes.
24    Q  How far prior to Q3 2001 did you perform this
25  analysis of monthly contributions to the whole?

82

1    A  Can you repeat that?
2    Q  Yeah.  How far -- how far back prior to Q3
3  2001 did you perform this analysis of the monthly
4  contributions of revenue to the year as a whole?
5       MR. WALD:  I will object to the question,
6  because I think it misstates the witness's testimony
7  both in the deposition and -- both in the deposition
8  that you're reading from and today.
9       BY MR. BRITTON:  Q.  Okay.  So why don't you
10  explain to me how is that not right?
11    A  That's not what I said.  Do you want to
12  repeat your question?
13    Q  Yeah.
14       How far -- let me start with how far back
15  does this analysis that you were referencing in your
16  testimony?
17    A  Which analysis?  You mean the one that I said
18  was stale?
19    Q  Yes.
20    A  I do not know how far back.  Many, many years
21  though.
22    Q  Okay.
23    A  That's why it was so stale.
24    Q  Okay.  And the analysis that you're talking
25  about, was that analysis of the monthly revenue

83

1  contributions to the year as a whole?
2    A  I do not recall precisely the way that the
3  report looks like at the moment, but we were looking
4  at the monthly contribution to a quarter, and I
5  believe that it also looked at the quarter
6  contribution to the year as a whole.
7       Today, when we prepare for our analyst
8  guidance, we are only looking at quarterly
9  contribution, which is why it's much more familiar to
10  me.
11    Q  All right.
12       If you go back to your affidavit, which is
13  Exhibit 27, I want to go through your -- the different
14  positions that you occupied pretty quickly.
15       If you look at paragraphs one and two --
16    A  Yes.
17    Q  -- okay.
18       Do these paragraphs accurately reflect the
19  various job titles that you held at Oracle?
20    A  Yes.
21    Q  So you joined Oracle in May 1989 as an
22  accounting manager?
23    A  I did.
24    Q  Okay.  And then some time after that you were
25  promoted to assistant corporate controller?

84

1    A  That is correct.
2    Q  Do you remember when?  This doesn't say.  It
3  says "subsequent."
4    A  I've been with Oracle 17 years.  I don't
5  remember specific dates of when I was promoted to
6  various positions.
7    Q  Okay.  Then in November 1998 you were
8  promoted to vice president and corporate controller?
9    A  That is correct.
10    Q  And at the same time chief accounting
11  officer?
12    A  If it's not stated in here, I could not
13  testify that that is correct.
14    Q  Look at paragraph one.
15    A  Since October 2001, I became the chief
16  accounting officer.
17    Q  This says "I am and have been senior vice
18  president, finance and operations, since October 2001,
19  and the chief accounting officer of Oracle since
20  November 1998."
21    A  That's correct.
22    Q  Okay.  So November 1998 you were appointed as
23  chief accounting officer; is that right?
24    A  That is correct.
25    Q  So there was a period of time that you were

85

1 the chief accounting officer but not yet the senior VP
2 of finance and operation; is that right?
3    A  That would be correct.
4    Q  Did you have forecasting responsibilities in
5 your position as chief financing officer?
6    A  Yes, I did.
7    Q  Okay.  If you look at paragraph two, you say
8 "My responsibilities have included corporate financial
9 planning analysis and financial forecasting for
10 approximately ten years," and the date you signed this
11 affidavit some time in 2003; is that right?
12    A  So this was in 2003.  So that would mean
13 since 1993, roughly, I had some form of
14 responsibilities over the financial planning and
15 forecasting function.
16    Q  Okay.  And when did you start participating
17 or making the upside adjustments that we see in the
18 upside reports?
19    A  I would say that that probably started after
20 Graham Smith left the corporation, which I don't
21 recall which year that was.  It was -- let me actually
22 go back and restate that.
23       Graham was responsible for working with
24 Ray Lane over that period of time for determining the
25 forecast adjustments prior to his departure and is

86

1 responsible for corporate financial planning and
2 analysis.  He would provide me with information that
3 would then be included in our forecast reports as
4 well.
5       So we worked very much close together.  But
6 at that point in time, when he was still with the
7 company, he provided me with additional financial
8 forecasting data.
9    Q  Okay.
10    A  I was not responsible for coming up with the
11 numbers.
12    Q  Okay.  And you don't recall when you were
13 responsible for coming up with the numbers?
14    A  I don't recall exactly, no.
15    Q  Okay.  Now, in your derivative testimony, you
16 estimated the time two years prior to Q3 2001 is when
17 you started doing the upside adjustments.
18       Do you remember giving that testimony?
19    A  I don't recall.
20    Q  Okay.  If you can turn -- it's on page 107.
21    MR. WALD:  I'm sorry, Doug, are you on
22 Volume I?
23    MR. BRITTON:  Yeah, page 107, line 15 through
24 21.
25    MR. WALD:  I'm sorry.  Volume I?

87

1    MR. BRITTON:  It is Volume I, yes.  Numbers
2 are consecutively -- pages are consecutively numbered
3 through the volumes.  You having a hard time?
4    MR. WALD:  My 107 of Volume I -- maybe I'm in
5 the wrong -- no.
6    MS. KYROUZ:  It is --
7    MR. WALD:  Yeah, at line 15.  It just doesn't
8 look like it's about the question when the witness
9 began --
10    THE WITNESS:  It says, "All right."
11    MR. BRITTON:  It says "All right."
12    MR. WALD:  Okay.
13    MR. BRITTON:  I'll read the question.
14    "All right.  You said that your upside
15 reporting is more predictive of the actual quarter
16 results than summation in the field forecast.  Is that
17 true of those two years prior to the third quarter of
18 fiscal year 2001?
19    "Approximately the eight quarters prior to
20 that."
21    I see what you're saying.
22    MR. WALD:  Yeah, that -- that testimony
23 doesn't map on to your question.
24    BY MR. BRITTON:  Right.
25    Q  Okay.  Now, why don't I have you read page

88

1 106 and 107 from -- page 106, line eight, to page 107,
2 line 21.
3    A  106, line eight?
4    Q  Yes.
5    A  To 107?
6    Q  Line 21.
7    A  21.
8    Q  Have you had a chance to read pages 106 and
9 107?
10    A  I have.
11    Q  Okay.  And does this -- do you recall giving
12 this testimony in the derivative case?
13    A  Yes, I do.
14    Q  And is it an accurate reflection of your
15 testimony?
16    A  Yes, it is.
17    Q  And is it true today?
18    A  Yes, it is.
19    Q  Okay.  Now, does this refresh your
20 recollection about your estimate in the derivative
21 testimony about how far back you went in terms of your
22 experience with the upside adjustments?
23    MR. WALD:  Object.  I'm sorry.  Object to the
24 form of the question.
25       Go ahead.

89

1    BY MR. BRITTON:  Q.  Go ahead.  You can
2    answer.
3        A.  My involvement in the forecasting process, as
4    it pertains to -- let me step back.
5        While I was involved in the forecasting
6    process, I did not determine the upside adjustments
7    until approximately two years prior to the third
8    quarter of fiscal 2001.
9        Q.  Okay.  Now, if you look to page 107,
10   lines 12, 13, and 14, you say "Because that's when I
11   became closer to the forecasting process and began to
12   understand more about how it worked."
13       What did you mean by that's when you became
14   closer to the forecasting process?
15       A.  If you recall, I mentioned that there was a
16   gentleman named Graham Smith, who used to be the
17   finance support individual for Ray Lane, who used to
18   be the president and ran the sales organization.
19       He would work directly with Ray, and they
20   would, themselves, come up with their own, if you
21   will, upside adjustments at the time to the forecast
22   that were submitted by the field, because the field
23   had developed quite a historical experience of
24   committing to numbers that were far less than what
25   they would ultimately deliver.

90

1        And when Graham was present, he would share
2    that information with me in connection with my
3    preparation of the corporate-wide forecast.
4        After Graham left, another gentleman took his
5    role for a period of time.  I want to say
6    approximately a year, but probably not quite.  So it
7    wasn't until about 1999, somewhere in that fiscal 2000
8    time period or 1999 -- we have very strange
9    quarters -- so somewhere in the 1999 time period that
10   I began to get much closer to the sales organization
11   themselves and participate on forecast calls and
12   various discussions and work closer with the finance
13   personnel that supported the sales organizations.
14       So that is why I said that I began to learn
15   more about how it worked.
16       Q.  Okay.
17       A.  I became more intimately involved in the
18   process.
19       Q.  How long after you became closer to the
20   forecasting process in approximately fiscal 2000 --
21   how long after that did you start being solely
22   responsible for the upside adjustments?
23       MR. WALD:  Object to the form of the
24   question; misstates prior testimony.
25       THE WITNESS:  Can you please repeat your

91

1    question?
2        BY MR. BRITTON:  Yeah.
3        Q.  How long after you became closer to the
4    forecasting process did you start -- did you take
5    responsibility for the upside adjustment?
6        A.  I don't recall precisely when.  It was
7    roughly within the eight quarters before.
8        Q.  Okay.  Was there a learning period trying to
9    figure out how it worked before you were actually
10   doing the upside adjustment?
11       A.  No.  There was a lot going on with the sales
12   organization, and responsibilities changing, and
13   personnel leaving the company, and as personnel left
14   the company, and as responsibilities changed, I was
15   inserted deeper into the process than I had originally
16   had.
17       Q.  Okay.  Do you remember giving an interview
18   with Oracle's special litigation committee?
19       A.  Yes, I recall meeting with them.
20       Q.  Okay.  You met with them on several different
21   occasions; is that right?
22       A.  I do not recall how many times I met with
23   them.  I believe at least twice.
24       Q.  Okay.  Minton -- what's the next Minton
25   exhibit?

92

1        THE REPORTER:  30.
2        MR. BRITTON:  30.
3        (Document marked Exhibit No. 30
4        for identification.)
5        BY MR. BRITTON:  Q.  Okay.  I've placed in
6    front of you what's been marked as Minton Exhibit 30.
7        Will you take a moment to look at Minton
8    Exhibit 30.  And, for the record, Minton Exhibit 30
9    starts at Bates NDCA-ORCL 299724 and ends at 831.
10       If you just flip through, it's pretty
11   voluminous.  I'll direct your attention to the parts
12   that I'm interested in.
13       A.  Where would you like me to --
14       Q.  First flip through it and see if you've
15   ever -- if you've seen this document before.
16       A.  I've seen this document before.
17       Q.  Yeah.
18       Did you review this document in preparation
19   for your deposition today?
20       A.  I recall looking at it, but not reading it
21   deeply.
22       Q.  Okay.  If you -- if you look at page three of
23   the first volume, which is Bates 299727, there is a
24   heading.  It says "Oracle's Forecasting Process," and
25   then it says "A, Her Experience."

93

1    It says "Minton has been responsible, at
2    least in part, for Oracle's internal forecasting for
3    approximately ten years.  However, Minton said that
4    she was not involved in the 'upside' decision until
5    June of 1999."
6        Is that -- do you recall telling the SLC --
7    A  I don't recall if I gave them that specific
8    date.
9    Q  Does that date look about right?
10   A  Again, I can tell you that Graham Smith left
11   the company, I want to say, some time in 1998.  There
12   was another individual who assumed his
13   responsibilities that left within a year.
14       So June 1999 would be roughly the time
15   period, yes, that I would have gotten involved in
16   making upside decisions.
17   Q  Okay.  In the beginning, when you first
18   starting making upside decisions, did you do that on
19   your own, or did you confer with anybody?
20       MR. WALD:  Object to the form of the
21   question.
22       BY MR. BRITTON:  Q.  You can answer.
23   A  I don't recall when I started conferring with
24   Ivgen Guner, but I would definitely speak with a sales
25   finance personnel.  I'd have the opportunity to hear

94

1    directly from the sales unit leaders.  That would be
2    George Roberts, Sandy Sanderson, Jay Nussbaum in EC
3    meetings.
4    Q  What I'm getting at is the process of coming
5    up with the specific upsides.  Should we add
6    10 million, 20 million, 30 million, whatever the
7    number is.
8        When you first started doing the upside
9    adjustments, did you work with anybody to make the
10   specific upside adjustments?
11   A  Again, I conferred with Ivgen Guner and other
12   sales finance individuals.  I do not recall at what
13   time period that I began working more closely with
14   Ivgen, but I most certainly did confer with
15   individuals either in sales or legal and sales
16   finance.
17   Q  What about Jeff Henley?  In the beginning,
18   was he more involved in the upside decision?
19   A  I don't recall.
20   Q  Okay.  Now, it's your testimony that the
21   upside reports and the potential forecasts was
22   historically more accurate than the field forecast; is
23   that right?
24   A  Once I became involved in the process,
25   absolutely.

95

1    Q  Okay.  Was that for every quarter that you
2    were involved?
3    A  I don't recall.
4    Q  Okay.  Do you recall any quarters that you
5    missed that your estimate was further off than the
6    field estimate?
7    A  I don't recall missing.  I don't recall my
8    forecast missing up until Q3 of fiscal 2001.
9    Q  Do you ever recall your forecast being much
10   higher than the actual results at any time between the
11   time you started in Q3 of 2001?
12   A  What I do recall, generally speaking, is that
13   my predictive forecast was much closer to what the
14   actual forecasts -- what the actual results would be
15   for a quarter.
16   Q  Whether it's higher or lower --
17   A  I don't recall --
18   Q  -- correct?
19   A  -- whether or not I was ever higher or lower.
20   I'm sure I wasn't spot on.  So I'm sure that I was
21   possibly a little over or a little under, but for the
22   most part, pretty much on target.
23   Q  Okay.  Okay.  Five and six, this will be
24   Financial Report 12, and this one will be Financial
25   Report 13.  Excuse me.  The second one will be

96

1    Financial Report Exhibit 54.
2        (Document marked Exhibit No. 12 and 54B
3        for identification.)
4        BY MR. BRITTON:  Q.  Before we get to the
5    reports, was your forecast, the potential forecast in
6    your upside reports, your best estimate at the time of
7    where the quarter would come out?
8    A  Yes.
9    Q  You did the best job you could to figure out
10   where at the end you're going to -- Oracle was going
11   to come up?
12   A  That is correct.
13   Q  Okay.  Now, when you talk about your forecast
14   being more accurate than the field, are you referring
15   just in general, or is there any specific points in
16   time throughout the quarter that your forecast was
17   more accurate than the field's forecast?
18   A  Whenever I had prepared a forecast for the
19   quarter, my forecast for a quarter, irrespective of
20   the date within the quarter that I prepared them,
21   prior to Q3 of fiscal 2001 was much closer to our
22   actual results for the quarter than what was submitted
23   by the field -- the field sales organizations.
24   Q  Okay.  Take a look at Financial Report 12 and
25   Financial Report 54 for me.

97

1      MR. WALD:  54?
2      MR. BRITTON:  Yeah.
3      MR. WALD:  54.  Doug, which is which?
4      MR. BRITTON:  Financial Report 12 is the Q1
5   '01 upside report.
6      MR. WALD:  Okay.
7      MR. BRITTON:  And it has Bates ORCL 0001374
8   through 1385.
9      MR. WALD:  Thank you.
10     MR. BRITTON:  And then Financial Report 54
11  starts at Bates ORCL 0009424 and ends at 9548.
12     MR. WALD:  Doug, I'm --
13     THE WITNESS:  Is this the same report?
14     MR. BRITTON:  This looks like we have a copy
15  error here.  Exhibit or Financial Report 54 does start
16  at 9424 and ends at 9548, but I haven't included all
17  of the pages in this exhibit.  When we get to the
18  binders, every page will be in the binder.
19     MS. KYROUZ:  Do you want this as a different
20  designation then?
21     MR. BRITTON:  Well, I think it's fair to say
22  it's a different excerpt.  Why don't we go 54A --
23     MR. WALD:  A, B --
24     MR. BRITTON:  Okay.
25     MR. WALD:  Since it's not a big document,

98

1   Doug, can you read which excerpts it contains in the
2   record.
3      MR. BRITTON:  Yes.  It's 9424, 9425, 9440,
4   9441 through --
5      THE WITNESS:  Bless you.
6      MR. WALD:  Thank you.
7      MR. BRITTON:  -- 9446 and then 9548.
8      MR. WALD:  Thank you.
9      BY MR. BRITTON:  Q.  Okay.  Have you had an
10  opportunity to look at Financial Report 12 and
11  Financial Report 54B?
12     A   Yes.
13     Q   And let's start with financial report
14  Exhibit 12.  Do you recognize this exhibit?
15     A   I recognize the fact that it's an upside
16  report, yes.
17     Q   Okay.  So if you turn to the second page,
18  this has the columns that we were talking about
19  earlier, "Forecast," "Upside" and "Potential."
20     A   That would be correct.
21     Q   And "Total License" is the top line?
22     A   That would be correct.
23     Q   So it looks like the forecast is 676,
24  676 million and some change.  Your upside is
25  220 million, and your potential forecast is

99

1   896 million.
2      A   That is correct.
3      Q   Okay.  Now, if you look at Financial Report
4   54B, and the page with Bates 9441, does this refresh
5   your recollection about whether your forecasts ever
6   exceeded the actual results for the quarter?
7      A   Do you realize that I did not prepare this
8   upside report?
9      Q   You didn't?
10     A   No.
11     Q   Who prepared this one?
12     A   I don't know.
13     Q   When did you leave?
14     A   I was on medical leave.
15     Q   When did you leave?
16     A   I recall my surgery was April 15th, and I
17  didn't get back until some time in Q1 of fiscal 2001.
18     Q   So you got back in July?
19     A   I think that's about right.
20     Q   Okay.  So do you know who prepared the upside
21  report when you left?
22     A   I did not have any involvement during that
23  time period.  I was on medical leave.
24     Q   Okay.  You can put that document -- am I
25  right though?  Am I looking at the right figures, the

100

1   upside potential forecast in 12 was over $100 million
2   higher than the actuals for Q1 '01?
3      A   I'm sorry.  Where are you looking now?
4      Q   Comparing Financial Report 12 --
5      A   Yes.
6      Q   -- 1376, with Financial Report 54, 9441.
7      A   Right.  It looks to be like they added
8   220 million to the upside.
9      Q   Right.
10         So the potential forecast in this report was
11  89 million, and the actual results were seven -- it's
12  very hard to read -- but in the 700-million range,
13  789, I think?
14     A   That appears to be about correct.
15     Q   Okay.
16     MR. WALD:  What is the date, Doug, on FR12,
17  the date FR12 was prepared?
18     MR. BRITTON:  June 19th.
19     THE WITNESS:  It says June 28th on this.
20     MR. BRITTON:  Yeah, if you look back to
21  page 12 of the document, 1385, there is a footer at
22  the bottom right.  It says "6/19 upside."
23     MR. WALD:  Okay.
24     BY MR. BRITTON:  Q.  And you don't know who
25  took over the responsibilities for preparing the

101

1  upside when you were gone?
2  A  There were a number of people that came to my
3  aide while I was gone.  So it could have been
4  Larry Garnick, could have been Lia Burke, it could
5  have been -- I'm not sure that Ivgen Guner was there
6  at the time, so I really cannot testify as to who
7  prepared this.
8  Q  Okay.  Now, you mentioned earlier that the
9  sales force "sandbagged."
10  A  That is correct.
11  Q  Okay.  What's your understanding of the --
12  that term, how it was used at Oracle?
13  A  That they would commit to numbers that were
14  significantly less than what they would actually
15  deliver.
16  Q  Okay.  Was this a source of contention with
17  Mr. Ellison?
18  A  Yes, it was.
19  Q  And you testified earlier you don't remember
20  him ever changing the parameters for the forecasts for
21  the commit numbers; is that right?
22  A  Excuse me?
23  Q  You don't remember Mr. Ellison changing the
24  parameters or the criteria for the forecast number for
25  the field?

102

1  A  I don't understand your question.
2  Q  All right.
3  Maybe I'll give you some documents to help
4  you.  Minton -- what's the next in order?
5  THE REPORTER:  31.
6  MR. BRITTON:  This will be 31A, and this one
7  will be 31B.
8  THE WITNESS:  Are we done with these
9  documents?
10  (Document marked Exhibit No. 31A - 31B
11  for identification.)
12  BY MR. BRITTON:  Q.  Okay.  The court
13  reporter has placed in front of you what's been marked
14  as Minton Exhibits 31A and 31B.
15  MR. WALD:  Which is which, Doug?
16  MR. BRITTON:  31A starts at Bates 202815 and
17  ends at 202998.  31B -- pardon me -- 31B starts with
18  NDCA-ORCL 202995 and ends with 998.
19  MR. WALD:  I think you just misspoke
20  yourself.  31A is 202815 through 821.
21  MR. BRITTON:  Through 821.
22  MR. WALD:  Okay.
23  MR. BRITTON:  And then 31B is 202995 through
24  202998.
25  MR. WALD:  Okay.  Yeah, you just misspoke

103

1  yourself on the first one.
2  BY MR. BRITTON:  Q.  Do you recognize
3  Exhibits 31A and B?
4  A  I recognize the license revenue forecast
5  analyses.  I just read this e-mail note.
6  Q  Okay.  Let's start with 31A.  Top page, this
7  appears to be an e-mail from you to several
8  individuals dated September 19th, 2001 --
9  A  That is correct.
10  Q  -- is that right?
11  Is this a true and accurate copy of an e-mail
12  you sent on that day?
13  A  I presume it is.
14  Q  Okay.  Is it part of your job
15  responsibilities to send this e-mail?
16  A  I was asked by Jeff to put together an
17  analysis of the accuracy of the field forecasts.
18  Q  All right.
19  A  I think that this document in itself supports
20  why I had to make upside adjustments to get to a
21  realistic forecast.
22  Q  Okay.  If you look at the last page of
23  Exhibit 31A --
24  A  Uh-huh.
25  Q  -- it says "FYI.  We need to work closely

104

1  with management to improve the accuracy of the
2  forecast.  Larry made it clear --"
3  A  I'm sorry.  Where are you at?
4  Q  Last page.
5  A  Okay.
6  Q  It says "FYI.  We need to work closely with
7  management to improve the accuracy of the forecast.
8  Larry made it clear that he wants everyone to submit
9  realistic forecasts - he is not interested in 'commit'
10  numbers."
11  Is that part of the e-mail that you wrote?
12  A  I'm assuming this is all part of the same
13  e-mail note.  There's two different pages of the text
14  which is somewhat confusing to me.
15  Q  Right, which is why I marked 31B.
16  If you look at 31B, if you look at 202997, in
17  the middle of the page it says "Jennifer Minton
18  wrote."
19  A  Right.  Now this is a much more intuitive
20  e-mail trail.
21  Q  Right.
22  The reason I marked this one instead of the
23  other one is because this one doesn't have the
24  analysis on it, 31B.
25  A  Right, but it also doesn't show the string of

105

1    who the e-mail is being --
2      Q   Right.
3      A   -- sent to.
4      Q   So the text that I read from 31A is the
5    e-mail that you wrote; is that right?
6      A   Yes.
7      Q   Okay.  Now, when you mention "Larry made it
8    clear," is that Larry Ellison?
9      A   Yes.
10     Q   Okay.  And did you implement any changes in
11   response to Mr. Ellison's frustrations with the commit
12   numbers?
13     A   I don't understand your question.  I'm so
14   sorry.
15     Q   Change parameters?  Change definitions of
16   forecast?  Did you do anything to adjust?
17     A   I asked my finance team to work closer with
18   the field to make sure that the --
19     Q   Okay.
20     A   -- field sales organizations were submitting
21   more realistic numbers.
22     Q   Okay.  And do you know how they did that?
23     A   No, I do not know how they did that.
24     Q   Weren't they doing that before?
25     A   If I can speak to the U.S. sales finance

106

1    individuals at the time versus the international
2    folks, they would submit effectively whatever they
3    were instructed to submit.  They would not have an
4    independent view of the forecasts.
5        So if, for example, Jay Nussbaum wanted to
6    submit a forecast, and he knew that he was -- had --
7    that he could easily overdeliver on that forecast,
8    they would still submit a lower forecast, in my
9    opinion.
10     Q   Okay.
11     A   They would not necessarily agree with me.
12     Q   Okay.  Now, were -- weren't you working with
13   the finance people for the divisions to determine what
14   your upside was?
15     A   I would confer with them, yes.
16     Q   Okay.  So how was that different than what
17   you instructed them to do in September of 2000 in
18   terms of working closer with the sales managers to get
19   a realistic forecast?
20     A   I'm not sure I understand your question.
21     Q   Well, my confusion is the -- the finance
22   assistance for the field would help you come up
23   with -- would talk with you and then you'd come up
24   with your upside number.
25     A   Uh-huh.

107

1      Q   Here you're asking them to work closer with
2    the field to get a realistic forecast.
3      A   Uh-huh.
4      Q   So what were they doing differently or what
5    did you have in mind for them to do differently based
6    on this directive that they were already doing when
7    they were talking with you with their upside numbers?
8      A   I wanted them to look at historical
9    conversion rates as an example and apply that to the
10   pipeline to validate whether or not the submitted
11   forecasts were too conservative.
12     Q   Okay.  And did they do that?
13     A   Some of them, some of them I tracked the U.S.
14   folks most.
15         (Document marked Exhibit No. 32
16         for identification.)
17         BY MR. BRITTON:  Q.  I'm placing in front of
18   you what's been marked as Minton Exhibit 32.  Will you
19   take a moment to look at this exhibit?
20         For the record, Exhibit 32 starts at
21   NDCA-ORCL 203681 and ends at 683.
22         Have you had an opportunity to look at
23   Exhibit 32?
24     A   Yes, I have.
25     Q   Do you recognize it?

108

1      A   I've read it.  I recall roughly what this is
2    in relation to.
3      Q   Okay.  Can you tell me what you recall about
4    this?
5      A   In -- yeah.  Most certainly.
6        In the early part of fiscal 2001, I believe,
7    although I'm not certain as to the time period, we
8    were rolling out Oracle sales online.  And whenever
9    you have three different sales organizations, we
10   actually had more than that if you count the
11   international folks, you had different practices with
12   regards to forecasting, and -- and one of the things
13   we were attempting to do was to roll out a new
14   application, was to develop a global standard process
15   for interpreting the data that's within the -- the
16   pipeline.
17       But prior to that we had, you know, deals on
18   Excel spreadsheets, and deals in one system.  I think
19   we called it -- well, I can't remember the one for
20   ISD, the telesales organizations.  So we didn't have
21   all of our forecasts at one point in one common
22   system.
23       So as we were moving towards getting all of
24   the deals, all the opportunities into one system, we
25   wanted everyone to adopt a global standard philosophy

109

1  for putting a probability and to forecasting a
2  particular opportunity
3      Q   Okay.  Now, this -- you're not on this
4  e-mail.  It's from Patricia McManus to James English
5  dated October 6, 2000; am I reading that right?
6      A   Yes, it is from Patty McManus to Jim in
7  October 2000.
8      Q   Right.
9         Now, the second paragraph of the e-mail body
10  which is on 203683 it says, "Recently Larry has
11  changed the way he is interpreting our forecast.  He
12  would like us to reflect our numbers as follows," and
13  then the first heading is "Worst - this is our bottom
14  threshold - minimum 80% probability for opportunity -
15  our old thinking of commit."
16         Do you remember -- withdrawn.
17         Do you know if that's referring to
18  Larry Ellison?
19         MR. WALD:  I'll object to the form of the
20  question.  It lacks foundation, unless you can
21  establish that this witness has read this document and
22  knows what it refers to, but I'll also point out for
23  the record the subject line says "Draft:  New
24  Terminology on Forecasting."
25         MR. BRITTON:  Peter, I think that was a

110

1  speaking objection, if I ever heard one.
2         MR. WALD:  I don't think so.
3         MR. BRITTON:  I think so.  I'd appreciate it
4  if you wouldn't do it.
5         MR. WALD:  Well, my objection stands, and I'd
6  appreciate it if you would be kind enough to put into
7  the record the titles of the e-mails that you're
8  asking the witness about and lay a foundation if you
9  want to ask her a question about the e-mail.
10         MR. BRITTON:  Peter, I -- this is a speaking
11  objection like I've never seen before.  If you keep it
12  up, we'll get Fontaine on the phone.
13         MR. WALD:  I'd be happy to.
14         MR. BRITTON:  This is disrupting.  This is
15  disrupting this deposition.  If you want on
16  cross-examination -- let me speak -- so on
17  cross-examination you want to come back and do
18  whatever you think you need to do, feel free, but I'm
19  going to conduct this deposition the way I see fit.
20         MR. WALD:  And I'm going to object when you
21  ask questions that lack foundation.
22         MR. BRITTON:  All right.  You can say
23  "foundation," but if you keep talking like this, we'll
24  get Fontaine on the phone.
25         MR. WALD:  Well, you are talking.

111

1         BY MR. BRITTON:  Q.  Okay.  The question I
2  have for you is do you know if this is referring to
3  Larry Ellison?
4      A   I don't know precisely.  I could only assume
5  it's referring to Larry, but I have no idea.
6      Q   Okay.
7      A   I have no basis for --
8      Q   Does this refresh your recollection at all on
9  whether there was any changes made in response to
10  Larry Ellison being frustrated, if you will, about the
11  field's commit number?
12         MR. WALD:  Object to the form.
13         THE WITNESS:  No.  Again, what I recall
14  during this time frame was that we were rolling out a
15  new application, Oracle sales online, and we wanted to
16  have consistent definitions so that the field would be
17  using a new application in a consistent fashion.
18  Again, in part, due to the fact that we had three
19  different sales organizations in North America.
20         BY MR. BRITTON:  Q.  Okay.  Now, again, during
21  this period of time, Larry changing the way that he
22  was interpreting the forecasts from the field?
23      A   No.
24      Q   Okay.  Now, the fourth paragraph says "This
25  is a change from our current thinking in that our

112

1  forecasts is not usually had a significant amount of
2  judgment.  It was the amount that you believed you
3  could deliver at a minimum."
4         Do you remember whether the field forecast
5  beginning in Q2 of 2001 included more management
6  judgment than it had in the past?
7      A   I do not recall.
8      Q   Okay.  Before I get to the next topic, if you
9  go back to Financial Report 54 --
10      A   Are we done with this one?
11      Q   Financial Report 54B, it's the document that
12  was so hard to read.  There.  It's the page with 9441.
13         MR. WALD:  Can we have the court reporter
14  mark the original as 54B, because it's right now just
15  54.
16         MR. BRITTON:  That should have been -- wait a
17  minute.  I'm on the wrong -- 54B.  So, yes, mark the
18  original as 54B.
19      Q   Okay.  If you turn to the page with Bates
20  9442, it's the spreadsheet.  Are we on the same page?
21         Now, I asked you earlier if this entire
22  document was kept in electronic form, and I believe
23  you testified that it wasn't.
24         Do you know if these spreadsheets were kept
25  in electronic form?

113

1    A  These aren't spreadsheets.
2    Q  What are these?
3    A  They are printouts.  They are reports.
4    Q  So this data, could we go back today and
5  retrieve this data in electronic form?
6    A  No.
7    Q  No; okay.
8      And do you know if --
9    A  Not that I'm aware of.  I mean, it may be
10  that legal has got a backup somewhere.
11    Q  Okay.  Now, in this -- this is the report for
12  Q1 '01.  In Q2 2001, would you have been able to go
13  back and retrieve this spreadsheet electronically if
14  you wanted?
15    A  Okay.  I'm going to --
16    Q  Withdrawn.  Let me ask the question a
17  different way.
18      In Q2 2001, could you have gone back and
19  located this information electronically?
20    MR. WALD:  Object to the form.
21    BY MR. BRITTON:  Q.  You can answer.
22    A  I believe the answer is no, and if I may take
23  a few minutes to explain.
24      This is what appears to be a report printed
25  off of OFA.  So if it was printed off of OFA and not

114

1  dumped into a spreadsheet, which I believe these
2  reports -- so if this an extract of a report from one
3  of these packages here, we were attempt --
4    Q  What exhibit are you referring to?
5    A  I am referring to Exhibit 60, which was the
6  financial reference books, the maroon or red books --
7    Q  Yes.
8    A  -- as we refer to it, and the only reason why
9  I'm able to make this distinction is that the title,
10  the way that the title prints out, it refreshes -- it
11  makes me recall that we were printing reports directly
12  out of Oracle Financial Analyzer and binding them
13  rather than having to export data into a spreadsheet,
14  printing them and binding them.
15      We were trying to leverage the reporting
16  capabilities off of this particular product and not
17  have to create lots of spreadsheets and whatnot.
18      Does that make sense to you?
19    Q  Uh-huh.
20    A  So these reports, because they're
21  organizational-based reports, they're -- an
22  organization is made up of many cost centers, and you
23  have what's called an organizational hierarchy, and so
24  cost center A, B, and C may roll up to organization
25  one, and cost center F, G, H may roll up to

115

1  organizational two.
2      If you have an organizational change and that
3  cost center becomes -- moves from one organization to
4  another, then you have a change in your organizational
5  hierarchy.  So the data would come -- the data that
6  these reports were based on were based, in part, on
7  the organizational hierarchy that was in existence at
8  the time that they were printed.
9      Does that make sense?
10    Q  Yes.
11    A  So while raw data may be -- and we don't keep
12  an OFA.  We only keep, I don't know, I think three
13  years of history.  I don't know honestly what they do
14  with the data, if we store it somewhere or whatnot,
15  but we only use a couple of years of data in OFA at
16  any point in time.
17      But if those organizational hierarchies
18  change, again, that could change the way that the
19  organizational revenue and expense results would be
20  presented.  So I believe that these were reports that
21  were generated directly off of OFA based on the
22  organizational hierarchy in place at the point in time
23  that they were printed.
24    Q  Okay.  And was data from OFA backed up, to
25  your knowledge?

116

1    A  Absolutely.
2    Q  Okay.  And is that what you're referring to
3  as you would keep it for two years, two or three years
4  of history?
5    A  No, and I really can't speak to this.
6  When -- when a new period -- a new fiscal period
7  starts, because of memory, and I'm not talking about
8  general ledger.  I'm talking this particular product,
9  Oracle Financial Analyzer, we have all of the data in
10  our general ledger.
11      The data in our general ledger is summarized
12  and imported into Oracle Financial Analyzer which is a
13  tool that we would use for evaluating actuals, versus
14  forecasts, versus budget; okay.
15      So as a new fiscal year begins, due to memory
16  and solve -- you know, the length of time it would
17  take to solve all the data, we would drop off a year
18  as we begin a new fiscal year.
19    Q  Okay.  Now, are you --
20    A  Because for analytical purposes, we're really
21  only interested in comparing the current year versus
22  the prior year when we're doing our forecasts.
23      This is primarily used as a forecast.  OFA
24  was primarily used as a tool for looking at actuals
25  versus forecasts versus budget.

117

```
 1      Q.  Okay.  When you say you would drop off a
 2   year, the data being saved, was it two years or three
 3   years?
 4      A.  I really don't recall.
 5      Q.  You don't recall; okay.  You can put that
 6   document aside.
 7         Do you remember the guidance that Oracle gave
 8   to the financial community for Q3 2001?
 9      A.  For Q3 2001, what I recall is a $0.12 -- let
10   me go back to that -- $0.12 EPS guidance with a
11   projected license revenue growth of 25 percent.
12      Q.  Okay.
13      A.  I'm sorry.  Do I need this document anymore
14   then?
15      Q.  No, you can put that document aside.
16         Do you remember the guidance that was given
17   for database growth and applications growth?
18      A.  I do not recall.
19      Q.  Okay.  The guidance to the street that was --
20   withdrawn.
21         Do you understand the difference between
22   actual dollars and constant dollars?
23      A.  I do.
24      Q.  You do.
25      A.  Do you?
```

118

```
 1      Q.  Can you explain that for me?
 2      A.  Because we have a number of subsidiaries and
 3   because the subsidiaries transact business in their
 4   local currency, we translate their local currency
 5   results into U.S. dollars based on the exchange rate
 6   that's in effect towards the end of the month, and we
 7   do that each month, and that's what represents our
 8   U.S. dollar reported results.
 9         Constant dollars, on the other hand, is when
10   we take the local currency financial results, and we
11   translate that into U.S. dollars using a constant
12   exchange rate.  We refer to it as our budget rate or
13   the constant dollar rate, and that enables us to
14   evaluate the results in constant dollar terms.
15         In other words, we're able to evaluate the
16   actual growth in revenues or expenses, excluding the
17   effect that currency rate fluctuations can have on our
18   U.S. dollar reported results.
19      Q.  Okay.  And the guidance that Oracle gave to
20   the street in Q3 of 2001, that was in actual dollars?
21      A.  Yes.  We always give guidance in U.S. dollar
22   results, and we tend to also inform analysts as to how
23   much currency effect is reflected in those U.S. dollar
24   results.
25      Q.  Okay.  And do you remember how the currency
```

119

```
 1   impacted the forecast in Q3 of 2001?
 2      A.  I believe during fiscal 2001 currency had a
 3   negative effect.
 4      Q.  Okay.  Negative 5 percent sound familiar?
 5      A.  That sounds about right --
 6      Q.  Okay.
 7      A.  -- for Q3.
 8      Q.  So the license revenue growth rate that
 9   Oracle gave to the community was 25 percent in actual
10   dollars; is that right?
11      A.  That would be correct.
12      Q.  And then the negative 5 percent currency
13   impact made the license revenue growth 30 percent; is
14   that right?
15      A.  In constant dollar terms.
16      Q.  In constant dollar terms.
17         So the guidance to the street was license
18   revenue growth of 25 percent of actual dollars and
19   30 percent license revenue growth in constant dollar
20   terms?
21      A.  What we would tell -- yes.  At that point in
22   time, we would tell the analysts what the currency
23   negative or positive currency impact was on the U.S.
24   dollar growth guidance so that in their own models
25   they could revise their own estimates in the event
```

120

```
 1   that we had huge currency fluctuations throughout the
 2   course of the quarter.
 3         So if the dollar strengthened significantly
 4   or weakened significantly from the point in time in
 5   which we gave our guidance, they would be able to back
 6   into their models what impact that might have on the
 7   quarterly results.
 8      Q.  Okay.
 9         (Document marked Exhibit No. 33
10          for identification.)
11      MR. WALD:  How much time on the tape?
12      THE VIDEOGRAPHER:  We have about an hour yet
13   to go.
14      MR. WALD:  Whenever you want to take a break.
15      MR. BRITTON:  Okay.
16      THE WITNESS:  You guys do eat; right?
17      MR. WALD:  Yeah.
18      MR. BRITTON:  Yeah.  I'm trying to get to a
19   breaking point, so....
20      MR. WALD:  That's fine.
21      BY MR. BRITTON:  It will be soon.
22      Q.  I've placed in front of you what's been
23   marked as Minton Exhibit 33.  Will you take a moment
24   to look at this exhibit?
25         For the record, Exhibit 33 starts at 15450
```

121

1 and ends at 51.

2    Do you recognize Exhibit 33?

3    A  Yes.

4    Q  And what do you recognize it to be?

5    A  This is an e-mail note from Jeff Henley to

6 Larry with a copy to myself, Safra Catz, and

7 Stephanie Aas, who was in charge of investor relations

8 at the time, and he's basically typing in, as he calls

9 it, "soundbites," things that he plans to mention or

10 bring up on the analysts call that we have when we

11 release our earnings --

12    Q  Okay.

13    A  -- for the second quarter.

14    Q  Okay.  And this was two days before the

15 earnings release?

16    A  I don't know which day was the earnings

17 release.

18    Q  Does this document refresh your recollection

19 about what Mr. Henley told the market about APS growth

20 and database growth?

21    A  In this document, he says he was going to

22 give targets for applications and database.  75 APS

23 and 25 percent database.

24    Q  Okay.  And do you know if he actually gave

25 that guidance?

122

1    MR. WALD:  The question is whether it

2 refreshes your recollection as to what he actually

3 said?

4    THE WITNESS:  If he said it here, wrote it

5 here, I presume he said it in the actual call.  I

6 cannot recall if he did or did not.  I'd have to look

7 at an earnings transcript.

8    BY MR. BRITTON:  Q.  Did you participate on

9 the earnings calls?

10    A  At one point I joined the earnings calls.  I

11 was definitely on it when we preannounced in Q3.

12 There was a point when I joined the calls and a point

13 when I stopped joining the calls.

14    Q  Okay.

15    A  I don't recall.  It wasn't -- it wasn't very

16 routine until more recently.

17    Q  Okay.  Did you participate in the Q2 2001

18 earnings call?

19    A  I don't -- I may listen to the call.  I may

20 have been in the same room, but I would not have

21 participated in the call, if that helps to set the

22 record straight.

23    Q  Yes.

24    Paragraph five --

25    A  Yes.

123

1    Q  -- says "We've seen no slowdown in our

2 business to date.  Our current assumption is that

3 while the U.S. economy is slowing down and while there

4 are tech sectors like semiconductors, pc's, etc

5 showing slowing demand, ebusiness software (database

6 and apps) is a high priority for customers so this

7 explains why our pipeline isn't slowing down."

8    Did you have any conversations with

9 Mr. Henley during this period of time about whether

10 Oracle was seeing a slowdown in its business?

11    A  Not that I recall.

12    Q  Okay.  Okay.  You can put that document

13 aside.

14    And then before we break for lunch, I want to

15 get your understanding of -- if you have one -- of

16 Jeff Henley's process that he would go through to

17 determine what guidance to give the street.

18    A  So Jeff Henley would meet with investor

19 relations, and they would work on a model that

20 investor relations had maintained, which I think was

21 early, which I believe was very similar to the models

22 that the analysts would keep.  It was, if you will, in

23 our external income statement format.

24    Q  Okay.

25    A  And so they would work on a model.  At the

124

1 same time, I would prepare the forecast, and -- and I

2 either met, at times, with Jeff and the person who was

3 in charge of investor relations, or sometimes I would

4 meet with the person in charge of investor relations

5 independently before Jeff would meet with the IR

6 individual.  There was no set practice.

7    Q  Okay.  Who was the IR individual?

8    A  At this point in time, it was Stephanie Aas.

9    Q  Okay.  Was there anything else in his process

10 that you knew of in determining what number to give to

11 the street?

12    A  Again, Stephanie would come up with her

13 model.  I would come up with my model, and we would

14 reconcile the two of them.

15    Q  Okay.  Did he look at --

16    A  And my -- and my upside reports were

17 generally used.  But what Stephanie would do with her

18 models is try to recast them into an external income

19 statement format, because we budgeted based on a

20 management summary format that is by organization.

21    The street would develop their models based

22 on the external income statement format.  So we would

23 try and take the expenses based on management summary

24 format that were being forecasted for the quarter and

25 recast them in an external income statement format.

125

1    So it was primarily my model that we would
2    use to derive the ultimate numbers, but we had to
3    recast it such that it was in an external income
4    statement format for purposes of the IR model.
5        Does that make sense?
6    Q. Yes.
7    A. Okay.
8    Q. Did -- if you know, did Jeff Henley look at
9    quarter-over-quarter numbers, sequential numbers, or
10   year-over-year in deciding what type of guidance to
11   give to the street?
12   A. We would look at both our historical
13   year-over-year numbers, and we would also look at
14   historically what we did between Q3 -- sorry --
15   between Q2 and Q3.
16   Q. Okay. Then the end decision on what guidance
17   to give to the street was Jeff Henley's?
18   A. Yes, but it was predicated off of my upside
19   reports.
20   Q. Right. Okay.
21       If the guidance was predicated on your upside
22   reports, do you know why Jeff Henley would work with
23   the investor relations person to develop an IR model?
24   A. Yes. I'm sorry. I thought you understood.
25       So, if I may, our external income statement

126

1    has line items such as sales and marketing expenses,
2    services, R&D, G&A.
3        So when we gave guidance, at times we would,
4    or at least IR would, talk to the analysts and help
5    them understand where we thought the growth and
6    expenses or the decrease in expenses would come from,
7    whether it was sales and marketing, R&D, G&A or
8    services.
9        So her model was, again, a recast of the
10   management upside forecasts, the upside reports, but
11   in an external income statement format.
12       Do you understand?
13   Q. Yes.
14       And was she basing her numbers on the field
15   part of the upside report or the potential part of the
16   upside report?
17   A. I presume her model was in sync with my
18   potential in that we were always reconciling back
19   to -- to my forecast reports.
20   MR. BRITTON: Okay. Why don't we break for
21   lunch.
22   MR. WALD: Okay.
23   THE VIDEOGRAPHER: This marks the end of tape
24   two, Volume I, in the deposition of Jennifer Minton.
25       At 12:32, going off the record.

127

1    (Lunch break taken.)
2    (Document marked Exhibit No. 34
3        for identification.)
4    THE VIDEOGRAPHER: On record at 1:24.
5        This marks the beginning of tape three in
6    Volume I in the deposition of Jennifer Minton.
7    BY MR. BRITTON: Q. Ms. Minton, we've placed
8    in front of you what's been marked as Minton
9    Exhibit 33. Will you take a moment to look at this
10   exhibit?
11       For the record, Exhibit 33 starts at 399742
12   and ends at 752.
13       Have you had a chance to look at Exhibit 33?
14   A. I have.
15   Q. Do you recognize it?
16   A. I believe this is an example of the investor
17   relations model that I described earlier.
18   Q. Okay. Great.
19       And this is dated December 8th, 2000; is that
20   correct?
21   A. That is correct.
22   Q. All right.
23       If you -- this has information dating back to
24   fiscal 1993; right?
25   A. Yes, it does.

128

1    Q. Okay. If you look at the page with Bates
2    399746, are you there?
3    A. Uh-huh.
4    Q. The far right, there's fiscal 2001, and then
5    there's a highlighted column, and can you tell me what
6    that highlighted column represents?
7    A. It's fiscal 2001 Q3 estimate.
8    Q. Estimate.
9        So this is the estimate that the investor
10   relations department created?
11   A. I don't know if this is their preliminary or
12   their final version, but this would be something that
13   they would have worked on.
14   Q. Okay. Now, the EPS line is another
15   horizontal, if you will --
16   A. Uh-huh.
17   Q. -- line, and then it has $0.10 earning per
18   share --
19   A. That's correct.
20   Q. -- am I reading that correct?
21   A. Uh-huh.
22   Q. Okay. Do you know if the investor relations
23   department ever increased their earnings per share
24   estimate beyond $0.10?
25   A. I do not know.

129

1    Q.  Okay.  The number below says "consensus"; is
2    that the analyst --
3    A.  I should say I do not recall.  But generally
4    speaking, she would sit down with me, and then she'd
5    go back and revise her models once she had a sense as
6    to what the forecast was.
7    Q.  Okay.
8    A.  So I would highly doubt that this was a final
9    analysis on her part.
10   Q.  Okay.  The "Consensus" line right below the
11   "EPS" shaded area, does that represent the analyst
12   consensus?
13   A.  Yes, it does.
14   Q.  Okay.  Now, is that -- does that call or that
15   row there, the "Consensus" row, is that what the
16   analyst consensus is, or is that information about
17   what Oracle is going to give as guidance to the street
18   for its earnings?
19   A.  This document calls it "Consensus," which
20   generally meant to be the consensus of analysts of the
21   EPS.
22   Q.  Okay.
23   A.  And I would note to you that this is also
24   before we released earnings.
25   Q.  Right.  That was my question.

130

1    Do you know -- were you aware if analysts had
2    reached a consensus estimate on Oracle's earnings
3    prior to the earnings release?
4    A.  The analysts generally come up with an
5    estimate for earnings for all four quarters of a
6    fiscal year.
7    Q.  Okay.
8    A.  And at the end of each earnings release, they
9    would update or modify their consensus throughout the
10   year.
11   Q.  If you look down to the bottom box, it starts
12   with the year-over-year growth.
13   A.  Uh-huh.
14   Q.  There is a total "Revenue" line, and then
15   there is a License & Other."  Can you tell me what
16   goes into the "& Other" category?
17   A.  We would have documentation revenues,
18   miscellaneous revenues.
19   Q.  Okay.  So miscellaneous would go into that
20   "Other" column?
21   A.  Uh-huh.
22   Q.  Okay.  All right.  You can put that document
23   aside.
24   A.  I'm sorry.
25   Q.  You can put that document aside.

131

1    All right.  Do you remember when --
2    withdrawn.
3    Do you understand that Oracle's dot.com
4    business started to slow some time in fiscal year
5    2001?
6    A.  It slowed in Q3 of fiscal 2001.
7    Q.  Okay.
8    A.  That's for certain.
9    Q.  Okay.  Did you know at the time or any time
10   prior to Q3 2001 that Oracle's dot.com business was
11   slowing?
12   A.  What do you mean by "prior to Q3"?
13   Q.  Q2, Q1?
14   A.  You mean prior to November 30th?
15   Q.  Yes.
16   A.  Not that I recall.
17   Q.  Okay.  Did you have any discussions at the
18   executive management committee meetings prior to Q3
19   2001 about the dot.com business slowing?
20   A.  I do not recall the specifics of any of the
21   discussions that took place at the executive
22   management committee meetings.
23   Q.  Okay.  I'm not going to mark this as an
24   exhibit.
25   You -- go ahead.

132

1    A.  Does she --
2    Q.  She won't need it, yeah.
3    Okay.  I've placed in front of you what has
4    previously been marked as Classick Exhibit 3.  Will
5    you take a moment to look at this exhibit.  Just flip
6    through it and let me know if you recognize it.  You
7    probably don't.
8    A.  Darn it.
9    Q.  Do you recognize it?
10   A.  Not at all.
11   Q.  Okay.  The question I have is going to relate
12   to page ten of this exhibit.  This is a presentation
13   that Nic Classick gave at a Q2 fiscal year '01
14   business OPS review.  I'll testify that he testified
15   that he told George Roberts about the information
16   that's on page ten.
17   Do you remember during Q2 '01 whether there
18   was any discussion at the executive management
19   committee meeting about the slowdown in the dot.com
20   space?
21   A.  I don't recall.
22   Q.  Did George Roberts ever tell anybody that at
23   the executive management committee meetings in Q2 '01?
24   A.  I don't recall.
25   Q.  Okay.  Do you recall having any discussions

133

1   with George Roberts outside of the executive
2   management committee meetings about a slowdown in the
3   dot.com space?
4       A   I don't recall.
5       Q   Do you recall anything about what was going
6   on with the dot.com segment of the economy during the
7   Q2, Q1 2001 time period?
8       A   Q2 2001 time period?
9       Q   Yes.
10      A   I don't recall.
11      Q   Okay.
12      A   Just so you know, I never participated in
13  this level of operations reviews.
14      Q   Right.
15      A   So I wouldn't have been that deep in the
16  organization.
17      Q   Right.  What I'm trying to find out is if it
18  made its way up to you.
19          So you don't recall anything about what's
20  happening in the dot.com economy during the calendar
21  year 2000?
22      A   Not that I recall.
23      Q   Okay.  Okay.  You can put that document
24  aside.
25      A   I mean clearly Q3 we had some problems.

134

1       Q   Right.  So I don't have to throw any paper at
2   you; okay.
3           I've placed in front of you what has
4   previously been marked as Winton Exhibit 39.  Would
5   you take a moment to look at this exhibit.
6           For the record, exhibit -- Winton Exhibit 39
7   starts with Bates NDCA-ORCL 131788 and ends at 789.
8           Okay.  Do you recognize Winton Exhibit 39?
9       A   Not at all.
10      Q   Okay.  The e-mail dated December 11th, 2000,
11  from Cynthia Rheins to Bill Roselli, Jody Terry, and
12  Ivgen Guner.
13          Ivgen Guner was -- she worked for you; is
14  that right?
15      A   I believe she worked with me at that time,
16  yes.
17      Q   Did you have any conversations with
18  Ivgen Guner at the beginning of 2001 about Oracle's
19  dot.com business?
20      A   Not that I recall.
21      Q   Okay.  All right.  Put that document aside.
22          Do you -- do you have an understanding of
23  what the term "database drag" means or meant at Oracle
24  in fiscal year 2001?
25      A   Yes, I understand what that means.

135

1       Q   What does that mean?
2       A   When you sell an application license,
3   generally you sell database licenses with it, so we
4   refer to that as the "database drag."
5       Q   Okay.  Did you have a study done of the
6   database drag going into the third quarter of 2001?
7       A   I don't recall when, but there was, at one
8   point in time, an analysis done to ascertain what the
9   database drag would be for application sales.
10      Q   Okay.  Do you have an understanding of
11  whether two analysis had been done in terms of the
12  applications drag?
13      A   Whether what?
14      Q   Whether they had been done a year before Q3
15  '01?
16      A   I don't recall that it was done.
17      Q   Okay.  Do you recall the applications drag
18  for technology revenue falling going into Q3 of 2001?
19      A   I don't recall.
20      MR. WALD:  I'm sorry.  Did you mean to switch
21  from applications drag to database drag?  I mean,
22  database drag to applications drag?
23      MR. BRITTON:  No, database drag.
24      MR. WALD:  I think if you look at your
25  questions --

136

1       MR. BRITTON:  Okay.  Can you hand me the --
2       MR. WALD:  124, line 11, Doug.
3       BY MR. BRITTON:  Okay.  All right.
4       Q   Do you recall the database drag falling going
5   into the third quarter of 2001?
6       A   I don't recall.
7       Q   Okay.  Leave that there.
8           What number are we on?
9       THE REPORTER:  35.
10      MR. BRITTON:  This will be 35A, 35B, 35C.
11      (Documents marked Exhibits 35A - 35C
12          for identification.)
13      MR. WALD:  Could you say which is which for
14  the record?
15      BY MR. BRITTON:  Yeah.
16      Q   We've placed in front of you three exhibits.
17  One marked 35A, next one 35B, the next one 35C.  Take
18  a moment to look at those, and let me know if you
19  recognize them.
20          For the record, Exhibit 35A starts at 14028
21  and ends at 030, 35B starts at 14031 and ends at 34,
22  and 35C starts at 14038 and ends at 040.
23          Do you recognize any of these exhibits?
24      A   I can see my e-mails, that they were sent to
25  me, but I don't recall them other than recognizing

137

1 they were sent to me.
2 Q. Okay. If you look at Exhibit 35A --
3 A. Uh-huh.
4 Q. -- this -- the top e-mail is -- well, let me
5 ask it a different way.
6 Do you recognize Exhibit 35A?
7 A. Again, it was sent to me, so obviously it was
8 an e-mail that I received.
9 Q. Okay. And it was an e-mail from Loren Mahon
10 to you?
11 A. Mahon, uh-huh.
12 Q. What was Loren Mahon's position?
13 A. Loren, at the time, was in charge of order
14 administration, contract administration type
15 functions --
16 Q. Okay.
17 A. -- for the Americas.
18 Q. And she sent this e-mail to you on
19 December 5th, 2000; is that right?
20 A. That would be correct.
21 Q. Is this a true and authentic copy of the
22 original?
23 A. I presume that it is.
24 Q. Okay. Did you ask Loren Mahon to do an apps
25 deal summary in Q2 '01 for Q2 '01?

138

1 A. I must have, since she sent me this
2 analysis --
3 Q. Okay.
4 A. -- but I don't recall actually asking her.
5 Q. Okay. Do you know why this analysis was done
6 at the beginning of Q3 '01?
7 A. I'm assuming that Jeff had asked me to have
8 somebody prepare the analysis.
9 Q. Okay.
10 A. I don't remember what predicated the request.
11 Q. Okay. Do you know why he asked you to -- to
12 have that performed?
13 MR. WALD: Object to the form.
14 THE WITNESS: I just answered I thought that
15 I didn't -- I don't know.
16 BY MR. BRITTON: Q. Okay.
17 A. I don't recall.
18 Q. If you look to Exhibit 35B, this is an e-mail
19 from you to Jeff Henley; is that right?
20 A. That would be correct.
21 Q. Okay. And you sent this on December 12,
22 2000?
23 A. That is correct.
24 Q. Okay. And is this a true and authentic copy
25 of the original?

139

1 A. I presume that it is.
2 Q. Okay. And can you tell me what this e-mail
3 is describing?
4 A. I can read it to you.
5 Q. Sure.
6 A. "The database drag for Q2 FY01 appears to be
7 about 23.5% for application deals greater than
8 $1 million. Summarized below is the application drag
9 rates the last time this analysis was performed. The
10 numbers represent how much non-apps revenue is booked
11 for every $1 of apps."
12 Q. Then let me stop you with that.
13 The chart below has average six quarters, 48
14 and .43 down at the bottom --
15 A. Yes, it does.
16 Q. -- is that right?
17 MR. WALD: For a certain size deal.
18 THE WITNESS: For -- for certain size
19 deals --
20 MR. BRITTON: Correct.
21 THE WITNESS: -- and for the fiscal 1998 time
22 period and the first half of fiscal 1999.
23 BY MR. BRITTON: Q. Okay. The -- for the
24 period up above on the top it has greater than 25k and
25 greater than 50k.

140

1 What do those numbers represent?
2 A. I believe they represent the percentage of
3 non-apps revenue for contracts that were greater than
4 $25,000 but less than $50,000 on the left column, and
5 on the right column it would intuitively represent the
6 same, but for contracts that were $50,000 or greater.
7 Q. Okay. And then in the analysis that you
8 attach, the analysis is for deals that are greater
9 than one million; is that right?
10 A. What attached?
11 Q. If you look --
12 A. On 35B?
13 Q. 35B, right. If you look at the second page,
14 attached is the e-mail that was forwarded to you.
15 A. So it was forwarded, yes.
16 Q. To you, and then you forwarded it to
17 Jeff Henley --
18 A. Yes.
19 Q. -- right?
20 So the top line that you read says that the
21 analysis that's attached is for deals that are greater
22 than $1 million.
23 A. That is correct.
24 Q. And I'm trying to get an understanding, why
25 was the analysis performed on dollar amounts that were

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

---

141

1  so much lower on the earlier periods versus -- versus
2  the analysis that's attached.
3       MR. WALD:  Object to the form.
4       THE WITNESS:  I don't recall.
5       BY MR. BRITTON:  Q.  Okay.  Now, you say that
6  the database drag has decreased; is that right?
7    A  That is correct.
8    Q  Okay.  How -- if you're comparing deals that
9  are greater than a million dollars for this analysis,
10 how can you compare them to dollar amounts that are
11 lower for deals that are smaller?
12      MR. WALD:  Object to the form.
13      THE WITNESS:  What do you mean?
14      BY MR. BRITTON:  Q.  I'm trying --
15   A  I'm sorry.
16   Q  -- to get, is it an apples-to-apples
17 comparison to look at $1 million transactions versus
18 transactions that are 25- to $50,000?
19   A  Not necessarily.  I believe that in the Q2
20 FY '01 we were probably trying to do a quick survey
21 and so looked at the larger deals.
22   Q  Okay.  And you prepared this e-mail?
23   A  I sent the e-mail, yes.
24   Q  And you sent it on December 12, 2000; is that
25 right?

---

142

1    A  Yes.
2    Q  Is this a true and authentic copy of the
3  original?
4    A  I presume that it is.
5    Q  Okay.  And was it your responsibility to send
6  this e-mail?
7    A  If asked, I would send an e-mail.
8    Q  Okay.  Now, if you --
9    A  Contains information requested.
10   Q  -- if you turn to 35C --
11   A  Yes.
12   Q  -- do you recognize this e-mail?
13   A  I recognize it was sent to me, but I don't
14 recall.
15   Q  You don't recall the document?
16      Do you remember that the database drag in
17 Q2 '01 was down to $0.30 on the dollar compared to
18 $0.50 several years earlier?  Do you remember that
19 analysis being done in Q2 '01?
20   A  Based on this e-mail note, it is -- it is
21 noting that it is now $0.30 on the dollar versus $0.50
22 on the dollar.  But again, I'd like to point out that
23 the analysis that was contained in -- that is referred
24 to in this e-mail is for application deals that are
25 over 500k, whereas the analysis that it's referring to

---

143

1  where it was roughly $0.50 on the dollar was for deals
2  that were much smaller in size.
3    Q  Okay.  And Jeff Henley says, "Assuming this
4  relationship is true for total ww apps sales, the
5  impact on our worldwide technology number is about 10%
6  of the total technology revenue."
7    A  That's what it states.
8    Q  Did I read that right?
9       Okay.  "Significant but certainly not huge."
10 Is that correct?  Am I reading that right?
11   A  You read it verbatim, yeah.
12   Q  Okay.  If -- if the comparison -- withdrawn.
13      If the dollar values are significant, do you
14 have an understanding of why Jeff Henley was analyzing
15 two studies together?
16      MR. WALD:  Object to the form; lacks
17 foundation; calls for speculation.
18      THE WITNESS:  I have no basis to comment.
19      BY MR. BRITTON:  Q.  Okay.  Okay.  Put that
20 document aside.  All right.
21      Did you have any involvement in the Covisint
22 transaction?
23   A  Covisint?
24   Q  Is that how it's pronounced, Covisint?
25   A  Uh-huh.

---

144

1    Q  Did you have any involvement in the Covisint
2  transaction?
3    A  No, I did not have any involvement in
4  Covisint transactions.
5    Q  Okay.  Did you have any -- any involvement at
6  all, not necessarily the closing transaction --
7  closing transaction, but any involvement at all?
8    A  Not that I recall.
9    Q  Okay.  Were you CCed on e-mails, kept
10 up-to-date on what was going on?
11   A  I may very well have been, but I don't recall
12 any specific e-mails.
13   Q  Okay.  Do you remember a concern about
14 collectability with the Covisint transaction?
15   A  Covisint.
16   Q  Covisint transaction.
17   A  What I do remember is the deal did not close
18 in Q2.  It closed in Q3, and when it closed, we
19 collected the cash at or about the same time that the
20 deal was consummated.
21   Q  Okay.
22   A  If I recall correctly, but I think that was
23 indeed the case.
24   Q  Okay.  And how long after the deal closed did
25 Oracle collect the cash?

---

145

```
1     A  I don't recall.
2     Q  Okay.  What is your understanding of
3  Covisint?  Who -- who -- withdrawn.
4        What was your understanding at the time of
5  Covisint's business?
6     A  I don't recall.
7     Q  Okay.  Do you recall who the -- well, do you
8  recall that it involved the big three auto makers?
9     A  I think you are correct.
10     Q  Okay.  And do you know why Oracle collected
11  the cash shortly after recognizing the revenue in Q3
12  2001?
13     A  Because those were the terms of the
14  arrangement --
15     Q  Okay.
16     A  -- I suppose.
17     Q  But you don't know if there was any
18  collectability concerns --
19     A  Not that I recall.
20     Q  -- in closing?
21        Okay.
22        (Document marked Exhibit No. 36
23        for identification.)
24        MR. BRITTON:  Is that 36?
25        THE REPORTER:  Yes.
```

146

```
1        BY MR. BRITTON:  Q.  Placing in front of you
2  what's been marked as Minton Exhibit 36, would you
3  take a moment to look at this exhibit.  Have you had a
4  chance to look at Minton Exhibit 38?
5     A  Yes, I have.
6     Q  Do you recognize it?
7     A  Yes, I do.
8     Q  And what is Minton Exhibit 38?
9     A  It is an e-mail.
10     Q  And what is the e-mail about?
11     A  The e-mail is about the allocation of the
12  discount on the Covisint transaction across the
13  various products that were sold in the deal.
14     Q  Okay.  And this, at least the top e-mail, is
15  dated December 31st of 2000; is that right?
16     A  Yes, it is.
17     Q  Okay.  Do you know when the revenue was
18  recognized on the Covisint deal?
19     A  I believe it was in the month of December.
20     Q  Okay.  Now, if you go back to the last page
21  which is an e-mail from Mike Rosser to
22  Mark Barrenechea --
23     A  Mark Barrenechea.
24     Q  -- Mark Barrenechea, can you tell me what
25  this e-mail is describing?
```

147

```
1     A  Mark -- sorry -- Mike Rosser is sending a
2  note to Mark Barrenechea suggesting that the
3  allocation of the discount on the transaction be
4  revised and not predicated on the relative list price
5  of the underlying products that were contained in the
6  bundle.
7        Rather, he was suggesting a different
8  discount percentage be used which would have the
9  result of increasing the amount of revenue allocated
10  to both CRM and ERP application products.
11     Q  Okay.
12     A  Which, in turn, would likely increase the
13  commissions that he might be able to earn on the
14  transaction.
15     Q  Okay.  He says here, "Clearly the Xchnge
16  pricing and associated database licenses drastically
17  skewed the total list price and therefore discount on
18  the deal.  It is inappropriate to spread those
19  discounts across all applications within the deal.
20  Obviously getting 128k in licenses for the CRM portion
21  and 75k in licenses for the normal ERP products, does
22  not make sense.  Our smallest GB customers pay more
23  than this."
24        Do you know whether it was inappropriate to
25  spread the discount across all the applications in the
```

148

```
1  deal?
2        MR. WALD:  Objection.
3        BY MR. BRITTON:  Q.  Or do you know if it was
4  inappropriate to spread the discount across all the
5  components in the deal?
6        MR. WALD:  Object to the form.
7        THE WITNESS:  The policy that we had adopted
8  and had stuck to was to allocate the discount based on
9  the relative list price of all of the products
10  contained within the transaction.
11        BY MR. BRITTON:  Q.  Other than --
12     A  It was suggesting a different methodology for
13  this particular transaction.
14     Q  Other than commissions, do you know why he
15  was concerned about the allocation?
16     A  Mike Rosser, a sales rep?
17     Q  Okay.
18     A  I can guarantee you his concern was
19  commissions.
20     Q  Okay.  Now, the next e-mail up is from
21  Mark Barrenechea to Sandy Sanderson, Safra Catz, and
22  Mike Rosser.  It looks like Mark Barrenechea is saying
23  "Thank you for agreeing to make this change, as long
24  as it is 'legally' do-able."
25        Do you know if Mark Barrenechea supported
```

149

1 reallocating the percentages?
2    A   Absolutely.
3    Q   Same reason, commissions?
4    A   He was in charge of the CRM product line.
5    Q   So he wanted more value in the CRM
6 products --
7    A   (Witness nods head.)
8    Q   -- which would increase his commissions?
9    A   I don't know what his compensation plan on --
10 was predicated on, but he clearly would have an
11 interest in demonstrating that his products were doing
12 favorably within the market.
13    Q   Okay.  Do you know what deal Covisint agreed
14 to?  Is it the --
15    A   Covisint.
16    Q   Excuse me.
17        Covisint agreed to?  Is it the -- the
18 original allocation in the description on the back
19 page?
20    A   Customers are not involved in the allocation
21 of a discount across the products.  They purchase
22 products --
23    Q   Okay.
24    A   -- and make up the total deal, and they pay a
25 certain amount for that deal.

150

1    Q   Okay.  So the customer isn't concerned with
2 how Oracle allocates the purchase price for the
3 certain products?
4    A   No.
5    Q   Okay.  Do you know when Covisint signed the
6 deal?
7    A   I believe it was in December of 2000.
8    Q   December of 2000.
9        Okay.  Okay.  Then if you go to the top page
10 which is your e-mail, it says "Jennifer Minton wrote:
11 Tom -- you're closest to this transaction.  Please
12 advise if there was an error in recording the
13 underlying product revenue for this deal."
14        What were you concerned about -- withdrawn.
15        What in the e-mail strings below your e-mail
16 caused you to ask whether there was an error in
17 recording the underlying revenue?
18    A   Can you repeat your question?
19    Q   Yeah.
20        What in the e-mail -- in the information in
21 the e-mails below your e-mail caused you to ask
22 Tom Williams whether there was an error in recording
23 the underlying product revenue for this deal?
24    A   I was effectively asking Tom to confirm that
25 the actual product revenue allocation was done indeed

151

1 correctly in accordance with our policy.
2    Q   Okay.  And who was responsible for
3 determining the revenue recognition on the Covisint
4 deal?
5    A   The revenue recognition, Tom Williams was
6 responsible for determining whether or not revenue was
7 recognizable.
8    Q   Okay.  And he was responsible to determine
9 when to recognize the revenue?
10    A   He reviewed all of our large contracts and
11 made the revenue recognition call.
12    Q   Okay.  What about how to price the contract
13 with Covisint?  Who was responsible for doing that?
14    A   With Covisint, again, I'm not into details,
15 so I can't speak to you or give you any information
16 regarding that.
17    Q   Okay.  Do you know why the Covisint revenue
18 was not recognized in Q2?
19    A   I don't believe the transaction had
20 concluded --
21    Q   Okay.  Do you know --
22    A   -- but I could be wrong.
23    Q   Okay.  Do you know what remained to be
24 completed?
25    A   I don't recall.

152

1    Q   And who would know this information?
2    A   What information?
3    Q   Information about whether it was completed in
4 Q2, why it wasn't recognized in Q2?
5        MR. WALD:  Object to the form.
6        THE WITNESS:  I don't know if it was
7 completed or not completed in Q2.
8        BY MR. BRITTON:  Q.  Right.  Who would know
9 that information?
10    A   Well, we could go look up the contract and
11 find out when it was consummated.  We can look to the
12 actual underlying document.
13    Q   Okay.  Who was responsible for negotiating
14 the Covisint transaction?
15    A   The sales organization would get involved in
16 the negotiating.
17    Q   Okay.  Was there a senior executive that was
18 responsible for the Covisint transaction?
19    A   There would be, generally speaking, an
20 executive sponsor on very large transactions.  I do
21 know that Safra Catz was involved in the underlying
22 negotiations for this transaction.
23    Q   Okay.  Okay.  You can put that document
24 aside.
25        Were you aware, at any point in time, whether

153

1  Oracle was subject to a permanent injunction by the
2  SEC?
3      A  A permanent injunction?
4      Q  Injunction.
5      A  You mean consent decree?
6      Q  Consent decree and final judgment.
7      A  We are under a consent decree and have been
8  since, I want to say, the very early 1990s.
9      Q  Okay.  And can you describe that consent
10  decree for me, please?
11      A  No, I cannot.
12      Q  Have you ever seen the consent decree or the
13  final judgment?
14      A  I don't recall.
15      Q  Were -- have you ever had any conversations
16  with anybody about the consent decree and what it
17  requires?
18      A  I may have, but I don't recall.
19      Q  Okay.  And did Oracle have a practice of
20  notifying people within its organization about the
21  consent decree?
22      A  I do not recall.  This was a very long time
23  ago.
24      Q  Okay.  It was a very long time ago, but it
25  was a permanent injunction; right?

154

1      A  Again, it's still in effect today.
2      Q  Okay.
3      A  So whether or not permanent is indefinite, I
4  don't know.
5      Q  Okay.  When is the last time you had a
6  conversation with anybody about the consent decree?
7      MR. WALD:  I'm going to assume you're not
8  asking for privileged information.
9      MR. BRITTON:  Right.
10      THE WITNESS:  I don't recall.
11      BY MR. BRITTON:  Q.  If somebody is hired
12  today in a position that would be impacted by the
13  consent decree, does Oracle have a process for
14  notifying that person of the consent decree and its
15  terms?
16      A  Not that I am aware of.
17      Q  Who would be aware of that, if there was one?
18      MR. WALD:  Object to the form.
19      THE WITNESS:  You can refer to our general
20  counsel.  When employees are hired, they are clearly
21  advised of our ethics, policies, and whatnot.  Whether
22  or not it has a reference in it that pertains to the
23  consent decree, I do not know --
24      MR. BRITTON:  Okay.
25      THE WITNESS:  -- or recall.

155

1      BY MR. BRITTON:  All right.
2      Q  I'd like you to -- okay.  I'd like you to
3  turn back to the SLC interview memo.  I didn't mark
4  the exhibit number down, so --
5      MR. WALD:  Which tab is that?
6      BY MR. BRITTON:  That, I don't know.
7      Q  Do you have -- did you reference what the
8  exhibit number was?  Is that on the front page there?
9  What's the exhibit number?
10      A  30.
11      Q  30; okay.  Turn to Exhibit 30 for me.
12      Okay.  And if you'll go to volume three,
13  which is at the very end.
14      A  At the end of this binder?
15      Q  Yes.  It is the page with Bates 299829.
16      A  29982?
17      Q  829.
18      A  Not 828?
19      Q  Well, that's the first page.  This is group
20  two, Exhibit 54.  If you'll read that for me.  Let me
21  know if you recognize it.
22      Can we take a quick break, five-minute break?
23      THE VIDEOGRAPHER:  Off record at 2:17.
24      (Short break taken.)
25      THE VIDEOGRAPHER:  On record at 2:26.

156

1      BY MR. BRITTON:  Q.  Okay, Ms. Minton, my
2  questions are going to be directed to the last pages
3  of this document which are 299830 and 831.  Starting
4  with the Oracle's bad debt reserve.
5      MR. WALD:  Doug, let me just take a running
6  objection to this line of question on relevance
7  grounds.
8      Obviously I'm not going to instruct the
9  witness.  But for all of the reasons that you know,
10  our view is that this is irrelevant and it has been
11  deemed to be so by Judge Spiro.
12      BY MR. BRITTON:  Obviously we disagree with
13  that position, but we'll take it up at a later time.
14      Q  Have you had an opportunity to look at the
15  last two pages of Exhibit 30?
16      A  Yes, I have.
17      Q  And do you recognize that?
18      A  No, I don't.
19      Q  Okay.  Do you remember having a meeting with
20  the lawyers for the special litigation committee about
21  allegations, about accounting allegations?
22      A  Vaguely.
23      Q  Okay.  The --
24      MR. WALD:  I'm sorry, Doug.  Just looking at
25  our exchange, you're give me my running objection?

157

```
1        MR. BRITTON:  I will give you your running
2   objection, yes.
3        MR. WALD:  Okay.  Thank you.
4        BY MR. BRITTON:  Q.  The last line of
5   page two, which is at 299830, says "She stated that in
6   October of 2002, in the process of investigating the
7   allegations in the SAC, which she characterized as
8   false and baseless, she and others at Oracle had
9   learned that certain persons in Oracle's Collections
10  Department would occasionally move certain items from
11  Oracle's unapplied cash account to its bad debt
12  reserve account."
13       Do you remember telling the Special
14  Litigation Committee that?
15       A  I can see it here.  I don't remember any
16  details of the conversation.
17       Q  Okay.  Is it a true statement?
18       A  Absolutely.
19       Q  Okay.  When did you start the investigation?
20  In October 2002?  Withdrawn.
21       Did you start the investigation in
22  October 2002?
23       A  I don't know when it was started.  I was not
24  involved in the actual investigation.
25       Q  Okay.  Who was involved in the actual
```

158

```
1   investigation?
2        A  Our in-house counsel.
3        Q  All right.
4        It says that "She and others at Oracle had
5   learned that certain persons in Oracle's collection
6   department would occasionally move items."
7        Excuse me.  I forgot to put this on.
8        Q  Do you remember giving -- well, withdrawn.
9        Is that a true statement?
10       A  I'm sorry.  Can you -- I was putting this on.
11  I got distracted.
12       Q  Where it says that you and others at Oracle
13  had learned that certain persons had moved items; is
14  that a true statement?
15       MR. WALD:  I'm sorry.  Would occasionally
16  move certain items?
17       BY MR. BRITTON:
18       No, that she and others at Oracle had
19  learned.
20       Q  You discovered that people were, in fact,
21  moving items from Oracle's unapplied cash account to
22  its bad debt reserve account; is that right?
23       MR. WALD:  For the record, it says "would
24  occasionally."  I'm just wondering if --
25       BY MR. BRITTON:
```

159

```
1        Q  Is that right?
2        A  I learned that that did indeed happen on
3   occasion.
4        Q  Okay.  And who, other than you, at Oracle
5   learned of this movement?
6        A  I believe I learned of this in an audit
7   committee discussion that was heading up the
8   investigation of the allegations.
9        Q  And who was part of that committee?
10       A  The audit committee is comprised of, at the
11  time, Don Lucas, Dr. Boskin, and Joe Grunfest.
12       Q  Okay.  Where it says "certain persons," who
13  were those "certain persons"?
14       A  I'm sorry.  Where are you referring to?
15       Q  The second line on the last page of
16  Exhibit 30.
17       A  I do not know.
18       Q  Do you remember any of them?
19       A  Any persons in the collections department?
20       Q  Yeah, the certain persons in Oracle's
21  collections department.
22       A  I do not know which certain persons they
23  were.
24       Q  Okay.  So you have no idea who was doing the
25  movement?
```

160

```
1        A  I have absolutely no idea.
2        Q  Okay.  Do you know under whose authority the
3   people in the collections department were moving items
4   from the unapplied cash account to the bad debt
5   reserve account?
6        MR. WALD:  And, again, just for the record, I
7   would caution the witness that when Mr. Britton asks
8   you a question, you should testify about your
9   knowledge, except to the extent that the knowledge is
10  gained through a privileged conversation with counsel;
11  okay.
12       THE WITNESS:  Okay.
13       MR. WALD:  So I would instruct you to exclude
14  from the ambit of any answer you give information that
15  you learned as a result of a privileged conversation.
16       THE WITNESS:  Okay.
17       BY MR. BRITTON:  Q.  Okay.  Do you know under
18  whose authority the transactions were taking place?
19       A  I do not know.
20       Q  Now, this says that the -- that "Certain
21  persons in Oracle's Collections Department would
22  occasionally move certain items from Oracle's
23  unapplied cash account to its bad debt reserve
24  account."
25       Do you know how frequently those movements
```

161

1    occurred?

2    A  No.

3    Q  Okay.  Do you know how many transactions were

4    at issue that were discovered?

5    A  No.

6    Q  Do you know the transaction, the dollar value

7    of the transactions that went from the unapplied cash

8    account to the bad debt reserve account?

9    A  No.

10   Q  Okay.  What is Oracle's unapplied cash

11   account?

12   A  An unapplied cash account is where funds are

13   deposited until such time that the cash receipt is

14   applied to the appropriate invoice and/or other item

15   that it may pertain to.

16   Q  Is there a customer overpayment portion of

17   the unapplied cash account?

18        MR. WALD:  Object to the form.

19        THE WITNESS:  I am not in the detail of the

20   system in that regard, that level of detail.

21        BY MR. BRITTON:  Q.  Were you ever at that

22   level of detail?

23   A  No.

24   Q  The last line of the top paragraph says "She

25   further stated that the company is in the process in

162

1    investigating this past practice."

2        Is that a true statement?

3    A  All I can tell you is that when the

4    allegations were raised, legal undertook an

5    investigation to evaluate whether or not the

6    allegations had any merit.

7    Q  Okay.  The -- I'm taking from this sentence

8    is that the practice of moving certain items from

9    unapplied cash to bad debt reserve was the subject of

10   an investigation, and that's what I'm asking; is that

11   true?

12        MR. WALD:  Object to the form.

13        THE WITNESS:  I was not involved in the

14   actual investigation.

15        BY MR. BRITTON:  Q.  Do you know what the

16   results of that investigation were?

17   A  No, I do not.

18        MR. WALD:  Objection; form.

19        THE WITNESS:  Sorry.

20        BY MR. BRITTON:  Q.  Do you know if there

21   were any consequences to anybody as a result of moving

22   certain items from unapplied cash to bad debt?

23   A  I was not involved in the investigation.

24   Q  So you don't know anything about it?

25   A  (Witness shakes head.)

163

1        MR. WALD:  Can you answer audibly to the last

2    question, so you don't know anything about it?

3        THE WITNESS:  I do not know of any details of

4    the investigation.

5        MR. BRITTON:  Okay.

6        THE WITNESS:  Sorry.

7        BY MR. WALD:  Q.  Do you know who was

8    responsible for the investigation?

9    A  Again, I believe the investigation was

10   conducted by our in-house counsel.

11   Q  All right.

12        The next paragraph says "Mr. Krisman stated

13   that plaintiffs had further alleged that at the end of

14   every month, Oracle would run an auto adjustment that

15   would take money out of the unapplied cash account and

16   would transfer it to the bad debt reserve account.

17   Minton stated that, to her knowledge, this had not

18   occurred in fiscal year 2001."

19        Do you remember talking to the SLC about --

20   about this?

21   A  I don't recall it.

22   Q  Okay.  Do you know if the auto adjustment

23   ever happened at Oracle?

24   A  I do not know that had ever happened.

25   Q  Okay.

164

1    A  I'm not sure what they're referring to.

2    Q  Would you know if an auto adjustment had been

3    made to take money from the unapplied cash account and

4    move it to the bad debt reserve?

5        MR. WALD:  Object to the form.

6        THE WITNESS:  No, I would not know.

7        BY MR. BRITTON:  Q.  Who would know the

8    information?

9    A  I'm just telling you that I was not in that

10   level of detail.

11   Q  Okay.

12   A  I was much further up in the organization and

13   did not have in-depth knowledge.

14   Q  Okay.  Do you know who at Oracle would be

15   responsible or would be in a position to know whether

16   this auto adjustment had been made?

17   A  I'm not sure how to answer your question.  I

18   know nothing of the auto adjustment.

19   Q  Okay.  So if today you wanted to find out if

20   Oracle, at the end of every month, ran an auto

21   adjustment to take money from the unapplied cash

22   account into the bad debt reserve account, how would

23   you find that out?

24   A  I would go talk to somebody who was managing

25   our accounts receivable function.

165

1    Q.  Okay.  And who was that in fiscal year 2001?

2    A.  In fiscal year 2001, Mike Quinn had

3  responsibility for revenue operations.  Accounts

4  receivable is a function that fell underneath that

5  umbrella.

6    Q.  Okay.  Did Oracle have any controls in place

7  in fiscal year 2001 that would have identified a

8  transaction valued in many millions of dollars moving

9  from the unapplied cash account to the bad debt

10  reserve account?

11    MR. WALD:  Object to the form; lacks

12  foundation.

13    THE WITNESS:  I need you to rephrase the

14  question.  Put some parameters around dollars and

15  whatnot.

16    BY MR. BRITTON:  Q.  Okay.  If, say, in Q3

17  2001 $20 million had moved -- had been moved from

18  Oracle's unapplied cash account to its bad debt

19  reserve account, did Oracle have any controls in place

20  that would alert management of that movement?

21    MR. WALD:  Same objection.

22    THE WITNESS:  I do not know.

23    BY MR. BRITTON:  Q.  Did you know in fiscal

24  2001?

25    A.  I do not know.

166

1    Q.  Did you know that Oracle's unapplied cash

2  account, the customer overpayment part of that

3  account, dropped more than $100 million in Q2 '01?

4    MR. WALD:  Object to the form of the

5  question; lacks foundation.

6    THE WITNESS:  I do not know.

7    BY MR. BRITTON:  Q.  Did Oracle have any

8  controls in place in fiscal year 2001 that would have

9  alerted management to the unapplied cash account

10  dropping by $100 million in one quarter?

11    MR. WALD:  Same objection.

12    THE WITNESS:  I do not know.

13    BY MR. BRITTON:  Q.  Okay.  Were you aware of

14  any reports that were generated about the -- either

15  the bad debt reserve or the unapplied cash account

16  during fiscal year 2001?

17    A.  Not that I recall.

18    Q.  Okay.  In Q3 2001, if you knew that

19  $20 million had moved from the unapplied cash account,

20  would you have had the ability to trace where it went?

21    MR. WALD:  Object to the form of the

22  question; it's hypothetical; lacks foundation.

23    THE WITNESS:  I don't know.

24    BY MR. BRITTON:  Q.  Who would know that?

25    A.  I don't know.

167

1    Q.  Did you ever have to trace any movement from

2  one general ledger account to another general ledger

3  account in your time as chief accounting officer at

4  Oracle?

5    A.  Did I personally --

6    Q.  Uh-huh.

7    A.  -- have to trace amounts moving from one

8  account to another?

9    Q.  Uh-huh.

10    A.  No.

11    Q.  Okay.  At any time in your -- while at

12  Oracle?

13    A.  I perform -- I would have performed variation

14  analyses at a higher level.

15    Q.  Okay.  If you wanted to -- if you wanted to

16  trace where amounts left the unapplied cash account

17  and moved to another account, could you do that if you

18  wanted to?

19    A.  I'm certain that we could trace it back

20  electronically.

21    Q.  Okay.

22    A.  There would be an audit trail in the systems.

23    Q.  Okay.  And what system were you using at the

24  time that would enable you to do -- to trace the audit

25  trail?

168

1    A.  I'm referring to Oracle Financial Systems.

2    Q.  Okay.  When you say you did variation

3  analysis, what do you mean?

4    A.  I would explain, you know, different than an

5  auditor would differences.  Not at this time I would.

6  I would have personally.  I would review variation

7  analyses that were performed, but you would explain

8  large swings in accounts that were unusual.

9    Q.  Okay.  Did you ever do that at Oracle?

10    A.  Do you want to put a time frame on it?

11    Q.  Let's start with ever.

12    A.  When I joined Oracle in the early 1989, 1990

13  time period, for a few years after that I was very

14  much involved in doing a detailed financial review of

15  the U.S. amounts, or the U.S. ledger I should say.

16    Q.  Okay.  And in fiscal year 2001, did you ever

17  perform that variance analysis?

18    A.  On the U.S. ledger?

19    Q.  Yes.

20    A.  No.

21    Q.  Did you instruct anybody to do a variance

22  analysis of the ledger in fiscal year 2001?

23    A.  That would be a common review analysis that

24  would have been performed by members in the general

25  ledger accounting team.

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

---

169

1    Q   And who were those people --
2    A   I don't recall.
3    Q   -- in 2000?
4        Okay.  In the second quarter of fiscal year
5    2001, Oracle's customer overpayment account declined
6    from 150 million to about $25 million.
7        Did Oracle ever investigate why that dropped?
8        MR. WALD:  Object to the form of the
9    question; lacks foundation.
10       THE WITNESS:  I do not know.
11       BY MR. BRITTON:  Q.  Okay.  Do you know if
12   there was any investigations into any adjustments in
13   the overpayment account during the second quarter of
14   2001?
15       A   Are you referring to the unapplied account?
16       Q   Yes.
17       A   Versus the -- so can you repeat your
18   question.
19       Q   Well, I'm -- yeah.  I'm focusing specifically
20   on the customer overpayment account.
21       Are you familiar with that account?
22       MR. WALD:  Object to the form of the
23   question.
24       THE WITNESS:  Is that not unapplied cash?
25       BY MR. BRITTON:  Q.  Isn't it a part of

---

170

1    unapplied cash or is unapplied cash --
2    A   I'm asking you.
3    Q   Well, I'm asking you.  I don't know.  I'm
4    asking you.
5    A   I don't know, either --
6    Q   You don't know?
7    A   -- if it is.  I'm pretty certain it might be,
8    but I don't remember it being a specific general
9    ledger balance.
10   Q   Okay.
11       MR. WALD:  I guess, Doug, some of your
12   questions seem to make representations.  So did you
13   mean to make a representation about that last
14   question --
15       MR. BRITTON:  Yes.
16       MR. WALD:  -- or are you asking?
17       MR. BRITTON:  Yeah.  When I ask a question
18   that has a fact based in it, I'm making a
19   representation that that's a fact that we know about.
20       THE WITNESS:  And what fact would that be?
21       BY MR. BRITTON:  Q.  The customer overpayment
22   account declined from 150 million to 250 million in Q2
23   '01.
24       MR. WALD:  He's representing that to you.
25       BY MR. BRITTON:  Right.

---

171

1    Q   I'm representing --
2    A   Oh, I see.
3        MR. WALD:  That doesn't mean you need to
4    accept it or know about it.
5        THE WITNESS:  I don't know.
6        BY MR. BRITTON:  Q.  You don't know.
7        Did the -- going back to Exhibit 30, the
8    investigation that we had talked about earlier --
9        A   Can I ask you a question off the record?
10       Q   Sure.  Why don't we go off the record.
11       THE VIDEOGRAPHER:  Off record at 2:46.
12       (Short break taken.)
13       THE VIDEOGRAPHER:  On record at 2:49.
14       MR. WALD:  Doug, the witness wanted to talk
15   to me, because in thinking about a prior question that
16   you had asked her, she believes that she does have
17   information that she thought she didn't recall
18   previously.
19       So we need to find the question and just make
20   sure we get the record straight about what the
21   question and what the answer was.
22       MR. BRITTON:  Why don't you tell me what you
23   remember, and maybe I can ask the question again.
24       MR. WALD:  It was a question about -- go
25   ahead.

---

172

1        THE WITNESS:  It was a question about is
2    there somebody today who could answer whether or not
3    there were some controls in place.  Something along
4    those lines.
5        MR. BRITTON:  Okay.
6        MR. WALD:  So let's see if we can find the
7    exact question.
8        (Whereupon record read by Mr. Wald as
9    follows:
10       "Question:  Okay.  So if today you wanted to
11       find out if Oracle, at the end of every
12       month, ran an auto adjustment to take money
13       from the unapplied cash account into the bad
14       debt reserve account, how would you find
15       that out?
16       "Answer:  I would go talk to somebody who was
17       managing our accounts receivable function.
18       "Question:  Okay.  And who was that in fiscal
19       year 2001?
20       "Answer:  In fiscal year 2001, Mike Quinn had
21       responsibility for revenue operations.
22       Accounts receivable is a function that fell
23       underneath that umbrella."
24       THE WITNESS:  I still think it was a query
25   before that, but maybe I'm just recalling the question

---

173

1  incorrectly.
2       MR. WALD:  What were the -- okay.
3       THE WITNESS:  Is there anybody that you could
4  go to today who could answer these questions, I
5  thought, was more or less the question.
6       BY MR. BRITTON:  All right.  Let me -- let
7  me -- let me try asking it a different way, so
8  let's -- ready?
9    Q  If you wanted to find out today if items were
10  being moved from the unapplied cash account to the bad
11  debt reserve account, could you do that?
12       MR. WALD:  Okay.  Back in 2001 or today?
13       BY MR. BRITTON:  Let's start with today.
14    Q  If you wanted to find out whether somebody in
15  the last month had moved amounts from unapplied cash
16  to bad debt, could you do that?
17    A  Could I do that?  I could go to somebody.  I
18  could ask somebody to investigate it.
19    Q  Okay.  And who would you go to?
20    A  Greg Myers.
21    Q  Greg Myers.
22       And you know how he would investigate it?
23    A  Greg Myers is our global process owner for
24  order to cash, so he's got in-depth knowledge with
25  regards to the systems and the processes, so he is our

174

1  functional matter expert, if you will.
2    Q  Okay.  Now, if you wanted to find out today
3  whether items had been moved from unapplied cash to
4  bad debt back in 2001, could you do that?
5    A  Again, I would ask Greg Myers to investigate
6  it.
7    Q  Okay.  And was Greg Myers with Oracle in
8  fiscal year 2001?
9    A  I believe he was, yes.
10    Q  Okay.  If you look at the last page of
11  Exhibit 30, which was the SLC interview memo, the last
12  sentence of the top paragraph we looked at before says
13  "She further stated that the company is in the process
14  of investigating this practice."
15       Were the individuals that were being
16  investigated in your organization the organization you
17  were responsible for?
18       MR. WALD:  Object to the form of the
19  question; misstates the testimony.
20       BY MR. BRITTON:  Q.  You can answer.
21    A  I had responsibility for the global finance
22  organization of which collections fell underneath.
23    Q  Okay.  And if you had responsibility for
24  oversight of the -- withdrawn.
25       If you had responsibility for the global

175

1  finance organization of which collections was
2  underneath, did anybody give you the results of this
3  investigation?
4    A  No.
5    Q  Why not?
6    A  I don't know.
7    Q  Didn't you care?
8    A  I don't recall receiving the results of the
9  investigation.
10    Q  And my question was, were you interested in
11  the investigation?
12    A  Yes.
13    Q  If this stuff had happened, weren't you
14  interested in finding out the results?
15    A  Yes.
16    Q  But you didn't look for the results or ask
17  about the results?
18    A  I was told -- I think it was appropriate for
19  legal to keep me uninvolved in the investigation.
20    Q  Okay.  And why do you feel that way?
21       MR. WALD:  Well, to the extent that you were
22  informed by things that were said to you by counsel in
23  a privileged conversation, I would instruct you not to
24  answer.
25       THE WITNESS:  Okay.

176

1       BY MR. BRITTON:  Q.  You can answer the
2  question with the exception.
3       MR. WALD:  If you can, subject to my
4  instruction.
5       BY MR. BRITTON:  Q.  Right.
6    A  I cannot subject to his instruction.
7    Q  Okay.  Okay.  Put the SLC report aside.
8       (Document marked Exhibit No. 37
9       for identification.)
10       MR. WALD:  Thank you.
11       BY MR. BRITTON:  Q.  I've placed in front of
12  you what's been marked as Minton Exhibit 37.  Will you
13  take a moment to look at this exhibit.
14       For the record, Exhibit 37 starts at Bates
15  NDCA-ORCL 061391 and ends at 405.
16    Q  Have you had a chance to look at Exhibit 37?
17    A  Uh-huh.
18    Q  Do you recognize it?
19    A  No, I don't really remember this.
20       MR. BRITTON:  Okay.  Did I mark this for the
21  record already?
22       THE REPORTER:  Yes.
23       MR. WALD:  Is it Exhibit 37?
24       BY MR. BRITTON:  Yeah.
25    Q  This is a couple of e-mails, the top one of

---

177

1  which is from you to Ivgen Guner and several others;
2  is that right?
3  A  Yes, it is.
4  Q  Okay.  And it's dated May 30th, 2001; is that
5  right?
6  A  Yes, it is.
7  Q  And that would be in Oracle's fourth quarter
8  '01, fiscal '01?
9  A  That is correct.
10  Q  Okay.  Do you recognize the format of what's
11  attached to these e-mails?
12  A  I don't recognize it.
13  Q  Okay.  If you look at --
14  A  I can interpret it, but I --
15  Q  Okay.  Let's go through it.
16  A  I don't recall seeing it.
17  Q  If you look at the fourth page.
18  A  The one that says "Page Break"?
19  Q  No.  It says --
20  A  Is there a number?
21  Q  Oh, you know what, my copy doesn't have that.
22  It's a page that ends in Bates 393.
23  A  Okay.
24  Q  Are you there?
25  A  Uh-huh.

---

178

1  Q  What is this spreadsheet?
2  A  It is a spreadsheet that has a customer name,
3  an invoice number, an order number, balance due,
4  revenue backed out, the date that the revenue was
5  recognized, the line of business that it pertains to,
6  and the cost center.
7  Q  Okay.  Now, what is "BOL W20"?  Do you know?
8  A  "BOL" would refer to business online. I
9  believe.  "W20," I have no idea what that means.
10  Q  Okay.  And this --
11  A  Although it appears, if I look at -- I
12  believe it's Bates No. 016937, "Consulting" at the top
13  of the page --
14  Q  Yes.
15  A  -- W22, so it's possible, if I can carry on
16  here, to Bates No. 061401 where "Education" is at the
17  top of the page --
18  Q  Right.
19  A  -- it may be a hierarchy rollup.  So "BOL" or
20  sorry, "W20" would refer to license, possibly
21  education to W21, consulting W22.  I'm speculating.
22  Q  Okay.  Could that be like an entry somewhere,
23  like an account?
24  A  No, no, no, no.
25  Q  No?

---

179

1  A  No, no, no, no.  It's a hierarchy rollup of
2  cost centers.
3  Q  Okay.
4  A  When you sum it all up, you have a parent
5  rollup and you have children.
6  Q  Okay.
7  A  Does that make sense?
8  Q  Yes.  All right.
9  The column that says "Revenue backed up," do
10  you know what that represents?
11  A  I honestly don't recall what this represents.
12  I can possibly speculate, but that would be a
13  speculation on my part.
14  Q  Would it be an educated speculation or pure
15  speculation?
16  A  Obviously I don't recall.
17  Q  Okay.  Now, the -- the total revenue to be
18  backed out down below --
19  A  Uh-huh.
20  Q  -- it says 388,148.  Is that in -- is that
21  truly 388,000, or is it 388 million?  I would look at
22  some documents, but they're abbreviated.
23  MR. WALD:  For what it's worth, it says
24  388,148.08.
25  BY MR. BRITTON:  Q.  So it's 388,000?

---

180

1  A  Yes.
2  Q  All right.
3  The revenue recognition date --
4  A  Yes.
5  Q  -- over here there's dates for fiscal year
6  2000 and fiscal year 2001 --
7  A  Yes.
8  Q  -- is there any way to determine what quarter
9  the revenue was recognized in?
10  A  I'm sure if we went back to the actual
11  invoice number and order number in the system, we
12  could discern that information.
13  Q  Okay.  And if you wanted to do that today,
14  how would you do it?
15  A  I would contact Greg Myers.
16  Q  Greg Myers, okay.
17  Okay.  If you look to the end of the
18  consulting part of this spreadsheet, it ends in 400.
19  A  Yes.
20  Q  Looks like there's $25 million to be backed
21  out of revenue.  Do you recall in the fourth quarter
22  of 2001 $25 million in consulting revenue being backed
23  out?
24  A  I do not recall.
25  Q  Okay.  If you look at the very last page of

---

181

1  this exhibit, it's for support, and it has a number of
2  6.89 million to be backed out.
3      Do you recall 6.89 million being backed out
4  of revenue for support?
5      MR. WALD:  In what period?
6      MR. BRITTON:  In the fourth quarter of 2001.
7      MR. WALD:  Fourth fiscal -- fourth quarter of
8  fiscal year 2001?
9      MR. BRITTON:  Correct.
10     MR. WALD:  Object to the form.  The question
11 lacks foundation.
12     THE WITNESS:  I'm sorry.  What was the
13 question?
14 BY MR. BRITTON:  Q.  Do you recall
15 $6.89 million of revenue being backed out of support
16 in the fourth quarter of fiscal 2001?
17     A  No, I do not.
18     Q  Okay.  What are revenue back-outs?  Do you
19 know?
20     A  I honestly do not know what this document is.
21     Q  Okay.
22     A  I cannot recall.
23     Q  Okay.  The question -- the question I asked
24 was "What are revenue back-outs?"  And you answered I
25 don't recall what this document is.

182

1      Do you know -- separate and apart from this
2  document, do you know what a revenue back-out is?
3      MR. WALD:  Object to the form of the
4  question; lacks foundation.
5      Go ahead.
6      THE WITNESS:  It's implying that revenue is
7  being credit-mounted, I would presume.
8      BY MR. BRITTON:  Q.  And what circumstances
9  would revenue be backed out at Oracle?  Can you tell
10 me the reasons why you would do that?
11     A  There are a variety of reasons.  If a
12 customer failed to pay and we deemed it uncollectible,
13 customer went bankrupt.  There are a number of
14 different reasons that might give rise to revenue
15 being reversed.
16     Q  Okay.  Can you think of any others other than
17 failure to pay and bankruptcy?
18     A  Not that I can recall off the top of my head
19 at the moment.  Oh, you know, if for some reason there
20 was a customer satisfaction issue, that might be
21 another reason, and we decided to allow the customer
22 to not have to further pay the invoice.
23     Q  Okay.  All right.
24     You mentioned "credit memoed for revenue."
25 What does that mean?

183

1      A  Reverse the revenue.
2      Q  All right.
3      If you look at the first page of Exhibit 37,
4  it says "Summary of corporate adjustments."  Can you
5  tell me what "corporate adjustments" mean?
6      A  I do not know what they are referring to
7  here.
8      Q  And do you know who at Oracle was responsible
9  for tracking corporate adjustments?
10     A  I think corporate adjustments in this
11 particular report is a -- a bad name.  I have no idea
12 what it refers to.
13     Q  So you never heard of the term "corporate
14 adjustments" used at Oracle?
15     A  We -- I have.  Corporate adjustments is a
16 term that I use in the forecasting process.
17     Q  Okay.  Outside of forecast --
18     A  Not in -- not in terms of the accounting
19 process.
20     Q  Okay.
21     THE VIDEOGRAPHER:  20 minutes left of tape.
22     BY MR. BRITTON:  Q.  Okay.  You mentioned as
23 one of the reasons that revenue would be backed out is
24 that if the customer failed to pay or if it was
25 otherwise uncollectible.

184

1      Why would that result in a revenue reversal
2  instead of a write-off against a reserve?
3      A  The manner in which we provide for reserves,
4  bad debt reserves, or sales returns, returns and
5  allowances is we would, each month, take 1 percent --
6  at the time it may have been 2 -- 1 percent of revenue
7  and 1 percent for bad debt expense.  We estimated what
8  our bad debt expense was and the credit would go to
9  bad debt reserve.
10     Each quarter we would evaluate what our
11 returns reserve requirements were in connection with
12 that, and whenever we had a -- an invoice that was not
13 collectable, we always reversed it to the original
14 accounting so that if somebody got paid on that
15 invoice, that would then reverse it, and they would
16 get clad back for their commissions related to that.
17     Does that make sense?  So we always write off
18 everything against revenue rather than to the reserve,
19 because we want to get the commissions clad back for
20 the salesperson and/or individual that had
21 responsibility for that --
22     Q  Okay.
23     A  -- particular transaction.
24     Q  Under what circumstances would you write off
25 against a reserve as opposed to going back to the

185

1    revenue and reversing?
2       A  We generally don't go against the reserve.
3    We go against revenue. So we estimate what our
4    uncollectible account history is and provide for that
5    monthly. But instead of going against the reserve, we
6    actually go against revenue. We write off the actual
7    underlying invoice.
8       Q  And does that impact revenue in the quarter
9    in which it's reversed?
10      A  Yes, it would.
11      Q  The bottom e-mail is from Tammy Pinnick. Who
12   is she?
13      A  Based on this e-mail note, she was the
14   revenue accounting manager.
15      Q  Okay. And then your e-mail that you're
16   forwarding to Ivgen and others, you say "Here is the
17   breakdown by year of the adjustments for invoices in
18   legal." What does that mean, "invoices in legal?"
19      A  Invoices that were sent to legal for
20   follow-up collection.
21      Q  Okay. And if the revenue is being reversed,
22   does that mean it's been determined to be
23   uncollectible?
24      MR. WALD: Object to the form.
25      BY MR. BRITTON: Q. Or for revenue to be

186

1    backed out, does it mean that there's been a
2    determination that that revenue is uncollectible?
3       MR. WALD: Same objection.
4       BY MR. BRITTON: Q. You can answer.
5       A  Okay. Basically, yes. If we are not going
6    to follow-up on an invoice, we would reverse it.
7       Q  Okay.
8       A  That way the invoices are moved from our
9    accounts receivable trial balance.
10      Q  All right.
11         What happens when an invoice that is written
12   off is later collected? Where does that money go?
13      A  I think that in that event they would have to
14   restore the original invoice and reverse the write-off
15   and then apply the cash to the invoice.
16      Q  The salesman gets his commission; is that
17   true?
18      A  Yes.
19      (Document marked Exhibit No. 38
20      for identification.)
21      THE WITNESS: Do you have a question?
22      BY MR. BRITTON: Q. Go ahead and review that
23   for a second --
24      A  Okay.
25      Q  -- and tell me if you recognize it.

187

1       Okay. I placed in front of you what's been
2    marked as Minton Exhibit 38. Will you take a moment
3    to look at this exhibit.
4       For the record, Exhibit 38 starts at Bates
5    NDCA-ORCL 119340 to 344.
6       THE VIDEOGRAPHER: Ten minutes.
7       MR. BRITTON: Go ahead and change the tape.
8       THE VIDEOGRAPHER: Okay. This marks the end
9    of tape three in Volume I of the deposition of
10   Jennifer Minton.
11      At 3:20, going off the record.
12      (Short break taken.)
13      THE VIDEOGRAPHER: Okay. On record at 3:30.
14   This marks the beginning of tape four,
15   Volume I, in the deposition of Jennifer Minton.
16      MR. BRITTON: Before we get to this
17   document, counsel and I just had a conversation off
18   the record that I'd like to put on the record.
19      We're at 3:30 right now, and it's five hours
20   of elapsed time. I have, you know, another 30, 40
21   deposition exhibits left, in addition to a whole host
22   of authentication questions to ask, and there's no way
23   I'm going to get this completed in two hours.
24      So our position is we need more time. And,
25   Peter, if you want to put your position on the record,

188

1    you're more than welcome to.
2       MR. WALD: Thanks, Doug.
3       Yes we did have a colloquy about this and
4    agree to disagree. Defendant's position is that the
5    plaintiffs have seven hours of deposition time with
6    this witness, and we intend to break the deposition
7    when that seven hours has elapsed. Thank you.
8       BY MR. BRITTON: Q. Okay. Ms. Minton, have
9    you had an opportunity to look at Exhibit 38?
10      A  Yes.
11      Q  Okay. Do you recognize it?
12      A  Yeah, I recall this e-mail.
13      Q  Okay. This is an e-mail dated June 1st,
14   2001; is that right?
15      A  June 1, 2001, yes.
16      Q  And it's from Larry Garnick to you?
17      A  That would be correct.
18      Q  Okay. Larry Garnick worked for you; is that
19   right?
20      A  Yes, he did.
21      Q  Okay. Is this a true and accurate copy of
22   the original e-mail?
23      A  I presume that it is.
24      Q  Okay. And was it Mr. Garnick's
25   responsibility to send this e-mail?

189

1    A  I'm not sure what you mean by his
2  responsibility.  He sent the e-mail because he was
3  looking into an issue.
4    Q  Okay.  That was part of his job, to send --
5  to look into this issue?
6    A  This was not a recurring issue, so I'm not
7  sure if I asked him to look into it because he was
8  available or -- or what.
9    Q  Okay.  The top line says "Jennifer, the final
10  may support revenue recognition correction was
11  $7 million, most of which was recorded in Q3 in
12  error."
13    Do you recall $7 million of support revenue
14  being recognized in Q3 in error?
15    MR. WALD:  Object to the form.
16    THE WITNESS:  The correction that he's
17  referring to here actually spanned not just Q3 but
18  months in Q4.  So if you look back at the journal
19  entries for revenue recognition errors between January
20  and April of 2001.
21    BY MR. BRITTON:  Q.  Where are you referring
22  to?
23    A  The second page, "Justification."  This
24  journal entry is proposed to cumulatively correct
25  revenue recognition for support contracts from

190

1  January 2001 through 2001.
2    Q  Okay.  So obviously the ones after
3  February 28th would be in Q4?
4    A  That is correct.
5    Q  Do you recall why the revenue was recognized
6  in error?
7    A  I can tell you -- I forget all of the fine
8  details.  It's pretty complicated e-mail, but
9  essentially when the contracts were set up in OKS they
10  had the wrong service period attached to them.
11    So instead of being recognized over in the
12  service period, and generally our support contracts
13  are one-year contracts, some of the revenue was
14  accelerated, because it was not attached to in the
15  system for the correct service period.
16    Q  Okay.  What is OKS?
17    A  OKS is -- I forget.  I think it stands for
18  Oracle contract system.
19    Q  Okay.
20    A  It's an application that was used to renew
21  support contracts.
22    Q  Okay.  If you look at the second paragraph,
23  and it's the third sentence, it says "The support
24  renewals group encountered significant productivity
25  problems which have taken months to resolve and

191

1  revenue recognition errors simply cannot be repeated."
2    Do you remember what the significant
3  productivity problems were?
4    A  Yes, I do.
5    Q  What were they?
6    A  When we implemented OKS in -- I want to say
7  it was January of 2001 -- the system was a new system
8  that was replacing an existing system that was used to
9  track support contracts that would come up for
10  renewal, and the contracts from the old system were
11  migrated to this new application.  But unfortunately
12  this new application, at the time, did not have
13  adequate management reporting capabilities, and so it
14  was difficult to be able to track that all contracts
15  that were up for renewal were actually being worked by
16  the support sales renewal rep.
17    It was the primary problem that I recall.
18    Q  Was OKS an 11i module?
19    A  Yes, it was.
20    Q  Okay.  The last sentence there's a reference
21  to auto renewals.  Do you know what those are?
22    A  This was -- again, it was like a tickler file
23  that would identify contracts where the service period
24  was coming to conclusion, and therefore, if I recall
25  correctly, it was functionality that identified which

192

1  contracts were up for renewal so that the sales rep
2  could follow up on the -- with the customer to get the
3  contract renewed.
4    Q  Okay.  Okay.  We talked earlier about Oracle,
5  instead of writing off against reserves, you would
6  reverse revenue going back to the original deal.
7    Do you remember that testimony?
8    A  What we would do is we would reverse the
9  original invoice, and the revenue would get offset
10  against the cost center that originally enjoyed the
11  original revenue.
12    Q  Okay.  And then if a payment was actually
13  received after that, you would reinstate the original
14  contract; is that right?
15    A  Well, I'm not certain as to the mechanics.
16  But if you wanted to apply it to that invoice, you
17  would either have to reverse the credit memo or just
18  record it as other revenue.
19    Q  Okay.  And would that be recorded as other
20  revenue in the period in which it was paid?
21    A  I presume, yes.
22    Q  Okay.  You can put those documents aside.
23    Do you remember the NAS division,
24  George Roberts' group, starting out at the gate in Q3
25  2001 slow?

193

1    A  I don't recall.

2    Q  Okay.  Winton 43.  I've placed in front of

3  you what's been previously marked as Winton

4  Exhibit 43.

5       Will you take a moment to look at this

6  exhibit for me please.  And, for the record, Winton

7  Exhibit 43 starts at NDCA-ORCL 612306 and ends at 308.

8       Do you recognize Winton Exhibit 43?

9    A  I recognize the e-mail, yes.

10   Q  Okay.  And how do you recognize Exhibit 43?

11   A  I believe that this is an e-mail note that I

12  saw in preparation for this deposition.

13   Q  Okay.  Now, you're not a recipient on any of

14  these e-mails; right?

15   A  Not on this one.  This is going from David to

16  George, but I believe that based on the fact that it

17  says "George and I added," that he was sending this

18  e-mail to me.

19   Q  Okay.  Good.

20   A  This may have been a copy that he had sent

21  himself, or maybe he was preparing it to subsequently

22  send later.

23   Q  Okay.

24   A  Could have been a draft.

25   Q  But the question I have for you is whether

194

1  you remember receiving this e-mail?

2    A  I don't recall.

3    Q  Okay.  Do you recall discussing any of the

4  contents of this e-mail at the executive management

5  committee meeting in the early part of December?

6    A  I don't recall any specifics of the EC

7  meetings.

8    Q  Okay.  Is this the type of information that

9  would be discussed at the EC meetings?

10   A  We discussed forecasts.  It was a standing

11  agenda item at every EC meeting.

12   Q  Okay.  Now, if you look at the specific

13  contents of this e-mail, the first paragraph says

14  "Just to let you know, the review background and

15  discussions around our initial Q3 Forecast of

16  $348M.  "Our LOB's turned in $311M with $28M of

17  Judgment.  George and I added another $39M for this

18  submission."

19       You testified that forecast issues were on

20  the agenda, and my question is whether the information

21  that's contained in the first paragraph fall within

22  your definition of forecast issues?

23   A  I don't believe I said "forecast issues."  I

24  believe I said that we had the forecast as a standing

25  agenda item.

195

1    Q  Okay.  So then my question is, does the

2  information that is contained in the first paragraph

3  of this e-mail fall within the definition of forecast

4  that you're using to describe the EC meetings?

5    A  I'm sorry.  Can you rephrase your question?

6  I really don't understand what you're trying to ask

7  me.

8    Q  I'm trying to get an idea if this is the type

9  of forecasting information that you would discuss at

10  the EC meetings.

11   A  At the EC meetings, generally the EVPs that

12  were in charge of the sales units would talk about

13  pipeline growth, what their worst case was, their best

14  case, and what their commit numbers were.

15   Q  Okay.  Would they talk about the amount of

16  judgment that they're adding to the forecast?

17   A  I don't recall.

18   Q  Okay.  Now, the -- paragraph that has the

19  number "2.  More Big deals this Q1&2.  As the schedule

20  shows, our results this year have been boosted by big

21  deals in both quarters.  Combined, these >$5M deals

22  contributed over $55M year to date.  Note that we only

23  have one deal above >$5M currently in the Q3 pipe.

24  Last year we had four deals that netted $28M."

25       Is this the type of information that would be

196

1  discussed at the EC meetings?

2    A  Again, I do not recall.

3    Q  Okay.  Do you recall the NAS pipeline having

4  fewer smaller deals in Q3 '01 than it did in Q3 2000?

5       MR. WALD:  As of the date of this e-mail?

6       MR. BRITTON:  Yes.

7       THE WITNESS:  I -- I do not recall.

8       BY MR. BRITTON:  Q.  Okay.  If you look to

9  paragraph number three, it says "NAS results took off

10  last year in Q3 and continued into Q4."

11   A  Uh-huh.

12   Q  Do you know what he's talking about there?

13   A  He's stating that their license revenue

14  results were strong in Q3 and in Q4.

15   Q  Do you know what created the strength in Q3

16  2000?

17   A  The economy was very strong.

18   Q  Dot.coms?

19   A  Dot.coms were one contributing factor.

20   Q  Okay.  And then paragraph four on the second

21  page, "Q3 Pipe not where it needs to be.  Based on the

22  conversion history, I think we need another $50M of

23  Apps and nearly $70M of Tech to feel statistically

24  comfortable to hit our Q3 budget."

25       Do you remember that information in the

197

1  beginning of Q3 2001?
2      A  I don't recall receiving this at the
3  beginning of Q3 2001.
4      Q  Okay.
5      A  I may have, but I just don't recall.
6      Q  Do you know if this was discussed at the EC
7  meeting?
8      A  Not that I recall, and again he's referring
9  to budget here, not forecast.
10     Q  Okay.  Okay.  Did you take any information
11  that is contained in Winton Exhibit 43 into
12  consideration when preparing the upside adjustment in
13  the potential forecast for Q3 2001 in the early part
14  of December?
15     A  I do not recall.
16     MR. BRITTON:  This one is Financial Report
17  Exhibit 21.
18     (Document marked Exhibit No. 21
19     for identification.)
20     MR. BRITTON:  That's Financial Report
21  Exhibit 22.
22     (Document marked Exhibit No. 22
23     for identification.)
24     MR. BRITTON:  Financial Report Exhibit 23.
25     ///

199

1      MR. WALD:  He represented that it is the
2  upside report dated 12/8/00.
3      THE WITNESS:  Okay.  Can I use a --
4      MR. WALD:  Why don't you use this piece of
5  paper that I gave you.
6      THE WITNESS:  I can't use one of these and
7  put it on there?
8      MR. WALD:  Here.  You can use one of mine.
9      THE WITNESS:  Okay.  This is 12/8; okay.
10     MR. WALD:  Okay.  I don't think Doug gave you
11  a date for it.
12     MR. BRITTON:  Right.
13     Q  Next one is at 2986.  It starts at 2986.
14     Do you have it?  It ends at 3002, and that is
15  the report for 12/11.
16     A  12/11?
17     Q  12/11.
18     The next report, Financial Report 23, starts
19  at ORCL 0003018 and ends at 3031, and this is the
20  upside report for December 13th, 2000.
21     A  This top page is not an upside report.
22     Q  Well, we'll get to that.
23     If you look to the second page, it has the --
24     A  You say it's the upside report for what date?
25     Q  12/13/2000; okay.

198

1      (Document marked Exhibit No. 23
2      for identification.)
3      MR. BRITTON:  Financial Report Exhibit 24.
4      (Document marked Exhibit No. 24
5      for identification.)
6      MR. WALD:  Can you identify these, Doug, for
7  the record?
8      MR. BRITTON:  Uh-huh.
9      THE WITNESS:  Are these in sequential order?
10     MR. BRITTON:  Yes, they are.
11     MR. WALD:  I think he's going to identify
12  them for the record.  That will be helpful.
13     MR. BRITTON:  Ready.
14     For the record, Financial Report Exhibit 21
15  is an upside report dated 12/8/2000.  It starts at
16  ORCL 0003003 and ends at 3017.
17     Financial Report Exhibit 22 starts at ORCL
18  0002986 and ends at 3002.
19     MR. WALD:  Hold on, Doug.  Yeah.
20     THE WITNESS:  I have too many documents in
21  front of here.  Unless I can write on them, it's --
22     MR. WALD:  Let's see.  So that's Financial
23  Report 21.
24     THE WITNESS:  Right, but what is this report
25  for?  What period?

200

1      Then the last one is Financial Report 24.  It
2  starts at 0003187 and ends at 3203, and this is the
3  upside report for 12/25.
4      I think this would be a good time to -- it's
5  39.  Let's mark this as Minton next in order.
6      (Document marked Exhibit No. 39
7      for identification.)
8      MR. WALD:  What is this?  30-what?  30-what?
9      For the record, while the witness is looking
10  through the document, let me just explain to you that
11  when Mr. Britton represents to you this is what a
12  document is, that's his understanding of what it is,
13  but obviously he's interested in knowing whether you
14  have an understanding which is the same or different;
15  okay?
16     THE WITNESS:  Okay.
17     MR. WALD:  So he's doing his best to tell you
18  what he believes it is, but obviously if you have a
19  different understanding of a particular document,
20  you're the witness, and I'm sure he's interested in
21  knowing that.
22     THE WITNESS:  Okay.  Got it.
23     MR. WALD:  Is that fair, Doug?
24     MR. BRITTON:  That is fair.
25     Q  Okay.  Let's -- let's focus on Minton

201

1  Exhibit 39 first; okay.  Then also I'd like you to
2  pull out Exhibit 27, which is your affidavit in the
3  summary judgment or affidavit for summary judgment in
4  the derivative case; okay.
5      If you turn to your affidavit to paragraph
6  three, do you have it in front of you?
7      Okay.  In your affidavit, paragraph three, it
8  says "The exhibits referenced in this affidavit are
9  true and correct copies of the documents indicated and
10 were used by Oracle in the normal course of its
11 business.  The Oracle reports attached as exhibits to
12 the appendix of Exhibits e.g., Upside reports,
13 Pipeline reports, Flash reports, are true and correct
14 copies thereof and were used by Oracle in the normal
15 course of its business."
16     Okay.  Do you see where I'm reading?
17     A   (Witness nods head.)
18     Q   Okay.  Do you remember saying that in your
19 affidavit?
20     A   Yes.
21     Q   Okay.  Now, if you look to Minton 39, this is
22 the index?
23     A   To Minton what?
24     Q   39 here.
25     MR. WALD:  Which is?

202

1      MR. BRITTON:  On top.
2      MR. WALD:  Which is for --
3      THE WITNESS:  Oh, this one here.
4      BY MR. BRITTON:  Right.
5      Q   Exhibit 39, for the record, is "Volume I of
6  9," the index for the "Individual Defendant
7  Lawrence J. Ellison's Compendium of Exhibits in
8  Support of Motion for Summary Judgment."
9      And if you look to page three of the
10 document, it has an index of the various upside
11 reports, and everything else that was contained in the
12 list of exhibits.
13     Do you see where I'm reading?
14     A   Is he referring to this?
15     MR. WALD:  Yeah, I think he's referring to
16 that.  It doesn't have a Bates number.
17     BY MR. BRITTON:  Q.  These don't have Bates
18 numbers.  So what do you have in your hand right now,
19 so I get it clear?
20     A   Exhibit 39, the third page.
21     Q   So that's the -- okay.
22     So if you turn to page two of the index,
23 which would be page four of the document.
24     MR. WALD:  There you go.
25     BY MR. BRITTON:  Q.  You see where I am?

203

1      A   Page two?
2      Q   Page two.  This has exhibits 21 through 34.
3      A   Uh-huh.
4      Q   And it has upside reports dated 12/8/2000
5  through 2/28/2001; do you see that?
6      A   I do.
7      Q   Okay.  Were these the exhibits that you were
8  referring to in paragraph three of your affidavit?
9      A   In paragraph three of my affidavit, I was
10 referring to the exhibits that were contained --
11     Q   Right.
12     A   -- in this summary of upside reports.
13     Q   Okay.  Now, if you look to paragraph 31 of
14 your affidavit, it lists the reports that you're
15 referring to; right?
16     A   That is correct.
17     Q   And it has DX21 through DX34.  Do you see
18 where I'm looking in paragraph 31 of your affidavit?
19     MR. WALD:  Hold on.
20     THE WITNESS:  Yes.
21     BY MR. BRITTON:  Q.  Okay.  So the exhibit
22 references DX21 through DX34.  Compare with 21 through
23 34 on page two of Minton 39.  So, with that in mind --
24     MR. WALD:  I'm sorry.  The -- the DX numbers
25 on pages ten and 11 of the witness's affidavit, which

204

1  is Exhibit 27, okay, what are you saying?  What are
2  you representing do they compare with?
3      MR. BRITTON:  Those correspond to the DX
4  numbers on page two of this list of exhibits.
5      MR. WALD:  And I don't see anything on
6  page two of Mr. Ellison's compendium that has the
7  abbreviation "DX" on the page.
8      MR. BRITTON:  Turn the page to the page
9  before up at the top.
10     MR. WALD:  Okay.
11     MR. BRITTON:  So that's the DX column.
12     MR. WALD:  So --
13     MR. BRITTON:  And I'll represent to you that
14 we pulled the same reports that Oracle used in
15 Larry Ellison's summary judgment.
16     So just to avoid any confusions and things, I
17 just wanted her to authenticate the same documents
18 that she authenticated in that case.
19     MR. WALD:  Okay.  On paragraph 31 of the
20 witness's affidavit, is that what you're looking at?
21     MR. BRITTON:  Yes.
22     MR. WALD:  Okay.  So DX23 in her -- on
23 page ten, it says, quote, "Only a partial report," end
24 quote.
25     MR. BRITTON:  Right.

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

---

205

1    MR. WALD:  And you're saying that corresponds
2  to the DX23 designation on page two of Mr. Ellison's
3  compendium?
4    MR. BRITTON:  Correct.
5    MR. WALD:  Okay.
6    BY MR. BRITTON:  Q.  So, with that in mind,
7  were these -- the documents that are listed in
8  Exhibit 31, were those the documents that you were
9  authenticating in paragraph three?
10   A  I'm assuming that your representation is
11  correct in that the documents that are listed in this
12  exhibit are the same documents that are contained as
13  an exhibit to my affidavit.
14   Q  They're -- they contain the exhibits to the
15  compendium of exhibits?
16   MR. WALD:  I think what the witness is saying
17  is she hasn't made that investigation, Doug.
18   You're representing that to her.
19   MR. BRITTON:  Right.
20   MR. WALD:  So she'll assume that for purposes
21  of responding to your questions.
22   BY MR. BRITTON:  Q.  So my question is, is
23  the paragraph three where you're referencing that the
24  exhibits referenced in this affidavit are true and
25  correct copies of the documents indicated, are those

---

207

1    THE WITNESS:  They're different.
2    MR. WALD:  Yeah.  I mean --
3    BY MR. BRITTON:  Q.  How are they different?
4    A  In the summary, in my affidavit -- affidavit
5  that itemizes the various upside reports, there is a
6  December 8th date, a December 11th date.  The report
7  that you're referring to --
8    MR. WALD:  Exhibit 39.
9    THE WITNESS:  -- Exhibit 39 contains a
10  December 13th date, which mine does not have in this
11  summary but is referred to in the text as a partial
12  report.
13   BY MR. BRITTON:  Q.  Okay.
14   A  Then we have December 25th, January 15th,
15  January 22nd, January 29th, February 5th,
16  February 12th.  I have February 19th in this schedule.
17  There is no reference to a date of February 16th which
18  is in Exhibit 39.
19   Q  Okay.
20   A  And then there's -- so we go back to
21  February 19th, February 26th, February 27th,
22  February 28th.
23   So the Exhibit 39 contains one more reference
24  to an upside report with a date of 2/16 that is not
25  referred to in my affidavit in the summary table, nor

---

208

1  the documents that are listed in paragraph 31 of your
2  affidavit?
3    A  Can you say that one more time?  Am I what?
4    Q  Are the documents that are listed in
5  paragraph 31 of your affidavit the documents that you
6  are referring to in paragraph three of your affidavit?
7    A  Yes.
8    Q  Okay.  So -- and these correspond with the
9  numbers that are listed on page two of Minton 39 --
10   MR. WALD:  Again, that's your representation.
11   BY MR. BRITTON:  Q.  -- is that correct?
12   Well, she can look at the exhibits I handed
13  her and see if they match up.
14   MR. WALD:  There are no Bates numbers.
15   MR. BRITTON:  Sure there is.  The Bates
16  numbers in the documents that I just handed out.
17   MR. WALD:  There isn't in Exhibit 39.
18  There's no Bates numbers in exhibit --
19   MR. BRITTON:  In her affidavit is what you're
20  saying?
21   MR. WALD:  Right, right.
22   MR. BRITTON:  Okay.
23   MR. WALD:  27.
24   THE WITNESS:  Can I ask -- you see this?
25   MR. WALD:  Yeah.  They're different.

---

208

1  in the paragraph above.
2    Q  Okay.  Do the exhibit references in your
3  affidavit, do those correspond correctly to the
4  exhibit references in Minton 39 by date?
5    A  I just said that they do not by the date of
6  February 16th.
7    Q  No, no.  Let me stop you here.
8    My question is, do the exhibit references in
9  your affidavit, the ones that are here, correspond
10  correctly to the ones that are listed here.  Not the
11  ones that are absent.  The ones that you listed.
12   MR. WALD:  I think you -- when you say
13  "exhibit references," Doug, it would be clearer, I
14  think, if you used the appellation "DX"; is that the
15  question?
16   MR. BRITTON:  That's correct.
17   MR. WALD:  In other words, to the witness's
18  knowledge, is the use of DX or DX designation in
19  Exhibit 27, which is her affidavit -- does that
20  correspond to the DX designation in Exhibit 39 which
21  is the compendium to Mr. Ellison's --
22   MR. BRITTON:  Correct.
23   MR. WALD:  -- statement?
24   THE WITNESS:  And as I stated before, it
25  corresponds with the exception of one date, 2/16/01 in

---

209

1    Exhibit 39, and -- yeah, because that's the only one
2    that I can see that is missing.
3         BY MR. BRITTON:  Right.
4         Q   And if you look at your affidavit,
5    Exhibit 27, you'll notice that from February 12th,
6    2001, DX29 goes to -- the next one is February 19th,
7    2001 --
8         A   That is correct.
9         Q   -- in DX 31.  So it skips DX30 in your
10   affidavit; is that correct?
11        A   Oh, yes, it does.
12        Q   Right.
13        So the one that you've identified as not
14   being inclusive is the one that's missing; is that
15   correct?  Withdrawn.
16        The February 9th -- the February 16th, 2001,
17   exhibit DX -- Exhibit 30, is not included in the list
18   of exhibits in your affidavit paragraph 31; is that
19   correct?
20        A   That is correct.
21        Q   Okay.  So with that being said, my
22   representation to you is copies of the same exhibits,
23   the ones I've handed to you, are the ones that came
24   from the compendium of Exhibit --
25        MR. WALD:  Exhibit 39.

210

1         MR. BRITTON:  Q.   -- Exhibit 39, right.
2         Let's go through; okay.  With all that said,
3    did I identify all of the exhibits that I put in front
4    of her?
5         MR. WALD:  Yes, FR21 through 24.
6         MR. BRITTON:  Yes.
7         MR. WALD:  Yes, you did.
8         BY MR. BRITTON:  Q.  Okay.  So FR21 is the
9    upside report for December 8, 2000; is that correct,
10   Ms. Minton?
11        A   You tell me.
12        Q   Well, I'll ask you now.  I'm asking you to
13   look at the document.  If you look at page two, do you
14   recognize --
15        A   Yes.
16        Q   -- this exhibit?
17        A   December 8th.
18        Q   So you recognize this exhibit; okay.
19        So you -- this is what we talked about
20   earlier.  You have the forecast column, the upside
21   column, and a potential column; is that right?
22        A   That is correct.
23        Q   So for license revenues, the $1.233 billion
24   is the field forecast; is that right?
25        A   That is correct.

211

1         Q   Then you added $159.5 million in upside; is
2    that correct?
3         A   That would be correct.
4         Q   To come up with a 1.393 million potential?
5         A   In U.S. dollars, correct.
6         Q   In U.S. dollars, which is the company's
7    forecast for Q3 2001 as of December 8th, 2000?
8         A   That is correct.
9         Q   Okay.  Now, the next column over is the
10   forecast versus prior year, and it says 18 percent.
11        So that would be the field forecast above the
12   prior year actuals for Q3 2000?
13        A   That is correct.
14        Q   So the field was --
15        A   Stated in U.S. dollar terms.
16        Q   So the field was forecasting 18 percent
17   growth for license revenues --
18        A   In U.S. dollars.
19        Q   -- in U.S. dollars.
20        Okay.  And then your potential was
21   forecasting 33 percent; is that right?
22        A   That is correct.
23        Q   All right.
24        Down below there's the earnings -- earnings
25   per share.  So the field was forecasting earnings per

212

1    share of 10.7 cents per share; is that right?
2         A   Not just the field.  I mean, it was the
3    forecast for everybody, but yes, it was 10.7.
4         Q   Okay.  And then with your upsides, it came up
5    to 12.8 cents?
6         A   That is correct.
7         Q   And the market expectation was $0.12?
8         A   At that point in time.
9         Q   Now, does this market expectation row
10   represent the consensus that we looked at before, or
11   does that represent the guidance that Oracle gave the
12   street?
13        A   It represents the consensus at that point in
14   time.
15        Q   At this point in time?
16        A   Okay.  So this would be prior to the release
17   of our earnings.
18        Q   Okay.  Then if you turn to the page that ends
19   at 3007 --
20        A   Yes.
21        Q   -- this is a breakdown by product category;
22   is that right?
23        A   3007?
24        Q   Yes.
25        A   It has it by product between apps technology

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

213

1   and then a total by management.

2     Q.  Okay.  And then the upside -- so we can tell

3   by looking at this report how much of your upside you

4   added on top of the North America license divisions,

5   as well as the others; is that correct?

6     A.  Correct.

7     Q.  So you added 25 million in upside for

8   OSI, 50 million in upside for NAS, and 35 million in

9   upside for OPI?

10     A.  25, 50, and -- I'm going to go to the other

11   page behind it, because it's a little bit easier to

12   read.

13     Q.  Yes, it's a little clearer.

14     So 25 upside, 50 to NAS, that would be George

15   Roberts, and 35 for OPI.

16     Q.  Okay.  You can put that document aside, and

17   if you look at Financial Report 22, you recognize this

18   exhibit?

19     A.  This is another upside report.

20     Q.  Yes.  Well, let me ask you that.

21     Is this another upside report?

22     A.  I'm stating a fact.  Exhibit 22?

23     Q.  22.

24     A.  Is another upside report.

25     Q.  Okay.  Is another upside report.

214

1     Is this the upside report for December 11,

2   2000?

3     A.  Upside 12/11, yes.

4     Q.  Okay.  Now, if you look at the first page,

5   you have two columns.  One is Q3 '01.

6     A.  I'm sorry.  The first page of which?

7     Q.  Financial Report 22.  It has Bates 2986.

8     A.  Okay.

9     Q.  You have two columns.  You have a forecast

10   column, and you have a potential column; is that

11   right?

12     A.  That is correct.

13     Q.  Okay.  So all the numbers on the left-hand

14   side represent the field numbers; is that correct?

15     A.  That is correct.

16     Q.  And all the numbers on the right-hand side

17   represent your potential numbers; is that correct?

18     A.  In constant dollars.

19     Q.  In constant dollars?

20     A.  Not U.S. dollars.

21     Q.  Okay.  So this would have the conversion

22   ratio from May of 2000?

23     A.  It would have it for our budget rate --

24     Q.  Budget rate.

25     A.  -- for fiscal 2001 year.

215

1     Q.  Okay.

2     MR. WALD:  This is as a function of Q3 '00

3   actuals in both columns?

4     BY MR. BRITTON:  Q.  Is that correct?

5     A.  Yes.

6     Q.  Okay.

7     A.  This is expressed in constant dollar terms.

8     MR. WALD:  Right.

9     BY MR. BRITTON:  Okay.  All right.

10     Q.  Now, the second row where it says "license,"

11   it has the various organizations down below.

12     A.  Yes.

13     Q.  Is there a ranking in terms of growth

14   percentages?

15     A.  It is so hard for me to read this summary

16   page.

17     Q.  Well, just your memory of what the columns

18   represent.

19     A.  I don't recall.

20     Q.  Okay.

21     MR. WALD:  Again, for the record, we're on

22   Bates 2986?

23     BY MR. BRITTON:  Yes, 2986.

24     Q.  So you don't recall what the -- the second

25   column represents?

216

1     A.  The second column?

2     Q.  Yeah.  Excuse me.  The second row right in

3   here.

4     A.  The second row just breaks down the license

5   revenue, margin, and growth rates --

6     Q.  Is this --

7     A.  -- for the individual organizations.

8     Q.  Right, and it's a ranking.  So it goes --

9     A.  Well, you said it's a ranking.  I'm not

10   testifying that it is.  I don't recall.

11     Q.  You don't recall whether it's a ranking or

12   not?

13     A.  Well, I don't see why you're saying it's a

14   ranking.

15     Q.  Well, if you look to the revenue growth

16   column, it goes in sequential order.

17     A.  There's two revenue gross columns.

18     Which one are you referring to?

19     Q.  Both, but let's start with the forecast.

20     A.  So in the forecast, it's not in any

21   particular order?

22     Q.  Okay.  Do you know why they're showing up in

23   the order that they're showing up?

24     A.  I don't recall.

25     Q.  Okay.

217

1      MR. WALD:  Doug, I'm sorry.  I'm confused.
2      When you say that it's in order, are we
3   looking at the same page?
4      MR. BRITTON:  Yes.  The second column.  I --
5   I was assuming this to be a ranking.  You know, OPI is
6   the highest growth rate, and then the next one is the
7   next highest, but it's not.  The witness has pointed
8   out that I am --
9      MR. WALD:  That the numbers don't go in that
10  order?
11     MR. BRITTON:  Right, right.
12     MR. WALD:  Okay.
13     BY MR. BRITTON:  Q.  Okay.  So if you turn to
14  page two, as of December 11th your upside has stayed
15  the same, is that right, as it was on December 8th?
16     A  I'd have to compare.
17     Q  Go ahead.
18     A  What precisely do you want me to compare?  I
19  mean, the dollar amounts are not --
20     Q  Your upside.
21     A  -- is an example the net income is different.
22     Q  I'm looking at your license upside
23  adjustment.
24     A  The upside adjustment for license is 159,500
25  on both schedules.

218

1      Q  Right.
2      So they haven't changed from 12/8 to 12/11;
3   is that right?
4      A  That is correct.
5      Q  Okay.
6      A  But there was a change in the consulting
7   line.
8      Q  Right.  I'm just focusing on license right
9   now.
10     If you turn to the page with Bates 2990.
11     A  Which upside report?
12     Q  It is Financial Report 22.
13     MR. WALD:  Further back in the same document.
14     THE WITNESS:  February 11th -- sorry --
15  December 11th?
16     MR. WALD:  December 11th?
17     BY MR. BRITTON:  Q.  Correct.
18     A  2988?
19     MR. WALD:  2990.
20     BY MR. BRITTON:  Q.  2990.
21     A  Yes.
22     Q  So your upside adjustments for the
23  North America Sales divisions have not changed; is
24  that right?
25     A  I'd have to compare it to -- I mean, in

219

1   totality, I can tell you --
2      Q  I'm talking about --
3      A  -- that it's the same.
4      Q  Right.
5      I'm talking about specific line items.  So
6   your upside adjustment had not changed for OSI, NAS,
7   or OPI; is that correct?
8      A  25, 50 and 35.  That would be correct.
9      Q  Okay.  You go to the next Exhibit 23, the
10  first page is not an upside report; is that right?
11     A  That would be correct.
12     Q  Okay.
13     A  I'm not sure what it is.  I can't read it.
14     Q  Okay.  If you go to the second page, excuse
15  me, the third page.
16     A  Well, actually, it might be an upside report
17  for the full year, but it's out of order.
18     Q  Right.  This is out of order.  I think this
19  is the one that says "Incomplete pages."  I'm not
20  sure.
21     All right.  So anyway, if you go to the page
22  with Bates 3020 --
23     A  Yes.
24     Q  -- your upside adjustment for license revenue
25  stayed the same; is that right?

220

1      A  159,500, yes.
2      Q  Okay.  And if you look at the page before,
3   the date look like 12/13/2000 below you there?
4      A  It might be.
5      Q  Okay.
6      A  It looks that way.
7      Q  Okay.  Now, the next exhibit, this is a
8   December 25, 2000, upside report; is that right?
9      A  Yes.
10     Q  Okay.  And if you look at page two --
11     A  Yes.
12     Q  -- which ends with Bates 0003188 --
13     A  Yes.
14     Q  -- it shows your upside adjustment for
15  license revenues remained the same; is that correct?
16     A  That is correct.
17     Q  And if you turn to the page with Bates 3191,
18  your upside adjustments for OSI, NAS, and OPI remain
19  the same; is that right?
20     A  159,500 for the whole organization.
21     Q  Right.
22     I'm going for individual lines of business
23  for OSI.
24     A  25, 50, 35?
25     Q  Right.  So they're the same, so they haven't

221

1  changed.
2      Okay.  So what types of factors would you use
3  to reduce your upside?
4      A  Whether my upside was increased or decreased
5  depended on information that was made available to me.
6      For example, if the field organization
7  increased their forecast that they submitted, I might
8  decrease my upside if I felt that they were taking
9  into consideration some of the revenue that I thought
10  their original forecast should have included.
11      Q  Okay.  What about pipeline information?
12      Did you take that into account in adjusting
13  your upside adjustments?
14      A  I reviewed pipeline information, yes.
15      Q  Okay.  Okay.  Now, if you look at the first
16  page of Financial Report 24 --
17      A  Yes.
18      Q  -- it has a pipeline growth percentage of
19  34 percent; do you see that?
20      A  Yes.
21      Q  Okay.  If you compare that to 21, Financial
22  Report 21 -- you have Financial Report 21, first page?
23      A  First page, yes.
24      Q  You have a pipeline growth rate of
25  52 percent?

222

1      A  That is correct.
2      Q  Do you remember the pipeline dropping in the
3  first month of Q3 2001 from 52 percent to 34 percent?
4      A  I -- I can see it here, but I don't remember
5  that actual -- that actual event.
6      Q  Okay.  Did you take that drop in the pipeline
7  in consideration in making your upside adjustments?
8      A  As of the 12/25 report?
9      Q  Right.
10      A  I may have.
11      Q  Okay.  Do you remember doing that?
12      A  I don't recall.
13      Q  Okay.  Okay.  But you didn't adjust it down;
14  is that right?
15      A  That is correct.
16      Q  Okay.  Do you remember discussions in the
17  early part of January 2001 about a slowdown in NAS --
18  NAS's business?
19      A  I don't recall any specific discussion.
20      Q  Okay.  I've placed in front of you what has
21  previously been marked as Nugent 28.  If you take a
22  moment to flip through this exhibit and let me know if
23  you recognize it.
24      For the record, Nugent 28 starts at Bates
25  NDCA-ORCL 096760 and ends at 787.

223

1      A  I do not recognize this.
2      Q  Okay.  All right.
3      This, for the record, is a -- it's titled
4  "General business US Q3 OPS review.  John Nugent, SVP.
5  January 9, 2001"; do you know who John Nugent is?
6      A  John Nugent ran the business organization
7  reporting up through George Roberts.
8      Q  Okay.  If you look to the page that ended in
9  Bates 768 --
10      A  Yes.
11      Q  -- do -- the top slide says "Sluggish
12  Economic Outlook.  Focus in profits.  Reduce IT
13  costs.  Single digit growth and IT budgets."
14      Do you remember any discussions that you had
15  with anybody in the early part of January 2001 about a
16  sluggish economy?
17      A  I remember that the general macroeconomic
18  environment was suffering, but I don't -- did not have
19  any discussions with John Nugent with regards to his
20  market observations.
21      Q  Okay.  What about with George Roberts?
22      A  Not that I recall.
23      Q  Okay.  If you turn to page 12 of the
24  presentation, 771 is the Bates, the top slide there
25  says "DotCom Fishing Hole Drying Up.  VC Funding

224

1  Nonexistent.  Development License Only.  41,515
2  Layoffs in CY2000," and "Survival mode for CY 2001."
3      Do you recall a -- any discussions with
4  George Roberts or anybody else about a slowdown in
5  Oracle's dot.com business?
6      A  I do not recall having a discussion --
7      Q  Okay.
8      A  -- at this point in time.
9      Q  Okay.  When's the first discussion you
10  remember having?
11      A  I certainly remember when George Roberts came
12  in to the EC meeting the last few days of the quarter.
13  He had sent an e-mail note the night prior reducing
14  his forecast.
15      Q  Okay.  So that's the --
16      A  And reduced it again that day of the EC
17  meeting which was two days or three days prior to the
18  end of the quarter.
19      Q  Okay.  And that's the first memory that you
20  have of the slowdown in George Roberts' business?
21      A  That is the best that I can recall at this
22  point.
23      Q  Okay.  Okay.  If you look to --
24      A  Just for your benefit, I never attended these
25  operation review meetings.

225

1     Q.  What I'm trying to find out is if you had
2  discussions with George Roberts or anybody else about
3  what was presented at this meeting.  Not
4  necessarily -- I'm not saying that you were there
5  actually seeing this.
6     If you look to page 26, which ends at Bates
7  785, it has "Issues/Challenges/Recommendations" slide?
8     A.  Uh-huh.
9     Q.  If you turn the page to page 27, 788 is the
10  Bates, it says "Mid Teen Technology Growth Rate.  No
11  M$ DotCom Deals."  Action:  Alert Corporate."
12     Did anybody alert you that NAS was seeing
13  immediate teen technology growth rates during this
14  period of time?
15     A.  That what was?
16     Q.  NAS.
17     A.  That they were seeing what?
18     Q.  Mid teen technology growth rates?
19     A.  Not that I recall.
20     Q.  The second slide, the first bullet
21  point says "Quality and Stability of 11i."
22     Do you remember any discussions in the early
23  part of January about the quality instability of 11i?
24     A.  I do.
25     Q.  What do you remember about that?

226

1     A.  I remember that we had implemented 11i
2  internally in December or in January, and we were
3  having some implementation issues.
4     Q.  Okay.  Can you tell me what those
5  implementation issues were?
6     A.  Well, for example, we spoke about the OKS
7  product not having the appropriate -- not appropriate,
8  but not having the management reporting capability to
9  enable us to easily track contracts set for renewal in
10  the quarter.
11     That would be an example of some issues, but
12  I don't recall the details, but I do recall that it
13  was a very rocky implementation.
14     Q.  Okay.  Now, the next bullet point down says
15  "Dramatic Decline in DotCom business.  30% of named
16  DotComs out of business.  40M DB Shortfall in the
17  West.  35 DotCom Reps at risk."
18     Do you remember conversations with anybody
19  about a dramatic decline in the dot.com business for
20  NAS in early January?
21     A.  I don't recall any specific conversations.
22     Q.  Is this information that you would have
23  wanted to know in the early part of January 2001?
24     MR. WALD:  Object to the form.
25     THE WITNESS:  What -- what information

227

1  precisely, please?
2     BY MR. BRITTON:  Q.  That there was a
3  dramatic decline in dot.com business in NAS?
4     MR. WALD:  This is a projection.
5     BY MR. BRITTON:  Q.  Were you expecting a
6  40-million database shortfall in the west?  Is that
7  information you would have wanted to know in early
8  January 2001?
9     A.  Absolutely.
10     Q.  Okay.  You don't remember anybody telling you
11  about it?
12     A.  All I can recall is that it wasn't until the
13  very end of the quarter that we heard that they
14  weren't going to make their forecast.
15     MR. WALD:  Just for the record, I -- I don't
16  know that he's established that this refers to the
17  forecast as opposed to the budget, so....
18     BY MR. BRITTON:  Okay.  You can put that
19  document aside.
20     Okay.  Peter, it looks like you have two
21  copies of the same one.  Just pull off the top page.
22  All I need is the bottom one; okay.
23     Q.  I've placed in front of you what's been
24  marked -- previously marked as Winton Exhibit 49.
25     Will you take a moment to look at this

228

1  exhibit.  For the record, Winton Exhibit 49 starts at
2  Bates NDCA-ORCL 03419 and ends at the same page.
3     It's a one-page e-mail.  I'm sorry.
4     Do you recognize exhibit -- Winton Exhibit
5  49?
6     A.  Yes, I do.
7     Q.  And how do you recognize Winton Exhibit 49?
8     A.  It's an e-mail to me on January 11th
9  informing me that they are not changing their
10  forecast, but that they see that their pipe is
11  softening and the GB's dot.com bubble has burst.
12     Q.  Okay.  Do you remember --
13     A.  But at this point, he says he's still
14  tracking through his forecast.
15     Q.  Okay.  Do you remember whether you took this
16  e-mail into consideration in adjusting your upside for
17  the period after the -- for the first period after
18  January 11, 2001?
19     A.  So on the January 15th?
20     Q.  Yeah.
21     A.  May I take a look at the --
22     Q.  I'm just asking you what you remember.
23     A.  I don't remember how I came up with my upside
24  adjustments.
25     Q.  Do you remember whether this e-mail impacted

229

1   your --
2       A   I don't recall.
3       Q   Okay.  Did you discuss -- do you remember
4   discussing any of the contents of this e-mail during
5   the Thursday forecasting call on January 15th, 2001?
6       A   I do not recall.
7       Q   Is the information that's contained in Winton
8   Exhibit 49 the type of information that would be
9   discussed during that call?
10      A   Generally we talked about the larger
11  deals that were in play for the quarter.
12      Q   Okay.
13      A   Again, we talked about the forecast, if there
14  was any changes to the forecast numbers, and we would
15  go down and look at the large deals.
16      Q   Do you remember during the January 15th,
17  2001, conference call whether David Winton or
18  George Roberts discussed anything about the dot.com
19  part of their business?
20      A   I do not recall.
21      Q   Okay.
22          MR. WALD:  Do you want her to look at her
23  affidavit to try to refresh her recollection on the
24  1/15 upside, that's what she was starting to do.
25          MR. BRITTON:  I'll get to that.

230

1           MR. WALD:  Okay.
2           MR. BRITTON:  Yeah, I'll get to that.
3           MR. WALD:  That's fine.
4           MR. BRITTON:  Okay.
5           MR. WALD:  Thank you.
6           MR. BRITTON:  Okay.  I'm placing in front of
7   you what was marked -- you know, we should mark this
8   as an exhibit.
9           THE REPORTER:  It's 40.
10          MR. BRITTON:  Which number?
11          THE REPORTER:  40.
12          (Document marked Exhibit No. 40
13          for identification.)
14      BY MR. BRITTON:  Q.  Okay.  Ms. Minton, it's
15  to your right with the sticker on it.  Okay.  I've
16  placed in front of you what's been marked as Minton
17  Exhibit 40.  Will you take a moment to look at this
18  exhibit?
19          For the record, Minton Exhibit 40 starts at
20  NDCA-ORCL 1611565 and ends at 611567.
21          Do you recognize Exhibit 40?
22      A   This would be a -- some schedules from the
23  America's forecast report that would be referred to
24  during our Thursday forecast calls.
25      Q   Okay.  And do you recognize the handwriting?

231

1       A   I believe the handwriting is of
2   Roberta Ronsse.
3       Q   Okay.  Does this document refresh your
4   recollection at all about what was discussed about NAS
5   during the January 15th forecast call?
6       A   I don't really see any notes for -- there's
7   notes regarding OPI.
8       Q   If you look at the middle column of
9   handwritten notes, the first --
10      A   NAS 1444, I don't know what the --
11      Q   For upside it looks like.
12      A   No, I'm not seeing it.
13      Q   Okay.  It doesn't refresh --
14      A   U.S. 4?
15      Q   To me it looks like 14,400 for upside, but
16  that's my understanding.
17      A   I don't know what it says.
18          MR. WALD:  I think that there's three letters
19  that are definitely USP.
20          THE WITNESS:  It's USP or USF ORD.
21          MR. BRITTON:  Yes.  All right.
22      Q   If you look to the next page, there's some
23  handwriting on the right-hand side?
24      A   Correct.
25      Q   It says "Best" down arrow "from 398 to 360."

232

1       A   That's correct.
2       Q   "Majors 13% GB 2%."  Do you know what that is
3   referring to?
4       A   It sounds like they're moving their best
5   case.  Not their forecast, but their best case down
6   from 390 to 360.
7       Q   Okay.  And then do you have an understanding
8   of what the percentages they made from majors and GB?
9       A   I did not write those numbers, so no, I'm not
10  exactly certain as to what they are.
11      Q   Okay.  Put that document aside; okay.  This
12  is going to be Financial Report 25.
13          (Document marked Exhibit No. 25
14          for identification.)
15          MR. BRITTON:  Q.  Okay.  I've placed in front
16  of you what has been marked as Financial
17  Report 25.
18          Will you take a moment to look at this
19  exhibit.  And, for the record, this appears to be an
20  upside report for January 15th, 2001.  It starts at
21  Bates 0003341 and ends at 0003357.
22      A   I'm ready to respond to your --
23      Q   Okay.  Do you recognize exhibit -- or
24  Financial Report 25?
25      A   It is the upside report for January 15th.

233

1     Q.  Okay.  And pipeline growth has stayed the
2   same; is that right?
3         MR. WALD:  Which page, Doug?
4         MR. BRITTON:  First page of the report.
5         THE WITNESS:  Stayed the same from what?
6   BY MR. BRITTON:
7     Q.  From the last one we saw.
8     A.  I'd have to go back to that one to validate
9   that.  So the one prior to that was 12/11.
10    Q.  Financial Report --
11        MS. KYROUZ:  25.
12        BY MR. BRITTON:  Q.  -- 24.
13        MR. WALD:  24.
14        BY MR. BRITTON:  Q.  Financial Report 25.
15    A.  This is 12/08.  I'm not going by the numbers.
16  I'm going by the dates that I have on here.  It's
17  easier for me.  So the pipeline growth was 34 percent
18  on the 20 -- on the 12/25.  It is still 34 percent on
19  the 1/15.
20        MR. WALD:  Again, that's constant dollar
21  forecast?
22        THE WITNESS:  That's correct.
23        BY MR. BRITTON:  Right.  Okay.
24    Q.  If you look to page two --
25    A.  Yes.

234

1     Q.  -- the upside adjustment that you made has
2   decreased from 159 to 94; is that correct?
3     A.  To 94,910.
4     Q.  Right.
5        Is that correct?
6     A.  That is correct.
7     Q.  Can you tell me why you reduced the upside
8   from 159 to 94?
9     A.  I can't tell you specifically why, but I
10  can -- can deduce that -- sorry.  Year three -- so on
11  12/25 we had a forecast of 346, and I had upside of
12  50 million.
13    Q.  159 or 50?  What are you looking at?
14    A.  I'm sorry.  I'm trying to get it down on a
15  piece of paper so I can speak to it intelligently.
16    Q.  Okay.
17    A.  So on 12/25 --
18    Q.  And that is, for the record --
19    A.  December 25th.
20    Q.  Right.  For the record, that's Financial
21  Report Exhibit 24.
22    A.  That would be correct.  The NAS forecast is
23  346.
24        MR. WALD:  Million?
25        THE WITNESS:  There was 50 million of upside

235

1   to get to 396.  Do you see that?
2        BY MR. BRITTON:  Q.  Yes.  And you're on
3   page --
4     A.  Which would have given it a growth rate of
5   28 percent.
6     Q.  You're on page 3191?
7     A.  3191, and --
8     Q.  Look at OSI, because that's going to be
9   relevant, too.
10    A.  Okay.  So 225 plus 25 to get 250.
11    Q.  That's what it looks like to me.
12    A.  On 12/25, and on 1/15 OSI's 225 with no
13  upside to get to 225, and that was from one month
14  later.
15    Q.  Right.
16        And then --
17    A.  And in between or about the same time as this
18  upside report was prepared was the Americas forecast
19  report, and if January 15th was a Thursday, I don't
20  know if it was or not --
21    Q.  I don't know if it was, either.
22    A.  -- but the comments on here would have been
23  predicated on the call after or on the same date that
24  this report was prepared.  They moved their best case
25  down from 390 to 360.

236

1     Q.  That's NAS?
2     A.  That's NAS.
3     Q.  Okay.
4     A.  So, you know, clearly there was, based on
5   information from that meeting, I brought my upside
6   down for NAS as well from 50 to -- from 50 million to
7   14 million, which got me to a forecast of 340 -- I'm
8   sorry -- 360, which was their best.
9     Q.  Their best, and you also removed all the
10  upside?
11    A.  Not their -- not their -- yes, best as
12  indicated on this particular document.
13    Q.  Okay.  And then you also removed the upside
14  for OSI?
15    A.  That is correct.
16    Q.  Okay.  Now, can you tell me why -- you
17  remember today why you reduced NAS's forecast like you
18  did?
19    A.  Well, again, I don't recall specifically.
20        MR. WALD:  I think you misspoke.  I don't
21  think she said she reduced their forecast.  They had
22  their forecast.  I think she said she reduced the
23  upside.
24        THE WITNESS:  Their forecast remained the
25  same.

237

1      BY MR. BRITTON:  Correct.  Let me rephrase.
2      Q  Do you remember, sitting here today, you
3  reduced NAS's upside from 50 to 14 million?
4      A  I can presume that based on whatever
5  discussions took place, I felt it was necessary to
6  bring it down to what they were indicating as their
7  best case at the point in time -- at this point in
8  time.
9      Q  Okay.  And did David Winton's January 11th
10  e-mail impact your upside adjustment for NAS in any
11  way?
12      A  It may have been brought into consideration
13  and further elaborated on within the forecast call,
14  but I really do not recall.
15      Q  Okay.
16      A  I can just, sitting back here, tell you it
17  would not be unreasonable for me to bring it down
18  based on the information that was presented.
19      Q  Okay.  You can -- now, the fact that you
20  reduced your upside from 159 to 94, was that discussed
21  at the executive committee meeting following this
22  report?
23      A  I do not know if we had an executive
24  committee meeting that date, nor do I recall the
25  specific details.

238

1      Q  Okay.  Is it the type of information that
2  would have been discussed at the executive committee
3  meetings reduction in your upside?
4      A  Again, we would discuss the forecast.  I
5  cannot recall the specifics of any of the EC meetings.
6      Q  Okay.  When you say you discussed the
7  forecast, would that include upside adjustments?
8      A  Generally not.  It was primarily focused on
9  large deals that were in play.
10      Q  Okay.
11      A  And, you know, asking -- you know, I think at
12  this point in time we were pushing these guys to find
13  out whether or not there was any changes in their
14  forecast which is a result of the macroeconomic
15  conditions that were prevalent in the news, but nobody
16  was moving off their forecast.
17      Q  Okay.
18      A  I'm not certain we had EC meetings every week
19  in January.
20      Q  Okay.  Do you know whether you skipped any EC
21  meetings in January?
22      MR. WALD:  When you say "you," you mean
23  whether Oracle skipped them or whether the witness was
24  not present?
25      BY MR. BRITTON:  Q.  Okay.  Do you know

239

1  whether --
2      A  I'm just advising you that I vaguely recall
3  that there was a meeting that was not held, but I may
4  not be correct.
5      Q  Okay.
6      A  Certainly if we go back to the diaries of
7  some of the individuals, you might be able to discern
8  that information.
9      (Document marked Exhibit No. 41
10      for identification.)
11      BY MR. BRITTON:  Q.  I've placed in front of
12  you what's been marked as Minton Exhibit 41.  Will you
13  take a moment to look at this exhibit?
14      A  So may I go back and point something out?
15      Q  Sure.
16      A  The Americas package was dated 12/15 which
17  would have been a Monday.
18      MS. KYROUZ:  You mean January 15th?
19      THE WITNESS:  Sorry.  January 15th.
20      MR. WALD:  Let's see if we can find that for
21  you.
22      THE WITNESS:  I'm just pointing out that that
23  day was actually a Monday.
24      MR. WALD:  There it is.
25      THE WITNESS:  So this date, January 15th, on

240

1  this package corresponded with the upside dates of
2  Monday, not the Thursday meetings.
3      BY MR. BRITTON:  Right.  Thursday.  Okay.
4      Q  And what does that tell you about the
5  forecast calls for the Americas?
6      A  I'm not certain if this -- if these comments
7  were made on the Thursday prior or the Thursday after
8  January 15th.
9      Q  Okay.
10      A  That's all.
11      Q  Okay.  I put in front of you 41.
12      A  Right.
13      Q  Have you had an opportunity to look at it?
14      A  Yes.
15      Q  Okay.  Do you recognize Exhibit 41?
16      A  Do I recognize what?
17      Q  Exhibit 41.
18      A  Yes.
19      Q  What do you recognize it to be?
20      A  It's an e-mail note from Jim English on
21  January 17th.
22      Q  Okay.  And did you take the information that
23  is contained in Mr. English's e-mail into
24  consideration in adjusting your upside?
25      A  Which upside?

241

1    Q  Any upside.
2    A  No, not in any upside.  Certainly potentially
3  in an upside after the 17th of January.
4    Q  Well, of course.  In any upside -- let me
5  rephrase.  In any upside -- withdrawn.
6        Did you take the information that was
7  presented to you by Jim English in this e-mail into
8  consideration in adjusting your upside at any time
9  after January 17th, 2001?
10   A  I don't know.  I'd have to refer to upside
11 reports after this date --
12   Q  Okay.
13   A  -- to validate whether or not it's a
14 possibility.
15   Q  Okay.  Is this a true and authentic copy of
16 the original e-mail?
17   A  I presume that it is.
18   Q  Okay.  Was it Jim English's responsibility to
19 update you on forecasting issues in his division?
20   A  Jim English was the finance manager
21 supporting the OPI organization.
22   Q  Okay.  So he was supposed to send you e-mails
23 like this?
24   A  This e-mail is in response to me, I believe,
25 chastising him for parroting what was told by the --

242

1  by Sandy Sanderson.
2    Q  Okay.
3    A  So I was constantly, during this time period,
4  challenging both Sarah Kopp, David Winton, and
5  Jim English to not tell me what the EVPs were saying
6  about the forecast, but to give me their own opinion
7  about the forecast.
8        So his comment that says -- when you asked
9  for a forecast summary, I should have asked you what
10 you were looking for -- is in response to me saying,
11 "Look, I already heard what these guys had to say.
12 You tell me what you have to say."
13   Q  Okay.
14   A  I was trying to get these guys to utilize
15 their critical thinking skills and provide me with
16 their own input.
17   Q  That's what he was doing here?
18   A  It was his attempt.
19   Q  Okay.  Now, the second paragraph says "We
20 have a lot of pipe at challenging clients."
21        Do you remember what he meant by that?
22   A  I think that the comment sufficiently
23 represents what it says.  They've got opportunities of
24 clients with challenges.
25   Q  Okay.  Do you remember which clients?

243

1    A  He cites GE in here.  He cites General
2  Motors.  He cites Gateway.
3    Q  Okay.  And did you discuss or did anybody
4  discuss this information at the executive management
5  committee meeting after this e-mail?
6    A  Again, I don't remember the specifics today
7  of the conversations that were held over five years
8  ago.
9    Q  Okay.
10   A  But again, we did discuss large
11 opportunities.
12   Q  Okay.  Okay.  And if you -- you can put that
13 document aside.  The next -- 30, Gavin.
14        How much elapsed time?
15        THE VIDEOGRAPHER:  6:26.
16        MR. WALD:  I'm sorry?
17        MR. BRITTON:  6:26.
18        MR. WALD:  Okay.  Will you alert us when
19 it's, let's say, ten minutes left?
20        THE VIDEOGRAPHER:  Okay.
21        MR. WALD:  Doug, unless you want some other
22 alert.
23        MR. BRITTON:  Huh?
24        MR. WALD:  Unless you want some other alert.
25        MR. BRITTON:  No, that's fine.

244

1        You know what, can we take a quick break?
2        THE VIDEOGRAPHER:  Off record at 4:56.
3        (Short break taken.)
4        THE VIDEOGRAPHER:  On record at 5:06.
5        BY MR. BRITTON:  Q.  Okay.  I -- let me make
6  a statement for the record.
7        I am about middle way through January 4th,
8  which is the third quarter of 2001, which is the class
9  period, and I have all the way through the end of
10 January through February to cover still.  So if we can
11 agree to more time to cover that, then we will file
12 the necessary motion with Judge Fontaine.
13        But given the time and given the
14 representations that I've heard here, we're going to
15 start with an authentication process of the exhibits
16 that were marked at Larry Ellison's motion for summary
17 judgment in the San Mateo case.
18        MR. WALD:  Okay.  For the record, obviously I
19 accept what you say, Doug.  And just respectfully we
20 disagree, and our position is that the deposition is
21 set for seven hours, and obviously it's up to you how
22 to spend those seven hours.
23        BY MR. BRITTON:  Correct.
24   Q  Okay.  So.  Ms. Minton, I have handed you a
25 binder, and I'm going to ask you a series of questions

245

1  for all of the documents that are in these binders,
2  and I think what may be helpful is if I can ask you
3  the questions and have you go through each document
4  and answer the questions that I ask; okay?
5      So that I'd like you to do is write down the
6  questions that I ask you.
7   A  Write down the questions?
8   Q  Yeah, write them down; okay.
9      The first question for each document is going
10  to be "Do you recognize it?"
11     So let's write the questions down, and then
12  you can go through it and it will make it much
13  quicker.
14   A  Recognize?
15   Q  The doc -- each exhibit.
16   A  Like the format or the --
17   Q  Right.
18   A  -- or the nature of the report?
19   Q  Right.
20     "Do you recognize the report?"
21   A  Okay.  Question number two?
22   Q  Question number two is, "Is it a genuine and
23  authentic copy of the original?"
24   A  So obviously I presume that it is.  Without
25  having the original at my disposal, I don't know how

246

1  I'm supposed to substantiate that question.
2      MR. BRITTON:  Okay.  You know, Peter, the way
3  we can do this, if you want to, is we can stipulate
4  that these are authentic and business records, because
5  they were used by Oracle on the summary judgment,
6  so --
7      MR. WALD:  I can't make that stipulation now.
8  You haven't asked me to do that.  I'm certainly
9  willing to consider that, Doug, and I'll talk to my
10  colleagues about whether we can make that stipulation.
11     MR. BRITTON:  Okay.
12     MR. WALD:  I think what you have to decide,
13  whether we can or can't make that stipulation, is
14  whether this witness is the right witness to try to
15  authenticate these.
16     BY MR. BRITTON:  Okay.  Okay.  Since we can't
17  stipulate, here we go.
18   Q  "Is it a genuine and authentic copy of the
19  original document?"
20   A  Okay.
21   Q  Okay.  And if you can't answer that question,
22  "Does anything look altered?"
23   A  I'm going to presume that if it's an upside
24  report, that it is genuine and authentic, unless I
25  should not do so, because I don't have the original

247

1  documents in front of me to validate.
2   Q  Okay.  Just your --
3   A  But I presume that it is.
4   Q  Right.  Just your experience with the upside
5  reports, can you tell if it's genuine or not?
6      MR. WALD:  The question is, looking at the
7  document that is in front of you --
8      THE WITNESS:  Right.  Is it an upside report?
9      MR. WALD:  -- can you confirm whether or not
10  it's genuine and authentic --
11     MR. BRITTON:  Right.
12     MR. WALD:  -- a true and correct copy of the
13  original based on the information you have in front of
14  you?
15     THE WITNESS:  Okay.
16     MR. WALD:  Okay.
17     BY MR. BRITTON:  Correct.  Okay.
18   Q  "And was it prepared by your finance
19  organization -- "
20   A  Were they prepared by my -- uh-huh.
21   Q  "-- in the regular course of their business?"
22   A  Uh-huh.
23   Q  "And was it your division's regular practice
24  to prepare these reports?"
25   A  I wasn't in a division.

248

1   Q  What's that?
2   A  I wasn't part of a division.
3   Q  Excuse me.
4      "Was it your organization's regular practice
5  to prepare these reports?"  And "Were they
6  prepared --" this is the last one "-- were they
7  prepared on or near the date that is in the document?"
8   A  Okay.
9   Q  And if there is no date, "Were they
10  prepared --"
11   A  You said that was the last.
12   Q  I know.
13     MR. WALD:  He's a lawyer.
14     BY MR. BRITTON:  Q.  And if there is no date
15  in the document, "Was it prepared in the quarter as
16  referenced in the document?"
17   A  It wouldn't necessarily be prepared within
18  the quarter.  It could have been prepared a couple of
19  days after the quarter and still relate to the
20  quarter.
21   Q  If you want to give that testimony, that's
22  fine too.  We're just trying to get an idea of when it
23  was prepared.
24   A  Okay.
25   Q  All right.

249

1  With that said, for the record, the first
2  binder is -- we'll call it Financial Report Exhibits 1
3  through 34, and on the front of the binder is the
4  summary judgment index which references the report,
5  and I'll represent to you that the Bates numbers that
6  are listed in the index correspond to the documents
7  that are contained in the binder, with the exception
8  of number one.
9  The index says 122069 to 70, and it's
10  actually a larger document with the Bates number that
11  ends at 79.
12  A  Okay.
13  Q  Okay. So with that, if you can go through
14  and answer those questions for these documents. I
15  think it's okay if you go through them all and say yes
16  to everything, or do you want to take it report by
17  report?
18  MR. WALD: How about we take it report by
19  report and question by question, and the witness says
20  "Yes," "No," "I can't say," or "I don't know."
21  MR. BRITTON: Okay. We can do that.
22  MR. WALD: All right.
23  THE WITNESS: Do I recognize the report, yes.
24  I can confirm that these reports are prepared in the
25  ordinary course of business. Yes, it was a regular

250

1  practice to prepare these reports.
2  Were they prepared on or near the date of the
3  document? I'm not certain which date you're referring
4  to. The date here is, I think, a printout date. It's
5  August 2002.
6  MR. WALD: Don't write.
7  THE WITNESS: Oh, sorry.
8  MR. WALD: That's okay.
9  THE WITNESS: I'll put down the pen. Whereas
10  this is actually for fiscal -- for the second quarter
11  of fiscal 2000.
12  So when referring to the date of the
13  document, I'm going to assume that you mean not the
14  date that it was printed, but the date that is
15  referred to in the title of the report --
16  MR. BRITTON: Correct.
17  THE WITNESS: -- and I can confirm that this
18  would have been prepared for the second quarter of
19  2000.
20  BY MR. BRITTON: Great. Thank you.
21  Q  And the one you missed was a true and
22  authentic copy.
23  A  Again, I presume that these are true and
24  authentic copies.
25  MR. WALD: Let's not assume. I think you

251

1  should say -- do you know?
2  MR. BRITTON: Right.
3  THE WITNESS: Well, I mean, I believe that
4  these are.
5  MR. WALD: Okay.
6  THE WITNESS: I mean, I don't know if he
7  inadvertently slipped in a wrong page somewhere. I
8  mean, that's where I get black and white. But, yes, I
9  can confirm that.
10  BY MR. BRITTON: Q.  Okay. Go to number two.
11  If you want to just say for question one through
12  whatever, "yes," "yes," "no," you know, that kind of
13  thing, it will speed it up.
14  A  I can confirm that this is an upside report.
15  It's a copy of the original. It is prepared by the
16  finance organization in the regular course of
17  business.
18  They would have been prepared within the Q3
19  fiscal '00 time period. Without knowing exactly what
20  week of the forecast, I don't know what time period.
21  It could have actually been a few days before or
22  after, and I think I answered them all.
23  Did I answer them all?
24  Q  The true and authentic copy.
25  A  I did.

252

1  Q  Is it fair to say that your testimony will be
2  the same for each report for the true and authentic
3  copy?
4  A  It will be.
5  MR. WALD: You covered the upside reports in
6  that question, Doug?
7  MR. BRITTON: Yeah, all the upside reports.
8  THE WITNESS: I think it's fair to say I'm
9  going to say the same for all of them, if these are
10  the upside reports.
11  MR. BRITTON: That's -- that's fine. If I
12  can get a representation that I won't get an objection
13  because she hasn't gone through each report, that's
14  fine.
15  MR. WALD: Yes. Which -- I'm sorry -- Which
16  DX are you going through for these?
17  MR. BRITTON: Just the first binder through
18  34.
19  MR. WALD: Okay. Yes. Yeah, we'll give you
20  that stipulation.
21  MR. BRITTON: Okay.
22  THE WITNESS: What about that one that wasn't
23  a DX in here?
24  MR. BRITTON: Why don't we look at that one.
25  What was that?

253

1     MS. KYROUZ: It was 30.
2     THE WITNESS: It was one that was partial,
3   and there was one that was not in here, and it was
4   skipped. Yes, 30.
5     BY MR. BRITTON: Q. 31, I think it was. No,
6   30.
7     A  Tab 30?
8     Q  Tab 30.
9     A  And that is which one? DX?
10    Q  DX30. So that was not referenced in your
11  affidavit, but it is in the index which is Minton 39.
12    MR. WALD: 39.
13    THE WITNESS: Oh, this is a full year upside
14  report. This is not a quarterly upside report. Maybe
15  that's the reason why it's not referred to.
16    BY MR. BRITTON: Q. If you look at the
17  second page of Exhibit 30, that gives you Q3
18  information.
19    A  Right. But if you look at Q4, the third
20  page, it gives you Q4, and the very first page is the
21  compilation of the two.
22    Q  Okay.
23    A  And then the pages behind it represents the
24  quarterly breakdown of all those numbers.
25    Q  Okay.

254

1     A  And if you recall, again, this is at actual
2   rates, so....
3     Q  Can you go through and answer the questions
4   that we have listed for this particular document?
5     MR. WALD: This is tab 30.
6     MR. BRITTON: 30.
7     MR. WALD: Okay.
8     MR. BRITTON: DX30.
9     MR. WALD: Maybe she can identify the
10  document.
11    THE WITNESS: It's a full-year forecast.
12  This one was not necessarily prepared on a regular
13  basis, but periodically.
14    THE VIDEOGRAPHER: 20 minutes of tape.
15    THE WITNESS: The date again is for the
16  fiscal year 2001.
17    Being that it's got upside for Q3 and Q4, my
18  logical conclusion is that it was prepared during the
19  Q3 fiscal quarter as that quarter was not necessarily
20  completed if we're still doing a forecast.
21    BY MR. BRITTON: Q. 2/16/2001 at the bottom
22  of page one, does that look about the right period of
23  time?
24    A  I don't know when this was actually prepared,
25  but it was definitely prepared in Q3. Because if you

255

1   look at the back schedule, the quarterly breakout, you
2   can see that there was upside adjustments available,
3   those columns available for Q3 and Q4, whereas you
4   don't have them for the first two quarters, because
5   those quarters must have already been --
6     Q  Okay.
7     A  -- completed.
8     Q  Fair enough.
9     A  I'm sorry. What other questions do you have
10  on this?
11    Q  Genuine and authentic copy of the original?
12    A  Yes.
13    Q  Okay. Prepared by your group?
14    A  Yes.
15    Q  Was it their responsibility to prepare this
16  report? It was their responsibility to prepare this
17  report?
18    A  They were prepared by the finance
19  organization.
20    Q  Okay. And was their regular practice to
21  prepare this report?
22    A  It would be a periodic practice --
23    Q  Periodic practice.
24    A  -- because it's a full year forecast.
25    Q  Okay. And --

256

1     A  Versus the upside reports that are prepared
2   every quarter. That's more regular.
3     Q  Okay. And it would have been prepared in Q3
4   2001?
5     A  Yeah. For example, we don't have a full year
6   forecast schedule like we have a quarterly forecast
7   schedule --
8     Q  Okay.
9     A  -- if I may point out the distinction that
10  I'm trying to make.
11    Q  Okay. Sure. I think we've covered binder
12  one.
13    MR. WALD: I think there was one other --
14    THE WITNESS: Yes, there was.
15    MR. WALD: -- report, which is the partial
16  report that the witness testified to earlier, which I
17  think is the December -- the February 13th -- I'm
18  sorry. December 13th.
19    THE WITNESS: Yeah, December 13th.
20    MR. WALD: I don't know what the DX number
21  is.
22    THE WITNESS: I don't, either.
23    MR. BRITTON: 23.
24    THE WITNESS: Again, this represents the --
25  similar to the last report, a full year outlook. So

257

1  this is not a quarterly upside report, but this is a
2  report that reflects the full year outlook.  So it's
3  taking Q1 and Q2 actuals, plus Q3 and Q4 forecast,
4  including upside.
5      BY MR. BRITTON: Q.  Okay.  And would your
6  answers to the authentication questions 1 through, I
7  guess there's five, would they be the same for this
8  report as they were for --
9      A  They'd be prepared in the regular -- yes, I
10  recognize the report.  Yes, it's genuine.  Yes, they
11  were prepared by my finance organization.
12      Was it the regular practice?  Again, this is
13  not a quarterly report.  We did not have a, quote,
14  "full year forecast schedule."
15      So it wasn't prepared, as I mentioned before,
16  every other week for the first two months of the
17  quarter, and then every quarter -- every week for the
18  third quarter.
19      Q  So it was a periodic practice?
20      A  Yes, it was periodic.
21      Again, this was obviously prepared in Q3 --
22      Q  2001?
23      A  -- of fiscal 2001.
24      Q  That's it; okay.
25      A  Okay.

258

1      Q  You can put -- you can give the court
2  reporter that binder.
3      Okay.  Ms. Minton, I've placed in front of
4  you the binder number two, which is Financial Report
5  35 through 53.
6      Take a moment to look at those, and I'm going
7  to represent, for the record, that binder 35 through
8  53 corresponds to the index in Minton 39, which is
9  also on the first page or the first report in each
10  binder, and the Bates numbers correspond and the
11  descriptions correspond, as well as the dates.
12      With the exception of Financial Report 37,
13  which is missing Bates Nos. 38 and 39 and Financial
14  Report 52 which is missing 9299 and 9300.  So --
15      MR. WALD:  I think the witness has said she
16  needs --
17      THE WITNESS:  That's what I'm doing, yeah.
18      BY MR. BRITTON: Q.  Okay.  So if you will go
19  through Financial Reports 35 through 42 and --
20      A  Actually, I'll go through 35 through 37,
21  because they are all similar reports.
22      Q  35.
23      A  The pipeline reports which we would -- which
24  I recognize, they are genuine and authentic copies of
25  the original.  They were definitely prepared by my

259

1  finance organization.  We prepared these reports, I
2  believe, once a month on a routine basis.  They would
3  have been prepared on or near the date of the actual
4  document itself, and they are all dated.
5      Q  Okay.  Great.  Now 38 through 42.
6      A  38 is an e-mail note containing the results
7  for July -- June and July on a quarter-to-date basis.
8  The next one in -- under tab 39 is October quarter to
9  date.  So also two months' worth of quarter-to-date
10  data; do you see that?
11      Q  Uh-huh.
12      A  So these two reports are similar in that
13  they're quarter-to-date for two months.  The third one
14  under tab 40 is the results for December only, which
15  would be quarter-to-date for Q2.  The next tab 41 is
16  for January on a quarter-to-date basis.
17      MR. WALD:  You said --
18      THE WITNESS:  Those are similar in that they
19  are e-mail notes that I recognize that would have --
20  were broadcasted to the executive management team
21  regarding our actual results.
22      So I recognize them, yes.  They're genuine
23  and authentic.  They're prepared by my group in the
24  regular course of business.  It was a regular practice
25  to prepare these reports for the first and second

260

1  month of the quarter, but not the third month of a
2  quarter because we would not share the actual results
3  for the entire quarter with this wide of an audience.
4      Yes, they were prepared on or about the date
5  of the e-mail note in which they were distributed, and
6  they all are dated.
7      MR. WALD:  I'm sorry.  Doug, I think the
8  witness misspoke.  Go to page 244, line eight and
9  nine.  It says "The third one under Tab 40 is the
10  result for December only which would be
11  quarter-to-date of Q2."
12      THE WITNESS:  Oh, I meant to say Q3.  Sorry.
13  Thank you.
14      BY MR. BRITTON: Q.  And this -- and you
15  answered the questions for Exhibits 38 through 41 or
16  38 through 42?
17      A  38 through 41.
18      Q  Okay.
19      THE VIDEOGRAPHER:  Ten minutes, Counsel.
20      BY MR. BRITTON: Q.  How about -- how about
21  for 42?
22      A  42 is an e-mail note from Larry Garnick on
23  February 12th saying that there was an error in the
24  product revenue spreadsheet that affected the
25  year-to-date numbers.  He's attaching a revised

261

1 product revenue report.
2 　　Q   Which is illegible?
3 　　A   Which is what?
4 　　Q   Illegible.  The next page.
5 　　A   I have difficulty reading it.
6 　　Q   Okay.  I don't even that would help.
7 　　A   This is -- again, I recognize what it is.
8 It's genuine and authentic.  It was prepared by Larry,
9 who reported to me.  It was a regular practice to
10 correct previously issued results, so this is what
11 this is, but it was not routine, and it was clearly
12 prepared on or near the date of the document.
13 　　Q   Okay.
14 　　A   Tab 43, Tab 44, Tab 45, 46, 47, 48, these
15 represent contract pipeline reports, and yes, I
16 recognize them.  They're genuine and authentic.  They
17 were prepared by Loren Mahon, who reported up to me.
18 I'm not sure if she reported directly to me at the
19 time.
20 　　　　It was a regular practice to prepare these
21 reports, and they were prepared on -- on the date of
22 the e-mail note that they were sent out, and all are
23 dated.
24 　　Q   Okay.
25 　　A   Tab 49, 50 -- Tab 49, 50, 51, 52 -- well,

262

1 March is a monthly financial reference book for March
2 of fiscal 2000.  So this would be a gray book.  I can
3 say yes to all of the questions that you had me write
4 down.
5 　　Q   Okay.  Now, is it currently -- stop here real
6 quick.
7 　　　　Am I right to say that these financial
8 reference books would be prepared monthly for month
9 one and month two, and then quarterly after month
10 three?
11 　　A   I'd have to look for month two to see if they
12 represented quarter-to-date results, and they were
13 actuals.  Let me look at the index.  They were
14 quarter-to-date actuals.
15 　　Q   Okay.  Okay.
16 　　A   Okay.
17 　　Q   Okay.
18 　　A   So that's what you have for Tab 50.
19 　　　　For the -- for April, and then Q4 -- I'm
20 sorry -- Tab 51 will represent -- we called it the
21 maroon book, because it was for the quarter rather
22 than interim month period.
23 　　Q   Okay.
24 　　A   So yes to all of the questions.  Same would
25 apply for number 52 and number 53.

263

1 　　Q   Okay.
2 　　　　MR. WALD:  52 is a fiscal year, and 53 is a
3 fiscal year?
4 　　　　THE WITNESS:  No.  It's a monthly.  It's a
5 monthly financial.  It's just a monthly for June
6 fiscal 2001.
7 　　　　MR. WALD:  Okay.
8 　　　　THE WITNESS:  And 53 would be quarter-to-date
9 as of July for fiscal 2001.
10 　　　　BY MR. BRITTON:  Q.  Okay.  I understand.
11 And yes to all the questions?
12 　　A   Yes, sir.
13 　　Q   Okay.  Next binder.  We've placed in front of
14 you the binder, the third binder that is Financial
15 Reports Exhibits 54 through 58, and I'll represent to
16 you that these reports correspond to the references to
17 DX Exhibits 54 through 58 in the compendium of
18 exhibits which is Minton 39.
19 　　A   So 54 being -- starting with Q1 of '01 which
20 would be quarter-to-date results for August.  Then we
21 go into Q2, so you have September, and you have
22 October on a quarter-to-date, and then we have
23 November -- well, I can't read that.  Hold on a sec.
24 　　　　I believe this is Q2.  It's hard to read
25 the -- but you're going in sequence, so yes, I

264

1 recognize that these are the monthly reference books.
2 　　Q   Right.  And the --
3 　　A   Genuine and authentic, prepared by my group
4 in the regular course of their business, prepared on
5 or near about the month in which they were referred
6 to, but subsequent to that month, because it usually
7 takes us a week to two to close books.
8 　　Q   Okay.
9 　　A   And Tab 58 is the same monthly financial
10 reference book but for the month of December.
11 　　Q   So yes to all of the questions --
12 　　A   Yes, sir.
13 　　Q   -- for this binder?
14 　　　　THE VIDEOGRAPHER:  Five minutes.
15 　　　　MR. BRITTON:  Okay.
16 　　　　MR. WALD:  I think we'll have time to go
17 through 59 through 63, which we'll do these reference
18 books, and that's fine, and then let's discuss on the
19 record if you -- you know, it may be that if you asked
20 us a stipulation -- ask us to stipulate to
21 authenticity with respect to a specific subset of
22 documents that you give us, and you give me, you know,
23 a list of that, I'll certainly consider a way we can
24 do that.
25 　　　　MR. BRITTON:  I think I'll do that with the

Minton, Jennifer (30b6)  7/7/2006  9:01:00 AM

265

1  binders that I'm putting in front of the witness.
2      MR. WALD:  Okay.  I'm just saying right now
3  we ought to be able to get through 59 through 63.
4      MR. BRITTON:  Well, there's one more binder
5  through 76.
6      MR. WALD:  Yeah.  Okay.
7      BY MR. BRITTON:  Q.  Okay.  If you could flip
8  through --
9      A  I did.
10     THE VIDEOGRAPHER:  I'm going to have to flip
11  tape.  We've got about four minutes.
12     MR. BRITTON:  Okay.  We should probably
13  change the tape.
14     MR. WALD:  Yeah, that's fine.
15     THE VIDEOGRAPHER:  This marks the end of tape
16  four in Volume I of the deposition of Jennifer Minton.
17     At 5:35, going off the record.
18     (Short break taken.)
19     THE VIDEOGRAPHER:  On record at 5:38.
20     This marks the beginning of tape five,
21  Volume I, in the deposition of Jennifer Minton.
22     BY MR. BRITTON:  Q.  Okay.  I've placed in
23  front of you the fourth binder which has Financial
24  Report Exhibits 59 through 63, and I'll represent to
25  you that Financial Reports 59 through 63 correspond

267

1  68, 69, 70, 71, 73.
2      Q  What about 72?
3      MR. WALD:  How about 72?
4      THE WITNESS:  Oh, I'm sorry.  I have to --
5  the dates kind of confuse me.  December 11th,
6  December 25th, January 15th, January 22nd,
7  February 5th, February 12th, February 19th,
8  February 26th, February 28th.
9      Yes, these represent the forecast -- the
10  management summary forecast packages which were the
11  basis for preparing the upside reports that we
12  discussed today.
13     I recognize the reports.  They're genuine and
14  authentic.  They were prepared by my group.  It was
15  their regular practice to prepare these reports in
16  accordance with our forecast schedule.  They were
17  prepared on or near the date of the document.
18     BY MR. BRITTON:  Very good.
19     Q  So yes to all of the questions for this
20  binder?
21     A  That would be correct.
22     MR. BRITTON:  All right.  I have no further
23  questions today subject to the statements on the
24  record.
25     MR. WALD:  Understood.  Thank you.

266

1  with the DX Exhibits 59 through 63 in Minton
2  Exhibit 39.  Okay.  So if you could answer.
3      A  I can answer yes to all five questions.  I've
4  already looked through all of these.
5      Q  Okay.  Perfect.  Put that aside.  The last
6  binder.  All right.
7      I've placed in front of you the fifth binder
8  which has Financial Report Exhibit 64 through 76, and
9  I'll represent to you that Financial Report Exhibit 64
10  through 76 correspond with DX Exhibit --
11     A  76?
12     Q  Yes.
13     MR. WALD:  Does your tab not go to 76?
14     THE WITNESS:  Oh, to 76.
15     MR. WALD:  Yes.
16     THE WITNESS:  Okay.  Got it, got it, got it.
17  Sorry.  I was seeing 67.
18     BY MR. BRITTON:  Q.  Okay.  So I'll represent
19  to you that Financial Report Exhibit 64 through 76
20  correspond with DX Exhibit 64 through 76 in Minton
21  Exhibit 39.
22     A  Exhibits 64, 65, 66, and 67 represent the --
23  oh, and -- and 67 represent the quarterly reporting
24  package that was provided to the board at the end of
25  each quarter for their following board meeting, and

268

1      MS. KYROUZ:  I would like to mark the
2  transcript as confidential, please.
3      THE VIDEOGRAPHER:  All right.
4      This marks the end of videotape number five,
5  Volume I, in the deposition of Jennifer Minton.  The
6  original videotapes will be retained by LiveNote World
7  Service.
8      Going off the record, the time on the monitor
9  is 5:42.
10     THE REPORTER:  Do you all need a copy?
11     MS. KYROUZ:  Yes, please.
12     MR. BRITTON:  Of course.
13     (Documents marked Financial Report Index &
14     FR1 - FR34 for identification.)
15     (Documents marked Financial Report Index &
16     FR35 - FR53 for identification.)
17     (Documents marked Financial Report Index &
18     FR54 - FR58 for identification.
19     (Documents marked Financial Report Index &
20     FR59 - FR63 for identification.)
21     (Documents marked Financial Report Index &
22     FR64 - FR76 for identification.)
23     (WHEREUPON, the deposition ended at 5:42 p.m.)
24         ---oOo---
25

269

CERTIFICATE OF WITNESS

I, the undersigned witness, declare under penalty of perjury that I have read the foregoing transcript, and I have made any corrections, additions or deletions I was desirous of making; that the foregoing is a true and correct transcription of my testimony contained therein.

EXECUTED this _____ day of _____ ,2006,

at _____ , _____ .

    (City)       (State)

_____

JENNIFER MINTON

270

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 18th day of July 2006.

_____

ANDREA M. IGNACIO HOWARD RPR, CSR No. 9830

271

| 1 | REPORTER'S CERTIFICATE |

2      I hereby certify that the foregoing is a true

3   record of the testimony as reported to the best of my

4   ability by me, a duly certified shorthand reporter and a

5   disinterested person, and was tghereafter transcribed

6   under my direction into typewriting by computer.

7

8      I FURTHER CERTIFY that I am not interested in the

9   outcome of the said action and not connected with nor

10   related to any of the parties in said action or their

11   respective counsel.

12

13

14

15   Dated:   May 4, 2005

16

17   SANDRA L. CARRANZA, CSR No. 7062

18

19

20

21

22

23

24

25

1                 CERTIFICATE OF REPORTER

2

3         I, ANDREA M. IGNACIO HOWARD, hereby certify

4 that the witness in the foregoing deposition was by me

5 duly sworn to tell the truth, the whole truth, and

6 nothing but the truth in the within-entitled cause;

7

8         That said deposition was taken in shorthand

9 by me, a Certified Shorthand Reporter of the State of

10 California, and was thereafter transcribed into

11 typewriting, and that the foregoing transcript

12 constitutes a full, true and correct report of said

13 deposition and of the proceedings which took place;

14

15         That I am a disinterested person to the said

16 action.

17

18         IN WITNESS WHEREOF, I have hereunto set my

19 hand this       day of         2006.

20

21

22       ANDREA M. IGNACIO HOWARD CSR No. 9830

23

24

25