COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [CORRECTED] DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF THE EXPERT REPORT OF D. PAUL REGAN, CPA, CFE AND THE REBUTTAL REPORT OF D. PAUL REGAN, CPA, CFE |
| ALL ACTIONS. | |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration in order to set forth facts sufficient to support a finding that the materials and documents cited in the Expert Report of D. Paul Regan, CPA, CFE, Ex. 1 hereto, and the Rebuttal Report of D. Paul Regan, CPA, CFE, Ex. 2 hereto, and identified herein are what they are described to be. Fed. R. Evid. 901.

3. All documents cited in the Expert Report of D. Paul Regan, CPA, CFE, Ex. 1 hereto, and the Rebuttal Report of D. Paul Regan, CPA, CFE, Ex. 2 hereto, and identified herein bearing Bates numbers with the prefix NDCA-ORCL are documents produced by Oracle Corporation ("Oracle ") in this action pursuant to the March 10, 2005 Order re Discovery Plan (Dkt. No. 246), and related orders of the Court concerning discovery. These documents are presumed authentic. *See Orr v. Bank of America*, 285 F.3d 764, 777 (9th Cir. 2002) (documents produced in discovery satisfy authentication requirement of Fed. R. Evid. 901).

4. Oracle has admitted that all of the documents produced by Oracle in this action are true and correct copies of documents in its files. *See* Ex. 3 hereto, Defendants' Responses and Objections to Plaintiffs' Second Set of Requests for Admissions.

5. Certain of the documents attached to the identified Reports (Exs. 1 and 2 hereto) are also self-authenticating publications, *i.e.*, newspapers or other periodicals. *See* Fed. R. Evid. 902(5)-(6).

| **Expert Report of D. Paul Regan, CPA, CFE** | | |
|---|---|---|
| Item | Location | Description |
| 1 | n.24 | 3/75 Statement of Financial Accounting Standards No. 5, "Accounting for Contingencies" |
| 2 | nn.27, 29 | 12/85 FASB Statement of Financial Accounting Concepts No.6, "Elements of Financial Statements" |
| 3 | n.35 | 12/66 Accounting Principals Board Opinion No. 10 |

| | **Expert Report of D. Paul Regan, CPA, CFE** | |
|---|---|---|
| **Item** | **Location** | **Description** |
| 4 | n.36 | Financial Accounting Standards Board, FIN No. 39, "Offsetting of Amounts Related to Certain Contracts" |
| 5 | n.75 | 11/30/00 Oracle Form 10-Q |
| 6 | n.77 | 9/28/98 Remarks by SEC Chairman Arthur Levitt, the "Numbers Game," at the NYU Center for Law and Business |
| 7 | n.78 | 8/12/99 SEC Staff Accounting Bulletin: No. 99 - "Materiality" |
| 8 | nn.141, 142, 150, 168, 169, 176, 177, 190 | 10/27/97 The American Institute of Certified Public Accountants (AICPA) Statement of Position No. 97-2, Software Revenue Recognition (SOP 97-2) |
| 9 | n.152 | Technical Practice Aids ("TPA") 5100.53, Fair Value of PCS in a Short-Term Time-Based License and Software Revenue Recognition (TPA 53) |
| 10 | n.154 | Technical Practice Aids ("TPA") 5100.39 |
| 11 | n.174 | Nonmonetary Transactions: Magnitude of Boot and the Exceptions of the Use of Fair Value (EITF 86-29) |
| 12 | n.175 | Accounting for Nonmonetary Transactions (APB 29) |

| | **Rebuttal Report of D. Paul Regan, CPA, CFE** | |
|---|---|---|
| **Item** | **Location** | **Description** |
| 13 | n.1 | 8/12/99 SEC Staff Accounting Bulletin: No. 99 - "Materiality" |
| 14 | n.24 | "Audit Risk and Meteriality in Conducting an Audit" (AU 312) |

6. Deposition transcripts and excerpts thereof which are cited in the Expert Report of D. Paul Regan, CPA, CFE, Ex. 1 hereto, and the Rebuttal Report of D. Paul Regan, CPA, CFE, Ex. 2 hereto, referenced herein are properly authenticated as they include the reporter's certification and the cover page of the depositions. *See* Fed. R. Civ. P. 80.

| | **Expert Report of D. Paul Regan, CPA, CFE** | |
|---|---|---|
| **Item** | **Location** | **Description** |
| 15 | nn.3, 23, 28, 30, 39, 42, 83 | 4/18/06 Michael Quinn Deposition |
| 16 | nn.5, 12, 33, 55, 82, 84 | 10/5/06 Ian Hatada Deposition |
| 17 | nn.6 | 11/16/06 Jeffrey Henley Deposition |
| 18 | nn.7, 42, 72, 107, 129 | 6/7/06 Thomas Williams Deposition |

| **Expert Report of D. Paul Regan, CPA, CFE** | | |
|---|---|---|
| Item | Location | Description |
| 19 | nn.8, 47 | 5/23/06 Gregory Myers Deposition |
| 20 | nn.49, 50, 53 | 4/12/05 Gregory Myers Deposition |
| 21 | nn.11, 95 | 3/28/06 Raul Campos Deposition |
| 22 | nn.84, 89, 96 | 10/10/06 Ian Hatada Deposition |
| 23 | nn.30, 170 | 8/1/06 Gary Matuszak Deposition |
| 24 | n.70 | 4/21/05 Jennifer Minton Deposition |
| 25 | n.70 | 7/7/06 Jennifer Minton Deposition |
| 26 | nn.83, 89, 94, 96, 98, 100 | 4/13/06 Molly Venkataramana Deposition |
| 27 | n.88 | 4/18/06 Michael Quinn Deposition |
| 28 | nn.147, 167 | 9/21/06 Larry Ellison Deposition |
| 29 | nn.157, 178, 180, 182, 183, 188 | 2/16/06 Michael DeCesare Deposition |
| 30 | n.160 | 7/26/06 Edward Sanderson Deposition |
| 31 | nn.161, 162, 164, 165, 166, 184, 185, 189, 194 | 6/30/06 Thomas Rathjens Deposition |

| **Rebuttal Report of D. Paul Regan, CPA, CFE** | | |
|---|---|---|
| Item | Location | Description |
| 32 | nn.18, 19, 22, 34, 35, 36 | 9/21/06 Alexander Bender Deposition |
| 33 | nn.40, 41, 43, 44, 45 | 8/1/06 Gary Matuszak Deposition |

7.      The documents cited in the Expert Report of D. Paul Regan, CPA, CFE, Ex. 1 hereto, and the Rebuttal Report of D. Paul Regan, CPA, CFE, Ex. 2 hereto, and referenced herein are true and correct copies of the following documents as produced by defendants in this action, as filed by the parties in the derivative litigation, or as produced by third parties subpoenaed in this litigation:

(a)     Documents with the prefix "HP" were produced by Hewlett-Packard Co. pursuant to a subpoena from plaintiffs. All documents produced by HP are deemed to be genuine and authentic pursuant to the stipulation by counsel for HP at the deposition of Thomas Rathjens, on June 30, 2006 at page 106:2-8. The Rathjens deposition is attached as Ex. MMM to the Declaration

[CORRECTED] DECL OF WILLIAMS IN SUPPORT OF THE EXPERT REPORT OF D. PAUL REGAN, CPA, CFE AND THE REBUTTAL REPORT OF D. PAUL REGAN, CPA, CFE - C-01-0988-SI    - 3 -

1  of Shawn A. Williams in Support of Plaintiffs' Opposition to Defendants' Notice of Motion and
2  Revised Motion for Summary Judgment ("MSJ Decl.") filed concurrently herewith.

3  (b) Documents with the prefix "EY" were produced by Ernst & Young LLP
4  pursuant to a subpoena from plaintiffs. The documents were authenticated during the deposition of
5  Alex Bender pursuant to Fed. R. Civ. P. 30(b)(6) on September 21, 2006 at pages 48:14-51:19. The
6  Bender deposition is attached as Ex. BB to the MSJ Decl.

7  (c) Documents with the prefix "HI" were produced by HSBC pursuant to a
8  subpoena from plaintiffs. HI00011 was authenticated during the deposition of Michelle Davison
9  pursuant to Fed. R. Civ. P. 30(b)(6) on June 29, 2006 at pages 101:23-102:9. HI00001-00002 was
10 authenticated at pages 166:2-179:10.

11 (d) Documents with the prefix "PRG" were produced by PRG Schultz ("PRG ")
12 pursuant to a subpoena from plaintiffs. Documents produced by PRG were authenticated during the
13 deposition of David Cochenour pursuant to Fed. R. Civ. P. 30(b)(6) on March 6, 2006 at pages
14 20:20-21:23.

15 (e) Documents with the prefix "MOT" were produced by Motorola Co. pursuant
16 to a subpoena from plaintiffs.

17 (f) Documents with the prefix "AA" were produced by Arthur Andersen LLP
18 pursuant to a subpoena from plaintiffs. AA000035 was authenticated during the deposition of Jason
19 Sevier pursuant to Fed. R. Civ. P. 30(b)(6) on June 28, 2006. *See* MSJ Decl., Ex. HHH at 118:10-
20 125:2. AA000040 was authenticated at Ex. HHH at 155:25-156:22 and during the deposition of
21 Gary Matuszak, MSJ Decl., Ex. P at 288:24-290:4.

22 (g) Documents with the prefix "PLF" were produced to plaintiffs voluntarily by
23 third parties during the course of plaintiffs' factual investigation of this action. Plaintiffs produced
24 copies of these documents to defendants. PLF00132-136 is a copy of an Oracle e-mail and is
25 presumed genuine and authentic because it comes from Oracle's own e-mail files in the ordinary
26 course of business. PLF001633 was authenticated during the March 28, 2006 deposition of Raul
27 Campos, MSJ Decl., Ex. LLL at 159:2-162:1. PLF000002 was authenticated at the October 5, 2006
28 deposition of Ian Hatada, MSJ Decl., Ex. E at 109:14-113:9 as an accurate memorialization of events

[CORRECTED] DECL OF WILLIAMS IN SUPPORT OF THE EXPERT REPORT OF D. PAUL
REGAN, CPA, CFE AND THE REBUTTAL REPORT OF D. PAUL REGAN, CPA, CFE - C-01-0988-SI   - 4 -

that occurred on or around October 21-31, 2002.  PLF000078-95 was authenticated at the deposition of Raul Campos, MSJ Decl. Ex. LLL at 83:10-84:13.

| **Expert Report of D. Paul Regan, CPA, CFE** | | |
|---|---|---|
| **Item** | **Location** | **Description** |
| 34 | n.4, 30, 44, 56 | 6/12/03 12018/25005 Reconciliation Project, Documentation of procedures, findings, and recommendations (NDCA-ORCL 1885992-1886020) |
| 35 | nn.7, 47, 54, 196, 197, 198, 199, 200, 201, 202 | 3/97 Oracle Receivable User's Guide (NDCA-ORCL 047279-048683) |
| 36 | n.9 | 9/27/02 E-mail from Cindy Eaton to Cherie Nabeta re Credit Memos (PLF-ORC 000132-000136) |
| 37 | n.10 | 8/6/04 E-mail from Molly Littlefield to John Tazbaz re 12 Technologies (NDCA-ORCL 1895745-1895747) |
| 38 | n.13 | 5/30/04 E-mail from Robynne Sisco to Molly Littlefield re REFUND REQUESTS/GE Power (NDCA-ORCL 1886317-1886320) |
| 39 | n.14 | 1/4/05 E-mail from Molly Littlefield to Vijay Kini re Details of unapplied cash (NDCA-ORCL 1865593-1865600) |
| 40 | n.15 | 2002 Refund Detail report (NDCA-ORCL 1722665-1722682) |
| 41 | n.16 | 5/2/02 Letter from Herbert Wagner (Household) to Raul Campos (HI000111) |
| 42 | n.17 | 8/18/04 Letter from Molly Littlefield to JDS Uniphase re Unapplied Customer Receipts (NDCA-ORCL 1895998-1895999) |
| 43 | nn.18, 69, 132 | 11/30/00 Accounts Receivable Variation Analysis (AA000035) |
| 44 | nn.19, 22 | 11/00 Bad Debt Reserve Reconciliation Q2FY01 (NDCA-ORCL 1610987) |
| 45 | n.19 | 8/02 12601 Reserve Activity (NDCA-ORCL 104764-104765) |
| 46 | nn.19, 37, 38, 45, 46 | 8/02 12601 Reserve Activity (NDCA-ORCL 313945-313946) |
| 47 | nn.20, 26 | 11/30/00 Unearned Revenue Variation Analysis (AA000040) |
| 48 | n.21 | 7/21/04 E-mail from Molly Littlefield to David Tejeda re DFAS Check Misapplications. (NDCA-ORCL 1856278) |
| 49 | nn.25, 67, 74 | 10/22/01 Credit Memo and Write-off and Bad Debt and Credit Reserve Policy (NDCA-ORCL 140467-140478) |
| 50 | nn.31, 103 | 2002 Cash Receipts Report (NDCA-ORCL 1646567-1646570) |
| 51 | n.32 | Refund Report (NDCA-ORCL 1624272) |
| 52 | n.32 | Refund Report (NDCA-ORCL 1534642-1534701) |
| 53 | nn.32, 104, 112, 113, 114, 125, 126, 130 | Debit Memo Script Output (NDCA-ORCL 1058909) |
| 54 | n.34 | 5/24/04 E-mail from Lilly Hao to Molly Littlefield re Pioneer Adjustments (NDCA-ORCL 1889364-1889369) |
| 55 | n.37 | On Account/Receipt Write-Off Summary (NDCA-ORCL 1607481) |
| 56 | n.40 | 8/00 and 10/00 Miscellaneous Offset Reports (NDCA-ORCL 1607784-1607822) |
| 57 | n.41 | 11/6/00 E-mail from Neal Menon to Jill Nelson re OCC Unapplied Spreadsheet (NDCA-ORCL 3042910) |

[CORRECTED] DECL OF WILLIAMS IN SUPPORT OF THE EXPERT REPORT OF D. PAUL REGAN, CPA, CFE AND THE REBUTTAL REPORT OF D. PAUL REGAN, CPA, CFE - C-01-0988-SI      - 5 -

| Expert Report of D. Paul Regan, CPA, CFE |||
|---|---|---|
| Item | Location | Description |
| 58 | nn.43, 81, 83 | 10/21/02 E-mail from Michael Quinn to Ryan Roberts re Unapplied Cash Project (NDCA-ORCL 1125473-1125474) |
| 59 | n.44 | Step-by-Step Guide to Removing Misc Receipts from 12601 (NDCA-ORCL 1727952-1727953) |
| 60 | n.48 | 11/14/02 email from Greg Myers to Terry Elam, RE re 12601 (NDCA-ORCL 1609375-1609376) |
| 61 | n.51 | 9/20/00 E-mail from Dianna Ferguson to Sanjay Kumar re Refunds discussion (NDCA-ORCL 623757) |
| 62 | n.52 | 10/14/02 Miscellaneous Offset Report (NDCA-ORCL 1607823-1607834 |
| 63 | n.57 | 8/1/02 E-mail from Raul Campos John McLean re Running Billing Histories (NDCA-ORCL 1731158) |
| 64 | n.58 | 8/26/04 E-mail from Molly Littlefield to Greag Myers re URGENT: Lucent Escalation (NDCA-ORCL 1895918-1895922) |
| 65 | n.59 | 2/6/03 Amount to be refund report (NDCA-ORCL 1722653-1722664) |
| 66 | nn.60, 73 | 3/11/02 Revenue Accounting Process Document, Bad Debt and Credit Note Provision (NDCA-ORCL 140447-140466) |
| 67 | nn.61, 62, 118 | 10/11/00 Aging Report (NDCA-ORCL 313986-313988) |
| 68 | nn.63, 120 | 5/23/02 Oracle check for $178,346.77 payable to Household Finance  (HI0000001-0000002) |
| 69 | n.64 | 4/5/02 Fax from Raul Campos to Joseph Russo (Phillips Petroleum) (PLF-ORC 001633) |
| 70 | nn.65, 71, 73 | 11/30/00 Bad Debt Reserve Reconciliation Q2FY01 (NDCA-ORCL 1610987) |
| 71 | n.68 | 12/8/00 E-mail from Tammy Pinnick to Jennifer Minton re Bad Debt (NDCA-ORCL 1610858-1610989) |
| 72 | n.79 | 12/15/00 Morgan Stanley Dean Witter, "How Suite It Is," by Charles Phillips (NDCA-ORCL 005862-005865) |
| 73 | n.80 | 12/15/00 Lehman Brothers, "Oracle's Application Business Leads Solid Quarter," by Neil Herman (NDCA-ORCL 005901-005903) |
| 74 | n.81 | 10/21/2002 Email from Michael Quinn to Ryan Roberts Subject: Re: Unapplied Cash Project (Chan Deposition Ex. 12) |
| 75 | n.85 | 10/14/02 Minutes of the Special Meeting of the Finance and Audit Committee of the Board of Directors Oracle Corporation (NDCA-ORCL 3042931-3042933) |
| 76 | n.86 | 10/18/02 Minutes of the Special Meeting of the Finance and Audit Committee of the Board of Directors Oracle Corporation (NDCA-ORCL 3042933-3042934) |
| 77 | n.87 | 10/21/00 E-mail from Greg Myers to Ryan Roberts and Thomas Williams re: Unapplied Cash Project (NDCA-ORCL 1609021-1609025) |
| 78 | n.88 | October Meeting Minutes (PLF-ORC 000002) |
| 79 | n.89 | E-mail from Rakesh Kochlar to gfic_cashappsus_ww, Molly Littlefield and Mriganka Gupta re: [Fwd: Re: [Fwd: Incredicly impressive performance by the GFIC US Cash AppsTeam]] (NDCA-ORCL 1886329-1886330) |

[CORRECTED] DECL OF WILLIAMS IN SUPPORT OF THE EXPERT REPORT OF D. PAUL REGAN, CPA, CFE AND THE REBUTTAL REPORT OF D. PAUL REGAN, CPA, CFE - C-01-0988-SI

| Expert Report of D. Paul Regan, CPA, CFE |||
|---|---|---|
| Item | Location | Description |
| 80 | n.89 | E-mail from Molly Littlefield to Bradley Newton, et al. re: Unapplied Update (NDCA-ORCL 1894259) |
| 81 | n.89 | Undated Debit Memo (NDCA-ORCL 1846553) |
| 82 | nn.90, 92, 96 | Undated Chart of Credits (NDCA-ORCL 1646553-1647198) |
| 83 | n.91 | Debit Memo Script Output NDCA-ORCL 1058909 |
| 84 | n.95 | E-mail from Michael Quinn to Ryan Roberts and Greg Myers cc: Thomas Williams and Michael Quinn re: Re: Unapplied Cash Project (NDCA-ORCL 1125473-1125474) |
| 85 | n.95 | E-mail from Molly Littlefield to Robynne Sisco re: Re: PWC Resarch (NDCA-ORCL 1897651) |
| 86 | n.97 | "Step-by-Step Guide to Removing Misc Receipts from 12601." (NDCA-ORCL 1727949-1727953) |
| 87 | n.99 | Approvals discussions (NDCA-ORCL 140467-78) |
| 88 | n.99 | Collections Internal Web Page (PLF-ORC 000078-95) |
| 89 | n.101 | Undated Financial Chart (NDCA-ORCL 1486082-117) |
| 90 | n.102 | 11/1/02 E-mail from Tom Olinger to Annica Magnusson, et al. re: Updated AR Cash Collections Memo and To Dos (NDCA-ORCL 1727979-1727991) |
| 91 | n.106 | Undated Financial Chart (NDCA-ORCL 1485948-1485967) |
| 92 | nn.111, 116 | 1/31/95 Credit Memo: Household's Cancellation Order (NDCA-ORCL 776172-776173) |
| 93 | n.115 | Oracle Call Notes (NDCA-ORCL 649588-650316) |
| 94 | n.117 | 11/17/00 Oracle Debit Memo (NDCA-ORCL 776174) |
| 95 | n.119 | 10/31/02 E-mail from Greg Myers to Michael Quinn cc: Amy Aves re: [Fwd [Fwd [Fwd [Fwd [Fwd [Fwd: REFUND: Household Finance ($178, 346.77)]]]]]] (NDCA-ORCL 614018-614023) |
| 96 | n.119 | 5/17/02 E-mail from Tom Williams to Michael Quinn, et al. re: Re: [Fwd: [Fwd: REFUND:Household Finance ($178, 346.77) (NDCA-ORCL 1070329) |
| 97 | n.121 | Morrison & Foerster's "Presentation to the SEC Staff on Behalf of Oracle Corporation." (NDCA-ORCL 050209-55) |
| 98 | nn.121, 122 | Payment Overview Screenshot (NDCA-ORCL 314031) |
| 99 | n.123 | Demo Memo Chart (NDCA-ORCL 282677) |
| 100 | n.128 | Debit Memo 55003501 (Kforce.com) Wire Transfer |
| 101 | n.130 | 8/11/06 Letter from Peter Wald to Judge Infante, Elam Deposition Exhibit 18 |
| 102 | n.131 | Excerpts of an electronic "Script Output" produced by defendants (NDCA-ORCL 1482578-1485581) |
| 103 | n.131 | 11/14/00 E-mail from Sanjay Kumar to Greg Myers, Krithika Bhat, and Paul Hock re: Refund Debit Memos (NDCA-ORCL 048716) |
| 104 | n.131 | 12/21/00 Debit Memo (MOT 00078) |
| 105 | n.131 | 5/23/2002 Refund for Motorola (PRG 29740) |
| 106 | nn.134, 135 | 11/9/00 E-mail from Michael DeCesare to Edward Sanderson, et al. re: [Fwd: HP Q2 Execution Plan Update for November 10 Thursday] (NDCA-ORCL 055957-58) |
| 107 | n.136 | Total Company - Q2 FY01 Forecast (NDCA-ORCL 410399-410415) |

[CORRECTED] DECL OF WILLIAMS IN SUPPORT OF THE EXPERT REPORT OF D. PAUL REGAN, CPA, CFE AND THE REBUTTAL REPORT OF D. PAUL REGAN, CPA, CFE - C-01-0988-SI - 7 -

| Expert Report of D. Paul Regan, CPA, CFE | | |
|---|---|---|
| Item | Location | Description |
| 108 | nn.137, 138 | 10/12/00 E-mail from Lawrence Ellison to Michael Rocha re: Re: Carly Fiorina Meeting Update (NDCA-ORCL 028735-028736) |
| 109 | n.139 | 11/11/00 E-mail from Mark Barrenechea to Michael DeCesare, et al. re: Re: HP Q2 Order Update, DeCesare Deposition Exhibit 5 (NDCA-ORCL 020850-020851) |
| 110 | n.140 | 11/30/00 E-mail from Safra Catz to Thomas Wililams and Jennifer Minton re: [Fwd: HP Situation] (NDCA-ORCL 025018-19) |
| 111 | n.144 | Product Revenue Reporting Package, Q2 FY2001 (NDCA-ORCL 010001-58) |
| 112 | n.147 | 11/30/00 Minutes to the Special Meeting of the Executive Committee of the Board of the Directors (NDCA-ORCL 044458-505) |
| 113 | n.148 | Oracle Ordering Document for Hewlett Packard (NDCA-ORCL 260105-260135) |
| 114 | n.148 | Online Support Services Exhibit, Hewlett Packard (HP0045-0049) |
| 115 | n.149 | Software License and Services Agreement (NDCA-ORCL 258186-218) |
| 116 | n.156 | Oracle USA Q2-FY01 Top 20 License Contracts Revenue Recognition Review (NDCA-ORCL 033954-78) |
| 117 | nn.158, 192 | 11/28/00 E-mail from Michael DeCesare to Lawrence Ellison, et al. re: HP CRM Close Plan, DeCesare Deposition Exhibit 3 (NDCA-ORCL 020844-49) |
| 118 | n.159 | 10/24/00 E-mail from Sandy Sanderson to Gary Bloom, et al. re: Re: HP Update, Sanderson Deposition Exhibit 32 (NDCA-ORCL 028737-028738) |
| 119 | n.160 | 11/30/00 Letter Agreement w/ handwritten notes between Oralce and Hewlett-Packard (NDCA-ORCL 020839-43) |
| 120 | n.163 | 7/12/01 E-mail from Karen Montague to Sean Hickey, et al. re: RE: CRM Licenses, Rathjens Deposition Exhibit 8 (HP 00019-21) |
| 121 | nn.171, 172, 173 | 11/30/00 Oracle License Checklist for Hewlett Packard (NDCA-ORCL 259996-60026) |
| 122 | n.179 | 11/2/01 E-mail from Karen Montague to Thomas Rathjens and Heyden Scott cc: Karen Montague re: Urgent - Revised CRM Support Compensation Numbers (HP 00074-75) |
| 123 | n.181 | 5/23/00 PR Newswire, Oracle Equips Marketers With Tools Needed for E-Business Success (NDCA-ORCL 020894-020896) |
| 124 | n.186 | 1/31/01 E-mail from Julie Cullivan to Edward Sanderson (NDCA-ORCL 296486) |
| 125 | nn.187, 195 | Oracle CRM Issues - HP High Level Overview (HP 00062-00063) |
| 126 | n.193 | 10/26/01 E-mail from Karen Montague to Craig Flower, et al. re: Oracle CRM Strategy Document, Rathjens Deposition Exhibit 9 (HP 00008-00012) |

[CORRECTED] DECL OF WILLIAMS IN SUPPORT OF THE EXPERT REPORT OF D. PAUL REGAN, CPA, CFE AND THE REBUTTAL REPORT OF D. PAUL REGAN, CPA, CFE - C-01-0988-SI   - 8 -

| Rebuttal Report of D. Paul Regan, CPA, CFE | | |
|---|---|---|
| Item | Location | Description |
| 127 | n.3 | On Account/Receipt Write-Off Summary (NDCA-ORCL 1607481) |
| 128 | n.5 | Total Company - Q2 FY01 Forecast (NDCA-ORCL 410399-410415) |
| 129 | n.8 | 12/15/00 Goldman Sachs Report, "Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook" (NDCA-ORCL 308884-85) |
| 130 | n.9 | 12/15/00 Deutsche Banc Alex Brown Report, "Oracle Corporation [ORC] 'Strong Buy' Oracle F2Q Delivers the Goods" (NDCA-ORCL 420587-89) |
| 131 | n.10 | 12/15/00 Thomas Wiesel Partners LLC Report, "66% Apps Growth Highlights In-Line Q2" (NDCA-ORCL 420617-19) |
| 132 | n.11 | 12/15/00 Merrill Lynch Report, "Oracle Systems: Q201: Steady As She Goes" (NDCA-ORCL 308890-93) |
| 133 | n.19 | 10/22/02 Memo from Alex Bender and Megan Birkler to Oracle Corporation Files (E&Y 000143-46) |
| 134 | n.20 | Excerpt from SLC Report (NDCA-ORCL 295582) |
| 135 | n.21 | (NDCA-ORCL 296433) |
| 136 | n.39 | HP/Oracle Partnership Discussions w/ handwritten notes, Matuszak Deposition, Exhibit 6 (NDCA-ORCL 020845) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of November, 2008, at San Francisco, California.

                                                             s/ Shawn A. Williams
                                                             SHAWN A. WILLIAMS

S:\CasesSD\Oracle3\DEC00055712 Regan Corrected Decl.doc

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.csgrr.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2008.

s/ Shawn A. Williams
SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-SI

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_s

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
```

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111