| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>    RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949)<br>DOUGLAS R. BRITTON (188769) |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 5 | marks@csgrr.com<br>dougb@csgrr.com |
| 6 |        – and –<br>SHAWN A. WILLIAMS (213113) |
| 7 | WILLOW E. RADCLIFFE (200087)<br>ELI R. GREENSTEIN (217945) |
| 8 | DANIEL J. PFEFFERBAUM (248631)<br>100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 10 | 415/288-4534 (fax)<br>shawnw@csgrr.com |
| 11 | willowr@csgrr.com<br>elig@csgrr.com |
| 12 | dpfefferbaum@csgrr.com |
| 13 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| | DATE:    January 9, 2009<br>TIME:    9:00 a.m.<br>CTRM:   The Honorable Susan Illston |

I, DOUGLAS A. BRITTON, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matter stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Excerpt from the Fourth Amended Complaint in *Merrill Lynch Fundamental Growth Fund, Inc. v. McKesson HBOC, Inc.*, No. CGC-02-405792 (Cal. Super. Ct. San Francisco);

Exhibit 2: E-mail from Patricia McManus to James English re Draft: New terminology on Forecasting, dated October 6, 2000 (Ellison Deposition Exhibit 110, NDCA-ORCL 203681-83);

Exhibit 3: E-mail from Sandy Sanderson to Sebastion Gunningham, et al., re License Revenue Forecast Accuracy, dated September 19, 2000 (NDCA-ORCL 028211-12);

Exhibit 4: E-mail from Jennifer Minton to William Plant, et al., re License Revenue Forecast Accuracy, dated September 19, 2000 (NDCA-ORCL 151956-62);

Exhibit 5: Excerpts from the March 2, 2004 Deposition Trasncript of Jeffrey O. Henley;

Exhibit 6: Excerpts from the February 26, 2004 Deposition Transcript of Lawrence J. Ellison;

Exhibit 7: Excerpts from the July 26, 2006 Deposition Transcript of Edward J. Sanderson, Jr.; and

Exhibit 8: Excerpts from *Softwar an Intimate Portrait of Larry Ellison and Oracle*, by Matthew Symonds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of December, 2008 at San Diego, California.

s/DOUGLAS R. BRITTON<br>DOUGLAS R. BRITTON

C:\PROGRA~1\pdfDocs\users\DeeM\Import\DEC00056167_Hubbard Reply.doc

DECL OF DOUGLAS R. BRITTON IN SUPPORT OF PLTFS' REPLY IN FURTHER SUPPORT OF THEIR MOT TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD - C-01-0988-SI   - 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 12, 2008.

    s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111