# EXHIBIT 1

1   Richard M. Heimann (Bar No. 063607)
    Elizabeth J. Cabraser (Bar No. 083151)
2   Joy A. Kruse (Bar No. 142799)
    Daniel E. Barenbaum (Bar No. 209261)
3   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
4   San Francisco, CA  94111-3339
    Telephone:  (415) 956-1000
5   Facsimile:  (415) 956-1008

6
    Steven E. Fineman (Bar No. 140335)
7   Daniel P. Chiplock
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8   780 Third Avenue, 48th Floor
    New York, New York  10017
9   Telephone:  (212) 355-9500
    Facsimile:  (212) 355-9592
10
    Attorneys for Plaintiffs
11
                   IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
12
                      IN AND FOR THE COUNTY OF SAN FRANCISCO
13

14  MERRILL LYNCH FUNDAMENTAL                  Case No.  CGC-02-405792
    GROWTH FUND, INC. AND MERRILL
15  LYNCH GLOBAL VALUE FUND, INC.,             **FOURTH AMENDED COMPLAINT
                                               FOR:**
16               Plaintiffs,
                                               **(1)  VIOLATIONS OF CAL. CORP.
17  v.                                         SECURITIES LAW OF 1968;**

18  McKESSON HBOC, INC., HBO & COMPANY,        **(2)  VIOLATIONS OF CAL. BUS.
    ARTHUR ANDERSEN, LLP, CHARLES W.           PROF. CODE §§17200 ET SEQ.**
19  MCCALL, JAY P. GILBERTSON, JAY M.
    LAPINE, MICHAEL SMERASKI, MARK A.          **(3)  VIOLATIONS OF COMMON
20  PULIDO, RICHARD H. HAWKINS, ALBERT J.      LAW OF FRAUD AND DECEIT AND
    BERGONZI, HEIDI YODOWITZ, BEAR             NEGLIGENT
21  STEARNS & CO., GENERAL ELECTRIC            MISREPRESENTATION**
    CAPITAL CORPORATION, INC., WEBMD
22  CORP., COMPUTER ASSOCIATES                 **(4)  VIOLATIONS OF NEW JERSEY
    INTERNATIONAL, INC. AND DOES 4-200,        STATE LAW**

23               Defendants.                   **(5)  VIOLATIONS OF GEORGIA
                                               STATE LAW**
24
                                               JURY TRIAL DEMANDED
25

26

27

28

    278758.1                                           FOURTH AMENDED COMPLAINT

## JURISDICTION AND VENUE

20.     This Court has jurisdiction over all causes of action asserted in this Amended Complaint pursuant to the California Constitution, Article VI, §10, because this is a cause not given by statute to other trial courts.  The claims asserted herein arise under §§25400 and 25500 of the Cal. Corp. Code; §17200 *et seq.* of the Cal. Bus. & Prof. Code;  §§10-5-12, 10-5-14, 16-14-4(b) and 16-14-4(c) of the Official Code of Georgia Annotated; New Jersey Statutes Annotated §§2C:41-2 and 2C:41-4; and common law.

21.     Venue is proper in the Superior Court for the County of San Francisco because defendants offered shares of McKesson HBOC stock for sale in this county, concealed material facts and made material misrepresentations and omissions in this county, and offered and sold shares and induced the continued retention of shares by material misrepresentations and by concealment of material facts, which were made in this county.  In addition, McKesson HBOC has its headquarters and principal place of business in San Francisco, California.  All of the defendants maintain offices and/or conduct business or have conducted business in San Francisco, California.

22.     The amount in controversy exceeds the jurisdictional minimum of this Court.

23.     This action is not preempted by the Federal Securities Litigation Uniform Standards Act of 1998, Pub. L. No. 105-353 (1998) ("SLUSA"), because this Complaint only asserts state law claims, and is not a class action, an action brought by a representative party, or an action that seeks damages on behalf of more than fifty persons.

## THE PARTIES

### Plaintiffs

24.     Plaintiff Merrill Lynch Fundamental Growth Fund, Inc. ("ML Fundamental Growth Fund") is incorporated in Maryland, with its principal place of business in New Jersey. ML Fundamental Growth Fund is the successor to all of the rights and liabilities of the Merrill Lynch Growth Fund ("ML Growth Fund"), pursuant to a merger with the ML Growth Fund effective January 1, 2002.  ML Growth Fund purchased 2,632,800 shares of McKesson HBOC

EXHIBIT 2

Draft: New terminology on Forecasting...

**From:** Patricia McManus
**Sent:** Fri, 06 Oct 2000 11:47:03 GMT
**To:** James English
**CC:** Patricia McManus
**BCC:**
**Subject:** Draft: New terminology on Forecasting...

EXHIBIT 110
Rachel A. Ferrier
CSR No. 6948
Date: 9/29/06
Witness:
Ellison

file://\\Anthony-master\C\May1\Final%20Confidential%20Responsive\Final%20Confide...   10/25/2004
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 203681

```
begin:vcard
n:McManus;Patricia
tel;fax:610-722-2000
tel;work:610-722-2173
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:patricia.mcmanus@oracle.com
fn:Patricia McManus
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 203682

Hi,

Jim, we can talk through the recommendation, let me know your thoughts...

Recently Larry has changed the way that he is interpreting our forecast.  He would like us to reflect our numbers as follows...

Worst -  this is our bottom threshold - minimum 80% probability for opportunity - our old thinking of "commit"
Forecast  - some risk included, potentially 50% of the time you make it and 50% of the time you don't - minimum 60% probability for an opportunity
Best - the top threshold for the quarter - minimum 40% probability for an opportunity

This is a change from our current thinking in that our forecast has not usually had a significant amount of judgment.  It was the amount that you believed you could deliver at a minimum.  That emphasis has shifted to "worst" and now our forecast is a number that includes more risk than in the past.   Best case should not be our entire quarter pipeline.  As deals cross the 40% win probability threshold, they enter our best case.

The win probabilities are guidelines and should be adjusted as you move through the quarter.,  Obviously, a 60% win probability the last week of the quarter is probably not a "forecast" item.  Common sense has to prevail.  The win probabilities are in OSO and should be reviewed for accuracy with the reps.  The win probabilities have to be updated on a timely basis.

We will incorporate this in our OSO 11i training that is tentatively scheduled  the week of 10/23.

Please let us know if you have any questions!

Thanks,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 203683

# EXHIBIT 3

confidential: License Revenue Forecast Accuracy

**Subject: confidential: License Revenue Forecast Accuracy**
**Date:** Tue, 19 Sep 2000 06:49:51 -0700
**From:** Sandy Sanderson <sandy.sanderson@oracle.com>
**Organization:** Oracle Corporation
**To:** Sebastian J Gunningham <sebastian.gunningham@oracle.com>,
Frank Varasano <frank.varasano@oracle.com>,
"English,James" <JTENGLIS@US.ORACLE.COM>,
Cheryl <cheryl.mcdowell@oracle.com>

larry wants the evp's to do a better job of forecasting than we have in
the past.  he says we continually understate where we are going to
land.  this is typically true except for this last quarter.  let's make
sure we factor in this historical perspective on our forecast calls.
how, i am not sure.  but, let's make sure we atleast consider this
information.

for obvious reasons, pls don't forward this email due to sensitive info.

sandy

**Subject: License Revenue Forecast Accuracy**
**Date:** Mon, 18 Sep 2000 14:51:30 -0700
**From:** Lia Burke <lia.burke@oracle.com>
**Organization:** Oracle Corporation
**To:** "Ellison,Lawrence" <LELLISON@US.ORACLE.COM>,
"Catz,Safra" <SCATZ@US.ORACLE.COM>,
"Henley,Jeffrey" <JHENLEY@US.ORACLE.COM>,
Jennifer Minton <jminton@US.ORACLE.COM>,
"Roberts,George" <GROBERTS@US.ORACLE.COM>,
"Nussbaum,Jay" <JNUSSBAU@US.ORACLE.COM>,
"Sanderson,Edward" <ESANDERS@US.ORACLE.COM>,
"Bloom,Gary" <GBLOOM@US.ORACLE.COM>,
"Wohl,Ronald" <RWOHL@US.ORACLE.COM>, sgiacole@ch.oracle.com
**CC:** Ivgen Guner <iguner@US.ORACLE.COM>,
"Ronsse,Roberta" <RRONSSE@US.ORACLE.COM>

All,

Attached is an analysis I prepared for Jeff last week comparing the
license revenue forecast at various points over the past 5 quarters with
the actuals for that quarter.  On average at the total company level our
final license revenue forecast is generally between 84% and 89% of our
final license revenues.

Please do not hesitate to contact me with any questions.

Regards,

| | Name: Forecasttrends.xls |
| Forecasttrends.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) |
| | Encoding: base64 |

CA-ORCL 025231

ORACLE CONFIDENTIAL

confidential: License Revenue Forecast Accuracy

Lia Burke <lia.burke@oracle.com>
Director, Worldwide Finance
Visit us at http://www.oracle.com

CA-ORCL 025232

ORACLE CONFIDENTIAL

2

NDCA-ORCL 028212

# EXHIBIT 4

**From:** Jennifer Minton
**Sent:** Tue, 19 Sep 2000 20:50:24 GMT
**To:** WILLIAM PLANT; DAVIES; Greg; Mcdowell; Cheryl; Winton; David; Ford; Terrence; English; James; Guner; Ivgen
**CC:**
**BCC:**
**Subject:** [Fwd: License Revenue Forecast Accuracy]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 151956

```
begin:vcard
n:;Jennifer
x-mozilla-html:FALSE
adr:;;;;;;;
version:2.1
email;internet:jennifer.minton@oracle.com
fn:Jennifer Minton
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 151957

```
begin:vcard
n:Burke;Lia
tel;fax:(650) 506 7107
tel;work:(650) 506 2534
x-mozilla-html:FALSE
org:<A
HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/"><imgsrc="http://www
.oracle.com/signature/obanner.gif"></A>;<A
HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/">Visit us at
http://www.oracle.com</A>
adr:;;;;;;
version:2.1
email;internet:lia.burke@oracle.com
title:Director, Worldwide Finance
fn:Lia Burke
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 151958

## LICENSE REVENUE FORECAST ACCURACY

### Q1FY00

| Constant $ (May 99) License | Actuals Q1FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 70,496 | $ 68,798 | $ 62,839 | $ 70,174 | | nm | 98% | 89% | 100% | $ (322) |
| NAS - Roberts | 127,869 | 99,549 | 118,415 | 119,021 | | nm | 78% | 93% | 95% | (8,848) |
| OPI - Varasano | 49,767 | 40,598 | 40,559 | 40,441 | | nm | 82% | 81% | 81% | (9,326) |
| LA - Sanderson | 23,021 | 26,325 | 25,052 | 23,733 | | nm | 114% | 109% | 103% | 712 |
| Europe - Giacoletto | 186,571 | 183,624 | 173,911 | 172,668 | | nm | 98% | 93% | 93% | (13,903) |
| APAC - Williams | 51,526 | 49,657 | 51,437 | 51,047 | | nm | 96% | 100% | 99% | (479) |
| Japan - Sano | 66,608 | 64,310 | 63,531 | 63,630 | | nm | 97% | 95% | 96% | (2,978) |
| Corporate Adjustments | 36,471 | - | 4,618 | 5,047 | | nm | nm | 13% | 16% | (30,524) |
| **Total** | $ 612,839 | $ 533,259 | $ 540,362 | | | | 87% | 88% | | |

### Q2FY00

| Constant $ (May 99) License | Actuals Q2FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 125,915 | $ 132,473 | $ 132,474 | $ 145,018 | $ 144,977 | 105% | 105% | 115% | 115% | $ 19,062 |
| NAS - Roberts | 197,813 | 133,856 | 133,684 | 138,567 | 151,694 | 68% | 68% | 70% | 77% | (46,119) |
| OPI - Varasano | 54,404 | 57,429 | 57,357 | 61,556 | 54,862 | 106% | 105% | 113% | 101% | 458 |
| LA - Sanderson | 33,507 | 36,345 | 36,086 | 34,579 | 34,566 | 108% | 105% | 103% | 103% | 1,059 |
| Europe - Giacoletto | 286,306 | 234,630 | 235,468 | 239,978 | 238,454 | 82% | 82% | 84% | 83% | (47,842) |
| APAC - Williams | 55,365 | 64,129 | 63,063 | 59,301 | 57,788 | 116% | 114% | 107% | 104% | 2,423 |
| Japan - Sano | 94,807 | 88,243 | 88,013 | 85,826 | 86,963 | 93% | 93% | 91% | 92% | (7,844) |
| Corporate Adjustments | 26,493 | - | 4,812 | 3,939 | 6,491 | nm | 18% | 15% | 25% | (20,002) |
| **Total** | $ 874,610 | $ 747,005 | $ 749,987 | $ 768,783 | | 85% | 86% | | 89% | |

### Q3FY00

| Constant $ (May 99) License | Actuals Q3FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 188,953 | $ 130,000 | $ 130,000 | $ 129,981 | $ 130,009 | 69% | 69% | 69% | 69% | $ (58,944) |
| NAS - Roberts | 311,818 | 176,356 | 187,205 | 211,642 | 237,279 | 57% | 60% | 68% | 76% | (74,539) |
| OPI - Varasano | 83,272 | 49,992 | 69,700 | 69,985 | 70,029 | 60% | 84% | 84% | 84% | (13,243) |
| LA - Sanderson | 41,243 | 32,175 | 32,500 | 33,130 | 37,435 | 78% | 79% | 80% | 91% | (3,808) |
| Europe - Giacoletto | 279,644 | 262,100 | 262,844 | 263,316 | 287,153 | 94% | 94% | 94% | 96% | (12,491) |
| APAC - Williams | 66,796 | 59,795 | 59,850 | 58,084 | 59,601 | 90% | 90% | 87% | 89% | (7,195) |
| Japan - Sano | 80,453 | 84,347 | 76,567 | 76,387 | 75,448 | 105% | 95% | 95% | 94% | (5,005) |
| USA Sales & Operations | 8 | - | - | 609 | 90 | nm | nm | 7615% | 1125% | 82 |
| Corporate Adjustments | (2,666) | 5,350 | 5,348 | 5,785 | 6,496 | -201% | -201% | -217% | -244% | 9,162 |
| **Total** | $ 1,049,521 | $ 800,115 | $ 824,014 | $ 848,919 | | 76% | 79% | | 81% | |

### Q4FY00

| Constant $ (May 99) License | Actuals Q4FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 345,055 | $ 259,963 | $ 260,003 | $ 290,030 | $ 310,040 | 75% | 75% | 84% | 90% | $ (35,015) |
| NAS - Roberts | 523,431 | 385,489 | 387,989 | 423,572 | 436,484 | 74% | 74% | 81% | 83% | (86,947) |
| OPI - Varasano | 198,499 | 105,008 | 120,000 | 130,003 | 160,011 | 53% | 60% | 65% | 81% | (38,488) |
| LA - Sanderson | 70,474 | 50,000 | 53,628 | 54,101 | 57,925 | 71% | 76% | 77% | 82% | (12,549) |
| Europe - Giacoletto | 471,729 | 428,360 | 428,406 | 431,135 | 431,089 | 91% | 91% | 91% | 91% | (40,640) |
| APAC - Williams | 100,550 | 75,880 | 75,605 | 74,607 | 75,947 | 75% | 75% | 74% | 76% | (24,603) |
| Japan - Sano | 113,603 | 102,065 | 102,179 | 102,237 | 107,473 | 90% | 90% | 90% | 95% | (6,130) |
| USA Sales & Operations | 18 | - | - | (1) | (1) | nm | nm | nm | nm | (19) |
| Corporate Adjustments | 7,387 | 2,931 | 740 | (5,574) | (3,689) | nm | 40% | 10% | nm | (11,076) |
| **Total** | $ 1,830,756 | $ 1,409,696 | $ 1,429,550 | $ 1,500,410 | | 77% | 78% | | 82% | |

License 4/28/2005

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 151959

All,

Attached is an analysis I prepared for Jeff last week comparing the
license revenue forecast at various points over the past 5 quarters with
the actuals for that quarter.  On average at the total company level our
final license revenue forecast is generally between 84% and 89% of our
final license revenues.

Please do not hesitate to contact me with any questions.

Regards,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL-151961

FYI. We need to work closely with management to improve the accuracy of
the forecast.  Larry made it clear that he wants everyone to submit
realistic forecasts — he is not interested in "commit" numbers.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 5

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
                                                    1
1    00001:01      IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2         02         IN AND FOR THE COUNTY OF SAN MATEO
3         03              ---oOo---
4         04  COORDINATION PROCEEDING
5         05
6         06
7         07              PROCEEDING NO. 4180
8         08  THIS DOCUMENT RELATES TO:
9         09  ALL ACTIONS
10        10
11        11
12        12       DEPOSITION OF JEFFREY O. HENLEY
13        13         Tuesday, March 2, 2004
14        14         Volume I (Pages 1 - 274)
15        15
16        16  CONFIDENTIAL:  THIS TRANSCRIPT IS DESIGNATED AS
17        17  THE COURT ON JUNE 21, 2002, CONTAINS DOCUMENTS MARK
18        18  EXCEPT PURSUANT TO THE TERMS OF THE PROTECTIVE ORD
19        19
20        20  REPORTED BY:
21        21  HOLLY MOOSE, RDR-CRR-CRP
22        22
23        23
24        24        Certified Shorthand Reporters
25        25        San Francisco, California  94102
```

```
                                                    2
1    00002:01      IN THE COURT OF CHANCERY OF THE STATE OF DELAW
2         02           IN AND FOR NEW CASTLE COUNTY
3         03
4         04  IN RE ORACLE CORPORATION
5         05  DERIVATIVE LITIGATION
6         06  _____/
7         07
8         08
9         09
10        10
11        11
12        12
13        13
14        14
15        15
16        16
17        17
18        18
19        19
20        20
21        21
22        22
23        23
24        24
25        25
```

```
                                                    3
1    00003:01           A P P E A R A N C E S
2         02
3         03  FOR CALIFORNIA PLAINTIFFS:
4         04    BERMAN, DEVALERIO, PEASE, TABACCO, BURT & PUCILLO
5         05       ELIZABETH GUARNIERI, ESQ.
6         06    San Francisco, CA  94104
7         07
8         08
9         09    BY:  DAVID PEREZ, LAW CLERK
10        10    Suite 1000, Tenth Floor
11        11
12        12
13        13
14        14    BY:  DOUGLAS WILENS, ESQ.
15        15    Boca Raton, FL  33432
16        16
17        17
18        18
19        19    BY:  ALAN N. SALPETER, ESQ.
20        20    190 South La Salle Street
21        21    (312)782-0600
22        22
23        23
24        24
25        25
```

Oracle Related Cases

1    00063:01 assumed they were current.

2    02      Q.   Okay.  Okay, Mr. Henley, I'd like to move on

3    03  to a more broader discussion regarding Oracle and some

4    04  of its business terms and processes.

5    05      Can you explain for me what the term

6    06  "pipeline" means, as used at Oracle during Q3 2001.

7    07      A.   Sure.  It's a -- it's an amalgamation of all

8    08  the transactions that the sales force around the world

9    09  is pursuing.  These are -- there are a variety of

10   10  stages, from very early "Gee, there's something here we

11   11  gotta look into," to very late stages of negotiating

12   12  contracts, and all that sort of thing.

13   13      So it's a summation of all -- hundreds and

14   14  hundreds of different transactions that the company has,

15   15  the sales force is working on in some stage.

16   16      Q.   Okay.  Does the company use different forms

17   17  of -- strike that.  Let me ask a different question.

18   18      Is a pipeline number something that is used --

19   19  that is constant and always used in the same way at the

20   20  company at all levels, or is the information that's

21   21  contained in a pipeline number sometimes filtered or

22   22  weighted differently?

23   23      MR. SALPETER:  Objection to form.

24   24      THE WITNESS:  I think I understand what you're

25   25  asking me.  There is a process that salespeople and

---

1    00064:01 sales management all the way up the chain use to try to

2    02  enter in deals they're working on, assign values of the

3    03  deal, the probability of closing, close dates.

4    04      There's a -- management reviews that.

5    05  Management sometimes questions dates.  Sometimes the

6    06  dates are changed.  There's -- there is some management

7    07  judgment as to how people assess probabilities and

8    08  things like that.  But, you know, there is human

9    09  judgment, I guess, in some of the stuff.

10   10      But the attempt is that we get something that

11   11  by the time Larry and I get it, it's an amalgamation of

12   12  deals that is consistently put together as well as we

13   13  can do.  But there is human judgment on probabilities

14   14  and things like that.

15   15      MS. LAVALLEE:  Q.  Okay.  In terms of the

16   16  numbers for pipelines that you and Larry get, the --

17   17  what -- you get pipeline information in what form?  Do

18   18  you get it in a particular report?

19   19      A.   I typically get a summary that is a part of

20   20  our forecast document.  And there we have the forecast

21   21  for the quarter.  There's a column that shows pipeline

22   22  information for all the various summary -- Europe, Asia,

23   23  that sort of thing.

24   24      Q.   Okay.  And it sounds like you're --

25   25      MS. SEGAL:  Nicole, can I just -- what time

---

1    00065:01 frame are you talking about?

2    02      MS. LAVALLEE:  Q3 2001.

3    03      THE WITNESS:  That -- my assumption, right.

4    04      MS. LAVALLEE:  Okay.

5    05      Q.  Now, it sounds as though you're talking about

6    06  a specific document.  Are you indeed?

7    07      A.   Yes.  Yes, I am.

8    08      Q.   Okay.  And what is the name of that document?

9    09      A.   I'm not even certain.  It's what -- our

10   10  standard global forecast reports.  You know, it's the

11   11  most critical report I review, obviously.  And it

12   12  shows the latest up -- latest forecast that we have from

13   13  around the world at a summary level by major geography,

14   14  by major management, member of the executive committee.

15   15      Q.   Okay.  And is that a document that's sometimes

16   16  referred to as an upside report, do you know, or is that

17   17  something different?

18   18      A.   I don't call it that.  But it includes a

19   19  column that tries to factor in judgment on top of what

20   20  the particular business units have turned in.

21   21      Q.   Okay.  Now, the number that -- the pipeline

22   22  number that you're talking about on these particular

23   23  reports, is that something that includes closed deals?

24   24      A.   The pipeline would include closed deals.  We

25   25  don't literally take closed deals out until the end of

---

1    00066:01 the quarter.

2    02      Q.   Okay.

3    03      A.   So throughout the quarter, it would include

4    04  closed deals, as well as all open deals that the field

5    05  feels have a chance of closing that quarter.

6    06      Q.   And you said it's up until the end of the

7    07  quarter.  Is there a period of time at which you

8    08  actually do remove the closed deals?

9    09      A.   Once the quarter's over.

10   10      Q.   Okay.

11   11      A.   Mm-hm.

12   12      Q.   And what is the source of the data -- or what

13   13  is the source of the pipeline figure that you're

14   14  referring to in this report?

15   15      A.   It's varied over the years, but in the most

16   16  recent years, it's a report we call our -- the OSO

17   17  report.  It's an application that Oracle developed over

18   18  the last several years that we sell to customers.  We

19   19  use it ourselves.  And so that has become the universal

20   20  global report.

21   21      But years before, they used spreadsheets.

22   22  There were a variety of ways.  But the methodology's

23   23  always been the same, that people enter in all their

24   24  transactions, we sum it up around the world and get a

25   25  sense of what people's pipelines are.

00113:01 one time and announced the results at an analyst day.
02 And at that point -- and I don't remember when it was,
03 whether it was before or after. The data I looked at
04 had been over the last three or six months or something.
05 but I thought at that time it was representative. And
06 it was about 50 cents on the dollar.
07     So I said for every dollar -- said this at one
08 of our analyst days -- for every dollar of applications,
09 we drag along 50 cents of technology, primarily
10 database.
11     Q.  Okay. And why is it that the company looks at
12 those figures?
13     A.  Well, let's see. Why did -- I'm -- I can't
14 answer for the company. I can tell you why I was
15 interested, why I thought analysts would be interested.
16     Q.  Please do.
17     A.  And we have not routinely measured this, by
18 the way. So if we were really interested, I guess we
19 would measure it every quarter, but ...
20     I felt that the -- the analysts would just be
21 interested in knowing how much our applications business
22 helps our database business. We'd gotten questions
23 about that from time to time.
24     Q.  Okay.
25     A.  And we've also published information on how

00114:01 much our competitor -- applications competitors -- what
02 percentage of their wins usually have an Oracle database
03 associated with them too. So they're always interested
04 in that as well.
05     Q.  Okay. Now, other than -- we've looked at two
06 types of reports here today. Other than the data that's
07 compiled in these reports, can you tell me how you
08 personally were able to access information regarding
09 numbers, numbers, or potential numbers during Q3 2001.
10     A.  How I was able to access?
11     Q.  Or how you were able to learn of the potential
12 or forecast numbers.
13     A.  Oh. Two -- you know, basically two ways.
14 One, looking at the reports. And we did share some of
15 the report with other members of the EC; we just didn't
16 give them the full financial forecast.
17     But we'd typically go around the room, and the
18 sales executives talk about their license numbers. So
19 that, they know; they just don't know the full financial
20 forecast. So we give them one or two pages out of this
21 report and they comment on how they were doing.
22     And there's obviously always narrative that
23 goes on in these meetings about, you know, how good they
24 think their forecast is, what the upside, the downside.
25 They typically talk in a range of how -- you know, what

00115:01 do they think they may end up, up or down.
02     And so in the quarter, we had that
03 conversation. And I typically will, you know, bore in
04 on them and ask them, or Larry will ask them, questions,
05 that sort of thing. So we certainly try to get
06 commentary, perspective, beyond just looking at the
07 numbers.
08     And Jennifer Minton, as I said earlier, has
09 talked to finance people, and she's done her own work.
10 But I'm also kind of trying to judge what they say and
11 what she says and just -- you know, Larry is too. We're
12 trying to figure out what the range of possibilities
13 are.
14     Q.  Okay. And you're talking now about
15 conversations during -- are you talking now about
16 conversations during the EMC meetings?
17     A.  Yes.
18     Q.  And other than the EMC meetings, what other
19 types of methods do you use to obtain information
20 regarding these figures in Q3 2001?
21     A.  I don't remember. I mean, it's certainly --
22 over the years I've had ad hoc conversations sometimes
23 with people. Sometimes they've sent e-mails in from
24 time to time, you know, and we'll talk about how their
25 business is.

00116:01     In the U.S., I should say -- in the U.S.,
02 we've also had typically what we call a weekly forecast
03 call. And so it's not a global meeting. And I
04 sometimes am on those calls; I sometimes am not.
05     But that's another way that I listen to what
06 they think. But it's basically a regurgitation of what
07 I hear in the EC meeting. There's generally not a whole
08 lot of difference. But it's an opportunity again to ask
09 questions or, you know, get a sense for how they think
10 things are going, that sort of thing.
11     Q.  Okay. And any other sources?
12     A.  I don't think so.
13     Q.  All right. Going back now to the EMC
14 meetings. Does that stand for executive committee
15 meetings?
16     A.  Yeah. Some people call them executive
17 committee; some people call them executive management
18 committee. They're the same meeting.
19     Q.  Okay. And do they typically occur on Mondays?
20     A.  If Larry's in town. Sometimes he's traveling
21 or on vacation. But short of that, they typically
22 always occur -- and he always has them at the same -- he
23 has -- all my 13 years -- he was doing it before I got
24 there, so ...
25     Q.  Okay. And can you tell me who would be in

00117:01 attendance at these meetings typically in the third

02 quarter of 2001.

03    A.   Individuals?

04    Q.   Correct.

05    A.   Well, we've talked about some of them earlier.

06    Q.   Right.

07    A.   Safra Catz, Larry Ellison, Jeff Henley,

08 Jennifer Minton.  She joined the EC meetings at some

09 point.  And again, I could be wrong.  She might have

10 joined after.  I can't remember.  But the last several

11 years she's been in there.

12       But the other names I'm certain of, Jay

13 Nussbaum, George Roberts, Sandy Sanderson, representing

14 the Americas.  And then I think Sergio Giacoletto.

15 There was a guy ahead of him, Pierre Carlo.  I think he

16 was gone by then, so I think it would have been Sergio

17 Giacoletto.  Derrick Williams, who's run Asia Pacific

18 for us for many years.

19    Q.   Anybody else?

20    A.   We've had several development people over the

21 years.  And I don't remember exactly who would have been

22 there at that time.  I believe Ron Wohl.  I don't know

23 about Chuck Rozwat.  I just don't remember.

24       But typically -- we've typically had one or

25 more development SVPs or executive vice presidents there

00118:01 as well.

02       And Mike Rocha, I believe, was there.  Mike

03 was running support.  I'm pretty sure Mike Rocha would

04 have been there.  So I don't -- again, I don't

05 recollect.  I know who's on the -- today.  I just forget

06 when some of these people sequenced into the meetings.

07       But the sales executives are the guys that

08 make the forecasts for license revenue.  I think I've

09 accurately named all those people.

10    Q.   Okay.  And typically were there agendas for

11 these meetings in Q3 2001?

12    A.   I don't remember if there was a agenda.  There

13 is today.  When Safra Catz came into the company, she

14 began to publish an agenda.  So since she was there, I

15 suspect there was an agenda.

16    Q.   Okay.

17    A.   In the earlier day -- my earlier years we just

18 sort of showed up and sometimes just sort of -- we still

19 do that, by the way.  Sometimes people add things that

20 they want to talk about that aren't on the agenda.

21    Q.   Okay.  And in terms of notes, do you

22 personally take notes at these meetings?

23    A.   Rarely.  Rarely.  Sometimes I'll make a

24 notation to go call or do something like that.  But I

25 certainly don't keep formal notes or something like

00119:01 that.

02    Q.   Okay.  And would you keep the notes that you

03 take?

04    A.   Typically no.  Usually it's, again, reminding

05 myself to follow up something, to call somebody.  And I

06 do it and throw the note away.

07    Q.   Okay.  And other than the reports -- I think

08 you indicated earlier that the report that we looked at

09 that was marked as Exhibit 134 was some -- was a portion

10 of what you saw or that was reviewed at the EMC meetings

11 by some of the members, correct, or am I misstating

12 that?

13    A.   Yes, yes, yes.  I think I testified that, yes.

14    Q.   Okay.  Were there any other documents, other

15 than that report, that was reviewed at the EMC meetings?

16    A.   I don't -- I mean, that's a broad question.

17 What do you mean by -- financial documents or ...

18    Q.   Yeah.

19    A.   Boy.  I don't recollect.  That's the primary

20 document.  But from time to time, somebody would come in

21 and make a report on their business or something.  So

22 there could have been financial information in

23 somebody's PowerPoints or something, but ...

24    Q.   Okay.  And of the people you mentioned that

25 you described who were in attendance at the meeting, who

00120:01 are the people who were actually provided with copies --

02 actually, I think I asked that question.

03    A.   Yes, you did.

04    Q.   Yeah.  In the SLC interview notes summary, it

05 indicates that you basically describe the meetings as

06 "candid, free-range discussions of the business.  There

07 is no incentive not to be honest."

08       Is that an accurate statement of what you told

09 the SLC?

10    A.   Absolutely.

11    Q.   And do you believe that that was the situation

12 at Oracle in fiscal year 2001?

13    A.   I always say what I believe, yes.

14    Q.   Okay.  I assume as chief financial officer you

15 probably receive a lot of forecasting and financial-type

16 data.  But during the third quarter of 2001, can you

17 tell me what reports that you would have received, other

18 than the two we've described here, that relate to

19 forecasting-type information.

20    A.   I'm typically sent a U.S. report.

21    Q.   Yeah, let's limit it to U.S.

22    A.   Right.  We have this -- what I call this

23 weekly forecast meeting.  And it's a report what the

24 guys' latest forecasts are.  In those days it would have

25 been those three individuals I mentioned running the

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

```
1    00121:01  Americas for us.
2        02        And it has a list of big deals.  And sometimes
3        03   I get on the call and sometimes I don't.  But, I mean,
4        04   if I care to, I'll get on the call and listen to what
5        05   these guys have to say.  But they're all in the same
6        06   meeting on Mondays.  And so that's where I, you know,
7        07   usually get information, so forth.
8        08        But that's another source of information,
9        09   somewhat duplicative and more detailed in that we get
10       10   the big deals.  We typically review all those at the EC
11       11   meeting.
12       12   Q.   Okay.  So let me just step back here.
13       13        On the forecasting calls, were those held
14       14   generally on Thursdays; is that your understanding?
15       15   A.   Yes.  That was the U.S., or the Americas call.
16       16   It excluded the rest of Europe and Asia.
17       17   Q.   Okay.  And were there documents that were
18       18   disseminated prior to or for that particular phone call?
19       19   A.   Yes.
20       20   Q.   What were those reports called; do you know?
21       21   A.   I don't remember the name.  One was the big
22       22   deal -- I call it the big deal, just a detail of the
23       23   larger deals in the pipeline and what the status was and
24       24   were people putting them in their forecast or not.
25       25        And then there was a report that kind of just
```

Henley, Jeffrey O. (Vol. 01) - 03/02/2004  3/2/2004  8:51:00 AM

---

**204**

```
1   00204:01   A.  Well, we thought so.  You never know where you
2        02  find the bottom.  But clearly we had seen a precipitous
3        03  decline, and so I think our forecast -- I can't remember
4        04  exactly.  But it reflected a significant year over year
5        05  change because of that.
6        06      Whether in the final analysis it was accurate
7        07  or not, I can't remember.  But we thought we had
8        08  certainly reflected a significant slowdown that we'd
9        09  been seeing for several quarters.
10       10      The bigger concern was the general economy and
11       11  whether this was going to be a really serious economic
12       12  slowdown or whether this was going to be sort of a soft
13       13  landing.
14       14   Q.  Okay.  And focusing now on the dot-com issue,
15       15  as you moved through December and into January, did you
16       16  start to see a bigger impact because of the dot-com
17       17  slowdown?
18       18      MR. SALPETER:  Objection to form.  Impact on
19       19  Oracle?
20       20      MS. LAVALLEE:  On Oracle.
21       21      THE WITNESS:  I don't recall.
22       22      MS. LAVALLEE:  Okay.
23       23   Q.  And speaking now generally about the market,
24       24  you mentioned manufacturing industry and the general
25       25  slowdown in the market.  Did you start to see more and
```

---

**205**

```
1   00205:01  more impact as you moved through December and into
2        02  January, beginning and middle of January?
3        03   A.  Impossible to tell.
4        04   Q.  It's impossible to tell?  None of your
5        05  indicators would allow you to determine that?
6        06   A.  None.
7        07   Q.  Okay.  And --
8        08   A.  I already described the various indicators.
9        09   Q.  Yes.
10       10   A.  I look at our competitors are saying [sic]; I
11       11  look at my pipeline; I look -- I look at my forecast; we
12       12  go back, we double-check the forecast.  All those
13       13  indicators still said we'd make the 25 percent and the
14       14  12 cents a share.
15       15   Q.  Okay.  Other than -- apart from making you the
16       16  12 cents a share [sic], did you see any slowdown where
17       17  you could still make your 12 cents, but yet it was still
18       18  impacting, the deals were still coming in slower than
19       19  you would have expected?
20       20   A.  I -- I -- I had no substantive information to
21       21  prove or disprove that.
22       22   Q.  Okay.
23       23   A.  Had a concern, as I said earlier.  But till
24       24  the last week of the quarter, we still thought we'd make
25       25  that forecast.
```

---

**206**

```
1   00206:01   Q.  All right.
2        02   A.  And you can go look at all the other
3        03  competitors and what they said when they missed their
4        04  March quarters.  They had all the same observations.
5        05      Until you get to the end of the quarter,
6        06  unfortunately, in this crazy business I'm in, you really
7        07  don't test your customer to see what they really think
8        08  about their business and what they really think about
9        09  the economy.  And then they have to vote 'cause they
10       10  gotta sign a contract or not.  They voted in a big way
11       11  at the end of February.
12       12   Q.  And did you have any concerns regarding the
13       13  pipeline, as you went into -- moved into Q3 2001?
14       14   A.  I thought, if anything, it was probably a
15       15  little overstated.  I thought it was too good to be
16       16  true.  I discounted it to some degree.  And, you know,
17       17  we talked earlier about cleaning up pipelines and that
18       18  sort of thing.
19       19      So I -- I thought it would be great if it was
20       20  really that strong.  I knew it was strong, it continued
21       21  to look good, but I wasn't sure it was quite as strong
22       22  as it said -- as the absolute number it started at.
23       23   Q.  Okay.  And did you see the
24       24  pipeline -- did you see the pipeline continue to grow in
25       25  the December/January time frame?
```

---

**207**

```
1   00207:01   A.  The pipelines never grow.  The pipelines
2        02  typically, as I described earlier, get scrubbed; deals
3        03  start slipping.  So the process is by -- I would say by
4        04  the end of the first month, you kind of got a stability
5        05  point, and they just slide from there because deals slip
6        06  or deals get lost, or whatever.
7        07   Q.  Okay.  And are you familiar with the term
8        08  called "backfilling"?
9        09   A.  Some people have used -- I -- I -- I -- that's
10       10  not a industry term, per se.  I mean ...
11       11   Q.  In what context have you heard it be used?
12       12   A.  It's been used inside the company where
13       13  somebody will say "This deal slipped, but I think I can
14       14  fill it or cover it with another deal that we -- now
15       15  looks like we'll be able to close."
16       16      So if that's what you mean by "backfilling" --
17       17  I'm guessing that's what you mean by "backfilling."
18       18   Q.  Okay.  And working off that definition of
19       19  "backfilling," did you have any understanding of whether
20       20  or not the field had a problem backfilling deals in Q3
21       21  2001?
22       22   A.  No.  As I testified earlier, you know, there's
23       23  always deals slip, deals come in, there's always
24       24  backfilling.  At the end of the day, what I care about
25       25  is "Are you going to make -- are you confident that this
```

---

Oracle Related Cases

208

1    00208:01  forecast is going to happen, that you're going to stick

2    02  with your forecast, you're going to -- the cumulative

3    03  thing adds up to 25 percent?  What kind of risk do we

4    04  have?  Are we going to make it?"

5    05    Q.   So that was your only --

6    06    A.   As I said, there is -- "Guys, we keep reading

7    07  about the economy.  I'm concerned.  Is this going to

8    08  affect our business?"

9    09    Q.   And when you asked --

10   10    A.   "No, no."  Kept coming back "No, we'll make

11   11  our forecast."

12   12    Q.   Okay.

13   13    A.   And we had the same conversation in Q2, by the

14   14  way, 'cause I said by the early fall we knew there was

15   15  an economic concern out there.  We asked them all the

16   16  same questions.  We ended up overachieving our number,

17   17  so -- but it was a continual conversation.

18   18        And I went so far as to put in the queue

19   19  because the $64,000 question was, were we going to have

20   20  a really serious down point at some point in time?

21   21  Nobody knew.

22   22    Q.   When you were asking your field, the

23   23  salespeople and I guess their managers, were you asking

24   24  them particularly whether or not they were going to make

25   25  their numbers or were you asking other questions?

1   00221:01  with a bang.  We've had some quarters where — we've had

2   02  some quarters where we start high, in terms of growth

3   03  rate, and end up well below that for the quarter.

4   04        So didn't have any unusual concerns about it,

5   05  no.

6   06    Q.  Okay.  And did the first month of December —

7   07  did the first month for the third quarter of a year

8   08  typically average to a certain amount — percentage of

9   09  the quarter?  When you looked back historically, did it

10  10  run a particular range generally?

11  11    A.  As I said earlier, I'm recalling — I gave you

12  12  a rough range of 15 to 20 — and again, it could be

13  13  different in various quarters.  So there was a range.

14  14  It's not ten to 50, or something like that.  But there

15  15  isn't a tight little number, every quarter you can count

16  16  on a certain percentage coming in the first quarter.

17  17        But I did tell you it's always — typically

18  18  it's the lowest month usually.  It's the lowest — that

19  19  first month is usually the lowest.  The quarter tends to

20  20  build, and then there's a very significant

21  21  disproportionate amount that happens in the last month.

22  22  And certainly the bulk of that happens in the last

23  23  couple of days of the quarter.

24  24    Q.  Okay.  Now, speaking now — you mentioned

25  25  something that you referred to as seasonality earlier.

---

1   00222:01  Typically do you recall whether or not the December as

2   02  the first month of the third quarter represented a

3   03  larger percentage of the first — of the final actual

4   04  results for the quarter than other first months did

5   05  historically?

6   06    A.  I don't remember.

7   07        MS. LAVALLEE:  Okay.  Actually, I think I'd

8   08  like to take a four-minute or three-minute break.

9   09        THE VIDEOGRAPHER:  This marks the end of

10  10  videotape number 3 in Volume I in the deposition of

11  11  Jeffrey Henley on March 2nd, 2004.  We're going off

12  12  the record.  The time is 3:23.

13  13        (Recess taken.)

14  14        THE VIDEOGRAPHER:  This marks the beginning of

15  15  videotape number 4 in Volume I in the deposition of

16  16  Jeffrey Henley on March 2nd, 2004.  We're going back

17  17  on the record.  The time is 3:31.

18  18        MS. LAVALLEE:  Q.  Okay, Mr. Henley.  I'd like

19  19  to mark as Exhibit No. — oh, I'm sorry.  This is a

20  20  document that has been previously marked as DC-109.  And

21  21  if I could ask you to take a look at the document and

22  22  then identify it for the record.

23  23    A.  So it says "December flash report," dated

24  24  January 17th.

25  25    Q.  Okay.  And is this a document —

---

1   00223:01    A.  2001, sorry.

2   02    Q.  And is this a document that you received on or

3   03  about January 17th, 2001?

4   04    A.  I'm sure I got it right after, sure.

5   05    Q.  Okay.  And if I look at this document

6   06  correctly, I see there's a fair bit of historical data

7   07  in terms of year over year growth rates, and it's

8   08  divided up by month.

9   09    A.  Mm-hm.

10  10    Q.  Okay.  Now, in his e-mail, Mr. Garnick has

11  11  given numbers for what percentage of the quarter the

12  12  December actuals represented.

13  13    A.  Mm-hm.

14  14    Q.  Would he have derived that from this chart, to

15  15  your — is that your understanding?

16  16    A.  I don't know.  It may well.  I mean,

17  17  clearly — got it somewhere.  But it could well have

18  18  been here.

19  19    Q.  Okay.

20  20    A.  This is a report I've — format I've looked at

21  21  for a number of years.

22  22    Q.  And this is a document that you rely on?

23  23    A.  Definitely.  It's another one of the many

24  24  things I look at to give me perspective.

25  25    Q.  Okay.  In the third bullet point on

---

1   00224:01  Exhibit No. —

2   02        MR. SALPETER:  108.  The Garnick thing?

3   03        MS. LAVALLEE:  Yeah.

4   04        MR. SALPETER:  108.

5   05        MS. LAVALLEE:  Thanks.

6   06    Q.  In the third bullet point, he indicates that,

7   07  "December license results represent

8   08  19 percent of the total forecast for Q3" —

9   09    A.  Okay, sure, mm-hm.

10  10    Q.  — "Q3 FY '01."

11  11    A.  Right.

12  12    Q.  And then he refers to, "In FY '00 and

13  13  FY '99, December represented 16 and

14  14  19 percent respectively of the quarter

15  15  total."

16  16    A.  Right.

17  17    Q.  Can you tell me why he engaged in this

18  18  analysis?

19  19        MR. SALPETER:  Objection to form.

20  20        MS. LAVALLEE:  Or let me ask a different

21  21  question.

22  22    Q.  Can you tell me why it is that this is

23  23  something the company considered, if at all it was?

24  24    A.  Again, there's a variety of analysis we do to

25  25  kind of get some perspective on how well we started the

EXHIBIT 6

Ellison, Lawrence J. (Vol. 01) - 02/26/2004 2/26/2004 10:41:00 AM

```
1    00001:01    IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

2    02              IN AND FOR THE COUNTY OF SAN MATEO

3    03                   —o0o—

4    04   COORDINATION PROCEEDING

5    05

6    06

7    07              PROCEEDING NO. 4180

8    08   THIS DOCUMENT RELATES TO:

9    09   ALL ACTIONS

10   10

11   11

12   12         DEPOSITION OF LAWRENCE J. ELLISON

13   13          Thursday, February 26, 2004

14   14          Volume I (Pages 1 - 221)

15   15

16   16

17   17

18   18

19   19   REPORTED BY:

20   20   HOLLY MOOSE, RDR-CRR-CRP

21   21

22   22

23   23         Certified Shorthand Reporters

24   24         San Francisco, California  94102

25   25
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00075:01      (Recess taken).
2   02      THE VIDEOGRAPHER:  This marks the beginning of
3   03   Volume I, tape 2 in the deposition of Lawrence J.
4   04   Ellison on February 26, 2004.  The time 12:07 p.m.  We
5   05   are on the record.
6   06      MR. DE GHETALDI:  Q.  Mr. Ellison, what are
7   07   Oracle's revenue sources?
8   08      A.  We have a software business, which is divided
9   09   up into two groups; the technology business, where the
10  10   primary product is the database, and we have an
11  11   applications business, where the primary product is the
12  12   eBusiness Suite.  The database technology business is
13  13   about three, four times larger than the applications
14  14   business.
15  15      We have a consulting business and education
16  16   business.  And then we have something that's sometimes
17  17   called support, though it's not -- what it really is is
18  18   our license -- our software license renewal business.
19  19   So it's not really a support service at all; it is
20  20   people who buy our products -- let's say you spend a
21  21   million dollars to purchase an Oracle database.  You
22  22   give us $200,000 a year, 20 percent of the cost of
23  23   purchasing the software, to receive new versions of the
24  24   software.
25  25      So you -- if you will, it's a subscription
```

Oracle Related Cases                                    Page 75

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00076:01   right on your license that allows you to get the latest
2   02   version of the software without having to rebuy the
3   03   software.
4   04      And there's two models.  One is you buy
5   05   version 6 -- this is Microsoft's old model -- you buy
6   06   version 6; when version 6 is dead, you have to rebuy
7   07   version 7; you have to rebuy version 8.
8   08      We don't do that.  When you buy version 6,
9   09   then you get version 7 for free and version 8 for free
10  10   and version 6 for free, so long is "for free" is defined
11  11   as you're paying your subscription fees annually.  Maybe
12  12   for no additional charge, so long as you pay your annual
13  13   subscription fee.
14  14      So our software business has two -- there's
15  15   two orthogonal ways to look at our software business.
16  16   One is it's our application business and our database
17  17   business; the other one is new license sales and
18  18   subscriptions, people who bring new -- bought the year
19  19   before and the year before that, who are then
20  20   subscribing -- giving us our subscription fees and
21  21   paying that annual subscription.
22  22      Right now -- it's a long answer.  Right now
23  23   our subscription business is actually larger than our
24  24   license business, but it's all software.
25  25      Q.  Going back just for a second, I think that one
```

Oracle Related Cases                                    Page 76

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00077:01   of the questions I asked you before the break, I'm not
2   02   sure if it was actually answered.  And that was the
3   03   question of whether you actually made an active inquiry
4   04   into Oracle's business prior to directing Mr. Simon to
5   05   begin trading.
6   06      A.  I received -- on a weekly basis, I received
7   07   forecast reports.  I stayed in contact with our
8   08   salespeople, albeit less so over the holiday, over the
9   09   Christmas holiday, but certainly starting early January.
10  10   The -- got -- I had actuals -- the actual results
11  11   from December before we started trading.  So yeah, I
12  12   think I was up-to-date.
13  13      So you're saying before trading commenced on
14  14   the 22nd, was I pretty much up-to-date with all of the
15  15   information, all the financial information available,
16  16   then available?  And the answer's yes.
17  17      Q.  And you made no special inquiry other than
18  18   what you learned in the normal course of business?
19  19      A.  Which is made up of lots of special inquiries.
20  20      Q.  Yes.
21  21      A.  But yes.  Yes.  Normal course of business is
22  22   for me to keep pretty up-to-date as to the state of our
23  23   business.
24  24      Q.  Okay.  Now, going back to the revenue sources.
25  25   In some of the financial documents that have been
```

Oracle Related Cases                                    Page 77

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00078:01   provided to us, there's a category called tools.  What
2   02   are tools?
3   03      A.  We used to have a category called tools where
4   04   we -- it's our Java application development product, our
5   05   report writer.  It's a relatively small portion of our
6   06   technology business.  Used to be known as tools, and
7   07   then we took all of those tools and rolled them into a
8   08   product we called the application server.
9   09      So we really don't have a tools business at
10  10   all anymore.  We decided to create a bundle, take a
11  11   bunch of separate products and put them into the
12  12   application server.
13  13      Q.  But in Q3 '01 tools were reported as a
14  14   separate category?
15  15      A.  I think we were in the process at that time of
16  16   moving tools from separate to -- yeah, we were halfway
17  17   between moving all the tools from separate reported
18  18   items to being bundled in with the application server.
19  19      Q.  Okay.
20  20      A.  I think.  I have to go back and look, you
21  21   know.
22  22      Q.  Okay.
23  23      A.  Okay.
24  24      Q.  The application, you said, is essentially now
25  25   the eBusiness Suite.  Was applications divided up into
```

Oracle Related Cases                                    Page 78

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00112:01   A.  Good question.  Yeah, there are different --
2         02   different ways of filtering the pipeline.  The pipe --
3         03   usually -- there are different -- there's total
4         04   pipeline, which is just everything.  There's weighted
5         05   pipeline, which is everything multiplied times the
6         06   probability of close.  There's weighted pipeline for --
7         07   there's pipeline for this quarter, which is what can
8         08   potentially close this quarter.
9         09         So there's the quarter pipe -- you know, the
10        10   quarter pipeline -- there are -- it's -- basically it's
11        11   all of our opportunities.  And then we start filtering
12        12   it and qualifying it by probability of close and by
13        13   date.
14        14   Q.  Okay.  Okay.  And just going back a second to
15        15   the constant dollar and the effect of the currency
16        16   rates.  You were talking about how a currency rate
17        17   change might adversely affect revenue numbers.  Does
18        18   that also affect expense numbers?
19        19   A.  Yes, of course.
20        20   Q.  In a direct mirror image or ...
21        21   A.  No, direct -- well, no -- if -- if revenue
22        22   goes up, expenses will also go up.  If revenue goes
23        23   down, expenses will go down.  So if the euro is getting
24        24   more valuable -- to give you another example, if I'm
25        25   paying you a hundred thousand euros a year and that euro
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00113:01   is worth 85 cents, I'm paying you $85,000 -- $85,000
2         02   U.S. dollars a year.
3         03         If the euro's worth 1.20, I'm paying you
4         04   $120,000 a year.  As the euro becomes more valuable,
5         05   your salary effectively goes up.
6         06   Q.  But Oracle's cost of paying the salary, what
7         07   happens to that?
8         08   A.  Oracle's ability to pay the salary is based on
9         09   how much we sell, our revenue.  Our revenue also goes
10        10   up.  So as the euro -- so as we sell a million-euro
11        11   deal, we get 120 -- 1.2 million -- $1.2 million
12        12   for that.
13        13   Q.  Okay.
14        14   A.  So as European currency becomes more valuable,
15        15   our expenses go up and our sales go up correspondingly
16        16   because everything's denominated in euros.  If -- in
17        17   Argentina where the peso dropped 60 percent, salaries
18        18   dropped -- salaries denominated in U.S. dollars
19        19   dropped -- they didn't change at all in pesos.  Nothing
20        20   changed from the point of view in Argentina.  But once
21        21   it's converted to U.S. dollars, our Argentinian sales
22        22   went down 60 percent when we converted from pesos to
23        23   dollars.  And our Argentinian expense went down
24        24   60 percent when we converted from pesos to U.S. dollars.
25        25   Q.  Okay.  In Q3 '01, what information sources
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00114:01   were available to you for these pipeline numbers?
2         02   A.  We got regular pipeline reports as part of our
3         03   weekly review.
4         04   Q.  Okay.  So you got -- so weekly pipeline
5         05   reports.  Did those weekly pipeline reports include
6         06   these weighted pipelines, the total pipeline and
7         07   quarterly pipeline and weighted according to likelihood
8         08   of deal closing?
9         09   A.  Yeah, I think when you see the pipeline
10        10   numbers, they're weighted -- that's a filtered pipe
11        11   that's weighted.  And it is -- it is weighted and -- for
12        12   point of view of probability and bounded in terms of
13        13   close date.
14        14         So that's not the total -- you're not looking
15        15   at the mass of deals, everyone at Oracle's been talking
16        16   to.  You're looking at the deals that potentially will
17        17   close this quarter, weighted by probability.
18        18   Q.  Okay.  And filtered for close date?
19        19   A.  And filtered for close date, that's correct.
20        20   Q.  So you got those weekly reports.  Was that
21        21   pipeline information available to you in electronic form
22        22   of any kind?
23        23   A.  It was.
24        24   Q.  Where?
25        25   A.  Oracle Sales On-line.
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

```
1   00115:01   Q.  How about the forecast numbers; what
2         02   information sources were available to you in Q3 '01 to
3         03   show you what the forecast numbers were?
4         04   A.  Everything was -- I shouldn't say everything.
5         05   The sales forecasts and the pipeline data was in Oracle
6         06   Sales On-line.  The upside reports -- the finance
7         07   forecasts were available only with the -- in the
8         08   finance -- in the reports I received weekly.  And in
9         09   fact, I didn't use Oracle Sales On-line at this time.
10        10   Q.  Okay.
11        11   A.  So I relied on the weekly reports I got from
12        12   finance.
13        13   Q.  How about expenses; what information sources
14        14   were available to you in Q3 '01 to show you what
15        15   expenses were?
16        16   A.  The same weekly reports.
17        17   Q.  Now, how about revenue as the quarter went on;
18        18   what -- what information sources were available to you
19        19   in Q3 '01?
20        20   A.  We got monthly results for the first and
21        21   second months of the quarter.  I think they called those
22        22   flash reports.
23        23   Q.  Did you get any other -- other than monthly
24        24   results, did you receive any other information about
25        25   actual revenues or expenses during Q3 '01?
```

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

| | |
|---|---|
| 1 | 00116:01    A.   Certainly not expenses, and except discussing |
| 2 | 02  a deal here and there, no, that's primarily what I |
| 3 | 03  received. |
| 4 | 04    Q.   Did you receive any oral reports at any time |
| 5 | 05  on a regular basis from anyone in Q3 '01 about the |
| 6 | 06  status of closed deals? |
| 7 | 07    A.   I would talk to people on the phone |
| 8 | 08  periodically, but -- so -- about specific deals -- |
| 9 | 09    Q.   Okay. |
| 10 | 10    A.   -- and the status of the quarter. |
| 11 | 11    Q.   How about division level, the status on |
| 12 | 12  division level for closed deals? |
| 13 | 13    A.   All of -- no, we -- we had a monthly report. |
| 14 | 14  Again, we have a centralized accounting system, global |
| 15 | 15  accounting system.  And we get -- all the division |
| 16 | 16  results come out at once.  So I get to see these -- you |
| 17 | 17  know, our results for December and our results for |
| 18 | 18  January, you know, a few days after they're -- after |
| 19 | 19  they're -- you know, the month is over. |
| 20 | 20    Q.   Okay.  Now, OSO, you said, I think, had |
| 21 | 21  forecast and pipeline in it -- information in it as of |
| 22 | 22  Q3 '01, correct? |
| 23 | 23    A.   Yes. |
| 24 | 24    Q.   And what was the source of that data?  Where |
| 25 | 25  did -- how did that data enter that system? |

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

| | |
|---|---|
| 1 | 00117:01    A.   Individual salespeople and sales managers |
| 2 | 02  would enter -- enter the data directly. |
| 3 | 03    Q.   All right.  Who at Oracle had access to |
| 4 | 04  viewing that data in Q3 '01? |
| 5 | 05    A.   Viewing all of the data? |
| 6 | 06    Q.   In OSO. |
| 7 | 07    A.   All of it?   - |
| 8 | 08    Q.   Yeah. |
| 9 | 09    A.   'Cause every salesperson could view their own |
| 10 | 10  data. |
| 11 | 11    Q.   Okay. |
| 12 | 12    A.   But you're asking who could look at |
| 13 | 13  everything -- |
| 14 | 14    Q.   Yeah. |
| 15 | 15    A.   -- around the world -- |
| 16 | 16    Q.   Yeah. |
| 17 | 17    A.   -- had a global view?  The people in finance, |
| 18 | 18  Jennifer Minton's group. |
| 19 | 19    Q.   Okay.  Anybody else? |
| 20 | 20    A.   Well, I could look at it globally. |
| 21 | 21    Q.   Okay.  Safra Catz? |
| 22 | 22    A.   Sure. |
| 23 | 23    Q.   And Jeff Henley? |
| 24 | 24    A.   I'm sure.  I don't know if they used it, but |
| 25 | 25  they certainly were authorized to. |

1   00121:01  It's where people type in the details of the order:

2   02  General Electric buys a million dollars' worth of

3   03  database software from Oracle to be delivered to this

4   04  address --

5   05   Q.  Okay.

6   06   A.  -- under these terms and conditions, and

7   07  here's the contract ID, that stuff.

8   08   Q.  Okay.  And did Order Entry have a mechanism

9   09  for summing up orders?

10   10   A.  It does now, but it did not then.  That I

11   11  could actually view -- I could actually watch orders as

12   12  they came in and ...

13   13   Q.  Or ask -- put in a query.

14   14   A.  I think that's what Rev Manager was.  I think

15   15  Rev Manager was a little application on top of Order

16   16  Entry that summed up the orders, but I'm guessing.

17   17   Q.  Okay.

18   18   A.  But I'm pretty -- that's a pretty good guess.

19   19   Q.  Okay.  And how about something called Project

20   20  Accounting?

21   21   A.  Project Accounting was used by our consulting

22   22  organization to keep track of complicated -- complicated

23   23  projects: how many people were billable, how many

24   24  people -- how much of the project was complete.  There

25   25  are different accounting rules for complex projects.

1   00122:01   Q.  Now, written reports -- what sort of written

2   02  reports did you regularly receive during a quarter in

3   03  fiscal year '01?

4   04   A.  I'll get a weekly status that we review at our

5   05  management committee meetings on Monday, and that

6   06  includes pipeline information, sale -- you know, actual

7   07  sales completed, expense information, forecast

8   08  information, both from the sales force and from the

9   09  finance group, currency -- you know, currency

10   10  fluctuations.  Anything that might affect our quarterly

11   11  financial results.  I shouldn't say anything.  Those

12   12  things --

13   13   Q.  Those things.

14   14   A.  -- all of which affect -- you know, could

15   15  affect our quarterly financial results.

16   16   Q.  All right.  And this was a report that you

17   17  received weekly in advance of these Monday meetings?

18   18   A.  No, I received them at the -- they're

19   19  distributed at the Monday meetings and they're collected

20   20  when the Monday meetings are over.

21   21   Q.  Okay.

22   22   A.  So no one leaves the room with those reports

23   23  but Jennifer.

24   24   Q.  These reports have a title?

25   25   A.  Forecast report maybe.

1   00123:01   Q.  Aside from this weekly forecast report, or

2   02  whatever it's called, what other written reports did you

3   03  regularly receive in fiscal year '01?

4   04   A.  Those are the only -- I'm not sure -- well, I

5   05  received audit reports.  Again, I'm not sure what you

6   06  mean.  That's a long list.  I receive 10Ks -- I mean

7   07  10Qs.  I receive reports from our auditors in regards to

8   08  a lot of our individual subsidiaries.  I receive lots of

9   09  reports.  I shouldn't say lots of reports.  In fact,

10   10  those are the only ones I can think of.  Sorry.

11   11   Q.  Oracle publishes -- I don't want to call them

12   12  coloring books, but they're identified by color.

13   13   A.  Yes, right.  Right.  Analyses of our different

14   14  businesses by product, analysis by product, analysis by

15   15  geographic region, analysis by industry.  So we have a

16   16  variety of ways of cutting our business and analyzing

17   17  it.

18   18   Q.  Different perspectives to take.  So there's

19   19  something called the oatmeal book?

20   20   A.  Yeah, sure is.  That's the color, not the

21   21  cereal.

22   22   Q.  Yeah, right.  Americas Consulting?

23   23   A.  Sure.

24   24   Q.  Is that what that book is?

25   25   A.  I'm not sure what the oatmeal -- I can't

1  00126:01 otherwise known as the white packages.

2  02  A.  I know them as board packages.

3  03  Q.  And that's something that you regularly

4  04 received in fiscal year '01?

5  05  A.  As often as we had board meetings, yes.

6  06  Q.  And how about something called an executive

7  07 committee worldwide forecast?

8  08  A.  I think that's my — that that is the name of

9  09 my weekly report, what I'm referring to as the forecast

10  10 report.  The executive committee worldwide forecast, I

11  11 think.  My guess is what that means.  That's the weekly

12  12 report that I get — I get and we review that Jennifer

13  13 Minton distributes in the Monday meetings and collects.

14  14  Q.  Okay.  Apparently there are five different

15  15 kinds of executive committee worldwide forecasts.  One

16  16 is for the entire flash report, one is for constant

17  17 dollar, one is for head count, one is for U.S. dollar,

18  18 and one is for product summary.  Does that sound

19  19 familiar?

20  20  A.  Yeah, and we get them — we get them all,

21  21 though we tend to forecast — we tend to focus in very

22  22 closely on actual dollars 'cause that's what we — we're

23  23 interested in how we're going to do this quarter, so we

24  24 focus in pretty much on actual dollars and focus in on

25  25 the license business, which is the business that's

1  00127:01 subject to large fluctuations.

2  02  Q.  And when you say "actual dollars," is that

3  03 U.S. dollars?

4  04  A.  It's always U.S. dollars.  It's our reporting

5  05 currency.

6  06  Q.  Yeah, but it's not constant dollars?

7  07  A.  No, we look — again, we look at — the

8  08 reports have — it's all there if you want to look.

9  09  Q.  Sure.

10  10  A.  What I'm most interested in is how we're going

11  11 to do in the quarter.  And how we're going to do in the

12  12 quarter is not constant dollar-based.

13  13  Q.  All right.

14  14  A.  It's actual — actual exchange rates and what

15  15 are the actual exchange rates currently and how our

16  16 businesses look currently.

17  17  Q.  We talked about Mr. Garnick's flash reports.

18  18  A.  Larry Garnick.

19  19  Q.  Are those the flash reports that you're

20  20 talking about, or are you talking about something else?

21  21  A.  Again, I'm not sure who produces — I'm not

22  22 sure what a flash report is.

23  23  Q.  Okay.

24  24  A.  I get — I get — at the end of every month —

25  25 the first two months of every quarter, we get our actual

1  00128:01 results.  I think that's what's called a flash report.

2  02  Q.  What form does that come in?

3  03  A.  E-mail.

4  04  Q.  E-mail, okay.

5  05  A.  I get an e-mail that shows me our license

6  06 sales.  There's a product analysis that follows it in 24

7  07 to 48 hours, but ... it shows me the different

8  08 geographic regions, what the license sales were, what

9  09 total sales were, and what expenses actually were.  So

10  10 if you actually want to look at our different

11  11 businesses —

12  12    THE REPORTER:  I'm going to have to slow you

13  13 down.  What total sales were ...

14  14    THE WITNESS:  What total sales were, what

15  15 expenses were in all of the different geographic regions

16  16 in which we do business.

17  17    MR. DE GHETALDI:  Q.  And then you said

18  18 something about a product revenue report following in a

19  19 day or two?

20  20  A.  And then there's a breakdown that shows up

21  21 that tells me the database business was so large and

22  22 then the application business was so large.

23  23  Q.  And the e-mail flash report, is that more

24  24 division- or geographic-oriented than product-oriented?

25  25  A.  The first — it comes out both ways.  The

1  00129:01 first cut we get is by sales region or geography, which

2  02 is usually geographic, but not exactly, 'cause we have a

3  03 federal division in the United States.  So it's not

4  04 exact.  It's either.  And then we have the commercial

5  05 division in the United States.  But it's usually by

6  06 geography.

7  07    So we have — we get our results by sales

8  08 unit: France, Germany, Brazil.  And then we get our

9  09 results by database.  So cut a couple different ways.

10  10 So two different ways of looking at the business: how

11  11 much database did we sell; how much software did we sell

12  12 in the United States.

13  13  Q.  Monthly financial reference books, is that

14  14 something that you regularly got?

15  15  A.  I'm sure.

16  16  Q.  North America license results, is that

17  17 something you regularly got?

18  18  A.  I guess.  I mean — seriously, I'm on all

19  19 these distribution lists, and we produce — we produce

20  20 vast amounts of paper, as you probably found out.

21  21 And — but what I focused — you know, what I — I

22  22 did — I did a certain amount of analysis looking back

23  23 insofar as to help me forecast the future.  Really most

24  24 of the data that I needed and relied on were in those

25  25 weekly reports.

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

1    00130:01    Q.   Okay.  Did you ever receive division-level

2    02    forecast packages in Q3 '01?

3    03    A.   I might have received them.  I don't think I

4    04    looked at them.

5    05    Q.   And how about pipeline reporting packages?

6    06        MR. SALPETER:  At a divisional level, you

7    07    mean?

8    08        MR. DE GHETALDI:  No, no, I'm sorry.  Thank

9    09    you.

10    10    Q.   Something that would be called a pipeline

11    11    reporting package at a -- companywide and broken down by

12    12    division.

13    13    A.   Those weekly reports did have pipeline data in

14    14    it.

15    15    Q.   Okay.

16    16    A.   So ...

17    17    Q.   Then product revenue reporting package, sound

18    18    familiar?  Yellow?

19    19    A.   I suspect if it's something called a reporting

20    20    package, they put me on the distribution list.

21    21    Q.   And upside?

22    22        MR. SALPETER:  Just to ask for clarification,

23    23    are you asking him if he got these reports --

24    24        MR. DE GHETALDI:  Yeah.

25    25        MR. SALPETER:  -- as opposed to got them and

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00142:01    A.    Some of them like to play things close to the
02    vest.  So individual -- so, you know, we're subject to
03    human behavior.  The system is -- you know, underlying
04    the system, and it only can add up what's -- you know,
05    what's been entered.
06         Some salespeople don't like to enter
07    opportunities.  Some salespeople will be very
08    conservative -- won't -- every time they talk to a
09    customer, they won't go back and update the opportunity
10    record saying "I just talked to Bob or Sally today, and
11    looks like they're going to do the deal next week."
12    They won't enter that -- they won't bother to type that
13    in into the system, so ...
14         The system can collect all that information,
15    but not all the salespeople are religious about entering
16    that information into the system.
17    Q.    Okay.  How did you -- or did Oracle try to
18    make improvements on that issue in fiscal year 2001?
19    A.    You try to do it several ways.  You try to do
20    it on making the system easier to use.  You try to do it
21    by looking at how much activity -- what salespeople are
22    using the system, what salespeople aren't.
23         For example, it would be very surprising if a
24    $2 million deal closed on Thursday when it wasn't
25    even -- it was only an opportunity on Wednesday.  That

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00143:01    would be a heck of a -- gee, 24 hours.  It's a big deal
02    to close in 24 hours.
03         So we -- you know, so we try -- you know, we
04    had policies and practices, system improvements
05    encouraging people to increase their use of the system.
06    But these systems are -- you know, salespeople don't
07    love these systems.
08         Sales managers like them 'cause they want to
09    see what their salespeople are doing.  You know, the
10    salespeople aren't always happy about someone looking
11    over their shoulder.
12    Q.    Okay.  You said that the reports that you got
13    at the Monday executive committee meetings included
14    closed deal information.  Do you recall -- can you tell
15    me about what sort of information about closed deals
16    those reports contained.
17    A.    Yeah, well, we got actual -- as I've said
18    before, we got these things called flash reports, or how
19    we did -- how much was closed in the first month of the
20    quarter, how much was closed in the second month of the
21    quarter.
22         And then in the last two weeks of the quarter,
23    we got the big deals, how many big deals had actually
24    been closed.
25         So we routinely, you know, saw how much

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00144:01    business -- how much business was already in.  There
02    were -- so we had a fairly good handle on how much
03    business had already been closed in the quarter.
04    Q.    Maybe we're not understanding each other.  I
05    was asking about the packet that you got for the
06    executive management meetings on Mondays.  Are you
07    saying that the flash reports were part of those
08    packets?
09    A.    We had -- yeah, information was duplicated --
10    again, this is a fairly large -- yeah, fairly large
11    packet of information.
12    Q.    Okay.
13    A.    And it would show you how much -- how much
14    business was already in on the first month, how much
15    business was already in on the second month.
16    Q.    But would they show the same information
17    weekly?
18    A.    The last two weeks of the quarter, yes.  Daily
19    the last two weeks of the quarter, but only for a large
20    deal.  Let me be precise here.  So no, we would not get
21    a daily or a weekly how much business we sold the
22    previous week, how much business we sold the previous
23    week.
24         We would -- we would -- the individual sales
25    managers would know approximately how much we had sold.

---

Ellison, Lawrence J. (Vol. 01) - 02/26/2004  2/26/2004  10:41:00 AM

00145:01    So we'd have that information.  Was it in the packets?
02    No, it was not.
03    Q.    But it was something that was discussed at the
04    meeting?
05    A.    It was something -- how much we had -- how
06    much we had left to go, yes.
07    Q.    Okay.
08    A.    So every sale -- so we went around and talked
09    to the salespeople.  They would say "My forecast is
10    $300 million.  I've got 180 million in so far.  Two
11    weeks to go," like that.
12    Q.    Okay.  Were there any changes in the
13    definition of what goes into pipeline in the two years
14    preceding Q3 '01?
15    A.    Not really, but that's -- you know, constant
16    discussion at Oracle.  I mean, is pipeline being used
17    consistently?  If the system gets easier to use, what
18    does that mean?  Does it make, you know, the numbers
19    harder to compare?
20         So if the people are using -- you know, if we
21    have stronger policies insisting on using the system,
22    you know, what does that -- what does that mean?  Are we
23    really -- are these really apples-to-apples comparison?
24         But the fact is no, it was largely the same
25    system, you know, with the same policies.

00155:01 in certain geographic locales, the state of our

02 products, the state — the maturity of our managers and

03 their ability to add people. How easy it was to hire

04 people? It's hard to believe that back in 2000 it was

05 very difficult to hire people. People were talking

06 about a shortage of engineers. And there was also a

07 limited growth.

08     So yeah, I think we considered a lot of

09 different things. And some geographic regions were

10 weaker — back to your original question. Some

11 geographic regions were certainly weaker than others.

12 Our database business is a much bigger and — you know,

13 we're the number one database company in the world. We

14 were, at the time, only the number two applications

15 company in the world. So our database business was

16 stronger than our applications business. Better to be

17 first than second.

18     Q. It's true. Were any — were any aspects of

19 your license business facing particular challenges in

20 fiscal year '01?

21     A. Not that I recall.

22     Q. When does the budgeting process usually begin?

23     A. March.

24     Q. Okay.

25     A. After Q3 has just been completed, but before

00156:01 Q4.

02     Q. Okay.

03     A. So we got three quarters of the year finished.

04     Q. All right. Let's go back to the Monday

05 meetings. Was there a regular time set for those

06 meetings?

07     A. 11 a.m.

08     Q. Were they held in a particular place?

09     A. The boardroom.

10     Q. Okay. At Oracle?

11     A. Yes.

12     Q. Okay. How long did they usually last?

13     A. Three hours.

14     Q. And were those meetings usually attended by

15 certain people?

16     A. All of my direct reports. Everyone who worked

17 directly for me.

18     Q. And who would that be, please?

19     A. Let's see. Derrick Williams, who runs Asia

20 Pacific. Let's see. Oh, at the time, so —

21     Q. Right.

22     A. Jay Nussbaum, who ran OSI, Oracle Service

23 Industries. George Roberts, who ran, you know, North

24 American commercial sales. Oracle Service Industries

25 included federal. So Sergio Giacoletto, who ran Europe,

00157:01 Middle East, Africa. And I think Sebastian Gunningham,

02 who ran Latin America. I think those are the sales

03 executives. And Safra Catz. Mike, who was our chief of

04 operations.

05     Q. Mike who?

06     A. Mike Rocha.

07     Q. Okay.

08     A. Who's head of customer support. Jeff Henley,

09 who's our chief financial officer. His lieutenant,

10 Jennifer Minton, would also attend. I'm sure I'm

11 missing somebody. Our head of marketing then was Mark

12 Jarvis. I think that's right.

13     Q. Somebody from OPI?

14     A. I'm trying to remember who was running OPI at

15 the time. Was Sebastian running OPI at the time? I

16 can't remember. He was either Latin America — I don't

17 remember who was running OPI right then.

18     Q. Let's see. We know —

19     A. I don't know. You probably could —

20     Q. Verasano?

21     A. Could have been. I have no idea.

22     MR. SALPETER: We can tell you.

23     MR. DE GHETALDI: Go ahead.

24     MR. SALPETER: Sanderson.

25     THE WITNESS: Oh, Sandy Sanderson, right.

00158:01     MR. DE GHETALDI: Q. Were there regular

02 agendas for these meetings?

03     A. There was — there was a standing agenda which

04 was review the forecast and the condition of the

05 business, and then there were specific additional agenda

06 items that people could give — fire an e-mail off to

07 Safra and say they want to discuss topic A, B or C.

08     Q. Did Safra Catz prepare a written agenda for

09 these meetings to include those specific topics?

10     A. Sometimes she just walked in with a list of

11 three things that — but — I believe these days we

12 actually get a single sheet of paper with an agenda.

13     Q. All right. In fiscal year '01, did you have

14 these Monday meetings every Monday?

15     A. 52 — did we religiously, 52 times a year?

16     Q. Yeah.

17     A. No, didn't have them during the holidays,

18 during the Christmas/New Year holiday. I was gone,

19 probably missed four of them a year.

20     Q. Okay, so —

21     A. Four or five a year.

22     Q. Did they have the meetings when you were gone?

23     A. Not as a rule. Sometimes I would call in,

24 so — I've achieved my goal. If I'm out of town on a

25 Monday, I still can attend by phone.

1    00159:01   Q.   Okay.

2    02   A.   But sometimes we'd have a budgeting meeting on

3    03   a Monday and then we'd just cancel that meeting.

4    04   Q.   Okay.

5    05   A.   Everyone -- some people were traveling and

6    06   visiting customers; we'd just cancel meetings.  I'm

7    07   guessing 40 -- 43 -- 45, 46 times a year we had the

8    08   meetings.

9    09   Q.   Okay.  These meetings weren't held, then,

10   10   twice a month in the first two months and weekly in the

11   11   last month --

12   12   A.   No.

13   13   Q.   -- of the quarter?

14   14   A.   No.  They're scheduled every week.

15   15   Q.   Every week, okay.  Were minutes of these

16   16   meetings prepared?

17   17   A.   No.

18   18   Q.   Were these meetings your chief source of

19   19   current information on Oracle's finances in fiscal year

20   20   '01?

21   21   A.   Yes.

22   22   Q.   You mentioned budgeting meetings on Monday.

23   23   Were those also a regular -- regularly-scheduled meeting

24   24   for you in fiscal year '01?

25   25   A.   Now, when we started our annual budget

1    00160:01   meetings -- so in March -- so if we're having a large

2    02   budget -- three-day budgeting session for the new fiscal

3    03   year, and we set it up for Sunday, Monday, Tuesday -- so

4    04   that's an example of when this management committee

5    05   meeting might just be cancelled.

6    06   Q.   I see.

7    07   A.   When there's another meeting scheduled on top

8    08   of it.

9    09   Q.   I see.  Okay.  In fiscal year '01 did you have

10   10   regular meetings on Tuesdays?

11   11   A.   Yes.

12   12   Q.   What were they?

13   13   A.   It was a meeting with the engineering team

14   14   from the database technologies.

15   15   Q.   Okay.  Going back to the Monday meetings, did

16   16   they have a regular start time?

17   17   A.   11 a.m.

18   18   Q.   They ran through lunch?

19   19   A.   Yes.

20   20   Q.   People ate lunch during the meeting or after

21   21   the meeting?

22   22   A.   During the meeting.

23   23   Q.   Okay.  For the -- did you have any other

24   24   meetings on Mondays in fiscal year '01 that were

25   25   regularly scheduled?

# EXHIBIT 7

1       IN THE UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3             )

4  In re ORACLE CORPORATION      )

    SECURITIES LITIGATION      ) Master File No.

5  _____)

              ) C-01-0988-MJJ

6  THIS DOCUMENT RELATES TO:    )

              )

7    ALL ACTIONS.       )

  _____)

8

9

10

11         CONFIDENTIAL

12

13         VOLUME II

14  VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.

15      Wednesday, July 26, 2006

16

17       VIDEOTRACK LLC

         Reporting For:

18

19      LiveNote World Service

      221 Main Street, Suite 1250

20    San Francisco, California  94105

       Phone: (415) 321-2300

21     Fax:  (415) 321-2301

22

23

24  REPORTED BY: KAE F. GERNANDT

       CSR No. 5342

25

1  document?

2  A.  It's -- it is from having used the

3  reports.  If you see the category that says

4  "Forecast Analysis" on 643, about two-thirds of the

5  way down, these closed deals were license closed

6  deals.

7  Q.  Are you saying that based on your

8  recollection of --

9  A.  Yes.

10  Q.  -- how things worked with the company?

11  A.  Yes.

12  Q.  Is there anything on the document

13  objectively that indicates that the large deals are

14  license transactions?

15  A.  No.  But again, this wasn't designed at

16  the time to be used by an outside party.  It was to

17  be used by me, and I knew what it meant.

18  Q.  I understand.

19  A.  Yep.

20  Q.  I just wanted to make sure that I wasn't

21  missing something here.

22  A.  Yep.

23  Q.  I want to follow up.  Could it be both?

24  Could it be both license and consulting?  Only --

25  A.  Go ahead.

---

1  Q.  This is what I'm asking.

2  A.  Yeah.

3  Q.  Because the top of the document begins

4  with the license line of the business.

5  A.  Right.

6  Q.  And then the second half is the

7  consulting line of business.  And then the large

8  deal impact kind of trails off at the end.  It

9  appears, logically, that it might relate to the

10  second half.

11  A.  It doesn't relate to Consulting.  And I

12  mean, it's not consulting as well.  If you notice

13  under "Consulting LOB," the very first bullet on

14  11/22, it says revenue forecast is 38 million.

15  If you see on November 10th revenue

16  forecast is 38 million.  We didn't even put judgment

17  against consulting because you can project out

18  billable hours and that kind of thing.  Where you

19  had the more -- you know, the -- where things were

20  less defined was on the sales side, and so, you

21  would track those deals.

22  I also tracked deals, what -- one of the

23  things I did when I took over OPI, I wanted to track

24  the deals in each month of the quarter.  And as you

25  can see, September, October, and November, I saw it

---

1  shows what deals we closed and what the trend is.

2  And, not surprisingly, particularly in a

3  sales organization, you're closing more deals in the

4  last month of the quarter than you did in the first

5  month.

6  Q.  Okay.  Just going to 620717.

7  A.  New quarter.

8  Q.  Right, the beginning of the third

9  quarter, right?

10  A.  Correct.

11  Q.  It -- maybe about a quarter of the way

12  down the page, it has the pipeline.

13  A.  Uh-huh.

14  Q.  And it indicates that the pipeline is

15  down 33 million from last week, right?

16  A.  Correct.

17  Q.  But it doesn't offer reasons here?

18  A.  No.  But it was not unusual -- right

19  after a quarter starts, it's when the reps go back

20  and everybody starts focusing on that quarter, and

21  they look at which deals are going to happen next

22  quarter and which deals are going to happen next

23  quarter or not at all.  So, they're cleaning up

24  their pipeline for the new quarter.

25  Q.  Yesterday we talked a little bit about

---

1  reps updating the pipeline prior to, I think it was,

2  December 15th --

3  A.  At that point, we were -- as I recall,

4  we were implementing OSO internally, and Mark

5  Barrenechea was just simply putting a request out

6  that --

7  Q.  That people update.

8  A.  -- we make sure because the system was

9  going to be down for a period of time as we went to

10  the new application.

11  Q.  Right.  So, he wanted everyone to update

12  it before the system went down, right?

13  A.  Until the old system was -- was stopped

14  so that they could begin the preparation to

15  implement OSO, correct.

16  Q.  Do you think that this pipeline

17  reference is a number that's before or after it was

18  updated by the sales reps?

19  A.  I -- I don't recall.

20  Q.  Okay.  Going down to Consulting --

21  A.  Uh-huh.

22  Q.  -- looking at, I guess, the sixth or

23  seventh bullet point down, it has the utilization at

24  57 percent.

25  A.  Uh-huh.

1  person that she would connect with.

2  Q.  Okay.  Let's take a look at page 11 --

3  A.  Okay.

4  Q.  -- and from line 12 down to 25.  If you

5  can just read that to yourself.

6  A.  Okay.

7  Q.  Okay.  Here's what you're talking about,

8  the E-Business Suite, right?

9  A.  It is, but particularly a subset of the

10  E-Business Suite, and that is the one -- the concept

11  of one data model for all the applications.

12  Q.  Right.  And then you talk about that,

13  the single customer database.  And line 22, you say,

14  "Whether you're touching them there.  Whether you're

15  touching them through once you've taken the order,

16  through orders that once you capture that order,

17  that that impacts your manufacturing," et cetera,

18  are you referring to order management or supply

19  chain management there?

20  A.  What I'm talking about is, regardless of

21  the application, if -- within the E-Business Suite

22  or the module within the E-Business Suite, if it's

23  touching the customer, it's going to go to one

24  database.

25  So, to answer your question, if it's

---

1  accounts receivable, if it's taking an order, if

2  it's -- if it has something to do with manufacturing

3  a product, a discrete product for a particular

4  customer, that would all be captured in that single

5  database.

6  Q.  Okay.  So, you're not talking about a

7  specific module in that section?

8  A.  No.  It's actually a series of

9  modules --

10  Q.  Okay.

11  A.  -- just showing that the architecture of

12  the product was that you had one database, which was

13  a real advantage over best-of-breed solution because

14  then everybody brings their own customer database

15  in, and that's when you have to do the interfacing.

16  Q.  Okay.  If you go to page 13 at the

17  bottom --

18  A.  Okay.

19  Q.  -- you -- looks like you're talking

20  about -- well, you say, "For example, in the sales

21  area, the sales automation area, I can now -- Larry

22  can look at, for example, our forecast on a global

23  basis, our forecast around the world up to the

24  minute at any level of detail you want to see.  You

25  can go down to that account rep in Hungary or you

---

1  can look at it on a global around the world."  See

2  that?

3  A.  Yes, I do.

4  Q.  And that's referring to Oracle

5  SalesOnline there?

6  A.  That would be -- yes.  At least -- I

7  can't say it's only Oracle SalesOnline but, clearly,

8  Oracle SalesOnline is the module that comes to my

9  mind that does that.

10  Q.  Okay.  And that's what -- well,

11  withdrawn.

12  Then later on on page 14, you say, "Now

13  I can see every deal out there that my reps around

14  the world are working.  So, that's a significant

15  benefit."

16  A.  Yeah.

17  Q.  Still talking about Oracle

18  SalesOnline --

19  A.  Most likely, yes.

20  Q.  -- mostly?

21  On the bottom of page 15, you say, "It's

22  all about 11i.  That's our E-Business Suite.  Here's

23  the status of our internal rollout because we're

24  implementing these in Oracle."  Right?

25  A.  Uh-huh.

---

1  Q.  It appears that maybe you had a

2  PowerPoint presentation or something like that?

3  A.  It does appear like that, yeah.

4  Q.  And you say, as you can see here, "We've

5  made significant progress around marketing, sales

6  compensation, contract, sales online, financials,

7  telesales, all those applications have been

8  implemented at Oracle worldwide.  Worldwide."  You

9  see that?

10  A.  Yes, I do.

11  Q.  Do you know whether any of those modules

12  had been at the time of -- as of February 13th of

13  2001, implemented and working at Oracle?

14  A.  What I recall is marketing, sales

15  compensation, sales online, financials and

16  telesales, to my best of my recollection.  I can't

17  remember contracts.  I just don't recall it.  But

18  I -- that we had -- were using those applications.

19  Q.  Okay.  Isn't it true that contracts, in

20  fact, was not working at Oracle in February of 2001

21  or at least as of February 13th?

22  MR. GIBBS:  Objection.  Asked and answered.

23  THE WITNESS:  I would only base it on -- I

24  mean, as far as -- I can't recall.  The way that I'd

25  base it is on the discussion yesterday in the

1 but I don't recall who they are.

2 Q. Do you have any recollection of actually

3 talking to Safra about this deal approximately --

4 well, withdrawn.

5 Do you recall talking to Safra with Tom

6 Williams on or around November 17th?

7 A. I don't -- I don't recall. As you can

8 see, what's implied in my message as well is I found

9 that when you have issues of disagreement that I

10 felt talking to each other on the phone was a better

11 way to resolve than firing e-mails back and forth at

12 each other.

13 Q. Right.

14 A. Thus the term "e-mail hell."

15 MR. WILLIAMS: Why don't we take five. I'm

16 almost done.

17 Do you intend to have a lot of cross

18 or some?

19 MR. GIBBS: Very little.

20 MR. WILLIAMS: Okay. All right. Take five.

21 THE VIDEOGRAPHER: Off the record at

22 5:12 p.m.

23 (A brief recess was taken.)

24 THE VIDEOGRAPHER: We are back on at

25 5:17 p.m.

---

1 MR. WILLIAMS: I'm going to ask the reporter

2 to mark this document as Sanderson No. 40. It's

3 Bates numbered NDCA-ORCL 027949.

4 (E-mail dated 9/19/00 re OPI Forecast

5 marked Exhibit 40 for identification.)

6 BY MR. WILLIAMS:

7 Q. Ask you to just take a look at it and

8 let me know when you're done.

9 Don't write on the document.

10 A. You're right. Thank you.

11 MR. GIBBS: You can write on this one if you

12 like.

13 THE WITNESS: Yeah. Let me -- okay.

14 BY MR. WILLIAMS:

15 Q. You recognize the document?

16 A. I do not.

17 Q. It's an e-mail written by you to Frank

18 Varasano, Jim English and Ivgen Guner on

19 September 19th of 2000, right?

20 A. Correct.

21 Q. And the subject line is the "OPI

22 Forecast"?

23 A. Yes.

24 Q. And this is just a couple months after

25 you took over OPI; is that fair?

---

1 A. Correct.

2 Q. So, you're sending an e-mail to Frank

3 Varasano, and it appears that you're discussing one

4 of the forecast packages or something like that.

5 A. Right. And, specifically, the results

6 or projected results for the first month of the

7 quarter.

8 Q. Right. And you write Frank, "As I

9 mentioned in a prior e-mail, I most likely won't be

10 on the forecast call today. I looked at the

11 forecast package, and there are three things I'd

12 like you to pursue on the call."

13 The first thing you say is the number of

14 September -- "The number for September has dropped

15 by half."

16 Do you know what you meant by that?

17 A. I don't remember that specific point,

18 but I know what's behind it. One of the things that

19 I was encouraging OPI to do was to not be so

20 back-end loaded in a quarter and that we delivered

21 revenue in all three months so that at the back end

22 we weren't having to work extra hard to make the

23 number.

24 And so, I had started the process of

25 asking OPI to forecast their numbers for each month

---

1 of the quarter. That was new. They had not done

2 that in the past. We had gotten them to do it, and

3 then you can see right after I had done that or

4 sometime after I had done that, they originally said

5 that they would deliver -- OPI would deliver

6 20 million -- the sales team would deliver

7 20 million in September, the first month of the

8 quarter, and in fact it dropped to 10 million.

9 Q. Okay. And then you say "and this drop

10 is concerning. My view is there's a number --

11 there are some October/November deals that should

12 fall into September. Let's make sure we don't let

13 half the year go by before we start to deliver,

14 e.g., November."

15 What do you mean by that?

16 A. I believe -- and that's why I underlined

17 a point. I believe I meant that let's don't let

18 half the quarter go by before we start to deliver.

19 Q. Well, end of November would be half the

20 fiscal year, wouldn't it?

21 A. You're right. You're right. Maybe I

22 did -- you may -- I stand corrected. Maybe that is

23 correct, the way the e-mail's written.

24 Q. Okay. The next thing you write second

25 is "Steve's management judgment." Talking about

Sanderson, Jr., Edward J  7/26/2006  9:00:00 AM

1    Steve McLaughlin there?

2       A.  Yeah.

3       Q.  And he was in the East, right?

4       A.  Correct.

5       Q.  Area vice --

6       A.  He was the East AVP.

7       Q.  Right.  And you write, "His positive

8    judgment is as big as OPI's negative judgment."

9          What does that mean?

10      A.  What Steve was doing was projecting a

11   number, a revenue number, for the quarter.  And what

12   I take from this is that he was putting a lot of

13   judgment against his number.  So, he wouldn't have

14   deals against it; he just had management judgment in

15   there of some millions of dollars.

16          And -- and then OPI -- and I would

17   assume this is Frank Varasano at this point since he

18   was the AVP responsible for OPI reporting in to

19   me -- is he was applying negative judgment overall,

20   which meant he was taking the forecast from the

21   three AVPs and bringing it down.

22      Q.  Okay.  And based on what Mark

23   Barrenechea wrote to Safra and Jeff Henley in

24   December, Steve McLaughlin didn't bring in anything

25   for Q2; is that fair?

# EXHIBIT 8

"The access [Symonds] got is apparent. . . . This access gives the reader a rare window on Ellison's mind." —*The New York Times*

"A sympathetic and revealing portrait of an idiosyncratic executive and company. . . . Entertaining." —*Harvard Business Review*

IN A BUSINESS where great risks, huge fortunes, and even bigger egos are common, Larry Ellison stands out as one of the most outspoken, driven, and daring leaders of the software industry. The company he cofounded and runs, Oracle, is the number one business software company. Perhaps even more than Microsoft's, Oracle's products are essential to today's networked world.

In *Softwar*, journalist Matthew Symonds gives readers exclusive and intimate insight into both Oracle and the man who made it and runs it. As well as relating the story of Oracle's often bumpy path to industry dominance, Symonds deals with the private side of Ellison's life. With unlimited insider access granted by Ellison himself, Symonds captures the intensity and, some would say, the recklessness that have made Ellison a legend.

With a new and expanded epilogue for the paperback edition that tells the story behind Oracle's epic struggle to win control of PeopleSoft, *Softwar* is the most complete portrait undertaken of the man and his empire—a unique and gripping account of both the way the computing industry really works and an extraordinary life.

MATTHEW SYMONDS is currently political editor of *The Economist*, but before that was the magazine's technology and communications editor for nearly four years. He has also been a founding editorial director of *The Independent* and strategy director of BBC Worldwide Television. Symonds lives in London with his wife and three children.

"Software titan Larry Ellison has been busy scribbling footnotes to the most detailed account yet of his outsized life. . . . He also responds and sometimes challenges the account of author Matthew Symonds—a twist in presentation that adds a real-time feel to the 500-page biography." —Lisa Baertlein, Reuters

"An unusually candid study of how a tiny start-up . . . grew—sometimes painfully—into a Silicon Valley institution." —*Financial Times*



Cover design by Michael Accordino
Cover photograph by Oliver Laude
Author photograph by Jenny Geddes

Visit us online at www.simonsays.com



ISBN 0-7432-2505-8

U.S. $16.00

# SOFTWAR

## AN INTIMATE PORTRAIT OF
## LARRY ELLISON AND ORACLE

### MATTHEW SYMONDS

"Symonds excels at letting readers into the 59-year-old Ellison's often turbulent personal life . . . [and] provides a wonderful image of Ellison who is far from . . ."

An Intimate

Portrait of

Larry Ellison

and Oracle

# SOFTWAR

Matthew Symonds

with Commentary

by Larry Ellison

Simon & Schuster Paperbacks
New York London Toronto Sydney

*To Alison and the children with all my love*

SIMON & SCHUSTER PAPERBACKS
Rockefeller Center
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2003 by Matthew Symonds and Larry Ellison
Epilogue copyright © 2004 by Matthew Symonds and Larry Ellison
All rights reserved, including the right of reproduction
in whole or in part in any form.

First Simon & Schuster trade paperback edition 2004

SIMON & SCHUSTER PAPERBACKS and colophon are registered trademarks of
Simon & Schuster, Inc.

For information regarding special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at 1-800-456-6798 or
business@simonandschuster.com

Designed by Karolina Harris

Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Library of Congress Cataloging-in-Publication Data
Symonds, Matthew.
    Softwar : an intimate portrait of Larry Ellison and Oracle / Matthew Symonds with
commentary by Larry Ellison.
        p.    cm.
    1. Ellison, Larry.   2. Oracle Corporation—History.   3. Computer software
industry—United States—History.   4. Businessmen—United States—Biography.
I. Ellison, Larry.  II. Title.
HD9696.63.U62E4478   2003
338.7'61005310973—dc22
                                                            2003058989

ISBN 0-7432-2504-X
        0-7432-2505-8 (Pbk)

# ACKNOWLEDGMENTS

There are many people without whose help and advice this book could not have been written. Above all, I'm grateful to Larry Ellison, whose enthusiasm and commitment never wavered even after it became clear that the story would not only have its share of twists and turns but would have a conclusion somewhat less clear cut than he had hoped. My thanks also to Melanie Craft, who bore with fortitude my invasion of her and Larry's privacy. Very many Oracle executives, both past and present, gave freely of their time and thoughts. It's not possible to mention everyone; they know who they are, and they are quoted in the book. But with Mark Jarvis, Jeff Henley, Safra Catz, Mark Barrenechea, Jay Nussbaum, and Ron Wohl I enjoyed a kind of extended conversation over a period getting on for two years. I was continually struck by the frankness and openness of those working for Oracle today, even when it came to talking about their boss. I would also like to record my thanks to Ray Lane. He understood that my relationship with Ellison was collaborative, but he still consented to be interviewed on two occasions, each time for several hours. He may not realize it, but he still has some good friends at Oracle. I also want to mention Joshua Lederberg, Steve Jobs, Jimmy Linn, Jon Bannenberg, and Laura Seccombe, who, in their different ways, gave me insights into Ellison's life that were unique. I must thank, too, those who helped me in practical ways, in particular Joyce Higashi, Carolyn Balkenhol, and Judy Sim. Without them there really would have been no book. I should pay tribute to my literary agent, Andrew Wylie, and my editor at Simon & Schuster, Geoff Kloske. From the outset, Andrew helped shape and define the project and continually buoyed me with his confidence

# CONTENTS

| | | |
|---|---|---|
| | *Author's Note* | xi |
| 1 | Larry and Me | 1 |
| 2 | On the Road | 11 |
| 3 | The War on Complexity | 36 |
| 4 | Beginnings | 54 |
| 5 | To the Limit | 75 |
| 6 | Growing Up | 90 |
| 7 | Best-of-Breed | 112 |
| 8 | Falling Out | 136 |
| 9 | The Laboratory | 161 |
| 10 | Ready or Not . . . | 184 |
| 11 | Taking Stock | 205 |
| 12 | Hungarian Lessons | 227 |
| 13 | Hill by Hill | 233 |
| 14 | The Last Database | 246 |
| 15 | Enemies | 263 |
| 16 | Chained to the Job | 285 |

---

VIII    ACKNOWLEDGMENTS

and support; Geoff honed, tightened, and, where necessary, discreetly made me intelligible to Americans. Finally, my thanks to Bill Emmott, the editor of *The Economist*, who graciously allowed me a year's leave to pursue this project and whose imaginative suggestion in 1997 that I should write about the unfolding drama of the Internet led directly to my meeting Larry Ellison.

x     Contents

17  Alternative Stress                    302
18  Sayonara Swan Song                    322
19  Family Values                         331
20  Three Strikes, You're Out             347
21  Larryland                             369
22  A Life Beyond Oracle                  380
23  "A Scrap of Information"              400
24  The Golden Nugget                     418
25  A Perfect Storm                       433
26  "The First Loser"                    454
27  The Biggest Water Bottle              471

Epilogue                                  487
Index                                     499

# AUTHOR'S NOTE

In March 2000, I received a telephone call from Larry Ellison. He had an idea for doing a book about e-business and globalization and wanted to know if I would be interested in coauthorship. I was flattered, but it wasn't something I wanted to do for a number of reasons. In the first place, a relationship with Ellison of that kind would mean I would have to give up writing about the technology business for *The Economist* because of the potential for conflict of interest. Second, I had no desire to add to the torrent of indifferent books about the e-business phenomenon that were then flooding the business publishing market. Third, although we shared many views and I had grown to like Ellison and enjoy his company in the brief time I had known him, I thought that coauthoring a book with him would be a nightmare.

But while we were talking, a much more appealing proposition began to form in my mind: what I would be interested in doing was writing an intimate portrait of Ellison and his company on the basis of having a very high degree of access to both him and Oracle. I explained that I would have to have complete editorial control and that it might be some time before I could take leave of absence from *The Economist*. Ellison's answer was immediate: he'd love me to do it, and he was prepared to wait until I was ready.

Nine months later, in December 2000, accompanied by my New York–based literary agent, Andrew Wylie, I met with Ellison at his Japanese-style villa in Atherton, a leafy and very expensive suburb some twenty miles to the southwest of San Francisco that is home to much of the Silicon Valley establishment. The meeting had three purposes. First, I

needed to establish the basis of my working relationship with Ellison: Wylie had concluded that there should be a formal collaboration agreement between us. Second, although Ellison and I had recently discussed the book over dinner at my house in London, I did not yet have a settled idea of what it should be, although I had already ruled out doing a conventional biography. I knew that if the project was to engage Ellison it would have to be relevant to his current concerns. Most of all, I wanted to test Ellison's claim that Oracle was poised for true greatness.

One of the things I had noticed while covering the technology business was that many of its key players had extraordinarily little interest in even the recent past. It was as much as most of them could do to remember what it was that Microsoft had done to end up in court. Even Marc Andreessen was much keener to talk about the new businesses he was investing in than his epic struggle against Bill Gates while at Netscape. His attitude was: been there; done that; move on. When Microsoft's witnesses were confronted with damning e-mails they'd written only a couple of years before, it is just possible their surprise and struggle to guess what they might have meant at the time wasn't completely phony. Ellison doesn't suffer from that kind of amnesia, but even though he reads history voraciously and tries to learn from it, what really interests him is not the last five years but the next five. To Ellison, the present and the near future elide so gracefully as to be almost indistinguishable. And when talking about software, last year is another country.

A collaboration agreement that gave me everything I would need was quickly reached. An innovative twist, devised by Andrew Wylie, was that Ellison would have a kind of right of reply or commentary within the book, which he could use either to express a counterpoint to any of my conclusions that he disagreed with or to amplify things that he thought important. Neither of us would be able to alter the words of the other. It is a unique form of joint copyright. I think it has worked.

There is one other thing I would like to say about my relationship with Ellison. In the course of my research, I met, somewhat to my surprise, a number of people who assumed that Ellison was paying me to write what he hoped would be a sympathetic account of his life. This is not the case. My compensation and expenses have been covered in full by the advance from my publisher. That said, I have stayed as his guest during my many visits to Oracle and have traveled with him on his private planes. I have also spent time with Ellison on his boats, recording extensive interviews during his vacations and, most recently, joining him in Auckland to report at first hand on his America's Cup campaign. Has this degree of inti-

macy undermined my ability to be objective about Ellison? It is hard for me to say, but I don't believe so. I like Ellison and there is much about him that I admire, but I am frequently critical of him. Most of us, I think, are able to reach reasonably objective judgments about even our closest friends. Liking them does not mean being oblivious to their faults. I have written the truth about Ellison as I have found it and reported faithfully, for better or ill, the words of the many people who know him whom I have interviewed. When Ellison's version of events appears questionable or his behavior less than admirable, I have said so. But to a great extent, the picture of Ellison that emerges is one formed by his own words during innumerable, at times brutally frank, conversations conducted over a period of two years. Ellison is, more often than not, his own harshest and most unrelenting critic.

mostly earnest and respectful, although one, Paul Mason, a senior analyst from IDC, soon starts to rub Ellison the wrong way with a fatal mix of overfamiliarity and sarcasm. Ellison starts off by ramming home his message about data fragmentation: "It's *the* issue. It's that simple." What's unique about Oracle, he argues, is its combination of a datacentric information architecture and the ease with which the E-Business Suite can be extended because Oracle uses Java rather than the proprietary tools of its rival applications vendors. The key difference between Oracle and the others—its counterpoint—is information management. Ellison says that he doesn't believe in separating data warehouses from transaction processing because too much time is lost. The combination of RAC and another feature on 9i that automatically maintains both old and new versions of the same data would make warehousing irrelevant. Burton volunteers that one of the benefits of this is that it "reduces conflicts between two separate instances." "Absolutely," purrs Ellison.

Ellison feels strongly that the analysts haven't yet given Oracle enough credit for RAC because they are hostile to real innovation. "It's like Galileo and the pope. Every time he had a new idea, the pope threatened to kill him." Instead of talking up IBM's DB2, why not point out that with its shared-nothing architecture all it can do is share nothing really fast? "Drill down into this," he demands. "Write this down. Ask IBM why its UNIX database takes a different architectural approach from its mainframe versions. Please write this down. Why won't IBM demonstrate the speed of their hardware with their own database? You guys always say we're more expensive than IBM. But it's the cost of ownership that matters—the networking, the hardware, the labor. The software is always a tiny proportion of that. I'm almost done. This is a scam, and you guys have all fallen for it."

Having let off steam, Ellison answers questions on everything from peer-to-peer computing (which he dismisses as a "cute little technology that's good for exchanging music" but not something for the enterprise) and software as a service. Ellison says that in a very few years, the bulk of Oracle's business "will be on servers we manage." But the conventional ASPs (application service providers) were all wrong. Where the computers were located was irrelevant; what mattered was who provided the skilled labor. "It doesn't matter where the computer is. As long as it's running in a standard certified configuration, you can put hardware wherever you want and we'll run it for you. And another thing; everyone focuses on our new license revenue, but the real value in our business is recurring revenues from license updates and support." IDC's Mason sug-

gests that this is typical Ellisonian arrogance. Everyone's wrong except him. Ellison responds, "Sure. If you're the first to say something or do something that conflicts with popular conventional wisdom, then what you're saying is, in effect, 'I'm right and everyone else is wrong.' That's what innovation means—being first. People never forgive you for being right too early."

Ellison had been forceful, funny, and brilliantly controversial, but I didn't think he had necessarily won them over. He was more than capable of charming them; but it was as if he was too fastidious to try. Eight weeks later, Betsy Burton produced a report for Gartner entitled "Oracle Under Fire," which began with this broadside: "During the past 12 months, Oracle has been under increasing scrutiny from many of its customers, the business and technology press, investment firms, and Gartner. Some of the press attention is because of Oracle's sheer size, its impact on U.S. financial market indicators, and its 60 percent and larger stock price slippage in the past twelve months. Some is because of Oracle's flamboyant and contrarian CEO, Larry Ellison. Much of the attention, however, is because of real product, marketing and business issues."

The report itself was a mixture of the obvious and the out of date. Oracle, Burton said, would have to: provide "proof points" for 9i's "clustering scalability" and ability to "support very large databases"; regain "customer trust" after a U-turn on power unit pricing; "continue a sustained level of commitment to its application server"; resolve the quality issues with some of its ERP components, such as order management; deliver CRM product parity with Siebel; make sure that Oracle consulting

*"LE writes: If you speak out in support of small, unimportant innovations that fly in the face of widely held beliefs—I do it all the time—you are likely to be dismissed as stupid or arrogant, and that's pretty much the end of it. However, if you defend a really big idea that challenges widely held beliefs, you're likely to generate a mass of hatred, and you just might pay for it with your life. When Galileo defended Copernicus, he was ridiculed, imprisoned, and then threatened with death unless he recanted. Charles Darwin cautiously postponed publishing* On the Origin of Species *and* The Descent of Man *for more than twenty years, but that judicious delay did not save him from vicious personal attacks coming from all ranks of contemporary society, from the dons at Oxford to the man in the street. In pleasant contrast, big discoveries that don't come into conflict with popularly held beliefs are quickly embraced and the discoverers are rewarded with love and fame. Such was the good fortune of Jonas Salk.*

and Oracle.com (its ASP offering) complemented its other channel relationships. Burton pointed out that she was far from suggesting that "Oracle, as a company was failing—quite the opposite," but the overall impression the report gave was highly negative, thanks in part to its last line: "We believe that recent actions and events will leave an indelible scar on customers' views of Oracle."*

Around the time that Burton's report came out, Oracle hired one of her Gartner colleagues, Peggy O'Neill, to take charge of analyst relations. I asked O'Neill what Oracle needed to do to get on better with such an influential constituency. She was in no doubt: "We fundamentally need to change the relationship with the analysts. We must talk to them more. . . . Don't broadcast to them. Listen to their advice and, if at all possible, incorporate it in your planning, marketing, and development. Historically, Oracle has never had that kind of interaction." I told her that I found it hard to imagine Ellison, whom she had yet to meet, taking that advice to heart. "The analysts are prepared to give Larry a bit more room because he's Larry," she said. "But the folks underneath Larry who copy that style won't get away with it. I've seen them with customers: they know how to be charming. They should try treating analysts like customers."

O'Neill was almost certainly right. But I found it hard to imagine Oracle schmoozing analysts and journalists with the polish and attention of, say, an IBM or a Cisco Systems. Technology companies that are run by engineers, such as Sun Microsystems, Microsoft, SAP, and Oracle are characterized by a particular kind of intellectual competitiveness that is highly unreceptive to the opinions of outsiders, who they think (usually correctly) are not as smart as they are. As long as they execute flawlessly, it's not a problem. But when something goes wrong, they can't expect any slack. O'Neill made another point: analysts, she said, "are a jaded lot." She might as well have said that analysts and technology journalists are professional cynics and that someone like Larry Ellison, who is relentlessly optimistic, calculatedly contrarian, and shamelessly devoted to hyperbole, brings out the absolute worst in them.

*LE writes: What most analysts say about your company has more to do with the financial results of your last couple of quarters than anything else. If you're growing revenue and earnings, they usually say nice things about your products and management. As Tevye says in Fiddler on the Roof, "When you got the money, they think you know." But our previous two quarters had not been good, so we got hammered.

# 15

# ENEMIES

A subject that's close to Ellison's heart is Oracle's enemies. He strongly believes that Oracle is always at its best when it has an identifiable enemy to go after: "We pick our enemies very carefully. It helps us focus. We can't explain what we do unless we compare it to someone else who does it differently. We don't know if we're gaining or losing unless we constantly compare ourselves to the competition." When Oracle was fighting its relational database rivals for market supremacy in the late 1980s and early 1990s, it was famous for the in-your-face aggression of its "attack" advertising.

The aggression hasn't altered, but the size and power of the firms with which Ellison wants Oracle to be compared have. These days, none other than IBM finds itself the regular target of Oracle's ads and Ellison's combative speeches, while not a little of Ellison's own fame has come directly from his highly public assaults on Microsoft and his obsession with one day overtaking the colossus of Redmond to make Oracle the number one software company in the world. When people think of Ellison, it's all too often as a kind of alter ego to Bill Gates, software's other billionaire.*

An odd effect of this was to diminish Oracle's own extraordinary suc-

*LE writes: If you're a fighter, the only way up is through the top fighters in your division. So we picked fights with IBM and Microsoft because they're the ones we had to beat to reach the top. By constantly measuring ourselves against the two top heavyweights, we constantly improve the competitiveness of our products and services.