COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI ) |
| | ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) DECLARATION OF SHAWN A. ) WILLIAMS IN SUPPORT OF PLAINTIFFS' ) REPLY IN SUPPORT OF MOTION TO ) EXCLUDE EXPERT TESTIMONY OF ) EDWARD YOURDON |
| | DATE:    January 9, 2009<br>TIME:    9:00 a.m.<br>CTRM:   The Honorable Susan Illston |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the States of California and New York. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1: | Expert Report of Edward Yourdon, dated May 25, 2007; |
| Exhibit 2: | Rebuttal Expert Report of Edward Yourdon, dated June 22, 2007; |
| Exhibit 3: | Deposition Transcript of Edward Yourdon, dated July 3, 2007; |
| Exhibit 4: | E-mail string re: Available in May: E-Business CRM, dated March 31, 2000, Bates nos. NDCA-ORCL 031608-09; |
| Exhibit 5: | Bates nos. NDCA-ORCL 03305-06; |
| Exhibit 6: | Bates no. NDCA-ORCL 03285; |
| Exhibit 7: | E-Business Suite High Level Requirements Document, dated June 6, 2002, Bates nos. Bates nos. NDCA-ORCL 069907-39; |
| Exhibit 8: | Deposition Transcript of Brooks L. Hilliard CMC, CCP, dated June 28, 2007; |
| Exhibit 9: | Declaration of Brooks L. Hilliard CMC CCP, dated May 25, 2007; |
| Exhibit 10: | Rebuttal Declaration of Brooks L. Hilliard CMC CCP, dated June 22, 2007; |
| Exhibit 11: | Deposition Transcript of Ronald Wohl, dated March 23, 2006; |
| Exhibit 12: | E-mail String re: AMR Research: Oracle 11i Quality? dated March 25, 2002, Bates nos. NDCA-ORCL 061300-01; |
| Exhibit 13: | Intentionally left blank; |
| Exhibit 14: | Rebuttal Declaration of Randall W. Jensen, Ph.D., dated June 22, 2007; |
| Exhibit 15: | E-mail String re: POSCO update and Agenda for Conference call, dated June 20, 2001, Bates nos. NDCA-ORCL 055029-31; |
| Exhibit 16: | E-mail String re: Further message of clarification to POSCO, dated June 4, 2001, Bates nos. NDCA-ORCL 054986-99; |
| Exhibit 17: | E-mail String re: Oracle Presentation, dated October 10, 2000, Bates nos. NDCA-ORCL 039549-51; |

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON - C-01-0988-SI      - 1 -

| | | |
|---|---|---|
| Exhibit 18: | E-mail String re: McDonald's/Chipotle 11i issues, dated March 27, 2001, Bates nos. NDCA-ORCL 058656-58; |
| Exhibit 19: | E-mail String re: 11/01/01 Agenda & Actions Critical Accounts OPS, dated June 5, 2002, Bates nos. NDCA-ORCL 063767-69; |
| Exhibit 20: | E-mail String re: Oracle 11i patch update, dated January 19, 2001, Bates nos. 221144-47; |
| Exhibit 21: | Press Release: "Oracle Ships 11i, Industry's First Integrated E-Business Suite," dated May 24, 2000, Bates nos. NDCA-ORCL 026005-07; |
| Exhibit 22: | Analyst Report, dated January 10, 2001, Bates nos. NDCA-ORCL 005785-88; |
| Exhibit 23: | *PR Newswire*, "Oracle Net Income Up 62%, Earnings Per Share $0.11 Application Sales Up 66%, Database Sales Up 19%; Operating Margin increases 11 Points to 36%," dated December 14, 2000; |
| Exhibit 24: | Matthew Symonds with Commentary by Larry Ellison, *Softwar: An Intimate Portrait of Larry Ellison and Oracle* (2003), excerpts; |
| Exhibit 25: | Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (2d ed. 2007), excerpts; |
| Exhibit 26: | January 24, 2001 "Go-Live" Report, Bates Nos. NDCA-ORCL 418726-36; |
| Exhibit 27: | Deposition Transcript of Mark Barrenechea, dated July 11, 2006; |
| Exhibit 28: | Joint Letter from the Parties to The Honorable Joseph C. Spero re: Joint Discovery Plan, dated February 23, 2005; |
| Exhibit 29: | "Oracle Customer Relationship Management White Paper," excerpt, dated February 6, 2001, Bates No. NDCA-ORCL 061874; and |
| Exhibit 30: | Defendants' Third Supplemental Responses to Plaintiffs' First Set of Interrogatories, dated June 21, 2005. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of December, 2008, at San Diego, California.

/s/
SHAWN A. WILLIAMS

C:\PROGRA~1\pdfDocs\users\DeeM\Import\DEC00056217_Yourdon Reply Decl.doc

DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON - C-01-0988-SI     - 2 -

1    CERTIFICATE OF SERVICE

2    I hereby certify that on December 12, 2008, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7    I further certify that I caused this document to be forwarded to the following designated

8  Internet site at:  http://securities.csgrr.com/.

9    I certify under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.  Executed on December 12, 2008.

11

12                                    /s/
                              SHAWN A. WILLIAMS

13                            COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP
14                            100 Pine Street, 26th Floor
                              San Francisco, CA  94111
15                            Telephone:  415/288-4545
                              415/288-4534 (fax)
16
17                            E-mail:shawnw@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```