Confidential

# Expert Report of Edward Yourdon

in the matter of Oracle Corporation Securities Litigation

Master File No. C-01-0988-MJJ

**May 25, 2007**

## TABLE OF CONTENTS

I QUALIFICATIONS AND EXPERIENCE ...................................................................... 4

II EXPERT STATEMENT .............................................................................................. 6

III MY ASSIGNMENT IN THIS MATTER ..................................................................... 6

IV SUMMARY OF MY OPINIONS ................................................................................ 7

V SOFTWARE DEVELOPMENT .................................................................................. 7

   V.1 GENERAL COMMENTS ABOUT LARGE, COMPLEX COMMERCIAL SOFTWARE PRODUCTS ..... 8
       V.1.1 Software is usually extremely complex and sophisticated ........................................ 8
       V.1.2 There is usually a conscious, non-trivial "life cycle" of activities .......................... 9
   V.2 COMMON ISSUES IN SOFTWARE PROJECTS ............................................................... 11
       V.2.1 Scope creep ............................................................................................................ 11
       V.2.2 Customization ......................................................................................................... 11
       V.2.3 Configuration ......................................................................................................... 12
       V.2.4 Installation of updates, revisions, and "bug-fix" patches ..................................... 13
       V.2.5 Use of "bleeding edge" technology ........................................................................ 14
   V.3 THINGS THAT GO WRONG IN SOFTWARE DEVELOPMENT EFFORTS AND OTHER LARGE-SCALE
   SOFTWARE PROJECTS ..................................................................................................... 15
       V.3.1 Schedule delays ....................................................................................................... 16
       V.3.2 Time-to-market issues .............................................................................................. 16
       V.3.3 Bugs ......................................................................................................................... 17
       V.3.4 Business process reengineering problems ............................................................... 19
   V.4 SWAT TEAMS ........................................................................................................... 20

VI AN OVERVIEW OF ENTERPRISE RESOURCE PLANNING (ERP) SYSTEMS .............. 20

   VI.1 THE FUNCTION OF ERP SYSTEMS ............................................................................ 20
   VI.2 HISTORY OF ERP ..................................................................................................... 22
   VI.3 BEST-OF-BREED vs. SUITES ..................................................................................... 24
   VI.4 THE SCALE OF ERP SYSTEMS .................................................................................. 27
   VI.5 HISTORICAL DIFFICULTIES WITH ERP IMPLEMENTATIONS ...................................... 28
   VI.6 THE CONCEPT OF INTEGRATION ............................................................................... 34
       VI.6.1 Definitions of integration ........................................................................................ 35
       VI.6.2 Forms of integration ................................................................................................ 36
       VI.6.3 Data integration ...................................................................................................... 37
   VI.7 SUMMARY OF ORACLE'S DEVELOPMENT OF ERP, LEADING TO SUITE 11i ................. 41
       VI.7.1 Versions prior to Suite 11i ...................................................................................... 41
       VI.7.2 Summary of key components added to Suite 11i ...................................................... 42
       VI.7.3 Approximate starting time of Suite 11i development effort ...................................... 42
       VI.7.4 Release dates of Suite 11i versions ......................................................................... 43

VII CAPABILITIES OF ORACLE'S SUITE 11I ................................................................ 43

VIII INTEGRATION IN SUITE 11I ................................................................................ 45

   VIII.1 TECHNICAL REVIEW OF THE DATA INTEGRATION IN ORACLE 11i ............................ 46
   VIII.2 TECHNICAL REVIEW OF THE WORKFLOW INTEGRATION IN SUITE 11i ..................... 52
   VIII.3 OVERALL ASSESSMENT OF INTEGRATION IN SUITE 11i ........................................... 53

IX THE ALLEGEDLY FALSE STATEMENTS .............................................................. 55

   IX.1 SPECIFIC PRODUCT-RELATED STATEMENTS IDENTIFIED BY PLAINTIFFS ................... 55
   IX.2 WHAT ORACLE SAID WAS TRUE .............................................................................. 57
       IX.2.1 Plaintiffs' claims are misleading and ignore context ............................................. 57
       IX.2.2 Oracle's public statements boiled down to two points and these points are true ........... 62

**X       THE EVIDENCE DOES NOT SUPPORT PLAINTIFFS' CLAIM THAT ORACLE
FAILED TO DISCLOSE MATERIAL FACTS ABOUT SUITE 11I** ................................................................63

X.1       NONE OF THE QUALITY RELATED EVIDENCE/CONTENTIONS IDENTIFIED BY PLAINTIFFS
IDENTIFIES ANYTHING OUT OF THE ORDINARY FOR A MAJOR ERP RELEASE.................................63
    X.1.1    Plaintiffs' claim that the integration of Suite 11i's components was allegedly incomplete
    and/or faulty ........................................................................................................................65
    X.1.2    Plaintiffs' claim that Suite 11i allegedly had an extremely large number of bugs and
    patches... ..............................................................................................................................68
    X.1.3    Plaintiffs' claim that many customers allegedly suffered severe setbacks and problems with
    their implementation of Suite 11i. .......................................................................................73
    X.1.4    Plaintiffs' claim that the CRM modules of Suite 11i were allegedly significantly flawed
    and/or incomplete .................................................................................................................77
    X.1.5    Plaintiffs' claim that Oracle misrepresented Suite 11i's capabilities by using staged
    demonstrations or fake data .................................................................................................79
    X.1.6    Plaintiffs' claim that Oracle had a small number of reference customers ...........................80
    X.1.7    Contrary to Plaintiffs' suggestion, the "facts" relating to "quality problems" identified in
    Q3 are no different from the facts related to product quality in other quarters, including in Q2 FY
    01........ .................................................................................................................................83

**XI      THE EVIDENCE IN THIS CASE DOES NOT SUPPORT PLAINTIFFS' CLAIM
REGARDING "LOST DEALS"** .........................................................................................................84

XI.1      ORACLE DID NOT LOSE THIRD QUARTER DEALS BECAUSE OF PROBLEMS WITH SUITE 11I,
MUCH LESS UNKNOWN OR UNEXPECTED PROBLEMS.......................................................................84
    XI.1.1   My review of key "Lost Deals"............................................................................................85
    XI.1.2   The deals specifically identified by Plaintiffs .....................................................................87
XI.2      THERE IS A VARIETY OF EVIDENCE SHOWING THAT DEALS DID NOT CLOSE FOR REASONS
UNRELATED TO THE ALLEGED PROBLEMS IDENTIFIED BY PLAINTIFFS...............................................88

**XII     CONCLUSIONS** ................................................................................................................92

**XIII    APPENDIX A: DOCUMENTS RELIED ON** ......................................................................95

**XIV     APPENDIX B: CASES IN WHICH EXPERT TESTIMONY PROVIDED IN THE PAST
FOUR YEARS** .................................................................................................................................144

**XV      APPENDIX C: PUBLICATIONS AUTHORED, CO-AUTHORED, OR EDITED BY
EDWARD YOURDON** ....................................................................................................................146

Confidential

# I          QUALIFICATIONS AND EXPERIENCE

1.          I am a software consultant in my own firm, NODRUOY Inc., as well as co-founder and Fellow of a software research/analysis firm known as the Cutter Consortium. I have worked in the software field for more than 40 years and have published 27 computer-related books and more than 550 technical articles. During my career, I have programmed, designed, and tested numerous software applications and systems; have managed numerous projects both as a first-level project leader and as a senior IT executive. I have also have consulted on numerous software development projects for clients, including projects involving the selection, acquisition, and implementation of enterprise business applications and ERP packages.

2.          I received a B.S. in Applied Mathematics from Massachusetts Institute of Technology (MIT) in 1965. I subsequently carried out graduate work in computer science and electrical engineering at MIT and at the Polytechnic Institute of New York.

3.          I have worked in the computer industry since 1964, beginning when Digital Equipment Corporation (DEC) hired me to write the FORTRAN math library for the PDP-5 minicomputer and the assembler for the popular PDP-8 minicomputer. Since that time, I have developed software for more than 25 different mainframe computers and was involved in a number of pioneering computer technologies, such as time-sharing operating systems and virtual memory systems. I was the lead developer of the popular requirements-documentation approach in the 1970s known as "structured analysis/design," as well as a co-developer in the 1990s of the Yourdon/Whitehead method of object-oriented ("OO") analysis/design and the popular Coad/Yourdon OO methodology.

4.          After holding technical and project-management positions with DEC, General Electric, and a small consulting firm, I worked as an independent contractor from 1970 through 1973. In 1974, I founded my own consulting firm, YOURDON Inc., in order to provide educational, publishing, and consulting services in state-of-the-art software engineering technology. During the next 12 years, YOURDON Inc. grew to a staff of more than 150 people, with offices throughout North America and Europe. As CEO of YOURDON Inc., I oversaw an operation that trained more than 250,000 people worldwide in structured programming, structured design, structured analysis, logical data modeling, and project management. The company was sold in 1986 and, after several more mergers and acquisitions, eventually became part of CGI, a French software company that is now part of IBM. The publishing division, YOURDON Press (now part of Prentice Hall), has produced more than 150 technical computer

books on a wide range of software engineering topics. Many of these books are now used as standard university computer science textbooks.

5.  I have written approximately two dozen computer books since 1967. Among my recent books are: *Outsource: Competing in the Global Productivity Race* (2004), *Death March* (2nd ed., 2003), *Byte Wars* (2002), *Managing High-Intensity Internet Projects* (2000), *Case Studies in Object-Oriented Analysis and Design* (1996), *Mainstream Objects* (1995), and *Object-Oriented Systems Development: An Integrated Approach* (1994). Several of my books have been translated into Japanese, Chinese, Korean, Russian, Spanish, Portuguese, Dutch, French, German, Polish, and other languages. My articles have appeared in virtually all the major computer journals. I have been a keynote speaker at major computer conferences around the world. From 1990 through 1995, I served as the conference Chairman for Digital Consulting's CASE WORLD and SOFTWARE WORLD conferences. I have written approximately 550 technical articles; a partial list of my books and technical articles is provided as Appendix C to my Expert Report.

6.  In addition to serving on the Board of Directors of iGate Corp. since 1996, I have also served on the Technical Advisory Board of Mintaka Technology Group, Inc. and Omni-Vista Corp; in addition, I was a member of the Board of Directors at Requisite Corp. from 1994-1997, prior to its acquisition by Rational Software. I was a member of the U.S. Defense Department's Airlie Council, an advisory group that focused on finding "best practice" guidelines and techniques for large, complex projects. In the early 1990s, I was a member of the expert advisory panel for the $660 million I-CASE acquisition for the U.S. Department of Defense. I am the Editor Emeritus of the *Cutter IT Journal*, a software journal that analyzes software technology trends and practices in the United States and several other countries around the world. In addition, I am a Fellow in the Business/IT Trends Service for the Cutter Consortium, of which I am co-founder.

7.  I have been appointed an Honorary Professor of Information Technology at Universidad CAECE in Buenos Aires and have lectured at MIT, Harvard, UCLA, Stanford, Berkeley, and other universities around the world. I am also a member of the Advisory Council of the New Laboratory for Teaching and Learning, a joint research project of The Dalton School and Columbia University. In June 1997, I was inducted into the Computer Hall of Fame.

8.  I have provided expert testimony in approximately two dozen computer-related cases in both the U.S. and the U.K. Several of these engagements have involved analyzing implementation projects. A list of cases in which I have provided expert testimony in the last four years is provided as Appendix B to my Expert Report.

## II       EXPERT STATEMENT

9.          Through April 30, 2007, I billed 348 hours and 50 minutes at $495 per hour for professional services rendered in connection with this case and incurred expenses of $1995.56, for total fees and expenses of $177,668.06.

## III      MY ASSIGNMENT IN THIS MATTER

10.         My assignment in this matter was to:

- Describe the nature of large, complex commercial software projects, including implementation strategies, scale, timing, issues, bugs, and problems that occur throughout such projects;

- Describe the function, scale, and history of Enterprise Resource Planning ("ERP")[1] software products;

- Describe the concept of *integration*, as it applies to software products in general, and enterprise applications in particular;

- Address the claim made by Plaintiffs that Defendants made false statements related to its Suite 11i product by examining the content and meaning of the allegedly false statements, as well as the available facts related to the claims – including materials available from Oracle itself, and contemporaneous descriptions, analyses, and evaluations by technical analysts in the computer industry;

- Examine whether the evidence in this case supports the conclusion that Defendants possessed undisclosed facts demonstrating that Suite 11i suffered quality problems that were out of the ordinary for a major release of an ERP product; and

- Examine whether the evidence in this case supports the conclusion that Oracle lost potential deals that were in its revenue forecasts or sales pipeline in Q3 2001 because of customer concerns about product quality or other product problems.

11.         To the extent that my opinion and conclusions are dependent on depositions, Expert Reports, and other evidence that may be produced after the

---

[1] Originally, the term ERP referred to a subset of applications used to address customers' back-office functions. In recent years, however, the term has evolved and is now often used to refer to the complete enterprise software package, including both back-office (traditional "ERP") and front-office (Customer Resource Management, or "CRM") applications.

submission of this Report, I naturally reserve the right to supplement or amend my opinions.

## IV    SUMMARY OF MY OPINIONS

12.    As discussed in greater detail in the subsequent Sections of this Report, I have reached several main conclusions:

- Oracle's Suite 11i product was an exemplar of a large, sophisticated, complex ERP system – and, as such, it initially experienced many of the well-known problems common to large, sophisticated products in the software industry.

- Notwithstanding the initial difficulties, the Suite 11i product did work, and was both a technical success and a marketplace success within a reasonable period of time.

- Many of the problems attributed to Suite 11i by customers, industry analysts, computer trade journals, and Plaintiffs were not problems of Oracle's software, nor of Oracle's consulting services; rather, they were caused by a wide variety of ancillary factors that are common to large-scale ERP implementations, many of which are associated with decisions, actions, and mistakes made by customers or third party consultants attempting to implement the product.

- The specific statements regarding the Suite 11i product that Plaintiffs have identified as "false" were, in fact, accurate.

- The evidence in this case does not support the conclusion that Suite 11i suffered from undisclosed bugs or other problems that were out of the ordinary for a major new ERP release.

- The evidence in this case does not support the conclusion that potential deals in Oracle's forecast or pipeline failed to close in Oracle's Q3 2001 because customers became aware of facts that were inconsistent with Oracle's statements about integration or interoperability.

- The evidence in this case does not support the conclusion that deals in Oracle's forecast or sales pipeline failed to close in Oracle's Q3 2001 because of generally unknown or unexpected quality problems with Suite 11i.

## V    SOFTWARE DEVELOPMENT

13.    In this Section of the Report, I will discuss the following aspects of software development:

- General comments about software product development

- Common issues in software development efforts

- Things that go wrong in software development efforts

- SWAT teams

## V.1   General Comments About Large, Complex Commercial Software Products

### V.1.1   Software is usually *extremely* complex and sophisticated

14.        The remarkable success of the computer industry during the past 50 years, and its pervasive impact on society, is a tribute to the success of large, complex software – but that does not mean that the development and implementation of such products were typically easy, or that they proceeded without setbacks and difficulties, or that such projects were completed on time and within budget. Indeed, it does not even mean that all software projects are successful. As a rough rule of thumb, roughly a quarter of all software development efforts are canceled before completion; and the average *completed* software project is roughly a year late and 100% over budget.

15.        Today's commercial software products are at the high end of the scale of complexity. As discussed more fully below, a number of issues arise from that complexity, but to understand these issues it is useful to first have a general understanding of the scale of these products.

16.        One of the common ways to describe the "scale" of a piece of software is to count the number of "source lines of code."[2] While there are ongoing debates about whether such metrics should include comments that have been inserted into the computer program, or even blank lines of code, it is nevertheless a useful metric; however, it can be misleading to assume that a program of 10,000 lines of source code is necessarily larger and more complex than a program consisting of 5,000 lines of source code – for the two programs may have been written in entirely different programming languages, with entirely different levels of sophistication and computing power.

17.        Beginning in 1979, IBM computer scientist Alan Albrecht devised a "size" metric that was independent of the specific programming language used to implement the program; this was known as a "function point" (FP), with the useful rule-of-thumb that one function point is roughly equivalent to 100 lines of source code written in such familiar third-generation programming languages as

---

[2] This metric is sometimes referred to with such terms as "program statements" and "lines of source code," as well as abbreviations such as "LOC" (lines of code), "SLOC" (source lines of code), and "KLOC" (kilo, or thousands, of lines of code).

FORTRAN and COBOL, and approximately 50 lines of source code in current popular programming languages, such as Java.[3]

18.         Using the function-point metric, computer scientists have developed a number of comparative metrics for software development efforts, based on the following scale:

- 1 FP = trivial program, almost always developed by just one person in a period of hours or days.

- 10 FP = small program, usually developed by one person during a period of days or weeks.

- 100 FP = medium-sized program, often developed by a small team of programmers during a period of weeks.

- 1,000 FP = large program, almost always developed by a group of at least a few programmers, typically over a period of months.

- 10,000 FP = *very* large program, or a "system of programs," developed by a large group (or multiple groups) of programmers, over a period of months or years.

- 100,000 FP = *enormous* program (typically large enough to be thought of as a "system"), developed by hundreds, perhaps even thousands, of programmers, over a period of years.

19.         By way of comparison, large operating system development efforts – such as the recently-released Microsoft Vista product – are typically in the range of 100,000 FP or larger. ERP systems such as Suite 11i are even larger – typically in the 250,000 FP range, meaning that such systems are some of the most complex software ever written. The size of ERP systems is discussed in greater detail Section VI.4, below.

### V.1.2   There is usually a conscious, non-trivial "life cycle" of activities

20.         The various "life cycle" activities of these products mirror the scale and complexity of the products themselves, and have been the subject of hundreds of textbooks (including a few that I have written). The basic life cycle activities are as follows:

- *Feasibility study* (sometimes known as "investigation," or "planning" or "cost-benefit analysis") – where the fundamental benefits

---

[3] *See* <http://en.wikipedia.org/wiki/Function_point> for more details on function points, visited April 6, 2007 at 6:05 PM.

and opportunities of the proposed new system are explored, and where the financial consequences of the project are summarized in such forms as a "return on investment" (ROI) or "internal rate of return" (IRR). A very high-level summary of system requirements, together with a very rough estimate of schedule, costs, and resource (people) requirements, are often aggregated into a business plan, approval of which forms the basis for a formal "launch" of the project.

- *Analysis* (sometimes known as "requirements definition," or "the specification phase") – in which the requirements for the system/product are elicited through interviews, observations, surveys, questionnaires, *etc.* The requirements are typically articulated using various modeling or documentation techniques (*e.g.*, flowcharts, data models, dataflow diagrams), and detailed requirements may be described in terms of "business rules."

- *Design* – which often consists of two or three "levels" (*e.g.*, high-level "architectural" design), followed by low-level "procedural design" (in which the logic flows are identified and documented), internal module design, and database design (tables, records, fields).

- *Construction* – (sometimes known as "programming" or "coding") – which can be accomplished manually (*i.e.*, typing each programming instruction at a keyboard), or with the assistance of "generators" and other automated tools.

- *Testing* – which includes *functional* testing (unit testing, subsystem testing, system testing), *usability* testing (to exercise the "look-and-feel" of the system), *stress* testing (to see whether the system can withstand high volumes of transactions, partial equipment failures, environmental disruptions, *etc.*), and various other forms of testing (regression testing, security testing, backup/recovery testing, *etc.*).

- *Deployment* – which includes manufacturing, shipping, production of user manuals, training, installation, customer service, support, *etc.*

- *Maintenance, revisions, and updates* – which includes bug fixes, minor enhancements, and changes to accommodate new versions of (or circumvent problems in existing versions of) other parts of the hardware/software environment. Thus, a "maintenance release" may be necessary if a new version of Microsoft Windows is released, or a new bug is discovered in the Oracle database software product, *etc.*

21.     In some organizations, these life cycle activities are carried out informally, and in an *ad hoc* style, depending on the whims and practices of individual developers; in such cases, there is often little or no documentation of the work being done, or the final result of each such life cycle activity. In other

organizations, a more formalized process is followed for the various life cycle activities.

## V.2   Common Issues In Software Projects

22.         While small, simple software projects efforts are usually quite successful, large software projects – especially those involving software of 100,000 function points or more – are often plagued by schedule delays, cost overruns, software bugs, and other problems. The most common and troublesome of these problems are discussed in this Section of the Report.

### V.2.1   Scope creep

23.         The concept of scope creep is familiar to most veterans of the software industry: it refers to the phenomenon of a gradual enlargement or modification of the overall scope of work that was originally agreed to at the beginning of the project. If the modifications occur too rapidly, or if the initial scope is expanded by too great an amount, the resulting phenomenon is often referred to as "scope churn."

24.         Even if the end-users do an excellent job of articulating their requirements at the front end of a project, and even if the systems analysts do an excellent job of capturing those proper thoughts, and even if the project scope is thus bounded precisely – even if these things happen, it's almost impossible to avoid at least some degree of scope creep. Especially during a process stretching over months or even years, things change: technology changes, government regulations change, competition changes, customer preferences change, politics change, and the end-users' perception of their needs inevitably change.

### V.2.2   Customization

25.         Small, "shrink-wrap" software products typically do not allow any customization at all; when consumers or business people buy a copy of Microsoft Word, for example, they can *configure* it to tailor its operational characteristics to suit their preferences,[4] but they cannot add, delete, or modify the vendor's source code or object code.

26.         By contrast, large, sophisticated software products *can* be customized, though vendors usually discourage the practice, and may restrict the manner and extent of the customization activity. Notwithstanding the vendor's reluctance to endorse the practice, customers do, for a variety of reasons, often customize the code they receive from the vendor.

_____

[4] *See* Section V.2.3, below, for a discussion of configuration.

27.        Depending on the details, customization is carried out by the vendor's programmers, or trained consultants and contractors, or by the customer's personnel. Modifications to the actual source code are most often performed by the vendor itself, in part to protect the confidentiality of its intellectual property. Modifications to the "standard" database are sometimes performed by non-vendor consultants and contractors, especially if the Relational Database Management System ("RDMS") package is directly accessible. And customized reports are often developed by customer personnel – though complex reports may need the assistance of consultants and contractors.

28.        While customized reports, and use of program exits and "application program interfaces" ("APIs") are often supported and encouraged, most vendors are quite reluctant to allow their "base" source code to be modified. It is almost always impractical for the vendor to carry out extensive testing of the modified code. Furthermore, vendors typically are unwilling to offer any assurances that the customized code will continue to operate correctly when subsequent patches, revisions, and upgrades to the original software are released.

### V.2.3   Configuration

29.        An additional complication in software is caused by the necessity to "configure" the "generic" software product received from the vendor. "Configuration" is the process of choosing the specific operational parameters for a system out of a series of possibilities that are pre-built into the software. For example, a large percentage of business workers, students, and ordinary citizens now enjoy the use of desktop or laptop computers in their office, their school, and their home; they have become accustomed to the notion of ordering a new computer in a neighborhood store, or over the phone, or via the Internet – with the expectation that when the computer arrives, it can be used without any special adjustments, modifications, or configuration.

30.        But most desktop/laptop computers *can* be configured, in order to accommodate specific choices and preferences on the part of the customer. The same is true of most of the individual programs that customers typically operate on their computer; for example, the Microsoft Word word-processing program used to prepare this Report has 12 separate windows displaying specific preferences, or *configurations*, associated with different aspects of the program. Figure 1, below, shows the configuration settings available for controlling how the word-processor displays the end-user's document, and which types of objects will appears on his or her display screen:

**Confidential**



**Figure 1: "View" Configuration Settings for Microsoft Word**

31.        One important point to remember is that Microsoft Word (and most other
programs available on business- and home-computers) does not *require* any
special configuration by the end-user; the software comes "pre-configured" with
"default" settings that are acceptable for a large spectrum of average users. The
second important point is that even an idiosyncratic end-user who wants to
customize *every* feature of his word-processor can do so with little or no
expertise, and with only a modest investment of time and energy. The 12
"preference" windows for Microsoft Word, of which the first is shown in Figure
1, above, contain a total of approximately 169 different configuration settings; but
a typical computer-literate end-user can review and adjust all 169 in 10-15
minutes. As discussed more fully below, this is not the case for large, commercial
software packages.

**V.2.4   Installation of updates, revisions, and "bug-fix" patches**

32.        While software vendors typically introduce major revisions/upgrades to
their software products every year or two – and minor revisions/upgrades every
few months – they also have a formal process for providing corrections to
individual software defects, solutions to viruses and security problems, and

**Confidential**

upgrades required by governmental legislation (*e.g.,* the government-mandated dates for Daylight Savings Time enacted in 2007) and regulatory changes. These can occur on a weekly, or even daily, basis; and the vendors notify their customers via email, announcements on their Web sites, and/or communications from sales and support personnel.

33.     The decision to install "bug fixes" typically requires careful analysis, because the updates are often a tedious, potentially error-prone, and time-consuming process (sometimes requiring several hours of computer time); indeed, they run the risk of "breaking" other parts of the system (especially customer-specific customizations) that had been working previously. And if they are not considered urgent (*e.g.,* because they fix problems in components that the customer wasn't using anyway), it may be more appropriate to defer the update until a later time.

### V.2.5   Use of "bleeding edge" technology

34.     "Bleeding edge technology" is also a concept familiar to most software professionals – and, indeed, to professionals in almost any fast-moving, high-technology field.

35.     Successful adoption of bleeding-edge technology requires a somewhat aggressive, risk-taking culture within the business organization into which the technology is being introduced. As explained by Geoffrey Moore in his classic treatment of technology adoption, *Crossing the Chasm,*[5] there are five distinct "segments" of the marketplace *vis-à-vis* technology introduction – and they tend to have very different cultures, and different reasons for adopting technology, as shown in Figure 2, below:

---

[5] Geoffrey Moore, *Crossing the Chasm* (Revised Edition, CollinsBusiness Essentials, 2002).



Figure 2: Technology Adoption Cycle

36.         There is certainly nothing wrong with being an early-majority or late-majority company (nor, for that matter, is there anything "wrong" with being a technology laggard); however, if a company's overall culture is that of a more conservative early-majority or late-majority organization, and it finds itself being thrust into an early-adopter technology, a real "culture clash" can develop. This happens, from time to time, when the early-adopter culture of a company's IT department tries to persuade its more conservative, early/late-majority business managers to begin using a new technology.

## V.3   Things That Go Wrong In Software Development Efforts And Other Large-Scale Software Projects

37.         The difficulties associated with large software projects are well known among software professionals, and also by commercial customers. These difficulties have also been well documented in a variety of publications – *e.g.*, books, academic journals, business magazines, and newspaper articles – aimed at computer professionals, business executives, and members of the general public. In general, it is widely understood that developing or deploying a large software system – whether a new operating system from Microsoft, or a new ERP system from Oracle, or a new airline reservation/ticketing system – is a difficult and problematic process.

38.         Several of the most common and severe difficulties associated with software projects are summarized in the remainder of this Section of the Report.

### V.3.1   Schedule delays

39.       One study, summarized in Table 1, below, shows the probability of finishing a software development effort early, on-time, late, or *never* – as a function of project size, measured in function points (FP)[6]:

|  | Early | On-Time | Delayed | Canceled | Sum |
|---|---|---|---|---|---|
| 1 FP | 14.68% | 83.16% | 1.92% | 0.25% | 100.00% |
| 10 FP | 11.08% | 81.25% | 5.67% | 2.00% | 100.00% |
| 100 FP | 6.06% | 74.77% | 11.83% | 7.33% | 100.00% |
| 1,000 FP | 1.24% | 60.76% | 17.67% | 20.33% | 100.00% |
| 10,000 FP | 0.14% | 28.03% | 23.83% | 48.00% | 100.00% |
| 100,000 FP | 0.00% | 13.67% | 21.33% | 65.00% | 100.00% |
| *Average* | *5.53%* | *56.94%* | *13.71%* | *23.82%* | *100.00%* |

**Table 1: Probability of finishing a software project on time, as a function of size**

40.       As discussed in Section VI.4, below, Oracle's Suite 11i is more than twice as large as the largest entry in Table 1 – *i.e.,* approximately 267,000 function points – making it even more likely to be late or cancelled. Thus, the schedule delays that Oracle experienced prior to the May 2000 release of version 11i.1 of Suite 11i are not at all unusual in the context of large-scale commercial software development projects.

### V.3.2   Time-to-market issues

41.       Most segments of the computer software industry are highly competitive, and vendors compete on a number of factors – including price, functionality, interoperability, quality (*i.e.,* absence of software bugs), ease of use, and time to market. While all of these factors are important, "time to market" is often one of the *most* important, simply because vendors try to gain advantage by introducing new versions of their products as rapidly as possible, with new features and functions that allow them to leapfrog the competition.

---

[6] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 54.

42.        Many of these competitive factors are interrelated, and require the vendors to make qualitative decisions about tradeoffs – *e.g.,* adding more features to a product requires more time, thus delaying the release of a new version; and setting an aggressive schedule for the release of a new version of the product limits the amount of testing that is traditionally carried out at the end of the software development life cycle, thereby increasing the number of software bugs. While the marketplace would ideally prefer a product with a maximum number of new features, available as soon as possible, few – if any – bugs, and at a bargain-basement price, the vendors must inevitably settle on a compromise: enough new functionality, available soon enough to keep up with the competition, with a tolerably low number of bugs, and a price that is within range of the competition.

43.        An inevitable consequence of the time-to-market pressure and the new-feature pressure, combined with the intrinsic complexity of large software products and the inability to test every one of the nearly-infinite configuration permutations is that such products – whether operating systems from Microsoft and Apple, or enterprise application products from SAP and Oracle – are shipped to the marketplace with a combination of known and unknown bugs. Customers for commercial software know this full well, and they too must establish their own compromise between functionality, quality, and time to market[7] – as well as price, ease of use, interoperability, and various other factors.

### V.3.3  Bugs

44.        Throughout this Report, the term "bug" is used to describe a deviation or failure of a computer program to behave or perform *in the manner described by its functional specification.* Thus, a bug is *not* a failure of a computer program to behave in a manner that one or more users wish that it could, or would, or should perform – particularly if those users have not incorporated their "coulda/woulda/shoulda" wishes into the functional specification document that serves as the "contract" by which the programmers design and develop the appropriate software logic.

45.        A recent study based on several thousand completed software projects, reported on the *average* "density" of different categories of software bugs, as shown in Table 1, below[8]:

---

[7] Oracle received pressure from many customers to release Suite 11i quickly. *See* Deposition of Larry Ellison (September 21, 2006) at 342:19-343:6; *see also* April 20, 2000 email from Sandra Adams (Visa International) to Ron Wohl re Release 11i availability (urging Oracle to release Suite 11i "as soon as possible.") (NDCA-ORCL 056008-10) at 056008.

[8] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 290. Note that "bad fixes" are bugs that are introduced into the software as an unintended consequence of fixing other bugs.

Page 18                                                                            Confidential

| Defect origin | Defect potential (bugs/FP) | Removal efficiency | Delivered defects (bugs/FP) |
|---|---|---|---|
| Requirements | 1.00 | 77% | 0.23 |
| Design | 1.25 | 85% | 0.19 |
| Coding | 1.75 | 95% | 0.09 |
| Documentation | 0.60 | 80% | 0.12 |
| Bad fixes | 0.40 | 70% | 0.12 |
| TOTAL | 5.00 | 85% | 0.75 |

**Table 1: Common Categories of Software Bugs, expressed in bugs/function point**

46.     Diagnosing software problems in a large, complex system is complicated because a problem whose initial appearance seems to be related to the vendor's software may actually be caused by operator problems, end-user problems, hardware problems, third-party software problems, setup problems, data corruption problems,[9] or other factors – or by a combination of such factors.

47.     Obviously, bugs can be annoying and undesirable, but the unavoidable reality in the software industry for the past 50 years – as documented in countless scientific, technical, and layperson publications – is that *all software of a non-trivial nature has bugs.* While software bugs are inevitable, some bugs have greater impact on the functionality of the software than others. In most commercial software product development efforts, bugs are categorized (or prioritized) into three, four, or as many as ten different levels of severity. The highest-priority bugs are typically known as "show-stoppers," since they render the entire system unusable until they are repaired by the software engineers. The next highest priority typically represents bugs that prevent the end-users from successfully using some portion of the system's functionality, but do not render the entire system unusable (*e.g.*, they may not be able to delete existing sales orders). One or more medium-level priorities may be reserved for bugs that are

---

[9] This usually involves "legacy" data – *e.g.*, files of existing invoices, customer lists, accounting transactions – that have been converted into the database format required for the new system. The conversion process is not a vendor responsibility, and traditionally carried out by the customer, or the implementation partner, or some other third-party vendor. Two problems are frequently (indeed, almost universally) encountered in this effort: first, and most common, the legacy data itself may be incomplete, contradictory, redundant, or garbled; second, the conversion from an old computer database format to the new system format is typically accomplished with a computer program written by the customer or its vendors – and that program may have errors. All of this takes place *outside* the vendor's software environment, and the converted data is imported into the vendor's database files and tables in a "mass" upload. When the new software subsequently begins running, it often encounters incomplete, inconsistent, redundant, or missing data.

annoying and/or inconvenient but for which the end-user can typically find an alternative (or "work-around") in order to accomplish the desired functionality. Typically, one or more of the lowest-level priorities are reserved for "cosmetic" bugs that do not really affect the functionality of the system, but which may involve the appearance (or "look-and-feel") of the system.

48.         While safety-critical systems (*e.g.*, air-traffic control systems, nuclear-reactor systems, missile-guidance systems) often strive for bug rates of 1 bug per 100,000 lines of code (or even 1 bug per million lines of code), my experience has been that *a level of 1-2 bugs per 1,000 lines of code, after testing and delivery to the customer, is normal and reasonable for most commercial software products, including ERP products.*[10]

### V.3.4   Business process reengineering problems

49.         New computer systems – especially large, sophisticated systems – almost always require their end-users to change their business processes, workflows, and procedures. In some (hopefully most) cases, this was conscious and deliberate; but in others (especially ERP), it might not have been properly anticipated or expected. Even if it is based on a conscious decision by senior management within the customer organization, such business-process changes may be an unexpected and unpleasant surprise for the lower-echelon personnel who actually have to interact with the system on a day-to-day basis.

50.         In the best case, this reaction to modified business processes causes a brief period of frustration and complaints from the end-users. But, particularly if the problem is exacerbated by inadequate training, inadequate "backfill"[11] during the development of the system, and concerns about lost jobs, it can lead to morale problems, increased employee turnover, and decreased productivity during the early period of operational use. While all of these negative consequences are unfortunate, they are typically *not* the fault of the new system itself; nevertheless, the new system can easily become a scapegoat, and receive the blame for a collection of human, managerial, and political problems.

---

[10] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 290. The figures in Table 1, above, show an average of 0.75 defects per function point are delivered to customers *after* testing; as discussed in paragraph 17, above, one function point is approximately equal to 100 program statements in a typical third-generation programming language, which means that average software projects have approximately 75 "delivered" software bugs per thousand lines of source code. However, "industry averages" generally cover the entire spectrum of "in-house" software, as well as commercial software products. More specific figures about the number of bugs expected during initial release of ERP products is provided in paragraph 87  below.

[11] "Backfill" is a term used within the software industry to describe the transfer or hiring of temporary personnel to replace the key business users who need to participate with the vendor and/or systems integrators, on a full-time basis, in the requirements-definition and acceptance-testing activities associated with implementing a large, complex system.