### V.4 SWAT Teams

51.     Because of all the problems described above, software projects, including customer software implementations, that had been initially perceived as straightforward, or at least well-planned, often fall seriously behind schedule and over budget during the development and implementation process. Sometimes these problems persist until the very end, leading to a development effort whose *final* budget and schedule is substantially over/behind what had been planned; and in other cases, the extent of the problem may seem so serious that the project is canceled before completion.

52.     In order to respond to such problematic situations, software vendors sometimes use a brute-force strategy of their own when confronted with a problematic, over-budget, behind-schedule software project: a "SWAT team." The term is borrowed from police organizations, which have teams of highly-trained officers, equipped with special weapons (*i.e.*, Special Weapons And Tactics), for dealing with hostage situations and other dangerous criminals.

53.     In the case of software vendors, the SWAT teams are usually composed of the organization's most senior hardware and software technicians, sometimes including members of the actual programming team that created the system being installed at the customer location. The SWAT team is typically deployed to the customer's location for an intense period of trouble-shooting and debugging, and either augments or supervises (or sometimes replaces) the combination of vendor personnel and customer personnel who had carried out the initial development and implementation efforts.

54.     Since large ERP vendors expect to sell their products to thousands of large customers around the world, and since several of those sales involve high-profile customers and millions of dollars in revenue, vendors commonly schedule weekly "escalation meetings" to review implementation projects encountering difficulties. And they commonly organize and prepare SWAT teams that can be sent to such implementation projects on short notice, in order to provide specialized assistance to the customer and/or the systems integrators who may be grappling with difficulties associated with the early versions of its software product.

## VI   AN OVERVIEW OF ENTERPRISE RESOURCE PLANNING (ERP) SYSTEMS

55.     Since the product-related issues in this case largely revolve around a specific version of Oracle's "ERP" products, this Section provides an overview of the function, history, and integration issues associated with such products.

### VI.1 The Function Of ERP Systems

56.     The term "Enterprise Resource Planning," or "ERP," became popular in the mid- to late-1990s; it describes a computer system that automates a range of

common "back-office" business functions within mid-range and large private-sector companies, as well as government agencies and non-profit organizations.

57. A basic premise of ERP systems is that they combine, or *integrate*,[12] more than one system. Thus, a payroll system, by itself, is generally *not* considered to be an example of ERP; nor is a stand-alone inventory control system. A software system (or commercial product, sold by a software vendor) that combines accounts receivable, accounts payable, and general ledger *might* be considered an ERP system, in the narrow sense of the word; but, by the late 1990s, such a combination would more likely have been called a "finance system," and considered just one component of the broader notion of ERP.

58. Thus, while "ERP" was sometimes discussed and implemented in a narrow context (*e.g.,* as a combination of two or three financial functions) in the early days of the mid-1990s, most organizations (and vendors) gradually began thinking of ERP as a comprehensive mechanism to combine, and integrate, *all* of the basic functions of the organization – including such functions as finance, human resource management (including payroll), warehouse management, manufacturing, and supply chain. These were typically referred to as "back end" systems. By the late 1990s, with the proliferation of the Internet and World Wide Web, many organizations began including "front-office" systems such as Customer Relationship Management (CRM) in their "vision" of a full-scale ERP system, though as discussed more fully below, Oracle was the first vendor to offer both "front- and back-office" in a single Suite of enterprise software.

59. It's important to recognize that most, if not all, of the business functions contained within a large-scale ERP software product *had already been automated* within most large organizations, in the form of individual, stand-alone computer systems. As discussed in Section VI.2, below, these "legacy" systems were often "home-grown" systems developed by the organization's IT staff; in other cases, they were stand-alone systems purchased from a vendor that specialized in a particular area of business functionality – *e.g.,* payroll.

60. One of the fundamental problems of such stand-alone systems is that each tended to have its own independent database; thus, it was often difficult, if not entirely impracticable, to avoid serious operational problems of inconsistent and redundant data. Even today, many consumers are surprised and frustrated when they receive multiple mailings from their local bank or city/state/federal government authorities, some with incorrect versions of the consumer's current address, and others sent to (and forwarded from) obsolete addresses that have been out of date for years. This is one example of the problems that can arise when a single institution (*e.g.*, one's local bank) has inconsistent or redundant data stored in different systems.

---

[12] The meaning, forms, and consequences of "integration" are discussed in greater detail in Section VI.6 of this Report.

Confidential

61. Thus, one of the greatest potential benefits and attractions of ERP systems is the objective that all relevant data – *e.g.*, customer data, employee data, product-related data, manufacturing data, inventory data – will ideally exist in only one place, so that problems of data redundancy, data integrity, and data inconsistency can be minimized. This promise is usually referred to as "integration," or "data integration"; exactly how the promise is carried out by ERP vendors – is discussed in greater detail in Section VI.6.3, below.[13]

62. In addition to providing the benefit of consistent, up-to-date, non-redundant data, ERP systems also offer the benefit of substantially reduced maintenance costs. These savings are achieved, of course, precisely because of the elimination of data-related problems; but an ERP system might also replace aging in-house business applications (which may not have been properly documented when they were developed, as long as 20-30 years ago, and which often prove difficult to update and revise when new hardware, operating systems, programming languages, and database management systems are introduced) with vendor-supplied software, whose ongoing maintenance and upgrade costs can be amortized over many customers.

## VI.2 History Of ERP

63. Prior to the emergence of ERP systems in the mid-1990s, many large organizations developed customized, in-house computer systems with their own IT resources. This practice dates back to the 1960s, or even earlier, within organizations large enough to have afforded the high cost of mainframe computers and large internal programming staffs.

64. By contrast, mid-size organizations (*e.g.*, private-sector companies with annual revenues of $100 million or less) and small organizations typically could not afford the multi-million dollar price tag of mainframe computers, and thus had no automated support for many common business functions – until the arrival of minicomputers in the 1970s, and personal computers in the 1980s. But even with affordable hardware, these mid-size and small organizations typically had to hire

---

[13] Most of the ERP products that were described by manufacturers as "integrated" in the late 1990s and the first few years of the new century only achieved this objective (*i.e.*, data integration) in a limited way; a closer examination of the technical architecture of such products often revealed that there was a single data model for a limited scope of components or modules, but not between different "families" of applications within the overall suite. In some cases, the "logical" data model specified a single definition for such business data elements as customers and employees, but the actual implementation duplicated, or "de-normalized," certain data elements or indexes, for performance reasons. All of this caused a certain degree of complication – but it still represented an improvement over the earlier, non-integrated, "best-of-breed" architecture.

their own programming staff to develop the application software to automate their important business functions.[14]

65.  Because of their limited resources, as well as a lack of appreciation for the eventual problems of data consistency and integrity, even the larger organizations typically automated their business functions in a one-at-a-time, "silo" fashion – *e.g.*, the Human Resource Department (or the "payroll department," as it was often called 30 years ago) would commission the in-house development of a payroll system, while the Accounting Department would commission the separate in-house development of an accounts-receivable, accounts-payable, and general-ledger system. Meanwhile, the engineers in charge of manufacturing and production (who, among other things, favored different programming languages and different computer hardware than their colleagues in Payroll and Accounting) developed their own stand-alone systems.

66.  While such piecemeal development efforts are understandable, and may have been the only practicable approach available at the time, the result was the "silo" phenomenon mentioned above, with multiple overlapping, inconsistent databases. Indeed, even if an organization avoided the cost of in-house development by purchasing commercial software packages, the same database problem invariably occurred.

67.  The purchase of external software packages began to proliferate in the 1970s and 1980s, because even large companies found it increasingly difficult to cost-justify the investment in homegrown development of sophisticated payroll, accounting, and manufacturing system. At the same time, independent software vendors began to discover that there *was* a market for such products.

68.  Even the largest companies often found it hard to justify the investment in certain large-scale applications; and, at the same time, various software vendors found that they had a market for specific functions like payroll. In addition to payroll and finance packages, vendors began to offer integrated collections of business functions associated with production planning, manufacturing, ordering of parts and raw material, and inventory control. Early versions of the latter category of systems were known as "Material Requirements Planning" (MRP) systems, and later versions were known as MRP-II systems.

69.  MRP systems gradually evolved to handle additional business functions, such as logistics, distribution and supply-chain management, shipping, and invoicing, as well as sales, marketing, and quality management; and they began to be combined with the more traditional finance/accounting and human-

---

[14] There were occasional exceptions to this practice, the most common of which was the use of "service bureaus," which would operate certain computerized business functions on their own computers. Automatic Data Processing (ADP) was one of the early providers of such an outsourced service, in the area of payroll processing.

resource/payroll functions mentioned above. It is this broader collection of integrated functions that has come to be known as ERP.

### VI.3 Best-Of-Breed *vs.* Suites

70.  The preceding discussion might imply that ERP vendors have always – since the early days of such products – provided a single, unified, set of functions that were all developed *concurrently*, to ensure tight integration, and consistency of data and functionality. In reality, this was not the case: some of the early vendors provided a larger set of business functions than others, but none provided the full range of dozens of business functions available today from major vendors – functions which usually include the following:

- Advanced Collections
- Assets
- Balanced Scorecard
- Cash Management
- Daily Business Intelligence for Financials
- Enterprise Planning and Budgeting
- Financial Consolidation Hub
- Financials Centralized Solution Set ( FINS)
- General Ledger
- Internal Controls Manager Internet Expenses
- Payments
- iReceivables
- Lease Management
- Loans
- Payables
- Property Manager
- Receivables
- Treasury

71.  And when the early versions of multi-function ERP products did begin to appear in the marketplace, they sometimes consisted of relatively simplistic or limited implementations of the key business functions. Thus, many organizations adopted a strategy of building their own "ERP systems" by selecting "best-of-breed" components – *e.g.*, the best payroll system, and the best inventory control system, together with what they regarded as the best general ledger and