accounting system – and "gluing" them together to achieve at least a modicum of integrated functionality. As discussed in Section VI.6, below, the *actual* integration of these "glued-together" functions – an activity widely known throughout the software industry and the ERP marketplace as "systems integration" – was often incomplete and problematic.

72.  Not only was the integration of these "glued-together" applications often incomplete, but the process of integrating them frequently required a company implementing major applications software to hire expensive outside consultants. These "systems integrators," from consulting shops such as IBM or Andersen Consulting, would spend months stitching together various applications, an effort that usually cost significantly more than the implementing company had paid for the software itself.[15] These huge consulting fees caused an increase in demand for an alternative to the best-of-breed approach.

73.  Toward the end of the 1990s, vendors such as Oracle, SAP, and PeopleSoft began to provide an alternative solution: a *suite* of sophisticated, full-function ERP components, which had already been integrated by the vendor. In some cases, the vendor achieved this goal by acquiring smaller, single-function software vendors and accomplishing the integration work themselves – sometimes by completely rewriting the software products previously owned by those acquired companies. And in a few cases, the vendor accomplished the goal by developing *all* of the functions within their own development group.

74.  It should be noted that the term "suite" has never been formally defined in the software industry, and is used in a somewhat informal fashion; it is normally understood to be "a collection of related programs that work together." As Wikipedia describes it, using the familiar example of Microsoft Office[16]:

```
It was initially a marketing term for a bundled
set  of  applications  that  were  previously
marketed and sold separately. The main selling
point  was  that  buying  the  bundle  was
substantially cheaper than buying each of the
individual applications on their own.
```

75.  The notion of a suite has gradually changed throughout the past 10-20 years, because vendors' "suite" products have typically incorporated more and more programs, and provided tighter integration between the component products comprising the suite. For example, Microsoft initially sold its Word processing program, spreadsheet program, and presentation programs as separate products, and has since combined the three products into a suite known as "Microsoft

---

[15] *See, e.g.*, R. Tholomeier, *Reiterating Strong Buy Rating; Raising Estimate*, First Security Van Casper Analyst Report, October 19, 2000 (NDCA-ORCL 420077-80) at 420078. ("[I]ntegration of separate applications can cost as much as ten times the actual price of the software packages being integrated.")

[16] *See* <http://en.wikipedia.org/wiki/Microsoft_Office>, visited May 12, 2007 at 8:55 PM.

Office" for the Macintosh (in 1989) and Windows (in 1990). As Wikipedia points out[17]:

> ... Additionally, a "Pro" version of Office included Microsoft Access and Schedule Plus. Over the years the Office applications have grown substantially closer together from a technical standpoint, sharing features such as a common spell checker, OLE data integration, and the Microsoft Visual Basic for Applications scripting language.

76.  These newer suites were commonly referred to as "integrated," or even "pre-integrated," because regardless of whether the vendor had developed all of the components internally with its own staff, or whether it acquired the components by purchasing smaller software firms, the customer could depend on the fact that the vendor had performed the necessary systems integration work *before* offering the product for sale – rather than the scenario in which the customer purchased (or licensed) ERP components from several vendors, and hired consultants or software firms to accomplish the systems integration *after* the purchase. Though the degree and sophistication of this "pre-integration" varied from one vendor to the next, just as the degree and sophistication varied when "post-integration" was performed on best-of-breed components, these newer suites were all commonly marketed as "integrated" by their vendors[18] and commonly considered "integrated" by the marketplace.[19]

---

[17] *Ibid.* Recent versions of Microsoft Office also typically include Outlook (on Windows) and Entourage (on the Macintosh).

[18] *See, e.g., PeopleSoft Bolsters Internet-Based, Analytic Product Line by Acquiring Advance Planning Solutions*, PeopleSoft Press Release, May 3, 2000 ("'PeopleSoft's *integrated suite of eBusiness applications* offers our customers immediate access to rich, mission-critical data that every business needs to not only survive but also to grow and prosper,' said Craig Conway, president and CEO at PeopleSoft.") (emphasis added); *J.D. Edwards Names Michael Schmitt to Lead New B2B Business Unit; Visionary to Drive J.D. Edwards Development, Sales and Trading Community Integration Efforts to Power J.D. Edwards as the Leader in the New Economy*, J.D. Edwards Press Release, March 14, 2000 ("The Company's integrated applications deliver agile E-Business solutions that give customers control over their front office, manufacturing, supply chain, logistics/distribution, human resources and finance processes for the consumer products, industrial and services industries."); *Angoss Announces Availability Of Knowledgestudio For Siebel*, Siebel Press Release, January 17, 2000 ("Siebel Systems provides an integrated suite of sales, marketing and customer service applications for sales, marketing, customer service, call center, and Internet based e-business environments."); *SAP Announces New Global Contract With Phillips Petroleum Company; Phillips Expanding Commitment to SAP and Deployment Across All Operations*, SAP Press Release, April 14, 1998 ("SAP America, Inc. today announced that Phillips Petroleum Company, one of the world's leading integrated petroleum companies, will fully deploy SAP R/3, the *integrated suite* of client/server business applications, across its global operations.") (emphasis added).

[19] *See, e.g.*, C. Phillips, *Softnotes*, Morgan Stanley Analyst Report, November 20, 2000 (NDCA-ORCL 013115-22) at 013117 ("[JD Edwards'] integration links are critical to presenting customers with the benefits of a suite, which of course is the current selling message from PeopleSoft (PSFT, Outperform, $40), Oracle, and SAP (SAP, Outperform, $41). JDEC's suite wasn't built from the inside out and not

77.     As discussed more fully below, Oracle's Suite 11i was not only integrated and interoperable by this marketplace standard, but was actually integrated in a more fundamental sense – through genuine *data integration* – than the previous "integrated" suites in the market. Though Oracle's ERP product did achieve this more fundamental form of integration within the Suite, it is important to understand that the relevant marketplace operated on a much less formal, rigorous, and precise understanding and definition of "integration" – an informal understanding that simply emphasized the opportunity to avoid the expensive, time-consuming, and risky *post-purchase* systems integration that had been required by the selection of multiple best-of-breed components.

### VI.4 The Scale Of ERP Systems

78.     As software metrics expert Capers Jones has reported in a recent textbook, a full ERP package, with the comprehensive range of features and functions associated with Oracle's Suite 11i, consists of approximately 250,000 FP. Jones states[20]:

> The most important point to understand about ERP deployment is that modern ERP tools are enormous. Because they attempt to support almost every aspect of a modern business, they average around 250,000 function points in size. This is equivalent to about 12,500,000 Java statements. (Note that ERP tools are not written in Java, but that language is so widespread that it is convenient for expressing size information.)

79.     Jones further states that "the major business components of ERP applications and their approximate sizes include"[21]:

> Manufacturing              50,000 function points
> Bill of Materials
> Capacity planning

---

positioned as such but all applications companies are being forced to have an answer for customers' integration pain."); G. Arcuri, *Oracle Corp. Customer Relationship Management Applications*, Gartner Group Analyst Report, July 2000 (NDCA-ORCL 117404-16) at 117413-14 (discussing the various stages of Oracle's competitors to add front- and back-office offerings to their current, integrated product suites); D. Orenstein, *Dogged by History*, Upside Today, April 11, 2000 (NDCA-ORCL 014914-17) at 014918-19 ("Baan revised its integration approach at the end of last year. ... The company sped up the effort by using XML to markup the data exchanged among the applications. An integrated package of ERP, CRM, and supply-chain applications shipped in January. ..."); N. Herman, *Oracle Corp: Trip to Paris for the Oracle International User Conference*, Lehmann Brothers Analyst Report, February 14, 2001 (NDCA-ORCL 091477-79) at 091478 ("While SAP also pushes the notion of an integrated suite, the contacts with whom we spoke believe that the German giant trails Oracle significantly from this perspective. Particularly regarding CRM, according to our sources, SAP looks rather weak from both an overall functionality standpoint as well as from an integration viewpoint.").

[20] Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 148.

[21] *Ibid*, page 149.

```
              Workflow management
              Quality control
              Cost management

              Supply Chain           25,000 function points
              Inventory
              Order entry
              Purchasing
              Supply chain planning

              Finance                50,000 function points
              General ledger
              Cash flow
              Accounts payable
              Accounts receivable

              Projects               20,000 function points
              Cost accounting
              Billing
              Time and expense management

              Human Resources        30,000 function points
              Payroll
              Benefits
              Time and attendance
              Health care plans

              Customer Relationships 25,000 function points
              Marketing
              Sales
              Call centers
              Warranties

              Data warehouses        50,000 function points
              All relevant corporate data

              Full ERP Package       250,000 function points
```

80.  At this size, ERP packages are among the largest and most complex pieces of software that exist.

### VI.5  Historical Difficulties With ERP Implementations

81.  While the majority of ERP implementations are successful, and generate no publicity in the media or confrontations with the vendor, they are rarely "simple" and trouble-free. Indeed, simply because of their size, many ERP implementations experience even more severe forms of the problems of large software projects discussed in Section V.2, above – *e.g.*, unrealistic deadlines, scope creep, failure to identify the end-users' key requirements. The situation is often exacerbated by the pervasive impact on all parts of the business, the need to change many existing business processes, and the frustrations and occasional resistance of end-users who were comfortable with their existing processes.

82.  Indeed, even without these difficulties, ERP systems present significant technical hurdles for the customer and implementation team. For example, a large, comprehensive ERP system typically has *thousands* of parameter settings and it is virtually impossible for a business organization to operate such a system with the

"default" settings provided by the vendor. For example, the General Ledger component of an ERP financial system requires the customer organization to provide the details of its "chart of accounts"; it cannot be realistically used with the "dummy" chart of accounts that may have been created by the ERP vendor.

83. The process of configuring a large, sophisticated ERP product is thus a time-consuming affair, which often requires several months of diligent work by a team of vendor representatives and knowledgeable representatives from the customer organization.[22]

84. Configuration of large ERP packages is not only a time-consuming, labor-intensive process – it is also error-prone. Even with hard work, good training, and a dedicated focus, people make mistakes. It often turns out that many configuration errors are committed by personnel from the customer organization – because they weren't trained, or were attempting to perform the configuration work while simultaneously carrying on their regular day-to-day job, or because they misunderstood the business or technical consequences of a particular configuration setting – or by third party consultants hired to help with the implementation process.

85. In some cases, configuration errors are immediately and dramatically visible – in which case, they are usually fixed quickly. In other cases, the resulting problems are subtle, obscure, and go unrecognized, as such, until the implementation testing has been completed, and the customer organization has decided to "go live" with a production version of the system. When the problems do begin to surface, they may not be readily identified as configuration errors, and the customer organization may blame the vendor for supplying faulty software; and while software bugs *do* exist in the vendor's software (see Section V.3.3 for a discussion of software bugs), many of these "alleged" bugs are eventually traced to mistakes made weeks or months earlier, during the configuration process.

86. ERP vendors also face a difficult task before they can even release their products, so that customers can begin the installation process: they must test their product to ensure that if the configuration parameters have been set correctly, the product will perform correctly. But if there are several thousand separate configuration settings, the number of unique combinations and permutations of such settings is enormous: if there are N separate settings, there are roughly N! (*i.e.*, N factorial) unique combinations and permutations.[23] Thus, exhaustive

---

[22] Of course, there are occasional exceptions: a large customer organization, with a sophisticated IT department, may have installed the same ERP product in another of its divisions or subsidiaries; or it may have hired consultants and programmers who previously worked for the ERP vendor, or for a systems integrator experienced in the implementation of that specific product.

[23] According to the factorial calculator at <http://math.about.com/library/blcalcfactorial.htm>, 100! = $9.3*e^{15}$, and 1000! = "infinity."

Page 30                                                                 Confidential

testing of all possible configuration settings is effectively impossible; and the situation is further exacerbated by the enormous combination of hardware devices, operating systems, and other external products with which the system must interface, each of which can affect the software's ability to function as intended.

87. In addition to the configuration difficulties, ERP packages are known to have bugs. As one study recently noted[24]:

> ... ERP packages, like all other large software applications, contain defects or bugs. Typically, ERP packages start with defect potentials of about 6.0 per function point due to their large sizes. Defect-removal efficiency before their initial release is about 90 percent. Thus, for an ERP package of 250,000 function points the total defect volume would be 1,500,000 defects. At first deployment, as many as 150,000 defects would still be present. About 1000 would be high-severity defects, 20,000 would be medium-severity defects, and 129,000 would be low-severity defects.

88. This study goes on to state[25]:

> Unfortunately, the bad-fix injection rate on such large and complex applications is about 7 percent, so secondary defects with ERP packages are an issue for several years.
>
> However, after deployment latent defects will be found, reported by customers, and fixed at a rate of perhaps 40 percent per calendar year overall. The more critical high-severity defects will be found at a rate of about 70 percent during the initial year of deployment, and then about 60 percent per year after that. Thus, after several years of deployment and usage, the ERP packages achieve reasonable levels of stability.

89. Finally, it states[26]:

> Although this volume of defects may seem high, it is roughly in the same range as all other large software systems such as the operating systems that control our computers, the office suites that we use for word processing and spreadsheets, and many others. Overall, the

---

[24] See Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 151.

[25] *Ibid*, page 151.

[26] *Ibid*, page 152.

> volume of defects in ERP packages is somewhat lower than the numbers of defects in custom-built applications that provide the same features.

90. The evidence in this case indicates that 11i may well have been larger than the 250,000 FP benchmark discussed by Capers Jones' study. Suite 11i covers a similar footprint identified by Jones, but in fact may have had substantial additional functionality to the system referenced by Jones.[27] In addition, the record indicates that Suite 11i was the product of 4,200 employees over 6,000,000 person hours of development time.[28] Though productivity rates vary with project size and capabilities of a development team, studies indicate that 6,000,000 person hours of development time equates to 267,237 FPs, over five percent more than Jones' example.[29]

91. The evidence I have reviewed in this case indicates that Suite 11i was unquestionably large and complex.[30] Indeed, code required to install the database and technology underlying the applications included approximately 200,000 files. The programming code necessary to run the applications was stored in approximately 400,000 files and involved approximately 600,000 SQL statements specifically addressed at inputting and extracting data to and from the database.[31]

---

[27] See May 23, 2000 Email from Peter Heller to Carol Sato Re: "11i - What Shipped on May 19 - the answers!" (NDCA-ORCL 307974-78) (listing more than twice as many modules as Jones' hypothetical ERP package).

[28] Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

[29] This is based on an average productivity of 6.67 function points (FPs) per person-month, as documented by Capers Jones, in *Applied Software Measurement* (McGraw-Hill 1996) at Table 15-3: Example of Activity-Based Costs for Software Development. Standard software-industry productivity studies assume an average of 152 work-hours per person-month, based on 19 working days per month (including vacations, holidays, sick days, *etc.*), and 8 working hours per day (*see*, for example, Barry Boehm, *Software Engineering Economics*, Prentice Hall, 1981). This means that 6,000,000 person-hours is equivalent to 39,473.68 person-months; multiplying that by 6.77 yields 267,237 function points.

[30] Deposition of Alan Fletcher (April 6, 2005), at 121:8-18; *see also* Deposition of Ron Wohl (March 23, 2006), at 105:4-106:3. One analyst described Suite 11i as "one of the largest single application release[s] ever."; Erin Kinikin, *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware*, GIGA Information Group Analyst Report, March 27, 2000 (NDCA-ORCL 019758-59) at 019758 ("Oracle 11i is one of the largest single application releases ever (2.5 years, four product acquisitions, close to 1,000 developers on two continents), exacerbating the usual major release glitches.") Another analyst noted that "Oracle basically introduced an application that covers the functionality of at least five (ERP, CRM, SCM, HRMS, Service) enterprise class applications." *See* Sharon Ward, *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 (NDCA-ORCL 110505-11) at 110506; *see also* Sharon Ward, *Oracle's E-Business Suite 11i*, Hurwitz Group Analyst Report, April 11, 2001 ((NDCA-ORCL 110505-11) at 110506 (describing the size of the software as "staggering").

[31] Declaration of Alan Fletcher (February 28, 2006) at paragraph 7.

The data in the database was organized into approximately 20,000 different tables.[32]

92. Because of the size and complexity of the software, however, a typical ERP customer would be "exposed" to only a subset of the bugs actually contained in the system, depending on which subset of modules (or components) have been licensed from the vendor, and depending on the manner in which the customer uses the software (*i.e.*, the nature of transactions it carried out in its day-to-day business activities). In addition, whether a particular bug is problematic for a particular customer depends on that customer's hardware, software, database engine, and middleware configurations. This is not an abstract, academic point; indeed, it is particularly relevant with regard to Oracle's ERP products in general, and Suite 11i in particular.

93. Thus, a single customer's problems with a particular component or module of a large software system don't necessarily mean that *all* customers will experience the same problems. As discussed above, a detailed analysis often determines that the customer's problems were the results of decisions made during implementation, often by a third party consultant or even the customer (*e.g.*, configuration problems, corrupted legacy data), rather than bugs in the vendor's software. Even if the problems *are* caused by a vendor software bug, the circumstances that "exposed" that bug – *i.e.*, the unique combination of hardware, third-party software, and operational data – may not occur in any other customer environment.[33]

94. Because ERP vendors and commercial customers are well aware of the existence of bugs in large, complex systems – especially if that software has been modified to meet the idiosyncratic needs of the customer – they normally establish a process for the *reporting* of potential bugs (by the customer), the *acknowledgment* of those bugs (by the vendor), the *correction* of the bugs (by the vendor), the *testing* of the correction (by both the vendor and the customer), and the *installation* of the correction in the customer's system (by either the vendor or the customer).[34]

---

[32] *Ibid.*

[33] This also explains why the vendors of large, sophisticated software products – whether IBM, Microsoft, Oracle, or any other vendor – are unable to identify and eliminate all software bugs before they release a product. The nearly infinite number of combinations and permutations of hardware (CPUs, memory, disks, printers, telecommunication networks, *etc.*), third-party software, and customer data, make it impossible to conduct "exhaustive" testing. Indeed, even if such products all operated within a single, uniform hardware/software environment, the number of unique combinations of configuration settings (*see* paragraph 82 for more detail) is so enormous that exhaustive testing is effectively impossible.

[34] Even consumer software companies attempt to gather this information with respect to far less complex software. For instance, modern Macintosh computers have a function that allows the user to "Report Bugs to Apple."

95.     To further complicate the situation, vendors and customers sometimes become embroiled in debates and disputes about the problems that surface *during* the implementation of an ERP system, a process that may go on for many months, and which may involve a combination of "real" bugs in the vendor's software, and various other problems masquerading as bugs.

96.     Even though a large percentage of the alleged "bugs" often turn out not to be the result of the vendor's software (*e.g.*, configuration errors, faulty third-party software packages, corrupted legacy data), the customer's initial reaction is often that *all* problems are software bugs in the vendor's product. Large, sophisticated customers are particularly adept at using situations like this to their advantage; as such, they are similar to demanding gourmands who know that if they complain about their meal in a restaurant, they may receive a free dessert, or a free meal, or at least a conciliatory gesture from the maitre d' or the chef.

97.     Similarly, large, sophisticated vendors are aware of the situation; and during the rancorous debates and disputes that sometimes occur with the customer about the "real" bugs and customer-related problems that occur during the implementation process, the vendor sometimes decides that a politically expedient solution – for the sake of maintaining good customer relations, and minimizing competitive inroads from other vendors – is to grant the customer a concession of some kind. This might take the form of a reduction in licensing fees, or a certain amount of free consulting time (*e.g.*, sending a SWAT team,[35] at no cost, to the customer location to fix the problems), or a reduced-cost extension of the vendor's annual maintenance fees.

98.     A small percentage of ERP implementations experience such severe and ongoing problems that they are eventually abandoned by the customer; on rare occasions, systems integrators and/or ERP vendors withdraw support because of irresolvable disagreements over continued funding and commitment of resources to ERP implementations that have gone substantially beyond their original budgets and schedules. As a result, ERP implementations have led to several high-profile "failed implementations." There is considerable anecdotal evidence – primarily in the form of articles in the mainstream computer journals and magazines – indicating that large SAP projects, in particular, have often had a troubled history.[36]

---

[35] *See* Section V.4, above, for a discussion of SWAT teams.

[36] *See, e.g.,* C. Stedman, *Big Retail SAP Project Put On Ice*, Computerworld, November 2, 1998 ("Nash Finch Co., one of the first users to buy a version of SAP R/3 for retailers, last month shelved most of its $76 million project after development delays made it impossible to install the software in time for the year 2000."); P. Key, *SAP America Hit With a $500M Suit*, Philadelphia Business Journal, October 30, 1998 ("SAP America Inc. is being sued for $500 million by the bankruptcy trustee for a liquidated drug distributor that once ranked among the biggest in the business. Bart A. Brown Jr., the Chapter 7 trustee for FoxMeyer Corp., alleges in the suit that the inability of SAP's enterprise resource planning software to cope with the volume of transactions handled by FoxMeyer led to the company's demise."); J. Bailey,

Page 34                                                                                                               Confidential

## VI.6 The Concept Of Integration

99.     As noted above, a key benefit of ERP systems[37] is the *integration* they provide between different components of the overall system. Because it is intrinsically important in understanding ERP systems, and also relevant to the

---

*Trash Haulers Are Taking Fancy Software to the Dump – Allied Waste, Following Waste Management, to Shed SAP's Costly R/3*, The Wall Street Journal, June 9, 1999 ("Allied Waste Industries Inc., as soon as it completes its proposed $7.3 billion acquisition of Browning-Ferris Industries Inc., plans to pull the plug on a brand-new $130 million computer system that uses the complex software known as SAP R/3. The planned move, previously undisclosed, follows a similar cancellation of a major SAP R/3 installation, one that would have cost about $250 million, at Waste Management Inc."); E. MacDonald, *Maker of Gore-Tex Sues PeopleSoft and Deloitte*, The Wall Street Journal, November 2, 1999 ("[W.L. Gore & Associates] has sued PeopleSoft Inc., Deloitte & Touche LLP and Deloitte Consulting, alleging the software manufacturer and the consultants botched a costly software installation … The suit is the latest in a string of technological blowups experienced by companies such as UOP, a partnership between AlliedSignal Inc. and Union Carbide Corp., and FoxMeyer Corp. These companies had paid millions of dollars for computer consultants to install complex software sold by companies such as PeopleSoft and SAP AG that is supposed to knit together a company's back-office operations. But the projects have become the equivalent of an expensive corporate root canal, as costly snags have erupted. Hershey Foods Corp., too, is now reeling from a similar computer-upgrade disaster, which left many stores shy of Hershey candies such as Kisses, Kit Kat bars and Twizzlers for Halloween."); J. Cahill, *Whirlpool Experiences Shipping Delays Over Computer Glitches in SAP Software*, The Wall Street Journal, November 3, 1999 ("Whirlpool Corp. said it has faced delays in shipping its appliances since switching on SAP AG software two months ago. … Whirlpool is experiencing some of the difficulties that have plagued large-scale software projects at many big companies lately. At a cost of millions of dollars, SAP, PeopleSoft Inc. and others design complex software to tie together a company's operations, from order entry through production scheduling and billing. But installing such broad systems is so tricky that snags inevitably develop."); C. Phillips, *Oracle: Let the Good Times Roll P2*, Morgan Stanley Analyst Report, November 18, 1999 (NDCA-ORCL 140434-36) at 140435-6 ("Oracle is also benefiting from SAP's ($37, Neutral) PR problems with failed implementations hitting the Wall Street Journal. We actually think the customers and inexperienced consultants drove the bulk of the SAP failures through poor project management, improper technology infrastructure, and in some cases, simple disregard of good advice."); L. Mearian, *Supermarket Dumps $89M SAP Project*, Computerworld, February 5, 2001 ("Canada's second-largest supermarket chain has abandoned an $89 million implementation of SAP AG's business applications for retailers after a five-day database and systems shutdown affected the company's business operations for nearly a month."); L. Mearian, *Retailers Hit Installation Bumps With SAP Software*, Computerworld, February 19, 2001 ("SAP AG's applications for retailers continue to be stung by a series of high-profile installation problems that many say illustrate the complexity of trying to fit an integrated suite of enterprise resource planning software into a retail operation … 'I can't point to a single happy SAP Retail account in North America,' said [Greg Girard, an analyst at AMR Research Inc.]."); T. Wilson, *Nike: i2 Software Just Didn't Do It*, TechWeb, March 01, 2001 ("Nike Inc. and supply-chain-software supplier i2 Technologies are pointing fingers at each other for a flawed i2 implementation that upset Nike's inventory and ultimately forced the footwear maker to slash earnings estimates."); May 24, 2001 email From HQAPP to GRAPPS, *et al.*, Re: "PETsMART Approval" (NDCA-ORCL 239311-26) at 239313 (noting that PETsMART was "[i]n litigation with SAP over failed implementation"); Koch, *Supply Chain: Hershey's Bittersweet Lesson*, CIO Magazine, November 15, 2002 (discussing failed SAP and Seibel implementation at Hershey's; stating, "Studies have shown that most companies that install enterprise software are late, their business processes suffer temporarily, and their revenue can take a hit for as long as six months").

---

[37] Integration is also a benefit in many other categories of computer systems – *e.g.*, the integration of word-processing, spreadsheet, calendar, and presentation components in office-productivity suites, such as Microsoft Office.

evaluation of Plaintiffs' claims, the concept of integration is discussed in greater detail in this Section of the Report.

### VI.6.1 Definitions of integration

100. For the end-user of a software system, as well as for IT professionals "integration" simply means that the pieces (or components or modules) of the system "work together." Thus, when business professionals use an "office" software suite, they expect the word-processing program, the spreadsheet program, and the presentation program to "work together" – *e.g.*, so that spreadsheet tables can be incorporated into a word processing document, and so that formatted word-processing text can be incorporated into a presentation slide. The same is true for ERP products: the marketplace expects that an "integrated" ERP product will have financial modules, human-resource modules, manufacturing modules, and other modules that "work together," so that the day-to-day business activities can flow back and forth, as needed, between the different software components. How well components "work together" is often in the eye of the beholder. Having said that, there are many products, including unrelated ERP components designed, engineered and sold by different vendors that are clearly not integrated, in that they cannot share data or "work together" in any sense.

101. The major question, as discussed in paragraph 83, above, is whether this "integration" behavior is achieved by the *vendor*, before the ERP product is purchased, or by the *customer* (typically with the assistance of consultants), after a collection of separate products have been purchased from different vendors. If a software vendor had the opportunity to build an entire ERP system as part of a single development project, then it would be reasonable to expect that the resulting system would be fully *pre*-integrated – though (as discussed below), if the software involved was substantial, it would still necessarily suffer from the same errors and bugs as any other large piece of software.

102. But as a practical matter, *non*-integrated ERP systems are usually a consequence of separate components, built by different vendors at different points in time, with no *a priori* reason or plan to cooperate or interoperate with one another. Efforts by vendors to create a comprehensive, pre-integrated ERP system by combining several such separately-built components has sometimes resulted in problems of inconsistent, redundant, and even contradictory data elements, business functions, and user-interface details.

103. Problems most often occur when customer organizations try to create a comprehensive ERP system by acquiring several separate software products from different vendors, and attempt to achieve the integration *after* the purchase. Indeed, this scenario has often been so problematic and risky that the marketplace has typically used the term "integrated" *only* to describe the ERP products in which the vendor has taken responsibility for the "gluing-together" task of making the components work together *before* offering it to customers.

### VI.6.2 Forms of integration

104.	As suggested in the discussion above, there are different aspects of integration, including *data* integration and *workflow* integration:[38]

- *Data* integration conveys three important elements: consistency, integrity, and non-redundancy. Regarding *consistency*, end-users expect that significant business terms will retain their meaning, and behave the same way throughout a system. If, in one part of the system, the word "customer" means an individual human being with a required first-name and a required surname, then it should not mean, in some other part of the system, an arbitrary collection of dogs and cats, identified only by their first name.

- *Workflow* integration is concerned with the ability one part of the system to "talk" to other related parts of the system, in order to carry out the "workflows" – *e.g.*, the flow from a customer order, to the shipping of that order and associated inventory updates, to the generation of a customer invoice for the order, to the collection of cash for the order – that represent the key business activities in the day-to-day operation of most organizations.

105.	In general, workflow integration – the ability to "navigate" from one part of the ERP system to another, in order to carry out a business transaction – rests on top of an architecture of data integration: if the underlying data is not integrated in a common data model, it may be difficult (if not impossible) to avoid problems of data synchronization and redundancy when navigating from one part of the system to another. Hence, the real foundation of an integrated ERP system *is* the data integration, and it is my understanding that Oracle emphasized that aspect heavily in its presentations and descriptions of Suite 11i.

106.	Thus, data integration usually represents the lion's share of systems integration work for ERP vendors. Consequently, the details of data integration are discussed in greater detail in the paragraphs immediately below.

---

[38] There are other aspects of software that are sometimes described as "integration," such as functional integration and user interface integration. Functional integration is concerned with the behavior of a system (*e.g.*, if a system requires some program logic to calculate, for example, the sales tax on a purchased item, there should be only one instance of that program logic stored somewhere in the system – so that every time it is invoked, it will produce the same results under the same circumstances), while user interface integration focuses on the "look and feel of the system" (*e.g.*, screens and menus should have a similar look throughout the system, and abbreviations and short-cuts should be consistent). These aspects have very limited relevance to systems integration or the market's understanding of whether an ERP system was properly described as "integrated" or "interoperable", and Plaintiffs have not raised issues with them in this case. As a result, I do not include an extended discussion of functional or user interface integration here.

### VI.6.3 Data integration

107.     Large, sophisticated systems can achieve data integration by means of several different strategies. One common form is known as an "interfacing" approach, as illustrated in Figure 3, below. This is a common, accepted, and reasonable means of achieving integration. Indeed, this is a conscious, deliberate strategy on the part of many software product vendors, particularly ERP vendors – especially those planning to evolve their initial product through many generations by acquiring new "best of breed" products and incorporate them into the existing suite, without recoding those acquired products to access a common, unified database.



Figure 3: An illustration of "interfaced" integration of data

108.     Figure 3 supports a more sophisticated approach to editing and validation of data entered by the external user – *i.e.*, data that will, if correctly entered, be used to update the database. Simple field-level editing rules (*e.g.*, the requirement that a field consist of numeric characters, or that it have a non-negative numeric value) can be specified and implemented directly in most modern database systems; but complex application-oriented editing rules (*e.g.*, "Don't allow a sales order to be accepted if the dollar amount is over $1,000 and the customer has a

low credit rating, and the customer is located in a different country") are normally performed by the application itself – and, for obvious reasons, software developers prefer to have such sophisticated editing/validation rules implemented once, and only once, within the overall system. Thus, with the architecture shown in Figure 3, any component that wishes to access and/or update a data element must send an interface message to the program component that "controls" it – and that program component is the *only* one that can invoke the appropriate editing/validation logic.

109.      Some ERP systems achieve integration through a more modern version of Figure 3, known as an *object-oriented* architecture. As Figure 4 illustrates, data elements known as "objects" (*e.g.*, a "customer," or an "invoice," or a "product" or an "employee") are grouped together with the functions (sometimes known as "methods" or "services") that are allowed to operate on that data (*e.g.*, "create a new customer," "modify a customer," or "delete a customer") into a cohesive unit. Any other part of the system that wants to access and/or update that data does so by sending a "message" to the appropriate "method" that knows how to perform that functionality.



Figure 4: An illustration of an object-oriented architecture

110.     Finally, data integration can be achieved by gathering all of the data elements for the system into a single, unified data model – as shown in Figure 5, below. In this scenario, an element of data may have been initially conceived, designed, and implemented for the benefit of one program component (*e.g.*, application A), but is also available to other program components in the system (*e.g.*, applications B and F). From my review of the available evidence and documentation, it is this third form of data integration that Oracle used for its Suite 11i system. One of the advantages of a system of the type described in Figure 5 is that the vendor has the option of relying solely on the "integrated" access to data approach shown or using APIs as well to allow various components to communicate with one another to ensure a more orderly and consistent access to the common data.



Figure 5: An illustration of "integrated" access to data

111.     Note that the degree of data integration in a large, complex system is not static, remaining untouched over a long period of time. As hardware technology and computer networks improve, the need to make redundant copies of data decreases; more importantly, as isolated errors and communication problems are

discovered during the operational use of a large integrated system, those errors are corrected in order to achieve a more complete form of data integration.

112.    Integration based on a single data model has one primary benefit over the other two forms of integration summarized above: it significantly reduces the likelihood that multiple, inconsistent (or obsolete, or incorrect) copies of the same data will exist within the system. In most cases, it also leads to greater efficiency and better performance – because the system keeps only one copy of the data, and eliminates the need for various modules to send data back and forth between one another.

113.    While data integration is often an important aspect of integration within a system, it is rarely possible to achieve completely – *i.e.*, in a large system with thousands of data elements, and millions of lines of code, it is almost certain that there will be some aspects of inconsistent and/or redundant data; and there may be occasional instances of data integrity problems. In some cases, this is simply a matter of human error on the part of an individual software developer; and in some cases, it reflects miscommunication between the developers of the software, and/or incomplete or incorrect documentation of the database design. Simply put, there is no reason why software efforts that integrate functions are not subject to the same baseline error rate as any other type of software. If the software is big enough, it is likely to have its fair share of integration bugs.

114.    Similarly, if the system's data is organized and stored with a relational database,[39] there is a formal, rigorous means of organizing that data – known as "third normal form" – to ensure that all the non-key attributes of a data entity (*i.e.*, a relational table) depend only on the candidate keys of the entity.[40] But this can lead to performance problems if the system has to perform complex queries to retrieve large sets of related data (*e.g.*, all purchases of a set of products, by multiple individuals, in multiple locations, over a range of multiple days). Based on actual usage patterns of the system, the developers may make a conscious choice to partially "denormalize" the organization and storage of data, so that certain data elements, and/or certain indexes, are duplicated.

115.    As noted, these decisions to replicate certain data elements for efficiency purposes are conscious and deliberate; and because the software developers are typically cognizant of the risks of data integrity and consistency problems, they take additional steps to ensure that redundant data will be synchronized and cross-checked for consistency. Although in general tighter integration is preferable,

---

[39] Oracle's database product is relational in nature, and its Suite 11i ERP system is based on a relational database model.

[40] A popular, pithy way of describing this is "the data entity (*i.e.*, relational table) is based on the key, the whole key, and nothing but the key."

there are trade-offs involved that might result in different optimal levels of integration in different circumstances.

### VI.7 Summary Of Oracle's Development Of ERP, Leading To Suite 11i

#### VI.7.1 Versions prior to Suite 11i

116. Oracle's history in the application software business began in the 1980s, when it began to expand its product line from relational databases to enterprise applications. In 1987, Oracle created a seven-employee internal division to focus on applications software development for businesses, beginning with enterprise financial tools.[41] Oracle expanded its offerings to include additional Enterprise Resource Planning ("ERP") capabilities, such as tools for procurement, supply chain management, order management, manufacturing, distribution, and human resource management. As noted in paragraph 58, above, traditional ERP applications are known as "back-office" applications because they automate processes that are not directly visible to the enterprise's customers; rather, as the name implies, their focus is facilitating the company's internal resource management.

117. In 1996, Oracle branched out to begin developing applications for Customer Relationship Management ("CRM") as well.[42] These applications include tools for marketing, sales, service, customer call centers, online stores, contract management, and self-service customer care. Since CRM applications were designed to help the enterprise manage its relationships with customers, they were – not surprisingly – more visible to customers, and, as noted in paragraph 58, above, were often referred to as "front-office" applications.

118. By 1997, when Oracle produced Oracle Applications Release 10.7, it was offering several ERP applications; Oracle's 1998 Applications Release 11.0 included some CRM offerings as well. Although Oracle Applications Release 11.0 had both ERP and CRM functionality to some degree, it still did not offer the comprehensive collection of features and functions requested by large commercial customers. No other vendor at the time offered comprehensive ERP and CRM functionality in a single suite.

119. Consequently, as noted in Section VI.3, above, customers seeking applications software still found that it was usually necessary to follow a "best-of-breed" approach, which meant they would pick and choose among the various software vendors to assemble a complete package of applications for their needs. Of course, since these applications were designed by entirely unrelated (and often

---

[41] Oracle Corporation AppsWorld New Orleans Welcome Kit, February 19-23, 2001 (NDCA-ORCL 102044-84) at NDCA-ORCL 102075.

[42] *Ibid.*