competitive) software vendors, they were not engineered to work together, and sometimes were based on incompatible data structures. Further complications sometimes arose from incompatible interfaces for importing and exporting data, and instructions between applications (applications programming interfaces, or "APIs"). To make these applications work together, each program had to be stitched together in a process called "systems integration" – an expensive and time-consuming process generally involving outside consultants who would write pieces of code to bridge the gaps and incompatibilities between programs.

#### VI.7.2 Summary of key components added to Suite 11i

120. The basic goal of Oracle's Suite 11i was to eliminate the need for companies to purchase various applications from multiple vendors, and then endure expensive systems integration work. Rather, almost everything a customer required would be available in one "box." The May 2000 release of Suite 11i spanned 14 major categories of functions, and roughly 70-80 applications:

- Financial Applications (*e.g.*, financials, self-service expenses, treasury);
- Service Applications (*e.g.*, mobile field service, scheduler);
- Communications/Utilities Applications (*e.g.*, number portability, network logistics);
- Projects Applications (*e.g.*, project billing, project analysis collection pack);
- Human Resources Applications (*e.g.*, payroll, time management);
- eCommerce Applications (*e.g.*, iStore, iMarketing, iSupport);
- Purchasing Applications (*e.g.*, supplier scheduling, purchasing intelligence);
- Call Center Applications (*e.g.*, email center, advanced outbound);
- Order Management Applications (*e.g.*, product configurator, selling point);
- Manufacturing Applications (*e.g.*, process manufacturing, discrete manufacturing);
- Market Applications (*e.g.*, marketing online);
- Sales Applications (*e.g.*, sales compensation);
- Other Applications (*e.g.*, report manager, public sector financials) ; and
- Architecture and Tools (CRM Foundation).

#### VI.7.3 Approximate starting time of Suite 11i development effort

121. Oracle began developing Suite 11i in 1998 on the base of its existing applications software, which itself had taken a decade to develop. On top of this enormous base, Oracle assigned literally thousands of software developers – roughly 3,000 developers for ERP applications and approximately 1,200 developers for CRM applications for a total of 6,000,000 person hours of

development time[43] – to the project for a period of more than two years. This group of more than 4,000 developers restructured the underlying data model, added significant new areas of functionality, and integrated the key business flows throughout the software package.[44] As discussed in Paragraphs 90-91, this resulted in an incredibly complex product, on the order of 267,000 FPs, at the time one of the most complex pieces of software ever written, comparable to the software that guides sophisticated defense systems such as WWMCS ("World Wide Military Communication System").

### VI.7.4 Release dates of Suite 11i versions

122. In September 1999, Oracle announced that it would release Suite 11i the next year.

123. The initial commercial release of Suite 11i, version 11i.1, was on May 24, 2000. As with other commercial software, relatively frequent interim releases followed, including updates, bug fixes and other modifications:

- 11i.2 – October 12, 2000
- 11i.3 – January 26, 2001
- 11i.4 – June 13, 2001[45]

124. Suite 11i is currently in release Suite 11i.10.[46]

## VII    CAPABILITIES OF ORACLE'S SUITE 11i

125. In the period leading up to and following Suite 11i's release, Oracle repeatedly emphasized two key features of Suite 11i. The first feature was that the Suite was "pre-integrated" as to both front- and back-office applications (that is, both traditional "ERP" applications and CRM applications).[47] Unlike alternative,

---

[43] Declaration of Alan Fletcher (February 28, 2005) at paragraph 6.

[44] *See* Deposition of Ron Wohl (March 23, 2006) at 85:5-21 and 105:11-12; Deposition of Alan Fletcher (April 6, 2005) at 121:8-18 ("[The functionality difference between 10.7 and 11i was] massive. Many new products. Much of CRM was new in 11i compared to 10.7. Every module had significant new functionality.").

[45] Presentation by Mark Barrenechea re: Oracle e-Business Suite (NDCA-ORCL 071305-32) at 071308; *see also* Presentation by Jeff Henley re: Oracle: Software Powers the Internet (NDCA-ORCL 071260-82) at 071276.

[46] Oracle Applications Resource Library, <www.oracle.com/applications/product_information.html>, visited May 21, 2007 at 11:29 a.m.

[47] *See* NDCA-ORCL 306830-32 (but the term "pre-integrated," not used in this press release, can be found in Oracle Press Release: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*, May 24, 2000 (NDCA-ORCL 035470-3) at 305470).

Page 44                                                                                           Confidential

"best-of-breed" systems discussed in Section VI.3, above, it did not require extensive computer programming after purchase to make the various pieces of software work together. The components were designed to share data and make major "business flows" interoperable at the time of purchase, rather than after extensive programming to tie them together.[48]

126.  The second feature, which was functionally related to the first, was the existence of data integration among the various components of Suite 11i. As discussed above, data integration means that elements of data (such as a customer's name) are all defined the same way and are found in only one place in the system. With limited exceptions sometimes imposed for performance purposes, these data elements are not stored in separate locations in separate schemas, but are stored only once in a single "instance."[49] Under a best-of-breed approach, in contrast, each separate product would store data in a separate database, and different products would often define the same data element (such as a customer's name) differently.[50]

127.  These features presented a number of advantages, including:

- *Faster implementation* – instead of requiring 1-3 years to integrate a disparate collection of best-of-breed components, companies could expect to implement an integrated ERP system like Suite 11i within a few months. The investment in an ERP product is usually justified with some kind of return-on-investment (ROI) calculation, and a faster implementation means that a customer could begin

---

[48] See Oracle Press Release: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*, May 24, 2001 (NDCA-ORCL 306830-32). Unlike alternative "best-of-breed" systems, Suite 11i did not require extensive *computer programming* after purchase to make the various pieces of software work together. See Deposition of Greg Seiden (May 16, 2006) at 69:16-70:4 ("[I]t means that we're sharing the same schema or the same definition of a customer, the same definition of an order, the same data as opposed to something that's not integrated where there needs to be – either there is no communication between the programs or you have to do custom integration and create programs to move data back and forth and keep them synchronized ... It's integrated by design. It was – it's never not integrated.").

[49] Jean Orr, *Oracle Corporation: Initiating Coverage With a 2-1*, Bluestone Capital Analyst Report, Aug. 10, 2000, (NDCA-ORCL 308761-2) at 308762; Bob Ferrari, *Oracle Users Meet and Consider Release 11i*, AMR Research Alert on Supply Chain Management, May 1, 2000 (NDCA-ORCL 009518-22) at 009519 ("The Oracle mantra is one architecture, everything on the Web, and one common data model"); Gretchen Teagarten, *Oracle EVP Visit to SSB*, Jan. 10, 2001, (NDCA-ORCL 035470-3) at 035470 ("Oracle reiterates two key value propositions for its suite approach over "best-of-breed": (1) The suite provides a single view of the customer across the enterprise and (2) The suite is pre-integrated and interoperable.").

[50] *See, e.g.*, Oracle Presentation by Mark Barrenechea Re: Q2 2001 Recap (NDCA-ORCL 399590-637) at 399598-604 (explaining fragmented and inconsistent data about customers inherent when a company uses, *e.g.*, E.piphany for Marketing, Siebel for Sales and Clarify for Service, because each set of modules uses its own database to store different information about each customer separately).

generating cost-savings, and/or generating additional revenues, that much faster.

- *Decreased implementation cost* – as discussed in paragraph 72, above, many companies found that the fees paid to consultants and system integrators equalled or exceeded the cost of the ERP software itself – sometimes by as great as a factor of ten. A pre-integrated product like Suite 11i offered the assurance that such fees could be substantially reduced, though not completely eliminated.

- *Decreased maintenance costs* – instead of having to coordinate the ongoing upgrades, patches, and revisions of several products from different vendors,[51] customers could look forward to dealing with only one vendor, which would provide its own internal coordination of upgrades and patches to modules within the integrate suite of products.

- *Greater accuracy and operational consistency* – as noted earlier, a lack of data integration typically results in redundant, inconsistent, and contradictory elements of business data. This is not an abstract, theoretical concern: it results in higher operational costs, more business errors, and problematic interactions with customers,[52] employees, and trading partners.

## VIII    INTEGRATION IN SUITE 11i

128.    This Section of the Report discusses the following aspects of integration within Oracle's Suite 11i product:

- Technical review of the data integration in Oracle Suite 11i; and

---

[51] Indeed, the problem of upgrades and patches to different best-of-breed products was often more difficult, because of subtle interdependencies and incompatibilities between the products. Thus, if the customer wanted to upgrade to version N+1 of one of its products in order to take advantage of new features, it might find that several *other* products in its best-of-breed amalgam must also be upgraded. Even worse, the customer might discover that upgrading product X within its best-of-breed amalgam rendered it incompatible with products Y and Z.

[52] Consumers often encounter this problem when interacting with their bank, telephone company, or airline via a telephone call center. "Please type your account number before we get started," an automated voice will say; having done so, the consumer will often be asked what he'd like to do – *e.g.,* place an order, or track the status of an existing order. If he indicates that he wants to place an order, the automated voice will say, "Great, I'll be happy to place an order for you. Please type in your account number … " Even the most computer-illiterate consumer will think to himself, "How many places are you storing my account number in your system, and how many times do you have to ask me what it is?" The experience is sufficiently annoying that the consumer may well decide to take his business elsewhere.

- Technical review of the workflow integration in Oracle Suite 11i

## VIII.1 Technical Review Of The Data Integration In Oracle 11i

129. As discussed above, integration can take several different forms, and can have several different meanings. Oracle used the term in two important ways:

- Suite 11i was "stitched together" to a *far greater* extent at the time of purchase than would be achieved through the selection of "best-of-breed" components, even after "systems integration." As discussed in paragraph 127, above, this typically provided the benefits of faster implementation schedules and reduced implementation costs for customers who previously endured the cost and delays of hiring consultants or system integrators to carry out "post-stitching" of their best-of-breed products.

- The "stitched together" behavior was accomplished primarily by creating a single data model to be accessed and updated only by those ERP modules that needed to do so.

130. Though there is various evidence and commentary describing the nature of integration in Suite 11i, in order to draw my own independent conclusions on the matter, it was necessary to review the *actual* technical documentation of Suite 11i. This did not involve reviewing the "User Guides" that would normally be distributed to customers and end-users to explain the operational details of various 11i components, but rather the "Technical Reference Manuals" (TRMs) that describe the architecture, design, and implementation of those components. For version 11i.1 of Oracle's Suite 11i – the first release of the product, and thus the technical foundation for the database and functionality of not only the first release, but the subsequent sequential releases – there are approximately 75 such TRMs, as shown in Table 2, below[53]:

| Release 11i Documentation Titles | Part Number | PDF File |
|---|---|---|
| **Technical Reference Manuals** | | |
| **CRM** | | |
| *Business Intelligence Applications* | | |
| Oracle Call Center Intelligence Technical Reference Manual | A83672-01 | bix1151trm.pdf |
| Oracle Customer Intelligence Technical Reference Manual | A83671-01 | bic1151trm.pdf |
| Oracle Marketing Intelligence Technical Reference Manual | A83670-01 | bim1151trm.pdf |

---

[53] It should be noted that version 11i.2 of Suite 11i added a total of 10 more TRMs to those shown in Table 1, describing application components that had been added to the Internet Business Applications, Sales Application, Call Center Applications, Financial Services Applications, Partner Relationship Management Applications, CRM Tools and Technologies, Public Sector, and Human Resource Management Systems. Version 11i.3 added three more TRMs, describing application components that had been added to the Public Sector Financials (International).


Case 3:01-cv-00988-SI   Document 1563-4   Filed 12/12/08   Page 6 of 9


Page 47                                                            Confidential

**Internet Business Applications**

| | | |
|---|---|---|
| Oracle eMail Center Technical Reference Manual | A83677-01 | iem1151trm.pdf |
| Oracle iMarketing Technical Reference Manual | A83673-01 | iba1151trm.pdf |
| Oracle iPayment Technical Reference Manual | A83676-01 | iby1151trm.pdf |
| Oracle iStore Technical Reference Manual | A83674-01 | ibe1151trm.pdf |

**Marketing Applications**

| | | |
|---|---|---|
| Oracle Marketing Encyclopedia System Technical Reference Manual | A83693-01 | amv1151trm.pdf |
| Oracle Marketing Technical Reference Manual | A83692-01 | ams1151trm.pdf |

**Sales Applications**

| | | |
|---|---|---|
| Oracle Order Capture Technical Reference Manual | A83694-01 | aso1151trm.pdf |
| Oracle Sales Compensation Technical Reference Manual | A83695-01 | cn1151trm.pdf |

**Service Applications**

| | | |
|---|---|---|
| Oracle Contracts Core Technical Reference Manual | A83696-01 | okc1151trm.pdf |
| Oracle Contracts Integration Technical Reference Manual | A83698-01 | okx1151trm.pdf |
| Oracle Customer Care Technical Reference Manual | A83678-01 | csc1151trm.pdf |
| Oracle Depot Repair Technical Reference Manual | A83686-01 | csd1151trm.pdf |
| Oracle Field Service Technical Reference Manual | A83682-01 | csf1151trm.pdf |
| Oracle Scheduler Technical Reference Manual | A83688-01 | csr1151trm.pdf |
| Oracle Service Contracts Technical Reference Manual | A83697-01 | oks1151trm.pdf |
| Oracle Service Technical Reference Manual | A83679-01 | cs1151trm.pdf |
| Oracle Spares Management Technical Reference Manual | A83687-01 | csp1151trm.pdf |
| Oracle Support Technical Reference Manual | A83680-01 | css1151trm.pdf |

**Call Center Applications**

| | | |
|---|---|---|
| Oracle Call Center Technology Technical Reference Manual | A83703_01 | ieo1151trm.pdf |
| Oracle Interaction Blending Technical Reference Manual | A83689-01 | ieb1151trm.pdf |
| Oracle Scripting Technical Reference Manual | A83690-01 | ies1151trm.pdf |
| Oracle Telephony Manager Technical Reference Manual | A83685-01 | cct1151trm.pdf |
| Oracle Universal Work Queue Technical Reference Manual | A83691-01 | ieu1151trm.pdf |

**Communications and Utilities Applications**

| | | |
|---|---|---|
| Oracle Network Logistics Technical Reference Manual | A83681-01 | cun1151trm.pdf |
| Oracle SDP Number Portability Technical Reference Manual | A83702-01 | xnp1151trm.pdf |
| Oracle SDP Provisioning Technical Reference Manual | A83683-01 | xdp1151trm.pdf |
| Oracle Service for Communications Technical Reference Manual | A83684-01 | xns1151trm.pdf |

**CRM Tools and Technology**

| | | |
|---|---|---|
| Oracle CRM Foundation Technical Reference Manual | A83701-01 | jtf1151trm.pdf |
| Oracle CRM Gateway for Mobile Devices Technical Reference Manual | A83699-01 | asg1151trm.pdf |

## ERP

**Financials**

| | | |
|---|---|---|
| Oracle Applications Global Accounting Engine Technical Reference Manual | A81267-01 | axtrm.pdf |
| Oracle Assets Technical Reference Manual | A81200-01 | fatrm.pdf |
| Oracle Cash Management Technical Reference Manual | A80832-01 | cetrm.pdf |
| Oracle General Ledger Applications Technical Reference Manual | A80900-02 | gltrm.pdf |
| Oracle Global Financial Applications Technical Reference Manual | A80916-01 | globtrm.pdf |
| Oracle Payables Applications Technical Reference Manual | A80833-01 | aptrm.pdf |
| Oracle Property Manager Technical Reference Manual | A80836-01 | pntrm.pdf |
| Oracle Receivables Applications Technical Reference Manual | A85268-01 | artrm.pdf |
| Oracle Treasury Technical Reference Manual | A80830-01 | xtrtrm.pdf |

**HRMS**

| | | |
|---|---|---|
| Oracle Time Management Technical Reference Manual | A81194-01 | otmtrm.pdf |
| Oracle Training Administration Technical Reference Manual | A81195-01 | otatrm.pdf |

**Manufacturing**

| | | |
|---|---|---|
| Oracle Automotive Trading Partner Toolkit Technical Reference Manual | A83735_01 | veatrm.pdf |
| Oracle Capacity Technical Reference Manual | A80843-01 | crptrm.pdf |
| Oracle e-Commerce Gateway Technical Reference Manual | A83733_01 | ectrm.pdf |
| Oracle HRMS Technical Reference Manual | A62925-01 | pertrm.pdf |
| Oracle Inventory Technical Reference Manual | A81189-01 | invtrm.pdf |
| Oracle Process Manufacturing Financials Technical Reference Manual | A81214_01 | gmftrm.pdf |
| Oracle Process Manufacturing Intelligence Technical Reference Manual | A80907_01 | pmitrm.pdf |
| Oracle Process Manufacturing Inventory Technical Reference Manual | A81213_01 | gmitrm.pdf |
| Oracle Process Manufacturing Logistics Technical Reference Manual | A81211_01 | gmltrm.pdf |
| Oracle Process Manufacturing Process Execution Technical Reference Manual | A81215_01 | gmetrm.pdf |

Page 48                                                                                        Confidential

| | | |
|---|---|---|
| Oracle Process Manufacturing Process Planning Technical Reference Manual | A81212_01 | gmptrm.pdf |
| Oracle Process Manufacturing Product Development Technical Reference Manual | A81216_01 | gmdtrm.pdf |
| Oracle Process Manufacturing Regulatory Management Technical Reference Manual | A81217_01 | grtrm.pdf |
| Oracle Process Manufacturing System Administration Technical Reference Manual | A80885_01 | gmatrm.pdf |
| Oracle Project Manufacturing Technical Reference Manual | A80898-01 | pjmtrm.pdf |
| Oracle Quality Technical Reference Manual | A81186-01 | qatrm.pdf |
| Oracle Release Management Technical Reference Manual | A83736_01 | rlmtrm.pdf |
| Oracle Work in Process Technical Reference Manual | A81185-01 | wiptrm.pdf |
| **Order Management** | | |
| Oracle Pricing Technical Reference Manual | A83740_02 | qptrm.pdf |
| Oracle Configurator Technical Reference Manual | A80817-02 | cztrm.pdf |
| Oracle Order Management Technical Reference Manual | A83739_02 | onttrm.pdf |
| Oracle Shipping Execution Technical Reference Manual | A83738_02 | wshtrm.pdf |
| **Projects** | | |
| Oracle Activity Management Gateway Technical Reference Manual | A83510-01 | amgtrm.pdf |
| Oracle Projects Technical Reference Manual | A81201-01 | patrm.pdf |
| **Internet Procurement** | | |
| Oracle Purchasing Applications Technical Reference Manual | A80842-01 | potrm.pdf |
| Oracle Self-Service Purchasing 5 Technical Reference Manual | A85281-01 | portrm.pdf |
| Oracle Supplier Scheduling Technical Reference Manual | A80899-01 | chvtrm.pdf |
| **Supply Chain** | | |
| Oracle ASCP and Oracle Global ATP Server Technical Reference Manual | A80841-01 | msctrm.pdf |
| Oracle Master Scheduling/MRP and Oracle Supply Chain Planning Technical Reference Manual | A81188-01 | mrptrm.pdf |
| **Technology** | | |
| Oracle Alert Technical Reference Manual | A80845-01 | alrtrm.pdf |
| Oracle Application Object Library/Workflow Technical Reference Manual | A80844-01 | aoltrm.pdf |
| Oracle Applications Business Objects Technical Reference Manual | A80911-02 | bistrm.pdf |
| Oracle Applications Implementation Wizard Technical Reference Manual | A80906-01 | aztrm.pdf |

Table 2: Technical Reference Manuals for Version 11i.1 of Oracle's Suite 11i

131.    As explained in the "Oracle General Ledger Applications Technical Reference Manual,"[54] the database design of the various ERP and CRM components of Suite 11i is documented with a standard notational scheme shown in Figure 6, below, typically referred to as a "logical data model," or an "entity relationship diagram" (ERD)[55]:

---

[54] *See* the Oracle manual entitled "Oracle General Ledger Technical Reference Manual," provided as part of the documentation for Oracle 11i.1, dated January 2000; located in file gltrm.pdf on the CD whose Bates number is NDCA-ORCL-050972.

[55] *Ibid*, at 2-7.

Page 49                                                                                          Confidential

## Database Diagramming Conventions

We use the following notational conventions in our database diagrams:

Figure 2-1
Database Diagram
Conventions



Figure 6: Data Model Diagramming Notation Used in Oracle's TRMs

132.     Using this notation, Oracle provided a high-level "summary" data model for each of the Suite 11i components listed in Table 3, above. For example, the summary data model for the "General Ledger" component is shown in Figure 7, below[56]:

---

[56] *Ibid*, at 2-9.

## Oracle General Ledger Summary Database Diagram



Figure 7: Summary Data Model Diagram for Oracle's General Ledger Component, in Suite 11i.1

133.     As appropriate, each of these summary diagrams is further decomposed into subordinate diagrams that provide additional information about the detailed entities (implemented as an individual relational table) required to implement that ERP/CRM component. For example, the "General Ledger" component has 10