# EXHIBIT 4

Re: [Fwd: AVAILABLE IN MAY: E-BUSINESS CRM]

```
        X-Mozilla-Status: 0001
       X-Mozilla-Status2: 00000000
              Message-ID: <38E4D369.7034B637@us.oracle.com>
                    Date: Fri, 31 Mar 2000 08:33:46 -0800
                    From: Stephanie Aas <saas@us.oracle.com>
            Organization: Oracle Corporation
                X-Mailer: Mozilla 4.51 [en] (Win95; U)
       X-Accept-Language: en
            MIME-Version: 1.0
                      To: Jeff Henley <jhenley@us.oracle.com>
                 Subject: Re: [Fwd: AVAILABLE IN MAY: E-BUSINESS CRM]
              References: <38E4390F.424A1AD7@us.oracle.com>
            Content-Type: multipart/mixed;boundary="------------F99402B3CAF7C6B51275A55A"
```

I know. Yesterday, I worked with marketing and Gary to provide Larry with all the
facts before he made that decision. Its unfortunate because all the major
audiences- industry analysts, financial analysts/investors, partners, OAUG board-
already know about the delay. We will lose even more credibility if we go back
on what what is already out in the market.

Stephanie

Jeff Henley wrote:

> larry now says that Mark was wrong and that all of CRM will be available
> end of May.
>
> ---------------------------------------------------------------------
>
> Subject: AVAILABLE IN MAY: E-BUSINESS CRM
> Date: 30 Mar 2000 19:26:24 -0800
> From: "ORACLE WORLDWIDE MARKETING " <MKTG@us.oracle.com>
> Reply-To: mktg@us
> To: oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com,
>         oracorp@us.oracle.com, oracorp@us.oracle.com, oracorp@us.oracle.com,
> oracorp@us.oracle.com, oracorp@us.oracle.com
>
>
> ***Oracle Confidential - For Internal Distribution Only***
>
>
>
> By May, Oracle will have released all components of the world's first
> E-Business Suite, including the complete set of CRM products. A recent
> report from GIGA stated otherwise. The report is simply not true.
>
>
> The complete set of E-Business CRM components delivered in May are:
>
> MARKETING AUTOMATION
>     Oracle Marketing Online
>     Oracle Marketing Intelligence
>
> SALES AUTOMATION

CA-ORCL 028631
ORACLE CONFIDENTIAL

NDCA-ORCL 031608

Re: [Fwd: AVAILABLE IN MAY: E-BUSINESS CRM]

```
>       Oracle Sales Online
>       Oracle Sales Compensation
>       Oracle TeleSales
>       Oracle Field Sales / Mobile
>       Oracle iStore
>       Oracle Sales Intelligence
>
> SERVICE AUTOMATION
>       Oracle Customer Care
>       Oracle Field Service
>       Oracle Contracts
>       Oracle Field Service / Mobile
>       Oracle iSupport
>       Oracle eMail Center
>       Oracle Customer Intelligence
>
> ADDITIONAL OPTIONS
>       Oracle Advance Call Center
>       Oracle Scripting
>       Oracle Financial Service's extensions
>       Oracle Communication/Utilities extensions
>
> Please see crm.us.oracle.com for further details.
>
>
>
> ---
> Oracle Worldwide Marketing
```

Stephanie Aas <saas@us.oracle.com>
Senior Director
Oracle
Investor Relations