# EXHIBIT 5

1  what should be in these exchanges. The functionality.
2  But interestingly, what's also emerged is that the
3  top-line growth around marketplaces isn't there.
4      A company has a choice of buying tires from
5  Covason, from free markets, or from e-bay. I mean if you
6  think about it. And so there's a real price point
7  pressure, and this is one of the reasons why Covason is
8  not only leveraging the marketplace, but also looking at
9  other areas which are important to their business which
10 I'll tell you about in a minute.
11     But the key is there's much more to exchanges
12 than just the marketplace, because it has done some
13 things, it's pulled the costs down on goods sold that are
14 bought over the Internet through the marketplace. But as
15 you might imagine, it hasn't built those terrific
16 relationships with the suppliers that companies would
17 like to achieve.
18     So is it marketplace or is it businessplace?
19 It's much more than that. As you're going to see, it's
20 much more that we're seeing that it's much more than just
21 the marketplace about auctions. In fact, it's much more
22 than supply chain. It's about the value chain. It's not
23 about the marketplace. It's about the businessplace.
24     So when we're talking about that, we're talking
25 about all the processes in buying and selling. And again

1  here's this integration story. It's about seamless
2  integration across the marketplace, which you see at the
3  bottom of the slide. It's about supply chain where
4  you're capturing the demand from the manufacturer and
5  feeding that back to the suppliers. It's about
6  transportation and getting that good once it's been
7  procured to that particular plant or location that's
8  needed in the most efficient and quickest way possible.
9  And it's also about electronic collaboration around
10 product development.
11      Let me take each one of these.
12      Let's talk about supply chain, the old way. It
13 was done manually, very manually, in your collecting
14 demand from customers or from marketing, from sales,
15 however you're capturing that customer demand, typically
16 on paper. A supply chain plan is put together where
17 you're trying to optimize, say, from the known business
18 requirements. You're sharing that supply chain. But
19 that's oftentimes done, for example, in the automotive
20 industry, just with the Tier 1 suppliers. That Tier 1
21 supplier may build the interior of a car. But if that
22 Tier 3 or Tier 4 supplier that builds the door handle
23 doesn't know what that demand is and they can't be ready,
24 then in the end the Tier 1 supplier can't deliver.
25      So this is one of the challenges inherent in

1   today's way of doing supply chain, and so there's a lot
2   of focus on having to resolve exceptions.
3          So -- okay. So in the -- the way that it works
4   now is now in supply chain by doing it over the Internet
5   all that information can be driven by the advance
6   planning system, for example, within Oracle's
7   applications E-Business Suite fed into the supply chain
8   exchange, and then all of that can be fed out to not only
9   the Tier 1, but the Tier 3 suppliers as well.
10         Product development, interesting situation as
11  well. In the sense that there -- in the supplier company
12  A and company B working together on a product all kinds
13  of information is exchanged. Typically through e-mail,
14  through spreadsheets, through CAD/CAM documents, that
15  kind of thing. And then there's all kinds of people
16  involved. And what you do is you end up getting this
17  kind of approach to a very complicated issue.
18         In fact, in the automotive industry the CEO of
19  General Motors said in a conference I was recently at,
20  80 percent of their R & D costs go to change orders. So
21  if you can build electronic collaboration where the
22  development of -- the manufacturer establishes the
23  project, sources suppliers and again integrates back into
24  the marketplace to identify suppliers if they don't know
25  who they are already or want to get a broader reach on

REASON REPORTING

ORCL 0122971
NDCA-ORCL 03305      25
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

1  suppliers, and then collaboratively between the suppliers
2  and manufacturers to work together to build the product
3  online using Oracle's product and other products out
4  there, for example, PTC, that will run under Oracle, then
5  we really can take a lot of those product development
6  costs out. And in the meantime executives can check the
7  progress.
8      Same thing in transportation. The issue there
9  is now with the Internet in our transportation exchange,
10 then you can go out there and actually capture this
11 information that's needed about what products are being
12 produced, when they have to be delivered, and how can
13 they be done efficiently. So we've done significant work
14 in that area as well.
15     So we have an integrated solution around -- in
16 our exchange space around the marketplace, supply chain,
17 transportation, and product development, and all
18 integrated together so that you can meet the needs of the
19 customer and that integrated with our E-Business Suite.
20     What does it do? It provides tremendous
21 visibility and drives a lot of efficiency.
22     For example, allows developers to see the
23 suppliers in the marketplace. Allows the supply chain to
24 see the sales demand. Those kinds of things. So it's
25 driven tremendous value for customers. And that's going