# EXHIBIT 6

1  Euro, the localized requirements in Europe, we've been
2  able to drive fairly significant growth there as well.
3    I think now -- and I may -- I think our
4  applications are written in 23 different languages. So
5  not only do we have, you know, for example, an E-Business
6  Suite, which I'll tell you more about. But it's
7  basically ERP and CRM all integrated together. But it's
8  written in 23 different languages, including Spanish
9  Spanish and Latin American Spanish, Portugal Portuguese
10  and Brazilian Portuguese, as being four different
11  languages. But we also have taken care of the
12  localization requirements of all these countries around
13  the world as well. So fiduciary requirements that are in
14  these countries, we've addressed that as well. So that's
15  been very appealing to Asia-Pac. I'm sorry, Asia-Pac 30
16  percent growth, I misquoted that, and then AMEA 17
17  percent growth. So nice growth around the world.
18    I think this is the story that a lot of people
19  focus on. It's the one that I share with customers. It
20  is probably one of the biggest things that opens the door
21  for Oracle when any of the -- any of us executives go in
22  and speak with the customer. It's also the kind of thing
23  that's giving us great access to senior managers and
24  customers when they want to know more about the story.
25    When you can put these kind of numbers up

REASON REPORTING

ORCL 0122951

NDCA-ORCL 03285
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

5