# EXHIBIT 7

Oracle Internal & Confidential

# E-BUSINESS SUITE
# HIGH LEVEL REQUIREMENTS
# DOCUMENT

Creation Date:        4 April, 2002
Last Updated:        6 June, 2002
Version:            1.4

**NOTE: The following information is confidential and is for internal use only.**

Copyright (C) 2002 Oracle Corporation
All Rights Reserved



**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069907

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

## Owners

| Area | Name | Position |
|------|------|----------|
| CRM | Rene v.Stiphout | Dir. CRM EMEA |
| Industries | Jens Mortensen | Sen. Dir. Applications EMEA |
| ERP | Michael Huchler | Sen. Prod. Mgr SCM EMEA |

## Change Record

| Date | Author | Version | Change Reference |
|------|--------|---------|------------------|
| 23.04.2002 | Michael Huchler | 1.0 | Created the first document version |
| 27.04.2002 | Michael Huchler | 1.1 | Updates after meeting between APAC and EMEA, included APAC requirements and the Introduction from Dennis Jolluck |
| 28.04.2002 | Michael Huchler | 1.2 | Refined version after comments from reviewers. |
| 18.05.2002 | Michael Huchler | 1.3 | Changed document based on input after EMEA E-Business Suite Sales team meeting :<br>- Changed the Section on Common Reporting Tools<br>- Inserted section on BI Integration<br>- Replaced Mobile Solution Support text with new text from Eva-Maria<br>- Changed the section on HRMS integration to CRM – added information on OSO hierarchies.<br>- Added Confidentiality section<br>- Added Distribution list<br>- Introduced the "migration" aspect in the introduction<br>- Changed the Industry Terminology section as per input from Nadia.<br>- Added seeetion on HTML Customizations<br>- Added Section on Integration positioning<br>- Added section on Translation of custom Apps<br>- Changed order of document (swapped General Requirements with Overlap/Duplication)<br>- Introduced numbering of Issues<br>- Added ISV argument to API Section<br>- Added Consulting Section<br>- Added Demo Section |
| 03.06.2002 | Michael Huchler | 1.4 | Updated with Comments from Steve Hagner and Nadia Bendjedou<br>- Updated reviewer list<br>- Updated section on Workforce Management for Call Center<br>- Included e-GIF Support (XML) |

## Contributors

| Name | Position |
|------|----------|
| Roy Gundavda | Prin. Sales Consultant CRM EMEA |
| Per Magnus Karlsson | Prod. Mgr. SCM EMEA |
| Stefan Sack | Sen.Sales Consultant SCM NCEE |
| Susan Flierl | BDM SCM Germany |
| Nick Arrowsmith | Sen. Prod. Mgr. SCM EMEA |
| Adrian Johnston | Sen.Dir. E-Business Suite APAC |
| | |
| | |
| | |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069908

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Reviewers

| Name | Position | Initial and Date |
|------|----------|------------------|
| Juan Rada | SVP Industries EMEA | |
| Francis Veldeman | VP ERP EMEA | |
| Lesley Meeks | Sen.Dir. SCM EMEA | |
| Eva-Maria Sjöholm | Sen.Dir. CRM EMEA | |
| Rene v. Stiphout | Dir. CRM EMEA | |
| Michael J.Baker | Sen.Dir. HRMS EMEA | |
| Karsten Roigk | Sen.Dir. Finapps&Projects EMEA | |
| Dennis Jolluck | VP E-Business Suite APAC | |
| Nadia Bendjedou | Sen.Dir ATG | |
| Steve Hagner | Dir. Business Development CRM EMEA | |
| Mandy Nicol | ADS EMEA | |
| Martin DeVille | BI&W EMEA | |
| Jon Page | VP BI&W EMEA | |
| Jason Hope | Sen.PM ERP | |
| Margaret Giuliani | Domain Manager EMEA | |

## Confidentiality and Distribution policy

**Due to the sensitive nature of the contents outlined, this document is strictly confidential and strictly for Oracle internal use only. If you are not an Oracle employee please delete this document immediately.**

Furtheron, if you wish to forward this document please seek approval of the following contacts:

for EMEA: Michael Huchler

for APAC: Adrian Johnston

If you have been forwarded the document and are not listed on the below distribution list please notify Michael.Huchler@oracle.com , to make sure you are added to the distribution list and hold the most recent version of the document.

## Distribution list

| Name | Position | Region |
|------|----------|--------|
| Larry Ellison | CEO | CORPORATE |
| Safra Catz | Executive VP | CORPORATE |
| Ron Wohl | Executive VP | DEVELOPMENT |
| Sergio Giacoletto | Executive VP | EMEA |
| Juan Rada | SVP Industries | EMEA |
| Francis Veldeman | VP E-Business Suite | EMEA |
| Lesley Meeks | Sen.Dir. SCM | EMEA |
| Eva-Maria Sjöholm | Sen.Dir. CRM | EMEA |
| Rene v. Stiphout | Dir. CRM | EMEA |
| Michael J.Baker | Sen.Dir. HRMS | EMEA |
| Karsten Roigk | Sen.Dir. Finapps&Projects | EMEA |
| Dennis Jolluck | VP E-Business Suite | APAC |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069909

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

| Name | Position | Region |
|------|----------|--------|
| Adrian Johnston | Sen. Dir. E-Business Suite | APAC |
| Ossi Pohjohla | SVP Consulting | EMEA |
| Steven Hagner | Sales Consulting CRM | EMEA |
| Tuomo Pyykkonnen | VP Consulting | EMEA |
| Martyn Lowry | Sen.Dir. Industries | EMEA |
| Jens Mortensen | Sen.Dir. Industries | EMEA |
| Martin Deville | Dir. BI | EMEA |
| Peter Laier | Sen. Director | EMEA |
| Claus-Peter Unterberger | VP Marketing | EMEA |
| Jon Page | VP Consulting | EMEA |
| Nadia Bendjedou | Sen.Dir. Applications Technology | DEVELOPMENT |
| Marie-Jo Duquesne | Dir. Sales Skills | EMEA |
| Tiffany Russell | Prin.Cons. | EMEA |
| Mandy Nicol | ADS | EMEA |
| Eric Butterworth | Sen.Dir Commercials | EMEA |
| Mark Peachey | Sen. Product Manager | DEVELOPMENT |
| Jason Hope | Sen. Product Manager | DEVELOPMENT |
| Nick Arrowsmith | Sen. Product Manager ERP | EMEA |
| Per-Magnus Karlsson | Product Manager ERP | EMEA |
| Roy Gundavda | Sales Consulting CRM | EMEA |
| Michael Huchler | Sen. Product Manager ERP | EMEA |
| Margaret Giuliani | Domain Manager | DEVELOPMENT |

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069910

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Table of Contents

Introduction ............................................................................................................................ 7

Duplication/Overlap ............................................................................................................... 8
    1.1 iSupport, iStore, iReceivables, iCustomer Portal, Collections ............................................ 8
    1.2 Sales Modules - Duplication ............................................................................................. 9
    1.3 Multiple Item Definitions ................................................................................................... 9
    1.4 Enterprise Asset Management and Advanced Service Online .......................................... 9
    1.5 Oracle PDX, Oracle iSupport and Quality Online ........................................................... 10
    1.6 Grants Management and Projects ...................................................................................... 10
    1.7 Approval Management ....................................................................................................... 11
    1.8 Planning engines ................................................................................................................ 11
    1.9 Duplication of Quality functionality ................................................................................. 12

Integration Requirements – "Best of Breed vs. Suite" ................................................... 14
    2.1 Projects integration to CRM and ERP .............................................................................. 14
    2.2 MultiOrg Support for ALL CRM Modules ........................................................................ 15
    2.3 Cost Rollup for Contracts .................................................................................................. 16
    2.4 Demand Planner and CRM Integration ........................................................................... 16
    2.5 Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement ............. 17
    2.6 Process Manufacturing Integration with CRM ................................................................ 17
    2.7 One Budgeting Engine, Financial Treasury Information and Datamodel for the whole E-
    Business Suite ........................................................................................................................... 18
    2.8 HRMS / Payroll Integration with CRM ............................................................................. 19
    2.9 iLearning Integration with E-Business Suite .................................................................... 19
    2.10 Order Management  Purchasing integration for consolidated Logistics ....................... 19
    2.11 Configure a Contract ....................................................................................................... 20
    2.12 Oracle Quality integration to Install Base ..................................................................... 20
    2.13 Configurator to Sourcing ................................................................................................. 20

General Product Requirements ............................................................................................ 22
    3.1 Common Application Technology ...................................................................................... 22
    3.2 Common User Interface ..................................................................................................... 23
    3.3 Calendar API ..................................................................................................................... 23
    3.4 Consistent usage of Application Objects and Schema ..................................................... 24
    3.5 Multiple Currency Support ................................................................................................ 24
    3.6 Security .............................................................................................................................. 24
    3.7 Mobile Solution Support .................................................................................................... 25
    3.8 MultiCompany enabling of E-Business Suite .................................................................... 26
    3.9 Application Programming Interfaces (API's) ................................................................... 26
    3.10 Integrate BIW Apps into the E-Business Data Model and Workflow ............................. 27
    3.11 Common Reporting Tools/Architecture ........................................................................... 28
    3.12 Process Navigator for the whole E-Business Suite ......................................................... 29
    3.13 Industry specific Terminology ......................................................................................... 29
    3.14 Link to MS Office (Word) ................................................................................................. 30
    3.15 HTML Customization ....................................................................................................... 30
    3.16 Clear and Common Integration Strategy ........................................................................ 30
    3.17 Translation of Custom Applications ................................................................................ 31
    3.18 Multi-Language Support .................................................................................................. 32

ORACLE
CONFIDENTIAL

NDCA-ORCL 069911

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

...sulting and Demo Requirements ............................................................ **33**

4.1 Consulting Requirements ............................................................ 33

4.2 Demo Requirements ............................................................ 33

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069912

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Introduction

Approximately two years ago Oracle embarked upon probably one of the greatest achievements in the history of the software industry – the release of R11i. The release of the "Suite" was to address the "first's" in many areas: single customer data model; completely integrated business flows betweeem ERP & CRM; one architecture to incorporate ERP, CRM & SCM. We have come a long way in the last twenty-four months, however, we still need an additional "housekeeping" effort, if we expect to regain our market share and regain the confidence from our customers and the marketplace. We need to show we are capable of listening and have the "passion" to continue to simplify upgrades, new installs, process flows and the overall use of the E-Business Suite. The recommendations made in this document will serve as a "catalyst" for this to occur.

The field is in a very advantageous position to listen to our customers, and in many cases our customers - know the product better than we do – and we need to accept that. We (EMEA & APAC) have taken these comments from our customers, analysts, partners and employees and consolidated them to one document.

These recommendations are not considered enhancements. We consider them fundamental gaps, inconsistencies or duplication of effort within the E-Business Suite architecture.

The competition has been extremely aggressive in pointing out these weaknesses within the R11i architecture. Some of these issues are so fundamental, that it exposes our development environment as "best of breed" rather than one unified software vendor. Secondly, correcting these issues should once and for all eliminate the point solutions providers (i.e. Siebel, Ariba, C1, i2, Astea), who still cause us some grief in numerous deals and strengthen our value proposition against SAP & PSFT.

We believe these "fundamental gaps" are serious enough and should be prioritized & addressed by development accordingly. This document breaks them into three categories:
- General Product Requirements
- Integration Issues (between ERP and CRM as well as in each group)
- Duplication/Overlap (between ERP and CRM as well as in each group)

For each issue, we have provided a summary description of the problem and an explanation of the derived benefits to development and the customer, assuming the issues will be re-architected & resolved. In this case we need to ensure that we are providing our customers a migration/upgrade path, that allows them a transition as smooth as possible.

To summarize, by addressing these issues, we would definitely strengthen the Oracle E-Business Suite product & message and would improve current implementation installs & upgrades as well as improve our sales positioning. Lastly, this would go a long way to exemplifying customer-centricity.

As a next step, we would welcome the opportunity to sit down with development and discuss them in greater detail.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069913

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

## Duplication/Overlap

This section contains all those areas where there are significant overlaps in functionality in the Application or more important the technology used, leading to duplicate effort for our customers in terms of maintenance and training.

| # | Duplication/Overlap |
|-----|---------------------|
| 1.1 | iSupport, iStore, iReceivables, iCustomer Portal and Collections |
| 1.2 | Sales Modules – Duplication |
| 1.3 | Multiple Item definitions |
| 1.4 | EAM and ASO |
| 1.5 | Oracle PDX, Oracle iSupport and Quality Online |
| 1.6 | Grants Management & Projects |
| 1.7 | Approval Management |
| 1.8 | Planning Engines |
| 1.9 | Duplication of Quality functionality (OPM,ERP) |

### 1.1 iSupport, iStore, iReceivables, iCustomer Portal, Collections

Why do customers need 3 or 4 products to show variations of the same data, if I have the Customer Portal; why do I need to have the iSupport portal in addition?

We should provide an Application Module i.e. Self Service Customer, with tabs for each area of functionality, these tabs can be exposed dependent on license purchase and could be reconfigured by our customers according to their needs using the Oracle Portal technology.

Customer Benefit:
- Simplify customer experience with a Single User Interface UI for customer facing Self Service functionality with mutiple tabs for Store, Orders, Invoices, Support, & Receiveable.
- Less training, less confusion, lowers Total Cost of Ownership

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.2 Sales Modules - Duplication

There are several Sales modules having similar functionality for different sets of users with different technologies:

- OSO, OTS, Customer Care have overlapping functionality
- Quoting, Order Management, iStore
- Sales Contracts, Sales Agreements

It appears more logical to map the entire sales cycle (across industries) into distinct sub-processes:

- Customer/Partner Management, Contact Management, Lead Management, Opportunity Management, Configuration, Quoting, Proposal Management, Order Capture/ Entry/ Maintenance, Sales Contracts, Lease Management, Payment Management , Incentive Management, Link to Project Management,

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069914

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Having only one sub-module that handles each of the above such that each of them is configurable separately for an user/role/ responsibility and sub-modules accessible across applications

Back to Duplication/Overlap

## 1.3 Multiple Item Definitions

Currently the E-Business Suite contains two item master definitions (Inventory and iProcurement. There is also two Item Category definitions available (Category Sets and iProcurement categories) that needs to mapped.  This is causing synchronization issues as well as limitations in the consolidated Intelligence that we can get from the Procurement Suite.

Also for the PDX product we are not leveraging the existing Item definition but the Exchange platform definition of an item. Considering the issues that exist in most Product Organizations which is the hand off between Engineering and Procurement with the Item definition and the associated attributes, there would be a huge benefit for customers, if they could simply access the same information (i.e. Purchasing uses the same (extended) information about the item as the Development organization)

Customer Benefit:
- Simplify customer experience with a one Product Master definition / schema with extension tabs for iProcurement, SCE, & PDX data elements and import / export API
- Less training, less confusion, lowers Total Cost of Ownership

Oracle Benefit:
- Compelling reduction in development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

## 1.4 Enterprise Asset Management and Advanced Service Online

Why do we have different modules to accomplish same or similar business requirements? With attendant issues of duplicate data entry in different forms , differnt applications, aso.

We need  a single unified eBusiness solution for Planned & Preventive Maintenance of Installed base items, configurations & models.

It should provide the capabilities for complex configurations & models , service jobs with repair kits with differnt complexities of degree of fix. An ability to handle Aerospace / Defence, Commercial/Industrial , High Tech and Industrial Projects i.e. Jacobs or Bechtel Airport/Hospital building.

Customer Benefit:
- Simplify customer experience with a unified eBusiness solution for Planned, & Preventive Maintenance of Installed base items.
- Less training, less confusion, lowers Total Cost of Ownership
- Provides a major competitive advantage: Kit versus Suite across Industries.

Oracle Benefit:
- Eliminate the duplicate costs of development and ongoing support for multiple sets  of programs  & data entities and the related integration issues to the same business objects.
- Compelling reduction in associated support and training costs
- Easier positioning of the products

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069915

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

Back to Duplication/Overlap

### 1.5 Oracle PDX, Oracle iSupport and Quality Online

Customers are faced with having differently behaving program routines in different modules which confuse them. For Oracle this means Duplication of Programming effort and ongoing support costs.

We would need a single unified eBusiness solution for placing an enhancement request ideally one set of program code referenced in PDX, iSupport and Quality Online.

Customers would need to have one system for developing a product and another one for maintaining it. This makes no sense as a development organizaiton needs to understand what issues come up in the implementation/usage of a product so it can make use of it in the design of the next version of the product.

Additionally iSupport does not carry project information, so that a full cost tracking of a specific product for a specific project is impossible (thinking of service and warranty costs as part of the total costs for ROI calculations).

Customer Benefit:
- Single definition of an Enhancement request (or issue), single definition of escalation procedures, …

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

Back to Duplication/Overlap

### 1.6 Grants Management and Projects

Grants Management and Accounting are both using projects related data and when customers demand both, it becomes obvious, that there are some overlaps in the two product sets, and the positioning becomes difficult. Further more Grants lack integration to Contracts and at the same time deals with contract data. Could Grants be an enhancement to Projects and/or Contracts instead of a separate module?

Back to Duplication/Overlap

### 1.7 Approval Management

Currently there are multiple Engines/Processes, taking care of necessary Approvals within the different modules, sometimes with independent repositories. Below is a list of Oracle Modules which offer Approval functionality:
- Self-Service Human Resources
- CRM Quotes
- Web Expense
- iProcurement
- Invoices
- Analytic Solutions
- iReceivables
- iLearning
- iRecruitment
- Quality
- Training Administration (OTA)
- Property Manager
- Fixed Assets (Self-Service Asset Transfer)

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069916

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Projects
- Process Manufacturing
- Contracts Modules (Sales, Service, Rights)

There is the Oracle Approvals Management (OAM) Development Activity within Oracle. Once OAM has been integrated with a module of the suite, the customers can implement most imaginable rules in OAM without customizing any Application code. OAM should be adopted throughout the ERP and CRM suites.

Using OAM to manage your Application's approvals processes has advantages for our customers and for Oracle (Development, Sales, Consulting, Training, Support). Here are some of them:

Customer Benefits:
- Our customers can manage approval processes for many Modules with the same tool. This reduces the learning curve that customers face when adopting the E-Business Suite and also reduces confusion as to why customers have to setup approval rules multiple times for multiple modules.
- OAM lets customers share approvals rules among different modules, making it easy for customers to create and maintain standardized business rules for their entire organizations. Using different Approval Repositories makes it harder to setup the same rules everywhere. Eg. it could happen that a Manager can approve until 10,000 USD in one module, in the other until 100,000 USD.

Oracle Benefits:
- The different Product development teams don't have to re-invent the approvals-logic wheel. Instead, they are free to build robust domain-specific functionality into the individual modules.
- Suite vs. Kit: OAM would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support only have to learn one module for the whole Approval topic. Oracle people experienced with OAM from one module can support the other modules in that perspective, too. Oracle Consultants (or our customers) can easily extend OAM's building blocks in a variety of ways, without altering any OAM source code. This makes it simple to extend OAM to meet existing functional requirements, and it dramatically reduces the cost and difficulty customers face in building custom approvals processes into a module.

Back to Duplication/Overlap

## 1.8 Planning engines

There are several planning/scheduling engines in the ERP- and CRM-Suite. Below is a List of modules which offer that functionality:

- CRM Service
- Advanced Scheduler
- Advanced Service Online
- CRM Spares Management
- Project Resource Management
- Advanced Planning & Scheduling
- Inventory Optimization
- Supply Chain Planning
- Enterprise Asset Management

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069917

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Sometimes the Planning/Scheduling engines are running seperately to each other, creating independent results. Conflicts could result in Planning/Scheduling of resources between

- internal and external activities. Eg. a resource is already engaged in an internal plan (manufacturing) and is also put into an external one (service) at the same time.
- two internal activities. Eg. using Oracle Spares Management, a field service organization can automate and streamline all aspects of managing spare parts inventory in the field. At the same time Inventory Optimization optimizes the Inventory Stock Levels from a Manufacturing perspective, maybe for the same items.
- two external activities. Eg. a resource is planned within an external project through project resource management and is also put into a service case through Oracle Service.

There would be benefits of putting together these different Planning/Scheduling engines getting rid of the above mentioned problems. A start point could be consolidating at least similar topics. Eg. consolidation of

- Planning for Human Resources within Project Resource Management and CRM Service (Advanced Scheduler, Advanced Service Online)
- Planning for inventory items within CRM Spares Management and Inventory Optimization.
- One of the products that is missing from our call center suite is a Workforce Management Solution.  This is similar in requirements to the resource planning functionality of our other products, but in a call center, Workforce Management is based on historical call volumes.  By building 1 complete resource management product,  we could also fills a serious gap in our call center offering. Therefore integrating a central Workforce Management solution into Call center as well would be beneficial.

Using consolidated Planning/Scheduling has advantages for our customers and Oracle (Development, Sales, Consulting, Training, Support). Here are some of them:

Customer Benefits:
- Our customers can manage Human Resource Planning/Scheduling and Inventory Planning with less similar tools. This reduces the learning curve that customers face when adopting the Planning/Scheduling Modules.
- One consolidated Planning/Scheduling Application lets customers share information among different Modules. Resources are not planned twice at the same time. One consolidated inventory stock-level result possibly replaces two different ones.

Oracle Benefits:
- Suite vs. Kit: Consolidated  Planning/Scheduling engines would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support have to learn less modules for the whole Planning/Scheduling topic. People done work in one Planning/Scheduling topic are able to support other modules, too.

Back to Duplication/Overlap

## 1.9 Duplication of Quality functionality

There are several Quality modules in the ERP- and CRM-Suite. Below is a List of modules which offer that functionality:

- CRM Service

Oracle Corporation Confidential – For internal use only
12

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069918

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- o   Quality Online
- Discrete Manufacturing
  - o   Quality
- Process Manufacturing
  - o   Quality Management

Oracle Quality Online is an application that allows corporations to track and manage product defects, enhancements and associated tasks. Quality Online completes the support loop by unifying customer service, product marketing, and engineering to provide an efficient, fast, and consistent solution to the customer. The focus of this Quality module is the focus to catch the customer information regarding the product quality.

Quality from the Discrete Manufacturing suite is an enterprise-wide quality management system that lets you collect, distribute, and analyze critical quality data throughout the supply chain. Oracle Quality has tight integration with Oracle Work In Process, Oracle Flow Manufacturing, Oracle Purchasing, and Oracle Supplier Management Portal.

Oracle Process Manufacturing Quality Management controls and communicates quality of your products and processes across the enterprise. All process manufacturers face the challenge of producing consistent products from ingredients and raw materials of varying quality.

A consolidated Quality Management System would provide several benefits:

Customer Benefits:
- Our customers can manage Quality issues with one tool. This reduces the learning curve that customers face when adopting the Quality Application. Issues in the process, discrete and/or customer area can be handled in the same system.
- One consolidated Quality Application lets customers share information among different Modules. Eg. customer's feedback can be used directly within the production process.

Oracle Benefits:
- Suite vs. Kit: Consolidated Quality Management in the process, discrete and/or customer area would be another proof for the message that Oracle Sales can use.
- Oracle Consulting, Sales, Training, Support have to learn less modules for the whole Quality Management topic. People done work in the Quality Management topic from the discrete Manufacturing area are able to support the other industries (CRM, Process), too.

Back to Duplication/Overlap

Go to next Paragraph

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069919

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Integration Requirements – "Best of Breed vs. Suite"

This section contains all those requirements that are deemed critical to overcome the lack of integration between the E-Business Suite modules (ERP/CRM) as well as the lack of integration within the individual groups of modules.

| # | Integration Requirements | Demo-able | Sell-able | Implement-able |
|---|---|---|---|---|
| 2.1 | Projects integration to CRM and ERP | N | N | N |
| 2.2 | Multi Org Support for ALL CRM Modules | Y-partial | Y-partial | Y-partial |
| 2.3 | Cost Rollup for Contracts | N | N | N |
| 2.4 | Demand Planner and CRM integration | N | N | N |
| 2.5 | Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement | N | N | N |
| 2.6 | Process Manufacturing Integration with CRM | N | N | N |
| 2.7 | One Budgeting engine, Financial Treasury Information & Datamodel for all Apps (Projects, GL, Service, HR,...) | N | N | N |
| 2.8 | HRMS Payroll Integration to CRM | N | N | N |
| 2.9 | iLearning integration with E-Business Suite (HRMS, Marketing, Service,...) | N | N | N |
| 2.10 | Order Management & Purchasing integration for consolidated view on Logistics | N | N | N |
| 2.11 | Configure a contract | N | N | N |
| 2.12 | Oracle Quality integration to Install Base | N | N | N |
| 2.13 | Configurator to Sourcing | N | N | N |

Go to next paragraph

### 2.1 Projects integration to CRM and ERP

One example of the lack of integration between Projects and CRM/ERP is the Product Lifecycle Management process. Product Lifecycle Management covers the process from the idea of a product until the retirement of the product or service that has been "developed", sold, shipped, delivered.

The business process does not only span the "development" of ideas, knowledge management and the true Product Development activities (normally in a project environment) but also covers manufacturing with the feedback loops into Development, Selling, Shipping and Invoicing of shipped goods/services , Servicing of goods as well as retirement and replacement of the goods/services with new goods/services.

Companies should ideally be able to track cost not only for the development of a product/service, but the costs throughout the whole lifecycle from cradle to grave and should have visibility across all relevant activities. Some Key Industries that would benefit from such tight integration are: Telco, Service Industries, Automotive(Warranty costs), ...

In that respect we would require a unified definition of foundation elements (e.g. Task which is defined for CRM apps in OSO, Service etc. But a different and mutually exclusive definition in Projects related Work Breakdown Schedules).

Also there is no possiblity today to reference a project with a service contract (i.e. referencing a project related service agreement with your project customer is not

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069920

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

possible, which impacts your overall capability to compare total project costs with the total project revenue).

The need would be to introduce Project and Task reference in those modules in order to be able to track costs for all activities related to a Project (Program) similar to the excellent coverage in the whole of the ERP Apps as well as some extensions on functionality !

This referencing impacts nearly all CRM Modules (except Sales Online for which a initial patch has been delivered to our knowledge to enable the reference of a project to a lead).

Customer Benefits:
- Ability to track costs throughout the lifecycle of a project
- Ability to get visibility across Services delivered for a project, …
- Inconsistency in the use of terminology would go away reducing training and explanation effort.

Oracle Benefits:
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.2 MultiOrg Support for ALL CRM Modules

Requirement for all the CRM Modules; both forms based, and HTML based to offer the user the same multi-org view of Oracle E-Business Suite data where applicable based on User ID and security.

This speaks to the earlier requirements on Common Applications Technology across ERP & CRM modules, and the Consistent usage of Application Objects and Schema, in that table structures should provide for the multi organizational view of data where there is a legitimate business reason. It may not be appropriate for one customer using a self service application to see another customer's data

Key to this is the concept of UTF-8 (for true support of a single global installation with multiple double byte character set languages) and multibyte support for the entire suite.

Specifically within APAC, lack of Multibyte support across the various front-office systems is going to be a significant impediment to our success in China, Taiwan, Korea and Japan. The major challenges we face are:

- GCD (the Global Contact Database) is not compliant so we lack a common repository of customer information in Korea / China / Taiwan / Japan
- The processes / systems that load GCD and CRMAP are not compliant, so we have no way of loading multi-byte information into the system, and as a result a. do not capitalize on the customer intelligence gathered in a campaign, and b. cannot accurately report on the performance of a campaign (and our ROI).

The lack of multi-org capability within some of the CRM applications (namely Trade Management) does not allow a single installation within a multi-org environment.

Customer Benefits:
- Simplify User and Customer experience.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Improve the E-Business Suite complete offering.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069921

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

- Reducing effort of supporting custom extensions so lowering Oracle Development, Support & Implementation costs over time.

Back to Integration Requirements

### 2.3 Cost Rollup for Contracts

This is a real business issue for Prospects, and damaging for Oracle Sales campaigns to prospects (i.e. Unlike Oracle Manufacturing, we cannot identify accrued costs against a Contract over time.) Customers using Oracle Contracts cannot answer simple questions such as: „Are we profitable? unprofitable? should we try to renegotiate?"

Customers should be able to have the Contract Price / Value compared to Billed to Date, compared to Actual Cost to Date, by Contract, by Contract Category, by Customer,...

We need to have data elements to support Actual Costs for Employee hourly rate i.e. Normal, Overtime 1, and Overtime 2 (which we do have in our Oracle Projects Modules). We can identify Purchase Costs for Materials, and Expenses, we also need to have a data elements to show any overhead markup .

Thebest example how it should be is the Work-in Progress Report from Oracle Manufacturing. This is a Sales Issue at Lanier, Atlas Copco, and Canon Copiers. We currently handle this by use of user defined data in flexfields and custom Discover Reports. Should be standard functionality just like our competitors do (Contract specialists Astea and Metrix have it)

Customer Benefits:
- Ability to track the Contract Price / Value compared to Billed to Date, Compared to Actual Cost to date by Contract , by Customer, by Contract Category.
- No need to set up expensive custom solution: therefore reduce Total Cost of Ownership.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Improve the E-Business Suite Contracts offering.
- Reducing effort of supporting custom extensions so lowering Oracle Support costs over time.

Back to Integration Requirements

### 2.4 Demand Planner and CRM Integration

The capabilities to perform an integrated planning in the E-Business Suite is broken. The concept of Oracle Demand Planning is to pull demand information from a number of sources including Marketing, Sales and Manufacturing.  For example salespeople develop their forecasts in Sales Online. These are aggregated regionally and nationally. Yet these are not able to be transmitted to the Forecasts used in Demand Planning, Supply Chain Planning, or Manufacturing Planning.

This implies that we cannot plan/produce according to forecasts or that customers have to manually rekey the information entered in CRM into the Forecasting modules of Oracle ERP.

This behaviour is totally undermining our „integrated Suite" message for customers using both parts of the suite.

Customer Benefits:

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069922

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Ability to aggregate Sales and Marketing forecasts in customer facing applications and pass demand to Forecasts used in Demand Planning, Supply Chain Planning, or Manufacturing Planning applications..
- Showcase compelling integration of E-Business Suite applications.

Oracle Benefits:
- Address major functionality gap and improve our competitive offering.
- Identify and sell another key Business Flow – Forecast to Delivery ( Sales Forecast to Customer Delivery )
- Kit vs. Suite Sales Message would be strengthened.

Back to Integration Requirements

### 2.5 Oracle Sourcing, Oracle Contracts for Procurement and Oracle Procurement

Oracle Sourcing as a module for the Negotiation of Purchase Contracts allows external partners (in this case suppliers) to collaborate in the negotiation of contracts, by taking away much of the manual work that would need to be performed by our customers to enter contract specific information into the Application (i.e. Pricing, Shipment, Payment terms and conditions, aso.

As there is no integration on the Purchasing Side between a Procurement Contract in Purchasing and a Procurement Contract in the „Contracts for Procurement" module, negotations are only done for the transactionally relevant information of a Procurement Contract and not the extended terms and conditions in a Procurement contract.

Oracle Purchasing holds information for Pricing, Items as well as high level Terms and conditions, whereas Contracts for Procurement focusses mainly on the Contract administration of the Terms and Conditions (where its main strength is). Also Oracle Purchasing currently does not leverage the TCA model, whereas Contracts does, which would require synchronization procedures to be put in place. At this point the TCA Support topic comes into view again.

In order to achieve a true Sourcing of goods and services and the collaborative negotiation of terms and conditions with suppliers, the Contracts and Sourcing modules would need to be integrated (for the beginning on the Procurement side, but ideally across all contract relevant business areas in order to enforce our message regarding the collaboration aspect of applications).

Customer Benefits:
- Negotiation of Contracts would be done collaboratively and information provided by the Supplier would not need to be rekeyed.
- Full Contract Management solution that is integrated with the operational Procurement system.

Oracle Benefits:
- Kit vs. Suite Message would be strengthened.
- Single repository for Contract related information and therefore reduced Support & Maintenance effort.

Back to Integration Requirements

### 2.6 Process Manufacturing Integration with CRM

The existance of two Inventories (Discrete & OPM) although planned for convergence in a future release, creates an integration problem when using CRM Service.  CRM service currently is only integrated with the Discrete Inventory.  Work-arounds are possible through the implementation of both Discrete & Process Manufacturing, however issues

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069923

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

(as identified by our implemenation partners at key sites ie AS Watson in Hong Kong) include:

- There is no ability to automatically transfer stock from a Process Organisation to a Discrete Organisation.  All finished goods will be required to be transferred from Process Inventory into Discrete Inventory (as all items need to be shipped from Discrete) and there is currently no automatic interface between the two applications.
- Costing set-ups are required for both Process and Discrete.  When setting up a Discrete inventory organization, it must have a costing method assigned. This field is <u>Not Updateable</u> once a transaction has been placed through inventory i.e. once the first sales order has been entered in order management and shipped through inventory. If one particular method is chosen in preference to another, this cannot be changed and would result in re-configuration of the inventory organization.
- An Item Master would be held in both Process and Discrete. However all items must be entered into the Process Organisation as the sychronisation is one-way from Process to Discrete. Further updates would be required to assign further item attributes, item categories etc.

Customer Benefits:
- Eliminate the requirement to implement both Process & Discrete Manufacturing (if not require)
- Reduction in complexity when implementing Process Manufacturing & CRM

Oracle Benefits:
- Complete integration of Oracle Process Manufacturing with CRM Service, therefore completing the Oracle Integration Message

<u>Back to Integration Requirements</u>

### 2.7 One Budgeting Engine, Financial Treasury Information and Datamodel for the whole E-Business Suite

Currently we have budget and funds control functionality spread across the E-Business Suite:
- Oracle General Ledger
- Public Sector Budgeting
- OPSFI Budget enhancements
- Labour Distribution
- Spreadsheet Support
- Projects
- Grants
- OFA

In demos we often have to jump between these modules in order to adress a specific budget requirements and sometimes the integration between the various modules is lacking (Projects <> General Ledger). Our total budget functionalities are impressive but in real life we have a hard time articulating and demonstrating these, and it is not easy for the sales field to position the various solutions.

Within Treasury there is also a requirement for a consistent Exchange Rates and Currency Table within Treasury and GL to avoid duplication.  The development of a consistent Bank account "model' would also eliminate the current duplication which exists with Bank accounts being maintained in Treasury, CM, AP etc.

<u>Back to Integration Requirements</u>

ORACLE
CONFIDENTIAL

NDCA-ORCL 069924

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### 2.8 HRMS / Payroll Integration with CRM

The integration between HRMS / Payroll and CRM is not complete. Some specific examples can be highlighted:

- OAB (Advanced Benefits) needs to integrate with Call Center. There is a Benefits Summary Screen in OAB, this needs to be used by reps in the call center. This is why we created the screen, however the integration is not complete
- Sales Compensation needs to integrate with the payroll module.
- OSO - sales hierarchies are created in Resource Manager and this is separate from any hierarchy included in HR, which makes it difficult positioning the "one suite" message into existing HR Accounts.

Back to Integration Requirements

### 2.9 iLearning Integration with E-Business Suite

iLearning is currently not fully integrated with the E-Business Suite, and even some of the basic integrations (i.e. iLearning <> HRMS) is not completed. We have indications of a good potential for iLearning from many industries but without the integration we are limiting our potential. The lack of integration between iLearning and Oracle Student System is also a key constraint in our value proposition for Higher Education.

Back to Integration Requirements

### 2.10 Order Management  Purchasing integration for consolidated Logistics

Currently the E-Business Suite does not offer a comprehensive view on shipments and logistics. Order Management does to some extent support the planning and execution activities for the shipment of goods to customers (outbound logistics). The functionality will be greatly enhanced when Oracle Transportation is released. However, on the Procurement side (Inbound Logistics), we do not offer the same capabilities, and we are not even using the same datamodel for the shipments of goods that the Order Management Development Organization is using. Furthermore, there is no similar support for internal Logistics.

An integrated Logistics Module would address these Business Needs (Inbound-, Outbound- and Internal Logistics), and address an area that few/none of the competitors can address today. This would also need the integration to Oracle Purchasing so that a Transportation Purchase Order is being issued and the Transportation (AP) Invoice can be matched. Also return Logistics would need to be covered.

Customer Benefits:
- Specifically for customers, where Shipping and receiving is handled by the same organizational group this would be a huge benefit, as they would have reduced training efforts

Oracle Benefits:
- Single View on Shipments, leading to a consistent Inbound and Outbound logistics solution for both sides of the E-Business Suite.
- Reduce duplicate Development of Shipment related functionality
- Harmonize functionality and extend in only ONE place.
- Stronger Play against the Niche Transportation Apps Providers

Back to Integration Requirements

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069925

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

### 2.11 Configure a Contract

Our customers/prospects want to quickly create contracts from scratch for their customers. They need the ability to select Price-Lists, Articles and Sections, Line Types, Coverage, Covered level and Billing based on options & rules.

This applies to all Contracts modules that exist and that will become available. This relates also to the Integration between <u>Oracle Configurator to Oracle Sourcing</u>.

Sales Requirement here is to configure the terms and conditions of a contract – so that if I quote this customer with this product I get these prices, this billing profile, these article and these conditions. The same applies to the Negotiation process on the buy side as well on all other types of contracts.

Customer Benefits:
- Specifically for customers to configure the terms and conditions of a contract – so that if I quote this customer with this product I get these prices, this billing profile, these articles and these conditions. The same applies to the Negotiation process on the buy side as well on all other types of contracts.

Oracle Benefits:
- Address major functionality gap.( competitors already provide this feature ).
- Improve the E-Business Suite Contracts competitive offering.
- Kit vs. Suite Sales Message would be strengthened.

<u>Back to Integration Requirements</u>

### 2.12 Oracle Quality integration to Install Base

Customers want the ability to track quality issues in the installed base, ie are particular components or or model items failing regularly, can we predict the chance of failure. Very useful for the customers and the Service Organisation.

We would need to integrate Oracle Quality to the Installed Base to leverage the powerful inquiry & reporting features of Oracle Quality. Also the Oracle Quality reports could be published on the the iSupport page if service provider wished to inform particular or all customers about quality issues as preventive measurement. This also provides feedback to Sales / Product Development and Manufacturing and closes the Quality Loop.

Customer Benefits:
- Ability for service providers and customers to track  quality data: i.e. faults, problems, of installed base, fix rate, time to failure, time to repair.
- Ability to provide feedback to customers, field service, manufacturing and product development about installed base reliability & quality metrics.
- Track profitability of models, and installed base items.

Oracle Benefits:
- Address major functionality gap, ( competitors already provide this feature ).
- Kit vs. Suite Sales Message would be strengthened.

<u>Back to Integration Requirements</u>

### 2.13 Configurator to Sourcing

If we are looking at the capabilities of Oracle Configurator and imagine to add those on top of the Sourcing engine, we would have an excellent tool to construct a RFQ/Tender specifically for complex products/services but also for Public sector requirements.

Customers could have a repository of rules that would populate attribute lists and attachements in an RFQ based on questions/topics selected in the configurator, thus

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069926

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

leading to a guided RFQ development not only from a process, but also from a content perspective.

Customer Benefit:
- Ability to easily create a RFQ/Auction based on rules rather than having to manually enter the values.

Oracle Benefit:
- Extend the reach in the eSourcing market as well as specificlly the Public Sector.
- Leverage existing functionality and at the same time dramatically enhance the Sourcing capabilities in the Procurement Suite

Back to Integration Requirements

Go to next paragraph

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069927

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## General Product Requirements

This section contains all those requirements that are critical for the success of the Oracle E-Business Suite overall and are not specific to one or only a couple of modules but spans the whole breadth of the application.

| # | General Requirements | Demoa ble | Sellab le | Implement able |
|---|---|---|---|---|
| 3.1 | Common Application Technology | N | N | N |
| 3.2 | Common UI | N | N | N |
| 3.3 | Calendar API (integration to Outlook, Lotus, others) | Y | N | N |
| 3.4 | Consistent Usage of Application Objects and Schema | N | N | N |
| 3.5 | Multi Currency Support | Y – partial | Y – partial | Y – partial |
| 3.6 | Security | N | N | N |
| 3.7 | Mobile Solution Support | Y – partial | Y – partial | Y – partial |
| 3.8 | Multi-Company enabling of E-Business Suite | N | N | N |
| 3.9 | Provide more API's and provide a repository of APIs | Y – partial | Y – partial | Y – partial |
| 3.10 | Integrate BIW Apps into the Ebus data model and workflow | N | N | N |
| 3.11 | Common Reporting Tool/Architecture | N | N | N |
| 3.12 | Process Navigator for the whole E-Business Suite | Y – partial | Y – partial | Y – partial |
| 3.13 | Industry Specific Terminology | N | N | N |
| 3.14 | Oracle E-Business Suite Link to MS Office (Word) | N | N | N |
| 3.15 | HTML Customization | N | N | N |
| 3.16 | Clear and Common Integration Strategy | N | N | N |
| 3.17 | Translation of Custom Applications | N | N | N |
| 3.18 | Multi Language Support | Y- partial | Y- partial | Y-partial |

### 3.1 Common Application Technology

Currently there are two technolgy frameworks used for the CRM-side and the ERP-side of the E-Business Suite. This obviously leads to an overhead in the product as well as differences in the setup and sometimes duplications.

The CRM development is using the Java Technology foundation (JTF) and the ERP Development is leveraging the OA Framework for its Selfservice modules.

CRM uses its XML Services Framework for Integration to 3rd party applications whereas ERP is using the XML Gateway technology developed by the Workflow Development team. For an integrated suite it would be beneficial to have only ONE technology foundation and framework to lead to the following benefits:

Customer Benefits:
- Ease of maintenance and deployability
- Reduced Training effort for staff.
- Overall leading to reduced Total cost of ownership

Oracle Benefits:
- Focused and therefore reduced Development effort.

Oracle Corporation Confidential – For internal use only

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069928

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Reducation of redundancies in the development of the "same" or "similar" functions.
- Elimination of two security models for EAI (Enterprise Applications Integration)
- Elimination of inconsistent support for EAI between the two stacks (ie level of abstraction exposure)

Back to General Product Requirements

### 3.2 Common User Interface

Within the different teams (CRM/ERP) the development is drifting in different directions. This is the case due to the underlying technology differences (as desrcibed above) but also due to different approaches in the UI design (as can be seen from the different UI Strategies for ERP and CRM)

Market perception is not very user friendly compared to competitors (mentioned at Staples, Warner Brothers, Cathay Pacific, ... ). Competing against Siebel and Peoplesoft show a consistency in their HTML.

Customer Benefits:
- Consistency across all of the E-Business Suite for UI Flows and UI design as well as customizability
- Reduced training effort for internal resources.
- Both leading to reduced total cost of ownership

Oracle Benefits:
- Reduced Development cost
- Leveraging synergies to achieve a competitive advantage

Back to General Product Requirements

### 3.3 Calendar API

Customers are requiring the ability in the E-Business Suite to link to non Oracle calendar systems to download appointments, events to local disconnected calendars laptop or Palm etc. This is a Sales Issue. At Swedish Post plus many of the Public Sector sales in U.K.

The products that are mainly impacted by this are Sales Online, Marketing Online, Service Online, EBusiness Center, Telesales / service, Oracle Projects

The functionality would put customers into a position, to extract Calendar information from Oracle´s E-Business Suite into third party calendar applications such as MS Outlook, Lotus and Eudora (Priority in here is the Outlook integration).

Customer Benefits:
- Ability to download Oracle Calendar data to local user devices and applications
- Eliminate redundancy of user data
- Improve staff productivity - Leverage Cost Savings

Oracle Benefits:
- Address major sales objections
- Leveraging synergies to achieve a competitive advantage

Back to General Product Requirements

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069929

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

### 3.4 Consistent usage of Application Objects and Schema

Oracle would hugely benefit from a single usage of Application objects and schema in E-Business Suite for objects like Tasks, Territories, Resources, Interactions, Assignments, Escalations and TCA.

Example : Territories are defined in OSO, which are different to the ones in Order Management. Projects holds information about hourly rates for a resource, but Contracts does not (for Service and Repair under a Service contract). PO/AP are still not using TCA.
It is also important to stress that specifically for TCA we need Industry specific extensions as demanded for Financial Services.

Also extending and sharing the CRM Foundation across the entire E-Business Suite in order to provide a true 360 degree view. This would require combining all aspects of 'Party (not just sell-side only) Information' into a 360 degree view. For example:
- Party Info – Addresses, Contacts, Relationships
- Transactions Info – Quotes, Orders, Invoices, Payments, Invoice Disputes (iReceivables), Installed Base, Contracts, Service Requests, Service Resolutions Details, Return

Customer Benefits:
- Consolidation of data table setup
- Simplification of establishing complex relationships.
- Reduce Total Cost of Ownership

Oracle Benefits:
- Streamline application setup.
- Reduce Oracle Support Cost over time.

Back to General Product Requirements

### 3.5 Multiple Currency Support

The requirement for full multiple currency support is a fundamental requirement for the development of all Oracle Applications (as applicable). The lack of this functionality within Projects, for example, severely impacts the ability to successfully deploy a global solution involving projects spaning multiple countries with multiple currencies.

Specific requirements which are impeded by this lack of this multi-currency support in Projects includes:  Requirement for Agreements, Funding, Billing Rates &  Budgeting.

Back to General Product Requirements

### 3.6 Security

Security is becoming increasingly important for customers transacting over the internet in order to prove their identity and therefore be able to perform transactions securely.

Also recent submission of various legislative requirements has forced companies to invest more and more in Security technology.

Oracle is able to communicate and validate the "unbreakable" message on our technology level but we are not able yet to provide this message on our E-Business Suite offering. We have no PKI support at the moment for authentication a user as well as signing transactions using Digital certificates in our E-Business Suite.

The concept of Single Sign-on should be extended to provide single sign-on for the whole E-Business Suite, not separately for Forms & HTML.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069930

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

Customer Benefits:
- Being able to perform secure transactions over the internet
- Ensure that transactions done on behalf of the company can be verified using Certificates.
- Compliance with legal requirements (specifically for Store owners and companies that offer goods/services over the web).
- Public Sector Organizations can to guarantee privacy of the data and the transactions

Oracle Benefits:
- Strengthening our "unbreakable" message and extending it into our E-Business Suite offering.
- Be the only vendor on the market that can offer an out of the box solution

Back to General Product Requirements

### 3.7 Mobile Solution Support

In the EMEA marketplace our Mobile disconnected solutions are not competitive. Wireless solutions are still not sufficient.

The main issues we have with Mobile / Disconnected solutions are;

- the current MDG architecture - three-tier architecture. We need to remove the NT box and come to a two-tier architecture that is more attractive to customers, easier to implement and to maintain. We also need improved performance - hopefully a two-tier architecture also leads to that.
- backward compatibility for the mobile applications - in big implementations with thousands of service engineers it's important that upgrades are manageable
- we need Windows CE off line clients
- print possibility from the off-line service application - it's required that we can print an invoice or service sheet to a customer after completion of an engagement for the customer to sign for approval a functionality to review which tasks have been downloaded and which ones not - the functionality to be used by a dispatcher
- Quoting functionality in the off-line sales application
- Configuration functionality in the off-line sales application + many other functionalities...

Additional business issue here is to enhance stability of the customer facing Mobile Application products, to provide a robust replication of Core Application data for download and upload to mobile devices.

The data elements and data views involved in the replication should be similar and consistent on each device, whether laptop, palm or phone; i.e. no loss of functionality.

The data model / schema and the software technology should be the same for both application areas i.e. Field Sales and Field Service; so that Oracle can provide a single User Interface to the customer separated by tabs; say Mobile Service, and Mobile Sales. In some customer sites these functions are aligned.

Need to demonstrate and prove we can scale for large numbers of sales or service representatives i.e. Atlas Copco and Mettler Toledo say they require support for 4000 mobile users in Mobile Field Service – we have no reference or benchmarks.

The CRM Applications are:
- ☑ ☐ Field Service Laptop / Palm / Wireless

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069931

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

☑ ☐ Field Sales Laptop / Palm / Wireless

We also would need to expand our mobile footprint into other business areas, such as Procurement (!) , Supply Chain aso.

Customer Benefits:
- Simplified User Interface for customers for Mobile Service, and Mobile Sales.
- Simplified Technology for customers for Mobile Service, and Mobile Sales.

Oracle Benefits:
- Address major reliability issue, ( our competition Siebel & Peoplesoft attack us on this regularly – no common UI – different technologies etc.).
- Provide single platform for Mobile Support in CRM applications – reduce costs in development / support and implementations.

Back to General Product Requirements

### 3.8 MultiCompany enabling of E-Business Suite

This requirements is to enable the E-Business Suite to run in a single instance, not only for a single company or a single Group, but rather to enable it for multiple companies (ASP-mode).

An additional configuration layer in the Multi Org architecture would allow the company running the hosting service to configure which data is being shared across the companies as well as what information is segregated. This would make the solution very flexible and also applicable to Marketplace Exchange Operators, who want to broaden their offering into other modules of the E-Business Suite.

This functionality has been requested from various channels in EMEA and this functionality is a key to enter into specific business areas of Application Outsourcing with Business Partners such as Banks, Telcos, etc.

Customer Benefits:
- Firstly we would enable a more efficient usage of hardware for our clients -> **Lower cost of ownership**
- Secondly, we would be able to bring clients quicker and more cheaply on-board. A Multi-company install could include one "Standard" set-up based upon our pre-defined Business Flows, and then replicate this for every additional customer. This would decrease the implementation cost to a fraction of what clients face today. -> **Lower entrance cost for becoming an E-Business Suite user.**

Oracle Benefits:
- ASP companies appreciate our functionality today, but the need for these companies to run a new instance for every customer really is a big inhibitor to getting into this market. - > **Opportunity to expand the eBusiness Market Penetration through ASP's.**

Back to General Product Requirements

### 3.9 Application Programming Interfaces (API's)

At present there are several Application Programming Interfaces available, but from dealing with customers they are requesting "**more openness**" of our application, in terms of providing more API's that would suffice their needs. This is specifically required if we need to integrate our solution with ISV's to be able to offer a "industry flavoured solution" that we are able to successfully compete with other vendors that provide such solutions out of the box or with a similar strategy.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069932

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

Oracle Internal & Confidential

There are two levels of API´s that need to be covered:

- **Database-level API´s:**
  This level concerns transactional API´s (such as Purchase Order, Sales Order,Invoice,...) as well as seed data API´s (for synchronization of seed data between applications such as Items, Charts of Accounts,....)

  At present there are various API´s existing and various forms of API´s (Interface Tables, EDI, XML,....). Up to date there is no "consolidated" information available, about which API´s exist and in which form. Although this is a product specific task to build the API´s, we should have a centralized repository of transactions supported in the E-Business Suite.
  This could be probably achieved through the Rosettanet activities that are in progress at the moment and will require the application to be opened more in the mid term.

- **UI-level API´s**
  Another requirements coming under this topic is the opening not only of database-level API´s, but have API´s also published on UI level, that can be called to performa specific task in the application during a process (e.g. I want to pass the information of a bidder list from an external application into Oracle Sourcing during the creation of a Sourcing Document).

Customer Benefits:
- Integrate their legacy applications as well as industry specific solutions easily and quickly into our E-Business Suite with our proven middleware technology

Oracle Benefits:
- Improve our message to be "open" and "modular".
- Support customers with a framework that is flexible and extendable.
- Integrate ISV Applications to broaden our footprint into Industry and value added solutions.

Back to General Product Requirements

### 3.10 Integrate BIW Apps into the E-Business Data Model and Workflow

We require a simplified architecture and story for the integration of our BI Applications, such as Balanced Scorecard (BSC), Enterprise Budgeting & Reporting (EPB), ABM, Performance Analyzer (PA) into the E-Business Suite at all levels.:

It is key that we can use our BI Apps to add value to the complete E-Business Suite proposition without the need for extensive systems integration. Therefore we need tight integration at the data model and workflow level between the BI Apps and E-Business Suite.

- All BI Apps need to share common data structures with the E-Business Suite. It is expected that the EDW structures need to be tightly and automatically integrated with E-Business Suite
- Standard entities/naming conventions should be adopted – a 'customer' in BSC must become a 'party' etc
- The BI Apps data structures, however also need to be open to data from external data sources and also be capable of being deployed on non-Oracle application platforms to open up greater revenue opportunities.
- The BI apps themselves need to be developed, such that they can reflect the lexicon of different vertical industries and geographic regions.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069933

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

Customer Benefits:

- Integrated strategic planning and KPI monitoring , to ensure that overall business strategy is being delivered
- Enable different breed of e-BI applications to help support integrated planning and execution process..
- Getting timely information efficiently reduces the Total Cost of Ownnership and enables better decisions more quickly!
- Removes need for multiple copies of data and unnecessary systems integration

Oracle Benefits:

- Compelling & simple marketing message to prospects & customers.
- Remove a competitive "Achilles Heel" against SAP and Psoft
- Enables new breed of apps
- Cheaper development

Back to General Product Requirements

### 3.11 Common Reporting Tools/Architecture

We require a simplified architecture and story for reporting and analysis across the E-Business Suite. Today, we have a range of Intelligences (BIS), based around Reports & Discoverer. Some of these work on the Embedded Data Warehouse (EDW) structures, others work directly against operational tables and summary views, while some are hybrid. In the next release, we see the emergence of operational reporting portlets (called 'Racks' – ERP or 'Bins' - CRM).

The positioning for the above, alongside the marketing messages for Daily Business Intelligence and lack of integration in the Business Flows has caused. We need consistency in technical architecture, naming and positioning across the E-Business Suite.

We will need to review our eBI development/positioning in the following areas:

- All Intelligences need to be built with the same tools platform, against the same logical data (the EDW data structures + Business Views + MVs????)
- The above platform needs to also provide for integrated BI applications like Balanced Scorecard, Enterprise Budgeting & Reporting, ABM ,etc. Today we see transfer mechanisms, but not true data model integration. The latter is required to truly get integrated operational and analytical business flows.
- The above structures need to be Open to enable data from non-Oracle operational applications to be included. This needs to be managed via a clean set of interfaces – e.g. EDW structures use OWB; Business Views, populated via Public APIs and /or OAI
- To enable customisation and ease migration paths, a common metadata layer is required across the E-Business Suite. The existing PMF structure and tools will need to be provided as part of E-Business Suite core foundation rather than part of BIS..
- We need to clarify what DBI is, in terms of product – does it include Intelligences, PMF, EDW or is it simply the operational reporting portlets delivered with each E-Business Suite model

Customer Benefits:

- Ease of use and understanding of the role and value from deploying Oracle's packaged BI solutions.
- Fast and efficient information analysis.
- Getting timely information efficiently reduces the Total Cost of Ownnership and better decisions more quickly!

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069934

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

- Enables Daily Business Intelligence

Oracle Benefits:

- Compelling & simple marketing message to prospects & customers.
- Remove a competitive "Achilles Heel".
- Enables new breed of integrated operational and analytical apps, i.e. supports complete business flows.

Back to General Product Requirements

### 3.12 Process Navigator for the whole E-Business Suite

*The Process Navigator is an excellent tool!* For presenting to the prospect the Oracle Business Flows; reinforcing our message, which is delivered by Oracle Consulting with the implementation of the Oracle Business Flows or Fast forward Flows.

We need to support this across the whole E-Business Suite (i.e. CRM modules for Process Navigator, i.e. icon driven business process selector such as exists in ERP Modules viz. Order Management Processes tab examples of " Physical Inventory", or „Assemble to Order Process")

These icon driven diagram flows should reflect the best practices of operational procedures and should bridge over from our Sales message into the implementation. This function is very liked in sales demos and illustrates very well Oracle Business Flows;

The Processes tab does not even appear in the CRM applications i.e. Customer Support. Contracts Manager, Service Contracts, Field Service Rep, Incentive Comp., Knowledge Base Agent, Telesales Agent, Telesales Manager.

It does appear in Depot Repair Superuser ( is this really an ERP application ?). The tab is in Field Service Manager, Sales Administrator, but there are no process flows populated.

Customer Benefits:

- Reinforce our ease of use message for Oracle Business Flows.
- Faster implementations will Lower Total Cost of Ownership.
- Deliver a faster R.O.I

Oracle Benefits:

- Strengthening our "Oracle Business Flows" message.
- Streamline application setup.
- Reduce Oracle Support Cost over time.

Back to General Product Requirements

### 3.13 Industry specific Terminology

Different industries use different terms for the same object. What is called a 'customer' in Telco is called a 'citizen' in Public Sector or a 'partner' in another industry. Some of these terms are very key to the user, and hence each time our solutions refers to a 'customer' the civil servant gets confused and therefore get the impression that the solution is not build for them! Some hundreds of words have been identifyed as different between privat sector and public sector, and we believe that similar numbers are true for other industries. Currently we have no support at all for this issue – and the Folder Technology, which is a cumbersome tool, only adresses parts of it.
We really need one single point where the prompts in the whole E-Business (ERP, CRM, EBI, Forms, HTML, Reports, Workbooks etc...). are managed centrally.

In designing a solution for Industry Specific Terminology it is important to allow multiple "terms" to co-exist in a single database to support Companies covering multiple

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 069935**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*Oracle Internal & Confidential*

industries and the concept of Multi-Company enabling of the EBusiness Suite.  In addition the solution needs to accommodate translation for multi-language support.

Customer Benefits:
- Customers can easily translate their custom applications
- Customers can choose to use Oracle terminology or their Industry terminology by just managing this external dictionary
- Will Lower Total Cost of Ownership.

Oracle Benefits:
- Remove a major competitive sales objection as SAP can do this today
- Leveraging synergies and achieve consistency in our products

Back to General Product Requirements

### 3.14 Link to MS Office (Word)

We need the ability in the whole E-Business Suite to link to MS Word/Excel to be able to mailshot customers, send customers collateral from Marketing or Sales and other business functions.

We need to provide word processing API's (e.g. for MS Word ) to work with E-Business Suite in particular those identified here (Sales Online, Marketing Online, Service Online, EBusiness Center, Telesales / service, Receivables)

This will improve our demos significantly i.e. mailshots, collateral, distribution, quotes and in addition will be restoring a significant competitive weakness!

Customer Benefits:
- Provide efficient upload /download facility to prospects/ customersoffice applications.
- Improve staff productivity – will Lower Total Cost of Ownership.
- Reduce time needed for file imports / exports and re-keying of data.

Oracle Benefits
- Remove a major competitive sales objection .

Back to General Product Requirements

### 3.15 HTML Customization

There is an urgent need for a customization framework for our HTML modules. This framework should allow customers to customize/extend our HTML offer and still be protected by software upgrades. This feature is very often required during the sales cycle.

Customer Benefits:
- Provide a controlled and supported method of extending the Applications
- Lower the risk of upgrades – will Lower Total Cost of Ownership.
- Allows customers flexibility to change due to business changes, requisations or just extending the functionality to cater for their business requirements.

Oracle Benefits
- Remove a major competitive sales objection .

Back to General Product Requirements

### 3.16 Clear and Common Integration Strategy

Currently, it is extremely hard to position our integration strategy for the whole E-Business Suite. The CRM is geared toward SOAP and propriatory XML Services;

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069936

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

whereas the ERP is more geared towards XML Gateway and sometimes positions the Oracle 9iAS Interconnect. Recently we are also embarking on the Rosettanet integration.

To summarise, there are currently 3 technologies:
1) XML service for CRM which is proprietary to CRM (to our best knowledge)
2) XML Gateway for ERP and only used by some ERP product teams
3) 9iAS Interconnect, a technology product, can be used by either ERP and CRM but not pushed officially by either. (also used for Rosettanet in conjunction with XML Gateway)

In addition to the standards that we are intending to support from a Product perspective (such as OAG, Rosettanet) we will need to also support „local" standards in order to reduce entry barriers into local markets. One example is the below mentioned e-GIF standard.

e-GIF (http://www.govtalk.gov.uk/interoperability/metadata.asp ) is the UK Government's mandated set of standards for interoperability of Information systems. Compliance to e-GIF is mandated for all new systems purchase and recommended for all new developments with existing systems. Until recently, compliance has been relatively straightforward to achieve. However, with the impending release of a new version of the Standards document, this will become increasingly difficult.

The e-GIF (different from the OAG standard that is recommended by the e-business suite product teams today when using XML Gateway) does standardise the interchange requirements for the delivery of data to such interfaces and tools for the management of the presentation of such data. Ensuring compliance will impact on Applications Development, potentially Application Server technology and Consulting.

Failure to comply will disqualify Oracle from bidding for UK Government business. this will increasingly become apparently over the next 12 -18 months as the standards become more onerous.

Customer Benefits:
- Ease of maintenance and deployability
- Achieve integration using a variety of standards.
- Reduced Training effort for staff.
- Overall leading to reduced Total cost of ownership

Oracle Benefits:
- Focused and therefore reduced Development effort.
- Reducation of redundancies in the development of the "same" or "similar" functions.
- More market reach

Back to General Product Requirements

### 3.17 Translation of Custom Applications

Currently, there is no consistent way of modifying prompts in the E-Business Suite. Customers would need to build the same form/report in English, French, German etc... Or use some 3rd party Forms Translator tool (Oracle Translation Manager can also be used but no one does including our translation team).

Currently, the prompts are handled differently in the E-Business Suite, depending on the UI used, for example:

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069937

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Oracle Internal & Confidential

1) The prompts in Forms/Reports are hardcoded in the Forms/Reports. The requirement is to externalize these for easy to change and easy to translate of custom code. This requirement is very critical when the Industry terminology is very sensitive. For example, an employee in United Nations Organizations is known as a ,member of staff' and no one appreciates the term ,Employee'.
2) The HTML prompts are stored in the AK dictionary and used by ERP HTML and CRM HTML modules only
3) Discoverer workbooks in Business Intelligence modules uses its own metadata for the prompts

Customer Benefits:
- Ease of maintenance and deployability
- Reduced Training effort for staff
- Reduced effort for custom applications
- Industry terminology
- Overall leading to reduced Total cost of ownership

Oracle Benefits:
- Focused and therefore reduced Development effort.
- Competition such as SAP have an external common repository for prompts.

Back to General Product Requirements

### 3.18 Multi-Language Support

Multi-Language Support is currently providing for the majority of AOL objects and data published on external documents. There is a standard development approach for holding multiple languages against a single data item needs to be adopted in all applications. This is particularly important where data is not striped by organization.

The lack of functionality within projects, for example, severely impacts the ability to successfully deploy a global solution involving projects spanning multiple countries with multiple languages. Where Multi-Language support is provided e.g. flexfields, the definition needs to be extended to include concatenations.

Customer Benefits
- Cross country analysis through the use of consistent data items
- Ease of maintenance
- Reduce total cost of ownership

Oracle Benefits
- Streamline application setup
- Address major sales objections

Back to General Product Requirements

Go to next paragraph

ORACLE
CONFIDENTIAL

NDCA-ORCL 069938

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*Oracle Internal & Confidential*

## Consulting and Demo Requirements

This section contains issues we face in Consulting engagements as well as Presales situations with Demo's provided by ADS.

### 4.1 Consulting Requirements

Oracle Consulting and customers are both faced with the maintenance that is necessary with Oracle E-Business Suite. Although there will always be some maintenance with the E-Business Suite there are several key areas of improvement that would lessen this load on our customers.

In order to achieve a reduced patching time, we need the ability to patch online i.e. while the system is up and running.

For the "migration" of setup data, we would need the ability to transport setup data from instance A to instance B by script or program automatically.

The ability to transport customizations is key for handling of "real life" environments – We need the ability to transport customizations from instance A to instance B by script or program automatically.

Improved Archive Functionality –Customers still want to have full access to their archived data. The current solution within the E-Business Suite allows archiving, but has tremendous negative performance impacts, so that few customers are using it.

Customer Benefit:
- Lower Total cost of ownership, less user down time.

Oracle Benefit:
- Reduced development/support/training costs
- Easier positioning of the products

### 4.2 Demo Requirements

ALL areas outlined in this document have an impact on the ability to demonstrate the E-Business Suite to gain competitive advantage and/or simply setup and support for the sales consultant.  In particular we should note the following:

Reduced Training Effort specifically on:
- Common User Interface
- Common Applications Technology
- All items in the Duplication/Overlap section
- Process Navigator (linked to key demo flows)

Increased standard setup in the Vision database master resulting in a reduction in preparation time for sales consultants and an extension of the supplied business flows for country specific organizations. All leading to a reduced Support costs and simplification of the demo setup.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069939

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER