# EXHIBIT 8

- 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO D

--oOo--

In re:  ORACLE CORPORATION     Master File No.

SECURITIES LITIGATION     C-01-0988-MJJ (JCS)

_____/  CLASS ACTION

-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BROOKS L. HILLIARD, CMC, CCP

_____

Thursday, June 28, 2007

Reported by:

Leslie Rockwood

CSR No. 3462

Job No. 75262

1            INDEX OF EXAMINATION
2                        Page
3  Examination by Mr. Gibbs              6
4        by Mr. Williams            236
5
6
7
8
9
10           INDEX OF EXHIBITS
11  Number        Description         Page
12  EX 1    Declaration of Brooks L. Hilliard,    4
           CMC, CCP, 5/25/07.
13
      EX 2    Rebuttal Declaration of Brooks L.    4
14         Hilliard, CMC, CCP, 6/22/07.
15  EX 3    Email string from Don Klaiss to    168
           Mark Barrenechea, 7/09/01.
16
      EX 4    E-Business Suite High Level       174
17         Requirements document, 4/04/02,
           updated 6/06/02, Version 1.4.
18
                 --oOo--
19
20
21
22
23
24
25

2

APPEARANCES:

1
2
3  For the Plaintiffs and the Witness:
4     Shawn A. Williams
         -and-
5     Mark Solomon
         -and-
6     Monique C. Winkler
         -and-
7     Daniel J. Pfefferbaum
      Lerach Coughlin Stoia Geller
8     Rudman & Robbins, LLP
      100 Pine Street, Suite 2600
9     San Francisco, California 94111
      (415) 288-4545
10
11
     For the Defendants:
12
      Patrick E. Gibbs
13        -and-
      Rees Ferriter Morgan
14     Latham & Watkins, LLP
      140 Scott Drive
15     Menlo Park, California 94025-1008
      (650) 328-4600
16
17
     Also present:  Elizabeth Skey
18
     The Videographer:  Jeff McKinney
19
20
21
22
23
24
25

4

1        BE IT REMEMBERED that on Thursday, June 28,
2  2007, commencing at the hour of 9:33 a.m., at the Law
3  Offices of Latham & Watkins, LLP, 140 Scott Drive, Menlo
4  Park, California, before me, LESLIE ROCKWOOD, a Certified
5  Shorthand Reporter in the State of California, personally
6  appeared
7        BROOKS L. HILLIARD, CMC, CCP,
8  called as a witness by the Defendants in the
9  above-entitled action, who, having been duly sworn, by
10  the Certified Shorthand Reporter to tell the truth, the
11  whole truth and nothing but the truth, testified under
12  oath as follows:
13                 --oOo--
14        (Exhibits 1 and 2 marked.)
15        THE VIDEOGRAPHER:  Here begins Videotape
16  Number 1 in the deposition of Brooks Hilliard in Re
17  Oracle Corporation Securities Litigation in the U.S.
18  District Court, Northern District of California, San
19  Francisco Division, case number of which is C-01-0988.
20        Today's date is June 28th, 2007.  The time on
21  the video monitor is 9:33 a.m.  This deposition is taking
22  place at 140 Scott Drive, Menlo Park, California.  My
23  name is Jeff McKinney, legal videographer, here on behalf
24  of Esquire Deposition Services, located at 505 Sansome
25  Street, Fifth Floor, San Francisco, California.

Hilliard, Brooks  6/28/2007 7:49:00 PM

5

1  Would counsel and all present please identify
2  yourselves for the record.
3  MR. GIBBS:  Patrick Gibbs from Latham &
4  Watkins for the defendants.  And with us is Elizabeth
5  Skey, who is a law student working at Oracle Corporation
6  for the summer.
7  MR. MORGAN:  Rees Morgan from Latham &
8  Watkins for the defendants.
9  MR. WILLIAMS:  Shawn Williams, Lerach,
10  Couglin, Stoia, Geller, Rudman & Robbins, on behalf of
11  Mr. Hilliard and the plaintiffs.
12  MR. SOLOMON:  Mark Solomon on behalf of the
13  witness and plaintiffs.
14  MS. WINKLER:  Monique Winkler on behalf of
15  the witness and the plaintiffs.
16  MR. PFEFFERBAUM:  Daniel Pfefferbaum on
17  behalf of the witness and the plaintiffs.
18  THE WITNESS:  And I'm Brooks Hilliard.
19  THE VIDEOGRAPHER:  Would the court reporter
20  please swear in the witness.
21  THE REPORTER:  Raise your right hand, please,
22  Mr. Hilliard.
23  You do solemnly state that the evidence you
24  shall give in this matter shall be the truth, the whole
25  truth, and nothing but the truth, so help you God.

6

1  THE WITNESS:  I do.
2  THE REPORTER:  Thank you.
3  EXAMINATION BY MR. GIBBS
4  Q.  Good morning, Mr. Hilliard.
5  A.  Good morning.
6  Q.  Did Suite 11i work when it was released?
7  A.  Did Suite 11i work when it was released?  I
8  don't know that I necessarily have all the information
9  I'd need to answer that question, but there were major
10  and significant numbers of defects at the time it was
11  released.  And they were so severe and so central to the
12  operation of the suite that it was -- if it was working,
13  it wasn't working at a level that I would consider of
14  commercially acceptable level.
15  Q.  But you can't just say "yes" or "no" to the
16  question of whether or not Suite 11i worked when it was
17  released; is that fair?
18  A.  A suite of that magnitude and complexity is
19  so large, I'm sure there must have been portions of it
20  that worked, there were portions of it that didn't work.
21  In whole, it didn't work as it was represented to.
22  Q.  Are you able to quantify how much of it
23  worked and how much of it didn't work as represented?
24  A.  No.
25  MR. WILLIAMS:  Object to the form as to work.

7

1  THE WITNESS:  No.
2  Q.  BY MR. GIBBS:  Your clients, the plaintiffs
3  in this lawsuit, have sworn under oath that Oracle knew
4  Suite 11i was so defective that it was like, quote, a car
5  without wheels, end quote.
6  Is it true that Suite 11i was so defective it
7  was like a car without wheels?
8  MR. WILLIAMS:  Objection.  Form.
9  THE WITNESS:  I haven't thought of it in
10  terms of that analogy.  It had very substantial defects
11  in central functionality.  I don't think that's an inept
12  analogy, the car without wheels.
13  Q.  BY MR. GIBBS:  Okay.  Would you agree that no
14  one can use a car that doesn't have wheels?
15  MR. WILLIAMS:  Objection.  Form.
16  THE WITNESS:  Depends on what you're using it
17  for.  There may be very limited uses you could use a car
18  without wheels for.  You could use it to listen to the
19  radio; you could use it for a lot of things that people
20  do in cars.  So I don't know necessarily that I would
21  agree that you can't use at all a car without wheels.
22  Q.  BY MR. GIBBS:  But you can't use it to
23  transport people to and from like a car with wheels;
24  correct?
25  A.  That's correct.

8

1  Q.  Can you say whether or not Suite 11i was able
2  to automate business processes when it was released?
3  MR. WILLIAMS:  Objection.  Form.
4  THE WITNESS:  I don't doubt that it was able
5  to automate some limited business processes when it was
6  released.
7  Q.  BY MR. GIBBS:  When you say "limited," are
8  you able to quantify how many business processes it was
9  able to automate and how many it was not able to
10  automate?
11  A.  No.
12  Q.  Is it your opinion, in essence, that the
13  software may have worked, but didn't work very well?
14  MR. WILLIAMS:  Objection.  Form.  Are you
15  talking about the entire suite or some of the software?
16  MR. GIBBS:  I'll rephrase.
17  Q.  Is it your opinion, in essence, that Suite
18  11i worked in some respects but didn't work very well?
19  MR. WILLIAMS:  Objection to form.
20  THE WITNESS:  It's my opinion that Suite 11i
21  worked in some very limited ways which were -- which
22  didn't meet the way it was represent -- there was a
23  launch announcement just before it was released, and it
24  didn't work and do what was -- it was represented to do
25  in that launch announcement.

9

1    Q.  BY MR. GIBBS:  Okay.  Let me get into your
2  report a little bit.  We've had premarked as Exhibits 1
3  and 2 your opening report and your rebuttal report
4  respectively.  So your opening report is Exhibit 1 and
5  your rebuttal is Exhibit 2.
6       MR. WILLIAMS:  Why don't you use this one --
7       THE WITNESS:  I believe --
8       MR. WILLIAMS:  It's premarked.
9       THE WITNESS:  I believe Exhibit 2 is not my
10  report.
11    Q.  BY MR. GIBBS:  You're right.  We'll re-mark
12  that while we're going here.
13       But Exhibit 1 is your report?
14    A.  Yes.
15       MR. WILLIAMS:  Patrick, does it make sense
16  to -- I notice that many of your questions relate to
17  Suite 11i.  And does it make sense to try and determine
18  what we're talking about, when we're talking about Suite
19  11i, so the record is clear?
20       MR. GIBBS:  I -- you know, if you have an
21  objection, make it.  I think the questions are clear.
22       MR. WILLIAMS:  All right.  I made my comment.
23  Just so you know, I think it's a concern.
24       MR. GIBBS:  Okay.
25    Q.  At page 1 of your opening report, and you

10

1  should refer to it if you need to, but you don't have to.
2  At page 1 of your opening report, you write that you've
3  assisted in the evaluation, selection, and implementation
4  of software that is, quote, of comparable functionality
5  and complexity to those in the Oracle E-Business Suite
6  11i, end quote.
7       What software products do you consider to be
8  of comparable functionality and complexity to those in
9  Oracle Suite 11i?
10    A.  During the time period in question is I think
11  what you're asking about?
12    Q.  That's fine.  Let's start there.
13    A.  Okay.  During the time period in question, I
14  was involved in selection and implementation with clients
15  of products such as J.D. Edwards, PeopleSoft, a number of
16  vertical market -- those would be industry-oriented
17  software packages that were enterprise-wide packages for
18  specific industries that covered most of the ERP
19  functionality or similar functionality to most of the ERP
20  functionality of 11i as well as some of the CRM-type
21  functionality.
22    Q.  Do you recall which J.D. Edwards products you
23  referred to as being of comparable functionality and
24  complexity to those of Oracle Suite 11i?
25    A.  It's their basic, I think, World and One

11

1  World products.
2    Q.  And do you recall which PeopleSoft products
3  you referred to as being of comparable functionality and
4  complexity to Suite 11i?
5    A.  You know what?  I don't remember the name of
6  the product, but it's their ERP product that I evaluated.
7  I don't think I ever had a client install PeopleSoft, but
8  we did evaluate PeopleSoft.
9    Q.  You had clients install J.D. Edwards'
10  products?
11    A.  I did, yes.
12    Q.  And when you say "client" in this context, do
13  you mean on the consulting side?
14    A.  That's correct.  Consulting clients.
15    Q.  Not testifying in a legal dispute?
16    A.  That's correct.
17    Q.  Does the name PeopleSoft 8 ring a bell for
18  you?
19    A.  Yes.
20    Q.  Is that probably the ERP suite product that
21  you're referring to?
22    A.  Yes, I believe it is.  And I may also have
23  looked at some of the prior versions.
24    Q.  Have you ever assisted in the evaluation,
25  selection, or implementation of any SAP ERP products?

12

1    A.  I have looked at them briefly for clients but
2  not to any great extent.
3    Q.  Do you recall which one?
4    A.  It was the older version, not the -- I think
5  R -- I don't -- I don't recall the product rev numbers,
6  but it was the older character-based version rather than
7  the newer version.
8    Q.  That would be SAP R/3?
9    A.  I don't remember whether R/3 is the current
10  one or the prior one.
11       MR. GIBBS:  And R3 is a capital R, slash 3.
12    Q.  Was it "my SAP"?
13    A.  No, it was not.
14       MR. GIBBS:  "My SAP" is small "my," SAP all
15  caps.
16    Q.  When you say older version, do you mean the
17  one that predated "my SAP"?
18    A.  Yes.
19    Q.  In other words, was it a client server-based
20  technology?
21       MR. WILLIAMS:  Objection.  Form.
22       THE WITNESS:  It was -- I believe it was
23  their AS 400 based product, if I recall correctly.
24    Q.  BY MR. GIBBS:  The J.D. Edwards products that
25  you participated in the evaluation, selection, or

Hilliard, Brooks  6/28/2007 7:49:00 PM

13

1 implementation of, were they AS 400 products?
2     A. Yes, I believe I also looked at some of the
3 UNIX versions of the products, but I think the clients
4 that I had installed them were AS 400.
5     Q. You don't believe you've ever consulted on
6 the implementation of a UNIX-based J.D. Edwards ERP
7 product?
8     A. I may have. I don't recall a specific client
9 where I did that.
10     Q. Other than looking briefly at a
11 character-based SAP product, have you ever worked with
12 any SAP ERP products?
13     MR. WILLIAMS: Objection. Form.
14     THE WITNESS: In what -- in what capacity?
15     Q. BY MR. GIBBS: Have you ever evaluated --
16 other than the one instance you've already referred to,
17 have you ever evaluated any SAP ERP products?
18     A. Yes.
19     Q. Which ones?
20     A. The -- I believe the "my SAP" and the R/3
21 product, and I believe there was one before R/3 that I
22 also looked at in a litigation context.
23     Q. Two litigation assignments involving SAP ERP
24 products?
25     A. No, just one.

14

1     Q. Just one. And it was "my SAP"?
2     A. It was a patent case, and two versions of the
3 SAP product were being suggested as prior art in the
4 patent case. So in order to determine whether in fact
5 they were prior art, I had to look at both of them.
6     Q. And were you offering any opinion as to the
7 quality of that software?
8     A. No.
9     Q. How long ago was that?
10     A. Last year.
11     Q. Any other instances of working with SAP ERP
12 products other than the ones you've already mentioned so
13 far?
14     A. No.
15     Q. At page 2 of your opening report, you write
16 that you've been engaged as an expert witness or a
17 consultant in more than 100 legal disputes. Can you
18 estimate how many of those engagements involved ERP
19 software?
20     A. Probably 40 -- no, ERP software, probably 20
21 of them.
22     Q. What about supply chain management, would you
23 include that in your ERP count?
24     A. I would include that in ERP because it really
25 hasn't been broken out as a separate application area for

15

1 all that long. So the functionality that's today called
2 supply chain management for the most part was considered
3 part of ERP up until recently.
4     Q. So that would be part of the 20 you gave me?
5     A. Yes.
6     Q. What about customer relationship management
7 software?
8     MR. WILLIAMS: Objection. Form. What's the
9 question?
10     Q. BY MR. GIBBS: The question is: Of the 100
11 legal disputes referred to at page 2 of your report, do
12 you recall how many of those involved customer
13 relationship management software?
14     A. Probably four or five. No, maybe more.
15     Q. Do you recall -- sorry.
16     A. Maybe as many as ten.
17     Q. Do you recall which CRM products were
18 involved in those cases?
19     MR. WILLIAMS: Objection. Form.
20     THE WITNESS: PeopleSoft, Siebel, J.D.
21 Edwards, modules they called CRM, as well as a number
22 of -- CRM really only has been -- like supply chain
23 management, customer relationship management really
24 hasn't been broken out as a separate category of software
25 for all that long. So prior to the end of the '90s,

16

1 systems, business systems -- and they weren't even always
2 called the ERP systems -- included functionality that
3 today we call CRM as part of the basic system, basic
4 enterprise system.
5     And so a number of the engagements I had
6 involved CRM functionality within a full business system,
7 although not necessarily called CRM.
8     Q. BY MR. GIBBS: Do you recall which release of
9 PeopleSoft CRM was involved in any of those cases where
10 you were engaged as an expert witness or a consultant?
11     A. No.
12     Q. What about Siebel, do you recall which
13 release of Siebel CRM software was involved in any of
14 those cases?
15     A. Not off the top of my head, no.
16     Q. And I gather the same is true for J.D.
17 Edwards?
18     A. Correct.
19     Q. In those assignments, any of them, were you
20 called upon to opine as to the quality of any of those
21 CRM products?
22     A. Yes, I was.
23     Q. Which ones?
24     A. The one that comes to mind is a PeopleSoft
25 case in Nash- -- I believe it's Nashville. I don't

17

1 remember the case caption off the top of my head.
2      Q.  Do you recall what your opinion was in
3 substance?
4      MR. WILLIAMS:  I'm just going to object to
5 the extent that any of the information in that case is
6 covered by a protective order, and I'm just going to
7 instruct you to limit your answer such that you don't
8 expose yourself to any challenge with respect to
9 disclosing facts that may be confidential in that action.
10      THE WITNESS:  Thank you.
11      I was engaged by counsel for the customer of
12 PeopleSoft, and my opinion was that the software didn't
13 meet that customer's needs.  There were some quality
14 issues with that software at the time, as I recall.
15      Q.  BY MR. GIBBS:  Okay.  Did any of your other
16 assignments involving CRM software involve you giving an
17 opinion as to the quality of the software?
18      A.  Yes, I believe so.
19      Q.  What can you tell me?
20      MR. WILLIAMS:  Objection.  Form.
21      THE WITNESS:  I believe in -- I'm trying to
22 remember the details of the case.  In one case, I was
23 engaged by counsel for the vendor.  And I don't
24 actually -- I don't believe there were any quality issues
25 in that case, now that I think about it.  In --

18

1      Q.  BY MR. GIBBS:  Let me just stop you there.
2 Do you recall which vendor hired you in that case?
3      A.  Yes.  It was a company called CSC.  I wasn't
4 hired by the vendor; I was hired by counsel for the
5 vendor, which was Greenberg Traurig.
6      MR. WILLIAMS:  Was there a question?
7      Q.  BY MR. GIBBS:  Yeah, I paused you in the
8 middle of you identifying any other cases involving
9 testimony about the quality of CRM software.
10      MR. WILLIAMS:  But I'm just going to object
11 to the form.  I thought that the question was whether or
12 not he evaluated quality, not whether it involved
13 testimony.
14      Q.  BY MR. GIBBS:  The question is whether -- the
15 question is:  Are there any cases that you've identified
16 for me involving CRM software in which you offered an
17 opinion about the quality of the software?
18      MR. WILLIAMS:  Objection.  Form.  There's a
19 difference between opinion and testimony.
20      THE WITNESS:  There may well have been.  The
21 details don't come to mind.
22      Q.  BY MR. GIBBS:  Okay.  Let me circle back to
23 the approximately 20 cases in which you were retained as
24 a consultant or expert witness that involved testimony
25 about ERP software.

19

1      First of all, can you tell me which vendor's
2 ERP software was involved in any of those cases?
3      A.  PeopleSoft, J.D. Edwards, Baan.  That's
4 B-a-a-n.  Oracle.  There are some other vertical market
5 industry-oriented packages.  I don't recall the names off
6 the top of my head.
7      Q.  BY MR. GIBBS:  Do you recall which Oracle
8 product was at issue in that case?
9      A.  I have been involved in a case -- I believe
10 it was eight -- it was an earlier version of Oracle.
11 There was one -- I believe there was also 11i.  There was
12 a case involving an Oracle product that had been
13 recently, the company had been recently purchased by
14 Oracle for process manufacturing software, and I think
15 the software had previously been called Datalogics.  And
16 it hadn't been integrated into the overall Oracle product
17 line at the time.
18      Q.  So I -- have you identified two Oracle cases?
19      A.  I think there are -- yes, there's Datalogics
20 and the Oracle 11i.  I think I identified eight, also.
21 I'm trying to recall what that was.
22      Also, I think I had a case involving
23 Datalogics before it was part of Oracle.
24      Q.  Okay.  Did the 11i case involve any opinion
25 value as to quality?

20

1      A.  Yes.
2      Q.  Do you recall what the gist of your opinion
3 was in that case?
4      A.  There was an ancillary issue in that case,
5 and the quality was fine.
6      Q.  Do you recall which modules were at issue?
7      A.  No.
8      Q.  What about Baan, how many cases in your
9 estimate involved ERP software from Baan?
10      A.  Three.
11      Q.  Do you recall which products?
12      A.  I think it's -- the product's just called
13 Baan.  I don't remember the revision levels.
14      Q.  And what about J.D. Edwards, would that also
15 be World and One World?
16      A.  Yes.
17      Q.  Any other J.D. Edwards products?
18      A.  No.
19      Q.  PeopleSoft, do you recall which product?
20      A.  Eight.
21      Q.  Did any of the Baan cases involve an opinion
22 from you as to the quality of the software?
23      A.  I think they all did.
24      Q.  Do you recall the gist of your opinions --
25 let me ask it a different way.

21

1        Actually, let me just work with this.  J.D.
2 Edwards, did any of those cases involve an opinion from
3 you as to the quality of the software?
4        A.  Well, you know, maybe I should clarify all of
5 these, that when I'm commenting on the quality of the
6 software, it's the quality of the software for the
7 specific application that the software was being -- had
8 been sold to do and was being used for.  I don't know
9 necessarily that I ever, in any case, previously had
10 evaluation of the software overall with respect to all of
11 its functionality.  Each case involved a specific buyer
12 of -- or customer of the software vendor, be it Baan or
13 J.D. Edwards or PeopleSoft or whomever.  Or Oracle or
14 whomever.  And what I was looking at was the quality of
15 the functionality that was delivered -- and this applies
16 to the CRM as well -- to that customer and how that
17 functionality worked based on what it had been
18 represented to do.
19        So I don't know that in any case I
20 necessarily had opinions on the overall quality of the
21 product as a whole.  I don't believe I ever did.  It was
22 just on the quality of specific functionality of the
23 product for the particular instance and circumstances
24 that were involved.
25        Q.  Okay.  I appreciate that clarification.

22

1        A.  Now, do you want to come back to the -- you
2 were asking me about J.D. Edwards.
3        Q.  Not just yet.  I want to move to a slightly
4 different topic.  But before I do, I want to get a little
5 bit of terminology straight.
6        A.  Certainly.
7        Q.  We talked about ERP as a category.  We've
8 talked about CRM as a category.  If I refer to both of
9 those categories generally as enterprise application
10 software, will you understand it that way?  Does that
11 make sense to you?
12        A.  Yes.
13        MR. WILLIAMS:  Is that going to be throughout
14 the remaining portion of the deposition?
15        MR. GIBBS:  Yes.  When I use the term
16 "enterprise application software," I mean that to include
17 ERP and CRM.
18        MR. WILLIAMS:  Okay.
19        THE WITNESS:  I believe I used that
20 terminology in my report.
21        Q.  BY MR. GIBBS:  Okay.  Have you ever testified
22 that any enterprise application software comparable to
23 Suite 11i was integrated as you define that term in your
24 report?
25        MR. WILLIAMS:  Objection.  Form, ever.

23

1        THE WITNESS:  I believe I probably have, yes.
2        Q.  BY MR. GIBBS:  Do you recall which one?
3        A.  I believe with respect to the J.D. Edwards
4 software, that for the functionality that was being used,
5 it was integrated in almost all respects and usable in
6 almost all respects.  However, there were a few critical
7 integration flaws.  But overall, for the functionality
8 that it had been bought for, most of the integration in
9 fact did exist and worked.
10        Q.  Do you recall which J.D. Edwards product that
11 was?
12        A.  One World, I believe.
13        Q.  Do you recall which release of One World?
14        A.  No.
15        Q.  Do you recall how long One World had been on
16 the market at the time you gave that opinion?
17        MR. WILLIAMS:  Testimony?
18        MR. GIBBS:  Yes.
19        THE WITNESS:  I don't know the original
20 release date of One World.  So, no, I don't.
21        Q.  BY MR. GIBBS:  Do you recall when that
22 testimony was?
23        A.  Can I refer to my report?
24        Q.  Of course.
25        A.  It would have been a bit over four years ago.

24

1        Q.  But not much?
2        MR. WILLIAMS:  Objection.  Form.
3        THE WITNESS:  I think between four and five.
4        Q.  BY MR. GIBBS:  Okay.  Have you ever testified
5 that any enterprise application software comparable to
6 Suite 11i was not integrated in the way you've defined
7 that term in your report?
8        A.  I've testified that specific functionality
9 that was represented to be integrated was not integrated,
10 yes.  In the same case.
11        Q.  Any others?
12        A.  Probably.
13        Q.  Can you think of any instance in which you've
14 testified about the lack of integration as a whole as
15 opposed to specific functionality?
16        A.  I don't recall any case where I testified to
17 the lack of integration as a whole.
18        Q.  Okay.  And what about offering an opinion as
19 opposed to testifying?
20        A.  I don't have perfect recall.
21        Q.  Understood.  I don't, either.
22        A.  I don't believe I've ever offered an opinion
23 that some suite of modules was -- for all practical
24 purposes, previously, offered an opinion that a suite was
25 for all practical purposes not integrated and should have

25

```
1    been.
2         Q.  All right.  Have you ever offered an opinion
3    that any enterprise application software comparable to
4    Suite 11i was either available or of commercial quality
5    as you have used those phrases in your report?
6         A.  Yes.
7         Q.  Which products?
8         A.  Well, there's an ongoing case relating to
9    Baan where I haven't yet rendered an opinion, but I found
10   nothing to indicate that it was not of commercial
11   quality, and there have been some others where the
12   software has been of commercial quality, as I've defined
13   it.  I don't recall the details off the top of my head.
14        Q.  The case involving Baan, do you recall what
15   release of the software is involved?
16        A.  It's ongoing.  I'm a non disclosed witness on
17   that one at this time, and I really can't tell you any
18   more about it.
19        Q.  Have you ever offered an opinion that any
20   enterprise application software comparable to Suite 11i
21   was not available or not of commercial quality, as you
22   have used those terms in your report?
23             MR. WILLIAMS:  Objection.  Form.
24             THE WITNESS:  And once again, I should go
25   back and say this applies to my prior answer as well.
```

26

```
1    Every situation is a specific situation regarding
2    specific customers and specific uses of the software, and
3    I have, with respect to J.D. Edwards and PeopleSoft and
4    Baan, among others, rendered an opinion that for the
5    particular use it was put to, or on the particular
6    platform it was delivered, that it was not of commercial
7    quality.
8         Q.  BY MR. GIBBS:  Have you ever offered an
9    opinion on the stability of any enterprise application
10   software comparable to Suite 11i?
11             MR. WILLIAMS:  Objection.  Form.
12             THE WITNESS:  Yes.
13        Q.  BY MR. GIBBS:  Which products?
14        A.  Baan, PeopleSoft, J.D. Edwards, some others.
15        Q.  Okay.  Can you tell me which release --
16   strike that.
17             In any of those cases, did you offer an
18   opinion that the software was stable, as you have defined
19   that term?
20        A.  Yes.
21        Q.  Which?
22        A.  In the specific instances that I've mentioned
23   thus far, I don't think in any of those I offered an
24   opinion indicating it was stable.  But with regard to the
25   CSC product and with regard to some other vertical
```

27

```
1    industry-oriented -- vertical market packages, I believe
2    I offered an opinion or stated an opinion, either
3    testified or had an opinion that the software was
4    stable --
5         Q.  And --
6         A.  -- for specific uses.
7         Q.  Okay.  In the instances where you testified
8    that the software was stable, were you hired by counsel
9    for the software vendor?
10        A.  Yes.  Or the implementer.
11        Q.  But you don't recall which products other
12   than CSC?
13        A.  There was a small product developed by a
14   company called Sunbelt Systems.  You know, I'd have to go
15   back to look at my records to answer that question.  But
16   there was -- there have also been situations where I've
17   been called in to potential -- by law firms who were
18   potential clients for -- in litigation with software
19   vendors, where after a preliminary look at what they felt
20   the failings of the software were, that I recommended to
21   them that I didn't necessarily agree that either the
22   stability or the functionality or the quality was an
23   issue, and that I thought they ought to settle or handle
24   the matter in some other way because I didn't think that
25   they had quality or stability or other issues.  And I
```

28

```
1    wasn't hired.
2         Q.  Let me set aside issues of offering opinion
3    or offering testimony and focus instead just on your
4    knowledge of the enterprise application industry as a
5    whole.
6         A.  Certainly.
7         Q.  Are you aware of any enterprise application
8    suite comparable to Suite 11i that was integrated or
9    interoperable, as you have defined those terms, within
10   the first year of its release?
11             MR. WILLIAMS:  I'm just going to object to
12   the form of the question.  There's a lot in there,
13   Patrick, and I don't think that he has referred to the
14   terms "integrated" and "interoperable" in his report in
15   the way that you've phrased the question.  So I just want
16   to caution the witness and object to the form of the
17   question because it's -- it's vague and ambiguous.  And
18   I'll just leave it at that.
19        Q.  BY MR. GIBBS:  Do you have the question in
20   mind?
21        A.  Could you repeat the question.
22             MR. GIBBS:  Would you reread it, please.
23             (The record was read by the reporter as
24   follows:
25             "QUESTION:  Are you aware of any enterprise
```

29

1      application suite comparable to Suite 11i
2      that was integrated or interoperable, as you
3      have defined those terms, within the first
4      year of its release?")
5      MR. WILLIAMS:  Objection.  Form.
6      THE WITNESS:  I haven't really given much
7  thought to that question prior to this moment in that I
8  didn't consider that to be relevant to the issues of my
9  opinions that I have offered in this case.  So I don't
10  know that I have an off-the-top-of-the-head answer to
11  that.
12      Q.  BY MR. GIBBS:  Okay.  Again, setting aside
13  issues of testimony or offering opinions in cases,
14  focusing on your knowledge of the industry, are you aware
15  of any enterprise application suite comparable to
16  Suite 11i that met the definition of available or of
17  commercial quality, as you have used those terms in your
18  report, during the first year after its release?
19      MR. WILLIAMS:  Objection.  Form.
20      And it kind of goes back to the question I'd
21  asked you earlier, Patrick, in terms of the usage of the
22  word "suite" and making sure that we're all on the same
23  page and the witness is clear on what you're talking
24  about.  But you don't have to clarify.  I'm just going to
25  object to the form.

30

1      Q.  BY MR. GIBBS:  Do you understand the
2  question?
3      A.  I think so.
4      At the launch of Oracle -- the Oracle 11i
5  suite, Mr. Ellison made the point that there was nothing
6  comparable to it or nothing that does the same -- has the
7  same breadth of functionality to it that Oracle was
8  representing that 11i had.  I have certainly seen
9  enterprise software for specific industries, including
10  specific types of manufacturing, including specific
11  service industries, professional service industries and
12  others, which the software was certainly -- I've
13  evaluated such software for consulting clients where the
14  software was stable, functional, of commercial quality,
15  and available within the first year after delivery and
16  integrated among its enterprise-wide modules during the
17  first year after delivery.  Yes, I've seen that, many
18  times.
19      Q.  Let me ask about some specific products.  Do
20  you have a view as to whether SAP R/3 was either
21  available or of commercial quality, as you have defined
22  those terms, within the first year after its release?
23      A.  I don't.
24      Q.  Do you have a view as to whether or not "my
25  SAP" was either available or of commercial quality, as

31

1  you've defined those terms, during the first year after
2  its release?
3      A.  I don't.
4      Q.  What about PeopleSoft 8, do you have a view
5  as to whether or not that product was either available or
6  of commercial quality, as you've defined those terms,
7  after the first year after its release?
8      A.  I know that some function -- I had an opinion
9  that some functionality of PeopleSoft 8 was not of
10  commercial quality during the first year after its
11  release.  But that would not be an overall view of the
12  entire product.
13      Q.  Okay.  And I want to switch to a slightly
14  narrower category and ask you about Siebel 7, which I
15  understand to be a CRM suite, a group of CRM-only
16  products.  Is that consistent with your understanding of
17  Siebel 7?
18      A.  It is.
19      MR. WILLIAMS:  Objection.  Form.  Have we
20  mentioned Siebel 7 earlier today?
21      MR. GIBBS:  I mentioned it, yes.
22      MR. WILLIAMS:  Siebel 7?
23      MR. GIBBS:  Siebel 7.
24      THE WITNESS:  I believe -- I don't recall any
25  mention -- I remember a mention of Siebel, not of

32

1  Siebel 7.
2      Q.  BY MR. GIBBS:  That may be.  In any case, do
3  you understand Siebel 7 to refer to a suite of CRM
4  products offered by Siebel?
5      MR. WILLIAMS:  Objection.  Form.
6      THE WITNESS:  Yes.
7      Q.  BY MR. GIBBS:  And do you have a view as to
8  whether or not Siebel 7 was either available or of
9  commercial quality, as you have defined those terms,
10  during the first year after its release?
11      A.  No.  No --
12      Q.  No, you don't --
13      A.  No, I do not.
14      Q.  What about J.D. Edwards World or One World,
15  do you have a view as to whether or not those products
16  were either available or of commercial quality, as you've
17  defined those terms, within the first year after their
18  release?
19      A.  I have stated opinions with regard to One
20  World for certain usages, that it wasn't, but that was
21  not necessarily an opinion that would apply to One World
22  comprehensively for all platforms and all usages.  So I
23  don't have an opinion -- a broad opinion of that nature.
24      Q.  And what about Baan -- first of all, you
25  understand Baan to have offered an ERP suite at various

33

1 points in time.
2      A. Yes.
3      Q. Correct?
4      A. Yes.
5      Q. And that ERP suite was not designed for any
6 particular specific industry, was it?  It was a general
7 suite available for various kinds of businesses?
8      MR. WILLIAMS: Objection. Form.
9      Q. BY MR. GIBBS: Is that fair?
10      A. Are you asking what usage it was suitable for
11 or what usages it was sold into?
12      Q. The latter.  Let me rephrase.
13      A. Okay.
14      Q. Do you understand the Baan ERP suite to have
15 been offered as an industry specific solution or as a
16 general ERP suite?
17      MR. WILLIAMS: Objection. Form. Which Baan
18 suite are we talking about?
19      THE WITNESS: The latter.  A general industry
20 suite for a wide range of industries.
21      Q. BY MR. GIBBS: Do you have a view as to
22 whether Baan's ERP suite was either available or of
23 commercial quality, as you have defined those terms,
24 within the first year after its release?
25      A. I do not.  And there are multiple releases of

34

1 Baan. I don't recall the release numbers.  I don't have
2 a particular opinion on any of the individual releases.
3      Q. Let me switch gears a little bit and ask you
4 a little bit about your process.
5      A. Certainly.
6      Q. At page 9 of your opening report, you write
7 that when rendering an opinion in legal matters, you,
8 quote, use a rigorous and standardized methodology, end
9 quote.
10      Can you describe that rigorous and
11 standardized methodology for me?
12      A. Certainly.  I'd be happy to.
13      It is basically the same methodology that I
14 use as a consultant.  And perhaps to explain that, I need
15 to give you a little background on my consulting
16 practice.  Most of my consulting, I am a consultant to
17 customers for software, either when I first started this
18 in the early '80s, sometimes it was first-time buyers of
19 business software, and certainly from the mid-'80s
20 onward, and now, it's always buyers that are looking to
21 either -- are considering whether to upgrade their
22 existing software or to convert to new software.
23      And my practice, consulting practice in
24 working with them deals with the entire spectrum from
25 helping them define their needs through the

35

1 implementation and making sure that the software comes up
2 and performs as we expected it would when we contracted
3 for it.
4      Now, the process that I use in expert
5 engagements is essentially the same as the process that I
6 use and that literally hundreds or thousands of other IT
7 consultants use in the selection of software.  It starts
8 with looking at needs, it then goes into evaluating
9 specific vendors' suitability to that needs, evaluating
10 it in depth.  It goes through the contracting process for
11 the selected vendor of the software, and then follows
12 through the implementation process to make sure that the
13 commitments and -- that were made during the sale
14 procedure are followed through during the implementation.
15      And when issues arise, as they almost
16 inevitably do -- although I've certainly had a couple of
17 clients where no substantive issues arose -- making sure
18 that they get resolved quickly so that the implementation
19 can be completed successfully.
20      Now, I apply that same process that, as I
21 say, hundreds or thousands of other IT consultants do
22 around the world, to the expert engagements.  However,
23 because the consulting engagements are a prior to
24 implementation activity, certain types of analysis are
25 available then that are not available in the litigation

36

1 context, which takes place in almost every situation
2 after a decision has been made in a -- and an
3 implementation has begun or it is ongoing.
4      So -- but basically I look at the same
5 issues.  I look at the vendor qualifications, I look at
6 the software reliability, I look at references, I look at
7 demo -- demonstrations of the software.  I talk to users
8 of the software in the consulting environment.
9      In the litigation environment, I look at
10 those exact same types of issues.  However, in the
11 litigation environment, I have to look at them through
12 the documentation of them rather than through the --
13 being able to do them prospectively by talking to the
14 individuals.  Same thing for the implementation.
15      In the consulting context, I do the -- the
16 implementation is actually working with the individuals
17 from my client, who would be the customer, and the
18 individuals from the vendor to resolve problems.  In a
19 litigation context, it's the exact same issues, the exact
20 same things I'm looking at, but in general, I'm looking
21 at them from a -- the documentation of what went on
22 situation rather than being able to see it live.
23      Q. Let me talk a little bit about -- ask you a
24 little bit about the consulting side, if I may, and get a
25 little more detail.

37

1      A.  Certainly.
2      Q.  You talked about a process of defining needs
3 for the customer.
4      A.  That's correct.
5      Q.  When you do that in a consulting context, I
6 take it you usually talk directly to the customer;
7 correct?
8      A.  The company that will be the customer, the
9 software is my client, yes.  So I wind up talking
10 directly to the customer.
11      Q.  And you elicit their needs by talking to
12 them; correct?
13      A.  That's correct.
14      Q.  You didn't talk to any customers in
15 connection with forming your opinion in this case, did
16 you?
17      A.  No, I did not.
18      Q.  In the implementation process on the
19 consulting side, do you actually observe the software as
20 its operating during the implementation process?
21      A.  Sometimes.  Sometimes I'm there for
22 milestones that might be tests of the software, might be
23 an acceptance test -- a final acceptance test of the
24 software.
25      In most cases -- well, yeah, some cases I'm

38

1 actually observing live demonstrations of the progress of
2 the implementation.  Other times, it's just discussion of
3 that.
4      Q.  And the discussion of that, I take it is
5 discussions that you have with people who have observed
6 the software operating at the client's business?
7      MR. WILLIAMS:  Objection.  Form.
8      THE WITNESS:  The discussions would be with
9 the -- my clients who would be the buyers and the
10 implementers and sometimes the managers of the
11 implementers, sometimes the senior managers of the
12 software company or of the implementation company.
13      Q.  BY MR. GIBBS:  And some or all of those
14 people would have observed the software operating at the
15 client's business; correct?
16      A.  That's correct.
17      Q.  You didn't observe Suite 11i actually
18 operating at a client site in the course of forming your
19 opinions in this case; correct?
20      A.  I basically did the same thing from
21 documentation on both sides, the pre-sale and the
22 implementation.  I looked at the same issues.  I did the
23 same things.  I analyzed the same types of issues in both
24 cases.
25      In this case, it was after the fact, and I

39

1 did it from documentation.  So I didn't talk to
2 individual implementers or customers who were involved,
3 but it's the same thing, same process.
4      Q.  I don't think I got an answer to my question.
5 So let me try to clarify.
6      A.  I'm sorry, I did try to answer the question.
7 I'm sorry if I wasn't clear.
8      Q.  I appreciate that.
9      You did not physically observe anyone
10 operating Suite 11i software in the course of forming
11 your opinions in this case; is that correct?
12      A.  Yes, I believe I did say that in the course
13 of my other answer, but if it was not clear, I apologize.
14      Q.  And you did not speak directly to anyone who
15 has operated Suite 11i software in the course of forming
16 your opinions in this case; is that correct?
17      A.  That's correct.
18      Q.  Did you speak directly to any Suite 11i
19 reference customers in the course of forming your
20 opinions in this case?
21      MR. WILLIAMS:  Objection.  Form, to reference
22 customers.  What does that mean?
23      Q.  BY MR. GIBBS:  Do you understand the
24 question?
25      A.  I'm not sure how you're distinguishing

40

1 reference customers from customers in general, which I
2 believe you already asked me about.
3      Q.  Okay.  When we were talking about the work
4 you do on the consulting and implementing side, you said
5 you speak to references.  That's what I'm referring back
6 to.
7      So, first of all, what did you mean by
8 speaking to references in the context of your consulting
9 and implementation engagements?
10      A.  I'll explain that.  In the -- in the
11 consulting context, it is references that would be
12 supplied by the vendor.  And by "references," I mean
13 other users of the software in question or other users
14 that I might know of personally or that I was referred to
15 either by some contact of mine or perhaps by one of the
16 references that the vendor gave me.
17      Sometimes I'll ask those references to give
18 me names of other folks that they know who might be using
19 the software.
20      And so if you're distinguishing -- in this --
21 in those cases, in the consulting environment, I'm
22 dealing with a specific customer or potential customer
23 for a software package, and the references would be other
24 users.  And in much of the -- of the litigation would
25 deal with a specific user's allegations about the

41

1   software.
2         In this particular litigation, since it deals
3   with the product as a whole, the customers are all
4   customers, and I don't know that there's a distinction
5   between reference customers in the context of this case
6   and customers in general.
7         Q. Okay. And I think this is implied in your
8   prior answer, but I don't think I've asked directly. So
9   let me do that.
10        A. Certainly.
11        Q. In the course of forming your opinions in
12  this case, you did not speak directly to any Suite 11i
13  customers; is that correct?
14        A. That's correct.
15        Q. In the course of forming your opinions in
16  this case, you did not view any demonstration of
17  Suite 11i software; is that correct?
18        MR. WILLIAMS: Objection. Form.
19        THE WITNESS: As I explained to you before, I
20  did it all from documentation. So, no, I did not see
21  demonstrations, but I read about the -- seeing a
22  demonstration -- I don't know that it would have been,
23  for instance, possible to see a demonstration of the
24  revisions of 11i today in a customer environment because
25  I don't believe that there are likely to be many, if any,

42

1   customers of versions 1, 2, or 3 of 11i that are still
2   using it unless they were so highly customized that they
3   couldn't move forward, in which case they wouldn't be
4   good examples for this case, anyway.
5         And doing a demonstration and seeing a
6   demonstration without actual live customer data would
7   have been useless. So I didn't look at a demonstration
8   because it wouldn't have been possible.
9         Q. BY MR. GIBBS: When you do consulting work
10  and implementation work for clients, I think you said you
11  view demonstrations of the product; is that correct?
12        A. That's correct.
13        Q. And you actually physically attend those
14  demonstrations; is that correct?
15        MR. WILLIAMS: Objection. Form. I think he
16  said at times.
17        THE WITNESS: I did say "at times," but most
18  times I do in fact view demonstrations of the version of
19  the product that my client would be intending to purchase
20  and implement. And I view those demonstrations -- I
21  might view those demonstrations provided by vendors. I
22  might also view demonstrations at customers who are using
23  that version of the software in live use.
24        Q. BY MR. GIBBS: In the course of forming your
25  opinions in this case, did you speak directly to any

43

1   consultants who had worked on implementing Suite 11i?
2         A. Not in forming my opinions in this case, no.
3         Q. So you haven't relied on any such
4   conversations in forming your opinions in this case?
5         MR. WILLIAMS: Objection. Form. He said he
6   didn't speak to anyone so -- directly. So with respect
7   to your question, it's argumentative.
8         THE WITNESS: I haven't relied on any. If I
9   had, it would be noted in the report.
10        Q. BY MR. GIBBS: Okay. I was hoping so, but I
11  just wanted to make sure.
12        You write that your methodology follows all
13  industry accepted guidelines. What industry accepted
14  guidelines are you referring to?
15        A. The -- there isn't an industry of expert
16  analysis of software. So the industry guidelines that I
17  follow are those practices that are common among IT
18  consultants who do the type of systems and software
19  evaluation consulting that I do. And I attend -- I've
20  attended meetings of such consultants, I talk to them
21  frequently. I don't know that there are any codified
22  guidelines, but these are the -- the procedures I use are
23  the same as the procedures that -- that, as I say,
24  hundreds or thousands of other consultants that do the
25  same type of business consulting that I do use. So those

44

1   are the guidelines that I follow.
2         Q. If I wanted to find out what those guidelines
3   say, where would I look?
4         MR. WILLIAMS: Objection. Form.
5         THE WITNESS: I don't know if there's a
6   reference book that -- that -- or a reference source that
7   gives them. I've been doing this since the early '80s.
8   There's hardly anybody in practice today that's been
9   doing it as long as I have. I mean, I'm sure there are
10  some. But my methods and procedures, as I say, I've
11  developed by working with others who have been -- who
12  were doing it then, and by consulting with others who
13  have been doing it in the time from the early '80s to
14  now.
15        I don't know that there is a reference source
16  that you could go to. There may well be. But I'm
17  probably one of the senior people in that industry right
18  now. I don't need a -- have a need of consulting
19  reference sources on how to do the consulting. I've done
20  over 200 engagements on...
21        Q. At page 6 of your opening report, you write
22  that in order to form the opinions expressed in the
23  report, you reviewed the, quote, relevant pleadings.
24  Which pleadings did you deem to be relevant?
25        A. I read the Complaint and the response and

45

1  several others that dealt with the -- and I don't recall
2  how many or which ones, that dealt with the issues
3  relating to my opinions.
4        There are a lot of procedural -- I presume
5  there are a lot of procedural pleadings and pleadings.
6  It's my understanding there are a lot of financial issues
7  in this matter that I'm not involved in, and there may
8  well be pleadings that are specifically related to those.
9        So I can't give you other than the Complaint
10  and response an off-the-top recollection of what I've
11  read.
12       Q. How did you decide which pleadings were
13  relevant?
14       A. I asked counsel, Mr. Williams, to provide me
15  with any pleadings that related to the issues that he had
16  assigned me to evaluate. And I read those.
17       Q. And did you -- in the course of requesting
18  those pleadings, did you define the issues or was it just
19  understood?
20       MR. WILLIAMS: I'm going to instruct the
21  witness not to answer or discuss any conversations that
22  he had with counsel for plaintiffs concerning his
23  engagement. If you can ask the question another way to
24  get what you need, I think there is a way to do it.
25       Q. BY MR. GIBBS: You said you asked -- well,

46

1  let me -- you reviewed the pleadings you were given; is
2  that fair?
3        A. I was given an assignment, which I have
4  explained in this report (indicating), of what to
5  evaluate in my declaration. I asked for the pleadings
6  relevant to the assignment that I was given, and I read
7  the pleadings that I was supplied with that were deemed
8  relevant to that assignment.
9        Q. You also write that you reviewed, quote,
10  numerous documents, end quote.
11       A. Yes.
12       Q. Which documents did you review?
13       A. I had --
14       MR. WILLIAMS: Apart from the hundred -- how
15  many exhibits are attached to his report?
16       MR. GIBBS: That's fine. Why don't we start
17  there.
18       Q. Did you review any documents outside of the
19  ones specifically referenced in your reports?
20       A. Yes.
21       Q. Okay. Which ones?
22       A. I had -- I can't tell you because I had
23  access -- well, I have, I think, like eight boxes of
24  bankers' boxes of documents in my office. I have
25  numerous depositions in electronic form. Some of -- that

47

1  I've reviewed. And I had access to a database of all the
2  Bates numbered documents that have been produced in this
3  case up through yesterday.
4        And I have used a software product called
5  Concordance to search those documents for specific terms,
6  search terms, and I've looked at numerous documents, some
7  of which were relevant to my opinion, but perhaps
8  duplicative of documents that are listed here. Some of
9  which were maybe met the search term but weren't relevant
10  to the issues that are addressed in my opinions.
11       But basically, I've had -- you know, I've
12  read depositions and I've reviewed, had access to the
13  full scope of documents that have been produced, and I
14  can't tell you how many or which ones I've looked at, but
15  it's been thousands.
16       Q. Did you rely on any documents not identified
17  in your reports in forming your opinions in this case?
18       MR. WILLIAMS: Objection. Form, rely.
19       THE WITNESS: Many of the documents that are
20  referenced in my report appear numerous times in the --
21  among the Bates numbered documents. The ones that I
22  originally read may not have been the ones with the same
23  Bates numbers as the Bates numbers that are indicated in
24  the report. They're the same document. And in some
25  cases, I went back and said, hey, I've got to refind that

48

1  document that I recall says such-and-such.
2        So for all practical purposes, the documents
3  that I used to form my opinion and that I relied on to
4  form my opinion are the documents and solely the
5  documents that are listed in my report. Not all of them
6  are Bates numbered documents. There are some other --
7  there are articles and so forth. I think there are some
8  websites that I used that are also referenced in my
9  report.
10       I did some Internet searching. If I relied
11  on the product of any of that in forming my opinion, it's
12  specifically listed and referenced in the report.
13       Q. In the course of reviewing materials before
14  forming your opinions, did you see any evidence of any
15  customers who were happy with Suite 11i?
16       MR. WILLIAMS: Objection. Form.
17       THE WITNESS: I saw references to happy
18  customers or customers that had levels of satisfaction
19  that were maybe mixed but more are happy than unhappy.
20       Q. BY MR. GIBBS: But if you relied on any of
21  those documents in forming your opinion, it would be
22  cited in your report?
23       A. In the cases where I looked at those, and
24  some of the documents cited in my report are indications
25  of customers that had mixed appraisals of the product and

49

1 that are cited.  If I saw documents that indicated solely
2 a positive appraisal, I had to evaluate those documents
3 in relation to the others and determine whether -- which
4 was more convincing to me.
5         And as I said, the ones that I used in my
6 report are the ones that I relied on.  Some of those
7 have, as I say, a mixture of positive and negative
8 appraisals.
9         MR. WILLIAMS:  Counsel, whenever you're ready
10 or finish your line, do you mind if we take a short
11 break?
12         MR. GIBBS:  Okay.
13     Q.  So is it fair to say that if there are
14 documents that have been produced to plaintiffs that
15 reflect customers with some level of happiness or
16 satisfaction with Suite 11i, and they're not cited in
17 your report, you either didn't see them or you found them
18 not convincing enough to rely upon in forming your
19 opinion?
20         MR. WILLIAMS:  I'm going to object to form.
21 Same issue with the word "rely."
22         THE WITNESS:  I think that covers it.  There
23 may be -- there may be another category.  I mean, I
24 looked at lots of documents.  Some weren't relevant.  So
25 I don't know that -- I think, for the most part, the

50

1 category -- are the two categories you gave.  I either
2 didn't find them convincing or didn't see them.  I think
3 for the most part, that covers it, but there might be a
4 third category.
5     Q.  BY MR. GIBBS:  Can you identify for me the
6 documents that you saw reflecting customers who were
7 satisfied or happy with Suite 11i but that you found not
8 convincing?
9     A.  We'd have to go through -- the easiest way to
10 do that would be to go through all the documents that are
11 referenced in my report, and certainly in going through
12 them, we could pick out those that have indications of
13 satisfied customers.  I can't tell you that off the top
14 of my head.
15     Q.  Can you tell me what criterion you used to
16 decide whether or not you found those documents to be
17 convincing?
18     A.  I looked at -- I can tell you some of the
19 criteria.  I'm not sure I can tell you all of them off
20 the top of my head.  But I looked at the stage of
21 implementation or the stage in the sales and
22 implementation process they were at.
23         Very often, you have satisfied customers
24 immediately after the sale, during the period of
25 preparing to implement where they haven't started to

51

1 implement, might be very satisfied, but that might not be
2 relevant because the opinions don't deal with that period
3 in the customer lifecycle because they deal with how the
4 software performed once it was actually being implemented
5 or attempting to be implemented.
6         I looked at the breadth of the applications
7 that those customers were implementing.  If, for
8 instance, they were only implementing one module, I
9 didn't consider that to be particularly convincing
10 because there's no integration of one module within
11 itself.  That integration doesn't enter there.
12 Integration enters with module -- one module talking to
13 another module.  And in fact, even if there were only
14 maybe a few modules but all within ERP or a few modules
15 all within two or three within CRM, if they were happy, I
16 wouldn't necessarily have considered that to be relevant
17 because it doesn't deal with the issues that my opinions
18 offer.  There may have been other criteria.
19     Q.  But you can't tell me that?
20     A.  Those are the ones that come to mind
21 immediately.  If others come to mind, I'll let you know.
22     Q.  Okay.  Again, if I wanted to recreate the
23 analysis that you went through by looking at the specific
24 documents that you reviewed and rejected as not
25 convincing, how would I go about doing that?

52

1         MR. WILLIAMS:  Objection.  Form.
2         THE WITNESS:  We'd have to look at something.
3 You know, I could explain as we looked at them.  If you'd
4 like to show me some documents, that would be fine.
5     Q.  BY MR. GIBBS:  Let's break that down a little
6 bit.  First of all, how would I go about identifying the
7 documents that you reviewed and rejected as not
8 convincing enough to take into account in forming your
9 opinion?
10         MR. WILLIAMS:  Hold on a second.  I'm going
11 to object to the form and go back to the initial
12 objection of rely.  You just said that he rejected them
13 such that he would not take them into account in forming
14 his opinion.  He never testified to that.  You asked him
15 if he relied on certain documents to form his opinion.
16 There's a difference between taking them into account and
17 deciding, you know, whether or not they're going to be
18 useful to rely upon and actually relying upon them.
19         So it goes back to multiple objections to the
20 form of the question.  I think they're vague and
21 ambiguous, and the record's not going to be clear for
22 what either one of us wants to later.
23         MR. GIBBS:  We could have saved a fair amount
24 of time by just pointing out the "relied upon" versus
25 "took into account."  So let me rephrase.

53

1      Q. How would I go about identifying the
2  documents that you reviewed and rejected as not
3  convincing enough to rely upon in forming your opinion?
4      A. But did take into account?
5      Q. Fair enough.
6      A. I don't know.  I mean, we'd have to look at
7  all the documents -- I -- we'd probably have to look at
8  all of the Bates numbered documents that have been
9  produced one-by-one.  I could tell you to the best of my
10 recollection whether I'd ever seen it before, and if to
11 my recollection I had seen it but chose not to reference
12 it in my report, I could tell you why.  But, I mean, it
13 was -- since the documents that I reviewed and took into
14 account but didn't rely upon were found using a database
15 search, I didn't -- I don't recall all the search terms I
16 used, and it took me a while to -- to be able to do the
17 searching with any degree of success because I wasn't
18 used to using the Concordance tool prior to this.
19      So I have no idea how I could recreate all of
20 the documents that I saw, took into account, but didn't
21 reference as being ones that I relied on.
22      MR. GIBBS:  Now is a fine time for a break.
23      MR. WILLIAMS:  Thank you.
24      THE VIDEOGRAPHER:  This concludes Videotape
25 Number 1 in the deposition of Brooks Hilliard.  Going off

54

1  the record, the time is 10:55.
2      (Recess.)
3      THE VIDEOGRAPHER:  This is the beginning of
4  Videotape Number 2, Volume 1 in the deposition of Brooks
5  Hilliard.  We're on the record.  The time is 11:09.
6      Q. BY MR. GIBBS:  We're back, Mr. Hilliard.
7  Before we broke, I was asking you about whether you had,
8  in your review of materials, seen evidence of customers
9  who were happy or satisfied with Suite 11i.  I want to
10 switch gears here a little bit and ask you a different
11 question.
12      In the course of reviewing materials before
13 forming your opinions in this case, did you see any
14 evidence that any customers successfully implemented
15 Suite 11i?
16      MR. WILLIAMS:  Objection.  Form.
17      THE WITNESS:  By implemented Suite 11i, do
18 you mean implemented a substantial number of modules
19 crossing both ERP and CRM or just successfully
20 implemented a limited number, one or two modules within a
21 particular portion of 11i?
22      Q. BY MR. GIBBS:  Let's break it down.  Did you
23 see any evidence of any customers who successfully
24 implemented one module of Suite 11i?
25      A. I saw accounts claiming that there were

55

1  customers successfully implementing a single module of
2  11i.  I don't recall whether those accounts were of
3  customers who did it within the class period or outside
4  of the class period.  But I did see some, yes.
5      Q. Do you recall how many?
6      A. No.
7      Q. And to the extent that any such evidence is
8  not cited in your report, but you saw it, I take it
9  that's because you didn't deem it to be convincing?
10     A. Convincing probably isn't the right
11 description, I think.  I considered a lot of things that
12 I didn't reference in the report.  A lot of the
13 information of that nature may not have been relevant to
14 the specific opinions that I rendered as convincing or
15 unconvincing, as it might be.  The opinions I rendered
16 may not have -- they may not have been relevant to those
17 opinions.
18     Q. In the course of reviewing materials before
19 forming your opinions in this case, did you see any
20 evidence of any customers successfully implementing more
21 than one module in Suite 11i?
22     A. I saw third-party accounts of 11i customers
23 who were, by the third party who wrote about them,
24 described as having implemented maybe two or sometimes
25 three related modules.  But I don't recall seeing -- and

56

1  I wouldn't say that there weren't any -- any direct
2  appraisals by the companies themselves saying they had
3  successfully implemented one or two or three modules.
4      Q. Okay.  You have distinguished between
5  third-party accounts of what has happened at the
6  customer's site versus the companies themselves saying
7  what happened.  Are you suggesting that you did not
8  rely -- strike that.
9      Are you suggesting that you thought the
10 third-party accounts of what happened at the customer
11 site were not reliable enough to rely upon in forming
12 your opinion?
13     A. There were certainly instances of third-party
14 accounts that were not reliable.  Because they were
15 conflicting accounts of the same situations giving
16 different appraisals.  So some of them, I didn't think
17 they were reliable.
18     Third-party accounts, by third party, they
19 were -- in most cases, Oracle employee accounts -- and
20 having been a software vendor myself and having dealt
21 with software vendors in my consulting capacity for the
22 last 30, nearly -- well, I haven't been a vendor over 30
23 years, well over 30 years -- I know that the accounts
24 that salesmen and implementers give to their superiors
25 indicating favorable results have to be viewed with a

57

1   certain level of skepticism because that's just the way
2   it is.  Salesmen, and in particular marketing people --
3   and I was a marketing person -- and people involved in
4   implementations have a predilection to give a positive
5   spin to what they've -- what they're doing or what
6   they're seeing or what they're expecting.
7        So in general, I looked at positive
8   appraisals with the observation of who was making them --
9   making them, and based on experience with literally
10  hundreds, probably over a thousand marketing and
11  implementing personnel that I've dealt with one-on-one in
12  professional situations from mid-'70s to the present, I
13  gave somewhat less credibility to positive appraisals
14  then I would to negative appraisals because, once again,
15  just like people in those positions are inclined to give
16  positive appraisals, they're much less likely, in my
17  experience, to give negative appraisals.
18        So I had -- I gave more credibility to
19  third-party accounts, particularly of those in either the
20  marketing or sales or customer support areas, I gave
21  those less -- the positive ones less credibility than the
22  negative ones because of experience with people in those
23  environments.
24        Q.  What about positive appraisals by people who
25  are not in the marketing or sales or customer support

58

1   areas?  Did you see any of those that you recall?
2        A.  There were folks that I may have seen that
3   supervised those in marketing or sales or support, and I
4   guess I put those in the same category, but even though
5   they themselves might have been in development or
6   something else.
7        And actually, that applies to some extent to
8   developers as well, the same tendency to give a positive
9   spin to things.
10        I don't recall seeing any -- well, other than
11  press accounts, which I've also found to be worthy of
12  making sure there are multiple press accounts.  But most
13  of the positive appraisals I saw were from marketing
14  people.
15        I guess I also saw some analyst appraisals
16  given right after they'd gotten pitches from marketing --
17  presentations, I should say, from marketing people that
18  gave positive appraisals.
19        So, I mean, I -- I don't recall seeing any
20  other than press that were in a position to be objective
21  that gave positive appraisals.  Not to say there weren't
22  any.  And the press I also have a level of skepticism,
23  having been misquoted in the press myself a number of
24  times, as well as correctly quoted.
25        Q.  Do you think anyone who works for Oracle or

59

1   worked for Oracle during the relevant time period is in a
2   position to give an objective credible account of a
3   customer successfully going live on one or more modules
4   of Suite 11i?
5        A.  Yes, but you can't tell which ones they are.
6   Certainly there might well have been some people that
7   are -- that gave credible accounts.  But you can't -- you
8   can't tell who's not giving positive spin when.
9        Q.  So how did you go about deciding whose
10  accounts to rely upon in forming your opinion and whose
11  accounts not to rely upon?
12        A.  I evaluated all accounts.  Almost all of the
13  positive accounts I saw dealt with very limited
14  implementations that weren't relevant to my opinions
15  because my opinions were more focused on the
16  implementations that included the breadth of
17  functionality described by Oracle's representations,
18  Mr. Ellison's and the other senior executives in the
19  company, representations about the product.
20        So almost all of the positives that I saw
21  were limited to very specific -- very limited
22  implementations which are nice and wonderful, but weren't
23  relevant to my opinions.  Those that were broader in
24  scope, in almost every case I saw contradictory
25  information indicating that during the class period, the

60

1   situation that may have been positive prior to the class
2   period or later than the class period weren't the same
3   during the class period.
4        So -- and I was focused specifically on that
5   two and a half months from December 14th of 2000 to
6   March 1st or 2nd of 2001.
7        Q.  You suggested earlier that a customer's level
8   of satisfaction with an implementation might vary
9   according to the stage of the implementation.
10        Do you recall that?
11        A.  Yes.
12        Q.  And the example you used was that the
13  customer might be very happy right after the initial
14  purchase but less happy once the implementation begins.
15        Do you recall that?
16        A.  Yes.
17        Q.  Would you also agree, though, that customers
18  might experience some frustration and unhappiness in the
19  midst of an implementation but ultimately succeed and be
20  satisfied with the implementation?
21        A.  That certainly happens.  That certainly
22  happens.  I don't know -- I mean, focusing in on the
23  class period, I don't know that that's a relevant
24  question in that if someone is very unhappy during the
25  implementation, that implementation occurred during the

61

1   class period.  They were talking to others and being
2   quoted in the press or going to -- or talking to their
3   peers within the Oracle applications users group and
4   complaining or writing letters into the company.  The
5   fact that they may at some time six months or two years
6   or five years later have been happy really isn't
7   relevant.
8       Q.  Well, let me focus in on your discussion of
9   having seen evidence of limited implementations.  You
10  said that the positives that you saw during the class
11  period were almost all very limited, maybe all very
12  limited implementations.  Is that fair?
13      A.  There were -- I saw numbers that were claimed
14  to be positive.  Every single description that was of
15  greater depth than just we have "X" number of customers
16  live, in every case where I -- where there was enough
17  information to determine what modules they were using,
18  and the person who actually counted the modules was
19  someone by the name of Ms. Anthony, and she said that in
20  computing those counts, anyone who was using even one
21  module in a production environment was considered live.
22      So I didn't really consider any of the "X"
23  number of live customers, "X" number of satisfied
24  customers and so forth, without some description of
25  whether they were on one module, two modules, or three

62

1   modules.
2       I don't recall seeing a single instance of a
3   customer that was live and happy on more than a couple of
4   modules, and certainly none that were live and happy on
5   modules, some of which were in ERP and others of which
6   were in CRM during the class period.  I saw none of
7   those.
8       The ones that I saw that were happy were
9   always where there was enough description to tell.  It
10  was always just one or two or perhaps three modules, and
11  usually -- and those modules were either all within ERP
12  and closely related modules.
13      There may have been some in CRM, although I
14  don't -- as well, that fit that same description.  I
15  don't recall specifically any of those.
16      Q.  That's what I was actually trying to get at
17  is just what you meant by "limited," but I understand
18  your prior answer to mean, when you said "limited," you
19  meant one, two, maybe three modules.
20      A.  Correct.
21      Q.  In the course of reviewing materials before
22  forming your opinions in this case, did you see any
23  evidence that any customers successfully implemented
24  Suite 11i in multiple languages?
25      A.  I'm sorry, can you give me the beginning of

63

1   that question again.
2       Q.  I can.
3       In the course of reviewing materials before
4   forming your opinions in this case, did you see evidence
5   that any customers successfully implemented Suite 11i in
6   multiple languages?
7       MR. WILLIAMS:  Objection.  Form.
8       THE WITNESS:  The only evidence I saw of that
9   were, once again, for extremely limited applications
10  where, for instance, there might have been only one
11  language or only one currency and no currency
12  translation.  Or an application where there was no need
13  for -- to have the effect of laws or other localizations
14  not related to languages.
15      There may well have been, once again, very
16  limited couple modules doing limited function with enough
17  of the -- of their local language to satisfy them, which
18  isn't necessarily -- if it was, for instance a U.S.
19  company operating in France, and I'm not -- I'm just
20  picking that as an example.  I don't recall a specific
21  that meets that.  But, you know, might have had a
22  manufacturing module that had some French and the people
23  that were using it were, you know, bilingual so it
24  wouldn't necessarily require full French language.  There
25  may well have been some of those that had some limited

64

1   use of French or some other language.
2       But I didn't -- what I didn't see was any
3   extensive live implementations during the class period
4   with multiple modules that involved the full localization
5   requirement and/or the full translation requirement that
6   were successful.
7       Q.  How would you go about determining whether a
8   particular customer using the software in multiple
9   countries was using full localization requirements, full
10  translation requirements, or currency conversion
11  requirements?
12      A.  Depends on what modules they're using in many
13  cases.  There are some modules have no currency
14  implications at all.  And so -- and there are some that
15  have no localization compliance with local laws and
16  customs requirements at all.
17      It tends to be, although not specifically,
18  the financially oriented modules that have the -- not
19  exclusively -- the financially oriented modules that have
20  localization requirements other than language.
21      But basically the way I would determine is if
22  the document described -- I'd look at the detail of what
23  was in the document describing what they were doing and
24  what functionality they were using, and I would -- I'd
25  look at what modules that there were, and then I would

65

1 also compare that because we had some -- a document that
2 was prepared about -- a little over a year after the end
3 of the class period stating that certain local language
4 functionality just wasn't in the product.  And if it
5 wasn't in the product a year later, it certainly wasn't
6 in the product during the class period.
7      So if someone said they were using it
8 successfully in a foreign country during the class
9 period, and we know -- I knew from the document a year
10 later that the functionality wasn't there, then
11 consequently, they couldn't have been using that
12 functionality during the class period.
13      Q.  You mentioned that financial modules would be
14 one category of modules that would typically require
15 localizations other than language.  Is that fair?
16      A.  That would be one where you might expect to
17 find those, yes.
18      Q.  Are there other categories of modules where
19 you might expect to find the need for localizations other
20 than language?
21      A.  Yes.
22      Q.  What categories would include that?
23      A.  That would vary all over the lot depending on
24 the country.  Certain industries are, you know, have
25 certain requirements in one country that are different

66

1 than in another country.  Semiconductor industry, its
2 requirements -- its manufacturing requirements in Asia
3 and the Pacific Rim countries might be entirely different
4 than -- from a localization standpoint than manufacturing
5 in the U.S., but that might just be for electronics
6 manufacturing.  So, you know, it really depends on the
7 country and the application.
8      Q.  What about human resources management
9 software --
10      A.  That would be a good one, too.
11      Q.  That would often require localization other
12 than language?
13      A.  Yes.
14      Q.  And if someone were using the entire suite,
15 11i or substantially the entire suite of 11i, would it be
16 reasonable to conclude that they were using localizations
17 other than language, if they were using it in a foreign
18 country?
19      A.  All 80 or 100 modules?
20      Q.  Substantially.
21      A.  90 percent of the modules?
22      Q.  How about modules from each of the ERP,
23 supply chain management, and CRM pillars?
24      A.  During the class period?
25      Q.  Yes.

67

1      MR. WILLIAMS:  Is that all of them?
2      MR. GIBBS:  Yes.
3      Q.  Well, no, I'm saying some modules from each
4 of those three pillars.  Does that make sense?  Not all
5 hundred modules.  If someone's using more than one or two
6 modules from each of those three pillars, would it be
7 reasonable to conclude that they are using localizations
8 other than language?
9      MR. WILLIAMS:  Objection.  Form.
10      THE WITNESS:  You haven't really given me
11 enough information to determine that.  You'd have to look
12 at the industry.  You'd have to look at whether it was a
13 foreign country or an American country.  You'd have to
14 look at which of the modules they were using.  I really
15 can't answer the question the way you've posed it.
16      Q.  BY MR. GIBBS:  Okay.
17      Q.  In the course of reviewing materials before
18 forming your opinions in this case, did you see
19 evidence of any customers successfully implementing Suite
20 11i rapidly?
21      MR. WILLIAMS:  Objection.  Form.
22      THE WITNESS:  Are you talking about more than
23 two or three modules, and are you talking during the
24 class period?
25      Q.  BY MR. GIBBS:  I'm including any

68

1 implementation for now, and I'm including any time period
2 for now.  I'll drill down later into the specifics.
3      So the question is:  In the course of
4 reviewing the materials before forming your opinions, did
5 you see any evidence of any customers successfully
6 implementing Suite 11i rapidly?
7      MR. WILLIAMS:  Objection.  Form.
8      THE WITNESS:  I saw some accounts, but only
9 for limited implementations, and not within the class
10 period, although I was specifically looking for
11 implementations.  And I go into every assignment
12 skeptical -- this one and every other -- skeptical of
13 everything.  Skeptical of what my client says, skeptical
14 of what opposing party says, and I try to look at all the
15 evidence that I can that supports all points of view.
16      So I was looking for evidence of
17 implementations that were as described by the Oracle
18 representations, rapid implementations in days rather
19 than months, or within a few months rather than many
20 months of a substantial number of applications.  I don't
21 recall seeing any that fit that category within the class
22 period.
23      Q.  BY MR. GIBBS:  Okay.  Set aside the class
24 period, set aside the number of modules.  My question is:
25 In the course of forming your opinion in this case, did

69

1 you see any evidence of any Suite 11i customers
2 implementing rapidly?
3        MR. WILLIAMS: Objection. Form.
4 Implementing what?
5        MR. GIBBS: I said Suite 11i customers.
6        Q. Do you understand the question?
7        A. Do you mean implementing --
8        Q. I'll rephrase it.
9        A. -- even one module of Suite 11i?
10       Q. I said I'll rephrase it.
11       In the course of forming your opinions for
12 purposes of this case, did you see any evidence of any
13 customer successfully implementing Suite 11i software
14 rapidly?
15       MR. WILLIAMS: Objection. Form.
16       THE WITNESS: I saw some accounts of
17 limited -- without much substantiation or detail of what
18 was purported to be a rapid implementation of a -- of at
19 least one 11i module.
20       It's my understanding that the discovery in
21 this case was limited to documents for -- from the period
22 of June 1, 2000 to June 1, or May 31st, 2001. And so the
23 discovery of documents or the production of documents
24 outside of that period was much more limited, although
25 there certainly were some documents from outside that

70

1 period, it was much more limited than the documents from
2 that period.
3        So I -- I may have seen documents that are as
4 you described, but without sufficient detail to really
5 evaluate them.
6        Q. BY MR. GIBBS: Okay. Your opening and
7 rebuttal reports refer by name to approximately 40 to 45
8 Suite 11i customers. I'm not asking you -- to the
9 specific reports. The reports say what they say. But
10 roughly speaking, that's the number of customers
11 specifically mentioned in the reports.
12       My first question is: Did you look at
13 documents or testimony regarding the implementations of
14 customers other than the ones discussed by name in your
15 opening and rebuttal reports?
16       A. Absolutely.
17       Q. How many?
18       A. I can't tell you.
19       Q. Okay. How could I find that out?
20       A. Well, the first thing we could do is we could
21 look at all the documents I referenced. A lot of those
22 documents reference other customer names than the ones I
23 referenced. And certainly I saw all that information of
24 other customers.
25       Didn't use it all. If I had tried to put

71

1 every bit of it in, the report would have been this thick
2 instead of this thick (indicating). And by that I'm
3 saying about a foot or so thick rather than about a half
4 an inch.
5        In many cases, the information about the
6 other accounts wasn't relevant to the issues that I was
7 tasked with looking at. So I didn't mention it. But,
8 yeah, the first thing I'd do is look at all of the
9 documents that are listed, and then as I say, I looked at
10 a lot of other documents in the course of my searches,
11 and we'd just have to look through them one-by-one, and I
12 could tell you to the best of my recollection whether I
13 saw them or not.
14       Q. So the only way to know for sure which
15 customers you've seen documents regarding would be to
16 walk through every single document produced in this case
17 and have you tell me whether you looked at documents
18 regarding that customer's implementation or not?
19       A. Well, the simplest first step would be just
20 to look to the documents I've referenced. There are a
21 lot of customers referred to in those documents that I
22 didn't use, I didn't provide accounts of.
23       Q. Okay. But --
24       A. That would be the first step in that, and
25 that would be probably pretty darn complete. But

72

1 certainly there would be others.
2        Q. But not totally complete?
3        A. But not totally complete.
4        Q. Okay. And as to the ones mentioned in the
5 documents cited in your report, you would need to walk
6 through with me customer by customer and tell me whether
7 you looked at documents regarding their implementation or
8 not. Is that correct?
9        A. Well, if we looked at the documents, it would
10 be a document about their implementation, and I looked at
11 it. I don't -- I guess I don't understand your question.
12       Q. Well, let me move to a slightly different
13 subject.
14       For each of the customers that are discussed
15 in your opening report, what analysis did you do?
16       MR. WILLIAMS: Objection. Form.
17       THE WITNESS: I looked at the nature of what
18 was described for that customer. I looked at whether it
19 was a customer direct issue, for instance, an email or a
20 communication direct from the customer to someone at
21 Oracle, or whether it was an account of that customer
22 provided by an Oracle person involved with a customer.
23       I looked at -- I tried to look at other
24 documents relating to the same customer to see whether
25 this document was representative of others.

73

1      I looked at whether the issue raised in the
2   document, be it positive or negative, was relevant to the
3   opinions or the areas -- this was actually before I had
4   had opinions, even, but the areas that I had been tasked
5   with investigating.
6      I looked at the depth and completeness of the
7   description and the nature of the -- the description of
8   the issue and the nature of the issue.  I'm sure there
9   are some other criteria I applied as well, but those
10  would be prominent among them.
11     Q.  BY MR. GIBBS:  Okay.  And is there any way
12  for someone to recreate that analysis without you in the
13  room?
14     A.  Yeah.  To -- to take those same criteria that
15  I just mentioned and go through the documents, and then
16  to search the -- the Bates numbered documents for other
17  documents relating to the same customers and apply the
18  same criteria to those.
19     Q.  But how --
20     A.  You could -- you could create the analysis
21  that way, sure.
22     Q.  How would someone else know how to apply
23  those criteria you've mentioned?  You've identified
24  criteria, but you haven't given me metrics for how you
25  applied them.  Is there someplace I can go to figure out

74

1   how you did that?
2      MR. WILLIAMS:  Objection.  Form.  I don't
3   think he said these were the criteria.  You asked him
4   about his analysis, and he told you what his analysis
5   was.  I don't think he told you that these were the
6   criteria that he applied.
7      Q.  BY MR. GIBBS:  Do you understand the
8   question?
9      A.  No.
10     Q.  You said I'm sure there are other criteria
11  that I applied as well.  That's what I took you -- that's
12  what I took to mean that you had just listed to me
13  criterion that you apply to documents about customers.
14     So my question is:  How do I know how to
15  apply those factors or criteria, or whatever you want to
16  call them, other than just having you recreate it?
17     Let me give you an example.  You said I tried
18  to look at other documents relating to the same customer
19  to see whether this document was representative of
20  others.
21     A.  I think that's a pretty straightforward
22  description.  One could look at a document and then look
23  at other documents -- look the issue described in
24  document X, being the document I referred to, and then
25  look at other documents for the same customer during the

75

1   same time period and see whether the document I referred
2   to was a fair -- was, you know, confirmed or not
3   confirmed by other documents referencing the same
4   customer and the same time period on the same issues,
5   whether they were consistent.
6      Q.  Do you think that anyone with expertise in
7   your field would come to the same conclusion as to
8   whether a document was positive or negative on an issue?
9      A.  I don't know.
10     Q.  For each of the customers discussed in your
11  opening rebuttal reports, did you look at every single
12  produced document relating to that customer?
13     A.  I tried to find as many as I could relating
14  to that customer for that issue, for that time period.  I
15  can't guarantee I saw every single one of them, but I
16  made an attempt.
17     Q.  What about testimony?  Did you review all of
18  the testimony about each of the customers referenced in
19  your opening and rebuttal reports?
20     A.  I didn't have time to read all of the
21  depositions, so I may have missed some testimony,
22  although I did read the depositions -- I think completely
23  of all those individuals who I've referenced anything in
24  their deposition.
25     So almost all of the senior executives, vice

76

1   presidential level and up within Oracle, as well as some
2   other depositions, but I didn't read every deposition.
3   So I can't say whether I caught every bit of testimony.
4      Q.  Do you know how many customers were in the
5   process of implementing some portion of Suite 11i during
6   the third quarter of the Oracle's 2001 fiscal year?
7      A.  What do you mean by "in the process of
8   implementing"?
9      Q.  Well, I mean they had bought software and
10  they were somewhere in the process of implementing it?
11     A.  So you would include customers who had bought
12  the software and not actually taken any other action
13  other than signing a contract?
14     Q.  No.  I said bought software and they were
15  somewhere in the process of implementing.  You've
16  described for me the implementation process that you go
17  through with your customers --
18     A.  Yes.
19     Q.  -- on the consulting side.  If there's some
20  lack of clarity about what it means to implement a
21  product, then we should work through that, but I assumed
22  you understood what that means.
23     A.  No, I do, and the reason I was asking for the
24  clarification is that all the numbers I saw would include
25  all of the customers, including those who had signed the

77

1  contract and done nothing more.
2         And so I didn't see any numbers that would
3  indicate how many were actually in the -- because I
4  wouldn't count those as being in the process of
5  implementing. Those who had just signed the contract and
6  hadn't begun any other activity. And all the numbers I
7  saw included those. So I don't know what number were in
8  the process of implementing, no.
9         Q. What numbers are you referring to when you
10 say you saw numbers that included people who had just
11 bought the software but hadn't actually started the
12 process of implementing?
13        A. My -- and I actually can't tell you where
14 I -- specifically what document I got this from, but my
15 understanding of the numbers that were quoted, the 2500
16 or 3500 or numbers in that range, included all of those
17 who had just signed and done nothing else. So I --
18 that's why I can't tell you how many were in the
19 procession of implementing.
20        Q. Where did you get the understanding that
21 that -- that those numbers included people who had signed
22 the contract and done nothing else?
23        A. I just told you, I can't tell you where I got
24 that understanding.
25        Q. Do you know where the document or testimony

78

1  that gave you that impression is cited in either of your
2  reports?
3         A. I don't know.
4         Q. Did you do any analysis to determine whether
5  the customers you've cited in your reports make up any
6  kind of representative sample of the customers who were
7  implementing Suite 11i during the class period?
8         A. That wasn't -- in most cases, I was looking
9  at customers' experiences as a way of determining whether
10 the -- let me put it this way: There were several
11 smoking guns, what I would call smoking guns of actions
12 that Oracle should have taken and did not take in order
13 to get this software to a point where it was performing
14 as represented. Among these prominently were testing.
15        In many cases, testing was negligible, or in
16 some cases, it was described as not having been done at
17 all. The inevitable result of not testing is failures,
18 defects, failures, bugs and so forth.
19        And so I looked at -- and so I knew from
20 Oracle's failures to do what it needed to do in order to
21 have the software perform as represented that there were
22 certain inevitable results. I looked at the customers to
23 see whether that confirmed those inevitable results, and
24 it did, the customer accounts.
25        I didn't look to see whether there might have

79

1  been -- whether that was represented -- representative,
2  because that wasn't relevant.
3         Q. So am I correct to understand that your
4  opinion is based primarily on what you understand to be
5  the limits of the testing done to the software and the
6  various customer experiences that you cite were
7  confirmatory of the conclusion you drew from the limits
8  on the testing?
9         A. If that's the impression I gave you by what I
10 said, that's much too limited.
11        Q. Okay.
12        A. Not --
13        MR. WILLIAMS: Hold on. Is there a question
14 pending?
15        MR. GIBBS: Well, I thought he was about to
16 explain what was wrong with the understanding I just
17 articulated for him.
18        MR. WILLIAMS: I think that you asked him a
19 question and he answered that question.
20        Q. BY MR. GIBBS: Okay. What was incorrect
21 about the way I just articulated it?
22        A. It wasn't just the testing. We know, for
23 instance, from documents subsequent to the class period
24 that, for instance, multi-byte support, which is required
25 for globalization in many of the Asia Pacific

80

1  countries -- because you can't display their characters
2  without it, you can't display them on the screen, you
3  can't print them, so forth -- was missing from some of
4  the modules that were being delivered. Regardless of
5  whether testing was done or not, we know from accounts
6  later that that was missing.
7         We know, for instance, that there was --
8  there were data redundancies so that data that should
9  have been shared among applications, different
10 applications had different repositories for that data
11 that was not synchronized, so different parts of the --
12 of a company using the software wouldn't -- would think
13 they were using the same data, but wouldn't be,
14 regardless of testing. We know that to be the case from
15 the documents that document it.
16        There are other -- there are other issues of
17 that nature that we know that certain functionality could
18 not have worked during the class period because there
19 were structural or other problems that still existed in
20 the software subsequent to the class period. So the user
21 experiences in many cases were confirmatory of what was
22 the inevitable result of those things not having been in
23 the product during the class period.
24        In some cases, particularly with regard to
25 software performance, I think the user results were

81

```
1   probably more important than other things, although there
2   is certainly no evidence of any performance testing prior
3   to delivery, certainly of substantive performance testing
4   prior to delivery that I saw.
5        Q. So let me just stop you there.  Is it your
6   testimony that no performance testing took place?
7        A. I never said that in the report.  I don't
8   know -- I've seen no evidence that any substantive
9   performance testing took place, the world-class software
10  that vendors used for performance testing is a product
11  called LoadRunner.  Oracle was not using that prior to
12  the -- or during the class period.
13       So I saw no evidence that such testing did
14  take place.  I can't say for certain that none was done.
15       Q. Is it your testimony that you can't do
16  performance testing without LoadRunner?
17       A. The software -- the representations -- let's
18  focus on the representations for a second because that's
19  really what my report is about.  It's about the
20  representations.
21       Q. I'd like an answer to my specific question
22  first.
23       A. I'll be happy to answer.  But the
24  representations were that this was a world-class product.
25  The world-class tool was LoadRunner.  Yeah, you can do
```

82

```
1   performance testing without LoadRunner, but you can't
2   meet the representations without using a world-class
3   tool, and to my knowledge, there wasn't one in place.
4        Q. Is LoadRunner the only world-class tool for
5   that purpose?
6        A. Well, it was the one that ultimately Oracle
7   decided to use.
8        Q. Do you know --
9        A. Presumably because it was better than what
10  they were using, if anything.
11       Q. Do you know whether SAP during this time
12  frame used LoadRunner?
13       MR. WILLIAMS:  Objection.  Form.
14       THE WITNESS:  As Mr. Williams mentioned
15  previously on the subject of confidentiality orders and
16  some of the other cases I'm involved in.  So I don't
17  think I can answer that.
18       Q. BY MR. GIBBS:  Do you know whether PeopleSoft
19  during this time frame used LoadRunner?
20       A. Same answer.
21       Q. What about Siebel?
22       A. Same answer.
23       Q. What about Baan?
24       A. Same answer.
25       Q. What about J.D. Edwards?
```

83

```
1        A. Same answer.
2        Q. You can't answer because you don't know?
3        A. If I did know, it would be information that I
4   got in the course of an expert engagement with a
5   confidentiality agreement.
6        MR. WILLIAMS:  Patrick, I'm sorry.  I need
7   five minutes.  We don't need to go off.
8        MR. GIBBS:  Can I do one quick series first?
9        MR. WILLIAMS:  Sure.
10       MR. GIBBS:  And then take -- because then
11  I'll be between subjects.
12       MR. WILLIAMS:  Sure.
13       Q. BY MR. GIBBS:  Do you agree that commercial
14  software is virtually always released with some defects
15  in it?
16       A. Yes.
17       Q. Do you agree that the size of the software
18  would affect the number of defects that one would expect
19  to see in a commercial software product?
20       A. What do you mean by size?
21       Q. I mean, well, there are various metrics for
22  determining the size of a software program; correct?
23       A. There are all kinds of ways of assessing
24  that, yes.
25       Q. Okay.  Function points is one?
```

84

```
1        A. Yes.
2        Q. Lines of code is one?
3        A. Yes.
4        Q. My question is really -- doesn't relate to
5   any particular metric, it's just whether the size of the
6   software as measured by some metric would affect the
7   number of defects that you would expect to see in a
8   commercial software product.
9        A. The more lines of code, for instance, or the
10  more function points, yes, the more -- the more -- in the
11  general case, which may or may not -- which I don't
12  necessarily believe is applicable here, but in the
13  general case, yes, the number of defects would be related
14  to the size, using metrics such as lines of code or
15  function points.
16       Q. Okay.  Let me just be specific, then.  The
17  more lines of code a program has, the more defects you
18  would expect to see in a commercial software product; is
19  that correct?
20       A. There are all kinds of other factors that
21  affect the number of defects.
22       Q. Let's hold the other factors constant.
23       A. Okay.  If all the other factors are constant,
24  yes, the more lines of code, the more defects you'd
25  expect to see.
```

85

1    Q.  Okay.  Same question on function points.
2  Holding everything else constant, the more function
3  points you have, the more defects you would expect to see
4  in a commercial software product; correct?
5    A.  You know, I have a fair knowledge of function
6  points, but my associate, Mr. Jensen, is really the
7  expert in that field, and I would defer function point
8  questions to Dr. Jensen.
9    Q.  Okay.  There's nothing in his rebuttal report
10  you disagree with?
11    A.  Not that I recall.
12    Q.  Okay.  Do you know how large Suite 11i is
13  measured by any metric?
14    A.  No.
15    Q.  Did you make any attempt to find out how
16  large Suite 11i was during the class period, measured by
17  any metric?
18    A.  There wasn't sufficient information to
19  determine that.
20    Q.  Would you agree with Dr. Jensen's conclusion
21  that Suite 11i is, quote, very large?
22    A.  Yes.
23    MR. GIBBS:  Okay.  We can take a break now.
24    THE WITNESS:  Thanks.
25    THE VIDEOGRAPHER:  Going off the record, the

86

1  time is 12:04.
2    (Recess.)
3    THE VIDEOGRAPHER:  We are back on the record.
4  The time is 12:17.
5    Q.  BY MR. GIBBS:  Mr. Hilliard, I want to switch
6  to a different topic now.  Still focusing on your
7  methodology and your process.
8    A.  Sure.
9    Q.  For purposes of forming your opinions in this
10  case, you didn't compare Suite 11i to any other competing
11  enterprise application suite, did you?
12    A.  As -- by "competing," you mean a suite that
13  has the full complement of capabilities integrated
14  together as this was represented to be during -- at the
15  time of the launch?
16    Q.  I don't mean identical, I just mean
17  comparable.
18    MR. WILLIAMS:  Objection.  Form.
19    THE WITNESS:  Maybe you could ask me
20  specifics.
21    Q.  BY MR. GIBBS:  Sure.  Well, for purposes of
22  forming your opinions in this case, did you compare Suite
23  11i to any enterprise application suite?
24    A.  I focused on what my assignment was, and I
25  didn't -- I viewed that as looking at the representations

87

1  that were made, and they weren't representations relative
2  to other -- or at least the ones that are at issue and
3  that I wrote -- that I wound up having opinions on
4  weren't ones that were relative to other suites.  So I
5  didn't -- or other enterprise -- strike suites -- other
6  enterprise software products.  So I didn't look at it on
7  a relative basis.
8    Q.  Okay.  And just to be a little more specific,
9  for purposes of forming your opinions in this case, you
10  didn't compare the number of bugs experienced by Suite
11  11i users during the class period, say, to the number of
12  bugs experienced by users of any other enterprise
13  application suite; correct?
14    A.  During what period?
15    Q.  During any period.
16    A.  No.
17    Q.  Do you know how many bugs were experienced by
18  Suite 11i users during class period?
19    A.  I have a number that was the number that was
20  publicly announced by Oracle sometime prior to the class
21  period.  And I have a number of TARs for approximately
22  the first year.  And I have a relationship between TARs
23  and bugs, and the number of TARs for the first year and
24  the relationship with TARs and bugs come from Oracle
25  itself.

88

1    So I have some parameters that would include
2  the class period, but I don't have a number specifically
3  for the class period.
4    Q.  Okay.  The parameters you're referring to,
5  those are the calculations that are referred to in your
6  opening report, where you take number of reported TARs
7  over the first year and you apply a percentage of TARs
8  that are bugged and you come up with a bug number; is
9  that right?
10    A.  That's correct.
11    Q.  Other than that number, and I think you
12  referred to something that Oracle had publicly announced?
13    A.  Yes.
14    Q.  Well, let's just pause on that for a second.
15  What's the number that publicly -- that was publicly
16  announced by Oracle that you referred to in your prior
17  answer?
18    MR. WILLIAMS:  Objection.  Form.
19    THE WITNESS:  It -- I saw a response to
20  Forbes magazine where Forbes magazine asked Oracle to
21  confirm that there were 5,000 bugs in the software, I
22  believe as of the point in time of the Oracle
23  applications user group, and Oracle responded to that
24  questionnaire confirming that there were 5,000 bugs as of
25  that date.  So I would call that a public announcement.

89

1     Q. BY MR. GIBBS: Okay. That's the number
2  you're referring to?
3     A. Yes.
4     Q. What do you know about that document that
5  you've just described?
6     MR. WILLIAMS: Objection. Form.
7     THE WITNESS: I read the document.
8     Q. BY MR. GIBBS: Okay. Do you know who
9  prepared it?
10     A. Someone in -- I believe, I'm not absolutely
11  sure, but I believe it was someone in Oracle's public
12  relations department.
13     Q. Do you know whether the version of the
14  document you looked at was a final or a draft?
15     Just for the record, this document, I take
16  it, is Exhibit A to your rebuttal report?
17     A. Yes.
18     MR. GIBBS: The rebuttal report is Exhibit 2
19  to the deposition, just for the record.
20     THE WITNESS: I don't recall seeing any
21  marking on it as to whether it was a final or a draft. I
22  also know that that number was published in -- in several
23  places, and the special litigation committee, in their
24  report, also referred to that -- although that wasn't
25  published, referred to that number as being accurate for

90

1  that time frame.
2     Q. BY MR. GIBBS: The special litigation
3  committee report referred to 5,000 bugs or 5,000 patches?
4     A. I'm almost certain it referred to 5,000 bugs.
5     Q. Okay. Referring back to Exhibit A to your
6  rebuttal report, do you know whether that document
7  actually was transmitted to Forbes magazine?
8     A. I do not. But there were a lot of press
9  reports in that time frame that included that number so
10  it seems likely that this or something like it was
11  transmitted. But I don't know for sure that it was.
12     Q. And those press reports you found credible?
13     A. Well, the number that appeared in the
14  document, along with a special litigation committee,
15  along with all the press reports, along with a lot of
16  internal communication referring to 5,000 bugs, when you
17  add it all together, I found it credible, yes. I
18  wouldn't necessarily -- specifically from that document,
19  wouldn't necessarily have concluded that, but that was
20  one of many. And so that's --
21     Q. I want to follow up on your reference to
22  internal communication referring to 5,000 bugs. What
23  internal communications are you referring to?
24     A. There were a number of emails.
25     Q. Do you know who sent or received them?

91

1     A. I don't recall. I remember doing a search on
2  the number 5,000 and came up with, as I recall, dozens,
3  if not over 100 -- I think actually it was under 100, but
4  there were lots and lots of emails referring to that.
5  Now, the -- some of them were duplicative. I don't
6  remember all of the emails and all of the individuals on
7  those emails, no.
8     Q. Do you recall whether any of those documents
9  were talking about internal Oracle bug counts as
10  contrasted with talking about press reports referring to
11  5,000 bugs?
12     A. Some of each, as I recall.
13     Q. All right. So did you ever see a bug count
14  from Oracle's development group indicating that there had
15  been 5,000 bugs?
16     A. Don't recall seeing one.
17     Q. Okay. Do you know how many P1 bugs Suite 11i
18  users experienced during the class period?
19     MR. WILLIAMS: Objection. Form.
20     THE WITNESS: I don't have any numbers
21  specifically for the class period.
22     Q. BY MR. GIBBS: What about any other time
23  period?
24     MR. WILLIAMS: Objection. Form.
25     THE WITNESS: As indicated in my report,

92

1  there were, I believe, nine -- on the order of 19,000
2  TARs during the first year. And 32 percent of those, I
3  believe, were bugged TARs.
4     Now, we don't know -- we don't know whether
5  each bugged TAR was one bug or multiple bugs. So a bug
6  TAR could, once investigated, have a dozen, two dozen
7  bugs associated with it or could be just one. Some of
8  the TARs could be duplicative. But presumably the
9  32 percent would be a fair estimation, given that some
10  could be duplicative and some could be reflective of
11  multiple bugs of the number of bugs during the one year
12  from launch until, I believe, May 18th of '01.
13     Q. Okay. That just goes to the number of TARs
14  that were, quote, bugged; correct?
15     A. Correct.
16     Q. Do you know what it means within Oracle to
17  say that a TAR has been bugged?
18     A. Yes.
19     Q. What does it mean?
20     A. It means it either has a software bug or a
21  documentation bug.
22     Q. And so that's the basis for your
23  understanding and/or your calculation about the number of
24  bugs during the first year?
25     A. Well, that's my -- the only document that I

93

1  found that explained that was an Oracle standards
2  document which turns out is consistent with what
3  Caper Jones writes, that that document actually predates
4  the class period. But it says -- it defines bug TAR, and
5  it says there are two kinds of bug TARs:  There are
6  software bugs and documentation bugs.  And a bug TAR must
7  fit into one category or the other.  I found nothing
8  contradicting that.
9      Q.  Can you point me to that document?  Is it
10  cited in your reports?
11      A.  No.
12      Q.  Okay.  What else do you remember about it?
13      A.  It describes the definition of a -- of a bug
14  TAR.  It describes P1, P2, and P3, responses to bug TARs
15  depending on the priority, and so fourth.
16      Q.  Have you seen any testimony in this case to
17  the effect that when a TAR is bugged, all that really
18  means is it's been assigned to someone in the development
19  group?
20      A.  I have.
21      MR. WILLIAMS:  Objection.  Form.  Sorry.
22      Q.  BY MR. GIBBS:  Is it your understanding that
23  just because something is assigned to the development
24  group, it is ultimately determined to be a defect in the
25  software?

94

1      A.  I'm sorry, could you repeat the question.
2      Q.  Is it your understanding that just because
3  something is assigned to the development group, it is
4  ultimately determined to be a defect in the software?
5      A.  That's -- I think I testified just the
6  contrary.  I said a bug TAR could either be a software
7  bug or a documentation bug.
8      Q.  But in either case, in your understanding, if
9  it's assigned a bug number, it's a defect in either the
10  software or the documentation?
11      MR. WILLIAMS:  Objection.  Form, assigned a
12  bug number.
13      MR. GIBBS:  Uh-huh.
14      THE WITNESS:  I think all I know is what I
15  told you.  I know that there is a definition for a bug
16  TAR.  And that definition that I saw, and the only one I
17  saw -- and I looked as comprehensively as I could -- says
18  that a bugged TAR by definition must be either a software
19  bug or a documentation bug.
20      And I have, as I also testified, I've seen
21  testimony from Oracle personnel that says that not all
22  bugged TARs are software bugs, which is consistent with
23  the definition.
24      Q.  BY MR. GIBBS:  Do you know the bug counts for
25  any suite of enterprise application products over any

95

1  period of time?
2      A.  Those are not public records, so, no.
3      Q.  For purposes of forming your opinions in this
4  case, you didn't compare the number of technical
5  assistance requests, or TARs, that you saw here to the
6  number of support requests made by users of any other
7  enterprise application suite; correct?
8      A.  If I were to know the number for any other
9  enterprise application suite, I would have known it only
10  through the course of litigation with a confidentiality
11  order and couldn't use it.
12      Q.  So the answer is for purposes of forming your
13  opinions, no, you did not compare the number of TARs in
14  this case --
15      A.  Correct.
16      Q.  -- to support requests made by users of any
17  other product?
18      A.  Correct.
19      Q.  For purposes of forming your opinions in this
20  case, you didn't compare the experiences of Suite 11i
21  customers in 2000, 2001 to the experiences of customers
22  that implemented any other enterprise application suites;
23  correct?
24      A.  To the extent that my opinions reflect some
25  comparison, I may have.  But for the most part, my

96

1  opinions don't reflect any comparison because, for the
2  most part, they relate to the -- the specific
3  representations and whether the software performed as
4  represented -- in some cases, in order to determine that,
5  I had to rely on my experience and experiences of others
6  who I've -- colleagues who I've talked to.  And that
7  experience might have reflected some other experiences of
8  other companies with other products that may or may not
9  have been comparable, as you've described it.  I'm not
10  sure whether I fully understand that.
11      But for the most part, with those
12  qualifications, I was looking at absolutes rather than
13  comparatives.
14      Q.  And just to be clear, when I say comparable,
15  comparing various enterprise application products.  I
16  just mean it in the same sense that you've used it in
17  page 1 of your report, if that helps you.
18      MR. WILLIAMS:  You should look at it.
19      MR. GIBBS:  I don't have any further
20  questions along that line.  So it's for future reference,
21  but I just thought I'd point that out.
22      Q.  For purposes of forming your opinions in this
23  case, you didn't compare Suite 11i to a set of
24  best-of-breed products from different vendors covering
25  the same functions as Suite 11i; correct?

97

1    A.  I'm not sure I understand your question.
2    Q.  Okay.  Did you perform any comparison of any
3  kind between Suite 11i and a set of best-of-breed
4  products from different vendors that covered the same
5  functionality?
6    A.  Do you mean an individual best-of-breed
7  product or some implementation that involved multiple
8  products, some of which might be ERP, some of which might
9  be best of breed?  I mean, I guess I don't -- I don't
10  understand what you're asking.
11    Q.  Okay.  I mean what I think you were getting
12  to with the latter points.  So -- you understand -- what
13  do you understand "best of breed" to mean?
14    A.  It's a term of art, and certainly different
15  individuals might define it somewhat differently.  But --
16  but typically it's used to mean something like a software
17  product that has specific focus in a particular
18  application area and is known to be the best or one of
19  the best of the competing products that compete in that
20  application area.
21    Q.  Let's make it a little more concrete.  Would
22  you agree that during the 2000/2001 time period, Siebel
23  was often referred to as being best of breed for CRM?
24    A.  Yes.
25    Q.  Okay.  Would you agree that during that same

98

1  time period, PeopleSoft was often thought of as best of
2  breed for purposes of human resources?
3    A.  By some folks.
4    Q.  And some vendors like i2 or Manugistics were
5  viewed as being best of breed in supply, chain, and
6  manufacturing types of applications; correct?
7    A.  By some folks, yes.
8    Q.  Okay.  So when I ask you whether for purposes
9  of forming your opinions in this case you compared Suite
10  11i to a set of best-of-breed products from different
11  vendors covering the same functions as Suite 11i, what I
12  mean is did you compare Suite 11i with a system of
13  applications comprised of best-of-breed products like
14  Siebel CRM, PeopleSoft HR, i2 for manufacturing, after
15  they've all been integrated together?  Do you understand
16  the question?
17    MR. WILLIAMS:  Objection.  Form.
18    THE WITNESS:  I took that into account, but
19  didn't find that relevant, a strict comparison of one to
20  the other, to the specific representations that I
21  evaluated.  So I didn't make the comparison in
22  relationship to the specific representations that I
23  evaluated and reached opinions on in this report.
24    Q.  BY MR. GIBBS:  Is that because you didn't
25  understand any of those specific representations to be

99

1  speaking to comparisons between Suite 11i and a
2  best-of-breed system?
3    A.  There certainly were representations that
4  were made that were comparative representations.  I
5  didn't form any opinions one way or another on those
6  representations, the ones that were comparative.
7    Q.  Okay.
8    A.  The ones I formed opinions on were the ones
9  that were not comparative.
10    Q.  So I take it you don't have an opinion on the
11  question of whether Suite 11i, the whole suite, was more
12  or less integrated than the type of best-of-breed system
13  I have described that's made up of several different
14  best-of-breed products from different vendors that had
15  been stitched together with systems integration?
16    A.  And are fully stitched together and are up
17  and working?
18    Q.  Uh-huh.
19    A.  I stated no such opinion.
20    Q.  Okay.  And you don't intend to offer such
21  opinion?
22    A.  No.
23    Q.  I'll just switch gears here quickly, and we
24  may be getting to about the time --
25    A.  Hold on.  Let me -- in the course of

100

1  testimony and rebuttal and so forth, I may, depending on
2  what other testimony is, at some point state an opinion.
3  I don't have one yet.  I haven't heard all of the other
4  testimony, particularly opposing expert testimony.  I
5  may, depending on other testimony that comes up, I may
6  have an opinion in that relationship -- relating to that
7  issue relevant to other opinions that are stated.
8    Q.  Okay.  Let me just touch base on a very brief
9  topic here, and then I think we're about at the time I
10  said we would take a break.
11    Do you know who Ed Yourdon is?
12    A.  Yes, I do.
13    Q.  Did you know who Mr. Yourdon was before you
14  learned he'd been retained as an expert for the
15  defendants in this case?
16    A.  Yes.
17    Q.  How did you know Mr. Yourdon?
18    A.  I've met him.  I have been -- he's been the
19  opposing expert in other matters that I've been involved
20  in, and he is widely published.  And I have read some of
21  his publications and articles.
22    Q.  Do you believe Mr. Yourdon has expertise in
23  the software field?
24    A.  In certain aspects of the software field,
25  yes.

101

1    Q.  What aspects?
2    A.  He was one of the early evangelists for
3  structured programming, for example.  Back in the '70s
4  when the concept of structured programming was just
5  coming into the industry, he was one who wrote about it
6  and perhaps did some of the pioneering work in that field
7  and was widely recognized for that.
8        He is a recognized pundit, if you will, on IT
9  issues.  Many of his opinions are controversial.  But
10  because of his experience going back to the '70s, he's
11  listened to with different levels of agreement.
12    Q.  Did you ever attempt to consult with
13  Mr. Yourdon in connection with one of your own expert
14  witness engagements?
15    A.  I called him on one occasion and asked him if
16  he had ever published the definition of a particular
17  term, and he said he hadn't.  And I don't recall what the
18  term was.
19    Q.  Did you call him or did you email him?
20    A.  I don't know.  It could have been email.
21    MR. GIBBS:  Okay.  It's a good place for a
22  break, if that's convenient for you guys.
23    MR. WILLIAMS:  Sure.
24    THE VIDEOGRAPHER:  This concludes Videotape
25  Number 2, Volume 1, in the deposition of Brooks Hilliard.

102

1  Going off the record, the time is 12:45.
2        (A lunch recess was taken from 12:45 p.m.
3        until 1:23 p.m.)
4    THE VIDEOGRAPHER:  This is the beginning of
5  Videotape Number 3, Volume 1, in the deposition of Brooks
6  Hilliard.  We're on the record.  The time is 1:23.
7    Q.  BY MR. GIBBS:  Welcome back, Mr. Hilliard.  I
8  want to switch topics now and ask you a few questions
9  about your implementation and consulting experience.
10        First of all, have you ever been involved in
11  an implementation of any Suite 11i products?
12    A.  I don't believe so, no.
13    Q.  Have you ever recommended any Oracle
14  applications products to a consulting client?
15    A.  Datalogics product, yes.  And it was already
16  owned by Oracle at the time.  I may have.  There may be
17  others.
18    Q.  None others that you can think of?
19    A.  None come to mind right at the moment.
20    Q.  At page 42 of your opening report, you write
21  that it is, quote, common knowledge in the business
22  community, end quote, that enterprise application
23  software such as ERP and CRM, quote, has always been
24  difficult and time-consuming to implement, end quote.
25        Why is enterprise application software

103

1  difficult to implement?
2    A.  Are you saying page 42?
3    Q.  Correct.
4    A.  I see where it says -- because it's -- by
5  it's very nature, being enterprise software, it
6  encompasses the whole or -- if fully installed or nearly
7  the whole enterprise.  So there are a lot of changes in
8  implementing it, and it's a large and complex software.
9  And there are a lot of configurations, configuration
10  factors that have to be taken into account to get it
11  implemented.
12        And sometimes when it's being implemented --
13  this wouldn't apply to someone upgrading from one version
14  of Oracle applications to another, in general, but if
15  it's a conversion from some other system, there's often
16  some internal company issues where, you know, some people
17  may be less comfortable with the change than others and
18  so forth.  There may be other factors, but those are some
19  of the major ones.
20    Q.  What about data migration?
21    A.  Once again, it depends on what -- what the
22  migration is from.  Data migration could be a very
23  significant issue if implementing one ERP package and
24  previously having been on some other -- some other
25  product, generally in most cases, implementing from one

104

1  version of a particular vendor's ERP package to another,
2  there are generally tools to do that, and sometimes there
3  are tools even when converting from some other package.
4  Sometimes there is minimal data migration, that data is
5  reentered from scratch, but data migration can, in many
6  instances, be time consuming, yes.
7    Q.  Later on in your report you cite an AMR
8  research report on Suite 11i implementations and you
9  write that the time frames reported in that AMR research
10  report were, quote, within the normal range for
11  implementations of ERP and CRM systems, end quote.
12        Do you recall that language?
13    A.  I recall something like that.  What page are
14  you referring to?
15    Q.  47, I believe.
16    A.  Yes, I recall that.
17    Q.  The report, I believe, says that the average
18  for very large projects was 379 days; is that correct?
19    A.  I believe that's what the AMR research -- I'm
20  quoting the AMR research report there.  I believe that's
21  what the AMR report says, yes.
22    Q.  Understood.  And in your view, is that amount
23  of time is within the normal range for a very large ERP
24  or CRM implementation project?
25    A.  Within the range.

105

1    Q. How wide is that range?
2    A. It's very wide because many users elect to
3  implement in a phased manner.  So sometimes there is what
4  folks refer to as a big bang implementation, where they
5  try to implement everything more or less simultaneously.
6  Other times, they might phase the implementation over two
7  years, three years, or longer, four years.
8        So it's a wide range.  But 379 days -- and I
9  believe those are working days, but if -- if I recall the
10  report correctly, but I could be mistaken -- is within
11  that range.
12    Q. Is it fair to say that there are factors
13  other than the applications software itself that can
14  affect the length of time it takes to implement software?
15    A. Yes.
16    Q. Is it also fair to say that there are factors
17  other than the application software itself that might
18  cause an implementation project to fail?
19    A. Yes.
20    Q. Can you identify some of those factors for
21  me?
22    A. That -- factors that might cause an
23  implementation to fail?
24    Q. Correct.  Other than the software itself.
25    A. One is something that is commonly referred to

106

1  as scope creep, where the customer adds to the required
2  functionality that they originally required or thought
3  that they were asking for, and once they start using for
4  the product, they start asking for more functionality.
5        Another might be incompetence or personnel
6  issues among the -- among the user community or the users
7  at the company.
8        Another might be sometimes there are
9  financial decisions that delay implementations.  I've
10  even seen instances of sabotage by employees of new
11  systems.  Rare, very rare, but I've seen it happen.
12        So there are -- there are probably some other
13  factors I haven't included.
14    Q. What about mistakes made by whoever is
15  configuring the software, can that cause an
16  implementation project to fail or encounter problems?
17    A. Certainly.
18    Q. What about insufficient support from within
19  the customer for the project?
20    MR. WILLIAMS:  Objection.  Form.
21    THE WITNESS:  Could insufficient -- I think
22  I -- when I talked about personnel issues or -- I think I
23  covered that.  But there could be a lack of management
24  commitment, which could also be support.
25    Q. BY MR. GIBBS:  Okay.  That's a more precise

107

1  term.
2        And in terms of personnel issues, would that
3  also include, for example, just the simple matter of
4  assigning sufficient resources to the task, on the
5  customer side, people to do the work?
6    A. It could include that, yes.
7    Q. What about overly aggressive scheduling, do
8  customers ever make mistakes in trying to schedule their
9  implementation projects, in your experience?
10    MR. WILLIAMS:  Objection.  Form, are you
11  asking whether that would cause an implementation to fail
12  or have problems, or are you just asking him whether he's
13  experienced that?
14    Q. BY MR. GIBBS:  I'm asking you whether in your
15  experience, a customer setting an unrealistic schedule
16  might sometimes cause a project to fail.
17    MR. WILLIAMS:  Objection.  Form.
18    THE WITNESS:  I don't know that -- I mean,
19  I've certainly seen dissatisfaction as a result of
20  expectations from an unrealistic schedule.  I don't know
21  that I've seen failures caused by that, but I suppose
22  that's possible.
23    Q. BY MR. GIBBS:  What about just a late
24  implementation?  Let me start over.
25        Do customers sometimes set unrealistic

108

1  schedules for ERP or CRM implementations, in your
2  experience?
3    A. Yes.
4    Q. And so it's possible that an implementation
5  may be deemed late because it wasn't completed on an
6  unrealistic schedule.  Is that a fair statement?
7    MR. WILLIAMS:  Objection.  Form.
8    THE WITNESS:  You're talking about in the
9  abstract here, not with regard to the representations
10  that were made in this case; correct?
11    Q. BY MR. GIBBS:  Correct.  I'm talking about
12  the industry generally and your industry experience.
13    A. Okay.  The reason I need the clarification,
14  then, and I'm not quite sure how to answer is that the
15  representations in this case were that the
16  implementations would be considerably faster than what
17  was normal.  And so whether there can be what are deemed
18  delays from an unrealistic schedule, yeah, that can
19  happen, but I don't know that that's relevant to this --
20  and you're asking me in the context of this section of my
21  report.
22    Q. Close the report.
23    A. Huh?
24    Q. Close the report.  I'm not asking about your
25  report.

109

1    A.  So this has nothing -- you're asking me
2  totally independent of the context of this report?
3    Q.  Correct.  I'm asking you about your
4  experience on the consulting and implementation side.
5    A.  Not in the context of the report.
6    Q.  Yes.
7    A.  It is certainly possible -- I mean, by
8  definition, if you set an unrealistic schedule and don't
9  meet it, I mean that's almost a definitional question.
10    Q.  Then the question is, in your experience, do
11  customers sometimes set unrealistic schedules?  Have you
12  ever seen it happen?
13    MR. WILLIAMS:  Objection.  Form.  It's vague.
14    THE WITNESS:  I've seen companies
15  implementing software and attempting to implement them in
16  schedules that were not realistic.  I've seen that
17  happen, yes.
18    Q.  BY MR. GIBBS:  What about hardware
19  insufficiency, can that cause an implementation project
20  to either fail or encounter difficulties?
21    MR. WILLIAMS:  Objection.  Form, vague.
22    THE WITNESS:  Are you implying something
23  about whose at fault for the hardware insufficiency?
24    Q.  BY MR. GIBBS:  No, I'm just asking -- I'm not
25  trying to get at who is at fault between a vendor and a

110

1  customer.  I'm only trying to get at the -- if you will,
2  the mechanical cause that might result in an
3  implementation running into trouble, and I'm trying to
4  allocate causation between the software application and
5  other parts of the system it interacts with.  In this
6  case, I'm asking whether having insufficient hardware
7  could cause an implementation of ERP or CRM products to
8  run into trouble.
9    MR. WILLIAMS:  Objection.  Form.
10    THE WITNESS:  You're no longer talking about
11  being late; you're just talking about running into
12  trouble?
13    Q.  BY MR. GIBBS:  Yes.
14    A.  Missizing of hardware can cause trouble,
15  certainly.
16    Q.  Any other factors you can think of that can
17  cause implementation projects for ERP and CRM projects to
18  fail or to run into serious difficulty?
19    MR. WILLIAMS:  Objection.  Form.
20    THE WITNESS:  I'm sure if I thought hard
21  enough, I'd probably run up against a lot of them.  But I
22  think we've covered the major factors.
23    Q.  BY MR. GIBBS:  Okay.  We were talking earlier
24  about your implementation and consulting experience.  You
25  said something along the lines of issues almost

111

1  inevitably arise, and part of your job on the consulting
2  side is to make sure they get resolved quickly.
3    A.  You know what?  Let me come back to that
4  prior question.
5    Q.  Sure.
6    A.  There can be other problems that I didn't
7  think of, other than the software, and that can be vendor
8  problems, poor support.  Could be poor training.  Could
9  be turnover in vendor personnel.  There -- you know, the
10  problems that we've discussed thus far, the non-software
11  problems, are primarily -- or many of them, are
12  customer-related problems, but there are a whole series
13  of vendor-related problems that aren't software, that we
14  didn't discuss.  And I'm sorry for that oversight.
15    Q.  Okay.  I appreciate that.
16    I was referring back to an earlier answer you
17  had given when you were describing what your process is
18  on the consulting and implementation side of your work.
19    A.  Sorry to take you off your track.
20    Q.  That's okay.
21    And I think you said something like issues
22  almost inevitably arise, and part of your job is to make
23  sure they get resolved in a timely fashion so the project
24  keeps moving forward appropriately.  Is that roughly
25  correct?

112

1    A.  Certainly.
2    Q.  Would you agree that customers implementing
3  these large ERP and CRM products almost always run into
4  some kind of difficulty in the implementation process?
5    MR. WILLIAMS:  Objection.  Form.  Difficulty.
6    THE WITNESS:  I think my prior
7  characterization of saying issues arise is a more
8  accurate description.  Those -- those issues could be
9  difficulties.  They could be timing issues.  They could
10  be a whole range of things.
11    So certainly difficulties are among the
12  issues that I was referring to, but not all the issues
13  would be difficulties.
14    Q.  BY MR. GIBBS:  Okay.  I'm really just getting
15  at the point you made before, which is these are
16  difficult projects.  And --
17    A.  They're complex projects, I think would --
18  they're complex projects.
19    Q.  Okay.  Fair enough.
20    And is there a lot of work associated with
21  these complex projects?
22    A.  Certainly.
23    Q.  Issues arise, challenges arise.  Is that a
24  fair word?
25    MR. WILLIAMS:  Objection.  Vague.  Also form.

113

1    THE WITNESS:  Yeah, I prefer my prior
2    characterization.
3        Q.  BY MR. GIBBS:  We talked earlier about
4    customers whose implementations are discussed in your
5    reports.  For any of the customers whose implementations
6    are discussed in your reports, did you take any steps to
7    determine whether their implementation difficulties were
8    caused by anything other than defects in the Suite 11i
9    products they were trying to implement?
10       A.  Could you repeat that question, please.
11       (The record was read by the reporter as
12       follows:
13       "QUESTION:  For any of the customers whose
14       implementations are discussed in your
15       reports, did you take any steps to determine
16       whether their implementation difficulties
17       were caused by anything other than defects in
18       the Suite 11i products they were trying to
19       implement?")
20       THE WITNESS:  I did my best in looking at the
21   documents and testimony that was available to me to try
22   from that available information to make that
23   determination, and if I felt that a described problem was
24   either not related to something at issue or there was
25   some other logical cause for it, I did include it.

114

1        For instance, those issues related to
2    integration or the -- more accurately, the complaints
3    related to the failures in the integration.  I think what
4    Mr. Ellison described as failures in the integration.
5    There had been a reason for that, that I knew of, and
6    that was that there was no integration testing.
7        So unless I saw something else that indicated
8    that there was another problem that also caused that, I
9    felt that that was confirmative of lack of integration.
10       Certainly with order management, there was a
11   smoking gun with regard to order management in that it
12   had been incorporated into -- according to Mr. Ellison's
13   accounts -- incorporated into the Suite 11i product at
14   the last minute without testing.
15       So if there were order management related
16   problems, I also felt -- while there may have been
17   other -- other things that also contributed to them, I
18   felt that order management related problems were
19   confirmatory of the defective nature of the order
20   management system.
21       But in most cases that don't fall into either
22   of those, I tried to look at the information that was
23   available and determine if there was some other logical
24   explanation for the problem, and if so, I tried not to
25   use that -- that example.

115

1        Q.  Let me just clarify something on that latter
2    point about order management.  Is it your understanding
3    that the order management product literally was not
4    tested at all before being put into -- incorporated into
5    Suite 11i and sold to customers?
6        A.  It's my -- if you look at Caper Jones, he
7    lists about six or seven types of tests that are normal
8    and expected for commercial software.  One of those, I
9    think, is bench checking.  Another one, I believe, is
10   unit testing.
11       I didn't necessarily assume that there was no
12   bench checking or unit checking.  I assumed that there
13   was probably some, although the accounts said that there
14   was none.
15       But the -- what Mr. Ellison was quoted as
16   saying about the order management testing was it went
17   into the suite without testing, and by that, I understood
18   that it wasn't tested with anything else in the suite and
19   that its own testing of its own functionality had been
20   deficient.
21       Q.  And that understanding is based on
22   Mr. Ellison's testimony about order management and
23   testing?
24       A.  Not just his testimony, but where he was
25   quoted in the book "Soft War," and it's my understanding

116

1    that in that book, he was essentially given the
2    manuscript of the book prior to publication and was
3    allowed to and did enter his own comments on anything in
4    that book that he disagreed with.
5        So I felt that it was fair to consider that
6    book a fair reflection of his -- of what he felt and what
7    he felt was true and accurate.
8        Q.  The testimony and statements by Mr. Ellison
9    that you relied on in reaching your conclusion that order
10   management was incorporated at the last minute without
11   testing, is the testimony and statements cited in your
12   report attributed to Mr. Ellison?
13       MR. WILLIAMS:  Objection.  Form.
14       THE WITNESS:  I considered the -- all of the
15   references in the book to that.  I considered all of the
16   references in Mr. Simon's manuscripts that he used in
17   preparing the book.  I considered all of Mr. Ellison's
18   testimony.  The specific quotations and citations in the
19   book were put in there because I felt they were
20   representative of all of the information as a whole.  Not
21   that it was the only thing I looked at or relied on, but
22   I felt it was representative of all that I looked at and
23   relied on.
24       Q.  BY MR. GIBBS:  What did you rely on in
25   reaching the conclusion -- let me start over.

117

1    Other than the testimony and statements
2  attributed to Mr. Ellison that are cited in your report,
3  what did you rely on in reaching the conclusion that
4  order management was incorporated into the suite at the
5  last minute without testing?
6    A. I think I just told you. But I'll -- let me
7  repeat what I just said and maybe I can embellish. And
8  if there's something that's not clear, maybe you can ask
9  me where you need for clarification.
10    Q. Why don't I do that. I don't want you to
11  repeat the answer that you just gave me because we have
12  it.
13    A. Okay.
14    Q. I want to know whether you can point me to
15  specific documents or specific testimony or other
16  specific materials that you relied upon in reaching the
17  conclusion that order management was incorporated at the
18  last minute without testing. And I'm excluding from that
19  testimony or statements attributed to Mr. Ellison to
20  Mr. Simons' materials.
21    MR. WILLIAMS: I'm just going to object to
22  the form. And I just want to make sure I understand the
23  question and how he can answer that. Are you asking him
24  to answer by pointing -- how can he point to specific
25  documents or testimony?

118

1    MR. GIBBS: The question is framed in terms
2  of what he relied upon in forming his opinion. You are
3  obligated to identify in his report --
4    MR. WILLIAMS: I understand. You excluded
5  that, though.
6    MR. GIBBS: I know. I'm just -- and I want
7  to make sure that I have clearly that he has
8  identified --
9    MR. WILLIAMS: Sure.
10    MR. GIBBS: -- everything in his report that
11  he relied upon in forming the opinion that I've been
12  referring to.
13    MR. WILLIAMS: I understand that.
14    MR. GIBBS: That's all I'm trying to do.
15    MR. WILLIAMS: I understand that. Let me
16  just comment so you understand where I'm coming from.
17    You asked him to point you to those things
18  that are not in the report. In answering that question,
19  is it your expectation that he's going to sit here and
20  give you Bates numbers or direct you to specific
21  documents in a way that you can go and find them?
22    MR. GIBBS: Yes.
23    MR. WILLIAMS: All right. If you can do
24  that, then do that. But I don't know if that's a
25  reasonable way to ask him to do that, as he's sitting

119

1  here. I'm sure you guys can set up some sort of database
2  in here and he can do the searches that he did.
3    THE WITNESS: I can't give you Bates numbers
4  or deposition pages.
5    Q. BY MR. GIBBS: Okay. Can you identify any
6  witness, other than Mr. Ellison, whose testimony you
7  believe supports your conclusion that order management
8  was incorporated without testing?
9    MR. WILLIAMS: Objection to form. As you sit
10  here today.
11    THE WITNESS: I believe there was some
12  testimony of Mr. Wohl's that I considered. I can't point
13  you to what pages. There may have been some testimony of
14  Mr. Barrenechea that I considered. I can't point you to
15  what pages. There are probably also some emails
16  discussing this, although I -- that I considered -- that
17  I viewed and considered.
18    I referenced what I referenced specifically
19  because it was a fair representation of the other
20  materials that I recall reviewing, not that they were all
21  100 percent confirmatory of one another, but I felt that
22  what I referenced was a -- a fair -- a fair summary.
23    Q. BY MR. GIBBS: We started down this path
24  because I was asking you whether in reviewing documents
25  pertaining to the customers whose implementations are

120

1  cited in the report you took steps to determine whether
2  their implementation difficulties that you discuss were
3  caused by anything other than defects in Suite 11i. And
4  we went --
5    A. I think you said software defects.
6    Q. Software defects in Suite 11i.
7    And we went down this path because I was
8  following up on the fact that you had called out order
9  management specifically. You also called out integration
10  issues specifically. And I want to follow up on that, if
11  I may.
12    I thought I heard you say that for issues
13  other than integration issues and order management, you
14  did the best you could with the materials you had to
15  figure out whether the problem being reported reflected a
16  defect in the software or some other issue.
17    All right so far?
18    A. I did the best I could, yes.
19    Q. Okay. I also thought I heard you imply, at
20  least, that for integration and order management issues,
21  because of your understanding about the limits of testing
22  of those two issues, you felt it fair to conclude that
23  problems reported with regard to integration or order
24  management could fairly be assumed to have been caused by
25  defects in the Suite 11i software.

121

1    Is that also fair?
2    A.  You know, if -- and I believe I probably did
3    say that, but that's probably not exactly what I meant.
4    In the absence of -- if there were something about a
5    particular document or email or item of testimony that
6    indicated that a particular integration order management
7    issue was caused by something other than a defect, a
8    software defect in order management or a defective
9    integration, then I discounted that one.
10    But if it was just a straight account of an
11    order management defect or a straight account of -- of an
12    integration defect without any other explanation saying
13    that there could have been other contributing factors in
14    this one, then I attributed it to the defects in those
15    areas.
16    But if there was some explanation that said
17    this particular issue that came up could also have been
18    caused by X, Y, or Z, then I disregarded that.
19    Q.  If it was a straight account of an
20    integration problem with no reference to any other
21    contributing factors, you took no additional steps to
22    exclude other items that can affect the ability of the
23    software to operate correctly, other than defects in the
24    software itself.  Correct?
25    A.  Since in those areas I was looking at them

122

1    primarily -- well, not primarily, since I was looking at
2    them as confirmatory in general, I can't say I never did,
3    but in general, if there was just a straight account of
4    an integration failure, with no other explanation -- no
5    explanation other than that, I took that as confirmatory
6    of the integration defect.
7    Q.  And is the same true of straight account of
8    problems with order management; you didn't reference some
9    other potential cause?
10    A.  Correct.
11    You know, it would depend also on the
12    description of the order management problem.  Sometimes
13    you can just tell from the description that even though
14    it's an order management problem, it wasn't caused by a
15    software defect.  And if that was the case, I disregarded
16    that.
17    Q.  I want to spend a little bit of time talking
18    about some terminology before we move into your opinions
19    themselves.
20    Would you agree that a bug in the software
21    exists only if the software is behaving in some way
22    that's inconsistent with its documentation?
23    A.  No.
24    Q.  Okay.  Why not?  Let me put it another way:
25    If the software is -- well, can you just explain that

123

1    answer?
2    A.  Certainly.  I can give you a good example.
3    This might not be the only example.  But if a feature or
4    capability or function of the software has been
5    demonstrated to a prospect or promised to a prospect,
6    value vision being an example, and not delivered,
7    regardless of whether it was in the documentation, the
8    addition of that feature into the software is a bug.
9    It's not an enhancement, in my view.
10    Q.  Okay.
11    A.  That's one example.  There may be others.
12    Q.  Okay.  Setting aside the possibility that a
13    vendor has made a specific promise of functionality to a
14    specific customer.  Let's put that off to the side for
15    now.  If a customer wants a product to do something that
16    it is not designed to do, is that a bug?
17    MR. WILLIAMS:  Objection.  Form.
18    THE WITNESS:  If a customer wants a product
19    to do something it is not designed to do, it could be a
20    bug or it could be an enhancement request.
21    Q.  BY MR. GIBBS:  What would make it a bug?
22    A.  There are certain types of functionality that
23    must exist in software to be -- for instance, an accounts
24    payable system must have a 1099 tax form, IRS 1099
25    capability.  Any software vendor who sells an accounts

124

1    payable system to a corporation or anything other than a
2    mom and pop kind of environment, without ever promising
3    IRS 1099 capability, that capability is implicit in
4    selling an accounts payable package to that customer,
5    regardless of whether the software company remembered to
6    put that functionality into the design or not.
7    So the addition of that IRS 1099 capability
8    into an accounts payable package, for instance -- and I'm
9    not saying necessarily that Oracle was lacking, I'm just
10    giving that as an example.
11    Q.  Understood.
12    A.  Okay?  Would be a bug, not an enhancement,
13    regardless of whether it was designed to do that.
14    Q.  Okay.  But you seem to be dividing the world
15    into bugs and enhancement.  Is there --
16    A.  I thought that was what you were asking me
17    about.  I'm sorry.
18    Q.  That's fair enough.  I understand your point.
19    And I certainly appreciate that there are certain
20    functionalities so basic to the purpose of the software
21    that at least in some areas, people could agree on what
22    every ERP package ought to have, like a general ledger as
23    part of a financials package.
24    Would you agree, though, beyond some very,
25    very core items like that and the 1099 functionality that

125

1    you've described, there may be areas where customers and
2    vendors would disagree about what is so basic and
3    inherent to the product that it's got to be included or
4    the product is incomplete?
5        A. Yes.
6        Q. And recognizing there may be some areas we
7    could all agree on, is there any place that you know of
8    that lays out exactly what is absolutely fundamentally
9    core to an enterprise applications suite in terms of
10   functionality?
11       MR. WILLIAMS: Objection. Form.
12       THE WITNESS: Are you asking me is there a
13   Bible of all the functions that an enterprise application
14   needs to have?
15       Q. BY MR. GIBBS: Yes.
16       MR. WILLIAMS: Can you read the question back
17   for me, please.
18       (The record was read by the reporter as
19       follows:
20       "QUESTION: And recognizing there may be some
21       areas we could all agree on, is there any
22       place that you know of that lays out exactly
23       what is absolutely fundamentally core to an
24       enterprise applications suite in terms of
25       functionality?")

126

1        MR. WILLIAMS: Are you asking about an
2    enterprise -- ERP application or an ERP application
3    suite? I think it's suite.
4        MR. GIBBS: You're right. That's what I
5    intended to say. If I left it out, let me rephrase it.
6    I did say suite. I don't think he did.
7        Q. Anyway, you suggested there are certain
8    functionalities that essentially any enterprise
9    application suite needs to have. Is that fair?
10       A. Yes -- well, no. I'm saying for any
11   individual application --
12       Q. Fair enough.
13       A. There are certain functionalities that that
14   application must have in order to be that application.
15       Q. Okay. Fair --
16       A. And also, for something to be called an
17   enterprise suite, there are certain applications it must
18   have.
19       Q. Okay. Fair enough.
20       A. But the -- there is no Bible of all of the
21   applications that an enterprise suite must have, nor is
22   there a Bible of all the features or capabilities any
23   application within that suite must have. And in fact,
24   that -- if there were such a Bible, it would never -- it
25   would be in a constant state of evolution because of

127

1    changes in laws, because of changes in customs, because
2    of changes in competitive conditions, and so forth, that
3    a functionality that's -- I picked out 1099 because it is
4    in fact so basic to accounts payable that there can be no
5    dispute in the United States that that's required,
6    although in France, it isn't. Okay?
7        But the nature of business is so dynamic and
8    business conditions change, a particular feature that no
9    one dreamed of today could be absolutely essential a year
10   from now, and everyone would agree a year from now that
11   it's absolutely essential.
12       Q. Okay. Understood.
13       Let me focus on one category of bug which is
14   a situation -- well, let me back up.
15       I want to focus on a situation where the
16   software is not behaving the way the documentation says
17   it should. Do you have that in mind?
18       A. Yes.
19       Q. Okay. Sometimes a bug in the software itself
20   may cause that to happen; correct?
21       A. Yes.
22       Q. And sometimes a defect in the documentation
23   may cause that situation; correct?
24       A. Correct.
25       Q. The documentation may simply be wrong; is

128

1    that correct?
2        A. That's correct.
3        Q. But there are factors other than defects in
4    the software or the documentation that might cause an
5    enterprise application to behave in a way different from
6    the way the documentation says it should; correct?
7        MR. WILLIAMS: Objection. Form.
8        THE WITNESS: I suppose that's possible.
9    Although well designed commercial software -- the types
10   of things that might cause that are configuration issues
11   or, you know, other -- maybe what you might refer to as
12   externalities. Well designed and well tested software
13   does its best, although is imperfect, at preventing such
14   things from occurring. That's part of the test
15   verification validation process for good software.
16       Q. BY MR. GIBBS: Okay. But you mentioned one
17   of the examples I was going to mention, which is a
18   mistake in configuration could cause enterprise
19   application software to behave incorrectly even if
20   there's no defect or bug in the software itself.
21       A. Well, we might differ as to whether that's a
22   bug. Because good software should prevent invalid
23   configurations from occurring. It should only allow
24   valid configurations. Now, it may not be a very high
25   priority bug, and those types of bugs are usually not

129

1 debilitating for the software.  And as we said, all
2 software has bugs.
3           But the allowance of an invalid configuration
4 that causes the software to perform differently than
5 documented, if not a documentation error, and a good case
6 can be made that in most cases that is a software bug,
7 for not preventing the invalid configuration.
8           Q. BY MR. GIBBS:  The application software
9 interacts with other kinds of software in the system;
10 correct?
11           MR. WILLIAMS:  Objection.  Form.
12           Q. BY MR. GIBBS:  For example, a financial
13 management application interacts with a database
14 software; correct?
15           A. Yes.
16           Q. Can an error or bug in database software
17 cause one of the applications that interacts with it to
18 behave incorrectly?
19           A. Are you asking that in reference to Oracle
20 11i?
21           Q. I'm asking generally as to enterprise
22 application software.
23           A. Okay.  Because the answer might be different
24 for Oracle 11i than it would be in general.
25           Q. Why is that?

130

1           A. Oracle 11i only uses an Oracle database.  And
2 because it only uses an Oracle database, or to the -- I
3 mean, perhaps there are portions of it that could use
4 some other database, but for the most part, Oracle 11i is
5 designed to use an Oracle database and does, to the best
6 of my knowledge.
7           So if there's a database problem that's
8 affecting the performance of 11i, that's also an Oracle
9 problem and an Oracle bug, and Oracle, as the vendor of
10 both the database and the application is responsible for
11 it, and it's hard to say what -- you know, whether you
12 would consider that an application bug or a database bug
13 because it could be a bug of not adjusting the
14 application to work with the way the database works.
15           Q. Well, I'm not trying to apportion
16 responsibility between Oracle and anyone else.  I'm just
17 trying to get at where -- which part of the system may be
18 causing the application software to behave incorrectly,
19 and my only point is:  If there's a coding error in the
20 database that could cause the application software to
21 behave incorrectly, even if the application software
22 itself is just fine; is that correct?
23           A. If there's a coding error in the database, it
24 could cause the application software not to behave as
25 documented, but I think customers would be justified in

131

1 considering that an application error, if in fact they
2 got the application and the database from the same
3 vendor.
4           Q. Okay.  What about middleware software
5 products.  That's another category of software involved
6 in these systems; correct?
7           A. Sometimes.
8           Q. And in cases where there is middleware
9 software, is it possible that a defect or coding error in
10 the middleware might cause the application software to
11 behave incorrectly even though there's nothing wrong with
12 the application software?
13           A. Once again, we might differ as to whether
14 that's the responsibility -- a coding error in the
15 middleware or a coding error in the application for not
16 accounting for the abnormality of the middleware.  That
17 aside, and I don't think you necessarily can take that
18 aside, but -- well, let me just leave it at that.  I
19 mean -- you know.
20           Q. And some customers might use applications
21 from a variety of different vendors like Oracle
22 Financials and PeopleSoft HR; correct?
23           A. Some might.
24           Q. And in cases where customers do that, the
25 applications from different vendors may interact with one

132

1 another; correct?
2           A. Correct.
3           Q. And is it possible in general for a defect or
4 coding error in one vendor's applications to cause the
5 other vendor's applications to behave incorrectly, even
6 though that second vendor's applications are just fine?
7           MR. WILLIAMS:  Objection.  Form.
8           THE WITNESS:  Assuming no problems with the
9 APIs?
10           Q. BY MR. GIBBS:  We'll get to that next.  But
11 yes, for the purposes of this question, assume the APIs
12 are just fine.
13           A. Okay.  Yes, it is possible.
14           Q. And you have identified my next question:
15 Assuming you've got applications from two different
16 vendors working together and there is an interface
17 between them --
18           A. An application programming interface, which
19 is what I referred to previously as an API.
20           Q. Yes.  An error or defect in the API could
21 cause one of those applications to perform incorrectly
22 even though the application itself is not defective?
23           A. Well, if it was vendor X's software
24 application and also vendor X's API that was deficient,
25 then that would be a software bug.  If it was vendor X's

133

1   application and vendor Y's API that was malfunctioning,
2   indeed that would not be vendor X's bug.
3       Q.  Okay.  And the same would be true if you had
4   applications from two different vendors and a custom API
5   built by a systems integrator?  It's possible that a
6   mistake in that custom-built API could cause either
7   vendors' products to behave incorrectly even though
8   there's no software defect in the application software
9   itself?
10          MR. WILLIAMS:  Objection.  Form.
11          THE WITNESS:  You're assuming that the -- or
12  are you asking me to assume that the reason the
13  third-party implementer created the API was software
14  serendipitous or because a promised API from vendor X was
15  not delivered?  Because if it's the latter, then that's a
16  bug in vendor X's software.
17      Q.  BY MR. GIBBS:  Okay.  So I want you to assume
18  that the API was not promised by either vendor.  It's
19  just how they built the software.  It's how the customer
20  decided to implement the software.
21      A.  In that case the API defect -- the defect
22  could be in the API rather than in either vendor's
23  software.
24      Q.  And a defect in API could cause either
25  application to malfunction even absent a defect in the

134

1   application software itself?
2           MR. WILLIAMS:  Objection.  Form.
3           THE WITNESS:  In some cases, it could well
4   be, even -- it could well be an application bug, even
5   when that happens, but it could also not be an
6   application bug.
7       Q.  BY MR. GIBBS:  Okay.  What about corrupted
8   data?  If a customer has a problem with its data, set
9   aside who's responsible for it, has a problem with its
10  data, corrupted data could cause an application to
11  perform incorrectly even if there is not a defect in the
12  application software itself; is that correct?
13      A.  I -- I talked before about the situation, the
14  configuration situation where in fact the software in
15  many cases ought to prevent invalid configurations in the
16  same way the software ought to handle -- be able to
17  recognize in many cases in corrupted data and handle it
18  without malperformance, and that would be a software bug
19  even in the corrupted data situation, recognizing that
20  that doesn't happen every time.  And the other times it
21  could be the corrupted data.  Not all corrupted data can
22  be anticipated.  But if it's anticipatable corrupted
23  data, then I would consider that a software bug.
24      Q.  Can problems with hardware cause applications
25  to perform incorrectly even if there's no defect in the

135

1   software?
2           MR. WILLIAMS:  Objection.  Form.
3           THE WITNESS:  What sorts of problems?
4       Q.  BY MR. GIBBS:  Well, how about inadequate
5   hardware, not enough computing power?
6       A.  We're talking just software bugs or
7   documentation bugs as well?
8       Q.  You can include documentation bugs.  I
9   understand if the vendor tells the customer the wrong
10  level of power they need, you would consider that a
11  documentation bug?
12      A.  I would.
13      Q.  So assume the documentation is right, there's
14  no coding error in the software, if a customer doesn't
15  have the right level of computing hardware power, that
16  could cause the application to malfunction even if
17  there's no defect in the software or the documentation;
18  correct?
19          MR. WILLIAMS:  Objection.  Form.
20          THE WITNESS:  Well, we've got such a compound
21  situation here.  I think the answer to that is it
22  depends.  It's conceivable that that could happen.
23      Q.  BY MR. GIBBS:  Okay.  I'm going to move on to
24  some other terminology.  We've talked a little bit about
25  technical assistance requests, or TARs?

136

1       A.  Yes.
2       Q.  And you're familiar with that term as it's
3   used at Oracle?
4       A.  Yes.  Somewhat familiar.  I have some
5   familiarity --
6       Q.  What's your understanding of that term as
7   it's used at Oracle?
8       A.  My understanding of that term is that it is a
9   reported problem or issue that reported -- customarily
10  reported either by the customer or by someone on behalf
11  of the customer.  It could be an Oracle employee working
12  with the customer, it could be an implementer, systems
13  implementer working with the customer, it could be a
14  consultant working with the customer.
15          And it could be an Oracle internal TAR, where
16  Oracle -- essentially Oracle is its own customer or
17  someone within Oracle reports a TAR.
18          But it is an issue that is caused by a bug of
19  some type or some other cause but has not yet been
20  determined at the time of reporting whether it's caused
21  by a bug or defect.
22      Q.  Your reports refer to several customers
23  having logged technical assistance requests.
24      A.  Yes.
25      Q.  For any of those customers, did you take any

137

1    steps to determine how those technical assistance
2    requests were resolved?
3            MR. WILLIAMS: Objection. Form, assumes
4    facts.
5            THE WITNESS: If there was sufficient
6    information -- if I found sufficient information to
7    determine for TARs that were resolved during the class
8    period how they were resolved during the class period, I
9    certainly took that into consideration. If they were
10   TARs that were not resolved during that class period, I
11   may or may not have done that.
12           Q. BY MR. GIBBS: Okay. And if there was a TAR
13   that wasn't resolved during the class period and you
14   didn't follow it through to see how it was resolved, did
15   you assume that TAR arose from a defect either in
16   software or documentation for Suite 11i?
17           MR. WILLIAMS: Objection. Form, and also
18   assumes facts.
19           THE WITNESS: No. I assumed that
20   32 percent -- well, that with respect to applications --
21   modules other than order management, that 32 percent of
22   them, or thereabouts, were due to a defect. If it was
23   with order management, I saw accounts indicating somewhat
24   higher level of TARs due to bugs or defects.
25           Q. BY MR. GIBBS: For any of the technical

138

1    assistance requests referred to -- strike that.
2            For any of the customers cited in your
3    reports who logged technical assistance requests, did you
4    take any steps to determine whether those technical
5    assistance requests resulted from defects in the
6    software?
7            MR. WILLIAMS: Objection. Form.
8            THE WITNESS: In some cases, yes, and in some
9    cases, no.
10           Q. BY MR. GIBBS: In the cases where you did,
11   what steps did you take?
12           A. I tried to find as many documents as I could
13   relating to those TARs, and then I attempted to evaluate
14   them if there was sufficient information to make some
15   independent evaluation.
16           In some cases, based in part on Mr. Ellison's
17   statement that it's not defects that he's concerned with,
18   it's customer satisfaction and the reported software
19   issues. He apparently considered just the level of TARs
20   itself to be a measure of -- some measure of quality.
21   And in instances where there was just a recitation of a
22   large number of TARs that seemed large to the customer
23   reporting it, I felt that that fell under the category
24   that Mr. Ellison himself considered to be a problem, and
25   so I did as well and didn't -- didn't consider it

139

1    worthwhile for the purposes of this report to investigate
2    what caused them.
3            Q. Let me ask you a few questions about a
4    different term, performance, which we've used a little
5    bit here today.
6            A. Certainly.
7            Q. I believe you defined "performance" to mean
8    the speed with which an application responds to user
9    input.
10           A. I think I said something to that effect.
11           Q. Speed with which the application performs
12   various tasks; is that fair?
13           A. Yes.
14           MR. WILLIAMS: Hold on. I'm sorry, I'm just
15   going to object to the form of the last question, and if
16   you want -- you have his report here, and if you want to
17   go to the definition he gave, we can go to it so that
18   it's accurate.
19           Q. BY MR. GIBBS: Would you agree with me that a
20   customer using an enterprise application product might
21   experience performance problems for reasons having
22   nothing to do with a defect in the application software
23   itself?
24           A. Yes.
25           Q. Okay. What kinds of things, other than

140

1    defects in the application software, might cause
2    performance deficiencies along those lines?
3            A. Data communications problems could cause
4    performance problems to occur. Inadequate hardware in
5    those cases where it is not a documentation bug could
6    cause performance problems. There are probably some
7    applications interface issues that could cause
8    performance problems. Those are the ones that come to
9    mind.
10           Q. What about operating system bugs?
11           A. It's the responsibility of the software
12   developer to tune their software and to program their
13   software such that it performs adequately on the hardware
14   platforms and -- that they sell it for. So I would
15   consider that a bug if it didn't.
16           And if -- if it's truly a defect in the
17   operating system, that wouldn't be an application bug,
18   that would be an operating system bug. But if it's just
19   an anomaly in the operating system, I would consider that
20   to be an application bug.
21           Q. Okay. I meant operating system bug to mean a
22   defect in the operating system, not just an anomaly.
23   Previously undiscovered --
24           A. Are you asking theoretically could that cause
25   a performance problem --

141

1      Q.  Yes.
2      A.  -- or as a practical matter, does that happen
3   very often?
4      Q.  The former.
5      A.  In theory, it could happen, yeah.
6      Q.  In instances where you cite performance
7   problems reported by customers, did you take any steps to
8   determine whether the performance problem was caused by
9   the application software or by some other factor?
10      A.  I looked specifically for any evidence, any
11   reported evidence of data communications issues.  And if
12   I saw that -- if I found any such evidence -- and
13   certainly, as you know, there are thousands and thousands
14   and thousands of documents here and --
15      Q.  You'd have to keep going for quite a while on
16   thousands.
17      A.  I don't claim that my search was exhaustive.
18   But I looked for any evidence of a communication problem
19   causing the -- the performance issue, and if I found such
20   evidence, I didn't consider that performance problem.
21      Similarly, I looked for any indication of a
22   hardware sizing issue causing the performance problem.
23   And if I found any evidence of that, I didn't consider
24   that performance problem.
25      Other than that, no.  Those were the things

142

1   that I looked for because those would be the two most --
2   in my experience, the two most common, by a long shot,
3   causes of performance problems, and I did -- I did search
4   for those.  I didn't want to include any examples that
5   were caused by either of those.
6      Q.  And if you didn't find an indication that one
7   of those two things was to blame, I gather you concluded
8   that the performance problem was caused by some defect in
9   the application software or documentation?
10      A.  I also threw out and didn't consider marginal
11   performance problems.  Small performance problems, I
12   figured I might -- there might be something that I didn't
13   find that could have caused them.  So I didn't consider
14   those.  If it was a large performance problem and no
15   indication of either of the two causes, I considered that
16   without further -- I considered that to be a software
17   problem, yes.
18      Q.  Okay.  Can you help me quantify small and
19   large in that context?
20      A.  Sure.  Anything taking 50 to 100 percent
21   longer in -- with Oracle 11i than it had, say, with
22   Oracle 10.7, I would consider a large performance
23   problem.  Any performance problem in an application that
24   required human interaction, for instance a call center
25   application, where the performance of the system affected

143

1   the ability of the system user to respond to somebody on
2   the telephone.
3      If it was causing delays of more than five,
4   six, eight seconds on something that would normally be
5   expected to work in zero to three seconds, you know, I
6   would -- I consider that to be a software bug, absent
7   communications or hardware issues.
8      There might well be other analogous kinds of
9   applications where certain types of performance are
10   inherent to the proper operation of the application, and
11   call center is the best example of that, or the easiest
12   to explain example of that.  But there are others that
13   are analogous where the performance problem would cause a
14   doubling or tripling or more of the amount of time.  I
15   considered that to be a big performance problem as
16   opposed to a small one.
17      Is that clear?
18      Q.  I'm sure it will be.
19      A.  I'm trying to be as responsive to your
20   questions as I can.
21      Q.  I appreciate that.  Let me turn now and ask
22   you about some of your opinions, and I actually want to
23   start with Opinion Number 2.
24      A.  Okay.
25      Q.  Has to do with preintegration and

144

1   integration.  My first question is:  Would you agree with
2   me that using your definition of integration, as you've
3   articulated it in your report, if you took a bunch of
4   best-of-breed products developed by separate vendors,
5   PeopleSoft HR, Siebel CRM, and you load them onto a
6   server with no systems integration work, those different
7   applications are not integrated with one another, as you
8   use that term in your report.  Is that correct?
9      A.  I suppose there's infinitesimal possibility
10   that -- that there might be some integration, but I'd
11   agree with you.
12      Q.  Okay.  Talk about serendipitous.
13      A.  Yes.
14      Q.  Barring divine intervention, those two
15   products would not work together; correct?
16      A.  Correct.
17      Q.  Or systems integration.
18      A.  That was the premise that you gave me, that
19   there was no -- no work done, no programming, no
20   integration effort, no systems integration done to
21   integrate them.
22      Q.  Absolutely.
23      A.  And I was answering on that premise.
24      Q.  That was the premise.
25      A.  Yeah.

145

1    Q.  Once systems integration work has been done,
2  those applications developed by different vendors may be
3  integrated; is that correct?
4    A.  Yes.
5    Q.  It may depend in part on the quality of the
6  systems integration work; correct?
7    A.  Correct.  See, that's easy.
8    Q.  If I just ask the question right?
9      In forming your opinion in this case, I take
10  it you didn't compare the degree of integration between
11  the modules of Suite 11i with the degree of integration
12  between best-of-breed applications once systems
13  integration work has been done; is that correct?
14    A.  I did not -- I don't think it's possible to
15  compare that because there's such a variety of quality,
16  as you've pointed out, of systems integration work.
17    Q.  Would you agree that once someone has taken a
18  set of best-of-breed products from different vendors and
19  has done systems integration work, there may be a wide
20  range of levels of integration.  Let me rephrase that.
21      Once they've been integrated to some degree,
22  the level of integration between those best-of-breed
23  products from different vendors may vary significantly.
24  Correct?
25    MR. WILLIAMS:  Objection.  Form.

146

1      THE WITNESS:  That's a difficult question in
2  that systems integration is specified in many cases, and
3  in fact, should be specified in much the same way that
4  software is specified.  In some cases, systems
5  integration is only necessary and is only specified for a
6  very limited functionality.  And it could be done
7  perfectly on -- one way of looking at that it would be
8  completely integrated at the level specified.  Another
9  way of looking at it could be that's a very negligible
10  integration compared to the whole scope of what possible
11  integration there could be between that.
12      So depending on what frame of reference
13  you're looking at, it makes it very difficult to answer
14  your question, although perhaps by explaining that, I've
15  already answered.
16    Q.  I think a little bit.  Let me try coming at
17  it from a different angle, though.
18    A.  Sure.
19    Q.  Once some degree of integration has been done
20  between best-of-breed products from different vendors, at
21  that point integration may be relative depending on what
22  is the scope of the project and what is the quality of
23  the work done on the project; is that fair?
24    A.  I don't understand that at all.
25    Q.  Okay.

147

1    A.  I'm sorry.
2    Q.  I don't think I'm going to do any better than
3  the answer you gave me before --
4    A.  I really tried to be responsive in that
5  answer that I gave you.
6    Q.  In the course of forming your opinions in
7  this matter, did you see any documents or testimony in
8  which a customer asserted that the various modules of
9  Suite 11i were not integrated with one another?
10    A.  Yes.
11    Q.  Okay.  What -- feel free to refer to your
12  report, as I looked at the integration section of your
13  report, and the only customer I saw cited in there was
14  Yale.  If there's another, please let me know.
15    A.  I believe Brock, and I believe there was
16  direct documentation from Brock Tool -- B-r-o-c-k, Tool,
17  both capitalized.  I may not have quoted the -- any words
18  out of the Brock Tool emails, but I believe I certainly
19  did consider the Brock Tool emails and -- but I think the
20  quotes may have been just from the integrator.  I don't
21  recall.
22    Q.  Okay.  Do any other customers come to mind as
23  having themselves complained about a lack of integration
24  between the modules of Suite 11i?
25    A.  I am certain that I saw emails to that effect

148

1  from the customers themselves.  I couldn't have included
2  every single email that I saw.  I suppose I could have,
3  but it seemed to be redundant to have included every
4  single one that I -- every single email on every single
5  issue that I addressed.  So I didn't necessarily include
6  all of them, but I am certain that I saw emails from
7  customers other than just Brock Tool and Yale.  I
8  can't -- as we sit here today, I can't tell you who they
9  are.
10    Q.  Okay.  But if you relied on it in forming
11  your opinion, it should be cited in your reports?
12    A.  The ones I cited in my report were sufficient
13  for the opinion.  I considered many others.  I felt it
14  was in the interest of brevity, and I know it's hard to
15  look at a hundred-page report and say it's brief.  But in
16  the interest of brevity, I did -- I did not include every
17  single document that I considered in forming my opinion,
18  and that's why in the -- where I talked about documents,
19  I said that I reviewed a lot more -- you know, the whole
20  range of documents, and you asked me what they were
21  earlier today.
22    Q.  In the course of forming your opinions in
23  this matter, did you see any documents or testimony in
24  which a customer said in words or effect that Suite 11i
25  was integrated?

149

1    A. During the class period or in general?
2    Q. In general.
3    A. I may have. I didn't see any in the class
4 period where the integration was more than just
5 integration between a couple of modules, and in
6 particular, where the integration was just between a
7 couple of modules within either ERP -- or mostly it was
8 ERP, but perhaps there might have been a CRM as well.
9    Q. Okay. In the course of forming your opinions
10 in this matter, you didn't review the technical reference
11 manuals for Suite 11i; correct?
12    A. I looked at them.
13    Q. All of them?
14    A. No.
15    Q. Can you give me a guess how much?
16    MR. WILLIAMS: Objection. Form.
17    THE WITNESS: I looked at a few of them, and
18 having looked at them, determined that they weren't
19 relevant to the specific issues on -- that my opinions
20 were directed toward.
21    Q. BY MR. GIBBS: You've got a definition of
22 integration in your report. To meet your standard of
23 integration, is it necessary for every single module to
24 communicate and share data with every other module within
25 a suite?

150

1    A. Well, clearly there are modules that have
2 nothing to do with one another.
3    Q. Okay.
4    A. And so certainly there would be no
5 requirement that they share data. For -- to meet my
6 level of integration, what I've defined as integration,
7 which is not substantially different than what Mr. Goedde
8 said or what Mr. Wohl said or even what Mr. Yourdon said,
9 at least in his -- I can't speak for everything that he
10 said, but he did have a definition of integration.
11    It would be necessary that all -- like we
12 talked about the logical things that, for instance, an
13 accounts payable system must have. To meet my standard
14 of definition, the same logic would have to apply for the
15 integration between modules. If there are two modules
16 that obviously must work together because they're
17 related, and there are obvious ways in which they need to
18 integrate in order to work together, it would include all
19 of those. But if there are ways that only a few
20 customers in oddball situations might require, I wouldn't
21 necessarily feel it was not integrated if those were not
22 included. And in fact, when I was citing examples, if I
23 saw those types of examples, I disregarded them.
24    Q. Okay. And as with the specific functionality
25 that a particular application would be expected to have

151

1 in the marketplace, I take it market expectations as to
2 which modules will integrate with one another and how
3 they integrate with one another will change over time; is
4 that fair?
5    A. Well, I look specifically at the class
6 period.
7    Q. I understand. I'm speaking in general.
8    A. In general, that could change over time.
9    Q. In other words, you have articulated a
10 standard for deciding which modules should share data and
11 communicate with one another that's based in part on
12 what's the marketplace expectation, what's the state of
13 the art. You know, different words apply, but it's a
14 dynamic concept. There's not written in stone these
15 modules need to share data and communicate, these do not,
16 and it doesn't change. It evolves over time; correct?
17    A. You've got to remember that I've done over
18 200 software engagements, consulting engagements, where
19 I've looked at needs of clients, clients who are buying
20 software to perform portions of the functionality that
21 were included in 11i, functionality that wasn't included
22 in 11i, and so forth.
23    I've got, from those hundreds of
24 engagements -- 200, approximately, a little over,
25 engagements -- I have a pretty strong set of experience

152

1 on which to rely in determining what kinds of integration
2 is expected for different kinds of functionality.
3 Because I've looked at lots of different industries and
4 lots of different applications.
5    If there were levels of functionality that --
6 some purported problem and integration didn't make sense
7 to me as something that was expected during that time
8 period, I didn't consider it. I tossed it out.
9    Q. That's fine.
10    A. And those things do change over time, and I
11 did look at the time frame of the -- of the class period.
12    Q. Okay. And I was asking the general question
13 as to whether that -- market expectations for which
14 modules will work together and how they will work
15 together, it changes over time. I'm not asking you about
16 the class period. I'm just asking generally, that
17 standard is an evolving one because software improves
18 over time, market expectations change over time, business
19 changes over time. Fair?
20    A. Yes.
21    Q. Okay. Under your standard of integration
22 that you've used in your report, for those modules that
23 are supposed to communicate with one another or share
24 data with one another, is it necessary that they share
25 data without any errors in order to be integrated?

153

1    A.  We talked about does software have bugs.
2    Q.  Uh-huh.
3    A.  I never apply a standard of it must be
4  100 percent bug free and didn't here.
5    Q.  Okay --
6    A.  Okay.  So if there were errors that I could
7  see amounted to minor bugs, I didn't consider it.  To
8  that extent, if there were errors of that type, I
9  wouldn't consider that a failure of integration.  Any
10  other types of errors I would consider a failure of
11  integration and did.
12    Q.  Okay.  And in that context, how do you judge
13  what is a minor bug versus something else?
14    A.  I rely on my experience, of my consulting
15  engagements.  I also have an M.B.A. degree.  I rely on my
16  general business experience of knowing how business
17  applications need to work together.  And I guess I apply
18  a judgment factor based on that.
19    I tried in the report to only -- if there
20  were a list of 50 bugs, for instance, I didn't
21  necessarily include all 50 in the report.  Okay?  I
22  included those that based on referring back to my
23  consulting and business experience were major and didn't
24  include the others.
25    Q.  And you did so based on your judgment and

154

1  experience?
2    A.  That's correct.
3    Q.  Okay.  Your report refers to a distinction
4  between what a software product may be designed and
5  engineered to do, on the one hand, and what happens out
6  in the field on the other hand.
7    A.  Yeah, I believe I made that distinction.  We
8  could look at where I made it, I think.  I may have made
9  it in a couple of places.
10    Q.  I'm not purporting to quote it exactly, but
11  you understand the concept I'm alluding to?
12    A.  Yes.
13    Q.  Do you have an opinion as to whether or not
14  the modules in Suite 11i were designed and engineered to
15  work together?
16    A.  No -- well, yes.  Let me take that back.
17    Coding is part of engineering, documentation
18  is part of engineering, testing is part of engineering.
19  And -- yeah, strike my prior -- I found evidence that
20  they were not engineered to work together.  I didn't -- I
21  didn't have enough -- I also I guess found some instances
22  of where they clearly weren't designed, but those were
23  relatively rare.
24    Q.  Can you think of any of them?
25    A.  Yes.  Do you have the -- a copy of the 2002

155

1  high-level requirements document that I could look at?
2    Q.  I'm sure we do.  Let me -- let's mark that
3  down.  We'll get it probably at the break, and we'll talk
4  about it.
5    Are there any other examples that come to
6  mind?  I know the document well.  So are there any other
7  examples that come to mind?
8    A.  I think there are some others, but they don't
9  come to mind right now.
10    MR. WILLIAMS:  Is this a good time to take a
11  break or do you want to --
12    MR. GIBBS:  There are a couple others we
13  could get through pretty quickly.
14    Q.  When you say that the modules of Suite 11i
15  were not engineered to work together, you've referred to
16  coding, testing, some other aspects of engineering.  I
17  take it what you mean is whether or not that engineering
18  was intended to make the modules work together, it
19  failed, in your opinion; is that correct?
20    A.  I didn't take intentions into account.  It --
21  the engineering either worked or it didn't.
22    Q.  And in your view, it didn't?
23    A.  In many cases, it did not.
24    Q.  Okay.  And so it's not an either/or.  It is a
25  question of degree?

156

1    A.  I don't understand your question.
2    Q.  Okay.  I said in your view, it didn't,
3  meaning the engineering didn't work in order to cause the
4  modules to work together, and you said in many cases it
5  did not, which I took to be neither a "yes" or a "no,"
6  but something in the middle, and I'm trying to
7  understand.
8    A.  In some cases, it was engineered to work
9  together, and other cases, it was not engineered to work
10  together.
11    Q.  So some parts of the suite were engineered to
12  work together and others were not.  Is that your opinion?
13    A.  There's evidence to support some portions of
14  the suite being engineered to work together.  There is
15  evidence to support some portions of the suite not being
16  engineered to work together.  Very clear evidence of
17  that.  I didn't include that as part of my opinion.  My
18  opinion was focused on was the product integrated.  It
19  wasn't focused on whether it was designed or engineered
20  to be integrated.
21    Q.  Okay.  Would it be fair to say that although
22  you may have an opinion on that, the opinions you've
23  offered here (indicating) in your reports go to what the
24  software did in the field as opposed to what it was
25  designed or engineered to do?

157

1    MR. WILLIAMS: Objection. Form. The
2  opinions speak for themselves, at least as they are
3  articulated in the report.
4    THE WITNESS: I think I've already answered
5  that question.
6    Q. BY MR. GIBBS: Okay. So you don't want to
7  say "yes" or "no" again?
8    A. Ask it again. I'll try and understand it.
9    Q. Okay. I asked you whether you had an opinion
10  as to whether the software was designed and engineered to
11  work together. You first said no, and then you said wait
12  a minute, there are aspects of engineering that that
13  initial answer didn't take into account, and you said you
14  had an opinion that the software was not engineered to
15  work together. But then you said you didn't include that
16  in your opinion. And so I'm just trying to understand
17  what you meant by that.
18    As I understand -- tell me if I'm wrong --
19    A. And I think what Mr. Williams said is the
20  opinions speak for themselves. I don't address the
21  design and engineering or the intent in the opinions or
22  the explanation.
23    Q. Okay. That's all I was getting at.
24    Do you have an opinion as to whether the
25  modules of Suite 11i shared a common data schema?

158

1    A. Yes.
2    Q. What's that opinion?
3    A. Well, for the most part, they did, although
4  there were some significant defects.
5    Q. Okay. And do you recall where the defects
6  were?
7    A. Once again, that same document I referenced
8  before addresses at least some of those.
9    Q. Okay. And do any other sources, documents,
10  or testimony come to mind? I'm just asking what you can
11  recall right now.
12    A. I believe there were also some other emails,
13  internal communication among Oracle employees that
14  addressed that same issue. But I think that one document
15  we discussed is probably as good a summary as -- it may
16  not cover every single instance.
17    Q. And do you have an opinion as to whether or
18  not the modules of Suite 11i were able to run as a single
19  instance on a single database?
20    A. I didn't see enough evidence to conclude that
21  that could always be done or not.
22    Q. What about sometimes?
23    A. I suppose if you get a limited enough goal of
24  implementation, that would certainly be possible. And
25  it's quite possible that for more comprehensive

159

1  implementations, for many more comprehensive
2  implementations, it would be possible. But it's not
3  clear that it would be possible for all implementations
4  that were represented -- that it was represented that the
5  software would operate under, for all circumstances and
6  all functionality that it was represented that the
7  software would perform.
8    It's not clear that it could -- the software
9  could -- and in this case I'm using the word "perform"
10  differently than we defined it previously. I'm using the
11  word "perform" in the more global sense.
12    Q. Okay.
13    A. Okay? Of what it does.
14    Q. Uh-huh.
15    A. It's not clear that it could perform as --
16  that the software could perform as represented in all
17  respects and still do so on a single global instance.
18  I'm not saying it can't; I'm not saying it could. I
19  don't think I have enough information.
20    MR. GIBBS: Okay. Now is good time for a
21  break.
22    THE VIDEOGRAPHER: This concludes Videotape
23  Number 3, Volume 1, in the deposition of Brooks Hilliard.
24  Going off the record, the time is 3:05.
25    (Recess.)

160

1    THE VIDEOGRAPHER: This is the beginning of
2  Videotape Number 4, Volume 1, in the deposition of Brooks
3  Hilliard. We are on the record. The time is 3:24.
4    Q. BY MR. GIBBS: Okay. Welcome back,
5  Mr. Hilliard. I wanted to move on to some questions
6  about the basis for your Opinion Number 2, about
7  integration and interoperability.
8    One basis you've cited in your report is a
9  lack of integration testing. Is your understanding
10  that Oracle did no integration testing before shipping
11  Suite 11i to customers?
12    A. I saw no evidence at all of any substantive
13  testing that anyone knowledgeable about testing would
14  consider to be a real test regarding integration. There
15  may have been some marginal testing, but nothing
16  substantive at all.
17    Q. And that's based on not seeing evidence of
18  that testing?
19    A. Well, it's based on there were a lot of
20  deposition questions specifically relating to what
21  testing was done and the answers to those questions
22  regarding what testing was done, with those answers being
23  given by the people who would be responsible for such
24  testing. And it's based on the lack of any test results,
25  integration test results in the documents that I saw as

161

1  well as the internal correspondence relating to Oracle's
2  ability to do integration testing.
3      Q. Okay. Let's turn to page 65 of your report.
4  You say that Oracle did not have the facilities needed to
5  do the testing, by which I understood you to mean
6  integration testing. Is my understanding correct?
7      A. Your understanding that I was referring to
8  integration testing.
9      Q. Correct.
10     A. Yes.
11     Q. Okay. What's your understanding of what
12  Mr. Klaiss is saying in the email you cite on page 65 of
13  your report?
14         MR. WILLIAMS: Hold on a second.
15         Objection. Form. I don't think the email is
16  fully laid out in the report. I may be wrong, but if
17  it's not, then you have the document, and I think that
18  might be a better way to discuss it.
19         THE WITNESS: That's what I was about to ask
20  for. Can I see the whole email?
21     Q. BY MR. GIBBS: Well, we have limited time.
22  You chose to put language from the email in your report,
23  and if we need to go to the document, I will. But let me
24  just ask you about the language that you decided to put
25  in your report.

162

1         What is your understanding of that language
2  that you quote from Mr. Klaiss's email?
3      A. I'd like to see the whole document.
4      Q. Okay. Let me ask another way because I don't
5  have time here in seven hours to look at every single
6  document when you've chosen to put language in the
7  report.
8         MR. WILLIAMS: Objection. Objection.
9  Argumentative. And we all have seven hours, Patrick.
10  You know, if the witness is asking to see the document,
11  you can just say no, but I don't know how valuable the
12  testimony is going to be for you if he's asking for it
13  and you don't want to show it to him.
14         MR. GIBBS: Let me ask the questions I need
15  to ask.
16         MR. WILLIAMS: Okay.
17     Q. BY MR. GIBBS: When the language says we
18  cannot test integrated business flows prior to customer
19  shipment, did you have an understanding of what
20  Mr. Klaiss is referring to there?
21         MR. WILLIAMS: Objection. Form. If you need
22  the whole document, then you should answer with the
23  qualification that you need the document which you did
24  attach as an exhibit to your report.
25         THE WITNESS: What specifically are you

163

1  referring to? Which -- which excerpt from -- which
2  sentence -- are you excerpting from my excerpted quote?
3      Q. BY MR. GIBBS: I'm asking about the first
4  sentence that you quote from the email. It says,
5  "Today's situation is that we cannot test integrated
6  business flows prior to customer shipment."
7         My question is: What did you understand him
8  to be referring to when he said "customer shipment"?
9  Customer shipment of what? What's your understanding?
10     A. Customer shipment of Oracle 11i software of
11  multiple modules -- of multiple modules that are supposed
12  to be integrated.
13     Q. Okay. So your understanding is that they had
14  no place where they could test the entire suite before
15  the whole suite was shipped?
16     A. I think you're mischaracterizing me.
17     Q. Okay. What did you mean when you said
18  customer shipment of Oracle 11i software of multiple
19  modules? They had no place where they could test more
20  than one module?
21     A. I didn't mean that, no. I meant that in
22  order -- well, I'd like to see the document. You've
23  taken one sentence out of an excerpt from a larger
24  document. I want to make sure that if I answer your
25  question, I'm answering it in the context of the whole

164

1  document. I'd like to see the document.
2         MR. GIBBS: Okay. Get the document.
3      Q. Did you have -- do you have an understanding
4  as to whether there was one place where Oracle put
5  together the entire suite and tested business flows
6  across ERP and CRM? I'm not asking about the document.
7  I'm just asking what's your understanding of the testing
8  environment at Oracle.
9         MR. WILLIAMS: Objection. Form.
10         You asked him -- your question was do you
11  have an understanding, and now you're asking him what his
12  understanding is.
13         THE WITNESS: It was also a compound
14  question.
15         MR. GIBBS: All right.
16     Q. The question is: Do you have an
17  understanding? Just tell me whether you have an
18  understanding, okay, of whether there was one place at
19  Oracle where Oracle could load the entire suite onto a
20  computer and test whether information could flow back and
21  forth between ERP and CRM modules in 11i.
22         MR. WILLIAMS: Objection. Form. I don't
23  know if they could put the whole suite on a computer.
24         THE WITNESS: All I know is what the
25  documents and the testimony said they did with regard to

165

1  such testing. I don't know whether they had a
2  configuration that they could have used but weren't using
3  for such test.
4      Q. BY MR. GIBBS: Okay. Is it your
5  understanding that they did not, before shipping Suite
6  11i, put the entire suite onto a single environment and
7  test business flows between CRM and ERP modules?
8      MR. WILLIAMS: Objection. Form.
9      THE WITNESS: Do you mean any business flows
10 at all or do what test people would call a real test?
11     Q. BY MR. GIBBS: Any business flows at all.
12     A. Oh, you're referring to the smiley face bomb
13 report?
14     Q. I'm just asking you a question.
15     A. Yeah, there was the smiley face bomb report
16 configuration where they did what even the people who
17 were doing it characterized as I think more of an audit
18 than a test of 18 or 20 business flows out of what must
19 have been potentially several -- dozens and dozens, maybe
20 hundreds of possible ones?
21     Yeah, they did a limited look-see that some
22 people characterized as a test, but others admitted
23 wasn't really what a real testing person would call a
24 test, resulting in the smiley face bomb report for these
25 few -- for these few flows that they did look at.

166

1      Q. Would you need to have an environment with
2  the entire suite on it to do integration tests? Is that
3  an absolute necessity, in your view, to do integration
4  testing?
5      A. Would you need to have an environment -- you
6  could put -- every single module simultaneously.
7      Q. That's what I'm asking. Would you need to do
8  that in order to do integration testing?
9      A. I'm not representing myself to be an expert
10 on the exact way that integration testing must be done.
11 That having been said, I do know that the amount of test
12 equipment and the level of tests that were done in this
13 case are nowhere near sufficient, nowhere near
14 sufficient.
15     You don't have to be a testing guru to know
16 that what was described as the only tests that were done
17 are nowhere close to being sufficient integration
18 testing.
19     Q. And when you say -- when you refer to what
20 was described as the only tests that were done, you're
21 referring to the 20 or so business flows that Greg Seiden
22 described his team as testing; is that correct?
23     A. Well, that's part of it. There were some
24 other limited tests that some of the other individuals
25 testified about.

167

1      Can I see that document, by the way? Do you
2  have that yet?
3      Q. Yeah, I'll come back to the document, but I'm
4  asking about a different issue.
5      A. It seems like you're asking about the same
6  issue. So --
7      Q. No, I'm not asking about that document. I'm
8  asking generally about your understanding of what
9  specific tests were done. And I know you referred to the
10 testing that Mr. Seiden described in his testimony, the
11 18 to 20 business flows that resulted in the smiley face
12 bomb reports, and you've referred to others who described
13 limited integration testing.
14     Do you recall which other people --
15     A. Not off the top of my head.
16     Q. Okay. But your -- when you just said that
17 the testing that was done here was nowhere near
18 sufficient, that's based on your understanding that the
19 testing you have seen described in the documents and the
20 evidence here is all that was done; is that correct?
21     A. And also based on this document that you're
22 not letting me look at.
23     Q. Okay. We'll mark it as Exhibit 3.
24     A. There may be other things as well, and once I
25 see that, I'll tell you.

168

1      (Exhibit 3 marked.)
2      THE WITNESS: There was -- this is part of
3  it. There was also another document relating to -- and I
4  think perhaps I referenced it. There's Mr. -- that's
5  Mr. Seiden. We've talked about that.
6      Oh, this memo, email, although this is before
7  the class period. It may be before the class period.
8  But -- there were some other memos that also indicated
9  basically the same thing and kind of elaborated on it,
10 that the only place where testing was occurring was once
11 the system got into the demo system environment, and that
12 that was inadequate, and that in any case, it wasn't as
13 described in this -- in this memo, a controlled
14 environment where complete integrated systems testing for
15 the whole ERP CRM suite can take place.
16     And involving the use of -- perhaps use of
17 automation as described below on page 056441. The -- as
18 well as the testimony of Mr. Seiden and I believe
19 Mr. Klaiss had some testimony on this as well. And there
20 was other testimony.
21     So there were a whole range of things. But
22 the statement "at this time we do not have a control
23 environment where complete integrated systems testing for
24 the whole ERP CRM suite can take place" is the most
25 telling sentence, that you do need, in order to do what

169

1   testing people call tests, instead of just what is
2   described here as rifle shots by Oracle's own people, you
3   need something like that.
4       Q.  BY MR. GIBBS:  Okay.  And what I was trying
5   to get at before is:  Is it your understanding from
6   Exhibit 3 that there was no such controlled environment
7   where complete integrated systems testing for the whole
8   suite could take place before Suite 11i was released?
9       A.  It is my understanding that there was no such
10  testing environment where such testing was taking
11  place -- taking place.  Whether Oracle had the facilities
12  for such a -- I don't have any knowledge of whether
13  Oracle had such facilities.
14      Q.  Okay.  And your testimony that such testing
15  did not in fact take place before the initial release of
16  the product, is that based on the lack of evidence that
17  such testing took place or did someone affirmatively say
18  that no such testing took place?
19      A.  It's based on the lack of a facility for such
20  testing --
21      Q.  Okay.  Stop there.
22      A.  And -- can I finish?
23      MR. WILLIAMS:  Yes, you can finish.
24      MR. GIBBS:  Go ahead.
25      THE WITNESS:  And the testimony when

170

1   specifically asked of the vice presidential level Oracle
2   employees of what testing did take place, their
3   description of what was the only testing, integration
4   testing that took place.
5       So it's based on both -- and -- well, that's
6   primarily it.
7       Q.  BY MR. GIBBS:  Didn't you just tell me that
8   you don't know whether such an environment existed before
9   the release of Suite 11i?
10      A.  That wasn't the question you were just asking
11  me.
12      Q.  I understand.  But in response to one of my
13  earlier questions, you said you did not know whether the
14  type of facility being described in Exhibit 3 existed
15  before Suite 11i was released.  You said you knew only
16  that they didn't do that kind of testing, based on the
17  testimony you've seen.
18      MR. WILLIAMS:  Objection.  Mischaracterizes
19  testimony.
20      MR. GIBBS:  The testimony will speak for
21  itself.
22      Q.  Let me just ask you again:  Do you know
23  whether, before Suite 11i was released, Oracle had a
24  controlled environment where complete integrated systems
25  testing for the whole ERP CRM suite could take place?

171

1       A.  I'm relying on Mr. Klaiss's email saying that
2   there was no such facility available -- Oracle may have
3   had such a facility, okay?  But he said they had no such
4   facility available, and it was needed, and when asked
5   about this in deposition and when others were asked about
6   this in deposition, they said not only -- they did not
7   dispute whether such a facility was available, and they
8   said no such testing in such a facility was done.  So
9   that's what I'm relying on.
10      Q.  Do you know whether such a system was
11  available before the release of Suite 11i?  This email is
12  dated July 9, 2001.  I'm asking you whether you know one
13  way or the other whether the type of facility described
14  was available before the release, as opposed to in July
15  of 2001?
16      MR. WILLIAMS:  Objection.  Asked and
17  answered.  He said he was relying on Mr. Klaiss's
18  testimony as far as the statement that there wasn't one.
19      THE WITNESS:  I have no inside knowledge of
20  what could have been used for this purpose but wasn't.
21      Q.  BY MR. GIBBS:  Okay.  Let me ask you some
22  questions about the demonstration system.  You've talked
23  about the demonstration system some at pages 68 to 70 of
24  your report.
25      Do you know how the demonstration system was

172

1   configured at Oracle?
2       MR. WILLIAMS:  Objection.  Form.
3       THE WITNESS:  I've seen documents and
4   testimony on that.
5       Q.  BY MR. GIBBS:  Okay.  Do you know whether
6   there was one environment or more than one environment
7   for the ERP and CRM demonstration systems?
8       MR. WILLIAMS:  Objection.  Form.
9       THE WITNESS:  My recollection is that there
10  were two.  But I could -- I'm not sure.  I haven't looked
11  at that recently, and I don't -- I could be mistaken on
12  that.
13      Q.  BY MR. GIBBS:  Okay.  If you wanted to use
14  ERP and CRM modules together --
15      A.  Yes.
16      Q.  -- you would load them onto a single server;
17  correct?  Most commonly?
18      MR. WILLIAMS:  Objection.  Form.  Are you
19  talking about Oracle 11i ERP and CRM?
20      MR. GIBBS:  Yes.
21      MR. WILLIAMS:  Objection.  Form.
22      THE WITNESS:  It was my understanding that it
23  was Oracle's intent that you be able to do that.  Onto
24  one application server, it is my understanding that there
25  may also have been other configurations that you could

173

1   use for the same purpose.
2       Q.  BY MR. GIBBS:  And set aside the demo system
3   for now because I realize you don't remember exactly what
4   the testimony was on that.  But in general, if you
5   installed your Oracle 11i ERP applications on one server
6   and your Oracle 11i CRM applications on another server,
7   is that configuration going to put any limits on the
8   ability of the ERP and CRM applications to work together?
9       MR. WILLIAMS:  Objection.  Form.
10      THE WITNESS:  You're asking me in general,
11  not in relation to my opinions here?
12      Q.  BY MR. GIBBS:  Uh-huh.
13      A.  I don't know in general.
14      Q.  Okay.  By the way, do you recall reading
15  Mr. Klaiss's testimony about the email chain that we've
16  marked as Exhibit 3 to your deposition?
17      A.  I recall that I did read it.  I don't recall
18  the specific testimony.
19      Q.  At page 71 of your report, you referred to
20  the 2002 high level requirements document which you
21  alluded to earlier.
22      A.  Yes.
23      Q.  My first question, if you recall, is:  You've
24  chosen some of the items listed in the document for
25  inclusion in the report here, quoted.

174

1       A.  Yes.
2       Q.  Do you recall which ones you chose to include
3   in the report and which ones you chose not to?  In other
4   words, what was the dividing line?  What were the
5   criteria you used?
6       MR. WILLIAMS:  Objection.  Form.
7       THE WITNESS:  Well, my opinion was related to
8   the -- whether the statements, particularly statements
9   related to integration, were false and misleading or not.
10  And so I only chose those that were related to whether
11  those statements were false and misleading, and further
12  were based on what the statements were, whether they were
13  substantive.
14      MR. GIBBS:  Let's have this marked as
15  Exhibit 4.
16      (Exhibit 4 marked.)
17      Q.  BY MR. GIBBS:  And what I'm going to ask you
18  about is -- are the quotes in your report.  You have the
19  document to refer to if you need to.  My first question
20  is:  Which of the items that you've cited in the report,
21  in your view, would prevent the modules of Suite 11i as
22  they were released in 2000 from working with one another
23  or sharing data?
24      A.  The first one, currently the E-Business suite
25  contains two item master definitions, inventory and

175

1   I-procurement, which are causing -- this is causing
2   synchronization issues.  And let me look at -- I've used
3   an ellipsis there so let me just look at where it comes
4   from.  So certainly that one would.
5       Let me come back to the second one, the third
6   one.
7       "There are several planning scheduling
8   engines in nine different modules in the ERP CRM suite.
9   Sometimes they are running separately, creating
10  independent results.  Conflicts could result in planning
11  scheduling of resources between internal and external
12  activities between two internal activities and/or two
13  external activities."
14      That would create a defect in integration.
15  That is a defect in integration.
16      Rather than wasting time for me just looking
17  through this, can we take a short break, I'll look
18  through this, and I'll be able to answer all of these?
19      MR. GIBBS:  That's fine with me.
20      THE VIDEOGRAPHER:  Going off the record, the
21  time is 3:56 p.m.
22      (Recess.)
23      THE VIDEOGRAPHER:  We are back on the record.
24  The time is 4:05.
25      MR. WILLIAMS:  Why don't we just have the

176

1   question read back.
2       (The record was read by the reporter as
3       follows:
4       "QUESTION:  And what I'm going to ask you
5       about is -- are the quotes in your report.
6       You have the document to refer to if you need
7       to.  My first question is:  Which of the
8       items that you've cited in the report, in
9       your view, would prevent the modules of Suite
10      11i as they were released in 2000 from
11      working with one another or sharing data?")
12      MR. WILLIAMS:  I'm just going to lodge my
13  objection to form.
14      THE WITNESS:  It should be noted that this is
15  a 2002 document.  I'm sorry, was the question at launch
16  or during class period?
17      MR. GIBBS:  It was at launch.
18      THE WITNESS:  Okay.  All of the items I've
19  cited are such that it is not -- it was not to me
20  credible that they were working at launch and then were
21  non-working in 2002.  In just looking at what they are, I
22  tried to determine on each one of them whether it was
23  credible that they could have been working and became
24  broken based on the description of what the -- what the
25  issue was.  And for the ones I cited, it was my judgment

177

```
1   that if they were non-working in 2002, they were also
2   non-working during the launch and also non-working during
3   the class period.
4           Basically, all of them, with some
5   qualification, would affect the ability of the
6   applications to share data and work together, I believe
7   was what you asked.
8       Q. Uh-huh.  Uh-huh.
9       A. Okay.  The qualifications would be the fifth
10  item -- one, two, three, four, five -- specifically,
11  "within the Asia Pacific region, lack of multi-byte
12  support across the various front-office systems prevents
13  the use of Asian character sets in the global contact
14  database."
15          And if you look at the two bullet -- that
16  refers to Section 2.2, which is on page 069921.  And if
17  you look at the two -- the first two bullets in that
18  Section 2.2, it says, "The global contact database is not
19  compliant so we lack a common repository for customer
20  information in Korea, China, Taiwan, and Japan."
21          And also the process of analyzing the load
22  global contact database and CR map -- and I don't know
23  what CR map is -- are not compliant so we have no way
24  loading multi-byte information into the system.  And as a
25  result of, A, do not capitalize on the customer
```

178

```
1   intelligence gathered in a campaign, and B, cannot
2   accurately report the performance of a campaign and our
3   ROI.
4           So those two bullet points explain how it
5   would prevent the working together and sharing data.  The
6   rest of the description doesn't necessarily relate to
7   that.
8           Section 2.5, I didn't call out Section 2.5 in
9   here, largely because it was related to 2 point -- to my
10  second point, the product data exchange, the single
11  unified E-Business solution and it seemed duplicative for
12  me, but that one would also prevent it.
13          Section -- the eighth point -- well,
14  actually, the same applies to Section 2.8, I also did
15  not -- that one also fits your answer, but I didn't call
16  it out because I felt it would be redundant.  But it
17  deals with the human relations management system and
18  payroll integration with CRM.  That failure would inhibit
19  or prevent -- and it's explained right here in the
20  bullets under that point (indicating).
21          And then the remaining points up to the final
22  one, within the different teams, CRM and ERP -- the
23  different teams, parentheses, CRM/ERP -- oh, by the way,
24  that one refers to Section 3.2 on page 069929.
25          The development team is using different user
```

179

```
1   interface strategies.  That would inhibit the
2   communications and working together, but it wouldn't
3   necessarily prevent it.  So that one is a more limited
4   one.
5       Q. Is it your testimony that every one of the
6   items listed here in your report are such that an ERP --
7   sorry, an enterprise application suite can't be
8   integrated without them?
9       A. I have to qualify that question before I
10  answer it.
11      Q. Okay.
12      A. Not all enterprise software would encompass
13  necessarily all of these functions.  But in each of
14  these, if it encompasses these functions, the lack of
15  ability to share data or work together is so basic, and I
16  didn't -- I didn't cite everything in this report.  Okay?
17  Because some of them I didn't feel were substantive
18  enough to fall into that category of something that if an
19  enterprise suite covered these functions, it had to have
20  these integrations.
21          But each of these I looked at and said, yes,
22  if you have this functionality in the enterprise suite,
23  these functions need to be able to communicate, they need
24  to be able to work together, and if you don't have it,
25  that is an integration failure.
```

180

```
1       Q. Do any of them actually say you cannot work
2   together, the different pieces cannot work together?
3       A. It says they don't.
4       Q. Which one?
5       A. In some cases, they say the multiple item
6   definitions.  It doesn't say it cannot work together.
7   But it does say that synchronization -- there are
8   synchronization issues.  That means that it isn't -- if
9   there are synchronization issues, it isn't working
10  together.  It isn't integrated.
11      Q. It isn't working together at all?
12      A. It isn't integrated.  You can't have
13  synchronization issues and be integrated.  There is a --
14  a minor exception to that, that Mr. Yourdon covered in
15  his report, talking about a conscious decision to
16  denormalize the data.  But one would not make a conscious
17  decision to denormalize data with two item master
18  definitions for inventory and procurement, which are so
19  tightly -- necessarily so tightly integrated together.
20  It wouldn't make sense to make a conscious decision to
21  denormalize that.
22          So inventory and procurement must be
23  integrated.  That's a very basic -- you procure
24  inventory.  That's what -- one of the basic things that
25  procurement is for.  So if you have synchronization
```

181

1    issues, it is not integrated.
2        Q.  Are there any others that say that the items
3    are actually not able to work together?
4        A.  Okay, let me look.
5            MR. WILLIAMS:  I'm just going to object to
6    the form of that question.  You don't mean using those
7    words necessarily, do you, Patrick?
8            MR. GIBBS:  I don't.
9            THE WITNESS:  Once again, on the second one,
10   it says customers would need to have one system for
11   developing a product and another for maintaining it.
12   That's telling me that they don't work together, if you
13   need to have both.  That's an admission that they don't
14   work together.
15           If they -- if there was some way that they
16   did work together, it would say in some circumstances you
17   might need to have.  But it says you do need to have one
18   system for developing and another for maintaining.  So
19   that is an indication that they don't work together.
20           Let's look at the next one.  Section 1.8.
21   This is the one that deals with multiple planning and
22   scheduling engines.  And this one says sometimes they are
23   running separately, sometimes you might only need one --
24   one of these.  So the fact that others don't work
25   together or create problems wouldn't be an integration

182

1    failure because you would have no need for such
2    integration.  And it does say sometimes they are running
3    separately, creating independent results, and conflicts
4    could result -- so that one -- it does indicate that
5    there are times when conceivably it could work together.
6            I still believe that even if it could work
7    together, if there are instances where it needs to work
8    together and it doesn't, that's still an integration
9    failure.
10       Q.  Okay.
11       A.  Let's look at the next one:  "Company should
12   ideally be able to track costs not only for development
13   of a product/service, but the costs throughout the whole
14   life cycle.  But that would require a unified definition
15   of foundation elements which is defined for CRM but has a
16   different and mutually exclusive definition in projects."
17           And that one refers to -- that's the fourth
18   one, Section 2.2.  No, that's not the fourth one.  That's
19   the third one.  So that would be Section 2.1.  I'm sorry.
20       "There is no possibility today to represent a
21   project with a service contract, i.e., referencing a
22   project related to service agreement with your project
23   customer is not possible, which impacts your overall
24   capability to compare total project costs with the total
25   project revenue."

183

1            And it says it will not work, and that's
2    something that is pretty fundamental.  And it says no
3    possibility today of doing that, two years after launch,
4    April 2002 -- June 2002.  Yeah, so more than a year after
5    the class period.  And then we could go through
6    one-by-one.
7        Q.  I understand your point, and it's helpful to
8    me to understand the standard you're applying.
9        A.  Yeah.
10       Q.  Do you know whether any competing enterprise
11   application suite had all of the elements that this memo
12   is suggesting Suite 11i should have?
13           MR. WILLIAMS:  Objection.  Form.  Are you
14   referring to 2002, when this memo was written, or in
15   2000 at launch?
16           MR. GIBBS:  Why don't we take them one at a
17   time.
18       Q.  Start with 2002.  Do you know whether any
19   competing enterprise application suite in 2002 had all of
20   the items that the authors of this memo were suggesting
21   Suite 11i should have that you quoted here in your
22   report?
23           MR. WILLIAMS:  Objection.  Form, competing
24   suite.
25           THE WITNESS:  I'm sorry, 2002 or --

184

1        Q.  BY MR. GIBBS:  2002.
2        A.  I'm not sure whether PeopleSoft had all of
3    them, but it's my belief they had at least some of them.
4    And I know -- I have seen enterprise software that had at
5    least some of these.  They may not have been as
6    broad-based as Oracle 11i in terms of the number of
7    different modules, but I have -- for every single one of
8    these, I've seen software in 2002 or before that had that
9    functionality that's described here.
10           I can't tell you for sure whether there was
11   any single suite that had all of it, but all of it was
12   standard kind of functionality that other software
13   developers were delivering.
14       Q.  So you don't know if there was a single
15   product that had all of them?
16       A.  That wasn't -- you know, whether there was or
17   wasn't really wasn't relevant to the opinions, and I
18   really didn't look at that.
19       Q.  Okay.  Let me ask you a general question, I'm
20   through with Opinion 2 for now.
21       A.  Okay.  Thank you for giving me the time here.
22       Q.  We talked about various things that can
23   impact the way enterprise application software performs,
24   and I mean that in the broader sense, not speed,
25   performs, but just works.

185

1    A. By the way, do you want my notes?
2    Q. No, thanks.
3        Different customers use application products
4    in different environments.  True?
5    A. Yes.
6    Q. Different computing environments like
7    different hardware?
8    A. Yes.
9    Q. Different operating systems?
10   A. Yes.
11   Q. They use it with different configurations?
12   A. The word "configuration" can be interpreted
13   in a lot of different ways.
14   Q. Different Suite 11i customers might configure
15   the software differently.  And the answer is "yes"?
16   A. Yes.
17   Q. And different Suite 11i customers might use
18   their Oracle applications with a wide variety of other
19   applications; correct?
20   A. They might, yes.
21   Q. And we've discussed --
22   A. I don't know that that has anything to do
23   with the opinions that I rendered.
24   Q. That's okay.  You don't need to.
25       MR. WILLIAMS:  Objection to the form, then.

186

1    Relevance.
2    Q. BY MR. GIBBS:  We've talked about ways in
3    which different aspects of a system in which an
4    applications product is working might affect the ability
5    of the application to function correctly even where
6    there's no coding defect in the application.  Do you
7    recall that discussion generally?
8    A. I recall that discussion generally.
9    Q. Okay.  Is it possible for one customer to
10   experience a bug, software bug in their environment,
11   while another customer using the same application
12   software in a different environment may not experience
13   that bug?
14   A. It's possible.
15   Q. So customer A might be unable to use some
16   piece of functionality because of a bug, but customer B
17   might be able to use the very same piece of functionality
18   because in their environment they're not experiencing
19   that bug; correct?
20   A. We have to be real careful about using the
21   term "functionality" in terms of how broadly you want
22   that term to apply, and I guess I don't understand how --
23   I mean, on one hand, functionality could be general
24   ledger.  On the other hand, functionality could be
25   printing a specific cash flow report for a specific time

187

1    period within general ledger.
2        So when you say is it possible that -- I
3    don't know what level of functionality you're talking
4    about.  When you ask me that question, I don't think I
5    can answer it.
6    Q. Okay.  Well, let's take each of those two
7    examples you just gave me.  Is it possible one customer
8    might not be able to get their general ledger to operate
9    correctly because of some software bug in the
10   application, while another customer using the same
11   application but in a different environment may have no
12   trouble running their general ledger.  Is that possible?
13   A. Depends on the software bug.
14   Q. Okay.  So for certain kinds of bugs, that is
15   possible?
16   A. Yes.
17   Q. Okay.  And then down to the more specific
18   example you gave of running a particular kind of
19   report --
20   A. Cash flow report for a particular time
21   period.
22   Q. Right, exactly.  Is it also possible that
23   customer A might not be able to run that report in their
24   environment because of a bug in the application while a
25   different customer trying to run the same report but

188

1    using the application in a different environment might
2    have no trouble?
3        MR. WILLIAMS:  Objection.  Form.
4    Q. BY MR. GIBBS:  Is that possible?
5    A. It's unlikely, but I suppose it is possible.
6    You know we have to really look at individual cases.
7    There -- you know, even that is at too broad a level to
8    answer the question.  You know, you just have to look at
9    individual cases.  But there may be some where -- where
10   what you say would occur.
11   Q. Okay.  Let me ask you a few questions about
12   what you've identified as Opinion Number 3 in your
13   report.
14   A. Okay.
15   Q. And the relevant section starts at page 77,
16   although actually I want to ask you first a question.  I
17   covered this topic a little bit, but I want to follow the
18   thread just a little bit more.
19       This isn't specific to Opinion 3, but it --
20   it's related.  At page 38, footnote 73 of your opening
21   report, you write that no software of the complexity of
22   Oracle 11i ever reaches zero defect levels, end quote.
23       Would you take a look at that?
24   A. Page 38?
25   Q. Footnote 73.

189

1      A.  Yes.  I wrote that.
2      Q.  Okay.  Would you agree, then, that with
3  software as complex as Suite 11i, it's impossible to
4  eliminate all defects before the software is released to
5  customers?
6      A.  Yes.
7      Q.  So a reasonable enterprise applications
8  customer would expect that they would encounter at least
9  some defects as they implement the software?
10     MR. WILLIAMS:  Objection.  Form.
11     THE WITNESS:  I've always thought reasonable
12 was something for the finder of fact to determine what's
13 reasonable.
14     Q.  BY MR. GIBBS:  Okay.
15     A.  But most customers would not expect
16 100 percent bug-free software.
17     Q.  Customers who are familiar with the
18 enterprise applications industry would expect that they
19 would encounter at least some defects; is that correct?
20     MR. WILLIAMS:  Objection.  Form, calls for
21 speculation.
22     THE WITNESS:  Customers of ERP software do
23 not necessarily -- do not expect 100 percent bug-free
24 software, and that is not -- 100 percent bug free is not
25 the standard that I applied in my opinions.

190

1      Q.  BY MR. GIBBS:  Understood.  That's where I'm
2  going next.
3         In Opinion Number 3, you write essentially --
4  you write that the product could not be considered of
5  commercial quality and ready for commercial use in a live
6  environment.  That's the last line of the opinion itself.
7      MR. WILLIAMS:  Although it's only half of
8  that sentence.
9      MR. GIBBS:  It is indeed.
10     Q.  And in -- you described the standard over the
11 next page or so, and I have some questions about that.
12 Still on page 77, you write that -- you used the term,
13 quote, commercial quality, end quote, to describe, quote,
14 the minimum quality level at which a business software
15 product must perform in order to be usable by typical
16 business customers consistent with the custom and
17 practice of the industry, end quote.
18        First question is:  What are you referring to
19 when you say consistent with the custom and practice of
20 the industry?
21     A.  Well, since I've been involved in the IT
22 industry, first as a developer, then as a vendor of
23 computer products, and then as a consultant to buyers of
24 computer and software products, from the mid-'60s to the
25 present, I have had a lot of experience with and am as

191

1  knowledgeable, I'm -- I would characterize myself as very
2  knowledgeable as the customs and practices of the
3  business software industry.  And by that I mean vendors,
4  developers, implementers, and buyers of software for
5  business applications.  I'm familiar with their customs
6  and practices because I've been involved in those customs
7  and practices from just about every angle.
8      Q.  And so in order to determine what is the
9  minimum quality level at which a business software
10 product must perform, you'd need to look at the industry
11 as a whole as you've just described it?
12     A.  Not only do you need to look at the industry
13 as a whole, but you need to look at the specific -- what
14 the computer industry refers to as a vertical market,
15 which might mean the type of industry.  Travel agents
16 might be one vertical market, process -- batch process
17 manufacturers might be another vertical market.  Airlines
18 might be another vertical market.  CPA practices might be
19 another vertical market.
20        So you don't need to look at the industry
21 as a whole, but you need to look at the needs of the
22 specific industry for any given implementation, the needs
23 of the specific industry to which the product is
24 marketed, to understand what the customs and practices
25 would be for that vertical.

192

1      Q.  Okay.  But setting aside customs and
2  practices either in the industry as a whole or in these
3  verticals, I take it there's no place you can go to find
4  an objective concrete description of the minimum quality
5  level that meets the standard you're discussing here.
6      A.  And it's precisely because of the issue that
7  I just described to you that there isn't.  Because each
8  submarket, each vertical market is so different from one
9  another that the standards vary for each one, and that's
10 why there is no common standard that's published for all,
11 and each one is so individualized I don't know of
12 specific published standards for any one of them.
13     Q.  What about products that are designed to be
14 used by customers in a wide variety of industry
15 verticals; is there a standard for those types of
16 products?
17     A.  Simultaneously?
18     Q.  Uh-huh.
19     A.  I don't know that there are customers that
20 are in a wide variety of -- any individual customer
21 that's in a wide variety of vertical markets
22 simultaneously.
23     Q.  So if a vendor is looking to sell a product
24 for use across multiple verticals, they need to look at
25 the custom and practices in every single vertical they

193

1 intend to sell the product to?
2         A.  They need to look at the customs and
3 practices and needs that are prevalent in the vertical
4 that they're selling to before they -- or before they
5 sign a contract.  I mean, I've certainly worked with
6 salespeople who go into an environment with the intention
7 of marketing their product to the customer who's in that
8 particular vertical, that particular industry, if you
9 will, as opposed to industry as a whole, and say, hey,
10 wait a second, now that you tell me what the standards
11 are for your industry or for your company within this
12 industry, we don't fit.  And they walk away.
13        Q.  Uh-huh.
14        A.  And so the company that markets to all
15 industries may look at all of them or individual ones
16 with the intention of marketing them, but they also have
17 to make the determination prior to signing a contract.
18        Q.  Now, a customer --
19        A.  And they do, and that's customary that they
20 do that.
21        Q.  A customer in a particular industry vertical
22 might choose to buy a product that's not specifically
23 designed to meet all their needs with the idea that they
24 will customize it to meet their needs; correct?  They
25 might go in with their eyes wide open.

194

1         MR. WILLIAMS:  Objection.  Form.
2         THE WITNESS:  Are you asking does that
3 happen?
4         Q.  BY MR. GIBBS:  Uh-huh.
5         A.  It does happen.
6         Q.  And in a situation like that, where the
7 customer buys a product knowing that it doesn't meet some
8 of their needs and intending to fill their needs either
9 by customizing or adding on additional software, would
10 you say that software is not of commercial quality
11 in that context?
12        MR. WILLIAMS:  Objection.  Form.
13        THE WITNESS:  Depends on the specific -- as I
14 defined it here, okay?  And I said it right here.
15 Because of the differences between the needs of different
16 types of business software customers, just as I described
17 to you, okay?  There is no formal and universally
18 accepted standard or reference authority that provides
19 metrics -- m-e-t-r-i-c-s -- to measure such quality.
20        However, it is my experience that an
21 overwhelming consensus of computer industry professionals
22 could reach a consensus, and I've checked with many.
23        I've vetted -- this is not my sole invention.
24 I've vetted this description with many of my peers, that
25 in order to be of commercial quality, the software must

195

1 provide a level of reliability and functionality suitable
2 for commercial usage for the purposes it is promoted and
3 sold to perform.
4         So in the instance that you just described to
5 me, it would be promoted and sold to perform all of the
6 functions other than those that were going to be built
7 by -- by -- customized.  If it didn't perform those
8 suitably, it wouldn't be of commercial quality.
9         If it was promoted that it had APIs --
10 application programming interfaces -- such that it could
11 interface functionality from -- of other software, and it
12 didn't have those APIs to do that, that would be an
13 indication of -- and there's certainly some judgment on
14 APIs -- but an indication of lack of commercial quality.
15        But if it does the functions that it's
16 promoted and sold to perform, not that those that are
17 going to be added by customization later, then it's of
18 commercial quality.
19        Q.  But if in a particular instance a -- like
20 value vision, a specific functionality was allegedly
21 demonstrated or sold to the customer and not provided,
22 you would say that's not of commercial quality; correct?
23        A.  Correct.
24        Q.  Okay.  So the question of whether a
25 particular enterprise application product is of

196

1 commercial quality may depend on the precise
2 representations made in the one-on-one vendor-customer
3 negotiation process?
4         A.  It may.  In fact, as I mentioned to you, I've
5 done other expert witness projects, some on the side of
6 vendors and some on the side of -- when I say on the
7 side, some -- in some I was engaged by the counsel for
8 vendors and in some I was engaged by the counsel for
9 buyers, I've applied that exact same standard uniformly
10 in both cases from both the vendor perspective and the
11 customer perspective, and I specifically refer to that
12 standard because I think it's fair from both
13 perspectives.
14        Q.  And if I understand you correctly, then, if a
15 customer buys a piece of software and is saying to the
16 vendor, this software doesn't have this particular piece
17 of functionality, can't do "X," in order to determine
18 whether the lack of "X" functionality renders the product
19 not of commercial quality, you may need to know exactly
20 what representations and promises were made between that
21 particular vendor and that particular customer.  Is that
22 fair?
23        A.  You may need to know that.  You also may need
24 to know like the -- the 1099 issue I mentioned to you
25 before.  You may need to know things that wouldn't be

197

1 part of a representation because they're at such a
2 detailed level that they just wouldn't be included.  So
3 you may need to know those as well.
4      Q.  Okay.
5           THE WITNESS:  You know, it's getting late in
6 the day, and I'm needing to take breaks just a bit more
7 often.  I know we went off the record a while before, but
8 I was working that whole time.
9           MR. GIBBS:  No, now is a good time for a
10 break.
11           THE VIDEOGRAPHER:  Going off the record, the
12 time is 4:42.
13           (Recess.)
14           THE VIDEOGRAPHER:  This is the beginning of
15 Videotape Number 5, Volume 1 in the deposition of Brooks
16 Hilliard.  On the record, the time is 4:56.
17      Q.  BY MR. GIBBS:  Before the break, I had asked
18 you -- we discussed the notion that in order to determine
19 whether an enterprise applications product was of
20 commercial quality, you may need to know what
21 representations and promises were made between a vendor
22 and a particular customer.
23           Do you recall that discussion?
24      A.  Yes.  I didn't mean that to be that that
25 would be the only indication, the only thing that could

198

1 indicate it wasn't of commercial quality.  I mean, if you
2 look through my report, there are all kinds of other
3 indications or -- we talked about functions, you know.
4 And so I didn't mean that to be an exclusive way of
5 determining that.
6      Q.  Understood.  But in some cases, you may need
7 to know?
8      A.  In some cases.
9      Q.  And obviously, in this case, you didn't speak
10 directly to any customers; correct?
11      A.  I wouldn't have done so without going through
12 counsel, which inevitably would have gone through you.
13 So I didn't.
14      Q.  Okay.  And you didn't speak directly to any
15 Oracle salespeople about those kinds of representations
16 and promises made to customers; correct?
17      A.  I looked at -- I determined that through the
18 documentation and the testimony than by directly talking
19 to them.
20      Q.  Okay.  At page 78, in discussing what it
21 means for software to be suitable for commercial usage,
22 you write:  "This does not mean that the software must be
23 perfect, only that it performs at a level of reliability
24 sufficient to meet the business needs it is sold to
25 meet."

199

1      A.  And I probably, in this opinion, I deal with
2 more than just reliability.  I deal with supportability.
3 I deal with performance and so forth.  So I probably
4 should have been a little more inclusive in that
5 statement.
6      Q.  Okay.  I'm just focusing on the portion of
7 the statement referring to sufficient to meet the
8 business needs it is sold to meet.  I take your point,
9 though, that reliability is one of several
10 characteristics that should meet the needs it was sold to
11 meet, in your opinion.
12      A.  Well, and there are some other absolutes in
13 some other areas as well.
14      Q.  Earlier in your report -- this is at
15 page 43 -- you refer to Mr. Ellison's statement to the
16 effect that Suite 11i would be able to satisfy 80 to
17 85 percent of customers' needs.  And you write, quote --
18      A.  What page?
19      Q.  43.  You write:  "Of course, all percentage
20 estimates of this type are arbitrary since it is not
21 really possible to compute a meaningful number of needs
22 met and unmet," and the sentence continues, but that's
23 the relevant portion for this discussion.
24           If the definition of suitable for commercial
25 usage means that the software does something sufficient

200

1 to meet the business needs it's sold to meet, but it's
2 not possible to compute a meaningful number of needs met
3 or unmet, how does one go about determining whether
4 software is suitable for commercial usage?
5           MR. WILLIAMS:  Objection.  Form.
6           THE WITNESS:  The reason I said it's not
7 possible to compute a percentage is because you can't
8 look at just a list of the needs and say, okay, there
9 are -- there are 95 identified -- well, let's for
10 simplification, 100 identified needs, it met 78 of them,
11 and therefore it only met 78 percent of the needs because
12 needs don't have uniform importance, order management,
13 for instance.  There's a business maxim that says nothing
14 happens until somebody sells something.  And order
15 management is, as testified to by -- or as stated by
16 Mr. Ellison and testified by others, is central to being
17 able to get from the selling of a product into all of the
18 other applications.
19           So order management, as an example, would be,
20 in almost all applications, a much higher priority need.
21 And therefore if you were trying to put a weight on it,
22 you'd have to put a higher weight on it.
23           So what I mean by what I said on page 43 is
24 that the percentages are arbitrary because you can't --
25 you can't put a weight on order management and say, well,

201

1    instead of being 1 out of 100, that's worth 7 out of 100.
2    Okay?
3         And so coming back to your question, then,
4    how do you determine?
5         Customers and industries have priorities.
6    They have -- for instance, if you're in a distribution
7    industry, inventory management is always going to be a
8    high priority need, and perhaps fixed assets might not
9    be.  Because in a distribution industry, you might not
10   have a lot of fixed assets.
11        So you have to look at -- at -- for any given
12   industry.  And not so much -- it may be on a specific
13   customer, but not so much a specific customer.  For any
14   given industry, where are the priorities of the needs and
15   what representations did the company make publicly -- and
16   they do that sometimes -- or individually to a customer
17   regarding meeting those needs.
18        And with regard to this particular type of --
19   this issue, and you know, as I said, you know, we've
20   talked about performance, and, you know, meeting
21   individual functional needs isn't the whole thing.  You
22   have to look at the priorities and did -- did they
23   perform the functions that were needed in that industry
24   and that were represented to that customer as would be
25   expected in that industry given the representations that

202

1    were made.
2         Because sometimes there are representations
3    limiting, for instance, functionality.  Yes, we represent
4    we're going to do everything that you need except
5    function X, Y, and Z.  We can't do that.  So, you know,
6    even though you've told us you need it, we can't do it.
7    If you buy it from us, you go in with the understanding
8    that it's not going to do that.  Other times, the
9    representations are extending functionality.
10        It becomes -- I think Mr. Ellison said it
11   well when he said, you know, I'm concerned with what's --
12   what people are complaining about.  He didn't say it in
13   exact those words.  Okay?  It's not so much defects that
14   I look at.  It's, you know, what are causing issues?
15   It's the level of issues.
16        If they're minor issues and they're rapidly
17   resolved, that's of commercial quality.  And lots of
18   vendors deliver commercial quality software in that way
19   all the time and have been for 20 years.
20        If there are major issues, either absolutes
21   for a particular industry or maybe absolutes for all
22   industries, and they're not resolved, or if there's a bug
23   in them and they're not fixed, or if they aren't
24   delivered, that's a -- that's a commercial quality issue.
25        Is there room for judgment or interpretation?

203

1    Yes.  And in cases where there's room for judgment and
2    interpretation, that's where I said the minimum standard.
3    I don't expect perfection.  I don't expect a hundred
4    percent necessarily satisfaction.
5         And in looking at examples, I didn't take
6    examples where there may have been some level of
7    dissatisfaction, but it wasn't substantive.  I looked for
8    substantive satisfaction or dissatisfaction.
9         And so I, you know, there is -- and some
10   might differ, and that's why I set the bar low and set it
11   uniformly low whether I'm on the -- whether I'm engaged
12   by counsel for buyers or engaged by counsel for sellers.
13        Q.  Let me refer you again to page 78 of your
14   report.
15        A.  Sure.
16        Q.  Where the end of the last full paragraph on
17   that page you write that you have used in formulating
18   this standard the expressed needs of these actual Oracle
19   11i customers.  Do you see that language?
20        A.  Yes.
21        Q.  Which actual Oracle 11i customers are you
22   referring to there?
23        A.  The ones that I specifically referenced.  And
24   there may have been -- I didn't reference everything I
25   saw if it was going to be cumulative or redundant, you

204

1    know, but if I referenced it, it was their needs or the
2    needs -- similar needs of other customers.
3         Q.  Okay.  So setting aside customers who you
4    thought were similar or redundant are the ones you
5    identified in your report, in setting the standard for
6    whether Suite 11i was suitable for commercial usage for
7    the purposes it is promoted and sold to perform, you used
8    the needs expressed by customers identified in your
9    report?
10        A.  By and large, I think that's an accurate --
11        Q.  Now, expressed needs as of what point in
12   time?  Any point in time?  The time of contracting?
13   During implementation?  Does it matter?
14        A.  I looked at the class period.  In some cases,
15   I talked about issues that occurred prior to the class
16   period.  And I did that specifically to show that Oracle
17   was aware of those issues as a problem prior to the class
18   period and prior to December 14th, when these -- I mean,
19   my opinions are focused on specific statements whether
20   they were false and misleading.
21        So where I referenced issues that occurred
22   prior to the class period, it was to show that Oracle
23   should have been aware of these as potential issues when
24   they made statements.  But where I'm referring to was the
25   software of commercial quality or not, the examples I

205

1  used were whatever stage that customer was at during the
2  class period.
3      Q.  Okay.  So if a customer who was mid
4  implementation said to Oracle, this product is not
5  meeting the following five needs, that's the type of
6  expressed need you took into account in setting the
7  standard discussed there on page 78 of your report?
8      A.  Well, like some of them said, it takes me
9  five days every time I do an install, and then the
10 install doesn't work and I have to start all over again,
11 and I expected to have the software up and running or at
12 least testable by now.
13         And so in that case, the expressed need would
14 relate to whether the software was reliable enough that
15 they could get it up and running for test purposes.  And
16 that expressed need might not be an expressed need
17 related to a specific functionality, but it's certainly a
18 very reasonable need.
19         I don't like to use the word "reasonable,"
20 but it's a very common need and one that Oracle as a
21 company that's been delivering application software to
22 users for many years would be aware of.
23     Q.  In other words, you would expect any customer
24 who was taking five days to do an install to be unhappy
25 about that situation?

206

1      MR. WILLIAMS:  Objection.  Form.
2      THE WITNESS:  That's not what I said.
3      Q.  BY MR. GIBBS:  Okay.
4      A.  I'm thinking of a specific customer that was
5  saying in order -- the term "install" is so imprecise.
6  In order to get the software to the point where I can
7  test it, I have to do a physical install of the software
8  onto the system.  Every time I do that, it takes me five
9  days to accomplish that.  And every time I do that, it
10 still doesn't work, and I can't test it, so I have to go
11 through the five-day cycle over again.
12         So, yeah, I think any customer that had to go
13 through that five-day cycle seven or eight times, or even
14 three or four times maybe, would have reason to expect
15 that Oracle would know that that's unsatisfactory.
16     Q.  Okay.  But it's not your understanding that
17 every customer had that experience you've just described?
18     A.  No.  No.
19     Q.  Okay.  It goes to my earlier point that
20 certain problems may affect some customers, not others.
21 Is that fair as stated?
22     A.  Yes.
23     Q.  You also discussed stability in this portion
24 of your report that you referred to.  That section begins
25 on page 80.  And you write that the term stability is

207

1  used to characterize whether a product is free of
2  software defects that could cause a program to produce
3  erroneous results or crash.  I've paraphrased, but I
4  think that's a fair summary of what you say there.
5         In order to be stable, according to the
6  standard you used, does a product have to be completely
7  free of such defects?
8      A.  We have to look at producing erroneous
9  results and crashing separately.
10     Q.  Okay.
11     A.  Okay?  In answering that question.  I don't
12 think it's useful to look at it together.
13     Q.  Okay.
14     A.  Crashing is always a very significant defect.
15 If a system crashes once and whatever caused it either
16 goes away or is fixed, that's not instability.  But if a
17 system has problems of crashing at relatively -- on a
18 relatively repeated basis, that is always a stability
19 problem.
20         With regard to erroneous results, it depends
21 on the -- some erroneous results are negligible in terms
22 of their importance and other erroneous results are
23 catastrophic in terms of their results, in terms of their
24 impact.  And so it would depend on what the erroneous
25 results were.

208

1      Q.  Okay.  So focusing on the crash side of
2  that -- of that standard, so let's say when I try to open
3  a document in PDF format out of my Internet browser, it
4  crashes every single time, and I've got to go and I need
5  to do it twice to open any document when I'm in Internet
6  Explorer.  Is Adobe Acrobat stable?
7      MR. WILLIAMS:  Objection.  Form, and calls
8  for speculation.
9      THE WITNESS:  I don't have enough information
10 to answer that question.
11     Q.  BY MR. GIBBS:  Okay.  What more would you
12 need to know?
13     A.  I'd need to know all kinds of things about
14 the environment that you were using it in, whether it met
15 specifications -- I mean, there's a rash of things I
16 would need to know.  And moreover, I don't think that's
17 relevant to the opinions that I've rendered, but there's
18 a whole raft of things I'd need to know.
19     Q.  Okay.  So me just describing the problem to
20 you doesn't tell you what you need to know to say whether
21 the program is stable or not?
22     A.  If that happens all the time, that would
23 certainly be an indication of a potential lack of
24 commercial quality, but it would really depend on a whole
25 lot of other factors.

209

1    Q. At page 80 of your opening report, you write
2  that Suite 11i had, quote, debilitating stability
3  deficiencies throughout the class period and beyond, end
4  quote.
5        Is it your understanding that every customer
6  that used Suite 11i experienced debilitating stability
7  deficiencies?
8    A. No, it's not my understanding necessarily
9  that every single customer did.  But it's my
10  understanding that the stability deficiencies -- and here
11  I'm going not so much on customer word but actual
12  appraisals of Oracle personnel saying things were common
13  or happening throughout the customer base or were
14  problems that could affect wide groups of customers.
15        So if there was -- there may well have been,
16  and -- well, there may well have been customers that were
17  using individual modules for limited purposes, you know,
18  in specific environments where the stability deficiencies
19  that were widespread for other customers didn't affect
20  them.
21    Q. But you don't think there were any customers
22  using a relatively broad array of modules, were able to
23  use the products and experience an acceptable level of
24  stability?
25        MR. WILLIAMS:  Objection.  Assumes facts.

210

1        THE WITNESS:  The appraisals that I've seen
2  from Oracle's own people about it would -- would seem to
3  indicate that there weren't.  I'm not eliminating the
4  possibility.  There might be one or two here or there.
5  But people like Mr. Kendig and Mr. Wohl and
6  others, Mr. Barrenechea and so forth, indicated that
7  there were -- Mr. Cochran -- issues that were pervasive.
8    Q. BY MR. GIBBS:  Can stability be affected by
9  other parts of the system, like the operating system, the
10  database software, the network, things like that?
11    A. Are you -- I don't think that that question
12  pertains to the issues that I've raised in my report.
13  But the answer is yes, it can.
14    Q. So a report by a particular customer that
15  it's experiencing instability by itself is not indicative
16  or is not conclusive that there's a defect in the
17  application software?
18    A. If there were only one or two customers that
19  were reporting instability, I wouldn't consider that an
20  indication of a defect -- of a stability issue.
21    Q. Is there any way to quantify stability or
22  instability of a particular product?
23    A. I don't know of any established metrics for
24  that.  But I suppose that in certain areas you could --
25  one could come up with metrics that would be widely

211

1  agreed with.  I mean, certainly there are a few people
2  who would say that if a system crashes more than once a
3  day, there are any circumstances under which that system
4  could be considered stable, and so that once a day
5  crashing could be a measure.  But certainly you wouldn't
6  have to crash that often to be considered unstable.
7        The -- can you repeat the question?
8    Q. Is there any way to quantify stability or
9  instability of a particular product?
10    A. There are all kinds of ways to quantify it.
11  In fact, there are so many ways to quantify it that I
12  don't know that there is any few of them that are widely
13  used.
14    Q. You also discuss Oracle's customer support in
15  this section of your report.  What process did you go
16  through in reaching your conclusion that Oracle's product
17  support was not of commercial quality?  What documents
18  did you look at?  What kinds of evidence did you review?
19        MR. WILLIAMS:  Objection.  Form.
20        THE WITNESS:  The -- most of the documents
21  other than those that might have been redundant are --
22  are listed.  But the kinds of evidence would be in that
23  case, the appraisals of the Oracle personnel themselves.
24  If Oracle personnel were saying we don't have enough
25  training resources to get our consultants trained to

212

1  support customers, we don't have enough training
2  resources to train call center staff to support customers
3  who are calling in, we don't have enough resources -- we
4  don't have enough call center staff to answer all the
5  phone calls for -- support calls we're getting, if Oracle
6  people themselves were saying that, and it wasn't just
7  one or two, those kinds of statements were common.  That
8  was the type of thing that I relied on.
9    Q. BY MR. GIBBS:  I want to turn to your Opinion
10  Number 1, which starts at page 28 of your report.
11    A. 28?
12    Q. You know, I'm sorry.  It doesn't, actually.
13  It starts earlier.  Anyway, I'll direct you to the pages
14  I'm going to ask you about.  It looks like it's 22.
15        I want to ask you in particular about your
16  discussion of order management, which starts at page 32.
17  You say, "Because of the criticality of order management,
18  its defects were an essential factor in Oracle 11i not
19  living up to the representations that Oracle had made
20  about it."
21        MR. WILLIAMS:  Is that a -- are you asking
22  him a question there, or are you just stating what you
23  think his opinion is?
24        MR. GIBBS:  I just quoted his document to get
25  him oriented.

213

1    MR. WILLIAMS:  Can you show me what you
2  quoted because I don't know if it was actually a quote.
3  Well, you didn't quote it.  It says, "Because of the
4  criticality of order management, its defects were a
5  central factor in Oracle 11i not living up to the
6  representations that Oracle had made about it."
7    Is that exactly what you said?
8    MR. GIBBS:  That's exactly what I said.
9    Q.  Can you tell me precisely what were the
10  defects in order management?
11    A.  There were numerous defects in order
12  management widely reported in dozens of customers, some
13  of which I quoted here, others of which I didn't because
14  they would be redundant.  There was also -- and the
15  variety of defects was a wide variety of defects, just as
16  would be inevitable putting out software under the
17  circumstances that this one was put out, according to the
18  book "Soft War" which chronicles that and includes
19  Mr. Ellison's opportunity to correct any mistaken
20  statements.
21    In addition to the individual issues with
22  order management that were raised, there were a lot of
23  just emails and internal communication just referring to
24  general order management problems or at a particular
25  customer and/or pointing out that there were order

214

1  management problems in a wide var- -- you know, in larger
2  numbers of customers, but not naming them.
3    Q.  Beginning at page 38, you talk about global
4  operations, and you write that with respect to local
5  language functionality, Oracle 11i just did not function
6  as represented.
7    First question has to do with local language
8  availability.  I understand you have drawn a distinction
9  between translation, on the one hand, and localizations
10  for legal issues or currency and things like that.  I
11  want to focus on language right now.
12    A.  Sure.
13    Q.  Is it your understanding that as of the class
14  period, Suite 11i was not available in multiple
15  translations?
16    A.  I wouldn't characterize it that way.  I would
17  characterize it that the translations that were available
18  were incomplete, in some cases missing, and in some cases
19  there but only for certain modules and not for other
20  modules.
21    The UTF8 multi-byte capability, which is
22  required to do the Asian, like Japanese and Chinese
23  Korean character sets, and probably Arabic and Hebrew as
24  well, although I'm not -- wasn't available in some
25  modules.

215

1  So it's -- wasn't my opinion that there was
2  no translation.  It was my opinion that translation was
3  defective in large -- in many major countries, including
4  most of the European common market countries, which by
5  any stretch of the imagination would have to be
6  considered major, and including many of the Asia Pacific
7  countries.
8    Q.  So you don't think that potential customers
9  would have understood Mr. Ellison's statement that Suite
10  11i works in every country and in every language to mean
11  that it was literally translated into every single
12  language in use in the world, do you?
13    MR. WILLIAMS:  Objection.  Form, calls for
14  speculation.
15    THE WITNESS:  I think I backed away from the
16  every single language, every single country in my
17  evaluation.  I don't know what Mr. Ellison's intent was.
18  It wasn't -- I didn't deem it useful to try and figure
19  out whether it worked in every -- and was translated into
20  every single language for every single country, but there
21  were later statements staying major countries or 30 major
22  countries or something like that, which by every stretch
23  of the imagination would have to include countries like
24  France, Germany, Italy, Spain, Netherlands, Japan, China,
25  and so forth.  And there were translation defects in all

216

1  of those.
2    So, you know, after having just looked at
3  those major countries, it didn't seem to me to be useful
4  to try and carry out and say, well, you know, also every
5  country.  I just didn't do that analysis.
6    Q.  So you refer in some places to statements
7  that identify a specific number of languages that Oracle
8  11i had been translated into.  You mentioned, I think 23
9  as an example.  Maybe 29.  There are different numbers
10  out there.
11    A.  Something like that.  There are numbers,
12  yeah.
13    Q.  Your testimony is not that that number of
14  translations literally had not been made available, but
15  that significant translation defects existed?
16    A.  Yes.  Oh, in some cases, they weren't made
17  available.
18    Q.  Which specific ones?
19    A.  I believe Mr. Giacoletto talks about -- I
20  think it's Mr. Giacoletto -- G-i-a-c-o-l-e-t-t-o, I
21  believe.
22    Q.  We can get it to her.
23    A.  Being the senior executive in Europe, Middle
24  East, and Africa, talks about whole portions of
25  translations that weren't available for certain

217

1 languages. Might be help text or it might be something
2 like that, just where no translation was done.
3     Q. No translation at all or no translation of a
4 particular release, do you recall?
5     A. It may have been no -- I don't recall. It
6 could have been either one of those. But --
7     Q. Is there a difference, in your view?
8     A. Well, there were three releases during --
9 that -- no, I guess there were two releases that were in
10 use during the class period, release 2 and release 3. So
11 those would be the ones of greatest interest.
12     And probably there were -- there may well
13 have been some users still using release 1 during the
14 class period. So that might be of interest as well.
15 Release 4 didn't occur until after the class period.
16     Q. Okay. Let me ask you a few questions about
17 immediate availability. We've talked about bugs, and I
18 think it's clear that the presence of bugs by itself does
19 not mean that the software is not available. Correct?
20     A. Correct. Depending on the level of bugs.
21     Q. Depending on number and severity?
22     A. Number and severity.
23     Q. Is there any particular standard for judging
24 number and severity that tells you you're over the line
25 to not available?

218

1     A. There is no published number that I'm aware
2 of.
3     Q. And you didn't apply a particular number.
4 You looked at the evidence you've cited and reached a
5 conclusion; correct?
6     A. Based on customs and practices of the
7 industry that I've been involved in on a professional
8 basis for 30 years, yes.
9     Q. It wasn't some kind of numeric quantitative
10 standard?
11     A. That's correct.
12     Q. The same thing with patches. The mere fact
13 that patches are released does not by itself mean that
14 software is not available; correct?
15     A. It would depend on the number of patches
16 and -- yeah.
17     Q. The number of patches and what they're
18 designed to do?
19     A. Correct.
20     Q. And I take it on that latter point, the more
21 a patch is designed to fix a defect or a bug, the more
22 likely that is indicative of not being available under
23 the standard you've articulated.
24     A. Patches are virtually always designed to fix
25 defects or bugs.

219

1     Q. But if it's not designed to fix defects or
2 bugs, it's less indicative of lack of availability?
3     A. It's hard -- software developers have
4 different criteria for what they call defects and bugs
5 than what customers today. I alluded to this or discussed
6 this earlier today.
7     To me, a -- extension of functionality
8 that's done to fulfill a vendor commitment or to provide
9 functionality that needs to be in a particular module,
10 vendors very often refer to that as not a bug, but an
11 enhancement. Fair-minded people and vendors -- other
12 than vendors, and there are certainly fair-minded
13 vendors. But fair-minded people other than vendors
14 almost always refer to that as a bug. A -- and for that
15 reason, patches are virtually always bugs. It -- using
16 that standard.
17     Q. Okay. Did you see any evidence documenting
18 exactly how many, what percentage of the patches Oracle
19 issued for Suite 11i up to the class period were to fix
20 bugs?
21     A. I don't know, and I'm not saying necessarily
22 that Oracle's standard of what it calls a bug fix versus
23 what it calls a functionality increase, what definition
24 they used to distinguish one from the other. And if I
25 did see -- since I didn't know what the definition -- and

220

1 as I point out, different folks use different
2 definitions.
3     Since I didn't know what definition Oracle
4 was using to distinguish a bug fix in a patch versus a
5 functional extension in a patch, if I saw any numbers, I
6 discounted them because I couldn't reconcile them to a
7 definition of what was meant by them. I would have been
8 happy to if I could have.
9     Q. You don't think it's likely, do you, that
10 every single patch Oracle issued for Suite 11i in the
11 first six months after it was released was in order to
12 fix a priority one defect, do you?
13     A. In Mr. Yourdon's report, he basically says
14 that patches should only be used to fix priority one
15 defects or something that if you give a fair
16 interpretation of what he said, amounts to that.
17     Moreover, given the level of TARs and bug
18 TARs that were occurring during the one-year period from
19 launch until May of the following year, it's hard if me
20 to understand how Oracle could have had time to have been
21 issuing patches for other than urgent bugs, which I would
22 classify as the same as P1, regardless of whether Oracle
23 called them a P1 or not.
24     When you're in a fix, you know, it's raining,
25 patch the holes in the roof mode, you give priority to

221

1 the highest -- you devote your resource to the highest
2 priority things first.
3      I believe that those patches were virtually
4 all priority one bugs, and in fact, there may have been
5 multiple bugs for each patch. And I believe that, as
6 Mr. Yourdon says, if there were less than urgent issues,
7 they were can coming out in releases, not in patches.
8      Q. Page 57 of your report, you write, "But if
9 the software fails every time a customer receives
10 delivery and tries to implement some normal type of
11 function such as those described above, for the first
12 time, then the representation of available and ready for
13 use cannot be true."
14      Is it your testimony that Suite 11i failed
15 every time a customer took delivery of the software and
16 tried to implement some normal type of function?
17      A. You have to actually take that in the context
18 of the paragraphs that precede it, where most of those
19 refer to Mr. Cochran's deposition. And a number of
20 defects that he testified that occurred -- I guess he was
21 the area sales and consulting vice president for the
22 Northeast and that there were a lot of customers in that
23 area.
24      Every single one -- or there may have been
25 one that didn't fit this pattern, but it seemed to me

222

1 every single one, with perhaps one exception, of a
2 problem that was called to his attention, he said, oh,
3 well, that was the first time we ever did anything like
4 that, and that's why it failed.
5      And that statement was -- in the context of
6 what Mr. Cochran had said, that that was the excuse for
7 all the failures. And I'm saying you can't use that as
8 an excuse for all the failures. That's what I was trying
9 to say.
10      Q. Okay. But would it be fair to say that if a
11 customer was using an enterprise applications product in
12 a way that's unusual, that problems that customer
13 encounters might not be indicative of a broader quality
14 problem affecting all potential customers?
15      MR. WILLIAMS: Objection. Form.
16      THE WITNESS: That doesn't apply to what I
17 wrote here, and what I wrote was these were not unusual
18 situations. Each one of these that he talked about was a
19 normal kind of a situation.
20      Yeah, it may have been a very big company,
21 but it's certainly not the only big company of its kind
22 doing that function. There are lots of big companies of
23 that kind that do that function.
24      So the question you're asking really doesn't
25 apply to the examples that I gave and the context that

223

1 that statement was written in.
2      Q. BY MR. GIBBS: Okay. Let's remove it from
3 the context. I understand your disagreement with
4 Mr. Cochran as to whether those situations are unusual,
5 but indulge my hypothesis of a customer using software in
6 a way that's highly unusual. Do the problems that that
7 customer experiences indicate a broader quality problem
8 in the software?
9      MR. WILLIAMS: Hold on. Objection. Form.
10      Can you read that question back for me,
11 please.
12      (The record was read by the reporter as
13      follows:
14      "QUESTION: Okay. Let's remove it from the
15      context. I understand your disagreement with
16      Mr. Cochran as to whether those situations
17      are unusual, but indulge my hypothesis of a
18      customer using software in a way that's
19      highly unusual. Do the problems that they
20      customer experiences indicate a broader
21      quality problem in the software?")
22      MR. WILLIAMS: Calls for substantial
23 speculation.
24      THE WITNESS: Are you trying to imply by that
25 that I used such examples as support for my opinions?

224

1 Because if I didn't, I don't understand -- I mean, I
2 could answer that, but it wouldn't be -- have any
3 relevance at all to the opinions.
4      Q. BY MR. GIBBS: Well, I would like you to
5 answer it. And I understand your relevance objection.
6      A. Okay. First let me say I don't think I used
7 any such examples, if I saw such examples, I tried not to
8 use them. Therefore, I think the answer I'm about to
9 give you has no relevance to my opinion.
10      Coming back to your hypothetical, if under
11 those circumstances you still want an answer, if someone
12 is using -- is doing something way off the wall and it
13 didn't work the first time any customer tried to do that
14 one thing way off the wall, that might not -- what was
15 the phrase you used?
16      Q. Be indicative of a broader quality problem.
17      A. Might not be indicative of a broader quality
18 problem.
19      Q. Let me ask a few questions about the need for
20 systems integration portion of this opinion.
21      A. Surely.
22      Q. You're not saying, are you, that customers
23 would have taken Oracle's statements about no systems
24 integration needed to mean that if they wanted to use a
25 portion of Suite 11i along with, say, Siebel CRM

225

1 products, that they wouldn't need to do systems
2 integration between those two, are you?
3         MR. WILLIAMS:  Objection to the form.  Excuse
4 me, Patrick, are you referring to his opinion -- are you
5 stating his opinion and extrapolating from it or --
6         MR. GIBBS:  I'm asking what his opinion is.
7         THE WITNESS:  And I didn't understand the
8 question.
9     Q.  BY MR. GIBBS:  Okay.  At page 60 of your
10 report, you state that Oracle did not, as represented,
11 eliminate or make major steps towards eliminating systems
12 integration, paraphrasing the first sentence of the last
13 paragraph on page 60 in the text.
14         Do you see that language?
15     A.  Yes.  Now, what's your question?
16     Q.  Well, you say that Oracle didn't eliminate or
17 make major steps towards eliminating systems integration,
18 and then you refer to testimony from Mr. Sellers
19 indicating that customers are in fact installing parts of
20 Suite 11i and integrating it with third-party products.
21         I don't understand this portion of the
22 opinion.  When you say that they didn't eliminate systems
23 integration, I don't understand what you think customers
24 would have understood Oracle's representation to mean,
25 and therefore, why you're saying that Oracle didn't live

226

1 up to those representations.
2         So when you refer to representing that it
3 eliminated or made major steps towards eliminating
4 systems integration, what do you mean?
5     A.  Fair question.  Let me see if I can clarify.
6     Q.  Okay.
7     A.  I agree with Mr. Ellison that systems
8 integration is not desirable for the same reasons that he
9 states.  I believe that customers don't do systems
10 integration, based on my experience -- it's not just a
11 belief coming out of the air, but based on experience --
12 they don't do systems integration just because they want
13 to do it.  Customers do systems integration because for
14 one reason or another, they need to do it.
15         When Mr. Ellison says that Oracle 11i will
16 meet the figurative 80 percent of the needs, whatever
17 80 percent is, recognizing that's an arbitrary number,
18 80 percent of a business's needs, if you expect -- accept
19 the arbitrariness of it, are the generic things that all
20 businesses of a particular -- in a particular industry
21 would need to do.  All electrical supply distributors
22 need to manage their electrical supplies inventory and so
23 forth.
24         Companies don't become profitable and succeed
25 and get successful enough that they can afford to buy

227

1 Oracle or anybody else's software by doing the same
2 generic things that everybody else in their industry
3 does.  Every company -- most every successful company
4 succeeds by establishing some sort of a competitive
5 difference or a competitive advantage.
6         If all you do is 80 percent, thereabouts, of
7 the needs, and it's the same 80 percent that everybody
8 else in your industry does, you're not going to be able
9 to establish that competitive advantage that you need to
10 succeed.
11         And therefore, what I'm saying here is that
12 every business, in trying to establish some sort of a
13 uniqueness or a difference that they can exploit in the
14 marketplace -- and I'm using exploit in the positive
15 sense -- to be successful, needs to do a few things that
16 are different, that are out of the mold of what every
17 other company in their industry does.
18         And that may involve some systems integration
19 to integrate maybe a bit of legacy software that they
20 develop themselves or, you know, some combination of
21 little applications that do specific functionalities that
22 maybe -- functions that maybe some of their competitors
23 don't do so they can provide better service to the
24 customer than the competitor.  So they can deliver a
25 higher quality -- you know, a product that meets a higher

228

1 quality standard or something like that.
2         And what I'm referring to here is that in
3 fact Mr. Sellers was saying that everyone is doing stuff
4 like that.  No one does -- wants to do lots of it.  No
5 one does lots of it.  But by delivering 80 percent
6 solutions, or thereabouts, you don't eliminate the need
7 for doing that.  The need for doing that exists and
8 becomes maybe even more important, and that's what I'm
9 trying to say.
10     Q.  Do you think that customers who heard Oracle
11 say that no systems integration was required to use the
12 11i suite believed that it would automate every single
13 piece of functionality they needed for their particular
14 business so they would not need to integrate with any
15 legacy systems or any point solution providers?
16         MR. WILLIAMS:  Objection.  Form.
17         THE WITNESS:  I didn't look at this from the
18 perspective of the customer.  I looked at it from the
19 perspective -- because those statements, as I understood
20 them, were made to financial analysts who were then
21 interpreting them or repeating them verbatim or what have
22 you to determine whether they would make stock
23 recommendations or not.
24         So I was looking at it not from the
25 perspective of someone in the IT industry or from a

229

1  customer, but from the perspective to those people to
2  whom that statement was made who are people who don't
3  have that knowledge, and who I think without that
4  knowledge would have had every reason to take that
5  literally.
6       Q. BY MR. GIBBS: So you think that financial
7  analysts hearing Oracle say that customers using the
8  E-Business suite wouldn't need to do any systems
9  integration, those financial analysts would have believed
10  that large numbers of customers would be able to run
11  their entire business on Suite 11i and no other software
12  at all?
13       MR. WILLIAMS: Objection. Misstates his
14  testimony.
15       THE WITNESS: I'm not professing to be an
16  expert on financial analysts. The no systems integration
17  was said so many times by so many people in so many
18  places as an absolute. No systems integration, none.
19  Zero. It's eliminated. That's what was being said.
20       And I'm saying people without the specific --
21  whether they're financial analysts or whether they're
22  court reporters or whether they're lawyers might well
23  take that literally, and I would expect they would take
24  it literally, and that's why I looked at it literally.
25       Q. BY MR. GIBBS: But what about people who are

230

1  familiar with the --
2       A. I didn't look at it from that perspective.
3       Q. So you don't have an opinion from that
4  perspective?
5       A. I don't have an opinion from that
6  perspective -- well, any thoughts I might have weren't
7  relevant to the opinions I stated. It's not that I might
8  not be able to form an opinion, but since whatever
9  opinion I might be able to form on that really wasn't
10  relevant to the issues that I was writing my opinions on,
11  it's -- I just didn't consider it.
12       Q. Well, let me just ask you now: Do you think
13  that someone with a reasonable degree of familiarity with
14  the enterprise application software business would have
15  understood those statements about no systems integration
16  required to mean that the functionality of Suite 11i was
17  so broad that significant numbers of companies would be
18  able to run their entire business on Suite 11i without
19  using any other software at all?
20       A. You're asking me this as a hypothetical?
21       Q. Yes.
22       MR. WILLIAMS: Hold on a second.
23       Objection to the form.
24       THE WITNESS: Not with any relationship to my
25  opinions?

231

1       Q. BY MR. GIBBS: Uh-huh.
2       A. Assuming it was said as often as forcefully
3  as it was?
4       Q. Sure.
5       A. I think there might be a variance among
6  people with that knowledge. Some might believe, some
7  might disbelieve, depending on their level of knowledge
8  and experience. You just said some experience and, you
9  know, that encompasses a wide variety -- I don't know
10  that I can really give a useful answer to your question.
11  It's just too broad.
12       MR. GIBBS: What's the run time?
13       THE VIDEOGRAPHER: Right now, it is six
14  hours, 37 minutes.
15       MR. GIBBS: Why don't we take a break, and I
16  can figure out what I need to do to finish up.
17       MR. WILLIAMS: Okay.
18       THE VIDEOGRAPHER: Going off the record, the
19  time is 5:57.
20       (Recess.)
21       THE VIDEOGRAPHER: We are back on the record.
22  The time is 6:11.
23       Q. BY MR. GIBBS: Mr. Hilliard, I wanted to ask
24  you a question on a different subject. Do customers have
25  the same expectation for quality for an enterprise

232

1  application software product just after it's released as
2  they would after that product has been out on the market
3  for a few years?
4       A. You're asking me that hypothetically?
5       Q. Uh-huh.
6       A. I didn't consider that issue at all in my
7  report because I didn't think it had any relevance to the
8  opinions that I expressed in the report.
9       Q. Okay.
10       A. Buyers of software do expect successive
11  versions of software to be increasingly reliable. That's
12  common.
13       Q. And do they also expect successive versions
14  of the software to have improved or additional
15  functionality?
16       A. By "versions," do you mean versions within a
17  single major release or versions -- Oracle applications
18  had the 8 series. Okay?
19       Q. Uh-huh.
20       A. They had the 11 series. I believe there's
21  now the 12 series. Once again, I don't think necessarily
22  this -- I didn't consider this in my opinion. I don't
23  think it has any relevance to my opinion. But I think
24  they expect increases in functionality at the major
25  release level, the going from 11 to 12, for instance.

233

1  Going from 10.7 to 11, for instance.
2        They don't, in my experience -- and as I
3  said, I don't think it has any relevance here -- but
4  necessarily expect major increases in functionality
5  between 11i two and 11i three or 11i seven and 11i eight.
6        Q. A different question:  You've reached an
7  opinion about whether Suite 11i was of commercial
8  quality.  And you've done so without comparing
9  specifically the quality of Suite 11i to other enterprise
10 application suites from vendors like PeopleSoft and "my
11 SAP" and J.D. Edwards.
12       And my question is:  Is it possible under
13 your standard of commercial quality for a product like
14 Suite 11i to be better than PeopleSoft 8, better than "my
15 SAP," better than One World, and still not be of
16 commercial quality?
17       MR. WILLIAMS:  Objection.  Form.
18       THE WITNESS:  Hypothetically, I don't know
19 that I would agree that it was better than any of those.
20 Okay?
21       Q. BY MR. GIBBS:  I took that as a given.
22       A. Okay.  And moreover, I don't have the same
23 level of information to determine whether it would be
24 better than any of those.  And to the extent that I might
25 have had some information to that effect, I wouldn't be

234

1  able to use that in this engagement due to
2  confidentiality agreements in other engagements.
3        I guess I don't -- because of those factors,
4  I don't think I can answer your question.
5        Q. Let me ask it a different way.  For purposes
6  of your opinion that Suite 11i was not of commercial
7  quality, as I understand your opinion, it's irrelevant
8  whether Suite 11i was better or worse than products like
9  PeopleSoft 8, "my SAP," J.D. Edwards' One World, Baan's
10 ERP suite.  Is that understanding correct?
11       MR. WILLIAMS:  Objection to the form.
12       THE WITNESS:  You asked me whether it's
13 irrelevant?
14       Q. BY MR. GIBBS:  Uh-huh.
15       A. I don't know.  If I had that same level of
16 information for all the others and could do a comparison,
17 understanding that all these ERP or enterprise-type
18 products aren't identical, they're -- Oracle 11, I was
19 represented to be the first of its kind to do the
20 integration of CRM and ERP, and that according to the
21 representation, nothing else did that.  I don't know
22 that, number one, I could compare them.  I don't know
23 that they're comparable in the way that you've described,
24 although they may have some comparable functionality.
25       But if I had -- if they were comparable, and

235

1  as I say, I don't think necessarily they are, and if I
2  had the same depth of information on them that I had on
3  this, I might take that into consideration.  I didn't.  I
4  didn't have the information, the comparability -- the
5  hypothetical is just so far off that I couldn't consider
6  that in this opinion.
7        Q. Is it fair to say, though, that you didn't
8  think that kind of information, comparative information
9  on those other products, was necessary in forming your
10 opinion?
11       A. Well, I formed my opinion without it.
12       Q. I thought that was a safe assumption.
13       A. Yeah.
14       MR. GIBBS:  Okay.  I will close to the end.
15 I don't have anything else.
16       MR. WILLIAMS:  Okay.  I've probably got maybe
17 five minutes, and I'll take five minutes between now and
18 then.
19       MR. GIBBS:  Okay.
20       THE VIDEOGRAPHER:  Off the record.  The time
21 is 6:19.
22       (Recess.)
23       THE VIDEOGRAPHER:  We are back on the record.
24 The time is 6:25.
25 ///

236

1        EXAMINATION BY MR. WILLIAMS
2        Q. Good afternoon, Mr. Hilliard.  It's been a
3  long day so I'm going to be brief.
4        A. Great.
5        Q. Mr. Gibbs asked you a few questions about the
6  depositions that you reviewed in preparation of your
7  report.  Do you generally recall that discussion?
8        A. Somewhat, yes.
9        Q. Do you know how many depositions were taken
10 in this case?
11       A. No.
12       Q. Do you know how many depositions you actually
13 read?
14       A. I didn't count.  Lots and lots and lots.
15       Q. Did you read all of the depositions that were
16 provided to you?
17       A. No.  I may have looked at all of them
18 briefly.  I certainly didn't read all of them.
19       Q. And why did you not read them all?
20       A. Well, a lot of them I looked at, and they
21 weren't -- they dealt -- my area is, as I understand it,
22 only one part of the case.  If they dealt with the
23 financial issues or the projections issues or any issues
24 that weren't particularly relevant to the issues that I
25 was tasked with assessing, and I got into them and saw

237

1  that, I didn't read them.  It would have been a waste of
2  time.
3      Q.  You cited to a number of depositions in your
4  May 25th report.  Are the depositions that you cited the
5  only depositions that you read?
6      A.  No.
7      Q.  So is it fair to say that you read and
8  evaluated more depositions than you actually specifically
9  cited in your report?
10     A.  Well, sorry for interrupting.
11     Q.  That's all right.
12     A.  I read -- I took looks at many more, and I
13 read in depth certainly several more.
14     Q.  Okay.  Mr. Gibbs asked you several questions
15 concerning the order management module in 11i and your
16 findings, opinion, or commentary in your report
17 concerning that module.  Do you recall generally that
18 discussion with Mr. Gibbs?
19     A.  Yes.
20     Q.  Okay.  I just want to direct your attention
21 to page 32 of your report.
22     A.  Okay.
23     Q.  Looking at page 32 of your report, you write
24 in the -- I guess the second paragraph, "Because of the
25 criticality of order management, its defects were a

238

1  central factor in Oracle 11i not living up to the
2  representations that Oracle had made about it.  In fact,
3  the defects in order management came as no surprise to
4  Oracle, as CEO L. Ellison acknowledged rather it was a
5  known risk that Mr. Ellison chose to take."
6          And just take a look at Footnote Number 59.
7      A.  I see it.
8      Q.  Do you see that?
9      A.  Yeah.
10     Q.  And where are you -- what are you quoting
11 from there, do you recall?
12     A.  Yes.  There was a transcript that Mr. Simons,
13 I believe his name is, had made from -- it appeared to
14 have been made from tape recordings because there were
15 some handwritten corrections to it.  So it -- they were
16 transcripts of conversations that apparently had been
17 tape-recorded, and I took this from one of those
18 transcripts.
19     Q.  Okay.  Conversations with Mr. Ellison?
20     A.  Conversations between Mr. Simons and
21 Mr. Ellison, yes.
22     Q.  Do you see where it wrote, quote, "It hadn't
23 been used anywhere.  It had just been finished.  The
24 paint was drying."
25          Do you see that?

239

1      A.  Yes.  That was something that was in the
2  transcript of Mr. Ellison's statements to Mr. Simons.
3      Q.  And do you know what he was referring to?
4      A.  He was referring to the order management
5  module.
6      Q.  And did your review of Mr. Ellison's comments
7  concerning the order management module's inclusion in 11i
8  help you to support your opinions concerning testing for
9  order management?
10     A.  Yes.  What Mr. Ellison said was virtually a
11 smoking gun that in fact the software had been put
12 into -- not just this particular statement, but that was
13 newly reaching a point where it could be incorporated or,
14 hopefully, in his view, be incorporated into 11i.
15         And in fact, not just this statement, but
16 there were other statements saying that there had been
17 recommendations against it and for it, and it had gone
18 back and forth.  And ultimately, as I said, there was a
19 risk assessment that Mr. Ellison indicated in the book
20 software he made that despite the lack of testing, that
21 they put it in, anyway.
22     Q.  Do you know whether the order management
23 module to work as it's supposed to work requires it to
24 communicate with both ER -- the ERP side of the 11i suite
25 and the CRM side of the 11i suite?

240

1      A.  Yes, order management is, number one,
2  absolutely critical to any enterprise software where --
3  that includes order taking functions, and it's
4  particularly critical because it sits right on the
5  borderline between customer relationship management,
6  which is at least in major part involved in presale to
7  the customer, and ERP, which is at least in major portion
8  concerned with fulfillment.  It's the border.
9          And because of that, it needs to, number one,
10 be extremely solid, and number 2, to integrate
11 with both the presale and the post-sale, because it sits
12 right on the middle.  In some systems it could be
13 considered a CRM module.  In other systems, it could be
14 considered an ERP module.  Oracle chose to consider it an
15 ERP module, but it could be either one.  It's right
16 there.  It's central to everything.
17     Q.  Now, if you accept Mr. Ellison's comments
18 concerning the lack of testing of order management and
19 its inclusion into the Suite 11i without such testing, do
20 you know or do you have an opinion as to whether or not
21 11i CRM and ERP could work in an integrated fashion if it
22 is called upon to use any order management capabilities?
23     A.  It would require more luck than exists for
24 such integration to work.  You don't take something that
25 central that sits right where that sits, plop it in

241

1   without testing, and have any realistic probability that
2   it's going to be integrated with either/or both and work.
3        Q.  In your review of the evidence in this case,
4   did you see or review any evidence that would suggest to
5   you that customers or Oracle saw or experienced problems
6   that were likely the result of the lack of testing of
7   order management?
8        A.  I saw dozens of documents that were
9   indicative of the kinds of problems that would be
10  inevitable from such a lack of testing.
11       Q.  And the problems that you saw, did they
12  appear to impact the functionality of 11i in an
13  integrated fashion?
14       A.  They appeared to affect functionality, they
15  appeared to affect function, and they appeared to affect
16  stability.
17       Q.  Okay.  I'm going to ask you to take a look at
18  Exhibit Number 3, which was marked earlier in the
19  deposition.  It's Bates numbered NDCORCL 056440 through
20  442.
21            Is that the document you have in front of
22  you?
23       A.  056440?
24       Q.  Right.  A couple pages behind it.
25       A.  Yeah.  And yeah, the two following pages,

242

1   yes.
2        Q.  Right.  And that's a document that Mr. Gibbs
3   asked you about extensively earlier today.  Is that fair?
4        A.  Yes.
5        Q.  And did you rely on this document in forming
6   your opinions that articulated in the May 25th report --
7   your May 25th report?
8        A.  Yes.  Once again, like this order management
9   statement, this -- I considered this document to be a
10  smoking gun.
11       Q.  And why is that?
12       A.  Integration, despite the hopes one might have
13  that if everyone tries to develop the pieces of a product
14  together that they will ultimately work together, the
15  real world is that doesn't happen.  That the real world
16  is that you can't expect something to be integrated
17  without doing extensive testing that the plans and
18  preparations you made for integration resulted in the
19  integration actually occurring.  And without the
20  comprehensive -- what was it, test environment, in use,
21  available and in use, both, integration inevitably would
22  fail.
23       Q.  Now, just taking another look at the
24  document, do you see on the first page ending in 440, at
25  the top, do you see it has a subject line in the email?

243

1        A.  Yes.
2        Q.  And what does that subject line say?
3        A.  Well, it indicates that this was, for the top
4   email, that was a forwarding of a prior email with a
5   subject "ERP/CRM Integration Testing."
6        Q.  Okay.  And you understood the email, when you
7   read it, to be about that topic.  Is that fair to say?
8        A.  Yes, I understood, yes, that.
9        Q.  Okay.  And if you look at the text there, it
10  says, "Mark, Allan, and David, we need to get" -- it's
11  unreadable text there -- "CRM products into the TST 115
12  integration testing environment.  Today's situation is
13  that we cannot test integrated business flows prior to
14  customer shipment."
15            Do you see that?
16       A.  Yes.
17       Q.  What did that statement mean to you when you
18  reviewed it?
19       A.  I think it's pretty self-explanatory.  I took
20  it at face value than Oracle could not do real testing as
21  opposed to the smiley face bomb kind of thing.  Okay?  Of
22  flows prior to shipment without doing this.  It's -- it
23  says what it says.  It's pretty self-explanatory.
24       Q.  Okay.  Do you see the next sentence where it
25  says, "We are releasing new ERP and CRM family packs" --

244

1   I think that says "regularly" -- "but do not test them
2   against each other -- clearly a bad situation."
3            Do you see that?
4        A.  Yes.
5        Q.  And what did you understand that to mean?
6        A.  It meant that these releases of family packs,
7   which were families of applications of modules --
8   okay? -- were not -- there was no testing of the
9   integration between them.  And that that's not good.  And
10  I agreed that that wouldn't be good.
11       Q.  And did you see any documents or evidence to
12  suggest that this email from Don Klaiss to Mark
13  Barrenechea, Allan Fletcher, Ron Wohl, and David
14  Williamson was untrue?
15       A.  No.
16       Q.  Did this document help you to form your
17  opinion -- your opinions in this case?
18       A.  Yes, in particular Opinion 2.
19       Q.  Do you know what a "rifle shot test" is?
20       A.  That's in -- the term "rifle shot" is in
21  quotes, and I took that to mean that it was an informal,
22  limited scope, arbitrary, small number of instances.
23       Q.  Mr. Gibbs asked you a few questions about
24  stability at a few different points in the deposition.
25  Do you generally have a recollection of those

245

1  discussions?
2       A.  I think so.
3       Q.  Uh-huh.
4       A.  It's been a long day.
5       Q.  Okay.  In your review of the evidence in this
6  case, did you see any internal Oracle memoranda in which
7  Oracle employees stated that 11i is or was unstable?
8       A.  I saw both statements that used exactly that
9  wording, unstable, and I saw statements using the word
10  "buggy," which would be a -- pretty much a synonym for
11  unstable.  Well, there are types of instability other
12  than bugs, but something that's buggy would be unstable
13  as well.
14       Q.  Uh-huh.  And did you see anything in the
15  evidence to suggest that people internally at Oracle who
16  had written memoranda stating generally that 11i was
17  unstable, that their interpretation of 11i was incorrect?
18       A.  I -- the statements that it was unstable, I
19  saw no one that I recall writing back and saying, no,
20  you're wrong, it was stable, or no, you're wrong, it
21  wasn't buggy.  So all the -- and they were -- the
22  statements were from people with responsibilities at
23  levels and in areas where they would have reason to know
24  whether it was or was not stable.
25       Q.  Uh-huh.  Mr. Gibbs asked you a few questions

246

1  about language translations.  Do you recall that
2  generally?
3       A.  Yes.
4       Q.  And I'm going to try -- I'm going to do the
5  best that I can to kind of recreate one of the questions
6  he asked you.
7          Do you recall being asked by Mr. Gibbs
8  whether customers of Oracle 11i software would have
9  interpreted Mr. Ellison's statement that the software
10  works in every language to actually mean that it worked
11  in every language?  Do you recall that question?
12       MR. GIBBS:  Objection --
13       MR. WILLIAMS:  Hold on a second.
14       Q.  Do you recall that question generally?
15       MR. WILLIAMS:  Now you can make your
16  objection.
17       MR. GIBBS:  Objection.  You have
18  fundamentally changed the meaning of that question in a
19  very important way.
20       MR. WILLIAMS:  That's fine.  You can correct
21  it for me because I don't want to get you wrong.
22       MR. GIBBS:  The question I asked was whether
23  they would interpret the statement that it works in every
24  language in every country to mean that it had been
25  translated into every language used on the globe.  That

247

1  was the question.
2       MR. WILLIAMS:  Okay.
3       Q.  Do you recall that being the question?
4       A.  By "they," you meant customers?
5       MR. GIBBS:  Customers.
6       THE WITNESS:  Yes, I recall that generally.
7       Q.  BY MR. WILLIAMS:  Okay.  And do you recall
8  seeing a statement generally by Mr. Ellison or Oracle
9  that 11i works in every language in every country?
10       A.  Yes, I recall that.
11       Q.  And based on the evidence that you reviewed,
12  did it work in every language in every country?
13       A.  No.  Nor was it translated into every
14  language for every country, for that matter.
15       MR. WILLIAMS:  All right.  I have nothing
16  further.  Thank you.
17       THE VIDEOGRAPHER:  Are we done for the day
18  or?
19       MR. GIBBS:  I think we're done.  We're done.
20       THE VIDEOGRAPHER:  All right.
21       Today's proceedings in the deposition of
22  Brooks Hilliard has used a total of five videotapes.  We
23  are now going off the record.  The time is 6:45.
24       MR. WILLIAMS:  You know what?  Before you go
25  off, I'm just going to mark the transcript confidential.

248

1       MR. GIBBS:  Fine with me.  I assume you have
2  no objection with Elizabeth having been here.  She's
3  working with Oracle.
4       (The deposition was adjourned at 6:46 p.m.)
5          --oOo--

249

1   CASE TITLE:      In Re:  Oracle Securities
2   DATE OF DEPOSITION:   June 28, 2007
3   REFERENCE NO.:      75262
4
5
6   Please be advised I have read the foregoing deposition,
7   and I hereby state there are:
8   (Check one)
9   _____ NO CORRECTIONS
10   _____ CORRECTIONS ATTACHED
11
12
13
14   _____
15        Brooks L. Hilliard, CMC, CCP
16   _____
        Date Signed
17
18        --oOo--
19
20
21
22
23
24
25

251

1            REPORTER'S CERTIFICATE
2        I certify that the witness in the forgoing
3   deposition,
4        BROOKS L. HILLIARD, CMC, CCP
5   was by me duly sworn to tell the truth, the whole truth
6   and nothing but the truth in the within-entitled cause;
7   that said deposition was taken at the time and place
8   herein named; that the testimony of said witness was
9   reported by me, a duly certified shorthand reporter and
10   a disinterested person, and was thereafter transcribed
11   under my direction into typewriting.
12        I further certify that I am not of counsel or
13   attorney for either or any of the parties to said
14   deposition, nor in any way interested in the outcome of
15   the cause named in said caption.
16        Dated June 29, 2007.
17
18
19        _____
         Leslie Rockwood
20        Certified Shorthand Reporter
         State of California
21        Certificate No. 3462
22
23
24
25

250

1        DEPONENT'S CHANGES OR CORRECTIONS
2
3   Note:  If you are adding to your testimony, print the
4   exact words you want to add.  If you are deleting from
5   your testimony, print the exact words you want to
6   delete.  Specify with "add" or "delete" and sign this
7   form.
8        DEPOSITION OF:  Brooks L. Hilliard (Ref# 75262)
9        CASE:        In Re:  Oracle Securities
10        DATE OF DEPO:   June 28, 2007
11   Page  Line  CHANGE/ADD/DELETE
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25   Deponent's Signature_____Date_____

```
 1                    REPORTER'S CERTIFICATE
 2        I certify that the witness in the forgoing
 3   deposition,
 4
 5   was by me duly sworn to tell the truth, the whole truth
 6   and nothing but the truth in the within-entitled cause;
 7   that said deposition was taken at the time and place
 8   herein named; that the testimony of said witness was
 9   reported by me, a duly certified shorthand reporter and
10   a disinterested person, and was thereafter transcribed
11   under my direction into typewriting.
12        I further certify that I am not of counsel or
13   attorney for either or any of the parties to said
14   deposition, nor in any way interested in the outcome of
15   the cause named in said caption.
16        Dated         JUN 2 9 2007
17
18
19                         Leslie Rockwood
                           Leslie Rockwood
20                         Certified Shorthand Reporter
                           State of California
21                         Certificate No. 3462
22
23
24
25
```