**EXHIBIT 12**

**oracle jeff henley**

| | |
|---|---|
| **From:** | Charles Phillips [charles.phillips@morganstanley.com] |
| **Sent:** | Monday, March 25, 2002 5:43 AM |
| **To:** | CFO Jeff Henley |
| **Subject:** | FW: AMR Research: Oracle 11i Quality? |

this sums it up; if you guys have any metrics to show progress on quality, this would be a good time to get them out

-----Original Message-----
From: Freyermuth, Jeffrey [mailto:JFreyermuth@amrresearch.com]
Sent: Monday, March 25, 2002 8:23 AM
To: undisclosed-recipients:
Subject: AMR Research: Oracle 11i Quality?

Overview
Since its release in May 2000, many customers have expressed concerns about the quality of Oracle's E-Business Suite 11i. AMR Research recently interviewed more than fifty large companies implementing or upgrading to 11i and found that these problems still persist. Oracle has also damaged its credibility by frequently patching the software and recommending "Family Packs" of patches that have sometimes introduced additional new problems while resolving the old ones.

At AMR Research's Strategy 21 Conference earlier in the year, a CIO called Oracle's 11i, one of the biggest disappointments of 2001.

User Feedback
Almost every customer we spoke with expressed disappointment with the quality of Oracle's software releases. The following represents a sample of the challenges faced by customers upgrading to 11.5.5 and 11.5.6 versions as recently as February 2002:

*   A company with only three outstanding problems to solve before they could go live, was encouraged to load a "Family Pack" of patches. The patch kit fixed one problem and introduced over 20 more. Many of these were as basic as software still containing debug code, which should have been caught in the test and integration process by Oracle.
*   Another customer uses regular biweekly downtime to load up to 30 patches each time. They have a 5 person team doing nothing but analyzing and applying new patches weekly. They believe they will need this team, possibly expanded, for the foreseeable future.
*   While some instability can be expected early in a product's lifecycle, even software deliveries from as late as November was exhibiting a lack of basic configuration control. As one recent implementer said, "We thought we had waited long enough for it to be safe!"

Conclusions
The proof that Oracle has improved its quality will be a series of relatively trouble-free 11.5.6 and 11.5.7 installs and upgrades over the next few months. If the new processes are working, these releases should require fewer patches, and customer regression tests should run cleanly after software upgrades. Unfortunately, finding bugs in new functionality is expected, but patches or upgrades should not break working code. There is some concern about Oracle's decision not to make 11.5.6 a fully tested maintenance release. This may mean that it has lost an opportunity to create a stable base for those upgrade customers who do not need the new functionality promised for 11.5.7.

1

ORACLE
CONFIDENTIAL

NDCA-ORCL 061300

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

In spite of the quality problems with 11i, Oracle customers still like the product architecture, concepts, functionality, and vision. Some customers that have both SAP and Oracle experience claim that Oracle's applications are simpler to configure and understand and are generally easier to integrate into a complex IT environment.

There is little doubt that Oracle's 11i quality problems have significantly slowed its momentum in the enterprise application market. Existing customers have delayed upgrades, add-ons, and wider deployment of the applications. These concerns have also had an impact on some new sales opportunities. Over the past year, Oracle has lost market share to SAP and its application product revenue has continued to decline while SAP, PeopleSoft, and Siebel are all growing. E-Business Suite 11i is functionally and architecturally competitive, but Oracle's application sales won't recover until the cloud of 11i's quality problems lifts.

The full AMR Research Report entitled, "Has Oracle 11i Quality Update" by Bill Swanton can be accessed via our web at
http://www.amrresearch.com/search/view.asp?id=10176
<http://www.amrresearch.com/search/view.asp?id=10176>

ORACLE
CONFIDENTIAL

NDCA-ORCL 061301

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER