# **EXHIBIT 15**

**Subject: POSCO update and Agenda for Conference call**
**Date:** Wed, 20 Jun 2001 23:08:31 +0900
**From:** Vincent Bodsworth <Vincent.Bodsworth@oracle.com>
**To:** "Wohl,Ronald" <RWOHL@US.ORACLE.COM>, Bill Bounds <bill.bounds@oracle.com>, Derek Williams <Derek.Williams@oracle.com>
**CC:** "bsjang@kr.oracle.com" <bsjang@kr.oracle.com>

```
Details for conference call

Date/Time: Wednesday, June 20th 5:00PM Pacific/
           Thursday, June 21st 9:00AM Korea
Number:    650-607-2259
Passcode:  99754
```

Update and status.

POSCO is now D-11 for go-live.

Last code-freeze is June 24, and thereafter final data migration and cutover processes will proceed for go-live 3 July.

There are 11 outstanding issues, 10 TARs and 8 bugs. 2 TAR/bugs are critical showstoppers.

The two critical items are one WIP problem bug #1839485 , and one (filed today only) CRM problem, bug # 1841415 . The OM pricing issue they have decided too try to improve the position with a custom solution (but see agenda)

POSCO have applied the majority of the recommended OM patches (stuck in shipping problems) but they have decided not to upgrade the DB to 8.1.7.1, but rather to stick with 8.1.6.3 for go-live.

Agenda.

The agenda POSCO have prepared is in an attached Powerpoint file, zipped. the main items are also recorded below, together with actions already taken or recommendations (in **blue**).

1. Pricing Module Performance

POSCO are appreciative of the efforts that have been made to improve the pricing performance but the current resting point (112 seconds for 99 lines) still falls far below their target (15 seconds for 99 lines)

Development estimate they could take another 10 seconds off this which is still short by a long way.

These specific requests are copied from the agenda slide

Requirements

ORACLE
CONFIDENTIAL

NDCA-ORCL 055029

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

- POSCO will deploy temporary measures until go-live date.
- However, fundamental improvement is required on the other side. POSCO requests Oracle improve the pricing engine performance to below 15 seconds of response time for 99 lines by the end of Sept.
- Either
    - A developer performs development on site. (Enhances his understanding in POSCO's business processes.)
    - Or
    - POSCO person goes to Oracle development for joint development.

**I do not believe that POSCO timing can be met by the product in it's present structure. A different approach would be needed, and September would be a tall order to achieve this.**

2. Emergency Support after Go-Live

Why?

- An issue after go-live could disrupt POSCO's around-the-clock operation. Immediate resolution is required.
- Need to find a way to overcome time & region difference b/w POSCO and Oracle development.

How? (POSCO Opinion: Short-term)

- Secure a 24 hr support structure.: 6.28 ~ 7.31
    - Core module experts must be available at any time.
    - DB experts directly access the POSCO system for the first week to monitor situation and provide feedback.
    - Oracle developers need to have better connectivity to the POSCO system (To be done by POSCO)
    - At present, 2 concurrent users are allowed to log in. Increase to 4 or up.
- Establish a hot line b/w Oracle development and POSCO
    - Bill Bounds works on-site. (June 28~ July 14)
    - Beef up co-operation b/w Australia and UK GSCs.
    - Form a POSCO-dedicated window in UK GSC and assign manager-level responsibility.

(June 2~End of Sept)

Requirements

- Oracle's feedback on POSCO draft plan.
- Oracle's idea on support mechanism during the stabilization phase (July 1~ End of Sept.)

**Managers in APAC and EMEA in GSC are nominated already (Elio Sarpi and, as of Monday Jeff Budd in EMEA). Bill Bounds already covers the development and US timezone. It makes no sense to have someone like Bill in Korea. This role is already covered by the onsite GSC presence.**

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 055030**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

3. Quality of Patches for POSCO

POSCO are asking for additional testing for all patches to be applied on their instance. They are citing, as reasons for this, the low level of first time fix in OM in particular.

Taken at face value it would seem that they have a point about OM patch hit rate. But all patches MUST always be tested by POSCO on tier data before application. So if this is done effectively then the 24 hour operation need not be put in jeopardy.

| | |
|---|---|
| conf.620.eng.zip | **Name:** conf.620.eng.zip<br>**Type:** Zip Compressed Data (application/x-zip-compressed)<br>**Encoding:** base64 |

Vincent Bodsworth <Vincent.Bodsworth>

ORACLE CONFIDENTIAL

NDCA-ORCL 055031

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER