# EXHIBIT 16

**Subject:** Re: Further message of clarification to POSCO
**Date:** Mon, 04 Jun 2001 17:40:27 +0900
**From:** BongShik Jang <BongShik.Jang@oracle.com>
**Organization:** Oracle Corporation
**To:** Vincent Bodsworth <Vincent.Bodsworth@oracle.com>
**CC:** "Wohl,Ronald" <RWOHL@US.ORACLE.COM>,
Bill Bounds <bill.bounds@oracle.com>,
"bsjang@kr.oracle.com" <bsjang@kr.oracle.com>

```
POSCO just sent me 70 more Oracle literal sql(attached) they want Oracle to
fix.  Another message to Mr. Ryoo will be helpful to make  POSCO prioritize
the works correctly  .

Thanks,
BongShik

Vincent Bodsworth wrote:

> Ron
>
> I think you need to send a further message of clarification to POSCO
> management. They have mis-interpreted your recent message, so they are
> now waiting on things like modplsql and further literal SQL reductions
> as dependencies before closing the DB hang problem which was logged as a
> sev. 1.
>
> In fact the DB hang problem was solved with a specific Java VM patch,
> backported from 9i, where it had already been found. There has been no
> recurrence since this patch was applied. (and lots of other reasons why
> it was the root cause)
>
> But POSCO management don't understand that and are still spinning over
> this issue, and confusing it with the overall performance and control
> issues identified by development.
>
> I would be happy to draft something, and/or discuss this with you, but
> something should go out tomorrow.
>
> I will be on Bill Bounds number tomorrow.
>
> Vincent
```

| | **Name:** literal sql(5.30~6.1).ppt |
|---|---|
| literal sql(5.30~6.1).ppt | **Type:** Microsoft PowerPoint Show (application/vnd.ms-powerpoint) |
| | **Encoding:** base64 |

| | **Name:** Standard Literal SQL List(5.30-6.1).xls |
|---|---|
| Standard Literal SQL List(5.30-6.1).xls | **Type:** Microsoft Excel Worksheet (application/vnd.ms-excel) |
| | **Encoding:** base64 |

BongShik Jang <BongShik.Jang@oracle.com>
Director
Oracle Korea

1

ORACLE CONFIDENTIAL

NDCA-ORCL 054986

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

'01. 6. 2
Integration 팀

# Literal SQL

■ 5. 30 ~ 6.1) : total 145 (Extension: 59, Standard: 86)
- *literal sql that recurred more than 50 times*

| Module | | occurance / day | Number of Literal SQL | note |
|---|---|---|---|---|
| Extension | | 51 ~ 52,343 | 59 | ○ Changed 47 EAI literal sql (5.30)<br>○ 12 custom literal sql that copied Standard Module need to be used as they are. |
| Standard | AP | 84~158 | 6 | |
| | AR | 115 | 1 | |
| | GL | 59~594 | 15 | |
| | INV | 56~304 | 7 | |
| | MRP | 54 | 1 | |
| | OM | 168~4,408 | 6 | |
| | PA | 95 | 1 | |
| | WIP | 87~766 | 16 | |
| | Etc. | 51~6,700 | 33 | |
| | 계 | | 86 | |
| 총계 | | | 145 | |

ORACLE CONFIDENTIAL

NDCA-ORCL 054987

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

**Subject:** Ingersoll Rand Patch Failure Analysis
**Date:** Tue, 05 Jun 2001 21:56:57 -0700
**From:** Rick Jewell <Rick.Jewell@oracle.com>
**Organization:** Oracle Corporation
**To:** rwohl@us.oracle.com
**CC:** rjewell@us.oracle.com, kshaw@us.oracle.com

Ron,

I've been meaning to give you some feedback on the results of the IR patch failure analysis, sorry for the delay. Unfortunately, there is nothing earth-shattering here, just the typical problems we have faced. Here is a summary of what we've found:

A total of 8 patch failures were reported by IR, all in OM/Shipping. Of the 8 failures:
  -3 were due to **incorrect recommendations by Support**
  -1 was due to an **incorrect database driver**
  -3 were due to one **bad ARU which was a prereq** for the other patches
  -1 **failed in test instance**, but has worked in all other IR instances

### Incorrect recommendations by Support
These 3 patches were recommended by Support based on matches to existing bug fixes. The patches successfully applied, but did not resolve the issue at IR and were viewed as patch "failures" by the project team.
Root Cause
-Incorrect analysis of IR problem by Support
Corrective Actions
1)Need process to clearly communicate to customers when patch recommendation comes from knowledge-base analysis rather than direct reproduction in Dev or Support (ie: to set customer expectations correctly)
2)Development to provide more detailed bug closure/source of bug information when closing bugs (ie:Bug closure template) to enable Support to better match issues to existing bugs.

### Incorrect database driver
Patch failed due to bad driver provided by developer.
Root Cause
-Bad driver written by Development
-Failure to test patch prior to release in R11i "low water mark" maintenance environment. Patch was only applied to fully-patched environment prior to release.
Corrective Actions
1)Require all patches to be applied and tested against unpatched and fully-patched environments prior to release.
2)Consider code review by Release team for all database drivers prior to patch release.

### Bad ARU which was a prereq
3 patches failed due to one bad patch which was a pre-req for all 3. Independently the patches succeeded, but failed on the pre-req.
Root Cause
-Developer created odfs where index creation sql and column addition sql was run in wrong order. They used valid adpatch supported syntax, just inappropriate for this case. Patch test application prior to release was run with parallel workers which masked the issue.

ORACLE
CONFIDENTIAL

1

NDCA-ORCL 054988

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

-Failure to test patch prior to release in R11i low water mark maintenance environment. Patch was only applied to fully-patched environment prior to release.

Corrective Actions
1) Education of developers; don't use mode=indexes syntax in adpatch, use mode=tables. Mode=tables supports both table changes and index changes and deals with the sequential issue. Consider obsoleting mode=indexes option.
2) Run all patches into maintenance environments in serial mode prior to release.
3) Require all patches to be applied and tested against unpatched and fully-patched environments prior to release. Unpatched environment application would have identified this issue.

**Failed in test instance**
One patch failed in IR primary test environment, but succeeded in all others. Cause of original failure is unknown, still being researched.

Please get back to me if you'd like any additional information.

thx,
Rick


Rick Jewell <Rick.Jewell@oracle.com>
Vice President
Manufacturing Applications
Applications Division



ORACLE
CONFIDENTIAL

NDCA-ORCL 054989

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Subject: letter to Mr. Wohl**
  **Date:** Fri, 8 Jun 2001 20:21:51 +0900
  **From:** ckoh@posco.co.kr
    **To:** ron.wohl@oracle.com
    **CC:** bongshik.jang@oracle.com, vincent.bodsworth@oracle.com

Mr. Wohl,

Thank you for your support on pricing performance issue that was raised in the last conference call. With your prompt mobilization of the responsible development team, we could receive and apply two pricing performance patches. Unfortunately performance gain(290 sec./99 lines -> 140 sec./99 lines) from the patches is not meeting our performance goal of 10 sec./99 lines and they induced a new problem.

Given limited time before the go-live and the importance of POSCO customer's satisfaction while they are using Oracle pricing, we propose that the project modifies Oracle pricing module code to meet the performance goal and Oracle reflects the modification on the standard product later. I will really appreciate it if you accept our suggestion.

Best Regards,
Chang Kwan Oh
PI director, POSCO

ORACLE CONFIDENTIAL

NDCA-ORCL 054990

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Subject:** 11.5.5 Status
**Date:** Mon, 11 Jun 2001 22:37:41 -0700
**From:** Greg Seiden <greg.seiden@oracle.com>
**Organization:** Oracle Corporation
**To:** apps-dev-mc <apps-dev-mc@us.oracle.com>,
"Barrenechea,Mark" <MARK.BARRENECHEA@oracle.com>,
"Fletcher,Alan" <ALAN.FLETCHER@oracle.com>,
"Balkenhol,Christopher" <CHRIS.BALKENHOL@oracle.com>,
"Elloy,Brian" <BOZ.ELLOY@oracle.com>,
"Mueller,Holger" <HOLGER.X.MUELLER@oracle.com>,
"Rathnam,Sukumar" <SUKUMAR.RATHNAM@oracle.com>,
"Schireson,Max" <MAX.SCHIRESON@oracle.com>,
"Theobald,Carl" <CARL.THEOBALD@oracle.com>,
"Williamson,David" <DAVID.WILLIAMSON@oracle.com>,
"Sunkara,Ramu" <RAMU.SUNKARA@oracle.com>,
"Tummala,Gopi" <GOPI.TUMMALA@oracle.com>,
"Ginsberg,Eric" <RIC.GINSBERG@oracle.com>,
"Narayanan,K." <KR.NARAYANAN@oracle.com>,
"Lobaugh,Matthew" <MATTHEW.LOBAUGH@oracle.com>,
judi khan <jkhan@us.oracle.com>, "Zago,Marina" <MARINA.ZAGO@oracle.com>,
"Sultan,Juliette" <JULIETTE.SULTAN@oracle.com>

A brief status of 11.5.5 packaging...

## Highlights/Progress

- 11.5.5 initial build started, but failed
- 23 bugs carried over from 11.5.5 for Vision DB issues. View latest report at http://pkm.us.oracle.com/~gseiden/pkm1155.html
- Database driver issues sent to product teams (see below)

## Issues/Discussion

- Build status, patch request status and patch contents can be viewed anytime at http://aru.us.oracle.com:8080/1155.html

- Because not all teams were prepared with proper patch set definitions at pull time, 11.5.5 contains a large number of rollup and one-off patches at initialization. There are therefore multiple patch database drivers that must be merged that were not pre-merged by product teams. PKM has identified the errors and inconsistencies in the delivered drivers and provided instructions for resolution. The current set of problem drivers is posted at http://www-apps.us.oracle.com/~mlobaugh/1155/results.html
In addition, lists of errors have been posted for duplicated driver calls and driver errors. They can be viewed at http://www-apps.us.oracle.com/~mlobaugh/1155/dbdrv.dup (duplicates) and http://www-apps.us.oracle.com/~mlobaugh/1155/dbdrv.err (errors).

- Initial 11.5.5 build has failed. Patch definition has errors that must be investigated.

- Tech Stack for 11.5.5 includes the following certified components:
    - Server 8.1.7.1

ORACLE CONFIDENTIAL

1

NDCA-ORCL 054991

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

- Client 8.0.6.1
- Forms Patch Set 5, domestic version
- JDK 1.3 on middle tier
- JInitiator 1.1.8.11
- JDBC Thin 8.1.7.1B
- OJSP 1.1.2

**Plans**

- Resolve build issues and restart

**Bug Information**

generated Mon Jun 11 20:00:01 2001

## Open Packaging Bugs - 14

### CRM — 9 bugs

**iBusiness** — 1 bugs

| Bug | Product | | | | | Description |
|---|---|---|---|---|---|---|
| 1815787 | Oracle Order Capture | 2 11 | 06/04 | SNIZAM | PMOTHKUR | PKM1155.1:ASO - INVALID OBJECT IN PRODUCTION DATABASE |

**InteractionCenter** — 1 bugs

| 1822181 | Oracle Universal Work Queue | 2 11 | 06/07 | SNIZAM | NJOSHI | PKM1155.1:IEU - INVALID OBJECTS IN VISION DATABASE |

**Tools&Tech** — 1 bugs

| 1815782 | Oracle CRM Gateway for Mobile Devices | 2 11 | 06/04 | SNIZAM | GELSNER | PKM1155.1:ASG - INVALID OBJECTS IN PRODUCTION DATABASE |

### ERP — 9 bugs

**Financials** — 2 bugs

| 1815772 | Oracle Receivables | 2 11 | 06/04 | SNIZAM | RRAK | PKM1155.1:AR - INVALID OBJECT IN PRODUCTION DATABASE |
| 1822252 | Oracle Receivables | 2 30 | 06/07 | SNIZAM | MGOWDA | PKM1155.1:AR - INVALID OBJECTS IN VISION DATABASE |

**Projects** — 1 bugs

| 1822161 | Oracle Projects | 2 11 | 06/07 | SNIZAM | MSUNDARE | PKM1155.1:PA - INVALID OBJECTS IN VISION DATABASE |

**Manufacturing** — 1 bugs

| 1822060 | Oracle Work in Process | 2 30 | 06/07 | SNIZAM | SELI | PKM1155.1:WIP - INVALID OBJECTS IN VISION DATABASE |

**Procurement** — 1 bugs

| 1822071 | Oracle Purchasing | 2 11 | 06/07 | SNIZAM | GMUDGAL | PKM1155.1:PO - INVALID OBJECTS IN VISION DATABASE |

**OrderManagement** — 1 bugs

| 1822176 | Oracle Shipping Delivery Based | 2 11 | 06/07 | SNIZAM | SHPREP | PKM1155.1:WSH - INVALID OBJECTS IN VISION DATABASE |

**HRMS** — 2 bugs

| 1765484 | Oracle Human Resources | 2 11 | 05/03 | ASHASTRI | HRDREL | PKM1155.0: PER_ASS_STATUS_TYPE_AMENDS_TL IS NOT IN SYNC. |
| 1822195 | Oracle HRMS (France) | 2 11 | 06/07 | SNIZAM | HRREP | PKM1155.1:PER - INVALID OBJECTS IN VISION DATABASE |

**Technology** — 1 bugs

| 1822150 | Oracle Self-Service Web Applications | 2 11 | 06/07 | SNIZAM | SNIZAM | PKM1155.1:ICX - INVALID OBJECTS IN VISION DATABASE |

ORACLE CONFIDENTIAL

NDCA-ORCL 054992

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Applications | | | | | | 2 bugs |
| OTHER | | | | | | | |
| | | | | | | | 1 bugs |
| PKM_Install | | | | | | | |
| 1692092 | Oracle Applications One Hour Install | 2 | 11 | 03/16 | SKOLPUR | ARIST | PKM1155 : DEFAULT CHARTSET FOR APACHE NEEDS TO BE SET IN APPS.CONF FILE |
| | | | | | | | 1 bugs |
| DB | | | | | | | |
| 1822279 | Oracle XML Developers Kit | 2 | 11 | 06/07 | SNIZAM | KKARUN | PKM1155.1:FND - /4F012258_XSLSELECTION IS INVALID IN VISION DATABASE |

## Open Systems Assurance Bugs - 0

| | |
|---|---|
| CRM | 0 bugs |
| ERP | 0 bugs |
| OTHER | 0 bugs |

## Closed Systems Assurance Bugs - 0

| | |
|---|---|
| CRM | 0 bugs |
| ERP | 0 bugs |
| OTHER | 0 bugs |

## Closed Packaging Bugs - 11

ORACLE CONFIDENTIAL

NDCA-ORCL 054993

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| **CRM** | | | | | | **4 bugs** |
| Sales&Marketing | | | | | | 1 bugs |
| 1765268 Oracle Sales | 2 | 92 | 05/03 | ASHASTRI | FFANG | PKM1155.0: MLS TABLE AS_LIST_RULE_FIELDS_TL OUT OF SYNC |
| Contracts | | | | | | 1 bugs |
| 1765336 Oracle Contracts Core | 2 | 92 | 05/03 | ASHASTRI | ASHASTRI | PKM1155.0: MLS TABLES OUT OF SYNC. |
| InteractionCenter | | | | | | 1 bugs |
| 1815790 Oracle Universal Work Queue | 2 | 35 | 06/04 | SNIZAM | FLIU | PKM1155.1:IEU - INVALID OBJECT IN PRODUCTION DATABASE |
| Communications&Utilities | | | | | | 1 bugs |
| 1815776 Oracle SDP Number Portability | 2 | 36 | 06/04 | SNIZAM | SACSHARM | PKM1155.1:XNP - INVALID OBJECT IN PRODUCTION DATABASE |
| **ERP** | | | | | | **7 bugs** |
| Manufacturing | | | | | | 3 bugs |
| 1821922 Oracle Warehouse Management | 2 | 35 | 06/07 | SNIZAM | JMOHDZAI | PKM1155.1:WMS - INVALID OBJECTS IN VISION DATABASE |
| 1822125 Materials Requirement Planning | 2 | 32 | 06/07 | SNIZAM | MFGREP | PKM1155.1:MRP - INVALID OBJECTS IN VISION DATABASE |
| 1668931 Oracle Mobile Applications | 1 | 35 | 03/02 | AHANDIGO | SADUNUTH | PKM1155.1: MWA - NONSTANDRARD FILES IN ADMIN DIRECTORY |
| OrderManagement | | | | | | 3 bugs |
| 1765496 Oracle Order Management | 2 | 32 | 05/03 | ASHASTRI | SBARTL | PKM1155.0: MLS TABLES ARE NOT IN SYNC |
| 1821908 Oracle Order Management | 2 | 32 | 06/07 | SNIZAM | NLAKSHMA | PKM1155.1:ONT - INVALID OBJECTS IN VISION DATABASE |
| 1821940 Oracle Release Management | 2 | 35 | 06/07 | SNIZAM | ANVERMA | PKM1155.1:RLM - INVALID OBJECTS IN VISION DATABASE |
| Technology | | | | | | 1 bugs |
| 1822269 Oracle Application Object Library | 2 | 32 | 06/07 | SNIZAM | MRAMACHA | PKM1155.1:FND - FND_MANAGER INVALID IN VISION DATABASE |
| **OTHER** | | | | | | **0 bugs** |

ORACLE CONFIDENTIAL

NDCA-ORCL 054994

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

**Subject:** A letter from Mr. Oh (PI Dept. Manager) concerning Patches
**Date:** Fri, 15 Jun 2001 14:40:36 +0900
**From:** "Oh Chang Kwan" <ckoh@posco.co.kr>
**To:** <ron.wohl@oracle.com>
**CC:** "Vincent Bodsworth" <Vincent.Bodsworth@oracle.com>, <bill.bounds@oracle.com>



Pohang Iron & Steel Co.,Ltd<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />

Posco Center,892 Daechi-4dong Kangnam-gu, Seoul 135-777,Korea

(Homepage:www.posco.co.kr)

Tel. (82/2)3457-0023

Fax. (82/2)3457-1968

June 12, 2001

**Dear Mr. Ron Wohl:**

Thanks for your unyielding and proactive support and cooperation for the success of POSCO PI project.

Posco PI project has entered the last stretch with the go-live date of July 1st, 2001. Final check on entire system resources, especially Oracle packages, is under way. I would like to share with you three Oracle patch-related concerns after go-live.

Firstly, POSCO plans on going live the patch level as attachment #1 represents. We would like you to consider POSCO¡'s patch level in provision of patches so that solid and smooth support can be delivered to us.

Secondly, as can be gathered from attachment 2, POSCO applied in total of 674 patches during the period between June 12, 2000 and June 9, 2001. Ten percent of them, or 66 patches created numerous and extensive problems. Users have very strong distrust on patches. Case in point is the OM module patches with no-hit and problem causing ratio of 39 percent. What we would like to ask of you, Mr. Ron Wohl, is a fuller and more complete testing of patches to be applied to POSCO in order not to disrupt POSCO¡'s 24 X 7 manufacturing and other mission-critical business processes in post-production environment. Again, going forward, POSCO would strongly like to ask for fuller testing of patches (patch programs of all sort) in

ORACLE CONFIDENTIAL

NDCA-ORCL 054995

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

A letter from Mr. Oh (PI Dept. Manager) concerning Patches

Case 3:01-cv-00988-SI   Document 1563-23   Filed 12/12/08   Page 12 of 15

order to prevent problematic patches from seriously impacting POSCO's operations. Please do keep in mind that POSCO runs its operation 24 hours.

Lastly, as was requested on the April 14 conference call, please provide official patches for performance-related local fixes (12 in total: please refer to attachment #3), i.e. incorporating them into Oracle standard modules. In the meantime, until official patches are made available, please provide information along with patches, their impact on local fixes and whether they change table structure since there were cases where patches arbitrarily changed table structures resulting in connectivity errors. POSCO uses open interface tables to import data from external systems. Patch-induced table structure changes have caused errors.

Sincerely,

Oh Chang Kwan

PI Department Manager

POSCO

| attach3_Local fix.xls | **Name:** attach3_Local fix.xls<br>**Type:** Microsoft Excel Worksheet (application/vnd.ms-excel)<br>**Encoding:** base64 |
|---|---|

| attach2_patch_error.ppt | **Name:** attach2_patch_error.ppt<br>**Type:** Microsoft PowerPoint Show (application/vnd.ms-powerpoint)<br>**Encoding:** base64 |
|---|---|

| attach1_application_version.xls | **Name:** attach1_application_version.xls<br>**Type:** Microsoft Excel Worksheet (application/vnd.ms-excel)<br>**Encoding:** base64 |
|---|---|

ORACLE
CONFIDENTIAL

NDCA-ORCL 054996

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

## [Attachment #2] Impact Analysis following Patch Application

■ Patch Application Cases

| 2000. 6 ~ To Date | 6/12/2000 ~12/ 2000 | 1/4/2001 ~ 4/5 | 4/6/2001~ To Date |
|---|---|---|---|
| ERP 11.5.3 | ERP 11.5.1 | ERP 11.5.2 | ERP 11.5.3 |
| 674 in total applied | 293 patches | 227 patches | 154 patches |

■ Patches break-down by module

| Module Group | # of patches Applied | # of problems | No-hit ratio(%) | Details |
|---|---|---|---|---|
| Financial Suite | 121 | 1 | 1 | 1 AR patches |
| Manufacturing Suite | 148 | 2 | 1 | 2 MFG patches |
| Order Management Suite | 107 | 42 | 39 | 42 ONT patches |
| Customer Service Suite | 184 | 8 | 4 | 8 CS patches |
| COMMON Modules | 59 | 13 | 22 | |
| Human Resource Suite | 45 | | | |
| SEM Suite | 10 | | | |
| Total | 674 | 66 | 10 | |

ORACLE CONFIDENTIAL

NDCA-ORCL 054997

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

[Attachment # 1] Software version

## Oracle Application 11.5.3 patch level

| | Module | Current POSCO patchset level | Remarks |
|---|---|---|---|
| Common | FND | FND.B | |
| | ICX(Self-Service-Web) | ICX.B | |
| | JG | JG.B | |
| | JA | JA.B | |
| | ALR | ALR.B | |
| | HZ | HZ.B | |
| FIN | AP | AP.C | |
| | AR | AR.C | |
| | GL | GL.B | |
| | CE | CE.B | |
| | FA | FA.E | |
| MFG | BOM | DMF_PF.D Mfg. Family Pack D | |
| | INV | | |
| | MRP | | |
| | QA | | |
| | WIP | | |
| | PO | PRC_PF.D | |
| HRMS | PER | PER.C | |
| | PAY | PAY.B | |
| | OTA | OTA.C | |
| OM | ONT | ONT.D | |
| | QP | QP.D | |
| | WSH | WSH.D | |
| PA | PA | PA.D | |
| SEM | BSC | BSC.B | |
| | OFA | 11i | |
| | ABM | ABM.D | |
| CRM | CS | CS.C | |
| | JTF | JTF.C | |
| | RDBMS | 8.1.6.3.1 | |

ORACLE CONFIDENTIAL

NDCA-ORCL 054998

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

[Attachment 1] SoftWare version

**System Software Status and Version**

| Server Name | Category | Software Name | Version | Remarks |
|---|---|---|---|---|
| Application server (N-Class) | O/S related S/W | O/S version | HPUX 11.00 | |
| | | MirrorDisk/UX | B.11.00 | |
| | | Online JFS | B.11.00 | |
| | | C/C++ Compliler & Manual | B.11.01.07 | |
| | | Auto Port Aggregation | B.11.00.08 | |
| | other S/W | Oracle Forms Server | 6i | |
| | | Apache 1.3.9 with JServ1.1 | | |
| | | Oracle Jinitiator | 1.1.7.27 | |
| | | JRE(Java Runtime Environment) | 1.1.8 | |
| DB server (Superdome) | O/S related S/W | O/S version | HPUX 11i | |
| | | Online JFS | B.11.11 | |
| | | C/C++ Compliler & Manual | B.11.11.01/C.03.26 | |
| | | Auto Port Aggregation | B.11.11.00 | |
| | | Process Resource Manager S/W & License | C.01.08.2 | |
| | | MC/Service Guard S/W for tier 3 & Manual | A.11.09 | |
| | Other S/W | Oracle 8I Enterprise Edition | 8.1.6.1.0 | |
| | | Oracle 8 Enterprise Edition | 8.0.6.1.0 | |
| | | Oracle 8I Enterprise Edition | 8.1.6.64 | |
| | | Apache 1.3.9 with JServ1.1 | | |
| | | Oracle Jinitiator | 1.1.7.27 | |
| | | JRE(Java Runtime Environment) | 1.1.8 | |
| | | Oracle Reports Server | 6i | |
| Concurrent server (N-Class) | O/S related S/W | O/S version | HPUX 11.00 | |
| | | MirrorDisk/UX | B.11.00 | |
| | | Online JFS | B.11.00 | |
| | | C/C++ Compliler & Manual | B.11.01.20/C.03.25 | |
| | | Auto Port Aggregation | B.11.00.07 | |
| | other S/W | Oracle Forms Server | 6i | |
| | | Apache 1.3.9 with JServ1.1 | | |
| | | Oracle Jinitiator | 1.1.7.27 | |
| | | JRE(Java Runtime Environment) | 1.1.8 | |
| | | Oracle Reports Server | 6i | |

ORACLE CONFIDENTIAL

NDCA-ORCL 054999

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER