# EXHIBIT 17

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

HELP, IDEAS AND RESOURCES.

Dan

---

Dan Ackley
Oracle
Account Manager

336-723-0074  Office
336-918-0009  Cell
336-631-9226  Fax
336-631-9244  Home

2671 Reynolds Drive
Winston-Salem, North Carolina 27104

---

```
Return-Path: <Steve_Carrington@ingersoll-rand.com>
   Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
            gmgw01.us.oracle.com (8.8.8/8.8.8) with ESMTP id NAA08859for
            <dan.ackley@oracle.com>; Tue, 10 Oct 2000 13:02:32 -0700 (PDT)
        From: Steve_Carrington@ingersoll-rand.com
    Received: from inet-smtp1.oracle.com (inet-smtp1.us.oracle.com [209.246.15.57])by
            mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id NAA23290for
            <dackley@us.oracle.com>; Tue, 10 Oct 2000 13:02:31 -0700 (PDT)
    Received: from usgate02.e-mail.com (usgate02.e-mail.com [204.146.55.142])by
            inet-smtp1.oracle.com (8.9.3/8.9.3) with ESMTP id NAA17523for
            <dackley@us.oracle.com>; Tue, 10 Oct 2000 13:08:08 -0700 (PDT)
    Received: Received: by usgate.e-mail.com with ESMTP id TAA115440for
            <dackley@us.oracle.com>; Tue, 10 Oct 2000 19:59:41 GMT
      Subject: Oracle Presentation
          To: "Dan R. Ackley" <dackley@us.oracle.com>
    X-Mailer: Lotus Notes Release 5.0.3 (Intl) 21 March 2000
  Message-ID: <OF53AAAFFF.8FF7A9CB-ON85256974.006BE2BA@ingerrand.com>
        Date: Tue, 10 Oct 2000 15:39:12 -0400
X-MIMETrack: Serialize by Router on davirusntsh5/Servers/IRCorp(Release 5.0.4 [June 8, 2000)
            at 10/10/2000 03:59:41 PM
MIME-Version: 1.0
 Content-type: text/plain; charset=us-ascii
```

Dan,

As requested.

Steve Carrington
Director, Program Management Office
Information Technology
Ingersoll-Rand Company
704-947-1414 Phone
704-947-1417 Fax
----- Forwarded by Steve Carrington/corporate/IRCorp on 10/10/00 03:38 PM

4

CA-ORCL 037376
ORACLE CONFIDENTIAL

[Fwd: [Fwd: Ingersoll-Rand CRITICAL SITUATION]]

| | | | |
|---|---|---|---|
| Walrath/corporate/IRCorp@IRCorp Johnson/acg/IRCorp@IRCorp Presentation | Steve Carrington 10/10/00 01:27 PM | To: cc: Subject: | Marv JamesL Oracle |

Topics for discussion

1. We made the decision to move to 11i for the G2 project for two reasons:

    a. The functionality in 11i was needed. The 11.0.3 version did not give us what we needed to get beyond status quo.
    b. We were ensured that this version was of a quality level that we would have no major issues related to the new release.

2. We purposely engaged the Oracle Enterprise Solution Center to host our G2 11i environment to ensure that we could quickly get an 11i instance up and running to support our project timeline and in reality accelerate our timeline if possible.

3. The System is running in an Oracle center, managed by Oracle DBA's and Oracle Unix people, and supported by on-site Oracle consultants. Yet we cannot get the software to function. We have little confidence in Oracle's ability to provide us a stable working environment in a timeframe we need. Our on-site consultants are spending valuable time debugging the software instead of working on the project activities.

4. We are in fact a full month delayed on the CRP and we expect the CRP could not begin until the week after next at the earliest. This assumes all the issues are resolved. We have little confidence in any dates given to us at this point. While we feel the on-site people are good, we feel that Oracle as an organization has let us down.

5. We need the same level of guarantee that Larry gave GE when SSP would not work. While all these issues are happening, we are faced with the challenge of dealing with a Siebel assault that looks quite appealing to our business leaders. They have installed sites that are referencable. They have stated that they can have our Air Centers implemented during the first quarter of 2001. The issues we are facing makes it difficult to support our Oracle position.

Steve Carrington
Director, Program Management Office
Information Technology
Ingersoll-Rand Company
704-947-1414 Phone
704-947-1417 Fax

CA-ORCL 037377
ORACLE CONFIDENTIAL

[Fwd: [Fwd. Ingersoll-Rand CRITICAL SITUATION]]

Dan Ackley <dackley@us.oracle.com>

sandy sanderson <sandy.sanderson@oracle.com>

6

CA-ORCL 037378
ORACLE CONFIDENTIAL