# EXHIBIT 18

**Subject:** Re: [Fwd: McDonald's/Chipotle 11i issues]
**Date:** Tue, 27 Mar 2001 12:08:46 -0800
**From:** patty giuntoli <patty.giuntoli@oracle.com>
**Organization:** Oracle
**To:** Ron Wohl <ron.wohl@oracle.com>, timothy.chou@oracle.com
**CC:** George Roberts <George.Roberts@oracle.com>, cgodwin@oracle.com

Ron:

My understanding is that Support hae assigned a Customer Care Manager and that Apps Center of Excellence is also working on it.

This was discussed at Tim Chou's staff meeting. I suggested that the team working on the ADS demo could add value here. Mary Ann Anthony took the action item to get connected.

I will also follow up.

patty

Ron Wohl wrote:

> Cliff, Patty, are the right people assigned to this? Please keep me apprised of status daily.
>
> George Roberts wrote:
>
>> Ron,
>>
>> I may have missed you on this note last night. Sorry. Urgent issue at Mc Donald's.
>>
>> ---
>>
>> **Subject:** Re: McDonald's/Chipotle 11i issues
>> **Date:** Tue, 27 Mar 2001 11:11:30 -0500
>> **From:** Ted Brady <ted.brady@oracle.com>
>> **Organization:** Oracle Corporation
>> **To:** George Roberts <George.Roberts@oracle.com>
>> **References:** <3ABFD73A.97E325D@oracle.com> <3AC00852.BC43776D@oracle.com>
>>
>> George,

ORACLE
CONFIDENTIAL

NDCA-ORCL 058656

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

I don't see Ron (Wohl, I assume) copied on this (could've been a blind cc), but I noticed you requested his help. FYI.

George Roberts wrote:

> JB,
>
> We will need to create an agenda to address there issues. Please start the draft immediately.
>
> Ron,
>
> We will need your assistance and presence as well as other key individuals that you can recommend. We are in the middle of a global project evaluating Oracle and PSFT for McDonald's. We are leading and PWC is supporting us but this could derail our efforts.
>
> JB Deerin wrote:
>
>> George,
>>
>> As you requested, I am making you aware of a major "opportunity" at an account where you are the executive sponsor.
>>
>> Background:
>> In January Chipotle was having major 11i A/P performance issues. Based on your involvement Oracle Support, Development and OCS worked together to resolve the performance issues. Now G/L, F/A and HR are all suffering from poor performance (when compared to 11.03). Support has engaged a full time escalation manager and Support has also engaged their performance tuning group.
>>
>> Tactical Problem:
>> Although the 11i performance does not stop them from conducting business it is serious enough that Chipotle has removed themselves from the reference program until the "reality meets the hype" (Chipotle PR director quote). I have a meeting this Friday with Chipotle's CFO, Jerry Schaeffer, to explain how we plan to address the performance issues. I think we will have a solid plan to present to him. <u>The accountants who use the Chipotle 11i system are McDonald's employees who operate out of the McDs accounting shared service center in Columbus, OH.</u>
>>
>> Strategic Problem:
>> The more grave news (and what I have been trying to prevent) is that the continual

ORACLE CONFIDENTIAL

NDCA-ORCL 058657

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

poor performance of 11i at Chipotle has caught the attention of the McDonald's global ERP evaluation team. Oracle is leading the evaluation but the 11i issues have put PeopleSoft back in the running.

Action Plan:
The senior managers of the global ERP evaluation team would like to meet to allow Oracle to explain how we plan to insure that McDs does not go through the same pain that their subsidiary has experienced with 11i. They would like this <u>meeting to take place in early April</u> because they are trying to choose a global ERP vendor by the end of April. The tentative meeting attendees would be Jerry Calabrese-VP Corporate Accounting, Jerry Schaeffer-CFO of Chipotle, Rick Rieger-VP and Project Innovate lead, Paul Nicolaisen-VP and Project Innovate Lead and Dave Weick-CIO. I think this meeting <u>will require Oracle senior management representation from Sales, Development and BOL.</u>

I will work with Liz to try and schedule this critical meeting. Thank you.

ORACLE
CONFIDENTIAL

NDCA-ORCL 058658

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER