# EXHIBIT 19

**Subject:** [Fwd: 11/01/01 AGENDA & ACTIONS CRITICAL ACCOUNTS OPS]
**Date:** Wed, 05 Jun 2002 09:34:57 +0200
**From:** Paul Mccartan <Paul.Mccartan@oracle.com>
**Organization:** Oracle Corporation
**To:** Alison Derbenwick <Alison.Derbenwick@oracle.com>
**CC:** "Dowdle,Janet" <JANET.DOWDLE@oracle.com>,
Jackie Elliott <Jackie.Elliott@oracle.com>

**Subject:** 11/01/01 AGENDA & ACTIONS CRITICAL ACCOUNTS OPS
**Date:** Fri, 12 Jan 2001 15:34:37 +0100
**From:** Janet Dowdle <janet.dowdle@oracle.com>
**Organization:** Oracle Corporation
**To:** apps_cat_ch@oracle.com, emea_csl_uk <emea_csl_uk@oracle.com>,
"Ossi Pohjola," <OSSI.POHJOLA@oracle.com>,
"Sergio Giacoletto," <SERGIO.GIACOLETTO@oracle.com>,
"helen.shanahan" <helen.shanahan@oracle.com>,
"kumaresh.sankarasubbaiyan" <kumaresh.sankarasubbaiyan@oracle.com>,
"andrew.sparks" <andrew.sparks@oracle.com>

## 11/01/01 AGENDA & ACTIONS CRITICAL ACCOUNTS OPS TELECONF

There are 53 critical accounts.
    -there are 8 new red account (Maersk Seeland, Danmarks Radio, Gallup AS, Zamill Steel, LB Of
Barking & Dagenham, Masafi Mineral Waters, Eaton Shared Services, PKC Group oyi).
    -six accounts have been removed (RATP, DAKO, MVG, Media Ventures, Vivendi, Credit Rating &
Collections).

A complete Agenda&Actions for this weeks progress up to 12 January 2001 is attached.
Customer Satisfaction Leaders must check any details in the attachment and get back to me if there any
issues.

**ERP Critical Accounts**
Eaton Shared Services - CGEY managed project, TARs and bugs logged and being prioritised.  Go/no go
decision on 19 Jan
Masafi Mineral Water Co - Bugs logged and being prioritised/escalated
LB Barking & Dagenham - 28 TAR o/s.  Risk of delay to April go live date.  NT server patch may resolve
some of these issues
Zamil Steel - Client managed APS implementation.  1 TAR logged and bugged.  OCS resources going on
site to assist.
Gallup AS - Nt environment - bug passed to US NT porting group.  Fix required by next week.
Maersk - Plan in place to move forward on Performance issues.  Bugs being worked.  15 Feb deadline
Danmarks Radio - Patch available and waiting feedback.  If OK will come off RED
MisrFone - deadline for fixing bugs was 10th Jan.  Last one being worked
Scandinavisk a Enskilda Banken AB - Client will remain RED until final bug is resolved.
FRANCE 3-MRC in Jan 01 and EFC in March 01. Went live but are doing extensive testing on o/s bug fix

Cristaleria Espanola - No issues o/s and no feedback.  Moved to Long Term issues section
Essilor-Go live was 1 Jan 01. One off request required by 15 Jan
DHL-.5 open issues for 11.5x and 9 for Euro.  Non-Euro bugs to be escalated.                          **ORACLE
                                                                                                       CONFIDENTIAL**

1

NDCA-ORCL 063767

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Reed Personnel Services - no apparent critical issues. Shortage of AR support in UK.
NV KEMA- bugs being worked. Go live 15 Jan
Imation- Moving to normal Support process
AXA-one-off request and being chased
Blue Circle - CS to review update on bug 1537604 - originally rejected as PER. Would improve Oracle credibility if accepted as bug
Bombardier- New bugs logged and being investigated
Corporate Express - Bugs to be escalated

**Oracle Exchange**
All customers are affected by 2-3 week delay in 6.1 upgrade. Delays also in self-hosting option causing some concerns.

**CRM Critical accounts**
UFF-Moving to 11.5.2 and patching instead of waiting for 11.5.3. Need Compensation skills
H&M Hennes- Have premium support resource on site for installation of iStore. Are doing detailed planning for early next week.
Organon - ERP and CRM bugs - one-off being delivered to fix CRM bugs. Going well.
Airslide- DEMS will be released in Jan
FSA- Patchset C released and being applied
EON - moving to Windows 2000 environment which may be an issue
TPI - need translations by 15 Jan. Partial translations may be only option for that date
Marconi Fibreways - TARs being prioritised but not updated as effort concentrated on UAT. Concerns about going live - no-one in MArconi to handover to. Sales on-line dropped - basic functionality didn't work
Wincor Nixdorf(Key date 15 Jan 00) - Daily con calls with project team, support & dev. Bugs and TARs being resolved. Resource plan for medium term being prepared.
Conduit and Barclays Internet Banking raised as CRM accounts to watch.

Regards

Janet

| | |
|---|---|
| 110101Agenda&Actions.zip | **Name:** 110101Agenda&Actions.zip<br>**Type:** Winzip32 File (application/x-zip-compressed)<br>**Encoding:** base64<br>**Download Status:** Not downloaded with message |

Janet Dowdle <janet.dowdle@oracle.com>
Programme Manager
Oracle Corporation
EMEA Programme Management Practice

**ORACLE
CONFIDENTIAL**

2

**NDCA-ORCL 063768**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

Paul Mccartan <Paul.Mccartan@oracle.com>


**ORACLE**
**CONFIDENTIAL**

3

NDCA-ORCL 063769

**CONFIDENTIAL-PURSUANT**
**TO PROTECTIVE ORDER**