**EXHIBIT 20**

**From:** Bill Bagshaw
**Sent:** Mon, 22 Jan 2001 05:15:30 GMT
**To:** M BARRENECHEA; WOHL; RON; Mike Rosser; William Costello
**CC:** Amit Singh
**BCC:**
**Subject:** Feedback from AA on CRM at Bell South

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 221144

```
begin:vcard
n:Bagshaw;Bill
tel;cell:(617) 510-7539
tel;fax:(781) 684-6923
tel;home:(781) 453-0952
tel;work:(781) 768-5639
x-mozilla-html:FALSE
org:<A HREF="http://www.oracle.com/go/?&url=http://www.oracle.com/"><img src="http://www.oracle.com/signature/obanner.gif" border="0" alt="Oracle Software Powers the Internet"></A>;<A HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/">Visit us at http://www.oracle.com</A>
adr:;;;;;;
version:2.1
email;internet:william.bagshaw@oracle.com
fn:Bill Bagshaw
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER         NDCA-ORCL 221145

```
FYI - In keeping with the candidness of our dialogue, this email is making it's
way around the AA circles nationally.  Is this what you've been hearing?  This
is contrary to what I've been hearing about 11i.

Jeff
ekin@ANDERSEN WO, Babu Paturi@ANDERSEN WO
cc:
Date: 01/19/2001 12:01 PM
From: Jeff DeLamielleure, Detroit, 568 / 7880
Subject:  FW: Oracle 11i patch update

No new news, but thought it was interesting.

---------------------- Forwarded by Jeff DeLamielleure on 01/19/2001 11:59 AM
---------------------------


To:   Jeff DeLamielleure@ANDERSEN WO
cc:
Date: 01/19/2001 09:42 AM
From: Patrick Ryan <PRyan@kintana.com>
Subject:  FW: Oracle 11i patch update



Hey  Jeff,

thought i would pass this msg. from one of our sales  guys along to you...the
Oracle Accelerator could be the 'knight in shining  armor' for many of the 11i
shops out there if they are going through what BS is  going through.

pat


-----Original Message-----
From: Nelson Murdoch
Sent: Friday, January 19, 2001 9:27 AM
To: Kintana Sales  Discussion
Subject: Oracle 11i patch update



Just a quick heads up.

Just left Bellsouth. They were one of the first in  the country to implement
Oracle 11i ( CRM). It has been a disaster. They are  using our tools. Found out
that this application has taken 6,000 patches since  May, 2000. They can not
believe how many patches there are. They said that they  do not see how any one
could survive without automating this process, especially  in light of how
"broken" 11i is.

They are not even sure if Oracle's CRM will survive  at Bellsouth.

Just thought you'd like to know.
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER         NDCA-ORCL 221146

Sincerely,

Nelson
Nelson Murdoch

*******************Internet Email Confidentiality Footer*******************

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 221147