# EXHIBIT 24

"The access [Symonds] got is apparent.... This access gives the reader a rare window on Ellison's mind." —*The New York Times*

"A sympathetic and revealing portrait of an idiosyncratic executive and company.... Entertaining." —*Harvard Business Review*

IN A BUSINESS where great risks, huge fortunes, and even bigger egos are common, Larry Ellison stands out as one of the most outspoken, driven, and daring leaders of the software industry. The company he cofounded and runs, Oracle, is the number one business software company. Perhaps even more than Microsoft's, Oracle's products are essential to today's networked world.

In *Softwar*, journalist Matthew Symonds gives readers exclusive and intimate insight into both Oracle and the man who made it and runs it. As well as relating the story of Oracle's often bumpy path to industry dominance, Symonds deals with the private side of Ellison's life. With unlimited insider access granted by Ellison himself, Symonds captures the intensity and, some would say, the recklessness that have made Ellison a legend.

With a new and expanded epilogue for the paperback edition that tells the story behind Oracle's epic struggle to win control of PeopleSoft, *Softwar* is the most complete portrait undertaken of the man and his empire—a unique and gripping account of both the way the computing industry really works and an extraordinary life.



**MATTHEW SYMONDS** is currently political editor of *The Economist*, but before that was the magazine's technology and communications editor for nearly four years. He has also been a founding editorial director of *The Independent* and strategy director of BBC Worldwide Television. Symonds lives in London with his wife and three children.

"Software titan Larry Ellison has been busy scribbling footnotes to the most detailed account yet of his outsized life.... He also responds and sometimes challenges the account of author Matthew Symonds—a twist in presentation that adds a real-time feel to the 500-page biography." —Lisa Baertlein, Reuters

"An unusually candid study of how a tiny start-up... grew—sometimes painfully—into a Silicon Valley institution." —*Financial Times*

Cover design by Michael Accordino
Cover photograph by Oliver Laude
Author photograph by Jenny Geddes

Visit us online at www.simonsays.com

U.S. $16.00



ISBN 0-7432-2505-8



"Symonds excels at letting readers into the 59-year-old Ellison's often turbulent personal life.... [and] provides a wonderful image of Ellison who is far from the typical..."

AN INTIMATE PORTRAIT OF
# LARRY ELLISON AND ORACLE
## MATTHEW SYMONDS

# SOFTWAR

An Intimate Portrait of Larry Ellison and Oracle

MATTHEW SYMONDS

with Commentary by Larry Ellison

Simon & Schuster Paperbacks
*New York   London   Toronto   Sydney*


SIMON & SCHUSTER PAPERBACKS
Rockefeller Center
1230 Avenue of the Americas
New York, NY 10020

Copyright © 2003 by Matthew Symonds and Larry Ellison
Epilogue copyright © 2004 by Matthew Symonds and Larry Ellison
All rights reserved, including the right of reproduction
in whole or in part in any form.

First Simon & Schuster trade paperback edition 2004

SIMON & SCHUSTER PAPERBACKS and colophon are registered trademarks of
Simon & Schuster, Inc.

For information regarding special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at 1-800-456-6798 or
business@simonandschuster.com

Designed by Karolina Harris
Manufactured in the United States of America

10  9  8  7  6  5  4  3  2  1

Library of Congress Cataloging-in-Publication Data
Symonds, Matthew.
  Softwar : an intimate portrait of Larry Ellison and Oracle / Matthew Symonds with
commentary by Larry Ellison.
    p.  cm.
  1. Ellison, Larry.  2. Oracle Corporation—History.  3. Computer software
industry—United States—History.  4. Businessmen—United States—Biography.
I. Ellison, Larry.  II. Title.
HD9696.63.U62E4478  2003
338.7'6100530973—dc22                                    2003058989

ISBN 0-7432-2504-X
    0-7432-2505-8 (Pbk)

*To Alison and the children with all my love*

The key to everything was the seemingly esoteric concept of a common data model uniting every piece of the suite. Every module—and there were about 140 of them—would be written to the same shared data schema, allowing semantic consistency (for example, the definition of a customer remained the same no matter from which application the information was coming and could thus be shared by all the other applications in the suite) as well as a complete view into every transaction. The underlying simplicity of the architecture was designed not only to make the gathering of useful business intelligence much easier than with multiple component systems but also to make implementation radically easier and therefore cheaper and quicker.

The scale of Ellison's ambition with 11i was breathtaking. While Microsoft boasted about the size of the project to build Windows 2000, it was, at the end of the day, only an operating system. The E-Business Suite, by comparison, had modules designed to run nearly every aspect of even the biggest and most complex multinational company's operations. From its inception, more than four thousand developers had been working on it nonstop (and still are refining the software and adding features demanded by customers or required to match competitors). When it shipped at the end of May 2000, as well as a new architecture, at least 40 percent of the modules themselves were entirely new. When Ellison described it as the largest and richest software product ever created, for once nobody accused him of exaggerating. The question was: Could Oracle pull it off?

Although Oracle first started talking about 11i in April 1999 at the Oracle Applications Users Group's (OAUG) conference in San Diego, the official announcement of a shipping date and what customers could expect from the new suite had to wait another five months. When ten thousand Oracle users showed up at the fall OAUG conference in Orlando to see Ellison make his keynote speech in the flesh, all they got was his image beamed from Redwood Shores on four giant screens. Many of them were also disappointed by what he said.

After an almost perfunctory fifteen-minute ramble, throughout which he appeared to be wrestling with an uncomfortable earpiece, he declared that the anticipated November launch date had been put back until February 2000. The suite would be complete only when the CRM component became available sometime in the second quarter. Ellison explained that technology glitches were causing the delays: he had also decided to include a brand-new order management module that had been scheduled for a later release, rather than bolt on the old one as originally planned.

One man in the audience, apparently speaking for a good few others, groused that the constantly shifting release dates left him losing credibility with customers, who were forced to put updating their applications on permanent hold.\*

Both Ellison's apparently casual remark about the decision to go with the new order management module and the pressure from customers eager to get their hands on 11i would have profound consequences. But the immediate aftermath from Orlando, where Oracle executives had been energetically briefing analysts about the wonders of the new suite, was pretty positive. Gartner Dataquest wrote bullishly that 11i, by making Oracle the first big applications vendor to "use ERP/CRM integration as a loud, primary marketing message," would only add to the superior momentum of Oracle's license revenue growth over its rivals. It noted that apart from being easier to manage and deploy, the suite approach, as defined by Oracle, would provide "richer business intelligence and decision support." It summed up: "Dataquest awards Oracle a thumbs-up for pouncing on an opportunity to present a clear message. ... Oracle would benefit wildly if ERP/CRM integration becomes the key driver for vendor choice in the enterprise applications space."

There was, however, a word of warning—"Of course, Oracle must now deliver"—which the author had some doubts about, given "its somewhat less-than-sterling past performances" in applications. The META Group made a similarly qualified prognostication: "Oracle, somewhat hampered in the past by offerings that lacked coherence and differentiation, has recently demonstrated a consistent vision. Although it remains to be seen how smoothly its plans are carried out, Oracle is positioning itself to aggressively increase its share of the overall enterprise application market." The analysts were saying that for pretty much the first time Oracle had a potentially appealing story for customers who were sick of bearing the risks and costs of integration. Their caveat was that Ellison's "change the game" strategy required near-flawless execution. Oracle was on a roll, but if it became apparent that it had bitten off more than it could chew, the company could expect little mercy.

Many of the industry analysts regarded Oracle as an arrogant company that had never shown much interest in engaging them in dialogue.

---

\**LE writes:* We were getting a lot of pressure from our customers to deliver the 11i applications. I made a lot of them mad by delaying the release for several months. I should have delayed it even longer.