**EXHIBIT 25**

# Estimating SOFTWARE COSTS
## BRINGING REALISM TO ESTIMATING
### Second Edition

- Complete software projects on time and within budget
- Select the estimation applications and methods that fit your needs
- Use object-oriented, reusable component, and Java techniques
- Understand impact of Agile, Extreme (XP), and CMM on schedules and costs

**CAPERS JONES**

FOREWORD by Doug Brindley, President, Software Productivity Research, LLC

---

# Estimating SOFTWARE COSTS
## BRINGING REALISM TO ESTIMATING

Second Edition

JONES

McGraw Hill

---

"Capers Jones' work offers a unique contribution to the understanding of the economics of software production. It provides deep insights into why our advances in computing are not matched with corresponding improvements in the software that drives it. This book is absolutely required reading for an understanding of the limitations of our technological advances."
— Paul A. Strassmann, former CIO of Xerox, the Department of Defense, and NASA

## Deliver bug-free software projects on schedule and within budget

Get a clear, complete understanding of how to estimate software costs, schedules, and quality using the real-world information contained in this comprehensive volume. Find out how to choose the correct hardware and software tools, develop an appraisal strategy, deploy tests and prototypes, and produce accurate software cost estimates. Plus, you'll get full coverage of cutting-edge estimating approaches using Java, object-oriented methods, and reusable components.

- Plan for and execute project-, phase-, and activity-level cost estimations
- Estimate regression, component, integration, and stress tests
- Compensate for inaccuracies in data collection, calculation, and analysis
- Assess software deliverables and data complexity
- Test design principles and operational characteristics using software prototyping
- Handle configuration change, research, quality, control, and documentation costs

**ABOUT THE AUTHOR:**
Capers Jones is a leading authority in the world of software estimating. He was the founder and chairman of Software Productivity Research, where he currently serves as chief scientist emeritus.

SOFTWARE ENGINEERING

The McGraw-Hill Companies
**Osborne**
www.osborne.com
OSBORNE DELIVERS RESULTS

$75.00 USA
£42.99 UK
$89.95 CDN

ISBN-13: 978-0-07-148300-1
ISBN-10: 0-07-148300-4

EXHIBIT 3 Jensen 7.13.07

Estimating Software Costs

# Estimating Software Costs: Bringing Realism to Estimating, Second Edition

## Capers Jones



McGraw Hill

New York   Chicago   San Francisco   Lisbon   London   Madrid
Mexico City   Milan   New Delhi   San Juan   Seoul
Singapore   Sydney   Toronto

## ABOUT THE AUTHOR

CAPERS JONES is a leading authority in the world of software estimating, measurement, metrics, productivity, and quality. He designed IBM's first automated software estimating tool in 1973. He also designed both the SPQR20® and Checkpoint® commercial software cost-estimating tools. He was the founder and chairman of Software Productivity Research (SPR), where he retains the title of Chief Scientist Emeritus. While he was chairman of SPR, the company brought out the leading KnowledgePlan® estimating tool under his direction. Jones frequently speaks at conferences such as IEEE Software, International Function Point Users Group (IFPUG), the Project Management Institute (PMI), the Software Process Improvement Network (SPIN), the Computer Aid (CAI) conference series, and at scores of in-house corporate and government events. Capers Jones has been named to the Computer Aid advisory board in 2007. *Estimating Software Costs* is his 14th book.

The McGraw-Hill Companies

Cataloging-in-Publication Data is on file with the Library of Congress

McGraw-Hill books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Director of Special Sales, Professional Publishing, McGraw-Hill, Two Penn Plaza, New York, NY 10121-2298. Or contact your local bookstore.

Estimating Software Costs: Bringing Realism to Estimating, Second Edition

Copyright © 2007 by The McGraw-Hill Companies. All rights reserved. Printed in the United States of America. Except as permitted under the Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of publisher.

1 2 3 4 5 6 7 8 9 0   DOC DOC   0 1 9 8 7

ISBN-13: 978-0-07-148300-1
ISBN-10:    0-07-148300-4

**Sponsoring Editor**
Wendy Rinaldi

**Editorial Supervisor**
Janet Walden

**Project Manager**
Madhu Bhardwaj,
International Typesetting
and Composition

**Acquisitions
Coordinator**
Mandy Canales

**Copy Editor**
Claire Splan

**Proofreader**
Raina Trivedi

**Indexer**
Claire Splan

**Production Supervisor**
Jean Bodeaux

**Composition**
International Typesetting
and Composition

**Illustration**
International Typesetting
and Composition

**Art Director, Cover**
Jeff Weeks

**Cover Designer**
Pattie Lee

Information has been obtained by McGraw-Hill from sources believed to be reliable. However, because of the possibility of human or mechanical error by our sources, McGraw-Hill, or others, McGraw-Hill does not guarantee the accuracy, adequacy, or completeness of any information and is not responsible for any errors or omissions or the results obtained from the use of such information.

*This book is dedicated to colleagues who were among the pioneers of software measurement and software cost estimating: Al Albrecht, Dr. Barry Boehm, Tom DeMarco, Steve Kan, Larry Putnam, Howard Rubin, and Tony Salvaggio*

simple: Base the size of applications on external characteristics that do not change because of the programming language or languages used.

In essence, a *function point* consists of the weighted totals of five external aspects of software applications:

- The types of *inputs* to the application
- The types of *outputs* that leave the application
- The types of *inquiries* that users can make
- The types of *logical files* that the application maintains
- The types of *interfaces* to other applications

In October 1979, Allan Albrecht presented the function point metric at a conference in Monterey, California, sponsored jointly by IBM and two IBM user groups, SHARE and GUIDE. Concurrently, IBM placed the basic function point metric into the public domain.

What Albrecht and his colleagues at IBM were attempting to do was to create a software metric that had the following ten important design goals:

- The metric can be used to measure software productivity.
- The metric can be used to measure software quality.
- The metric can be used to measure software in any known programming language.
- The metric can be used to measure software in any combination of languages.
- The metric can be used to measure all classes of software (real-time, MIS, systems, etc.)
- The metric can be used to measure any software task or activity and not just coding.
- The metric can be used in discussions with clients.
- The metric can be used for software contracts.
- The metric can be used for large-scale statistical analysis.
- The metric can be used for value analysis.

On the whole, the function point metric meets all ten goals fairly well. This is not to say that function points have no problems of their own, but they meet the ten criteria far better than the older lines-of-code-metrics. Indeed, given the advent of visual languages and object-oriented software, the lines-of-code-metrics does not currently meet any of the ten criteria at all.

As the usage of function points expanded, a nonprofit organization, the International Function Point Users Group (IFPUG), was formed. IFPUG has now become one of the largest measurement associations in the world, and there are affiliated organizations in at least 20 other countries. (For additional information on this group, readers can visit their web site, www.IFPUG.org.)

IFPUG took over responsibility from IBM for modernizing and updating the basic counting rules for function points, which have gone through a number of major and minor sets of revisions. On average, IFPUG issues a major revision about every three years, and minor revisions once or twice a year. The most common reason for a revision is to include new kinds of software or new environments, such as web-based applications or embedded applications.

This chapter contains a number of simple rules of thumb that cover various aspects of software development and maintenance. The rules assume the Version 4.5 function point counting rules published by IFPUG. Adjustments would be needed for the British Mark II function point rules, for COSMIC function point rules, or the older IFPUG rules. Also, these rules would need adjustments for some of the many function point variations, such as the Boeing 3D function point, object points, use-case points, feature points, or the DeMarco *bang* function point.

However, rules of thumb are far too limited to cover every aspect of software development. So this section also discusses the usage of simple table-driven *templates* that allow somewhat finer levels of estimation. Here, too, the table-driven method is not as accurate as a commercial estimating tool, but can be performed quickly and can provide a rough check on more formal and rigorous estimating approaches.

Strong cautions must be given yet again:

- Simple rules of thumb are *not* accurate.
- Simple rules of thumb should *not* be used for contracts, bids, or serious business purposes.
- No manual software-estimating methodology can give rapid response when assumptions change and requirements creep.

The following rules of thumb are known to have a high margin of error. They are being published in response to many requests to the author for simple methods that can be used manually or with pocket calculators. Also, an understanding of the limitations of manual estimating methods can give a greater appreciation for the need for more formal automated methods.

The best that can be said is that the rules of thumb are easy to use, and can provide a "sanity check" for estimates produced by other and hopefully more rigorous methods.