**EXHIBIT 29**

# Oracle Undertakes . . .

Oracle offers three go-live options to purchasers of the E-Business Suite. All three cover the entire process between the purchase date and the production date. Each will result in a fixed-time, low-cost implementation.

### The 90-Day Option

Oracle affirms that the business of any purchaser of the E-Business Suite can go live on the suite within **90 days** of purchase. This option does not cover data migration or integration with third-party systems, but it does cover setup procedures, performance issues, user acceptance testing, internationalization initiatives, and purchaser signoff standards. It includes most of the capabilities of the CRM Suite, and in particular the complete business flows defined.

### Other Options

As always, Oracle guarantees satisfaction with the implementation and use of the E-Business Suite if the purchaser chooses the **traditional** approach, which is to specify the additional or modified complete business flows, data migrations, and integrations desired and to contract for these to be performed in whole or in part by Oracle Consulting. The purchaser may of course retain other consultants, but Oracle then naturally qualifies its guarantee accordingly.

Customers interested specifically in Oracle Sales Online and Oracle iSupport may choose to subscribe for the use of these two products across the Internet as online services. The sales and support capabilities thus available are currently provided for use by Oracle customers on a global basis. For this option Oracle affirms that within **five days** the customer enterprise will be up and running on the services subscribed to.

In each of these three categories, we challenge every possible purchaser to begin the transition to e-business by selecting the fastest possible return on investment—limiting data migration and integrations in the first phases of implementation—not modifying the E-Business Suite but using its preconfigured capabilities and complete business flows. Doing so will provide customers a fast and straightforward path toward putting up the e-business table stakes: global product catalog and pricing, single customer records, and electronic processes for marketing, sales, and support.

ORACLE CONFIDENTIAL

Copyright Oracle Corporation 2001         Printed 02/06/2001 01:29 PM                    29

NDCA-ORCL 061874

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER