| | | |
|---|---|---|
| 1 | LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| | Peter A. Wald (SBN 85705) | Sean M. Berkowitz (*pro hac vice*) |
| 2 | 505 Montgomery Street, Suite 2000 | 233 South Wacker Drive, Suite 5800 |
| | San Francisco, California 94111-2562 | Chicago, Illinois 60606 |
| 3 | Telephone: (415) 391-0600 | Telephone: (312) 876-7700 |
| | Facsimile: (415) 395-8095 | Facsimile: (312) 993-9767 |
| 4 | E-mail: peter.wald@lw.com | E-mail: sean.berkowitz@lw.com |

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
   Dorian Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| This Document Relates To: ALL ACTIONS. | **DECLARATION OF BRIAN T. GLENNON IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 9, 2009<br>Time:  9:00 a.m.<br>Judge:  Hon. Susan Illston |

I, Brian T. Glennon, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Glennon Declaration") in support of Defendants' Reply in Support of Motion for Summary Judgment.

3. Attached hereto as Exhibit 463 is a true and correct copy of an October 30, 2000 Computerworld article entitled, "Users Vent Frustration Over Oracle CRM/ERP Upgrades."

4. Attached hereto as Exhibit 464 is a true and correct copy of a February 26, 2001 analyst report entitled, "Oracle Apps World Feedback."

5. Attached hereto as Exhibit 465 is a true and correct copy of a March 2, 2001 FAC/Equities analyst report entitled, "Oracle: Not Immune."

6. Attached hereto as Exhibit 466 is a true and correct copy of a March 2, 2001 Prudential Securities analyst report entitled, "ORCL: Reluctantly Lowering To a Hold."

7. Attached hereto as Exhibit 467 is a true and correct copy of a March 2, 2001 Wit SoundView analyst report entitled, "Oracle Earnings Prerelease March 2, 2001."

8. Attached hereto as Exhibit 468 is a true and correct copy of a March 16, 2001 Needham & Co. analyst report entitled, "Oracle Corporation 3Q Effectively In Line. Stock Neither Cheap Nor Expensive."

9. Attached hereto as Exhibit 469 is a true and correct copy of a March 16, 2001 FAC/Equities analyst report entitled, "Apps(olutely) Mediocre," which was produced with Bates numbers NDCA-ORCL 107515-NDCA-ORCL 107517.

10. Attached hereto as Exhibit 470 is a true and correct copy of a March 16, 2001 Wit SoundView analyst report entitled, "Oracle (ORCL) Earnings Release March 16, 2001."

11. Attached hereto as Exhibit 471 is a true and correct copy of a March 16, 2001 Prudential Securities analyst report entitled, "ORCL: Competitively Strong, But Any Relief Rally Probably Short Lived," which was produced with Bates numbers NDCA-ORCL 107474-NDCA-ORCL 107475.

12. Attached hereto as Exhibit 472 is a true and correct copy of a March 16, 2001 Goldman Sachs Analyst Report entitled, "Oracle lowers the bar," which was produced with Bates numbers NDCA-ORCL 107468-NDCA-ORCL 107470.

13. Attached hereto as Exhibit 473 is a true and correct copy of a March 2, 2001 J.P. Morgan analyst report entitled, "1 of 2 Q3 Shortfall, Q4 Concerns Loom: Lowering to Long Term Buy," which was produced with Bates numbers NDCA-ORCL 091392-NDCA-ORCL 091393.

14. Attached hereto as Exhibit 474 is a true and correct copy of a March 2, 2001 Thomas Weisel Partners LLC analyst report entitled, "ORCL: Deferred Deals Lead to Pre-Announced Fiscal Q3," which was produced with Bates numbers NDCA-ORCL 091338-NDCA-ORCL 091340.

15. Attached hereto as Exhibit 475 is a true and correct copy of a March 2, 2001 Needham & Co. analyst report entitled, "The Recession Grows Teeth and Claims Another Victim," which was produced with Bates numbers NDCA-ORCL 309196-NDCA-ORCL 309198.

16. Attached hereto as Exhibit 476 is a true and correct copy of a March 2, 2001 BlueStone Capital analyst report entitled, "Oracle Announces Preliminary Q3 Financial Results," which was produced with Bates numbers NDCA-ORCL 091318-NDCA-ORCL 091319.

17. Attached hereto as Exhibit 477 is a true and correct copy of a March 2, 2001 CIBC World Markets analyst report entitled, "ORCL: Pre-Announcement: Large Deals Slip Due to Customer Concerns," which was produced with Bates numbers NDCA-ORCL 091374-NDCA-ORCL 091377.

1    18.    Attached hereto as Exhibit 478 is a true and correct copy of a March 2, 2001 Epoch Partners analyst report entitled, "Oracle Warns on Q3; Cautious Execs Delay IT Spending."

19.    Attached hereto as Exhibit 479 is a true and correct copy of a March 2, 2001 Frost Securities analyst report entitled, "Oracle Announces Preliminary Results for 3Q01; Lowering from BUY to HOLD," which was produced with Bates numbers NDCA-ORCL 091328-NDCA-ORCL 091329.

20.    Attached hereto as Exhibit 480 is a true and correct copy of a March 2. 2001 Lehman Brothers analyst report entitled, "Oracle Shortfall Makes Software Sector A Show Me Story," which was produced with Bates numbers NDCA-ORCL 091384-NDCA-ORCL 091386.

21.    Attached hereto as Exhibit 481 is a true and correct copy of a March 2, 2001 Pacific Crest Securities analyst report entitled, "Marco Slowdown Leads to Oracle Earnings Shortfall; Model Revisions," which was produced with Bates numbers NDCA-ORCL 091333-NDCA-ORCL 091334.

22.    Attached hereto as Exhibit 482 is a true and correct copy of a March 2, 2001 Robertson Stevens analyst report entitled, "ORCL: Pre-Announces Q3: F01 (Ending February) Revenue and EPS Shortfall," which was produced with Bates numbers NDCA-ORCL 091402-NDCA-ORCL 091405.

23.    Attached hereto as Exhibit 483 is a true and correct copy of a March 2, 2001 Salomon Smith Barney analyst report entitled, "ORCL: Negative Preliminary Results; Lowering Estimates and Rating," which was produced with Bates numbers NDCA-ORCL 091361-NDCA-ORCL 091363.

24.    Attached hereto as Exhibit 484 is a true and correct copy of a March 2, 2001 SG Cowen analyst report entitled, "Economy Catches Up To Oracle, Trimming F01-02 Estimates," which was produced with Bated numbers SG 0197-SG0200.

25. Attached hereto as Exhibit 485 is a true and correct copy of a March 2, 2001 Thomas Weisel analyst report entitled, "ORCL: Deferred Deals Lead to Pre-Announced Fiscal Q3," which was produced with Bates number NDCA-ORCL 091338-NDCA-ORCL 091340.

26. Attached hereto as Exhibit 486 is a true and correct copy of a March 2, 2001 USBancrop Piper analyst report entitled, "Oracle Corporation: Prereleases Q3 Results," which was produced with Bates numbers NDCA-ORCL 091341-NDCA-ORCL 091343.

27. Attached hereto as Exhibit 487 is a true and correct copy of Oracle's December 13, 2000 "Upside Report," including the "Total Company FY-01 Forecast," which was produced with Bates numbers NDCA-ORCL 000310-NDCA-ORCL 000322.

28. Attached hereto as Exhibit 488 is a true and correct copy of Oracle's February 13, 2001 "Upside Report," including the "Total Company FY-01 Forecast," which was produced with Bates numbers NDCA-ORCL 000423-NDCA-ORCL 000435.

29. Attached hereto as Exhibit 489 is a true and correct copy of the November 14, 2002 Declaration of Michael Quinn.

30. Attached hereto as Exhibit 490 is a true and correct copy of the November 14, 2002 Declaration of Greg Myers.

31. Attached hereto as Exhibit 491 is a true and correct copy of Oracle Corporation's "Account 12601 Reserve Activity Report," which was produced with Bates number NDCA-ORCL 104764.

32. Attached hereto as Exhibit 492 is a true and correct copy of Oracle Corporation's "Journal Entries Report" from September 1, 2000 to November 30, 2000, which was produced with Bates numbers NDCA-ORCL 1534183-NDCA-ORCL 1534301.

33. Attached hereto as Exhibit 493 is a true and correct copy of Special Master Edward A. Infante's (Ret.) December 14, 2006, "Order Denying Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning Oracle Corporation's Stock Repurchase Program."

34. Attached hereto as Exhibit 494 is a true and correct copy of "Oracle USA Bad Debt Reserve Analysis Q3FY98-Q3FY00," which was produced with Bates numbers NDCA-ORCL 1607464-NDCA-ORCL 1607473.

35. Attached hereto as Exhibit 495 is a true and correct copy of Oracle's December 8, 2000 "Upside Report," including the "Total Company FY-01 Forecast," which was produced with Bates numbers NDCA-ORCL 0021393-NDCA-ORCL 0021404.

36. Attached hereto as Exhibit 496 is a true and correct copy of the Securities and Exchange Commission's Staff Accounting Bulletin ("SAB") 99 – Materiality.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 12, 2008 in Los Angeles, California.

_____
Brian T. Glennon