# Exhibit 463

Users Vent Frustration Over Oracle CRM/ERP Upgrades | Computerworld News & Featur...s Page 1 of 3



  Network Search  : Sites : Services : ITcareers

 

**COMPUTERWORLD**  Search  Advanced Search | Contacts

News & Features | Knowledge Centers | Careers | Communities | Subscriptions | Media Center
Headlines | Shark Tank | Emerging Companies | QuickStudy | Columnists | This Week in Print | ROI Magazine | CW Minute | QuickLink

News & Features

**NEWS**
Latest Headlines
• Browse by Date
• Browse by Topic
This Week in Print
CW Audio Minute

**FEATURES**
Field Reports
Emerging Companies
Biz QuickStudies
Tech QuickStudies
Reviews

**OPINIONS**
Latest Columns
All Columnists
Forums
Letters
Shark Tank

**PUBLICATIONS**
ROI Magazine
The Premier 100
White Papers
Surveys & Reports

**QUICKPOLL**
Take Latest poll
Archives



# Users Vent Frustration Over Oracle CRM/ERP Upgrades

**'Not ready for prime time' among complaints at conference**

BY MARC L. SONGINI
(October 30, 2000) Honolulu

Oracle users last week expressed frustration over problems with upgrading to Oracle's new E-Business Suite 11i software.

During sessions at the Oracle Applications Users Group (OAUG) conference here, attendees complained about a lack of reliable information about the status of the applications, a flurry of bug-fix patches, malfunctioning modules and the difficulty in getting help from Oracle Corp.'s customer service organization. Several attendees said Oracle has released about 5,000 patches that for 11i.

The software "is not ready for prime time," said Donna Rosenstrater, an OAUG board member who works at San Jose-based electronics contract manufacturer Sanmina Corp.

The 11i suite, which became fully available in May, is the latest version of Oracle's Web-based enterprise resource planning (ERP) and customer relationship management (CRM) applications. Oracle plans to stop offering free customer support on most of its earlier releases at the end of next year, which means users will have to upgrade or pay extra for support.

ADVERTISEMENT





**MORE ON THIS TOPIC**
Trading firm gambles on high-tech tools

New virus targets and encrypts .exe files

New software lets managers search e-mail

Brick-and-click bank sites outpacing online-only banks

Q&A: PeopleSoft's Conway touts revenue growth, apps

PeopleSoft enters services automation field

New Pig Keeps Its Site Clean

Scaling Up for the Web

**ST&B 001442**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307500

**Long Time to Upgrade**

Karen Gilbert, an OAUG director who works at Dallas-based consulting firm Computer Systems Authority, said the general rule of thumb among users is that it takes about seven days to go live with 11i, whereas most companies typically have just a weekend to implement an upgrade.

Gilbert also claimed that Oracle's own support staff hasn't been properly trained on the workings of the 11i suite.

Oracle's applications unit needs to start performing triage by stopping new-product development work and focusing resources on helping users get through their upgrades, she said.

Not all user experiences have been negative. The new installations seem to be going more smoothly than the upgrades, said observers.

For example, Pella Corp., a window and door manufacturer in Pella, Iowa, went live with 11i's financial modules after spending 17 weeks installing the software.

"Slowly but surely, we're rolling out 11i," said Pella Vice President and CIO Steve Printz.

Jeremy Burton, senior vice president of products and services at Oracle, said only 43 companies have gone live with 11i applications thus far.

But, he said, it doesn't take as long to implement the new Oracle applications as it does to install ERP systems from rival vendors.

Any new application release is bound to have bugs, Burton said, but he described the 5,000-patch figure cited by OAUG attendees as too high. While he wouldn't disclose a specific total of patches, Burton said Oracle has "a huge services organization geared up to help solve these problems" during migrations.

Oracle's Appsnet online community is one venue where users can share migration tips and other information, said Burton.

*For more coverage and information related to this topic, head to the following Knowledge Centers:*

- CRM

Focus on Tomorrow

News briefs

ST&B 001443

http://www.computerworld.com/cwi/story/0,1199,NAV47_STO53047,00.html    09/21/2001

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307501

- Supply Chain/ERP

Other recent stories by Marc L. Songini

| Send feedback | Printer friendly | E-mail this page | Request a reprint |

## Sponsored Links

| Save on HP | Save on HP's lightweight, powerful Omnibook |
| Watch out | Someone's stalking your directory. www.sun.com/sunonestory |
| SNW Orlando | The definitive conference for IT Users involved in StorageNetworking |

Help Desk | About Us | Site Guide | Send Us E-mail | Privacy Policy | Subscription Help

Copyright © 2001 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Computerworld Inc. is prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Group Inc.



ST&B 001444

http://www.computerworld.com/cwi/story/0,1199,NAV47_STO53047,00.html    09/21/2001

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307502