# Exhibit 465

```
09:00am EST  2-Mar-01 FAC\Equities (Mark Murphy 212-273-7165) ORCL
Oracle: Not Immune

March 2, 2001 Previous Research Flash: 12/15/2000

FAC/Equities
A division of First Albany Corporation

INSTITUTIONAL EQUITY RESEARCH FLASH
Rating Change

Oracle Corporation
(ORCL)

Primary Analyst
  Mark Murphy - (212) 273-7165

Secondary Analyst
  Jeff Corfman - (212) 273-7172

Rating
Buy

FY May
Price $21 3/8
52-Wk Range $46 15/32-$18 3/4
Shares Out. 5,585.9 mil.
Avg.Dly. Vol. 48254248
Market Cap. $119,398.6 mil.
Debt/Capital 9.3%
Div. Yield 0.0%
3-Yr EPS Gr. 35%

Earnings per Share                                       P/E    Rev
        Q1($)  Q2($)  Q3($)  Q4($) Yr($) Prev($) Ratio  ($mil)
1999    0.03   0.05   0.05   0.09  0.22          97.2x  8827.3
2000    0.04   0.06   0.08   0.15  0.34          62.9x  10130.1
2001E   0.08A  0.11A  0.12   0.20  0.51          41.9x  11850.6
2002E   0.10   0.13   0.15   0.22  0.61          35.0x  13704.42
```

Oracle: Not Immune

--Last night after the close of the market, Oracle Corporation pre-announced disappointing Q3 (February) results.
--Preliminary estimates call for total revenue growth of 9% (versus our expectation of 20%).
--The US economy has been squarely blamed for the shortfall.
--We are reducing our investment rating on Oracle shares to Buy from Strong Buy.

--Last night after the close of the market, Oracle Corporation pre-announced disappointing Q3 (February) results. We had been carrying database growth expectations below the bottom of the guidance range Oracle recently provided, due to our concerns that Oracle's database business would not be immune to the slowing economy. The pre-announcement confirms our recent statements that we have growing concerns about Oracle's database business in light of weakness being realized in other large technology companies, and that Oracle had at least a 30% chance of missing its numbers this quarter.

--Preliminary estimates call for total revenue growth of 9% (versus our

NDCA-ORCL 091330

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

expectation of 20%) year/year. Database license revenue growth is expected to be flat to slightly negative, versus our projection of 14% growth, and management's very recent guidance of 15-20% growth. Applications license revenue growth is expected to be 50%, versus our expectation of 76% and management's most recent guidance of 75% growth. Earnings per share are expected to be $0.10 (25% growth), versus our (and consensus) estimate of $0.12. Operating margins expanded from 33% to 31% year-over-year despite the weak revenue results, demonstrating the effectiveness of Oracle's cost-cutting and efficiency measures.

--The US economy has been squarely blamed for the shortfall. Not surprisingly, management stated that US customers have delayed spending in the final days of the quarter due to their concerns about the economy. Europe and Asia Pacific remained strong. We do not think competitive or execution issues were involved in the shortfall.

--We are reducing our investment rating on Oracle shares to Buy from Strong Buy. The company has not yet provided detailed Q3 results; nor has it commented on forward guidance. At this point, we think much of Oracle's earnings power will remain intact due to its continuing effectiveness in cost-cutting and other system efficiencies. For this reason, we venture to make a rough estimate that eventual guidance will yield a fiscal 2002 EPS estimate of at least $0.50 (we currently project $0.61). We think the shares will revisit the low end of their historical P/E trading range, represented by a multiple of about 23x. In other words, we think the shares could trade as low as $12 in the next few months, give or take a few points depending upon market conditions. Near that level, we would recommend that long-term investors aggressively build positions, as the stock repeatedly tends to bottom at that P/E level. The table below demonstrates Oracle's historical P/E trading range between 1994 and 2001; we also display median values to correct for the anomalous Himalayan period of 2000.

Table available on request. Please contact your FAC/Equities sales representative.

--We continue to expect three-year revenue growth rates of 14-17% for the database business and 30-50% for the applications business. Although the database business has grown at a compound annual growth rate (CAGR) of 17% over the last five years, economic fluctuations and other factors have caused quarterly growth rates to vary between 3% and 31%. These fluctuations have in large part driven the wide historical P/E range. This quarter's miss in the database business, induced by economic softness, was exacerbated by an extremely difficult year/year comparison -- which is why we were modeling only 14% growth to begin with. Meanwhile, the applications business has grown at a CAGR of 22% over the last five years, but has fluctuated between 5% and 66% growth in individual quarters. The bottom line is that, given this historical perspective, we see no reason to panic over this quarter's results, especially in light of our belief that Oracle remains in strong competitive position. However, we do expect the shares will have limited near-term upside in the ensuing period of uncertainty, and will ultimately retest the historical low P/E range of approximately 23x.

First Albany Corporation and/or an affiliate may make a market in any or all of the above securities, may have been an underwriter and/or placement agent of these companies' securities within the past three years, may hold a position, long or short, or in aggregate over 5% of the outstanding shares, and may have an employee who is on the board of directors of any of these companies. In addition, the analysts covering these companies may have investment positions in them and options may also be available.

NDCA-ORCL 091331

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

More information is available on request. First Albany makes a market in shares of this stock. Blue Sky Exception in VI. The material herein, while not guaranteed, is based on information believed reliable and accurate. It is not to be deemed an offer or solicitation on our part with respect to sale or purchase of any securities. Our corporation or its officers, directors, or stockholders, or members of their families, may at times have a position in the securities mentioned and may make purchases or sales of these securities while this report is in circulation. Due to differing disciplines and criteria utilized, our quantitative and fundamental analysts may have differing opinions on these securities. Should you have any specific investment questions, please contact your First Albany Financial Consultant. Our main office is located in Albany, NY.
First Albany Corporation, Member New York Stock Exchange, Inc. and other principal exchanges. Copyright c 2001.
First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

EON

NDCA-ORCL 091332

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER