# Exhibit 466

```
07:43am EST  2-Mar-01 Prudential Securities (D.CROOK 415-274-7981) ORCL
ORCL:  RELUCTANTLY LOWERING TO A HOLD

ORCL:  RELUCTANTLY LOWERING TO A HOLD
PRUDENTIAL VOLPE TECHNOLOGY GROUP                       March 2, 2001

SUBJECT: Oracle Corp. (ORCL-$21 3/8) -- OTC

  ----- ANALYST(S) --------------------        -------- OPINION --------
Doug Crook     415.274.7981                    Current: Hold
Nazima Bahadon    415.274.4442                   Prior: Strong Buy
                                                  Risk: High
                                                Target: $17.00

         FY     REV        EPS      P/E      1Q       2Q       3Q       4Q
Act     5/00   $10,130.0A  $0.34A   62.9X    $0.04A   $0.06A   $0.08A   $0.15A

Cur     5/01   $11,151.0E  $0.44E   48.6X    $0.08A   $0.11A   $0.10E   $0.15E
Prev           $11,650.0E  $0.49                                $0.12E

Cur     5/02   $12,492.0E  $0.50E   42.8X
Prev           $13.810.0E  $0.61E

----- FUNDAMENTAL --------------------------------------------------
Avg. Volume:47,900,000    IAD/Yield:NA          EPS Growth:18.00%
Mkt Cap:$125,578 m        52w Range:46.50-18.80 P/E / Growth:1.7x
Shares:5,874.98 m
----- BUSINESS -----------------------------------------------------
Oracle Corp (ORCL), headquartered in Redwood City, CA, supplies software for
information management. The company offers its database, tools and application
products, along with related consulting, education and support services in more
than 140 countries around the world.
----- HIGHLIGHTS----------------------------------------------------
1)   New News Is Fast-ROI Projects Are Not Immune To Economic Slowdown
2)   Continue To Believe Oracle Is In Strong Competitive Position
3)   However, Reducing Estimates And Lowering To A HOLD


----- DISCUSSION---------------------------------------------------
Last night, Oracle unexpectedly preannounced it's February quarter, FY 3Q'01.
As a result, we are lowering estimates for FY 3Q'01 to $0.10 from $0.12, for
FY'01 to $0.44 from $0.49 and for FY'02 to $0.50 from $0.61.  (Note, we trimmed
estimates two days ago, suggesting there may be risk in the seasonally largest
May quarter, but we are surprised by last night's miss in the February quarter.)
  In addition, we are lowering our secular EPS growth estimate to 18% from 25%.

The company anticipates FY 3Q'01 revenue of approximately $2.67 billion vs. our
$2.91 billion estimate.  This includes approximately 6% growth in license
revenues vs. our 22.9% growth estimate.  The company anticipates database
revenue growth should be flat to slightly negative for the quarter versus our
estimate of 17% yr/yr growth and application revenue growth should be about 50%,
considerably less than our 70% estimate.  Due to these results, we have lowered
our revenue estimates for FY'01 to $11.15 billion from $11.65 billion and for
FY'02 to $12.49 billion from $13.81 billion.

On the last day of the quarter, the company saw widespread deferrals throughout
its North American business, which generally contributes 57% of the mix.  The
company clearly states they were well ahead of its numbers at the end of January
and the pipeline looked "terrific" going into February.  On that last day,
deals that were approved at customers' midmanagement levels were "pushed off" at
```

NDCA-ORCL 091366

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

the CFO and CEO level.

Our view is one of caution, even though Oracle management believes these deals were not lost, just deferred and implied they may reappear in the May quarter. What's important is the new news that even fast-ROI projects are not immune to the slowdown in the US economy. Up until now, the argument has been the ROI is so fast that customers would continue buying. In addition, the positioning of a "suite" of e-business applications may now work against Oracle, as buying the product is now viewed as a strategic capital expenditure.

We continue to believe Oracle is in a strategically enviable position and should emerge from this economic slowdown with incremental marketshare. As a result, we will continuously watch the stock. However, given the ongoing uncertainty in the US economy, we expect the uncertainty around Oracle stock will continue and we are reluctantly downgrading to a HOLD. We lower our price target to $17, which represents a target valuation of 200% P/E-growth off our new CY'01 EPS estimate of $0.46.


Prudential Securities Incorporated (or one of its affiliates or subsidiaries) or its officers, directors, analysts, employees, agents, independent contractors, or consultants may have positions in securities or commodities referred to herein and may, as principal or agent, buy and sell such securities or commodities.
Prudential Securities Incorporated makes a primary over-the-counter market in the shares of ORCL.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091367

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER