# Exhibit 467

```
03:04pm EST  2-Mar-01 Wit SoundView (Jim Mendelson 203-462-7213) ORCL
Oracle (ORCL) Earnings Prerelease March 2, 2001 (Modified 3/2/01)

Oracle (ORCL)    Price: $21.38    Strong Buy    March 2, 2001*
* This document was modified March 2, 2001.
```

| (FYE May) | F00A | F01E | F02E | Curr. | Last | Yr. Ago |
|---|---|---|---|---|---|---|
| Revenue ($M) | 10,130 | 11,165 | 13,066 | 3,570 | 2670 | 3,374 |
| EPS | 0.68 | 0.46 | 0.55 | 0.16 | 0.10 | 0.15 |
| Old Revenue | | 11,837 | 14,144 | 4,046 | | |
| Old EPS | | 0.51 | 0.63 | 0.20 | | |

| | Reported | Estimate | Last Qtr. | Yr. Ago |
|---|---|---|---|---|
| Licenses | 1,108 | 1,285 | 1,090 | 1,043 |
| Yr./Yr. Growth | +6% | +23% | +25% | +30% |
| Revenue | 2,669 | 2,869 | 2,660 | 2,449 |
| Yr./Yr. Growth | +9% | +17% | +15% | +18% |
| Gross Margin | | 76.0 | 73.9 | 71.9 |
| Operating Margin | 33 | 36.0 | 35.6 | 31.4 |
| Tax Rate | | 35.5 | 35.5 | 36.9 |
| Shares | | 5,875 | 5,875 | 6,000 |
| EPS | 0.10 | 0.12 | 0.11 | 0.085 |
| Yr./Yr. Growth | | +40% | +66% | nm |

A terrific December, well ahead in January, Oracle looked solid until a few days ago, when the company saw a number of last minute deferrals at the CEO level. The shortfall was entirely in the US.  The company issued limited revenue detail, with applications up 50% and database looking flattish y/y and q/q. Despite a significant revenue miss, the operating margin at 33% is impressive, as well as EPS of $0.10.  Management will provide more detail, on the March 15 earnings call.  As for earnings estimates, Oracle's big seasonal quarter is the May quarter, which could be a particularly awkward moment, relative to the state of the US economy.  We have made revisions that assume q/q revenue improvement, but not nearly as much as has been the case over the past couple of years. Although we are obviously disappointed, we see the miss as entirely due to the deterioration in the economy.  At current prices, using our revised estimates, Oracle's p/e looks to be 28 times C02, with a PEG ratio of a bit over one on 2002 numbers.  The shares are off 40% from where they were in mid-December, however we are maintaining our strong buy and believe investors should be building/adding to positions - not selling.

The revenue shortfall appears to be entirely represented in license revenues:
* Applications looking up roughly 50% to approximately $300 million vs. our estimate of $325 million.  Management had been looking for applications growth of 75% to 100% in a "normal economy."
* Servers and tools, look flattish y/y and q/q vs. our estimates of roughly 15% y/y.  Although the shortfall looks more dramatic on the server side of the business, management stated deferred deals were not more or less common with databases vs. applications.  Likewise, while some analysts, are talking about possible competitive gains by Microsoft, we think the competitive landscape has been very stable.
* Geographic Performance:  No specific numbers, but EMEA and Asia/Pacific look on target, with the shortfall being attributed entirely to the US and the growing angst/uncertainty in the US economy, leading CEOs to stall decisions made by CIOs and CTOs.

Estimates:  Management did not make any comments on estimates at this juncture. However, we have attempted to make revisions based on the lesson of Q3, with the presumption that conditions get a bit worse before they get a bit better. We've assumed that Oracle's sequential growth will be roughly similar to last

NDCA-ORCL 091315

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

year, with y/y growth approaching 9%, on a somewhat easier y/y comparison.  All of the reduction was made in the estimate for the Americas.  Likewise, we've reduced the estimates going forward.  In addition we have taken down the operating margin by several points vs. our earlier estimate.

We believe the revised estimates reflect a realistic view, in that they take into account the current environment in assuming no notable improvement, but do not assume substantial further deterioration.

Valuation:  Assuming a stock price of $17, the shares are trading at $100 billion, or 7.7 times C02 revenues of $12.8 billion, and 29 times C02 earnings - a PEG ratio of one time.  Our 2002 revenue and earnings growth rates work to be 17% and 26% respectively.

The Oracle Miss - Implications for Other Software Companies

* All of our large capital "strong buy" rated stocks are testing recent major lows established back in December.  The Oracle miss confirms that although IT budgets are not being slashed, there is a move to delay and defer expense.

* Coming into the year, we've felt that our estimates were conservative, and that the economic risk factor is more reflected in the idea that the companies won't be able to upside estimates.

* The best performing stocks have been the "value" stocks, such as BMC Software, Computer Associates, and Legato Systems, while the worst performers have been the "growth" stocks, such as Oracle, PeopleSoft and Veritas.

* The valuation spread is narrowing, with expectations more conservative.  We are staying the course, with regard to our strong buy rated positions.

Oracle - The Last (or the First) Shoe to Drop?

With Oracle's pre-announcement last night, the question is whether or not this is the last shoe to drop (or rather the first to drop in software)?  We were most anxious as to the risk of the economy for them given their size, that said, all of the inputs we've gotten have confirmed management's perspective that the derailment occurred at the very end of the quarter.

Oracle is roughly seven times to eight times the size of PeopleSoft and Veritas (not to mention other names such as i2 Technologies, Siebel Systems, etc.).

PeopleSoft - We Will Review Estimates, But for Now No Changes (though likelihood of upside is obviously lower).
* Our q/q license revenue estimate for PeopleSoft assumes a decline of 12%.
* The y/y license revenue growth estimate is 60%, with absolute $ estimated at $144 million - less than half Oracle's current size.
* PeopleSoft 8 has been licensed to approximately 1000 companies, of which roughly 50% are existing PeopleSoft customers and the remainder are new customers.
* Given that PeopleSoft 8 is available to a large extent for free to customers paying maintenance, we believe the majority of revenue from PeopleSoft 8 has been driven by new customers.
* Penetration of the existing customer base of more than 7000 customers is nominal.

Veritas - A Very Broad Base of Products, Limited Penetration in International.
We expect the Monday (3/5) "mid-quarter" update call to reiterate existing guidance.

NDCA-ORCL 091316

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

This document has been prepared by Wit SoundView Corp.  Information contained
herein has been obtained from sources believed to be reliable, but the accuracy
and completeness of the information, and that of the opinions based thereon, are
not guaranteed.  This report is not an offer to buy or sell or a solicitation
of an offer to buy or sell the securities mentioned or related securities.  Wit
SoundView Corp. is a registered broker-dealer and wholly owned subsidiary of Wit
SoundView Group, Inc.  Wit SoundView Corp., and entities and persons associated
with it, may have long or short positions in or effect transactions in the
securities of companies mentioned in this report.  Wit SoundView Corp. may make
a market in the shares of any such company and may have acted as a lead or
co-managing underwriter in one or more of such company's U.S. equity offerings.
Wit SoundView Corp. may perform or seek to perform other investment banking
services for any company referenced in this document.  Do not change or
reproduce this report without the express written consent of Wit SoundView Corp.
c 2001 Wit SoundView Corp.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091317

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER