# Exhibit 468

09:52am EST 16-Mar-01 Needham & Co. (Richard Davis) ORCL ORCL.O
3Q Effectively In-Line. Stock Neither Cheap Nor Expensive.

Equity Research Morning Note                    Richard Davis, Jr. (617) 457-0949
March 16, 2001                                              rdavis@needhamco.com

Oracle Corporation (ORCL/NASDAQ)
3Q Effectively In Line. Stock Neither Cheap Nor Expensive.

Price: $15                          Fully Diluted Shares Outstanding (MM): 5,916
52 Week Range: $46 25/32 - $14 1/2                   Market Cap. (MM): $88,750
Recommendation/Target: Buy/$21                  Average Daily Volume (MM): 47,148

|              | 5/00A   | 5/01E Was | 5/01E Is | 5/02E Was | 5/02E Is |
|--------------|---------|-----------|----------|-----------|----------|
| Revenue (MM) | $10,130 | $11,085   | $11,125  | $14,369   | $13,075  |
| Growth       | 24%     | 10%       | 11%      | 18%       | 18%      |
| Op. Margin   | 21%     | 34%       | 34%      | 39%       | 37%      |
| EPS: 1Q      | $0.03A  | $0.08     | $0.08    | $0.08     | $0.08    |
| EPS: 2Q      | 0.06A   | 0.11A     | 0.11A    | 0.12      | 0.13     |
| EPS: 3Q      | 0.08A   | 0.10A     | 0.11A    | 0.13      | 0.14     |
| EPS: 4Q      | 0.15A   | 0.15E     | 0.10A    | 0.13      | 0.14     |
| EPS: Year    | $0.33   | $0.44E    | 0.15E    | 0.22      | 0.20     |
| Growth       | 52%     | 33%       | $0.44E   | $0.55E    | $0.55E   |
| P/E Ratio    | 45x     | 34x       | 33%      | 27%       | 27%      |
|              |         |           | 34x      | 27x       | 27x      |

ORCL 0000228

Summary

* Oracle reported total revenues and EPS superficially in line with general pre-release commentary and our forecasts. Year over year revenues advanced 10% and EPS advanced 25% to $2.7 billion and $0.10, the same figures we had forecast.

* However, the mix of business indicates the probability of slower growth. Database revenues, the core of Oracle's business grew 6% versus our forecast of a 1% decline, while applications grew only 25% versus our forecast of 50%. U.S. license growth declined 4% as dot com sales dropped 66%. We had once expected applications to grow 75-100% this year and 50% for May 2002. As this business accounted for a larger percentage of revenues, so to would Oracle's revenues accelerate.

* The company experienced delays across the board, but particularly in the telecom and high technology industries. We believe the telecom and high technology manufacturing industries have structural problems that will require at least this year to fix. We believe other industries have delayed spending because they are unsure how weak the economy will become. While the near term impact is the same in both instances - delays - we expect non-tech/telecom companies to open their purse strings sooner as the overall economy begins to recover.

* Meanwhile, Oracle indicated that the decline of the U.S. economy is likely to continue to slow revenue growth. The company's internal forecast assumes a worse economy in June than March and no improvement until Oracle's November 2001 quarter.

* The company is reacting to these challenges by reducing implementation times and managing headcount. The company encourages standardized deployments that can dramatically reduce systems integration expenses for the buyer. Other than R&D, all other departments are being asked to do more with less.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309261

   \* Based on these crosscurrents, we believe ORCL is neither cheap nor horribly expensive. The stock is trading at 27x May 2002 moderately visible forecasts, or 115-125% PE/G. We doubt a marquee firm such as Oracle will trade down to a significant PE/G discount to 100%. Likewise, we would be surprised to see a company so apparently subject to economic cycles trade meaningfully above 175% PE/G. Thus, if ORCL is expected to earn $0.65-0.70 for May 2003 and the shares traded for 140% PE/G, or 29-30x that figure, ORCL could reach $20-21 in six to 12 months (previously $25). We continue to rate the shares Buy.

Dissecting the Pre-Released Quarter
Oracle's bombshell hit two weeks ago. The details of the quarter did reveal some interesting items:

   \* Database sales were better than expected. Applications growth was slower. Oracle continued to gain market share in database versus its competitors such as IBM. Asia was strong, but European applications growth decelerated to 3% from 92% in the November quarter. If the U.S. IT spending collapse fully spreads to Europe and Asia, our 2002 EPS forecasts for ORCL probably will be too high by 15-20%.

   \* It seems as if buyers were reluctant to make multi-million purchases. Although the percentage of large deals for Oracle stayed about constant for the quarter, this percentage is based on a lower than originally forecast figure. Thus, smaller deals appeared to have a better close rate. Some private firms with whom we have spoken have indicated the same. All of the leading enterprise software firms have high ASP's (for example, i2's average initial sale is typically well over $1.5 million - although they operate in a strong segment).

   \* The pipeline remains as strong as before, but the Company rationally expects a lower than average close rate. The problem with Oracle's 3Q was not the pipeline, but the close rate. Typically, a fifth of enterprise software deals do not close on time. Oracle expects this failure to close rate to stay high for another quarter or two. We agree with this prognosis.

   \* Oracle will drive its effective prices down by reducing the time it takes to deploy the applications. Oracle does an outstanding job at linking its functions such as CRM, SCM, ERP, etc. together. By encouraging its customers to deploy relatively standardized configurations, Oracle can dramatically reduce the amount of systems integration necessary to deploy the applications.

Implications for the Intermediate Term
The company again noted that its business decelerated faster than the company had ever witnessed. We believe this change reflects the collapse of the dot coms, which in turn slowed sales of servers, then microprocessors and now software. The good news about the pace of the collapse is that unlike past cycles, the non-viable companies are being eliminated from the marketplace much faster than past cycles (intense competition and an effectively complete closure of the private equity markets; particularly for follow-on rounds for struggling companies that VC's greedily did not syndicate).

In any scenario we can conceive, Oracle will emerge as a vibrant long-term winner in the enterprise software. The company has the industry's first truly end-to-end e-business solution stack that delivers hard dollar ROI's for its customers. That said, we were in a difficult period for technology spending for at least a few quarters. Such an environment will almost certainly create a headwind for the shares of all enterprise software stocks for the next few months. We continue to hold the opinion that we've maintained since December - that software stocks are unlikely to commence a sustained rally until some

http://www.firstcall.com/links/30/30251280785974795242/48555171922290573129/427644...  2/27/2002

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**NDCA-ORCL 309262**

visibility develops for 2002 earnings estimates. Typically, investors feel comfortable about valuing stocks on next year's earnings between May and October. The poor economy makes it much more likely that this time frame will be closer to fall than early summer.

Oracle is the world's second largest software company and the leading provider of state-of-the-art global e-Business solutions for Internet commerce and Web-based applications. With annual revenues exceeding $11 billion, the company offers its Internet platform, tools, and Internet-enabled applications, along with related consulting, education, and support services, in more than 145 countries.

This report is for information purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. While the information contained herein has been obtained from sources believed reliable, we do not represent that it is accurate and it should not be relied upon as such. Any opinions expressed herein reflect our judgement at this date and are subject to change from time to time. This firm and/or its directors, affiliates, officers, employees or members of their immediate families may have a long or short position in the securities mentioned in the report or in options, futures or other derivative instruments based thereon. Needham & Company and/or its affiliates may make a market or deal as principal in the securities mentioned in this document or in options or other derivative instruments based thereon. Needham & Company may have managed or co-managed a public offering of or acted as initial purchaser or placement agent for a private placement of any of the securities of any issuer mentioned in this document within the last three years, or may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any company mentioned in this document. Additional information on the securities mentioned is available on request.  c Copyright 2001 Needham & Company, Inc.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORCL 0000230

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309263