# Exhibit 469

08:22am EST 16-Mar-01 FAC\Equities (Mark Murphy 212-273-7165) ORCL ORCL.O
Apps(olutely) Mediocre

March 16, 2001 Previous Research Flash: 03/02/2001

FAC/Equities
A division of First Albany Corporation

INSTITUTIONAL EQUITY RESEARCH FLASH
Estimate Change ú EPS Results

Oracle Corporation
(ORCL)

Primary Analyst
  Mark Murphy - (212) 273-7165

Secondary Analyst
  Jeff Corfman - (212) 273-7172

Rating
Buy

FY May
Price $14 11/16
52-Wk Range $46 15/32-$14 1/2
Shares Out. 5,585.9 mil.
Avg.Dly. Vol. 56685532
Market Cap. $82,042.9 mil.
Debt/Capital 9.3%
Div. Yield 0.0%
3-Yr EPS Gr. 35%

| Earnings per Share | Q1($) | Q2($) | Q3($) | Q4($) | Yr($) | Prev($) | P/E Ratio | Rev ($mil) |
|---|---|---|---|---|---|---|---|---|
| 1999 | 0.03 | 0.05 | 0.05 | 0.09 | 0.22 | | 66.8x | 8827.3 |
| 2000 | 0.04 | 0.06 | 0.08 | 0.15 | 0.34 | | 43.2x | 10130.1 |
| 2001E | 0.08A | 0.11A | 0.10A | 0.17 | 0.46 | 0.51 | 31.9x | 11312.3 |
| 2002E | 0.08 | 0.12 | 0.13 | 0.22 | 0.55 | 0.61 | 26.7x | 12865.34 |

Apps(olutely) Mediocre
-- Database results better, applications worse than preliminary report two weeks
ago
-- Management tone, forward guidance reflect high degree of economic uncertainty
-- No DSO spike visible to the naked eye, balance sheet remains strong
-- While we retain our Buy rating for long-term investors, we reiterate our
assessment from two weeks ago: the stock is likely to see $12 or slightly lower.

-- Database results better, applications worse than preliminary report two weeks
ago: Two weeks ago the company reported disappointing preliminary results
suggesting the database business would be flat or slightly declining year/year,
while the applications business would grow about 50%. Actual results show that
the database business grew 6% and the applications business grew 25%. We believe
that the excitement around the applications business, which had been growing
40-66% in the last few quarters, had been helping the stock maintain a high P/E
multiple; we think this excitement will subside as economic reality and
significantly reduced growth expectations set in.

-- Management tone, forward guidance reflect high degree of economic
uncertainty: Management stated that actual results for the first two months of

http://www.firstcall.com/links/53/53666616396930593177/3941997438412733014/427616... 2/27/2002

NDCA-ORCL 107515

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

the quarter showed good year/year license revenue growth. Management states that "cracks started to appear" in the last four days of the quarter. Because of this erratic end-of-quarter deal conversion ratio, the company realizes that potential for similar results exists moving forward. Management states that the Q4 pipeline is healthy, but visibility is limited due to ongoing economic concerns. The company set very rough guidance for Q4 and for fiscal 2002 based upon the assumption that the economy will be tough for a year.

-- We are reducing our fiscal 2001 and 2002 EPS estimates from $0.51 and $0.61 to $0.46 (34% growth) and $0.55 (21% growth), respectively. We are reducing our fiscal 2001 and 2002 revenue estimates from $11.9 billion and $13.7 billion to $11.3 billion (12% growth) and $12.9 billion (14% growth), respectively. Our new assumptions for Q4 call for 2% database growth versus our old estimate of 17%, and 15% applications growth versus our old estimate of 30%. For fiscal 2002 our new assumptions call for 10% database growth versus our old estimate of 13%, and 18% applications growth versus our old estimate of 20%.

-- No DSO spike visible to the naked eye, balance sheet remains strong: DSOs ticked up one day in the quarter to 67 days. Net accounts receivable balances increased only 1% in the quarter; however the company has detected some risk to dot-com receivables and therefore has increased its allowance for doubtful accounts. The company has not disclosed the magnitude of this increase and therefore we can not determine how much higher DSOs would have been had the company not increased this allowance. Nevertheless, the cash position remains strong at $5 billion and the company continues its ongoing stock repurchase program.

-- Oracle in strong overall position to weather the storm: Relative to other large technology leaders, Oracle is in a strong position to weather the current difficult economic environment, in our view. Even in a very difficult fiscal third quarter, Oracle grew its operating margins year/year to 33% from 31% and generated $580 million in net income. This was a tough quarter in which headcount increased sequentially. Moving forward, the company suggested that layoffs will be a possibility in order to control costs. We believe the business model will continue to be highly profitable. Oracle is supported by a strong balance sheet and over half of its revenue stream is of a recurring or highly predictable nature.

-- Still think the stock will see $12. While we retain our Buy rating for long-term investors, we reiterate our assessment from two weeks ago that the stock is likely to see $12 or slightly lower. This expectation is based upon the stock's historical P/E trading range. We think that disappointing results and a weakening economy will cause the shares to trade at least as low as 22x our new fiscal 2002 EPS estimate of $0.55 or $12.

Table available on request. Please contact your FAC/Equities sales representative.

-- Economy, not competitive position, biggest question mark. We think that future results for Oracle, relative to the expectations that were set last night, depend almost entirely on the state of the economy. We do not believe that Oracle has suffered from any significant and sudden competitive pressures or execution issues. Management affirmed that some of the deals that slipped out of the quarter have already been closed.

Table available on request. Please contact your FAC/Equities sales representative.

Other Details From the Quarter
--Dot-com results were weak, down 66% year/year. North American license revenue

NDCA-ORCL 107516

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

growth would have been 9% excluding the dot-com impact; actual result was (4%) year/year decline.
-- European results were strange, with an exceptionally strong database result (up 41%) and an exceptionally weak applications result (only 3% growth versus 90-100% in the last two quarters).
-- 9i database release likely to happen this quarter or in the month of June.
-- 3,000 companies currently implementing 11i application suite; 210 companies are live on the applications.
-- Big deals (>$500K) were 45% of total revenue versus 46% last year.
-- Support revenue grew 20% to $906 million, versus our expectation of $943 million.
-- Consulting and education remain weak, up 3% year/year to $643 million.
-- Cash balance now stands at $5.0 billion, up from $4.4 billion in the last quarter.
-- DSOs increased to 67 day from 66 days.

Risks
The main risks we perceive in owning Oracle shares are: 1) license revenue growth has been very volatile (susceptible to large deals) and thus difficult to project accurately; 2) sales force closure rates have varied widely in the recent past; 3) execution in the applications business could depend upon continued rapid growth in Oracle's new front-office applications.

Oracle Corporation is the leading provider of enterprise database software and is among the top few enterprise application software providers.  The company also offers support and consulting services.

   First Albany makes a market in shares of this stock. Blue Sky Exception in VI.More information is available on request. The material herein, while not guaranteed, is based on information believed reliable and accurate.  It is not to be deemed an offer or solicitation on our part with respect to sale or purchase of any securities.  Our corporation or its officers,  or directors, or the analyst(s) covering this company,or stockholders, or members of their families, may at times have a position , long or short, in the securities mentioned and may make purchases or sales of these securities while this report is in circulation.  In addtition, if available, the aforementioned individuals may hold a position, long or short, in the related equity options. Due to differing disciplines and criteria utilized, our quantitative and fundamental analysts may have differing opinions on these securities.  Should you have any specific investment questions, please contact your First Albany Financial Consultant.  Our main office is located in Albany, NY.
First Albany Corporation, Member New York Stock Exchange, Inc. and other principal exchanges.  Copyright c 2001.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 107517

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER