# Exhibit 470

```
09:33am EST 16-Mar-01 Wit SoundView (Jim Mendelson 203-462-7213) ORCL ORCL.O
Oracle (ORCL) Earnings Release March 16, 2001

Oracle (ORCL)    Price: $14.69    Strong Buy    March 16, 2001
Part 1 of 2

(FYE May)           F00A       F01       F02       Curr.     Last     Yr. Ago
Revenue ($M)       10,130    11,082    12,393     3,486     2670      3,374
EPS                 $0.34     $0.44     $0.52     $0.15     $0.10     $0.15
Old Revenue ($M)     -       11,265    13.247     3,570       -         -
Old EPS              -        $0.46     $0.57     $0.16       -         -

                   Reported    Estimate    Last Qtr.    Yr. Ago
Licenses            1,101       1,108       1,090        1,043
   Yr./Yr. Growth    +6%         +6%        +25%         +30%
Revenue             2,674       2,669       2,660        2,449
   Yr./Yr. Growth    +9%         +9%        +15%         +18%
Gross Margin        73.5          -         73.9         71.1
Operating Margin    32.8         33         35.6         31.4
Tax Rate            35.5          -         35.5         36.9
Shares (M)          5,851         -         5,875        6,000
EPS                 $0.10       $0.10       $0.11        $0.085
   Yr./Yr. Growth    -6%          -         +66%          NM
```

Summary
Oracle's 3Q01 results on the surface matched up with preliminary results. Revenues were roughly $200 million short of initial estimates, with all of it coming out of license revenues and the Americas. However, the breakdown of the revenues by product (databases and applications) varied significantly vs. the initial indication, with applications up only 25% year over year vs. 50%. The deviation was attributed to EMEA coming up well short of early expectations for applications, but considerably stronger in database. Management's comments on the outlook were non-committal, meaning that pipelines continue to look very good, but predicting close rates in the current environment is problematic. "Guidance" consequently cannot be described as particularly firm; it assumes license revenues will be flattish for 4Q year over year, through the 1H02. F02 is murky; management assumes a comparatively difficult first half with improvement in the second half, although EPS should be able to come in north of $0.50. We believe that Oracle is at or very near a bottom, and we are keeping our strong buy rating.

Main Points
Oracle's results were largely in line with the preannounced results, with the notable exception of the product mix, with database and applications. Management's explanation of EMEA coming in considerably weaker in applications than initially expected (which was offset by better database sales) is not likely to be easily digested by the market - renewing longstanding questions about revenue allocation, and suggesting that salespeople are more focused on issues of contract value, rather than specific revenue by product issues. (Another very plausible explanation, is that management simply jumped the gun in commenting on revenue splits by product based more on the United States, without the benefit of seeing the detail out of international.) Nonetheless, we believe that the speculation of Oracle losing market share in databases to IBM is largely unfounded. Likewise, we also believe that Oracle's application business is doing very well in competitive battles.

Comments on visibility, or the lack thereof, will serve to further unnerve investors. We must say, however, that Oracle (and for that matter all software companies) are in a no-win situation, given the uncertainty - not so much with respect to "pipeline" numbers, which are still characterized as very good, but

NDCA-ORCL 107490

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

rather with respect to predicting how close rates are changing.

Another factor impacting the quarter to a modest extent is that the relative strength of the dot.com business peaked in 3Q a year ago. Management, however, hastened to add that while this was a factor, it was very small - relative to the bigger issue of the macro-economy.

Figure 1: Revenues
Products
Servers/Tools - $852 million, up 1% Y/Y, up 5% Q/Q vs. our original estimate of $960 million, a gain of 14%.
Applications - $249 million, up 25% Y/Y, down 11% Q/Q vs. our original estimate of $325 million, a gain of 64% and management's initial comments that applications licenses grew 50% Y/Y.
Total Licenses - $1.101 billion, up 6% Y/Y, 1% Q/Q vs. our original estimate of $1.285 billion, a gain of 23%.
Services
Support - $906 million, up 20% Y/Y vs. our original estimate of $908 million.
Training/Consulting - $643 million, up 3% Y/Y vs. our original estimate of $650 million, a gain of 4%.
Total Services - $1.57 billion, up 12% Y/Y vs. our estimate of $1.58 billion up 13% Y/Y.

Geographies
Americas - $1.54 billion, up 6% Y/Y vs. our earlier estimate of $1.696 billion, a gain of 17% Y/Y.
EMEA - $784 million, up 11% Y/Y vs. our estimate of $778 million, a gain of 10% Y/Y.
Asia/Pacific - $350 million, up 20% Y/Y vs. our estimate of $394 million, a gain of 35%.
Currency was a drag of approximately 4%.

Sources:  Company reports and Wit SoundView estimates

Balance Sheet
No surprises, DSOs down to 66 days from 68 days a year ago.  Cash at $5 billion, down $2.9 billion in May 2000, reflecting Oracle's active stock repurchase program.

Estimate Revisions
In our initial estimate reductions approximately two weeks ago, we significantly cut our estimates for the Americas.  In our most recent revisions, we have reduced our revenue estimates for both EMEA and Asia/Pacific to reflect the spreading of the slowdown in the United States to the rest of the world.

Whether or not we have cut our estimates enough depends to a very large extent to what degree we have a "hard" vs. "soft" landing for the economy.  In either event, we remain very optimistic as to Oracle's ability to preserve its improved operating profitability, and consequently the incremental damage to earnings estimates is not that bad.

Stock
Pegging where valuation will bottom out, or for that matter estimates, is obviously subject to a lot of variables that are not readily predictable.  That said, we continue to believe that Oracle is generally executing well, and continues to further improve its operating efficiency through utilizing e-business.  We also continue to believe that Oracle is very well positioned strategically and that the company is a clear leader in providing critical infrastructure and applications software.

NDCA-ORCL 107491

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

At approximately 30x forward earnings estimates, the shares are trading at approximately a 50% premium to the broader market averages, and even taking into account the significant estimate reductions will calculate EPS growth of 30% for F01 and 18% for F02 - well in excess of the market as a whole. Consequently while investors are likely to generally stay on the sidelines for the next several months, waiting for evidence that the deterioration in the broader economy is leveling off, and that the revaluation of the broader market is over, we think that Oracle's stock price is at, or very near a bottom. We are keeping our strong buy rating on ORCL shares.

Reminder of Comments From March 2, 2001
A terrific December, well ahead in January, looking solid until a few days ago, when Oracle saw a number of last minute deferrals at the CEO level. Miss entirely in the United States. Limited revenue detail, with applications up 50% and database looking flattish year over year and quarter over quarter. Despite a significant revenue miss, the operating margin at 33% is impressive, as well as EPS of $0.10. Management will provide more detail, on the March 15th earnings call. As for earnings estimates, Oracle's big seasonal quarter is the May quarter, which could be a particularly awkward moment, relative to the state of the U.S. economy. We have made revisions that assume quarter-over-quarter revenue improvement, but not nearly as much as has been the case over the past couple of years. While we are obviously disappointed, we see the miss as entirely due to the deterioration in the economy. At current prices, using our revised estimates, Oracle's P/E looks to be 28x 2002, with a PEG ratio of a bit over one on 2002 numbers. The shares are off 40% from where they were in mid-December - we are keeping our strong buy rating, and believe investors should be building/adding to positions - not selling.

Revenue Miss Appears to be Entirely Represented in License Revenues
* Applications looking up roughly 50% to something like $300 million, vs. our estimate of $325 million. Management had been looking for applications growth of 75% to 100% in a "normal economy."

* Servers and tools, look flattish year over year and quarter over quarter vs. our estimates of roughly 15% year over year. While the shortfall looks more dramatic on the server side of the business - management stated that deferred deals were not more or less common with databases vs. applications. Likewise, while some analysts are talking about possible competitive gains by Microsoft, we think the competitive landscape has been very stable.

* Geographic performance - no specific numbers, but EMEA and Asia/Pacific look on target, with the shortfall being attributed entirely to the United States - and the growing angst/uncertainty in the U.S. economy, leading CEOs to stall decisions made by CIOs and CTOs.

Estimates: Management did not make any comments on estimates at this juncture. However, we have attempted to make revisions based on the lesson of 3Q, with the presumption that conditions get a bit worse before they get a bit better. We have assumed that Oracle's sequential growth will be roughly similar to last year, with year-over-year growth approaching 9%, on a somewhat easier year-over-year comparison. All of the reduction was made in the estimate for the Americas. Likewise, we have reduced the estimates going forward. In addition we have taken down the operating margin by several points vs. our earlier estimate.

We believe the revised estimates reflect a realistic view, in that they take into account the current environment in assuming no notable improvement, but do not assume substantial further deterioration.

Valuation: Assuming a stock price of $17, the shares are trading at $100

NDCA-ORCL 107492

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

bilion, or 7.7x calendar 2002 revenues of $12.8 billion, and 29x calendar 2002 earnings - a PEG ratio of 1x. Our 2002 revenue and earnings growth rates work out to be 17% and 26%, respectively.

The Oracle Miss:   Implications for Other Software Companies
* All of our large cap "strong buy" rated stocks are testing recent major lows made back in December.  The Oracle miss confirms that while IT budgets are not being slashed, there is a move to delay and defer expense.
* Coming into the year, we have felt that our estimates were conservative, and that the economic risk factor is more reflected in the idea that the companies will not be able to upside estimates.
* The best performing stocks have been the "value" stocks, such as BMC Software, Computer Associates, Legato Systems - while the worst have been the "growth" stocks, such as Oracle, PeopleSoft and Veritas.
* The valuation spread is narrowing, with expectations more conservative.  We are staying the course, with regard to our strong buy rated positions.

]

EON

NDCA-ORCL 107493

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER