# Exhibit 471

```
10:02am EST 16-Mar-01 Prudential Securities (D.CROOK 415-274-7981) ORCL ORCL.O
ORCL: COMPETITIVELY STRONG, BUT ANY RELIEF RALLY PROBABLY SHORT LIVED

ORCL: COMPETITIVELY STRONG, BUT ANY RELIEF RALLY PROBABLY SHORT LIVED
PRUDENTIAL VOLPE TECHNOLOGY GROUP                            March 16, 2001

SUBJECT: Oracle Corp (ORCL-$14.69) --OTC

----- ANALYST(S) --------------------        -------- OPINION --------
Doug Crook   415.274.7981                     Current: Hold
Nazima Bahadon   415.274.4442                    Risk: High
                                               Target: $17.00
```

| | FY | REV | EPS | P/E | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|---|---|---|---|
| Act | 5/00 | $10,130.0A | $0.34A | 43.2X | $0.04A | $0.06A | $0.08A | $0.15A |
| Cur | 5/01 | $11,151.0E | $0.44E | 33.4X | $0.08A | $0.11A | $0.10A | $0.15E |
| Cur | 5/02 | $12,492.0E | $0.50E | 29.4X | $0.08E | $0.11E | $0.14E | $0.17E |

```
----- FUNDAMENTAL -----------------------------------------------------
Avg. Volume:56,100,000    IAD/Yield:NA        EPS Growth:18.00%
Mkt Cap:$86,303 m         52w Range:46.50-14.50  P/E / Growth:1.9x
Shares:5,874.98 m
----- BUSINESS --------------------------------------------------------
Oracle Corp (ORCL), , headquartered in Redwood City, CA, supplies software for
information management. The company offers its database, tools and application
products, along with related consulting, education and support services in more
than 140 countries around the world.
----- HIGHLIGHTS------------------------------------------------------
1)   Good Execution In A Market That Dried Up
2)   Visibility Remains Highly Uncertain
3)   Competitive Position Remains Very Good
4)   Stock Should See Quick Strength If Economy Begins To Turn

----- DISCUSSION------------------------------------------------------
FY 3Q'01 (Feb) EPS of $0.10 vs. $0.08 met our revised expectation set on March
2, 2000 following the company's preannouncement, but fell short of our original
$0.12 estimate.  We are maintaining our EPS estimates for FY 4Q'01 of $0.15, for
FY'01 of $0.44 and for FY'02 of $0.50.  Our CY'01 EPS estimate is $0.44.  We
note EPS variability is high and visibility is poor.

Revenue of $2.67 billion vs. $2.45 billion was in line with our revised
estimate, but below our original $2.9 billion estimate.  License revenues of
$1.13 billion were up 5% year/year and contributed 42% of revenues.  In the
quarter, database revenues contributed 75% of license revenues and were up 6%,
while applications, commonly thought of as the next growth engine in the
company, contributed 23% of license revenues and were up 25% year/year.

Operating margin of 32.8% vs. 31.4% a year ago was in line with our revised
estimate, but lower than our original 37% estimate.

Our takeaway message from last night's conference call is that operational
performance at the company was strong, despite the last minute shortfall.  The
incremental negative news is the acknowledgement that pipeline growth had given
management a "false sense of security."  Unfortunately, this now-flawed metric
is all that the company has in offering guidance.

Management reiterated that the weakness in the US economy resulted in the
decline in conversion of pipeline deals to sales closures in the last few days
of the quarter.  In other regions, performance remained comparatively good.
```

NDCA-ORCL 107474

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Europe/Middle East/Africa contributed 29% of revenues and was up 11%.  And in the Asia/Pacific region, revenue mix contribution was 13% with 20% year-over-year growth.

Oracle 11i, the internet-based version of the application suite, continues to gain momentum.  The company has more than 3,000 customers in the process of implementing the suite, up from 2,500.  Importantly, more than 210 customers have gone live, including JDS Uniphase, TeliaNet, Compaq and Fosters Brewing Company.  We believe this shows strong customer acceptance, as only 83 customers were live last quarter.  In addition, the mix of new deal sizes was unchanged, with 45% of deals exceeding $1 million.

We are maintaining our HOLD rating, even though we believe the stock may see a short-lived relief rally, given that management has capitulated and acknowledged the company is not immune to an economic slowdown.  We believe investors will increasingly focus on the May quarter, which historically has been the seasonally strongest, but now appears very challenging as it calls for a 60% sequential increase in license revenues in this uncertain economic environment.  Also, if the company's revenue momentum is slowing due to the economy, we have less confidence aggressive margin expansion targets will be met.  We continue to believe Oracle has a very strong thematic and competitive positioning, but we believe the stock may remain in a relatively tight $12 to $17 trading range until either the economy shows indications of turning or we get closer to FY 3Q'02, when year-over-year comps become easier.

Prudential Securities Incorporated (or one of its affiliates or subsidiaries) or its officers, directors, analysts, employees, agents, independent contractors, or consultants may have positions in securities or commodities referred to herein and may, as principal or agent, buy and sell such securities or commodities.
Prudential Securities Incorporated makes a primary over-the-counter market in the shares of ORCL.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 107475

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER