# Exhibit 472

```
12:18pm EST 16-Mar-01 Goldman Sachs (SHERLUND) ORCL ORCL.O
Oracle lowers the bar

                    Goldman, Sachs & Co. Investment Research

                              Oracle lowers the bar

***********************************************************************
* Oracle's third (Feb) fiscal quarter results showed slower applications *
* growth of 25% than the 50% preannounced on March 1st, offset by stronger*
* database growth of 6% vs no growth preannounced. The overall revenue   *
* growth of 9% and EPS of $0.10 vs $0.08 last year, were in line with that*
* announced previously. With the stock already down, management noted they*
* have low visibility and they took this opportunity to take estimates   *
* down aggressively. We are modeling essentially no growth in EPS for the *
* next 3 quarters on about 10% overall revenue growth. We think much of  *
* the bad news is already in the stock and maintain our Market           *
* Outperformer rating.                                                   *
***********************************************************************

        Rick G. Sherlund (New York) 1 212-902-6790  - Investment Research
        Lilly Bahramipour (New York) 1 212-902-4605 - Investment Research
         Danya Dumbrill (New York) 1 212-902-1915   - Investment Research
          Nils Tristan (New York) 1 212-902-4077    - Investment Research

===================  NOTE  6:53 AM  March 16, 2001  ===================

                        Stk  Latest  52 Week   Mkt Cap   YTD Pr    Cur
                        Rtg  Close   Range     (mm)      Change    Yield
                        ---  ------  -------   -------   ------    -----
Oracle Corp.            MO   14.69   47-14     81970.7   -49%      0.0%

                  ---------------Earnings Per Share---------------
ORCL (US$)        Aug     Nov     Feb     May     FY      CY
    2002 FY       0.08    0.11    0.12    0.20    0.51    0.56
    2001 FY       0.08A   0.11A   0.10A   0.16    0.45    0.45
    2000 FY(A)    0.04    0.06    0.08    0.15    0.34    0.43

                  -Abs P/E on-   -Rel P/E on--   EV/NxtFY   LT EPS
                  Cur    Nxt     Cur    Nxt      EBITDA     Growth
                  -----  -----   -----  -----    --------   ------
ORCL     FY       32.6X  28.8X   1.6X   1.5X     NA         25%
         CY       32.6   26.2    1.6    1.3
```

======================================================================

* Our revised fiscal (May) 2001 estimate is now $0.45 per share vs $0.34
  last year. We have modeled $0.51 for fiscal 2002, up 13% and a bit below
  management comments which implied earnings of about $0.56 per share. We
  have modeled no year over year growth in quarterly earnings for the next
  three quarters. Applications growth of 25% was well below the 50%
  preannounced on March 1st and our earlier 60% estimate and Street
  estimates of about 70%. Management had given their best estimate on
  March 1st, and while the overall revenue and EPS figures were consistent
  with the preannouncement, the reported results reflected different
  breakdowns. The database business was expected to be flat to down a bit
  from last year, but was revised to 6% growth.

* Geographically, results were quite mixed. The applications growth was
  very week in EMEA (Europe, Middle East and Africa), up only 3% in local
  currencies versus robust growth of 104% in the first quarter and 92% in

NDCA-ORCL 107468

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

the second. Applications growth in the Americas was 31% versus 31% in the first quarter and 65% in the second. It is not clear why EMEA was so sluggish this quarter for applications. Database growth of a strong 41% in EMEA was on an easy prior year comparison. Database server revenues in the Americas declined 11% on a difficult prior year comparison. It gets a bit confusing looking at the different segments, where results can appear random for any single quarter, but at a high level there is clearly a very negative impact from order deferrals due to the economic environment in the U.S.

* Going forward, we have modeled about 5% growth in database servers for the next three quarters, accelerating in the February and May quarters of 2002 to about 15%. We have modeled 10%-15% applications growth over this period, accelerating to 30% and 40% in the February and May quarters of 2002, respectively.

* At $14.68, Oracle's stock is selling for about 33 times our revised calendar 2001 EPS estimate of $0.45 per share, about 1.3 times the 3-5 year EPS growth rate of 25% we have modeled beyond the no growth estimated for the next three quarters. Our estimates are likely conservative and the company is laying down some easy year over year comparisons from which it might be able to shine a year from now in a stronger economy and in an environment where companies may be less reluctant to enter into purchase agreements for new software.

========================================================================

Management noted that the absence of Dot-com related revenues during the quarter was a drag on the year over year revenue growth (we had estimated this to be about 10% of prior year license revenues), but the bigger issue is clearly the reluctance of companies to sign new purchase orders for large ticket items. The reported Americas license revenues declined 4% over last year after growing 34% - 35% in the prior two quarters. Without the 66% related decline in dot-com revenues, this would have been 9% growth, not as bad but still much weaker than expected.

The Americas' growth in applications of 31% included the Covisint deal. This is believed to be about $50 - $60 million, but a lot of this is reportedly database. There are other large deals in the pipeline, but we believe these are most exposed to order deferrals. Management was bullish on the pipeline growth, but was also realistic in noting that the conversion of this pipeline to revenues was a surprising problem during the last 4 days of the February quarter and will likely be difficult in the next several quarters as well.

Management is controlling costs and should be able to show flat year over year earnings on nearly flat license growth, with the help of the faster growth services business lifting overall revenue growth to about 10%. A slightly lower tax rate (one percentage point lower) is expected in 2002. The applications (Release 11i) now has over 210 live customers reported.

We believe database is more deferrable than applications, since there is typically some forward purchasing of database capacity. The applications are in high demand we believe, but the ERP portion of these applications may be of less demand than the CRM or SCM portions. About 60% of Oracle's applications are believed to be driven by ERP related functionality, but the CRM, SCM and i-procurement functions are strong inducements to push forward with a new suite. A larger applications suite involves a large development/deployment effort and the purchase of related database software and hardware, so there may be reluctance to enter into major new projects

NDCA-ORCL 107469

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

in this environment given that the applications themselves are only a
portion of the much larger total project costs to be incurred. Oracle
appears to be emphasizing rapid deployment and quick ROI in its marketing
of the applications products in this more challenging environment. We do
not believe competitive issues are leading contributors to the current
problems given how sudden the falloff in revenues has been. In general,
Oracle is not an encouraging indicator for other software vendors yet to
close their quarters. Those at greatest risk likely have a dependence on
end of quarter bookings and larger deal sizes.

Important Disclosures (code definitions attached or available upon request)
ORCL       : US$ 14.69; CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

http://www.firstcall.com/links/14/14288587248351844067/26222762905035894672/42767...   2/27/2002

**NDCA-ORCL 107470**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**