# Exhibit 473

```
05:20am EST  2-Mar-01 J.P. Morgan (Jim Pickrel) ORCL
1 of 2 Q3 Shortfall, Q4 Concerns Loom: Lowering to Long Term Buy

**** JP Morgan/JP Morgan H&Q **** JP Morgan/JP Morgan H&Q ****

Company: Oracle Corp.
Price: 21.38
Recommendation: Long Term Buy
Notes: a,f
Analyst: Jim Pickrel 415-439-3747
Associate: David Rudow 415-371-4089
Associate: Kelly Gushue 415-371-4720
Date: 3/2/01

1 of 2 Q3 Shortfall, Q4 Concerns Loom: Lowering to Long Term Buy

Q3 Shortfall, Q4 Concerns Loom: Lowering to Long Term Buy
```

|            | 2001 E  | Previous Est | 2002 E | Previous Est |
|------------|---------|--------------|--------|--------------|
| Q1 EPS     | $0.08a  | $0.08        | $0.09  | $0.09        |
| Q2         | 0.11a   | 0.11         | 0.12   | 0.12         |
| Q3         | 0.10    | 0.12         | 0.14   | 0.14         |
| Q4         | 0.21    | 0.21         | 0.26   | 0.26         |
| FY         | 0.50    | 0.52         | 0.61   | 0.61         |
| FY REVS (M)| 11,791  | 11,996       | 13,875 | 13,875       |
| CY EPS     | 0.52    | 0.54         | NA     | NA           |
| CY P/E     | 41      | 40           | NA     | NA           |

| | | | |
|---|---|---|---|
| FY Ends | May | Current Price | $21.38 |
| 52-Week Range | $18-46 | Market Cap | (B) $125.6 |
| Shares Out | (M) 5,875 | Book Value | $0.74 |
| Net Cash/Share | $0.84 | LTM Revenues(M) | $10,966 |

*US weakness and major database shortfall drive Feb FYQ3 miss
*we now estimate $2.67B revs and $0.10 EPS vs our prior estimates of $2.87B and $0.12, which matched consensus.
*Management indicates that the primary factor was last-minute spending deferrals as deals reached final corporate decision-makers, a pattern which now matches overall tech sector reports.
*We view this as a major negative indicator for all areas of software-related technology spending.
*Because ORCL is now entering its crucial FYQ4 with a weak hand, we believe that uncertainty will suppress the stock at least through mid-June. Thus, we are reducing our rating to Long Term Buy, while pointing out that if the stock price drops to the mid-teens, ORCL would trade at a trailing PE of about 35 after reduced FYQ3 and FYQ4 estimates.

Big Miss in the US and in Database Sales Drags Down Results. Although we were not expecting any measurable upside in the quarter, the degree of the revenue miss is a surprise. Up through the end of the quarter, most reports coming from the field, together with the tone of management commentary about the general business environment, converged to produce a mixed but not negative picture. We generally give credence to the scenario outlined by Oracle management on last night's conference call that the major factor for the miss was a series of final contract sign-offs that failed to materialize from senior corporate management after initial budgets and contract approvals

NDCA-ORCL 091392

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

had been verified. However, this also paints a picture of a quarter with a higher than normal big deal and back-end load factor. The big miss appears to be in the database business, which is expected to come in roughly flat with the Q300 level of $778 million, versus our outlook for results in the $900 million range. Although the company reported strong growth in Europe and Asia, no details were given as to geographic breakout. Based on the preliminary results, we would assume that the US business was flat to slightly negative relative to both the Q201 and Q300 periods. Application sales grew by about 50%, which would equal $300 million, roughly in line with our estimates but below the company's standing guidance of more than 60% growth.

Overall Picture for Corporate Software Spending Gets Cloudier. Because Oracle, both directly and indirectly, spans so many categories of corporate software spending, we must view this shortfall and its causes as a negative for almost every part of the corporate software landscape as we head into the final month of most vendor's first fiscal quarter. In our view, Oracle is offering competitive products in just about every category that they target, with the exception of core Customer Relationship Management applications. Thus, we must regard this set of issues as industry-wide and not Oracle-specific.

Weakness Heading Into the Crucial May Quarter Compounds the Problem. Typically, Oracle drives more than 35% of its entire fiscal year business in the May fiscal fourth quarter, so a higher level of uncertainty heading into the stretch drive does not bode well. Although management characterizes many of the FYQ3 contract issues as deferrals rather than cancellations, at this point we would not count on a noticeable level of deals merely slipping from FYQ3 to FYQ4. Thus, although we are not formally changing forecast numbers at this time, given the lack of detail, we would expect an outlook for lower revenues and lower margins in Q401. Our preliminary guess, without management guidance, would put FYQ4 revenue in the $3.8 billion range, down from our current $4.2 billion estimate, with EPS in the $0.15 range, down from our current $0.21 estimate. This would bring FY01 EPS to $0.40. If the stock trades off to the $15 dollar range, that would place a trailing PE on the shares of roughly 35. However, under increasing uncertainty, we would not expect this valuation equation to drive much new interest in the stock.

Oracle will release final results of the February quarter on March 15.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

http://www.firstcall.com/links/38/38698630220149827263/15539606488854279293/42298... 2/27/2002

NDCA-ORCL 091393

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER