# Exhibit 474

```
08:41am EST  2-Mar-01 Thomas Weisel Partners LLC (Robert Schwartz 617.488.4625)
ORCL (TWP): Deferred Deals Lead to Pre-Announced Fiscal Q3
```

March 2, 2001                                    Thomas Weisel Partners LLC

B2B e*Commerce/e*Business Applications    Oracle(1,3) - MARKET PERFORM
NASDAQ: ORCL - $21.38                     Deferred Deals Lead to Pre-Announced
                                                         Fiscal Q3

Robert Schwartz, Ph.D. 617.488.4625 rschwartz@tweisel.com
Kevin McGuire 415.364.2656 kmcguire@tweisel.com
David Gremmels, CFA 617.488.4630 dgremmels@tweisel.com

Executive Summary
*FYQ3 shortfall. Yesterday after the close, Oracle pre-announced FYQ3 (Feb.) results below expectations. Preliminary revenue of $2.67bn (+9% year over year) misses our $2.94bn estimate by 9%. EPS of $0.10 falls two pennies short of our $0.12 estimate.
*US economy gets the blame. Oracle attributed the shortfall to weakness in the US economy. Deals approved at the VP or SVP level failed to win sign-off from nervous CEOs reacting to economic uncertainty. According to the company, the deals were postponed, not lost to competitors or cancelled due to IT budget cuts.
*Weakness balanced across product lines and customer size. The same factors impacted both the database and applications product lines. Of the $275mn shortfall, database licenses accounted for roughly $150mn, applications licenses accounted for $50mn and services accounted for $75mn. Both large and small organizations exhibited the same issues.
*No sign of the bottom; negative implications for the software sector. Given that evidence of a shortfall did not surface until very late in Q3 (Friday, February 23, to be exact), and the weakness was so broad-based, we fear that investors will flee other software companies fearing the same lack of visibility at quarter's end.
*Lowering FY01 and FY02 estimates. In lieu of guidance, we are taking a conservative tack and lowering our revenue and EPS estimates for the next six quarters. We are lowering our FY01 revenue estimates from $12.0bn to $11.4bn and our EPS estimates from $0.52 to $0.47. In FY02, we are lowering our revenue estimate from $14.6bn to $13.5bn and our EPS estimates from $0.63 to $0.54.
*Where could ORCL's valuation go? Looking historically over the past 10 years, Oracle hit a nadir of 17x forward P/E in August 1998. Using a similar P/E with our revised FY02 EPS estimate of $0.54 suggests a valuation "floor" of $9. Although we do not anticipate ORCL retesting those levels, we do believe that ORCL could remain in a trading range until investors receive some clarity on the overall economic picture. We maintain our MARKET PERFORM rating.

| Key Data | | | 2000 | | 2001 | | 2002 | |
|---|---|---|---|---|---|---|---|---|
| Price: | $21.38 | Adjusted EPS | | | | | | |
| 52-Week Range: | $46-$19 | Q1 | $0.04 | A | $0.08 | A | $0.09 | E |
| Market Cap.(bn): | $125.6 | Q2 | $0.06 | A | $0.11 | A | $0.12 | E |
| Shares Out.(mn): | 5,875.0 | Q3 | $0.08 | A | $0.10 | E | $0.13 | E |
| Avg Daily Vol.: | 50,115,600 | Q4 | $0.15 | A | $0.18 | E | $0.21 | E |
| Fiscal Year End: | 31-May | Year | $0.34 | A | $0.47 | E | $0.54 | E |
| | | Previous Year | | | $0.52 | E | $0.63 | E |
| | | P/E | | 62.3x | | 45.8x | | 39.3x |
| Debt/ Total Capital: | 6% | Revenues ($mn) | | | | | | |
| Mkt Cap/ TTM Sales: | 11.7x | Q1 | $1,985 | A | $2,262 | A | $2,605 | E |
| Net Cash/ Share: | $0.69 | Q2 | $2,322 | A | $2,660 | A | $3,117 | E |
| Book Value/ Share: | $0.84 | Q3 | $2,449 | A | $2,672 | E | $3,205 | E |

http://www.firstcall.com/links/62/6292883913693761541 9/2934016169052074517 3/42302...  2/27/2002

NDCA-ORCL 091338

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Price/ Book Value:   25.5x    Q4             $3,374  A  $3,788   E  $4,546   E
                              Year           $10,130 A  $11,382  E  $13,473  E
                              Previous Year            $12,008  E  $14,588  E
                              TEV/ Sales     12.0x      10.7x       9.0x

Company Description: Oracle Corporation is the largest database (DBMS) and second largest independent software company in the world. In addition, the company provides leading enterprise resource planning (ERP), supply-chain management (SCM), customer relationship management (CRM) and Internet exchange software.

Oracle Pre-Announces Fiscal Q3
After the close yesterday, Oracle pre-announced FYQ3 (Feb.) results below expectations. Preliminary results indicate revenue grew only 9% to $2.67bn, roughly $275mn below our $2.94bn estimate. EPS of $0.10 falls two pennies short of our $0.12 estimate. Weakness was realized across product lines as both database and applications were impacted. Database revenue is projected to be flat to slightly down on a year-over-year basis, implying revenue in the $750-$775 range. Oracle's applications business grew 50% to approximately $300mn, but that falls below the 75% growth (~$350mn estimate) the company had predicted on its fiscal Q2 conference call.

Oracle attributed the entire shortfall to a deteriorating US economy. In fact, Europe and Asia-Pacific performed well. Management indicated December and January were ahead of expectations, with February falling apart only in the last week. Deterioration first appeared last Friday (February 23), and it became clear yesterday that a number of deals had been deferred. The company indicated deals that slipped were approved at the mid-level but pushed off at the CEO or CFO level as senior executives became increasingly nervous about the general economic picture in the US. This was true for deals large and small. According to management, deals were not lost to competitors or as a result of IT budget cuts. Although the weakness was witnessed across the industry, the company believes that the telecom vertical is in worse shape than others.

With no sign of an economic recovery in the US, management was hesitant to point to a bottom or predict how long its customers may choose to defer expenditures. This holds implications for other software companies whose quarters end in March. They may not see a deterioration of their sales cycles until the very end of the quarter, similar to Oracle.

Tacking a Conservative Tack: Reducing FY01 and FY02 Estimates
Our revised model is designed to have a conservative view without assuming a recession. (Note: management did not provide any financial guidance on the conference call). We are lowering our fiscal 2001 revenue estimates from $12.0bn to $11.4bn, and lowering our EPS estimate from $0.52 to $0.47. In FY02, we are lowering revenue estimate from $14.6bn to $13.5bn and lowering EPS estimate from $0.63 to $0.54.

Where Does Oracle's Valuation Go from Here?
Looking historically over the past 10 years, Oracle hit a nadir of 17x forward P/E in August 1998. The company's P/E ranged from 25x-40x through 3Q99, when the market as a whole broke through traditional ranges. Using a similar P/E with our revised FY02 EPS estimate of $0.54 suggests a valuation "floor" of $9. At this time, we do not anticipate the stock will retest late 1998 levels without a significant further deterioration of the economy and the markets in general. Yet, given that Oracle was growing faster and had a higher long-term projected growth rate in 1998 versus today, and considering the significant uncertainty surrounding deal closure rates, a push toward historical P/E lows may not be out of the question. In our opinion, ORCL could remain in a trading

NDCA-ORCL 091339

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

range until investors receive some clarity on the overall economic picture. We maintain our MARKET PERFORM rating.

---------------------------

ADDITIONAL INFORMATION AVAILABLE UPON REQUEST.

Please refer to ticker TWPDISC for important Thomas Weisel Partners Disclaimer

information.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091340

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER