# Exhibit 475

10:07am EST  2-Mar-01 Needham & Co. (Richard Davis) ORCL
The recession growth teeth and claims another victim

Equity Research Morning Note          Richard Davis, Jr. (617) 457-0949
March 2, 2001                                    rdavis@needhamco.com

                  Oracle Corporation (ORCL/NASDAQ)              ORCL 0000348

         The Recession Grows Teeth and Claims Another Victim

Price: $21 ($17 post close)         Fully Diluted Shares Outstanding (MM): 5,916
52 Week Range: $46 25/32 - $19 9/32         Market Cap. (MM): $169,690
Recommendation/Target: Buy/$25           Average Daily Volume (MM): 47.148

|  | 5/00A | 5/01E | | 5/02E | |
| --- | --- | --- | --- | --- | --- |
|  |  | Was | Is | Was | Is |
| Revenue (MM) | $10,130 | $11,940 | $11,085 | $14,369 | $13,128 |
| Growth | 24% | 19% | 10% | 19% | 18% |
| Op. Margin | 21% | 38% | 34% | 41% | 39% |
| EPS: 1Q | $0.03A | $0.08A | $0.08 | $0.09 | $0.08 |
| EPS: 2Q | 0.06A | 0.11A | 0.11A | 0.14 | 0.12 |
| EPS: 3Q | 0.08A | 0.12E | 0.10P | 0.15 | 0.13 |
| EPS: 4Q | 0.15A | 0.21E | 0.15E | 0.28 | 0.22 |
| EPS: Year | $0.33 | $0.52E | $0.44E | $0.66E | $0.55E |
| Growth | 52% | 57% | 33% | 26% | 27% |
| P/E Ratio | 60x | 38x | 45x | 30x | 36x |

Summary
*       Oracle reported that it fell short of expectations for its February
quarter.  Revenues and EPS are likely to be about $2.6 and $0.10, respectively.
  We had forecast $2.8 billion and $0.12.
*       Following two above budget months, business simply did not close in
February.  Projects that had been approved at the Senior VP level were delayed
when they reached the CFO or CEO's desk.  The response from the companies was
that the firms wanted to wait to see what happened in the economy.
*       We believe these delays reflect the severity, breadth and depth of
economic uncertainty in the United States.  Both database and applications
revenue growth were slower than expected, although only in the US.  Both Europe
and Asia/Pacific were largely in line with forecasts.  What is remarkable, and
disturbing, to us is that projects that would generate 6-month paybacks were
delayed.  If companies are delaying purchases of even hard dollar ROI projects
due to the economy, then the cornerstone of our confidence in the outlook for
enterprise software is misguided.
*       We do not believe ORCL's were self-inflicted.  Oracle was truly on
a roll.  Our field checks confirmed management's commentary that both December
and January results were strong (and above budget).  The company's applications
solution stack was maturing and appeared set to enter the tornado of growth.
Oracle did not lose these deals to competitors - the business was won, but the
deals did not close.  It is all but impossible for this turn of events to be
good news for other enterprise software firms.
*       We expect the shares to trade sluggishly from here for at least a
quarter.  Given the lower earnings visibility and relative market valuations, we
believe ORCL should trade in the mid-teens.

What Happened
Oracle entered the third month of the quarter with a lot of momentum.  Both
December was strong and we believe January was very good.  As the last week in
February approached, deals that had been O.K'd by division managers were simply
delayed when they reached the desk of the CFO or CEO.  We do not believe the
response was a gaming tactic designed to get a better price as that negotiation

http://www.firstcall.com/links/54/54015630726952314246/11121652220034478548/42305... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309196

had already been completed. Oracle had not lost out to a last minute competitor. The deals just did not close. Instead, the buyers said that they needed to see what was going to happen in the economy over the next 30 to 60 days. The result was flat to slightly down database sales, and applications growth of 50%. We had forecast 17% database and 75% applications growth.

We find these delays remarkable given the fact that the deployments were likely to produce rapid paybacks (particularly for e-business applications, in our view). The weakness was confined to the U.S. as the Rest of the World (ROW) performed in line with expectations. As expected, the dot com business was essentially non-existent as that business is now essentially extinct.

Dissecting the Historical Numbers
As is usual in software company shortfalls, Oracle is likely to have hit its expense budgets, causing the revenue shortfall to largely fall to the bottom line (e.g.- 84% fell to the pre-tax line).

Our New Outlook: A Back-End Loaded 2002
Our new estimates implicitly assume that the economy remains in recession/very slow through late summer. We further assume that Oracle does not meaningfully adjust its cost structure until later in the May quarter. Our assumption is that the adjustment process is gradual enough not to require a one-time write-off, although this is a distinct possibility if business becomes difficult enough.

On an annual basis, it appears as if Oracle's growth will be hardly slowed by the recession. However, we would caution that our forecasts are awfully back end loaded. In an economy that is still decelerating, such a growth curve will require more courage to accept than in more normal times.

Outlook for the Shares: A $14-18 Band
Oracle is a leading firm in a segment with good long-term prospects. From 1985-1997, enterprise software firms typically sold for 2-8x revenues, 15-60x P/E and 50-200% PE/G. If the market goes to the low end of that range, Oracle would trade at around $10 per share. Particularly bearish technicians might conclude this is where the shares are headed (see chart below). We believe if neither monetary nor fiscal policy reverses the trend of the economy soon, such a valuation band is likely. Assuming a more normal market and investors that give Oracle the benefit of the doubt, we believe the shares could trade at 110% of projected long-term EPS growth of a 27-31%, or about $14-15 per share. We have lowered our one-year price target to $25 (assuming a PE/G ratio of about 125%).

**ORCL 0000349**

The Implication for Other Enterprise Software Companies is Negative
We believe Oracle's shortfall indicates that most enterprise software firms will be hard-pressed to post good March quarters (at least). Furthermore, we believe there is a good likelihood that formerly hyper-growth companies will decide to slow their rates of revenue growth in order to boost earnings prospects. However, since this effort is likely to happen in the face of a poor economy, the impact is likely to be slower prospective revenue and earnings growth. While we are not changing our estimates of companies such as Ariba, Commerce One, E.piphany, Art Technology at this point, we will closely evaluate each firm's near-term outlook.

Longer-term, the entire technology sector is likely to come under pressure as indexes re-balance their sector weightings away from the these companies due to their declining market capitalizations. Much like mutual fund redemptions, this probable action is not a fundamental change in prospects, but it bears

http://www.firstcall.com/links/54/54015630726952314246/11121652220034478548/42305... 2/27/2002

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 309197**

consideration when thinking about possible software stock valuation bands.

Oracle is the world's second largest software company and the leading provider of state-of-the-art global e-Business solutions for Internet commerce and Web-based applications. With annual revenues exceeding $11 billion, the company offers its Internet platform, tools, and Internet-enabled applications, along with related consulting, education, and support services, in more than 145 countries.
This report is for information purposes only and does not constitute a solicitation or an offer to buy or sell any securities mentioned herein. While the information contained herein has been obtained from sources believed reliable, we do not represent that it is accurate and it should not be relied upon as such. Any opinions expressed herein reflect our judgement at this date and are subject to change from time to time. This firm and/or its directors, affiliates, officers, employees or members of their immediate families may have a long or short position in the securities mentioned in the report or in options, futures or other derivative instruments based thereon. Needham & Company and/or its affiliates may make a market or deal as principal in the securities mentioned in this document or in options or other derivative instruments based thereon. Needham & Company may have managed or co-managed a public offering of or acted as initial purchaser or placement agent for a private placement of any of the securities of any issuer mentioned in this document within the last three years, or may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any company mentioned in this document. Additional information on the securities mentioned is available on request.  c Copyright 2000 Needham & Company, Inc.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORCL 0000350

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309198