# Exhibit 476

```
11:05am EST   2-Mar-01 BlueStone Capital (Jean W. Orr, CFA 646.458.1138) ORCL
Oracle Announces Preliminary Q3 Financial Results
```

March 2, 2001
Jean W. Orr, CFA
646.458.1138/jorr@bluestonecapital.com
Matthew L. Norton
646.458.1137/mnorton@bluestonecapital.com

RESEARCH NOTE

| Company: | Oracle Corporation* | Symbol (NASDAQ): | ORCL |
|---|---|---|---|
| Industry: | Software | Price (03/01/01): | $21.38 |
| Rating: | 2 | Price Target: | $24.75 |
| Risk Profile: | Good Quality | Market Cap: | $125.58 billion |

Oracle Announces Preliminary Q3 Financial Results

| | | | |
|---|---|---|---|
| Est.3-yr. Ann. EPS Growth | 27.2% | Shares Outstanding | 5.875 billion |
| 2001E EPS | $0.44 | 52 Week Range | $46.47-$19.00 |
| 2002E EPS | $0.55 | Avg Daily Vol. | 48.0M shares |
| 2001E PE Ratio | 48.6x | Inst. Hldgs | 40.5% |
| 2002E PE Ratio | 38.9x | Insider Hldgs | 23.9% |
| Cur. Bk. Value/shr | $0.84 | 2001E Cash Flow/Shr | $0.56 |
| Ann. Dividend/Yield | Nil. | FY ends: | May |
| 2001E ROE | 55.1% | Next Reporting Date | March |

* BlueStone Capital makes a market in this security

HIGHLIGHTS
* After the market closed yesterday, Oracle announced that the third quarter results would not meet expectations. We had estimated earnings per share of $0.12 for the quarter, in line with consensus, but the company indicated that the earnings will be $0.10 per share.

* During the last weeks of the quarter, which is the most important time of the period for revenues, customers delayed making decisions resulting in fewer closings than had been expected. The concerns of the customers are reportedly the economic outlook and the impact of a slower economy on operations.

* We are reducing our earnings estimates for fiscal 2001 and 2002 to $0.44 and $0.55 per share, respectively. There is considerable uncertainty in the near-term outlook due to the economy; our estimates assume that there will be a pick-up in the second half of calendar 2001.

* The stock sold down in after hours trading last night and will likely sell lower today. We changed our rating on the stock from 4 (Underperform) to 2 (Outperform) before the market opened yesterday. We are making no change in our rating at this time. While the stock will likely underperform in the short term, we believe that it will outperform during the next twelve months. We are lowering our price target to $24.75 per share from $27 in recognition of our reduced earnings estimates.

INVESTMENT SUMMARY
During a conference call with investors last night, Larry Ellison, CEO of Oracle, stressed that the company did not lose business to competitors but that customers quit making decisions to buy. Results for the first two months of the quarter were actually ahead of forecasts, according to Mr. Ellison. Concerns about the economy apparently caused the change in decision-making. The uncertainty going forward is also related to the economic outlook since customers will probably require more confidence in growth to make purchase

NDCA-ORCL 091318

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

decisions.

We are lowering our estimates for this fiscal year and for fiscal 2002 based on slower growth, particularly in the third and fourth quarters of fiscal 2001. Our new earnings estimate for fiscal 2001 is $0.44 per share compared with our previous estimate of $0.50. For fiscal 2002, we are lowering our estimate from $0.60 per share to $0.55 per share.

We changed our rating on Oracle stock from 4 (Underperform) to 2 (Outperform) yesterday based on the stock's valuation and the company's outlook. Last night's announcement causes us to reduce our earnings estimates for near term and makes the outlook more uncertain. However, we believe that the stock will outperform the market over the next twelve months as these uncertainties are resolved.

| EPS | 2000A | 2001E | 2001E (prior) | 2002E | 2002E (prior) | 2003E |
|---|---|---|---|---|---|---|
| Q1 | $0.04 | $0.08A | $0.08A | $0.09 | $0.10 | $0.12 |
| Q2 | 0.06 | 0.11A | 0.11A | 0.11 | 0.13 | 0.15 |
| Q3 | 0.09 | 0.10 | 0.12 | 0.12 | 0.13 | 0.15 |
| Q4 | 0.15 | 0.15 | 0.19 | 0.23 | 0.24 | 0.28 |
| Year | $0.34 | $0.44 | $0.50 | $0.55 | $0.60 | $0.70 |
| Consensus | | $0.49 | $0.49 | $0.60 | $0.60 | NA |

| REV (MM) | 2000A | 2001E | 2001E (prior) | 2002E | 2002E (prior) | 2003E |
|---|---|---|---|---|---|---|
| Q1 | $1,984.5 | $2,261.9A | $2,261.9A | $2,450.0 | $2,650.0 | 3,100.0 |
| Q2 | $2,321.9 | 2,659.5A | 2,659.5A | 3,050.0 | 3,150.0 | 3,500.0 |
| Q3 | $2,449.4 | 2,669.0 | 2,835.0 | 3,250.0 | 3,300.0 | 3,850.0 |
| Q4 | $3,374.3 | 3,500.0 | 3,800.0 | 4,300.0 | 4,350.0 | 4,950.0 |
| Year | $10,130.1 | $11,089.4 | $11,586.9 | $13,050.0 | $13,450.0 | $15,400.0 |

This report has been prepared from original sources and company data we believe to be reliable, but make no representation as to its accuracy or completeness. This report is published solely for information purposes and is not to be construed either as an offer to sell or the solicitation of an offer to buy any security or the provision of or an offer to provide investment services in any state where such an offer, solicitation or provision would be illegal. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. BlueStone Capital Securities, Inc., its affiliates and subsidiaries and/or their officers and employees may from time to time acquire, hold, or sell a position in the securities mentioned herein. Additional information on subjects in this report is available upon request. Member NASD, ISMA, and SIPC. All rights reserved by BlueStone Capital. BSR-01-150.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091319

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER