# Exhibit 477

07:30am EST  2-Mar-01 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: Pre-Announcement: Large Deals Slip due to Customer Concern over E... P1-

Part 1 of 3

CIBC World Markets

|  |  |
|---|---|
| Enterprise Software | March 2, 2001 |
| Melissa Eisenstat (212) 667-4665 | Oracle Corporation |
| Jeff Burnett (212) 667-7990 | Pre-Announcement: Large Deals Slip due to Customer Concern over Economy |

Investment Conclusion
Oracle pre-announced that 3Q01 EPS would be roughly $0.10 vs. our and the Street's $0.12 estimate. Revenues are expected to grow 9% to $2.7B, below our forecast of $2.9B based on 19% growth. Management attributed the shortfall to customers' cautious approach to information technology (IT) spending over concerns of the U.S. economic situation.

Management indicated that all deals representing a significant IT investment for customers were being delayed by senior "C-level" executives after being approved by business managers. Given the economic slowdown, we think the sales cycle for large deals is lengthening.

Uncertainty about the US economy is likely to plague Oracle as well as the software group as a whole. Without any beam of light that indicates IT spending patterns are changing, we think it will be hard for Oracle, or any software company to give much positive guidance.

We have lowered our revenue forecast for FY01-02 to $11.2B from $12.1B and $13.1B from $14.7B respectively. On the bottom line, we have lowered our respective EPS estimates to $0.45 from $0.51 and $0.52 from $0.61.

Without improved visibility we think it will be hard for Oracle's stock to show much appreciation. At the same time, as a core technology vendor to the vast majority of corporations, we think that when the economy turns, Oracle will be one of the first to benefit. We would not be surprised to see the company ratchet down estimates on the 3/15 conference call and advise investors to stay on the sidelines until estimates are firmed up in the next several weeks.

| | |
|---|---|
| Rating: | BUY |
| ORCL-OTC(3/1/2001) | $21 3/8 |
| 52-week | $46 1/2-18 13/16 |
| Shares Out | 5.9 Billion |
| Float | 4.4 Billion Shares |
| Market Cap | $126 Billion |
| Div/Yield | Nil/Nil |
| Fiscal Year | May |
| Book Value | $0.84 per Share |
| FY 2001E ROE | 52.0% |
| LT Debt | $301 Million |
| Preferred | Nil |
| Com Equity | $4.9 Billion |

| Earnings per Share | Prior | Current |
|---|---|---|
| FY 2000 | --- | $0.34 |
| FY 2001E | $0.51 | $0.45 |
| FY 2002E | $0.61 | $0.52 |
| P/E Ratio | | |
| FY 2000 | --- | 62.9X |
| FY 2001E | 41.9X | 47.5X |
| FY 2002E | 35.0X | 41.1X |

melissa.eisenstat@us.cibc.com

Company Description:
Oracle is the second largest software company. It dominates the enterprise software industry, selling a broad range of products including databases, tools and applications.

http://www.firstcall.com/links/40/4045150889537500799/95405816436573419045/423009... 2/27/2002

NDCA-ORCL 091374

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

We value the shares of Oracle on a market
capitalization-to-revenue basis of our CY01
forecast, but have lowered our multiple to
14X from 19X to reflect market conditions.
We are lowering our target price to $28 from
$42.


Pre-Announces Disappointing 3Q01 Results

Oracle pre-announced that its 3Q01 (February) earnings per share would be
roughly $0.10 compared with our $0.12 estimate and the Street's $0.12
estimate.  The company expects revenues to grow 9% to $2.7 billion, below our
forecast of $2.9 billion based on a 19% growth rate assumption.  Management
attributed the shortfall to their customers' cautious approach to information
technology (IT) spending over concerns of the U.S. economic situation.  The
top line was also negatively impacted by a 4% currency effect.

Though management did not provide much detail, we have used their growth rate
estimates to impute the results as following:  License revenues are expected
to grow 6% to $1.14 billion, below our forecasted 24% growth rate to $1.33
billion.  Applications revenues are expected to grow at approximately 50%, to
approximately $298 million, below our forecasted 72% growth to $342 million.
Database revenues are expected be flat to slightly down from last year's $778
million whereas we had forecast 18% growth to $920 million.  While management
commented that services revenues were benefiting from the strong growth rate
in applications over the past several quarters, we estimate that they are
likely to come in at roughly $1.38 billion, growing 10% compared with our
forecasted 15% growth rate to $1.59 billion.

Management indicated that revenues were on track until the last few weeks of
the quarter.  Across the board, all deals that represented a significant IT
investment were being delayed by senior "C-level" executives after being
approved by business managers.  Considering the slowdown in the economic
growth over the last quarter, we think that any company for which the purchase
of Oracle's software is a significant expenditure is likely to take a longer
time in making their purchasing decisions.  Management was highly confident
that the delayed deals were not lost and that customers using Oracle's
software would "have to buy" the software and would eventually proceed with
the delayed projects.  However, we are skeptical that customers "have to buy"
anything.

Another reason behind Oracle's woes may be incremental pressure from
Microsoft, which has long claimed its objective in the enterprise is to
undercut Oracle.  Although Oracle management indicated it had not lost any
deals to competitors, we think there could be some database pricing pressure
==========================================================================

This report is issued by (i) in the US, CIBC World Markets
Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC
World Markets Inc., a member of the IDA and CIPF, and (iii)
in the UK, CIBC World Markets International Ltd. or CIBC
World Markets plc, each of which is regulated by the SFA.
Any questions should be directed to your sales
representative.

Every state in the United States, province in Canada and
most countries throughout the world have their own laws
regulating the types of securities and other investment
products which may be offered to their residents, as well as


http://www.firstcall.com/links/40/404515088953750079995405816436573419045/423009...  2/27/2002

NDCA-ORCL 091375

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice.

A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested.
The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.
more to follow...Part 1 of 3

First Call Corporation, a Thomson Financial company.

NDCA-ORCL 091376

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

All rights reserved.   888.558.2500
]

EON

NDCA-ORCL 091377

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER