# Exhibit 478



**Equity Research**                                                                                                    **MARCH 2, 2001**

Mark Verbeck
mark.verbeck@epoch.com
(415) 315-3307

David Trainer
david.trainer@epoch.com
(646) 756-2561

Timothy Madda
tim.madda@epoch.com
(415) 315-3127

http://www.epoch.com

**SOFTWARE**

**ORACLE CORPORATION (NASDAQ: ORCL)**

## Oracle Warns on Q3; Cautious Execs Delay IT Spending

- Oracle warned that 3Q revenues were lackluster across the board. The company estimates databases will experience flat to slightly negative growth (our already lowered estimate was 15%) and that applications will grow 50% (we estimated 75%). The company now estimates earnings per share (EPS) of $0.10 for the quarter. Our estimate was $0.12.

- We are revising our estimates to conform with the company's preliminary results in 3Q. For 4Q, we estimate EPS of $0.16, down from our prior estimate of $0.21. We are making no changes to our FY02 estimate at this time given limited visibility and ongoing economic uncertainty.

- The company attributes a substantial portion of postponed deals to last-minute hesitancy at the executive level. Weakness arose almost entirely from the U.S. market -- EMEA and APAC were strong across all products in the quarter. Spending in the telecom industry was particularly soft.

- We believe this hesitancy will continue so long as the U.S. equities market and economic indicators remain weak. Should this sentiment change, we believe demand will quickly rebound, but we have no visibility into when this may occur. We are still confident in the fundamental drivers for data storage and Oracle's applications strategy long-term.

- Oracle will announce complete 3Q earnings on March 15.

> Oracle is the foremost vendor of database management software worldwide and is a leading provider of enterprise software applications enabling companies to manage internal processes, interact with customers and conduct electronic commerce.

| | | | | | |
|---|---|---|---|---|---|
| Price (03/01/01) | $21.38 | FY Ends May | 2000 | 2001 | 2002 |
| NASDAQ Composite (03/01/01) | 2,183 | **Revenue (MM)** | **$10,130.2** | **$11,301.4** | **$14,546.0** |
| | | Previous Est.(MM) | NC | $11,980.9 | $14,576.9 |
| 52-Week Range | $18.75 - 46.47 | EPS | | | |
| Shares Outstanding (MM) | 5,585.9 | Q1 | $0.04A | $0.08A | |
| Market Capitalization (MM) | $119,399 | Q2 | $0.06A | $0.11A | |
| Avg. Daily Vol.(3 Mo.)(000s) | NM | Q3 | $0.08A | $0.10E | |
| | | Q4 | $0.15A | $0.16E | |
| | | **Fiscal Year EPS** | **$0.34A** | **$0.45E** | **$0.63E** |
| | | Previous Est. | $0.34 | $0.52 | $0.63 |
| | | **P/E** | **62.9x** | **47.5x** | **33.9x** |

*Source: Epoch Partners*



**Equity Research**  **MARCH 2, 2001**

The information contained herein is based on sources believed to be reliable but is neither all inclusive nor guaranteed by Epoch Partners. Opinions, if any, reflect our judgment at this time and are subject to change. Epoch Partners does not undertake to advise of changes in its opinion or the information. Epoch Partners may perform or seek to perform investment banking services for the issuers of securities which are the subject of our Research. Most of the companies Epoch Partners follows are emerging growth companies whose securities typically involve a higher degree of risk and more volatility than the securities of more established companies. The securities discussed in the Epoch Partners Research may be unsuitable for investors depending on their specific investment objectives and financial situation and needs. No report included in the Epoch Partners Research is a recommendation that any particular investor should purchase or sell any particular security in any amount or at all and is not a solicitation of any offer to purchase or sell from or to any particular investor. For additional information that may be available on the securities mentioned, please contact Epoch Partners.This document has been published in the United States for Residents of the United States. Copyright 2000, 2001 Epoch Partners. All rights reserved. Member NASD/SIPC.