# Exhibit 479

```
09:06am EST  2-Mar-01 Frost Securities (George L. Chandler (214)515-4470) ORCL
Oracle Announces Preliminary Results for 3Q01; Lowering Rating from BUY to HOLD

ORACLE CORPORATION R E S E A R C H     N O T E
(NASDAQ: ORCL) T E C H N O L O G Y
RATING: BUY
George L. Chandler
214-515-4470
March 3, 2001 george.chandler@frostsecurities.com

Oracle Announces Preliminary Results for 3Q01; Lowering Rating from BUY to HOLD
Based on Visibility

Earnings Per Share
FY      1Q     2Q     3Q     4Q    Full-Yr P/EPS
1999A $0.07  $0.10  $0.10  $0.18  $0.45   99.6x
2000A $0.08  $0.13  $0.17  $0.31  $0.69   62.4x
2001E $0.13  $0.19  $0.22  $0.37  $0.91   43.6x


KEY POINTS:

ú Oracle announced preliminary results for 3Q01, ending the February quarter.
The company expects flat to negative database growth and 50% applications growth
for a 6% year-over-year growth in license revenues.
ú The company expects EPS to come in at $0.10 versus our estimate and the Street
consensus of $0.12.
ú Oracle reported delays from a significant number of US-based companies, along
with a total drop-off of dot-coms sales.
ú In addition, we believe that customers may be using the economy as a tool to
drive lower pricing.
ú In our opinion, senior executives with sign-off ability on expensive purchases
such as Oracle's database and applications will wait longer than a few weeks or
months past an economic upturn to ensure that the improvement is "real".
ú Based on reduced visibility into the revenue stream and the current
uncertainty in the economy, we are reducing our rating on Oracle from a BUY to a
HOLD.



Frost Securities, Inc. makes a market in ORCL.

Additional information on the securities mentioned is available on request. This
does not purport to be a complete statement of all material facts related to
any company, industry, or security mentioned. The information provided, while
not guaranteed as to accuracy or completeness, has been obtained from sources
believed to be reliable. The opinions expressed reflect our judgment at this
time and are subject to change without notice and may or may not be updated.
Frost Securities, Inc., its officers, directors, affiliates, and/or employees
(including the author of this report) may from time to time have a long or short
position in publicly or privately issued securities of companies mentioned or
derivatives thereof and may sell or buy such securities for their own or related
accounts. This notice shall not constitute an offer to sell or the solicitation
of an offer to buy, nor shall there be any sale of these securities in any
state in which said offer, solicitation, or sale would be unlawful prior to
registration or qualification under the securities laws of any such state.  O
2000 Frost Securities, Inc.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]
```

NDCA-ORCL 091328

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

EON

http://www.firstcall.com/links/90/90332584510730075025/546904803077655991/4230361... 2/27/2002

NDCA-ORCL 091329

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER