# Exhibit 481

```
08:58am EST  2-Mar-01 Pacific Crest Securities   (Brendan Barnicle (800) 314-983
ORCL: Macro Slowdown leads to Oracle Earnings Shortfall; Model Revisions

Pacific Crest Securities
1191 Second Ave., Suite 1440
Seattle, WA 98101

Oracle Corporation (ORCL - $21 3/8         March 2, 2001)
Brendan Barnicle, 206-689-5611, bbarnicle@pacific-crest.com

Macro Slowdown leads to Oracle Earnings Shortfall; Model Revisions

Rating: Buy
Changes: NA
Price: $21 3/8                          52-Week Range         $21.38-$46.47
FY End: May                             12-Mnth Price Tgt     $42
                                        Shares Out (Bil)      5.87B
EPS        2000A    2001E    2002E      Market Cap (Bil)      $119B
Aug        $0.04a   $0.09a   $0.10e     Avg Daily Vol         45.9MM
Nov        $0.06a   $0.11a   $0.13e     Book Value            $0.84
Feb        $0.13a   $0.10e   $0.12e     Short Position        58.6MM,-14%m/m
May        $0.11a   $0.18e   $0.22e     3-5 Yr EPS Growth     20%
FY         $0.34a   $0.47e   $0.55e
P/E        63X      45X      39X
                                        FY2001E EPS-Street:   $0.51
Revs (Mil) 2000A    2001E    2002E
Aug        $1,985A  $2,263A  $2,613E    Trailing 12 Sales:    $10.745B
Nov        $2,321A  $2,660A  $3,103E    Mkt Cap/Sales:        11.1X
Feb        $2,449A  $2,658E  $3,123E
May        $3,375A  $3,670E  $4,381E    Qtr End               November
FY         $10,130A $11,251E $13,220E   Rep Date              March 15, 2001
Key Points:
```

-- Macro Conditions Lead to Oracle Shortfall.  Last night, Oracle announced that
it will miss its earnings target for FY3Q2001.  The Company said that in the
final days of last month (the end of FY3Q2001), several US customers postponed
major purchases because of concerns over the slowing US economy.  As a result,
revenue and earnings targets will not meet consensus estimates.  Management
feels confident that the postponed purchases will be converted to sales over the
next two quarters.  We are more skeptical, and we have revised our model for
FY2001 and FY2002.
-- Company Provided No Guidance.  Oracle provided no new financial guidance last
night.  Management will present new guidance on their earnings call on March
15, 2001.
-- Major Disappointment in Database Software Revenue.  Database software revenue
comprises the largest portion of Oracle's license revenue.  During the quarter,
it declined by 5% over last year.  Oracle had guided to 15% growth for database
software revenue, and consensus was at 15% growth.  Our model had 11% growth
because of our concern over macroeconomic conditions.  We have revised our model
for -5% growth through the remainder of the FY2001 and 7.5% growth in FY2002.
-- Applications Revenue met our Expectations.  Applications software revenue
comprises 12% of revenue.  During the quarter, it grew by 50%.  Oracle had
guided to 75% growth.  Our model had 50% growth because of our concern over
macroeconomic conditions.  We have revised our model to 45% growth through the
remainder of FY2001 and 50% growth in FY2002.
-- Slowing in the US.  While the Company did not give a geographic breakdown of
revenue, management did say that the disappointing sales occurred in the US.
Europe and Asia met the Company's expectations.
-- Bad Indicator for Enterprise Software.  It is likely that US companies have
been or will be postponing the purchase of other enterprise software products,

NDCA-ORCL 091333

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

as well.  Therefore, we are re-evaluating all of the companies in the enterprise software sector, including MSFT, SEBL and ITWO.  We expect to see declines in their stock prices.  Our channel checks have revealed some slowing in supply chain management software, and we expect that the same is true for customer relationship management software.  It will also be increasingly challenging for the smaller enterprise software companies that have limited product offerings, like RETK, EPNY, BVSN.
-- Changes to our Model.  We have made several changes to our model.  We have attached the revised model and a spreadsheet comparing the revised model and our previous model.  To summarize:

-- Attractive Long-Term Valuation.  In after hours trading, Oracle was trading at $17.  With our revised EPS estimates, the stock is at a 36 P/E ratio for FY2001 and a 33 P/E ratio for CY2001.  With a long-term growth rate of 20%, the stock has a 1.5 PEG ratio.  While the stock could trade lower, we believe that this is an attractive price for investors to consider building or adding to their position.  Oracle remains a market leader with several new products that are early in their product cycles.  Oracle also continues to improve its operating margins.  Operating margins improved from 31% in Q3FY2000 to 33% in Q3FY2001.  Over the long-term, Oracle is very attractive at current prices.

Reiterating our Rating of Buy.

The material contained herein is based on data from sources considered reliable, but we do not guarantee its accuracy and do not purport it to be complete.  This information is not intended to be used as the primary basis of investment decisions nor, because of individual client requirements, should it be construed as a representation by us or as an offer or the solicitation of an offer to sell or buy this security.  Any opinions expressed are subject to change.  From time to time, this firm or individuals associated with it may have a position in the securities mentioned and may make purchased and/or sales of those securities in the open market or otherwise.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

http://www.firstcall.com/links/25/25469642988897358840/63334377585805968604/42303... 2/27/2002

NDCA-ORCL 091334

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER