# Exhibit 482

```
00:33am EST  2-Mar-01 Robertson Stephens (Upin, Eric B (415) 693-3441) ORCL
Pre-Announces Q3:F01 (Ending February) Revenue and EPS Shortfa... (Part 1 of 2)
            I N T E R N E T  /  B U S I N E S S -
                    T O - B U S I N E S S
              E C O M M E R C E   R E S E A R C H
March 2, 2001

O R A C L E   C O R P O R A T I O N  (ORCL/$21.38)
Pre-Announces Q3:F01 (Ending February) Revenue and EPS Shortfall;
Management Attributes Delayed Deals in the Last Week of the Quarter to
Weakness in the U.S. Economy; We Maintain Our Cautious View on the Stock
Rating:  Long Term Attractive
Eric B. Upin   415/693-3441   eric_upin@rsco.com
Carey L. Jennings  415/248-4025   carey_jennings@rsco.com
Kristen B. Schaeffer  415/623-7543   kristen_schaeffer@rsco.com

Change In...      Yes/No    Was        Is
Rating             No                 LTA
EPS   F2000A       No                $0.34
EPS   F2001E       Yes      $0.50    $0.46
EPS   F2002E       No                $0.56

52-Week Range                  $46.47-18.75
FD Shares Outstanding            5,875.0 MM
Market Cap                     $125,607.5 MM
Avg Daily Volume (000)              46,000
Book Value/Share 11/00               $0.84
3-Yr Secular Gr Rate                25.00%
Dividend/Yield                   NONE/ NONE
Price/Book Value 11/00               25.5x
Total Debt/Tot Cap 11/00              5.8%
Net Cash/Share 11/00                 $0.69

FY May            F2000 A      F2001 E      F2002 E
EPS
1Q                 $0.04 A      $0.08 A      $0.08 E
2Q                 $0.06 A      $0.11 A      $0.12 E
3Q                 $0.08 A      $0.10 E      $0.14 E
4Q                 $0.15 A      $0.17 E      $0.23 E
Year               $0.34        $0.46        $0.56
P/E:                  NM         46.5x        38.2x
CY EPS:            $0.42        $0.51          NA
CY P/E:               NM         41.9x          NM

Rev (MM)           F2000 A      F2001 E      F2002 E
1Q              $1,984.5 A   $2,261.9 A   $2,580.0 E
2Q              $2,321.9 A   $2,660.0 A   $3,165.0 E
3Q              $2,449.4 A   $2,661.0 E   $3,390.0 E
4Q              $3,374.3 A   $3,745.0 E   $4,665.0 E
Year            $10,130.1    $11,327.0    $13,800.0
CY:             $10,808.6    $12,666.0         NA
Eqty Mkt Val/Rev:     NM        11.1x         9.1x
Eqty Mkt Val/CY Rev:  NM         9.9x           NM

Key Points
*  On Thursday after the market close, Oraclea    pre-announced  a  significant
   Q3:F01 (ending February) revenue and EPS shortfall  attributing the miss to
   delayed deals at customers in the U.S. Management emphasized that while  the
   Asia-Pacific and European geographies continued to perform well, slowing  in
```

http://www.firstcall.com/links/76/76911333163511146244/73462351639676151170/42273... 2/27/2002

NDCA-ORCL 091402

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

the U.S. economy caused senior executives to defer spending decisions in the last few days of the quarter. Management does not plan to discuss its Q4:F01 (end May) outlook until the company reports February quarter results on Thursday, March 15.

* Specifically, management provided the following guidance for the February quarter:
  1) Database licenses: Flat to slightly down year/year growth versus previous guidance of 15-20% year/year growth implying revenue of $778 million or less for the quarter, or a 13-17% miss. The company had been projecting database license revenue of $895-$934 million.
  2) Application licenses: 50% year/year growth versus previous guidance of 75% year/year growth implying revenue of $298 million, or a 14% miss. The company had been projecting application license revenue of $348 million.
  3) Services revenue: 10% year/year growth versus our estimate of 15%. Overall, management expects product revenue growth of about 6% year/year for the quarter and total revenue growth (including products and services) of approximately 9% or an 9% shortfall.
  4) Operating margin: 33% versus our estimate of 35% implying year/year margin expansion of 100-150 basis points. Oracle generated a 35.6% operating margin in the November quarter and a 31.4% operating margin in the year-ago quarter.
  5) EPS: $0.10 versus Street consensus of $0.12. Oracle delivered EPS of $0.11 in the November quarter and $0.08 in the year-ago quarter.
* On the conference call, management stated that the U.S. market accounted for nearly all of the revenue shortfall. Within the U.S., weakness was across the board where buying decisions were deferred (though not cancelled) in both database and applications deals and at companies large and small. Performance was particularly soft in certain industries, such as telecom and Internet start-ups. Management attributed these delays to senior executives more conservative spending behavior in an uncertain economic environment. According to management, decisions were put off in just the last few days of the quarter marking a change from Oracle s strong December and January months when the company was still tracking ahead of plan.
* Although management did provide guidance for the May quarter, we are lowering our revenue and EPS estimates at this time. For Q4:F01, we are taking total revenue from $4.03 billion (representing 19% year/year growth) to $3.74 billion (11% year/year growth), the operating margin from 42.4% to 39.2% and EPS from $0.19 to $0.17. We are lowering database license revenue from $1.43 billion (16% year/year growth) to $1.33 billion (8% year/year growth) and application licenses from $715 million (60% year/year growth) to $605 million (35% year/year growth). As a result, for F2001, we are now projecting revenue of $11.32 billion (12% year/year growth), an operating margin of 34.8%, and EPS of $0.46.
* As we stated when we downgraded the stock in early October, we continue to believe visibility into the May quarter numbers is limited and our estimates are subject to additional downward revisions from here. We believe software companies currently face significant challenges and uncertainty in light of the slowing economy and more restricted IT budgets where potentially longer sales cycles, greater pricing pressure, and smaller deal sizes result in limited visibility and greater risk to Street estimates over the near-term. At this time, our concerns specifically surround Oracle s numbers include the following:
  1) The company has not yet provided May quarter guidance.
  2) As of March 15th, we believe it will still be difficult for management to accurately assess the economic conditions and impact on software spending moving forward.
  3) If the slowdown in the U.S. economy becomes deeper and more protracted, this could be the first in a series of downward estimate revisions over the next few quarters.

http://www.firstcall.com/links/76/769113331635111146244/73462351639676151170/42273...   2/27/2002

NDCA-ORCL 091403

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

    We believe these economic concerns, coupled with the company s aggressive guidance, the back-end loaded nature of Oracle s fiscal year, challenges associated with the early stages of a major new product cycle, and the competitive landscape all translate into risk to the stock at these levels.

* Based on a stock price of $20 and our revised estimates, Oracle trades at a C2001 P/E of 42.5x and at a C2001 revenue multiple of 9.8x compared to a median P/E range of 53x to 60x and price-to-sales multiples of 5.6x to 7.6x over the past four years. While we recognize that these valuation multiples are more in line with historical levels, we believe they are still not cheap, particularly in light of the economic and company-specific risk factors already discussed. However, given that the stock has fallen dramatically (where, like most software companies, it traded outside normal valuation boundaries) and the company continues to have one of the strongest franchises and most compelling visions in the technology sector, the question clearly becomes: When is it time to get involved with the stock? At this time, our answer is: Not yet. Therefore, we maintain our cautious outlook and Long-Term Attractive rating.

Recap of Oracle s Pre-Announced Guidance for Q3:F01 (ending February)
Figure 1: Q3:F01 Estimates vs. Preliminary Results  By Business Segments ($ Millions)

Source: Company reports and Robertson Stephens.

Figure 2: Q3:F01 Estimates vs. Preliminary Results  By Reported Segments ($ Millions)

Source: Company reports and Robertson Stephens.

Revised RS Estimates for Q4:F01 (ending May)
Figure 3: Our Revised Q4:F01 Estimates ($ Millions)

Source: Company reports and Robertson Stephens.

Historical Software Company Valuations

Source: Company reports and Robertson Stephens.

The Company
Oracle Corporation, founded in 1977 and headquartered in Redwood Shores, California, is one of the largest and most prominent companies in the software space -- and a technology bellwether. The company provides Internet software infrastructure, including database servers, as well as business applications and services, to Global 2000 companies worldwide.

Investment Thesis
We believe Oracle offers one of the most comprehensive software solutions in the market, including databases, application development tools, ERP and B2B applications, support, consulting, education, and training. We believe Oracle represents a leading player in the software space for the following reasons: (1) the dominant player in the database software market with more than $10 billion in total F2000 revenue; (2) well-positioned to capitalize on the growth of the Internet and eBusiness given its marketshare in software infrastructure and initiatives in the applications area; (3) highly profitable business model generating 15-40% operating margins; (4) multiple legs of growth, including new products, new customers, deeper penetration of its large installed base, and expansion into broader market segments with hosted solutions.

Investment Risks
Among the risks are (1) potential fluctuations in quarterly operating results due to seasonality, delays in the sales cycle, and delays in new product releases; (2) new product development efforts and rapid pace of technological

NDCA-ORCL 091404

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

change; (3) management of rapid growth; (4) reliance on third party systems integrators to sell and implement Oracle solutions; (5) competition from providers of best-of-breed applications, databases, and development tools; and (6) successful execution on a broad-base strategy, including the company's major release of the 11i application suite.

This research report is a product of Robertson Stephens, Inc.

If noted in the text of this report, the following may apply:

(a) - Robertson Stephens maintains a market in the shares of this company.
(b) - Robertson Stephens has been a managing or comanaging underwriter for or has privately placed securities of this company within the past three years.
]

EON

http://www.firstcall.com/links/76/76911333163511146244/73462351639676151170/42273...  2/27/2002

NDCA-ORCL 091405

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER