# Exhibit 483

```
07:50am EST  2-Mar-01 Salomon Smith Barney (Gretchen Teagarden 212-816-8362)
ORCL: Negative Preliminary Results; Lowering Estimates and Rating
```

SALOMON SMITH BARNEY

Oracle Corporation (ORCL)
ORCL: Negative Preliminary Results; Lowering Estimates and     3H (Neutral, High
Rating                                                                   Risk)
                                                           Mkt Cap: $125,607.5
                                                                            mil.

March 2, 2001                   SUMMARY
                                * After the close, Oracle released 3Q preliminary
ENTERPRISE SOFTWARE/B2B           results of $0.10 versus our estimate and
Gretchen Teagarden, CPA           consensus of $0.12 driven by lower than
212-816-8362                      anticipated revenue growth particularly flat to
gretchen.teagarden@ssmb.com       negative database growth..
                                * Given the reduction in earnings visibility and
                                  the slower projected earnings growth rate, we
                                  downgrading the stock to a 3H.
                                * If Oracle is seeing a deferral of this
                                  magnitude, we believe the Company's shortfall is
                                  an omen for other names in our universe. Given
                                  that Oracle has a February-quarter end, and the
                                  slow down only began to affect the company during
                                  the later portion of February, we believe other
                                  applications vendors may face difficulty in March
                                  and could have a hard time meeting expectations.

FUNDAMENTALS
P/E    (5/01E)                           46.5x
P/E    (5/02E)                              NA
TEV/EBITDA   (5/01E)                     29.3x
TEV/EBITDA   (5/02E)                        NA
Book Value/Share   (5/01E)              $0.84
Price/Book Value                         25.5x
Dividend/Yield   (5/01E)                 NA/NA
Revenue (5/01E)            $11,426.0 mil.
Proj. Long-Term EPS Growth                  NA
ROE  (5/01E)                                NA
Long-Term Debt to Capital(a)             14.4%
ORCL is in the S&P 500(R) Index.
(a) Data as of most recent quarter

SHARE DATA                          .  RECOMMENDATION
Price (3/2/01)              $21.38     Current Rating              3H
52-Week Range       $46.31-$19.00      Prior Rating                2H
Shares Outstanding(a)  5,875.0 mil.    Current Target Price    $15.00
Convertible                     No     Previous Target Price   $33.00

EARNINGS PER SHARE
FY ends            1Q         2Q         3Q         4Q      Full Year
5/00A    Actual    $0.04A     $0.07A     $0.13A     $0.15A     $0.38A
5/01E    Current   $0.09A     $0.11A     $0.10E     $0.17E     $0.46E
         Previous  $0.09A     $0.11A     $0.12E     $0.20E     $0.52E
5/02E    Current       NA         NA         NA         NA         NA
         Previous  $0.09E     $0.13E     $0.15E     $0.25E     $0.62E
5/03E    Current       NA         NA         NA         NA         NA
         Previous      NA         NA         NA         NA         NA
First Call Consensus EPS: 5/01E $0.51; 5/02E $0.62; 5/03E NA

http://www.firstcall.com/links/26/26529139060128819555/61761165156067290408/42301...  2/27/2002

NDCA-ORCL 091361

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Calendar Year EPS: 12/00E NA; 12/01E NA; 12/02E NA; 12/03E NA

OPINION

After the close, Oracle released 3Q01 preliminary results of $0.10 versus our estimate and consensus of $0.12 driven by lower than anticipated revenue growth. After considerable strength in December and January, the company began to see significant deferrals as companies became cautious about the US economic outlook. To quote Larry Ellison "Once the purchase order reached the CFO's desk, the CFO was reluctant to sign it."

Total license revenue appears to have grown only 6.0% during 3Q01 versus our estimate of 25%. Database revenue is expected to be flat to slightly negative versus original guidance of 15%-20% and our estimate of 18%. Applications growth is now estimated at 50% versus our estimate of 76%. The company now expects total revenue growth of 9.0% versus our original estimate of 20%.

The company expects operating margin will improve to 33.0% versus our estimate of 36.1%.

According to the company's preliminary earnings release, we are lowering our 3Q01 EPS estimate of $0.12 to $0.10. This is based on total revenue of $2.7 billion versus our original estimate of $2.9 billion and license revenue of $1.1 billion versus our original estimate of $1.3 billion.

The company will provide additional guidance on the scheduled earnings call on March 15th after the close. Given the lack of visibility and our belief that IT spending will likely remain under pressure for at least two more quarters, we are lowering our 2001 EPS estimates to $0.46 from $0.52.

Our estimate reductions are based on more conservative revenue growth assumptions. We are lowering our 2001 revenue estimate by 5.0% to $11.4 billion.

Given the reduction in earnings visibility and the slower projected earnings growth rate, we are lowering our $33 price target to $15 based on lower earnings expectations and reduced industry valuation metrics and downgrading the stock to a 3H.

Implications For Enterprise Software Stocks

If Oracle is seeing a deferral of this magnitude, we believe the Company's shortfall is an omen for other names in our universe. Given that Oracle has a February-quarter end, and the slow down only began to affect the company during the later portion of February, we believe other applications vendors may face difficulty in March and could have a hard time meeting expectations. We are reassessing our estimates for the other companies in our universe and provide a detailed overview of our estimate and rating revisions in our industry note.

INVESTMENT THESIS

Oracle has leveraged its dominant position in the database market to take advantage of the new and growing market for e-business solutions. We believe that over the next few years, Oracle is going to try and leverage its presence in the database market and the power of the web to do to enterprise applications what Microsoft did to desktop applications - commoditize them by offering them for free as part of the platform. We believe that Oracle's recent launch of oraclesalesonline.com, through which Oracle is offering the sales force automation web-based service for free, is the beginning of a major paradigm shift not only at Oracle but across the entire software industry.

http://www.firstcall.com/links/26/26529139060128819555/61761165156067290408/42301...   2/27/2002

NDCA-ORCL 091362

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Oracle's dominant position in the database market is a strong platform for dominating e-business applications. We believe the Web has the potential to drive a new IT architecture under which the database takes on a more active role in the application delivery. According to Dataquest, Oracle had 31% market share in the database market in 1999. We believe Oracle can quickly upsell the eBusiness Suite to its existing installed based of database customers. Additionally, Oracle has declared an aggressive strategy to increase its operating margins by 'Webifying' its internal operations. The company recently increased the original cost savings goal of $1 billion to $2 billion. By capitalizing on the Internet's inherently low-cost operating structure, Oracle plans to reduce operating expenses through web-based automation and headcount reduction.

COMPANY DESCRIPTION

Founded in 1977, Oracle Corporation is the world's second-largest software company, with a presence in more than 145 countries. The company has approximately 43,000 employees worldwide. Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software. Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management.

ADDITIONAL INFORMATION AVAILABLE UPON REQUEST

 Securities recommended, offered, or sold by SSB: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. (c) Salomon Smith Barney Inc., 2000. All rights reserved. Any unauthorized use, duplication or disclosure is prohibited by law and may result in prosecution. Please refer to ticker SSBDISCL for important Salomon Smith Barney Disclaimer information.

Gretchen Teagarden 212-816-8362
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

http://www.firstcall.com/links/26/26529139060128819555/61761165156067290408/42301...  2/27/2002

NDCA-ORCL 091363

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER