# Exhibit 484

SG Cowen

Oracle: (ORCL: $21)             Drew Brosseau            March 2, 2001

Rating: Maintain 2 (buy)

## ECONOMY CATCHES UP TO ORACLE, TRIMMING F01-02 ESTIMATES

|       | EPS (FY May) Old | EPS (FY May) New | Cal. P/E | Quarterly EPS Q1 | Q2 | Q3 | Q4 |
|-------|------|------|-----|-------|-------|-------|-------|
| 1999A | $0.22 | $0.22 |     | $0.03 | $0.05 | $0.05 | $0.09 |
| 2000A | 0.34 | 0.34 |      | 0.04  | 0.06  | 0.08  | 0.15  |
| 2001E | 0.51 | 0.47 | 41X  | 0.08A | 0.11A | 0.10a | 0.18  |
| 2002E | 0.64 | 0.60 | 32X  | 0.10  | 0.13  | 0.15  | 0.22  |
| Mkt Cap $124B | | | | | | | |

**Key Points:**
1. Pre-announced shortfall for Q3 of $230MM in revenues and 2¢ in EPS to $2.67B (+9%) and 10¢ (vs. 8¢)
2. Majority of miss caused by weak license sales, which came in just under $1.14B vs. our $1.32B estimate
3. Company blamed weak U.S. economy, rather than competition, as several deals were delayed last-minute
4. Product cycles remain sound, but weak economy and back-end loaded licenses limit visibility
5. Cutting F01-02 revenue and EPS to reflect more modest license growth; still room for more margins
6. Maintain 2 (buy) rating given more reasonable valuation, but lack of visibility should limit near-term upside

**Investment Thesis:**
Oracle is a leading supplier of enterprise DBMS, development tools and applications software that should continue to benefit from the transition to Internet computing. Solid growth in its market-leading DBMS business and increasing contribution from applications stemming from the release of 11i should drive an acceleration in top-line growth over the next couple of years from the mid-teens into the 20%s. Tight cost controls will drive further margin expansion, but earnings growth will steadily ease back toward the mid-20%s as incremental margin gains subside. Trading at 30X our F02 EPS estimate and likely to go lower after the preannouncement, the stock has pulled back significantly to more attractive levels in line with its traditonal PE. But management's lack of visibility and the weak economy are reasons for near-term caution. We remain positive on the stock long-term, but see little urgency in the current environment.

**Discussion:**

**SIGNIFICANT Q3 SHORTFALL PRE-ANNOUNCED** – Oracle pre-announced a Q3 revenue and earnings shortfall. Although the miss itself wasn't entirely unexpected, the degree of the miss was. Q3 revenues of nearly $2.67B (+9%) were $230MM below our estimate, and EPS of $0.10 (vs. 8¢) came in $0.02 below our $0.12 projection. At roughly -4%, the currency impact hurt revenues by approximately $100MM, but had less of an effect than in the previous quarter. Lower than expected license sales in both DBMS and applications were mainly responsible for the company's underperformance. Specifically, license revenue of $1.14B (+6% and 43% of total) was $180MM below our $1.32B estimate. DBMS licenses were roughly $770MM (-1%) and applications comprised $300MM (+50%) vs. our $900MM and $350MM estimates, respectively. Services revenue of $1.53B (+11%) was just slightly below our $1.58B number, providing the lone measure of stability during the quarter. As suspected, operating expenses of $1.77B (+5%) were well below our conservative estimate. But this $84MM expense cushion wasn't big enough to prevent the miss in EPS. Operating margins of 33% were up 200BP Y/Y, but significantly beneath our 36% expectation.

**ORCL Q3-F01 REVENUE BREAKDOWN ($MM)**

|  | Actual Q3:01 | % of Revs | Expected Q1:01 | Deviation | Y-to-Y Comparison Q3:00 | Growth | Q-to-Q Comparison Q2:01 | Growth |
|---|---|---|---|---|---|---|---|---|
| Revenues | $2,670 | 100.0% | $2,900 | ($230) | $2,449 | 9% | $2,660 | 0% |
| Americas | $1,520 | 56.9% | $1,750 | ($230) | $1,450 | 5% | $1,511 | 1% |
| Europe & MEA | $780 | 29.2% | $780 | $0 | $707 | 10% | $761 | 3% |
| Asia Pacific | $370 | 13.9% | $370 | $0 | $292 | 27% | $388 | -5% |
| Licenses | $1,140 | 42.7% | $1,320 | ($180) | $1,071 | 6% | $1,118 | 2% |
| Servers | $770 | 28.8% | $900 | ($130) | $778 | -1% | $775 | -1% |
| Tools | $45 | 1.7% | $45 | $0 | $66 | -32% | $38 | 17% |
| Applications | $300 | 11.2% | $350 | ($50) | $199 | 51% | $279 | 7% |
| Other | $25 | 0.9% | $25 | $0 | $28 | -11% | $25 | 0% |
| Services | $1,530 | 57.3% | $1,580 | ($50) | $1,378 | 11% | $1,541 | -1% |
| Consulting | $610 | 22.8% | $660 | ($50) | $624 | -2% | $669 | -9% |
| Support | $920 | 34.5% | $920 | $0 | $754 | 22% | $873 | 5% |

**WEAK U.S. ECONOMY TAKES THE BLAME** – Although very little color was provided by Oracle during its conference call, management was adamant that the shortfall resulted not because of competitive pressures, but rather due to the deteriorating U.S. economy. The company claims to have posted better than expected December and January results, but February experienced several deal delays and/or size reductions. Numerous large client engagements had been approved at the mid-management level, but consistent with what we've been hearing, were pushed off once reaching C-level executives. Not surprisingly, most of the weakness came in North America, while APAC and EMEA experienced solid growth. Regarding specific industries, telecom was especially sluggish, and it appears dot-com business essentially fell off the table.

**TUG OF WAR BETWEEN ECONOMY AND PRODUCT CYCLES** – If there is a silver lining among these clouds, it seems that Oracle clients have adopted a wait and see attitude regarding IT spending instead of abruptly slashing budgets. If we follow this logic, those deals pushed off during Q3 should materialize for Oracle over the next 3-6 months. However, if the economic picture doesn't improve, there is no guarantee that these deals will close under that time frame. Indeed, as we highlighted in our last report, Oracle's business now faces a tug of war between the sluggish economy and the company's product cycles in servers and applications. Based on our industry checks and management comments, the combination of Oracle8i, the upcoming Oracle 9i and Release 11i seems to be creating sufficient deal opportunities and competitive wins to drive healthy growth in licenses and services. But the urgency to buy has simply faded, as organizations take measure of their own business prospects and requirements. Looking forward, the economic uncertainty will likely continue for at least the next few months, limiting Oracle's visibility into its all-important and even more back-end weighted Q4. While the long-term prospects remain sound, the tug-of-war will make near-term projections difficult.

**CUTTING ESTIMATES FOR F01-02** – We hope to get more insight into Oracle's pipeline and expense plans on the official earnings call in a couple of weeks. In the meantime, management is giving no guidance and would prefer to see models left untouched. However, given the weakness in Q3 and the uncertain outlook, we are cutting our estimates for Q4:01 and F02 now and expect to make further refinements after the call. Most of the cuts have come from license revenues, but we've also edged down our assumptions for consulting services tied to those licenses. For Q4, we've cut our revenue and EPS by $380MM and 2¢, respectively to $3.7B (+10%) and 18¢ (vs. 15¢). This brings our full-year F01 estimates to $11.3B (+11%) and 47¢, on license sales of $5.1B (+14%) and services fees of $6.2B (+9%). For F02, we've trimmed our revenue and EPS estimates by $1.0B and 4¢ to $13.7B (+20%) and 60¢ (+28%) on operating margins of 41%. That said, with operating expense growth modeled at 16%, we still see room for further margin expansion through more conservative spending.

## ORCL F2000-2002 REVENUE MODEL ($MM)

| | F2000E | | | | | F2001E | | | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3a | Q4 | F2001 | |
| Revenues | $1,985 | $2,322 | $2,449 | $3,374 | $10,130 | $2,262 | $2,660 | $2,670 | $3,700 | $11,291 | $13,600 |
| Americas | 1,124 | 1,262 | 1,450 | 2,077 | 5,913 | 1,291 | 1,511 | 1,520 | 2,200 | 6,522 | 7,845 |
| EMEA | 618 | 756 | 707 | 902 | 2,983 | 643 | 761 | 780 | 1,000 | 3,184 | 3,680 |
| Asia Pacific | 243 | 304 | 292 | 395 | 1,234 | 327 | 388 | 370 | 500 | 1,586 | 2,075 |
| Licenses | 632 | 903 | 1,071 | 1,841 | 4,447 | 807 | 1,118 | 1,140 | 2,010 | 5,075 | 6,350 |
| Servers | 443 | 651 | 778 | 1,228 | 3,100 | 585 | 775 | 770 | 1,280 | 3,410 | 4,010 |
| Tools | 50 | 59 | 66 | 116 | 292 | 31 | 38 | 45 | 100 | 215 | 220 |
| Applications | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 300 | 600 | 1,335 | 2,000 |
| Other | 30 | 25 | 28 | 49 | 132 | 36 | 25 | 25 | 30 | 116 | 120 |
| Services | 1,352 | 1,419 | 1,378 | 1,534 | 5,683 | 1,455 | 1,541 | 1,530 | 1,690 | 6,216 | 7,250 |
| Consulting | 685 | 699 | 624 | 697 | 2,704 | 616 | 669 | 610 | 650 | 2,544 | 2,660 |
| Support | 667 | 720 | 754 | 837 | 2,979 | 839 | 873 | 920 | 1,040 | 3,672 | 4,590 |
| Growth | | | | | | | | | | | |
| Revenues | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 9% | 10% | 11% | 20% |
| Americas | 12% | 13% | 24% | 18% | 17% | 15% | 20% | 5% | 6% | 10% | 20% |
| EMEA | 9% | 7% | 2% | 2% | 4% | 4% | 1% | 10% | 11% | 7% | 16% |
| Asia Pacific | 34% | 35% | 33% | 35% | 34% | 35% | 28% | 27% | 27% | 28% | 31% |
| Licenses | 9% | 18% | 30% | 22% | 21% | 28% | 24% | 6% | 9% | 14% | 25% |
| Servers | 8% | 17% | 32% | 12% | 17% | 32% | 19% | -1% | 4% | 10% | 18% |
| Tools | 1% | -5% | -2% | 2% | -1% | -38% | -34% | -32% | -14% | -26% | 3% |
| Apps | 11% | 31% | 35% | 61% | 42% | 42% | 66% | 51% | 34% | 45% | 50% |
| Other | 19% | 15% | 33% | 66% | 35% | 22% | -2% | -11% | -38% | -12% | 3% |
| Services | 16% | 10% | 10% | 7% | 11% | 8% | 9% | 11% | 10% | 9% | 17% |
| Consulting | 7% | -3% | -7% | -8% | -3% | -10% | -4% | -2% | -7% | -6% | 5% |
| Support | 27% | 27% | 29% | 25% | 27% | 26% | 21% | 22% | 24% | 23% | 25% |

## ORCL F2000-2002 QUARTERLY P&L ($MIL)

| | F2000A | | | | | F2001E | | | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3a | Q4 | F2001 | |
| Revenues | $1,985 | $2,322 | $2,449 | $3,374 | $10,130 | $2,262 | $2,660 | $2,670 | $3,700 | $11,291 | $13,600 |
| Operating Expenses: | | | | | | | | | | | |
| Sales & Mktg | $538 | $631 | $595 | $852 | $2,617 | $573 | $641 | $689 | $907 | $2,809 | $3,286 |
| Cost of Services | 757 | 753 | 707 | 725 | 2,943 | 674 | 695 | 681 | 740 | 2,790 | 3,273 |
| R&D | 236 | 248 | 256 | 270 | 1,010 | 251 | 266 | 280 | 296 | 1,094 | 1,176 |
| G&A | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 120 | 148 | 486 | 557 |
| Total Oper. Exp. | $1,639 | $1,746 | $1,680 | $1,986 | $7,050 | $1,604 | $1,714 | $1,770 | $2,091 | $7,178 | $8,292 |
| Operating Income | 346 | 576 | 770 | 1,389 | 3,080 | 658 | 946 | 900 | 1,610 | 4,113 | 5,308 |
| % of Revenues | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 35.6% | 33.7% | 43.5% | 36.4% | 39.0% |
| Extraordinary | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Income | $18 | $15 | $8 | $48 | $90 | $118 | $20 | $50 | $50 | $238 | $300 |
| Pretax Income | 364 | 592 | 777 | 1,437 | 3,170 | 776 | 966 | 950 | 1,660 | 4,351 | 5,608 |
| % of Revenues | 18.4% | 25.5% | 31.7% | 42.6% | 31.3% | 34.3% | 36.3% | 35.6% | 44.9% | 38.5% | 41.2% |
| Income Taxes | 127 | 207 | 272 | 511 | 1,118 | 276 | 343 | 337 | 589 | 1,545 | 1,991 |
| Effective Tax Rate | 35.0% | 35.0% | 35.0% | 35.6% | 35.3% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| Net Income | 237 | 384 | 505 | 926 | 2,052 | 501 | 623 | 613 | 1,070 | 2,806 | 3,617 |
| % of Revenues | 11.9% | 16.6% | 20.6% | 27.4% | 20.3% | 22.1% | 23.4% | 22.9% | 28.9% | 24.9% | 26.6% |
| EPS | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.10 | $0.18 | $0.47 | $0.60 |
| Operating EPS | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.10 | $0.18 | $0.47 | $0.60 |
| Average Shares (MM) | 5,965 | 6,013 | 5,996 | 6,000 | 5,993 | 5,933 | 5,875 | 5,900 | 5,950 | 5,914 | 6,075 |
| Q/Q Revenue Growth | -33% | 17% | 5% | 38% | | -33% | 18% | 0% | 39% | | |
| Y/Y Revenue Growth | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 9% | 10% | 11% | 20% |
| Y/Y Expense Growth | 11% | 4% | 0% | -7% | 1% | -2% | -2% | 5% | 5% | 2% | 16% |
| Y/Y Headcount Growth | 15% | 8% | 1% | -4% | 5% | -5% | -3% | 0% | 3% | -1% | 5% |
| Y/Y EPS Growth | 21% | 38% | 72% | 74% | 58% | 113% | 66% | 23% | 17% | 39% | 25% |
| Incremental Op Marg. | 29% | 73% | 98% | 135% | 93% | 113% | 110% | 59% | 68% | 89% | 52% |

SG Cowen Securities Corporation makes a market in ORCL securities.
SG COWEN SECURITIES CORPORATION  BOSTON (617) 946-3700  NEW YORK (212) 495-6000  (212) 278-6000
SAN FRANCISCO (415) 646-7200  CHICAGO (312) 516-4690  CLEVELAND (440) 331-3531  DALLAS (214) 979-2735  WASHINGTON, DC. (410) 280-4750  LONDON 44-207-676-6000  GENEVA 41-22-707-6900  PARIS 331-4244-1740  TORONTO (416) 362-2229  ZURICH 41-1-225-2040

Further information on any of the above securities may be obtained from our offices. This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. Portions of this report may have been previously disseminated by our affiliated companies in the Société Générale Group. SG Cowen Securities Corporation, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein. The contents and appearance of this report are Copyright© and Trademark™ SG Cowen Securities Corporation 2001. All rights reserved.