# Exhibit 486

```
08:39am EST   2-Mar-01 USBancorp Piper (Jon M. Ekoniak 650-233-2278) ORCL
Oracle Corporation (ORCL): Prereleases Q3 Results; Neutral

U.S. Bancorp Piper Jaffray         www.gotoanalysts.com

Oracle Corporation (ORCL - $21 3/8)                        March 2, 2001
Jon M. Ekoniak, 650-838-1378, jekoniak@pjc.com
Kevin Merritt, 650-838-1373, kmerritt@pjc.com

Oracle Prereleases Q3 Results; Slowdown Attributed To Weakness In
Domestic IT Spending: Downgrading To Neutral Rating.

Rating: Neutral, Aggressive (#)
Price   $21 3/8                           52-Week Range $46 15/32 -$18 13/16
FY End        May                         Shares Outstanding (Mil)  5,872.0
                                          Market Cap (Mil)       $125,514.0
Operating EPS2000A   2001E      2002E     Avg Daily Volume        50,115,632
Aug       $0.04      $0.08A     $0.09     Book Value               4,926,463
Nov       $0.06      $0.11A     $0.11     Book Value per Share         $0.8
Feb       $0.09      $0.10E     $0.13     Dividend                      Nil
May       $0.16      $0.17E     $0.21     Net Cash per Share           $0.7
FY        $0.34      $0.46E     $0.54     Debt/Market Cap              0.4%
Cal       $0.43      $0.47E               3-5 Yr EPS Growth            N/A
P/E (Cal) 49.6       45.1       39.7(FY)


Revs ($million)
       2000A      2001E       2002E       Mkt Cap / Rev Multiples (Cal)
Aug    $1,984.5  $2,261.9A   $2,586.0     2000A                      11.7x
Nov    $2,321.9  $2,659.5A   $3,030.5     2001E                      10.4x
Feb    $2,449.4  $2,662.0E   $3,213.0     2002E (FY)                  9.5x
May    $3,374.3  $3,764.0E   $4,347.0
FY     $10,130.1 $11,347.4E  $13,176.5    Qtr End         February 28, 2001
Cal    $10,745.1 $12,042.5E                Rep Date         March 15, 2001
*EPS numbers do not include amortization or other noncash charges.

Highlights
--Oracle prereleased its Q301 earnings, indicating that its results will
  fall short of our estimates on both the top and bottom lines. The Company
  attributed the weakness to the domestic economic slowdown, where CXOs
  became hesitant to commit to contracts in this questionable economic
  environment.
--While the results are preliminary, we believe the Company will report
  revenue of $2.60 billion to $2.70 billion and EPS of $0.10, versus our
  estimates of revenue of $2.89 billion and EPS of $0.12. The Company is
  forecasting applications sales growth for the quarter of 50%, compared to
  previous estimates of 70% to 75%, while database sales are expected to show
  growth of -5% to 0% versus our estimate of 16%. Operating margins are
  expected to be 33%, compared to our estimates of 36%. The Company will
  report its official quarterly results on Thursday, March 15.
--The Company attributed the miss to last minute deferrals of deals at the
  end of the quarter. The Company's pipeline and tone of business continued
  to give positive signs until the last week or two of the quarter when it
  actually came time for customers to sign on the dotted line. Many U.S.
  customers deferred those purchases. Moreover, the Company experienced more
  deferrals among mid-market companies. While the Company anticipates they
  will eventually close the deals in the next few quarters, visibility for
  near-term revenue remains low at this point.
--We are lowering our estimates. For Q401, we are lowering our revenue
  estimates from $4.11 billion to $3.76 billion and EPS from $0.20 to $0.17.
```

NDCA-ORCL 091341

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

For fiscal 2002, we are lowering our revenue from $14.25 billion to $13.18 billion and EPS from $0.63 to $0.54.

Estimate Changes

| Period | EPS From | EPS To | Revenue ($ Mil) From | Revenue ($ Mil) To |
|---|---|---|---|---|
| Q301 | $0.12 | $0.10 | $2,890.0 | $2,662.0 |
| Q401 | $0.20 | $0.17 | $4,110.0 | $3,764.0 |
| FY01 | $0.51 | $0.46 | $11,921.4 | $11,347.4 |
| Q102 | $0.10 | $0.09 | $2,726.0 | $2,586.0 |
| Q202 | $0.13 | $0.11 | $3,202.0 | $3,030.5 |
| Q302 | $0.15 | $0.13 | $3,471.0 | $3,213.0 |
| Q402 | $0.25 | $0.21 | $4,852.0 | $4,347.0 |
| FY02 | $0.63 | $0.54 | $14,251.0 | $13,176.5 |

--Due to the continued weakness in the economy and the fact that Oracle's most important quarter comes at a time of low visibility, we are lowering our rating on Oracle to Neutral. Moreover, Oracle continues to trade at the high end of its historical range on a forward P/E basis, where the Company traded within a P/E range of 20-45 consistently from 1992 to mid-1999. At this time, and based on our new estimates, Oracle is trading at a P/E of approximately 45.5

Company Description
Founded in 1977, Oracle is a leading provider of database, application server, and enterprise application software. The Company's products allow companies to more effectively run their entire business by enabling the collection, storage, and analysis of corporate data (through its database), as well as the automation of various business functions, including payroll, procurement, and collaborative design (through its enterprise software). Oracle is the world's No. 1 provider of database software with an installed base of more than 100,000, as well as an enterprise software installed base of more than 8500.

Oracle is headquartered in Redwood Shores, California, is led by CEO and co-founder Larry Ellison, and currently employs more than 42,000 worldwide.

Investment Risks
--The management team is faced with managing rapid growth and continuing to execute while dealing with the challenges of growth.
--The Company must maintain its ability to hire and retain managerial talent, one of its most important resources. Oracle has lost two key executives, Ray Lane and Gary Bloom, during the past nine months.
--The Company has recently released and will soon be releasing a variety of new products across its entire product line, and is aggressively marketing these products to customers. While providing tremendous opportunity, these products may not be widely accepted by the market.
--The Company has traditionally experienced substantial seasonality in its business results, with fiscal Q4 (May quarter) normally representing the Company's strongest quarter, and the following fiscal Q1 (August) quarter oftentimes generating sequentially negative growth.
--The Company could be challenged to execute its strategy, should the U.S. economy's growth, and corporate IT spending, decelerate more rapidly than current forecasts indicate.

Some or all of the following hedges may pertain: (#)U.S. Bancorp Piper Jaffray Inc. makes a market in the company's securities. (~)A U.S. Bancorp Piper Jaffray Inc. officer, director, or other employee is a director and/or officer of the company. (@)Within the

http://www.firstcall.com/links/79/79219725403288984983/45626280105506352270/42302...  2/27/2002

NDCA-ORCL 091342

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

past three years, U.S. Bancorp Piper Jaffray Inc. was managing underwriter of an offering of, or dealer manager of a tender offer for, the company's securities or securities of an affiliate. Additional information is available upon request.
Not FDIC Insured          No Bank Guarantee          May Lose Value
This material is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This information is not intended to be used as the primary basis of investment decisions. Because of individual client requirements, it should not be construed as advice designed to meet the particular investment needs of any investor. It is not a representation by us or an offer or the solicitation of an offer to sell or buy any security. Further, a security described in this publication may not be eligible for solicitation in the states in which the client resides. U.S. Bancorp and its affiliated companies, and their respective officers or employees, or members of their families, may own the securities mentioned and may purchase or sell those securities in the open market or otherwise. In the United Kingdom, this report may only be distributed or passed on to persons of the kind described in Article 11(3) of the Financial Services Act 1986 (Investment Advertisements) (Exemptions) Order 1996 (as amended by the Financial Services Act 1986 (Investment Advertisements) (exemptions) Order 1997). Securities products and services offered through U.S. Bancorp Piper Jaffray Inc., member of SIPC and NYSE, Inc., a subsidiary of U.S. Bancorp. (c)2001 U.S. Bancorp Piper Jaffray Inc., 800 Nicollet Mall, Suite 800, Minneapolis, Minnesota 55402-7020
http://www.piperjaffray.com
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

http://www.firstcall.com/links/79/79219725403288984983/45626280105506352270/42302...   2/27/2002

NDCA-ORCL 091343

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER