# Exhibit 487

# TOTAL COMPANY - FY2001 FULL YEAR FORECAST

## $ in Thousands at Actual Rates

ORACLE

| | Year 2000 Actuals | FULL YEAR 2001 Forecast | Upside | Potential | Forecast vs PY % | Potential vs PY % |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| License | $ 4,354,068 | $ 5,005,968 | $ 579,500 | $ 5,585,468 | 15% | 28% |
| Consulting | 2,239,093 | 2,235,339 | (7,500) | 2,227,839 | 0% | -1% |
| Support | 2,978,772 | 3,689,112 | 22,500 | 3,711,612 | 24% | 25% |
| Education | 529,321 | 512,635 | - | 512,635 | -3% | -3% |
| Other | 23,166 | 41,065 | - | 41,065 | 77% | 77% |
| Other Non-Distribution | 5,707 | (0) | | (0) | -100% | -100% |
| Total Revenues | $ 10,130,128 | $ 11,484,119 | $ 594,500 | $ 12,078,619 | 13% | 19% |
| **Expenses** | | | | | | |
| License | $ 1,994,809 | $ 2,125,601 | $ 86,925 | $ 2,212,526 | -7% | -11% |
| Consulting | 1,713,819 | 1,699,655 | - | 1,699,655 | 1% | 1% |
| Support | 744,143 | 655,265 | (14,100) | 641,165 | 12% | 14% |
| Education | 310,168 | 300,900 | - | 300,900 | 3% | 3% |
| Other | 66,656 | 78,007 | - | 78,007 | -17% | -17% |
| Marketing | 363,378 | 418,313 | (2,800) | 415,513 | -15% | -14% |
| Global Alliances | 41,468 | 45,894 | - | 45,894 | -11% | -11% |
| G&A | 344,420 | 297,091 | (1,000) | 296,091 | 14% | 14% |
| Development & IT | 1,098,426 | 1,182,917 | (12,500) | 1,170,417 | -8% | -7% |
| Information Technology | 289,657 | 280,922 | - | 280,922 | 3% | 3% |
| Corporate | (303) | | | | nm | nm |
| Corporate Accruals | | 50,869 | - | 50,869 | nm | nm |
| Total Operating Expenses | $ 6,966,640 | $ 7,135,434 | $ 56,525 | $ 7,191,959 | -2% | -3% |
| Operating Income | 3,163,487 | 4,348,685 | 537,975 | 4,886,660 | 37% | 54% |
| Operating Margin % | 31% | 38% | | 40% | | |
| Other (Income)/Expense | (22,254) | (121,556) | | (121,556) | nm | nm |
| Investment (Gains)/Minority Loss (1) | (6,937,692) | 52,851 | (46,816) | 6,035 | nm | nm |
| Pre-Tax Income | $ 10,123,434 | $ 4,417,390 | $ 584,791 | $ 5,002,181 | -56% | -51% |
| Pre-Tax Margin % | 100% | 38% | nm | 41% | | |
| Tax Rate | 37.8% | 35.5% | 35.5% | | | |
| Tax Provision | 3,826,631 | 1,568,173 | 207,601 | 1,775,774 | -59% | -54% |
| Net Income | $ 6,296,803 | $ 2,849,217 | $ 377,190 | $ 3,226,407 | -55% | -49% |
| Weighted Average Shares | 6,009,586 | 5,910,208 | 5,910,208 | 5,910,208 | | |
| Earnings Per Share | 104.8c | 48.2c | 6.4c | 54.59c | -54% | -48% |
| Market Expectation | | | | 49.0c | | |

| Memo | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | $ 2,239,093 | $ 2,235,339 | $ (7,500) | $ 2,227,839 | 0% | -1% |
| Support | 2,978,772 | 3,689,112 | 22,500 | 3,711,612 | 24% | 25% |
| Education | 529,321 | 512,635 | | 512,635 | -3% | -3% |
| Other | 23,166 | 41,065 | | 41,065 | 77% | 77% |
| Total Services Revenues | $ 5,770,353 | $ 6,478,150 | $ 15,000 | $ 6,493,150 | 12% | 13% |

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Page 1

NDCA-ORCL 000310

Q3 Summary

# TOTAL COMPANY - Q3 FY2001 FORECAST

## $ in Thousands at Actual Rates

| | Q3 FY2000 Actuals | Forecast | Q3FY2001 Upside | Potential | Forecast vs PY % | Potential vs PY % |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| License | $ 1,048,445 | $ 1,233,925 | $ 159,500 | $ 1,393,425 | 18% | 33% |
| Consulting | 514,250 | 547,974 | 2,500 | 550,474 | 7% | 7% |
| Support | 754,413 | 914,834 | 13,000 | 927,834 | 21% | 23% |
| Education | 126,249 | 120,607 | - | 120,607 | -4% | -4% |
| Other | 3,393 | 9,893 | | 9,893 | 192% | 192% |
| Other Non-Distribution | 2,667 | | | | -100% | -100% |
| **Total Revenues** | $ 2,449,417 | $ 2,827,232 | $ 175,000 | $ 3,002,232 | 15% | 23% |
| **Expenses** | | | | | | |
| License | $ 451,210 | $ 539,912 | $ 23,925 | $ 563,837 | -20% | -25% |
| Consulting | 408,991 | 436,295 | - | 436,295 | -7% | -7% |
| Support | 194,263 | 167,775 | (6,600) | 161,175 | 14% | 17% |
| Education | 76,218 | 73,325 | - | 73,325 | 4% | 4% |
| Other | 20,380 | 22,060 | - | 22,060 | -8% | -8% |
| Marketing | 78,749 | 113,417 | (2,800) | 110,617 | -44% | -40% |
| Global Alliances | 10,192 | 11,749 | - | 11,749 | -15% | -15% |
| G&A | 72,767 | 73,995 | - | 73,995 | -2% | -2% |
| Development & IT | 282,641 | 313,575 | (7,500) | 306,075 | -11% | -8% |
| Information Technology | 65,151 | 70,503 | - | 70,503 | -8% | -8% |
| Corporate | 21,443 | 25,499 | - | 25,499 | -19% | -19% |
| Corporate Accruals | (24,367) | (6,715) | - | (6,715) | nm | nm |
| **Total Operating Expenses** | $ 1,657,659 | $ 1,841,389 | $ 7,025 | $ 1,848,414 | -11% | -12% |
| | | | | | | |
| Operating Income | 791,758 | 985,843 | 167,975 | 1,153,818 | 25% | 46% |
| Operating Margin % | 32% | 35% | | 38% | | |
| | | | | | | |
| Other (Income)/Expense | 7,052 | (20,003) | - | (20,003) | -384% | -384% |
| Investment (Gains)/Minority Loss (1 | (424,624) | 27,228 | (19,228) | 8,000 | nm | nm |
| Pre-Tax Income | $ 1,209,330 | $ 978,619 | $ 187,203 | $ 1,165,822 | -19% | -4% |
| Pre-Tax Margin % | 49% | 35% | | 39% | | |
| | | | | | | |
| Tax Rate | 36.9% | 35.5% | 35.5% | 35.5% | | |
| Tax Provision | 446,155 | 347,410 | 66,457 | 413,867 | | |
| Net Income | $ 763,175 | $ 631,209 | $ 120,746 | $ 751,955 | -22% | -7% |
| | | | | | | |
| Weighted Average Shares | 5,936,824 | 5,875,000 | 5,875,000 | 5,875,000 | | |
| | | | | | | |
| Earnings Per Share | 12.9¢ | 10.7¢ | 2.1¢ | 12.8¢ | -16% | 0% |
| Market Expectation | | | | 12.0¢ | | |

Memo:

| | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | $ 514,250 | $ 547,974 | $ 2,500 | 550,474 | 7% | 7% |
| Support | 754,413 | 914,834 | 13,000 | 927,834 | 21% | 23% |
| Education | 126,249 | 120,607 | - | 120,607 | -4% | -4% |
| Other | 3,393 | 9,893 | - | 9,893 | 192% | 192% |
| **Total Services Revenues** | $ 1,398,305 | $ 1,593,307 | $ 15,500 | $ 1,608,807 | 14% | 15% |

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 000311

Q4 Summary

## TOTAL COMPANY - Q4 FY2001 FORECAST
### $ in Thousands at Actual Rates

| | Q4 FY 2000 Actuals | Forecast | Q4FY2001 Upside | Potential | Forecast vs PY % | Potential vs PY % |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| License | $ 1,803,625 | $ 1,887,119 | $ 420,000 | $ 2,307,119 | 5% | 28% |
| Consulting | 569,711 | 606,876 | (10,000) | 596,876 | 7% | 5% |
| Support | 836,703 | 1,062,814 | 9,500 | 1,072,314 | 27% | 28% |
| Education | 153,351 | 164,231 | - | 164,231 | 7% | 7% |
| Other | 9,277 | 14,537 | - | 14,537 | 57% | 57% |
| Other Non-Distribution | 1,642 | (0) | - | (0) | -100% | -100% |
| Total Revenues | $ 3,374,310 | $ 3,735,578 | $ 419,500 | $ 4,155,078 | 11% | 23% |
| **Expenses** | | | | | | |
| License | $ 649,772 | $ 695,848 | $ 63,000 | $ 758,848 | -7% | -17% |
| Consulting | 407,895 | 435,349 | - | 435,349 | -7% | -7% |
| Support | 182,022 | 174,463 | (7,500) | 166,963 | 4% | 8% |
| Education | 72,597 | 84,888 | - | 84,888 | -17% | -17% |
| Other | 20,083 | 26,043 | - | 26,043 | -30% | -30% |
| Marketing | 123,001 | 104,090 | - | 104,090 | 15% | 15% |
| Global Alliances | 8,842 | 12,599 | - | 12,599 | -42% | -42% |
| G&A | 99,495 | 77,190 | (1,000) | 76,190 | 22% | 23% |
| Development & IT | 282,952 | 320,208 | (5,000) | 315,208 | -13% | -11% |
| Information Technology | 99,379 | 71,569 | - | 71,569 | 28% | 28% |
| Corporate | (49,190) | (23,202) | - | (23,202) | nm | nm |
| Corporate Accruals | 64,092 | 42,253 | - | 42,253 | nm | nm |
| Total Operating Expenses | $ 1,960,940 | $ 2,021,298 | $ 49,500 | $ 2,070,798 | 34% | 34% |
| Operating Income | 1,413,370 | 1,714,279 | 370,000 | 2,084,279 | -3% | -6% |
| Operating Margin % | 42% | 46% | | 50% | 21% | 47% |
| Other (Income)/Expense | (23,513) | (9,549) | - | (9,549) | | |
| Investment (Gains)/Minority Loss (1) | (6,510,823) | 27,588 | - | 27,588 | nm | nm |
| Pre-Tax Income | $ 7,947,705 | $ 1,696,241 | $ 370,000 | $ 2,066,241 | nm | nm |
| Pre-Tax Margin % | 236% | 45% | | 50% | -79% | -74% |
| Tax Rate | 38.3% | 35.5% | 35.5% | 35.5% | | |
| Tax Provision | 3,045,973 | 602,166 | 131,350 | 733,516 | | |
| Net Income | $ 4,901,733 | $ 1,094,075 | $ 238,650 | $ 1,332,725 | -80% | -76% |
| | | | | | -78% | -73% |
| Weighted Average Shares | 6,009,586 | 5,919,935 | 5,919,935 | 5,919,935 | | |
| Earnings Per Share | 81.6c | 18.5c | 4.0c | 22.5c | -77% | -72% |
| Market Expectation | | | | 19.0c | | |

Memo

| | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | $ 569,711 | $ 606,876 | $ (10,000) | $ 596,876 | 7% | 5% |
| Support | 836,703 | 1,062,814 | 9,500 | 1,072,314 | 27% | 28% |
| Education | 153,351 | 164,231 | | 164,231 | 7% | 7% |
| Other | 9,277 | 14,537 | | 14,537 | 57% | 57% |
| Total Services Revenues | $ 1,569,043 | $ 1,848,459 | $ (500) | $ 1,847,959 | 18% | 18% |

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 000312

ORACLE

TOTAL COMPANY - FY2001 FULL YEAR FORECAST

($ in Thousands at Budget Rates)

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000314

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 000315

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 000317

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 000320

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORACLE

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER