# Exhibit 488

# TOTAL COMPANY - FY2001 FULL YEAR FORECAST

**$ in Thousands at Actual Rates**  ORACLE

| | Year 2000 Actuals | FULL YEAR 2001 Forecast | FULL YEAR 2001 Upside | FULL YEAR 2001 Potential | Forecast vs PY % | Potential vs PY % |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| License | $ 4,354,068 | $ 4,930,552 | $ 465,803 | $ 5,396,355 | 13% | 24% |
| Consulting | 2,239,093 | 2,228,553 | 1,932 | 2,230,485 | 0% | 0% |
| Support | 2,978,772 | 3,695,733 | (16,128) | 3,679,605 | 24% | 24% |
| Education | 529,321 | 512,919 | 410 | 513,329 | -3% | -3% |
| Other | 23,166 | 39,849 | - | 39,849 | 72% | 72% |
| Other Non-Distribution | 5,707 | (0) | - | (0) | -100% | -100% |
| Total Revenues | $ 10,130,128 | $ 11,407,606 | $ 452,017 | $ 11,859,623 | 13% | 17% |
| **Expenses** | | | | | | |
| License | $ 1,994,809 | $ 2,087,303 | $ 69,870 | $ 2,157,173 | -5% | -8% |
| Consulting | 1,713,819 | 1,710,607 | - | 1,710,607 | 0% | 0% |
| Support | 744,143 | 652,598 | (768) | 651,830 | 12% | 12% |
| Education | 310,168 | 302,225 | - | 302,225 | 3% | 3% |
| Other | 66,656 | 73,239 | - | 73,239 | -10% | -10% |
| Marketing | 363,378 | 423,471 | - | 423,471 | -17% | -17% |
| Global Alliances | 41,468 | 44,287 | - | 44,287 | -7% | -7% |
| G&A | 344,420 | 298,845 | - | 298,845 | 13% | 13% |
| Development & IT | 1,098,426 | 1,175,191 | 496 | 1,175,687 | -7% | -7% |
| Information Technology | 289,657 | 288,830 | - | 288,830 | 0% | 0% |
| Corporate | (303) | 59,805 | - | 59,805 | nm | nm |
| Corporate Accruals | | | | | nm | nm |
| Total Operating Expenses | $ 6,966,640 | $ 7,116,401 | $ 69,598 | $ 7,186,000 | -2% | -3% |
| Operating Income | 3,163,487 | 4,291,205 | 382,419 | 4,673,623 | 36% | 48% |
| Operating Margin % | 31% | 38% | | 39% | | |
| Other (Income)/Expense | (22,254) | (136,303) | - | (136,303) | nm | nm |
| Investment (Gains)/Minority Loss (1) | (6,937,692) | (2,226) | (4,000) | (6,226) | nm | nm |
| Pre-Tax Income | $ 10,123,434 | $ 4,429,734 | $ 386,419 | $ 4,816,152 | -56% | -52% |
| Pre-Tax Margin % | 100% | 39% | nm | 41% | | |
| Tax Rate | 37.8% | 35.5% | 35.5% | 35.5% | | |
| Tax Provision | 3,826,631 | 1,572,556 | 137,179 | 1,709,734 | -59% | -55% |
| Net Income | $ 6,296,803 | $ 2,857,178 | $ 249,240 | $ 3,106,418 | -55% | -51% |
| Weighted Average Shares | 5,995,842 | 5,905,494 | 5,905,494 | 5,905,494 | | |
| Earnings Per Share | 105.0c | 48.4c | 4.2c | 52.60c | -54% | -50% |
| Market Expectation | | | | 49.0c | | |
| **Memo:** | | | | | | |
| Consulting | $ 2,239,093 | $ 2,228,553 | $ 1,932 | $ 2,230,485 | 0% | 0% |
| Support | 2,978,772 | 3,695,733 | (16,128) | 3,679,605 | 24% | 24% |
| Education | 529,321 | 512,919 | 410 | 513,329 | -3% | -3% |
| Other | 23,166 | 39,849 | - | 39,849 | 72% | 72% |
| Total Services Revenues | $ 5,770,353 | $ 6,477,055 | $ (13,786) | $ 6,463,269 | 12% | 12% |

02/16/2001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000423

## TOTAL COMPANY - Q3 FY2001 FORECAST
### $ in Thousands at Actual Rates

| | Q3 FY2000 Actuals | Forecast | Q3FY2001 Upside | Potential | Forecast vs PY % | Potential vs PY % |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| License | $ 1,048,445 | $ 1,221,294 | $ 31,392 | $ 1,252,686 | 16% | 19% |
| Consulting | 514,250 | 544,482 | 1,932 | 546,414 | 6% | 6% |
| Support | 754,413 | 918,754 | (16,128) | 902,626 | 22% | 20% |
| Education | 126,249 | 115,000 | 410 | 115,410 | -9% | -9% |
| Other | 3,393 | 11,170 | - | 11,170 | 229% | 229% |
| Other Non-Distribution | 2,667 | (0) | - | (0) | -100% | -100% |
| Total Revenues | $ 2,449,418 | $ 2,810,700 | $ 17,606 | $ 2,828,306 | 15% | 15% |
| **Expenses** | | | | | | |
| License | $ 451,210 | $ 527,097 | $ 4,709 | $ 531,806 | -17% | -18% |
| Consulting | 408,991 | 445,516 | - | 445,516 | -9% | -9% |
| Support | 194,283 | 166,377 | (768) | 165,609 | 14% | 15% |
| Education | 76,218 | 70,473 | - | 70,473 | 8% | 8% |
| Other | 20,380 | 18,698 | - | 18,698 | 8% | 8% |
| Marketing | 78,749 | 114,884 | - | 114,884 | -46% | -46% |
| Global Alliances | 10,192 | 10,712 | - | 10,712 | -5% | <5% |
| G&A | 72,767 | 77,732 | - | 77,732 | -7% | -7% |
| Development & IT | 282,641 | 304,327 | 496 | 304,823 | -8% | -8% |
| Information Technology | 65,151 | 74,053 | - | 74,053 | -14% | -14% |
| Corporate | 21,443 | 33,506 | - | 33,506 | -56% | -56% |
| Corporate Accruals | (24,367) | (5,805) | - | (5,805) | nm | nm |
| Total Operating Expenses | $ 1,657,659 | $ 1,837,567 | $ 4,437 | $ 1,842,004 | -11% | -11% |
| **Operating Income** | 791,759 | 973,133 | 13,169 | 986,302 | 23% | 25% |
| Operating Margin % | 32% | 35% | | 35% | | |
| Other (Income)/Expense | 7,052 | (33,183) | (4,000) | (37,183) | -571% | -627% |
| Investment (Gains)/Minority Loss (1) | (424,624) | (261) | - | (261) | nm | nm |
| Pre-Tax Income | $ 1,209,330 | $ 1,006,577 | $ 17,169 | $ 1,023,746 | -17% | -15% |
| Pre-Tax Margin % | 49% | 36% | | 36% | | |
| Tax Rate | 36.9% | 35.5% | 35.5% | 35.5% | | |
| Tax Provision | 446,155 | 357,335 | 6,095 | 363,430 | -20% | -19% |
| Net Income | $ 763,175 | $ 649,242 | $ 11,074 | $ 660,316 | -15% | -13% |
| Weighted Average Shares | 5,996,378 | 5,900,731 | 5,900,731 | 5,900,731 | | |
| Earnings Per Share | 12.7c | 11.0c | 0.2c | 11.2c | -14% | -12% |
| Market Expectation | | | | 12.0c | | |

Memo:

| | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | $ 514,250 | $ 544,482 | $ 1,932 | $ 546,414 | 6% | 6% |
| Support | 754,413 | 918,754 | (16,128) | 902,626 | 22% | 20% |
| Education | 126,249 | 115,000 | 410 | 115,410 | -9% | -9% |
| Other | 3,393 | 11,170 | - | 11,170 | 229% | 229% |
| Total Services Revenues | $ 1,398,305 | $ 1,589,406 | $ (13,786) | $ 1,575,620 | 14% | 13% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

02/16/2001

NDCA-ORCL 000424

## TOTAL COMPANY - Q4 FY2001 FORECAST
### $ in Thousands at Actual Rates

|  | Q4 FY 2000 Actuals | Forecast | Q4FY2001 Upside | Potential | Forecast vs PY % | Potential vs PY % |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| License | $ 1,803,625 | $ 1,837,041 | $ 434,411 | $ 2,271,452 | 2% | 26% |
| Consulting | 569,711 | 603,582 | - | 603,582 | 6% | 6% |
| Support | 836,703 | 1,065,516 | - | 1,065,516 | 27% | 27% |
| Education | 153,351 | 151,973 | - | 151,973 | -1% | -1% |
| Other | 9,277 | 12,045 | - | 12,045 | 30% | 30% |
| Other Non-Distribution | 1,643 | 0 | - | 0 | -100% | -100% |
| Total Revenues | $ 3,374,310 | $ 3,670,156 | $ 434,411 | $ 4,104,567 | 9% | 22% |
| **Expenses** | | | | | | |
| License | $ 649,772 | $ 670,217 | $ 65,162 | $ 735,379 | -3% | -13% |
| Consulting | 407,895 | 437,080 | - | 437,080 | -7% | -7% |
| Support | 182,022 | 173,174 | - | 173,174 | 5% | 5% |
| Education | 72,597 | 86,980 | - | 86,980 | -20% | -20% |
| Other | 20,083 | 24,637 | - | 24,637 | -23% | -23% |
| Marketing | 123,001 | 107,617 | - | 107,617 | 13% | 13% |
| Global Alliances | 8,842 | 12,029 | - | 12,029 | -36% | -36% |
| G&A | 99,495 | 74,763 | - | 74,763 | 25% | 25% |
| Development & IT | 282,952 | 321,434 | - | 321,434 | -14% | -14% |
| Information Technology | 99,379 | 75,927 | - | 75,927 | 24% | 24% |
| Corporate | (49,190) | (22,272) | - | (22,272) | nm | nm |
| Corporate Accruals | 64,092 | 41,343 | - | 41,343 | 35% | 35% |
| Total Operating Expenses | $ 1,960,940 | $ 2,002,931 | $ 65,162 | $ 2,068,092 | -2% | -5% |
| Operating Income | 1,413,370 | 1,667,226 | 369,249 | 2,036,475 | 18% | 44% |
| Operating Margin % | 42% | 45% | | 50% | | |
| Other (Income)/Expense | (23,513) | (10,565) | - | (10,565) | nm | nm |
| Investment (Gains)/Minority Loss (1) | (6,521,496) | 0 | - | 0 | nm | nm |
| Pre-Tax Income | $ 7,958,379 | $ 1,677,790 | $ 369,249 | $ 2,047,040 | -79% | -74% |
| Pre-Tax Margin % | 236% | 46% | | 50% | | |
| Tax Rate | 38.3% | 35.5% | 35.5% | 35.5% | | |
| Tax Provision | 3,045,973 | 595,616 | 131,084 | 726,699 | -80% | -76% |
| Net Income | $ 4,912,406 | $ 1,082,175 | $ 238,166 | $ 1,320,341 | -78% | -73% |
| Weighted Average Shares | 6,009,586 | 5,919,935 | 5,919,935 | 5,919,935 | | |
| Earnings Per Share | 81.7c | 18.3c | 4.0c | 22.3c | -78% | -73% |
| Market Expectation | | | | 19.0c | | |

Memo:

|  | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | $ 569,711 | $ 603,582 | - | $ 603,582 | 6% | 6% |
| Support | 836,703 | 1,065,516 | - | 1,065,516 | 27% | 27% |
| Education | 153,351 | 151,973 | - | 151,973 | -1% | -1% |
| Other | 9,277 | 12,045 | - | 12,045 | 30% | 30% |
| Total Services Revenues | $ 1,569,043 | $ 1,833,116 | - | $ 1,833,116 | 17% | 17% |

02/16/2001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 3

NDCA-ORCL 000425

The page contains a financial spreadsheet titled "TOTAL COMPANY - FY2001 FULL YEAR FORECAST" ($ In Thousands at Budget Rates), with columns for Q1FY01, Q2FY01, and FY2001 showing PY Actuals, CY Actuals/Forecast, Upside/Potential, FCST Growth, and Pct Growth. The image quality is too poor to reliably transcribe the individual numerical values.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000426

ORACLE

$ in Thousands at Budget Rates

Product Forecast

| | Q1FY01 PY Actuals | Q1FY01 CY Actuals | Q1FY01 Growth | Q2FY01 PY Actuals | Q2FY01 CY Actuals | Q2FY01 Growth |
|---|---|---|---|---|---|---|
| **Total** | | | | | | |
| OSI Nussbaum | $ 70,490 | $ 106,807 | 52% | $ 126,818 | $ 153,227 | 22% |
| NAS Roberts | 120,880 | 188,261 | 57% | 190,850 | 278,870 | 47% |
| OPI Vaccaro | 40,700 | 40,822 | 18% | 54,404 | 108,808 | 100% |
| LA Sanderson | 21,155 | 28,875 | 35% | 31,878 | [illegible] | 22% |
| UK Ireland & South Africa Smith | 31,174 | 48,581 | 56% | 54,881 | [illegible] | 47% |
| Germany Jaeger | 24,184 | 31,981 | 32% | 52,701 | 49,637 | -4% |
| France & Middle East Amelio | 33,818 | 47,418 | 41% | 43,889 | 51,189 | 17% |
| S Europe Bonzano | 30,063 | 38,674 | 28% | 50,810 | 55,631 | 10% |
| N Europe Jones | 35,834 | 43,132 | 20% | 57,332 | 74,065 | 29% |
| APAC Williams | 51,007 | 72,450 | 42% | 54,835 | 81,170 | 48% |
| Japan Sato | 75,878 | 93,299 | 23% | 108,001 | 147,782 | 37% |
| Corporate Adjustments | 52,140 | 35,202 | -32% | 27,843 | 4,812 | -83% |
| Total | 603,422 | 785,421 | 30% | 930,105 | 1,124,838 | 21% |
| EMEA Totals | $ 155,903 | $ 210,704 | 35% | $ 258,742 | $ 311,484 | 20% |
| **Technology** | | | | | | |
| OSI Nussbaum | $ 66,406 | $ 86,323 | 30% | $ 103,880 | $ 132,080 | 28% |
| NAS Roberts | 101,725 | 158,406 | 56% | 148,798 | 184,808 | 24% |
| OPI Vaccaro | 18,022 | 20,064 | 11% | 22,680 | 52,244 | 132% |
| LA Sanderson | 17,631 | 16,020 | -9% | 27,771 | 34,688 | 25% |
| UK Ireland & South Africa Smith | 27,544 | 29,482 | 7% | 47,281 | 53,955 | 14% |
| Germany Jaeger | 22,701 | 31,104 | 37% | 45,370 | 45,886 | 1% |
| France & Middle East Amelio | 28,741 | 37,974 | 32% | 36,073 | 37,786 | 5% |
| S Europe Bonzano | 28,000 | 36,020 | 29% | 48,477 | 48,710 | 1% |
| N Europe Jones | 31,033 | 33,737 | 9% | 48,308 | 58,147 | 22% |
| APAC Williams | 42,378 | 61,080 | 46% | 48,781 | 65,153 | 34% |
| Japan Sato | 74,453 | 90,420 | 21% | 98,852 | 133,875 | 36% |
| Corporate Adjustments | 38,567 | 24,784 | -36% | 24,781 | 821 | -96% |
| Total | 486,848 | 630,854 | 26% | 698,258 | 847,002 | 21% |
| EMEA Totals | $ 177,263 | $ 184,051 | 4% | $ 248,618 | $ 243,887 | -2% |
| **Total Applications** | | | | | | |
| OSI Nussbaum | $ 4,090 | $ 20,584 | 403% | $ 22,096 | $ 21,138 | -4% |
| NAS Roberts | 24,843 | 40,780 | 64% | 48,094 | 84,084 | 86% |
| OPI Vaccaro | 30,045 | 18,658 | -38% | 31,854 | 56,438 | 77% |
| LA Sanderson | 3,724 | 8,049 | 116% | 3,805 | 4,847 | 4% |
| UK Ireland & South Africa Smith | 3,630 | 19,128 | 427% | 7,801 | 28,017 | 253% |
| Germany Jaeger | 1,493 | 817 | -45% | 7,330 | 3,740 | -49% |
| France & Middle East Amelio | 4,477 | 8,442 | 94% | 7,229 | 13,424 | 86% |
| S Europe Bonzano | 2,284 | 2,746 | 20% | 4,441 | 9,121 | 105% |
| N Europe Jones | 4,803 | 8,405 | 82% | 8,027 | 14,018 | 65% |
| APAC Williams | 8,878 | 10,881 | 23% | 6,163 | 16,031 | 150% |
| Japan Sato | 1,425 | 2,875 | 102% | 9,349 | 13,777 | 47% |
| Corporate Adjustments | 13,563 | 10,406 | -23% | 2,940 | 4,291 | 46% |
| Total | 104,574 | 154,477 | 48% | 180,907 | 277,637 | 73% |
| EMEA Totals | 17,167 | 41,538 | 142% | 25,626 | 40,828 | 61% |

| | Q3FY01 PY Actuals | Q3FY01 Forecast | Q3FY01 Upside | Q3FY01 Potential | Q3FY01 FCST Growth | Q3FY01 Pot Growth |
|---|---|---|---|---|---|---|
| **Total** | | | | | | |
| OSI Nussbaum | $ 188,953 | $ 210,000 | $ - | $ 210,000 | 11% | 11% |
| NAS Roberts | 308,555 | 325,004 | - | 325,004 | 5% | 5% |
| OPI Vaccaro | 83,272 | 144,500 | - | 144,500 | 74% | 74% |
| LA Sanderson | 39,095 | 46,846 | 2,000 | 48,846 | 18% | 24% |
| UK Ireland & South Africa Smith | 81,671 | 70,823 | 8,000 | 78,823 | 14% | 20% |
| Germany Jaeger | 41,818 | 55,001 | (7,000) | 48,001 | 31% | 15% |
| France & Middle East Amelio | 44,863 | 55,767 | 6,500 | 61,267 | 14% | 28% |
| S Europe Bonzano | 48,720 | 60,040 | 4,000 | 64,240 | 23% | 37% |
| N Europe Jones | 54,017 | 68,706 | 14,600 | 83,306 | 27% | 54% |
| APAC Williams | 65,662 | 82,137 | (4,000) | 78,137 | 29% | 19% |
| Japan Sato | 91,850 | 118,048 | 4,000 | 119,048 | 28% | 30% |
| Corporate Adjustments | (814) | 8,151 | 9,302 | 17,443 | nm | nm |
| Total | 1,079,780 | 1,238,421 | 40,092 | 1,278,513 | 20% | 24% |
| EMEA Totals | $ 253,390 | $ 308,037 | $ 28,700 | $ 336,737 | 22% | 33% |
| **Technology** | | | | | | |
| OSI Nussbaum | $ 145,187 | $ 157,090 | $ - | 157,090 | 8% | 8% |
| NAS Roberts | 257,001 | 223,553 | - | 223,553 | -13% | -13% |
| OPI Vaccaro | 43,680 | 65,724 | - | 65,724 | 50% | 50% |
| LA Sanderson | 33,107 | 41,023 | 1,763 | 42,786 | 24% | 29% |
| UK Ireland & South Africa Smith | 52,645 | 58,106 | 7,511 | 65,617 | 12% | 27% |
| Germany Jaeger | 40,403 | 53,147 | (4,764) | 48,383 | 32% | 15% |
| France & Middle East Amelio | 40,011 | 46,860 | 4,622 | 51,481 | 17% | 29% |
| S Europe Bonzano | 43,713 | 50,546 | 5,787 | 56,332 | 16% | 29% |
| N Europe Jones | 39,074 | 60,726 | 12,887 | 73,613 | 55% | 88% |
| APAC Williams | 56,658 | 66,616 | (3,242) | 63,373 | 17% | 11% |
| Japan Sato | 87,347 | 103,645 | 3,811 | 107,456 | 18% | 23% |
| Corporate Adjustments | (3,001) | 8,942 | 9,302 | 18,234 | nm | nm |
| Total | 836,033 | 940,038 | 35,486 | 975,524 | 12% | 16% |
| EMEA Totals | $ 212,844 | $ 280,320 | $ 33,436 | $ 313,861 | 32% | 47% |
| **Total Applications** | | | | | | |
| OSI Nussbaum | $ 43,700 | $ 52,950 | $ - | 52,950 | 21% | 21% |
| NAS Roberts | 51,554 | 101,452 | - | 101,452 | 97% | 97% |
| OPI Vaccaro | 39,343 | 78,775 | - | 78,775 | 100% | 100% |
| LA Sanderson | 8,544 | 8,123 | 237 | 8,361 | -4% | -4% |
| UK Ireland & South Africa Smith | 9,222 | 11,717 | 1,400 | 13,206 | 27% | 43% |
| Germany Jaeger | 1,316 | 1,656 | (236) | 1,418 | 22% | 7% |
| France & Middle East Amelio | 6,053 | 6,087 | 678 | 6,764 | 1% | 11% |
| S Europe Bonzano | 3,019 | 7,104 | 813 | 7,917 | 135% | 162% |
| N Europe Jones | 14,944 | 8,070 | 1,713 | 9,783 | -46% | -35% |
| APAC Williams | 7,023 | 13,521 | (958) | 12,563 | 93% | 79% |
| Japan Sato | 4,302 | 11,200 | 380 | 11,580 | 160% | 169% |
| Corporate Adjustments | 2,191 | (1,881) | - | (1,881) | -171% | -171% |
| Total | 181,737 | 299,383 | 4,626 | 304,009 | 58% | 59% |
| EMEA Totals | 37,549 | 37,633 | 4,697 | 42,310 | 0% | 13% |

| | Q4FY01 PY Actuals | Q4FY01 Forecast | Q4FY01 Upside | Q4FY01 Potential | Q4FY01 FCST Growth | Q4FY01 Pot Growth |
|---|---|---|---|---|---|---|
| **Total** | | | | | | |
| OSI Nussbaum | $ 345,055 | $ 320,000 | $ 144,411 | $ 464,411 | -7% | 35% |
| NAS Roberts | 321,200 | 410,012 | - | 410,012 | 17% | 17% |
| OPI Vaccaro | 106,400 | 107,000 | 100,000 | 207,000 | -18% | 35% |
| LA Sanderson | 87,130 | 80,625 | 25,000 | 85,625 | -10% | 28% |
| UK Ireland & South Africa Smith | 130,073 | 139,203 | 40,000 | 179,203 | 8% | 37% |
| Germany Jaeger | 78,678 | 88,317 | 20,000 | 108,317 | 13% | 30% |
| France & Middle East Amelio | 63,152 | 71,801 | 15,000 | 86,801 | 14% | 38% |
| S Europe Bonzano | 60,630 | 60,332 | 25,000 | 81,332 | -1% | 44% |
| N Europe Jones | 94,047 | 81,830 | 40,000 | 121,830 | -13% | 30% |
| APAC Williams | 98,416 | 119,654 | 20,000 | 139,654 | 22% | 42% |
| Japan Sato | 129,413 | 151,223 | 25,000 | 176,223 | 17% | 36% |
| Corporate Adjustments | 18,030 | - | (20,000) | (20,000) | -100% | -219% |
| Total | 1,707,055 | 1,864,974 | 424,411 | 2,289,387 | 4% | 28% |
| EMEA Totals | $ 471,306 | $ 435,063 | $ 140,000 | $ 575,063 | -8% | 37% |
| **Technology** | | | | | | |
| OSI Nussbaum | $ 347,094 | $ 198,611 | 88,727 | 286,338 | -20% | 15% |
| NAS Roberts | 300,834 | 300,234 | - | 300,234 | -2% | -2% |
| OPI Vaccaro | 88,025 | 50,100 | 30,290 | 80,066 | -43% | -9% |
| LA Sanderson | 54,306 | 46,297 | 18,002 | 65,348 | -15% | 20% |
| UK Ireland & South Africa Smith | 84,346 | 106,807 | 30,703 | 137,800 | 13% | 40% |
| Germany Jaeger | 74,570 | 72,121 | 16,711 | 88,831 | -3% | 19% |
| France & Middle East Amelio | 60,496 | 54,472 | 11,364 | 65,837 | 10% | 33% |
| S Europe Bonzano | 61,305 | 44,090 | 10,553 | 63,012 | -14% | 24% |
| N Europe Jones | 78,701 | 64,355 | 31,458 | 95,813 | -18% | 30% |
| APAC Williams | 78,637 | 88,819 | 14,040 | 103,068 | 12% | 30% |
| Japan Sato | 131,074 | 130,222 | 21,528 | 151,750 | 0% | 25% |
| Corporate Adjustments | 24,883 | - | (20,000) | (20,000) | -100% | -180% |
| Total | 1,282,471 | 1,242,006 | 284,280 | 1,527,071 | -3% | 11% |
| EMEA Totals | $ 374,462 | $ 341,014 | $ 88,788 | $ 431,702 | -9% | 15% |
| **Total Applications** | | | | | | |
| OSI Nussbaum | $ 88,001 | $ 123,389 | $ 55,684 | 179,073 | 39% | 63% |
| NAS Roberts | 134,276 | 221,578 | - | 221,578 | 78% | 78% |
| OPI Vaccaro | 109,474 | 119,401 | 60,701 | 180,102 | 8% | 70% |
| LA Sanderson | 12,742 | 14,326 | 5,906 | 20,237 | 12% | 59% |
| UK Ireland & South Africa Smith | 36,525 | 32,378 | 8,700 | 41,074 | -11% | 14% |
| Germany Jaeger | 2,100 | 14,100 | 3,300 | 17,400 | 573% | 728% |
| France & Middle East Amelio | 12,667 | 17,426 | 3,636 | 21,063 | 38% | 66% |
| S Europe Bonzano | 5,241 | 12,273 | 5,447 | 17,720 | 134% | 238% |
| N Europe Jones | 14,200 | 17,475 | 3,342 | 20,817 | 23% | 47% |
| APAC Williams | 18,878 | 30,635 | 5,164 | 35,800 | 62% | 90% |
| Japan Sato | 9,338 | 21,001 | 3,472 | 24,473 | 125% | 162% |
| Corporate Adjustments | (6,022) | - | - | - | nm | nm |
| Total | 435,483 | 621,200 | 170,131 | 791,417 | 43% | 82% |
| EMEA Totals | 71,787 | 83,748 | 20,212 | 103,960 | 17% | 73% |

| | FY2001 PY Actuals | FY2001 Forecast | FY2001 Upside | FY2001 Potential | FY2001 FCST Growth | FY2001 Pot Growth |
|---|---|---|---|---|---|---|
| **Total** | | | | | | |
| OSI Nussbaum | $ 730,410 | $ 790,134 | 144,411 | $ 934,545 | 8% | 28% |
| NAS Roberts | 1,153,202 | 1,414,088 | | 1,414,088 | 23% | 23% |
| OPI Vaccaro | 365,941 | 480,820 | 100,000 | 580,820 | 18% | 45% |
| LA Sanderson | 158,484 | 172,780 | 27,000 | 199,780 | 8% | 26% |
| UK Ireland & South Africa Smith | 278,008 | 338,488 | 48,000 | 386,488 | 22% | 39% |
| Germany Jaeger | 198,493 | 222,838 | 13,000 | 235,838 | 14% | 21% |
| France & Middle East Amelio | 188,633 | 220,273 | 20,500 | 240,773 | 17% | 28% |
| S Europe Bonzano | 185,205 | 208,487 | 31,000 | 241,087 | 13% | 30% |
| N Europe Jones | 241,331 | 267,873 | 54,800 | 322,423 | 11% | 34% |
| APAC Williams | 270,830 | 355,412 | 18,000 | 371,412 | 32% | 38% |
| Japan Sato | 404,041 | 507,319 | 29,000 | 536,319 | 25% | 33% |
| Corporate Adjustments | 95,816 | 48,165 | (10,000) | 37,167 | -50% | -61% |
| Total | 4,290,315 | 5,014,866 | 474,503 | 5,489,109 | 17% | 28% |
| EMEA Totals | $ 1,080,439 | $ 1,265,866 | $ 166,700 | $ 1,434,666 | 16% | 33% |
| **Technology** | | | | | | |
| OSI Nussbaum | $ 561,800 | $ 572,074 | 88,727 | $ 660,801 | 2% | 18% |
| NAS Roberts | 894,618 | 858,166 | | 858,166 | -4% | -4% |
| OPI Vaccaro | 174,205 | 180,532 | 30,290 | 210,830 | 4% | 20% |
| LA Sanderson | 133,109 | 140,813 | 20,034 | 161,847 | 6% | 21% |
| UK Ireland & South Africa Smith | 221,631 | 249,430 | 38,213 | 287,643 | 12% | 30% |
| Germany Jaeger | 183,044 | 202,330 | 8,947 | 211,280 | 11% | 16% |
| France & Middle East Amelio | 154,020 | 177,072 | 15,980 | 193,058 | 14% | 25% |
| S Europe Bonzano | 170,204 | 178,244 | 25,340 | 203,583 | 5% | 20% |
| N Europe Jones | 198,193 | 217,964 | 44,345 | 262,309 | 10% | 32% |
| APAC Williams | 220,278 | 284,430 | 11,504 | 295,943 | 24% | 29% |
| Japan Sato | 361,827 | 458,400 | 25,138 | 483,608 | 20% | 27% |
| Corporate Adjustments | 33,170 | 31,157 | (10,000) | 24,349 | -8% | -71% |
| Total | 3,307,611 | 3,661,040 | 299,746 | 3,961,435 | 8% | 17% |
| EMEA Totals | $ 1,013,308 | $ 1,060,178 | $ 123,273 | $ 1,183,451 | 5% | 17% |
| **Total Applications** | | | | | | |
| OSI Nussbaum | $ 108,013 | $ 218,081 | $ 55,684 | $ 273,744 | 70% | 82% |
| NAS Roberts | 248,087 | 457,000 | | 457,000 | 84% | 84% |
| OPI Vaccaro | 211,090 | 271,200 | 68,701 | 340,000 | 28% | 61% |
| LA Sanderson | 28,380 | 31,048 | 8,146 | 39,094 | 21% | 15% |
| UK Ireland & South Africa Smith | 66,978 | 90,626 | 10,787 | 100,816 | 56% | 77% |
| Germany Jaeger | 13,440 | 20,016 | 3,013 | 23,088 | 60% | 80% |
| France & Middle East Amelio | 34,013 | 48,301 | 4,814 | 53,115 | 42% | 56% |
| S Europe Bonzano | 16,001 | 31,243 | 6,200 | 37,503 | 108% | 150% |
| N Europe Jones | 43,130 | 48,000 | 10,255 | 60,174 | 10% | 39% |
| APAC Williams | 40,703 | 70,874 | 4,490 | 75,470 | 74% | 85% |
| Japan Sato | 23,416 | 40,851 | 3,861 | 52,713 | 109% | 125% |
| Corporate Adjustments | 10,080 | 13,007 | - | 13,007 | 22% | 12% |
| Total | 883,721 | 1,352,877 | 174,717 | 1,527,734 | 52% | 71% |
| EMEA Totals | 162,158 | 240,867 | 34,600 | 275,627 | 48% | 70% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Oracle Corporation Confidential 03/16/2001 Page 1

NDCA-ORCL 000427

Case 3:01-cv-00988-SI  Document 1568-26  Filed 12/12/08  Page 7 of 14



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000428

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000429

[Table illegible due to low resolution — financial spreadsheet in thousands at budget rates, with columns for Q1FY01, Q2FY01, Q3FY01, FY2001 showing PY Actuals, CY Actuals/Forecast, Updates, Potential, FCST Growth, and Prior Growth across regions including Americas, Europe, Japan with Consulting, Education, AECC, Client Advocacy, PTS Support Operations, and Corporate Adjustments line items.]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000430

The financial table on this page is rotated and too low-resolution to transcribe reliably.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000431

ORACLE

$ in Thousands at Budget Rates

Other

| | Q1FY01 PY Actuals | Q1FY01 CY Actuals | Q1FY01 Growth | Q2FY01 PY Actuals | Q2FY01 CY Actuals | Q2FY01 Growth |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Business On Line | $ (55) | $ 3,068 | nm | $ 832 | $ 2,738 | 183% |
| OFD | 6,648 | 5,500 | 15% | 1,308 | 3,538 | 171% |
| Oracle Exchange | | | nm | | 320 | nm |
| E Travel | 124 | 650 | 420% | 481 | 708 | 47% |
| Liberate | 1,207 | | 100% | | - | nm |
| Oraclemobile.com | | | nm | | (0) | nm |
| Total | $ 7,724 | $ 9,218 | 20% | $ 2,719 | $ 7,499 | 176% |
| **Expenses** | | | | | | |
| Business On Line | $ 3,453 | $ 3,670 | -12% | $ 5,437 | $ 4,232 | 22% |
| OFD | 1,879 | 2,569 | -37% | 2,328 | 2,013 | -12% |
| Oracle Exchange | | 55 | nm | - | 417 | nm |
| E Travel | 2,654 | 6,061 | -80% | 5,098 | 6,042 | -18% |
| Liberate | 5,254 | 50 | 99% | (88) | 17 | nm |
| Oraclemobile.com | (29) | 1,692 | nm | (29) | 3,022 | nm |
| Total | $ 13,216 | $ 12,395 | -2% | $ 12,754 | $ 16,344 | -28% |
| **Margin** | | | | | | |
| Business On Line | $ (3,508) | $ (790) | nm | $ (4,486) | $ (1,494) | nm |
| OFD | 4,870 | 2,940 | 38% | (1,020) | 825 | nm |
| Oracle Exchange | - | (55) | nm | - | 102 | nm |
| E Travel | (2,530) | (4,411) | nm | (4,617) | (5,330) | nm |
| Liberate | (4,048) | (50) | nm | 88 | (17) | -120% |
| Oraclemobile.com | 29 | (1,692) | 4032% | 29 | (3,022) | -10520% |
| Total | $ (5,492) | $ (4,348) | nm | $ (10,035) | $ (8,844) | nm |
| **Margin %** | | | | | | |
| Business On Line | 6334% | -26% | | -482% | -44% | |
| OFD | 71% | 53% | | -78% | 26% | |
| Oracle Exchange | #DIV/0! | #DIV/0! | | #DIV/0! | 20% | |
| E Travel | 2040% | -478% | | -960% | -786% | |
| Liberate | -335% | #DIV/0! | | #DIV/0! | #DIV/0! | |
| Oraclemobile.com | #DIV/0! | #DIV/0! | | #DIV/0! | 18464827% | |
| Total | 71% | -47% | | -369% | -118% | |

| | Q3FY01 PY Actuals | Q3FY01 Forecast | Q3FY01 Upside | Q3FY01 Potential | Q3FY01 FCST Growth | Q3FY01 Pot Growth |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Business On Line | $ 1,289 | $ 3,070 | | $ 3,070 | 138% | 138% |
| OFD | 2,072 | 4,815 | | 4,815 | 132% | 132% |
| Oracle Exchange | - | 2,514 | | 2,514 | nm | nm |
| E Travel | 16 | 688 | | 688 | 4221% | 4221% |
| Liberate | | | | - | nm | nm |
| Oraclemobile.com | - | 125 | | 125 | nm | nm |
| Total | $ 3,376 | $ 11,208 | $ - | $ 11,208 | 232% | 232% |
| **Expenses** | | | | | | |
| Business On Line | $ 6,281 | $ 4,174 | | $ 4,174 | 33% | 33% |
| OFD | 1,927 | 2,701 | | 2,701 | -40% | -40% |
| Oracle Exchange | - | 418 | | 418 | nm | nm |
| E Travel | 12,025 | 7,650 | | 7,650 | 36% | 36% |
| Liberate | 48 | 71 | | 71 | -48% | -48% |
| Oraclemobile.com | (29) | 3,506 | | 3,506 | nm | nm |
| Total | $ 20,233 | $ 18,720 | $ - | $ 18,720 | 7% | 7% |
| **Margin** | | | | | | |
| Business On Line | $ (4,872) | $ (1,104) | $ - | (1,104) | nm | nm |
| OFD | 145 | 2,114 | - | 2,114 | 1361% | 1361% |
| Oracle Exchange | - | 2,096 | - | 2,096 | nm | nm |
| E Travel | (12,009) | (7,164) | - | (7,164) | nm | nm |
| Liberate | (48) | (71) | - | (71) | nm | nm |
| Oraclemobile.com | 29 | (3,381) | - | (3,381) | -11780% | -11780% |
| Total | $ (16,857) | $ (7,511) | $ - | $ (7,511) | nm | nm |
| **Margin %** | | | | | | |
| Business On Line | -386% | -36% | | -36% | | |
| OFD | 7% | 44% | | 44% | | |
| Oracle Exchange | #DIV/0! | 83% | | 83% | | |
| E Travel | -75047% | -1044% | | -1044% | | |
| Liberate | #DIV/0! | #DIV/0! | | #DIV/0! | | |
| Oraclemobile.com | #DIV/0! | -2705% | | -2705% | | |
| Total | -499% | -67% | | -67% | | |

| | Q4FY01 PY Actuals | Q4FY01 Forecast | Q4FY01 Upside | Q4FY01 Potential | Q4FY01 FCST Growth | Q4FY01 Pot Growth |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Business On Line | $ 1,526 | $ 4,341 | | $ 4,341 | 185% | 185% |
| OFD | 7,463 | 7,463 | | 7,463 | 0% | 0% |
| Oracle Exchange | - | - | | - | nm | nm |
| E Travel | 285 | 285 | | 285 | 0% | 0% |
| Liberate | - | - | | - | nm | nm |
| Oraclemobile.com | - | - | | - | nm | nm |
| Total | $ 9,274 | $ 12,089 | $ - | $ 12,089 | 30% | 30% |
| **Expenses** | | | | | | |
| Business On Line | $ 5,884 | $ 5,210 | | $ 5,210 | 11% | 11% |
| OFD | 2,614 | 3,249 | | 3,249 | -29% | 29% |
| Oracle Exchange | - | 907 | | 907 | nm | nm |
| E Travel | 8,136 | 9,800 | | 9,800 | -20% | -20% |
| Liberate | (17) | - | | - | nm | nm |
| Oraclemobile.com | 3,848 | 5,898 | | 5,898 | -66% | -66% |
| Total | $ 20,088 | $ 24,664 | $ - | $ 24,664 | -23% | -23% |
| **Margin** | | | | | | |
| Business On Line | $ (4,358) | $ (869) | $ - | (869) | nm | nm |
| OFD | 4,848 | 4,234 | - | 4,234 | 18% | 18% |
| Oracle Exchange | - | (907) | - | (907) | nm | nm |
| E Travel | (7,874) | (9,535) | - | (9,535) | nm | nm |
| Liberate | 17 | - | - | - | 100% | 100% |
| Oraclemobile.com | (3,848) | (5,898) | - | (5,898) | nm | nm |
| Total | $ (10,784) | $ (12,575) | $ - | $ (12,575) | nm | nm |
| **Margin %** | | | | | | |
| Business On Line | -286% | -20% | | -20% | | |
| OFD | 65% | 57% | | 57% | | |
| Oracle Exchange | #DIV/0! | #DIV/0! | | #DIV/0! | | |
| E Travel | -2876% | -3303% | | -3303% | | |
| Liberate | #DIV/0! | #DIV/0! | | #DIV/0! | | |
| Oraclemobile.com | #DIV/0! | #DIV/0! | | #DIV/0! | | |
| Total | -116% | -104% | | -104% | | |

| | FY2001 PY Actuals | FY2001 Forecast | FY2001 Upside | FY2001 Potential | FY2001 FCST Growth | FY2001 Pot Growth |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Business On Line | $ 3,691 | $ 13,641 | $ - | $ 13,641 | 270% | 270% |
| OFD | 17,300 | 19,854 | | 19,854 | 15% | 15% |
| Oracle Exchange | - | 3,033 | | 3,033 | nm | nm |
| E Travel | 888 | 3,292 | | 3,292 | 272% | 272% |
| Liberate | 1,207 | - | | - | -100% | -100% |
| Oraclemobile.com | - | 125 | | 125 | nm | nm |
| Total | $ 23,093 | $ 40,045 | $ - | $ 40,045 | 73% | 73% |
| **Expenses** | | | | | | |
| Business On Line | $ 21,026 | $ 17,494 | $ - | $ 17,494 | 17% | 17% |
| OFD | 8,646 | 11,132 | | 11,132 | -29% | -29% |
| Oracle Exchange | - | 1,387 | | 1,387 | nm | nm |
| E Travel | 27,918 | 28,753 | | 28,753 | -3% | -3% |
| Liberate | 5,220 | 138 | | 138 | 97% | 97% |
| Oraclemobile.com | 3,461 | 14,407 | | 14,407 | -316% | -316% |
| Total | $ 66,271 | $ 73,323 | $ - | $ 73,323 | -11% | -11% |
| **Margin** | | | | | | |
| Business On Line | $ (17,334) | $ (3,853) | $ - | (3,853) | nm | nm |
| OFD | 8,654 | 8,721 | - | 8,721 | -2% | -2% |
| Oracle Exchange | - | 1,636 | - | 1,636 | nm | nm |
| E Travel | (27,034) | (25,460) | - | (25,460) | nm | nm |
| Liberate | (4,013) | (138) | - | (138) | nm | nm |
| Oraclemobile.com | (3,461) | (14,282) | - | (14,282) | nm | nm |
| Total | $ (43,178) | $ (33,278) | $ - | $ (33,278) | nm | nm |
| **Margin %** | | | | | | |
| Business On Line | -470% | -28% | | -28% | | |
| OFD | 50% | 44% | | 44% | | |
| Oracle Exchange | #DIV/0! | 54% | | 54% | | |
| E Travel | -3005% | -773% | | -773% | | |
| Liberate | -332% | #DIV/0! | | #DIV/0! | | |
| Oraclemobile.com | #DIV/0! | -11448% | | -11448% | | |
| Total | -187% | -83% | | -83% | | |

02/16/2001

Page 10

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000432

The page contains a sideways-oriented financial table that is too low-resolution and blurry to transcribe reliably. Visible elements include the Oracle logo, column group headers for Q1'01, Q2'01, Q3'01, Q4'01, and FY'01, with sub-columns for PY Actuals, Forecast, Upside, Potential, FCST Growth, and Pot Growth. Row labels appear to include Marketing, Total Marketing, Consulting Revenue (or similar), and various expense/segment categories, but individual numeric values are not legible.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000433

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 000434

The financial table on this page is too low-resolution and blurred to transcribe reliably. Visible column group headers include Q1FY01, Q2FY01, Q3FY01, and FY2001, each with sub-columns for PY Amount, Forecast, Upside, Potential, FCST Growth, and Pot Growth. Row labels (left column) are largely illegible but appear to include "Other Personnel & Expense", "Internal Personnel Expense", "Expenses (Gain) Loss, Earnings (Gain) Loss, Hedging (Gain) Loss", "Property Interest Income", "Amortization of Goodwill", "Other Items", "Total Other Expense / (Income)", "OCI Charges & Other International", and similar line items.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 000435