# Exhibit 491

**12601 Reserve Activity**

| Activity | Jun-00 | Jul-00 | Aug-00 | Total | Sep-00 | Oct-00 | Nov-00 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 0.00 | 0.00 | (3,562,205.88) | (3,562,205.88) | (9,893.01) | (15,819,640.13) | (4,965,173.73) | (20,794,706.87) |
| Adjustment | 196,078.78 | 24,070.48 | 1,416,456.88 | 1,636,606.14 | 471,579.07 | 146,497.27 | 128,982.63 | 747,058.97 |
| Trade Receipt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Activity Sum | 196,078.78 | 24,070.48 | (2,145,749.00) | (1,925,599.74) | 461,686.06 | (15,673,142.86) | (4,836,191.10) | (20,047,647.90) |

| Activity | Dec-00 | Jan-01 | Feb-01 | Total | Mar-01 | Apr-01 | May-01 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | (494,684.62) | 430,685.43 | (45,713.41) | (109,712.60) | 95,855.99 | 274,241.74 | 374,829.25 | 744,926.98 |
| Adjustment | (13,498.12) | (519,189.26) | 1,743,108.39 | 1,210,421.01 | (33,398.23) | 112,152.62 | 384,006.94 | 462,761.33 |
| Trade Receipt | 0.00 | 0.00 | (1,992,534.39) | (1,992,534.39) | (6,359,743.52) | (5,941,476.58) | (7,448,426.70) | (19,749,646.80) |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,500,000.00 | 9,500,000.00 |
| Activity Sum | (508,182.74) | (88,503.83) | (295,139.41) | (891,825.98) | (6,297,285.76) | (5,555,082.22) | 2,810,409.49 | (9,041,958.49) |

| Activity | Jun-01 | Jul-01 | Aug-01 | Total | Sep-01 | Oct-01 | Nov-01 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 341,071.81 | 231,057.47 | 199,378.13 | 771,507.41 | 1,368.80 | 65,455.82 | 103.25 | 66,927.87 |
| Adjustment | 183,848.48 | 911,661.37 | 978,301.37 | 2,073,811.22 | 433,762.39 | 1,003,996.88 | 95,693.01 | 1,533,452.28 |
| Trade Receipt | 1,769,232.69 | 2,300,112.85 | 1,878,595.19 | 5,947,940.73 | 66,563.15 | 390,774.06 | (94,121.79) | 363,215.42 |
| JE | (9,500,000.00) | 0.00 | 0.00 | (9,500,000.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| Activity Sum | (7,205,847.02) | 3,442,831.69 | 3,056,274.69 | (706,740.64) | 501,694.34 | 1,460,226.76 | 1,674.47 | 1,963,595.57 |

| Activity | Dec-01 | Jan-02 | Feb-02 | Total | Mar-02 | Apr-02 | May-02 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 0.00 | 152,309.02 | 1,162.12 | 153,471.14 | 0.00 | 0.00 | 248,804.00 | 248,804.00 |
| Adjustment | (69,528.39) | 1,984,308.96 | 606,653.29 | 2,521,433.86 | 650,094.42 | 328,273.51 | 594,046.70 | 1,572,414.63 |
| Trade Receipt | 461,658.44 | 339,779.31 | (419,484.17) | 381,953.58 | (204,251.50) | (4,402,924.57) | (1,691,234.62) | (6,298,410.69) |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Activity Sum | 392,130.05 | 2,476,397.29 | 188,331.24 | 3,056,858.58 | 445,842.92 | (4,074,651.06) | (848,383.92) | (4,477,192.06) |

| Activity | Jun-02 | Jul-02 | Aug-02 | Total | | | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 88,012.68 | 8,760.00 | 0.00 | 96,772.68 | | | | (22,384,215.27) |
| Adjustment | 163,124.98 | 176,027.27 | 413,713.90 | 752,866.15 | | | | 12,510,825.59 |
| Trade Receipt | (2,234,399.77) | (1,805,354.23) | (7,538,209.78) | (11,577,963.78) | | | | (32,925,445.93) |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| Activity Sum | (1,983,262.11) | (1,620,566.96) | (7,124,495.88) | (10,728,324.95) | | | | (42,798,835.61) |
| | | | | | | | Excluding Adjustments | (55,309,661.20) |

| | Q1 01 | Q2 01 | Q3 01 | Q4 01 | Q1 02 | Q2 02 | Q3 02 | Q4 02 | Q1 03 | Q2 03 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Maximum Amount effecting AR reserve Adjustments | 0.00 | (19,391,739.02) | (5,029,172.92) | (13,969,370.17) | (2,432,122.63) | 2,602,135.15 | 859,728.23 | (5,025,498.12) | (5,385,411.94) | (7,538,209.78) | (55,309,661.20) |

ORACLE CONFIDENTIAL

NDCA-ORCL 104764
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER