# Exhibit 495

# TOTAL COMPANY - Q2 FY01 FORECAST
## $ in Thousands at Actual Rates

ORACLE

| | Q2 FY00 Actuals | Forecast | Q2 FY01 Forecast Upside | Potential | Q2 Forecast vs PY % | Q2 Potential Growth % | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| License | $ 886,783 | $ 1,035,494 | $ 63,466 | $ 1,098,960 | 17% | 24% | $ 1,501,998 | $ 1,820,571 | $ 63,466 | $ 1,884,037 | 25% |
| Consulting | 578,651 | 540,942 | 13,756 | 554,698 | -7% | -4% | 1,155,132 | 1,067,733 | 13,756 | 1,081,489 | -6% |
| Support | 720,603 | 859,788 | 12,687 | 872,475 | 19% | 21% | 1,387,656 | 1,698,777 | 12,687 | 1,711,464 | 23% |
| Education | 132,605 | 123,890 | 2,612 | 126,502 | -7% | -5% | 249,721 | 225,184 | 2,612 | 227,796 | -9% |
| Other | 2,773 | 7,684 | (287) | 7,397 | 177% | 167% | 10,497 | 16,922 | (287) | 16,635 | 58% |
| Other Non-Distribution | 468 | (485) | | (485) | -204% | -204% | 1,397 | | | | -100% |
| **Total Revenues** | $ 2,321,883 | $ 2,567,313 | $ 92,234 | $ 2,659,547 | 11% | 15% | $ 4,306,400 | $ 4,829,188 | $ 92,234 | $ 4,921,422 | 14% |
| **Expenses** | | | | | | | | | | | |
| License | $ 489,296 | $ 479,699 | $ (3,765) | $ 475,934 | 2% | 3% | $ 893,827 | $ 893,753 | $ (3,765) | $ 889,988 | 0% |
| Consulting | 436,449 | 429,207 | (1,990) | 427,217 | 2% | 2% | 896,933 | 830,000 | (1,990) | 828,010 | 8% |
| Support | 191,358 | 159,976 | (1,906) | 158,070 | 16% | 17% | 367,838 | 314,953 | (1,906) | 313,047 | 15% |
| Education | 81,399 | 71,570 | (208) | 71,362 | 12% | 12% | 161,352 | 142,895 | (208) | 142,687 | 12% |
| Other | 12,918 | 18,725 | (2,427) | 16,298 | -45% | -26% | 26,193 | 32,331 | (2,427) | 29,904 | -14% |
| Marketing | 82,501 | 111,279 | (1,375) | 109,904 | -35% | -33% | 161,628 | 202,345 | (1,375) | 200,970 | -24% |
| Global Alliances | 9,375 | 8,668 | (1,742) | 6,926 | 8% | 26% | 22,434 | 23,288 | (1,742) | 21,546 | |
| G&A | 85,518 | 77,887 | (4,861) | 73,026 | 9% | 15% | 172,157 | 151,210 | (4,861) | 146,349 | 15% |
| Development & IT | 271,365 | 287,777 | (3,353) | 284,424 | -6% | -5% | 532,834 | 552,782 | (3,353) | 549,429 | -3% |
| Information Technology | 64,585 | 70,961 | (403) | 70,558 | -10% | -9% | 125,126 | 139,253 | (403) | 138,850 | |
| Corporate | 17,511 | 27,744 | 486 | 28,230 | -58% | -61% | 27,444 | 48,085 | 486 | 48,571 | -77% |
| Corporate Accruals | (15,301) | (3,848) | (23,203) | (27,051) | nm | -77% | (39,726) | (12,330) | (23,203) | (35,533) | 11% |
| **Total Operating Expenses** | $ 1,726,972 | $ 1,739,643 | $ (44,747) | $ 1,694,896 | -1% | 2% | $ 3,348,041 | $ 3,318,567 | $ (44,747) | $ 3,273,820 | 2% |
| Operating Income | 594,911 | 827,670 | 136,981 | 964,651 | 39% | 62% | 958,359 | 1,510,621 | 136,981 | 1,647,602 | 72% |
| Operating Margin % | 26% | 32% | | 36% | | | 22% | 31% | | 33% | |
| Other (Income)/Expense | (1,688) | (15,646) | 948 | (14,698) | nm | 771% | (5,794) | (93,506) | 948 | (92,558) | 1498% |
| Investment (Gains)/Minority Loss (1) | 5,083 | 11,587 | 1,881 | 13,468 | | | 8,428 | (3,846) | 1,881 | (1,965) | 123% |
| Pre-Tax Income | $ 591,515 | $ 831,729 | $ 134,152 | $ 965,881 | 41% | 63% | $ 955,724 | $ 1,607,973 | $ 134,152 | $ 1,742,125 | 82% |
| Pre-Tax Margin % | 25% | 32% | nm | 36% | | | 22% | 33% | 145% | 35% | |
| Tax Rate | 35.0% | 35.5% | 35.5% | 35.5% | | | 35.0% | 35.5% | 35.5% | 35.5% | |
| Tax Provision | 207,030 | 295,264 | 47,624 | 343,069 | -43% | -66% | 334,504 | 570,830 | 47,624 | 618,636 | |
| Net Income | $ 384,485 | $ 536,465 | $ 86,528 | $ 622,812 | 40% | 62% | $ 621,221 | $ 1,037,142 | $ 86,528 | $ 1,123,489 | 81% |
| Weighted Average Shares | 6,012,600 | 5,874,180 | 5,874,180 | 5,873,874 | | | 5,986,702 | 5,903,372 | 5,903,372 | 5,903,372 | |
| Earnings Per Share | 6.4c | 9.1c | 1.5c | 10.6c | -2% | -2% | 10.4c | 17.6c | 1.5c | 19.0c | |
| Market Expectation | | | | 10.0c | | | | | | | |

Memo:
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Consulting | $ 578,651 | $ 540,942 | $ 13,756 | $ 554,698 | -7% | -4% | | | | | |
| Support | 720,603 | 859,788 | 12,687 | 872,475 | 19% | 21% | | | | | |
| Education | 132,605 | 123,890 | 2,612 | 126,502 | -7% | -5% | | | | | |
| Other | 2,773 | 7,684 | (287) | 7,397 | 177% | 167% | | | | | |
| **Total Services Revenues** | $ 1,434,632 | $ 1,532,304 | $ 28,768 | $ 1,561,072 | 7% | 9% | | | | | |

ORACLE CONFIDENTIAL

Oracle Corporation Confidential                    12/08/2000

NDCA-ORCL 021393

**TOTAL COMPANY - Q2 FY01 FORECAST**
**$ in Thousands at Budget Rates**

ORACLE

| | Q2 FY00 Actuals | Q2 FY01 Forecast Forecast | Upside | Potential | Q2 Forecast vs. PY % | Q2 Potential Growth % | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| License | $ 859,164 | $ 1,063,047 | $ 60,673 | 1,123,720 | 24% | 31% | $1,462,587 | $1,848,478 | $ 60,673 | $ 1,909,151 | 31% |
| Consulting | 559,279 | 552,261 | 14,198 | 566,459 | -1% | 1% | 1,118,282 | 1,078,650 | 14,198 | 1,092,848 | -2% |
| Support | 695,464 | 878,541 | 13,027 | 891,568 | 26% | 28% | 1,341,817 | 1,716,367 | 13,027 | 1,729,394 | 29% |
| Education | 127,769 | 127,416 | 2,679 | 130,095 | 0% | 2% | 241,822 | 228,480 | 2,679 | 231,159 | -4% |
| Other | 2,719 | 7,757 | (257) | 7,500 | 185% | 176% | 10,443 | 17,005 | (257) | 16,748 | 60% |
| Other Non-Distribution | 468 | (485) | | (485) | -204% | nm | 1,397 | - | | | -100% |
| **Total Revenues** | $ 2,244,863 | $ 2,628,537 | $ 90,320 | 2,718,857 | 17% | 21% | $4,176,348 | $4,888,981 | $ 90,320 | $ 4,979,301 | 19% |
| **Expenses** | | | | | | | | | | | |
| License | $ 472,926 | $ 489,967 | $ (3,891) | 486,076 | -4% | -3% | $ 854,469 | $ 903,450 | $ (3,891) | $ 899,559 | -5% |
| Consulting | 421,671 | 438,928 | (2,666) | 436,262 | -4% | -3% | 864,199 | 839,102 | (2,666) | 836,436 | 3% |
| Support | 184,322 | 163,956 | (1,978) | 161,978 | 11% | 12% | 356,316 | 318,659 | (1,978) | 316,681 | 11% |
| Education | 78,244 | 73,352 | (291) | 73,061 | 6% | 7% | 155,251 | 144,541 | (291) | 144,250 | 7% |
| Other | 12,754 | 18,770 | (2,427) | 16,343 | -47% | -28% | 25,971 | 32,365 | (2,427) | 29,938 | -15% |
| Marketing | 80,398 | 112,424 | (1,627) | 110,797 | -40% | -38% | 158,706 | 203,403 | (1,627) | 201,776 | -27% |
| Global Alliances | 9,300 | 8,644 | (1,838) | 6,806 | 7% | 27% | 22,147 | 23,242 | (1,838) | 21,404 | 3% |
| G&A | 81,242 | 79,873 | (5,303) | 74,570 | 2% | 8% | 164,689 | 152,987 | (5,303) | 147,684 | 10% |
| Development | 267,070 | 289,683 | (3,798) | 285,885 | -8% | -7% | 526,669 | 554,666 | (3,798) | 550,868 | -5% |
| Information Technology | 62,262 | 72,371 | (477) | 71,894 | -16% | -15% | 121,188 | 140,538 | (477) | 140,061 | -16% |
| Corporate | 17,511 | 27,753 | 502 | 28,255 | -58% | -61% | 27,445 | 48,096 | 502 | 48,598 | -77% |
| Corporate Accruals | (15,301) | (3,848) | (23,208) | (27,056) | nm | -77% | (27,889) | (12,330) | (23,208) | (35,538) | -27% |
| **Total Operating Expenses** | $ 1,672,400 | $ 1,771,873 | $ (47,002) | 1,724,871 | -6% | -3% | $3,249,161 | $3,348,721 | $ (47,002) | $ 3,301,719 | -2% |
| | | | | | | | | | | | |
| **Operating Income** | $ 572,463 | $ 856,664 | $ 137,322 | 993,986 | 50% | 74% | $ 927,187 | $1,540,260 | $ 137,322 | $ 1,677,582 | 81% |

Memo:
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Consulting | $ 559,279 | $ 552,261 | $ 14,198 | 566,459 | -1% | 1% | | | | | |
| Support | 695,464 | 878,541 | 13,027 | 891,568 | 26% | 28% | | | | | |
| Education | 127,769 | 127,416 | 2,679 | 130,095 | 0% | 2% | | | | | |
| Other | 2,719 | 7,757 | (257) | 7,500 | 185% | 176% | | | | | |
| **Total Services Revenues** | $ 1,385,231 | $ 1,565,975 | $ 29,647 | 1,595,622 | 13% | 15% | | | | | |

Sum_BudRates 12/08/2000

**ORACLE CONFIDENTIAL**

**$ in Thousands at Budget Rates**

ORACLE

### License

| Revenues | Q2 FY00 | Forecast | Q2 FY01 Upside (1) | Potential | Q2 Forecast vs. PY % | Q2 Potential Growth % | Q2 Targeted 30% Growth | Q2 FY00 Pipeline | Q2 FY01 Pipeline | Pipeline growth % | Pipeline Cov Ratio Forecast | Pipeline Cov Ratio Potential |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | $ 125,915 | $ 150,000 | 3,227 | $ 153,227 | 19% | 22% | $ 163,690 | $ 217,392 | $ 235,502 | 8% | 64% | 65% |
| NAS - Roberts | 196,850 | 284,167 | (5,197) | 278,970 | 44% | 42% | 255,905 | 391,611 | 560,500 | 43% | 51% | 50% |
| OPI - Varasano | 54,404 | 97,001 | 11,698 | 108,699 | 78% | 100% | 70,725 | 155,430 | 212,471 | 37% | 46% | 51% |
| LA - Sanderson | 31,676 | 37,276 | 1,438 | 38,714 | 18% | 22% | 41,179 | 51,990 | 70,344 | 35% | 53% | 55% |
| UK, Ireland & South Africa - Smith | 54,891 | 56,515 | 14,256 | 60,772 | 21% | 47% | 71,359 | 110,699 | 120,976 | 9% | 55% | 67% |
| Germany - Jaeger | 52,701 | 55,002 | (5,365) | 49,637 | 4% | -6% | 68,511 | 64,566 | 68,319 | 6% | 81% | 73% |
| France, Middle East & Africa - Andjar | 43,899 | 42,550 | 8,639 | 51,189 | -3% | 17% | 57,069 | 54,361 | 91,368 | 68% | 47% | 56% |
| S Europe - Bonzano | 50,919 | 51,468 | 4,343 | 55,831 | 1% | 10% | 66,194 | 60,784 | 77,930 | 28% | 66% | 72% |
| N Europe - Jarnick | 57,332 | 64,023 | 10,042 | 74,065 | 12% | 29% | 74,532 | 79,274 | 126,071 | 59% | 51% | 59% |
| APAC - Williams | 54,935 | 81,952 | (782) | 81,170 | 49% | 48% | 71,415 | 80,978 | 131,710 | 63% | 62% | 62% |
| Japan - Sano | 108,001 | 130,437 | 17,196 | 147,635 | 21% | 37% | 140,402 | 114,345 | 158,755 | 39% | 82% | 93% |
| Europe HQ - Giacoletto | | | | | nm | nm | | | | | | |
| USA Sales & Operations | | 2,636 | 1,176 | 3,812 | nm | nm | | | | | | |
| Corporate Adjustments | 27,641 | | | | -90% | -86% | 35,933 | | | | | |
| Total | $ 859,164 | $1,063,047 | $ 60,673 | $1,123,720 | 24% | 30.6% | $ 1,116,914 | $ 1,381,430 | $ 1,653,948 | 34% | 57% | 61% |
| EMEA Totals | $ 259,742 | $ 279,579 | $ 31,915 | $ 311,494 | 8% | 20% | $ 337,665 | $ 369,684 | $ 484,686 | 31% | 58% | 64% |

### Expenses

| | Q2 FY00 | Forecast | Upside (1) | Potential | vs. PY % | Growth % |
|---|---|---|---|---|---|---|
| OSI - Nussbaum | $ 69,474 | $ 79,025 | (6,724) | $ 72,301 | -14% | -4% |
| NAS - Roberts | 84,586 | 121,696 | (10,651) | 111,045 | -44% | -31% |
| OPI - Varasano | 37,468 | 41,000 | 2,451 | 43,451 | -9% | -16% |
| LA - Sanderson | 20,390 | 24,376 | 158 | 24,534 | -20% | -20% |
| UKI - Smith | 34,991 | 42,777 | (770) | 42,007 | -22% | -20% |
| Germany - Jaeger | 27,958 | 20,260 | (1,378) | 18,882 | 28% | 32% |
| France - Andjar | 25,103 | 26,311 | 1,426 | 27,737 | -5% | -10% |
| S Europe - Bonzano | 21,044 | 22,454 | (963) | 21,491 | -7% | -2% |
| N Europe - Jarnick | 32,526 | 32,261 | 457 | 32,718 | 1% | -1% |
| APAC - Williams | 32,630 | 42,185 | (4,231) | 37,954 | -29% | -16% |
| Japan - Sano | 23,740 | 26,432 | 1,319 | 27,751 | -11% | -17% |
| Europe HQ - Giacoletto | 19,316 | 8,272 | 2,886 | 11,158 | 57% | 42% |
| USA Sales & Operations | 725 | 34 | (720) | (686) | 95% | 195% |
| Corporate Adjustments | 42,974 | 2,684 | 12,849 | 15,733 | 93% | 63% |
| Total | $ 472,926 | $ 489,967 | $ (3,891) | $ 486,076 | -4% | -3% |
| EMEA Totals | $ 160,938 | $ 152,336 | $ 1,658 | $ 153,994 | -5% | -4% |

### Margin

| | | | | | | |
|---|---|---|---|---|---|---|
| OSI - Nussbaum | $ 56,442 | $ 70,975 | 9,951 | $ 80,926 | 26% | 43% |
| NAS - Roberts | 112,264 | 162,471 | 5,454 | 167,925 | 45% | 50% |
| OPI - Varasano | 16,936 | 56,001 | 9,247 | 65,248 | 231% | 285% |
| LA - Sanderson | 11,286 | 12,900 | 1,280 | 14,180 | 14% | 26% |
| UKI - Smith | 19,900 | 23,739 | 15,026 | 38,765 | 19% | 95% |
| Germany - Jaeger | 24,742 | 34,742 | (3,987) | 30,755 | 40% | 24% |
| France - Andjar | 18,797 | 16,239 | 7,213 | 23,452 | -14% | 25% |
| S Europe - Bonzano | 29,875 | 29,034 | 5,306 | 34,340 | -3% | 15% |
| N Europe - Jarnick | 24,806 | 31,761 | 9,585 | 41,346 | 28% | 67% |
| APAC - Williams | 22,304 | 39,767 | 3,449 | 43,216 | 78% | 94% |
| Japan - Sano | 84,261 | 104,006 | 15,879 | 119,885 | 23% | 42% |
| Europe HQ - Giacoletto | (19,316) | (8,272) | (2,886) | (11,158) | nm | nm |
| USA Sales & Operations | (725) | (34) | 720 | 686 | nm | nm |
| Corporate Adjustments | (15,334) | (248) | (11,673) | (11,921) | nm | nm |
| Total | $ 386,238 | $ 573,080 | $ 64,564 | $ 637,644 | 48% | 65% |
| EMEA Totals | $ 98,804 | $ 127,243 | $ 30,257 | $ 157,500 | 29% | 59% |

### Margin %

| | | | | |
|---|---|---|---|---|
| OSI - Nussbaum | 45% | 47% | | 53% |
| NAS - Roberts | 57% | 57% | | 60% |
| OPI - Varasano | 31% | 58% | | 60% |
| LA - Sanderson | 36% | 35% | | 37% |
| UKI - Smith | 36% | 36% | | 48% |
| Germany - Jaeger | 47% | 63% | | 62% |
| France - Andjar | 43% | 38% | | 46% |
| S Europe - Bonzano | 59% | 56% | | 62% |
| N Europe - Jarnick | 43% | 50% | | 56% |
| APAC - Williams | 41% | 49% | | 53% |
| Japan - Sano | 78% | 80% | | 81% |
| Europe HQ - Giacoletto | nm | nm | | nm |
| USA Sales & Operations | nm | nm | | nm |
| Corporate Adjustments | nm | nm | | nm |
| Total | 45% | 54% | | 57% |
| EMEA Totals | 38% | 46% | | 51% |

| | | Month 3 Pipeline growth % | Quarter Actual growth % |
|---|---|---|---|
| Q1 00 | | 5% | 8% |
| Q2 00 | | 37% | 19% |
| Q3 00 | | 28% | 32% |
| Q4 00 | | 35% | 24% |
| Q1 01 | | 43% | 30% |

| | Q2 FY00 | Forecast | Upside | Potential | vs PY % | Growth % |
|---|---|---|---|---|---|---|
| Total USA revenue (excl Canada) | $ 353,350 | $ 511,052 | $ 9,728 | $ 520,780 | 45% | 47% |
| Total USA opex (excl Canada) | $ 182,360 | $ 232,128 | $ (14,924) | $ 217,204 | -27% | -19% |

ORACLE CONFIDENTIAL

License 12/08/2000

NDCA-ORCL 021395

$ in Thousands at Budget Rates

| Education - Hall | Q2 FY00 Actuals | Q2 FY01 Forecast | | | Q2 Forecast vs. PY % | Q2 Potential Growth % | Q2 FY01 Budget | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | | | | | |
| **Revenues** | | | | | | | | | | | | | |
| Americas - Bonilla | $ 66,708 | $ 57,154 | 1,398 | $ 58,552 | -14% | -12% | $ 75,638 | $ 131,461 | $ 102,179 | $ 1,398 | $ 103,577 | -21% | $ 141,311 |
| Europe - Guisquet | 42,210 | 47,167 | 464 | 47,631 | 12% | 13% | 44,175 | 73,555 | 80,627 | 464 | 81,091 | 10% | 77,131 |
| APAC - Killen | 10,469 | 13,128 | 267 | 13,395 | 25% | 28% | 12,314 | 19,297 | 25,447 | 267 | 25,714 | 33% | 22,319 |
| Japan - Sato | 7,332 | 9,272 | 264 | 9,536 | 26% | 30% | 9,138 | 14,601 | 18,549 | 264 | 18,813 | 29% | 17,617 |
| Worldwide Education | | | | | nm | nm | | | | | | nm | |
| Internal Training Net | | | | | nm | nm | | | | | | nm | |
| Corporate Adjustments | 1,030 | 696 | 286 | 982 | nm | -5% | 3,719 | 2,906 | 1,878 | 286 | 1,964 | -4% | 8,828 |
| Total | $ 127,769 | $ 127,418 | 2,679 | $ 130,095 | 0% | 2% | $ 144,983 | $ 241,822 | $ 228,480 | $ 2,679 | $ 231,159 | -4% | $ 285,206 |
| **Expenses** | | | | | | | | | | | | | |
| Americas - Bonilla | $ 33,961 | $ 33,209 | 1,631 | $ 34,840 | 2% | -3% | $ 31,276 | $ 65,848 | $ 68,019 | $ 1,631 | $ 69,650 | -6% | $ 60,934 |
| Europe - Guisquet | 25,273 | 23,576 | (1,051) | 22,525 | 7% | 11% | 22,068 | 49,435 | 45,175 | (1,051) | 44,124 | 11% | 43,935 |
| APAC - Killen | 8,474 | 6,477 | 108 | 6,585 | 0% | -2% | 6,123 | 12,825 | 12,721 | 108 | 12,829 | 0% | 12,011 |
| Japan - Sato | 4,601 | 5,010 | (432) | 4,578 | -9% | 1% | 4,904 | 9,488 | 10,168 | (432) | 9,736 | -3% | 9,608 |
| Worldwide Education | 7,573 | 4,244 | (496) | 3,748 | 44% | 51% | 5,278 | 14,907 | 7,543 | (496) | 7,047 | 53% | 10,277 |
| Internal Training Net | (673) | 139 | (337) | (198) | nm | nm | 0 | (165) | (766) | (337) | (1,103) | -567% | (0) |
| Corporate Adjustments | 1,034 | 698 | 286 | 984 | 33% | 5% | 2,642 | 2,913 | 1,680 | 286 | 1,966 | 33% | 4,851 |
| Total | $ 78,244 | $ 73,352 | (291) | $ 73,061 | 6% | 7% | $ 72,291 | $ 155,251 | $ 144,541 | $ (577) | $ 144,250 | 7% | $ 141,616 |
| **Margin** | | | | | | | | | | | | | |
| Americas - Bonilla | $ 32,747 | $ 23,945 | (233) | $ 23,712 | -27% | -28% | $ 44,362 | $ 65,614 | $ 34,160 | $ (233) | $ 33,927 | -48% | $ 80,377 |
| Europe - Guisquet | 16,936 | 23,591 | 1,515 | 25,106 | 39% | 48% | 22,107 | 24,120 | 35,452 | 1,515 | 36,967 | 53% | 33,196 |
| APAC - Killen | 4,015 | 6,651 | 159 | 6,810 | 66% | 70% | 6,192 | 6,472 | 12,726 | 159 | 12,885 | 99% | 10,308 |
| Japan - Sato | 2,730 | 4,262 | 696 | 4,958 | 56% | 82% | 4,233 | 5,113 | 8,381 | 696 | 9,077 | 78% | 8,009 |
| Worldwide Education | (7,573) | (4,244) | 496 | (3,748) | nm | nm | (5,278) | (14,907) | (7,543) | 496 | (7,047) | -53% | (10,277) |
| Internal Training Net | 673 | (139) | 337 | 198 | -121% | -71% | (0) | 165 | 766 | 337 | 1,103 | 567% | 0 |
| Corporate Adjustments | (3) | (2) | | (2) | nm | nm | 1,077 | (7) | (2) | | (2) | -72% | 1,977 |
| Total | $ 49,524 | $ 54,064 | 2,970 | $ 57,034 | 9% | 15% | $ 72,692 | $ 86,571 | $ 83,939 | $ 2,970 | $ 86,909 | 0% | $ 123,589 |
| **Margin %** | | | | | | | | | | | | | |
| Americas - Bonilla | 49% | 42% | | 40% | | | 59% | 50% | 33% | | 33% | | 57% |
| Europe - Guisquet | 40% | 50% | | 53% | | | 50% | 33% | 44% | | 46% | | 43% |
| APAC - Killen | 38% | 51% | | 51% | | | 50% | 34% | 50% | | 50% | | 46% |
| Japan - Sato | 37% | 46% | | 52% | | | 46% | 35% | 45% | | 48% | | 45% |
| Worldwide Education | nm | nm | | nm | | | nm | nm | nm | | nm | | nm |
| Internal Training Net | nm | nm | | nm | | | nm | nm | nm | | nm | | nm |
| Other - Hall | 0% | nm | | nm | | | nm | 0% | 0% | | 0% | | nm |
| Total | 39% | 42% | | 44% | | | 50% | 36% | 37% | | 38% | | 47% |

ORACLE Education 12/08/2000

ORACLE CONFIDENTIAL

NDCA-ORCL 021396

**$ in Thousands at Budget Rates**

ORACLE

| Other | Q2 FY00 Actuals | Q2 FY01 Forecast | | | Q2 Forecast vs. PY % | Q2 Potential Growth % | Q2 FY01 Budget | YTD Actuals | YTD FY01 | | | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | Forecast | Upside | Potential | | |
| **Revenues** | | | | | | | | | | | | | |
| Business On Line | 932 | 2,842 | (106) | 2,736 | 205% | 193% | 3,398 | 877 | 5,930 | (257) | 5,673 | 547% | 6,531 |
| OFD | 1,306 | 3,933 | (395) | 3,538 | 201% | 171% | 2,230 | 7,754 | 9,442 | | 9,442 | 22% | 10,507 |
| Oracle Exchange | | 282 | 238 | 520 | nm | nm | | | 282 | (165) | 117 | nm | |
| E-Travel | 481 | 700 | 6 | 706 | 46% | 47% | 1,628 | 605 | 1,350 | (165) | 1,185 | 96% | 2,748 |
| Liberate | | | | | nm | nm | | | | (130) | (130) | -111% | |
| Oraclemobile.com | | | | | nm | nm | | 1,207 | | (2,168) | (2,168) | nm | |
| Total | $ 2,719 | $ 7,757 | $ (257) | $ 7,500 | 185% | 176% | $ 7,257 | $ 10,443 | $ 17,005 | $ (717) | $ 16,288 | 56% | $ 19,787 |
| **Expenses** | | | | | | | | | | | | | |
| Business On Line | 5,427 | 4,397 | (165) | 4,232 | 19% | 22% | 5,382 | 8,880 | 8,276 | (265) | 8,011 | 10% | 9,469 |
| OFD | 2,326 | 2,743 | (130) | 2,613 | -18% | -12% | 3,237 | 4,204 | 5,312 | 2,174 | 7,486 | -78% | 6,466 |
| Oracle Exchange | | 278 | 139 | 417 | nm | nm | 1,170 | | 333 | | 333 | nm | 1,532 |
| E-Travel | 5,098 | 8,210 | (2,168) | 6,042 | -61% | -19% | 8,682 | 7,756 | 13,271 | (2) | 13,269 | -71% | 17,278 |
| Liberate | (68) | 15 | 2 | 17 | nm | nm | | 5,188 | 65 | | 65 | 99% | |
| Oraclemobile.com | (29) | 3,127 | (105) | 3,022 | -10884% | -10522% | 8,472 | (58) | 5,109 | | 5,109 | 8909% | 15,879 |
| Total | $ 12,754 | $ 18,770 | $ (2,427) | $ 16,343 | -47% | -28% | $ 26,943 | $ 25,971 | $ 32,365 | $ 1,907 | $ 34,272 | -32% | $ 50,623 |
| **Margin** | | | | | | | | | | | | | |
| Business On Line | (4,495) | (1,555) | 59 | (1,496) | nm | nm | (1,984) | (8,004) | (2,345) | 8 | (2,337) | -71% | (2,938) |
| OFD | (1,020) | 1,190 | (265) | 925 | nm | nm | (1,007) | 3,550 | 4,130 | (2,174) | 1,956 | -45% | 4,042 |
| Oracle Exchange | | 4 | 99 | 103 | nm | nm | (1,170) | | (50) | (165) | (215) | nm | (1,532) |
| E-Travel | (4,617) | (7,510) | (2,168) | (5,336) | nm | nm | (7,054) | (7,151) | (11,921) | (163) | (12,084) | 69% | (14,530) |
| Liberate | 68 | (15) | (2) | (17) | -122% | -125% | | (3,981) | (65) | (130) | (195) | -95% | |
| Oraclemobile.com | 29 | (3,127) | 105 | (3,022) | -10884% | -10522% | (8,472) | 58 | (5,109) | (2,168) | (7,277) | -12647% | (15,879) |
| Total | $ (10,035) | $ (11,013) | $ 2,170 | $ (8,843) | nm | nm | $ (19,687) | $ (15,528) | $ (15,360) | $ #### | $ (20,152) | 30% | $ (30,837) |
| **Margin %** | | | | | | | | | | | | | |
| Business On Line | nm | nm | | nm | | | nm | -913% | -40% | | -41% | | -45% |
| OFD | nm | 30% | | 26% | | | nm | 46% | 44% | | 21% | | 38% |
| Oracle Exchange | nm | 1% | | 15% | | | nm | 0% | -4% | | -18% | | -56% |
| E-Travel | nm | nm | | nm | | | nm | -1183% | -883% | | nm | | -529% |
| Liberate | nm | nm | | nm | | | nm | nm | nm | | nm | | nm |
| Oraclemobile.com | nm | nm | | nm | | | nm | nm | nm | | nm | | nm |
| Total | nm | nm | | nm | | | nm | -149% | -90% | | -124% | | -156% |

Other 12/08/2000

ORACLE CONFIDENTIAL

NDCA-ORCL 021397

$ in Thousands at Budget Rates

| Marketing, Global Alliances, Development & IT | Q2 FY00 Actuals | Q2 FY01 Forecast Forecast | Q2 FY01 Forecast Upside | Q2 FY01 Forecast Potential | Q2 Forecast vs. PY % | Q2 Potential Growth % | Q2 FY01 Budget | YTD Actuals | YTD FY01 Forecast | YTD FY01 Upside | YTD FY01 Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Marketing** | | | | | | | | | | | | | |
| Worldwide Marketing - Jarvis | $ 72,928 | $100,025 | $ (535) | $ 99,490 | -37% | -36% | $116,945 | $142,770 | 181,387 | $ (535) | 180,852 | -27% | $ 210,194 |
| Japan Marketing - Sano | 7,470 | 12,399 | (1,092) | 11,307 | -68% | -51% | 10,341 | 15,937 | 22,017 | (1,092) | 20,925 | -31% | 19,927 |
| Total Marketing | $ 80,398 | $112,424 | $ (1,627) | $110,797 | -40% | -38% | $127,286 | $158,706 | 203,403 | $ (1,627) | 201,776 | -27% | $ 230,121 |
| Global Alliances - Knee | $ 9,300 | $ 8,644 | $ (1,839) | $ 6,806 | 7% | 27% | $ 15,908 | $ 22,147 | 23,242 | | 23,242 | -5% | $ 30,371 |
| **Development Expenses** | | | | | | | | | | | | | |
| System Products - Bloom | $ 95,856 | $103,733 | $ (742) | $102,991 | -8% | -8% | $117,477 | $186,339 | 197,232 | $ (742) | 196,490 | -5% | $ 226,906 |
| Tools & Other - Abassi | 25,708 | 28,533 | (1,091) | 27,442 | -11% | -7% | 31,552 | 51,325 | 54,925 | (1,091) | 53,834 | -5% | 60,909 |
| Translation & Other - Thacker | 12,016 | 9,748 | (192) | 9,556 | 19% | 20% | 14,816 | 29,569 | 20,235 | (192) | 20,043 | 32% | 28,239 |
| ERP Applications - Wohl | 84,294 | 102,943 | (1,392) | 101,551 | -22% | -20% | 111,612 | 168,277 | 196,938 | (1,392) | 195,546 | -16% | 212,623 |
| CRM Applications - Barrenchea | 45,408 | 40,957 | 259 | 41,216 | 10% | 9% | 52,112 | 83,521 | 77,683 | 259 | 77,942 | 7% | 96,187 |
| Other Product - Ellison | 3,988 | 3,769 | (640) | 3,129 | 5% | 22% | 4,354 | 7,639 | 7,653 | (640) | 7,013 | 8% | 8,819 |
| Total Development | $ 267,070 | $ 289,683 | $ (3,798) | $ 285,885 | -8% | -7% | $331,923 | $ 526,669 | 554,666 | $ (3,798) | 550,868 | -5% | $ 635,683 |
| **Information Technology - Roberts** | | | | | | | | | | | | | |
| Information Technology - Roberts | $ 59,690 | $ 68,279 | $ (378) | $ 67,901 | -14% | -14% | $ 74,432 | 115,623 | 132,775 | (378) | 132,397 | -15% | $ 146,600 |
| Japan Information Technology - Sano | 2,573 | 4,091 | (99) | 3,992 | -59% | -55% | 2,526 | 5,564 | 7,763 | (99) | 7,664 | -36% | 5,053 |
| Total IT | $ 62,262 | $ 72,371 | $ (477) | $ 71,894 | -16% | -15% | $ 76,958 | $ 121,186 | 140,538 | (378) | 140,061 | -16% | $ 151,852 |

ORACLE

MKT. ALL. DEV. IT 12/08/2000

ORACLE CONFIDENTIAL

NDCA-ORCL 021398

$ in Thousands at Budget Rates

ORACLE

| G&A & Corporate | Q2 FY00 Actuals | Q2 FY01 Forecast | | | Q2 Forecast vs. PY % | Q2 Potential Growth % | Q2 FY01 Budget | YTD Actuals | YTD FY01 | | | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | Forecast | Upside | Potential | | |
| **General & Administrative** | | | | | | | | | | | | | |
| Legal - Coopeman | $ 6,011 | $ 4,900 | $ (232) | $ 4,668 | 18% | 22% | 4,619 | $ 12,030 | $ 10,154 | $ (232) | $ 9,922 | 18% | $ 9,161 |
| Human Resources - Westerdahl | 11,584 | 12,023 | (102) | 11,921 | -4% | -3% | 11,658 | 23,873 | 22,742 | (102) | 22,640 | 5% | 22,917 |
| Finance - Minton | 54,566 | 50,873 | (2,255) | 48,618 | 7% | 11% | 50,725 | 109,613 | 99,676 | (2,255) | 97,421 | 11% | 101,322 |
| DSD G&A - Bloom | 3,241 | 3,597 | (66) | 3,531 | -11% | -9% | 4,439 | 5,795 | 7,004 | (66) | 6,938 | -20% | 8,084 |
| Manufacturing & Distribution | 1,490 | 2,884 | (2,072) | 812 | -94% | 45% | 1,386 | 3,709 | 1,169 | (2,072) | (903) | 124% | 2,299 |
| Japan G&A - Sano | 4,349 | 5,595 | (576) | 5,019 | -29% | -15% | 7,653 | 9,868 | 12,243 | (576) | 11,667 | -21% | 17,464 |
| **Total General & Administrative** | $ 81,242 | $ 79,873 | $ (5,303) | $ 74,570 | 2% | 8% | $ 80,480 | $ 164,689 | $ 152,987 | $ (5,303) | $ 147,684 | 10% | $ 161,246 |
| **Corporate** | | | | | | | | | | | | | |
| CEO - Ellison | $ 6,483 | $ 16,240 | $ (290) | $ 15,950 | -151% | -146% | $ 13,046 | 7,834 | 26,047 | (290) | 25,757 | -229% | 35,359 |
| CFO - Henley | 8,692 | 9,382 | 808 | 10,190 | -8% | -17% | 11,257 | 15,309 | 18,335 | 808 | 19,143 | -25% | 21,728 |
| Global Business Practices - Catz | 957 | 1,044 | (205) | 839 | -9% | 12% | 1,325 | 1,910 | 1,841 | (205) | 1,636 | 14% | 2,579 |
| Corporate Development - Bloom | 1,380 | 1,087 | 189 | 1,276 | 21% | 8% | 3,038 | 2,392 | 1,873 | 189 | 2,062 | 14% | 5,923 |
| **Total Corporate** | $ 17,511 | $ 27,753 | $ 502 | $ 28,255 | -58% | -61% | $ 28,666 | $ 27,445 | $ 48,096 | $ 502 | $ 48,598 | -77% | $ 65,588 |
| **Corporate Accruals** | (15,301) | (3,848) | (23,208) | (27,056) | nm | nm | (56,308) | (27,869) | (12,330) | (23,208) | (35,538) | -27% | (103,937) |

G&A & Corp 12/08/2000

**ORACLE CONFIDENTIAL**

NDCA-ORCL 021399

$ in Thousands at Actuals Rates

ORACLE

| Other (Income) & Expense | Q2 FY00 Actuals | Q2 FY01 Forecast | | | Forecast vs PY % | Potential vs. PY % | Q2 FY01 Budget | Q2 FY00 YTD Actuals | YTD FY01 | | | Forecast vs PY % | Potential vs. PY % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | Forecast | Upside | Potential | | |
| Interest (Income) Expense | $ (26,735) | $ (54,137) | $ 3,669 | $ (50,468) | nm | -89% | $ (69,780) | $ (55,566) | $ (160,057) | $ 3,669 | $(156,388) | -224% | 105% |
| Exchange (Gain) Loss | | | | | | | | | | | | | |
| Exchange (Gain) Loss | 5,089 | $ 10,755 | $ (3,364) | $ 7,391 | -112% | -46% | $ 100 | $ 7,235 | $ 11,945 | ######### | $ 8,581 | -8581% | 3464% |
| Hedging (Gain) Loss | (5,484) | (6,273) | 3,966 | (2,307) | nm | 58% | 2,400 | (5,398) | (12,747) | 3,966 | (8,781) | 366% | -65% |
| Total | (416) | 4,481 | 602 | 5,083 | nm | 1323% | 2,500 | 1,837 | (802) | 602 | (200) | 8% | 76% |
| Minority Interest Expense | 5,388 | $ 12,921 | 108 | 13,029 | -140% | -142% | 12,266 | 9,318 | 18,715 | 108 | 18,823 | -153% | 99% |
| Amortization of Goodwill | $ 19,089 | $ 17,267 | 568 | 17,835 | nm | nm | | | 36,263 | 568 | 36,831 | -229% | 96% |
| Other Items | | | | | 9% | 6% | $ 16,076 | $ 37,377 | | | | | |
| Other (Income) Expense | | | | | | | | | | | | | |
| (Gain) Loss on Sale of Assets | 537 | $ (290) | $ (406) | $ (696) | | | | 942 | 3,159 | $ (406) | 2,753 | | |
| Software Development | 692 | 2,112 | (1,464) | 648 | | | | 1,245 | 1,304 | (1,464) | (160) | | |
| | (145) | 2,000 | (1,155) | 845 | | | 3,379 | (467) | 7,913 | (1,155) | 6,758 | | |
| Total | 1,085 | $ 3,822 | $ (3,025) | 797 | | | $ 3,379 | $ 1,721 | 12,376 | $ (3,025) | 9,351 | | |
| Total Other (Income) Expense | (1,606) | $(15,646) | $ 1,922 | $ (13,724) | nm | -753% | $ (35,559) | $ (5,314) | (83,506) | $ 1,922 | $ (91,584) | -259% | 105% |
| LOB Charges & Other Intercompany | (80) | (0) | 36 | 36 | nm | 145% | (174) | (480) | 0 | 36 | 36 | nm | nm |
| Total LOB Charges & Other (Income) Expense | (1,688) | $(15,646) | 1,958 | $ (13,688) | nm | -711% | $ (35,733) | $ (5,794) | (83,506) | 1,958 | $ (91,548) | -259% | 105% |
| Other Investment (Gain)/Loss | | | | | | | | | | | | | |
| (Gain)/Loss on sale of marketable securities | - | $(15,000) | $ 5,331 | $ (9,669) | nm | nm | $ (65,000) | 5 | (62,007) | | $ (62,007) | nm | nm |
| Minority Interest Expense from Non-Constol Subs | 5,083 | 26,588 | (3,451) | 23,137 | -423% | -355% | 26,946 | 8,423 | 58,161 | | 58,161 | nm | nm |
| Total | 5,083 | $ 11,587 | $ 1,880 | $ 13,467 | -126% | -165% | $ (38,054) | 8,428 | (3,846) | | $ (3,846) | nm | nm |

Other Income & Expense 12/06/2000

ORACLE
CONFIDENTIAL

NDCA-ORCL 021400

**$ in Thousands at Budget Rates**

ORACLE

| Support - Thacker | Q2 FY00 Actuals | Q2 FY01 Forecast | | | Q2 Forecast vs. PY % | Q2 Potential Growth % | Q2 FY01 Budget | YTD Actuals | Forecast | YTD FY01 Upside | Potential | YTD Potential Growth % | YTD Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | | | | | | |
| **Revenues** | | | | | | | | | | | | | |
| Americas - Snyder | $ 406,741 | $ 515,068 | $ 8,214 | $ 523,282 | 27% | 29% | $ 519,712 | 787,994 | $1,013,545 | 8,214 | $ 1,021,759 | 30% | $1,016,996 |
| Europe - Cadogan | 212,159 | 261,324 | 4,890 | 266,214 | 23% | 25% | 262,270 | 406,999 | 508,814 | 4,890 | 513,704 | 26% | 505,778 |
| APAC - Tong | 45,467 | 61,053 | (1,478) | 59,575 | 34% | 31% | 60,740 | 88,152 | 117,720 | (1,478) | 116,242 | 32% | 118,285 |
| Japan - Mashima | 31,085 | 40,920 | 1,303 | 42,223 | 32% | 36% | 42,968 | 58,660 | 75,921 | 1,303 | 77,224 | 32% | 82,349 |
| WW Support Operations - Thacker | | | | | nm | nm | | | | | | nm | |
| Corporate Adjustments | 12 | 175 | 98 | 273 | 1341% | 2147% | 31,103 | 12 | 367 | 98 | 465 | 3724% | 60,567 |
| **Total** | $ 695,464 | $ 878,541 | $ 13,027 | $ 891,568 | 26% | 28% | $ 916,792 | $1,341,817 | $1,716,367 | $13,027 | $ 1,729,394 | 29% | $1,783,975 |
| **Expenses** | | | | | | | | | | | | | |
| Americas - Snyder | $ 96,616 | $ 81,036 | (1,346) | $ 79,690 | 16% | 18% | $ 94,087 | $ 186,486 | $ 157,540 | (1,346) | $ 156,194 | 16% | $ 183,048 |
| Europe - Cadogan | 57,308 | 54,826 | (817) | 54,009 | 4% | 6% | 59,309 | 110,885 | 106,594 | (817) | 105,777 | 5% | 115,441 |
| APAC - Tong | 14,935 | 14,320 | (85) | 14,235 | 4% | 5% | 14,634 | 29,023 | 28,086 | (85) | 28,001 | 4% | 28,746 |
| Japan - Mashima | 6,794 | 7,544 | (468) | 7,076 | -11% | -4% | 7,929 | 13,216 | 14,335 | (468) | 13,867 | -5% | 14,991 |
| WW Support Operations - Thacker | 8,552 | 5,324 | 337 | 5,661 | 38% | 34% | 4,961 | 16,472 | 10,553 | 337 | 10,890 | 34% | 9,788 |
| Corporate Adjustments | 117 | 906 | 401 | 1,307 | -672% | -1014% | 5,919 | 234 | 1,551 | 401 | 1,952 | -733% | 11,526 |
| **Total** | $ 184,322 | $ 163,956 | $ (1,978) | $ 161,978 | 11% | 12% | $ 186,838 | $ 356,316 | $ 318,659 | $ (1,978) | $ 316,681 | 11% | $ 363,541 |
| **Margin** | | | | | | | | | | | | | |
| Americas - Snyder | $ 310,125 | $ 434,032 | $ 9,560 | $ 443,592 | 40% | 43% | $ 425,625 | $ 601,508 | $ 856,005 | 9,560 | $ 865,565 | 44% | $ 833,949 |
| Europe - Cadogan | 154,851 | 206,498 | 5,707 | 212,205 | 33% | 37% | 202,961 | 296,114 | 402,221 | 5,707 | 407,928 | 38% | 390,336 |
| APAC - Tong | 30,532 | 46,733 | (1,393) | 45,340 | 53% | 49% | 46,105 | 59,129 | 89,633 | (1,393) | 88,240 | 49% | 89,540 |
| Japan - Mashima | 24,291 | 33,377 | 1,771 | 35,148 | 37% | 45% | 35,039 | 45,444 | 61,586 | 1,771 | 63,357 | 39% | 87,357 |
| WW Support Operations - Thacker | (8,552) | (5,324) | (337) | (5,661) | nm | nm | (4,961) | (16,472) | (10,553) | (337) | (10,890) | -34% | (9,788) |
| Corporate Adjustments | (105) | (731) | (303) | (1,034) | nm | nm | 25,184 | (222) | (1,184) | (303) | (1,487) | 569% | 49,041 |
| **Total** | $ 511,142 | $ 714,585 | $ 15,005 | $ 729,590 | 40% | 43% | $ 729,954 | 985,501 | $1,397,708 | $15,005 | $ 1,412,713 | 43% | 1,420,435 |
| **Margin %** | | | | | | | | | | | | | |
| Americas - Snyder | 76% | 84% | | 85% | | | 82% | 76% | 84% | | 85% | | 82% |
| Europe - Cadogan | 73% | 79% | | 80% | | | 77% | 73% | 79% | | 79% | | 77% |
| APAC - Tong | 67% | 77% | | 76% | | | 76% | 67% | 76% | | 76% | | 76% |
| Japan - Mashima | 78% | 82% | | 83% | | | 82% | 77% | 81% | | 82% | | 82% |
| WW Support Operations - Thacker | nm | nm | | nm | | | nm | nm | nm | | nm | | nm |
| Corporate Adjustments | nm | nm | | nm | | | nm | nm | nm | | nm | | nm |
| **Total** | 73% | 81% | | 82% | | | 80% | 73% | 81% | | 82% | | 80% |

Support 12/06/2000

ORACLE CONFIDENTIAL

**$ in Thousands at Budget Rates**     ORACLE

| License | YTD Q2 FY00 | YTD Q2 FY01 Forecast — Forecast | YTD Q2 FY01 Forecast — Upside | YTD Q2 FY01 Forecast — Potential | Q2 YTD Forecast vs. PY % | Q2 YTD Potential Growth % | Q2 YTD Targeted 30% Growth |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| OSI - Nussbaum | $ 196,412 | $ 256,906 | $ 3,227 | $ 260,133 | 31% | 32% | $ 255,335 |
| NAS - Roberts | 323,518 | 483,448 | (5,197) | 478,251 | 49% | 48% | 420,574 |
| OPI - Varasano | 104,170 | 137,622 | 11,698 | 149,320 | 32% | 43% | 135,422 |
| LA - Sanderson | 53,231 | 64,151 | 1,438 | 65,589 | 21% | 23% | 69,201 |
| UK, Ireland & South Africa | 86,065 | 115,107 | 14,256 | 129,363 | 34% | 50% | 111,885 |
| Germany - Jaeger | 76,894 | 86,983 | (5,365) | 81,618 | 13% | 6% | 99,963 |
| France, Middle East & Afri | 77,517 | 89,967 | 8,639 | 98,606 | 16% | 27% | 100,773 |
| S. Europe - Bonzano | 81,901 | 91,162 | 4,343 | 95,505 | 11% | 17% | 106,472 |
| N. Europe - Jarnick | 93,267 | 107,155 | 10,042 | 117,197 | 15% | 26% | 121,247 |
| APAC - Williams | 105,942 | 154,402 | (782) | 153,620 | 46% | 45% | 137,724 |
| Japan - Sano | 183,879 | 223,736 | 17,198 | 240,934 | 22% | 31% | 239,043 |
| Europe HQ - Giacoletto | 15,000 | - | - | - | -100% | -100% | 19,500 |
| USA Sales & Operations | - | 0 | - | 0 | nm | nm | - |
| Corporate Adjustments | 64,790 | 37,838 | 1,176 | 39,014 | -42% | -40% | 84,227 |
| **Total** | $ 1,462,587 | $ 1,848,478 | $ 60,673 | $ 1,909,151 | 26% | 31% | $ 1,901,364 |
| Emea Totals | $ 430,645 | $ 490,373 | $ 31,915 | $ 522,288 | 14% | 21% | |
| **Expenses** | 415,645 | 490,373 | 31,915 | 522,288 | 18% | 26% | |
| OSI - Nussbaum | 131,216 | 162,345 | $ 484 | $ 162,829 | -24% | -24% | |
| NAS - Roberts | 162,210 | 218,180 | (780) | 217,400 | -35% | -34% | |
| OPI - Varasano | 77,836 | 81,961 | 1,755 | 83,715 | -5% | -8% | |
| LA - Sanderson | 42,685 | 46,625 | 216 | 46,840 | -9% | -10% | |
| UK, Ireland & South Africa | 59,733 | 72,990 | 2,138 | 75,129 | -22% | -26% | |
| Germany - Jaeger | 47,546 | 40,314 | (805) | 39,509 | 15% | 17% | |
| France, Middle East & Afri | 48,756 | 51,392 | 1,296 | 52,688 | -5% | -8% | |
| S. Europe - Bonzano | 39,580 | 43,197 | 651 | 43,849 | -9% | -11% | |
| N. Europe - Jarnick | 60,154 | 60,676 | 1,506 | 62,182 | -1% | -3% | |
| APAC - Williams | 63,768 | 75,872 | (117) | 75,755 | -19% | -19% | |
| Japan - Sano | 45,490 | 49,118 | 2,580 | 51,698 | -8% | -14% | |
| Europe HQ - Giacoletto | 22,549 | 16,702 | - | 16,702 | 26% | 26% | |
| USA Sales & Operations | 6,558 | 887 | - | 887 | 86% | 86% | |
| Corporate Adjustments | 46,386 | (16,808) | 176 | (16,631) | 136% | 136% | |
| **Total** | $ 854,469 | $ 903,450 | $ 9,101 | $ 912,551 | -6% | -7% | |
| Emea Totals | $ 278,318 | $ 285,271 | $ 4,787 | $ 290,058 | -2% | -4% | |
| **Margin** | | | | | | | |
| OSI - Nussbaum | 65,195 | 94,561 | $ 2,743 | $ 97,304 | 45% | 49% | |
| NAS - Roberts | 161,308 | 265,269 | (4,417) | 260,851 | 64% | 62% | |
| OPI - Varasano | 26,335 | 55,662 | 9,943 | 65,605 | 111% | 149% | |
| LA - Sanderson | 10,546 | 17,527 | 1,222 | 18,749 | 66% | 78% | |
| UK, Ireland & South Africa | 26,333 | 42,116 | 12,118 | 54,234 | 60% | 106% | |
| Germany - Jaeger | 29,348 | 46,669 | (4,560) | 42,109 | 59% | 43% | |
| France, Middle East & Afri | 28,761 | 38,575 | 7,343 | 45,918 | 34% | 60% | |
| S. Europe - Bonzano | 42,321 | 47,965 | 3,692 | 51,657 | 13% | 22% | |
| N. Europe - Jarnick | 33,113 | 46,479 | 8,536 | 55,015 | 40% | 66% | |
| APAC - Williams | 42,173 | 78,530 | (665) | 77,865 | 86% | 85% | |
| Japan - Sano | 138,388 | 174,618 | 14,618 | 189,237 | 26% | 37% | |
| Europe HQ - Giacoletto | (7,549) | (16,702) | - | (16,702) | nm | nm | |
| USA Sales & Operations | (6,558) | (887) | - | (887) | nm | nm | |
| Corporate Adjustments | 18,404 | 54,646 | 1,000 | 55,645 | 197% | 202% | |
| **Total** | $ 608,118 | $ 945,028 | $ 51,572 | $ 996,600 | 55% | 64% | |
| Emea Totals | $ 152,327 | $ 205,102 | $ 27,128 | $ 232,230 | 35% | 52% | |
| **Margin %** | | | | | | | |
| OSI - Nussbaum | 33% | 37% | | 37% | | | |
| NAS - Roberts | 50% | 55% | | 55% | | | |
| OPI - Varasano | 25% | 40% | | 44% | | | |
| LA - Sanderson | 20% | 27% | | 29% | | | |
| UK, Ireland & South Africa | 31% | 37% | | 42% | | | |
| Germany - Jaeger | 38% | 54% | | 52% | | | |
| France, Middle East & Afri | 37% | 43% | | 47% | | | |
| S. Europe - Bonzano | 52% | 53% | | 54% | | | |
| N. Europe - Jarnick | 36% | 43% | | 47% | | | |
| APAC - Williams | 40% | 51% | | 51% | | | |
| Japan - Sano | 75% | 78% | | 79% | | | |
| Europe HQ - Giacoletto | -50% | nm | | nm | | | |
| USA Sales & Operations | nm | nm | | nm | | | |
| Corporate Adjustments | nm | nm | | nm | | | |
| **Total** | 42% | 51% | | 52% | | | |
| Emea Totals | 35% | 42% | | 44% | | | |

ORACLE CONFIDENTIAL

YTD License 12/08/2000

NDCA-ORCL 021402

$ in Thousands at Budget Rates                                             ORACLE

| Consulting | Q2 FY00 | Q2 FY01 Forecast | | | Forecast vs PY $ | Q2 Forecast vs. PY % | Q2 Potential Growth % | Q2 FY01 Budget |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Forecast | Upside | Potential | | | | |
| **Revenues** | | | | | | | | |
| OSI - Nussbaum | $ 106,887 | $ 119,403 | $ 267 | $ 119,670 | 12,516 | 12% | 12% | $ 113,404 |
| NA - Sanderson | 177,423 | 154,229 | 3,930 | 158,159 | (23,195) | -13% | -11% | 163,065 |
| OPI - Varasano | 42,703 | 38,000 | 2,903 | 40,903 | (4,702) | -11% | -4% | 38,231 |
| LA - Sanderson | 23,874 | 21,527 | 810 | 22,337 | (2,347) | -10% | -6% | 23,544 |
| UKI & South Africa - Kingston | 53,187 | 67,014 | 2,717 | 69,731 | 13,826 | 26% | 31% | 62,737 |
| Germany - Brydon | 27,744 | 19,088 | (313) | 18,775 | (8,656) | -31% | -32% | 28,289 |
| France & Middle East - Lompre | 18,752 | 20,321 | (140) | 20,181 | 1,568 | 8% | 8% | 19,129 |
| S. Europe - Diaz/Guiseppe | 22,500 | 22,349 | 1,353 | 23,702 | (152) | -1% | 5% | 24,068 |
| Europe Divisional - Pohjola | 46,875 | 44,660 | 1,422 | 46,082 | (2,215) | -5% | -2% | 49,340 |
| APAC - Williams | 26,673 | 28,251 | (69) | 28,182 | 1,579 | 6% | 6% | 30,787 |
| Japan - Sano | 11,428 | 16,307 | 298 | 16,605 | 4,879 | 43% | 45% | 13,911 |
| Europe HQ - Giacoletto | 1,118 | 830 | (22) | 808 | (289) | -26% | -28% | 1,660 |
| Corporate Adjustments | 115 | 283 | 1,042 | 1,325 | 168 | 146% | 1053% | - |
| **Total** | $ 559,279 | $ 552,261 | $ 14,198 | $ 566,459 | (7,018) | -1% | 1% | $ 568,167 |
| **EMEA Totals** | $ 170,177 | $ 174,261 | $ 5,017 | $ 179,278 | $ 4,084 | 2% | 5% | $ 185,223 |
| **Expenses** | | | | | | | | |
| OSI - Nussbaum | $ 82,207 | $ 101,069 | $ 189 | $ 101,258 | 18,862 | -23% | -23% | $ 86,728 |
| NA - Sanderson | 131,998 | 119,620 | (545) | 119,075 | (12,379) | 9% | 10% | 122,400 |
| OPI - Varasano | 34,101 | 23,700 | 1,330 | 25,030 | (10,401) | 31% | 27% | 26,754 |
| LA - Sanderson | 17,762 | 17,273 | 441 | 17,714 | (489) | 3% | 0% | 17,414 |
| UKI - Kingston | 33,174 | 50,050 | (329) | 49,721 | 16,876 | -51% | -50% | 42,903 |
| Germany - Brydon | 22,265 | 17,871 | 178 | 18,049 | (4,394) | 20% | 19% | 22,462 |
| France - Lompre | 16,777 | 16,016 | 161 | 16,177 | (760) | 5% | 4% | 16,307 |
| S. Europe - Diaz/Guiseppe | 15,264 | 16,083 | 35 | 16,118 | 819 | -5% | -6% | 18,317 |
| Europe Divisional - Pohjola | 37,850 | 39,017 | (3,235) | 35,782 | 1,167 | -3% | 5% | 39,411 |
| APAC - Williams | 21,161 | 24,974 | (721) | 24,253 | 3,813 | -18% | -15% | 23,708 |
| Japan - Sano | 8,162 | 13,107 | (383) | 12,724 | 4,945 | -61% | -56% | 10,278 |
| Europe HQ - Giacoletto | 179 | (136) | 141 | 5 | (315) | 176% | 97% | 1,132 |
| Corporate Adjustments | 770 | 283 | 72 | 355 | (487) | 63% | 54% | - |
| **Total** | $ 421,671 | $ 438,928 | $ (2,666) | $ 436,262 | 17,257 | -4% | -3% | $ 427,814 |
| **EMEA Totals** | $ 125,510 | $ 138,903 | $ (3,049) | $ 135,854 | $ 13,393 | -11% | -8% | $ 140,532 |
| **Margin** | | | | | | | | |
| OSI - Nussbaum | $ 24,679 | $ 18,334 | $ 78 | $ 18,412 | (6,345) | -26% | -25% | $ 26,676 |
| NA - Sanderson | 45,425 | 34,609 | 4,475 | 39,084 | (10,816) | -24% | -14% | 40,665 |
| OPI - Varasano | 8,601 | 14,300 | 1,573 | 15,873 | 5,699 | 66% | 85% | 11,478 |
| LA - Sanderson | 6,112 | 4,255 | 369 | 4,624 | (1,857) | -30% | -24% | 6,130 |
| UKI - Kingston | 20,013 | 16,964 | 3,046 | 20,010 | (3,050) | -15% | 0% | 19,834 |
| Germany - Brydon | 5,478 | 1,217 | (491) | 726 | (4,261) | -78% | -87% | 5,827 |
| France - Lompre | 1,976 | 4,304 | (301) | 4,003 | 2,328 | 118% | 103% | 2,822 |
| S. Europe - Diaz/Guiseppe | 7,236 | 6,265 | 1,318 | 7,583 | (971) | -13% | 5% | 5,751 |
| Europe Divisional - Pohjola | 9,025 | 5,643 | | 5,643 | (3,382) | -37% | -37% | 9,929 |
| APAC - Williams | 5,512 | 3,278 | 652 | 3,930 | (2,234) | -41% | -29% | 7,079 |
| Japan - Sano | 3,266 | 3,200 | 681 | 3,881 | (66) | -2% | 19% | 3,634 |
| Europe HQ - Giacoletto | 939 | 965 | (163) | 802 | 26 | 3% | -15% | 528 |
| Corporate Adjustments | (655) | - | 970 | 970 | 655 | nm | nm | - |
| **Total** | $ 137,609 | $ 113,333 | $ 12,207 | $ 125,540 | (24,276) | -18% | -9% | $ 140,353 |
| **EMEA Totals** | $ 44,668 | $ 35,358 | $ 3,409 | $ 38,767 | $ (9,310) | -21% | -13% | $ 44,691 |
| **Margin %** | | | | | | | | |
| OSI - Nussbaum | 23% | 15% | | 15% | -8% | | | 24% |
| NA - Sanderson | 26% | 22% | | 25% | -3% | | | 25% |
| OPI - Varasano | 20% | 38% | | 39% | 17% | | | 30% |
| LA - Sanderson | 26% | 20% | | 21% | -6% | | | 26% |
| UKI - Kingston | 38% | 25% | | 29% | -12% | | | 32% |
| Germany - Brydon | 20% | 6% | | 4% | -13% | | | 21% |
| France - Lompre | 11% | 21% | | 20% | 11% | | | 15% |
| S. Europe - Diaz/Guiseppe | 32% | 28% | | 32% | -4% | | | 24% |
| APAC - Williams | 21% | 12% | | 14% | -9% | | | 23% |
| Japan - Sano | 29% | 20% | | 23% | -9% | | | 26% |
| Europe HQ - Giacoletto | 0% | 0% | | nm | 0% | | | 0% |
| Corporate Adjustments | 0% | 0% | | nm | 0% | | | 0% |
| **Total** | 25% | 21% | | 22% | 346% | | | 25% |
| **EMEA Totals** | 26% | 20% | | 22% | -228% | | | 24% |

**ORACLE CONFIDENTIAL**

Consulting 12/08/2000

NDCA-ORCL 021403

**$ in Thousands at Budget Rates** — ORACLE

| Consulting | YTD Q2 FY00 | YTD Q2 FY01 Forecast | | | Q2 YTD Forecast vs. PY % | Q2 YTD Potential Growth % | Q2 YTD Budget $ |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| OSI - Nussbaum | $ 210,231 | $ 236,683 | $ 267 | $ 236,950 | 13% | 13% | $ 220,471 |
| NA - Sanderson | 360,332 | 311,732 | 3,930 | 315,662 | -13% | -12% | 321,673 |
| OPI - Varasano | 93,618 | 70,381 | 2,903 | 73,284 | -25% | -22% | 72,020 |
| LA - Sanderson | 44,646 | 41,388 | 810 | 42,198 | -7% | -5% | 44,872 |
| UKI - Kingston | 111,890 | 130,509 | 2,717 | 133,226 | 17% | 19% | 123,169 |
| Germany - Brydon | 53,703 | 39,978 | (313) | 39,665 | -26% | -26% | 52,749 |
| France - Lompre | 37,517 | 36,225 | (140) | 36,085 | -3% | -4% | 34,923 |
| S. Europe - Diaz/Guiseppe | 41,039 | 37,807 | 1,353 | 39,160 | -8% | -5% | 41,778 |
| Europe Divisional - Pohjola | 84,452 | 80,551 | | 80,551 | -5% | -5% | 84,831 |
| APAC - Williams | 50,224 | 59,312 | (69) | 59,243 | 18% | 18% | 58,632 |
| Japan - Sano | 18,755 | 31,748 | 298 | 32,046 | 69% | 71% | 26,530 |
| Europe HQ - Giacoletto | 1,819 | 1,544 | (22) | 1,522 | -15% | -16% | 3,320 |
| Corporate Adjustments | 10,057 | 792 | 1,042 | 1,834 | -92% | -82% | - |
| **Total** | $ 1,118,282 | $ 1,078,650 | $ 12,776 | $ 1,091,426 | -4% | -2% | $ 1,084,968 |
| **EMEA Totals** | $ 330,420 | $ 326,614 | $ 3,595 | $ 330,209 | -1% | 0% | $ 340,770 |
| **Expenses** | | | | | | | |
| OSI - Nussbaum | $ 166,217 | $ 189,262 | $ 189 | $ 189,451 | -14% | -14% | $ 170,649 |
| NA - Sanderson | 271,962 | 230,908 | (545) | 230,363 | 15% | 15% | 236,766 |
| OPI - Varasano | 70,099 | 44,834 | 1,330 | 46,164 | 36% | 34% | 50,197 |
| LA - Sanderson | 33,604 | 34,011 | 441 | 34,452 | -1% | -3% | 34,196 |
| UKI - Kingston | 72,587 | 93,812 | (329) | 93,483 | -29% | -29% | 82,663 |
| Germany - Brydon | 42,308 | 37,642 | 178 | 37,820 | 11% | 11% | 43,092 |
| France - Lompre | 33,891 | 29,807 | 161 | 29,968 | 12% | 12% | 31,120 |
| S. Europe - Diaz/Guiseppe | 30,258 | 29,757 | 35 | 29,792 | 2% | 2% | 34,868 |
| Europe Divisional - Pohjola | 82,831 | 73,496 | | 73,496 | 11% | 11% | 75,320 |
| APAC - Williams | 43,321 | 48,283 | (721) | 47,562 | -11% | -10% | 45,707 |
| Japan - Sano | 15,529 | 26,412 | (383) | 26,029 | -70% | -68% | 20,541 |
| Europe HQ - Giacoletto | 871 | 87 | 141 | 228 | 90% | 74% | 2,233 |
| Corporate Adjustments | 720 | 792 | 72 | 864 | -10% | -20% | - |
| **Total** | $ 864,199 | $ 839,102 | $ 569 | $ 839,671 | 3% | 3% | $ 827,353 |
| **EMEA Totals** | $ 262,747 | $ 264,601 | $ 186 | $ 264,787 | -1% | -1% | $ 269,296 |
| **Margin** | | | | | | | |
| OSI - Nussbaum | $ 44,013 | $ 47,421 | $ 78 | $ 47,499 | 8% | 8% | $ 49,822 |
| NA - Sanderson | 88,371 | 80,824 | 4,475 | 85,299 | -9% | -3% | 84,907 |
| OPI - Varasano | 23,519 | 25,547 | 1,573 | 27,120 | 9% | 15% | 21,823 |
| LA - Sanderson | 11,042 | 7,377 | 369 | 7,746 | -33% | -30% | 10,676 |
| UKI - Kingston | 39,303 | 36,697 | 3,046 | 39,743 | -7% | 1% | 40,506 |
| Germany - Brydon | 11,395 | 2,336 | (491) | 1,845 | -79% | -84% | 9,657 |
| France - Lompre | 3,626 | 6,418 | (301) | 6,117 | 77% | 69% | 3,802 |
| S. Europe - Diaz/Guiseppe | 10,780 | 8,050 | 1,318 | 9,368 | -25% | -13% | 6,910 |
| Europe Divisional - Pohjola | 1,621 | 7,056 | | 7,056 | 335% | 335% | 9,511 |
| APAC - Williams | 6,903 | 11,029 | 652 | 11,681 | 60% | 69% | 12,925 |
| Japan - Sano | 3,226 | 5,336 | 681 | 6,017 | 65% | 87% | 5,989 |
| Europe HQ - Giacoletto | 948 | 1,457 | (163) | 1,294 | 54% | 36% | 1,087 |
| Corporate Adjustments | 9,337 | - | 970 | 970 | -100% | -90% | - |
| **Total** | $ 254,083 | $ 239,548 | $ 12,207 | $ 251,755 | -6% | -1% | $ 257,615 |
| **EMEA Totals** | $ 67,673 | $ 62,014 | $ 3,409 | $ 65,423 | -8% | -3% | $ 71,473 |
| **Margin %** | | | | | | | |
| OSI - Nussbaum | 21% | 20% | | 20% | | | 23% |
| NA - Sanderson | 25% | 26% | | 27% | | | 26% |
| OPI - Varasano | 25% | 36% | | 37% | | | 30% |
| LA - Sanderson | 25% | 18% | | 18% | | | 24% |
| UKI - Kingston | 35% | 28% | | 30% | | | 33% |
| Germany - Brydon | 21% | 6% | | 5% | | | 18% |
| France - Lompre | 10% | 18% | | 17% | | | 11% |
| S. Europe - Diaz/Guiseppe | 26% | 21% | | 24% | | | 17% |
| Europe Divisional - Pohjola | 14% | 19% | | 9% | | | 22% |
| APAC - Williams | 17% | 17% | | 85% | | | 23% |
| Japan - Sano | 0% | 0% | | 20% | | | 0% |
| Europe HQ - Giacoletto | 0% | 0% | | 19% | | | 0% |
| **Total** | 23% | 22% | | 23% | | | 24% |
| **EMEA Totals** | 20% | 19% | | 20% | | | 21% |

ORACLE CONFIDENTIAL

YTD Consulting 12/08/2000

NDCA-ORCL 021404