LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail: sean.berkowitz@lw.com

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE EXPERT OPINIONS AND TESTIMONY OF BJORN I. STEINHOLT**<br><br>Honorable Judge Susan Illston<br>Hearing Date: January 9, 2009<br>Time: 9:00 a.m. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF S. COYLE ISO DEFS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE STEINHOLT
Master File No. C-01-0988-(SI)

I, Sean P.J. Coyle declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Opinions and Testimony of Bjorn I. Steinholt, in connection with *In re Oracle Corporation Securities Litigation*, Master File No. C-01-0988-SI.

3. Attached hereto as Exhibit 1 is a true and correct copy of select portions of the transcript of the December 17, 2007 oral argument before the Hon. Martin J. Jenkins in the case *In re Oracle Securities Litigation*, Master File No. C-01-0988-MJJ.

4. Attached hereto as Exhibit 2 is a true and correct copy of an index listing the percentage weightings of members of the NASDAQ 100 index as of March 2, 2001, which was accessed via Bloomberg's Terminal system.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 12, 2008 in San Francisco, California.

_____
Sean P.J. Coyle

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF S. COYLE ISO DEFS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE STEINHOLT
Master File No. C-01-0988-(SI)