# EXHIBIT 1

Summary Judgment Hearing  12/20/2007  9:30:00 AM

Pages 1 - 218

United States District Court

Northern District of California

Before The Honorable Martin J. Jenkins

Nursing Home Pension Fund,  )

et al.,                )

                       )

        Plaintiff,     )

                       )

 vs.                   )        No. C01-0988 MJJ

                       )

Oracle Corporation,      )

                       )

        Defendant.      )

_____)

San Francisco, California

Thursday, December 20, 2007

Reporter's Transcript Of Proceedings

Appearances:

For Plaintiff:       Coughlin Stoia Gellar

                Rudman & Robbins LLP

                100 Pine Street, Suite 2600

                San Francisco, California  94111

            By:  Mark Solomon, Esquire

                Eli Greenstein, Esquire

                Shawn A. Williams, Esquire

                Doug Britton, Esquire

                Monique Winkler, Esquire

                Stacey Marie Kaplan, Esquire

                Willow E. Radcliffe, Esquire

                Daniel Pfefferbaum, Esquire

(Appearances continued on next page.)

Reported By:     Sahar McVickar, RPR, CSR No. 12963

                Official Reporter, U.S. District Court

                For the Northern District of California

                (Computerized Transcription by Eclipse)

1          Mr. Gibbs asked:

2          "Q.   You removed industry factors, in

3            your view, by using the NASDAQ 100

4            index."

5            That was the question.

6            Answer:

7          "A.   That's correct, yes."

8            The next and final question was:

9          "Q.   And you've concluded that

10           100 percent of the Oracle specific

11            information that caused the residual

12            drop was related to the fraud?

13          "A.   Correct."

14           So he did use a market index.  And, in fact, it's

15    the same market index that their expert on class certification

16    used, which Your Honor looked at, analyzed and ruled upon, very

17    same index.  And he found that it was the company specific

18    residual decline that he used.

19           You can take a look at Exhibit I to

20    Mr. Steinholt's --

21           THE COURT:  You know, the class certification motion

22    was not an explication of whether you could meet the issue of

23    lost causation on a record in a summary judgment context.

24           MR. WILLIAMS:  No, I understand that.

25           THE COURT:  I'm just telling you that isn't

1    evidence -- that I fielded the objections they are making now

2    and ruled on in rejecting their arguments with respect to why

3    based on Dura and the experts that testified that there weren't

4    common questions of law in fact, that things weren't typical.

5         MR. WILLIAMS:  No, I understand, Your Honor.  The

6    only reason I directed you to that was because at the time they

7    believed that that was the appropriate index.

8         The bottom line for us is that whether you used a

9    tighter index that they suggest or the market index does not

10   really go to whether or not the events study is appropriate.

11   It goes to whether -- you can use different event studies or

12   different indices in your event study, but here the index that

13   Mr. Steinholt used was actually more conservative than the one

14   Mr. James used.

15        I am -- I'll just direct you to where you can find

16   that, specifically.  It's Steinholt's rebuttal at Tate

17   Declaration B.  He describes the comparison between the two

18   indices and the expert's findings, and that the index that he

19   used actually results in a lower damages number than the index

20   that the defendants used.

21        You asked another question earlier today about how

22   the, quote/unquote, "customer complaints" actually would be

23   admissible, I didn't address that earlier.  I can address it

24   very quickly.  I think that most of the documents that we

25   submitted that could be considered customer complaints are not

Summary Judgment Hearing  12/20/2007  9:30:00 AM

1

2                      ---o0o---

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25