# EXHIBIT 129

**Subject:** **January FY01 QTD Revenue Results**
**Date:** Thu, 08 Feb 2001 14:49:48 -0800
**From:** Larry Garnick <Larry.Garnick@Oracle.com>
**Organization:** Oracle Corporation
**To:** Jennifer Minton <Jennifer.Minton@Oracle.com>, Jeff Henley <Jeff.Henley@Oracle.com>, Jay Nussbaum <Jay.Nussbaum@Oracle.com>, Safra Catz <Safra.Catz@Oracle.com>, Chuck Rozwat <Charles.Rozwat@Oracle.com>, Sandy Sanderson <Sandy.Sanderson@Oracle.com>, Ron Wohl <Ron.Wohl@Oracle.com>, George Roberts <George.Roberts@Oracle.com>, Sergio Giacoletto <Sergio.Giacoletto@Oracle.com>, Larry Ellison <Larry.Ellison@Oracle.com>, Derek Williams <Derek.Williams@Oracle.com>

Summarized below are the January FY01 QTD revenue results for your review. Please note:

- The license revenues growth rate was 25% in USD, 12 points better than the 13% growth we experienced in January FY00 QTD over January FY99 QTD. However, excluding the $60 million Covisint license deal, the USD growth rate would have been only 8%. Excluding Covisint, OPI QTD license revenue growth would have been (63%).
- In constant dollars, January QTD license revenues grew 32%, which represents a 7 point negative currency impact. We expect currencies to negatively impact Q3 license revenue growth by approximately 4%. The currency impact for the first two months is greater than the average we expect for the full quarter because Europe represents a much larger portion of the first two months than we are forecasting for the full quarter.
- January QTD license results represents 36% of the total forecast for Q3 FY01. In FY00 and FY99, January QTD represented 33% and 38%, respectively, of the quarter total.
- January QTD operating expenses declined 3% year over year (7% in constant dollars).
- The analyst community is expecting 23% license revenue growth and 18% overall revenue growth for Q3 FY01. To deliver 23% USD license revenue growth we need $1,341 million in CD license revenue for the quarter, $95 million (8%) more than our current forecast. January QTD CD license revenue represents 33% of that requirement.
- Revenue results by product category are not yet available due to 11i upgrade issues in the USA. I'll send that to you as soon as we have it (probably tomorrow).

**JANUARY FY01 QTD REVENUE RESULTS**

| Line of Business | January FY01 QTD Actuals in US Dollars | January FY00 QTD Actuals in US Dollars | Percent Growth in US Dollars | Percent Growth in Constant Dollars | January FY00 QTD vs January FY99 QTD Percent Growth in Constant Dollars | January FY01 QTD Constant Dollar Actuals as a Percent of Q3 Constan Dollar Forecast |
|---|---|---|---|---|---|---|
| License | $434,408 | $348,116 | 25% | 32% | 17% | 36% |

ORACLE CONFIDENTIAL

NDCA-ORCL 081823

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | 330,246 | 310,323 | 6% | 10% | (8%) | 61% |
| Support | 568,671 | 494,779 | 15% | 20% | 36% | 62% |
| Education | 58,859 | 66,636 | (12%) | (7%) | 2% | 51% |
| Other | 5,696 | 574 | nm | nm | nm | 60% |
| **Total Revenue** | **$1,397,880** | **$1,220,428** | **15%** | **20%** | **15%** | **50%** |
| **License Organization** | | | | | | |
| Nussbaum - OSI | $22,747 | $27,398 | (17%) | (17%) | n/a* | 11% |
| Roberts - NAS | 55,954 | 79,163 | (33%) | (28%) | n/a* | 17% |
| Sanderson - OPI | 67,405 | 20,123 | 235% | 235% | n/a* | 47% |
| Sanderson - Latin America | 27,862 | 23,520 | 18% | 27% | 46% | 63% |
| Smith - UK, Ireland & South Africa | 38,015 | 19,466 | 95% | 117% | (40%) | 54% |
| Jaeger - Germany | 20,514 | 21,818 | (6%) | 2% | 45% | 38% |
| Anidjar - France, Middle East & Africa | 35,943 | 25,097 | 43% | 51% | (12%) | 65% |
| Bonzano - Southern Europe | 36,068 | 28,295 | 27% | 37% | 24% | 63% |
| Jarnick - Northern Europe | 41,393 | 28,037 | 48% | 59% | 20% | 62% |
| Shintaku - Japan | 59,853 | 42,350 | 41% | 57% | 18% | 56% |
| Williams - Asia Pacific | 27,466 | 27,139 | 1% | 11% | 18% | 37% |
| Corporate Adjustments & other | 1,188 | 5,710 | (69%) | (69) | nm | nm |
| **Total License Revenue** | **$434,408** | **$348,116** | **25%** | **32%** | **17%** | **36%** |

* Not available, because restatements between US divisions for account ownership changes for FY99 are not available for January QTD, only for the full quarter. In total, the three US divisions showed 27% growth for January FY00 QTD vs January FY99 QTD.

ORACLE CONFIDENTIAL

NDCA-ORCL 081824

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

January FY01 QTD Revenue Results

Regards.

Larry

| | |
|---|---|
| December Product Revenue Flash.xls | **Name:** December Product Revenue Flash.xls<br>**Type:** Microsoft Excel Worksheet (application/x-msexcel)<br>**Encoding:** base64<br>**Download Status:** Not downloaded with message |

ORACLE CONFIDENTIAL

3 of 3

05/10/2001 1:48 PM

NDCA-ORCL 081825

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 130

George Roberts
Q3 Forecast

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/15/01 |

| | License Revenue | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Q2 Budget | Dec Prelim | % of Fcst | Jan Fcst | % of Fcst | Feb Fcst | % of Fcst | Total Fcst |
| Northeast | 28,859 | 2,842 | 11% | 5,000 | 20% | 17,358 | 69% | 25,000 |
| Central | 22,620 | 3,641 | 16% | 5,000 | 22% | 14,359 | 62% | 23,000 |
| South | 30,942 | 1,643 | 8% | 3,000 | 14% | 16,098 | 78% | 20,741 |
| West | 16,587 | 1,506 | 15% | 1,200 | 12% | 7,621 | 74% | 10,327 |
| HQ/Mgmt Judge | - | - | 0% | (3,200) | -29% | 14,132 | 129% | 10,932 |
| Majors | 99,008 | 9,432 | 10% | 11,000 | 12% | 69,568 | 77% | 90,000 |
| Northeast | 34,018 | 2,927 | 10% | 5,346 | 18% | 20,727 | 71% | 29,000 |
| Mid-Atlantic | 51,624 | 3,042 | 8% | 7,518 | 20% | 27,625 | 72% | 38,185 |
| Central | 33,490 | 1,773 | 6% | 5,253 | 18% | 21,974 | 76% | 29,000 |
| West | 84,287 | 5,334 | 8% | 11,904 | 18% | 47,333 | 73% | 64,571 |
| HQ/Mgmt | - | | 0% | | 0% | 8,044 | 100% | 8,044 |
| General Business | 203,419 | 13,076 | 8% | 30,021 | 18% | 125,703 | 74% | 168,800 |
| HR | 7,819 | - | 0% | - | 0% | 9,200 | 100% | 9,200 |
| Canada | 30,020 | 6,015 | 23% | 9,300 | 36% | 10,485 | 41% | 25,800 |
| ASP Majors | - | - | #DIV/0! | - | #DIV/0! | - | #DIV/0! | - |
| ASP General Business | - | - | 0% | - | 0% | 8,395 | 100% | 8,395 |
| ASP Canada | - | - | #DIV/0! | - | #DIV/0! | - | #DIV/0! | - |
| ASP-Named Accounts | 9,200 | - | 0% | - | 0% | 8,395 | 100% | 8,395 |
| ISD Wrkgrp Sales | 3,437 | 946 | 32% | 617 | 21% | 1,358 | 46% | 2,921 |
| ISD Infrastructure | - | | #DIV/0! | | #DIV/0! | - | #DIV/0! | - |
| ISD Doc | 1,403 | - | 0% | - | 0% | 1,000 | 100% | 1,000 |
| CHANNELS | - | - | #DIV/0! | - | #DIV/0! | - | #DIV/0! | - |
| US HQ | 5,671 | - | 0% | - | 0% | 39,884 | 100% | 39,884 |
| Total North America | 359,977 | 29,469 | 9% | 50,938 | 15% | 265,593 | 77% | 346,000 |

| FY00 Comparison | Dec-00 | % of Total | Jan-00 | % of Total | Feb-00 | % of Total | Totals |
|---|---|---|---|---|---|---|---|
| Majors | 12,932 | 14% | 5,894 | 6% | 75,977 | 80% | 94,803 |
| GB | 20,694 | 13% | 27,072 | 17% | 111,435 | 70% | 159,202 |
| HR | (7) | -1% | 91 | 7% | 1,135 | 93% | 1,220 |
| Canada | 4,404 | 15% | 5,559 | 19% | 18,717 | 65% | 28,680 |
| HQ | 1,817 | 7% | 886 | 3% | 24,851 | 90% | 27,554 |
| ASP | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| NAS | 39,841 | 13% | 39,502 | 13% | 232,116 | 75% | 311,459 |

Q3sumNAS_1-15Final.xls

ORACLE CONFIDENTIAL
CA-ORCL 036314

George Roberts
Q3 Forecast

| | Total License | | | | | Growth Comparison | | | CAGR FY99-FY01 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Closed | Worst | Forecast | Best | Change From Prior | Q3 FY00 Restated | Forecast % | Best % | Forecast % | Best % |
| Northeast | 3.1 | 20.0 | 25.0 | 35.0 | - | 28.8 | -13% | 21% | | |
| Central | 3.5 | 15.0 | 23.0 | 30.0 | - | 18.0 | 28% | 67% | | |
| South | 1.6 | 15.0 | 20.7 | 30.0 | (0.0) | 32.8 | -37% | -9% | | |
| West | 1.5 | 8.3 | 10.3 | 19.7 | - | 15.0 | -31% | 31% | | |
| HQ/Mgmt Judge | - | 11.7 | 10.9 | (4.7) | 0.0 | 0.2 | 6819% | -3075% | | |
| Majors | 9.8 | 70.0 | 90.0 | 110.0 | 0.0 | 94.8 | -5% | 16% | 25% | 39% |
| Northeast | 3.0 | 29.0 | 29.0 | 36.0 | - | 29.7 | -3% | 21% | | |
| Mid-Atlantic | 3.7 | 38.2 | 38.2 | 48.0 | (0.1) | 41.2 | -7% | 16% | | |
| Central | 2.0 | 29.0 | 29.0 | 43.6 | 2.7 | 24.4 | 19% | 79% | | |
| West | 5.7 | 56.3 | 64.6 | 76.6 | (0.0) | 63.9 | 1% | 20% | | |
| HQ/Mgmt | - | 1.2 | 8.0 | 3.5 | (2.6) | | #DIV/0! | #DIV/0! | | |
| General Business | 14.5 | 153.7 | 168.8 | 207.7 | 0.0 | 159.2 | 6% | 30% | 28% | 42% |
| HR | - | 4.5 | 9.2 | 22.5 | - | 1.2 | 654% | 1741% | 122% | 248% |
| Canada | 6.0 | 23.8 | 25.8 | 33.5 | - | 28.7 | -10% | 17% | -8% | 5% |
| ASP Majors | - | | - | - | (1.0) | N/A | N/A | N/A | | |
| ASP General Business | - | 2.0 | 8.4 | 9.4 | (1.4) | 22.2 | N/A | N/A | | |
| ASP Canada | - | | - | | - | N/A | N/A | N/A | | |
| ASP -Named Accounts | - | 2.0 | 8.4 | 9.4 | (2.4) | 22.2 | 0% | 0% | | |
| ISD Wrkgrp Sales | 1.1 | 2.2 | 2.9 | 3.3 | - | 3.1 | -6% | 6% | | |
| ISD Infrastructure | - | - | - | - | - | - | #DIV/0! | #DIV/0! | | |
| ISD DOC | - | 1.0 | 1.0 | 1.0 | - | 1.5 | -33% | -33% | | |
| US HQ | - | 79.3 | 39.9 | (27.4) | 2.4 | 0.8 | 4886% | -3520% | | |
| Total North America | 31.4 | 336.4 | 346.0 | 360.0 | 0.0 | 311.5 | 11% | 16% | | |
| Prior Week | 29.3 | 336.4 | 346.0 | 360.0 | | | | | | |
| Variance | 2.1 | (0.0) | - | (0.0) | | | | | | |

Note: Closed amounts are taken from current RevMgr report and do not reflect what is currently showing as Won in OSO

Q3sumNAS_1-15Final.xls

ORACLE
CONFIDENTIAL
CA-ORCL 036315

ISD Q2 Forecast

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/15/01 |

| ISD Standalone | Closed | Worst | Forecast | Best | Budget | Change From Prior | Total Pipeline | Pipe Coverage to Fcst |
|---|---|---|---|---|---|---|---|---|
| ISD - Majors | 4.3 | 14.4 | 16.5 | 19.9 | 16.5 | - | 45.9 | 278% |
| ISD - GB | 5.7 | 32.7 | 35.8 | 40.7 | 39.7 | - | 137.4 | 384% |
| US HQ | 0.6 | 2.2 | 2.9 | 3.3 | 3.4 | - | 0.6 | 19% |
| Total NAS ISD | 10.6 | 49.3 | 55.2 | 63.9 | 59.7 | - | 183.9 | 333% |
| Healthcare | 0.2 | 2.2 | 2.5 | 3.5 | 3.1 | - | 9.3 | 373% |
| Telco/Utilities | 2.9 | 7.5 | 9.5 | 10.4 | 10.4 | 1.2 | 30.1 | 317% |
| Financial Serv. | 0.6 | 2.0 | 2.4 | 3.8 | 2.8 | 0.0 | 10.4 | 434% |
| OSI | 3.7 | 11.7 | 14.4 | 17.7 | 16.3 | 1.2 | 49.9 | 346% |
| OPI | 7.8 | 15.6 | 18.5 | 20.4 | 17.0 | 4.0 | 47.7 | 258% |
| CANADA | 3.4 | 6.2 | 9.0 | 10.0 | 8.4 | 1.7 | 10.5 | 117% |
| Total ISD | 25.5 | 82.8 | 97.1 | 112.0 | 101.4 | 6.9 | 292.0 | 301% |

ORACLE CONFIDENTIAL

CA-ORCL 036316

Q3sumNAS_1-15Final.xls

# EXHIBIT 131

George Roberts
Q3 Forecast

Pipeline Analysis ($M)

| | Q300 Pipeline | | | Q3 Pipeline | | | % Growth | | | Net Change Prior Week | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total | Apps | Tech | Total | Apps | Tech | Total |
| Majors Field | 69.2 | 91.0 | 160.2 | 89.6 | 76.2 | 167.8 | 29% | -14% | 5% | (6.3) | (37.8) | (44.1) |
| GB Field | 67.5 | 107.0 | 174.5 | 147.6 | 201.7 | 349.3 | 119% | 88% | 100% | (29.0) | (126.6) | (155.6) |
| ISD | 10.6 | 113.9 | 124.5 | 11.1 | 173.5 | 184.6 | 4% | 52% | 48% | 11.1 | 173.5 | 184.6 |
| HR | 14.2 | - | 14.2 | 33.8 | - | 33.8 | 138% | #DIV/0! | 138% | (1.0) | - | (1.0) |
| Canada | 32.3 | 25.4 | 57.7 | 31.8 | 31.0 | 62.8 | -2% | 22% | 9% | (10.5) | 1.0 | (9.5) |
| HQ | - | - | - | - | 0.6 | 0.6 | n/a | n/a | n/a | - | (0.7) | (0.7) |
| ASP | - | - | - | 6.6 | 20.4 | 27.1 | n/a | n/a | n/a | 3.1 | 7.1 | 10.2 |
| North America | 193.8 | 337.3 | 531.1 | 320.48 | 505.4 | 825.9 | 65% | 50% | 56% | (32.7) | 16.6 | (16.1) |

| | Q300 Actuals | | | Q3 Forecast | | | % Growth | | |
|---|---|---|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total | Apps | Tech | Total |
| Majors Field | 8.4 | 64.8 | 73.2 | 34.0 | 56.0 | 90.0 | 305% | -14% | 23% |
| GB Field | 33.3 | 116.1 | 149.4 | 50.5 | 118.3 | 168.8 | 52% | 2% | 13% |
| ISD | 2.1 | 51.3 | 53.4 | | | | | | |
| HR | 1.2 | - | 1.2 | 9.2 | - | 9.2 | n/a | n/a | n/a |
| Canada | 3.0 | 26.8 | 29.8 | 12.9 | 12.9 | 25.8 | 330% | -52% | -13% |
| HQ | - | 5.3 | 5.3 | - | 40.4 | 40.4 | #DIV/0! | 662% | 662% |
| ASP | - | - | - | 5.5 | 5.3 | 10.8 | n/a | n/a | n/a |
| North America | 48.0 | 264.3 | 312.3 | 112.1 | 232.9 | 345.0 | 134% | -12% | 10% |

| | Q300 Coverage | | | Q301 Coverage | | |
|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total |
| Majors | 824% | 140% | 219% | 263% | 140% | 186% |
| GB | 203% | 92% | 117% | 292% | 170% | 207% |
| ISD | 505% | 222% | 233% | n/a | n/a | n/a |
| HR | 1183% | n/a | 1183% | 367% | n/a | 367% |
| Canada | 1077% | 95% | 194% | 246% | 241% | 243% |
| HQ | #DIV/0! | 0% | 0% | n/a | n/a | n/a |
| ASP | 0% | 0% | 0% | n/a | n/a | n/a |
| North America | 404% | 128% | 170% | 286% | 217% | 239% |

| | Q300 Conversion | | | Q301 Conversion | | | WHAT IF CONVERSION @00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total | Apps | Tech | Total |
| | | 71% | 46% | 38% | 72% | 54% | 27.4 | 75.4 | 102.9 |
| GB | | | 86% | 34% | 59% | 48% | 43.0 | 179.4 | 222.4 |
| ISD | 20% | 45% | 43% | n/a | n/a | n/a | n/a | n/a | n/a |
| HR | 8% | n/a | 8% | 27% | n/a | 27% | 2.9 | n/a | 2.9 |
| Canada | 9% | 106% | 52% | 41% | 42% | 41% | 3.0 | 32.7 | 35.7 |
| HQ | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| ASP | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| North America | 25% | 78% | 59% | 35% | 46% | 42% | 76.2 | 287.6 | 363.8 |

Q3sumNAS_1-8.xls

ORACLE CONFIDENTIAL

George Roberts
Q3 Forecast

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/18/01 |

| | License Revenue | | | | | | | Deal Summary | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 Budget | Q3 Review | Q3 Fcst | % of Budget | % of Review | Fcst Variance | Region Variance | OSO Fcst Deals | Mgmt Judgement | OSO Pipeline | Coverage Pipe to Fcst |
| Northeast | 28,859 | 31,000 | 25,000 | 87% | 81% | (3,859) | (6,000) | 25,753 | (753) | 62,187 | 249% |
| Central | 22,620 | 27,900 | 23,000 | 102% | 84% | 380 | (4,900) | 19,828 | 3,172 | 48,172 | 209% |
| South | 30,942 | 30,900 | 20,741 | 67% | 67% | (10,201) | (10,159) | 20,277 | 464 | 40,009 | 189% |
| West | 16,587 | 18,600 | 10,327 | 62% | 56% | (6,260) | (8,273) | 11,077 | (750) | 41,089 | 398% |
| HQ/Mgmt Judge | - | - | 10,932 | #DIV/0! | #DIV/0! | 10,932 | 10,932 | - | 10,932 | - | 0% |
| Majors | 99,008 | 108,000 | 90,000 | 91% | 83% | (9,008) | (18,000) | 76,935 | 13,065 | 211,457 | 235% |
| Northeast | 34,018 | 36,000 | 29,000 | 85% | 81% | (5,018) | (7,000) | 28,996 | 4 | 70,953 | 245% |
| Mid-Atlantic | 51,624 | 57,000 | 38,185 | 74% | 67% | (13,439) | (18,815) | 36,329 | 1,856 | 129,548 | 340% |
| Central | 33,490 | 39,000 | 29,000 | 87% | 74% | (4,490) | (10,000) | 29,065 | (65) | 122,342 | 422% |
| West | 84,287 | 87,000 | 64,571 | 77% | 74% | (19,716) | (22,429) | 57,185 | 7,386 | 132,785 | 206% |
| HQ/Mgmt | - | 13 | 8,044 | #DIV/0! | 61877% | 8,044 | 8,031 | | 8,044 | - | 0% |
| General Business | 203,419 | 219,613 | 168,600 | 83% | 77% | (34,819) | (51,013) | 151,578 | 17,228 | 454,029 | 270% |
| HR | 7,819 | 11,000 | 9,200 | 118% | 84% | 1,381 | (1,800) | 4,932 | 4,268 | 30,600 | 333% |
| Canada | 30,020 | 30,020 | 25,800 | 86% | 86% | (4,220) | - | 17,355 | 8,445 | 68,642 | 266% |
| ASP Majors | - | | - | #DIV/0! | #DIV/0! | - | - | - | - | 1,000 | #DIV/0! |
| ASP General Business | - | | 8,398 | #DIV/0! | #DIV/0! | - | - | 8,398 | - | 21,057 | 251% |
| ASP Canada | - | | | #DIV/0! | #DIV/0! | - | - | | - | | #DIV/0! |
| ASP-Named Accounts | 9,200 | 14,200 | 8,395 | 91% | 59% | (805) | (5,805) | 8,398 | - | 22,057 | 263% |
| ISD Wrigley Sales | 3,437 | 2,411 | 2,921 | 85% | 121% | (516) | 510 | 2,921 | - | 999 | 19% |
| ISD Infrastructure | - | | - | #DIV/0! | #DIV/0! | - | - | | - | - | 0 |
| ISD Doc | 1,403 | 1,000 | 1,000 | 71% | 100% | (403) | - | 1,000 | - | - | 0% |
| CHANNELS | - | | - | #DIV/0! | #DIV/0! | - | - | - | - | - | #DIV/0! |
| US HQ | 5,671 | - | 39,884 | 703% | #DIV/0! | 34,213 | 39,884 | - | 39,884 | - | 0% |
| Total North America | 359,977 | 388,644 | 346,000 | 96% | 90% | (13,977) | (39,644) | 263,113 | 82,887 | 789,343 | 228% |
| Net Change Prior Wk | - | - | - | 0% | 0% | (0) | - | 46,100 | (46,100) | (36,579) | -11% |

Forecast Deals and Pipeline have been taken directly from OSO on Monday 1/15/01

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/18/01 |

| | Expense | | | | | Headcount | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 Budget | Q3 Review | Q3 Fcst | % of Budget | % of Review | Q3 Budget | Q3 Review | Q3 Fcst | Actual HC | % of Budget | % of Review |
| Northeast | 2,976 | 3,000 | 3,250 | 109% | 108% | 64 | 68 | 68 | 57 | 106% | 100% |
| Central | 2,609 | 2,600 | 2,850 | 109% | 110% | 58 | 65 | 65 | 53 | 112% | 100% |
| South | 3,655 | 3,700 | 4,050 | 111% | 109% | 81 | 91 | 91 | 76 | 112% | 100% |
| West | 1,860 | 2,000 | 2,150 | 114% | 108% | 44 | 54 | 54 | 45 | 123% | 100% |
| HQ/Mgmt Judge | 19,044 | 24,000 | 22,009 | 115% | 92% | 230 | 242 | 242 | 221 | 105% | 100% |
| Majors | 30,179 | 35,300 | 34,309 | 114% | | 477 | 520 | 520 | 452 | 109% | 100% |
| Northeast | 4,557 | 6,000 | 4,557 | 100% | 76% | 144 | 150 | 149 | 146 | 103% | 99% |
| Mid-Atlantic | 8,816 | 10,000 | 8,817 | 100% | 88% | 193 | 200 | 202 | 194 | 105% | 101% |
| Central | 6,994 | 8,300 | 6,994 | 100% | 82% | 155 | 160 | 159 | 169 | 103% | 99% |
| West | 11,280 | 12,800 | 11,280 | 100% | 88% | 253 | 275 | 263 | 251 | 104% | 96% |
| HQ/Mgmt | 25,617 | 38,000 | 26,194 | 102% | 69% | 14 | 20 | 14 | 12 | 100% | 70% |
| General Business | 59,264 | 77,900 | 59,842 | 101% | 77% | 759 | 805 | 787 | 772 | 104% | 98% |
| HR | 4,557 | 4,557 | 4,500 | 99% | 99% | 77 | 77 | 73 | 71 | 95% | 95% |
| Canada | 12,026 | 12,026 | 10,848 | 90% | 90% | 317 | 320 | 314 | 294 | 99% | 98% |
| ASP Majors | | - | | #DIV/0! | #DIV/0! | - | | | | #DIV/0! | #DIV/0! |
| ASP General Business | | - | | #DIV/0! | #DIV/0! | - | | | | #DIV/0! | #DIV/0! |
| ASP Canada | | - | | #DIV/0! | #DIV/0! | - | | | | #DIV/0! | #DIV/0! |
| ASP-Named Accounts | 1,238 | 1,238 | 1,238 | 100% | 100% | 13 | 15 | 11 | 11 | 85% | 73% |
| ISD Wrigley Sales | 1,163 | 1,138 | 1,126 | 97% | 99% | 20 | 46 | 26 | 27 | 130% | 57% |
| ISD Infrastructure | 6,361 | 7,620 | 7,680 | 120% | 100% | 214 | 291 | 291 | 266 | 136% | 100% |
| ISD Doc | 249 | | | 0% | #DIV/0! | 2 | | | | 0% | #DIV/0! |
| CHANNELS | 11,954 | 13,800 | 13,800 | 115% | 101% | 60 | 60 | 60 | 60 | 100% | 100% |
| US HQ | 12,896 | 12,718 | 7,000 | 54% | 55% | 101 | 101 | 43 | 49 | 43% | 43% |
| Total North America | 139,980 | 166,021 | 140,290 | 100% | 85% | 2,040 | 2,339 | 2,125 | 1,946 | 104% | 95% |
| Net Change Prior Wk | - | - | (5,900) | -4% | -3% | - | | 23 | - | 1% | 1% |

Q3sumNAS_1-18Final.xls

ORACLE CONFIDENTIAL

CA-ORCL 036310

George Roberts
Q3 YTD Forecast

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/15/01 |

| | License | | | | | | Expense | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q3YTD Budget | Q3YTD Region | Q3YTD Fcst | % of Budget | % of Region | Fcst Variance | Q3YTD Budget | Q3YTD Region | Q3YTD Fcst | % Budget |
| Northeast | 63,270 | 70,965 | 64,965 | 103% | 92% | 1,695 | 8,047 | 7,939 | 8,189 | 102% |
| Central | 49,591 | 49,802 | 45,302 | 91% | 91% | (4,289) | 6,908 | 6,547 | 6,797 | 98% |
| South | 67,831 | 95,542 | 85,383 | 126% | 89% | 17,552 | 10,117 | 10,227 | 10,577 | 105% |
| West | 36,367 | 40,947 | 32,674 | 90% | 80% | (3,693) | 5,136 | 5,294 | 5,444 | 106% |
| HQ/Mgmt Jud | - | 2,464 | 13,396 | #DIV/0! | 544% | 13,396 | 46,444 | 55,939 | 53,948 | 116% |
| Majors | 217,059 | 259,720 | 241,720 | 111% | 93% | 24,661 | 76,651 | 85,946 | 84,955 | 111% |
| Northeast | 73,437 | 79,033 | 72,033 | 98% | 91% | (1,404) | 18,452 | 19,556 | 17,513 | 95% |
| Mid-Atlantic | 112,767 | 126,696 | 107,881 | 96% | 85% | (4,886) | 23,859 | 24,284 | 23,101 | 97% |
| Central | 73,091 | 88,586 | 78,586 | 108% | 89% | 5,495 | 19,664 | 20,722 | 19,216 | 98% |
| West | 183,009 | 185,316 | 162,887 | 89% | 88% | (20,122) | 28,130 | 31,803 | 30,283 | 108% |
| HQ/Mgmt | - | 9,032 | 17,063 | #DIV/0! | 189% | 17,063 | 57,551 | 64,132 | 52,326 | 91% |
| General Busine | 442,304 | 488,663 | 438,450 | 99% | 90% | (3,854) | 147,657 | 160,498 | 142,440 | 96% |
| HR | 18,019 | 19,361 | 17,561 | 97% | 91% | (458) | 10,815 | 12,187 | 12,130 | 112% |
| Canada | 68,937 | 65,598 | 61,378 | 89% | 94% | (7,559) | 33,300 | 30,258 | 29,077 | 87% |
| ASP Majors | | | | | | | | | | |
| ASP General Bus. | | | | | | | | | | |
| ASP Canada | | | | | | | | | | |
| ASP-Named A | 6,100 | 21,899 | 16,094 | 264% | 73% | 9,994 | 2,263 | 2,641 | 2,641 | 117% |
| ISD Wrkgrp Se | 8,369 | 7,994 | 8,504 | 102% | | 136 | 3,347 | 3,552 | 3,546 | 106% |
| ISD Infrastruc | - | 2,128 | 2,128 | #DIV/0! | | 2,128 | 17,864 | 20,708 | 20,708 | 116% |
| ISD Dec | 4,210 | 1,823 | 1,823 | 43% | | (2,387) | 1,045 | 735 | 735 | 70% |
| CHANNELS | - | (3) | (3) | #DIV/0! | 100% | (3) | 26,921 | 31,752 | 32,082 | 119% |
| US HQ | 5,640 | (3,287) | 36,597 | 649% | -1113% | 30,957 | 28,520 | 26,545 | 20,807 | 73% |
| Total North A | 770,638 | 805,505 | 824,255 | 107% | 102% | 53,617 | 348,380 | 374,852 | 349,121 | 100% |
| Net Change Fr | - | - | - | 0% | 0% | - | - | - | (8,800) | -2% |
| YTD Growth Rate | | | 30% | | | | | | | |

| | Gross Margin $ | | | | Gross Margin % | | | | Headcount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3YTD Budget | Q3YTD Region | Q3YTD Fcst | % | Q3YTD Budget | Q3YTD Region | Q3YTD Fcst | % | Q3YTD Budget | Q3YTD Region | Q3YTD Fcst | % |
| Northeast | 55,224 | 63,026 | 56,776 | 103% | 87% | 89% | 87% | 100% | 64 | 68 | 68 | 106% |
| Central | 42,683 | 43,255 | 38,505 | 90% | 86% | 87% | 85% | 99% | 58 | 65 | 65 | 112% |
| South | 57,715 | 85,315 | 74,806 | 130% | 85% | 89% | 88% | 103% | 81 | 91 | 91 | 112% |
| West | 31,231 | 35,653 | 27,230 | 87% | 86% | 87% | 83% | 97% | 44 | 54 | 54 | 123% |
| HQ/Mgmt Jud | (46,444) | (53,475) | (40,552) | 87% | #DIV/0! | -2170% | -303% | #DIV/0! | 230 | 242 | 242 | 105% |
| Majors | 140,408 | 173,774 | 156,765 | 112% | 65% | 67% | 65% | 100% | 477 | 520 | 520 | 109% |
| Northeast | 54,985 | 59,477 | 54,520 | 99% | 75% | 75% | 76% | 101% | 144 | 150 | 149 | 103% |
| Mid-Atlantic | 88,908 | 102,412 | 84,780 | 95% | 79% | 81% | 79% | 100% | 193 | 200 | 202 | 105% |
| Central | 53,427 | 67,864 | 59,370 | 111% | 73% | 77% | 76% | 103% | 155 | 160 | 159 | 103% |
| West | 154,879 | 153,513 | 132,604 | 86% | 85% | 83% | 81% | 96% | 253 | 275 | 263 | 104% |
| HQ/Mgmt | (57,551) | (55,100) | (35,263) | 61% | #DIV/0! | -610% | -207% | #DIV/0! | 14 | 20 | 14 | 100% |
| General Busine | 294,647 | 328,165 | 296,010 | 100% | 67% | 67% | 68% | 101% | 789 | 805 | 787 | 104% |
| HR | 7,207 | 7,174 | 5,431 | 75% | 40% | 37% | 31% | 77% | 77 | 77 | 73 | 95% |
| Canada | 35,637 | 35,340 | 32,301 | 91% | 52% | 54% | 53% | 102% | 317 | 320 | 314 | 99% |
| ASP Majors | | | | | | | | | | | | |
| ASP General Bus. | | | | | | | | | | | | |
| ASP Canada | | | | | | | | | | | | |
| ASP-Named A | 3,837 | 19,258 | 13,453 | 351% | 63% | 88% | 84% | 133% | 13 | 15 | 11 | 85% |
| ISD Wrkgrp Se | 5,021 | 4,442 | 4,958 | 99% | 60% | 56% | 58% | 97% | 20 | 46 | 26 | 130% |
| ISD Infrastruc | (17,864) | (18,580) | (18,580) | 104% | #DIV/0! | -873% | -873% | #DIV/0! | 214 | 291 | 291 | 136% |
| ISD Dec | 3,166 | 1,088 | 1,088 | 34% | 75% | 60% | 60% | 79% | 2 | - | - | 0% |
| CHANNELS | (26,921) | (31,755) | (32,085) | 119% | #DIV/0! | 1069500% | 1069500% | #DIV/0! | 40 | 60 | 60 | 100% |
| US HQ | (22,879) | (29,832) | 15,790 | -69% | -406% | 908% | 43% | -11% | 101 | 101 | 43 | 43% |
| Total North A | 422,259 | 430,653 | 475,134 | 113% | 55% | 53% | 58% | 105% | 2,040 | 2,235 | 2,128 | 104% |
| Net Change Fr | - | - | 8,800 | 1% | 0% | 0% | 1% | 1% | - | - | 23 | 0 |

ORACLE CONFIDENTIAL

CA-ORCL 036311

Q3sumNAS_1-15Final.xls

George Roberts
Q3 Forecast

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/15/01 |

| | TECHNOLOGY REVENUE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 Budget | Q3 Replan | Q3 Fcst | % of Budget | % of Replan | Fcst Variance | Replan Variance | Fcst Deals | Mgmt Judgement | OSO Pipeline | Coverage Pipe to Fcst |
| Northeast | 20,924 | 16,605 | 18,675 | 89% | 112% | (2,249) | 2,070 | 18,494 | 181 | 37,481 | 201% |
| Central | 16,411 | 15,505 | 12,224 | 74% | 79% | (4,187) | (3,281) | 10,594 | 1,630 | 26,549 | 217% |
| South | 22,425 | 17,076 | 10,878 | 49% | 64% | (11,547) | (6,198) | 10,878 | - | 34,835 | 320% |
| West | 11,988 | 9,402 | 8,478 | 71% | 90% | (3,510) | (924) | 8,478 | - | 19,433 | 229% |
| HQ/Mgmt Judge | 2,834 | 15,412 | 5,745 | 203% | 37% | 2,911 | (9,667) | - | 5,745 | | 0% |
| Majors | 74,582 | 74,000 | 56,000 | 75% | 76% | (18,582) | (18,000) | 48,444 | 7,556 | 118,297 | 211% |
| | | | | | | | | | | | |
| Northeast | 25,113 | 25,100 | 19,272 | 77% | 77% | (5,841) | (5,828) | 19,272 | - | 48,855 | 254% |
| Mid-Atlantic | 42,551 | 42,500 | 29,821 | 70% | 70% | (12,730) | (12,679) | 29,821 | - | 101,284 | 340% |
| Central | 21,286 | 21,300 | 17,565 | 83% | 82% | (3,721) | (3,735) | 17,565 | - | 74,904 | 426% |
| West | 65,264 | 65,300 | 43,364 | 66% | 66% | (21,900) | (21,936) | 43,364 | - | 88,604 | 204% |
| HQ/Mgmt | | | 8,267 | #DIV/0! | #DIV/0! | 8,267 | 8,267 | - | 8,267 | - | 0% |
| General Business | 154,214 | 154,200 | 118,289 | 77% | 77% | (35,925) | (35,911) | 110,022 | 8,267 | 313,646 | 265% |
| | | | | | | | | | | | |
| HR | - | | - | #DIV/0! | #DIV/0! | - | - | | - | - | #DIV/0! |
| | | | | | | | | | | | |
| Canada | 17,914 | 17,914 | 21,303 | 119% | 119% | 3,389 | 3,389 | 19,866 | 1,437 | 39,561 | 186% |
| | | | | | | | | | | | |
| ASP Majors | - | | - | #DIV/0! | #DIV/0! | - | - | - | - | 1,000 | #DIV/0! |
| ASP General Business | - | | 5,858 | #DIV/0! | #DIV/0! | 5,400 | 5,858 | 5,858 | - | 14,417 | 246% |
| ASP Canada | - | | - | #DIV/0! | #DIV/0! | - | - | | - | | #DIV/0! |
| ASP-Named Accounts | 9,200 | 9,200 | 5,858 | 64% | 64% | (3,342) | (3,342) | 5,858 | - | 15,417 | 263% |
| | | | | | | | | | | | |
| DMD Wrigry Sales | 3,437 | 2,411 | 2,921 | 85% | 121% | (516) | 510 | 2,921 | - | 559 | 19% |
| ISD Infrastructure | - | - | - | #DIV/0! | #DIV/0! | - | - | | - | - | #DIV/0! |
| ISD Doc | 1,403 | 1,000 | 1,000 | 71% | 100% | (403) | - | 1,000 | - | - | 0% |
| CHANNELS | | | | | | | | | | | |
| US HQ | 3,403 | - | 36,079 | 1060% | #DIV/0! | 32,676 | 36,079 | - | 36,079 | - | 0% |
| Total North America | 264,153 | 256,725 | 241,450 | 91% | 93% | (22,703) | (17,275) | 188,111 | 53,339 | 487,480 | 202% |
| | | | | | | | | | | | |
| Net Change Prior Wk | - | - | 8,925 | 3% | 3% | 8,925 | 8,925 | 6,506 | 2,419 | (17,957) | -15% |

Forecast Deals and Pipeline have been taken directly from OSO on Monday 1/15/01

Q3sumNAS_1-15Final.xls

ORACLE CONFIDENTIAL

CA-ORCL 036312

George Roberts
Q3 Forecast

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/15/01 |

| | APPLICATIONS REVENUE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 Budget | Q3 Rkplan | Q3 Fcst | % of Budget | % of Rkplan | Fcst Variance | Rkplan Variance | OSO Fcst Deals | Mgmt Judgement | OSO Pipeline | Coverage Pipe to Fcst |
| Northeast | 7,935 | 14,395 | 6,325 | 80% | 44% | (1,610) | (8,070) | 7,259 | (934) | 24,706 | 391% |
| Central | 6,209 | 11,998 | 10,776 | 174% | 90% | 4,567 | (1,219) | 9,234 | 1,542 | 21,623 | 201% |
| South | 8,517 | 13,824 | 9,863 | 116% | 71% | 1,347 | (3,961) | 9,399 | 464 | 25,174 | 255% |
| West | 4,599 | 9,198 | 1,849 | 40% | 20% | (2,750) | (7,349) | 2,599 | (750) | 21,654 | 1171% |
| HQ/Mgmt Judge | (2,834) | (15,412) | 5,187 | -183% | -34% | 8,021 | 20,599 | - | 5,187 | - | 0% |
| Majors | 24,426 | 34,000 | 34,000 | 139% | 100% | 9,574 | - | 28,491 | 5,509 | 93,160 | 274% |
| Northeast | 8,908 | 10,900 | 9,728 | 109% | 89% | 823 | (1,172) | 9,724 | 4 | 22,099 | 227% |
| Mid-Atlantic | 9,073 | 14,800 | 8,364 | 92% | 58% | (709) | (6,136) | 6,508 | 1,856 | 28,664 | 343% |
| Central | 12,204 | 17,700 | 11,438 | 94% | 65% | (769) | (6,265) | 11,500 | (65) | 47,439 | 415% |
| West | 19,023 | 21,700 | 21,207 | 111% | 98% | 2,184 | (493) | 13,821 | 7,386 | 44,181 | 208% |
| HQ/Mgmt | - | | (223) | #DIV/0! | #DIV/0! | (223) | (223) | - | (223) | - | 0% |
| General Business | 49,205 | 64,800 | 50,511 | 103% | 78% | 1,306 | (14,289) | 41,553 | 8,958 | 142,382 | 282% |
| HR | 7,819 | 11,000 | 9,200 | 118% | 84% | 1,381 | (1,800) | 4,932 | 4,268 | 30,600 | 333% |
| Canada | 12,106 | 12,106 | 4,497 | 37% | 37% | (7,609) | (7,609) | (2,511) | 7,008 | 29,081 | 647% |
| ASP Majors | - | - | - | #DIV/0! | #DIV/0! | - | - | - | - | - | #DIV/0! |
| ASP General Business | - | 1,000 | 2,537 | #DIV/0! | 254% | 2,537 | 1,537 | 2,537 | - | 6,640 | 262% |
| ASP Canada | - | - | - | #DIV/0! | #DIV/0! | - | - | - | - | - | #DIV/0! |
| ASP-Named Accounts | - | 1,000 | 2,537 | #DIV/0! | #DIV/0! | 2,537 | 1,537 | 2,537 | - | 6,640 | 262% |
| DMD Wrkgrp Sales | - | - | - | N/A | #DIV/0! | - | - | - | - | - | #DIV/0! |
| ISD Infrastructure | - | - | - | #DIV/0! | #DIV/0! | - | - | - | - | - | #DIV/0! |
| ISD Dev | - | - | - | #DIV/0! | #DIV/0! | - | - | - | - | - | #DIV/0! |
| CHANNELS | | | | | | | | | | | |
| US HQ | 2,268 | - | 3,805 | 168% | #DIV/0! | 1,537 | 3,805 | - | 3,806 | - | 0% |
| Total North America | 95,824 | 122,906 | 104,550 | 109% | 85% | 8,726 | (18,356) | 75,002 | 29,548 | 301,863 | 289% |
| Net Change Prior Wk | - | - | (8,925) | (0) | (0) | (8,925) | (8,925) | 39,594 | (48,519) | (18,618) | 6% |

Forecast Deals and !

Q3sumNAS_1-15Final.xls

ORACLE CONFIDENTIAL

CA-ORCL 036313

George Roberts
Q3 Forecast

| | |
|---|---|
| Current Quarter | 3 |
| Submission Week | 7 |
| Date | 1/15/01 |

| | License Revenue | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Q2 Budget | Dec Prelim | % of Fcst | Jan Fcst | % of Fcst | Feb Fcst | % of Fcst | Total Fcst |
| Northeast | 28,859 | 2,642 | 11% | 5,000 | 20% | 17,358 | 69% | 25,000 |
| Central | 22,620 | 3,641 | 16% | 5,000 | 22% | 14,359 | 62% | 23,000 |
| South | 30,942 | 1,643 | 8% | 3,000 | 14% | 16,098 | 78% | 20,741 |
| West | 16,587 | 1,506 | 15% | 1,200 | 12% | 7,621 | 74% | 10,327 |
| HQ/Mgmt Judge | - | - | 0% | (3,200) | -29% | 14,132 | 129% | 10,932 |
| Majors | 99,008 | 9,432 | 10% | 11,000 | 12% | 69,568 | 77% | 90,000 |
| Northeast | 34,018 | 2,927 | 10% | 5,346 | 18% | 20,727 | 71% | 29,000 |
| Mid-Atlantic | 51,624 | 3,042 | 8% | 7,518 | 20% | 27,628 | 72% | 38,185 |
| Central | 33,490 | 1,773 | 6% | 5,253 | 18% | 21,974 | 76% | 29,000 |
| West | 84,287 | 5,334 | 8% | 11,904 | 18% | 47,333 | 73% | 64,571 |
| HQ/Mgmt | - | | 0% | | 0% | 8,044 | 100% | 8,044 |
| General Business | 203,419 | 13,076 | 8% | 30,021 | 18% | 125,703 | 74% | 168,800 |
| HR | 7,819 | - | 0% | - | 0% | 9,200 | 100% | 9,200 |
| Canada | 30,020 | 6,015 | 23% | 9,300 | 36% | 10,485 | 41% | 25,800 |
| ASP Majors | - | - | #DIV/0! | - | #DIV/0! | - | #DIV/0! | - |
| ASP General Business | - | - | 0% | - | 0% | 8,395 | 100% | 8,395 |
| ASP Canada | - | - | #DIV/0! | - | #DIV/0! | - | #DIV/0! | - |
| ASP-Named Accounts | 9,200 | - | 0% | - | 0% | 8,395 | 100% | 8,395 |
| ISD Wrkgrp Sales | 3,437 | 946 | 32% | 617 | 21% | 1,358 | 46% | 2,921 |
| ISD Infrastructure | - | - | #DIV/0! | | #DIV/0! | - | #DIV/0! | - |
| ISD Doc | 1,403 | - | 0% | - | 0% | 1,000 | 100% | 1,000 |
| CHANNELS | - | - | #DIV/0! | - | #DIV/0! | - | #DIV/0! | - |
| US HQ | 5,671 | - | 0% | - | 0% | 39,884 | 100% | 39,884 |
| Total North America | 359,977 | 29,469 | 9% | 50,938 | 15% | 265,593 | 77% | 346,000 |

| FY00 Comparison | Dec-00 | % of Total | Jan-00 | % of Total | Feb-00 | % of Total | Totals |
|---|---|---|---|---|---|---|---|
| Majors | 12,932 | 14% | 5,894 | 6% | 75,977 | 80% | 94,803 |
| GB | 20,694 | 13% | 27,072 | 17% | 111,435 | 70% | 159,202 |
| HR | (7) | -1% | 91 | 7% | 1,135 | 93% | 1,220 |
| Canada | 4,404 | 15% | 5,559 | 19% | 18,717 | 65% | 28,680 |
| HQ | 1,817 | 7% | 886 | 3% | 24,851 | 90% | 27,554 |
| ASP | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| NAS | 39,841 | 13% | 39,502 | 13% | 232,116 | 75% | 311,459 |

Q3sumNAS_1-15Final.xls

ORACLE CONFIDENTIAL

CA-ORCL 036314

George Roberts
Q3 Forecast

| | | Total License | | | | Growth Comparison | | | CAGR FY99-FY01 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Closed | Worst | Forecast | Best | Change From Prior | Q3 FY00 Restated | Forecast % | Best % | Forecast % | Best % |
| Northeast | 3.1 | 20.0 | 25.0 | 35.0 | - | 28.8 | -13% | 21% | | |
| Central | 3.5 | 15.0 | 23.0 | 30.0 | - | 18.0 | 28% | 67% | | |
| South | 1.6 | 15.0 | 20.7 | 30.0 | (0.0) | 32.8 | -37% | -9% | | |
| West | 1.5 | 8.3 | 10.3 | 19.7 | - | 15.0 | -31% | 31% | | |
| HQ/Mgmt Judge | - | 11.7 | 10.9 | (4.7) | 0.0 | 0.2 | 6819% | -3075% | | |
| Majors | 9.8 | 70.0 | 90.0 | 110.0 | 0.0 | 94.8 | -5% | 16% | 25% | 39% |
| Northeast | 3.0 | 29.0 | 29.0 | 36.0 | - | 29.7 | -3% | 21% | | |
| Mid-Atlantic | 3.7 | 38.2 | 38.2 | 48.0 | (0.1) | 41.2 | -7% | 16% | | |
| Central | 2.0 | 29.0 | 29.0 | 43.6 | 2.7 | 24.4 | 19% | 79% | | |
| West | 5.7 | 56.3 | 64.6 | 76.6 | (0.0) | 63.9 | 1% | 20% | | |
| HQ/Mgmt | - | 1.2 | 8.0 | 3.5 | (2.6) | | #DIV/0! | #DIV/0! | | |
| General Business | 14.5 | 153.7 | 168.8 | 207.7 | 0.0 | 159.2 | 6% | 30% | 28% | 42% |
| HR | - | 4.5 | 9.2 | 22.5 | - | 1.2 | 654% | 1741% | 122% | 248% |
| Canada | 6.0 | 23.8 | 25.8 | 33.5 | - | 28.7 | -10% | 17% | -8% | 5% |
| ASP Majors | - | | - | - | (1.0) | N/A | N/A | N/A | | |
| ASP General Business | - | 2.0 | 8.4 | 9.4 | (1.4) | 22.2 | N/A | N/A | | |
| ASP Canada | - | | - | | - | N/A | N/A | N/A | | |
| ASP -Named Accounts | - | 2.0 | 8.4 | 9.4 | (2.4) | 22.2 | 0% | 0% | | |
| ISD Wrkgrp Sales | 1.1 | 2.2 | 2.9 | 3.3 | - | 3.1 | -6% | 6% | | |
| ISD Infrastructure | - | - | - | - | - | - | #DIV/0! | #DIV/0! | | |
| ISD DOC | - | 1.0 | 1.0 | 1.0 | - | 1.5 | -33% | -33% | | |
| US HQ | - | 79.3 | 39.9 | (27.4) | 2.4 | 0.8 | 4886% | -3520% | | |
| Total North America | 31.4 | 336.4 | 346.0 | 360.0 | 0.0 | 311.5 | 11% | 16% | | |
| Prior Week | 29.3 | 336.4 | 346.0 | 360.0 | | | | | | |
| Variance | 2.1 | (0.0) | - | (0.0) | | | | | | |

Note: Closed amounts are taken from current RevMgr report and do not reflect what is currently showing as Won in OSO

Q3sumNAS_1-15Final.xls

ORACLE CONFIDENTIAL
CA-ORCL 036315