# EXHIBIT 138

# ORACLE CORPORATION

**Moderator: Stephanie Aas**
**June 18, 2001**
**4:30 p.m. CT**

Operator: Good day everyone, and welcome to the Oracle Corporation Fourth Quarter Financial Results conference call.

Today's conference is being recorded. At this time, I would like to introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas. Ms. Aas, please go ahead, ma'am.

Stephanie Aas: Thank you operator.

Good afternoon everyone. I'd like to introduce here the speaker's today, Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer.

Today's call will begin with Jeff reviewing some of the key financial results. Larry will cover the state of the company and industry trends. Discussion will then be followed by a Q&A session.

Before we begin, I'd like to review the required statements for Safe Harbor. Our discussion may include predictions, estimates or other information that might be considered forward-looking. While these forward-looking statements represent our best current judgment on what the future holds, they are subject to risk and uncertainties that could cause actual results to differ materially.

Throughout today's discussion, we will attempt to present some important factors relating to our business that may effect our predictions. You should also review our most recent Form 10-K and Form 10-Q for a more complete disclosure of risk factors.

Now I'll turn the call over to Jeff Henley.

Jeff Henley: OK, thank you, Stephanie.

While Q4 was definitely a challenge as we have predicted, while we end up making the 15 cents per share we targeted at the start of the quarter, which was the same as a year ago excluding the large securities gain the last year – the previous year, it was (Oracle) Japan, we made it due to a continued expense efficiencies.

License growth was negative 10 percent rather than flat as we had hoped due to softening in Europe that happened during the quarter as well as continued weakness in the U.S. Total revenue was down three percent the last year's Q4.

A contributing factor was that currency ended up negative four percent versus negative two that we forecasted at the start of the quarter. So the currencies continue to deteriorate relative to the dollar around the world.

As we said in last quarter's call, we had a double whammy effect on demand. First, the U.S. economics (slowdown) create uncertainty so buying decisions been pushed out. Second, the implosion of the dot-com world has meant significant negative comparisons in both our fiscal third and fourth quarters.

In addition, Europe has now begun to soften a bit plus the euphoria surround the Internet has subsided this year while corporations are still keenly interested, they appear to be working down

existing projects and reassessing e-business strategies so that demand is temporarily dampen although I think it bodes well for Oracle long-term since the more coherent integrated e-business strategy going forward will favor us.

Despite the disappointing short-term earning environment for technology companies in general that has certainly effected most market segments including the enterprise software. We're pleased that we've done relatively well in maintaining our profitability.

For instance, our full year fiscal operating margin ended at 35 percent compared to 30 percent for last fiscal year, which had been a huge increase from the previous best year of 22 percent. And that's all due to our billion-dollar savings e-business – e-business savings program.

Therefore, we've managed so far, at least, to continue our margin improvements over these last few years in despite the slowdown, and now we're waiting for our resumption to normal demand, which we continue to believe probably won't happen until the end of the calendar year – this calendar year 2001.

I'd like to point out that we've never had a down year excluding security gains in the last 10 years here at Oracle. And despite the rough second half, our net income for the full fiscal year was up 25 percent.

I'll walk through the details of Q4 next, but before I'll do it, let me make – I (generally make) a couple of observations about Q1 and this next fiscal year.

For the third quarter in the row, there continues to be less demand and less visibility than if we are in a normal economy. However, it feels to us like in Q4 we hit the bottom and if anything, demand may be getting a bit better in Q1, although it certainly won't be a return – a full return to normalcy.

The reason why things may begin – starting to get better in Q1 are the following. One, after several quarters of sudden economic slowdown in the U.S., the Fed is taking strong action, congress has enacted a retroactive tax decrease, and I think many executives are starting to feel like things may not be getting a whole lot worse, and so there's less uncertainty. Uncertainty can – is always our worst enemy.

In addition, our sales force is getting smarter about how to sell in this environment. Finding the high ROI projects around e-business can only get delayed so long before management decides they need to press ahead.

Two, our dot-com comparisons going forward for Q1 and Q2 are somewhat less negative and by Q3, they should no longer have any impact.

Three, our 11i applications are now very stable. Our demo performance is very good now and we have hundreds of solid references – I think over 400. There's no question we've lost the momentum in the last six months because 11i was a massive complex release, which took longer to sort out than we expected. But now we have a lot – a lot of great references and this should really improve our unique – it should help improve our unique value proposition. And we continue to see great interest in the market.

We're the only vendor in the marketplace today who can (provide) an-open standards Internet architecture interoperable with other vendors and with rich ERP supply chain in CRM suites that are completed integrated to give rapid implementation, lower cost of ownership, and richer information.

For our 9i database of application server launch last week is very exciting. This is the biggest database release since Oracle 7, almost 10 years ago. Coupled with much more marketing focus

on technology this summer, we will dispel the marketing myth put out by IBM this past year and we believe we'll now get attraction in the faster growing application server market because we now have substantially superior performance for both BEA and IBM. Again we will aggressively advertise the facts.

In this environment, there's certainly no guarantees and there continue to be risks but we are cautiously optimistic that things will start swinging upwards. If they do, we will start – they will start probably modestly but we could well end up the fiscal year with very good growth and earnings.

So let me just cover a couple of more details and then I'll turn this over to Larry.

In Q4 again, our revenue entered the year at three – for the quarter, (three billion, 264). Our license revenue was down 10 percent. Server growth was flat. Application were down 24 percent partly because we had by far the largest toughest comparison applications the year before.

In terms of our large deals, deals over a half-a-million dollars, not surprisingly there were somewhat lower than Q4 a year ago, 52 percent versus 56 percent a year ago. In terms of the services that that breaks down, support was up 14 percent, consulting and education were down six percent.

Geographically, the Americas was down eight percent again led by the weakness in the U.S. On a local currency basis, there was one point of negative, so it was down seven percent.

In Europe, it was in dollar terms up two, but in local currency up nine percent. Asia Pacific where we ((inaudible)) a lot of negative currency was up seven in dollar terms but in 20 – but up 20 percent in local currency.

Head count was up sequentially – down, excuse me, down sequentially one percent. We had – we had commented the start of the quarter, our head count would probably drop one to two percent. That was despite the fact we added some more ((inaudible)) people so actually, the rest was ((inaudible)) down a little bit more than one percent. Year-over-year, our head count is up four percentage points.

Let's see.

In terms of cash, we ended up the year at $5.9 billion and again, we had a lot of cash that started last year remember because of that large sale of Oracle Japan stock. Our DSO was flat for last year at 67.

I guess just a couple of more points on the guidance for Q1, at this point, we'll guess that our license growth is probably going to be flat. I would say as opposed to last quarter when we put out guidance, we said there's probably more downside than upside. I'd say this quarter it might be the opposite. We might – probably might be more upside to that number than downside. And we'll suggest a flat earnings number of eight cents versus eight cents a year ago. And again, I'd say the same thing that there may be more upside than downside that number if we're – if we're right.

Our sense based on our pipeline, based upon a lot of conversation with field people over this last week or two, that definitely it feels like for the reasons I mentioned earlier, that things are – things are starting to pick up a bit.

So with that, I will turn the comment – turn the call over to Larry to (put) his comments and then we'll take questions.

Larry Ellison: OK. At the beginning of last year, we came out with release 11i – the E-Business Suite. And again we advertise this is the industry's first complete and integrated set of applications to run all aspects of your business, sales, service, marketing, supply chain automation, HR, accounting – you name it, we have it – all the pieces were integrated.

No one else before had tried to do this. I mean, it was conventional but it's still to a large degree, they're still conventional wisdom. But the way that – the way to automate your business is to buy applications from lots and lots of different companies and then hire a big consulting firm to put all the pieces together. And that the Oracle ideas was interesting but unproven. Well the idea is still interesting but it is no longer unproven.

The world greatest company – the world's largest company – the world's best managed company, General Electric, is now using the E-Business suite in multiple divisions to great effect. There are a variety – whether GE Power, GE Medical, just again, all throughout General Electric.

Perhaps the most interesting was that GE Power where they actually re-engineered their business, implemented the E-Business Suite, and finished the entire project under budget and ahead of schedule to roll out a brand new plant in Europe. Not a single line of Oracle code was modified. In other words, we finished the software for GE. GE didn't have to finish the software for us nor did they have to hire a consulting firm to finish it for us.

There are many other General Electric implementations going forward this year. If it works to the company decides (with) General Electric, if we can do implementations in a matter of months where our partners do it – where our competitors do it in a matter of years, if we can do it under budget, and we can do it ahead of schedule, this is a huge competitive advantage in the marketplace.

And it also foreshadows a continuous decline in our consulting business because we simply don't have to modify our software. We're not doing lots and lots of integration between the Oracle pieces. The Oracle pieces are integrated by engineering, by designs. The only thing we have to integrate is to legacy systems or third-party systems.

By the way, GE has none of those – we have none of those.

I've read that, you know, we stole – you know, we stole a lot of – the way we made our Q4 number was to steal from Q1. Just the opposite is true. We said no to a number of big – a number of big deals in Q4 because the classic approach of approaching Oracle for huge discounts in Q4 was something, you know, we're out of that business. We encourage our customers to buy what they need when they need it, not to buy in advance, and you know, those huge discounts that were available are no longer available to our customers.

How – the – there's tremendous valuable – value available to our customers. We can install the applications faster and for less money than anybody else. And that's not just true at – Hewlett-Packard, we put in – we completely automated Hewlett-Packard's sales force globally without modifying a single line of code ((inaudible)) in over 30 countries in a matter of months. And I don't believe there's a single Siebel sales force automation implementation that has a global implementation and we did it with no modification in a matter of months at Hewlett-Packard.

For Cathay Pacific, Boeing, BellSouth, Alcoa, you've got the list in front of you. That's just, you know, we only highlighted 10 of our more – almost – you know, more than 450 customers that are currently live after just one year of the E-Business Suite.

A year from now, we'll have over 4,000 customers live on the E-Business Suite. There are 3,500 ongoing implementations of the E-Business Suite. Again, as I said in the – in the press release,

an untested idea has now become proven technology. If the best managed company in the world, the largest company in the world can use it, so can everybody.

And by the way, it's not just the giants who are using this technology. It includes small companies like Papa John, they're using our – yeah, we are the world leader in configured pizzas and automating that business. I don't think anybody can touch us in that – in that vertical market of configured pizzas.

That was the – that was the year, but the year ended in a very interesting upbeat note. We refreshed all of our technology products. And I don't think you really fully understand what happened to Oracle last year if you don't understand what we've delivered in terms of proven the E-Business Suite concept throughout the year and getting lots and lots of references.

We're no longer selling an interesting idea. We're – we've proven the success of the product with the best managed companies in the world. And we have a fabulous reference base and it gives us a really, you know, wonderful competitive position to go out and compete in the marketplace for applications going forward.

In technology where we're already the leader, we introduced a new version of the database and a new version of the application server. The application server, we're coming from behind, but the application service business is a very interesting business because now it really is based on a new standard. Both IBM and BEA, the two contenders in the – in the application server business were saying how fast their versions of Java, which is the language of the application server – how fast their server based Java ran.

Well our new version of the application server announced a couple of weeks ago, we were the first company to actually publish competitive benchmarks. We didn't make claims about how fast we ran. We actually ran industry standard benchmarks and published the results. And guess

what? IBM claimed it to be twice as fast as BEA on an IBM benchmark. Well, we ran the benchmark and found out that IBM was confused. They were actually half as fast as BEA.

We happen to be six times faster than IBM and three times faster than BEA. Our numbers were so good that Bill Coleman, the CEO of BEA, thought we made them up and said so publicly.

After his team had downloaded our benchmarks, and downloaded our software, and tested our results, he changed his statement and said – and I quote, Bill Coleman said, "Performance doesn't matter."

But the whole reason – the whole reason that customers chose Java over Microsoft.net was they wanted standard. They wanted multiple vendors competing on the basis of price and performance. And we are not only cheaper, much cheaper than, you know, than IBM and a little bit cheaper than BEA, we're also much faster.

And if you look at the chat rooms of the programmers, the buzz about Oracle's new application server and what's called the – you know, the J2EE environment – our J2EE implementation, they're over the moon. We're blowing the doors off of BEA and IBM. You know, there's, you know, we think we're going to make huge gains – huge gains in the application server business because we're a lot of faster than the competitors.

The database where we are dominant and have been dominant for some time, we introduced again the most important new release Jeff mentioned since release seven, almost a decade ago. Release 9i – again, I – again I think – a couple of analysts quoted me as being bombastic in my statements about 9i. I basically said it's got game, set, match. It's over in the database business. We can now do things that IBM and Microsoft, you know, can only dream of.

What we can do, simply stated, is we can take a group of inexpensive machines like personal computers, a bunch of separate PC servers or inexpensive Unix servers, and we can make that group of machines look like one big computer for any Oracle application. That's right.

So if SAP used to have SAP running on a big Hewlett-Packard machine or big IBM machine, you can now run it faster and more reliably on a group of PC servers or mid-size UNIX servers.

IBM clusters and Microsoft clusters may both claim to have clusters, and indeed they do have what they call clusters. The only problem was that Microsoft clusters and the DB2 clusters on Unix and Windows, is they don't run SAP, and they don't deny this by the way. Listen to – ask IBM. Do your Unix clusters run the SAP application? The answer is no. What about Siebel? The answer would be no. We run Siebel, we run SAP. What about People Soft? The answer would be no. IBM can't run it, Microsoft can't run it.

The maximum number of computers you can run a data – you can run IBM computer, you can use to run Siebel, or SAP, or People Soft, or any application is one on Unix and Windows. Let me emphasize on Unix and Windows.

It turns out IBM has two totally different databases. Their mainframe database actually has clustering that's very similar to Oracle9i. Unfortunately, a totally different development team built the Unix in Windows version of the IBM database.

Again, I'm sorry to bore you with technical details, but the Unix and Windows database from IBM happens to use an architecture called Shared Nothing. The IBM mainframe database uses an architecture called Shared Disk, so does Oracle9i. It turns out that the IBM mainframe database and Oracle9i can run any application. The IBM database on Unix and Windows run no applications. Big difference.

Their clusters are faux, they're worthless. They run nothing but benchmarks. And we are much faster and more reliable. We run all your applications, they run none of your applications. Ask the question carefully. Though IBM will say, "Oh, no. We have clusters that run real applications." That's only on mainframe. That's only on mainframe.

How fast is Oracle compared to IBM DB2? Well when IBM wanted to demonstrate how fast their hardware was, they chose Oracle. They won't – IBM hardware guys won't use DB2 to run benchmarks on their fastest hardware. And if IBM hardware won't choose DB2 and instead choose Oracle, why should anyone else choose DB2?

Now there's all the buzz about pricing of our database and, you know, we use a different metrics. We use – we use pricing based on a speed of microprocessors. We no longer do that. We just do – we have the same processor base pricing as Microsoft and IBM. So it's very easy to compare our price to IBM.

Make one more – one more comment.

We bundle a lot of our features into our core database technology. IBM tend to charge separately for all core pieces. We are much cheaper than IBM when you look at how they charge. Yes, you know, their 22,000 or processor, we're 40,000 a processor for the basic, you know, for the basic database. But if you look at all the things like work flow and other things that we include in our basic price, and you see how IBM prices those separately, we're about 65 percent cheaper than IBM on database.

We are much faster, much more reliable, much less expensive. We've changed our metrics so people can compare the prices very easily.

This is the Holy Grail of the database business. We now – we now can actually ((inaudible)) return any Oracle application that you are currently running, and we can make it ((inaudible)) it by running on our real application clusters.

Economy, reliability, and performance advantages over IBM and Microsoft in the database business, position us beautifully going into this new year. We have never had a more competitive set of products in the application server, in the database server, and now proven technology with our release 11i E-Business Suite.

Stephanie Aas: Operator, we're ready for questions.

Operator: Thank you. Our question-and-answer session will be conducted electronically today. If you would like to ask a question, simply press the star key, followed by the digit one on your telephone keypad.

We will proceed in the order that you signal us. We do ask that you limit yourself to one question per queue. And we'll pause for just a moment to assemble our roster.

And our first question will come from Jim Moore.

Jim Moore: Yeah, hi – good job on the quarter.

I was wondering, Larry, if you could comment on clustering? How important is it today to customers and how else do you differentiate against the distributed DB2 product?

Larry Ellison: Well, the clustering is worthless to customers today because clustering had just been a benchmark special for the last decade. Keep in mind, Oracle clustering, IBM clustering, and

Microsoft clustering was only used to run benchmarks. But less than one percent of our customers actually use clustering.

So the reason that no one uses clustering except on IBM mainframes is that clustering didn't – you had to modify your application to take advantage of it. Now with real application clusters, any Oracle application runs – all you do is plug in another machine, it just keeps running.

So you want it to run faster? Plug in another machine. You don't have to change your application at all. You want to run faux (tolerantly), you know. For example, all mission critical applications on Oracle have a machine sitting idling by called a hot backup. That machine no longer sits idly by. That machine now takes up part of the load. You no longer have to use hot, you know, have an idle machine sitting – just sitting there in case your primary machine breaks.

How does IBM – how do IBM and Microsoft respond? Well, buy an extra machine and have it sit there idle. IBM cannot run any application, on – unless it's Unix or Windows, they can run no applications on clusters. We think we're going to go from less than one percent or one-tenth of one percent of our customers using clusters to virtually all of our application customers and half of our other customers using clusters standard.

Why wouldn't you – you can now buy two or three inexpensive machines rather than one really expensive machine to get performance? And then there's no single point of failure.

So it is economical – not only does the clusters clustering improve your performance – not only does clustering eliminate the single point of failure dramatically improving your reliability, it improves your economy by letting you buy a small number of inexpensive machines rather than one really big expensive machine to run your application. So there's overwhelming reason to use clusters if you don't have to modify your application. And what Oracle's done with 9i, we are the first – the first database other than IBM and mainframe, the real DB2 not the fake DB2 on

Windows and Unix which used to be called UDB by the way, until IBM changed the name to confuse the innocent. There – you know, we're the first company that can do that with Unix machines and Windows machines.

So we think it's a very, very big deal. There, again, it makes your application faux tolerant, it makes your application much faster, and it costs you less to run.

Jim Moore: You said third-party application companies like SAP, and Siebel, and even Oracle with 11i, are those applications ready to run the clustering? And also on the pricing ...

Larry Ellison: Let me – let me answer that question ...

Jim Moore: Yeah – go ahead.

Larry Ellison: ... because yeah, SAP was part of our announcement. But you got to understand, SAP doesn't have to do anything to make their application run on clusters. Siebel doesn't have to do anything to make their application run on clusters. All applications run on our clusters because the – because the application doesn't have to be changed. That's the beauty of this versus what IBM and Microsoft have.

So, in fact, every customer-written application. Any application that runs on Oracle on one computer now runs on Oracle clusters with no changes whatsoever. It applies to every single Oracle application in the world.

SAP, in fact, one of the things we demonstrated with SAP as part of our announcement, is that we now run four times faster on Oracle than on IBM – we run SAP applications four times faster than IBM. And we publish that benchmark, and those results are at SAP's Web site. So we're

now four times faster on SAP but even more important, we're faux tolerant, there's no single point of failure. So we're hundreds of times more reliable.

Think of ((inaudible)) remember, you know, tandem faux tolerance. You know, you had to build by special computers and write your custom applications to achieve faux tolerance. We now make every – clusters make every single Oracle application faux tolerant. This is, you know, this is not well understood. You need to go to the chat rooms and look what the programmers are saying. You know, this is a very big deal. A very, very big deal.

All of a sudden, every Oracle application is faux tolerant. No IBM applications are faux tolerant. No Microsoft applications are faux tolerant. None.

Jim Moore: It seems like IBM was really using the pricing against you over the last six months and you looked to be maybe 50 percent less expensive, at least, from a list price perspective. Do you think that's going to stop IBM's, you know, pressure on the market share there?

Larry Ellison: Well, again, IBM – you know, we've actually – we actually gained market share this last year. IBM is a great marketing machine, I give them credit for marketing and they create tremendous buzz around our pricing, we're five, six, 10 times more expensive than DB2. And, I mean, you can find a scenario where we're six times faster. But I mean, extremely unlikely. In fact, we think we're cheaper and we publish real numbers. You know, IBM would never publish numbers. They just make these statements like their twice as fast as BEA. I mean, IBM has been amazing this last year.

I mean, they said they're twice as fast as the BEA application server and they publish the benchmark. And we ran it – ran it and found out to be half as fast as BEA. You know – you know, they're making these claims with no numbers. Let's see them publish some numbers. They don't publish numbers, they don't publish benchmarks, they don't publish anything.

Well, the only benchmark I know they publish is this one cluster benchmark ((inaudible)) cluster benchmarks which run no real applications. The so IBM did create a lot of buzz around pricing. Notice they didn't create a buzz around performance or, you know, any of these other stuff. I think we've cleared all that up. It's very easy to, you know, to compare Oracle prices with IBM prices. We're cheaper, we're faster, we're more reliable. (Questions)?

Jim Moore: Well, thanks a lot.

Stephanie Aas: I think we need to move to the next question.

Operator: Certainly. Our next question will come from Gretchen Teagarden.

Gretchen Teagarden: Great, thanks.

Larry, we had a Webcast with you guys about a month ago and regarding the Application Suite, you had mentioned that – you had used the words ((inaudible)) and you were just saying how you didn't think maybe this suite approach was the right approach, that more of integrated slow approach would be the right approach. Are your comments today a change in strategy? Are you going to be going back to more of a suite sale approach?

Larry Ellison: No, no – Gretchen.

The issue is, again, just like IBM used price against us in marketing. What our competitors would say regarding applications, "Oh, Oracle expect you to throw out everything you have and put in a whole E-Business Suite all at once." And that's a marketing pitch.

So we've never said that. But people continue – that's what they say, "Oracle has ((inaudible)) everything and then put in, you know, the Oracle E-Business Suite." We have never ever said that. And I think, you know, we've got to do a better job of being clear on what we mean about the E-Business Suite.

You don't have to install all the suite at once. You can do what a number of our customers have done, you know, for example, do purchase, you know, to Internet procurement through payables. So you can automate all of the entire procurement business flow and you can plug that in first. We don't expect any of our large customers to, you know, throw everything out at once and completely, you know, put in the E-Business Suite. It's not possible. We've never – we've never said that.

What I – what I'm trying – what I'm trying to say was not ((inaudible)) boy, we made a big mistake. What we did was we, you know, we weren't clear enough in our marketing message, yes we have a hold the E-Business Suite, and you should the whole E-Business Suite, but you don't have to do it all at once.

You can pick a flow. Like, order to cash. You can pick a flow, procure to pay. And we have completely automated that business flow. You don't have to put the whole suite in at once. Our competitors are being disingenuous by saying (hey guys), they're trying to use the suite message against us by saying, oh, Oracle expects you to throw out everything and put in the whole suite at once. Nonsense. We never said that. You can install this flow by flow.

Gretchen Teagarden: OK – great.

And one other quick question, we heard examples with large corporate Web sites where they originally had their databases in a distributed environment. We've heard examples where they're

moving some of those back onto the mainframe. Are you seeing any examples of that of kind of a renewed interest on databases on the mainframe?

Larry Ellison: Mainframe, you mean like IBM mainframes? Like real mainframes, like ...?

Gretchen Teagarden: Like real mainframes.

Larry Ellison: No. Actually, since I started my career designing real mainframes ((inaudible)), real mainframes are unbelievably expensive, unbelievably difficult with the program, and what people don't realize, very, very slow.

So the reason IBM will not publish any mainframe benchmarks at all, you find me a TPCC on an IBM mainframe, is that mainframes are extremely slow. They're very difficult to program, very expensive, and extremely slow. I'm not going to go into reasons why. But no, we've seen – with the exception of a few companies in Germany where IBM remains very, very strong, we see very little interest in mainframes other than how fast we can get rid of them.

Gretchen Teagarden: Great – OK. Thanks.

Operator: Our next question will come from Charles Phillips.

Charles Phillips: Thanks. Just wondering given that the applications performed dramatically different between the U.S. and Europe, what was the main issue in the difference? Was it that the quality issues were better known in the U.S. ((inaudible))? Or were there other issues that caused Europe to execute better than the U.S. in the applications business?

Larry Ellison: I think it's two issues, Chuck. Really it's a comparison issue.

Of course, our growth over the last quarter has – it really – there are two things you have to consider. How well we did with this quarter and how well we did last quarter? So Europe had a very easy comparison. The U.S. had a very difficult comparison. And of course, the economy in the U.S. has slowed much more precipitously than in Europe. I think, you know, those were the two issues. Easy comparison and different economy.

Charles Phillips: Was the dot-com issue a factor ...?

Larry Ellison: Yeah – yeah. Sure, dot-com and telecom.

You know, our two biggest markets a year ago were – was the telecom industry and the dot-com industry. And those markets have, what's the right word? Quieted down.

Charles Phillips: Any way of quantifying the impact, other words kind of ((inaudible)) dot-com ((inaudible)) look like?

Larry Ellison: Jeff?

Jeff Henley: No, I haven't for the Americas in total, I didn't go and try to figure out applications versus database because ((inaudible)) both. The impact of – the impact of both, total license was about 11 points. So there was about 11 points of negative impact on the growth rate.

Larry Ellison: I'd like to comment about the, you know, "quality problems" in the first year of the E-Business Suite, which is, I'm going to, you know, submit to you the proposition that given the size and complexity of this new version of applications, we've made it through this transition much more gracefully than SAP in introducing R3 or My SAP, or People Soft introducing People Soft ((inaudible)) that we've actually (gotten) my customers – real customers in one year have all of

these customers live and running their businesses on a suite of this size and complexity has never been done before in the history of the applications business.

So I say, the two things that are unique about 11i. One, is the comprehensive nature, the size of the – the size of new offering. And the other is how quickly in one year, we brought giant companies live and have them running their business on this suite. I'd love for any analyst who try to go back and find in history, a transition that was accomplished in 12 months.

Charles Phillips: OK. You know, the real application clusters, one of the marketing research firms came out with, you know, the statement advising their, I guess, clients to wait a year saying that it had a short beta cycle and they weren't sure ((inaudible)) to status. From your perspective, are there enough customers ((inaudible)) hopefully in production where it's not an issue in terms of quality and things are ready to go?

Larry Ellison: If you – I mean, I don't know what analyst has questioned the quality of our database product. In fact, the preposterous – let me tell you how preposterous that is.

The most – the single most important thing about application clusters – real application clusters is it makes your application so much more reliable architecturally. So what are they waiting for? It immediately makes your application more reliable and it tolerates failures. So why would you wait? I mean, it's a very funny thing to wait on. It's a little bit saying, "Gee, this fire extinguisher hasn't been thoroughly tested, so let's go with no fire extinguisher until – let's go with no fire extinguisher for the first year, because the fire extinguisher will get better over that 12-month period.

Again, I would love to have the name of the analyst who said that. I've heard some pretty bizarre things about, you know, real application clusters. Real application clusters, we've been working on for 10 years. We have numerous accounts, you know, that have tested this and are using it.

It is, again, we encourage people to use it right away, because it makes your application immediately much more reliable. I don't know why anyone would wait.

Charles Phillips: Last question on the apps server, it gives the timeframe and kind of when all of your own applications were supported, and secondly, kind of make a summary of how you're going to market and going to attract developers to compete with BEA.

Larry Ellison: Again, we started, I believe the next version of our applications support, you know, the full new version of our applications server – the best way to understand how excited people were about our applications server was, you know, get in the chat rooms and talk to programmers, and just see what programmers are saying about it. You know, don't believe me in terms of the benchmarks that we published. See all the, you know, all the different people who have downloaded the applications server. Over a million – over a million downloads, since right now it's been in Java One, over a million downloads.

Major customers are already – have already taken applications of WebSphere and BEA and find that they run much, much faster on our applications server. Again, the early – the great way – you know, if I were an analyst, the way I would try to get – you know, gather intelligence, is I wouldn't look and see what other analysts were saying, I'd see what programmers were saying. And, the programmers – the programmers are actually trying it and using it, and they are pretty blown away.

The other thing – this is an interesting community – again, we're going after the Java community. The Java community never liked the idea of being locked into any one vendor. The reason they chose Java and not Microsoft.net, is they didn't want to be held captive by any one vendor, and the make – I think they kind of perceived BEA as trying to be the Microsoft of Java. And they're not entirely thrilled, you know, with, you know, being held captive by one vendor, and they liked

the idea of us competing with BEA, and since we have faster software and more reliable software right now, than BEA, you know, they're going to exercise, you know, their freedom to choose.

You know, these are not Microsoft captives. These are members of the free and standards-based Internet world.

Charles Phillips: Thank you, and good job on the quarter in a tough environment.

Larry Ellison: Thank you.

Operator: And as a reminder, please limit yourself to one question per queue. We'll now hear from Neil Herman.

Neil Herman: Hey, guys, could you just give us kind of a general sense as to – by geographic region, what your sense is as to when things may begin to pick up, and what kind of anecdotal evidence or underlying, you know, you know, things that you're seeing out there, gives you the sense that, you know, hopefully we should see that pickup in the US by the end of the year, and just, maybe just address the major geographies, as well.

Larry Ellison: Yes, I think my comments initially were geared more towards the US, because that's where we saw the slowness start and it's our biggest region, so all – we have three people who manage the US for us, and each one of the individuals is more bullish to start off this quarter than they were last. Their pipelines are better; they feel good about the product position, but just the general aggregate demand, I think, is better. That's the biggest single thing.

Europe, you know, is on a lag effect, so it started slowing down a bit, and again, we just spoke to the guy, (Sergio Jackaletter), today, and his comment was "Gee, I think things are a bit softer, but I certainly don't see the kind of slowdown that we saw in the US at this point, so his assumption

is, because he started slowing down later than the US, it will take him a couple quarters, so he's not looking for a, you know, huge turnaround, but nor is he looking for as sharp a slowdown, either.

So, I think, you know, I think we can do OK in Europe. I don't think it's going to be the big negative the US was, and he doesn't have the same dot-com. He's got a limited dot-com population, nothing of the magnitude the US had.

And then, Asia is kind of mixed, but overall, it's held up – if you cut trough the currency and look at real constant growth, it's done well all last year, and their outlook for this quarter, looking good, despite what you hear about Japan and these places, still doing reasonable well. So, I think, hopefully, we're not going to see a big slowdown in Asia, and the US will come out of this quicker, in terms of real uptrend, and then Europe will follow back as well.

Neil Herman: If you were to take a longer term view, trying to exclude the economic cycles, here, what do you thing the longer-term range growth is in the database business and the apps business?

Larry Ellison: Again, in the apps, I think the database business, you know, 15 to 20 percent, over long term is not an unreasonable position, as we've been gaining share over the last several years, including this past year, contrary to what IBM or Microsoft says. We actually gained share points. I'll go into the numbers if you want to hear them. And we'll – expect we'll continue to gain share with real application clusters.

We think we'll dramatically gain share, now for the first time, off of IBM mainframes. So I think there'll be a big shift. Not only will information grow; this is the beginning of the information age, not the end of it. More and more information will be stored on computers, but also you'll see more and more data migrating off of IBM mainframes, now that we have this clustering technology. It gives you reliability and high performance.

Applications business, I see no reason why we can't got back to, you know, 50 to 100 percent growth in the applications business.

Neil Herman: And then, one quick last one, and that is, I know you've changed your database pricing. What's been the early response of customers, and what's going to be – what do you think the impact is going to be, taking a longer term look at your database business, from that pricing change?

Jeff Henley: Again, we changed – the customer, you know, customers generally like the change. The change – the system that we had before, again, didn't allow them to do – when they upgraded their computer – if you had a four-processor machine running Oracle with 400 megahertz microprocessors, and you changed it to a four-processor machine with 700 megahertz microprocessors, you actually had to pay Oracle more money. And, just keeping track of all of this was more complicated than simply counting processors. So, we decided to go to a much simpler metric, you know.

It was easier for our customers; it's easier to do comparison shopping. You can argue that it was a price decrease, but actually, all we really did was re-set prices to where they were a year ago. That's all we did. I've actually seen analysts' reports saying it was a huge price reduction, and I've seen analysts report – first one I saw this morning, say it was actually a price increase. It was neither.

It was actually just a reset to last year, you know, maybe a slight reduction, 10 to 20 percent, something like that. But we – but we think it will have no impact whatsoever in terms, upon our revenues. We expended, normal circumstances, to grow our database business 15 to 20 percent, and we think this pricing won't impact that, one way or the other.

Neil Herman: Thanks a lot.

Operator: Our next question will come from (Rod Stollmeyer).

(Rod Stollmeyer): Hi, thanks a lot. Just looking at the number of seats, or the number of customers that you have running applications, and the application revenue, and the pipeline for 3500, do you think that there's a possibility that there could be some negative shelfware places, where the applications have been deployed and you have not collected?

Let me ask one other question, quickly, on pricing. If your price has so many features, but is slightly more expensive than IBM, have you considered doing additional unbundling, so that you have a nominal sort of a "gotcha price" that's lower than the IBM price, as a way of getting people started, knowing that they'll immediately buy the upgrades?

Larry Ellison: No, actually IBM has just done that with WebSphere, I think – completely unbundled WebSphere, and they just sell it piece by piece. You know, that's – we think that's a very bad idea. It makes it very difficult for us to test our products, as we sell our products in a variety of permutations and different combinations of products. It's very hard for to test their product to make sure it's reliable. Also, it's very confusing, because if an application developer is developing software on top of our product, if our product is really nothing more than, you know, some number of 30 separate components, you don't know what's there.

So, we've made the decision that all versions of Oracle are the same, have the same features. The only difference between, you know, by and large, so that an application will run on – that runs on (better edition), that same application will run on Enterprise edition. And what we charge extra for, primarily is more performance and more reliability. There are a few exceptions to that. We do have a few functional extensions. We've introduced integrated (OLAP) with this version of the database, integrated data mining with this version of the database. It's interesting to note that

your (OLAP) is two-and-a-half times less expensive than IBM's, and our data mining is three times less expensive than IBM, and ours is integrated with a database, and there's are separate products. In fact, their (OLAP) product is really just – they're just reselling Hyperion, not integrated, it's a separate product.

We have integration. We think we have enough separate products, that we can go back to our installed base and sell them additional value, and get paid for that additional value. But, we don't want to so thoroughly atomize our product that Oracle ceases to have a meaning, that, you know, just have WebSphere. WebSphere has no meaning. I think WebSphere is something like 60 separate products. There's no such thing as WebSphere; you can't buy it. And we don't want that to happen to Oracle

(Rod Stollmeyer): What about the issue of, with this many live customers and this huge pipeline, the revenue numbers seem to be kind of light, given the number of customers that are out there. Do you think there are people there, maybe running the production, with development licenses?

Larry Ellison: No, I think what we've done is, again, is we have been very cautious about taking, you know, selling out, doing lots of big deals at big discounts. And again, I know there was a report I read, saying we've really, to make Q4, we borrowed from Q1.

Just the opposite was true. We said to a number of deals in Q4. One of the reasons why our Q1 pipeline looks a little better than some people might think, is, you know, when a large customer said, "Hey, we're rolling out this big application. We want to buy all we'll need for the next three years. We'll give you a big check right now, and just give us a 95 percent discount."

And we said, "No, thanks. That's very nice of you, but keep your money and pay as you need the software." We're not doing that anymore. And I think that's – and by the way – and that had impact in Q4. We could have sold a lot more software in Q4.

(Rod Stollmeyer): Why do you think the pipeline looks much better, then, for the apps, moving forward?

Larry Ellison: The pipeline – in some of – we have, in a couple of, you know – without going – by the way – I don't' get – I'd like to, you know, repeat exactly what Jeff Henley said, we're kind of cautiously optimistic. But, in a couple of our US units – let me give you some just facts, here, we have unprecedentedly high pipeline coverage. In other words, the pipeline is five times the size of what's being forecast, in one of our units, four times another one of our units. Never, you know, never had pipeline coverage like that. You know, that's the reason why we're optimistic, but we're also being very, very cautious. We must – this is uncharted territory.

(Rod Stollmeyer): Thanks.

Operator: Thank you. And our next question will come from Wendell Laidley.

Wendell Laidley: Yes, congratulations. Two questions. Could you provide more granularity on the applications business, specifically, do you think you have critical mass, now, of reference customers, such that those businesses – business can re-accelerate. And secondly, on the margin side, how much of the margin expansion, going forward, will come from operating efficiencies, as opposed to growth in license revenue and other gross margin efficiencies? Thanks.

Larry Ellison: Yes, I think we have, in terms of references, yes, we are literally – again, look at our advertising for the e-business suite. We just talked about for a year, that we saved a billion dollars, Oracle saved a billion dollars, using our own e-business suite. We talked about the concept of the suite being complete, for the first time, doing everything. It really was a conceptual sell, and the primary reference was Oracle, for the first year.

We've gone from that, to saying our preeminent reference is General Electric. Our preeminent reference is Alcoa, and Hewlett-Packard, and Ford, and Sony. And Sony implemented the complete supply-chain automation in 45 days. Do you want to compare that 45 day implementation at a company the size of Sony, with, you know, an i2 implementation? Do you want to compare a five-and-a-half month GE Power implementation with an SAP implementation? In both cases, no software modification, so we're through talking about how much – well, I guess we'll still talk about how much Oracle saved, using its own software. But that's not going to be our primary emphasis.

We're going to talk about how quickly our customers implemented it, how the best companies in the world, Ford, Alcoa, General Electric, Sony, Boeing, et cetera, are using the suite to run their business today, how they put it in, in record time; how they were able to put it in without making any software modifications; how these projects were delivered ahead of time and under budget – really kind of an unprecedented thing to happen in the applications business.

So it's a whole different sales pitch, and we've already to talked to our people saying that the only thing we're going to advertising are references, that's it. We're going on a pure reference basis. It's no longer a concept sell; it's a reference sell. That's a huge difference, in one year.

Wendell Laidley: So, can you talk about specific breakdown, within the applications business? What's coming from ERP, supply chain, CRM, et cetera?

Larry Ellison: Again, we sell the e-business suite, you know, we stopped doing that a while ago, and we sell the entire e-business suite, and, but we have some spectacular CRM successes in Bell South. I don't know about a 10,000 agent automation project of Siebel. I don't know where Siebel can show you that they've got there, live, in 30 countries, you know, like Hewlett-Packard, you know, you know, in sales force automation.

Siebel doesn't even have their Internet system out. I know they claimed to have it out, a couple of years ago, but now they say it's going to be – you know, they said they had it a couple of years ago. Now, they've also – now they've just said they'll have it at the end of this year. Well, one of those two times, they must have been mistaken. It's either going to be done, or it was done. I'm not, you know, going to ask them about that. It's kind of interesting. They don't have an Internet system yet. Now, they are doing very well in the market. But again, they acquired most of their products. Their products are not integrated. Those pieces don't fit together and they're not on the Internet.

We now have solid references. They've gotten away, saying, "Oracle has their references. Oracle ((inaudible))." You know, the big picture against 11i, is quality problems, no references; quality problems, no references.

Well, it works at GE; that's how they run their business. It works at Ford; works at Alcoa, Works at H-P, works at Sony, works at Boeing; works at Bell South.

Wendell Laidley: OK, and the margins question?

Larry Ellison: I think it will see margin expansion both ways. I think we, you know, as the economy comes back to normal, and if things go back, you know, you'll see us expanding our sales, but I don't think you'll see us expanding our expenses. We don't think it's necessary for us to grow expenses to grow sales. In fact, we think there are more savings to be had, by using the Internet. So we expect – we have two avenues where we can improve margins. We can continue to cut expenses. We think there's still fat in this company. There's still ways to improve our processes, more our products to the Internet, and do more with fewer people and fewer dollars, by using technology, by using the Internet.

The other is, we think our products are in fabulous – you know, are, you know, fabulously competitive across the board, and sales, you know, baring, you know, economic disaster, sales should to up. So we'll see expansion both based on top line acceleration, and further expense cuts.

Wendell Laidley: Congrats on a very respectable quarter.

Jeff Henley: Thank you.

Larry Ellison: We'll take one more question, Operator.

Operator: Thank you. Our final question will come from Rick Sherlund.

Rick Sherlund: Thanks. I wonder if you could talk about the sales cycle on the applications side, versus database. And Larry, if you could also talk a bit about what you're seeing on the competitive front. PeopleSoft had, you know, a new release, what you're seeing from SAP and Siebel?

Larry Ellison: OK, let's see. I'm sorry Rick...

Rick Sherlund: The first was sales cycle related.

Larry Ellison: OK, well clearly, the applications are a much longer sales cycle than either the applications server or the database. In fact, I think – one of the things we're most interesting – one of the interesting wild cards out there, is we think the applications server might be a very short sales cycle. We've never had a product with this short a sales cycle. So, we're very curious about that. It's very easy to verify our benchmark numbers. It's very easy to move an application from BEA or WebSphere to the Oracle applications server. It's very simple to do, so we think that's going to be an exceptionally short sales cycle, much shorter than the database.

So, we've got this new product that has a very short sales cycle on – obviously, the database is what the database is. And then there is the sales cycle for applications, which was longer than it should have been, because of lack of references for 11i. Again, it was really a concept sell. You know, "Hey, this sounds great. All the pieces are there. You don't have a lot of references, but I love the idea. And you're using it internally; that sounds pretty cool." So we – the sales that we've made historically on 11i, were based on this notion, this notion of a complete and integrated e-business suite that helped make Oracle successful.

Now, we've got tons and tons of references that provide a lot of comfort, so we think will allow us to shorten the sales cycle for applications, going forward. We are going to be, again, doing primarily reference selling and demonstration selling, going forward, as opposed to concept selling. So, we think that will speed up the sales cycle for applications.

The reason we were able to complete this transition so quickly – and again, I think the interesting thing, and the answer I gave to Chuck, you know, is, one year later, we've got so many customers live – you know, H-P, Ford, you know, blah-blah-blah, you know, all these guys. Alcoa, Tosco, the worlds largest – the largest steel company in the world, the largest steel company in the world, live. And this is one year.

The reason we're able to do this, is we can do these implementations very fast, because they require now software modifications, and at minimum to no systems integration. So, you know, and you think, in a down economic cycle, you know, we can, you know, cost a tiny – putting in our applications costs a lot less than putting in Siebel or putting in PeopleSoft or putting in SAP or anybody else. We don't think that's well understood yet.

But again, how could we have gotten all of these customers live? An interesting question. How do we get these giant companies live in such a short period of time. Well, GE's a perfect example. They didn't do any systems integration. They didn't do any software modification.

Now, we did systems integration in a lot of places. But 85 percent of our implementations are now running without any software modifications at all. That allows us to get them in very quickly at a very low cost. Typically now, we're bidding these things. We're bidding a cost of implementation equal to the cost of license. This compares with Siebel, which is seven to 10 times the cost of the license.

And as people begin to grasp – you know people – IBM made a big stink about (Ageder) cheaper than our database. Well, you know, talk about being cheaper than Siebel, you know – you know, we're one-third or one-fourth the cost of Siebel or one-fifth the cost of SAP if you count the implementation costs, plus we can install very quickly. Find a Siebel implementation where they – where they ran – where they put a company like H-P live in every country in which they do business for sales force automation in less than a year. Find anything like that and with no software modifications.

So again, we think that the new idea, the e-business suite idea, implementing software without modification, now that we've got references, now that we can (cite) this, now that we're willing to say hey, you know, if you give us 10 million to license, hey, we'll do the whole implementation for a second 10 million.

Rick Sherlund: Larry, do you think the weakness in the quarter is more a function of a tough year-over-year comparison versus anything unusual going on in the application space versus the database space?

Larry Ellison: I think – again, I think the tough economic – tough comparison and tough economic climate and the fact that we were – you know, up through Q4, we were selling our applications based on a concept rather than based on references. And so, I think all three of those things conspired to slow down our applications business going forward. So I don't – so I know you're saying how much can you extrapolate to other application companies? Well clearly, the tough economic climate, you can – you can extrapolate.

We think our position is much stronger in the – in applications going forward because of the – because of this rather phenomenal reference base, not just run – the fact that the applications are running – I'm sorry for repeating myself ((inaudible)). Not just the applications are running, but we got them running in less than a year in all cases. And, in 85 percent of the cases, we did it without software modification. I mean, it's really a wholly new approach to the applications business, where you (used to) fill (out) an application, you pay five to 10 times more for the labor to put it in. Now, the cost of the license and the cost of the labor are about the same.

Rick Sherlund: And SAP and PeopleSoft?

Larry Ellison: We see SAP on certainly a resurgent in Europe in SAP, less so over in the United States and we see PeopleSoft a bit of a resurgent in HR, but no place else, absolutely no place else.

And, in fact, one of the interesting things is we're having a very hard time finding any PeopleSoft customers live anywhere. So (PeopleSoft8), you know – oh, this is another that thing we just commented about, (PeopleSoft8), where PeopleSoft is saying that, you know, gee, they're all – they're more Internet standard than we are. That's their big pitch because they use HTML on the client and we use HTML and Java. Well, it is true. Oracle uses a combination of HTML and Java to build our applications. PeopleSoft uses a combination of HTML and that famous industry standard PeopleTools.

So Siebel – well, they want to talk about HTML and the fact that – and punish us for using Java. We readily admit that we build our applications in a combination of Java on a server and a combination of HTML and Java on the client. PeopleSoft, on the other hand, use HTML and again, that fabulous open industry standard that everyone knows about called PeopleTools. By the way, Siebel doesn't run on the Internet really. They run a combination of Visual Basic and SiebelTools. SAP runs (ADAP 4) and a little HTML. We are the only company that has pure Internet standard based application, you know, implementation.

And for PeopleSoft to want to take us on, based on Internet standards, is a very interesting notion. They only want to talk about what's running on the client. They seem to forget that actually all the applications are really on the server. Nothings on the client but a browser, actually. And so, how – (says) if you're going to do anything with those applications of the server, you have to use – and again I repeat that industry standard, go to your bookstore and buy a copy of ("PeopleTools Made Easy"). We use Java. And they're criticizing us for using Java. Interesting position.

Rick Sherlund: Why do you see SAP getting stronger in Europe?

Larry Ellison: Again, I think that My SAP is getting a little bit more mature. You know, My SAP was new and again, it's been out for a, you know, couple of years now. So it's a little bit more credible than it was before. I think SAP has made a huge mistake, by the way, by partnering, you know, first with Clarify and then, with Commerce One and a number of other partners. SAP has now, kind of, adopted this best-of-breed approach, which we think is terribly flawed because it involves so much labor installing these pieces. Plus Commerce One is, you know, a – Commerce One's technology is highly questionably.

But again, the big issue – you know, we believe all these pieces, you know, need to be engineered to fit together. SAP can't go out and buy a bunch of companies or make a bunch of

partnerships and glue the pieces together after the fact. That's very labor intensive. The glue joints are terribly unreliable. It's a – it's a flawed strategy. When SAP was truly a great company, they built the entire ERP suite. And that's what made SAP a great company. They delivered a complete and integrated ERP suite. And, in a sense, all we've done is adopt the old SAP strategy, but apply it not just to the back office, but also to the front office, you know, build all the pieces, get it all to work together.

Rick Sherlund: Thanks. See you next Wednesday.

Larry Ellison: See you Wednesday.

Stephanie Aas: Bye. Thank you, everyone, for participating in today's Fiscal Fourth Quarter Earnings Conference Call. An audio replay will be available for 24 hours. The number is 719-457-0820 and the pass code is 584798. I'd also like to remind analysts of our upcoming analyst day on June 27th, which takes place here at Oracle headquarters. You should have all received a formal invitation to the event. And we look forward to seeing you there. I'll turn it over to the operator.

Operator: Thank you, Miss Aas. That does conclude today's Oracle Fourth Quarter Conference Call. Thanks everyone for joining us and have a great day.

END

# EXHIBIT 139

**FOR INTERNAL USE ONLY**

Comment | Page 1



**Equity Research**
North America

United States of America

Technology: Enterprise Software

# Oracle

Reuters: ORCL.O Bloomberg ORCL NASDAQ: ORCL

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Analysis of Sales/Earnings**

December 15, 2000

## *How Suite It Is*

| **STRONG BUY** | |
|---|---|
| Price (December 14, 2000): | $28.38 |
| Price Target: | $62.50 |
| 52-Week Range: | $46.47 - 20.72 |

| WHAT'S CHANGED | |
|---|---|
| Earnings (2002): | *$0.60 (from $0.59)* |

- **Full Steam Ahead**
  On a constant currency basis, apps grew 73% and database increased 26% year over year. We think Oracle is hitting their groove.
- **Large Deals Stemming from Apps Business**
  Success in the apps business is leading to more large deals. 11i has 83 live customer references and 1,000 implementations underway.
- **Not in the PC Market**
  The PC downturn and Microsoft's preannouncement does not impact business at Oracle.

Price: Abs. and Rel. To Market & Industry




Data Source: FactSet Research Systems Inc.

| FY ending May 31: | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| EPS ($) | 0.33 | 0.51 | 0.60 | – |
| P/E | 86.0 | 55.6 | 47.3 | – |

| | |
|---|---|
| Market Cap ($ m) | 166,703 |
| L-T EPS Grth ('yy - 'yy) (%) | 20.0 |
| Shares Outstanding (m) | 5,875.0 |

| Q'trly EPS | 2000A actual | 2001E curr | 2001E prior | 2002E curr | 2002E prior |
|---|---|---|---|---|---|
| Q1 | 0.04 | 0.08A | – | 0.09 | – |
| Q2 | 0.06 | 0.11A | – | 0.13 | – |
| Q3 | 0.08 | 0.12E | – | 0.14 | – |
| Q4 | 0.15 | 0.20E | – | 0.24 | – |

*E = Morgan Stanley Dean Witter Research Estimate*

### Company Description

Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle database and an integrated family of horizontal application products.

FOR INTERNAL USE ONLY



# How Suite It Is

**Summary and Investment Conclusion**
After an incredibly rumor filled and media intense 90 days, it turns out Jeff Henley is still there, Larry Ellison is still breathing, and the quarter was just fine. All that will be forgotten.

With 73% growth in application license revenue and 26% database license growth (both constant currency), Oracle is delivering on its promises in its own unconventional way. The quarter was clean – no hanging chads or pregnant dimples. All major product lines and geographies posted solid results.

Given the Microsoft pre-announcement and generally bad news in the PC sector, the market may have trouble assessing whether Oracle's results are an aberration or a changing of the guard. At this point, Oracle has to feel a bit like Kip Keino did in the 1968 Olympics. The famous Olympic runner was so far ahead of heavily favored Jim Ryun in the final leg, he thought he had taken a wrong turn. Well it turns out Mr. Keino was just that good and was well on his way to making history.

**Financial Results**
*EPS* — ***Oracle reported fiscal year Q2 2001 earnings per share of $0.11 vs. $0.06 last year and $0.10 consensus number.*** The above consensus earnings result was driven by higher operating margins as total revenue was in line. Oracle produced the upside with a whopping 5.9 billion shares outstanding post the stock split – its hard to move such a big needle.

***License Revenue — License revenue beat our estimate of $1,075 million by $43 million and increased 25% year over year versus our 19% growth estimate.*** On a constant currency basis, license revenue grew 32%. This was the first time in 3 1/2 years that Oracle was able to produce back-to-back 30% plus license revenue growth.

***Margins*** - Operating margins were 36% this quarter, 5 percentage points better than our estimate. In each of the last four quarters, Oracle has managed to improve year over year operating margins by more than 10 percentage points. Few multibillion dollar companies in the world have ever expanded margins so rapidly which is why CEOs are interested in meeting with Oracle.

***Total Revenue*** — Total revenue in the quarter was $2.7 billion and grew 15% year over year which was inline with our estimate. Services continues to lag, but license revenue made up the difference this quarter.

***Product Line Revenues — Applications growth beat our estimate of $252 million (50% year over year growth). Oracle produced nice upside at $279 million in applications license revenue or 66% year over year growth.*** The number was actually stronger given the 7% currency hit. Since currency helps SAP, the company's largest applications competitor, we should adjust Oracle's applications growth number to 73% to at least neutralize the negative currency hit.

Live customers reference sites for 11i climbed up to 83 which compares to our estimate of 50 for the quarter. The company expects 100 implementations to go live by January and over 1,000 implementations are now underway. The first version of 11i had the bugs that all new releases of this size usually have, but 11.03 was released in November to resolve those issues.

***Database license revenue came in at $775 million, compared to our estimate of $767 million.*** While the reported growth rate of database was 19%, after adjusting for currency, database growth was 26%. Application server revenues were reclassified into database sales from tools sales in Q1 since Oracle has positioned the product as a performance-enhancing cache around the database. The reclassification contributed two percentage points of growth to the 1H01 database growth of 24%.

***Service Revenue*** — Services revenue grew 9% year over year this quarter, which compares to 10% in the same quarter last year. Sequentially, services increased 6%. Support revenue grew 21% year over year and consulting and training was down 4% year over year, but still much better than last quarter which was down 10% year over year. The company is starting to make the turn in the consulting line and the book to bill is positive. By design consulting revenues won't return to the glory days since the new Oracle applications need less consulting and implementation resources. Additionally, third party integrators are taking on more of the implementation projects as Oracle continues to build its ecosystem.

# FOR INTERNAL USE ONLY



*Geographic Segments* — The US contributed 57% to total revenue in the quarter, while EMEA and Asia Pacific added 29% and 15% respectively. Europe was only up 1% in the quarter but adjusted for currency, would have increased 11% while the US and Asia Pacific grew 20% and 28% respectively. Database servers in Europe were down 3% in dollars but up 13% in local currency versus a tough compare. Local currency growth for applications in Europe was an impressive 92% (66% in dollars). Database and applications comparisons get easier in Europe in Q3.

Management highlight normalized growth this quarter given the effect a strong dollar impact to each of the product lines. Although divots and wind are all part of the playing field, if the game was played in a dome on astro turf, Oracle would have been sporting touchdown dances all over the conference call last night.

*Balance Sheet* — Total cash at the end of the period was $4.4 billion, which compares to $5.1 billion at the end of last quarter. Oracle was able to purchase shares at an attractive level during the quarter as the NASDAQ took its down turn and rumors beat the stock down. The company executed on its share buy-back program and saw a decrease in other income as a result. DSOs were 66 days, in-line with previous quarters. Deferred revenue was down sequentially from $1.2 billion to $1.1 billion which is in line with the seasonal trend.

Exhibit 1

**Product Line Growth Rates — Constant Currency**




*Source: Company data, Morgan Stanley Dean Witter Research*

Exhibit 2

**Oracle Second Quarter 2001 Financial Results**

| $ Million (EPS $) | MSDW 2Q01 Estimate | 2Q01 Actual Constant $ | 2Q01 Actual | 1Q01 Actual | 2Q00 Actual |
|---|---|---|---|---|---|
| **License Revenue** | 1,075.0 | 1,183.5 | 1,118.2 | 807.2 | 902.6 |
| % Growth (Y/Y) | 19.1% | 32.0% | 23.9% | 27.7% | 17.6% |
| % Growth (Q/Q) | 33.2% | 41.7% | 38.5% | -56.1% | 42.8% |
| **Database Revenue** | 767.0 | 819.8 | 775.4 | 584.6 | 650.7 |
| % Growth (Y/Y) | 17.9% | 26.0% | 19.2% | 31.9% | 17.2% |
| % Growth (Q/Q) | 31.2% | 32.6% | 39.2% | -52.4% | 46.8% |
| **Applications Revenue** | 252.0 | 290.3 | 279.3 | 155.5 | 167.8 |
| % Growth (Y/Y) | 50.2% | 73.0% | 66.4% | 42.5% | 30.6% |
| % Growth (Q/Q) | 62.0% | 79.6% | 79.6% | -65.2% | 53.8% |
| **Services Revenue** | 1,615.0 | - | 1,541.3 | 1,454.6 | 1,419.3 |
| % Growth (Y/Y) | 0.8% | | 8.6% | 7.6% | 10.1% |
| % Growth (Q/Q) | 11.0% | | 6.0% | -5.2% | 4.9% |
| **Total Revenues** | 2,690.0 | - | 2,659.5 | 2,261.9 | 2,321.9 |
| % Growth (Y/Y) | 15.9% | | 14.5% | 14.0% | 12.9% |
| % Growth (Q/Q) | 18.9% | | 17.6% | -33.0% | 17.0% |
| Operating Income | 829.7 | - | 946.0 | 658.0 | 576.1 |
| Operating Margin | 30.8% | | 35.6% | 29.1% | 24.8% |
| Tax Rate | 35.5% | | 35.5% | 35.5% | 35.0% |
| EPS | 0.10 | | 0.11 | 0.08 | 0.06 |
| Shares Outstanding | 6,040 | | 5,875 | 5,933 | 6,013 |
| DSO | - | | 66 | 67 | 69 |
| Deferred Revenue | - | - | 1053.8 | 1269.6 | 925.1 |

*Source: Company data, Morgan Stanley Dean Witter Research*

FOR INTERNAL USE ONLY



*Headcount* — Total headcount grew 2% sequentially to 42 million employees with close to a 50/50 split between international and domestic employees. The company plans to modestly hire new employees over the course of the year, but will focus its attention on productivity gains from existing employees. On 11i, the company is armed and ready with 3,000 hungry quota-carrying reps and a swat team of more than 400 specialists.

Exhibit 3

**Oracle's $2 Billion Savings Target**

| ($mm) | Previous Goal | New Goal |
|---|---|---|
| Consolidated IT | $200 | $250 |
| Sell Side | $550 | $1,450 |
| Buy Side | $150 | $200 |
| Inside | $100 | $100 |
| **Total** | **$1,000** | **$2,000** |

*Source: Company Data*

**Covisint Selects the eBusiness Suite**

*Oracle will support and manage Covisint's infrastructure.* Oracle will also receive an equity position in Covisint for which the details are not being disclosed, but it is expected to be similar to the 2% stake that Commerce One received for its software and services. The revenue from this agreement will be recognized in the third quarter of Oracle's fiscal year which gives management some visibility going into the quarter. Covisint licensed more than 50 applications from Oracle. Some of the products included are server warehousing, data mining, and other infrastructure services. They will implement the Oracle E-Business Suite (HR, marketing, sales, and service functionality); Oracle Exchange Marketplace (to provide security, registration, single sign-on capabilities, and pricing); Oracle technology platform (database and application server) and the Oracle Internet Developer Suite.

**Large Deals Stemming from the Application Business**

Deal sizes in the applications business have been increasing. For deals that were larger than $1.5 million, the company reported a 45% increase year over year which compares to 36% growth during the same period last year. The company points out that there are always 1 or 2 large deals in the $10-$30 million range. As Oracle reports more success in the applications business we expect deal sizes will continue to grow and there may be an opportunity to reel in more mega deals.

**Customer Wins**

Major customers wins in the quarter with customers who purchased the majority of the 11i eBusiness Suite included JDS Uniphase who is rapidly undergoing acquisitions and implemented ERP, supply chain and CRM; a global implementation across 14 countries which should be completed in 11 months. American General is an insurance company that had purchased a set of point solutions, but has replaced much of their architecture with 11i and is now discussing estimate improvements with Wall Street. Compaq and Hewlett Packard (adopted CRM including the sales online module) were also significant wins in the quarter for 11i. Management pointed out three competitive customer wins in supply chain against i2: Qualcomm, Hayward and Terradime. In CRM, Oracle management stated that several Siebel replacements have been completed, but did not state the names of these customers.

Oracle announced several live customers and gave indication of a robust pipeline dominated by Fortune 500 clients. The company can now share a laundry list of customers that are live on 11i. Some of the live 11i customers are Barclays UK, Hallmark Cards, Hutchinson Telecom (UK), Doral Financial Corp (LAD), American Trans Air, Pac-West Telecomm, Royal Air Force, Silterra (APAC), TeliaNet (EMEA), American Linen, Inventec (APAC), Net pliance, Odwalla, Retek, Vingage, Chipotle, Agilera, Chevron/Retailers MarketExchange, MetalMaker, Red Herring, Papa Johns, CyberSource, ZapMedia, and Hostcentric Management Company. A sample set of the customers which are currently in the pipeline includes BellSouth, Citigroup, MBNA, Bank of Montreal, Xerox, JDS Uniphase, GE Medical, GE Capital, GE Industrial, Ingersoll-Rand, HP, and Ralston Purina. GE was expected to be up and running in 18 months and they are on target.

**Pricing Doesn't Hold Them Back**

The company reported 25% license revenue growth on a more conservative licensing policy. As we pointed out last quarter, Oracle's pricing has shifted toward more conservative deals that generate revenue over time from a customer instead of maximizing up front revenue. Three quarters of the database deals completed in the quarter were on a power unit basis, which is a significant shift from last quarter where half of the deals were complete on the new pricing methodology.

FOR INTERNAL USE ONLY



Exhibit 4

**Oracle 11i eBusiness Suite Products**




*Source: Company data*

Exhibit 5

**Oracle 11i eBusiness Suite Products**




*Source: Company data*

### Technology Migration

Oracle continues to gain mindshare against Microsoft with its developers network — OTN. Over 1 million developers have subscribed total the network. On the database side, customers feedback suggests a generational shift is taking hold and sending traditional IBM customers over to Oracle. Many of the prior generation CIOs were IBM loyalists, however, more recent evaluations reveal the functionality advantage of Oracle's technology which only gets better with the release of 9i in March 2001. In terms of customer retention in the database business, Oracle ranks significantly higher than each of its key competitors according to AMR's recent survey.

Exhibit 6

**Oracle Technology Customer Satisfaction**

| | Customer Retention | Customer Attntion |
|---|---|---|
| Oracle | 85% | 5% |
| IBM DB2 | 66% | 11% |
| SQL Server | 66% | 14% |
| DB2 AS/400 | 68% | 27% |

*Source: AMR, October 2000*

### Outlook

Oracle has always said the PC wasn't that relevant to their business and they'll be especially adamant given the slowdown in that sector. Given a soft landing in the economy, Oracle management feels that the demand environment for enterprise software will remain in tact. In a tough market environment, both customers and investors might gravitate toward stable companies with less risk. A suite implies less implementation risk which might be the right message in the current environment.

Management refined its product line guidance on the call. Including the effect of foreign exchange, management expects database growth for next quarter to fall in the range of 15% - 20% and applications are expected to grow at 75% or better. Total license revenue growth, including currency effects is expect to return 24% year over year growth, while consulting and support grow at 5% and 23% respectively. Overall the company is forecasting a 5% and 3% hit across all segments of the business for Q3 and Q4 of 2001, respectively. In Q3 2001, we have modeled other income at $45 million and EPS remains at 12 cents which is in line with company guidance. In 2002, we EPS for the full year went up 1 cent on a slight increase to total revenue in the second quarter.

Whether Oracle can stay unscathed in slowing macro environment is the open question and we suspect most investors will need to see another quarter of performance to be convinced. The only recent example is the slowing spending environment around Y2K – a period in which Oracle gained market share and expanded margins.

**FOR INTERNAL USE ONLY**



The information and opinions in this report were prepared by Morgan Stanley & Co Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. *This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.*

Within the last three years, Morgan Stanley & Co Incorporated, Dean Witter Reynolds Inc and/or their affiliates managed or co-managed a public offering of the securities of i2 Technologies.

Morgan Stanley & Co Incorporated, Dean Witter Reynolds Inc and/or their affiliates make a market in the securities of Oracle.

*Morgan Stanley & Co Incorporated, Dean Witter Reynolds Inc and/or their affiliates or their employees have or may have a long or short position or holding* in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co Incorporated and Dean Witter Reynolds Inc are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions *in any security discussed herein should do so only with a representative of Morgan Stanley & Co Incorporated or Dean Witter Reynolds Inc.*

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A C N 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

Additional information on recommended securities is available on request.

© Copyright 2000 Morgan Stanley Dean Witter & Co.

Charles Phillips, CFA
charles.phillips@msdw.com / 1-800-MR CHUCK / www.msdw.com/mrchuck

# Oracle
## Sales and Earnings Summary

*($ Millions, Except Per-Share Data)*

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Total Revenue** | 1985 | 2322 | 2449 | 3374 | 10130 | 2262 | 2660 | 2885 | 3975 | 11781 | 2669 | 3135 | 3400 | 4651 | 13855 |
| *% Growth (y/y)* | 13.5% | 12.9% | 17.8% | 14.6% | 14.8% | 14.0% | 14.5% | 17.8% | 17.8% | 16.3% | 18.0% | 17.9% | 17.9% | 17.0% | 17.6% |
| *% Growth (seq.)* | -32.6% | 17.0% | 5.5% | 37.8% | - | -33.0% | 17.6% | 8.5% | 37.8% | - | -32.9% | 17.5% | 8.5% | 36.8% | - |
| Americas | 1124 | 1262 | 1450 | 2077 | 5913 | 1291 | 1511 | 1704 | 2461 | 6967 | 1511 | 1767 | 1994 | 2880 | 8152 |
| EMEA | 618 | 756 | 707 | 902 | 2983 | 643 | 761 | 778 | 1000 | 3182 | 740 | 875 | 895 | 1150 | 3659 |
| Asia/Pac | 243 | 304 | 292 | 395 | 1234 | 327 | 388 | 403 | 514 | 1632 | 419 | 493 | 512 | 621 | 2044 |
| **Total Services Revenue** | 1352 | 1419 | 1378 | 1534 | 5683 | 1455 | 1541 | 1575 | 1740 | 6311 | 1714 | 1810 | 1845 | 1961 | 7330 |
| *y/y % growth* | 15.9% | 10.1% | 10.0% | 7.2% | 10.6% | 7.0% | 8.6% | 14.3% | 13.5% | 11.0% | 17.8% | 17.4% | 17.1% | 12.7% | 16.1% |
| Support | 667 | 720 | 754 | 837 | 2979 | 839 | 873 | 910 | 1036 | 3658 | 1074 | 1101 | 1167 | 1208 | 4550 |
| *% Growth (y/y)* | 27.2% | 27.2% | 29.3% | 24.8% | 27.0% | 25.7% | 21.1% | 20.6% | 23.8% | 22.8% | 28.0% | 26.2% | 28.2% | 16.6% | 24.4% |
| Consulting & Training | 685 | 599 | 624 | 697 | 2704 | 616 | 669 | 640 | 710 | 2634 | 640 | 709 | 678 | 753 | 2780 |
| *% Growth (y/y)* | 6.7% | 3.2% | -6.9% | 8.3% | -3.2% | -10.1% | 4.3% | 2.6% | 1.9% | -2.6% | 4.0% | 6.0% | 6.0% | 6.0% | 5.5% |
| **Total License Revenue** | 632 | 903 | 1071 | 1841 | 4447 | 807 | 1118 | 1310 | 2235 | 5470 | 955 | 1325 | 1555 | 2690 | 6525 |
| *% Growth (y/y)* | 8.5% | 17.6% | 29.7% | 21.7% | 20.6% | 27.7% | 23.9% | 22.3% | 21.4% | 23.0% | 18.3% | 18.5% | 18.7% | 20.4% | 19.3% |
| *% Growth (seq.)* | -58.2% | 42.8% | 18.7% | 71.8% | - | -56.1% | 38.5% | 17.1% | 70.6% | - | -57.3% | 38.7% | 17.4% | 73.0% | - |
| Other licenses | 30 | 25 | 28 | 49 | 132 | 36 | 25 | 25 | 25 | 111 | 25 | 25 | 25 | 25 | 100 |
| Product Licenses | 603 | 877 | 1043 | 1792 | 4315 | 771 | 1093 | 1285 | 2210 | 5359 | 930 | 1300 | 1530 | 2665 | 6425 |
| **Revenue by Product Category** | | | | | | | | | | | | | | | |
| Database Servers | 443 | 651 | 778 | 1228 | 3100 | 585 | 775 | 900 | 1410 | 3670 | 666 | 850 | 1004 | 1554 | 4074 |
| Development Tools | 50 | 59 | 66 | 116 | 292 | 31 | 38 | 55 | 80 | 205 | 31 | 31 | 31 | 31 | 124 |
| Applications | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 330 | 720 | 1485 | 233 | 419 | 495 | 1080 | 2227 |
| **Expenses** | | | | | | | | | | | | | | | |
| Sales/Mkt Exp | 538 | 631 | 595 | 852 | 2617 | 573 | 641 | 650 | 900 | 2764 | 635 | 700 | 735 | 1017 | 3087 |
| Cost of Services | 757 | 753 | 707 | 725 | 2943 | 674 | 695 | 772 | 853 | 2993 | 840 | 880 | 886 | 941 | 3547 |
| Total Rev. Cost | 1295 | 1385 | 1302 | 1578 | 5559 | 1247 | 1336 | 1422 | 1753 | 5757 | 1475 | 1580 | 1620 | 1958 | 6633 |
| Research | 236 | 248 | 256 | 270 | 1010 | 251 | 266 | 292 | 305 | 1114 | 288 | 304 | 333 | 348 | 1270 |
| Corp G&A | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 136 | 140 | 493 | 122 | 128 | 156 | 161 | 567 |
| **Total Expense** | 1639 | 1746 | 1680 | 1986 | 7050 | 1604 | 1714 | 1850 | 2198 | 7365 | 1883 | 2012 | 2109 | 2487 | 8471 |
| **Operating Income** | 346 | 576 | 770 | 1389 | 3080 | 658 | 946 | 1035 | 1777 | 4417 | 786 | 1123 | 1291 | 2184 | 5384 |
| *Operating Margin* | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 35.6% | 35.9% | 44.7% | 37.5% | 29.5% | 35.8% | 38.0% | 47.0% | 38.9% |
| Net Interest | 18 | 15 | 24 | 48 | 106 | 103 | 33 | 45 | 45 | 226 | 45 | 45 | 45 | 45 | 180 |
| Special gains (charges) | - | - | 415 | 6521 | 6937 | 15 | 13 | - | - | 2 | - | - | - | - | 0 |
| **Pretax Income** | 364 | 592 | 794 | 1437 | 3186 | 761 | 979 | 1080 | 1822 | 4643 | 831 | 1168 | 1336 | 2229 | 5564 |
| *Pretax Margin* | 18% | 25% | 32% | 43% | 31% | 34% | 37% | 37% | 46% | 39% | 31% | 37% | 39% | 48% | 40% |
| Taxes | 127 | 207 | 286 | 511 | 1131 | 270 | 348 | 383 | 647 | 1648 | 295 | 415 | 474 | 791 | 1975 |
| *Tax rate* | 35% | 35% | 36% | 36% | 35% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% |
| **Net Income** | 237 | 384 | 508 | 926 | 2055 | 491 | 632 | 697 | 1175 | 2995 | 536 | 754 | 861 | 1438 | 3589 |
| Avg. Shrs. - Basic | 5722 | 5718 | 5638 | 5638 | 5679 | 5604 | 5584 | 5780 | 5810 | 5695 | 5810 | 5810 | 5810 | 5810 | 5810 |
| Avg. Shares - FD | 5965 | 6013 | 5996 | 6010 | 5996 | 5933 | 5875 | 5880 | 5900 | 5897 | 5900 | 5950 | 5950 | 5990 | 5948 |
| EPS Operating - Basic | 0.04 | 0.07 | 0.09 | 0.16 | 0.36 | 0.09 | 0.11 | 0.12 | 0.20 | 0.53 | 0.09 | 0.13 | 0.15 | 0.25 | 0.62 |
| **EPS Operating - FD** | 0.04 | 0.06 | 0.08 | 0.15 | 0.33 | 0.08 | 0.11 | 0.12 | 0.20 | 0.51 | 0.09 | 0.13 | 0.14 | 0.24 | 0.60 |
| *EPS Growth* | 33.3% | 20.0% | 60.0% | 66.7% | 50.0% | 100.0% | 83.3% | 50.0% | 33.3% | 54.5% | 12.5% | 18.2% | 16.7% | 20.0% | 17.6% |
| *EPS Reported* | 0.04 | 0.06 | 0.25 | 1.53 | 2.10 | 0.17 | 0.11 | 0.12 | 0.20 | 0.60 | 0.09 | 0.13 | 0.14 | 0.24 | 0.60 |

E = MSDW Research Estimates

As of: 12/15/2000

Charles Phillips, CFA
charles phillips@msdw com / 1-800-MR CHUCK / www.msdw com/mrchuck

## Oracle - Financial Statistics and Ratios

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Growth Y/Y %** | | | | | | | | | | | | | | | |
| Oracle Americas | 12.1 | 12.5 | 24.5 | 17.8 | 17.0 | 14.9 | 10.7 | 17.5 | 18.5 | 17.8 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Oracle Eur/ME/Afr | 9.4 | 6.5 | 2.0 | 1.7 | 4.5 | 4.1 | 0.7 | 10.0 | 10.8 | 6.7 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Oracle Asia/Pacific | 33.8 | 35.3 | 32.7 | 34.9 | 34.2 | 35.0 | 27.6 | 38.0 | 30.1 | 32.3 | 27.8 | 26.9 | 27.0 | 20.9 | 25.2 |
| Database Servers | 8.2 | 17.2 | [illegible] | 17.5 | 17.2 | 31.9 | 19.2 | 15.7 | 14.8 | 18.4 | 13.9 | 9.6 | 11.6 | 10.2 | 11.0 |
| Development Tools | 0.7 | 4.6 | 1.5 | 1.8 | 0.5 | 38.1 | -31.4 | -17.1 | -31.2 | -29.8 | -0.3 | -19.4 | -43.6 | -61.0 | -39.4 |
| Applications | 11.3 | 30.6 | [illegible] | 61.1 | 41.9 | 42.5 | 66.4 | 66.0 | 60.9 | 60.8 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Product Licenses | 8.5 | 17.6 | [illegible] | 21.7 | 20.6 | 27.7 | 21.9 | 22.3 | 21.4 | 23.0 | 18.3 | 18.5 | 18.7 | 20.4 | 19.3 |
| Product Licenses (seq %) | -59.4 | 45.6 | 18.9 | 21.8 | | -57.0 | 41.7 | 17.5 | 72.0 | | -57.9 | 39.8 | 17.7 | 74.2 | |
| Service Sales | 15.9 | 10.1 | 10.0 | 7.2 | 10.6 | 7.6 | 8.6 | 14.3 | 13.5 | 11.0 | 17.8 | 17.4 | 17.1 | 12.7 | 16.1 |
| Total Revenue | 13.5 | 12.9 | 17.8 | 14.6 | 14.6 | 14.0 | 14.5 | 17.8 | 17.8 | 16.3 | 18.0 | 17.9 | 17.9 | 17.0 | 17.6 |
| Sales/Mkt Exp | 5.6 | 6.7 | 4.9 | 10.7 | 0.2 | 6.4 | 1.5 | 9.3 | 5.6 | 5.6 | 10.8 | 9.2 | 13.0 | 13.0 | 11.7 |
| Cost of Services | 11.4 | -3.4 | -10.7 | 10.8 | 4.0 | -11.0 | 7.7 | 9.1 | 17.5 | 1.7 | 24.6 | 26.6 | 14.8 | 10.4 | 18.5 |
| Research | 25.8 | 23.7 | 21.8 | 11.1 | 20.0 | 6.4 | 7.3 | 14.3 | 12.9 | 10.3 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
| Corp G&A | 14.1 | 11.3 | 17.9 | 8.7 | 12.1 | 1.5 | -1.5 | 11.3 | 1.5 | 2.6 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Total Expenses | 11.4 | 4.3 | 0.4 | 7.5 | 1.4 | 2.1 | 1.8 | 10.1 | 10.7 | 4.5 | 17.4 | 17.4 | 14.0 | 12.3 | 15.0 |
| Total Expenses (seq %) | 23 | 7 | -4 | 18 | | -19 | 7 | 8 | 19 | | -14 | 7 | 5 | 17 | - |
| Operating Profit | 24 | 51 | 89 | 72 | 64 | 90 | 64 | 34 | 28 | 43 | 19 | 19 | 25 | 23 | 22 |
| Pretax Income | 21 | 44 | 79 | 74 | 61 | 109 | 66 | 36 | 27 | 46 | 9 | 19 | 24 | 22 | 20 |
| Net Income | 21 | 40 | 73 | 76 | 59 | 107 | 64 | 37 | 27 | 46 | 9 | 19 | 24 | 22 | 20 |
| **% of Sales** | | | | | | | | | | | | | | | |
| License Sales | 30.4 | 37.8 | 47.6 | 53.1 | 42.6 | 34.1 | 41.1 | 44.5 | 55.6 | 45.5 | 34.8 | 41.5 | 45.0 | 57.3 | 46.4 |
| Service Sales | 68.1 | 61.1 | 56.3 | 45.5 | 56.1 | 64.3 | 58.0 | 54.6 | 43.8 | 53.6 | 64.2 | 57.7 | 54.3 | 42.2 | 52.9 |
| Selling/Marketing | 27.1 | 27.2 | 24.3 | 25.3 | 25.8 | 25.3 | 24.1 | 22.5 | 22.6 | 23.5 | 23.8 | 22.3 | 21.6 | 21.9 | 22.3 |
| Service margin | 44.0 | 46.9 | 48.7 | 52.7 | 48.2 | 53.7 | 54.9 | 51.0 | 51.0 | 52.6 | 51.0 | 51.4 | 52.0 | 52.0 | 51.6 |
| Total Cost of Revenue | 65.3 | 59.6 | 53.2 | 46.8 | 54.9 | 55.1 | 50.2 | 49.3 | 44.1 | 48.9 | 55.3 | 50.4 | 47.7 | 42.1 | 47.9 |
| Services | 39.1 | 32.4 | 28.9 | 21.5 | 29.0 | 29.8 | 26.1 | 26.8 | 21.4 | 25.4 | 31.5 | 28.1 | 26.0 | 20.2 | 25.6 |
| Research | 11.9 | 10.7 | 10.4 | 8.0 | 10.0 | 11.1 | 10.0 | 10.1 | 7.7 | 9.5 | 10.7 | 9.7 | 9.8 | 7.5 | 9.2 |
| Corp G&A | 5.4 | 4.9 | 5.0 | 4.1 | 4.7 | 4.7 | 4.2 | 4.7 | 3.5 | 4.2 | 4.6 | 4.1 | 4.6 | 3.5 | 4.1 |
| Op Margin | 17.4 | 24.8 | 31.4 | 41.1 | 30.4 | 29.1 | 35.6 | 35.9 | 44.7 | 37.5 | 29.5 | 35.8 | 38.0 | 47.0 | 38.9 |
| **Selected Ratios and Balance Sheet Highlights** | | | | | | | | | | | | | | | |
| Book Value/shr | 0.59 | 0.57 | 0.66 | 1.08 | - | 0.91 | 0.84 | - | - | - | - | - | - | - | - |
| Cash/shr | 0.46 | 0.35 | 0.46 | 1.29 | - | 0.85 | 0.74 | - | - | - | - | - | - | - | - |
| Sales/Shr | 1.52 | 1.55 | 2.76 | 1.69 | - | 1.75 | 1.83 | - | - | - | - | - | - | - | - |
| Total Cash | 2722 | 2134 | 2768 | 7762 | - | 5063 | 4356 | - | - | - | - | - | - | - | - |
| Total Debt | 304 | 304 | 307 | 301 | - | 304 | 303 | - | - | - | - | - | - | - | - |
| TotalEquity | 3500 | 3401 | 3984 | 6461 | - | 5371 | 4926 | - | - | - | - | - | - | - | - |
| Total Assets | 6579 | 6376 | 7349 | 13077 | - | 9513 | 8924 | - | - | - | - | - | - | - | - |
| Rec Days Outst | 69 | 69 | 68 | 68 | - | 67 | 66 | - | - | - | - | - | - | - | - |
| Receivables | 1514 | 1769 | 1849 | 2534 | - | 1696 | 1936 | - | - | - | - | - | - | - | - |
| Deferred Revenue | 1090 | 925 | 1020 | 1133 | - | 1270 | 1054 | - | - | - | - | - | - | - | - |
| %of LTM sales | 12.0% | 9.9% | 6.2% | 11.2% | - | 12.2% | 9.8% | - | - | - | - | - | - | - | - |
| Cash from Operations | 656.1 | 112.0 | 970.0 | 1185.4 | - | -873.8 | 0.0 | - | - | - | - | - | - | - | - |
| Capital Expenditures | -54.9 | -69.6 | -82.1 | 56.8 | - | -73.4 | 0.0 | - | - | - | - | - | - | - | - |
| Headcount | 43093 | 42682 | 41917 | 41320 | - | 41170 | 42002 | - | - | - | - | - | - | - | - |
| Revenue Per Employee | 0.21 | 0.22 | 0.39 | 0.24 | | 0.25 | 0.26 | | | | - | - | - | - | |
| Capitalized Software | 3.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Amortized Software | 3.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Provision for Doubtful Accounts | 15.79 | 24.43 | 39.52 | 55.58 | | 58.99 | - | - | - | - | - | - | - | - | - |
| LTM Sales | 9063 | 9329 | 16542 | 10130 | - | 10407 | 10745 | 11181 | 11781 | - | 12189 | 12664 | 13179 | 13855 | - |
| LTM EPS | 0.23 | 0.24 | 0.45 | 0.33 | - | 0.37 | 0.42 | 0.46 | 0.51 | - | 0.52 | 0.54 | 0.56 | 0.60 | - |

E = MSDW Research Estimates

As of: 12/15/2000