# EXHIBIT 140

New addition to 11i impact list

Return-Path: <dick.sellers@oracle.com>
Received: from oracle.com (dhcp-orlando-gen-1st-flr-east-44-201.us.oracle.com
[138.2.44.201])by gmgw02.oraclecorp.com (Switch-2.1.1/Switch-2.1.0) with
ESMTP id f44Hj4u17373;Fri, 4 May 2001 10:45:05 -0700 (PDT)
Message-ID: <3AF2EAC2.2BCAA720@oracle.com>
Date: Fri, 04 May 2001 13:45:38 -0400
From: Dick Sellers <dick.sellers@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.51 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>,
Chris Madsen <chris.madsen@oracle.com>
Subject: New addition to 11i impact list
Content-Type: multipart/mixed;boundary="------------12167202E50193FF7FA81A13"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Mike,

I've added CMGi / Ubid to the 11i impact list:

Dick

CMGI / Ubid -  $600k in credits against work already done,
Oracle participation in the $1.2 M in monthly out-of-pocket
costs for rental warehouses and leasing of legacy apps, and
Free services through go-live - now targeting for May 18th.

American Trans Air-$165k renewal (renewal was due in November)
Indiana Mills-252k renewal (renewal was due in Feb, looking for 126k
relief)

Oneok Inc.-1,406,048k renewal (looking for 250-400k relief)
Precision Cast Parts-486k renewal (customer is deciding how much credit)

McDonalds/Chiptole-105k credit requested

General Electric Aircraft Engines-$671,658.01-Customer doesn't want to
pay for support because the implementation is way behind schedule and he

doesn't want to pay for support on licenses sitting on a shelf.

@home - 1.3 mil
this is a CRM customer who has not been able to implement.  Chris
Drynan was rep and never had it on his forecast since the customer
refuses to renew.  Steve Fox is the AM

exabyte - 549K
this is a 10.7 customer who wanted to upgrade to 11i and has not
been able to (both our fault and theirs).  they are requesting
concessions which we have not been able to give.  we are still reviewing

this renewal with the AM, Glenn Seninger, to see what can be done to
secure renewal.

franklin quest - 800K
    this customer had an iSTORE implementation which was not working for

ORACLE
CONFIDENTIAL

NDCA-ORCL 121644

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

New addition to 11i impact list

a long time.  Mike Cosenza has recently told me that the implementation
is complete and he does expect this to come in.  this may change though,

as I have come to expect

We have already given the following relief:
Beckman Coulter-1,000k
Seagate-400k

---

**Message-ID:** <3AEECCFC.BB2079D5@oracle.com>
**Date:** Tue, 01 May 2001 08:49:33 -0600
**From:** "dick.sellers" <dick.sellers@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.74 [en] (WinNT; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "ROCHA,MICHAEL" <MICHAEL.ROCHA@ORACLE.COM>
**CC:** Madsen <CHRIS.MADSEN@ORACLE.COM>
**Subject:** 11i impact
**Content-Type:** multipart/mixed;boundary="------------99F6069F1BA1BF69753524C6"

Mike,
The known list of customers requesting credit because of 11i issues is
still fairly small but I believe it will be growing over the next week
as we get into May.  Perhaps we should hold off going to Safra until we
have a more complete list.

American Trans Air-$165k renewal (renewal was due in November)
Indiana Mills-252k renewal (renewal was due in Feb, looking for 126k
relief)
Oneok Inc.-1,406,048k renewal (looking for 250-400k relief)
Precision Cast Parts-486k renewal (customer is deciding how much credit)

McDonalds/Chiptole-105k credit requested

General Electric Aircraft Engines-$671,658.01-Customer doesn't want to
pay for support because the implementation is way behind schedule and he
doesn't
want to pay for support on licenses sitting on a shelf.

@home - 1.3 mil
   this is a CRM customer who has not been able to implement.  Chris
Drynan was rep and never had it on his forecast since the customer
refuses to renew.  Steve Fox is the AM

exabyte - 549K
   this is a 10.7 customer who wanted to upgrade to 11i and has not
been able to (both our fault and theirs).  they are requesting
concessions which we have not been able to give.  we are still reviewing

this renewal with the AM, Glenn Seninger, to see what can be done to
secure renewal.

**ORACLE CONFIDENTIAL**

2

NDCA-ORCL 121645

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

New addition to 11i impact list

franklin quest - 800K
    this customer had an iSTORE implementation which was not working for

a long time.  Mike Cosenza has recently told me that the implementation
is complete and he does expect this to come in.  this may change though,

as I have come to expect

We have already given the following relief:
Beckman Coulter-1,000k
Seagate-400k

Dick Sellers <Dick.Sellers@oracle.com>
Vice President
Oracle Support Services
Americas

Dick Sellers <dick.sellers@oracle.com>
Vice President
Oracle Support Services
Americas

**ORACLE
CONFIDENTIAL**

3

NDCA-ORCL 121646

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

EXHIBIT 141

Re: FW: Host Critical Issues

**Subject: Re: FW: Host Critical Issues**
**Date:** Mon, 26 Feb 2001 16:10:36 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** George Roberts <George.Roberts@oracle.com>
**CC:** Brad Hudak <Brad.Hudak@oracle.com>,
"Miranda,Steven" <STEVEN.MIRANDA@ORACLE.COM>

Steve, can you give me an update please

George Roberts wrote:

> Ron,
>
> This is the client situation I mentioned in Apps World. We would appreciate any
> extra focus your team could give them. This is an early e business suite client
> that is heavily used in the e leaders program for references and also call by
> the finical analysts who follow us to validate what we say is true. They are on
> shaky ground and we are trying to stabilize them.
>
> Brad Hudak wrote:
>
> > George,
> >
> > From our discussion on Wed. with Doug Allen I committed to get you the
> > business scenarios for the "missing" functionality around the AR and
> > Contracts integration.  This work has already been done and an enhancement
> > request has been logged.  As of this morning, the ball is rolling through
> > our established internal processes.  I don't believe we need you to do
> > anything more than ensure development understands that you are in support of
> > this request.
> >
> > 1. Kirsten Shaw (Development Triage Manager) and Steve Miranda (VP Fin Apps
> > Development) are both aware of the issue; they both report directly to Ron
> > Wohl.
> >
> > 2. A conference call is scheduled for Monday afternoon (26-Feb) to discuss
> > these issues with the BDE group (Bug Diagnosis and Escalations)
> >
> > For your information the TAR/Bug/Enhancement numbers are;
> > 1. TAR# 1432081.999 = Bug/Enh# 1646601
> > 2. TAR# 1247941.996 and 1287482.999 = Bug/Enh# 1469059
> >
> > > -----Original Message-----
> > > From: Scott Saunders [mailto:scott.saunders@oracle.com]
> > > Sent: Thursday, February 22, 2001 10:43 AM
> > > To: Theobald,Carl; Hudak,Brad
> > > Cc: Terry,Sherman
> > > Subject: Host Critical Issues
> > >
> > >
> > > Carl, per our call this morning, the following are the AR issues
> > > blocking progress for the Hostcentric roll out :
> > >
> > > Tar 1432082.999 - enh. bug 1646601 - this is the issue wherein the
> > > client has to manually apply payment to the customer's account, then
> > > charge their credit card for the remaining balance. Client wants system
> > > to check for positive balance in acct, apply charges and charge the
> > > credit card for the remaining balance. Currently, the charges are
> > > applied directly to credit card.
> > >

ORACLE
CONFIDENTIAL

4/25/2002 12:19 PM

NDCA-ORCL 052625

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: FW: Host Critical Issues

> > > Tars 1247941.996 and 1287482.999 - enh. bug 1469059 - this is the issue
> > > where the customer needs functionality to refund to a customer's credit
> > > card. (this bug was actually logged for another customer, Netpliance, in
> > > Oct. '00 )
> > >
> > > For both of the above issue, I spoke to KC in AR dev last Friday. Her
> > > reply was that they agree that both of these issues need to be added,
> > > however, current workload will preclude them from being added any time
> > > soon. Could not get a commitment date for the changes.
> > >
> > > The last issue was just opened and is related to getting errors when
> > > running the Automatic Receipts Execution Report. The tar is 1435841.999
> > > and has not yet been bugged.
> > >
> > > Regards,
> > >
> > > Scott
> > >
> > >

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President

ORACLE
CONFIDENTIAL

4/25/2002 12:19 PM

NDCA-ORCL 052626

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

EXHIBIT 142

*** CONFIDENTIAL FOR ORACLE EMPLOYEES ONLY ***

**Mark,**

Please note that we have a new html CRM Managed Go-Live Request form in place of the Word template. Requesters will need to complete this form in order to be considered by Development for participation in the CRM Managed Go-Live program.

Link for the Latest Status on CRM Escalated Customers:
http://crmed2.us.oracle.com:2000/escl2/uiutil.select_tab?c_tabtype=RPTS

**Current HOT Escalation:**

- **Bank of Montreal (iStore, iPayment 11i)** Go-Live 1/31/01 Daily conference calls continue for updated communication and review of the issue log and enhancement requests.  Al Satchu from Support will be on site on Friday for testing.
  - iStore (Pricing) BUG 1574018 Base Enhancement (1574005) logged to ONT as per Max.
  - CRM Triage Manager - Michele McGrath
  - Development Sponsor - Max Schireson
- **Bell South (Rel 11i)** Live  Steering Committee con call today to address Bell South consolidated list of issues.  This week's top focus:
  - Any priority 1 and 2 fixes received by Friday, 8:00am should be pushed through testing with a goal to move into production on 1/20/01.  This includes the bind performance patches, 10 digit queries fix, and JDBC thin driver machine identification patch.
  - JServ configuration issues.
  - Forms sessions not disconnecting
  - Blind queries
  - 8.1.6.3 upgrade
    - CRM Open Bugs: 17
    - Bug Breakdown:
    - **Severity:** P1--13, P2--4, P3--0, P4--0
    - **Products:** SDP Provisioning(3), iStore (3), Customer Care (7), Support (4)
    - **Development Status:** P1--1, P2--1, P3--0, P4--0  (2 Total)
    - **Support/Customer Status:** P1--12, P2--3, P3-0, P4-0  (15 Total)
  - CRM Triage Manager - Marilyn Chan
  - Development Sponsor - Chris Balkenhol
- **Celulares Telefonica** Latin America **(iStore 11i - SPANISH)** Live (English version)
  - **CRM Foundation** 1561380 Per ERP, fix is in the latest AOL -J rollup patch: 1575765. Project team read the readme file for this patch and it apparently solved the issue related to the translation of messages and prompts for the iStore, but it did not mention anything about the issue of Language Switch.  Forwarded project team's concern to ERP Triage Manager and CRM Foundation Dev.  Project team needs this issue to resolve before their testing which starts on the week of 1/22/01.
  - CRM Triage Manager - Marilyn Chan
  - Development Sponsor - Max Schireson
- **GE Medical** (Service, Service Contracts) Go-live April 2001  Customer requested product specific API info over 4 months ago.  Below is the current status for each product request:
  - **Service** (new status)
    - Beth Ann met with Chris Balkenhol today.  Service will deliver the APIs they have documented.  Moving forward all API requests for Service will be coordinated through Manoj Snoi.
  - **Service Contracts** (no new status)
    - two of the four APIs requested by GE will be support by 28-FEB-01.  However, these APIs

will not be fully documented in CASE until the Hornet release. Issue: making this documentation available to the customer before the Hornet release.
- Distribution of material for the two remaining non-supported APIs is still in question.
  - o Triage Manager - Beth Ann Ziebarth
  - o Development Sponsor - Chris Balkenhol
- **News America Marketing (OSO 11i)** CRP 3/01
  - o Muhi Majzoub has been very helpful working with OC on the Sales Online access problem. They have gone through functional setups, and everything seems to be ok. Muhi and the DBA are trying to look at the environment and apache server setup. Related TARs/Bugs:
    - **Self-Service Web Applications**1586410 (TAR 1361980.999) Access to Sales Online has error within the jtflogin page. Bug is in Support Bug Screening status. Per Support, AppsBDE will release bug today.
    - OC has opened a new TAR 1208400.996 in relation to Sales Online not being able to access upon logging in.
  - o OC is waiting for fix to the above TARs/Bug before they can access Sales Online to test and close these bugs.
    - **Sales Comp** 1502663 Customer status. Bug filed under Marconi but NAM is experiencing the same problem.
    - **OSO** 1552000 Dev status. Still waiting for response on status. Sent followup email.
    - **Sales** 1550311 Customer status.
  - o CRM Triage Manager - Marilyn Chan
  - o Development Sponsor - Sukumar Rathnam
- **Silterra, APAC (CRM 11i)** Go-Live 1/30/01 Dev provided Support with workaround on bug 1565170.Consulting are testing further based on dev's update to bug 1565170. Support will update the bug as soon as they receive feedback from O/C. Silterra is still planning to go live end of this month.
    - **Foundation** 1565170 - O/C checking setup as per dev update
    - **Support** 1498916 - Dev will provide a data fix script for this issue, Dev checking with release management team on the process involved to do so.
  - o CRM Triage Manager - Kuldeep Khanijow
  - o Development Sponsor - Chris Balkenhol
- **SmartMail/Agilera (OSO, Sales Comp, OMO)** Performance for patch install remains good. Estimated finish time for patching is tomorrow noon. At this point CGEY will begin testing. A request has been sent to Sukumar for development assistance during this testing phase.
    - OC has been told by the client that if Agilera (the hosting company) does not have a stable instance by 19-JAN-01 they will cancel the CRM project and use Siebel.
  - o Triage Manager - Beth Ann Ziebarth
  - o Development Sponsor - Sukumar Rathnam
- **Wincor Nixdorf, EMEA (CRM 11i - GERMAN)** Service solution - Customer now live in US English
  - o Service solution - users have now taken some service requests and continue to build up installed base.
  - o Sales Order Management - target go live on German solution 01/22/01at the latest.
    - Sales Reps will test tomorrow and acceptance decision tomorrow evening
    - Critical issues - pricing acceptance and transfer pricing issues now resolved
  - o customer contact data has been loaded and will be tested during acceptance tomorrow
  - o order lines disappearing = TAR 1377983.999 - more info requested asap to log bug.
    - Several other TARs to be bugged asap but are not critical to go live
    - Many other issues which are not critical to go live
    - View updated full report here
  - o Bugs update
    - 1577181 - Field Service
    - 1570749 - Support, ETA outstanding
    - 1575274 - Service, awaiting ETA

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

- Translations
  - All available German AR patches applied and awaiting further partial translations
  - 1582676 - Order Capture
    - Patch Set C (1522514) and prereq.s have been applied in English
    - Awaiting translated Patchset C
- Environments
  - DB tuner on site next Wednesday
- Support for German in GSC
  - HP are engaged in discussions to provide machines
- To view current log of bugs: EMEA
- CRM Triage Manager - Angela Scott
- Development Sponsor - Holger Mueller
- **ZapMedia** (**Service**) No estimated Go Live date. Contact Center patch is being loaded today, 17-Jan-01. The testing process will be done and then roll out to Production. The customer stated that they were comfortable with the Support process. The daily conference call continues with good communication and discussion.
  - CRM Triage Manager - Michele McGrath
  - Development Sponsor - Max Schireson

## Special Report

- **Posco, APAC** (**CRM 11i**) Go-Live 06/01/01 Dev provided patch for bug 1500621. Customer applied the patch and problem has been resolved.
  - **Support** 1500621 - Thanks to Dev - Issue **Resolved**
  - **Support** 1544565 - Waiting on base bug 1576053 fix. Support has requested dialin access from customer - Support will update bug 1576053 with the dialin info.
  - CRM Triage Manager - Kuldeep Khanijow
  - Development Sponsor - Ron Wohl

## Escalation Addition/Removal:

- None

## Daily Report Temperature Change:

- None

Best Regards,
Kuldeep Khanijow

# EXHIBIT 143

Re: [Fwd: McDonald's/Chipotle 11i issues]

**Subject:** Re: [Fwd: McDonald's/Chipotle 11i issues]
**Date:** Tue, 27 Mar 2001 10:55:12 -0800
**From:** Ron Wohl <ron.wohl@oracle.com>
**Organization:** Oracle Corporation
**To:** George Roberts <George.Roberts@oracle.com>,
"Giuntoli,Patricia" <PATTY.GIUNTOLI@oracle.com>, cgodwin@oracle.com

Cliff, Patty, are the right people assigned to this?  Please keep me apprised of status daily.

George Roberts wrote:

> Ron.
>
> I may have missed you on this note last night. Sorry. Urgent issue at Mc
> Donald's.
>
> _____
>
> **Subject:** Re: McDonald's/Chipotle 11i issues
> **Date:** Tue, 27 Mar 2001 11:11:30 -0500
> **From:** Ted Brady <ted.brady@oracle.com>
> **Organization:** Oracle Corporation
> **To:** George Roberts <George.Roberts@oracle.com>
> **References:** <3ABFD73A.97E325D@oracle.com> <3AC00852.BC43776D@oracle.com>
>
> George,
> I don't see Ron (Wohl, I assume) copied on this (could've been a blind cc), but I noticed
> you requested his help.  FYI.
>
> George Roberts wrote:
>
> > JB,
> >
> > We will need to create an agenda to address there issues. Please start the draft
> > immediately.
> >
> > Ron,
> >
> > We will need your assistance and presence as well as other key individuals that you can
> > recommend. We are in the middle of a global project evaluating Oracle and PSFT for
> > McDonald's. We are leading and PWC is supporting us but this could derail our efforts.

**ORACLE
CONFIDENTIAL**

1 of 3                                                                              6/25/2002 5:15 PM

NDCA-ORCL 058653

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: McDonald's/Chipotle 11i issues]

JB Deerin wrote:

*George,*

*As you requested, I am making you aware of a major "opportunity" at an account where you are the executive sponsor.*

Background:
In January Chipotle was having major 11i A/P performance issues. Based on your involvement Oracle Support, Development and OCS worked together to resolve the performance issues. Now G/L, F/A and HR are all suffering from poor performance (when compared to 11.03). Support has engaged a full time escalation manager and Support has also engaged their performance tuning group.

Tactical Problem:
Although the 11i performance does not stop them from conducting business it is serious enough that Chipotle has removed themselves from the reference program until the "reality meets the hype" (Chipotle PR director quote). I have a meeting this Friday with Chipotle's CFO, Jerry Schaeffer, to explain how we plan to address the performance issues. I think we will have a solid plan to present to him. The accountants who use the Chipotle 11i system are McDonald's employees who operate out of the McDs accounting shared service center in Columbus, OH.

Strategic Problem:
The more grave news (and what I have been trying to prevent) is that the continual poor performance of 11i at Chipotle has caught the attention of the McDonald's global ERP evaluation team. Oracle is leading the evaluation but the 11i issues have put PeopleSoft back in the running.

Action Plan:
The senior managers of the global ERP evaluation team would like to meet to allow Oracle to explain how we plan to insure that McDs does not go through the same pain that their subsidiary has experienced with 11i. They would like this meeting to take place in early April because they are trying to choose a global ERP vendor by the end of April. The tentative meeting attendees would be Jerry Calabrese-VP Corporate Accounting, Jerry Schaeffer-CFO of Chipotle, Rick Rieger-VP and Project Innovate lead, Paul Nicolaisen-VP and Project Innovate Lead and Dave Weick-CIO. I think this meeting will require Oracle senior management representation from Sales, Development and BOL.

**ORACLE**
**CONFIDENTIAL**

6/25/2002 5:15 PM

NDCA-ORCL 058654

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Re: [Fwd: McDonald's/Chipotle 11i issues]

I will work with Liz to try and schedule this critical meeting. Thank you.

Ron Wohl <ron.wohl@oracle.com>
Executive Vice President

**ORACLE
CONFIDENTIAL**

6/25/2002 5:15 PM

NDCA-ORCL 058655

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

McDonald's/Chipotle 3/30 Status Report (7:50 P.M est)

**Subject: McDonald's/Chipotle 3/30 Status Report (7:50 P.M est)**
**Date:** Fri, 30 Mar 2001 20:01:32 -0500
**From:** jdenis <Jean.Denis@oracle.com>
**Organization:** Oracle
**To:** athakur@us.oracle.com, pschott@us.oracle.com, MOHAN.RAO@oracle.com,
DONALD.HAIG@oracle.com, PRASAD.UPADHYAYULA@oracle.com,
PATTY.GIUNTOLI@oracle.com, DENISE.CHARLESTON@oracle.com,
TIMOTHY.CHOU@oracle.com, dsellers@us.oracle.com, aromanil@us.oracle.com,
Sherman.Terry@oracle.com, kshaw@us.oracle.com, bill.bounds@oracle.com,
psctate@us.oracle.com, KURT.LARSEN@oracle.com, KARL.DADAY@oracle.com,
JESTONE@us.oracle.com, takafumi.kamiya@oracle.com, csierra@us.oracle.com,
George.Roberts@oracle.com, cliff.godwin@oracle.com, ron.wohl@oracle.com,
darsmith@us.oracle.com, ayapaolo@us.oracle.com, robin.weiss@oracle.com

**McDonald's/Chipotle**
**ERP**
**Escalation Status Report for 03/30/01**
**Prepared By: Jean Denis**
**Desk: 407.458.5665**
**Cell: 407.257.8087**

**Distribution List:**
athakur@us.oracle.com,pschott@us.oracle.com,MOHAN.RAO@oracle.com,DONALD.HAIG@oracle.com
PRASAD.UPADHYAYULA@oracle.com, PATTY.GIUNTOLI@oracle.com,DENISE.CHARLESTON@oracle.com
TIMOTHY.CHOU@oracle.com,dsellers@us.oracle.com,aromanil@us.oracle.com, Sherman.Terry@oracle.com,
kshaw@us.oracle.com,
bill.bounds@oracle.com,psctate@us.oracle.com,KURT.LARSEN@oracle.com,KARL.DADAY@oracle.com,
JESTONE@us.oracle.com,takafumi.kamiya@Oracle.Com,csierra@us.oracle.com George.Roberts@oracle.com,
cliff.godwin@oracle.com,ron.wohl@oracle.com,darsmith@us.oracle.com,ayapaolo@us.oracle.com,robin.weiss@ora

| Customer Contact: Juan Thompson (303) 222-2520 | System Information: Platform and O/S Version: 453 Sun SPARC Solaris Version: 11.5.2 AP,AR,GL,INV | Critical Dates: Cusomer is Live on 11i | Temperature: HOT |
| --- | --- | --- | --- |

ORACLE
CONFIDENTIAL

1

NDCA-ORCL 054357

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

McDonald's/Chipotle 3/30 Status Report (7:50 P.M est)

**Business Problem:**
Chipotle has been having major 11i A/P performance issues which was improved after the involvment of Support, Development
and OCS. Now GL, FA and HR are all impacted with poor performance.

**Current Status:** COE has a plan of action in place to address the performance issues.
　　　　　　Pertinent data has been captured for review and analysis.
　　　　　　The non-performance related issues are being addressed via patches and scripts.
　　　　　　Customer has requested that All open Severity Level 2 issues and above
　　　　　　be handled in escalation mode.

| RANK | PRODUCT | TAR | BUG | SEV | TEST SCRIPT | DESCRIPTION | STATUS | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CRITICAL ERP ISSUE(S) | | |
| 1 | Oracle Pyables 11.5.2 | 1213201.996 | 1611551 | 2 | N/A | POOR PERFORMANCE PROBLEMS IN GL AND AP | COE has traced the transactions identified to be slow and collected pertinent data for review and analysis. The plan is to report their initial findings and corrections by Tuesday 4/3. | |
| 2 | Fixed Asset, General Ledger, HR 11.5.2 | 13288054.600 | 1611551 | 2 | N/A | ORIGINALLY POOR PERFORMANCE IN APXINWKB NOW FA,GL AND HR are all suffering POOR performance. | COE has traced the transactions identified to be slow and collected pertinent data for review and analysis. The plan is to report their initial findings and corrections by Tuesday 4/3. | |
| | | | | | | | An | |

2

ORACLE
CONFIDENTIAL

NDCA-ORCL 054358

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

McDonald's/Chupotle 3/30 Status Report (7:50 P.M est)

| 3 | Oracle Pyables 11.5.2 | 1477912.999 | 1099392 | 2 | N/A | RECEIVED ORA-01427 ERROR WHEN TRYING TO TRANSFER AP TO GL. | acceptable work around was provided to the Customer for the March close. |
|---|---|---|---|---|---|---|---|
| 4 | Oracle Pyables 11.5.2 | 13347304.600 | N/A | 2 | N/A | ACCTG FOR ONE PAYMENT IN ERROR WILL NOT BE ABLE TO CLOSE | Work In Progress |
| 5 | Oracle Pyables 11.5.2 | 13348598.600 | N/A | 2 | N/A | INVOICES THAT ARE IMPORTED ON 3/31 WILL PREVENT CLOSE | Awaiting approval to run provided script to Production database. |
| 6 | Oracle Inventory 11.5.3 | 1295606.996 | N/A | 2 | N/A | Poor Performance with the CP INCTCW - Inventory | Customer to setup data in the interface table and update the tar with the detailed steps to start INCTCW. COE has taken owenership of this issue. |
| 7 | Oracle Human Resources (11.5.2 | 1486638.999 | N/A | 2 | N/A | TAX RECORDS ON STATE TAX FORM AREN'T UPDATED WITH NEW EFFECTIVE DATES | Work In Progress |
| 8 | Oracle Human Resources (11.5.2 | 1307232.996 | N/A | 2 | N/A | DATE 1ST HIRED IS OVERRIDDEN WITH LATEST HIRE DATE WHEN DOING A REHIRE | Work In Progress |
| | | | | | | OSS14634 NO | Support |

ORACLE CONFIDENTIAL

NDCA-ORCL 054359

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

McDonald's/Chipotle 3/30 Status Report (7:50 P.M est)

| 9 | iSupplier Portal (11.5.2) | 1440347.999 | N/A | 2 | N/A | DATA FOUND WHEN USING SELF-SERVICE SUPPLIER PORTAL | advised to redo the custom responsibility in rel 11i |
|---|---|---|---|---|---|---|---|
| 10 | E-Business Intelligence Suite (11i) | 13328078.600 | N/A | 2 | N/A | HOW TO ACCESS PRESET VIEW IN 11I VIA THE END USER LAYER OF DISCOVERER 3.144 | Customer has generated the views for production. Access is needed for the views. DBA left msg with Customer. |
| 11 | Application Install (11.5.2) | 1184455.996 | 1426767 | 2 | N/A | HR QUICKCODE VALUES DID NOT COME OVER CORRECTLY IN UPGRADE | Time estimage requested from Development |
| 12 | Application Object Library (11.5.2) | 1479510.999 | N/A | 2 | N/A | Need triggers created in PRODUCTION | Awaiting approval for change request. |

**CLOSED ISSUES**

| 1 | Projects | 1485526.999 | n/a | 2 | FRM-40735 ON PROJECT STATUS FORM | patch 1483970 was applied for this issue. |
|---|---|---|---|---|---|---|
| 2 | Payables | 1474109.999 | n/a | 2 | APXPMTCH: GET FRM-40505 ON DIST LEVEL MATCH TO PO. | Patch 1571201 was applied for this issue. |

**CRITICAL CRM ISSUE(S)**

None



Jean Denis <jdenis@us.oracle.com>
Senior Customer Care Manager
Eastern Area Customer Care & Escalations
ORACLE
Support Services

ORACLE CONFIDENTIAL

NDCA-ORCL 054360

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

EXHIBIT 144

**Oracle Exchange Critical Accounts Conference Call 12th March 2001 1400hrs (GMT) Agenda**

As at 12 March 01

Dial in Number:      +44  (0)870 550 3090
Meeting ID:          12364

3      ==Oracle Exchange Critical Accounts==

| Customer | City | Issue | | Actions and Updates | | Who |
|---|---|---|---|---|---|---|
| All EMEA OEX Customers | EMEA | 14 Nov 00 Migration of 6.1, MLs etc | 23 Jan 01 | Upgrades on schedule.  No issues yet.  Lean Chain only EMEA customer this week | | |
| | | | 20 Feb 01 | 2 internal E-Forums to be held re the schedule and process for 6.1 pre prod and prod | | DF |
| | | | 26 Feb 01 | Prod migrations starting 5th March.  Elapsed time now at a reasonable level – no issues being found in QA so this will be quicker.  Tests being run this week, incl KPN. | | PG |
| | | | 5 Mar 01 | 7 customers this week.  Feedback so far is very positive | | DB |
| | | | 12 Mar 01 | All complete except Barclays.  Waiting for verification from some customers to input IP address.  Feedback so far very good | | |
| | | 14 Nov 00 OMB Availability | 22 Jan 01 | OMB patch date likely to be early Feb.  Certification now on-going. | | KM |
| | | | 26 Feb 01 | PB has list of customers waiting for OMB to go live. KM/PG to give date for when OMB will be available, and if it will be with 6.1 or 6.2 | | PB KM/PG |
| | | | 5 Mar 01 | OMB will be applied to Premium by Fri 9th Mar, then after the Prod upgrades as a big bang, starting 12 March. PB to send mail re Web Methods and OMB co-existence | | DF PB |
| | | | 12 Mar 01 | Plan being put together to get OMB to everyone asap.  Need general update | | PG |
| | | 14 Nov 00 Hosting Migration | 22 Jan 01 | Pricing of consulting services is big issue in EMEA for migration.  Still lack of information, but scale of projects an issue.  Hosting to put forward a profile on service currently provided | | PB PG |
| | | | 5 Mar 01 | 6.1 code and doc'n is now available.  Consulting supported customers will have a copy of their prod environment.  Internal test of installation processes this week, con call next week for customers.  Support will discourage customers taking 6.1 code for test and prod | | DF/DB |
| | | | 12 Mar 01 | 28th February is the contractual date by which customers could migrate.  Customers recommended waiting till 6.2.  E-Forum to be held for customers tonight re 6.1 code being released for testing etc only | | |
| | | 14 Nov 00 Communications from Hosting · | 29 Jan 01 | Di to make sure projects know the communication route for new instances | | DB |
| | | | 26 Feb 01 | The EMEA DBAs are due to finish their secondment to Hosting at end Feb -- are they to be extended? The intention is to extend them – DB to confirm new end date | | PG/DB |
| | | | 5 Mar 01 | Executive con calls between EMEA, Dev & Hosting now monthly not weekly, escalations will follow normal processes and the Critical Accounts process.  New support processes are being announced. EMEA DBAs to be extended to mid-March | | PB DF PB |
| | | | 12 Mar 01 | New Support process now in place.  SLA's and Service offerings will be raised again with the | | PB/DB |

NDCA-ORCL 1026001

| Customer | Cty | Issue | | Actions and Updates | | Who |
|---|---|---|---|---|---|---|
| | | | | | Hosting group | |
| **La Caixa** | ES | 25 Oct 00 Critical issues for go live | | 05 Dec 00 | Performance issue - action still outstanding with hosting | |
| | | Current Critical TARs/Bugs | | 2 Feb 01 | No change in critical list - all on hold | SWH |
| | | | | 23 Feb 01 | Ct requesting 6.1 s/w for planning: PB/BA aware | |
| | | | | 26 Feb 01 | TAR 1245505.996 – SWH to chase, owned by US Support | SWH |
| | | | | | Customer querying availability of help files in Spanish – not intended to be translated, but were translated into Spanish in 5.2. PB to confirm latest status | PB |
| | | | | 5 Mar 01 | Customer feels TARS moving more slowly – SWH to check stats, LMR to escalate if faster response needed. Char set TAR a problem, also with other Spanish and Latin American customers, now P1 bug | SWH/ LMR |
| | | | | 12 Mar 01 | No news – good news? TARs being closed and re-opened in new environment. Char set issue being resolved. | LMR |
| **Barclays B2B** | UK | 10 Nov 00 Catalogue searching problems | | | | |
| | | Customer CEO complaint letter to Larry w/c 12 Dec 00 | | | | |
| | | | | 20 Feb 01 | 1635260 currently in Ops but may go back to Dev – P1. Related to performance | DF |
| | | Current Critical TARs/Bugs | | 23 Feb 01 | 13314026.600 / 1655502 - patch applied, testing | |
| | | | | 5 Mar 01 | Frequent con calls with Dev and support. DB and SWH closely involved | DB/S WH |
| | | | | 12 Mar 01 | Barclays being upgraded this week. Dress rehearsal last Friday – 1 bad performance issued hit re catalogue searching – on-going bug with Dev and client. TARs in hand | SWH |
| **Lloyds TSB** | UK | 10 Nov 00 | | 10 Nov 00 | No detail entered yet | |
| | | | | 13 Feb 01 | Expecting complaint letter from customer because of delays. PB to deal with | PB |
| | | Current Critical TARs/Bugs | | 23 Feb 01 | 1324620.999 / 1534730 - awaiting ETA from EO | SWH |
| | | | | 5 Mar 01 | Testing complete on pre-prod. 15 TARs raised, 9 still o/s. Customer happy, no escalations | |
| | | | | 12 Mar 01 | Security issue again, now resolved. 2 x P1 TARs being worked by Dev. | |
| **TPI/BBVA** | SP | 14 Nov 00 | | | | |
| | | | | 26 Feb 01 | TAR 1442314.999 is important to resolve | SWH |
| | | | | 5 Mar 01 | 3 TARs re XML in pre-prod 6.1 - SWH to chase | SWH |
| | | | | 12 Mar 01 | Migration went well – congratulations from customer!! TARs being checked now – not much movement yet. TAR 1442314.999 – PO confirmation – bug being logged today | LMR/S WH |
| **Industry Suppliers** | FR | 14 Nov 00 Catalogue searching Billing foreign currency transactions Instance availability | | | | |
| | | Complaint letter expected 2 Jan 01. Commercial compensation requested. | | 29 Jan 01 | Web Methods now working in pre-Prod. P1 TAR not dealt with well – SWH to check process | SWH |
| | | | | 13 Feb 01 | TAR 1223538.996, bug 1622584 now P1. Needs urgent resolution | IH/PB |
| | | | | 19 Feb 01 | P1 bug escalated to EO. No 24 hr contact info | EO |
| | | Current Critical TARs/Bugs | | 23 Feb 01 | 1223538.996 / 1622584 - action on client 13286784.600 - awaiting downtime for patch | |
| | | | | 5 Mar 01 | Installing French and German MLS on PRE-PROD this week-end(TAR 2458408.100) to be able to perform MLS testing asap. Prod upgrade 6/3 | IH |
| | | | | 12 Mar 01 | Upgrade went well, but a few problems identified – none critical. Problems with address for approval mail for orders, on-going. 3 language testing on going. SWH to get TAR numbers to chase in Support. P1 TAR being chased – patch expected, client needs to push | SWH |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| Customer | Qty | Issue | | Actions and Updates | Who |
|---|---|---|---|---|---|
| Technip | FR | 20 Nov 00<br>Major showstopper – spreadsheet upload limited to 800 items. Workaround not acceptable to client | 23 Jan 01 | TAR 13170658.600 has been updated.  DF to chase.  New TAR raised 2450481.100 for same bug. | DF |
| | | | 19 Feb 01 | New problem last week – auction allows bidders to bid in currencies, if more than 3 currencies used negative amounts appear in auction results. P2 TAR 1247478.996 – SWH to chase | SWH |
| | | Current Critical TARs / Bugs | 23 Feb 01 | 1247478.996 - now owned in EMEA; ongoing | SWH |
| | | | 26 Feb 01 | Checking profiles for 6.1 prod migration.  Patch to be applied on test env today to speed up performance on searches.  1hr downtime.  CB to check what patch is to resolve | CB |
| | | | 5 Mar 01 | Can't copy auction into 6.1 as format has changed – will raise TAR | CB |
| | | | 12 Mar 01 | P2 TAR being chased by SWH | SWH |
| Lean Chain | BE | 2 Jan 01 –<br>Catalogue items:hierarchies as M:M relationship | | | |
| | | | 5 Mar 01 | No update - assume all OK | |
| | | | 12 Mar 01 | Doing fine. TARs logged but none critical. | CC |
| Linx Holdings (Miraculum) | ZA | 9 Nov 00 | 9 Nov 00 | No detail entered yet | |
| | | Current Critical TARs / Bugs | 23 Feb 01 | 1255333.996 - with operations<br>1436330.999 - with development (SWH to review)<br>1256992.996 - with operations | SWH |
| | | | 26 Feb 01 | 7th of March Prod Upgrade needs to happen. Is this date fairly solid ? | PG |
| | | | | 3 TARS Have to be fixed 1436330.999 1255333.996 and 1256992.996. | DF |
| | | | | Is it possible to keep old 6.0 test system up until punch out issue in TAR 1436330.999 is resolved ?. | PG |
| | | | | Does the certificate work not tested in preprod - ref TAR 1223361.996 as they had problems in 6.0 and do not want to stumble over this issue at the last minute. | DF |
| | | | | Will all fixes in preprod be transferred to prod ? | PG |
| | | | 5 Mar 01 | Escalated again – customer pushing against Oracle.  Want to resolve 3 or 4 o/s TARs before upgrade 7th Mar.  TARs fixed in 6.0 now raised again in 6.1.  Customer unwilling to wait for 6.2 to migrate from hosting | SWH |
| | | Go live with Old Mutual 19th March 01 | 12 Mar 01 | P1s = TAR 1458557.999 – no feedback for several days, 1458814.999 – closed  by Oracle with nothing done, 1255333.996. Customer not happy!  Need to be fixed asap.  Go live date with Old Mutual (largest client) for 19th March.  Want to move from Hosting to self-hosting. | SWH |

## Other EMEA Exchanges

| Gatetrade | DK | 15 Jan 01 | 15 Jan 01 | Trying to get 6.1 environment working in Danish | |
| | | Go live 13th March, open for user registration end Feb<br>Due to be migrated for Prod 5th March | 19 Feb 01 | TARs and bugs to be fixed by 28th February – consultant working with GSC to clear TARs, now gone to work with Dev.  All TARs and bugs being worked, have been prioritised | EO<br>IH |
| | | | | Patchset B not applied as requested – when will it be available? | DB |
| | | Deadline of 28th Feb to resolve issues – risk of losing client if 10 issues o/s | 26 Feb 01 | Con calls with Dev 2 x a week.  Started testing again – still having o/s TARs, one off patches to be applied tonight.  1 critical TAR/bug # 1617160 will take a couple of weeks to fix. | DC/DF |
| | | | | Won't make deadline of end Feb to resolve issues.  DC can't assess what will still be o/s – | |

NDCA-ORCL 1026003

| | | | | estimate 5-10 TARs. Gatetrade will probably kick Oracle out if 10 issues o/s on Wednesday. DC to escalate to Dev tonight. Process is working well – can't do anything else to help situation | |
| | | Going live in 2 weeks | 5 Mar 01 | 10 o/s critical issues, 8 with customer for testing. On-going progress with DC/SWH. | DC/S WH |
| | | | 12 Mar 01 | PB to chase feedback from press conference, and current status. 1 open P2 TAR and 3 translations issues o/s only. | PB SWH |
| Marine Provider | NO | 9 Nov 00 | 9 Nov 00 | No detail entered yet | |
| | | | 26 Feb 01 | Customer happy with info on Prod migration. Problems with Patchset B and email notification not working – resolved over w/e. Now testing prod env – found 3 new issues, all TARs – 1443379.999 (email not'n not working), 1443404.999 (auction award XML message not rec'd), 1443453.999 (system clock not accurate) | SWH |
| | | | 2 Mar 01 | 1443453.999 (system clock not accurate) - (STILL OPEN) | |
| | | | 12 Mar 01 | No open critical issues, under critical. 1459296.999 most important TAR still o/s. OCS reducing involvement due to customer using alternative consultancy support. | AG/S WH |
| Tejari.com | MEO | 9 Nov 00 | 9 Nov 00 | No detail entered yet | |
| | | | 15 Jan 01 | Israel now out of LoV – TAR resolved. No progress on other TARs yet | KM |
| Belgacom | BE | 14 Nov 00 -No issues escalated | 14 Nov 00 | | |
| | | | 12 Feb 01 | Want to install own environment – need technical info re hardware. TAR raised – no response. White paper being written – probably 2 weeks. Customer has received something but CC doesn't know what it is – Bjorn to provide to DB also | DB |
| | | | 19 Feb 01 | Live auction going live today – prep on Fri not going well, site went down. | |
| | | | 5 Mar 01 | Upgrade to 6.1 9/3 not acceptable to customer unless Welcome page can re-route to pre-prod – Marketing events requires this. DB/DF to see if they can go directly to pre-prod. Digitial certification template to be completed again. Oracle Apps Interconnect req'd for SAP | DB/DF CC PB/KJ |
| | | | 12 Mar 01 | Migrated last w/e and is up and running. Want OMB urgently for EMIS (first customer) on pre-prod. TAR 1040401.999 –patch installed on 9th into pre-prod, need it on prod also. | DB |
| KPN | NL | 13 Nov 00 | 13 Nov 00 | No detail entered yet | |
| | | | 19 Feb 01 | Should be updated to 6.1. IP address issue raised with DF – mail to be forwarded to DB to chase. SWH to chase TAR 1361204 | DB SWH |
| | | | 12 Mar 01 | Going well now after P1 issue last week. SWH to ensure actions carried out. Using 6.1 in prod and test. 2 issues o/s – TAR 1361204.999, ER associated with it. SWH to mail update to FH. Certification issue for 6.1 – SWH chased DF. | SWH DF |
| Fastbuyer/ Fiat | IT | 14 Nov 00 -Production instance required | 14 Nov 00 | Required by 1 Dec. PG to confirm it will be available | PG |
| | | | 29 Jan 01 | No contact info – PB will chase them for it | PB |
| Build to Build | SP | 14 Nov 00 | 29 Jan 01 | No major issues, working in test environment | |
| | | | 26 Feb 01 | TAR1438322.999 related to patchset B – no response yet. TAR 1255409.996 also resolved with patchset B but not confirmed | SWH |
| | | | 5 Mar 01 | Spanish char set problem – ISIS ticket to be closed. TAR 1438222.999 – LMR to update – Patchset B incl on upgrades on new h/w. SWH to chase other TARs. Help will not be translated for 6.1 or 6.2. Customer needs definitive statement | RML SWH PB/DF |

| | | | 12 Mar 01 | Going well now. Working on message about translations for customers. TARs and bugs are moving | LMR |
|---|---|---|---|---|---|
| **Saudi Afro Asian Super Exchange** | SA | 14 Nov 00 - Production instance required | 14 Nov 00 | Go live scheduled for 23 Nov. 20 instances will be available early Dec. PB to state EMEAs requirements. PG to confirm date of Saudi production instance before 23 Nov | PB PG |
| **Metals Russia** | IL | 14 Nov 00  - No issues escalated | 14 Nov 00 | | |
| **Agro Marches Internationaux** | FR | 15 Jan 01 | 22 Jan 01 | DF to communicate procedure for raising TARs etc to new Exchanges | DF |
| | | | 29 Jan 01 | DB to confirm date for installation | DB |
| | | | 12 Feb 01 | Not signed hosting agreement yet, taken off the radar | |
| **CanaryMarket** | SP | 15 Jan 01 | 22 Jan 01 | DF to communicate procedure for raising TARs etc to new Exchanges | DF |
| | | | 29 Jan 01 | DB to confirm date for installation | DB |
| | | | 12 Feb 01 | Date to be provided | DB |
| | | | 19 Feb 01 | Due to go to pre-prod 28th Feb – still waiting for all info from them | DB |
| | | | 26 Feb 01 | Contractual questions -- problems with financial viability. Removed from schedule. PB to chase | PB |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 145

**From:** Safra A. Catz
**Sent:** Wed, 28 Mar 2001 01:53:31 GMT
**To:** Michael Rocha
**CC:**
**BCC:**
**Subject:** Re: [Fwd: [Fwd: Papa Johns Information]]

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 1027211

What the heck is the Stanford Sleep Clinic?

Michael Rocha wrote:

I can't. I'm spending the night at the Stanford Sleep Clinic.  I definitely won't be in the mood until I take a nap in my own bed. Mike

Carolina Balkenhol wrote:

Larry doesn't realize that you won't be able to meet tomorrow because of Ops reviews.  Maybe you can talk by phone in the morning...

Michael Rocha wrote:

Larry, Safra,

We'll get you a rough draft of the following tomorrow.

1.  Escalated accounts in Support (for the US and Australia) with status - hot, warm and cold.  There are currently 180 accounts that we are tracking.  We will also correlate products against this list.

2.  For the top 2 or 3 products (i.e. Order management),  we will do a tar analysis to determine what is causing the escalation.

3.  We will  analyze the 'go live' date to determine where in the customer life cycle they are encountering these issues.

Unfortunately, I'm out of the office with a doctor's appointment tomorrow morning.   If you and Safra like the report,  Mike Runda will get it to Safra before every application's meeting on Thursday afternoon..

Mike


"Lawrence J. Ellison" wrote:

OK.  I want all escalated customers to belong to development managers.  Mark B. will own Papa John.  Mark, I need daily reports until the customer is happy.

I need a list of the other escalated customers and I need it now.   And I need support to resurrect the reports grading whether products are within the agreed quality parameters.  Mike R. is responsible for delivering the reports.

We will meet on this on Wednesday to review every escalated customers and every product quality rating.

Until further notice every Thursday applications meeting will begin with a review of all escalated customers and application product quality.  The only allowed topics will be demo status and internal implementation requirements.

larry

George Roberts wrote:

I know we did not have an EC today and we don't have one next week.
However this situation can no longer wait. I have 3-4 clients where we
are about to lose control. Over the last several years we have all
enjoyed a chuckle or two as we read the headlines on our competitions
clients and their inability to implement the software they
bought(Hersheys, Nike, ETC) from them.

We have avoided all of this ink in the press but that may be about to
come to an end. I have 6 situations like this or more depending on the
day of the week. I don't have all the answers for this but it is time to
get more focused and organized on this situation as well as the rest of
them from NAS, OPI and OSI. I know we canceled next Monday but maybe we
should have just a meeting on the topic of client projects that are on
the edge before we read about it in the paper.

Inquiring minds want to know and the rags of our industry would love to
nail us if they can.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Subject:** [Fwd: Papa Johns Information]
**Date:** Mon, 19 Mar 2001 16:08:04 -0600
**From:** Steve Johnson <stephen.c.johnson@oracle.com>
**Organization:** Oracle Corporation
**To:** Mary.Anne.Gillespie@oracle.com, George.Roberts@oracle.com
**CC:** Tim.Fay@oracle.com, "Tate,Craig" <CRAIG.TATE@oracle.com>

On Wednesday, March 14 we met with the Papa Johns management team, including John Schnatter, Chairman and CEO of Papajohns, Julie Larner, CAO, John Black, CIO, and their Chief Counsel.

I will summarize and synthesize John Schnatter's comments...

1. "The lawyers and the press would love to see us butt heads over this problem. However, it is not our desire to get to this point. We would like to see the system do what we bought it to do. "

2. " From my point of view, I have spent $6m to be able to conduct 5% of my business over the web. To date, we are only able to get 1% before the system bogs down and I am losing orders."

3. " I am not a technical person and am somewhat spooked by all of this. I have committed to my franchisees that we will get to 5% on the web with this system and they believe me and they have paid for it. I don't want to have to write this off."

**History:**
In May of 2000 we sold Papa Johns a number of CRM components (see attached). The Call center products were attempted but soon thrown out because of difficulty in getting anything to work. The iStore product was implemented to address on-line, web based orders for pizzas. The customer's business goal in buying this system was to be able to take 5% of their orders on the web (90 pizzas per minute during peak times). From their financial analysis 4% of orders would be break even with their costs. Our software cost for this was about $900k for iStore and the estimate for Consulting was $3m.

**Current Situation:**
5 months from initiation of the project the customer was taking orders on the iStore.
We have been able to achieve a peak order rate of about 27 pizzas per minute vs. the 90 goal. The customer has spent $3.1m in consulting fees. They have bought hardware and software. Oracle consulting has not charged the customer for $1.1m in time associated with analyzing and fixing product problems, though the customer somewhat feels as though they have paid for some amount of "fixing bad software". The customer is very concerned about incurring the additional costs to get the system from 27 pizzas per minute to the 90 ppm objective which justifies this system. Papa John's believes this is Oracle's responsibility primarily, along with their support. As with most of these situations, a lot of issues reside with the customer. They have neglected a few of our recommendations, not implemented everything they needed to do and are not probably well staffed to manage an endeavor of this scope. The customer has witheld payment of about $650k in OCS fees which they agree we have earned. I believe they are simply holding on to this as leverage.

**Action Plan:**
We (largely Oracle Consulting) has agreed to remain on-site to install version 11.5.3 and detail all compnents and their corresponding dependencies by March 30.
Oracle Consulting has agreed to assist the customer in conducting a series of 6 benchmark tests designed to identify bottlenecks in the performance of the system and improve upon same.
This activity is presumed to be not chargeable to Papa Johns. The current estimate of OCS time is 8 man weeks for the 11.5.3 installation and approximately 6 man/months for the benchmarking/performance tuning.
Last weekend, based upon a subset of 11.5.3 patchset being installed, Papa Johns was able to run orders during peak without having to go down. About 1000 additional orders were achieved during this period as compared to prior weekend nights. OCS is fairly confident that, with proper benchmarking, test and design review we will get fairly close to the goal of 90ppm.
We are proceeding with the assumption that Oracle needs to see this matter thru to a successful outcome. Not at all costs, perhaps, but responsibly. I invite Tim Fay to make any comments in addition to my own, especially

since OCS is delivering the talent to help resolve this customer sat issue.

steve

**Subject:** Papa Johns Information
**Date:** Sun, 18 Mar 2001 14:00:50 -0500
**From:** Douglas Semple <Doug.Semple@oracle.com>
**Organization:** Oracle Corporation
**To:** stephen.c.johnson@oracle.com, Tim Fay <tim.fay@oracle.com>
**CC:** Craig Tate <craig.tate@oracle.com>,
   Shahrad Shaheedian <shahrad.shaheedian@oracle.com>
Steve/Tim,

Please review and add your comments.   Thanks.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 146

**From:** Ron Wohl
**Sent:** Thu, 14 Dec 2000 07:27:41 GMT
**To:** Nadeem Syed
**CC:** Don Klaiss
**BCC:**
**Subject:** Re: [Fwd: Q2 - Advanced Planning Deals]

              NDCA-ORCL 377180

that's great.  This will be an amazing boost to our business as these
customers go live

Nadeem Syed wrote:

> Ron,
>       Here is the list of customers with their go-live dates:
>
> Milllipore - early Jan
> UPS - Jan 12th
> ACT - Early Feb
> Paxar - Mid Feb
> Silterra - Mid Feb
>
>       So far these customers are tracking to these dates and we working very
> closely to ensure success.
>
>       Thanks
>
> Nadeem
>
> Ron Wohl wrote:
>
> > what's the latest on the early implementors?  who will be live first?
> >
> > Nadeem Syed wrote:
> >
> > > Don,
> > >       The value is high. GEAE is anticipating to realize significant
> > > savings by deploying APS in the first
> > > year alone. Other customers realize this too. But, I am not sure why
> > > this hasn't jumped to the top of their
> > > list from an implementation perspective.  We do know that motivated
> > > customers such as UPS, GEAE, are moving
> > > forward aggressively.
> > >
> > >       We also have to realize that APS implementations require a certain
> > > amount of business re-engineering.
> > > Even though we provide integration out of the box we have automatically
> > > executed just one significant
> > > portion of the project. They still need to improve their business
> > > processes, the quality of the data that
> > > drives APS etc.
> > >
> > >       Finally, the fact that we do not have live customers does probably
> > > influence. Consulting readiness also
> > > plays into it. For example we are not pushing Fast Forward
> > > implementations for APS. All of these are short
> > > term issues.  As we get live customers who were touting the benefits
> > > they received by implementing APS, that
> > > will incent other customers to jumpstart their implementation.
> > >
> > >       Thanks
> > >
> > > Nadeem
> > >
> > > Don Klaiss wrote:
> > >
> > > > ideas?
> > > > Don

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 377181

EXHIBIT 147

Conference call details confirmed below:
Subject: ZapMedia
Date: Today, Tuesday, December 19th
Time: 5:00pm Pacific Time
Toll free: 888-700-6725
Toll: 650-607-2260
ID: 69104
Mark Barrenechea wrote:
Erich, I am available any time...

**Subject:** Re: URGENT ZapMedia 11i CRM Concerns
**Date:** Mon, 18 Dec 2000 08:48:49 -0800
**From:** "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
**Organization:** Oracle Corporation
**To:** "J.Paul Whitehead" <jpaul.whitehead@ZapMedia.com>
**CC:** "'Steve Whinery (E-mail)'" <swhinery@us.oracle.com>,Eric Hartz <hartz@ZapMedia.com>,Simon Van
Roosendaal <simon.vanroosendaal@ZapMedia.com>,Kevin Phillips <kevin.phillips@ZapMedia.com>,Mark
Barrenechea <mark.barrenechea@oracle.com>
**References:** <ED5606E78237C54681FCBDF490902F1B0E1ABB@atldcsmail01.ZAPMEDIA.COM>
Mark, could you look at this personally. larry
"J.Paul Whitehead" wrote:

Larry--I wanted to follow up on my email from November 20, 2000, to plead for your direct
assistance in resolving the major problems that we are having with the Oracle 11i CRM module.
You can see further details below, but the net effect of the issue is that after some 50 hours of
patching last week by your Oracle consulting team, the Oracle 11i CRM application just does not
work.  We are hearing arguments from the consulting team that we should be responsible
financially for any further efforts on their part to get the Oracle 11i CRM application to work for
us.  We obviously believe that it is a bit rich for anyone to argue that we should pay to debug your
Oracle 11i CRM product, and we are a critical junction in that the release of our entire Company
technology offerings is being held hostage to the proper implementation of the CRM application.
Please contact Kevin Phillips at 678-420-5848 at your earliest convenience to help us resolve this
issue.  The situation is quite dire on our end of things.  Thanks.

----Original Message----
**From:** J.Paul Whitehead
**Sent:** Monday, November 20, 2000 9:42 AM
**To:** 'larry.ellison@oracle.com'
**Cc:** Steve Whinery (E-mail); Eric Hartz; Simon Van Roosendaal; Kevin Phillips
**Subject:** URGENT ZapMedia 11i Concerns
Larry-First let me tell you how much I enjoyed both your presentation as well as the entire event last week at your E-
Business Leadership Summit.  I think that events like the one that you held last week are highly effective at letting your
business partners see your overall vision and understand better its impact on our future partnership together.
I do have to say that I clearly understand your vision now and I also believe in your vision (two elements that will help me
with numerous calls that I am receiving from reporters and equity research analysts regarding your Oracle 11i product
offering).  Nevertheless, I do have deep tactical concerns with the impact that the state of the current Oracle 11i software
is having on our operations here at ZapMedia.  As I explained to you after your presentation last week, ZapMedia is in the
process of rolling out a truly revolutionary form of internet-based home entertainment, and we are deeply wedded to the
Oracle 11i platform as a key back-end component of our entire ZapMedia Ecosystem.  While admittedly it is not the only
factor, the severe challenges that we have faced and continue to face with Oracle 11i have caused (**and if not remedied
immediately**) will continue to cause a delay in our product rollout-something that we can ill afford given the fact that we
have limited funding ($28 million to date) that we are burning through at a rate of approximately $1.6 million for each
month of delay in releasing our product.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1034221

**Summary**: We are highly dependent on the immediate success of Oracle 11i, and we need to have the full weight of Oracle behind our Company and our success to pull the Oracle 11i solution together for us. As such, I am taking you up on your offer of corresponding with you to ensure that we have the highest level of support within the Oracle organization in ensuring our success.

**Background Information:** As a software company, we at ZapMedia recognize that initial releases of product often have challenges for both the customer and the supplier. During the initial release, these challenges can be overcome by providing excessive levels of support. Doing so moves the customer's implementation forward and gives them a sense of partnership with the supplier. While such support may impact the profitability of Oracle Consulting Services (an issue which I trust that Oracle as an institution can overcome), it provides Oracle with direct evidence of the issues that future customers will face and develops a pool of knowledge on the product within Oracle.

ZapMedia's specific issues with the implementation are:

- Oracle Consulting Services is no longer working with us as we attempt to move the ERP into Production. We have been handed off to Oracle Support.
- Oracle Support is not providing solutions to our problems with 11i. There is limited knowledge of 11i; our problems are given low priorities and are not being escalated.
- Critical functions that were promised to us during the Oracle sales process do not exist in 11i.
- The CRM package is too unstable to implement without a stand alone environment (which we are now in the process of implementing at ZapMedia); immediately upon our implementation of the necessary hardware (expected later this week), we will need the full weight of Oracle Consulting and Applications Development behind the numerous problems that we have experienced with the CRM software package.
- The incomplete implementation is now severely impacting the launch of ZapMedia's product (as I have mentioned above).


Our team believes that we are a few weeks away from complete success with 11i. We will be unable to get there by ourselves. Working with Oracle Consulting Services we will succeed, and you will have a long-standing partner who will be both willing and able to speak highly of our partnership with Oracle and its vision. In this regard, we think that there are many opportunities (beyond our current vendor/supplier relationship) for a much deeper partnership with Oracle (e.g., the potential inclusion of Oracle database technologies within mass-marketed, broadband-connected, infotainment appliances that will be driven by our ZapMediaEngine software and other strategic investment and alliance opportunities).

Thanks for your offer of assistance last week, and I look forward to receiving your immediate feedback regarding our problems. Please have your appropriate designate contact Kevin Phillips, our VP of Operations at 678.420.5848 (office) or 404.374.2335 (cell).

Very truly yours,
J.Paul
J.Paul Whitehead III
Chief Financial Officer
ZapMedia.com, Inc.
1355 Peachtree Street NE
Suite 250
Atlanta, GA 30309
Business:   678-420-2750
Fax:          678-420-2839
Mobile:     404-625-3274
Home:       404-815-2966
email:        jpaul.whitehead@zapmedia.com
Check us out at: http://www.zapmedia.com

The information contained in this transmission is confidential. It is intended only for the use of the individual or entity named above. If you have received this communication in error, please notify us immediately by e-mail or telephone at 678.420.2750 and delete the original message. Thank you.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT 148

ZapMedia.com
**Internal Status for 12/27/2000 10:00am Eastern Time**
Prepared by: Julie Thiemann (jthieman) 407.458.7159
*Please contact Andria Auerbach at 407.458.7220   aauerbac@us.oracle.com  beginning December 28th through and including January 2, 2001 should you have any questions regarding the ZapMedia.com escalation.  I will be returning from vacation on Wednesday, January 3, 2001.*
**Distribution List:**
aromanil, psctate, aauerbac, mbarrene, srcox, cmbalken, mschires, dstanton, dseib, jpendyal, jbeatty, rgrant, jdinapol, mmendoza, hsuri, gmcgowan,
darsmith, jmuchnok, dfiguero, akopman, llwillia, myclark, afotherg, mjohnson, vcrisost, shasegaw, mmcgrath, emcarter, bscott, swhinery, bboyer, phenderl, mjmcmill, kshaw
**Escalation Level:** Executive
**Temperature:** HOT
**Critical TAR/Bug**
TAR 13261489.6 Bug 1456581
**CSI  3071703**
**Oracle Contact:**
OCS contact
Michael McMillan
Practice Director
cell: 305.606.3424
**Customer Contact:**
Kevin Phillips - ZapMedia.com V.P. Operations
kevin.phillips@zapmedia.com
Dan McNulty - ZapMedia.com Director of Portal Operations
dan.mcnulty@zapmedia.com
**System Information:**
Platform and OS Version: Sun SPARC
Oracle product(s) and Version: Oracle Receivables, iPayment, Oracle Sales, Oracle Support,  11.5.1 db ver 8.1.6
**Background:**
ZapMedia.com is in the business of providing digital downloads of music, movies, and e-mail using their co-branded products and services. Their total solution is portable and enables synchronization across a variety of
consumer electronics including home entertainment appliances, car stereos, cell phones, and Personal Digital Assistants
ZapMedia.com expects to utilize the Oracle ERP and CRM Applications suite to manage the sales and support of their products via the
internet.
**Problem Summary:**
ZapMedia.com, a Release 11i/CRM Fast Forward customer recently made the decision to go-live on January 6, 2001 with CRM (OM, iPayment, and Service).  ZapMedia.com risks not meeting this target as they have an extremely limited number of days remaining in which to apply the necessary CRM patches into Production due to an IBY 4005 error message they are now receiving while testing.  ZapMedia began experiencing this error only after they installed their proprietary software onto the Production environment and began testing with CRM.
**Latest Status:**
Oracle resources are working diligently to help ZapMedia.com meet their new go-live date of January 6, 2001.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER            NDCA-ORCL 1034310

**Oracle/ZapMedia.com Conference Call 12.27.00**
**Oracle Attendees:**
Steve Cox
Debbie Seib
Michael McMillan
Julie Thiemann
Andria Auerbach
Michelle McGrath
**ZapMedia.com Attendees:**
Kevin Phillips
Dan McNulty
-ZapMedia.com plans to go-live with their "Stage" or test environment on December 29, 2000 for an investor meeting. This Stage environment includes the OM and CRM patches. ZapMedia successfully completed testing on this environment.
-ZapMedia.com plans to go-live with their Production environment on January 6, 2001.
-On Friday December 22nd, ZapMedia.com successfully completed testing orders through iPayment and received authorization codes through Cybercash in their Production environment.  Since then, ZapMedia.com installed their proprietary software onto the Production environment.  Consequently, ZapMedia is now unable to book and process orders. (Both installations are multinode).
-TAR 13261489.6 was filed on Tuesday, December 26th for the IBY 4005 error ZapMedia is receiving while testing orders.  OM Bug/Patch 1456581 was recommended by Support to be applied.  It has not yet been applied by ZapMedia.com
-OCS is working to identify whether or not the IBY 4005 error is a configuration issue.
**Oracle Action Items:**
-OCS will be working with Support today to escalate TAR 13261489.6 to a Severity 1 Status.  This has been requested by ZapMedia.com.
-OCS continues troubleshooting the error message today.
-Michelle McGrath per Steve Cox will align Development resources to work with OCS Michael McMillan today.
-OCS will ensure the TAR is updated accordingly.
**ZapMedia.com Action Items:**
-ZapMedia will be providing OCS access to the Production environment for further analysis.
-ZapMedia has agreed to work on this issue 24x7.
**Follow Up:**
Daily customer conference calls at 10:00am Eastern Time.  888.700.6725 or 650.607.2260 ID 6063424

**Critical TAR / Bug Summary**
    B)DE, (D)evelopment, (S)upport, (C)ustomer/OCS

| Action | Grp | | TAR | Bug |
|--------|-----|--|-----|-----|
| S | CRM | ECOMMOR | 13261489.6 | 1456581 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1034311

EXHIBIT 149

## Zapmedia, INC.

**Approver:**         LJE

**Request:**

1. Approve a settlement with ZapMedia, Inc. that would permit ZapMedia to pay $88,833.00 in satisfaction of its outstanding consulting invoices totaling $355,334.00. The request is based on (i) liability issues related to the functionality of the programs sold to and implemented at ZapMedia and (ii) ZapMedia's inability to pay more than the discounted amount.

## Deal Summary:

| Deal Summary | |
|---|---|
| **Product Mix:** | |
| **License Discount** | 30% |
| **Support Discount** | 30% |
| **Support Options/Holds** | |
| **Price Holds** | |
| **List License** | $212,845.00 |
| **List Support** | $46,825.90 |
| **Net License** | $148,991.50 |
| **Net Support** | $32,778.13 |
| **Net Price** | |
| **Price List Used** | |

**Justification:** (Include customer's past spend and discount history if applicable.)

In May 2000, ZapMedia purchased Oracle Database, Application Server, ERP and CRM programs. Oracle consulting was engaged to implement the programs pursuant to a Fixed Price Engagement Contract that provided for an initial payment of $177,666.00, a Phase 1 payment of $177,666.00 and a Phase 2 payment of $177,668.00. ZapMedia paid the initial payment but, due to disputes regarding the Phase 1 and 2 deliverables, has paid nothing else to date. The dispute focused primarily on the functionality that ZapMedia thought it had purchased as part of the Oracle Service program. Although the Price List at the time indicated that the Oracle Service program did not include the Field Sales or Depot Repair components, an addendum to the FPEC that outlined the "core functionality" that Oracle would be implementing included these components, among several others. As ZapMedia did not actually purchase these programs, though, they were not implemented.

Added to this is a document created in the course of an assessment by Oracle as to what functionality ZapMedia was entitled to receive. The Oracle representative suggested that ZapMedia had been "misled" by Oracle's sales representatives and stated that ZapMedia had a claim to acquire the additional functionality based on the programs that it thought it was acquiring. Finally, due to program instability, there were problems with implementing the programs that were indisputably purchased, causing ZapMedia to suffer delays in its "go live" date.

ZapMedia is also on the verge of going out of business. The company has downsized from 125 to 28 employees. It is almost out of funds and may dissolve the company voluntarily or declare bankruptcy. ZapMedia is trying to obtain limited additional funding from certain original investors, but will only be able to do so if it eliminates much of the debt that it is currently under – estimated at $5 million. While it is not clear if it is needed, ZapMedia has requested that Oracle to permit an assignment of the program licenses and consulting deliverables to any re-formulation of ZapMedia

Last revised 4/6/00                                                                 Page 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL1056885

that might occur in conjunction with the additional financing being sought. ZapMedia has paid for all program licenses that it purchased.

Oracle Legal recommends approving a settlement that would permit ZapMedia to pay $88,833.00 in satisfaction of the consulting invoices totaling $355,334.00. Oracle should also agree to permit ZapMedia to assign its licenses and consulting deliverables on the condition that the assignee satisfy either the merger or acquisition of substantially all assets requirement for such an assignment as stated in Oracle's Ordering Document.

**Recommendation:**   Keith Block has approved stating it is this 88K or nothing as they are going under. Approve

**Submitted By:**   Jeffrey S. Ross, Senior Corporate Counsel, 650-506-9318, Block, Sanderson

**R: 8/29/01**
**C: 8/29/01**
**L:**
**A:**
**BP: BL**

Last revised 4/6/00

Page 2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1056886

EXHIBIT 150

**From:** Brad Hudak
**Sent:** Wed, 28 Mar 2001 00:36:39 GMT
**To:** Roger Rich; Jay Evert; John Warnock; Debbie Potts; Doug Emig; Vyas; Amit; Doraiswamy; Parthiban; Siva Panchanatham; Mike Popelka; Louisa Aliferis; Hugh Hui; Dave Bemis; Noreen Henrich; Santhanam; Srivatsan
**CC:** Jeff Heselton; Jack Carroll; Block; Keith; Carl Theobald; M. BARRENECHEA; Jon Simmons; John Nugent; George Roberts
**BCC:**
**Subject:** Hostcentric - Consulting Services Billing

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



The purpose of this note is to = establish a=20 common understanding with all parties involved in the Hostcentric=20 project.

As most of you are aware, Hostcentric has been an = important and=20 strategic account that has been in an escalated state since late last = calendar=20 year.   Hostcentric has been extremely understanding and = flexible=20 around product issues and have consistently given positive feedback to=20 press, customers and prospects regarding the 11i = Suite. =20 Given this and other factors, Oracle Executive Management has designated = Hostcentric=20 a strategic account and a decision to halt billing for services has been = made. This note addresses the work=20 currently underway and how the billing related to that work will be = handled.

There=20 are currently 3 initiatives = currently=20 underway at Hostcentric; Support/iSupport, Email Center and AR product=20 enhancements.  Oracle Consulting is staffing 100% of these = initiatives=20 except for the AR enhancement work, in which case, we are teaming = with the=20 Development organization.  All initiatives are currently scheduled = for=20 completion between June 1, = 2001 and June 15, 2001.

This new billing agreement is the = result of=20 a series of meetings that were held in late February and early March.  During these meetings an agreement was reached by the = leadership of=20 the Oracle Development, = Sales and=20 Consulting organizations such that the cost for services = would not be billed to the customer and would be covered = internally by the three groups involved (i.e. 1/3=20 each).  Subsequently, meetings were also held with the = customer to=20 discuss the billing issue and other concerns which resulted in the = current=20 "no bill" situation.

As of the PA month of March, all = time charged=20 to the Hostcentric project (300043851) will fall into the CI category = and no=20 practice utilization or revenue will be earned.  Each cost center = with=20 resources on the project will receive a "cost relief" journal entry at = the end=20 of each month for the time worked plus any applicable = expenses.  This=20 event will occur after journal entries to the Sales, Development and Consulting organizations have been = generated=20 and approved.

There is still an open item in regards to the = rates=20 which will be used to calculate the monthly journal entries.  Thus, = the=20 delay in getting out this communication.  Hopefully item = will be=20 resolved by management soon.  The worst case scenario will be = that the=20 standard internal rates are used and the best case is obviously that the = commercial Hostcentric rates will be used.  In either case, revenue = and=20 utilization will not be earned and relief will come in the form of a = monthly=20 journal entry.  That said and given our current = position on the=20 financial calendar, it is quite possible that the March JE will not = occur this=20 period and will be combined with the April JE.  As soon as I = have=20 tangible data on this issue I will communicate it = promptly.

It is quite clear that we ALL have skin in = the game at=20 this point and we are ALL = feeling the=20 pain equally.  Thank = you for your understanding, = if you=20 have additional questions please call.

-Brad

=20



281.450.2796
Office:
713.750.5043
Home=20 =
281.359.1593

(If you do not see the Oracle Logo above = then you are=20 not experiencing the power of the Internet. Check with your system = administrator=20 for instruction on how to enable HTML mail.)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL 1027853

EXHIBIT 151

# DOCUMENT INFO

To:              Nelson,Jill <JILL.NELSON@oracle.com>

From:            Neal Menon <neal.menon@oracle.com>

DateSent:        November 6, 2000

Email Subject:   OCC Unapplied Spreadsheet

Attach:          11-06-00 OCC.xls; neal.menon.vcf

AttachNo:        0

Folder:          Tania\Reserve, Unapplied, Approvals and
                 Process

FileName:

# DOCUMENT INFO

Confidential - Pursuant to Protective Order

NDCA-ORCL 3042909

| | |
|---|---|
| From: | Neal Menon <neal.menon@oracle.com> |
| Sent: | Monday, November 6, 2000 3 15 PM |
| To: | Nelson,Jill <JILL NELSON@oracle com> |
| Cc: | Vora,Anil <ANIL VORA@oracle com>; Ortiz,Elizabeth <LORTIZ@US ORACLE COM>, Coquioco,Nancy <NANCY COQUIOCO@oracle com>, LILLY_HAO <LILLY HAO@oracle.com>, Bucher,Jacob <JACOB BUCHER@oracle com>, ADAM.HAHN <ADAM HAHN@oracle com> |
| Subject: | OCC Unapplied Spreadsheet |
| Attach: | 11-06-00 OCC xls, neal menon vcf |

Hello Jill,

I am the unapplied specialist in the collection department and I have attached an unapplied spreadsheet that have been labeled "OCC" by the AR department  We are currently trying to resolve as many unapplied items before the end of the quarter  There are a total of 1826 unapplied items of which 102 are labeled "OCC" and total $16,985,508.87  The "OCC" unapplied dollar amount constitute about 25% of the total dollar amount.

As you can see, resolving the "OCC" items would help us in achieving our quarter goal  Please take a look at this spreadsheet and instruct me how these items should be applied  Since we are approaching the end of the quarter, we would like to resolve these items as quickly as possible  If there is no response by November 20, 2000, we will review the items and place them in our reserve account  If there are any questions or if I can help in any way, please contact me at 916 315 6834  I appreciate your time in this matter  Thank you.

Neal

NDCA-ORCL 3042910

# DOCUMENT INFO

To:

From:

DateSent:

Email_Subject:

Attach:

AttachNo:          1

Folder:            Tania\Reserve, Unapplied, Approvals and
                   Process

FileName:          11-06-00 OCC.xls

# DOCUMENT INFO

OCC

| Date Rec | Check Number | Customer | Cust # | Check Amt. | Days Old | Collector | Notes |
|---|---|---|---|---|---|---|---|
| 31-Oct-00 | 6870 | 1 800 DATABASE LTD | 756128 | 72,949.19 | 6 | JDELUZUR | OCC CK -SENT COPY TO ELAINE |
| 24-Feb-00 | WIRE 02/24/00 | AIG CLAIM SERVICE INC | 724334 | 3,205.93 | 229 | AFRYER | OCC |
| 24-Aug-00 | 1520 | ALLCHARITIES | 677357 | 32,948.00 | 74 | JBUCHER | OCC/ OFD in house inv's |
| 7-Aug-00 | 4590 | ALORICA INC | 785528 | 12.97 | 91 | EKEFALIO | OCC/ Customer - 0703-12/15 |
| 1-Nov-00 | 1883 | ARCHIVE CORPORATION | 206528 | 116,403.45 | 5 | JDELUZUR | OCC - sent copy to Elaine |
| 5-Jul-00 | 4318 | AUTODAQ | 683424 | 57,585.65 | 124 | MAANDERS | OCC/ APR (650) 532-6300 |
| 20-Jul-00 | 500418S | BANC ONE LEASING CORPORATION | 236473 | 260,453.66 | 139 | MAANDERS | OCC/ |
| 14-Jun-00 | 500418S | BANC ONE LEASING CORPORATION | 236473 | 51,644.70 | 145 | MAANDERS | OCC/ COLUMBUS, OH REFERENCES |
| 26-Mar-00 | 500387S | BANC ONE LEASING CORPORATION | 236473 | 10,307.00 | 223 | MAANDERS | OCC/ NO REMIT INFO -1111 |
| 9-May-00 | 500408S | BANC ONE LEASING CORPORATION | 236473 | 246,749.00 | 181 | MAANDERS | OCC/NO REMIT INFO - COLUMBUS |
| 13-Oct-00 | WIRE 10/13/00 | BANK ONE | 32580 | 214,367.85 | 24 | KEDWARDS | OCC |
| 12-Oct-00 | WIRE 10/12/00 | BANK ONE | 32580 | 2,743,757.45 | 25 | KEDWARDS | OCC |
| 11-Sep-00 | 2806 | BREED TECHNOLOGIES | 226432 | 165,386.00 | 56 | JSSILVA | OCC Original amt. of check |
| 23-Oct-00 | 30520 | BREED TECHNOLOGIES | 226432 | 221,162.00 | 14 | KEDWARDS | OCC/ CHECK -CHECK APPLICATION |
| 11-Oct-00 | 2289 | BRIVO SYSTEMS | 604734 | 5,070.50 | 26 | JBUCHER | OCC/ OFD/ all desec orders |
| 29-Aug-00 | 100532 | BROADBAND | 729449 | 184,124.60 | 69 | EKEFALIO | OCC Customer - A/C 0703-12/15 |
| 30-Aug-00 | 7846 | COMMERCE TV | 260281 | 502,564.99 | 64 | GSMYERS | OCC Do not touch remaining |
| 10-Apr-00 | WIRE 05/30/00 | CITIZENS BANK | 700009 | 379,885.00 | 2 | JDELUZUR | OCC -sent copy to Elaine |
| 22-Aug-00 | 05/30/00 | COMMERCE TV | 225163 | 11,705.82 | 210 | JBUCHER | OCC/ WIRE 03/24/00 |
| 28-Aug-00 | 248331 | COVAD COMMUNICATIONS TEST DESIGN | 544936 | 211,542.08 | 76 | EKEFALIO | OCC Customer - A/C 0703-12/15 |
| 26-May-00 | WIRE 08/28/00 | DE LAGE LANDEN OPERATIONAL | 732591 | 145,107.87 | 17 | KOOMENEY | OCC -remain bal are various |
| 31-May-00 | WIRE 05/26/00 | DE LAGE LANDEN OPERATIONAL | 732591 | 324,635.48 | 159 | JBUCHER | OCC INVOICE 12528*8 CM |
| 17-Oct-00 | WIRE 05/31/00 | DE LAGE LANDEN OPERATIONAL | 732591 | 214,161.00 | 159 | MAANDERS | OCC/ NO INVOICE REFERENCED |
| 20-Jul-00 | 46260 | EASICOME | 287404 | 44,100.73 | 223 | MAANDERS | OCC/ INV007 /Oct 2000 |
| 25-May-99 | WIRE 05/25/99 | EPOCH NETWORKS, INC | 753279 | 16,514.80 | 109 | JBUCHER | OCC/ OFD/ REF |
| 29-Mar-00 | WIRE 03/29/00 | FLEET BUSINESS CREDIT | 227946 | 8,008.00 | 102 | GSMYERS | OCC/ OFD/ REF |
| 7-Aug-00 | WIRE 08/07/00 | FLEET CREDIT CORPORATION | 722078 | 46,872.64 | 213 | AFRYER | OCC |
| 6-Jul-00 | WIRE 07/06/00 | GE CAPITAL FINANCIAL | 722078 | 84,341.89 | 33 | KEDWARDS | OCC |
| 30-Aug-99 | WIRE 08/30/99 | GE CAPITAL FINANCIAL | 722078 | 3,022.36 | 3 | SYOHANNE | OCC/PIPER LILLY |
| 11-Aug-00 | WIRE 08/07/00 | GE CAPITAL FINANCIAL | 722078 | 15,396.22 | 118 | SYOHANNE | OCC |
| | 757# | GE CAPITAL FINANCIAL | 36298 | 101,250.00 | 159 | LHAO | OCC |
| 11-Aug-00 | 3460 | GENERAL ELECTRIC CAPITAL | 734146 | 104,588.00 | 6 | LHAO | OCC |
| 14-Oct-00 | 757# | GEOTOUCH COM INC | 755514 | 147,899.00 | 67 | JDELUZUR | OCC CK -SENT COPY TO ELAINE |
| 3-Oct-00 | WIRE 10/17/00 | GEOTRUST | 254473 | 21,026.11 | 20 | KEDWARDS | OCC |
| 21-Jul-00 | WIRE 10/03/00 | HELLER FINANCIAL | 254473 | 21,971.25 | 34 | KEDWARDS | OCC |
| 7-Aug-00 | WIRE 07/21/00 | HELLER FINANCIAL | 254473 | 23,005.29 | 69 | CMCHANG | OCC |
| 7-Aug-00 | WIRE 08/07/00 | HELLER FINANCIAL | 254473 | 23,005.29 | 84 | CMCHANG | OCC |
| 17-Oct-00 | WIRE 10/17/00 | HELLER FINANCIAL | 254473 | 23,718.00 | 20 | KEDWARDS | OCC |
| 17-Oct-00 | WIRE 10/17/00 | HELLER FINANCIAL | 254473 | 41,601.84 | 20 | KEDWARDS | OCC |
| 17-Oct-00 | WIRE 10/17/00 | HELLER FINANCIAL | 254473 | 71,275.32 | 20 | KEDWARDS | OCC |
| 17-Oct-00 | WIRE 10/17/00 | HELLER FINANCIAL | 254473 | 75,123.23 | 20 | KEDWARDS | OCC |
| 17-Oct-00 | WIRE 10/17/00 | HELLER FINANCIAL | 254473 | 143,189.76 | 20 | KEDWARDS | OCC |
| 17-Oct-00 | WIRE 10/17/00 | HELLER FINANCIAL | 254473 | 145,454.50 | 20 | KEDWARDS | OCC/ No invoice for First |
| 10-Aug-00 | WIRE 08/28/00 | HELLER FINANCIAL | 254473 | 19,469.02 | 62 | LHAO | OCC/ BAL PENDING INV |
| 26-Aug-00 | WIRE 08/28/00 | HELLER FINANCIAL | 254473 | 22,829.98 | 68 | KEDWARDS | OCC/ BAL PENDING INV |
| 26-Aug-00 | WIRE 08/28/00 | HELLER FINANCIAL | 254473 | 6,317.00 | 67 | KOOMENEY | OCC REMAIN BAL IS PENDING INV |
| 1-Feb-00 | WIRE 02/01/00 | HITACHI CREDIT | 254472 | 7,518.41 | 229 | AFRYER | OCC |

OC49_d01 (11-06-00 OCC xls).xls

Confidential - Pursuant to Protective Order

NDCA-ORCL 3042912

OCC

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 49 | 12-Oct-00 | WIRE 10/12/00 OCC | HITACHI CREDIT | 254472 | 58,574.00 | 25 | KEDWARDS | OCC-first quarter of support |
| 50 | 28-Jun-00 | WIRE 06/28/00 OCC | HITACHI CREDIT | 254472 | 68,891.14 | 131 | KEDWARDS | OCC |
| 51 | 28-Aug-00 | WIRE 08/28/00 OCC | HITACHI CREDIT | 254472 | 91,460.35 | 67 | KDOMENEY | OCC |
| 52 | 27-Sep-00 | WIRE 09/27/00 OCC | HITACHI CREDIT | 254472 | 36,228.92 | 40 | LHAO | OCC |
| 53 | 25-May-00 | WIRE 05/25/00 OCC | HITACHI CREDIT | 254472 | 121,006.14 | 159 | JBUCHER | OCC INV 1261501 CM |
| 54 | 31-Mar-00 | WIRE 03/31/00 OCC | HITACHI CREDIT | 254472 | 130,367.00 | 158 | JBUCHER | OCC// Apply to GSR order # |
| 55 | 31-Oct-00 | 10506 HOSTCENTRIC MANAGEMENT | | 254472 | 784,325.60 | 6 | JDELUZUR | OCC CK-SENT CORP TO ELAINE |
| 56 | 2-Aug-00 | 7407 IMPRESSE CORPORATION | | 597780 | 44,992.58 | 66 | EKEFALIO | OCC |
| 57 | 5-Jul-00 | 50626 INSIGNIA FINANCIAL GROUP | | 756107 | 179,465.99 | 122 | KEDWARDS | OCC CHECK--LEAVE UNAPPLIED |
| 58 | 26-Aug-99 | WIRE 08/26/99 OCC | INTERNATIONAL PAPER COMPANY | 20558 | 33,061.21 | 88 | CEHINKEY | OCC |
| 59 | 11-Jul-00 | 1463 KONXANGE | | 704038 | 22,915.56 | 118 | EKEFALIO | OCC Customer |
| 60 | 26-Aug-00 | WIRE 08/26/00 OCC | KOCH FINANCIAL | 254466 | | 67 | KDOMENEY | OCC |
| 61 | 25-May-00 | WIRE 05/25/00 OCC | KOCH FINANCIAL | 254466 | 731,047.19 | 98 | PDANDREW | OCC INV 1265550 CM--PER OCC |
| 62 | 8-May-00 | WIRE 05/08/00 OCC | KOCH FINANCIAL | 254466 | 3,001.81 | 182 | JBUCHER | OCC// |
| 63 | 28-Aug-00 | WIRE 08/28/00 OCC | KOCH FINANCIAL | 254466 | 105,587.00 | 67 | KDOMENEY | OCC, REMAIN BAL IS PENDING INV |
| 64 | 12-Oct-00 | WIRE 10/12/00 OCC | LEASETEC SYSTEMS CREDIT | 223608 | 228,519.10 | 25 | KEDWARDS | OCC |
| 65 | 29-Oct-98 | WIRE 10/29/98 OCC | LEASETEC SYSTEMS CREDIT | 223608 | 1,215,308.94 | 102 | MSTORBEC | OCC tax admts on inv |
| 66 | 27-Jul-00 | WIRE 07/27/00 OCC | LEASETEC SYSTEMS CREDIT | 223608 | 30,261.80 | 97 | LHAO | OCC apply $164,287.03 to |
| 67 | 25-May-00 | WIRE 05/25/00 OCC | LEASETEC SYSTEMS CREDIT | 223608 | 24,475.87 | 111 | JBUCHER | OCC APPLY INV 1270139 PER LHAO |
| 68 | 11-May-00 | WIRE 05/11/00 OCC | LEASETEC SYSTEMS CREDIT | 223608 | 19,530.00 | 179 | JBUCHER | OCC// |
| 69 | 15-Feb-00 | ACH 02/15/00 OCC | LEASETEC SYSTEMS CREDIT | 223608 | 451,981.00 | 255 | SYOHANNE | OCC// CM INV#40040134/NEW |
| 70 | 4-Jun-00 | WIRE 05/25/00 OCC | LINUX CARE | 676499 | 789,553.43 | 82 | MAANDERS | OCC// This is derived from |
| 71 | 9-Mar-00 | 16949 MARKON COUNTY | | 233143 | 10,741.00 | 228 | AFRYER | OCC// |
| 72 | 11-Oct-00 | 505 MEDICAL BUSINESS | | 680016 | 15,254.17 | 26 | JBUCHER | OCC / ME1003 - OCC7 |
| 73 | 31-Oct-00 | 6172 MUSICMATCH INC | | 700997 | 41,528.00 | 6 | JDELUZUR | OCC CK-SENT COPY TO ELAINE |
| 74 | 18-Feb-99 | WIRE 02/18/99 OCC | NEWCOURT | 571180 | 4,033.83 | 103 | MSTORBEC | OCC |
| 75 | 28-Aug-00 | WIRE 08/28/00 OCC | NEWCOURT | 571180 | 8,878.02 | 67 | KDOMENEY | OCC |
| 76 | 23-Oct-00 | WIRE 10/23/00 OCC | NEWCOURT | 571180 | 885,663.38 | 14 | JBUCHER | OCC |
| 77 | 25-May-00 | WIRE 05/25/00 OCC | NEWCOURT | 571180 | 83,676.90 | 158 | JBUCHER | OCC CREDIT MEMO FOR $53K HIT |
| 78 | 25-May-00 | WIRE 05/25/00 OCC | NEWCOURT | 571180 | 1,818.66 | 158 | JBUCHER | OCC// |
| 79 | 24-Mar-00 | WIRE 03/24/00 OCC | NEWCOURT | 571180 | 53,562.55 | 123 | JBUCHER | OCC// support termination |
| 80 | 28-Aug-00 | WIRE 08/28/00 OCC | NEWCOURT | 571180 | 1,215,962.26 | 70 | KDOMENEY | OCC. BAD INFO CM'S - INV'S |
| 81 | 28-Aug-00 | WIRE 08/28/00 OCC | NEWCOURT | 571180 | 155,484.85 | 70 | KDOMENEY | OCC CM'S - INV'S 1265530, |
| 82 | 22-May-00 | WIRE 05/22/00 OCC | NEWCOURT | 571180 | 31,366.50 | 159 | SYOHANNE | PER OCC |
| 83 | 31-May-00 | 14369 ONVIA.COM | | 680167 | 116,626.04 | 159 | EKEFALIO | OCC customer - A/C 703-1222 |
| 84 | 2-Nov-00 | 1094 PBM MICRO | | 756734 | 37,803.00 | 96 | EKEFALIO | OCC Customer - 0703-12015 |
| 85 | 2-Nov-00 | 2025 PRESCIENT MARKETS LLC | | 670599 | 625.38 | 4 | JDELUZUR | OCC- sent copy to Elaine |
| 86 | 31-Oct-00 | 4092 QUESTIA MEDIA INC | | 704683 | 826,222.79 | 6 | JDELUZUR | OCC-CK-SENT COPY TO ELAINE |
| 87 | 23-Oct-00 | 30531 RESTRAC | | 219041 | 10,062.61 | 14 | JBUCHER | OCC CFD INV#40047834 |
| 88 | 4-Oct-00 | WIRE 05/25/00 OCC | SANWA BANK | 227703 | 72,607.74 | 165 | JBUCHER | OCC |
| 89 | 4-Oct-00 | WIRE 10/04/00 OCC | SANWA BANK | 227703 | 750,419.04 | 33 | KEDWARDS | OCC |
| 90 | 3-May-00 | WIRE 05/03/00 OCC | SANWA BANK | 227703 | 23,599.39 | 144 | JBUCHER | OCC $25,599.44 for |
| 91 | 3-Mar-99 | WIRE 03/03/99 OCC | SANWA BANK | 227703 | 35,490.35 | 164 | MALBRIGH | OCC/ 1489.00 TO G#00/3507/PER |
| 92 | 3-Jul-00 | WIRE 07/03/00 OCC | SANWA BANK | 227703 | 161,194.76 | 110 | JBUCHER | OCC CM INV#40040153/NEW |
| 93 | 3-Aug-00 | WIRE 08/03/00 OCC | SANWA BANK | 227703 | 31,219.75 | 110 | JBUCHER | OCC CM inv#40005318/new |
| 94 | 5-Jun-00 | WIRE 06/05/00 OCC | SANWA BANK | 227703 | 222,694.54 | 67 | LHAO | OCC// |
| 95 | 4-Aug-99 | WIRE 08/04/99 OCC | SANWA BANK | 227703 | 54,573.60 | 84 | KEDWARDS | OCC// trans 3631.86 to |
| 96 | 5-Apr-00 | WIRE 04/05/00 OCC | SANWA BANK | 227703 | 16,567.14 | 119 | KEDWARDS | OCC//A/Q# 60 POST TO G#0/3507 |

10/18/2005

Confidential - Pursuant to Protective Order

NDCA-ORCL 3042913

OCC

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 97 | 16-Oct-00 | WIRE 10/16/00 OCC | SIEMENS CORPORATION | 53620 | 1,541.75 | | 19 KEDWARDS | OCC |
| 98 | 29-Aug-00 | WIRE 08/29/00 OCC | SIEMENS FINANCIAL SERVICES | 761851 | 67,271.98 | | 66 KOOMENEY | OCC, REMAIN BAL IS PYMT DISC |
| 99 | 22-Jun-00 | WIRE 06/22/00 OCC | SILICON VALLEY BANK | 216126 | 49,545.43 | | 137 KEDWARDS | OCC |
| 100 | 12-Oct-00 | WIRE 10/12/00 OCC | SILICON VALLEY BANK | 216126 | 256,055.62 | | 25 KEDWARDS | OCC |
| 101 | 2-Nov-00 | 1798 | SINGINGFISH.COM | 703648 | 35,180.00 | | 4 JDELUZUR | OCC -sent copy to Elaine |
| 102 | 23-Oct-00 | 1761 | SINGINGFISH.COM | 703648 | 2,417.85 | | 14 JBUCHER | OCC? ($2,417.85) belongs to |
| 103 | 17-May-00 | 32271 | STARBELLY.COM | 698377 | 27,472.00 | | 173 EKEFALIO | OCC Customer |
| 104 | | | | | 16,985,508.87 Total | | | |
| 105 | | | | | 102 Count | | | |

10/18/2005

Page 3

004S_g01 (11-06-00 OCC xls) xls

Confidential - Pursuant to Protective Order

NDCA-ORCL 3042914

# DOCUMENT INFO

To:

From:

DateSent:

Email_Subject:

Attach:

AttachNo:       1

Folder:         Tania\Reserve, Unapplied, Approvals and
                Process

FileName:       11-06-00 OCC.xls

# DOCUMENT INFO

CCC

| Date Rec | Check Number | Customer | Cust # | Check Amt | Days Old | Collector | Notes |
|---|---|---|---|---|---|---|---|
| 31-Oct-00 | | 9870 1800 DATABASE LTD | 756128 | 72,349.?9 | 6 | JDELUZUR | CCC CK -SENT COPY TO ELAINE |
| 24-Feb-00 | WIRE 02/24/00 CCC | AIG CLAIM SERV OE INC | 724534 | 3,205.93 | 229 | AFRYER | CCC |
| 24-Aug-00 | | 1530 ALLCHARITIES | 577257 | 32,848.00 | 74 | JBUCHER | CCC OFD in house invit's |
| 11-Oct-00 | | 4590 ALORICA INC | 735505 | 5,377.97 | 61 | EKEFAUO | CCC Customer - 0703-1015 |
| ?-Nov-00 | | 1883 ARCHIVE CORPORATION | 208528 | 11,640.45 | 5 | JDELUZUR | CCC - sent copy to Elaine |
| 5-Jul-00 | | 4318 AUTODAQ | 603424 | 57,555.65 | 112 | MAANDERS | CCC APX (650) 532-5300 |
| 20-Jun-00 | 500A183 | BANC ONE LEASING CORPORATION | 239473 | 280,453.66 | 139 | MAANDERS | CCC |
| 14-Jun-00 | 500A184 | BANC ONE LEASING CORPORATION | 239473 | 651,844.70 | 145 | MAANDERS | CCC COLUMBUS, OH REFERENCES |
| 28-Mar-00 | 503859 | BANC ONE LEASING CORPORATION | 239473 | 103,937.00 | 223 | MAANDERS | CCC NO REMIT INFO-1111 |
| 8-May-00 | 500A383 | BANC ONE LEASING CORPORATION | 239473 | 246,742.00 | 181 | MAANDERS | CCC NO REMIT INFO - COLUMBUS |
| 13-Oct-00 | WIRE 10/13/00 CCC | BANK ONE | 32580 | 214,367.85 | 24 | KEDWARDS | CCC |
| 12-Oct-00 | WIRE 10/12/00 CCC | BANK ONE | 32580 | 2,743,757.48 | 25 | KEDWARDS | CCC |
| 11-Sep-00 | | 26082 BREED TECHNOLOGIES | 228432 | 165,386.00 | 56 | JSSILVA | CCC Original amt, of check |
| 23-Oct-00 | | 30200 BREED TECHNOLOGIES | 228432 | 221,160.00 | 14 | SYOHANNE | CCC CHECK-CHECK APPLICATION |
| 11-Oct-00 | | 2288 BRIVO SYSTEMS | 804734 | 5,070.50 | 28 | JBUCHER | CCC OFD all dates before |
| 25-Aug-00 | | 100532 BROADBAND | 728449 | 184,124.90 | 69 | EKEFAUO | CCC Customer A/C 0703-1015 |
| 30-Aug-00 | | 4516 CITIZENS BANK | 700009 | 379,885.00 | 64 | GSMYERS | CCC -sent copy to Elaine |
| 30-Aug-00 | | 7849 COMMERCE TV | 260281 | 502,584.99 | 54 | GSMYERS | CCC WIRE 002-x100 |
| 25-Aug-00 | | 285716 COMMUNICATIONS TEST DESIGN | 251153 | 171,708.82 | 24 | JBUCHER | CCC WIRE 002-x100 |
| 22-May-00 | | 248331 COVAD COMMUNICATIONS COMPANY | 544936 | 211,542.08 | 75 | EKEFAUO | CCC Customer A/C 0703-1015 |
| 29-Aug-00 | WIRE 08/29/00 CCC | DE LAGE LANDEN OPERATIONAL | 732591 | 145,107.87 | 17 | KDOMENEY | CCC - remain bal are various |
| 25-May-00 | WIRE 05/25/00 CCC | DE LAGE LANDEN OPERATIONAL | 732591 | 324,638.48 | 159 | JBUCHER | CCC INVOICE 1252818 CM |
| 31-May-00 | WIRE 05/31/00 CCC | EBS CORPORATION | 722708 | 214,161.00 | 159 | MAANDERS | CCC NO INVOICE REFERENCED |
| 1-Feb-00 | | 16280 EDGIX NETWORKS, INC | 816307 | 7,000.00 | 201 | MAANDERS | CCC - RM 9/07, Oct 2000 |
| 20-Jul-00 | | 1949 FLEET BUSINESS CREDIT | 753279 | 16,514.60 | 109 | JBUCHER | CCC OFD REF. |
| 25-May-99 | WIRE 05/25/99 CCC | FLEET CREDIT CORPORATION | 722744 | 8,006.00 | 102 | GSMYERS | CCC |
| 29-Mar-00 | WIRE 03/29/00 CCC | GE CAPITAL, FINANCIAL | 722078 | 46,872.64 | 213 | AFRYER | CCC |
| 4-Apr-00 | WIRE 10/04/00 CCC | GE CAPITAL, FINANCIAL | 722078 | 84,341.89 | 3 | KEDWARDS | CCC |
| 7-Mar-00 | WIRE 03/07/00 CCC | GE CAPITAL, FINANCIAL | 722078 | 3,127.88 | 235 | AFRYER | CCC PROPER LILLY |
| 6-Jul-00 | WIRE 07/06/00 CCC | GE CAPITAL, FINANCIAL | 722078 | 15,366.22 | 118 | SYOHANNE | CCC cm-mstorbed/new |
| 30-Aug-99 | WIRE 08/30/99 CCC | GENERAL ELECTRIC CAPITAL | 38258 | 101,250.00 | 159 | LHAO | CCC |
| 11-Aug-00 | 7874 | GEOTOUCH COM INC | 734146 | 104,586.00 | 67 | LHAO | CCC |
| 31-Oct-00 | 5460 | GEOTRUST | 756514 | 147,899.50 | 6 | JDELUZUR | CCC CK -SENT COPY TO ELAINE |
| 3-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 4,240.31 | 20 | KEDWARDS | CCC |
| 3-Oct-00 | WIRE 10/03/00 CCC | HELLER FINANCIAL | 254473 | 21,971.25 | 34 | KEDWARDS | CCC |
| 21-Jul-00 | WIRE 07/21/00 CCC | HELLER FINANCIAL | 254473 | 23,005.25 | 69 | CMCHANG | CCC |
| 7-Aug-00 | WIRE 08/07/00 CCC | HELLER FINANCIAL | 254473 | 23,005.25 | 84 | CMCHANG | CCC |
| 17-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 23,718.60 | 20 | KEDWARDS | CCC |
| 17-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 41,491.84 | 20 | KEDWARDS | CCC |
| 17-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 71,275.32 | 20 | KEDWARDS | CCC |
| 17-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 75,123.23 | 20 | KEDWARDS | CCC |
| 17-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 143,189.78 | 20 | KEDWARDS | CCC |
| 17-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 195,454.50 | 20 | KEDWARDS | CCC |
| 17-Oct-00 | WIRE 10/17/00 CCC | HELLER FINANCIAL | 254473 | 19,469.92 | 20 | KEDWARDS | CCC No invoice for First |
| 28-Aug-00 | WIRE 08/28/00 CCC | HELLER FINANCIAL | 254473 | 32,829.96 | 68 | KEDWARDS | CCC BAL PENDING INV |
| 26-Jul-00 | WIRE 08/26/00 CCC | HELLER FINANCIAL | 254473 | 6,317.00 | 67 | KDOMENEY | CCC REMAIN BAL IS PENDING INV |
| 1-Feb-00 | WIRE 02/01/00 CCC | HITACHI CREDIT | 254472 | 7,518.41 | 279 | AFRYER | CCC |

C049_d01 (1:05:00 CCC ldb).xls

Page 1

10/18/2005

CCC

10/19/2005

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 48 | 13-Oct-00 | WIRE 1071200 CCC HITACHI CREDIT | | 254472 | 58,574.00 | | 25 KEDVARDS | OCC |
| 50 | 28-Jun-00 | WIRE 0672800 CCC HITACHI CREDIT | | 254472 | 68,991.14 | | 131 KEDVARDS | OCC |
| 51 | 28-Aug-00 | WIRE 0872800 CCC HITACHI CREDIT | | 254472 | 81,480.35 | | 67 KOOMENEY | OCC |
| 52 | 27-Sep-00 | WIRE 0972700 CCC HITACHI CREDIT | | 254472 | 36,229.92 | | 40 LHAO | OCC-first quarter of suppor |
| 53 | 25-May-00 | WIRE 0572500 CCC HITACHI CREDIT | | 254472 | 121,006.14 | | 159 JBUCHER | OCC INV 175/1601 CM |
| 54 | 31-May-00 | WIRE 0531100 CCC HITACHI CREDIT | | 254472 | 130,387.00 | | 158 JBUCHER | OCC// Apply to GSR orders |
| 55 | 31-Oct-00 | 1506 NCS/CENTRIC MANAGEMENT | | 151413 | 229,024.50 | | 96 JDELUZUR | OCC CK-SENT COPY TC ELAINE |
| 56 | 2-Aug-00 | 7407 IMPRESSE CORPORATION | | 697790 | 44,003.58 | | 66 EKEFALIO | OCC Customer - A/C 0703-12015 |
| 57 | 5-Jul-00 | 50628 INSIGNIA FINANCIAL GROUP | | 756107 | 179,465.99 | | 122 KEDVARDS | OCC CHECK--LEAVE UNAPPLIED |
| 58 | 26-Aug-00 | WIRE 0826998 OCC INTERNATIONAL PAPER COMPANY | | 20555 | 33,061.21 | | 86 CEHINKEY | OCC |
| 59 | 18-Jul-00 | 1463 KOKOCHANGE | | 104238 | 22,915.59 | | 116 EKEFALIO | OCC Customer |
| 60 | 28-Aug-00 | WIRE 0872800 OCC KOCH FINANCIAL | | 254466 | 273 | | 67 KOOMENEY | OCC |
| 61 | 25-May-00 | WIRE 0572500 OCC KOCH FINANCIAL | | 254466 | 731,047.19 | | 88 POANDREW | OCC INV 1265850 CM--PER OCC |
| 62 | 8-May-00 | WIRE 0508900 OCC KOCH FINANCIAL | | 254466 | 3,001.81 | | 182 JBUCHER | OCC |
| 63 | 28-Aug-00 | WIRE 0872800 OCC KOCH FINANCIAL | | 254466 | 105,587.00 | | 67 KOOMENEY | OCC. REMAIN. BAL IS PENDING INV |
| 64 | 12-Oct-00 | WIRE 1071200 OCC LEASTEC SYSTEMS CREDIT | | 223908 | 228,519.13 | | 25 KEDVARDS | OCC |
| 65 | 29-Oct-98 | WIRE 1072998 OCC LEASTEC SYSTEMS CREDIT | | 223908 | 115,208.64 | | 102 MKFORBEC | OCC  tax adjms on inv |
| 66 | 27-Jul-00 | WIRE 0772700 OCC LEASTEC SYSTEMS CREDIT | | 223908 | 32,261.80 | | 97 LHAO | OCC apply $194,267.03 to |
| 67 | 25-May-00 | WIRE 0572500 OCC LEASTEC SYSTEMS CREDIT | | 223908 | 24,475.87 | | 111 JBUCHER | OCC APPLY 'INV 1270139 PER LHAO |
| 68 | 11-May-00 | WIRE 0571100 OCC LEASTEC SYSTEMS CREDIT | | 223908 | 19,530.00 | | 179 JBUCHER | OCC// |
| 69 | 18-Feb-00 | ACH 0218000 OCC LEASTEC SYSTEMS CREDIT | | 223908 | 451,880.00 | | 255 SYOHANNE | OCC CM INV#40040134/0NEW |
| 70 | 4-Jun-00 | WIRE 0572500 OCC LEASTEC SYSTEMS CREDIT | | 676489 | 789,553.43 | | 61 MAANDERS | OCC// This is derived from a |
| 71 | 9-Nov-00 | 18548 MARION COUNTY | | 233143 | 10,741.00 | | 228 AFRYER | OCC// |
| 72 | 11-Oct-00 | 505 MEDICAL BUSINESS | | 690016 | 15,254.77 | | 26 JBUCHER | OCC ME1000 - OCC7 |
| 73 | 18-Oct-00 | 6717 MUSICMATC- INC | | 700997 | 41,529.00 | | 6 JDELUZUR | OCC CK-SENT COPY TC ELAINE |
| 74 | 18-Feb-99 | WIRE 0218399 OCC NEWCOURT | | 571160 | 8,033.83 | | 103 MKFORBEC | OCC |
| 75 | 12-Oct-00 | WIRE 1072300 OCC NEWCOURT | | 571160 | 8,670.00 | | 67 KOOMENEY | OCC |
| 76 | 23-Oct-00 | WIRE 1092300 OCC NEWCOURT | | 571160 | 886,863.35 | | 14 JBUCHER | OCC |
| 77 | 25-May-00 | WIRE 0572500 OCC NEWCOURT | | 571160 | 83,876.90 | | 158 JBUCHER | OCC CREDIT MEMO FOR $83K HIT |
| 78 | 25-May-00 | WIRE 0572500 OCC NEWCOURT | | 571160 | 1,818.93 | | 156 JBUCHER | OCC// |
| 79 | 24-May-00 | WIRE 0572500 OCC NEWCOURT | | 571160 | 53,552.55 | | 123 JBUCHER | OCC// support termination |
| 80 | 28-Aug-00 | WIRE 0872800 OCC NEWCOURT | | 571160 | 1,213,562.50 | | 70 KOOMENEY | OCC BAD INFO-CM's - INV'S |
| 81 | 28-Aug-00 | WIRE 0872800 OCC NEWCOURT | | 571160 | -55,404.85 | | 70 KOOMENEY | OCC CM'S - 'INV'S 1265500, |
| 82 | 22-May-00 | WIRE 0572500 OCC NEWCOURT | | 571160 | 31,396.53 | | 159 SYOHANNE | PER OCC |
| 83 | 31-May-00 | 1496 ONVIA.COM | | 680167 | 15,626.04 | | 159 EKEFALIO | OCC customer - A/C 703-1772 |
| 84 | | 109 PEMMCO | | 750724 | 27,909.00 | | 86 EKEFALIO | OCC Customer - 0703-12015 |
| 85 | | 3025 PRESCIENT MARKETS LLC | | 670399 | 295,929.33 | | 4 JDELUZUR | OCC sent copy to Elaine |
| 86 | 31-Oct-00 | 4091 QUESTIA MEDIA INC | | 734663 | 626,236.73 | | 6 JDELUZUR | OCC CK-SENT COPY TC ELAINE |
| 87 | | 30531 RESTRAC | | 218041 | 10,052.61 | | 14 JBUCHER | OCC// OPD INV#40047834 |
| 88 | 25-May-00 | WIRE 0572500 OCC SANWA BANK | | 227703 | 72,607.74 | | 165 JBUCHER | OCC |
| 89 | 4-Oct-00 | WIRE 0572500 OCC SANWA BANK | | 227703 | 750,419.04 | | 33 KEDVARDS | OCC |
| 90 | 3-May-00 | WIRE 0572500 OCC SANWA BANK | | 227703 | 289,908.33 | | 144 JBUCHER | OCC $28,599.44 for |
| 91 | 3-Apr-99 | WIRE 0340399 OCC SANWA BANK | | 227703 | 35,459.33 | | 256 MALBRIGH | OCC 1489.00 TO QB00350?/PER |
| 92 | 3-Jul-00 | WIRE 0703000 OCC SANWA BANK | | 227703 | 61,184.73 | | 110 JBUCHER | OCC CM INV#40042132/NEW |
| 93 | 3-Aug-00 | WIRE 0903000 OCC SANWA BANK | | 227703 | 31,219.75 | | 87 JBUCHER | OCC CM Inv#4005031#/new |
| 94 | 5-Jun-00 | WIRE 0805000 OCC SANWA BANK | | 227703 | 222,694.54 | | 67 LHAO | OCC |
| 95 | 4-Aug-99 | WIRE 0804099 OCC SANWA BANK | | 227700 | 34,573.63 | | 84 KEDVARDS | OCC// trans 5531.86 to |
| 96 | 5-Apr-00 | WIRE 0405000 OCC SANWA BANK | | 227703 | 16,587.14 | | 119 KEDVARDS | OCC//A30 63-POST'TO QB02507 |

Confidential - Pursuant to Protective Order

CCC

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 97 | 18-Oct-00 | WIRE 101900 OCC SIEMENS CORPORATION | | 53639 | 1,541.75 | | 19 KEDWARDS | OCC |
| 98 | 28-Aug-00 | WIRE 082800 OCC SIEMENS FINANCIAL SERVICES | | 761691 | 67,271.96 | | 66 KOOMENEY | OCC, REMAIN BAL IS PYMT DISC |
| 99 | 22-Jun-00 | WIRE 062200 OCC SILICON VALLEY BANK | | 216126 | 43,645.43 | | 137 KEDWARDS | OCC |
| 100 | 12-Oct-00 | WIRE 101200 OCC SILICON VALLEY BANK | | 216126 | 255,055.62 | | 75 KEDWARDS | OCC |
| 101 | 2-Nov-00 | 1769 SINGINGFISH.COM | | 703568 | 38,160.00 | | 4 JDELUZUR | OCC -sent copy to Elaine |
| 102 | 23-Oct-00 | 1761 SINGINGFISH.COM | | 703648 | 2,417.85 | | 14 JBUCHER | OCC/ ($2,417.85) belongs to |
| 103 | 17-May-00 | 3227 STARBELLY.COM | | 698377 | 27,473.00 | | 173 EKEFALIO | OCC Customer |
| 104 | | | | | 16,885,506.87 | T Total | | |
| 105 | | | | | 102 | Count | | |

0GA5_a01 (11-06-00 CCC xls) xls

10\18\2005

Confidential - Pursuant to Protective Order

NDCA-ORCL 3042914