# EXHIBIT 172

{Fwd: IT CRM}

Return-Path: <Jennifer.Minton@oracle.com>
Received: from oracle.com ([143.47.147.238])by rgmgw5.us.oracle.com
         (Switch-2.1.3/Switch-2.1.0) with ESMTP id g2MGGDQ19440;Fri, 22 Mar
         2002 09:16:13 -0700 (MST)
Message-ID: <3C9B5A3F.EDF3AB2C@oracle.com>
Date: Fri, 22 Mar 2002 08:22:23 -0800
From: Jennifer Minton <Jennifer.Minton@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.79 [en] (Windows NT 5.0; U)
X-Accept-Language: en
MIME-Version: 1.0
To: "PLANT,WILLIAM" <WILLIAM.PLANT@oracle.com>,
    "Williams,Thomas" <THOMAS.WILLIAMS@oracle.com>,
    "DAVIES,Greg" <GREG.DAVIES@oracle.com>,
    "Mcdowell,Cheryl" <CHERYL.MCDOWELL@oracle.com>,
    "Magnusson,Annica" <ANNICA.MAGNUSSON@oracle.com>,
    "Minamino,Akira" <AKIRA.MINAMINO@oracle.com>,
    "Garnick,Lawrence" <LARRY.GARNICK@oracle.com>,
    "dan.sharpley" <dan.sharpley@oracle.com>, loren <loren.mahon@oracle.com>,
    "Gacutan-Alferez,May" <MAY.GACUTAN-ALFEREZ@oracle.com>
Subject: [Fwd: IT CRM]
Content-Type: multipart/mixed;boundary="------------F2173AF2F6128362A3EAD2A4"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Return-Path: <larry.ellison@oracle.com>
Received: from D53KK711 (koi-home.us.oracle.com [139.185.70.3])by
         rgmgw6.us.oracle.com (Switch-2.1.3/Switch-2.1.0) with ESMTP id
         g2MF7Xc28688;Fri, 22 Mar 2002 08:07:33 -0700 (MST)
From: "Larry Ellison" <larry.ellison@oracle.com>
To: "'Jeff Henley'" <Jeffrey.Henley@oracle.com>,
    "'Mark Barrenechea'" <Mark.Barrenechea@oracle.com>
CC: "'Henley,Jeffrey'" <JEFF.HENLEY@oracle.com>,
    "'Minton,Jennifer'" <JENNIFER.MINTON@oracle.com>,
    "'Catz,Safra'" <SAFRA.CATZ@oracle.com>
Subject: RE: IT CRM
Date: Fri, 22 Mar 2002 07:04:05 -0800
Message-ID: <002101c1d1b2$d2a30f10$0346b98b@D53KK711>
MIME-Version: 1.0
Content-Type: text/plain;charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook, Build 10.0.2627
In-Reply-To: <3C9B44A7.BE4219B1@oracle.com>
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2600.0000
Importance: Normal

**ORACLE
CONFIDENTIAL**

1

NDCA-ORCL 059745

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: IT CRM]

Our top priority is to get Oracle users are "delighted" with the quality and functionality our CRM products. Until that happens I doubt we will achieve success in the market. The biggest problem is missing features as opposed to show stopper bugs. (There are a few of those as well but they are much easier to fix.) Every applications meeting now centers around representatives from our user community who report back on application quality and set priorities for development. We cannot remain in denial if we talk with our users every day. We need to work very hard to achieve a high degree of customer satisfaction for our sales and marketing products as soon as possible. We will have major improvements by June, but we are unlikely to deliver all we need until September. Doing it by September will require unrelenting focus and a Herculean effort. It can be done but not unless we change our development and testing process and do a better job listening to our user community.     Larry

-----Original Message-----
From: Jeff Henley [mailto:Jeffrey.Henley@oracle.com]
Sent: Friday, March 22, 2002 6:50 AM
To: Mark Barrenechea
Cc: Henley,Jeffrey; Minton,Jennifer; LELLISON_US; Catz,Safra
Subject: Re: IT CRM

I agree this is a good list of things to work on and that deep interaction
the developers and the users will ultimately get the products right.
However, based on experience your dates seem too optimistic to fully meet
our basic requirements----but I'd clearly love to be pleasantly surprised.


Mark Barrenechea wrote:

> Jeff / Jennifer -
>
> We have begun our weekly meetings with Jennifer's team, as well, our
> weekly meeting with Larry in his CRM-Applications review every Thursday.
>
> Our areas of focus include:
>     1.   Incentive Compensation
>     2.   Territory Management
>     3.   Data Quality
>     4.   Management reporting from OSO
>     5.   Store (we are now upto 10 countries + internal emp orders)
>            store.oracle.com
>
> Andrew Kass who works for me, has a separate weekly meeting with Ellen
> Eder and Lohen Mahn on Sales Contracts / Quoting.  OE-Lite has done well
> to focus us better on Oracle's requirements, we are finally engaged at
> the right level with the business, mutually, and we are gaining
> confidence that our next major CRM release (currently scheduled for end
> of June), can replace OE-Lite.  We will go through a series of reviews
> to gain the business's confidence on this, jointly build a rollout
> plan.  The sales for contracts / quoting team is focus on meeting
> Oracle's requirements fully.
>
> We have had some false starts on this, but we are rebuilding the trust
> and confidence on this one.  The only way to do this is week to week
> upto, and through the rollout.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 059746

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: IT CRM]

> 
> *Larry's review today focused on marketing leads to TeleSales with*
> *Jarvis, Hilarie and me.  Next week, we are inviting Loren Mohn to*
> *discuss territories.*

--------------------------------------------------------------------

Jennifer Minton <Jennifer.Minton@oracle.com>

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 059747

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 173

Document # 28 of 410

LATM0106100536
Business; Financial Desk
Oracle Says 3rd-Quarter Profit Will Miss Forecasts
JIM FINKLE
03/02/01
Los Angeles Times
LATM
Home Edition
C-3
Copyright 2001 / The Times Mirror Company

REDWOOD CITY, Calif. -- **Oracle Corp.**, the No. 2 independent software maker, said Thursday its fiscal third-quarter profit will miss forecasts, its first earnings shortfall in more than three years, because of the weak U.S. economy.

The announcement, made after the markets closed, sent Oracle's shares down as much as 21% in extended trading. The shares had closed up $2.38 at $21.38 on Nasdaq.

Oracle, whose database software helps store and retrieve libraries of information, said that a preliminary analysis of results for the period ended Wednesday shows it earned 10 cents a share, less than the 12-cent average forecast of analysts polled by First Call/Thomson Financial.

A substantial number of customers cut computer-related spending, with senior executives refusing to sign off on software purchases that had been approved by subordinates, Oracle said.

Most other big technology companies--including Microsoft Corp., Cisco Systems Inc. and Intel Corp.--have already said the cooling U.S. economy is hurting business as corporations curtail purchases.

"There is a general nervousness caused by uncertainty out there that is impacting senior executives across the board," said Oracle Chief Executive Larry Ellison. The difficulties have yet to spread to Asia and Europe, he said.

The company said it will provide further guidance when it reports final quarterly results March 15.

Sales growth for Oracle's best-selling program, its database software, was "flat to slightly negative," the company said. Sales of all software rose about 6%, while total sales, which includes revenue from consulting and other services, rose 9% to about $2.6 billion. Analysts expected sales of $2.89 billion, according to First Call.

Cost-cutting efforts will allow the company to report earnings growth, but at a lower rate than expected, said Chief Financial Officer Jeff Henley. Operating margin for the period widened to 33% from 31% a year ago, the company said.

Redwood City, Calif.-based Oracle is one of the last major technology companies to reduce forecasts because of slowing economic growth. In December, the company said it wasn't being hurt by the slowdown because corporations were buying its applications software to cut costs and boost efficiency.
18460322302001

=====

# EXHIBIT 174

1 of 100 DOCUMENTS

Copyright 2001 Factiva, a Dow Jones and Reuters Company
All Rights Reserved

# Dow Jones Factiva

(Copyright (c) 2001, Dow Jones & Company, Inc.)

## THE WALL STREET JOURNAL.

The Wall Street Journal

March 2, 2001 Friday

**SECTION:** Pg. A3

**LENGTH:** 745 words

**HEADLINE:** Oracle Issues Profit Warning As Sales Slow

**BYLINE:** By Lee Gomes and Don Clark, Staff Reporters of The Wall Street Journal

**BODY:**

Oracle Corp. said a sputtering economy slowed sales of two important product lines, cutting fiscal third-quarter profit below Wall Street expectations.

The Redwood Shores, Calif., company thus became the latest big high-tech concern to estimate an earnings shortfall, with slowing purchases by recession-wary business customers getting the blame.

Oracle's announcement fuels additional worries, however, by reducing the prospect that companies with new Internet-oriented product lines might be immune to a slowdown. Earlier, Oracle executives had hoped that their next-generation products, which are designed use the Web to make businesses more efficient, might still be in strong demand even during slow times.

Oracle's third quarter ended Wednesday, and the company is scheduled to release complete financial results for the period on March 15. In yesterday's preannouncement, it put earnings at about 10 cents a share, two cents below the low end of Wall Street's expectations.

The company made the announcement after 4 p.m. Oracle's shares, reflecting a modest rebound in most technology issues, were up by that time $2.38, or 13%, at $21.38 in Nasdaq Stock Market trading. But the stock tumbled following the news in after-hours trading to $16.88 a share, on heavy trading volume.

The reasons for the shortfall were at least as troubling to analysts as its magnitude. Oracle's database software, a mainstay product line used as the foundation for many other business programs, had flat to negative growth over the year-earlier period. While database sales have been slowing at Oracle for many quarters, analysts were surprised by the abruptness of the latest downturn.

Oracle also said its line of application software likely grew 50% in the quarter, well below earlier predictions that the business might grow by 75%-100%. These products are now mainly used by large companies to manage their books, but Oracle is banking on a broadened line of Web-based applications to maintain the rapid growth rates the

Oracle Issues Profit Warning As Sales Slow The Wall Street Journal March 2, 2001 Friday

company has seen in recent years.

Last week in New Orleans, in fact, the company hosted thousands of customers for a trade show that highlighted its application business. At the show, Oracle Chief Executive Larry Ellison gave a bullish assessment of the application business, saying it was "really starting to take off."

Oracle executives said they were blindsided by the sudden negative shift in the mood of customers over the past several days. On Wednesday, the final day of the quarter, "we just had a significant number of deals that were deferred," said Jeffrey Henley, Oracle's chief financial officer, in a conference call.

In many cases, Mr. Ellison added, the deals for software purchases had been approved at a vice-president level by Oracle's corporate customers, but CEOs and chief financial officers of those companies at the last minute decided to delay making a commitment.

Oracle had already been hurt by a falloff in orders from dot-com start-ups, many of which used Oracle databases to build new Web services. The company had been counting on conventional companies taking up the slack, using Oracle software to develop new electronic-business applications and improve their internal efficiency.

Still, the CEOs held off signing the purchase orders. "That was true, even where it was acknowledged that this deal would save the company money," Mr. Ellison said. "We have a lot of nervous senior executives looking at this economy and being very cautious."

Bob Austrian, a Banc of America Securities analyst who had cut his numbers for Oracle earlier this week, said the announcement showed that "the economic downturn has become severe enough that it has become a shock. And shocks always impair purchasing decisions."

Mr. Austrian said that the slower sales at Oracle are likely to extend well past the current quarter, saying they could last well into next year.

Mr. Ellison noted that the company's earnings are still expected to grow 20% over the year-earlier period, with operating-profit margins rising to 33% of sales from 31%. And Oracle hopes to keep improving its own efficiency, in part by more widely using its own software to run internal operations.

"We think we are better equipped to deal with this slowdown than any company in the world," Mr. Ellison said.

However, Mr. Ellison and Mr. Henley acknowledged that they couldn't predict when sales growth would improve, because of the continuing uncertainty among customers about the economy.

**NOTES:**
PUBLISHER: Dow Jones & Company

**LOAD-DATE:** December 5, 2004

# EXHIBIT 175

```
07:25am EST  2-Mar-01 UBS Warburg (US) (Roskill, Andrew +1 212 821 2220) ORCL
ORCL:PREANNOUNCES DISAPPOINTING Q3 RESULTS
```

UBS Warburg                                                          March 2, 2001
Andrew Roskill  +1 212 821 2220          Ragen Stienke  +1 212 821 6732
Ken Carey  +1 212 821 3533               Stephen Stout  +1 212 821 3624

Oracle Corp.(ORCL - NASDAQ) - Hold
US Technology, Software

| | | | | | | |
|---|---|---|---|---|---|---|
| Price: | 21.38 | Dividend: Nil | Mkt Cap: | 126.8b | Est Debt/TC: | N/A |
| Target: | 25.00 | Yield: Nil | Shrs O/S: | 5.9b | ROE: | 36% |
| 52 Week: | 46.31 - 19.00 | 5yrEGR: 20% | Avg Vol(000): | 33599 | Ent Val: | 118.5b |
| | | | Est BV/Shr: | 1.86 | CV Sec: | No |

| Fiscal Year Quarterly Estimates - EPS | | | | | Fiscal Year Estimates - EPS | | | |
|---|---|---|---|---|---|---|---|---|
| | 1Q | 2Q | 3Q | 4Q | | Prior EPS | P/E | Rev (m) |
| 2000: | 0.04 A | 0.06 A | 0.08 A | 0.16 A | May/2000 A: | 0.34 | 62.9 | 10130 |
| 2001: | 0.08 A | 0.11 A | 0.12 E | 0.21 E | May/2001 E: | 0.53 | 40.3 | 11906 |
| 2002: | 0.10 E | 0.13 E | 0.15 E | 0.27 E | May/2002 E: | 0.65 | 32.9 | 14200 |

ORCL:PREANNOUNCES DISAPPOINTING Q3 RESULTS

Summary:

Oracle pre-announced lower than expected Q3 `01 results yesterday after the
market closed.  Although the company cited the overall slowdown in economy and
the IT environment as the major cause of the shortfall, we believe there may
have been further contributors.  Although the shortfall did not come as a big
surprise to us, the order of magnitude did.  We indicated in November that we
had concern about the company`s ability to meet growth expectations in its
database business.   Those concerns were affirmed with results that were
nothing less than ugly.  There was limited information available on the results
since the quarter just ended two days ago, so we will drill down into the
numbers much more once earnings are released on March 15th.

Highlights:

o Oracle announced revenue for the quarter would grow about 9% versus year ago
results, which puts total sales at about $2.67B or $240M below our estimate.
More significantly, license revenue grew at only 6% year over year which
indicates sequential growth was basically flat at $1.1B, about $200M below our
estimate of 25% growth.  The major shortfall came from the database business
that was apparently "flat to slightly negative", well below the company`s
guidance in the 15-20% range.  Admittedly, these results came in under even our
lowest expectations.

o Operating income actually fell about $46M sequentially to approximately $900
million.  Operating margins look to be around 34%, which is down about 160
basis points from Q2, bringing and end to the trend of sequential expansion
enjoyed over the first two quarters of fiscal year 2001. CEO Larry Ellison said
there were no immediate plans to take aggressive cost cutting measures since
the company has been expanding operating margins for the last two years by
moving their operations to the Web.  EPS for the quarter is expected to be
$0.10 versus our estimate and the Street consensus of  $0.12.

o Management went out of its way to blame this whiff on the overall economic

-- FIRST CALL --

environment and the fact that customers were delaying their purchasing decision. Although we accept that the economy might be partially to blame, out take is that there may have been other issues including: 1) a maturation in the database market after two solid years of accelerated growth, 2) a lack of further share expansion in Unix segment, 3) Microsoft`s SQL Server gaining traction, 4) tough year ago comparisons, and 5) some degree of over capacity in the marketplace as customers bought databases ahead of demand.

Analysis:

* Perhaps the most challenging aspect about this development stems from management`s admitted lack of visibility for the future.  When questioned how the pipeline looked coming into this quarter relative to prior quarters, CFO Jeff Henley indicated that it was hard to tell.  Based on the lack of visibility and detail on the quarter, our estimates and price target are under review.  Once the company releases more detailed information on March 15th, we plan to revisit our model, but expect significant downward revisions.

Body:

* So where do we go from here?  Well, as we said earlier, this news did not exactly come as a surprise to us.  We have felt for some time that the recent growth in Oracle`s database market was not sustainable for two reasons.  First, last year there was a huge inflow from dotcoms that made for tough year ago comparisons.  Perhaps more importantly, we believe Oracle has enjoyed considerably higher than sustainable levels of growth due to lesser products being released by its competitors, which led to increased market share for Oracle.  We believe that Oracle has upwards of 80% of the Unix market, so there is not much room to grow there.  At the risk of crying "wolf", revision two of Microsoft`s re-architected SQL Server database is out and early indications are it is considerably better than past attempts and that it is being very well received by customers.  With that, we believe the overall database market will revert back to mean growth rates in the high single digits experienced in the mid to late 90s.   Additionally, we believe Oracle`s ability to gain share will become increasingly difficult and database license growth will contract to levels more in-line with the overall market.

* Unfortunately, the company did not give a lot of guidance relative to visibility going forward.  In fact, CFO Henley said that they felt very comfortable about the quarter up until last Friday, but were "very disappointed over the last couple of days" as multiple deals got pushed out of the quarter. The company indicated that most of these deals were very far along in the approval process.  In fact, each had been approved through the Vice President level, but got called off at the last minute by CFOs and CEOs who were increasingly uncertain about the overall economic environment.  When asked whether these deals were cancelled, CEO Ellison said no, that they were simply delayed and that many companies will be forced to complete the agreements in the next 30-60 days because they are already developing on the software. Management repeatedly indicated that these were not competitive losses, companies are simply delaying their purchases.  Although the company got the quarter off to a strong start with the Covisint deal, its seems particularly puzzling to attribute a $200M shortfall to the last couple of days of the quarter to a change in the economic environment

* On a somewhat more positive note, the applications business did considerably

-- FIRST CALL --

better than the database business.  Granted, the applications business missed our estimates as well, but growth for these products came in around 50% year over year.  We believe this provides further evidence that as IT budgets increasingly come under scrutiny, customers will focus more and more on products that promise high levels of ROI such as CRM, SCM and e-commerce applications.  We also believe that the weakness in Oracle`s applications business is because the company`s applications are not yet ready for prime time.  At Oracle`s applications conference last week, we learned that over 200 patches had been developed for the CRM product for the latest version. Furthermore, many customers we talked with indicated that although the CRM product showed promise, the SCM products are not even on the radar.  Although Feedback from these customers suggested that they were impressed with the idea of a fully integrated suite, we were unable to find any that had fully integrated and gone live on the suite.  Hence the reason we believe sector gorillas Siebel (SEBL - $44.63 - Buy) and I2 Technologies (ITWO- $27.56 - Buy) continue to enjoy high levels of growth and greater visibility in their pipeline.  More on that latter.

* We believe some of the weakness in Oracle`s database sales stemmed from an over supply in the marketplace, similar to Sun`s (SUNW - $20.06 - Buy) challenges.  As we indicated in our recent note on BEA Software (BEAS - $39.00 - Strong Buy), we believe customers bought servers, and database licenses to a lesser degree, ahead of demand.  All indications from the ebusiness applications companies that we cover are that a majority of licenses sold for CRM, SCM and ecommerce software are consumed immediately (upwards of 80% in BEA`s case).  This gives us further confidence in these companies` ability to plow through a restricted IT spending environment.

UBS Warburg LLC, PaineWebber Incorporated and/or one of their affiliates usually makes a market in the securities of this company: BEA Systems, I2 Technologies, Oracle Systems, Siebel Systems, Sunmicrosystems  Inc.

UBS Warburg LLC, PaineWebber Incorporated and/or one of their affiliates has acted as a manager/co-manager or placement agent in underwriting securities of this company or one of its subsidiaries in the past three years: I2 Technologies.

UBS Warburg LLC, 299 Park Avenue, New York, NY  10171-0026  Phone:  +1-212-821-6834

This report has no regard to  the  specific  investment  objectives,  financial situation or particular needs of any specific recipient.  This report is  based on information obtained from sources believed to be reliable but no independent verification has been made, nor is its  accuracy  or  completeness  guaranteed. This report is published solely for informational purposes and  is  not  to  be construed as a solicitation or an offer  to  buy  or  sell  any  securities  or related financial instruments.  Opinions expressed herein are subject to change without notice and the division, group, subsidiary or affiliate of  UBS  AG ("UBS") which produced this report is under no obligation to update or keep the information current. The securities described herein may not  be  eligible  for sale in all jurisdictions or to certain categories of investors. UBS and/or its directors, officers and employees may take positions in, and may make purchases and/or sales as principal or agent or  UBS  may  act  as  market-maker  in  the securities or related financial instruments discussed herein.  UBS may  provide corporate finance and other services to  and/or  serve  as  directors  of  the

-- FIRST CALL --

companies referred to in this report.  UBS accepts no liability for any loss or damage of any kind arising out of the use of this report.  UK: This report has been issued by UBS Warburg Ltd., a subsidiary of UBS AG, regulated in the UK by the Securities and Futures Authority, for distribution in the United Kingdom to persons who are not UK private customers.  US:  This report is being distributed to US persons by either UBS Warburg LLC or PaineWebber Incorporated, subsidiaries of UBS AG, or by a division, group or affiliate of UBS AG, that is not registered as a US broker-dealer (a "non-US affiliate"), to major US institutional investors only.  UBS Warburg LLC or PaineWebber Incorporated accepts responsibility for the content of a report prepared by another non-US affiliate when distributed to US persons by UBS Warburg LLC or PaineWebber Incorporated.  Canada: This report is being distributed by UBS Bunting Warburg Inc., a subsidiary of UBS AG and a member of the principal Canadian stock exchanges & CIPF. For transactions, please contact ontact your local sales representative.  Additional information will be made available upon request.

(c) 2001.  All rights reserved. This report may not be reproduced or distributed in any manner without the permission of UBS. First Call Corporation, a Thomson Financial company. All rights reserved.  888.558.2500

-> End of Note <-

-- FIRST CALL --

EXHIBIT 176

**From:** Karen Houston
**Sent:** Wed, 21 Mar 2001 09:59:41 GMT
**To:** wwpr1_us
**CC:** renee.edelman@pr21.com; tj.snyder@pr21.com; Ruth Danielson
**BCC:**
**Subject:** Suggested Messages for 11i Quality Issues

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 158595

WWPR:

Over the past couple of weeks, several stories have been published on 11i product quality issues. To date, most of these stories have been generated by US publications, but it's quite possible this story will be picked up internationally. Below are a few suggested speaking points to help your spokespeople address any inquiries.

- With the E-Business Suite, Oracle delivered one of largest and most comprehensive software engineering project to date. It's only reasonable to expect there     will be some bugs and defects in early versions.
- We provide new releases/patches very quickly to customers. The suite was initially released in May, and we've already delivered 3 subsequent versions. And, customers can easily download patches via MetaLink. Historically, customers would have to wait many months to receive upgrades.
- All software has bugs - and it will be significantly easier for customers to identify and address bugs with one vendor (the suite approach) than it will with multiple  vendors (kit approach). This supports the war on complexity message - by implementing software from a single vendor, customers significantly reduce the complexity in identifying and fixing product issues.
- It's interesting to note how the same piece of software can work well at one customer site, and terribly at another. There are many variables Oracle can't     control, such as customizations, product configurations and the resources a company chooses to apply to a project.

Additionally, we have seen several stories recently in the US that link our lower than expected apps sales to quality issues of 11i. We need to vigorously stress that our growth was hampered not by competitive pressures or software quality issues, but with the slowing US economy. A reporter only needs to look at other industry leaders such as Cisco and Intel to confirm the US economy is having an affect on technology companies

Please let me know if you have any questions, or suggestions.

Karern

--
************************************
Karen Houston
Director, Worldwide Public Relations, E-Business Suite
Oracle Worldwide Marketing
Phone: 650.607.0326 Fax: 650.506.7598
Cell: 650.245.7687 Email: Karen.Houston@oracle.com
************************************

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 158596

# EXHIBIT 177

[Fwd: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]]

Subject: [Fwd: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]]
Date: Thu, 22 Mar 2001 20:50:55 -0800
From: Leslie Rubin <leslie.rubin@oracle.com>
Organization: Oracle Corporation
To: "SUMMERS,JOEL" <JOEL.SUMMERS@oracle.com>,
"Miranda,Steven" <STEVEN.MIRANDA@oracle.com>,
Anthony Kavanagh <akavanag@us.oracle.com>,
"Heller,Peter" <PETER.HELLER@oracle.com>,
"Neumayr,Evelyn" <EVELYN.NEUMAYR@oracle.com>,
"Klaiss,Donald" <DON.KLAISS@oracle.com>
CC: "Rubin,Leslie" <LESLIE.RUBIN@oracle.com>

Hi, Gartner has given us a short review cycle on the following piece: "Oracle's Lowered Earnings Offer
Potential Opportunity for Customers." Please provide all feedback to me by **Friday, March 23rd 9AM
PST.** Seems to be a pretty fair assessment our apps current status. Thank you, Leslie

Title
**Oracle's Lowered Earnings Offer Potential Opportunity for Customers**
>
Summary
 Oracle's lowered fiscal 3Q01 earnings results indicate weak economic conditions but also underscore
flaws in Oracle's business model. Enterprises should be aware of opportunities and challenges.

 Event
On 20 March 2001, Oracle announced a limited layoff of 2 percent of its
worldwide workforce of 43,000. The move follows Oracle's announcement on
15 March 2001 of lower than expected earnings for its third fiscal
quarter, ended 28 February 2001. Revenue rose to $2.67 billion in fiscal
3Q01 from $2.49 billion in 3Q00. However, earnings dropped from $0.13 per
share in fiscal 3Q00 to $0.10 per share in 3Q01. Database revenue
increased by 6 percent while application revenue grew by 25 percent, year
over year. These numbers matched downwardly revised expectations that
Oracle issued on 1 March 2001. As reasons for the shortfall, Oracle cited
the weakening U.S. economy along with decisions by some customers during
the last week of the quarter to delay purchases.

 First Take
As many IT vendors have, Oracle blamed the economic slowdown in the
United States for affecting its business, with many of its enterprise customers
deferring purchases. However its lowered sales performance across the
board also stems from several factors unique to Oracle: database pricing,
11i quality and the suite approach to selling applications.

Oracle's dominant market share of the Unix relational database market has
allowed it to retain customers while imposing a more costly pricing
structure for its products. Many of Oracle's customers have not liked the
power-unit, or capacity-based, pricing, which has acted as a disincentive
for purchasing new licenses or expanding existing agreements. With
economic conditions leading to reduced spending and Oracle's price
increases, Gartner has heard from many enterprises that they are

**ORACLE
CONFIDENTIAL**

1

**NDCA-ORCL 064535**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]]

considering competing products - such as Microsoft SQL Server at the low
end and IBM DB/2 at the upper end - as more cost-effective alternatives.

Oracle 11i, the enterprise application suite, has seen limited adoption
since its release in May 2000 due partly to inconsistent product quality
and Oracle's emphasis on the application suite in its entirety. Oracle's
suite-selling approach is more complex because it addresses many
functional areas and requires changes in many business operational areas.
Thus, it has extended an already lengthy application sales cycles. This
suite approach requires customers to take an integrated look at their
enterprises and plan for a comprehensive, larger scale implementation.
Other, niche vendors can offer quicker implementation and generally deal
with fewer buying centers, thereby simplifying the buying decision.

Although application sales continued to increase in fiscal 3Q01 with
sales up 25 percent, year over year, weakness in application sales outside of
the United States shows that adoption of Oracle 11i will likely slow even
further. European application license revenue fell below expectations in
3Q01, which may mean that sales in Europe or elsewhere overseas
throughout 2001 will not balance lower U.S. results.

Oracle customers and prospects should continue evaluating Oracle products
for deployment and should negotiate opportunities to obtain advantageous
pricing due to more constrained demand. Oracle 11i prospects should
continue to review individual modules for stability and should consult
references that have put 11i into production. Customers of application
vendors other than Oracle should expect similar announcements and
opportunities with their own vendors.

Analytical Source: Timothy Tow, Administrative Applications Strategies

Subject: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]
  Date: Thu, 22 Mar 2001 19:14:09 -0800
  From: Julia Cheng <Julia.Cheng@oracle.com>
Organization: Oracle Corporation
    To: leslie.rubin@oracle.com, leslie.doyle@oracle.com

```
fyi - Leslie...You may want to run this Gartner Take by your product
folks, for final review. Gartner has given us a deadline of tomorrow
12nEDT/9amPST for final comments.
I sent it over to the database side for review.
(see text below from Tim Tow).
```

**ORACLE
CONFIDENTIAL**

```
--
Best regards,
Julia
```

2

**NDCA-ORCL 064536**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]]

Please make note that my email has changed to
<julia.cheng@oracle.com>
--------------------------------------------------------------------------------
Julia Cheng
Director
Analyst Relations
Oracle Worldwide Marketing

Oracle Corporation
500 Oracle Parkway
Mailstop 5op1006
Redwood Shores, CA 94065

Email: Julia.Cheng@oracle.com
Phone: 650.633.8180
http://www.oracle.com

>  **Subject: Gartner Take on Earnings: analysis for review]**
>  **Date:** Thu, 22 Mar 2001 15:00:45 -0800
>  **From:** Julia Cheng <Julia.Cheng@oracle.com>
>  **Organization:** Oracle Corporation
>  **To:** robert.shimp@oracle.com

Bob,
Any comments from your end in response to Tim Tow's analysis on our
earnings?
I believe Tim tracks us more on the 11i side of the house, but the
writeup includes
info. re: our database traction in the market and pricing.
I read that the deadline to RSVP back to Gartner is tomorrow, so any
comments today would be much appreciated.
Thanks,

--
Best regards,
Julia

Please make note that my email has changed to
<julia.cheng@oracle.com>
--------------------------------------------------------------------------------
Julia Cheng
Director
Analyst Relations
Oracle Worldwide Marketing

Oracle Corporation
500 Oracle Parkway
Mailstop 5op1006
Redwood Shores, CA 94065

Email: Julia.Cheng@oracle.com
Phone: 650.633.8180
http://www.oracle.com

**ORACLE
CONFIDENTIAL**

3

NDCA-ORCL 064537

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]]

**Subject: FW: analysis for review**
  Date: Thu, 22 Mar 2001 14:33:22 -0500
  From: "Purchase,Eric" <eric.purchase@gartner.com>
    To: "'julia.cheng@oracle.com'" <julia.cheng@oracle.com>

Dear Ms. Cheng:

Leslie Doyle asked me to forward this message to you.

Thanks, Eric

> -----Original Message-----
> From: Purchase,Eric
> Sent: Thursday, March 22, 2001 12:02 PM
> To:    'leslie.doyle@oracle.com'
> Subject:      analysis for review
> Importance:   High
>
> Dear Ms. Doyle:
>
> The following document by Tim Tow is a Gartner FirstTake -- i.e., Gartner
> analysts' initial analysis for the benefit of Gartner clients looking for
> quick, *initial take* positions and recommendations. We are sending this
> FirstTake of the third quarter earnings announcement as a professional
> courtesy before publication on gartner.com.
>
> Gartner intends to publish this on Friday, 23 March 2001. I would be
> grateful if you would e-mail any factual corrections to me by noon Eastern
> Time on Friday (eric.purchase@gartner.com). I will forward other comments
> regarding the initial analytical position to the analyst for consideration
> before publication.
>
> Thank you,
> Eric Purchase
> 1 (716) 633-0720 ext. 201
>
> Title
> Oracle's Lowered Earnings Offer Potential Opportunity for Customers
>
> Summary
>            Oracle's lowered fiscal 3Q01 earnings results indicate weak
> economic conditions but also underscore flaws in Oracle's business model.
> Enterprises should be aware of opportunities and challenges.
>
>
> Event
> On 20 March 2001, Oracle announced a limited layoff of 2 percent of its
> worldwide workforce of 43,000. The move follows Oracle's announcement on
> 15 March 2001 of lower than expected earnings for its third fiscal
> quarter, ended 28 February 2001. Revenue rose to $2.67 billion in fiscal
> 3Q01 from $2.49 billion in 3Q00. However, earnings dropped from $0.13 per
> share in fiscal 3Q00 to $0.10 per share in 3Q01. Database revenue
> increased by 6 percent while application revenue grew by 25 percent, year
> over year. These numbers matched downwardly revised expectations that
> Oracle issued on 1 March 2001. As reasons for the shortfall, Oracle cited
> the weakening U.S. economy along with decisions by some customers during
> the last week of the quarter to delay purchases.
>
> First Take
> As many IT vendors have, Oracle blamed the economic slowdown in the United
> States for affecting its business, with many of its enterprise customers

4     **ORACLE
      CONFIDENTIAL**

NDCA-ORCL 064538

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]]

> deferring purchases. *However its lowered sales performance across the*
> *board also stems from several factors unique to Oracle: database pricing,*
> *11i quality and the suite approach to selling applications.*
>
> Oracle's dominant market share of the Unix relational database market has
> allowed it to retain customers while imposing a more costly pricing
> structure for its products. Many of Oracle's customers have not liked the
> power-unit, or capacity-based, pricing, which has acted as a disincentive
> for purchasing new licenses or expanding existing agreements. With
> economic conditions leading to reduced spending and Oracle's price
> increases, Gartner has heard from many enterprises that they are
> considering competing products - such as Microsoft SQL Server at the low
> end and IBM DB/2 at the upper end - as more cost-effective alternatives.
>
> *Oracle 11i, the enterprise application suite, has seen limited adoption*
> *since its release in May 2000 due partly to inconsistent product quality*
> *and Oracle's emphasis on the application suite in its entirety.* Oracle's
> suite-selling approach is more complex because it addresses many
> functional areas and requires changes in many business operational areas.
> Thus, it has extended an already lengthy application sales cycles. This
> suite approach requires customers to take an integrated look at their
> enterprises and plan for a comprehensive, larger scale implementation.
> Other, niche vendors can offer quicker implementation and generally deal
> with fewer buying centers, thereby simplifying the buying decision.
>
> Although application sales continued to increase in fiscal 3Q01 with sales
> up 25 percent, year over year, weakness in application sales outside of
> the United States shows that adoption of Oracle 11i will likely slow even
> further. European application license revenue fell below expectations in
> 3Q01, which may mean that sales in Europe or elsewhere overseas throughout
> 2001 will not balance lower U.S. results.
>
> Oracle customers and prospects should continue evaluating Oracle products
> for deployment and should negotiate opportunities to obtain advantageous
> pricing due to more constrained demand. Oracle 11i prospects should
> continue to review individual modules for stability and should consult
> references that have put 11i into production. Customers of application
> vendors other than Oracle should expect similar announcements and
> opportunities with their own vendors.
>
> Analytical Source: Timothy Tow, Administrative Applications Strategies

Julia Cheng <Julia.Cheng@oracle.com>

Julia Cheng <Julia.Cheng@oracle.com>

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 064539

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: URGENT for REVIEW: Gartner Take on Earnings: analysis for review]]]

Leslie Rubin <leslie.rubin@oracle.com>
Senior Manager
Industry Analyst Relations, Applications
Worldwide Marketing

ORACLE
CONFIDENTIAL

6

NDCA-ORCL 064540

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# EXHIBIT 178

[Fwd: [Fwd: EPS Trend]]

**Return-Path:** <Jeff.Henley@oracle.com>
**Received:** from oldmail.us.oracle.com (oldmail.us.oracle.com [130.35.62.15])by
gmgw04.oraclecorp.com (8.8.8☐.8.8) with ESMTP id RAA07989for
<stephanie.aas@oracle.com>; Mon, 11 Dec 2000 17:52:16 -0800 (PST)
**Received:** from gmgw01.oraclecorp.com (gmgw01.oraclecorp.com [130.35.61.190])by
oldmail.us.oracle.com (8.8.8☐.8.8) with ESMTP id RAA14979for
<saas@us.oracle.com>; Mon, 11 Dec 2000 17:52:16 -0800 (PST)
**Received:** from oracle.com (jhenley-pc.us.oracle.com [144.25.176.109])by
gmgw01.oraclecorp.com (8.8.8☐.8.8) with ESMTP id RAA21297for
<saas@us.oracle.com>; Mon, 11 Dec 2000 17:52:15 -0800 (PST)
**Message-ID:** <3A3584C6.78856FEB@oracle.com>
**Date:** Mon, 11 Dec 2000 17:52:07 -0800
**From:** Jeff Henley <Jeff.Henley@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** saas <saas@us.oracle.com>
**Subject:** [Fwd: [Fwd: EPS Trend]]
**Content-Type:** multipart/mixed;boundary="------------CA5C7C5EC607EE897DD2006D"
**X-Mozilla-Status:** 8003
**X-Mozilla-Status2:** 00000000

==I think we should position the folks at the call that historically Q3
isn't a lot more EPS than Q2.  so a penny more per share would seem
right.==

**Return-Path:** <Jennifer.Minton@oracle.com>
**Received:** from oracle.com (dhcp-5op6-5op6-west-144-25-178-145.us.oracle.com
[144.25.178.145])by gmgw01.oraclecorp.com (8.8.8☐.8.8) with ESMTP id
QAA18118for <JEFF.HENLEY@ORACLE.COM>; Mon, 11 Dec 2000 16:44:20
-0800 (PST)
**Message-ID:** <3A35761E.24ABD960@oracle.com>
**Date:** Mon, 11 Dec 2000 16:49:34 -0800
**From:** Jennifer Minton <Jennifer.Minton@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Henley,Jeffrey" <JEFF.HENLEY@oracle.com>
**Subject:** [Fwd: EPS Trend]
**Content-Type:** multipart/mixed;boundary="------------7B39023E882E4E3336E94657"

here you go

ORACLE
CONFIDENTIAL

ORCL 0069151

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER



EXHIBIT
thill   11
9.8.06   ___

NDCA-ORCL 299775

[Fwd: [Fwd: EPS Trend]]

Return-Path: <Larry.Garnick@Oracle.com>
Received: from Oracle.com (dhcp-5op6-5op6-west-144-25-178-162.us.oracle.com
[144.25.178.162])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
PAA22624for <JENNIFER.MINTON@ORACLE.COM>; Mon, 11 Dec 2000
15:39:00 -0800 (PST)
Message-ID: <3A356555.80DECBD4@Oracle.com>
Date: Mon, 11 Dec 2000 15:37:57 -0800
From: Larry Garnick <Larry.Garnick@Oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: "Minton,Jennifer" <JENNIFER.MINTON@Oracle.com>
Subject: EPS Trend
Content-Type: multipart/mixed;boundary="-----------9D603F376E959ED681E6D483"

Split adjusted Net Income ($000) and EPS excluding extraordinary items looks like this:

|      | Q2 Net Income | Q3 Net Income | Q2 EPS | Q3 EPS |
|------|---------------|---------------|--------|--------|
| FY98 | $187          | $215          | .03    | .04    |
| FY99 | $274          | $293          | .05    | .05    |
| FY00 | $384          | $498          | .06    | .08    |
| FY01 | $623          |               | .11    |        |

Larry Garnick <Larry.Garnick@Oracle.com>
Assistant Corporate Controller
Corporate Finance

Jennifer Minton <Jennifer.Minton@oracle.com>

ORACLE
CONFIDENTIAL

ORCL 0069152

2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 299776

# EXHIBIT 179

http://www.firstcall.com/links/34/...7617077162939122488/395761650.html

00:37am EST  6-Dec-00 Robertson Stephens (Upin, Eric B (415) 693-3441) ORCL
November Quarter Preview -- Although We Anticipate Solid Resul... (Part 1 of 3)

                I N T E R N E T  /  B U S I N E S S
                      T O - B U S I N E S S
                E C O M M E R C E   R E S E A R C H
December 6, 2000

O R A C L E   C O R P O R A T I O N   (ORCL/$31.50)
November Quarter Preview -- Although We Anticipate Solid Results Given Seasonal
Strength in the Software Industry, We Maintain Our Cautious Outlook Moving
Forward
Rating:  Long Term Attractive
Eric B. Upin  415/693-3441  eric_upin@rsco.com
Carey L. Jennings  415/248-4025  carey_jennings@rsco.com
Kristen B. Schaeffer  415/623-7543  kristen_schaeffer@rsco.com

Change In...     Yes/No   Was      Is
Rating           No                LTA
EPS  F2000A      No                $0.34
EPS  F2001E      No                $0.48
EPS  F2002E      No                $0.56

52-Week Range           $46.47-16.88
FD Shares Outstanding    5,932.8 MM
Market Cap            $186,883.2 MM
Avg Daily Volume (000)      46,000
Book Value/Share 8/00        $0.91
3-Yr Secular Gr Rate        25.00%
Dividend/Yield          NONE/ NONE
Price/Book Value 8/00        34.6x
Total Debt/Tot Cap 8/00       5.3%
Net Cash/Share 8/00          $0.80
ROAE 2001E                  15.2%

| FY May | F2000 A | F2001 E | F2002 E |
|---|---|---|---|
| EPS | | | |
| 1Q | $0.04 | $0.08 A | $0.08 |
| 2Q | $0.06 | $0.10 E | $0.12 |
| 3Q | $0.08 | $0.11 E | $0.13 |
| 4Q | $0.15 | $0.19 E | $0.23 |
| Year | $0.34 | $0.48 | $0.56 |
| P/E: | 92.6x | 65.6x | 56.3x |
| CY EPS: | $0.42 | $0.49 | NA |
| CY P/E: | 75.0x | 64.3x | NM |

| Rev (MM) | F2000 A | F2001 E | F2002 E |
|---|---|---|---|
| 1Q | $1,984.5 | $2,261.9 A | $2,580.0 |
| 2Q | $2,321.9 | $2,723.0 E | $3,165.0 |
| 3Q | $2,449.4 | $2,877.0 E | $3,390.0 |
| 4Q | $3,374.3 | $3,945.2 E | $4,665.0 |
| Year | $10,130.1 | $11,807.0 | $13,800.0 |
| CY: | $10,808.6 | $12,567.2 | NA |
| Eqty Mkt Val/Rev: | 18.4x | 15.8x | 13.5x |
| Eqty Mkt Val/CY Rev: | 17.3x | 14.9x | NM |

Key Points
• Although we remain cautious on the stock following our  downgrade  in  early
  October, we believe Oraclea   could  deliver  a  relatively  solid  November
  quarter given the  seasonal  strength  for  the  company  and  the  software
  industry as a whole. In addition,  the  management  team  has  continued  to
  convey  a  positive  tone  of  business  and  outlook  at  recent  investor
  conferences   and  has  reiterated  its  expectations  for  15-25%  year/year
  revenue growth in databases and 50-100% growth in application  licenses  for
  F2001. Oracle plans to report Q2:F01 earnings on Thursday, December 14.
• For  the  quarter,  we  are  projecting  total  revenue  of  $2.72   billion
  (representing 17% year/year growth) and EPS of $0.10  (representing  67%
  year/year growth). First Call consensus is $0.10. In the database  business,
  we are projecting  server  licenses  of  $775  million   representing  19%

ORACLE                 CA-ORCL 018360            12/06/2000 8:08 PM
CONFIDENTIAL

NDCA-ORCL 021382

http://www.firstcall.com/links/34/...761707716293912488/395761650.html

year/year growth. In the applications business, we are looking for license revenue of $248 million  representing 48% year/year growth. We project the operating margin to expand to 29.3% from 24.8% in the year-ago quarter.
• As we have previously articulated, we believe that even if Oracle delivers on the Street s projections for the November quarter, ~~the company still faces a tough February quarter and a substantial revenue ramp in the May quarter  and the true test of its performance in the applications space in our opinion~~ Although our May estimate of $625 million in application license revenue is consistent with the back-end loaded nature of Oracle s fiscal year and conservative relative to the Street and company expectations, we believe Q4 represents a steep ramp given the execution risks associated with the applications business and recent management departures. Moreover, we believe seasonal weakness in the February quarter could be compounded by the effects of a potentially slowing economy introducing market risk to the story. As a result, we maintain our cautious outlook on the stock over the next 2-3 quarters.

November Quarter Preview
We are comfortable with our estimates of total revenue of $2.72 billion (representing 17% year/year growth), an operating margin of 29.3%, and EPS of $0.10 (representing 67% year/year growth) given the seasonal strength of the November quarter for the company and the software industry as a whole. In addition, the management team recently reiterated its confidence in achieving 15-25% year/year revenue growth in database servers and 50-100% growth in application licenses for F2001  implying growth rates of a similar magnitude for the November quarter.

In the August quarter, Oracle reported total revenue of $2.26 billion (representing 14% year/year growth), an operating margin of 29.1%, and EPS of $0.17. Although the company exceeded Street operating margin and EPS expectations, application license revenue was disappointing  where the company reported $156 million in application license revenue compared to Street expectations in the $170-180 million range. Although we attribute these results in part to seasonal weakness characteristic of the company s first fiscal quarter, we believe these results reflected the challenges Oracle faces in successfully rolling out its 11i application suite and competing in the intensely competitive applications space.

Figure 1: Q2:F01 Ending November Estimates ($ Millions, except per share data)

Source: Company reports, First Call and Robertson Stephens estimates.

For the applications business, we are projecting license revenue of $248 million  representing 48% year/year growth and 19% of total application license revenue for the year. For F2001, we are projecting total licenses of $1.32 billion  representing 43% year/year growth. Recent customer wins have included Hitachi Data Systems, Agilent Technologies, Medstoxx (a B2B marketplace for the healthcare vertical), and a Chilean marketplace sponsored by ENTEL. We believe Oracle now has 64 live customers on 11i. In addition, Oracle announced that Citigroup will implement its procurement solutions as part of an agreement in which Citibank will provide its payment and settlement services through OracleExchange.com and promote Oracle solutions to Citigroup s customers.

Although Oracle no longer breaks out ERP, CRM, supply chain, or procurement application license revenue, we believe Financials continue to account for the majority of wins and mid-market ASP customers represent the lion share of live implementations. Moving forward, we will be looking for new customer wins and ~~successful 11i implementations at large, enterprise accounts as evidence of the company s progress in building a referenceable customer base in~~ the applications space. In addition, we believe it will be important for the company to demonstrate traction in higher growth application areas, such as supply chain and procurement, and to sell additional modules to existing customers.

For the database business, we are projecting server license revenues (excluding tools) of $775 million  representing 19% year/year growth. For the year, we are projecting server license revenue of $3.71 billion (representing 20% year/year growth). In June, Oracle released its third version of 8i, as well as an updated Oracle Application Server, which includes caching technology that

**ORACLE
CONFIDENTIAL**

**CA-ORCL 018361**

12/06/2000 8:08 PM

NDCA-ORCL 021383

increases the scalability and speed of Internet applications. In the quarter, although Oracle had several 8i wins at B2B exchanges, including ChinaResources.com and FerrousExchange, the company has not announced any major Fortune 500-caliber wins in the database business.

We project services, which include consulting, support, and training, to contribute revenue of $1.60 billion in the November quarter representing 12% year/year growth and 59% of total revenue for the quarter. For F2001, we are looking for services revenues of $6.34 billion representing 11% year/year growth. We believe services growth could begin to reaccelerate (we are projecting 12% year/year growth for the November quarter compared to 8% year/year growth in the August quarter) reflecting higher software license growth and selective participation in consulting projects following the company s paring of the services organization over the past year.

Figure 2: Q2:F01 Revenue Estimates by Business ($ Millions, except per share data)

Note: Total revenue figures include Other revenue, which includes systems integration, documentation, etc.
Source: Company reports and Robertson Stephens estimates.

Our Call on the Stock
Although we believe Oracle could deliver solid November quarter results, we remain cautious on the stock based on company and market-related factors, including the following:

1) Limited track record and customer base in applications which will take several more quarters to build given that 11i was released in June and represents a major new product cycle in a market that is unique from the company s core database business. Over the next several quarters, Oracle must train the sales force to sell 11i applications, launch a new calling effort targeting different buyers (buyers of applications are business people while databases are typically purchased by IT professionals), build the pipeline, win new business, develop 11i customer references, and deepen the product functionality. We believe Oracle must execute well in these areas on an intensely competitive playing field where entrenched, best-of-breed vendors continue to capture significant market share, particularly in the higher growth areas of CRM, supply chain collaboration, and B2B eCommerce. We believe applications represent the next engine of revenue growth and margin expansion for the company marking a major transition in the business from databases to applications.

2) Seasonal weakness in the February quarter where it is more difficult to close deals in the first few months of the year in the software industry following seasonally stronger demand at year-end. In addition, if additional economic data indicate slowing in 2001, we believe sales cycles could lengthen and spending soften for major software implementations potentially compounding the effects of seasonal weakness and impacting Oracle s ability to deliver on Street expectations, in our opinion.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORACLE
CONFIDENTIAL

CA-ORCL 018362          12/06/2000 8:08 PM

NDCA-ORCL 021384

http://www.firstcall.com/links/97/...35495294518368889571/395761670.html

00:38am EST  6-Dec-00 Robertson Stephens (Upin, Eric B (415) 693-3441) ORCL
November Quarter Preview -- Although We Anticipate Solid Resul... (Part 2 of 3)

3) Steep revenue ramp in applications projected for the May quarter  where we
are projecting application license  revenue of $625 million, which is
conservative relative to the Street and to the company s internal projections
of $670 million - $1 billion for the fourth quarter. Although these projections
are consistent with the back-end loaded nature of Oracle s fiscal  year, which
has historically accounted for 40-50% of application license revenue and one-
third of total annual revenue, we believe this is a substantial revenue ramp in
absolute terms, particularly given the  execution  risks  associated  with the
transition to the applications business (see our 11/08/00 research note).

4) Management team departures  where two prominent members of the senior
management team have left the company in as many quarters. Gary Bloom, a 14-
year veteran of Oracle and most recently the head of the core database
business, worldwide marketing, support, education, alliances, mergers and
acquisitions, information technology, and the venture fund, left the company to
become CEO of VERITAS Software. This announcement followed the departure of Ray
Lane, Oracle s former President and COO, in July. We believe Lane s absence at
the company has impacted the applications business in particular given the
prominent role he played in developing business and managing client
relationships in this area. The company does not plan to replace Bloom or Lane
 leaving the remaining management team to absorb their responsibilities and
introducing another risk factor for the company moving forward, in our opinion.

Figure 3: Recent Company Announcements

| Date | Announcement | Significance |
|---|---|---|
| 11/30/00 | ChinaResources.com | Announced a joint effort between Oracle, Andersen Consulting and China Resources Enterprises to build an online electronic exchange for China and Asia.  Oracle will provide its iProcurement module and Oracle 8i database. |
| 11/30/00 | Vietnam Marketplace | Signed a Memorandum of Understanding (MOU) to build a multi-industry marketplace for the People s Committee of Danang City. |
| 11/29/00 | RxMarketplace | Marketplace for retail pharmacists deployed parts of the E-Business suite, including iStore, Sales Online, Service, Marketing Online, Order Management, Purchasing, and Financials, in six months. |
| 11/29/00 | Vingage | Internet video company installed Oracle Financials in less than two months. |
| 11/29/00 | ENTEL Chile | Announced the joint development of a Chilean electronic marketplace. |
| 11/29/00 | Medstoxx Exchange | Selected Oracle Exchange to power Medstoxx Exchange, an online healthcare consortium exchange that expects to be fully operational by early 2001. |
| 11/28/00 | Joe Lockhart Joins Oracle | The former White House Press Secretary joined Oracle as a member of the senior management team focused on communicating the business strategy. |
| 11/17/00 | EVP Gary Bloom Resigns | EVP Gary Bloom left his post at Oracle to become the CEO of VERITAS Software. |
| 11/16/00 | FerrousExchange | Selected Oracle 8i database for the steel consortium marketplace. |
| 11/15/00 | Hitachi Data Systems | Selected Oracle s Financials, Internet Procurement, Advanced Planning and Scheduling, Human Resources and Order Management modules to |

ORACLE
CONFIDENTIAL

CA-ORCL 018363

12/06/2000 8:07 PM

NDCA-ORCL 021385

streamline their supply chain processes.

| | | |
|---|---|---|
| 11/15/00 | Nupremis | Internet data server and storage company selected Oracle s E-Business Suite to streamline their internal operations.  Nupremis is a member of the Oracle iHost program. |
| 11/14/00 | Citigroup | Announced partnership in which Citigroup will integrate its payment and settlement services into Oracle Exchange.com, install Oracle s iProcurement solution worldwide, and market Oracle Exchange to its corporate customers. |
| 11/13/00 | Agilera | Application service provider completed its implementation of Oracle 11i in 30 days. |
| 11/6/00 | MedChannel | Selects Oracle Exchange functionality to build out its Collaborative Healthcare Network for the medical supply chain. |
| 10/30/00 | NetLedger | Announced a partnership to offer NetLedger s small business solutions directly from Oracle.com. |
| 10/25/00 | Agilent Technologies | Agreed to implement the Oracle E-Business Suite at three major Agilent sites. |
| 11/6/00 | MedChannel | Selects Oracle Exchange functionality to build out its Collaborative Healthcare Network for the medical supply chain. |
| 10/11/00 | MiningXchange | Launched mining, oil and mineral marketplace formed by Unifize, Yapster, Lepanto Consolidated Mining, and Tennant Limited. |
| 9/27/00 | OfficeFurniture.com | Online retailer successfully implemented E-Business Suite |
| 9/27/00 | Metals-Russia.com | Russian metals marketplace went live on Oracle Exchange in 30 days. |
| 9/27/00 | IndustrySuppliers.com | Selected Oracle Exchange to power the European exchange for heavy industry. |
| 9/6/00 | GE Capital Commercial Services | Announced partnership in which GE Capital Commercial Services will offer its financial services, such as payment protection and billing services, to Oracle Exchange customers. |

Source: Company reports.

**The Company**

Oracle Corporation, founded in 1977 and headquartered in Redwood Shores, California, is one of the largest and most prominent companies in the software space -- and a technology bellwether. The company provides Internet software infrastructure, including database servers, as well as business applications and services, to Global 2000 companies worldwide.

**Investment Thesis**

We believe Oracle offers one of the most comprehensive software solutions in the market, including databases, application development tools, ERP and B2B applications, support, consulting, education, and training. We believe Oracle represents a leading player in the software space for the following reasons: (1) the dominant player in the database software market with more than $10 billion in total F2000 revenue; (2) well-positioned to capitalize on the growth of the Internet and eBusiness given its marketshare in software infrastructure and initiatives in the applications area; (3) highly profitable business model generating 15-40% operating margins; (4) multiple legs of growth, including new products, new customers, deeper penetration of its large installed base, and expansion into broader market segments with hosted solutions.

**Investment Risks**

Among the risks are (1) potential fluctuations in quarterly operating results

ORACLE
CONFIDENTIAL

CA-ORCL 018364

12/06/2000 8:07 PM

NDCA-ORCL 021386

due to seasonality, delays in the sales cycle, and delays in new product releases; (2) new product development efforts and rapid pace of technological change; (3) management of rapid growth; (4) reliance on third party systems integrators to sell and implement Oracle solutions; (5) competition from providers of best-of-breed applications, databases, and development tools; and (6) successful execution on a broad-base strategy, including the company's major release of the 11i application suite.

This research report is a product of Robertson Stephens, Inc.

(a) - Robertson Stephens maintains a market in the shares of this company.
(b) - Robertson Stephens has been a managing or comanaging underwriter for or has privately placed securities of this company within the past three years.
(c) - A Robertson Stephens officer sits on the board of directors of this company.
(s) - Fleet Specialist, Inc. (Member NYSE), an affiliate of Robertson Stephens, Inc., is the specialist that makes a market in this security, and at any given time, Fleet Specialist may have an inventory position, either long or short, in this security. As a result of Fleet Specialist s function as a market maker, such specialist may be on the opposite side of orders executed on the floor of the Exchange in this security.

Additional information is available upon request.
Robertson Stephens, Inc. ( Robertson Stephens ) is an NASD member and a member of all major exchanges and SIPC.

The information contained herein is not a complete analysis of every material fact respecting any company, industry or security. Although opinions and estimates expressed herein reflect the current judgment of Robertson Stephens, the information upon which such opinions and estimates are based is not necessarily updated on a regular basis; when it is, the date of the change in estimate will be noted. In addition, opinions and estimates are subject to change without notice. This Report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from the results described in the forward-looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in "Investment Risks." Robertson Stephens from time to time performs corporate finance or other services for some companies described herein and may occasionally possess material, nonpublic information regarding such companies. This information is not used in the preparation of the opinions and estimates herein. While the information contained in this Report and the opinions contained herein are based on sources believed to be reliable, Robertson Stephens has not independently verified the facts, assumptions and estimates contained in this Report. Accordingly, no representation or warranty, express or implied, is made as to, and no reliance should be placed on, the fairness, accuracy, completeness or correctness of the information and opinions contained in this Report. Robertson Stephens, its managing directors, its affiliates, its employee investment funds, and/or its employees, including the research analysts authoring this report, may have an interest in the securities of the issue(s) described and may make purchases or sales while this report is accessible. Robertson Stephens International, Ltd. is regulated by the Securities and Futures Authority in the United Kingdom. This publication is not meant for private customers.

Unless otherwise noted, prices are as of Tuesday, December 5, 2000.
]

EON

**ORACLE**
**CONFIDENTIAL**

**CA-ORCL 018365**          12/06/2000 8:07 PM

NDCA-ORCL 021387