COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | APPENDIX IN SUPPORT OF REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION<br><br>(Volume 3 of 3, Exs. X-CC)<br><br>DATE: January 9, 2009<br>TIME: 9:00 a.m.<br>CTRM: The Honorable Susan Illston |

| Description | Date | Exhibit |
|---|---|---|
| Form 4 – Larry Ellison | February 9, 2001 | 126 |
| *In re Oracle Corp. Derivative Litigation*, C.A. No.18751 (Del. Ch.), Hearing Transcript re: Defendants' Motion for Summary Judgment | September 2, 2004 | 127 |
| Expenses Based on FY01 (NDCA-ORCL 038805-09) | | 128 |
| E-mail from Larry Garnick to Jennifer Minton, *et al.*, regarding: January FY01 QTD Revenue Results (NDCA-ORCL 081823-25) | February 8, 2001 | 129 |
| George Roberts - Q3 Forecast (NDCA-ORCL 038498-500) | | 130 |
| George Roberts – Q3 Forecast (NDCA-ORCL 038493-99) | | 131 |
| Oracle Product Industries - Q3 '01 P&L Summary – License (NDCA-ORCL 380160-87) | January 13, 2001 | 132 |
| Oracle Product Industries Q3 '01 and Q4 '01 Forecast Package Week 10 – January 26, 2000 (NDCA-ORCL 039179-204) | January 27, 2001 | 133 |
| Interview of Jennifer Minton (NDCA-ORCL 611338-50) | June 21, 2002 | 134 |
| NASDAQ Data | n/a | 135 |
| Total Company – Q1 FY01 Forecast (ORCL 0001374-85) | June 20, 2000 | 136 |
| Total Company – Q2 FY01 Forecast (ORCL 0122333-48) | June 20, 2002 | 137 |
| Transcript of Oracle Corp. Conference Call (NDCA-ORCL 360413-48) | June 18, 2001 | 138 |
| Bloomberg – Equity Research re: Oracle Corp., "How Suite It Is" ((NDCA-ORCL 023373-80) | December 15, 2000 | 139 |
| E-mail from Dick Sellers to Michael Rocha and Chris Madsen re: New addition to 11i impact list (NDCA ORCL 121644-46) | May 4, 2001 | 140 |
| E-mail from Ron Wohl to George Roberts, *et al.*, re: Host Critical Issues (NDCA-ORCL 052625-26) | February 26, 2001 | 141 |
| Memo by Kuldeep Khanijow re: Escalation (NDCA ORCL 1024723-25) | undated | 142 |
| E-mail from Ron Wohl to George Roberts and Patricia Guintoli re: McDonald's/Chipotle 11i issues (NDCA ORCL 058653-60) | March 27, 2001 | 143 |
| Oracle Exchange Critical Accounts (NDCA-ORCL 1026001-05) | March 12, 2001 | 144 |
| E-mail from Safra Catz to Michael Rocha re Papa Johns Information (NDCA-ORCL 1027211-14) | March 28, 2001 | 145 |
| E-mail from Ron Wohl to Nadeem Syed and Don Klaiss re: Q2 – Advanced Planning Deals (NDCA-ORCL 377180-81) | December 14, 2000 | 146 |

APPENDIX IN SUPPORT OF REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-SI

- 1 -

| Description | Date | Exhibit |
|---|---|---|
| E-mail from Larry Ellison to J. Paul Whitehead, *et al.*, re: URGENT ZapMedia 11i CRM Concerns (NDCA-ORCL 1034221-22) | December 18, 2000 | 147 |
| Memo by Julie Thiemann re ZapMedia Status (NDCA-ORCL 1034310 | December 27, 2000 | 148 |
| Memo by Jeffrey S. Ross re ZapMedia Settlement (NDCA-ORCL 1056885-86) | August 29, 2001 | 149 |
| E-mail from Brad Hudak to Roger Rich, *et al.*, re: Hostcentric – Consulting Services Billing (NDCA-ORCL 1027850-53) | March 28, 2001 | 150 |
| E-mail from Neal Menon to Jill Nelson regarding: OCC Unapplied Spreadsheet (NDCA-ORCL 3042909-14) | November 6, 2000 | 151 |
| Expert Report of D. Paul Regan, CPA, CFE | May 25, 2007 | 152 |
| Rebuttal Report of D. Paul Regan, CPA, CFE | June 22, 2007 | 153 |
| North America Finance Management Team Meeting Minutes and Action Items (NDCA-ORCL 152353) | October 4 & 5, 2000 | 154 |
| Procurement Approach – Global Process Owner (NDCA-ORCL 100541) | October 2000 | 155 |
| E-mail from Sandy Sanderson to Sebastian Gunningham, *et al.*, regarding: confidential License Revenue Forecast Accuracy (NDCA-ORCL 028211-12) | September 19, 2000 | 156 |
| E-mail from Jay Nussbaum to Terrence Ford regarding: License Revenue Forecast Accuracy (NDCA-ORCL 040635-37) | September 22, 2000 | 157 |
| Spoliation Chart | n/a | 158 |
| Q3 FY01 Report – Week 3 (NDCA-ORCL 096157-61) | December 19, 2000 | 159 |
| Q3 FY01 Report – Week 5 (NDCA-ORCL 096174-78) | January 9, 2001 | 160 |
| E-mail from Deborah Lanage to Catherine Ong re: Larry's option exercise (NDCA-ORCL 043349-50) | January 10, 2001 | 161 |
| E-mail from Safra Catz to Dan Cooperman re: Trading Clearance (NDCA-ORCL 039432) | January 19, 2001 | 162 |
| Oracle Corp. Organizational Chart (NDCA-ORCL 140446) | February 27, 2002 | 163 |
| Minutes of Meeting of Oracle Corp. Finance and Audit Committee (NDCA-ORCL 036437-38) | January 5, 2001 | 164 |
| E-mail from Terri Mullen to Deborah Lange re: Airplane | June 1, 2001 | 165 |
| E-mail from Sandra Blum to Philip Simon re: Stock Donation and Stock Option Exercise (NDCA-ORCL 042989-91) | December 22, 1998 | 166 |
| Fax from Catherine Ong to Deborah Lange re: calculations on revised Form 4s (NDCA-ORCL 042892) | December 26, 1995 | 167 |

| Description | Date | Exhibit |
|---|---|---|
| Fax from Catherine Ong to Sandra Blum re: withholding calculations for Deborah Lange (NDCA-ORCL 042987) | December 22, 1998 | 168 |
| Email from Deborah Lange to Amy Aves re: LJE - imputed income from use of plane (NDCA-ORCL 060962-63) | August 16, 2000 | 169 |
| Email from Deborah Lange to Philip Simon, et al., re: LJE's stock options (NDCA-ORCL 378624-26) | August 24, 2000 | 170 |
| Email from Bruce Lange to Safra Catz and Jeff Henley re: Stock Buyback (NDCA-ORCL 227663-65) | March 14, 2001 | 171 |
| Email from Larry Ellison to Jeff Henley, et al., re: IT CRM (NDCA-ORCL 059745-47) | March 22, 2002 | 172 |
| Jim Finkle, "Oracle Says 3rd-Quarter Profit Will Miss Forecasts," *Los Angeles Times*, at C3 | March 2, 2001 | 173 |
| Lee Gomes and Don Clark, "Oracle Issues Profit Warning as Sales Slow," *The Wall Street Journal*, at A3 | March 2, 2001 | 174 |
| UBS Warburg First Call report | March 2, 2001 | 175 |
| Email from Karen Houston to wwpr1_us, et al., re: Suggested Messages for 11i Quality Issues (NDCA-ORCL 158595-96) | March 21, 2001 | 176 |
| Email from Leslie Rubin to Joel Summers, et al., re: Urgent for Review: Gartner Take on Earnings: analysis for review (NDCA-ORCL 064535-540) | March 22, 2001 | 177 |
| Email from Jeff Henley to Stephanie Aas re: EPS Trend (NDCA-ORCL 299775-76) | December 11, 2000 | 178 |
| Robertson Stephens First Call report (NDCA-ORCL 021382-87) | December 6, 2000 | 179 |
| Expert Report of Bjorn I. Steinholt, CFA | May 25, 2007 | 180 |
| Rebuttal Report of Bjorn I. Steinholt, CFA | June 22, 2007 | 181 |
| Declaration of Stefan Boedeker in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification (Dkt#298) | July 29, 2005 | 182 |
| Excerpts from John Y. Campbell, *Econometrics Financial Markets* (1997) | 1997 | 183 |
| Expert Report of Christopher M. James | May 25, 2007 | 184 |
| Jennifer Minton Deposition Transcript | April 1, 2004 | X |
| Sarah Kopp Deposition Transcript | February 19, 2004 | Y |
| Edward J. Sanderson, Jr. Deposition Transcript | March 9, 2004 | Z |
| Safra Catz Deposition Transcript | March 27, 2007 | AA |

| Description | Date | Exhibit |
|---|---|---|
| Gary Matuszak Deposition Transcript | August 1, 2006 | BB |
| Jason Sevier Deposition Transcript (excerpts) | June 28, 2006 | CC |

S:\CasesSD\Oracle3\APP00056230_V3_SJ Reply.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 12, 2008.

    s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111