IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NURSING HOME PENSION FUND ET AL,          No. C 01-00988SI

             Plaintiff,          **NOTICE**

   v.

 ORACLE CORPORATION ET AL,

            Defendant.

_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions set for argument on January 9, 2009, has been continued to Friday, January 30, 2009, at 9:00 a.m.

Dated: December 16, 2008                              RICHARD W. WIEKING, Clerk



_____

Tracy Sutton
Deputy Clerk

**United States District Court**
For the Northern District of California