IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Oracle Corporation Securities Litigation<br><br>Plaintiff,<br><br>v.<br><br><br>Defendant. | CASE NO. C-01-0988-SI<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Roger M. Adelman, whose business address and telephone number is 1100 Connecticut Ave, N.W., Suite 730, Washington, D.C. 20036, (202) 822-0600

and who is an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

*[signature: Susan Illston]*
The Honorable Susan Illston
United States District Judge

Counsel must inform the Court of the name and address of local counsel.