1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING ORAL ARGUMENT FROM JANUARY 30, 2009 TO FEBRUARY 13, 2009** |
| ALL ACTIONS. | **The Honorable Judge Susan Illston** |

1      WHEREAS, the parties have submitted various motions for the Court's consideration,

2 including motions for summary judgment;

3      WHEREAS, the Court previously scheduled Oral Argument on these pending motions for

4 January 30, 2009;

5      WHEREAS, Defendants' counsel have a conflict on January 30, but the parties have met

6 and conferred, and counsel for all parties are available on February 13, 2009 at 9:00 a.m.

7      WHEREAS, the Court's calendar clerk has indicated the Court is also available on

8 February 13, 2009;

9      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND PROPOSE

10 AS FOLLOWS:

11      Oral Argument on the parties' pending motions, previously scheduled for January 30,

12 2009, shall be rescheduled to February 13, 2009 at 9:00 a.m.

13

14 DATED:  December 24, 2008

15                               Respectfully submitted,

16

17 LATHAM & WATKINS LLP           COUGHLIN STOIA GELLER
                                     RUDMAN AND ROBBINS LLP

18

19 By _____/S/_____     By _____/S/_____
    Patrick E. Gibbs                   Shawn A. Williams

20     Counsel for Defendants Oracle Corporation,     Counsel for Plaintiffs
    Lawrence J. Ellison, Jeffrey O. Henley, and

21     Edward J. Sanderson

22      Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams

23 has concurred in the filing of this stipulation and proposed order.

24

25                            **IT IS SO ORDERED**:

26

27                        _____

28                        THE HONORABLE SUSAN ILLSTON
                       UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER RESCHEDULING ORAL
ARGUMENT TO FEBRUARY 13, 2009
Case No. C-01-0988-SI