# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI (Consolidated)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING ORAL ARGUMENT FROM JANUARY 30, 2009 TO FEBRUARY 13, 2009**<br><br>**The Honorable Judge Susan Illston** |

1     WHEREAS, the parties have submitted various motions for the Court's consideration, including motions for summary judgment;

3     WHEREAS, the Court previously scheduled Oral Argument on these pending motions for January 30, 2009;

5     WHEREAS, Defendants' counsel have a conflict on January 30, but the parties have met and conferred, and counsel for all parties are available on February 13, 2009 at 9:00 a.m.

7     WHEREAS, the Court's calendar clerk has indicated the Court is also available on February 13, 2009;

9     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND PROPOSE AS FOLLOWS:

11     Oral Argument on the parties' pending motions, previously scheduled for January 30, 2009, shall be rescheduled to February 13, 2009 at 9:00 a.m.

DATED: December 24, 2008

Respectfully submitted,

| LATHAM & WATKINS LLP | COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP |
|---|---|
| By    /S/<br>Patrick E. Gibbs<br>Counsel for Defendants Oracle Corporation,<br>Lawrence J. Ellison, Jeffrey O. Henley, and<br>Edward J. Sanderson | By    /S/<br>Shawn A. Williams<br>Counsel for Plaintiffs |

    Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has concurred in the filing of this stipulation and proposed order.

**IT IS SO ORDERED**:

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE