1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER SEEKING CONTINUANCE OF MARCH 30, 2009 TRIAL DATE**<br><br>**[L.R. 40-1, 7-12]**<br><br>**The Honorable Susan Illston** |

1  WHEREAS, the parties have submitted various motions for the Court's consideration, including Defendants' motion for summary judgment on all claims, Plaintiffs' motion for summary judgment as to Section 20A claims against Larry Ellison, and seven motions to exclude expert testimony under *Daubert*, all of which are scheduled for hearing on February 13, 2009;

WHEREAS, the Court's July 25, 2008 Pretrial Preparation Order ("July 25 Order") established a trial commencement date of March 30, 2009, with a Pretrial Conference date of March 17, 2009, requiring numerous pretrial submissions to be filed (often jointly) no later than March 3, 2009;

WHEREAS, the Court's resolution of the pending motions will define, among other things, the scope of the issues, witnesses and evidence to be presented at trial, and therefore will greatly impact the parties' preparation of the required pretrial submissions and their preparation for trial;

WHEREAS, on the current schedule, the parties will necessarily undertake significant work on pretrial submissions and trial preparation without the benefit of the Court's ruling on the pending motions;

WHEREAS, the parties have met and conferred, and have agreed that postponing the March 30, 2009 trial date would enable the parties to avoid substantial unnecessary time, expense and duplication of efforts in developing pretrial submissions and preparing for trial without the benefit of the Court's ruling on the pending motions;

WHEREAS, Oracle's fiscal year ends on May 31, 2009, and Oracle typically files its Annual Report on Form 10-K with the Securities and Exchange Commission during the second half of June, and typically holds its fourth quarter earnings call during the same period;

WHEREAS, Defendants believe that a trial date in either May or June of 2009 would cause prejudice to Defendants because Oracle's senior management, including many executives whose participation is critical to Defendants' preparation for trial, will be extremely busy in May and June of 2009 handling their duties relating to Oracle's fiscal year end, the closing of Oracle's books and the preparation of its Annual Report, and preparations for Oracle's fourth quarter earnings call;

WHEREAS, Defendants therefore request that the Court set a new trial date in July 2009;

and

WHEREAS, Plaintiffs do not oppose postponing the trial date but would prefer a trial date in June 2009.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND PROPOSE AS FOLLOWS:

The Court's July 25, 2008 Pretrial Preparation Order is modified as follows:

1. The jury trial date is continued from March 30, 2009 to [June/July] ____, 2009 at 8:30 a.m., Courtroom 10, 19th floor.

2. The pretrial conference is continued from March 17, 2009 to [June/July] ____, 2009 at 3:30 p.m.

3. All other provisions in the Pretrial Instructions attached to the Court's July 25, 2008 Pretrial Preparation Order remain applicable.

If the Court declines to continue the March 30, 2009 trial date, the parties have met and conferred and respectfully request that the Court set a scheduling conference as soon as reasonably possible to discuss these important case management issues.

DATED: January 12, 2009                                    Respectfully submitted,

LATHAM & WATKINS LLP                                       COUGHLIN STOIA GELLER
                                                           RUDMAN AND ROBBINS LLP


By _____/S/_____                           By _____/S/_____
   Patrick E. Gibbs                                           Shawn A. Williams
   Counsel for Defendants Oracle Corporation,                 Counsel for Plaintiffs
   Lawrence J. Ellison, Jeffrey O. Henley, and
   Edward J. Sanderson

Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has concurred in the filing of this stipulation and proposed order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____                                _____
                                                           THE HONORABLE SUSAN ILLSTON
                                                           UNITED STATES DISTRICT JUDGE