# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: <br><br> ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER SEEKING CONTINUANCE OF MARCH 30, 2009 TRIAL DATE** <br><br> **[L.R. 40-1, 7-12]** <br><br> **The Honorable Susan Illston** |

1   WHEREAS, the parties have submitted various motions for the Court's consideration,
2   including Defendants' motion for summary judgment on all claims, Plaintiffs' motion for
3   summary judgment as to Section 20A claims against Larry Ellison, and seven motions to exclude
4   expert testimony under *Daubert*, all of which are scheduled for hearing on February 13, 2009;
5   WHEREAS, the Court's July 25, 2008 Pretrial Preparation Order ("July 25 Order")
6   established a trial commencement date of March 30, 2009, with a Pretrial Conference date of March
7   17, 2009, requiring numerous pretrial submissions to be filed (often jointly) no later than March 3,
8   2009;
9   WHEREAS, the Court's resolution of the pending motions will define, among other things,
10  the scope of the issues, witnesses and evidence to be presented at trial, and therefore will greatly
11  impact the parties' preparation of the required pretrial submissions and their preparation for trial;
12  WHEREAS, on the current schedule, the parties will necessarily undertake significant
13  work on pretrial submissions and trial preparation without the benefit of the Court's ruling on the
14  pending motions;
15  WHEREAS, the parties have met and conferred, and have agreed that postponing the
16  March 30, 2009 trial date would enable the parties to avoid substantial unnecessary time, expense
17  and duplication of efforts in developing pretrial submissions and preparing for trial without the
18  benefit of the Court's ruling on the pending motions;
19  WHEREAS, Oracle's fiscal year ends on May 31, 2009, and Oracle typically files its
20  Annual Report on Form 10-K with the Securities and Exchange Commission during the second
21  half of June, and typically holds its fourth quarter earnings call during the same period;
22  WHEREAS, Defendants believe that a trial date in either May or June of 2009 would cause
23  prejudice to Defendants because Oracle's senior management, including many executives whose
24  participation is critical to Defendants' preparation for trial, will be extremely busy in May and
25  June of 2009 handling their duties relating to Oracle's fiscal year end, the closing of Oracle's
26  books and the preparation of its Annual Report, and preparations for Oracle's fourth quarter
27  earnings call;
28  WHEREAS, Defendants therefore request that the Court set a new trial date in July 2009;

1 and

2     WHEREAS, Plaintiffs do not oppose postponing the trial date but would prefer a trial date
3 in June 2009.

4     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND PROPOSE
5 AS FOLLOWS:

6     The Court's July 25, 2008 Pretrial Preparation Order is modified as follows:

7     1.     The jury trial date is continued from March 30, 2009 to [June/July] 7/17/09,
8 2009 at 8:30 a.m., Courtroom 10, 19th floor.

9     2.     The pretrial conference is continued from March 17, 2009 to [June/July]
10 6/30/09, 2009 at 3:30 p.m.

11     3.     All other provisions in the Pretrial Instructions attached to the Court's July
12 25, 2008 Pretrial Preparation Order remain applicable.

13     If the Court declines to continue the March 30, 2009 trial date, the parties have met and
14 conferred and respectfully request that the Court set a scheduling conference as soon as reasonably
15 possible to discuss these important case management issues.

16 DATED: January 12, 2009         Respectfully submitted,

17 LATHAM & WATKINS LLP         COUGHLIN STOIA GELLER
18         RUDMAN AND ROBBINS LLP

19 By _____/S/_____         By _____/S/_____
20    Patrick E. Gibbs         Shawn A. Williams
   Counsel for Defendants Oracle Corporation,     Counsel for Plaintiffs
21    Lawrence J. Ellison, Jeffrey O. Henley, and
   Edward J. Sanderson

22
    Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has
23 concurred in the filing of this stipulation and proposed order.
24

25     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26

27 Dated: _____     _____
        THE HONORABLE SUSAN ILLSTON
28         UNITED STATES DISTRICT JUDGE