COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
SCOTT H. SAHAM (188355)
STACEY M. KAPLAN (241989)
SARAH R. HOLLOWAY (254134)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@csgrr.com
marks@csgrr.com
dougb@csgrr.com
qscotts@csgrr.com
staceyk@csgrr.com
sholloway@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) PLAINTIFFS' NOTICE OF REPLACEMENT ) EXHIBITS IN SUPPORT OF PLAINTIFFS' ) MOTION FOR SUMMARY JUDGMENT ) AGAINST LAWRENCE ELLISON FOR ) TRADING ON THE BASIS OF MATERIAL ) NON-PUBLIC INFORMATION AND ) PLAINTIFFS' OPPOSITION TO ) DEFENDANTS' REVISED MOTION FOR ) SUMMARY JUDGMENT |

1    While preparing for the Court's February 13, 2009 hearing, it came to plaintiffs' attention that certain exhibits previously submitted in connection with summary judgment briefing were illegible and/or difficult to read. To clarify and complete the record and for the convenience of the Court and the parties, plaintiffs hereby submit replacement copies of the following exhibits:

1.   ***Declaration of Douglas R. Britton in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information***:

Plaintiffs hereby submit replacement Exhibit Nos. 9-11, 19-20, 27-28, 36, 53, 62, 69-70, 75-77, 81, 83-87, 89-92, 95-96, 111, 120, 124-125.

2.   ***Declaration of Shawn A. Williams in Support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Revised Motion for Summary Judgment*** ("Williams Declaration"):

Plaintiffs hereby submit replacement Exhibit Nos. 7, 27, 205, 285-286, 289-293, 295-296, 300, 321, 407.

In addition, due to a clerical error, Exhibit Nos. 154-156 were mistakenly omitted from the electronic filing of the Williams Declaration. These exhibits were, however, included in the Court's courtesy copy of the Williams Declaration and in the service copy to defendants, but plaintiffs have re-filed these exhibits herewith to complete the ECF record.

DATED: February 3, 2009                                    Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


                                                             s/ Eli R. Greenstein
                                                            ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

PLTFS' NOT OF REPLACEMENT EXS. IN SUPP. OF PLTFS' MOT FOR SUMM JDGMT AGAINST
L. ELLISON & PLTFS' OPP TO DEFS' REV. MOT FOR SUMM  JDGMNT  - C-01-0988-SI                - 1 -

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 3 | PATRICK J. COUGHLIN |
|   | MARK SOLOMON |
| 4 | DOUGLAS R. BRITTON |
|   | SCOTT H. SAHAM |
| 5 | STACEY M. KAPLAN |
|   | SARAH R. HOLLOWAY |
| 6 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 8 | Lead Counsel for Plaintiffs |

C:\Documents and Settings\JMayer\Local Settings\Temporary Internet Files\OLK4\NOT00057295.doc

PLTFS' NOT OF REPLACEMENT EXS. IN SUPP. OF PLTFS' MOT FOR SUMM JDGMT AGAINST L. ELLISON & PLTFS' OPP TO DEFS' REV. MOT FOR SUMM  JDGMNT  - C-01-0988-SI — - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2009.

                         s/ Eli R. Greenstein
                         ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:elig@csgrr.com

PLTFS' NOT OF REPLACEMENT EXS. IN SUPP. OF PLTFS' MOT FOR SUMM JDGMT AGAINST
L. ELLISON & PLTFS' OPP TO DEFS' REV. MOT FOR SUMM  JDGMNT  - C-01-0988-SI    - 1 -

**Mailing Information for a Case 3:01-cv-00988-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@libertylaw.com,michele@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```