# EXHIBIT 9

[Fwd: Financial analyst coverage of AppsWorld]

**From:** Dan Cooperman <daniel.cooperman@oracle.com>  2/27/2001 2:21 PM
**Subject:** [Fwd: Financial analyst coverage of AppsWorld]
**To:** Alan Clark <alan.clark@oracle.com>

---

**From:** Stephanie Aas <stephanie.aas@oracle.com>  2/26/2001 9:42 PM
**Subject:** Financial analyst coverage of AppsWorld

Monday, February 26, 2001

Financial analysts came away enthused about Oracle's applications business after AppsWorld in New Orleans last week, as the suite message resonated strongly with bulls and bears alike. The overwhelming majority of analysts agree that Oracle continues to articulate a powerful vision of a comprehensive, integrated suite of applications. Supporting this view, many cited very positive feedback from Oracle representatives, partners, and customers on the conference floor. While critics cited little new information in terms of new customers or products announcements, most came away with positive metrics and tangible demos supporting 11i's traction.

At a briefing on Tuesday night for over 50 analysts and investors, Jeff Henley provided a brief 11i update, and hosted a customer and partner panel which included Citigroup, Hewlett-Packard, and KPMG. The panel was very well received in their discussion of their respective e-Business strategies, and why they chose Oracle as a partner. In terms of financial guidance for the third quarter, the outlook remained unchanged (The guidance given on the Q2 earnings call was 75% year over year growth in applications and 15-20% year over year growth in database). Analysts closely monitored comments on the economy which were consistent with recent statements: we do not expect the slowing economy, barring a serious slide to a recession, to significantly impact near term guidance. These comments were met with a degree of relief, as some analysts were anticipating the event to be an opportunity to take down guidance. Pressure still weighs on the stock as investors remain unconvinced that the slow down in the economy will have zero impact on software vendors. Cumulatively, they have watched Oracle's peers in the tech sector, such as EMC, Sun, Cisco, miss estimates and lower guidance precipitously. The third quarter will be the first barometer that reflects the economic impact on Oracle.

Overall, AppsWorld represented an opportunity for analysts and investors alike, to test the waters on the e-business suite by interacting with those that are closest to its adoption. Many were impressed that, unlike past user conferences, the attendees spanned organizations, representing not only IT managers and developers, but C-level decision makers. For some, the jury is still out on the functionality of 11i, but the conference went a long way in convincing analysts of the significant traction Oracle is gaining in the applications space.

**Eric Upin, Robertson Stephens (a significant change in opinion since he initiated coverage in Q1):**
"Oracle continues to articulate a powerful vision of a comprehensive, integrated suite of applications that resides on top of its eBusiness infrastructure,

**ORACLE CONFIDENTIAL**

1 of 4                                                                                                         8·5·2002 2·35 PM

NDCA-ORCL 069388

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Financial analyst coverage of AppsWorld]

which includes the Oracle 8i database and the Oracle 9i application server. Based on our conversations with Oracle customers and implementation partners,
we believe that although it is still very early, the market is beginning to embrace the concept of a suite versus best-of- breed approach given the benefits of
technology integration and fewer vendor relationships. Hewlett-Packard and Citigroup, for example, openly discussed why they chose Oracle 11i CRM and
Exchange applications, respectively. We believe their participation in AppsWorld represents an important first step in what could be significantly expanded
relationships longer term."

**Jim Moore, Deutsche Bank Alex Brown:**
"The overall tone at AppsWorld is positive from speaking with Oracle representatives, partners and customers. That said, the impact of current macroeconomic
weakness on Oracle's F3Q (Feb) remains somewhat of an unknown. Given end-of-quarter timing, this event could be important for conversion of the F3Q application sales pipeline with numerous prospects in attendance in New Orleans."

**Gretchen Teagarden, Salomon Smith Barney:**
"We attended Oracle's Apps World in New Orleans yesterday. Three customers presented to analysts; HP, Citibank and KPMG. We think Oracle is continuing to
make progress on 11i although we did not hear anything particularly eventful with regards to new customer wins. HP is using just the CRM piece. Citi eSolutions is
using Oracle's procurement product. KPMG implemented the suite at Honeywell and they are getting larger engagements with Oracle... Approaching the end of
Oracle's 3Q01, there are four things we think investors should consider regarding Oracle. 1) Database growth remains strong, 2) Hardware vendors are not a
leading indicator for database demand 3) a tough 3Q comparison and 4) during the last recession, Oracle's revenue growth declined to 6.0% from 66.0% growth."

**Drew Brosseau, SG Cowen & Co.:**
"We attended day one of Oracle's AppsWorld users group conference in New Orleans amidst the beginning of the annual Mardi Gras celebration... The company is
currently in its quiet period, as Q3 earnings will be reported during the middle of next month, however CFO Jeff Henley gave a high-level view of the company's
latest progress....Management believes the future challenges for 11i are twofold: gaining mindshare among developers and IT professionals and executing on the sales
front. While this is true, we believe certain pieces of the company's suite offering have gaps (mainly particular CRM modules) that need to be filled. This should come
as no surprise however, and is currently cause for little concern, as Oracle has typically marketed its software aggressively ahead of product functionality."

**Jim Mendelson, Wit SoundView:**
"Yesterday, Oracle held a financial analyst meeting during its Oracle Apps World conference in New Orleans. The very-upbeat meeting focused on the growing
strength of Oracle's applications business particularly with regards to CRM. ==Although we remain concerned as to the overall US economic effects on IT spending, we come away from the analyst meeting with continued optimism that Oracle's business should continue to meet/exceed street estimates.==" 

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069389

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Financial analyst coverage of AppsWorld]

**Chip Whitman, First Union Securities:**
"We attended Oracle's AppsWorld in New Orleans on February 21, 2001. We believe that the overall demand for e-business products will be present in 2001.
We believe that the market will develop but temper our enthusiasm in the near term. Our conversations with management continue to indicate that the pipeline is
strong both domestically and internationally for applications and database. Management continues to reiterate their guidance and belief that absent a material
downturn in the economy their guidance will hold up."

**Bob Austrian, Bank of America Securities:**
"We attended Oracle's AppsWorld conference this week in New Orleans. We detected nothing new that, in our view, should be material to the stock in either
direction. The conference seemed well attended and Oracle is sparing no marketing expense around its applications and conference. Notably, Oracle's user
group, IOUG, is not co-sponsoring this conference, as has been the norm in the past. Oracle continues to drive home the 'suites vs. kits' marketing message.
Oracle continues to strongly and repeatedly advertise its current marketing theme which emphasizes the advantages to buying a suite of applications from
Oracle instead of 'best-of-breed' solutions from competitive applications vendors. We believe Oracle could have a compelling message if its applications
can deliver functionality close to that of its best-of-breed competitors. They are not there yet."

**Laura Lederman, William Blair:**
"Oracle management was positive during the formal analyst sessions (which were Web-simulcast due to regulation FD). Specifically, CFO Jeff Henley commented
that since Oracle participates in high ROI software, it is not clear that it will see much impact (negative) on its business due to the weakening economy. He also said
that the economy is a wildcard, but he suspects that Oracle will not be negatively affected unless there is a serious recession. It also is important to note that if
Oracle management were concerned about the quarter, we believe it would have used the analyst session as an opportunity to lower estimates. We maintain our Long-term Buy, or "2," rating on Oracle shares.
That said, how the stock performs over the near term depends on two factors: the economy and Oracle's third-quarter results."

**Chuck Phillips, Morgan Stanley Dean Witter (paraphrased by MSDW strategist):**
"- Chuck said he believes that Oracle's license revenue growth is accelerating..He attended the company's applications user conference, which he
described as upbeat.... Oracle believes that estimates of the company's financial numbers next year are too low, Chuck said he said that the company's salesforce
expects to meet or beat expectations this year, and that its application server business seems to be accelerating."

**Melissa Eisenstat, CIBC World Markets:**
"We attended Oracle's applications users conference, AppWorld, which was held in New Orleans. With a turnout of approximately 11,000, the conference was
attended by existing Oracle customers "test-driving" the company's new e-business application offerings. The reaction to the new products was positive by
customers, vendors and systems integrator partners. That being said, we believe that Oracle is still in the early stages of penetrating the e-business application

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069390

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: Financial analyst coverage of AppsWorld]

market."

Regards,
Stephanie Aas

> Stephanie Aas <stephanie.aas@oracle.com>
> Senior Director
> Oracle
> Investor Relations

Dan Cooperman <daniel.cooperman@oracle.com>
Senior Vice President, General Counsel & Secretary
Oracle Corporation

**ORACLE CONFIDENTIAL**

4 of 4

8/5/2002 2:35 PM

**NDCA-ORCL 069391**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER