# EXHIBIT 10

07:36am EST 23-Feb-01 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: AppWorld - Upbeat Conference , but no Cajun Spice P2-2

Part 2 of 2

applications appeals greatest to the middle market and we think that the less than robust uptake in this segment indicates that we are still in the early innings. As more middle market companies view e-business applications as a tool that provides a competitive advantage rather than a "nice-to-have", we think this segment can be an opportunity for growth. However, we do not expect the middle market to fuel the growth in the near-term.

Technology issues could slow applications upgrade cycle

Based on our discussions with SI's, we believe the upgrade cycle from version 10.7 to 11i could be delayed for roughly one quarter. It appears that existing Oracle 10.7 customers are delaying their upgrade to 11i for two reasons: 1) the migration from 10.7 to 11i is a huge implementations effort and 2) the current version of 11i is noted to have many of bugs (close to 5,000). Oracle has addressed the technical issues with release 3.0 of 11i, and SI's expect the upgrade cycle to ramp in the second half of the year as a result. Another catalyst for an increase in the migration to 11i is the company's plan to stop support of version 10.7 starting December 2002. The second half ramp in application sales is consistent with management's previous comments. We think that the delays in the upgrade cycle pose a near-term risk for application sales .

Analyst meeting with CFO - no change in guidance

At an analyst meeting, the CFO, Jeff Henley, provided little color on the quarter, and gave no changes to company's guidance. Management reiterated their expectations that applications sales will accelerate in 2H FY01 (May 2001), versus 69% in the 1H FY01. Consistent with recent guidance, management also expects margin expansion to continue as more of it e-business applications are implemented internally. They expect an additional $1 billion in cost savings over the year. Management indicated that they see no impact on Oracle's results due to the slowdown in the US economy. However, should the US economy fall into a recession, management stated that growth could be impaired.

Management also provided further details on the progress of 11i. Currently there are 180 customers are live on 11i, with over 2,500 implementations in process. The company continues its development efforts in delivering more robust product. Approximately 45% of 11i is comprised of new modules. Management also sees strong demand in the areas of CRM and SCM.

Our quarterly EPS estimates are shown below.

|                   | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Year   |
|-------------------|--------|--------|--------|--------|--------|
| FY 2000 Actual    | $0.04  | $0.06  | $0.08  | $0.15  | $0.34  |
| FY 2001E Current  | $0.08A | $0.11A | $0.12E | $0.20E | $0.51E |
| FY 2002E Current  | $0.08E | $0.11E | $0.15E | $0.26E | $0.61E |

ORACLE CORP. -Earnings Model ($ in Millions, except EPS)

Source: Company data, CIBC World Markets estimates

http://www.firstcall.com/links/83/83349501901209778336/73621601412108205896/42070... 2/27/2002

NDCA-ORCL 091429

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

This report is issued by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, and (iii) in the UK, CIBC World Markets International Ltd. or CIBC World Markets plc, each of which is regulated by the SFA. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice.

A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or

NDCA-ORCL 091430

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
purchased or sold in any client accounts (i) will not be
insured by the Federal Deposit Insurance Corporation, the
Canada Deposit Insurance Corporation or other similar
deposit insurance, (ii) will not be deposits or other
obligations of CIBC, (iii) will not be endorsed or
guaranteed by CIBC, and (iv) will be subject to investment
risks, including possible loss of the principal invested.
The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp.  and CIBC World Markets Inc.
All rights reserved.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON
```

NDCA-ORCL 091431

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER