# EXHIBIT 11

```
12:29pm EST 21-Feb-01 First Union Securities, Inc.  (Wittmann,CFA,Chip (804) 8
Oracle First Call
```

### ###                    FIRST UNION SECURITIES, INC.                    ### ###
February 20, 2001
Report From AppsWorld 2001
Company Note
Oracle Corporation (ORCL-NASDAQ)                              Stock Rating: 2

Price:           $23.19              Chip Wittmann, CFA / (804) 868-1136
52-Wk. Rng.:     $46-22               Mark Tyler, CFA   / (804) 868-1133
Shares Out.:(MM) 5,597.4               Joshua Wein       / (804) 868-1134
Market Cap.:(MM) 129,804.9

EPS                                          Rev
FY(May)    2000A    2001E    2002E    2001E        2002E
Q1(Aug.)   $0.04    $0.08A   $0.09    $2,261.9MM   $2,631.5MM
Q2(Nov.)    0.07     0.11A    0.13     2,659.5      3,077.0
Q3(Feb.)    0.09     0.12     0.15     2,918.5      3,442.4
Q4(May)     0.16     0.19     0.23     4,108.3      4,759.0
Full FY    $0.34    $0.50    $0.60    $11,948.2MM  $13,909.8MM
FY P/E     68.2x    46.4x    38.7x

Full CY    $0.43    $0.53     NE
CY P/E     53.9x    43.8x     NE
Source: Company data and First Union Securities, Inc. estimates

Target Price:      $35             LT Debt:(MM)              $316.0
Float:(MM)         4.2             LT Debt/Total Cap.:       0.0%
Avg. Daily Vol.:   46,924,900      ROE:                      51%
S&P 500:           1,272.16        3-5 Yr. Est. Grth. Rate:  30%
Div./Yield:        $0.00/0.0%      CY2001Est. P/E-to-Grth.:  1.4x

Key Points
* Oracle AppsWorld conference stresses Oracle advantage of easier integration
and implementation.
* Overall demand for ebusiness software solutions appears strong.
* Areas of focus:  referenceable large 11i accounts, training the salesforce to
sell 9i, and average sales prices in middle market.

Discussion

We attended Oracle's AppsWorld in New Orleans on February 21, 2001.  We believe
that the overall demand for e-business products will be present in 2001.  At the
Oracle AppsWorld conference in New Orleans, the Gartner Group highlighted their
survey of 1,500 CIOs, which should be released in March 2001.  The report polled
1,500 CIOs who expressed demand for private exchanges, security, network
management, and B2B connectivity.  We believe that the market will develop but

NDCA-ORCL 091447

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

temper our enthusiasm in the near term. Our conversations with management continue to indicate that the pipeline is strong both domestically and internationally for applications and database. Management continues to reiterate their guidance and belief that absent a material downturn in the economy their guidance will hold up. We believe that this is a likely scenario that needs to be weighed against the following challenges:

Referenceable accounts. Oracle has 180 live 11i ebusiness customers. Of the larger customers we count 14 large companies that would be considered Fortune 500 size. These customers are also in various stages of implementation. These accounts are becoming referenceable, but we believe the real momentum will begin to build when they are fully implemented and that should take place over 2001.

Sales force trained on 9i. Management highlighted the effort to train the sales force on the new 9i database product that should be released in Q2 2001 and noted how this sale will be a complex sale. We believe 9i is a superior product, but the value proposition will need to be fully articulated by the sales force with the rollout later this year.

Average sales price levels in the middle market lower than competitors. Based on our conversations on the floor, the average sales prices for products such as supply chain management appear to be well below that of competitors in the middle market. While it is difficult to assess the number of modules an average middle market company will buy, our position is that a significant number of modules will need to be acquired at these price points to materially ramp applications growth.

Oracle's value proposition to the middle market is the ease of use and lack of integration that is required to implement and integrate these modules. To this extent, the 11i is an excellent solution for the middle market because it can be sold and implemented relatively easily and could help Oracle ramp the applications revenues in the middle market. The Oracle theme at AppsWorld is easy integration and implementation despite lack of full functionality relative to best of breed providers. We believe that this sales approach plays best in the middle market and global companies where the decision maker is the CEO who can appreciate the full platform approach. Sales into division level managers are rich ground for best of breed providers.

INVESTMENT OPINION

We believe that Oracle's backlog of business and international demand will provide a solid quarter. The applications revenue, bolstered this quarter by the Covisint signing, should help to drive numbers toward our projections. We continue to focus on applications and database growth in 4Q 2001 with the product transition issues.

Additional information available upon request.

First Union Securities, Inc. maintains a market in the common stock of ORCL.
Please Refer To Ticker FUNBDISC For Important Legal Disclosures.Copyright 2001
First Union Securities, Inc.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

http://www.firstcall.com/links/37/37446474974142149255/4292390725237768392/419784...   2/27/2002

NDCA-ORCL 091448

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

EON

NDCA-ORCL 091449

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER