EXHIBIT 19

**2**

.



**TOTAL COMPANY - Q3 FY00 FORECAST**

$ in Thousands at Actual Rates

ORACLE

| | Q3FY99 | Q3FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Q3Y00 Budget |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| License | $ 810,443 | $ 808,663 | $ 156,000 | $ 964,663 | 0% | 19% | $ 942,388 |
| Consulting | 567,747 | 558,165 | . | 558,165 | -2% | -2% | 668,462 |
| Support | 582,586 | 713,636 | . | 713,636 | 22% | 22% | 712,367 |
| Education | 112,609 | 114,996 | . | 114,996 | 2% | 2% | 116,214 |
| Other | 1,272 | 9,177 | . | 9,177 | 621% | 621% | 13,449 |
| Other Non-Distribution | (229) | 170 | . | 170 | 174% | -174% | |
| Total Revenues | $ 2,074,438 | $ 2,204,808 | $ 156,000 | $ 2,360,808 | 6% | 14% | $ 2,453,878 |
| **Expenses** | | | | | | | |
| License | $ 420,308 | $ 480,068 | $ 23,400 | $ 503,468 | -14% | -20% | $ 499,172 |
| Consulting | 511,620 | 481,582 | . | 481,582 | 10% | 10% | 548,867 |
| Support | 169,784 | 211,099 | . | 211,099 | -24% | -24% | 212,834 |
| Education | 90,350 | 80,648 | . | 80,648 | 11% | 11% | 98,400 |
| Other | 2,085 | 5,489 | 5,010 | 10,499 | -84% | -252% | 16,782 |
| Marketing | 114,657 | 162,061 | . | 162,061 | -41% | -41% | 150,287 |
| G&A | 81,537 | 86,750 | 1,205 | 87,955 | -8% | -8% | 87,896 |
| Development & IT | 257,032 | 324,868 | . | 324,868 | -26% | -26% | 334,368 |
| Corporate | (4,300) | 7,619 | . | 7,619 | -277% | 277% | 7,863 |
| Total Operating Expenses | $ 1,644,342 | $ 1,820,184 | $ 29,615 | $ 1,849,799 | -11% | -12% | $ 1,956,391 |
| Operating Income | 430,058 | 384,625 | 128,385 | 513,010 | -11% | 19% | 497,487 |
| Other (Income)/Expense | (14,276) | (583) | | (583) | -96% | -96% | (2,745) |
| Pre-Tax Income | $ 444,332 | $ 385,208 | $ 128,385 | $ 511,593 | -13% | 15% | $ 500,232 |
| Tax Rate | 34% | 35% | 35% | 35% | | | 35% |
| Tax Provision | 151,074 | 134,823 | 44,235 | 179,058 | 11% | -19% | 175,082 |
| Net Income | $ 293,258 | $ 250,385 | $ 62,150 | $ 332,535 | -15% | 13% | $ 325,150 |
| Pre-Tax Margin % | 21% | 17% | nm | 22% | | | 20% |
| Weighted Average Shares | 1,495,461 | 1,503,150 | 1,503,150 | 1,503,150 | | | 1,484,206 |
| Earnings Per Share | 19.6c | 16.7c | 5.5c | 22.1c | | | 21.9c |
| Market Expectation | | | | 24.0c | | | |

ORCL_0122080
ORACLE CONFIDENTIAL

# TOTAL COMPANY - Q3 FY00 FORECAST

## $ in Thousands at Budget Rates

ORACLE

| | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY $ | Forecast vs PY % | Potential Growth % | Q3FY00 Budget |
|---|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | | |
| **Revenues** | | | | | | | | |
| License | $ 795,966 | $ 800,116 | $ 156,000 | $ 956,116 | $ 4,150 | 1% | 20% | $ 942,380 |
| Consulting | 557,757 | 561,729 | - | 561,729 | 3,972 | 1% | 1% | 669,482 |
| Support | 571,395 | 716,087 | - | 716,087 | 144,692 | 25% | 25% | 712,307 |
| Education | 110,380 | 115,062 | - | 115,062 | 4,682 | 4% | 4% | 116,214 |
| Other | 1,272 | 9,177 | . | 9,177 | 7,905 | 621% | 621% | 13,418 |
| Other Non-Distribution | (224) | 170 | . | 170 | 394 | 176% | -176% | - |
| **Total Revenues** | $ 2,036,546 | $ 2,202,341 | $ 156,000 | $ 2,358,341 | $ 165,795 | 8% | 16% | $ 2,453,678 |
| **Expenses** | | | | | | | | |
| License | $ 410,350 | $ 480,329 | $ 23,400 | $ 503,729 | (69,979) | -17% | -23% | $ 499,172 |
| Consulting | 502,039 | 484,313 | - | 484,313 | 37,726 | 8% | 8% | 548,807 |
| Support | 166,620 | 211,978 | - | 211,978 | (45,358) | -27% | -27% | 212,934 |
| Education | 88,852 | 80,868 | - | 80,868 | 7,984 | 9% | 9% | 98,400 |
| Other | 2,985 | 5,501 | 5,010 | 10,511 | (2,516) | -84% | -252% | 16,702 |
| Marketing | 113,195 | 160,571 | - | 160,571 | (47,376) | -42% | -42% | 150,287 |
| G&A | 79,439 | 86,231 | 1,205 | 87,436 | (7,436) | -9% | -10% | 87,898 |
| Development & IT | 255,975 | 324,323 | - | 324,323 | (68,348) | -27% | -27% | 334,386 |
| Corporate | (4,300) | 7,618 | - | 7,618 | (11,918) | 277% | 277% | 7,603 |
| **Total Operating Expenses** | $ 1,614,955 | $ 1,821,532 | $ 29,615 | $ 1,851,147 | $ (206,577) | -13% | -15% | $ 1,956,391 |
| **Operating Income** | $ 421,591 | $ 380,809 | $ 126,385 | $ 507,194 | $ (40,782) | -10% | 20% | $ 497,487 |

ORCL 0122081
ORACLE CONFIDENTIAL

| $ in Thousands at Budget Rates | | | | | | | ORACLE |
|---|---|---|---|---|---|---|---|
| Consulting | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| OSI - Nussbaum | $ 87,926 | $ 101,745 | $ - | $ 101,745 | 16% | 16% | $ 118,170 |
| NA - Sanderson | 178,579 | 169,749 | | 169,749 | -5% | -5% | 211,023 |
| OPI - Varasano | 49,948 | 44,232 | | 44,232 | -11% | -11% | 61,474 |
| LA - Sanderson | 20,897 | 24,887 | | 24,887 | 16% | 19% | 25,689 |
| EMEA - Falotti | 181,969 | 182,705 | | 182,705 | 0% | 0% | 215,140 |
| APAC - Williams | 20,824 | 28,132 | | 28,132 | 34% | 34% | 29,062 |
| Japan - Sano | 7,115 | 10,279 | | 10,279 | 44% | 44% | 10,884 |
| Corporate Adjustments | 10,000 | - | | - | -100% | -100% | - |
| **Total** | $ 557,757 | $ 561,729 | $ - | $ 561,729 | 1% | 1% | $ 669,462 |
| **Expenses** | | | | | | | |
| OSI - Nussbaum | $ 88,457 | $ 80,255 | $ - | $ 80,255 | 9% | 9% | $ 96,502 |
| NA - Sanderson | 160,130 | 142,577 | | 142,577 | 11% | 11% | 178,274 |
| OPI - Varasano | 41,921 | 29,486 | | 29,486 | 30% | 30% | 42,970 |
| LA - Sanderson | 18,145 | 19,428 | | 19,428 | -20% | -20% | 19,279 |
| EMEA - Falotti | 167,249 | 159,074 | | 159,074 | 5% | 5% | 176,027 |
| APAC - Williams | 22,440 | 24,671 | | 24,671 | -10% | -10% | 25,333 |
| Japan - Sano | 5,697 | 8,822 | | 8,822 | -55% | -55% | 8,481 |
| Corporate Adjustments | - | - | | - | nm | nm | - |
| **Total** | $ 502,038 | $ 464,313 | $ - | $ 464,313 | 8% | 8% | $ 548,867 |
| **Margin** | | | | | | | |
| OSI - Nussbaum | $ (531) | $ 21,490 | $ - | $ 21,490 | nm | nm | $ 10,667 |
| NA - Sanderson | 18,648 | 27,172 | | 27,172 | 44% | 44% | 32,748 |
| OPI - Varasano | 8,027 | 14,746 | | 14,746 | 84% | 84% | 18,504 |
| LA - Sanderson | 4,752 | 5,459 | | 5,459 | 16% | 19% | 6,610 |
| EMEA - Falotti | 14,720 | 23,631 | | 23,631 | 61% | 61% | 37,113 |
| APAC - Williams | (1,516) | 3,461 | | 3,461 | nm | nm | 3,749 |
| Japan - Sano | 1,418 | 1,457 | | 1,457 | 3% | 3% | 2,203 |
| Corporate Adjustments | 10,000 | - | | - | -100% | -100% | - |
| **Total** | $ 55,718 | $ 97,416 | $ - | $ 97,416 | 75% | 75% | $ 120,595 |
| **Margin %** | | | | | | | |
| OSI - Nussbaum | -1% | 21% | | 21% | | | 17% |
| NA - Sanderson | 11% | 16% | | 16% | | | 16% |
| OPI - Varasano | 16% | 33% | | 33% | | | 30% |
| LA - Sanderson | 23% | 22% | | 22% | | | 26% |
| EMEA - Falotti | 8% | 13% | | 13% | | | 17% |
| APAC - Williams | -7% | 12% | | 12% | | | 13% |
| Japan - Sano | 20% | 14% | | 14% | | | 21% |
| Corporate Adjustments | 100% | nm | | nm | | | nm |
| **Total** | 10% | 17% | | 17% | | | 18% |

ORCL 0122083
ORACLE CONFIDENTIAL

**$ in Thousands at Budget Rates**　　　　　　　　ORACLE

| Support - Baker | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| USA - Snyder | $ 299,839 | $ 380,114 | | $ 380,114 | 27% | 27% | $ 380,665 |
| Latin America - Snyder | 21,872 | 26,372 | | 26,372 | 21% | 21% | 26,031 |
| EMEA - Cadogan | 187,988 | 237,671 | | 237,671 | 26% | 26% | 236,065 |
| APAC - Tong | 37,827 | 46,888 | | 46,888 | 24% | 24% | 45,833 |
| Japan - Mashima | 19,522 | 25,044 | | 25,044 | 28% | 28% | 23,573 |
| WW Support Operations - Baker | . | . | | . | | | . |
| Other | 4,367 | . | | . | | | . |
| **Total** | $ 571,395 | $ 716,087 | . | $ 716,087 | 26% | 25% | $ 712,367 |
| **Expenses** | | | | | | | |
| USA - Snyder | $ 74,847 | $ 96,949 | | $ 96,949 | -30% | -30% | $ 99,201 |
| Latin America - Snyder | 7,455 | 8,654 | | 8,654 | -16% | -16% | 9,203 |
| EMEA - Cadogan | 54,588 | 73,090 | | 73,090 | -34% | -34% | 69,114 |
| APAC - Tong | 13,773 | 17,233 | | 17,233 | -25% | -25% | 17,563 |
| Japan - Mashima | 5,177 | 6,434 | | 6,434 | -24% | -24% | 6,512 |
| WW Support Operations - Baker | 10,800 | 9,616 | | 9,618 | 11% | 11% | 11,341 |
| Other | . | . | | . | nm | nm | . |
| **Total** | $ 166,620 | $ 211,978 | $ . | $ 211,978 | -27% | -27% | $ 212,934 |
| **Margin** | | | | | | | |
| USA - Snyder | $ 224,992 | $ 283,165 | $ . | $ 283,165 | 26% | 26% | $ 281,664 |
| Latin America - Snyder | 14,417 | 17,718 | . | 17,718 | 23% | 23% | 16,828 |
| EMEA - Cadogan | 133,400 | 164,581 | . | 164,581 | 23% | 23% | 166,951 |
| APAC - Tong | 24,054 | 29,653 | . | 29,653 | 23% | 23% | 28,270 |
| Japan - Mashima | 14,345 | 18,610 | . | 18,610 | 30% | 30% | 17,061 |
| WW Support Operations - Baker | (10,800) | (9,618) | . | (9,618) | nm | nm | (11,341) |
| Other | 4,367 | . | . | . | -100% | -100% | . |
| **Total** | $ 404,775 | $ 504,109 | $ . | $ 504,109 | 25% | 25% | $ 499,433 |
| **Margin %** | | | | | | | |
| USA - Snyder | 75% | 74% | | 74% | | | 74% |
| Latin America - Snyder | 66% | 67% | | 67% | | | 65% |
| EMEA - Cadogan | 71% | 69% | | 69% | | | 71% |
| APAC - Tong | 64% | 63% | | 63% | | | 62% |
| Japan - Mashima | 73% | 74% | | 74% | | | 72% |
| WW Support Operations - Baker | nm | nm | | nm | | | nm |
| Other | nm | nm | | nm | | | nm |
| **Total** | 71% | 70% | | 70% | | | 70% |

ORCL 0122084
ORACLE CONFIDENTIAL

Support 6/20/2002

Sum_BudRates 6/20/2002

| $ in Thousands at Budget Rates | | | | | | | | ORACLE | |
|---|---|---|---|---|---|---|---|---|---|
| License | Q3 FY99 | Q3 FY99 Forecast | | | Forecast vs PY % | Potential Growth % | Q3FY99 Budget | Q3 FY99 Pipeline | Q3 FY99 Pipeline | Pipeline growth % | Pipeline Coverage Ratio |
| | | Forecast | Upside | Potential | | | | | | | |

*Revenues*

| OSI - Nussbaum | NAS - Roberts | OPI - Varesano | LA - Sanderson | EMEA - Faiad | APAC - Williams | Japan - Sano | NT/Ost Sales - Bloom | Sales & Ops - Lane | DMD OH - Bloom | Corporate Adjustments | Total |

*Expenses*

| OSI - Nussbaum | NAS - Roberts | OPI - Varesano | LA - Sanderson | EMEA - Faiad | APAC - Williams | Japan - Sano | NT/Ost Sales - Bloom | Sales & Ops - Lane | DMD OH - Bloom | Corporate Adjustments | Total |

*Margin*

| OSI - Nussbaum | NAS - Roberts | OPI - Varesano | LA - Sanderson | EMEA - Faiad | APAC - Williams | Japan - Sano | NT/Ost Sales - Bloom | Sales & Ops - Lane | DMD OH - Bloom | Corporate Adjustments | Total |

*Margin %*

| OSI - Nussbaum | NAS - Roberts | OPI - Varesano | LA - Sanderson | EMEA - Faiad | APAC - Williams | Japan - Sano | NT/Ost Sales - Bloom | Sales & Ops - Lane | DMD OH - Bloom | Corporate Adjustments | Total |

ORCL 01220082
ORACLE CONFIDENTIAL

| $ in Thousands at Budget Rates | | | | | | | ORACLE |
|---|---|---|---|---|---|---|---|
| **Education - Hall** | | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
| | | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | | |
| USA - Bonilla | | $ 57,728 | $ 57,203 | $ - | $ 57,203 | -1% | -1% | $ 63,537 |
| Latin America - Bonilla | | 3,570 | 3,785 | | 3,785 | 6% | 6% | 4,080 |
| EMEA - Guisquel | | 38,319 | 38,373 | | 38,373 | 6% | 6% | 38,827 |
| APAC - Killen | | 7,979 | 10,043 | | 10,043 | 26% | 26% | 9,582 |
| Japan - Sato | | 4,784 | 5,658 | | 5,650 | 18% | 18% | 6,178 |
| Other - Hall | | - | - | | - | nm | nm | (6,000) |
| | Total | $ 110,380 | $ 115,062 | $ - | $ 115,062 | 4% | 4% | $ 116,214 |
| **Expenses** | | | | | | | | |
| USA - Bonilla | | $ 47,084 | $ 38,203 | | $ 38,203 | 19% | 19% | $ 51,388 |
| Latin America - Bonilla | | 2,882 | 2,832 | | 2,832 | 2% | 2% | 3,013 |
| EMEA - Guisquel | | 28,213 | 28,252 | | 28,252 | 0% | 0% | 29,290 |
| APAC - Killen | | 6,604 | 7,172 | | 7,172 | -9% | -9% | 7,118 |
| Japan - Sato | | 3,869 | 4,209 | | 4,209 | -9% | -9% | 4,593 |
| Other - Hall | | - | - | | - | nm | nm | 3,000 |
| | Total | $ 88,652 | $ 80,668 | $ - | $ 80,668 | 9% | 9% | $ 98,400 |
| **Margin** | | | | | | | | |
| USA - Bonilla | | $ 10,644 | $ 19,000 | $ - | $ 19,000 | 79% | 79% | $ 12,149 |
| Latin America - Bonilla | | 688 | 953 | - | 953 | 39% | 39% | 1,067 |
| EMEA - Guisquel | | 8,106 | 10,121 | - | 10,121 | 25% | 25% | 9,537 |
| APAC - Killen | | 1,375 | 2,871 | - | 2,871 | 109% | 109% | 2,476 |
| Japan - Sato | | 915 | 1,449 | - | 1,449 | 58% | 58% | 1,585 |
| Other - Hall | | - | - | | - | nm | nm | (9,000) |
| | Total | $ 21,728 | $ 34,394 | $ - | $ 34,394 | 58% | 58% | $ 17,814 |
| **Margin %** | | | | | | | | |
| USA - Bonilla | | 18% | 33% | | 33% | | | 19% |
| Latin America - Bonilla | | 19% | 25% | | 25% | | | 26% |
| EMEA - Guisquel | | 22% | 26% | | 26% | | | 25% |
| APAC - Killen | | 17% | 29% | | 29% | | | 26% |
| Japan - Sato | | 19% | 26% | | 26% | | | 26% |
| Other - Hall | | - | nm | | nm | | | 150% |
| | Total | 20% | 30% | | 30% | | | 15% |

ORCL 0122005
ORACLE CONFIDENTIAL

| $ in Thousands at Budget Rates | | | | | ORACLE | | |
|---|---|---|---|---|---|---|---|
| **Other** | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
| | | Forecast | Upside | Potential | | | |
| **Revenues** | | | | | | | |
| Business On Line | $        1 | $   6,613 | | $   6,613 | nm | nm | $   6,613 |
| OFD | 1,271 | 2,564 | | 2,564 | 102% | 102% | 2,564 |
| E-Travel | - | - | | - | nm | nm | 4,272 |
| Total | $   1,272 | $   9,177 | $       - | $   9,177 | 621% | 621% | $ 13,449 |
| **Expenses** | | | | | | | |
| Business On Line | $   1,597 | $   3,210 | | $   3,210 | -101% | -101% | $   9,556 |
| OFD | 1,388 | 2,291 | | 2,291 | -65% | -65% | 2,216 |
| E-Travel | - | - | 5,010 | 5,010 | nm | nm | 5,010 |
| Total | $   2,985 | $   5,501 | $ 5,010 | $ 10,511 | -84% | -252% | $ 16,782 |
| **Margin** | | | | | | | |
| Business On Line | $ (1,596) | $   3,403 | - | $   3,403 | nm | nm | $ (2,943) |
| OFD | (117) | 273 | - | 273 | nm | nm | 348 |
| E-Travel | - | - | (5,010) | (5,010) | nm | nm | (736) |
| Total | $ (1,713) | $   3,676 | $ (5,010) | $ (1,334) | nm | nm | $ (3,333) |
| **Margin %** | | | | | | | |
| Business On Line | nm | 51% | | 51% | | | nm |
| OFD | nm | 11% | | 11% | | | 14% |
| E-Travel | nm | nm | | nm | | | nm |
| Total | nm | 40% | | nm | | | nm |

ORCL 0122086
ORACLE CONFIDENTIAL

Other 6/20/2002

| $ in Thousands at Budget Rates | | | | | | | ORACLE |
|---|---|---|---|---|---|---|---|
| Development & IT | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
| | | Forecast | Upside | Potential | | | |
| **Development Expenses** | | | | | | | |
| System Products - Bloom | $ 90,546 | $ 108,721 | $ - | $ 108,721 | -20% | -20% | $ 118,560 |
| Tools & Other - Abassi | 19,618 | 22,602 | | 22,602 | -15% | -15% | 25,631 |
| Translation & Other - Thacker | 19,233 | 15,428 | | 15,428 | 20% | 20% | 21,434 |
| ERP Applications - Wohl | 71,039 | 85,436 | - | 85,436 | -20% | -20% | 85,484 |
| CRM Applications - Barrenchea | 22,056 | 39,689 | | 39,689 | -80% | -80% | 35,545 |
| Other Product - Ellison | 3,956 | 4,364 | | 4,364 | -10% | -10% | 4,126 |
| Total Development | $ 226,448 | $ 276,240 | $ - | $ 276,240 | -22% | -22% | $ 290,780 |
| Data Center & Networks | 17,603 | 29,775 | | 29,775 | -69% | -69% | 27,307 |
| ERP IT - Wohl | 8,928 | 13,002 | | 13,002 | -46% | -46% | 11,325 |
| CRM IT - Barrenchea | 2,996 | 5,306 | | 5,306 | -77% | -77% | 4,976 |
| Total IT | $ 29,527 | $ 48,083 | $ - | $ 48,083 | -63% | -63% | $ 43,608 |
| Total Development & IT | $ 255,975 | $ 324,323 | $ - | $ 324,323 | -27% | -27% | $ 334,388 |

ORCL 01220087
ORACLE CONFIDENTIAL

**$ in Thousands at Budget Rates** — ORACLE

| Marketing, G&A & Corporate | Q3 FY99 | Q3 FY00 Forecast | | | Forecast vs PY % | Potential Growth % | Budget |
|---|---|---|---|---|---|---|---|
| | | Forecast | Upside | Potential | | | |
| **Marketing Expenses** | | | | | | | |
| Corporate - Jarvis | $ 35,239 | $ 89,358 | | $ 89,358 | -154% | -154% | $ 79,755 |
| USA Sales & Mktg - Hagan | 1,137 | 2,531 | | 2,531 | -123% | -123% | 2,531 |
| WW Alliances - Knee | 18,059 | 18,214 | | 18,214 | -1% | -1% | 19,348 |
| Latin America - Sanderson | 2,785 | 1,588 | | 1,588 | 43% | 43% | 1,814 |
| EMEA - Fallolli | 30,457 | 29,532 | | 29,532 | 3% | 3% | 30,254 |
| Japan - Sano | 17,724 | 11,401 | | 11,401 | 36% | 36% | 8,668 |
| Asia Pacific - Williams | 7,794 | 7,947 | | 7,947 | -2% | -2% | 7,917 |
| Other | - | - | | - | nm | nm | - |
| **Total Marketing** | $113,195 | $160,571 | $ - | $160,571 | -42% | -42% | $150,287 |
| **General & Administrative** | | | | | | | |
| Americas FP&A - Lane | $ 1,159 | $ - | $ 1,205 | $ 1,205 | 100% | -4% | $ 1,205 |
| Americas Shared Services - Henley | 22,592 | 22,420 | | 22,420 | 1% | 1% | 24,499 |
| Latin America - Sanderson | 4,278 | 4,791 | | 4,791 | -12% | -12% | 4,489 |
| EMEA - Fallolli | 36,461 | 42,707 | | 42,707 | -17% | -17% | 41,715 |
| Japan - Sano | 7,074 | 7,236 | | 7,236 | -2% | -2% | 7,180 |
| APAC - Williams | 7,875 | 9,077 | | 9,077 | -15% | -15% | 8,810 |
| **Total General & Administrative** | $ 79,439 | $ 86,231 | $ 1,205 | $ 87,436 | -9% | -10% | $ 87,898 |
| **Corporate** | | | | | | | |
| CEO - Ellison | $ 1,347 | $ 2,346 | | $ 2,346 | -74% | -74% | $ 2,346 |
| COO - Lane | 2,195 | 2,234 | | 2,234 | -2% | -2% | 2,234 |
| CFO - Henley | 7,108 | 7,764 | | 7,764 | -9% | -9% | 7,764 |
| Corporate Development - Bloom | 1,138 | 1,620 | | 1,620 | -42% | -42% | 1,665 |
| Corporate Accruals | (16,088) | (6,346) | | (6,346) | nm | nm | (6,346) |
| **Total Corporate** | $ (4,300) | $ 7,618 | $ - | $ 7,618 | nm | nm | $ 7,663 |

ORCL 01220BB
ORACLE CONFIDENTIAL

Mktg, G&A & Corp 6/2t/2000

**Q3 FY00**

ORACLE®

**EXTERNAL PRODUCT REVENUES**
**$ in Thousands at Budget Rates**

| | Q3 FY99 | FORECAST Q3 FY00 | UPSIDE | POTENTIAL | FORECAST GROWTH | POTENTIAL GROWTH |
|---|---|---|---|---|---|---|
| **REPORTED** | | | | | | |
| Server | $ 598,059 | $ 609,714 | $ 118,362 | $ 728,076 | 2% | 22% |
| Tools | 67,366 | 53,427 | 10,372 | 63,799 | -21% | -5% |
| Applications | 147,351 | 148,360 | 28,801 | 177,161 | 1% | 20% |
| **Total License** | $ 812,776 | $ 811,501 | $ 157,535 | $ 969,036 | 0% | 19% |
| Other | (2,333) | (2,838) | - | (2,838) | nm | nm |
| **Total License & Other – Mgmt Summary** | $ 810,443 | $ 808,663 | $ 157,535 | $ 966,198 | 0% | 19% |
| **CONSTANT $** | | | | | | |
| Server | $ 586,518 | $ 601,855 | $ 116,837 | $ 718,692 | 3% | 23% |
| Tools | 65,884 | 53,297 | 10,346 | 63,643 | -19% | -3% |
| Applications | 146,052 | 148,444 | 28,817 | 177,261 | 2% | 21% |
| **Total License** | $ 798,454 | $ 803,596 | $ 156,000 | $ 959,596 | 1% | 20% |
| Other | (2,488) | (3,480) | - | (3,480) | nm | nm |
| **Total License & Other – Mgmt Summary** | $ 795,966 | $ 800,116 | $ 156,000 | $ 956,116 | 1% | 20% |

101.0% Constant vs Reported

ORCL 0122089
ORACLE CONFIDENTIAL

Oracle Corporation Confidential

| Corporate Adjustments | License | Support | Education | Consulting | Total |
|---|---|---|---|---|---|
| Int'l Revenue Transfers | $ 10,000 | $    - | $    - | $    - | $ 10,000 |
| US Bad Debt Adjustment | - | - | - | - | - |
| Management Judgment | - | - | - | - | - |
| Total | $  10,000 | $    - | $    - | $    - | $ 10,000 |

**Potential Upside, Not Included in Analysis**

**Large Deals Not in Upside**

$    -

| Bad Debt Adjustment | $    - |
|---|---|
| License | 31% |
| Support | 33% |
| Education | 5% |
| Consulting | 31% |
| Total | 100% |

Total     $    -

ORCL 0122090
ORACLE CONFIDENTIAL