# EXHIBIT 27

audit committee comments

From: Jeff Henley <Jeff.Henley@oracle.com>   3:41 PM
Subject: audit committee comments
To: "Henley, Jeffrey" <JEFF.HENLEY@oracle.com>

### Q2 COMMENTS

Q2 ended on a strong note after a slow start for the first two months. Big applications deals carried the day, including large deals at both HP and Compaq plus a nice database deal at Sun (we're building more balance between the 3 key hardware partners). The other big ones in excess of $10 mil license value were JDS Uniphase (apps), American General (apps), and Kaiser (database). These 6 big deals contributed $105 mil to the quarter or 9% of total license and other revenue which is larger than normal.

Apps growth exceeded street expectations at 66% (73% constant) and database fell back to 19% (26% constant).

As we said on the conference call, it was the 4th consecutive quarter of greater than 10 % pts of margin gain and the 2 year Q2 cum margin gain is 17 % pts with absolute margin for Q2 at 36%. Currency hit was huge at nearly 7 % pts negative but looking at constant dollar license growth it was over 30% and the past 3 of 4 quarters it's been over 30%. Last time we did this was 3 1/2 years ago.

Consulting/education growth improved 8 pts in constant terms from the low point of Q1 which we signaled at the Q2 Analyst Day and will be key to improving overall revenue growth.

### Q3 FORECAST

On the conference call we said that we had seen no slowdown in our business yet (Q2 license growth or initial pipeline growth rate). We reasoned that this was because our stuff isn't like PC's, semiconductors, etc--it's in high demand. We acknowledged that if the economy keeps falling then it might affect us at some point. I also pointed out that Q3 database was the toughest comparison for the year. Nobody asked the question about Covisant which we announced (it's $60 mil).

==At this point, all data since the call point to more economic softening so there is risk of slippage in deals.== Offsetting this is stronger than normal approval activity in December, the Covisant deal already in, and checks with the 3 U.S. execs saying they aren't as yet hearing of slippage from their managers (although it's still early in the quarter). Also, 11i is much more stable than in Q2 including Oracle going live at the first part of January so better demos and number of references should help our apps business in Q3. Lastly, we said currency would be neg 5 and since Euro came back the current outlook is neg 3. Net, net we still feel good about Q3 but the economy is a wildcard that nobody can fully predict with 2 long months to go.

NDCA-ORCL 03418
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0045275

1 of 1   01/04/2001 3:55 PM

