# EXHIBIT 28



# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).
(Print or Type Responses)

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(f) of the Investment Company Act of 1940

| OMB APPROVAL |
|---|
| OMB Number: 3235-0287 |
| Expires: September 30, 1998 |
| Estimated average burden hours per response ..... 0.5 |

| 1. Name and Address of Reporting Person* Henley, Jeffrey (Last) (First) (Middle) 500 Oracle Parkway (Street) Redwood Shores, CA 94065 (City) (State) (Zip) | 2. Issuer Name and Ticker or Trading Symbol Oracle Corporation (ORCL) | 6. Relationship of Reporting Person(s) to Issuer (Check all applicable) ___ Director ___ 10% Owner _X_ Officer ___ Other (give title below) (specify below) Executive Vice President CHIEF FINANCIAL OFFICER |
|---|---|---|
| | 3. I.R.S. Identification Number of Reporting Person, if an entity (Voluntary) | 4. Statement for Month/Year January 2001 | |
| | 5. If Amendment, Date of Original (Month/Year) | 7. Individual or Joint/Group Filing (Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at End of Month (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/04/01 | G | V | 15,600 | D | (1) | | D | |
| Common Stock | 01/04/01 | M | | 206,228 | A | $1.6852 | | D | |
| Common Stock | 01/04/01 | S | | 206,228 | D | $32.3125 | | D | |
| Common Stock | 01/04/01 | M | | 793,772 | A | $1.0402 | | D | |
| Common Stock | 01/04/01 | S | | 793,772 | D | $32.3125 | 21,148 | D | |

ORCL 0013562

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly. *If the form is filed by more than one reporting person, see Instruction 4(b)(v).
Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

(Over)
Page 1 of 3 pages  SEC 1474 (7-97)

NDCA-ORCL 04109
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $1.0400 | 01/04/01 | M | | | 793,772 | (2) | 05/25/03 | Common Stock | 793,772 | | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $1.6900 | 01/04/01 | M | | | 206,228 | (2) | 05/31/04 | Common Stock | 206,228 | | 1,818,772 | D | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Explanation of Responses:

(1) Bona fide gift to University of California at Santa Barbara Foundation
(2) Option vests 25% annually on anniversary of grant date

ORCL 0013563

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

\*\*Signature of Reporting Person        Date

Page 2 of 3 pages        Page 2

SEC 1474 (7-02)

NDCA-ORCL 04110
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

FORM 4 (continued)

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g. puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned at End of Month (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $1.0400 | 01/04/01 | M | | | 793,772 | (2) | 05/25/03 | Common Stock | 793,772 | | 0 | D | |
| Non-Qualified Stock Option (right to buy) | $1.6900 | 01/04/01 | M | | | 206,228 | (2) | 05/31/04 | Common Stock | 206,228 | | 1,818,772 | D | |

Explanation of Responses:

(1) Bona fide gift to University of California at Santa Barbara Foundation
(2) Option vests 25% annually on anniversary of grant date

ORCL 0013564

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations.
See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

*Signature of Reporting Person*  Jeffrey O. Henley  
Date: 2/7/01

Page 2 of 3 pages   Page 2

NDCA-ORCL 04111
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER