# EXHIBIT 36

[Fwd: RE: The cost of Partnering with Oracle]

Subject: [Fwd: RE: The cost of Partnering with Oracle]
Date: Tue, 09 Jan 2001 14:15:12 -0800
From: Ron Wohl <ron.wohl@oracle.com>
Organization: Oracle Corporation
To: "Shaw,Kirsten" <KIRSTEN.SHAW@ORACLE.COM>

what happened with this?

-------- Original Message --------
Subject: RE: The cost of Partnering with Oracle
Date: Tue, 9 Jan 2001 22:22:25 -0100
From: "Rebecca Enonchong" <renonchong@appstech.com>
To: "Renee Knee" <renee.knee@oracle.com>, "Ron Wohl" <ron.wohl@oracle.com>
CC: <larry.ellison@oracle.com>, "Drew Campbell" <harold.campbell@oracle.com>

Ron / Renee,I am at a loss as to why I can't get Oracle to reply to a single one of of my e-mails. I am trying to work with Oracle on this and feel like I have hit a brick wall. I hear that you finally called Bill Grebe from Brock on Friday but offered him nothing in terms of a refund or credits as I had begged of you. I will be making the decision tomorrow as to whether or not to continue the project at Brock. My only reluctance at this point is the commitment we made to Brock. However, we understand from our legal counsel that they would have a better chance at a full refund from Oracle if we stopped the implementation. On another note, as a company, we ordered R11i Financials for our internal use. Again, since Oracle offers no discounts to its partners, we were billed full price. We had hoped that using the software internally would serve to reinforce our relationship with Oracle. We have never been able to implement it and have decided to return it. Please let us know what the procedure is. I have a prescheduled interview with the Industry Standard (London) on Friday. The topic was supposed to be on my writing of the Oracle Book, our growing European practice and our creation of the Africa Technology Forum, a non-profit to promote technology in Africa. I would really like to get some kind of response from Oracle before then so it doesn't turn into a "Oracle is a monster" session.Thanks for your time. I am still in Europe and can best be reached by e-mail. My cell phone is active here 1.301.728.8854.Rebecca-----Original Message-----
From: Rebecca Enonchong [mailto:renonchong@appstech.com]
Sent: Wednesday, December 20, 2000 5:37 AM
To: Renee Knee; Ron Wohl
Cc: larry.ellison@oracle.com; Kurt Larsen; Drew Campbell
Subject: FW: The cost of Partnering with Oracle

> Renee and Ron,I still have not received any reply to this mail from more than a week ago. Since then, more TARs have been added, and we continue to receive more requests for documentation and business cases from your support group. Our Order Management team is immersed in paperwork and bug testing for Oracle. I am becoming more and more frustrated at the lack of response and responsiveness from Oracle. We have lost close to $200K so far on our implementation of 11i for Brock Tool and we cannot even get anyone at Oracle to reply to our e-mails!The client has now heard from these other Oracle customers in the same industry that choosing Oracle almost cost them their business:- American Saw & Mfg- GB electrical- Thomas & BettsOne of these had more than $3 million in orders get "lost" in the system. Bill Grebe, the CEO of Brock Tool, our client, is ready to ship the software back to you. The only reason he hasn't is that we have talked him out of it (many times) and have kept to our fixed price deal so that they do not bear the rising costs for our services.If we do not see any improvement in the quality of service from Oracle and more involvement from top level management at Oracle very soon we will reluctantly have to throw in the towel and stop the implementation of the Order Management software for Brock Tool. I can tell you without hesitation that the customer will cancel this project and request a refund of all software and support fees.I have spent this last year trying to build up a successful e-business solutions firm. At the crucial time when we are looking for financing, we are now having to explain how a company that was profitable from day one is losing money a year later. We have asked *nothing* of Oracle other than to fix its own software and to provide some credits to the customer. Is the courtesy of a reply to my e-mail too much to ask for?By the way, it might be nice if someone at the executive level called or wrote to Brock Tool (CSI 3070171)

ORACLE CONFIDENTIAL   CA-ORCL 008527

NDCA-ORCL 012414



[Fwd: RE: The cost of Partnering with Oracle]

in response to his letter to Larry Ellison. Barry Stephens from Orlando support has been very nice but this problem has definitely escalated beyond him. I am leaving for Europe tomorrow for about one month. I can be reached by e-mail or at our Paris office 011.33.1.47.96.46.97. Ironically, I am going off to concentrate on writing Oracle Financials 101 for Oracle Press. I guess it will be very short... "It doesn't work yet, check back in a year for a patched version of this book." Rebecca Enonchong
-----Original Message-----
**From:** Rebecca Enonchong [mailto:renonchong@appstech.com]
**Sent:** Monday, December 11, 2000 11:34 PM
**To:** Renee Knee; Ron Wohl
**Cc:** Jean-Michel Texier
**Subject:** The cost of Partnering with Oracle

Hi,

My name is Rebecca Enonchong and I am the CEO of Application Technologies, better known as AppsTech. We are a small IT firm (about 50 people) delivering Oracle Apps solutions worldwide.

I am writing to the two of you to share my frustrations with Oracle, especially as related to our 11i implementation of Order Management for Brock Tool and Supply. To make a long story short, had it not been for revenues from other clients, and smart financial management, AppsTech would be bankrupt today because of Oracle.

I have been in touch with the two of you a couple of times since OAUG Philadelphia and with Ron again since Hawaii. I know that our client, Brock Tool, has also been in touch with Ron and Larry Ellison.

As a company, we have devoted ourselves to being the best Oracle Apps consultants on the market. In addition to rigorous in-house training, not a week goes by without one or more of our consultants attending (or teaching) an Oracle Education class. All of our consultants are required to become OCPs within 6 months of hire. Even McGraw-Hill has recognized our expertise with the signing of a contract for the next Oracle Press book on Financials (Oracle Financials 101). On numerous occasions, we have been the ones to sell Oracle solutions to our clients, recommending Oracle over its competitors. It is bad enough that Oracle offers us neither compensation nor credit of any kind for our contributions to its bottom line. Even worse, however, is the fact that making the recommendations have cost us financially, and have put our reputation, crucial for our business, in jeopardy.

In April of this year, I raised the issue of the Oracle Partner program for Apps with Larry Ellison at the Philadelphia OAUG. Despite a couple of e-mails back and forth with Renee, nothing has come of it. In the meantime, I see press releases on Oracle partnering with firms on hosting and implementation services. Not one to give up, I at least try to join the OSP program since I see Oracle has recently added some new names to it. The e-mails I send to Sherry Frandle, the OSP contact listed for our area, do not even receive the courtesy of a reply.

All the while AppsTech is still out there selling Oracle Apps and services. In May of this year, armed with the confidence in R11i we had garnered at OAUG, we convinced two customers to purchase the product. They had heard horror stories about Oracle from a number of sources but they trusted our judgment and went along with our recommendations. To assure them that we believed in Oracle Apps, we offered them **fixed price** implementations so that we would bear the consequences if we were wrong about the software.

The first customer, Brock Tool and Supply, ordered the software right away. I'll get to the second customer later. Given our experience and expertise and the size of Brock (fewer than 100 employees), we were confident that we would complete the implementation in about two months. It has now been six months with no end in sight. While the financial modules were relatively stable and were set-up with few problems, Order Management has been disastrous. Over 100 TARs have been logged, and most of them OM related. Since the CEO of Brock Tool wrote a letter to Larry Ellison a couple weeks ago, development has been working on patches for those issues. So basically, since July, I have had an

[Fwd RE The cost of Partnering with Oracle]

entire implementation team creating TARs and beta testing OM for Oracle. To add insult to injury, one of the Oracle's early responses to Brock Tool was questioning their choice of an implementer! By now, all the on-site training we did for the end-users at Brock has long been forgotten and we will have to do it over (at our cost). We can't pull the team members off of Brock and onto other projects because as soon as OM is ready they will have to be pulled back onto Brock. To retain what remains of our reputation, we have not reneged on our fixed price arrangement. So basically, we have the cost of the team staying on the project and the opportunity cost of not being able to assign them to another project. Opportunity cost brings me to the other customer, Mervis Diamonds. After working with them for two months, negotiating prices, doing multiple demos, Mervis was finally convinced that Oracle was the way to go. In the meantime, we started experiencing the "effect" of 11i Order Management. Because this was also the core of Mervis' business, we initially tried to stall them, believing that OM would be stable soon and we would be able to implement it for them. Seeing the Thanksgiving go live date drawing closer and closer, we eventually backed out and told Mervis we would not be able to implement the software for them. We lost the account and the revenues that go along with it. The revenues for the implementation were low but Mervis had also wanted us to host and maintain the Apps so the account was very attractive from that standpoint. Of course, we could have misled the customer, had them sign a contract that we knew we could not uphold, and then let it drag on. We don't operate that way. Another firm actually picked up the account and, of course, has not met the deadline. Obviously, the Order Management modules were not ready for release to the public in June. Oracle Consulting knew this which is why they would only implement for Brock if they agreed to do 11.03. Why weren't we told? Are partners valued at Oracle? Despite the lack of support from Oracle, we have always been faithful to you. Could you at least be respectful to us? Jon Simmons, who is responsible for your ASP program, threatened to have any Oracle sales rep who referred customers to us fired if we did not pay a $1 million ransom (AKA the "fee" for the ASP program). This conference call was attended by others I am not making this up. Had it not been for OM, we would have had one of the first live 11i implementations. Our PR firm has been ready to make an announcement but it is now to late to be amongst the first. Our most important client recently wanted to implement an expense management system. They had already spent a year and a half and $200K on a non Oracle solution. Based on our recommendation alone, they dropped that project and chose Oracle iExpense for 2000 of their employees. Again, we put our reputation on the line based on our belief that Oracle will deliver. Will you? If this product fails, we lose this customer and we could lose our business. When Oracle puts products out on the market that they know are not ready for production, it hurts Oracle, but more seriously, it could destroy a small business like our client's or like ours. We live by deliverables and SLAs. What standards is Oracle judged by? We still have to pay our partner fees, our software licenses and our support agreements. We still have to run our businesses, pay our salaries and our rent. We are still interested and waiting for an Applications specific partner program and hope that Oracle will not overlook us once more. More importantly, I ask that Oracle take small businesses seriously; this includes small customers and small partners. We all believe that with Oracle we will one day become big. We will continue to work with Oracle but Oracle has to work with us. If we are to be partners then it must be a relationship based on honesty and trust. We have to trust that when Oracle says it's ready, it really is. And if it's not, Oracle should have some SLA or other means of financial penalty for non-delivery or substandard delivery. Since you have no existing policy of the sort, we will ask that Oracle consider giving the following to our customer, Brock Tool:

- Refund for two years of support, including the current year
- Refund on iStore (which they overpaid for anyway)
- Education credits
- Marketing support (joint releases, etc).

CA-ORCL 008529

ORACLE
CONFIDENTIAL

If you do any of these things we will only ask that you let the customer know that this was based on our suggestions. I think this will go a long way to easing relations between Oracle and the customer and between the customer and ourselves. For both our sakes, Brock must be a referenceable customer. Brock's CEO is still at the point of wanting to ship the software back and going to the press to tell them Oracle software is worthless. If this happens, our six months of effort will have been for naught. The weekly calls with Oracle Support are a help but only reinforce the notion that the OM modules are not ready. I believe that Oracle can and should do more for Brock. If you don't do it for their sake, do it for ours. After all, we are your partner... or are trying to be. Rebecca Enonchong P.S. I am attaching the letter from Brock's CEO to Larry Ellison and one of the recent documents prepared by

[Fwd: RE: The cost of Partnering with Oracle]

        our OM Lead for Oracle support and development. _____
        Rebecca Enonchong
        Application Technologies, Inc.
        www.appstech.com
        3, Bethesda Metro Center Suite 700
        Bethesda, MD 20814 USA
        1(301) 961-1951 Fax 1(301) 657-9776

CA-ORCL 008530

ORACLE
CONFIDENTIAL

NDCA-ORCL 012417