# EXHIBIT 53

Subject: [Fwd: HP Q2 Execution Plan Update for November 10 Thursday]
Date: Thu, 09 Nov 2000 20:45:49 -0800
From: michael decesare <michael.decesare@oracle.com>
Organization: Oracle Corporation
To: "Sanderson,Edward" <SANDY.SANDERSON@oracle.com>,
    "Varasano,Frank" <FRANK.VARASANO@oracle.com>
CC: "Speck,Kurt" <KURT.SPECK@oracle.com>

Sandy/Frank: HP confirmed today that they will try and pull the CRM portion of the order off providing we deliver what we have outlined in Development and Production systems. Since they don't need ALL the license users right now they are hedging on how big an order they will do until they see how much production hardware Oracle comes back with. If this turns out to be a large number we could get the entire order

Mike

---

Subject: Re: HP Q2 Execution Plan Update for November 10 Thursday
Date: Thu, 09 Nov 2000 18:28:41 -0800
From: Marquesa Lloyd <marquesa.lloyd@oracle.com>
Organization: Global Information Technologies
To: Conway Snyder <Conway.Snyder@oracle.com>
CC: jjones@oracle.com, mlloyd@oracle.com, mrocha@oracle.com,
    gary.roberts@oracle.com, sjanicki@oracle.com, mdecesar@oracle.com,
    djimenez@oracle.com

Conway -

Just dropped you a voice mail. Gary can do a call with you tomorrow at 7:30 a.m., pst only. You can reach him on his cellular phone at 650/333-7400.

Thanks,
Marquesa

Conway Snyder wrote:

> Juan,
>
> Steve and I were unable to connect this morning at 8:30 due to a traffic jam on the road between the Stuttgart airport and the HP facility in Boeblingen. I was in traffic on the way to HP until 9:30. At that point Steve was in preparing for a meeting with Larry. The soonest we'll be able to get together may be next Tuesday. I'll be back in Redwood Shores Saturday afternoon.
>
> At Mike Decesare's suggestion, and by cc of this note to Marquessa Lloyd, I'm looking if there may be time tommorow to brief Gary Roberts on what we're trying to do with HP and see if there is an alternate path to developing the server information required before next Tuesday. Gary called Mike DeCesare and would appreciate more details. Given my travel

1

ORACLE
CONFIDENTIAL

NDCA-ORCL 055957

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

schedule, I could use your help in backfilling my availability later in
the day, if Gary is available. I will call Marquessa to discuss.

As you'll see in the note below from Kurt Graustein, there is alot of
production data that will eventually reside in 11i that may make the HP
sizing effort more complex because of the application change.

HP confirmed again today they're willing to do a Q2 CRM deal in some
amount if we can pull together machine requirements into a binding PO
and resolve the development issues we're working on.

According to Phil May, HP is willing to buy as much CRM from Oracle as
we buy in HW, Support and other requirements from HP.

My availability tommorow is good from 8 AM to 6 PM PST.

thanks.

---

**Subject:** Re: Fw: [Fwd: [Fwd: HP Update]]]
**Date:** Wed, 08 Nov 2000 15:36:15 -0800
**From:** Kurt Graustein <Kurt.Graustein@oracle.com>
**Organization:** Oracle Corporation
**To:** "Steven B. Janicki" <Steven.Janicki@oracle.com>
**CC:** Paul Van Amsterdam <paul.van.amsterdam@oracle.com>,
   campbell.webb@oracle.com, conway.snyder@oracle.com,
   "maria.maskiewicz" <maria.maskiewicz@oracle.com>
**References:** <006e01c044fd$b510b6c0$01721990@SJANICKIPC>

Steve,

Sorry for the delay on this. I have put together the attached table describing all that I know or was able
to extract from others as of today. I realize that there are gaps, but this is the best information I
have. I included comments on a few services that are not owned by my group but I had some information on.

Let me know if you have any questions. I'll keep you posted on any changes or updates I receive. Please
let me know which of our services absolutely have to move to HP by June and what priority each should be
given. I'm sure we would have to work with Peter Lee to form a hardware plan for them, as I doubt we want
to stack more databases and applications on the GSI database server cluster. It sounds like the whole point
is to increase hardware spend with HP anyway, so I doubt that would be the plan.

If you haven't already included Colin Nurse on this discussion, you may want to.

2

**ORACLE
CONFIDENTIAL**

**NDCA-ORCL 055958**

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

```
His group owns the Web
Calendar database.

Kurt

"Steven B. Janicki" wrote:

> Kurt, Paul, Campbell,
>
> Please take a look at the attached list of implementations and provide the
> current migration / implementation schedules for each.
>
> ----- Original Message -----
> From: "Conway Snyder" <conway.snyder@oracle.com>
> To: "Janicki,Steven" <STEVEN.JANICKI@oracle.com>
> Cc: "DeCesare,Michael" <MICHAEL.DECESARE@oracle.com>; "Speck,Kurt"
> <. RT.SPECK@oracle.com>; "Jones,Juan" <JUAN.JONES@oracle.com>;
> "Maskiewicz,Maria" <MARIA.MASKIEWICZ@oracle.com>
> Sent: Thursday, November 02, 2000 6:35 AM
> Subject: [Fwd: [Fwd: [Fwd: HP Update]]]
>
> > Steve,
> >
> > I've attached a spreadsheet with my understanding of the systems that
> > need to be migrated to HP. Appreciate an early assessment of what we
> > need in terms of the number of servers required and when we plan to
> > deploy them so we can fast track a proposal from HP for the HW.
> >
> > You may have had better success with HP, but my experience has been that
> > it takes several days for them to turn around a HW proposal. And there
> > has been some back and forth on what the requirement is. This is
> > relevant because Mike Decesare's team is trying to close a Q2 purchase
> > of Oracle sw by HP. Oracle purchase of HP hw in fulfillment of Larry's
> > commitment is a strong if not decisive bargaining chip, in those
> > negotiations.
> >
> > thanks.
> >
>
>   ------------------------------    ------------------------------
>                                       Name: [Fwd_ [Fwd_ HP Update]].eml
>   [Fwd_ [Fwd_ HP Update]].eml         Type: Microsoft MHTML Document 4.0
> (message/rfc822)
>                                     Encoding: 7bit
>
>                                       Name: IT Requirements 11-1-00.ppt
>   IT Requirements 11-1-00.ppt         Type: Microsoft PowerPoint Show
> (application/vnd.ms-powerpoint)
>                                     Encoding: base64
>                             Download Status: Not downloaded with message
```

3   **ORACLE CONFIDENTIAL**

NDCA-ORCL 055959

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# HP Migration Schedule - Production Database Services

| Application | Database | Projected Date on HP | Comments |
|---|---|---|---|
| Consulting Apps: Resource Management System (RMS) | GSIAP | DONE | This is already on HP in the GSIAP database. I don't know why this is currently listed as Sun. There is a RM_SKILLS snapshot on this database where the master is eres.uk.oracle.com. Perhaps it is ERES that we are talking about here (talk to Mark Blaker). |
| Education: Education Registration System (ERS) | ERSPD | 16-DEC-00 | Go-live with GSIAP 11i upgrade (replacing products are OTA, OM, AR and Advanced Pricing). ERSPD retained for 1 year for reporting only. |
| Education: Global Online Education System (GOES) | GOSPD | 16-DEC-00 | Go-live with GSIAP 11i upgrade (replacing products are OTA, OM, AR and Advanced Pricing). |
| Corporate Repository (CR) | CREPAP | | Currently no business sponsor for this application (was Robert Nielsen) or technical staff assigned. In talking to Debbie Field, there are no plans to change this product. The last modifications to the application were for Y2K compliance. The big question is whether or not this is really used. Do we really consider this "production data"? An effort to move this to HP will likely result in either great heartache (including the need to bring in consultance for application support) or the decommissioning of the service. Can this be replaced by iFS (files.us.oracle.com). Keep in mind that iFS is being done on Sun... |
| Oracle Automated Sales Information System (OASIS) | OASIS | 15-JAN-01 | This is incorrectly listed as being on HP. It is currently on DEC (smprod2). This is scheduled to be replaced by the CRM OTS application. We will retain the OASIS database for a couple months beyond that just for reference. |

4

ORACLE CONFIDENTIAL

NDCA-ORCL 055960

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| CRM Applications: OTS, OSC, OMO, Fulfillments, etc. | CRMRLT3i / CRMAP | | This schedule has recently changed and we do not have a revised schedule from CRM. We will get an update from CRM on 15-NOV-00. |
| ERP Applications: PA, GL, AP, etc. | GSIAP | | Are we listing this as "moving to HP" because it hasn't been completed globally? If so, a completion date for the global consolidation is not yet set (but likely toward the end of CY 2001). |
| iStore / OracleStore | ICSAP | MAR-00 ??? | I think this is incorrectly listed as being on HP already. The ICSAP database is currently on finprod6, which is a Sun Enterprise server. Though expected to be a part of the initial GSIAP 11i implementation, inclusion in GSI has since been pushed out by at least 2-3 months. |
| Internal Support and Information Services (ISIS) | | | Not my group, but I have comments... At least 6-8 months down the road ISIS is planned to be replaced by iSupport and related CRM support products. Campbell and An-Tzu would have to answer as to if/when ISIS will be moved to HP and if iSupport willroll out on HP. |
| Web Calendar | | | Not my group, but I have comments... Database maintained by Messaging Services. This is currently on Sun. They are in the process of moving the database, but to another Sun box. |
| Aria: Address book | | | Not my group, but I have comments... The database behind the Aria web site is maintained by Oracle Consulting Services. The HR data in Aria People is replicated from GSIAP (HP) nightly. Do we really consider Aria to be our "production data"? Contacts for this service are Tim Hoechst and Tom Kyte. |

Marquesa Lloyd <marquesa.lloyd@oracle.com>
Global Information Technologies

**ORACLE CONFIDENTIAL**

5

NDCA-ORCL 055961

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

michael decesare <michael.decesare@oracle.com>

ORACLE
CONFIDENTIAL

6

NDCA-ORCL 055962

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER