# EXHIBIT 75

### Oracle Service Industries Forecast - Q2FY01 ($M)

| | Total Opportunity | 01/29 | Change | | Comments |
|---|---|---|---|---|---|
| **FORECAST SUMMARY** | | | | | |
| Deals > $500K | | 60.0 | 10.5 | 70.5 | |
| Deals < $500K | | 25.9 | 1.8 | 27.7 | |
| ISD Forecast | | 44.2 | 1.9 | 46.1 | |
| Management Judgment | | 80.0 | (14.2) | 65.7 | |
| **TOTAL FORECAST** | | 210.0 | 0.0 | 210.0 | |
| | | | | | |
| **FORECAST DETAIL** | | | | | |
| Deals <$500K | | 25.9 | 1.8 | 27.7 | |
| ISD Forecast | | 44.2 | 1.9 | 46.1 | |
| Management Judgment | | 80.0 | (14.2) | 65.7 | |
| | | | | | |
| **Deals >$500K** | | | | | |
| STATE OF COLORADO/CBI/UPGRADE | 0.9 | 0.9 | (0.0) | 0.9 | Won. |
| New York/New Jersey Port Authority | 0.7 | 0.7 | 0.0 | 0.7 | Won. |
| FULTON COUNTY | 0.6 | 0.6 | 0.0 | 0.6 | Won. |
| DIA | 0.6 | 0.6 | 0.0 | 0.6 | Closed |
| City Public Service, San Antonio Texas | 0.6 | 0.6 | (0.0) | 0.6 | Won. |
| BellSouth Corporation | 6.7 | 6.7 | 0.0 | 6.7 | |
| DoD Health Affairs | 0.7 | 0.0 | New | 0.7 | |
| ARMY - Medical Command | 0.6 | 0.0 | New | 0.6 | |
| MCLEODUSA | 0.5 | 0.0 | New | 0.5 | |
| NASA JOHNSON SPACE CENTER | 0.5 | 0.0 | New | 0.5 | |
| ST JOHNS RIVER COMMUNITY COLLEGE | 0.6 | 0.0 | New | 0.6 | |
| PTO | 2.8 | 2.8 | 0.0 | 2.8 | Closed |
| Montgomery County Police | 0.9 | 0.9 | 0.0 | 0.9 | Won. |
| University of Chicago Hospitals | 0.7 | 0.6 | 0.1 | 0.7 | |
| TDS | 0.8 | 0.8 | 0.0 | 0.8 | |
| State Street Bank | 1.7 | 1.7 | 0.0 | 1.7 | Delayed revenue recognition expected to be recognized in Feb. There is some risk that State Street will not complete their acceptance testing by end of Feb. Ongoing discussions with State Street to ensure completion |
| City of Detroit Government | 0.8 | 0.8 | 0.0 | 0.8 | Still waiting for final signature & POEF |
| State System of Higher Education PA | 2.4 | 2.4 | 0.0 | 2.4 | |
| SSA | 2.6 | 2.6 | 0.0 | 2.6 | Decision memo awaiting CIO signature |
| City of Omaha, NE | 0.9 | 0.9 | (0.0) | 0.9 | County Bond Attorney working with OFD to put together financing. Issue of two parties not being able to guarantee for each other i.e. City/County. |
| LEHMAN BROTHERS | 4.0 | 0.0 | 4.0 | 4.0 | Cust putting together justification for CIO. Discussions regarding potential ELA but justifying immediate need may be difficult. |
| STATE OF NEW JERSEY OIT | 2.0 | 2.0 | 0.0 | 2.0 | Final NJ Agency Wave I Report submitted to NJ OIT. Lead relations manager will be meeting with the CIO (Decision Maker) on his first day back to work this Monday Feb 5th. We will be contacting the CIO immediateafly following that meeting |
| SBC Communications Inc | 6.0 | 6.0 | 0.0 | 6.0 | |
| PEOPLE'S BANK | 0.5 | 0.5 | 0.0 | 0.5 | Demo 1/31  R/U mtg planned for wk of 2/12. |
| NIMA - National Imagery and Mapping Agency | 0.6 | 0.6 | 0.0 | 0.6 | Close date Feb-01 |
| McGhan Medical Corporation | 0.7 | 0.7 | 0.0 | 0.7 | |
| Maryland JIS | 1.1 | 1.2 | (0.1) | 1.1 | J.S Director signed essential use agreement on 2/2/01. The financing process may now begin. Johnathan Bailey of OFD is working the financing. MD JIS had previously been approved so the OFD process should go quick. |
| LOS ANGELES DEPT OF WATER AND POWER | 0.8 | 0.8 | 0.0 | 0.8 | Presenting final proposal to LA WPD Board Feb 20. If decision has to go to City Councel, could be pushed out to Q4. |
| JUNIPER VALLEY PRODUCTS - DOC | 0.9 | 0.9 | 0.0 | 0.9 | Initial proposal w/ Oracle consulting - rejected. Presenting an ASP model w/ Agilera this week. Contracts need to be in place to close in Q3, since customer warts to go live July 1. |
| DOUGLAS COUNTY | 0.7 | 0.7 | 0.0 | 0.7 | I am meeting with Customer today at 2:00 to go over and gain buy-in on final configuration and pricing. |
| DISA | 3.0 | 3.0 | (0.0) | 3.0 | no update |
| COLUMBIA UNIV | 2.0 | 1.4 | 0.6 | 2.0 | |
| Cincinnati-RCC | 0.5 | 0.6 | (0.0) | 0.5 | Working w/Steve Cohn on the contract T&C's along with Sharon & Abbi. Need to have draft of change order & ordering document done by this Friday. Business case going for final Chase bus & legal approval. Customer already has contracts & po sb issued by mid-feb. Customer feedback is that this will happen. |
| CHASE | 0.6 | 0.6 | 0.0 | 0.6 | |
| American Electric Power | 3.0 | 2.0 | 1.0 | 3.0 | |
| World Bank | 0.6 | 0.6 | 0.0 | 0.6 | no update |
| Verizon Information Services | 2.0 | 2.0 | 0.0 | 2.0 | |
| TD WATERHOUSE | 0.5 | 0.5 | 0.0 | 0.5 | Met with CIO. Still needs to justify internally |
| | | | | | New Attorney General, Ashcroft, has taken office. Paul Kendall is recommended (and expected) to take office (within 2 weeks) at the Justice Department and get Search out of the loop. Once all players are in place, they move forward with purchase. |
| South West Alabama, UIS Project | 0.8 | 0.8 | 0.0 | 0.8 | |
| Rockefeller University | 0.8 | 0.8 | (0.0) | 0.8 | |
| Potomace Electric Power Company (PEPCO) | 0.5 | 0.5 | 0.0 | 0.5 | Met with Deputy CIO on 2/1/00, presented updated pricing based on new configuration. Customer was pleased with new quote but is concerned that Express will be rolled in. Customer indicated that a February close should be possible. |
| MONTGOMERY COUNTY PUBLIC SCHOOLS | 0.6 | 0.6 | 0.0 | 0.6 | Follow up meetings held with each agency, Finance, and CIO's Office. Software pricing reviewed and confirmed. Consulting Services have prepared their Statements of Work, which are to be internally reviewed and presented to customer early this week. |
| Miami-Dade County | 0.9 | 0.9 | 0.0 | 0.9 | |
| CREDIT LYONNAIS | 0.7 | 0.7 | 0.0 | 0.7 | Proposal delivered to cust. Cust Finance people are presenting justification internally to move forward with purchase. Key player will be @ Apps World. |
| Bank of America Technology & Operations | 0.5 | 0.0 | 0.5 | 0.5 | Moved from 30% to 100% |
| NAVY MEDICAL INFORMATION MANAGEMENT CENTER | 3.2 | 0.0 | 3.2 | 3.2 | Moved from 30% to 80% |
| NASA | 3.4 | 0.0 | 3.4 | 3.4 | Moved from 30% to 60% |
| ARMY & AIR FORCE EXCHANGE SERVICE | 0.6 | 0.0 | 0.6 | 0.6 | Moved from 30% to 60% |
| ALLTEL | 0.5 | 0.5 | 0.0 | 0.5 | |
| Allina Health System | 1.3 | 1.3 | 0.0 | 1.3 | |
| Naval Chesapeake division | 0.0 | 1.2 | (1.2) | 0.0 | Win prob dropped to 20% from 60% |
| | 0.0 | | 30% | | |
| OAKWOOD COLLEGE | 0.3 | 0.6 | (0.3) | 0.3 | Deal dropped to $256K |
| Oakland County Government | 0.4 | 0.5 | (0.0) | 0.4 | Deal dropped to $350K |
| | 0.0 | | | | |
| | 0.0 | | | | |
| | 0.0 | | | | |
| | | | | | |
| **Total Deals >$500K** | | 60.0 | 7.6 | 70.5 | |
| **TOTAL FORECAST** | | 210.0 | (2.9) | 210.0 | |

ORACLE CONFIDENTIAL

NDCA-ORCL 090539

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | | |
|---|---|---|---|---|
| TOTAL FORECAST | | 210.0 | (2.9) | 210.0 |
| **WORST CASE SCENARIO** | | | | |
| Forecasted Deals at Risk > $500K | | | | |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| Navtel Chesapeak Division | 1.2 | 0.0 | 1.2 | 1.2 | Win prob dropped to 30% |
| Management Judgement | | (80.0) | 14.2 | (65.7) |
| Total Forecasted Deals at Risk >$500K | | (80.0) | 15.4 | (64.5) |
| TOTAL WORST CASE SCENARIO | | 130.0 | (18.3) | 145.5 |
| **MOST LIKELY FORECAST SCENARIO** | | | | |
| Upside Deals Likely to Close >$500K | | | | |
| ... | 0.0 | ... | (2.9) | ... |
| ... | 0.0 | ... | (0.2) | ... |
| ... | 0.0 | ... | (0.7) | ... |
| ... | 0.0 | ... | (0.7) | ... |
| MBNA Hallmark Information Services | 0.3 | 1.0 | (0.7) | 0.3 | Dropped to $342K |
| ... | 0.0 | ... | (0.8) | ... |
| ... | 0.0 | ... | (0.8) | ... |
| Bank of America Tecanology & Operations | 0.0 | 0.5 | (0.5) | 0.0 | Moved from 30% to 100% |
| NAVY MEDICAL INFORMATION MANAGEMENT CENTER | 0.0 | 2.8 | (2.8) | 0.0 | Moved from 30% to 80% |
| NASA | 0.0 | 1.0 | (1.0) | 0.0 | Moved from 30% to 60% |
| ARMY & AIR FORCE EXCHANGE SERVICE | 0.0 | 0.6 | (0.6) | 0.0 | Moved from 30% to 60% |
| NIMA - National Imagery and Mapping Agency | 2.5 | 2.5 | 0.0 | 2.5 | Close date Feb-01. |
| ATF | 0.7 | 0.7 | 0.0 | 0.7 | Cust. ready to cut req for migration & internet app but through a joint bureau purchase. Oracle invited to demo at ATF Director's retreat. |
| DOED EDCAPS | 0.9 | 0.9 | 0.0 | 0.9 | Close date Feb-01. |
| 259579 -NAVAIR EL | 7.5 | 7.5 | 0.0 | 7.5 | Received prelim. lease figures from Logicon, who will visit customer about lease. |
| DMDC | 1.0 | 1.0 | 0.0 | 1.0 | no update |
| DFAS | 1.1 | 0.5 | 0.6 | 1.1 | New pricing submitted, delay in process, determining next step. |
| Navy-ITC New Orleans | 0.5 | 0.5 | 0.0 | 0.5 | no update |
| Credit Suisse First Boston | 4.0 | 4.0 | 0.0 | 4.0 | Delivered proposal to customer. CSFB has expressed some positive interest. |
| PRUDENTIAL | 1.1 | 1.1 | 0.0 | 1.1 | Contract is done. Waiting for Board of Directors approval which is planned for 2/10 BOD mtg. |
| FANNIE MAE | 0.8 | 0.8 | 0.0 | 0.8 | Contract delivered to customer. Awaiting final customer approvals. |
| Cigna Dental & Behavioral Health | 0.5 | 0.5 | 0.0 | 0.5 | 2 of the business units have approved. Waiting for 3rd bus unit approval. |
| Blue Cross Blue Shield-North Carolina | 0.7 | 1.2 | (0.5) | 0.7 | | 0.0 |
| MERCK | 0.5 | 0.5 | 0.0 | 0.5 | | 0.0 |
| Mercy Hospital | 0.5 | 0.5 | 0.0 | 0.5 | | 0.0 |
| US Army-USACE | 2.2 | 0.0 | 2.2 | 2.2 | Will re-price re.h-n support |
| MONROE COUNTY | 0.8 | 0.8 | 0.0 | 0.8 | | 0.2 |
| Lucent Technologies | 10.0 | 10.0 | 0.0 | 10.0 | | 0.0 |
| AT&T | 6.0 | 6.0 | 0.0 | 6.0 | | 0.3 |
| US Total Army Personnel Command | 4.0 | 0.0 | 4.0 | 4.0 | |
| Defense Logistics Agency | 2.0 | 0.0 | 2.0 | 2.0 | |
| Securities Industry Automation Corporation (SIAC) | 0.5 | 0.0 | 0.5 | 0.5 | |
| Convergys Corporation | 1.0 | 0.0 | 1.0 | 1.0 | |
| COMCAST | 3.0 | 4.0 | (1.0) | 3.0 | | 0.0 |
| BellSouth Cingular (Newco) | 3.5 | 3.5 | 0.0 | 3.5 | | 0.0 |
| PRODIGY | 1.0 | 1.0 | 0.0 | 1.0 | | 0.0 |
| AT&T WIRELESS | 1.6 | 1.6 | 0.0 | 1.6 | | 0.0 |
| AMERICA ON LINE | 1.0 | 1.0 | 0.0 | 1.0 | | 0.0 |
| Detroit Edison | 0.0 | 1.0 | (1.0) | 0.0 | Not in OSC |
| Northwestern (Enpance) | 0.0 | 0.5 | (0.5) | 0.0 | Not in OSC |
| Mid American Energy Holding Company | 0.0 | 0.5 | (0.5) | 0.0 | Not in OSO |
| DHHS/NIH/NCI/OSCS | 0.0 | 1.0 | (1.0) | 0.0 | Win prob dropped to 10% |
| HEALTH CARE FINANCING ADMINISTRATION | 0.0 | 1.0 | (1.0) | 0.0 | Win prob dropped to 10% |
| | | | 0.0 | |
| Total Upside Deals Likely to Close >$500K | | 70.9 | (11.6) | 59.3 |
| TOTAL MOST LIKELY FORECAST SCENARIO | | 200.9 | 8.8 | 204.8 |
| **BEST CASE SCENARIO** | | | | |
| Upside Deals Not Likely to Close >$500K | | | | |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| ... | 0.0 | ... | ... | ... |
| Healthsouth | 0.0 | 1.0 | (1.0) | 0.0 | Moved to Q4 |
| Humana | 0.0 | 1.0 | (1.0) | 0.0 | Moved to Q4 |
| CONVERGYS | 0.0 | 5.0 | (5.0) | 0.0 | Moved to Q4 |
| Qwest Communications | 0.0 | 4.0 | (4.0) | 0.0 | Moved to Q4 |
| Consumers Energy | 0.0 | 1.2 | (1.2) | 0.0 | Not in OSO |
| LEHMAN BROTHERS | 0.0 | 0.3 | (0.3) | 0.0 | Moved from 10% to 40% |
| US Army/USACE | 0.0 | 2.2 | (2.2) | 0.0 | Moved from 10% to 30% |
| NAVY - Medical | 3.9 | 0.0 | 3.9 | 3.9 | |
| Healthsouth | 0.7 | 0.0 | 0.7 | 0.7 | |
| LUCENT | 2.5 | 0.0 | 2.5 | 2.5 | |
| PG&E National Energy Group | 0.7 | 0.0 | 0.7 | 0.7 | |
| RELIANT ENERGY | 0.5 | 0.0 | 0.5 | 0.5 | |
| NSA | 0.7 | 0.7 | 0.0 | 0.7 | no update |
| Federal Customer C | 0.7 | 0.7 | 0.0 | 0.7 | no update |
| US NAVY | 0.6 | 0.6 | 0.0 | 0.6 | no update |
| Capital One | 10.0 | 10.0 | 0.0 | 10.0 | Proposal delivered and f/u discussions. Awaiting final decision. Key person is attending Apps World. |
| ING Financial Services | 0.5 | 0.5 | 0.0 | 0.5 | Deal is being led in the Netherlands. They have presented to the Exec Board and are awaiting a decision. |
| New York Mercantile Exchange | 0.5 | 0.5 | 0.0 | 0.5 | Waiting for feedback from Accenture (Anderson Consulting) mtg with CFO. Comp = MSFT/Netsources. Continues to be long shot. |
| University Hospitals Health Systems | 2.2 | 2.2 | 0.0 | 2.2 | | 0.0 |
| Bon Secours Health System | 0.8 | 0.8 | 0.0 | 0.8 | | 0.0 |
| FLORIDA DEPT OF EDUCATION | 0.5 | 0.5 | 0.0 | 0.5 | In negotiations to determine whether 3rd party integrator, DMR, or State will buy the licenses - Meeting with Chief of Staff at DOE this week |
| Metropolitan Pier and Exposition Authority | 0.5 | 0.5 | 0.0 | 0.5 | | 0.0 |
| Verizon | 5.0 | 5.0 | 0.0 | 5.0 | | 0.0 |
| Verizon Wireless | 2.0 | 2.0 | 0.0 | 2.0 | | 0.0 |
| AT & T | 2.0 | 2.0 | 0.0 | 2.0 | | 0.0 |
| AT & T | 1.0 | 1.0 | 0.0 | 1.0 | | 0.0 |
| Verizon Wireless | 0.5 | 0.5 | 0.0 | 0.5 | | 0.0 |
| Sprint | 10.0 | 10.0 | 0.0 | 10.0 | | 0.0 |
| Cable & Wireless GLOBAL(reston, va) | 5.0 | 5.0 | 0.0 | 5.0 | | 0.0 |
| Nextlink Communications | 3.6 | 3.6 | 0.0 | 3.6 | | 0.2 |
| DHHS-NIH/NCI/SCS | 1.3 | 0.0 | 1.3 | 1.3 | Win prob dropped to 10% |
| HEALTH CARE FINANCING ADMINISTRATION | 1.3 | 0.0 | 1.3 | 1.3 | Win prob dropped to 10% |
| AT&T Broadband | 1.5 | 1.5 | 0.0 | 1.5 | | 0.0 |
| AT&T Broadband | 0.5 | 0.5 | 0.0 | 0.5 | | 0.0 |
| Total Upside Deals Not Likely to Close >$500K | | 63.3 | (4.4) | 58.9 |
| TOTAL BEST CASE SCENARIO | | 264.2 | (0.6) | 263.6 |

ORACLE CONFIDENTIAL

NDCA-ORCL 090540

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

### Oracle Service Industries Forecast - Q3FY01 ($M)

| | Total Opportunity | 01/29 | Comments |
|---|---|---|---|
| **FORECAST SUMMARY** | | | |
| Deals > $500K | | 60.0 | |
| Deals < $500K | | 25.9 | |
| ISD Forecast | | 44.2 | |
| Management Judgment | | 80.0 | |
| **TOTAL FORECAST** | | 210.0 | |
| | | | |
| **FORECAST DETAIL** | | | |
| Deals <$500K | | 25.9 | |
| ISD Forecast | | 44.2 | |
| Management Judgment | | 80.0 | |
| | | | |
| **Deals >$500K** | | | |
| DISA | 3.0 | 3.0 | No updates |
| PTO | 2.8 | 2.8 | will be 100% sales stage |
| SSA | 2.6 | 2.6 | Decision memo awaiting CIO signature |
| Navfac Cheasapeak division | 1.2 | 1.2 | D. Ward must create business analysis for CIO for app. CIO wanted changed |
| US Army / PEO C3S | 0.9 | 0.9 | No updates |
| Federal Customer N | 0.8 | 0.8 | Customer visited USCG to see an actual implementation. Final stage before purchase. |
| NIMA - National Imagery and Mapping Agency | 0.6 | 0.6 | Req. submitted to procurement last week |
| DIA | 0.6 | 0.6 | PO & ordering doc signed and in rouse |
| World Bank | 0.6 | 0.6 | No updates |
| State Street Bank | 1.7 | 1.7 | Delayed revenue recognition which is on schedule to be recognized in Feb. 4 of 4 Tech/Functional specs completed & accepted. Remaining coding changes expected to be completed shortly. Pushing to make sure State Street tests & accepts by end Feb |
| CREDIT LYONNAIS | 0.7 | 0.7 | Proposal to cust wk of 1/29. Cust Finance people are presenting justification internally to move forward with purchase. Key player will be @ Apps World. |
| CHASE | 0.6 | 0.6 | Business case going for final Chase bus & legal approval. Customer already has contracts & po sb issued by mid-Feb. |
| PEOPLE'S BANK | 0.5 | 0.5 | Demo scheduled at customer 2/2 |
| TD WATERHOUSE | 0.5 | 0.5 | Met with CIO. Still needs to justify internally. |
| Allina Health System | 1.3 | 1.3 | No notes. |
| McGhan Medical Corporation | 0.7 | 0.7 | On or before February 1 the Inamed / Mcghan management team will give the go ahead to begin final negotiations with Oracle. |
| University of Chicago Hospitals | 0.6 | 0.6 | worst case discount to use when competing Lawson. |
| State System of Higher Education (PA) | 2.4 | 2.4 | Contacted Neil to set up meeting next week with Vice Chancellor & Neil to discuss their internal progress in achieving buy in for their proposed solution. Neither Neil nor Khalil have responded to last week's vmail/email from me or Tim. Left another mess |
| COLUMBIA UNIV | 1.4 | 1.4 | PN: Scope Objective & Approach exercise completed by Consulting. Meeting Monday 9 am with Colleen, Teresa, Jay for presentation of fixed price. PeopleSoft completing SOA exercise this week |
| CORNELL | 1.1 | 1.1 | Solidifying our response for the data integration RFP. On track with solution, support consulting, training and license. Vic encouraged us to provide a proposal that would make a compelling argument for them to buy all from Oracle. Database is part of th |
| Rockefeller University | 0.8 | 0.8 | has convinced them on Project Centric. Grants critical. Best of Breed is troublesome approach |
| OAKWOOD COLLEGE | 0.6 | 0.6 | Submitted B&F pricing to KPMG for Rockefeller. Received PeopleSoft pricing in order to establish ours – combo offer of $845K for L. 18% for S. KPMG Pre-Presentation meetings set for the 25th of Jan. Brent Kelly for OSS, Steve Bishop for HR and Jeff Dyer for fin apps. Product demonstrations are slated be done on the 6th and 7th of Feb. All pricing approved and delivered to Winstar. |
| STATE OF NEW JERSEY OIT | 2.0 | 2.0 | Final meeting 1/26 with the OIT Relationship Managers went well. They are sending final submission of the recommendation to the CIO of the State this week. Kaidy, Impact & Seelandt to meet first week of Feb. to finalize deal. |
| Maryland JIS | 1.2 | 1.2 | Need to obtain approval to structure a two payment plan. $200K net 30 and $1340 net 180 days. |
| Montgomery County Police | 0.9 | 0.9 | PO and Bap Order form have been received from PRC. Require signed Partner Alliance Agreement Extension to book order |
| Miami-Dade County | 0.9 | 0.9 | Follow up meetings held with each agency, Finance, and CIO's Office. Software pricing reviewed and confirmed. Consulting Services have prepared their Statements of Work, which are to be internally reviewed and presented to customer early next week. |
| South West Alabama, IJ S Project | 0.8 | 0.8 | Trying to resolve legal/political issue between Customer and non-profit org, Search. Con call scheduled 1/30 with rep, Lafayette Group, nonforte, & others Search must approve plan and submit to Justice Dept for approval. Search & Customer are enemies. |
| New York/New Jersey Port Authority | 0.7 | 0.7 | Won. Order # 6357391 |
| MONTGOMERY COUNTY PUBLIC SCHOOLS | 0.6 | 0.6 | Need to gain agreement from customer on costs. Customer feels proposal is too expensive. Customer to obtain board approval. Demo/presentation to Litton TASC. Litton TASC is data warehouse implementor. Litton will confirm Oracle solution. |
| FULTON COUNTY | 0.6 | 0.6 | Won. Order # 6405892 |
| City Public Service, San Antonio Texas | 0.6 | 0.6 | Won. Order # 6405938 |
| City of Omaha, NE | 0.9 | 0.9 | 1/23 first council/commission reading, 1/30 second reading, 2/6 final reading. Expected close date 2/12. |
| JUNIPER VALLEY PRODUCTS - DOC | 0.9 | 0.9 | Meeting on Thursday to discuss close strategy - still on schedule for Feb. |
| STATE OF COLORADO/CBI/UPGRADE | 0.9 | 0.9 | All documents are in-house - should be booked by OFD by now. |
| City of Detroit Government | 0.8 | 0.8 | Awaiting signature & POEF |
| LOS ANGELES DEPT OF WATER AND POWER | 0.8 | 0.8 | Mtg w/ Scott McIntyre & Tim McCormick 2/2 to go over final presentation and proposal to close plans. Will present these to LA WPD Board Feb 20. If decision has to go to City Councel, could be pushed out to Q4. |
| DOUGLAS COUNTY | 0.7 | 0.7 | Discussing pricing & options with customer this Wednesday 1/31. Will know later this week or early next week whether will close in Q3. |
| Cincinnati-RCC | 0.6 | 0.6 | Need to work the t&c's with our legal & the customer legal |
| Oakland County Government | 0.5 | 0.5 | Concal scheduled this Friday (2/2). Presentation scheduled next week. No competition. Already have PO. Execution to close will be quick |
| BellSouth Corporation | 6.7 | 6.7 | Closed |
| SBC Communications Inc | 6.0 | 6.0 | customer is moving towards extending SBC ELA across Cingular. This will require adding approximately 13,000 employees from Bell South to ELA. Revenue split with Bell South account team is not reflected in these figures. SBC team will report revenue (B) |
| Verizon Information Services | 2.0 | 2.0 | No notes. |
| ALLTEL | 1.0 | 1.0 | E. Galiano has been conducting regular reviews with the Information Management in Chicago. Multiple DW projects (3) are being rolled out to a larger group of users, requiring the additional licensing of OPS and Partitioning |
| TDS | 0.8 | 0.8 | No notes. |
| Potomace Electric Power Company (PEPCO) | 0.5 | 0.5 | Database and IAS for HR project |
| ALLTEL | 0.5 | 0.5 | RLS has restructured the InterAct product with the 3rd party licensing agreement with a with an Oracle based product. L. Drevitch working with RLS and TPG procurement orgs for appropriate licensing of both OB/EE and IAS |
| American Electric Power | 2.0 | 2.0 | No notes. |
| | | | |
| Total Deals >$500K | | 60.0 | |
| | | | |
| **TOTAL FORECAST** | | 210.0 | |

ORACLE CONFIDENTIAL

NDCA-ORCL 090541

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| **TOTAL FORECAST** | | 210.0 | |
| **WORST CASE SCENARIO** | | | |
| Forecasted Deals at Risk > $500K | | | |
| Management Judgement | | (30.0) | |
| Total Forecasted Deals at Risk >$500K | | (80.0) | |
| **TOTAL WORST CASE SCENARIO** | | 130.0 | |
| **MOST LIKELY FORECAST SCENARIO** | | | |
| Upside Deals Likely to Close >$500K | | | |
| 259579 - NAVAIR EL | 7.5 | 7.5 | CIO team met 1/26, will submit responses to questions. |
| DOED OPSE | 2.9 | 2.9 | Successfull implementation of SFA vision |
| NAVY MEDICAL INFOMATION MANAGEMENT CENTER | 2.8 | 2.8 | May license entire agency, close date Feb-01 |
| NIMA - National Imagery and Mapping Agency | 2.5 | 2.5 | Must consolidate new support streams w/ current streams, Feb. close date |
| NASA | 1.9 | 1.9 | close date Feb-01 |
| DHHS/NIH/NCI/ISCS | 1.3 | 1.3 | Close date Feb-01, NCI proposal included in HHS EL proposal review |
| HEALTH CARE FINANCING ADMINISTRATION | 1.3 | 1.3 | Close date Feb-01 |
| DOL OSHA | 1.2 | 1.2 | GSA NL addendum alternative |
| DMDC | 1.0 | 1.0 | No updates |
| DOED EDCAPS | 0.9 | 0.9 | Close date Feb-01 |
| ATF | 0.7 | 0.7 | Will discuss w/ B. Hughes peers the outlook of buying options/add on to original EL |
| Naval Meteorology and Oceanography Command | 0.7 | 0.7 | No updates |
| Naval Ammunitions Logistics Center | 0.7 | 0.7 | No updates |
| ARMY & AIR FORCE EXCHANGE SERVICE | 0.6 | 0.6 | Should have Jan-00 close |
| DFAS | 0.5 | 0.5 | No updates |
| Navy- ITC New Orleans | 0.5 | 0.5 | No updates |
| Credit Suisse First Boston | 4.0 | 4.0 | Mtg 2/2 with CTO (GT Sweeney). CSFB has expressed some positive interest if we can show them proposal that shows a significant business case. |
| PRUDENTIAL | 1.1 | 1.1 | Contract is done. Waiting for Board of Directors approval which is planned for 2/10 BOD mtg. |
| MBNA Hallmark Information Services | 1.0 | 1.0 | This deal is being reduced to approx 500k. DB for 1 piece of the deal is not needed at this time. Moving fwd with Shopping portion. Approvals for pricing are in process |
| FANNIE MAE | 0.8 | 0.8 | Cust has identified projects. Contract being delivered to customer wk of 1/29. |
| Bank of America Technology & Operations | 0.5 | 0.5 | Deal was approved but still has not been booked |
| Cigna Dental & Behavioral Health | 0.5 | 0.5 | 2 of the business units have approved. Waiting for 3rd bus unit approval. |
| Blue Cross Blue Shield-North Carolina | 1.2 | 1.2 | Received their language. it is silly at best. not sure what the next steps are short of telling frank jackson that his legal staff need s to get real and they are out of compliance. these guys continue to demonstrate an unreasonableness |
| MERCK | 0.5 | 0.5 | Received a call from Chris Hannah yesterday; said he received only 2 responses from the 5 companies he sent the RFP to, and the other company didn't give a satisfactory response...looks good. However, Chris thinks our price is a little high ..thought thi |
| Mercy Hospital | 0.5 | 0.5 | trying to do the deal for all 3 hospitals will be tough. The other hospitals have no intentions of doing the center project any time soon. |
| MONROE COUNTY | 0.8 | 0.8 | Demo this week. County makes decision and issues award. |
| Lucent Technologie | 10.0 | 10.0 | No notes |
| AT&T | 6.0 | 6.0 | No notes. |
| CCMCAST | 4.0 | 4.0 | No notes. |
| BellSouth Cingular (Newco) | 3.5 | 3.5 | Initial Purchase for license and support for Cingular, the BellSouth/SBC Joint Venture |
| AMERICA ON LINE | 3.0 | 3.0 | No notes. |
| AT&T WIRELESS | 1.6 | 1.6 | ATTW reject our CRM proposal. Trying to reverse situation. Will try from ATT Coorporate |
| AMERICA ON LINE | 1.0 | 1.0 | No notes. |
| ALLTEL | 1.0 | 1.0 | Proof of concept trial produces positve results. ALLTEL requesting meeting to dtermine budgeting pricing proposal. Scheduled for 1/28. Partnership with InfoSpace will be advantageous vs. OracleMobile. Steve Cooperman/Jay Kozak driving this with HQ. |
| PRODIGY | 1.0 | 1.0 | Upgrade of Subscriber based term licenses to perpetual UPU licenses |
| Detroit Edison | 1.0 | 1.0 | No notes. |
| Northwestern (Expanets) | 0.5 | 0.5 | No notes. |
| Mid American Energy Holding Company | 0.5 | 0.5 | No notes |
| Total Upside Deals Likely to Close >$500K | | 70.9 | |
| **TOTAL MOST LIKELY FORECAST SCENARIO** | | 200.9 | |
| **BEST CASE SCENARIO** | | | |
| Upside Deals Not Likely to Close >$500K | | | |
| US Army/USACE | 2.2 | 2.2 | Will re-price roll-in support |
| NSA | 0.7 | 0.7 | Win prob dropped because 10% |
| Federal Customer C | 0.7 | 0.7 | Win prob dropped because 10% |
| US NAVY | 0.6 | 0.6 | No updates |
| Capital One | 10.0 | 10.0 | Proposal being delivered 1/30. Concall planned with cust for 1/31 & f/u mtg scheduled 2/5. Key person is attending Apps World. |
| LEHMAN BROTHERS | 0.9 | 0.9 | Cust putting together justification for CIO. Discussions regarding potential ELA but justifying immediate need may be difficult. CVC wk of 1/29 |
| ING Financial Services | 0.5 | 0.5 | Deal is being led in the Netherlands. They have presented to the Exec Board and are awaiting a decision |
| New York Mercantile Exchange | 0.5 | 0.5 | Accenture (Anderson Consulting) mtg with CFO on 2/1 to evaluate vendors. Comp = MSFT/Netsources. Continues to be long shot |
| University Hospitals Health Systems | 2.2 | 2.2 | No notes. |
| Healthsouth | 1.0 | 1.0 | No notes. |
| Humana | 1.0 | 1.0 | Competition has emerged for Oracle Sales Compensation in the form of a legacy sales compensation package. Humana has been running SOLAR, and current judgement is leaning to web-enable SOLAR. Casual usage of a sales comp package by Human is high, due to |
| Bon Secours Health System | 0.8 | 0.8 | No notes. |
| FLORIDA DEPT OF EDUCATION | 0.5 | 0.5 | I had meeting with Charlie Crist 1/17. Went well. Charlie said he will talk to Glenn Mayne, the CIO about the production license upgrade |
| Metropolitan Pier and Exposition Authority | 0.5 | 0.5 | Proposal for services and license from partner to be presented this week |
| Sprint | 10.0 | 10.0 | No notes. |
| Verizon | 5.0 | 5.0 | No notes. |
| CONVERGYS | 5.0 | 5.0 | No notes. |
| Cable & Wireless GLOBAL(reston, va) | 5.0 | 5.0 | Meeting on Oct 18 was held with very positve results. We were in the "listering mode" to gain a better understanding of C&W current Hosting business the following reflects the meeting adn next steps. |
| Qwest Communications | 4.0 | 4.0 | Have a meeting scheduled with Dave Dickenson on Monday January 29th at 2:00. We are introducing Felicity Hursch to Dave and she is going to talk about the Bell South implementation. |
| Nextlink Communications | 3.6 | 3.6 | XO's CFO & Sr VP Sales told us txn will only hppn as a "partnering" arrngmnt btwn XO & Oracle, where XO is given opp to win some Oracle's telephny bus in return for hstng tlc from Oracle. Exec lvl sup fr Oracle is reqrd; XC execs stand ready to discuss. |
| Verizon Wireless | 2.0 | 2.0 | Consolidation of BAM, Air Touch, PrimeCo, and GTE Wireless |
| AT & T | 2.0 | 2.0 | No notes. |
| AT&T Broadband | 1.5 | 1.5 | CRL/NL is part of the 11i upgrade proposal. |
| AT & T | 1.0 | 1.0 | No notes |
| Verizon Wireless | 0.5 | 0.5 | No notes |
| AT&T Broadband | 0.5 | 0.5 | First MTG w/ Proj lead (Odegaard) for vend slct and CRM solution impl 8/14. Timeline is as follows: 1)Internal Bus 9/15 2)Vend demo's 10/1 3)Final two vend 10/15 4)Final demo's 11/01 5)Vend slct & cont neg by 12/01/00 6)Begin impl CRM sol Feb of 2001. |
| Consumers Energy | 1.2 | 1.2 | No notes. |
| Total Upside Deals Not Likely to Close >$500K | | 63.3 | |
| **TOTAL BEST CASE SCENARIO** | | 264.2 | |

ORACLE CONFIDENTIAL

NDCA-ORCL 090542

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER