# **EXHIBIT 76**

Week 11

## OSI Forecast Summary Report by Product Category

All values have been converted to USD

| Region | Status | Sales Group | Customer Name | Opportunity Description | Opportunity Amount | Close Date | Win Prob | Database | Tools | CRM | ERP | Total Selected | Worst Case | Forecast | Best Case |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fed-APG | Open | PBOWMAN | NASA | NASA-EL | 4,161,986 | 28-Feb-01 | 60 | 3,411,464 | | | | 3,411 | 3,411,464 | 3,411,464 | 3,411,464 |
| Fed-APG | Open | CKUZEMKA | NIMA - National Imagery and Mapping Agency | NIMA-EL2 | 3,500,000 | 28-Feb-01 | 30 | 2,500,000 | | | | 2,500 | | | 2,500,000 |
| Fed-APG | Open | NSHIFFMA | ATF | ATF-Migration(SpecOPS-Part-TAS) | 1,000,000 | 28-Feb-01 | 30 | 700,000 | | | | 0.700 | | | 700,000 |
| Fed-APG | Open | CSUTER | NSA | NSA-Tools | 923,914 | 23-Feb-01 | 10 | | 676,050 | | | 0.676 | | | |
| Fed-APG | Open | CSUTER | Federal Customer C | Fed C-OPS Partitioning | 787,362 | 23-Feb-01 | 10 | 657,978 | | | | 0.658 | | | |
| Fed-APG | Open | CKUZEMKA | NIMA - National Imagery and Mapping Agency | NIMA-TPED | 1,192,396 | 23-Feb-01 | 60 | 52,825 | | 278,186 | 278,186 | 0.609 | 609,197 | 609,197 | 609,197 |
| Fed-APG | Won | LKELLER | DIA | INFOWORKSPACE | 859,600 | 26-Jan-01 | 100 | 601,640 | | | | 0.602 | 601,640 | 601,640 | 601,640 |
| Fed-APG | Open | RSCHEIDE | ARMY & AIR FORCE EXCHANGE SERVICE | License Upgrade | 706,008 | 28-Feb-01 | 60 | 559,099 | | | | 0.559 | 559,099 | 559,099 | 559,099 |
| Fed-APG | Open | DCERJAN | NASA JOHNSON SPACE CENTER | NASA-JSTC-Barrios | 682,964 | 23-Feb-01 | 40 | 513,429 | | | | 0.513 | | 513,429 | 513,429 |
| Fed-Civ | Won | TBHOFFMA | PTO | PTO-migration | 3,083,569 | 31-Jan-01 | 99 | 2,769,153 | | | | 2,769 | 2,769,153 | 2,769,153 | 2,769,153 |
| Fed-Civ | Open | MSTIEVAT | SSA | SSA-migration | 2,968,339 | 15-Feb-01 | 80 | 2,559,425 | | | | 2,559 | 2,559,425 | 2,559,425 | 2,559,425 |
| Fed-Civ | Open | MSTIEVAT | DHHS-NIH-NCI7SCS | NCI-Admin/Clinical App-R-EBent | 1,522,625 | 28-Feb-01 | 10 | 1,324,625 | | | | 1,325 | | | |
| Fed-Civ | Open | MSTIEVAT | HEALTH CARE FINANCING ADMINISTRATION | HCFA-EL2 | 1,521,044 | 26-Feb-01 | 10 | 329,160 | | | 966,890 | 1,296 | | | |
| Fed-Civ | Open | MSTIEVAT | DOED EDCAPS | EDCAPS-Finappa-Phase 2 | 1,118,250 | 28-Feb-01 | 30 | | | | 943,650 | 0.944 | | | 943,650 |
| Fed-Civ | Open | LABRADJY | World Bank | WB-NL | 649,080 | 16-Feb-01 | 40 | 570,800 | | | | 0.571 | | 570,800 | 570,800 |
| Fed-DoD | Open | DKENNEDY | 23930-NAVAIR EL | NAVAIR EL | 8,950,212 | 28-Feb-01 | 10 | 7,500,050 | 50 | | | 7,500 | | | 7,500,100 |
| Fed-DoD | Open | WPESSIN | US Total Army Personnel Command | Army Personnel Community License - Option B | 4,000,000 | 28-Feb-01 | 30 | 4,000,000 | | | | 4,000 | | | 4,000,000 |
| Fed-DoD | Open | JHOLMES | NAVY - Medical | NavMed NL | 4,675,000 | 28-Feb-01 | 10 | 3,875,000 | | | | 3,875 | | | |
| Fed-DoD | Open | JHOLMES | NAVY MEDICAL INFORMATION MANAGEMENT CENT | NAVMED-SPMS | 3,775,000 | 28-Feb-01 | 80 | 250,000 | | | 2,900,000 | 3,150 | 3,150,000 | 3,150,000 | 3,150,000 |
| Fed-DoD | Open | TGREENSP | DISA | DISA Flex | 3,714,760 | 28-Feb-01 | 60 | 3,044,885 | | | | 3,045 | 3,044,885 | 3,044,885 | 3,044,885 |
| Fed-DoD | Open | WPESSIN | US Army USACE | USACE NL Consolidation Plus Tech | 2,700,000 | 28-Feb-01 | 30 | 2,200,000 | | | | 2,200 | | | 2,200,000 |
| Fed-DoD | Open | TGREENSP | Defense Logistics Agency | BSM database | 2,546,063 | 28-Feb-01 | 81 | 2,009,100 | | | | 2,009 | | | 2,009,100 |
| Fed-DoD | Open | JHOLMES | TRICARE Communications & Customer Service | CRM Add-On | 2,000,000 | 28-Feb-01 | 40 | 500,000 | | 1,200,000 | | 1,700 | | | 1,700,000 |
| Fed-DoD | Open | TGREENSP | Defense Logistics Agency | DLA BSC | 1,633,032 | 28-Feb-01 | 30 | | | | 1,356,600 | 1,357 | | | 1,356,600 |
| Fed-DoD | Open | RSTEIN | Navfac Chesapeak division | NAVFAC - Budgeting and Reporting System for General Fu | 1,500,000 | 28-Feb-01 | 10 | | | | 1,200,000 | 1,200 | | | 1,200,000 |
| Fed-DoD | Open | TGREENSP | DFAS | DFAS-Tools | 1,429,864 | 28-Feb-01 | 30 | | 1,060,335 | | | 1,060 | | | 1,060,335 |
| Fed-DoD | Open | DKENNEDY | DMDC | PU Conversion | 1,231,567 | 28-Feb-01 | 30 | 1,022,268 | | | | 1,022 | | | 1,022,268 |
| Fed-DoD | Open | JHOLMES | DoD Health Affairs | HA Financials | 840,000 | 28-Feb-01 | 80 | 50,000 | | | 650,000 | 0.700 | 700,000 | 700,000 | 700,000 |
| Fed-DoD | Open | JHOLMES | ARMY - Medical Command | NARMC NL Phase 1 | 732,000 | 28-Feb-01 | 80 | 575,000 | 25,000 | | | 0.600 | 600,000 | 600,000 | 600,000 |
| Fed-DoD | Open | JNUSSBAU | US NAVY | CNET NETPDTC License Upgrade | 600,000 | 16-Feb-01 | 10 | 600,000 | | | | 0.600 | | | |
| Fed-DoD | Open | JNUSSBAU | Navy - TLC New Orleans | NSIPS Deployment | 500,000 | 28-Feb-01 | 10 | 500,000 | | | | 0.500 | | | 500,000 |
| Fin Svcs | Open | LWILLIFO | Capital One | Database | 11,900,000 | 28-Feb-01 | 10 | 10,000,000 | | | | 10,000 | | | |
| Fin Svcs | Open | DKNEPPER | LEHMAN BROTHERS | Lehman - Database VPO | 4,850,000 | 28-Feb-01 | 40 | 4,000,000 | | | | 4,000 | | 4,000,000 | 4,000,000 |
| Fin Svcs | Open | CJDONATO | Credit Suisse First Boston | Enterprise License Proposal | 4,880,000 | 28-Feb-01 | 30 | 4,000,000 | | | | 4,000 | | | 4,000,000 |
| Fin Svcs | Open | GMIDTBO | State Street Bank | Fin Apps | 2,196,000 | 28-Feb-01 | 90 | | | | 1,700,000 | 1,700 | 1,700,000 | 1,700,000 | 1,700,000 |
| Fin Svcs | Open | CJDONATO | PRUDENTIAL | GI | 1,100,000 | 20-Feb-01 | 30 | | | | 1,100,000 | 1,100 | | | 1,100,000 |
| Fin Svcs | Open | LWILLIFO | FANNIE MAE | Database | 1,006,500 | 28-Feb-01 | 80 | 825,000 | | | | 0.825 | | | 825,000 |
| Fin Svcs | Open | DKNEPPER | CREDIT LYONNAIS | Fin Apps | 840,000 | 28-Feb-01 | 40 | | | | 700,000 | 0.700 | | 700,000 | 700,000 |
| Fin Svcs | Open | RGDAVIS | CHASE | Analysis Reporting | 791,786 | 28-Feb-01 | 60 | | | | 649,005 | 0.649 | 649,005 | 649,005 | 649,005 |
| Fin Svcs | Open | DKNEPPER | PEOPLES BANK | Customer Profitability | 500,000 | 28-Feb-01 | 60 | | | | 500,000 | 0.500 | 500,000 | 500,000 | 500,000 |
| Fin Svcs | Open | LWILLIFO | Bank of America Technology & Operations | Database | 612,000 | 26-Feb-01 | 100 | 500,000 | | | | 0.500 | 500,000 | 500,000 | 500,000 |
| Fin Svcs | Open | CJDONATO | TD WATERHOUSE | Internet Power Units | 500,000 | 22-Feb-01 | 40 | 500,000 | | | | 0.500 | | 500,000 | 500,000 |
| Fin Svcs | Open | CJDONATO | Securities Industry Automation Corporation (SIAC) | SAXESS Implementation | 500,000 | 28-Feb-01 | 30 | 500,000 | | | | 0.500 | | | 500,000 |
| Fin Svcs | Open | CJDONATO | Cigna Dental & Behavioral Health | concurrency conversion | 500,000 | 7-Feb-01 | 30 | 500,000 | | | | 0.500 | | | |
| Fin Svcs | Open | CJDONATO | ING Financial Services | Global Database Deal | 500,000 | 23-Feb-01 | 10 | 500,000 | | | | 0.500 | | | |
| Fin Svcs | Open | CJDONATO | New York Mercantile Exchange | Database | 500,000 | 15-Feb-01 | 10 | 500,000 | | | | 0.500 | | | |
| Healthcare | Open | MBLAIR | University Hospitals Health Systems | ERP Solution | 2,919,240 | 28-Feb-01 | 10 | 414,975 | | | 1,752,677 | 2,168 | | | |
| Healthcare | Open | PKLEPBA | Alhna Health System | Medica CRM Project | 1,525,000 | 28-Feb-01 | 40 | | | 1,250,000 | | 1,250 | | 1,250,000 | 1,250,000 |
| Healthcare | Open | MBLAIR | Bon Secours Health System | Database enterprise agreement to run Lawson apps | 976,000 | 23-Feb-01 | 10 | 800,000 | | | | 0.800 | | | |
| Healthcare | Open | THOFFNGA | McGraw Medical Corporation | ERP | 884,547 | 23-Feb-01 | 60 | | | | 725,014 | 0.725 | 725,014 | 725,014 | 725,014 |
| Healthcare | Open | JSCHIMEL | Healthwith | Database | 700,000 | 28-Feb-01 | 10 | 700,000 | | | | 0.700 | | | |
| Healthcare | Open | JSCHIMEL | Blue Cross Blue Shield-North Carolina | Database and tools for Web apps deployment | 828,075 | 27-Feb-01 | 80 | 678,750 | | | | 0.679 | | | 678,750 |
| Healthcare | Open | PKLEPBA | University of Chicago Hospitals | ERP Software | 808,911 | 31-Jan-01 | 95 | | | | 652,810 | 0.653 | 652,810 | 652,810 | 652,810 |
| Healthcare | Open | JSCHIMEL | ORHS | ERP | 658,000 | 28-Feb-01 | 1 | | | | 511,000 | 0.511 | | | |
| Healthcare | Open | MIAFOLLA | MERCK | TMS | 610,000 | 28-Feb-01 | 30 | | | | 500,000 | 0.500 | | | 500,000 |
| Healthcare | Open | JSCHIMEL | Mercy Hospital | Cerner project | 500,000 | 28-Feb-01 | 30 | 500,000 | | | | 0.500 | | | |
| HigherEd | Open | TCOOPER | State System of Higher Education (PA) | STATE OF PENNSYLVIA SYSTEM | 2,923,520 | 28-Feb-01 | 80 | 2,196,328 | | | | 2,196 | 2,196,328 | 2,196,328 | 2,196,328 |
| HigherEd | Open | PNEISS | COLUMBIA UNIV | HRIS | 3,026,652 | 23-Feb-01 | 60 | | | | 1,980,000 | 1,980 | 1,980,000 | 1,980,000 | 1,980,000 |
| HigherEd | Open | PNEISS | Rockefeller University | Rockefeller - HR | 949,116 | 23-Feb-01 | 40 | | | | 778,037 | 0.778 | | 778,037 | 778,037 |
| HigherEd | Open | SJOODS (Highe | ST JOHNS RIVER COMMUNITY COLLEGE | Stat Consortium CL (Low Macro from Manatee) | 687,500 | 15-Feb-01 | 40 | 587,500 | | | | 0.588 | | 587,500 | 587,500 |
| SAI-E | Open | RSPELAND | STATE OF NEW JERSEY OIT | Fmis Phase License for NJ | 2,440,000 | 27-Feb-01 | 60 | 2,000,000 | | | | 2,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| SAI-E | Open | SKEITH | Maryland JIS | Database and Tools | 1,411,960 | 28-Feb-01 | 60 | 860,971 | 225,817 | | | 1,087 | 1,086,788 | 1,086,788 | 1,086,788 |
| SAI-E | Open | SKEITH | Montgomery County Police | MONTGOMERY CTY POLICE FIRE RMS & CAD | 1,096,717 | 31-Jan-01 | 90 | 898,686 | | | | 0.899 | 898,686 | 898,686 | 898,686 |
| SAI-E | Open | MGOSLY | Miami-Dade County | Financials | 2,048,953 | 23-Feb-01 | 40 | | | | 892,586 | 0.893 | | 892,586 | 892,586 |
| SAI-E | Open | SZFRANK | MONROE COUNTY | Enterprise License and Financials | 1,031,358 | 22-Feb-01 | 30 | 806,358 | | | | 0.806 | | | 806,358 |
| SAI-E | Open | MGOSLY | South West Alabama, IHS Project | BALDWIN COUNTY, AL IHS | 983,170 | 21-Feb-01 | 40 | 791,297 | | | | 0.791 | | 791,297 | 791,297 |
| SAI-E | Won | SKEITH | New York New Jersey Port Authority | Concurrent NL - Order # 6357683 | 928,000 | 21-Dec-00 | 100 | 741,000 | | | | 0.741 | 741,000 | 741,000 | 741,000 |
| SAI-E | Open | SKEITH | MONTGOMERY COUNTY PUBLIC SCHOOLS | Data Warehouse | 790,742 | 28-Feb-01 | 40 | 648,742 | | | | 0.649 | | 648,742 | 648,742 |
| SAI-E | Open | MGOSLY | FULTON COUNTY | Countywide CJIS & Mainframe License | 766,433 | 12-Jan-01 | 100 | 628,225 | | | | 0.628 | 628,225 | 628,225 | 628,225 |
| SAI-L | Won | DCLEGHOR | City Public Service, San Antonio Texas | CPS Database | 760,981 | 12-Jan-01 | 100 | 623,755 | | | | 0.624 | 623,755 | 623,755 | 623,755 |
| SAI-L | Open | MCONFORT | FLORIDA DEPT OF EDUCATION | License Upgrade for Database and tools for Data Warehouse | 610,000 | 27-Feb-01 | 60 | | | | 500,000 | 0.500 | | | |
| SAI-W | Open | SGALEASSI | City of Omaha, NE | OMAHA/DOUGLAS COUNTY ERP | 6,498,644 | 12-Feb-01 | 80 | | | | 945,798 | 0.946 | 945,798 | 945,798 | 945,798 |
| SAI-W | Open | MLWILSON | JUNIPER VALLEY PRODUCTS - DOE | ERP/Mfg/Inv/Order Mgmt | 1,098,000 | 28-Feb-01 | 60 | | | | 900,000 | 0.900 | 900,000 | 900,000 | 900,000 |
| SAI-W | Won | MLWILSON | STATE OF COLORADO CB UPGRADE | STATE OF COLORADO CB UPGRADE | 1,156,076 | 4-Dec-00 | 100 | 894,461 | | | | 0.894 | 894,461 | 894,461 | 894,461 |
| SAI-W | Open | MJEAN | City of Detroit Government | CITY OF DETROIT Water Dept | 992,221 | 15-Feb-01 | 90 | 813,296 | | | | 0.813 | 813,296 | 813,296 | 813,296 |
| SAI-W | Open | TMCCORMI | LOS ANGELES DEPT OF WATER AND POWER | **Core Technologies | 990,952 | 19-Feb-01 | 60 | 812,250 | | | | 0.812 | 812,250 | 812,250 | 812,250 |

ORACLE CONFIDENTIAL

NDCA-ORCL 084736
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**OSI Forecast Summary Report by Product Category**

All values have been converted to USD

| | | | | | Opportunity | | Win | License Opportunity by Product Category | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Region | Status | Sales Group | Customer Name | Opportunity Description | Amount | Close Date | Prob | Database | Tools | CRM | ERP | Total Selected | Worst Case | Forecast | Best Case |
| SRL-W | Open | MTWILSON | DOUGLAS COUNTY | Douglas County | 834,000 | 31-Jan-01 | 60 | 700,000 | - | - | - | 0.700 | 700,000 | 700,000 | 700,000 |
| SRL-W | Open | MDEAN | Cincinnati-RCC | New Internet Pricing | 633,473 | 23-Feb-01 | 60 | 519,240 | - | - | - | 0.519 | 519,240 | 519,240 | 519,240 |
| SRL-W | Open | SGALASSI | Metropolitan Pier and Exposition Authority | Database | 610,000 | 15-Feb-01 | 19 | 500,000 | - | - | - | 0.500 | | | |
| Tex-V | Open | KSOLSKY | Lucent Technologies | Lucent Corporate Financials | 10,000,000 | 28-Feb-01 | 30 | - | - | - | 10,000,000 | 10.000 | | | 10,000,000 |
| Tex-V | Won | JBWILLIA | BellSouth Corporation | CRM | 6,700,000 | 3-Jan-01 | 100 | - | - | 6,700,000 | - | 6.700 | 6,700,000 | 6,700,000 | 6,700,000 |
| Tex-V | Open | AHODAX | AT&T | ELA CRM Addition | 7,200,000 | 28-Feb-01 | 30 | - | - | 6,000,000 | - | 6.000 | | | 6,000,000 |
| Tex-V | Open | KPURCELL | Verizon | Verizon Data Services ASP Hosting | 5,000,000 | 28-Feb-01 | 10 | 2,500,000 | - | 2,500,000 | - | 5.000 | | | |
| Tex-V | Open | JBWILLIA | BellSouth Cingular (Newco) | License Purchase for Financials/OM/Purchasing/Projects | 4,084,000 | 28-Feb-01 | 30 | - | - | - | 3,491,000 | 3.491 | | | 3,491,000 |
| Tex-V | Open | KPURCELL | COMCAST | ASP | 3,000,000 | 28-Feb-01 | 30 | 3,000,000 | - | - | - | 3.000 | | | 3,000,000 |
| Tex-V | Won | KSOLSKY | LUCENT | Microelectronics Additional ERP | 2,500,000 | 31-Jan-01 | 10 | - | - | - | 2,500,000 | 2.500 | | | |
| Tex-V | Open | AHODAX | AT&T | Business Services - CRM | 2,400,000 | 28-Feb-01 | 10 | 1,500,000 | - | 500,000 | - | 2.000 | | | |
| Tex-V | Open | KPURCELL | Verizon Information Services | ELA | 2,000,000 | 28-Feb-01 | 40 | 2,000,000 | - | - | - | 2.000 | | 2,000,000 | 2,000,000 |
| Tex-V | Open | KPURCELL | Verizon Wireless | ELA Consolidation | 2,440,000 | 28-Feb-01 | 10 | 2,000,000 | - | - | - | 2.000 | | | |
| Tex-V | Open | AHODAX | AT&T | ELA Compliance | 1,000,000 | 28-Feb-01 | 10 | 1,000,000 | - | - | - | 1.000 | | | |
| Tex-V | Open | KSOLSKY | PRODIGY | UPU DB Licenses | 950,000 | 28-Feb-01 | 30 | 950,000 | - | - | - | 0.950 | | | 950,000 |
| Tex-V | Open | KTOWNSEN | Potomac Electric Power Company (PEPCO) | Core Technology | 500,000 | 31-Jan-01 | 40 | 500,000 | - | - | - | 0.500 | | 500,000 | 500,000 |
| Tex-V | Open | KPURCELL | Verizon Wireless | PTG | 1,110,000 | 28-Feb-01 | 10 | - | 500,000 | - | - | 0.500 | | | |
| Tex-W | Open | JJMORAN | Sprint | Managed Services | 10,000,000 | 28-Feb-01 | 10 | 10,000,000 | - | - | - | 10.000 | | | |
| Tex-W | Open | IZINSER | SBC Communications Inc | Cingular - extending SBC ELA | 6,000,000 | 23-Feb-01 | 60 | - | - | - | 6,000,000 | 6.000 | 6,000,000 | 6,000,000 | 6,000,000 |
| Tex-W | Open | PDWILSON | Cable & Wireless Of ORAL(reston, va) | Hosting & ASP | 5,000,000 | 28-Feb-01 | 10 | - | - | 5,000,000 | - | 5.000 | | | |
| Tex-W | Open | JKEPLAK | Nextlink Communications | B. Appliance | 4,350,000 | 28-Feb-01 | 10 | 3,600,000 | - | - | - | 3.600 | | | |
| Tex-W | Open | JFELICET | AT&T WIRELESS | AWS - iAS WE Phase 1 | 1,993,000 | 28-Feb-01 | 10 | - | 1,634,000 | - | - | 1.634 | | | 1,634,000 |
| Tex-W | Open | RMASRI | AT&T Broadband | AT&T Broadband CRLNL | 1,500,000 | 28-Feb-01 | 10 | - | - | - | 1,500,000 | 1.500 | | | 1,500,000 |
| Tex-W | Open | PDWILSON | AMERICA ON LINE | Renew Term License (Feb 29, 2000) | 1,800,000 | 28-Feb-01 | 10 | 1,000,000 | - | - | - | 1.000 | | | 1,000,000 |
| Tex-W | Open | PDWILSON | Convergys Corporation | Convergys Scripting CRM | 1,000,000 | 26-Feb-01 | 10 | - | - | 1,000,000 | - | 1.000 | | | 1,000,000 |
| Tex-W | Open | PDWILSON | FDS | Performance Pack | 800,000 | 2-Jan-01 | 90 | 800,000 | - | - | - | 0.800 | 800,000 | 800,000 | 800,000 |
| Tex-W | Open | PDWILSON | MCLEODUSA | New Buying Document | 500,000 | 26-Feb-01 | 60 | 500,000 | - | - | - | 0.500 | 500,000 | 500,000 | 500,000 |
| Tex-W | Open | PDWILSON | ALLTEL | RLS Apps Hosting DB | 610,000 | 23-Feb-01 | 40 | 500,000 | - | - | - | 0.500 | | 500,000 | 500,000 |
| Tex-W | Open | RMASRI | AT&T Broadband | Enterprise wide CRM Suite | 500,000 | 28-Feb-01 | 10 | - | - | 500,000 | - | 0.500 | | | |
| Utilities-V | Open | CURHANCI | American Electric Power | UPU Database License | 3,460,000 | 28-Feb-01 | 60 | 3,000,000 | - | - | - | 3.000 | 1,000,000 | 3,000,000 | 3,000,000 |
| Utilities-V | Open | CURHANCI | Detroit Edison | Additional Database MultiCon Merego | 1,220,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1.000 | | | 1,000,000 |
| Utilities-V | Open | DTWRIGHT | PG&E National Energy Group | DB for new architecture and portals | 770,000 | 27-Feb-01 | 10 | - | 700,000 | - | - | 0.700 | | | |
| Utilities-V | Open | CURHANCI | Mid American Energy Holding Company | E Business Migration and eProcurement | 610,000 | 28-Feb-01 | 30 | - | - | - | 500,000 | 0.500 | | | 500,000 |
| Utilities-V | Open | DTWRIGHT | Northwestern (Expanets) | Service/CRM | 610,000 | 28-Feb-01 | 30 | - | - | 500,000 | - | 0.500 | | | 500,000 |
| Utilities-V | Open | CURHANCI | RELIANT ENERGY | Add'l UPU's Database | 610,000 | 28-Feb-01 | 10 | 500,000 | - | - | - | 0.500 | | | |
| | | | | **Totals** | 116,487,985 | | | 24,924,186 | 6,000,002 | 24,924,186 | 47,073,253 | 194.489 | 55,671,519 | 70,509,910 | 134,581,071 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 55,671,519 | 70,509,910 | 134,581,071 | Total Deals >$500K |
| Field Deals <$500K | 18,651,418 | 1,425,650 | 200,000 | 7,433,918 | 27,711,005,510 | 23,554,355 | 27,713,206 | 31,857,656 | Total Deals <$500K |
| OSI iSD | 22,074,390 | 2,151,002 | 705,424 | 517,833 | 31,248,847,860 | 46,067,848 | 46,067,848 | 46,067,848 | Total iSD |
| Commercial iSD | 12,856,028 | - | 1,029,655 | 933,317 | 14,819,000,000 | 59,706,278 | 65,711,237 | 12,481,423 | Mgmt Judgement |
| Total iSD | 40,730,618 | 2,151,002 | 1,735,078 | 1,451,150 | 46,067,847,860 | 185,000,000 | 210,000,000 | 225,000,000 | Total Forecast |

ORACLE CONFIDENTIAL

NDCA-ORCL 084737
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER