# EXHIBIT 83

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**OSI Forecast Summary Report by Product Category**

All values have been converted to USD

| Region | Status | Sales Group | Customer Name | Opportunity Description | Opportunity Amount | Close Date | Win Prob | Database | Tools | CRM | ERP | Total Selected | Worst Case | Forecast | Best Case |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Txx-V | Open | KSOLSKY | Lucent Technologies | Lucent Corporate Financials | 10,000,000 | 28-Feb-01 | 30 | - | - | - | 10,000,000 | 10,000,000 | | | 10,000,000 |
| Fed-DoD | Open | DKENNEDY | 259579 -NAVAIR EL | NAVAIR-EL | 9,050,212 | 28-Feb-01 | 30 | 7,600,050 | 50 | - | - | 7,600,100 | | | 7,600,100 |
| Txx-V | Won | JBWILLIA | BellSouth Corporation | CRM | 6,700,000 | 5-Jan-01 | 100 | - | - | 6,700,000 | - | 6,700,000 | 6,700,000 | 6,700,000 | 6,700,000 |
| Txx-W | Open | JZINSER | SBC Communications Inc | Cingular - extending SBC ELA | 6,000,000 | 23-Feb-01 | 60 | - | - | - | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 |
| Txx-V | Open | AHODAX | AT&T | ELA CRM Addition | 7,200,000 | 28-Feb-01 | 30 | - | - | 6,000,000 | - | 6,000,000 | | | 6,000,000 |
| Fin Svcs | Open | CJDONATO | Credit Suisse First Boston | Enterprise License Agreement | 4,880,000 | 15-Feb-01 | 30 | 4,000,000 | - | - | - | 4,000,000 | | | 4,000,000 |
| Txx-V | Open | KPURCELL | COMCAST | ASP | 4,000,000 | 28-Feb-01 | 30 | 3,500,000 | - | - | 500,000 | 4,000,000 | | | 4,000,000 |
| S&L-E | Open | DOBANNON | TX: Dallas ISD/Fin Apps | ERP solution for Dallas ISD- Complete Fin apps/ Pa | 4,394,000 | 28-Feb-01 | 30 | - | 102,000 | - | 3,500,000 | 3,602,000 | | | 3,602,000 |
| Fed-DoD | Open | GCHRISTE | US Army/Military Traffic Management Command | MTMC-Fin/Proj | 3,500,000 | 28-Feb-01 | 30 | - | - | - | 3,500,000 | 3,500,000 | | | 3,500,000 |
| Txx-V | Open | JBWILLIA | BellSouth Cingular (Newco) | License Purchase for Financials/OM/Purchasing/Pro | 4,084,000 | 28-Feb-01 | 30 | - | - | - | 3,491,000 | 3,491,000 | | | 3,491,000 |
| S&L-E | Open | MGOSEY | The School Board of Palm Beach County | ERP | 4,088,506 | 23-Feb-01 | 30 | 280,800 | 101,379 | - | 2,969,056 | 3,351,235 | | | 3,351,235 |
| Fed-DoD | Open | TGREENSP | DISA | DISA Flex | 3,714,760 | 28-Feb-01 | 60 | 3,044,885 | - | - | - | 3,044,885 | 3,044,885 | 3,044,885 | 3,044,885 |
| Txx-W | Open | PDWILSON | AMERICA ON LINE | NETSCAPE COMPLIANCE | 3,600,000 | 28-Feb-01 | 30 | 3,000,000 | - | - | - | 3,000,000 | | | 3,000,000 |
| Fed-Civ | Open | MSTIEVAT | DOED OPSE | OSFA-Finapps-Phase 3 | 3,420,000 | 23-Feb-01 | 30 | - | - | - | 2,850,000 | 2,850,000 | | | 2,850,000 |
| Fed-DoD | Open | JHOLMES | NAVY MEDICAL INFOMATION MANAGEMENT ( | NAVY-Medical-SFMS | 3,375,000 | 28-Feb-01 | 30 | 250,000 | - | - | 2,500,000 | 2,750,000 | | | 2,750,000 |
| Fed-Civ | Open | TBHOFFMA | PTO | PTO-migration | 3,078,516 | 26-Feb-01 | 40 | 2,686,091 | - | - | - | 2,686,091 | | 2,686,091 | 2,686,091 |
| Txx-W | Open | KWEBB | Qwest Communications | Sales Compensation | 3,170,475 | 23-Feb-01 | 30 | - | - | 2,598,750 | - | 2,598,750 | | | 2,598,750 |
| Fed-Civ | Open | MSTIEVAT | SSA | SSA-migration | 2,943,338 | 31-Jan-01 | 80 | 2,559,425 | - | - | - | 2,559,425 | 2,559,425 | 2,559,425 | 2,559,425 |
| Fed-APG | Open | CKUZEMKA | NIMA - National Imagery and Mapping Agency | NIMA-EL2 | 3,500,000 | 16-Feb-01 | 30 | 2,500,000 | - | - | - | 2,500,000 | | | 2,500,000 |
| HigherEd | Open | TCOOPER | State System of Higher Education (PA) | STATE OF PENNSYLVANIA SYSTEM | 2,923,520 | 31-Jan-01 | 80 | 2,396,328 | - | - | - | 2,396,328 | 2,396,328 | 2,396,328 | 2,396,328 |
| Fed-DoD | Open | WPESSIN | US Army/USACE | USACE NL Consolidation Plus Tech | 3,000,000 | 28-Feb-01 | 30 | 2,200,000 | - | - | - | 2,200,000 | | | 2,200,000 |
| S&L-E | Open | RSEELAND | STATE OF NEW JERSEY OIT | Data Base License for NJ | 2,440,000 | 27-Feb-01 | 60 | 2,000,000 | - | - | - | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| Txx-V | Open | KPURCELL | Verizon Information Services | ELA | 2,000,000 | 28-Feb-01 | 40 | 2,000,000 | - | - | - | 2,000,000 | | 2,000,000 | 2,000,000 |
| Txx-V | Open | AHODAX | AT & T | ELA - Product Add-on's | 2,400,000 | 28-Feb-01 | 30 | 1,500,000 | - | - | 500,000 | 2,000,000 | | | 2,000,000 |
| Txx-V | Open | KPURCELL | Verizon | Single ELA Agreement | 2,000,000 | 28-Feb-01 | 30 | 2,000,000 | - | - | - | 2,000,000 | | | 2,000,000 |
| Txx-V | Open | KPURCELL | Gemity | Hosting/Internal DB Agreement | 2,000,000 | 28-Feb-01 | 30 | 2,000,000 | - | - | - | 2,000,000 | | | 2,000,000 |
| Fin Svcs | Open | LWILLIFO | Bank of America Technology & Operations | SEM | 2,436,800 | 26-Jan-01 | 30 | 400,000 | - | - | 1,500,000 | 1,900,000 | | | 1,900,000 |
| Fed-APG | Open | PBOWMAN | NASA | NASA-EL | 2,370,681 | 15-Feb-01 | 30 | 1,894,132 | - | - | - | 1,894,132 | | | 1,894,132 |
| Fin Svcs | Open | GMIDTBO | State Street Bank | Fin Apps | 2,196,000 | 14-Feb-01 | 90 | - | - | - | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 |
| Txx-W | Open | JFELICET | AT&T WIRELESS | AWS - Data Warehouse | 2,057,000 | 28-Feb-01 | 30 | - | 1,688,000 | - | - | 1,688,000 | | | 1,688,000 |
| Txx-W | Open | JFELICET | AT&T WIRELESS | AWS - iAS WE Phase 1 | 1,993,000 | 28-Feb-01 | 30 | - | 1,634,000 | - | - | 1,634,000 | | | 1,634,000 |
| S&L-W | Open | WHEEL | e-MI | SOM-DMB-EMICHIGAN | 2,650,000 | 16-Feb-01 | 40 | 1,000,000 | - | - | 600,000 | 1,600,000 | | 1,600,000 | 1,600,000 |
| Utilities-V | Open | CURBANCI | American Electric Power | UPU Database License | 1,830,000 | 28-Feb-01 | 30 | 1,500,000 | - | - | - | 1,500,000 | | | 1,500,000 |
| HigherEd | Open | PNEISS | COLUMBIA UNIV | HRIS | 1,691,036 | 23-Feb-01 | 80 | - | - | - | 1,385,931 | 1,385,931 | 1,385,931 | 1,385,931 | 1,385,931 |
| Txx-W | Open | JFELICET | AT&T WIRELESS | AWS - DB & options for PocketNet | 1,647,000 | 28-Feb-01 | 30 | 1,350,000 | - | - | - | 1,350,000 | | | 1,350,000 |
| Fed-Civ | Open | MSTIEVAT | DHHS/NIH/NCI/ISCS | NCI-Admin/Clinical App-Rif/Rent | 1,522,625 | 28-Feb-01 | 30 | 1,324,625 | - | - | - | 1,324,625 | | | 1,324,625 |
| Fed-Civ | Open | MSTIEVAT | HEALTH CARE FINANCING ADMINISTRATION | HCFA-EL2 | 1,523,044 | 28-Feb-01 | 30 | 329,160 | - | - | 966,890 | 1,296,050 | | | 1,296,050 |
| S&L-E | Open | SKEITH | Maryland JIS | Database and Tools | 1,535,000 | 15-Feb-01 | 40 | 950,000 | 345,000 | - | - | 1,295,000 | | 1,295,000 | 1,295,000 |
| Fed-DoD | Open | RSTEIN | Navfac Cheasapeak division | NAVFAC - Budgeting and Reporting System for Ger | 1,500,000 | 28-Feb-01 | 60 | - | - | - | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 |
| Healthcare | Open | JSCHIMEL | Blue Cross Blue Shield-North Carolina | Database and tools for Web apps deployment | 1,452,000 | 27-Feb-01 | 30 | 1,000,000 | 191,000 | - | - | 1,191,000 | | | 1,191,000 |
| Fed-Civ | Open | MSTIEVAT | DOL OSHA | OSHA EL | 1,427,400 | 21-Feb-01 | 30 | 1,170,000 | - | - | - | 1,170,000 | | | 1,170,000 |
| HigherEd | Open | PNEISS | CORNELL | replace Informix | 1,353,200 | 28-Feb-01 | 80 | 1,109,180 | - | - | - | 1,109,180 | 1,109,180 | 1,109,180 | 1,109,180 |
| Fin Svcs | Open | CJDONATO | PRUDENTIAL | GL | 1,100,000 | 31-Jan-01 | 30 | - | - | - | 1,100,000 | 1,100,000 | | | 1,100,000 |
| S&L-W | Open | MLWILSON | Jefferson County | JEFFERSON COUNTY | 1,230,135 | 28-Feb-01 | 60 | 348,624 | - | - | 659,684 | 1,008,308 | 1,008,308 | 1,008,308 | 1,008,308 |
| Txx-W | Open | PDWILSON | ALLTEL | ACI Database True Up | 1,220,000 | 23-Jan-01 | 40 | 1,000,000 | - | - | - | 1,000,000 | | 1,000,000 | 1,000,000 |
| S&L-E | Open | DOBANNON | TX: DALLAS ISD (2) | TX: DALLAS ISD DISTRICTWIDE DB | 1,200,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | | | 1,000,000 |
| Fed-DoD | Open | JNUSSBAU | Navy- ITC New Orleans | NSIPS Deployment | 1,000,000 | 16-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | | | 1,000,000 |
| Txx-W | Open | PDWILSON | AMERICA ON LINE | Renew Term License (Feb. 29, 2000) | 1,800,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | | | 1,000,000 |
| Txx-W | Open | PDWILSON | ALLTEL | ACI iAS Wireless (PtG) | 1,220,000 | 23-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | | | 1,000,000 |
| Utilities-V | Open | CURBANCI | Detroit Edison | Additional Database/MichCon Mereger | 1,220,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | | | 1,000,000 |
| Txx-V | Open | AHODAX | AT & T | ELA Compliance | 1,000,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | | | 1,000,000 |
| S&L-W | Open | MDEAN | Lucas County -Full ERP | LUCAS CO.-Full ERP | 1,190,326 | 23-Feb-01 | 40 | 79,368 | - | - | 896,309 | 975,677 | | 975,677 | 975,677 |
| Txx-V | Open | KSOLSKY | PRODIGY | UPU DB Licenses | 950,000 | 28-Feb-01 | 30 | 950,000 | - | - | - | 950,000 | | | 950,000 |
| S&L-W | Open | SGALASSI | City of Omaha, NE | OMAHA/DOUGLAS COUNTY ERP | 6,498,634 | 7-Feb-01 | 80 | - | - | - | 945,798 | 945,798 | 945,798 | 945,798 | 945,798 |
| Fed-Civ | Open | MSTIEVAT | DOED EDCAPS | EDCAPS-Finapps-Phase 2 | 1,118,250 | 20-Jan-01 | 30 | - | - | - | 943,650 | 943,650 | | | 943,650 |
| Healthcare | Open | THOFINGA | McGhan Medical Corporation | ERP | 1,187,086 | 23-Feb-01 | 60 | - | - | - | 927,120 | 927,120 | 927,120 | 927,120 | 927,120 |
| S&L-W | Open | MLWILSON | JUNIPER VALLEY PRODUCTS - DOC | ERP/Mfg/Inv/Order Mgmt. | 1,098,000 | 28-Feb-01 | 60 | - | - | - | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 |
| Fin Svcs | Open | BKANTOR | Citigroup | Travelers | 1,100,000 | 28-Feb-01 | 60 | - | - | - | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 |
| Fed-Civ | Open | MSTIEVAT | DOEd | DOED-NL2 | 1,071,000 | 25-Jan-01 | 30 | 895,000 | - | - | - | 895,000 | | | 895,000 |
| S&L-W | Won | MLWILSON | STATE OF COLORADO/CBI/UPGRADE | STATE OF COLORADO/CBI/UPGRADE | 1,156,076 | 4-Dec-01 | 100 | 894,461 | - | - | - | 894,461 | 894,461 | 894,461 | 894,461 |
| S&L-E | Open | MGOSEY | Miami-Dade County | Financials | 2,088,955 | 23-Feb-01 | 40 | - | - | - | 892,586 | 892,586 | 892,586 | 892,586 | 892,586 |
| S&L-W | Open | MDEAN | City of Detroit Government | CITY OF DETROIT Water Dept | 992,221 | 19-Jan-01 | 80 | 813,296 | - | - | - | 813,296 | 813,296 | 813,296 | 813,296 |
| S&L-W | Open | TMCCORMI | LOS ANGELES DEPT OF WATER AND POWER | **Core Technology | 990,952 | 19-Feb-01 | 60 | 812,250 | - | - | - | 812,250 | 812,250 | 812,250 | 812,250 |
| S&L-E | Open | SZFRANK | MONROE COUNTY | Enterprise License and Financials | 1,031,358 | 22-Feb-01 | 60 | - | - | - | 806,358 | 806,358 | 806,358 | 806,358 | 806,358 |
| Txx-V | Open | PDWILSON | TDS | Performance Packs | 800,000 | 2-Jan-01 | 90 | 800,000 | - | - | - | 800,000 | 800,000 | 800,000 | 800,000 |
| S&L-E | Open | MGOSEY | South West Alabama, IJIS Project | BALDWIN COUNTY, AL IJIS | 983,310 | 21-Feb-01 | 40 | 791,297 | - | - | - | 791,297 | | 791,297 | 791,297 |
| Fed-APG | Open | DCERJAN | Federal Customer N | ERP Application | 950,886 | 26-Jan-01 | 40 | 157,000 | - | - | 615,650 | 772,650 | | 772,650 | 772,650 |
| S&L-E | Won | SKEITH | New York/New Jersey Port Authority | Concurrent NL - Order # 6357685 | 928,000 | 21-Dec-00 | 100 | 741,000 | - | - | - | 741,000 | 741,000 | 741,000 | 741,000 |
| S&L-W | Open | MLWILSON | DOUGLAS COUNTY | Douglas County | 854,000 | 31-Jan-01 | 60 | 700,000 | - | - | - | 700,000 | 700,000 | 700,000 | 700,000 |
| S&L-E | Open | RSEELAND | NYC Adminstration for Childen Services (ACS) | eProcurement for ACS | 890,000 | 28-Feb-01 | 40 | - | - | - | 700,000 | 700,000 | | | 700,000 |
| Fin Svcs | Open | DKNEPPER | CREDIT LYONNAIS | Fin Apps | 840,000 | 28-Feb-01 | 40 | - | - | - | 700,000 | 700,000 | | | 700,000 |
| Fin Svcs | Open | CJDONATO | New York Life - International | Oracle 8i Lite | 700,000 | 21-Feb-01 | 40 | 700,000 | - | - | - | 700,000 | | | 700,000 |
| Fed-DoD | Open | DREY | Naval Meteorology and Oceanography Command | NavalMOC-Integrated Management Solution | 800,000 | 28-Feb-01 | 30 | - | - | - | 700,000 | 700,000 | | | 700,000 |
| Fed-DoD | Open | DREY | Naval Ammunitions Logistics Center | Naval Amm.Log.Ctr-OIS | 850,000 | 28-Feb-01 | 30 | 200,000 | 450,000 | - | - | 650,000 | | | 650,000 |

NDCA-ORCL 410658

**OSI Forecast Summary Report by Product Category**

All values have been converted to USD

| Region | Status | Sales Group | Customer Name | Opportunity Description | Opportunity Amount | Close Date | Win Prob | Database | Tools | CRM | ERP | Total Selected | Worst Case | Forecast | Best Case |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fin Svcs | Open | RGDAVIS | CHASE | Analysis Reporting | 791,786 | 28-Feb-01 | 40 | - | - | - | 649,005 | 649,005 | | 649,005 | 649,005 |
| S&L-E | Open | SKEITH | MONTGOMERY COUNTY PUBLIC SCHOOLS | Data Warehouse | 790,742 | 12-Feb-01 | 40 | 648,742 | - | - | - | 648,742 | | 648,742 | 648,742 |
| S&L-E | Open | MGOSEY | FULTON COUNTY | Countywide CJIS & Mainframe License | 766,435 | 12-Jan-01 | 90 | 628,225 | - | - | - | 628,225 | 628,225 | 628,225 | 628,225 |
| S&L-E | Open | DCLEGHOR | City Public Service, San Antonio Texas | CPS Database | 760,981 | 12-Jan-01 | 60 | 623,755 | - | - | - | 623,755 | 623,755 | 623,755 | 623,755 |
| Fin Svcs | Open | LWILLIFO | FANNIE MAE | Database | 756,500 | 28-Feb-01 | 30 | 620,000 | - | - | - | 620,000 | | | 620,000 |
| Fed-APG | Open | CKUZEMKA | NIMA - National Imagery and Mapping Agency | NIMA-TPED | 1,192,396 | 1-Feb-01 | 40 | 52,825 | - | 278,186 | 278,186 | 609,196 | | 609,196 | 609,196 |
| Fed-APG | Open | LKELLER | DIA | INFOWORKSPACE | 859,400 | 26-Jan-01 | 90 | 601,440 | - | - | - | 601,440 | 601,440 | 601,440 | 601,440 |
| Healthcare | Open | PKLEBBA | University of Chicago Hospitals | ERP Software | 750,000 | 19-Jan-01 | 90 | - | - | - | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 |
| HigherEd | Open | DCOE | OAKWOOD COLLEGE | Hosted ERP/Student Project | 720,000 | 28-Feb-01 | 60 | - | - | - | 591,000 | 591,000 | 591,000 | 591,000 | 591,000 |
| S&L-W | Open | WHEIL | SOM-DCH-EIS | EIS/DSS System | 675,000 | 28-Feb-01 | 40 | 365,000 | 225,000 | - | - | 590,000 | | 590,000 | 590,000 |
| S&L-W | Open | MDEAN | Cincinnati-RCC | New Internet Pricing | 683,973 | 9-Feb-01 | 40 | 560,560 | - | - | - | 560,560 | | 560,560 | 560,560 |
| Fed-APG | Open | RSCHEIDE | ARMY & AIR FORCE EXCHANGE SERVICE | License Upgrade | 706,008 | 31-Jan-01 | 30 | 559,099 | - | - | - | 559,099 | | | 559,099 |
| Fin Svcs | Open | GMIDTBO | Liberty Financial | Finacial Apps, iProcurement | 531,758 | 12-Jan-01 | 80 | 52,358 | - | - | 479,400 | 531,758 | 531,758 | 531,758 | 531,758 |
| S&L-W | Open | MDEAN | Oakland County Government | Datawarehousing & Business Intelligence | 628,605 | 23-Feb-01 | 60 | - | 515,250 | - | - | 515,250 | 515,250 | 515,250 | 515,250 |
| Healthcare | Open | JSCHIMEL | ORHS | ERP | 658,000 | 28-Feb-01 | 40 | - | - | - | 511,000 | 511,000 | | 511,000 | 511,000 |
| S&L-E | Open | RSEELAND | Health and Hosp Corp | HEALTH & HOSPITALS CORP. | 510,000 | 28-Feb-01 | 30 | 60,000 | - | - | 450,000 | 510,000 | | | 510,000 |
| S&L-E | Open | RSEELAND | New York City Police Department | NYPD CAD SYSTEM | 650,000 | 28-Feb-01 | 60 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| S&L-E | Open | SZFRANK | CT CJIS | Offender Based Tracking System | 600,000 | 31-Jan-01 | 60 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| HigherEd | Open | DKMCDONA | University of North Texas System | University North Texas System | 610,000 | 28-Feb-01 | 40 | - | 50,000 | - | 450,000 | 500,000 | | 500,000 | 500,000 |
| HigherEd | Open | DKMCDONA | Drake University | ERP/Core Technology | 610,000 | 28-Feb-01 | 40 | 450,000 | 50,000 | - | - | 500,000 | | 500,000 | 500,000 |
| HigherEd | Open | DKMCDONA | LOS ANGELES COMMUNITY COLLEGE DISTRICT | Technology | 610,000 | 28-Feb-01 | 40 | 450,000 | 50,000 | - | - | 500,000 | | 500,000 | 500,000 |
| Healthcare | Open | JWOODBUR | Humana | Image Process Design | 500,000 | 28-Feb-01 | 40 | 500,000 | - | - | - | 500,000 | | 500,000 | 500,000 |
| Fin Svcs | Open | CJDONATO | TD WATERHOUSE | Internet Power Units | 500,000 | 30-Jan-01 | 40 | 500,000 | - | - | - | 500,000 | | 500,000 | 500,000 |
| Fin Svcs | Open | RGDAVIS | Guardian Life Insurance Company of America | Project Costing | 500,000 | 15-Feb-01 | 40 | - | - | - | 500,000 | 500,000 | | 500,000 | 500,000 |
| Txx-W | Open | PDWILSON | ALLTEL | RLS Apps Hosting DB | 610,000 | 23-Jan-01 | 40 | 500,000 | - | - | - | 500,000 | | 500,000 | 500,000 |
| Txx-V | Open | KTOWNSEN | Potomac Electric Power Company (PEPCO) | Core Technology | 500,000 | 31-Jan-01 | 40 | 500,000 | - | - | - | 500,000 | | 500,000 | 500,000 |
| Healthcare | Open | MJAFOLLA | MERCK | TMS | 610,000 | 28-Feb-01 | 30 | - | - | - | 500,000 | 500,000 | | | 500,000 |
| Healthcare | Open | JSCHIMEL | Mercy Hospital | Cerner project | 500,000 | 28-Feb-01 | 30 | 500,000 | - | - | - | 500,000 | | | 500,000 |
| Fin Svcs | Open | LWILLIFO | Bank of America Technology & Operations | Database | 610,000 | 26-Feb-01 | 30 | 500,000 | - | - | - | 500,000 | | | 500,000 |
| Fed-DoD | Open | TGREENSP | DESC | DESC Tutor | 500,000 | 28-Feb-01 | 30 | - | - | - | 500,000 | 500,000 | | | 500,000 |
| Utilities-V | Open | CURBANCI | Mid American Energy Holding Company | E-Business Migration and eProcurement | 610,000 | 28-Feb-01 | 30 | - | - | - | 500,000 | 500,000 | | | 500,000 |
| Utilities-V | Open | DTWRIGHT | Northwestern (Expanets) | Service/CRM | 610,000 | 28-Feb-01 | 30 | - | - | 500,000 | - | 500,000 | | | 500,000 |
| Txx-W | Open | JJMORAN | Sprint | Managed Services | 10,000,000 | 28-Feb-01 | 10 | 10,000,000 | - | - | - | 10,000,000 | | | |
| Txx-W | Open | PDWILSON | CONVERGYS | CRM Front End for IMG | 6,200,000 | 5-Jan-01 | 10 | - | - | 5,000,000 | - | 5,000,000 | | | |
| Txx-W | Open | PDWILSON | Cable & Wireless GLOBAL(reston, va) | iHosting & ASP | 5,000,000 | 28-Feb-01 | 10 | - | - | 5,000,000 | - | 5,000,000 | | | |
| Txx-V | Open | KPURCELL | Verizon | Verizon Data Services ASP Hosting | 5,000,000 | 28-Feb-01 | 10 | 2,500,000 | - | - | - | 2,500,000 | | | 5,000,000 |
| Txx-W | Open | KWEBB | Qwest Communications | QWEST Order Entry/Order Mgmt. | 4,880,000 | 28-Feb-01 | 10 | - | - | - | 4,000,000 | 4,000,000 | | | |
| Txx-W | Open | JKEPLAR | Nextlink Communications | 8i Appliance | 4,350,000 | 28-Feb-01 | 10 | 3,600,000 | - | - | - | 3,600,000 | | | |
| Txx-W | Open | JKEPLAR | Nortel | Nortel GPS - Projects & PSA | 3,600,000 | 23-Feb-01 | 10 | - | - | - | 3,000,000 | 3,000,000 | | | |
| Txx-V | Open | KPURCELL | Verizon Wireless | ELA Consolidation | 2,440,000 | 28-Feb-01 | 10 | 2,000,000 | - | - | - | 2,000,000 | | | |
| Utilities-V | Open | CURBANCI | ENTERGY CORPORATION | ENTERGY | 2,440,000 | 28-Feb-01 | 10 | 2,000,000 | - | - | - | 2,000,000 | | | |
| Txx-W | Open | JKEPLAR | Charter Communications | Charter Database | 2,125,000 | 28-Feb-01 | 10 | 1,750,000 | - | - | - | 1,750,000 | | | |
| Txx-W | Open | RMASRI | AT&T Broadband | AT&T Broadband CRL/NL | 1,500,000 | 28-Feb-01 | 10 | - | - | - | 1,500,000 | 1,500,000 | | | |
| Utilities-V | Open | CURBANCI | Consumers Energy | Fin Apps,Internet Procurement , Purchasing ,OPA | 1,220,000 | 28-Feb-01 | 10 | - | - | - | 1,000,000 | 1,000,000 | | | |
| Utilities-V | Open | CURBANCI | TXU | Enterprise Database | 1,037,000 | 28-Feb-01 | 10 | 850,000 | - | - | - | 850,000 | | | |
| Txx-W | Open | JKEPLAR | Nortel | Project Costing and Billing & PSA-GCC | 854,000 | 28-Feb-01 | 10 | - | - | - | 700,000 | 700,000 | | | |
| Txx-V | Open | KPURCELL | Verizon Wireless | PTG | 1,110,000 | 28-Feb-01 | 10 | - | 500,000 | - | - | 500,000 | | | |
| Txx-W | Open | RMASRI | AT&T Broadband | Enterprise wide CRM Suite | 500,000 | 28-Feb-01 | 10 | - | - | 500,000 | - | 500,000 | | | |
| | | | | Totals | | | | 104,605,334 | 5,901,679 | 33,076,936 | 66,252,265 | 209,836,213 | 44,208,418 | 65,117,572 | 163,436,213 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 44,208,418 | 65,117,572 | 163,436,213 | Total Deals >$50 |
| Field Deals <$500K | 16,109,932 | 1,321,226 | 150,000 | 5,462,466 | 23,043,624 | 19,587,080 | 23,043,624 | 26,500,167 | Total Deals <$50 |
| OSI iSD | 24,421,092 | 2,041,053 | 684,424 | 502,819 | 27,619,388 | 42,068,388 | 42,068,388 | 42,068,388 | Total iSD |
| Commercial iSD | 12,481,221 | - | 1,029,655 | 908,125 | 14,419,000 | 79,136,114 | 94,770,416 | 7,995,232 | Mgmt Judgement |
| Total iSD | 36,902,313 | 2,041,053 | 1,714,079 | 1,410,943 | 42,068,388 | 185,000,000 | 225,000,000 | 240,000,000 | Total Forecast |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 410659