# EXHIBIT 84

**OSI Forecast Summary Report by Product Category**

All values have been converted to $

| Region | Deal ID | Status | Sales Group | Customer Name | Opportunity Description | Opportunity Amount | Close Date | Win Prob | Database | Tools | CRM | ERP | Total Selected | Worst Case | Forecast | Best Case |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax-V | 164190 | Open | KSOLSKY | Lucent Technologies | Lucent Corporate Financials | 10,000,000 | 28-Feb-01 | 30 | - | - | - | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 |
| Fed-DoD | 149333 | Open | DKENNEDY | 239579 -NAVAIR EL | NAVAIR-EL | 9,050,000 | 28-Feb-01 | 30 | 8,050,000 | 500,000 | - | - | 8,550,000 | 8,550,000 | 8,550,000 | 8,550,000 |
| Tax-W | 199139 | Open | JZINSER | SBC Communications Inc | Cingular - extending SBC ELA | 6,000,000 | 23-Feb-01 | 60 | - | - | - | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 |
| Tax-V | 203655 | Open | AHODAX | AT&T | ELA CRM Addition | 7,200,000 | 28-Feb-01 | 30 | - | - | 6,000,000 | - | 6,000,000 | 6,000,000 | 6,000,000 | 6,000,000 |
| Fin Svcs | 203761 | Open | CJDONATO | Credit Suisse First Boston | Enterprise License Agreement | 4,810,000 | 15-Feb-01 | 30 | 4,000,000 | - | - | - | 4,000,000 | - | 4,000,000 | 4,000,000 |
| Tax-V | 188392 | Open | KPURCELL | COMCAST | ASP | 4,000,000 | 28-Feb-01 | 30 | 3,500,000 | - | - | 500,000 | 4,000,000 | - | 4,000,000 | 4,000,000 |
| S&L-E | 169606 | Open | DOBANNON | TX: Dallas ISD/Fin Apps | ERP solution for Dallas ISD- Complete Fin apps/ Payroll H | 4,394,000 | 28-Feb-01 | 30 | - | 102,000 | - | 3,500,000 | 3,602,000 | 3,602,000 | 3,602,000 | 3,602,000 |
| Fed-DoD | 168030 | Open | OCHRISTE | US Army/Military Traffic Management Command | MTMC-Fin/Proj | 3,500,000 | 28-Feb-01 | 30 | - | - | - | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 | 3,500,000 |
| Tax-V | 197287 | Open | JBWILLIA | BellSouth Cingular (Newco) | License Purchase for Financials/OM/Purchasing/Projects | 4,084,000 | 28-Feb-01 | 30 | - | - | - | 3,491,000 | 3,491,000 | 3,491,000 | 3,491,000 | 3,491,000 |
| S&L-E | 148182 | Open | MOOSEY | The School Board of Palm Beach County | ERP | 4,088,506 | 23-Feb-01 | 30 | 280,800 | 101,379 | - | 2,969,056 | 3,351,235 | 3,351,235 | 3,351,235 | 3,351,235 |
| Fed-DoD | 217480 | Open | TGREENSP | DISA | DISA Flex | 3,714,760 | 31-Jan-01 | 60 | 3,044,885 | - | - | - | 3,044,885 | 3,044,885 | 3,044,885 | 3,044,885 |
| Tax-W | 149436 | Open | PDWILSON | AMERICA ON LINE | NETSCAPE COMPLIANCE | 3,600,000 | 28-Feb-01 | 30 | 3,000,000 | - | - | - | 3,000,000 | - | 3,000,000 | 3,000,000 |
| Fed-Civ | 175456 | Open | MSTIEVAT | DOED OPSE | OSFA-Fineapp-Phase 3 | 3,420,000 | 23-Feb-01 | 30 | - | - | - | 2,850,000 | 2,850,000 | - | 2,850,000 | 2,850,000 |
| Fed-Civ | 179239 | Open | TBHOFFMA | PTO | PTO-migration | 3,078,516 | 26-Feb-01 | 40 | 2,686,091 | - | - | - | 2,686,091 | 2,686,091 | 2,686,091 | 2,686,091 |
| Fed-APG | 168953 | Open | CKUZEMKA | NIMA - National Imagery and Mapping Agency | NIMA-EL2 | 3,500,000 | 16-Feb-01 | 30 | 2,500,000 | - | - | - | 2,500,000 | - | 2,500,000 | 2,500,000 |
| Fed-Civ | 150949 | Open | MSTIEVAT | SSA | SSA-migration | 2,725,992 | 31-Jan-01 | 80 | 2,450,000 | - | - | - | 2,450,000 | 2,450,000 | 2,450,000 | 2,450,000 |
| HigherEd | 148941 | Open | TCOOPER | State System of Higher Education (PA) | STATE OF PENNSYLVIA SYSTEM | 2,923,520 | 31-Jan-01 | 80 | 2,396,328 | - | - | - | 2,396,328 | 2,396,328 | 2,396,328 | 2,396,328 |
| Fed-DoD | 210689 | Open | JHOLMES | NAVY MEDICAL INFOMATION MANAGEMENT CENTE | NAVY-Medical-SPMS | 2,600,000 | 28-Feb-01 | 30 | 2,250,000 | - | - | - | 2,250,000 | - | 2,250,000 | 2,250,000 |
| Fed-DoD | 208677 | Open | WPESSIN | US Army/USACE | USACE NL Consolidation Plus Tech | 3,000,000 | 28-Feb-01 | 30 | 2,200,000 | - | - | - | 2,200,000 | - | 2,200,000 | 2,200,000 |
| S&L-E | 200019 | Open | RSEELAND | STATE OF NEW JERSEY OIT | Data Base License for NJ | 2,440,000 | 27-Feb-01 | 60 | 2,000,000 | - | - | - | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| Tax-V | 210568 | Open | KPURCELL | Verizon Information Services | ELA | 2,000,000 | 28-Feb-01 | 40 | 2,000,000 | - | - | - | 2,000,000 | - | 2,000,000 | 2,000,000 |
| Tax-V | 205144 | Open | AHODAX | AT & T | ELA - Product Add-on's | 2,400,000 | 28-Feb-01 | 30 | 1,500,000 | - | - | 500,000 | 2,000,000 | - | 2,000,000 | 2,000,000 |
| Tax-V | 181287 | Open | KPURCELL | Cinmity | Hosting/Internal DB Agreement | 2,000,000 | 28-Feb-01 | 30 | 2,000,000 | - | - | - | 2,000,000 | - | 2,000,000 | 2,000,000 |
| Tax-V | 181286 | Open | KPURCELL | Verizon | Single ELA Agreement | 2,000,000 | 28-Feb-01 | 30 | 2,000,000 | - | - | - | 2,000,000 | - | 2,000,000 | 2,000,000 |
| Fin Svcs | 211450 | Open | LWILLIFO | Bank of America Technology & Operations | SEM | 2,434,800 | 26-Jan-01 | 30 | 400,000 | - | - | 1,500,000 | 1,900,000 | - | - | 1,900,000 |
| Fed-APG | 146551 | Open | PBOWMAN | NASA | NASA-EL | 2,370,681 | 15-Feb-01 | 30 | 1,894,132 | - | - | - | 1,894,132 | - | - | 1,894,132 |
| Fin Svcs | 8542 | Open | GMIDTBO | State Street Bank | Fin Apps | 2,196,000 | 14-Feb-01 | 90 | - | - | - | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 |
| S&L-W | 149646 | Open | WHEIL | e-MI | SOM-DMB-EMICHIGAN | 2,650,000 | 16-Feb-01 | 40 | 1,000,000 | - | - | 600,000 | 1,600,000 | 1,600,000 | 1,600,000 | 1,600,000 |
| Fed-DoD | 202033 | Open | JHOLMES | US ARMY WALTER REED ARMY MEDICAL CENTER | WRAMC-NL | 1,500,000 | 28-Feb-01 | 60 | 1,500,000 | - | - | - | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 |
| HigherEd | 196398 | Open | PNEISS | COLUMBIA UNIV | HRIS | 1,601,036 | 23-Feb-01 | 80 | - | - | - | 1,385,931 | 1,385,931 | 1,385,931 | 1,385,931 | 1,385,931 |
| S&L-E | 188118 | Open | SKEITH | Maryland JIS | Database and Tools | 1,535,000 | 15-Feb-01 | 40 | 950,000 | 345,000 | - | - | 1,295,000 | 1,295,000 | 1,295,000 | 1,295,000 |
| Fed-DoD | 184783 | Open | RSTEIN | Navfac Chesapeak division | NAVFAC - Budgeting and Reporting System for General Fu | 1,500,000 | 28-Feb-01 | 60 | - | - | - | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 | 1,200,000 |
| HigherEd | 181868 | Open | PNETSS | CORNELL | replace Informix | 1,353,200 | 28-Feb-01 | 80 | 1,109,180 | - | - | - | 1,109,180 | 1,109,180 | 1,109,180 | 1,109,180 |
| Healthcare | 157182 | Open | PKLEBRA | University of Chicago Hospitals | ERP Software | 1,315,854 | 19-Jan-01 | 80 | - | - | - | 1,078,533 | 1,078,533 | 1,078,533 | 1,078,533 | 1,078,533 |
| S&L-W | 149210 | Open | MLWILSON | Jefferson County | JEFFERSON COUNTY | 1,230,135 | 28-Feb-01 | 60 | 348,624 | - | - | 659,684 | 1,008,308 | 1,008,308 | 1,008,308 | 1,008,308 |
| Tax-W | 176534 | Open | PDWILSON | ALLTEL | ACI Database True Up | 1,220,000 | 23-Jan-01 | 40 | 1,000,000 | - | - | - | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| S&L-W | 149253 | Open | MDEAN | Lucas County -Full ERP | LUCAS CO.-Full ERP | 1,190,326 | 23-Feb-01 | 40 | 79,368 | - | - | 896,309 | 975,677 | 975,677 | 975,677 | 975,677 |
| S&L-W | 148597 | Open | SGALASSI | City of Omaha, NE | OMAHA/DOUGLAS COUNTY ERP | 6,498,634 | 07-Feb-01 | 80 | - | - | - | 945,798 | 945,798 | 945,798 | 945,798 | 945,798 |
| Healthcare | 194148 | Open | THOFFNGA | McGhan Medical Corporation | ERP | 1,187,086 | 26-Jan-01 | 60 | - | - | - | 927,120 | 927,120 | 927,120 | 927,120 | 927,120 |
| Fin Svcs | 211523 | Open | BKANTOR | Citigroup | Travelers | 1,100,000 | 28-Feb-01 | 60 | - | - | - | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 |
| S&L-W | 195971 | Open | MLWILSON | JUNIPER VALLEY PRODUCTS - DOC | ERP/Mfg/Inv/Order Mgmt. | 1,098,000 | 28-Feb-01 | 60 | - | - | - | 900,000 | 900,000 | 900,000 | 900,000 | 900,000 |
| S&L-E | 145287 | Open | MOOSEY | Miami-Dade County | Financials | 2,088,955 | 23-Feb-01 | 40 | - | - | - | 892,586 | 892,586 | 892,586 | 892,586 | 892,586 |
| S&L-W | 148034 | Open | MDEAN | City of Detroit Government | CITY OF DETROIT Water Dept | 993,221 | 19-Jan-01 | 80 | 813,296 | - | - | - | 813,296 | 813,296 | 813,296 | 813,296 |
| S&L-W | 184409 | Open | TMCCORMI | LOS ANGELES DEPT OF WATER AND POWER | **Core Technology | 990,952 | 19-Feb-01 | 60 | 812,250 | - | - | - | 812,250 | 812,250 | 812,250 | 812,250 |
| S&L-E | 181162 | Open | SZFRANK | MONROE COUNTY | Enterprise License and Financials | 1,031,358 | 23-Feb-01 | 60 | - | - | - | 806,358 | 806,358 | 806,358 | 806,358 | 806,358 |
| Tax-W | 173267 | Open | PDWILSON | TDS | Performance Packs | 800,000 | 02-Jan-01 | 90 | 800,000 | - | - | - | 800,000 | 800,000 | 800,000 | 800,000 |
| S&L-B | 149842 | Open | MOOSEY | South West Alabama, IJIS Project | BALDWIN COUNTY, AL IJIS | 983,310 | 24-Jan-01 | 40 | 791,297 | - | - | - | 791,297 | 791,297 | 791,297 | 791,297 |
| Fed-APG | 211520 | Open | DCERJAN | Federal Customer N | ERP Application | 950,886 | 28-Feb-01 | 60 | 157,000 | - | - | 615,650 | 772,650 | 772,650 | 772,650 | 772,650 |
| S&L-W | 186480 | Open | MLWILSON | DOUGLAS COUNTY | Douglas County | 854,000 | 31-Jan-01 | 60 | 700,000 | - | - | - | 700,000 | 700,000 | 700,000 | 700,000 |
| S&L-E | 208946 | Open | RSEELAND | NYC Administration for Chidren Services (ACS) | eProcurement for ACS | 890,000 | 28-Feb-01 | 40 | - | - | - | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 |
| Fin Svcs | 166582 | Open | DKNEPPER | CREDIT LYONNAIS | Fin Apps | 840,000 | 28-Feb-01 | 40 | - | - | - | 700,000 | 700,000 | 700,000 | 700,000 | 700,000 |
| Fin Svcs | 173292 | Open | CJDONATO | New York Life - International | Oracle 8i Lite | 700,000 | 21-Feb-01 | 40 | 700,000 | - | - | - | 700,000 | 700,000 | 700,000 | 700,000 |
| Fin Svcs | 196371 | Open | RCDAVIS | CHASE | Analysis Reporting | 791,786 | 28-Feb-01 | 40 | - | - | - | 649,005 | 649,005 | 649,005 | 649,005 | 649,005 |
| S&L-E | 207159 | Open | SKEITH | MONTGOMERY COUNTY PUBLIC SCHOOLS | Data Warehouse | 790,742 | 12-Feb-01 | 40 | 648,742 | - | - | - | 648,742 | 648,742 | 648,742 | 648,742 |
| S&L-E | 165991 | Open | MOOSEY | FULTON COUNTY | Countywide CJIS & Mainframe License | 766,435 | 12-Jan-01 | 90 | 628,225 | - | - | - | 628,225 | 628,225 | 628,225 | 628,225 |
| S&L-E | 172987 | Open | DCLEGHOR | City Public Service, San Antonio Texas | CPS Database | 760,981 | 12-Jan-31 | 60 | 623,755 | - | - | - | 623,755 | 623,755 | 623,755 | 623,755 |
| Fed-APG | 168577 | Open | LZULEBA | NIMA - National Imagery and Mapping Agency | NIMA-TPED | 1,192,396 | 01-Feb-01 | 40 | 52,825 | - | 278,186 | 278,186 | 609,197 | 609,197 | 609,197 | 609,197 |
| Fed-APG | 146571 | Open | LKELLER | DIA | INFOWORKSPACE | 859,400 | 26-Jan-01 | 90 | 601,440 | - | - | - | 601,440 | 601,440 | 601,440 | 601,440 |
| S&L-W | 202274 | Open | WHEIL | SOM-DCH-EIS | EIS/DSS System | 675,000 | 23-Feb-01 | 40 | 365,000 | 225,000 | - | - | 590,000 | 590,000 | 590,000 | 590,000 |
| S&L-W | 183903 | Open | MDEAN | Cincinnati-RCC | New Internet Pricing | 683,973 | 09-Feb-01 | 40 | 560,560 | - | - | - | 560,560 | 560,560 | 560,560 | 560,560 |
| Fin Svcs | 200730 | Open | GMIDTBO | Liberty Financial | Financial Apps, eProcurement | 531,758 | 12-Jan-01 | 80 | 52,358 | - | - | 479,400 | 531,758 | 531,758 | 531,758 | 531,758 |
| S&L-W | 204185 | Open | MDEAN | Oakland County Government | Datawarehousing & Business Intelligence | 628,605 | 23-Feb-01 | 60 | - | - | 515,250 | - | 515,250 | 515,250 | 515,250 | 515,250 |
| Healthcare | 149339 | Open | ISCHIMEL | ORHS | ERP | 658,000 | 28-Feb-01 | 40 | - | - | - | 511,000 | 511,000 | 511,000 | 511,000 | 511,000 |
| S&L-E | 145676 | Open | RSEELAND | New York City Police Department | NYPD CAD SYSTEM | 650,000 | 28-Feb-01 | 60 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| S&L-E | 195592 | Open | SZFRANK | CT CJIS | Offender Based Tracking System | 600,000 | 31-Jan-01 | 60 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| HigherEd | 191816 | Open | DKMCDONA | LOS ANGELES COMMUNITY COLLEGE DISTRICT | Technology | 610,000 | 28-Feb-01 | 40 | 450,000 | 50,000 | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| Tax-W | 176510 | Open | PDWILSON | ALLTEL | RLS Apps Hosting DB | 610,000 | 23-Jan-01 | 40 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| HigherEd | 154046 | Open | DKMCDONA | Drake University | ERP | 610,000 | 28-Feb-01 | 40 | 450,000 | 50,000 | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| HigherEd | 133209 | Open | DKMCDONA | University of North Texas System | University North Texas System | 610,000 | 28-Feb-01 | 40 | - | 50,000 | - | 450,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Healthcare | 218266 | Open | JWOODBUR | Humana | Image Process Design | 500,000 | 28-Feb-01 | 40 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| Tax-V | 211170 | Open | KTOWNSEND | Potowmac Electric Power Company (PEPCO) | Core Technology | 500,000 | 31-Jan-01 | 40 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| Fin Svcs | 189461 | Open | CJDONATO | TD WATERHOUSE | Internet Power Units | 500,000 | 30-Jan-01 | 40 | 500,000 | - | - | - | 500,000 | 500,000 | 500,000 | 500,000 |
| Tax-V | 166262 | Won | JBWILLIA | BellSouth Corporation | CRM | 6,700,000 | 05-Jan-01 | 100 | - | - | 6,700,000 | - | 6,700,000 | 6,700,000 | 6,700,000 | 6,700,000 |
| S&L-W | 149617 | Won | MLWILSON | STATE OF COLORADO/CBI/UPGRADE | STATE OF COLORADO/CBI/UPGRADE | 1,156,076 | 04-Dec-00 | 100 | 894,461 | - | - | - | 894,461 | - | 894,461 | 894,461 |
| S&L-E | 147456 | Won | SKEITH | New York/New Jersey Port Authority | Concurrent NL - Order # 6357685 | 928,000 | 21-Dec-00 | 100 | 741,000 | - | - | - | 741,000 | 741,000 | 741,000 | 741,000 |
| S&L-W | 201858 | Open | JJMORAN | Sprint | Managed Services | 10,000,000 | 28-Feb-01 | 10 | 10,000,000 | - | - | - | 10,000,000 | - | - | - |
| Tax-W | 150130 | Open | PDWILSON | CONVERGYS | CRM Front End for IMG | 6,200,000 | 05-Jan-01 | 10 | - | - | 5,000,000 | - | 5,000,000 | - | - | 5,000,000 |
| Tax-W | 197052 | Open | PDWILSON | Cable & Wireless GLOBAL(reston, va) | iHosting & ASP | 5,000,000 | 28-Feb-01 | 10 | - | - | - | 5,000,000 | 5,000,000 | - | - | 5,000,000 |
| Tax-V | 196481 | Open | KPURCELL | Verizon | Verizon Data Services ASP Hosting | 5,000,000 | 28-Feb-01 | 10 | 2,500,000 | - | 2,500,000 | - | 5,000,000 | - | - | 5,000,000 |
| Tax-W | 148544 | Open | KWEBB | Qwest Communications | QWEST Order Entry/Order Mgmt. | 4,880,000 | 28-Feb-01 | 10 | - | - | - | 4,000,000 | 4,000,000 | - | - | 4,000,000 |
| Tax-W | 200709 | Open | JKEPLAR | Nextlink Communications | bi Appliance | 4,350,000 | 28-Feb-01 | 10 | 3,600,000 | - | - | - | 3,600,000 | - | - | 3,600,000 |
| Tax-W | 155169 | Open | JKEPLAR | Nortel | Nortel GPS - Projects & PSA | 3,600,000 | 23-Feb-01 | 10 | - | - | - | 3,000,000 | 3,000,000 | - | - | 3,000,000 |
| Tax-V | 196512 | Open | KPURCELL | Verizon Wireless | ELA Consolidation | 2,440,000 | 28-Feb-01 | 10 | 2,000,000 | - | - | - | 2,000,000 | - | - | 2,000,000 |
| Utilities-V | 146078 | Open | CURBANCI | ENTERGY CORPORATION | ENTERGY | 2,440,000 | 28-Feb-01 | 10 | 2,000,000 | - | - | - | 2,000,000 | - | - | 2,000,000 |
| Tax-W | 171069 | Open | JKEPLAR | Charter Communications | Charter Database | 2,125,000 | 28-Feb-01 | 10 | 1,750,000 | - | - | - | 1,750,000 | - | - | 1,750,000 |
| Tax-W | 219114 | Open | JFELKET | AT&T WIRELESS | AWS - Data Warehouse | 2,057,000 | 28-Feb-01 | 30 | - | - | 1,688,000 | - | 1,688,000 | - | - | 1,688,000 |
| Tax-W | 146043 | Open | JFELKET | AT&T WIRELESS | AWS - iAS WE Phase 1 | 1,993,000 | 28-Feb-01 | 30 | - | 1,634,000 | - | - | 1,634,000 | - | - | 1,634,000 |
| Tax-W | 219477 | Open | RMASRI | AT&T Broadband | AT&T Broadband CRL/NL | 1,500,000 | 28-Feb-01 | 10 | - | - | - | 1,500,000 | 1,500,000 | - | - | 1,500,000 |
| Tax-W | 219118 | Open | JFELKET | AT&T WIRELESS | AWS - DB & options for PocketNet | 1,647,000 | 28-Feb-01 | 30 | 1,350,000 | - | - | - | 1,350,000 | - | - | 1,350,000 |
| Fed-Civ | 193621 | Open | MSTIEVAT | DHHS/MH/NCI/CBS | NCI-Admin/Clinical App-Ris/Beat | 1,522,615 | 31-Jan-01 | 30 | 1,324,625 | - | - | - | 1,324,625 | - | - | 1,324,625 |
| Fed-Civ | 176789 | Open | MSTIEVAT | HEALTH CARE FINANCING ADMINISTRATION | HCFA-EL2 | 1,523,044 | 31-Jan-01 | 30 | 329,160 | - | - | 966,890 | 1,296,050 | - | - | 1,296,050 |

NDCA-ORCL 093219

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ORACLE CONFIDENTIAL

## OSI Forecast Summary Report by Product Category

All values have been converted to U...

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hea...are | 185518 Open | ...HMEL | Blue Cross Blue Shield-North Carolina | Database and tools for Web apps deployment | 1,452,000 | 27-Feb-01 | 10 | 1,000,000 | 191,000 | - | - | 1,191,000 | |
| Fed-Civ | 181628 Open | MSTIEVAT | DOL OSHA | OSHA EL | 1,427,400 | 21-Feb-01 | 30 | 1,170,000 | - | - | - | 1,170,000 | |
| Fin Svcs | 204908 Open | CJDONATO | PRUDENTIAL | GL | 1,100,000 | 31-Jan-01 | 30 | - | - | - | 1,100,000 | 1,100,000 | |
| Txx-W | 172830 Open | PDWILSON | AMERICA ON LINE | Renew Term License (Feb. 29, 2000) | 1,800,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | |
| Utilities-V | 210984 Open | CURBANCI | American Electric Power | UPU Database License | 1,220,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | |
| Txx-W | 189842 Open | PDWILSON | ALLTEL | ACI iAS Wireless (PtG) | 1,220,000 | 23-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | |
| Utilities-V | 189385 Open | CURBANCI | Detroit Edison | Additional Database/MichCon Merger | 1,220,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | |
| S&L-E | 149934 Open | DOBANNON | TX-DALLAS ISD (2) | TX-DALLAS ISD DISTRICTWIDE DB | 1,200,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | |
| Fed-DoD | 215862 Open | JNUSSBAU | Navy-ITC New Orleans | NSIPS Deployment | 1,000,000 | 16-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | |
| Txx-V | 205143 Open | AHODAX | AT&T | ELA Compliance | 1,000,000 | 28-Feb-01 | 30 | 1,000,000 | - | - | - | 1,000,000 | |
| Fed-DoD | 160310 Open | JHOLMES | TRICARE Resource Business Area | TRICARE-RBA-DMHRS Enh/Replacement | 1,000,000 | 28-Feb-01 | 30 | - | - | - | 1,000,000 | 1,000,000 | |
| Utilities-V | 175058 Open | CURBANCI | Consumers Energy | Fin Apps,Internet Procurement , Purchasing ,OPA | 1,220,000 | 28-Feb-01 | 10 | - | - | - | 1,000,000 | 1,000,000 | |
| Txx-V | 181101 Open | KSOLSKY | PRODIGY | UPU DB Licenses | 950,000 | 28-Feb-01 | 30 | 950,000 | - | - | - | 950,000 | |
| Fed-Civ | 175467 Open | MSTIEVAT | DOED EDCAPS | EDCAPS-Finapps-Phase 2 | 1,118,250 | 20-Jan-01 | 30 | - | - | - | 943,650 | 943,650 | |
| Fed-DoD | 215841 New Lead | JNUSSBAU | Navy-ITC New Orleans | Order Writing Application | 900,000 | 16-Feb-01 | 30 | 900,000 | - | - | - | 900,000 | |
| Fed-Civ | 175471 Open | MSTIEVAT | DOEd | DOED-NL2 | 1,071,000 | 25-Jan-01 | 30 | 895,000 | - | - | - | 895,000 | |
| Utilities-V | 189385 Open | CURBANCI | TXU | Enterprise Database | 1,037,000 | 28-Feb-01 | 10 | 850,000 | - | - | - | 850,000 | |
| Fed-APG | 200951 Open | NSHIFFMA | ATF | ATF-Migration(Spot/OPS/Part/IAS) | 1,000,000 | 28-Feb-01 | 30 | 700,000 | - | - | - | 700,000 | |
| Fed-DoD | 195491 Open | DREY | Naval Meteorology and Oceanography Command | NavalMOC-Integrated Management Solution | 800,000 | 28-Feb-01 | 30 | - | - | - | 700,000 | 700,000 | |
| Fin Svcs | 211168 Open | CJDONATO | PERSHING | Technology | 700,000 | 30-Jan-01 | 30 | 700,000 | - | - | - | 700,000 | |
| Txx-W | 183234 Open | JKEPLAR | Nortel | Project Costing and Billing & PSA-GCC | 854,000 | 23-Feb-01 | 10 | - | - | - | 700,000 | 700,000 | |
| Fed-DoD | 198944 Open | DREY | Naval Ammunitions Logistics Center | Naval Amm.Log Ctr-OIS | 850,000 | 28-Feb-01 | 30 | 200,000 | 450,000 | - | - | 650,000 | |
| Fin Svcs | 211453 Open | LWILLIFO | FANNIE MAE | Database | 756,500 | 28-Feb-01 | 30 | 620,000 | - | - | - | 620,000 | |
| Txx-W | 188623 Open | KWEBB | Qwest Communications | Sales Compensation | 724,680 | 23-Feb-01 | 30 | - | - | 594,000 | - | 594,000 | |
| Fed-APG | 196728 Open | RSCHEIDE | ARMY & AIR FORCE EXCHANGE SERVICE | License Upgrade | 706,008 | 31-Jan-01 | 30 | 559,099 | - | - | - | 559,099 | |
| S&L-E | 145418 Open | RSEELAND | Health and Hosp Corp | HEALTH & HOSPITALS CORP | 510,000 | 28-Feb-01 | 30 | 60,000 | - | - | 450,000 | 510,000 | |
| S&L-W | 211502 Open | PRELF | STATE OF OREGON-1581365 | ASP/GGDC/harrison, williams- dyer | 617,000 | 23-Feb-01 | 30 | 506,000 | - | - | - | 506,000 | |
| Fin Svcs | 211461 Open | LWILLIFO | Bank of America Technology & Operations | Database | 610,000 | 26-Feb-01 | 30 | 500,000 | - | - | - | 500,000 | |
| Healthcare | 209815 Open | MIAFOLLA | MERCK | TMS | 610,000 | 28-Feb-01 | 30 | - | - | - | 500,000 | 500,000 | |
| Utilities-V | 203661 Open | DTWRIGHT | Northwestern (Expanets) | Service/CRM | 610,000 | 28-Feb-01 | 30 | - | - | 500,000 | - | 500,000 | |
| Utilities-V | 161547 Open | CURBANCI | Mid American Energy Holding Company | E-Business Migration and eProcurement | 610,000 | 28-Feb-01 | 30 | - | - | - | 500,000 | 500,000 | |
| Healthcare | 218338 Open | JSCHIMEL | Mercy Hospital | Cerner project | 500,000 | 28-Feb-01 | 30 | 500,000 | - | - | - | 500,000 | |
| Fed-DoD | 217679 Open | TGREENSP | DESC | DESC Tuttr | 500,000 | 28-Feb-01 | 30 | - | - | - | 500,000 | 500,000 | |
| Txx-V | 148094 Open | KPURCELL | Verizon Wireless | PTG | 1,110,000 | 28-Feb-01 | 10 | - | - | 500,000 | - | 500,000 | |
| Txx-W | 187626 Open | RMASRI | **AT&T Broadband** | **Enterprise wide CRM Suite** | **500,000** | **28-Feb-01** | **10** | - | - | **500,000** | - | **500,000** | |
| **Totals** | | | | | | | | 110,751,859 | 6,401,629 | 31,072,186 | 64,139,798 | 212,365,472 | 90,445,681 120,739,916 134,984,048 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 90,445,681 | 120,739,916 | 134,984,048 Total Deals >$500K |
| Field Deals <$500K | 25,135,673 | 6,401,629 | 1,655,922 | 10,539,300 | 43,732,524 | 37,172,646 | 43,732,524 | 50,292,403 Total Deals <$500K |
| OSI ISD | 27,454,754 | 2,138,438 | 860,627 | 729,021 | 31,182,839 | 45,601,839 | 45,601,839 | 45,601,839 Total ISD |
| Commercial ISD | 12,481,221 | - | 1,029,655 | 908,125 | 14,419,000 | 26,779,834 | 14,925,720 | 4,121,710 Mgmt Judgement |
| Total ISD | 39,935,974 | 2,138,438 | 1,890,281 | 1,637,146 | 45,601,839 | 200,000,000 | 235,800,000 | 235,000,000 Total Forecast |

NDCA-ORCL 093220
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL