# EXHIBIT 87

OSI Projections

**Subject:** OSI Projections
**Date:** Wed, 14 Feb 2001 10:15:33 -0500
**From:** Sarah Kopp < sarah.kopp@oracle.com >
**Organization:** Oracle Corporation
**To:** "Minton, Jennifer" < JENNIFER.MINTON@oracle.com >

Jennifer,

Here are the latest projections after yesterday's Sr Staff meeting. One of the key issues continues to be that reps are just not reflecting deals accurately in OSO; or not reflecting the large ones at all -- believing the visibility will somehow commit the deal if it is a long shot or large swing... there was a fairly lively discussion on the matter but Jay was adamant that the reps be held accountable for putting accurate information in the system.

To illustrate, I showed a comparison with what is in OSO to what we collected manually regarding "swing" deals and potential impact to forecast to show that we had literally a $140M swing factor and we needed to understand what was really going to happen. I have attached the presentation for your reference; understand it was presented *before* we revised the numbers you see below to illustrate the disconnect.

So, I believe Jay, his team and I are on the same page at this point and here are the projections and swing factors as of yesterday:

| Vertical (iSD incl) | Pipe (Field + iSD) | Commit | Upside | Swing Impact (Long Shots) | Comments |
|---|---|---|---|---|---|
| Federal | 78 | 35 | 45 | 50 | 7M NAVAIR in commit |
| S & L | 68 | 35 | 45 | 45 | 12M at NY State gets to best case (shows in Q4 pipe, moving to Q3 this week) |
| Higher Ed | 21 | 11 | 11 | 11 | Will be +/- $1M per SVP |
| Healthcare | 24 | 9 | 9 | 29 | Hail Mary at Healthsouth potential between 10-20M (not in pipeline...) |
| Fin Services | 43 | 25 | 30 | 38 | 10M at Capital One MUST close<br>7M Upside at Credit Suisse First Boston |
| Comms/Util | 121 | 65 | 100 | 115 | 20M Upside on AT&T<br>30M Upside on Lucent<br>15M Upside Qwest<br>20M Long shot at Worldcom |
| TOTAL OSI | 355 | 180 | 240 | 288* | |

Although in OSO there is still $55M of judgment in Jay's number these guys signed up for the $180M commit yesterday. I believe we will come in somewhere between $210 and $220 but there is really such a huge swing in the number that it is difficult to pinpoint with only $34M booked as of today.

Joe Duffy owns both Higher Ed and Health and committed the $20M as a combined number so the 11 and 9 may shift but he said he'd come out within 1M either way of 20 without considering Healthsouth. The deal in front of them at the moment is for $26M but nobody believes that one will fly.

Jose Garcia needs that NY State Wide deal to come in to get to his 45M. Issue there is funding is at the local levels that needs to be shifted to the State govt. level to fund this consolidation. He believes opportunity will close; just a matter of timing between Q3 and Q4.

**ORACLE
CONFIDENTIAL**

1 of 2                                                                               05/10/2001 1:48 PM

NDCA-ORCL 081828

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

OSI Projections

Jim O'Neill has the same issue as last quarter with Comms/Utilities: a number of potentially large transactions floating around that I am concerned will hang on until the very end of the quarter like they did in Q2. Jim said that the meetings with Larry went very well, particularly at AT&T, but that is not making the deal close any more quickly.

Give me a call if you'd like to discuss further.

| 13feb_210_95.ppt | **Name:** 13feb_210_95.ppt<br>**Type:** Microsoft PowerPoint Show (application/vnd.ms-powerpoint)<br>**Encoding:** base64<br>**Download Status:** Not downloaded with message |
|---|---|

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 081829

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER