# EXHIBIT 92

Q3 FY01 Week 6
January 15, 2001

# License & Consulting
# ORACLE

$ in 000's at Budget Rates

| LICENSE | Q3 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % | CONSULTING | | Q3 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | | | | | **Total Revenue** | | | | | |
| OSI - Nussbaum | $ 225,000 | $ 225,000 | - | 19% | OSI - Nussbaum | | $ 124,713 | $ 129,513 | (4,800) | 21% |
| NAS - Roberts | 346,000 | 346,000 | - | 12% | EJS - Sanderson | +854 | 157,885 | 159,000 | (1,115) | 0% |
| OPI - Sanderson | 150,000 | 150,000 | - | 80% | OPI - Sanderson | | 37,000 | 36,200 | 800 | 4% |
| LA - Sanderson | 43,484 | 40,000 | 3,484 | 11% | LA - Sanderson | | 22,448 | 21,373 | 1,075 | 4% |
| Total | $ 764,484 | $ 761,000 | 3,484 | 23% | Total | | $ 342,046 | $ 346,086 | (4,040) | 8% |
| **Expenses** | | | | | **Expenses** | | | | | |
| OSI - Nussbaum | $ 98,612 | $ 98,612 | - | 34% | OSI - Nussbaum | | 102,301 | 103,600 | (1,300) | 31% |
| NAS - Roberts | 146,090 | 138,086 | 8,004 | 59% | EJS - Sanderson | 2258 | 127,349 | 127,085 | 264 | 5% |
| OPI - Sanderson | 49,000 | 49,001 | (1) | 32% | OPI - Sanderson | | 26,300 | 26,300 | - | 4% |
| LA - Sanderson | 26,738 | 25,786 | 952 | 15% | LA - Sanderson | | 18,475 | 18,195 | 280 | 9% |
| Total | $ 320,439 | $ 311,484 | 8,955 | 42% | Total | | $ 274,425 | $ 275,180 | (755) | 14% |
| **Margin** | | | | | **Margin** | | | | | |
| OSI - Nussbaum | $ 126,389 | $ 126,389 | - | 9% | OSI - Nussbaum | | $ 22,412 | $ 25,913 | (3,500) | -11% |
| NAS - Roberts | 199,910 | 207,914 | (8,004) | -8% | EJS - Sanderson | | 30,536 | 31,915 | (1,380) | -16% |
| OPI - Sanderson | 101,000 | 100,999 | 1 | 118% | OPI - Sanderson | | 10,700 | 9,900 | 800 | 5% |
| LA - Sanderson | 16,746 | 14,214 | 2,532 | 5% | LA - Sanderson | | 3,973 | 3,178 | 795 | -16% |
| Total | $ 444,044 | $ 449,516 | (5,472) | 13% | Total | | $ 67,621 | $ 70,906 | (3,285) | -12% |
| **Margin %** | | | | | **Margin %** | | | | | |
| OSI - Nussbaum | 56% | 56% | | | OSI - Nussbaum | | 18% | 20% | | |
| NAS - Roberts | 58% | 60% | | | EJS - Sanderson | | 19% | 20% | | |
| OPI - Sanderson | 67% | 67% | | | OPI - Sanderson | | 29% | 27% | | |
| LA - Sanderson | 39% | 36% | | | LA - Sanderson | | 18% | 15% | | |
| Total | 58% | 59% | | | Total | | 20% | 20% | | |

ORACLE CONFIDENTIAL    Oracle Corporation Confidential

*Handwritten annotations:*
- Conroy said
- 1001 q'd ? growth ? [illegible]
- Concern in East
- 643 → 28% business is in
- supplied Ingersoll Rand is unravelling - less promising
- First half
- Gap  ⟩ possible for this qtr
- Ventyx
- Motorola

* footnote pipeline w/out forecast
NAS  14,400 [illegible] unsold
OSI   10

* check on rates for this week
  expecting a point improvement

OSI
- Have Ca trials are key HT
- OPP'tv in four in [illegible]
  but commit to 5%
- Low 125
- but [illegible]
  SW's 210
- [illegible] - big against sales
  ([illegible]) AirTouch cont)

NDCA-ORCL 099009
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Q3 FY01 Week 6
January 15, 2001

# Product Forecast

ORACLE

$ in 000's at Budget Rates

| | Revenue | | | | Target | Pipeline | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q3 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Growth vs. PY % | 30% Growth | Q3 FY01 Pipeline | Prior Week Pipeline | Var $ From Pr. Week | Pipeline Conversion Ratio | Growth vs. PY % |
| **Total Revenue** | | | | | | | | | | |
| OSI - Nussbaum | $ 225,000 | $ 225,000 | $ - | 19% | $ 245,639 | $ 436,827 | $ 287,803 | $ 149,024 | 52% | 10% |
| NAS - Roberts | 346,000 | 346,000 | - | 12% | 401,122 | 825,990 | 831,891 | (5,901) | 42% | 56% |
| OPI - Sanderson | 150,000 | 150,000 | - | 80% | 108,254 | 349,236 | 384,165 | (34,929) | 43% | 40% |
| LA - Sanderson | 43,484 | 40,000 | 3,484 | 11% | 50,823 | 104,673 | 109,704 | (5,031) | 42% | 23% |
| Total | $ 764,484 | $ 761,000 | $ 3,484 | 23% | $ 805,837 | $ 1,716,726 | $ 1,613,563 | $ 103,163 | 45% | 36% |
| **Technology Revenue** | | | | | | | | | | |
| OSI - Nussbaum | $ 162,863 | $ 152,238 | $ 10,625 | 12% | $ 188,707 | $ 310,874 | $ 216,601 | $ 94,273 | 52% | -4% |
| NAS - Roberts | 232,525 | 236,251 | (3,726) | -10% | 334,222 | 505,437 | 501,291 | 4,146 | 46% | 50% |
| OPI - Sanderson | 58,119 | 47,478 | 10,641 | 33% | 56,988 | 164,948 | 172,896 | (7,948) | 35% | 28% |
| LA - Sanderson | 35,768 | 31,701 | 4,068 | 8% | 43,028 | 72,718 | 76,533 | (3,815) | 49% | 32% |
| Total | $ 489,276 | $ 467,668 | $ 21,608 | 2% | $ 622,945 | $ 1,053,977 | $ 967,321 | $ 86,656 | 46% | 25% |
| **Applications Revenue** | | | | | | | | | | |
| OSI - Nussbaum | $ 62,137 | $ 72,762 | $ (10,625) | 42% | $ 56,932 | $ 125,953 | $ 71,202 | $ 54,751 | 49% | 69% |
| NAS - Roberts | 113,475 | 109,749 | 3,726 | 121% | 66,900 | 320,553 | 330,600 | (10,047) | 35% | 66% |
| OPI - Sanderson | 91,881 | 102,522 | (10,641) | 133% | 51,266 | 184,288 | 211,269 | (26,981) | 50% | 53% |
| LA - Sanderson | 7,715 | 8,299 | (584) | 29% | 7,795 | 31,955 | 33,171 | (1,216) | 24% | 6% |
| Total | $ 275,208 | $ 293,332 | $ (18,124) | 96% | $ 182,893 | $ 662,749 | $ 646,242 | $ 16,507 | 42% | 58% |

| License Scenario Analysis | Worst | Most Likely | Best | Total License Revenue | | |
|---|---|---|---|---|---|---|
| | | | | Commit | Mgmt Judgmt | Forecast |
| OSI - Nussbaum | $ - | $ 225,000 | $ - | $ 225,000 | $ - | $ 225,000 |
| NAS - Roberts | 336,400 | 346,000 | 360,000 | 280,132 | 65,868 | 346,000 |
| OPI - Sanderson | 115,806 | 150,000 | (225,000) | 13,948 | 136,052 | 150,000 |
| LA - Sanderson | 36,062 | 43,484 | 53,921 | 43,484 | - | 43,484 |
| Total | $ 488,268 | $ 764,484 | $ 638,921 | $ 562,564 | $ 201,920 | $ 764,484 |

*Handwritten notes:* Best $ from 390 to 300   FY 30% - 25% - 91A0?
majors -13%
tech - 4% 2%
Economic

## Americas Cumulative Weekly License Pipeline Trends

Q3 FY01

| OSI | | | | | | | NAS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast | Pipeline $M | | | Cumulative % Change | | | Forecast | Pipeline $M | | | Cumulative % Change | | |
| Week | Apps | Tech | Total | Apps | Tech | Total | Week | Apps | Tech | Total | Apps | Tech | Total |
| Q1 FY01 | | | | | | | Q1 FY01 | | | | | | |
| W2 | 209.7 | 234.0 | 443.7 | 0% | 0% | 0% | W2 | 232.6 | 213.7 | 446.3 | 0% | 0% | 0% |
| W4 | 150.8 | 193.9 | 344.8 | -28% | -17% | -22% | W4 | 248.3 | 247.2 | 495.5 | 7% | 16% | 11% |
| W6 | 106.5 | 169.2 | 275.7 | -49% | -28% | -38% | W6 | 217.4 | 245.2 | 462.7 | -7% | 15% | 4% |
| W8 | 84.2 | 161.3 | 245.5 | -60% | -31% | -45% | W8 | 182.1 | 327.1 | 509.2 | -22% | 53% | 14% |
| W10 | 59.2 | 157.7 | 217.0 | -72% | -33% | -51% | W10 | 156.3 | 304.8 | 461.0 | -33% | 43% | 3% |
| W11 | 52.5 | 158.4 | 210.9 | -75% | -32% | -52% | W11 | 133.0 | 290.5 | 423.5 | -43% | 36% | -5% |
| W12 | 47.6 | 144.8 | 192.4 | -77% | -38% | -57% | W12 | 113.3 | 271.7 | 384.9 | -51% | 27% | -14% |
| W13 | 33.5 | 142.2 | 175.7 | -84% | -39% | -60% | W13 | 105.3 | 270.8 | 376.1 | -55% | 27% | -16% |
| Q2 FY01 | | | | | | | Q2 FY01 | | | | | | |
| W2 | 157.6 | 250.9 | 408.5 | 0% | 0% | 0% | W2 | 271.1 | 415.8 | 686.8 | 0% | 0% | 0% |
| W4 | 142.6 | 238.1 | 380.7 | -10% | -5% | -7% | W4 | 315.6 | 402.0 | 717.6 | 16% | -3% | 4% |
| W6 | 132.6 | 248.3 | 380.9 | -16% | -1% | -7% | W6 | 332.4 | 465.5 | 797.9 | 23% | 12% | 16% |
| W8 | 122.1 | 245.1 | 367.2 | -23% | -2% | -10% | W8 | 324.8 | 470.5 | 795.3 | 20% | 13% | 16% |
| W10 | 74.6 | 229.5 | 304.2 | -53% | -9% | -26% | W10 | 265.6 | 454.8 | 720.4 | -2% | 9% | 5% |
| W11 | 73.3 | 221.3 | 294.6 | -54% | -12% | -28% | W11 | 231.5 | 427.5 | 659.0 | -15% | 3% | -4% |
| W12 | 66.3 | 197.7 | 264.1 | -58% | -21% | -35% | W12 | 214.0 | 386.8 | 600.8 | -21% | -7% | -13% |
| W13 | 59.8 | 175.7 | 235.5 | -62% | -30% | -42% | W13 | 193.4 | 367.1 | 560.5 | -29% | -12% | -18% |
| Q3 FY01 | | | | | | | Q3 FY01 | | | | | | |
| W2 | 272.6 | 279.6 | 552.2 | 0% | 0% | 0% | W2 | 353.2 | 488.9 | 842.0 | 0% | 0% | 0% |
| W4 | 71.2 | 216.6 | 287.8 | -74% | -23% | -48% | W4 | 330.6 | 501.3 | 831.9 | -6% | 3% | -1% |
| W6 | 126.0 | 310.9 | 436.8 | -54% | 11% | -21% | W6 | 320.6 | 505.4 | 826.0 | -9% | 3% | -2% |
| W8 | - | - | - | - | - | - | W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - | W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - | W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - | W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - | W13 | - | - | - | - | - | - |

NDCA-ORCL 099011
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Oracle Corporation Confidential

ORACLE CONFIDENTIAL

3

## Americas Cumulative Weekly License Pipeline Trends

Q3 FY01

| OPI | | | | | | |
|---|---|---|---|---|---|---|
| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 103.8 | 66.1 | 169.9 | 0% | 0% | 0% |
| W4 | 123.4 | 72.1 | 195.5 | 19% | 9% | 15% |
| W6 | 102.3 | 70.8 | 173.1 | -1% | 7% | 2% |
| W8 | 74.5 | 63.6 | 138.0 | -28% | -4% | -19% |
| W10 | 52.3 | 59.5 | 111.8 | -50% | -10% | -34% |
| W11 | 49.0 | 61.0 | 110.0 | -53% | -8% | -35% |
| W12 | 56.4 | 63.0 | 119.4 | -46% | -5% | -30% |
| W13 | 49.3 | 49.1 | 98.4 | -52% | -26% | -42% |
| **Q2 FY01** | | | | | | |
| W2 | 150.3 | 122.5 | 272.8 | 0% | 0% | 0% |
| W4 | 145.9 | 129.4 | 275.3 | -3% | 6% | 1% |
| W6 | 145.6 | 119.0 | 264.7 | -3% | -3% | -3% |
| W8 | 131.0 | 119.5 | 250.5 | -13% | -2% | -8% |
| W10 | 118.5 | 117.6 | 236.1 | -21% | -4% | -13% |
| W11 | 116.0 | 116.2 | 232.2 | -23% | -5% | -15% |
| W12 | 106.2 | 132.8 | 238.9 | -29% | 8% | -12% |
| W13 | 81.4 | 131.1 | 212.5 | -46% | 7% | -22% |
| **Q3 FY01** | | | | | | |
| W2 | 221.8 | 195.9 | 417.6 | 0% | 0% | 0% |
| W4 | 211.3 | 172.9 | 384.2 | -5% | -12% | -8% |
| W6 | 184.3 | 164.9 | 349.2 | -17% | -16% | -16% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

| LAD | | | | | | |
|---|---|---|---|---|---|---|
| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 34.4 | 42.6 | 77.0 | 0% | 0% | 0% |
| W4 | 33.1 | 39.9 | 73.0 | -4% | -6% | -5% |
| W6 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W8 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W10 | 27.9 | 36.5 | 64.4 | -19% | -14% | -16% |
| W11 | 23.9 | 32.2 | 56.1 | -31% | -24% | -27% |
| W12 | 20.2 | 33.7 | 53.9 | -41% | -21% | -30% |
| W13 | 19.2 | 31.1 | 50.3 | -44% | -27% | -35% |
| **Q2 FY01** | | | | | | |
| W2 | 33.4 | 52.3 | 85.7 | 0% | 0% | 0% |
| W4 | 29.2 | 52.3 | 81.5 | -13% | 0% | -5% |
| W6 | 29.4 | 57.7 | 87.2 | -12% | 10% | 2% |
| W8 | 28.0 | 56.6 | 84.6 | -16% | 8% | -1% |
| W10 | 36.6 | 43.3 | 79.9 | 10% | -17% | -7% |
| W11 | 19.0 | 52.2 | 71.2 | -43% | 0% | -17% |
| W12 | 14.4 | 53.9 | 68.3 | -57% | 3% | -20% |
| W13 | 14.4 | 56.0 | 70.3 | -57% | 7% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 50.0 | 80.0 | 130.0 | 0% | 0% | 0% |
| W4 | 33.2 | 76.5 | 109.7 | -34% | -4% | -16% |
| W6 | 32.0 | 72.7 | 104.7 | -36% | -9% | -19% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

Q3 FY01 Week 6
January 15, 2001

| $ in Millions | | | | | ORACLE | |
|---|---|---|---|---|---|---|
| | | | Bookings | | Forecast | |
| Consulting Bookings | | Q300 Actual | Q301 Forecast | Growth % | Q301 Book to Bill | Q301 Revenue |
| OSI - Consulting | $ | 128.4 | $ 134.5 | 5% | 1.08 | 124.71 |
| OPI - Consulting | $ | 47.3 | $ 47.8 | 1% | 1.29 | 37.00 |
| MA/GB | $ | 171.9 | $ 147.7 | -14% | 1.09 | 135.08 |
| (1) Divisional/Regional | | - | - | 0% | 0.00 | 12.65 |
| Total US EJS | | 171.9 | 147.7 | -14% | 1.00 | 147.73 |
| Canada | | 6.8 | 10.2 | 49% | 1.00 | 10.16 |
| Latin America | | 23.6 | 22.5 | -4% | 1.00 | 22.45 |
| Total EVP | $ | 377.9 | $ 362.7 | -4% | 1.06 | 342.05 |

Note 1: Divisional/Regional consulting consists of groups without booking responsibility.
Note 2: Booked to Bill ratios are as reported and do not reflect pullthrough. Billings are P&L revenue.

ORACLE CONFIDENTIAL
Oracle Corporation Confidential
NDCA-ORCL 099013
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
5

**Q4 FY01**<br>**January 15, 2001**

## License & consulting

$ in 000's at Budget Rates

| LICENSE | | Q4 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % | CONSULTING | | Q4 FY01 Forecast | Prior Week Forecast | Var $ From Pr. Week | Pr. Year Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Revenue** | | | | | | **Total Revenue** | | | | | |
| OSI - Nussbaum | | $ 320,000 | $ 320,000 | - | -7% | OSI - Nussbaum | | $ 129,879 | $ 135,479 | (5,600) | 14% |
| NAS - Roberts | | 620,812 | 685,707 | (64,895) | 19% | EJS - Sanderson | +500 | 171,000 | 171,004 | (4) | 4% |
| OPI - Sanderson | | 167,000 | 167,000 | - | -16% | OPI - Sanderson | | 46,207 | 46,207 | - | 13% |
| LA - Sanderson | | 60,489 | 60,491 | (2) | -10% | LA - Sanderson | | 22,719 | 21,875 | 844 | 8% |
| | Total | $ 1,168,301 | $ 1,233,198 | (64,897) | 3% | | Total | $ 369,805 | $ 374,565 | (4,760) | 9% |
| **Expenses** | | | | | | **Expenses** | | | | | |
| OSI - Nussbaum | | $ 115,246 | $ 115,246 | - | 8% | OSI - Nussbaum | | 99,892 | 103,192 | (3,300) | 19% |
| NAS - Roberts | | 225,985 | 255,728 | (29,743) | 12% | EJS - Sanderson | +100 | 114,300 | 114,284 | 16 | -4% |
| OPI - Sanderson | | 55,108 | 55,108 | - | -18% | OPI - Sanderson | | 27,403 | 27,403 | - | 43% |
| LA - Sanderson | | 28,777 | 27,413 | 1,364 | 6% | LA - Sanderson | | 18,380 | 18,369 | 11 | 18% |
| | Total | $ 425,116 | $ 453,494 | (28,379) | 6% | | Total | $ 259,975 | $ 263,248 | (3,273) | 9% |
| **Margin** | | | | | | **Margin** | | | | | |
| OSI - Nussbaum | | $ 204,754 | $ 204,754 | - | -14% | OSI - Nussbaum | | $ 29,987 | $ 32,287 | (2,300) | 0% |
| NAS - Roberts | | 394,827 | 429,979 | (35,152) | 23% | EJS - Sanderson | | 56,700 | 56,720 | (20) | 23% |
| OPI - Sanderson | | 111,893 | 111,893 | - | -15% | OPI - Sanderson | | 18,804 | 18,804 | - | -13% |
| LA - Sanderson | | 31,711 | 33,078 | (1,366) | -21% | LA - Sanderson | | 4,339 | 3,505 | 833 | -22% |
| | Total | $ 743,185 | $ 779,703 | (36,518) | 2% | | Total | $ 109,830 | $ 111,317 | (1,487) | 7% |
| **Margin %** | | | | | | **Margin %** | | | | | |
| OSI - Nussbaum | | 64% | 64% | | | OSI - Nussbaum | | 23% | 24% | | |
| NAS - Roberts | | 64% | 63% | | | EJS - Sanderson | | 33% | 33% | | |
| OPI - Sanderson | | 67% | 67% | | | OPI - Sanderson | | 41% | 41% | | |
| LA - Sanderson | | 52% | 55% | | | LA - Sanderson | | 19% | 16% | | |
| | Total | 64% | 63% | | | | Total | 30% | 30% | | |