# EXHIBIT 95

190

NDCA-ORCL 294187

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER





Larry Ellison, 12:46 PM 4/7/2000, Fwd: CONFIDENTIAL: Larry's sto

190

To: Larry Ellison <lellison@us.oracle.com>
From: "Philip B. Simon" <psimon@howson-simon.com>
Subject: Fwd: CONFIDENTIAL: Larry's stock options
Cc: "Carolyn S. Balkenhol" <cwueslen@us.oracle.com>
Bcc:
Attached: c:\clients\dlange.vcf

==Larry:==

==Deb Lange called this morning right after we spoke to discuss your upcoming option exercise and the impact on Oracle - - both for the upcoming year budget and in managing Oracle's tax liability.==
Note that if you pick up $1.0bn of option income, Oracle gets an offsetting $1.0bn tax deduction.

I took the opportunity to raise with Deb the idea that maybe Oracle would want to purchase your position - - since you'd probably want to do a simultaneous option exercise and sale, at least to cover your income tax liability.

Deb then prepared the email below which she sent to Dan Cooperman, Bruce Lange and Jennifer Minton.

Philip
------------------------------------

>Date: Fri, 07 Apr 2000 12:41:05 -0700
>From: Deborah Lange <dlange@us.oracle.com>
>Organization: Oracle Corporation
>X-Mailer: Mozilla 4.7 [en] (Win95; U)
>X-Accept-Language: en
>To: "Cooperman,Daniel" <DCOOPERM@us.oracle.com>,
>      "blange@US.ORACLE.COM" <blange@us.oracle.com>,
>      Jennifer Minton <jminton@us.oracle.com>, psimon@howson-simon.com
>Subject: CONFIDENTIAL: Larry's stock options
>
>Larry is holding a large number of non-qualified stock options which
>expire August 1, 2001 - so he has to exercise them by then. The gain
>will be very large so he will have to sell some in order to pay the
>income tax payable. Additionally Oracle will get a tax deduction for
>the spread at the time of exercise but will have to pay 1.45% Medicare
>tax.
>
>==We are working proactively with Larry's accountant to figure the best==
>==time to exercise and sell from both a market and tax standpoint.==
>
>One question that has come up - can Larry sell directly to Oracle? We
>need to figure out if this is legal, we assume the same disclosures
>would be required but the stock would not go through the market. Jen
>and I have not "got our arms around" the pros and cons of this, there
>is a possibility that the public could put a negative spin on this, even
>if all above board.

Printed for "Phlip B. Simon" <psimon@howson-simon.com>                    1

CONFIDENTIAL

PS0013
NDCA-ORCL 294188

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Larry Ellison, 12:46 PM 4/7/2000, Fwd: CONFIDENTIAL: Larry's sto

>
>Bruce, Dan - your thoughts?
>
>Philip Simon, Larry's accountant, would like a meeting on this in the
>next couple of weeks, because if Larry is going to exercise and sell in
>this fiscal year we have only a small window of time left.
>
>Regards, Deb
>
>

Printed for "Philip B. Simon" <psimon@howson-simon.com>                    2

CONFIDENTIAL

PS0014

NDCA-ORCL 294189

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER