# EXHIBIT 96

193



NDCA-ORCL 294194

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Re: Oracle Form 5471 filings



193

Subject: Re: Oracle Form 5471 filings
Date: Tue, 10 Oct 2000 12:03:36 -0700
From: Kris Fisher <Kris.Fisher@oracle.com>
Organization: Oracle Corporation
To: Catherine Ong <cong@howson-simon.com>
CC: "Lange,Deborah" <DLANGE@US.ORACLE.COM>

Catherine,

It may be to Oracle's benefit if he exercises more before May 31, 2001 versus after May 31 which could put Oracle US into a taxable loss that we could carry back, or at least lump most of the deduction into one fiscal year. We would limit the foreign source income we trigger from the subs until after May 31, 2001 so that we manage the FTC limitation. We are trying to keep all of our options open for now, but we would like to keep up to date on this issue. If he exercises in December and it would be beneficial to Oracle to do more before May 31, would it be possible for him to do some exercises before the May 2001 quiet period begins instead of in August, 2001?

Kris

Catherine Ong wrote:

> Kris,
>
> I'm glad you asked because Larry has an absolute ton of options that will
> expire 8/1/01. Given the amount of the options (I'm talking about hundreds
> of millions of taxable income), we may have him exercise some by December
> 2000 and the remainder in August of 2001, but that will depend on our
> year-end tax planning after review of 2000 transactions. It will also of
> course depend on Oracle's stock price and Larry's mood.
>
> That's the big picture. Please let me know if you need more details in
> order to do your tax planning and I can provide them. Also, let me know if
> it is beneficial to Oracle for Larry to exercise before versus after your
> May 31, 2001 year end. We certainly don't mind doing something for
> Oracle's benefit as long as it is tax neutral to Larry.
>
> Catherine
>
> At 09:05 AM 10/10/00 -0700, you wrote:
> >Catherine,
> >Does Larry have any plan for exercising options for 2000 and 2001? Deb Lange
> >is going to call to discuss this issue. It makes a significant difference in
> >our corporate tax planning, mostly related to utilization of foreign tax
> >credits. By planning the timing of triggering foreign source income
> before or
> >after May 31 we can make the best use of / try not to lose the foreign tax
> >credits.
> >Thanks
> >Kris
> >
> >
> >
> >

ORACLE CONFIDENTIAL

ORCL 0093843

NDCA-ORCL 294195

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER