# EXHIBIT 111

Stock Buyback

| | SHARES | PRICE | TOTAL |
|---|---|---|---|
| TOTAL FY93 | 64,941,750 | $0.6718 | $43,626,629 |
| TOTAL FY94 | 55,991,250 | $1.4495 | $81,158,710 |
| TOTAL FY95 | 37,816,878 | $2.0060 | $75,859,318 |
| TOTAL FY96 | | $3.0182 | $83,408,209 |
| TOTAL FY97 | 115,267,500 | $4.5825 | $528,309,286 |
| TOTAL FY98 | 74,676,626 | $4.4295 | $330,781,847 |
| TOTAL FY99 | 195,959,048 | $5.1418 | $1,007,588,998 |
| TOTAL FY00 | 214,687,014 | $22.8924 | $4,914,690,733 |
| YTD FY01 | 104,032,556 | $26.0049 | $3,745,677,261 |
| | | | |
| TOTAL | 891,017,776 | $12.1334 | $10,811,030,987 |

| | | | |
|---|---|---|---|
| Total Q1FY01 | 51,807,656 | $38.52 | 1,995,413,034 |
| Total Q2FY01 | 39,614,900 | $35.32 | 1,399,242,187 |

**Q3FY01 PURCHASES**

| | SHARES | PRICE | TOTAL |
|---|---|---|---|
| 12/27/00 | 600,000 | $30.65 | $18,390,625 |
| 12/28/00 | 460,000 | $30.71 | $14,128,125 |
| 12/29/00 | 850,000 | $30.50 | $25,924,375 |
| 1/2/01 | 1,250,000 | $27.14 | $33,930,313 |
| 1/3/01 | 225,000 | $26.22 | $5,900,000 |
| 1/5/01 | 500,000 | $30.76 | $15,377,500 |
| 1/8/01 | 610,000 | $28.79 | $17,561,900 |
| 1/22/01 | 650,000 | $32.32 | $21,010,340 |
| 1/23/01 | 200,000 | $31.50 | $6,300,000 |
| 1/25/01 | 510,000 | $30.37 | $15,488,445 |
| 1/26/01 | 135,000 | $29.40 | $3,969,378 |
| 2/1/01 | 700,000 | $29.81 | $20,870,280 |
| 2/2/01 | 725,000 | $28.50 | $20,659,383 |
| 2/5/01 | 900,000 | $27.26 | $24,534,990 |
| 2/7/01 | 400,000 | $26.84 | $10,737,520 |
| 2/8/01 | 725,000 | $27.58 | $19,996,878 |
| 2/9/01 | 2,000,000 | $24.48 | $48,955,400 |
| 2/12/01 | 570,000 | $23.14 | $13,189,059 |
| 2/13/01 | 400,000 | $23.47 | $9,387,520 |
| 2/14/01 | 200,000 | $23.00 | $4,600,000 |
| Total Q3FY01 | 12,610,000 | $27.83 | $350,912,040 |
| | | | |
| TOTAL FY01 STOCK PURCHASES | 104,032,556 | $26.00 | 3,745,677,261 |

Price for October through March 31,2000. ESPP:                     22.75      X 85% =

| Summary by Broker | Shares | % |
|---|---|---|
| Credit Suisse | 11,300,000 | 1% |
| Boston Equidcove | 192,048 | 0% |
| SoundView/Other | 12,898,286 | 1% |
| Shearson | 29,314,375 | 3% |
| UBS | 35,580,000 | 4% |
| DLJ | 39,100,000 | 4% |
| Goldman | 63,354,386 | 6% |
| Smith Barney (Chase) | 106,433,836 | 11% |
| Alex. Brown | 123,209,375 | 12% |
| Merrill | 110,328,500 | 11% |
| Morgan Stanley | 461,237,328 | 46% |
| Total Shares Repurchased to Date | 992,835,374 | 99% |

| SHARES AUTHORIZED FOR REPURCHASE: |
|---|
| 1,006,000,000 |

| Shares remaining: |
|---|
| 32,299,974 |

ORACLE CONFIDENTIAL

NDCA-ORCL 117400

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER