# EXHIBIT 120

**12601 Reserve Activity**

| Activity | Jun-00 | Jul-00 | Aug-00 | Total | Sep-00 | Oct-00 | Nov-00 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 0.00 | 0.00 | (3,562,205.88) | (3,562,205.88) | (9,893.01) | (15,819,640.13) | (4,965,173.73) | (20,794,706.87) |
| Adjustment | 196,078.78 | 24,070.48 | 1,416,456.88 | 1,636,606.14 | 471,579.07 | 146,497.27 | 128,982.63 | 747,058.97 |
| Trade Receipt | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Activity Sum | 196,078.78 | 24,070.48 | (2,145,749.00) | (1,925,599.74) | 461,686.06 | (15,673,142.86) | (4,836,191.10) | **(20,047,647.90)** |

| Activity | Dec-00 | Jan-01 | Feb-01 | Total | Mar-01 | Apr-01 | May-01 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | (494,684.62) | 430,685.43 | (45,713.41) | (109,712.60) | 95,855.99 | 274,241.74 | 374,829.25 | 744,926.98 |
| Adjustment | (13,498.12) | (519,189.26) | 1,743,108.39 | 1,210,421.01 | (33,398.23) | 112,152.62 | 384,006.94 | 462,761.33 |
| Trade Receipt | 0.00 | 0.00 | (1,992,534.39) | (1,992,534.39) | (6,359,743.52) | (5,941,476.58) | (7,448,426.70) | (19,749,646.80) |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,500,000.00 | 9,500,000.00 |
| Activity Sum | (508,182.74) | (88,503.83) | (295,139.41) | (891,825.98) | (6,297,285.76) | (5,555,082.22) | 2,810,409.49 | (9,041,958.49) |

| Activity | Jun-01 | Jul-01 | Aug-01 | Total | Sep-01 | Oct-01 | Nov-01 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 341,071.81 | 231,057.47 | 199,378.13 | 771,507.41 | 1,368.80 | 65,455.82 | 103.25 | 66,927.87 |
| Adjustment | 183,848.48 | 911,661.37 | 978,301.37 | 2,073,811.22 | 433,762.39 | 1,003,996.88 | 95,693.01 | 1,533,452.28 |
| Trade Receipt | 1,769,232.69 | 2,300,112.85 | 1,878,595.19 | 5,947,940.73 | 66,563.15 | 390,774.06 | (94,121.79) | 363,215.42 |
| JE | (9,500,000.00) | 0.00 | 0.00 | (9,500,000.00) | 0.00 | 0.00 | 0.00 | 0.00 |
| Activity Sum | (7,205,847.02) | 3,442,831.69 | 3,056,274.69 | (706,740.64) | 501,694.34 | 1,460,226.76 | 1,674.47 | 1,963,595.57 |

| Activity | Dec-01 | Jan-02 | Feb-02 | Total | Mar-02 | Apr-02 | May-02 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 0.00 | 152,309.02 | 1,162.12 | 153,471.14 | 0.00 | 0.00 | 248,804.00 | 248,804.00 |
| Adjustment | (69,528.39) | 1,984,308.96 | 606,653.29 | 2,521,433.86 | 650,094.42 | 328,273.51 | 594,046.70 | 1,572,414.63 |
| Trade Receipt | 461,658.44 | 339,779.31 | (419,484.17) | 381,953.58 | (204,251.50) | (4,402,924.57) | (1,691,234.62) | (6,298,410.69) |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Activity Sum | 392,130.05 | 2,476,397.29 | 188,331.24 | 3,056,858.58 | 445,842.92 | (4,074,651.06) | (848,383.92) | (4,477,192.06) |

| Activity | Jun-02 | Jul-02 | Aug-02 | Total | | | | Cumulative Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipt | 88,012.68 | 8,760.00 | 0.00 | 96,772.68 | | | | (22,384,215.27) |
| Adjustment | 163,124.98 | 176,027.27 | 413,713.90 | 752,866.15 | | | | 12,510,825.59 |
| Trade Receipt | (2,234,399.77) | (1,805,354.23) | (7,538,209.78) | (11,577,963.78) | | | | (32,925,445.93) |
| JE | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| Activity Sum | (1,983,262.11) | (1,620,566.96) | (7,124,495.88) | (10,728,324.95) | | | | (42,798,835.61) |

Excluding Adjustments   (55,309,661.20)

| | Q1 01 | Q2 01 | Q3 01 | Q4 01 | Q1 02 | Q2 02 | Q3 02 | Q4 02 | Q1 03 | Q2 03 |
|---|---|---|---|---|---|---|---|---|---|---|
| Maximum Amount effecting AR reserve Adjustments | 0.00 | (19,391,739.02) | (5,029,172.92) | (13,969,370.17) | (2,432,122.63) | 2,602,135.15 | 859,728.23 | (5,025,498.12) | (5,385,411.94) | (7,538,209.78) (55,309,661.20) |



ORACLE CONFIDENTIAL
NDCA-ORCL 104764
CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| Activity | Jun-98 | Jul-98 | Aug-98 | Total | Sep-98 | Oct-98 | Nov-98 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | - | - | (26,410.86) | (26,410.86) | | (3,024,800.53) | 42,884.05 | (2,981,916.48) |
| Adjustments | 163,569.80 | 15,237.41 | 284,292.99 | 463,100.20 | 229,529.01 | 1,899,728.13 | 5,290,897.71 | 7,420,154.85 |
| Trade Receipts | - | - | | - | | | | - |
| JE's | - | - | 998.00 | 998.00 | 15,666.29 | | | 15,666.29 |
| Acitvity Sum | 163,569.80 | 15,237.41 | 258,880.13 | 437,687.34 | 245,195.30 | (1,125,072.40) | 5,333,781.76 | 4,453,904.66 |

| Activity | Dec-98 | Jan-99 | Feb-99 | Total | Mar-99 | Apr-99 | May-99 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | 160,405.38 | (25,391.55) | 9,906.74 | 144,920.57 | (845,678.30) | (198,470.95) | | (1,044,149.25) |
| Adjustments | 5,494,816.49 | 2,398,265.94 | 980,795.50 | 8,873,877.93 | 34,234.30 | 408,601.20 | 1,060,686.44 | 1,503,521.94 |
| Trade Receipts | | | | - | | | | - |
| JE's | | | 1,215.97 | 1,215.97 | | | | - |
| Acitvity Sum | 5,655,221.87 | 2,372,874.39 | 991,918.21 | 9,020,014.47 | (811,444.00) | 210,130.25 | 1,060,686.44 | 459,372.69 |

| Activity | Jun-99 | Jul-99 | Aug-99 | Total | Sep-99 | Oct-99 | Nov-99 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | (41,656.57) | (97,588.29) | (3,368.23) | (142,613.09) | (76,593.89) | (130,546.51) | (80,875.92) | (288,016.32) |
| Adjustments | (32,461.43) | 211,175.37 | (117,069.45) | 61,644.49 | 200,113.42 | 87,927.22 | 100,990.44 | 389,031.08 |
| Trade Receipts | | | | - | | | | - |
| JE's | | | (339,534.00) | (339,534.00) | | | (4,371,181.85) | (4,371,181.85) |
| Acitvity Sum | (74,118.00) | 113,587.08 | (459,971.68) | (420,502.60) | 123,519.53 | (42,619.29) | (4,351,067.33) | (4,270,167.09) |

| Activity | Dec-99 | Jan-00 | Feb-00 | Total | Mar-00 | Apr-00 | May-00 | Total |
|---|---|---|---|---|---|---|---|---|
| Misc Receipts | 7,633.43 | (61,561.20) | (90,308.07) | (144,235.84) | 8,449.89 | (265,582.36) | (136,332.86) | (393,465.33) |
| Adjustments | 222,755.66 | 189,243.88 | 124,552.65 | 536,552.19 | 242,244.56 | 210,935.60 | 73,867.08 | 527,047.24 |
| Trade Receipts | | | | - | | | | - |
| JE's | | 3,422,804.32 | 882,993.92 | 4,305,798.24 | | | (2,305,649.00) | (2,305,649.00) |
| Acitvity Sum | 230,389.09 | 3,550,487.00 | 917,238.50 | 4,698,114.59 | 250,694.45 | (54,646.76) | (2,368,114.78) | (2,172,067.09) |

| | Q2 99 | Q3 99 | Q4 99 | Q1 00 | Q2 00 | Q3 00 | Q4 00 | Q1 01 |
|---|---|---|---|---|---|---|---|---|
| Max Amount effecting AR Reserve | (3,034,547.10) | 177,897.88 | (1,033,026.54) | (139,244.86) | (550,042.63) | (1,083,181.22) | 535,553.38 | (2,441,981.86) |

Nov-99 $4.3m adjustment to correct negative Consulting invoices, added to JE line to not over state Write Off adjustments, corrected by Jan and Feb JE

ORACLE CONFIDENTIAL

NDCA-ORCL 104765
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER