# EXHIBIT 27

# DOCUMENT INFO

To:             Nelson,Jill <JILL.NELSON@oracle.com>

From:           Neal Menon <neal.menon@oracle.com>

DateSent:       November 6, 2000

Email_Subject:  OCC Unapplied Spreadsheet

Attach:         11-06-00 OCC.xls; neal.menon.vcf

AttachNo:       0

Folder:         Tania\Reserve, Unapplied, Approvals and Process

FileName:

# DOCUMENT INFO

Confidential - Pursuant to Protective Order

| From: | Neal Menon <neal menon@oracle com> |
| Sent: | Monday, November 6, 2000 3 15 PM |
| To: | Nelson,Jill <JILL NELSON@oracle com> |
| Cc: | Vora,Anil <ANIL VORA@oracle com>; Ortiz,Elizabeth <LORTIZ@US ORACLE COM>, Coquioco,Nancy <NANCY COQUIOCO@oracle com>, LILLY_HAO <LILLY HAO@oracle.com>, Bucher,Jacob <JACOB BUCHER@oracle com>, ADAM.HAHN <ADAM HAHN@oracle com> |
| Subject: | OCC Unapplied Spreadsheet |
| Attach: | 11-06-00 OCC xls, neal menon vcf |

Hello Jill,

I am the unapplied specialist in the collection department and I have attached an unapplied spreadsheet that have been labeled "OCC" by the AR department. We are currently trying to resolve as many unapplied items before the end of the quarter. There are a total of 1826 unapplied items of which 102 are labeled "OCC" and total $16,985,508.87. The "OCC" unapplied dollar amount constitute about 25% of the total dollar amount.

As you can see, resolving the "OCC" items would help us in achieving our quarter goal. Please take a look at this spreadsheet and instruct me how these items should be applied. Since we are approaching the end of the quarter, we would like to resolve these items as quickly as possible. If there is no response by **November 20, 2000**, we will review the items and place them in our reserve account. If there are any questions or if I can help in any way, please contact me at 916 315 6834. I appreciate your time in this matter. Thank you.

Neal

Confidential - Pursuant to Protective Order

# DOCUMENT INFO

To:

From:

DateSent:

Email_Subject:

Attach:

AttachNo:       1

Folder:        Tania\Reserve, Unapplied, Approvals and
               Process

FileName:      11-06-00 OCC.xls

# DOCUMENT INFO

Confidential - Pursuant to Protective Order

NDCA-ORCL 3042912

OCC

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Date Rec | Check Number | Customer | Cust # | Check Amt. | Days Old | Collector | Notes |
| 2 | 31-Oct-00 | 6670 | 1 800 DATABASE LTD | 756128 | 72,948.19 | 6 | JDELUZUR | OCC CK -SENT COPY TO ELAINE |
| 3 | 24-Feb-00 | WIRE 02/24/00 OCC | AIG CLAIM SERVICE INC | 724334 | 3,205.93 | 229 | AFRYER | OCC |
| 4 | 24-Aug-00 | 1520 | ALLCHARITIES | 677357 | 32,948.00 | 74 | JBUCHER | OCC/ OFD in house invt's |
| 5 | 7-Aug-00 | 4590 | ALORICA INC | 758505 | 5,477.97 | 91 | EKEFALIO | OCC Customer - 0703-12015 |
| 6 | 1-Nov-00 | 1883 | ARCHIVE CORPORATION | 208528 | 116,403.45 | 5 | JDELUZUR | OCC - sent copy to Elaine |
| 7 | 5-Jul-00 | 4318 | AUTODAQ | 693424 | 57,555.65 | 124 | MAANDERS | OCC/ AP# (650) 532-6300 |
| 8 | 20-Jun-00 | 5004183 | BANC ONE LEASING CORPORATION | 239473 | 260,453.66 | 138 | MAANDERS | OCC |
| 9 | 14-Jun-00 | 5004164 | BANC ONE LEASING CORPORATION | 239473 | 651,644.70 | 145 | MAANDERS | OCC/ COLUMBUS, OH REFERENCES |
| 10 | 28-Mar-00 | 5003975 | BANC ONE LEASING CORPORATION | 239473 | 103,937.00 | 223 | MAANDERS | OCC/ NO REMIT INFO-1111 |
| 11 | 9-May-00 | 5004082 | BANC ONE LEASING CORPORATION | 239473 | 246,749.00 | 181 | MAANDERS | OCC/NO REMIT INFO - COLUMBUS |
| 12 | 13-Oct-00 | WIRE 10/13/00 OCC | BANK ONE | 32580 | 214,367.85 | 24 | KEDWARDS | OCC |
| 13 | 12-Oct-00 | WIRE 10/12/00 OCC | BANK ONE | 32580 | 2,743,757.46 | 25 | KEDWARDS | OCC |
| 14 | 11-Sep-00 | 28062 | BREED TECHNOLOGIES | 226432 | 165,386.00 | 56 | JSSILVA | OCC Original amt. of check |
| 15 | 23-Oct-00 | 30520 | BREED TECHNOLOGIES | 226432 | 221,180.00 | 14 | KEDWARDS | OCC CHECK~CHECK APPLICATION |
| 16 | 11-Oct-00 | 2289 | BRIVO SYSTEMS | 804734 | 5,070.50 | 26 | JBUCHER | OCC/ OFD/ all closed orders |
| 17 | 29-Aug-00 | 100532 | BROADBAND | 729449 | 184,124.60 | 69 | EKEFALIO | OCC Customer  A/C 0703-12015 |
| 18 | 30-Aug-00 | WIRE 08/30/00 OCC | CITIZENS BANK | 260281 | 502,564.99 | 64 | GSMYERS | OCC/ Do not touch remaining |
| 19 | 30-Oct-00 | 7849 | COMMERCE TV | 700009 | 379,885.00 | 7 | JDELUZUR | OCC -sent copy to Elaine |
| 20 | 10-Apr-00 | 268716 | COMMUNICATIONS TEST DESIGN | 225183 | 71,705.82 | 210 | JBUCHER | OCC// WIRE 03/24/00 |
| 21 | 22-Aug-00 | 249331 | COVAD COMMUNICATIONS COMPANY | 544936 | 211,542.08 | 76 | EKEFALIO | OCC Customer  A/C 0703-12015 |
| 22 | 29-Aug-00 | WIRE 08/29/00 OCC | DE LAGE LANDEN OPERATIONAL | 732591 | 145,107.87 | 17 | KDOMENEY | OCC - remain bal are various |
| 23 | 25-May-00 | WIRE 05/25/00 OCC | DE LAGE LANDEN OPERATIONAL | 732591 | 324,635.46 | 159 | JBUCHER | OCC INVOICE 1252816 CM |
| 24 | 31-May-00 | WIRE 05/31/00 OCC | EBASEONE | 722709 | 214,181.00 | 159 | MAANDERS | OCC/ NO INVOICE REFERENCED |
| 25 | 17-Oct-00 | 46260 | EPOCH NETWORKS INC | 257304 | 7,100.73 | 20 | MAANDERS | OCC/ RM1007 /Oct 2000 |
| 26 | 20-Jul-00 | 1949 | FLEET BUSINESS CREDIT | 753279 | 16,514.80 | 109 | JBUCHER | OCC/ OFD/ REF |
| 27 | 25-May-99 | WIRE 05/25/99 OCC | FLEET CREDIT CORPORATION | 227948 | 8,008.00 | 102 | GSMYERS | OCC |
| 28 | 29-Mar-00 | WIRE 03/29/00 OCC | GE CAPITAL FINANCIAL | 722078 | 46,872.64 | 213 | AFRYER | OCC |
| 29 | 4-Oct-00 | WIRE 10/04/00 OCC | GE CAPITAL FINANCIAL | 722078 | 94,341.89 | 33 | KEDWARDS | OCC |
| 30 | 7-Mar-00 | WIRE 03/07/00 OCC | GE CAPITAL FINANCIAL | 722078 | 3,027.36 | 3 | SYOHANNE | OCC//PER LILLY |
| 31 | 6-Jul-00 | WIRE 07/06/00 OCC | GE CAPITAL FINANCIAL | 722078 | 15,386.22 | 118 | SYOHANNE | OCC~cm per-mstorbec(new |
| 32 | 30-Aug-99 | WIRE 08/30/99 OCC | GENERAL ELECTRIC CAPITAL | 38298 | 101,250.00 | 159 | LHAO | OCC |
| 33 | 11-Aug-00 | 7574 | GEOTOUCH COM INC | 734146 | 104,588.00 | 67 | LHAO | OCC |
| 34 | 31-Oct-00 | 3460 | GEOTRUST | 755514 | 147,899.00 | 6 | JDELUZUR | OCC CK -SENT COPY TO ELAINE |
| 35 | 17-Oct-00 | WIRE 10/17/00 OCC | HELLER FINANCIAL | 254473 | 19,207.11 | 20 | KEDWARDS | OCC |
| 36 | 3-Oct-00 | WIRE 10/03/00 OCC | HELLER FINANCIAL | 254473 | 21,971.25 | 34 | KEDWARDS | OCC |
| 37 | 21-Jul-00 | WIRE 07/21/00 OCC | HELLER FINANCIAL | 254473 | 23,005.29 | 69 | CMCHANG | OCC |
| 38 | 7-Aug-00 | WIRE 08/07/00 OCC | HELLER FINANCIAL | 254473 | 23,005.29 | 84 | CMCHANG | OCC |
| 39 | 17-Oct-00 | WIRE 10/17/00 OCC | HELLER FINANCIAL | 254473 | 23,718.00 | 20 | KEDWARDS | OCC |
| 40 | 17-Oct-00 | WIRE 10/17/00 OCC | HELLER FINANCIAL | 254473 | 41,401.64 | 20 | KEDWARDS | OCC |
| 41 | 17-Oct-00 | WIRE 10/17/00 OCC | HELLER FINANCIAL | 254473 | 71,275.32 | 20 | KEDWARDS | OCC |
| 42 | 17-Oct-00 | WIRE 10/17/00 OCC | HELLER FINANCIAL | 254473 | 75,123.23 | 20 | KEDWARDS | OCC |
| 43 | 17-Oct-00 | WIRE 10/17/00 OCC | HELLER FINANCIAL | 254473 | 143,189.78 | 20 | KEDWARDS | OCC |
| 44 | 17-Oct-00 | WIRE 10/17/00 OCC | HELLER FINANCIAL | 254473 | 195,454.50 | 20 | KEDWARDS | OCC |
| 45 | 1-Aug-00 | WIRE 08/10/00 OCC | HELLER FINANCIAL | 254473 | 19,469.02 | 82 | LHAO | OCC/ No invoice for First |
| 46 | 28-Aug-00 | WIRE 08/28/00 OCC | HELLER FINANCIAL | 254473 | 32,829.96 | 68 | KDOMENEY | OCC; BAL PENDING INV |
| 47 | 28-Aug-00 | WIRE 08/28/00 OCC | HELLER FINANCIAL | 254473 | 6,317.00 | 67 | KDOMENEY | OCC; REMAIN BAL IS PENDING INV |
| 48 | 1-Feb-00 | WIRE 02/01/00 OCC | HITACHI CREDIT | 254472 | 7,518.41 | 229 | AFRYER | OCC |

Confidential - Pursuant to Protective Order

OCC

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 49 | 12-Oct-00 | WIRE 10/12/00 OCC HITACHI CREDIT | | 254472 | 58,574.00 | | 25 KEDWARDS | OCC |
| 50 | 28-Jun-00 | WIRE 06/28/00 OCC HITACHI CREDIT | | 254472 | 68,991.14 | | 131 KEDWARDS | OCC |
| 51 | 28-Aug-00 | WIRE 08/28/00 OCC HITACHI CREDIT | | 254472 | 91,460.35 | | 67 KDOMENEY | OCC |
| 52 | 27-Sep-00 | WIRE 09/27/00 OCC HITACHI CREDIT | | 254472 | 36,229.92 | | 40 LHAO | OCC-first quarter of support |
| 53 | 25-May-00 | WIRE 05/25/00 OCC HITACHI CREDIT | | 254472 | 121,006.14 | | 159 JBUCHER | OCC INV 1261601 CM |
| 54 | 31-May-00 | WIRE 05/31/00 OCC HITACHI CREDIT | | 254472 | 130,367.00 | | 158 JBUCHER | OCC// Apply to QSR order # |
| 55 | 31-Oct-00 | 10506 HOSTCENTRIC MANAGEMENT | | 754113 | 254,325.80 | | 6 JDELUZUR | OCC CK -SENT COPY TO ELAINE |
| 56 | 2-Aug-00 | 7407 IMPRESSE CORPORATION | | 597780 | 44,992.58 | | 96 EKEFALIO | OCC Customer  A/C 0703-12015 |
| 57 | 5-Jul-00 | 50626 INSIGNIA FINANCIAL GROUP | | 756107 | 179,465.99 | | 122 KEDWARDS | OCC CHECK---LEAVE UNAPPLIED |
| 58 | 26-Aug-99 | WIRE 08/26/99 OCC INTERNATIONAL PAPER COMPANY | | 26556 | 33,061.21 | | 88 CEHINKEY | OCC |
| 59 | 11-Jul-00 | 1463 IOXCHANGE | | 704038 | 22,915.56 | | 118 EKEFALIO | OCC Customer |
| 60 | 28-Aug-00 | WIRE 08/28/00 OCC KOCH FINANCIAL | | 254466 | 273. | | 67 KDOMENEY | OCC |
| 61 | 25-May-00 | WIRE 05/25/00 OCC KOCH FINANCIAL | | 254466 | 731,047.19 | | 98 PDANDREW | OCC INV 1265850 CM--PER OCC |
| 62 | 8-May-00 | WIRE 05/08/00 OCC KOCH FINANCIAL | | 254466 | 3,001.81 | | 182 JBUCHER | OCC// |
| 63 | 28-Aug-00 | WIRE 08/28/00 OCC KOCH FINANCIAL | | 254466 | 105,587.00 | | 67 KDOMENEY | OCC, REMAIN BAL IS PENDING INV |
| 64 | 12-Oct-00 | WIRE 10/12/00 OCC LEASETEC SYSTEMS CREDIT | | 223608 | 228,519.10 | | 25 KEDWARDS | OCC |
| 65 | 29-Oct-98 | WIRE 10/29/98 OCC LEASETEC SYSTEMS CREDIT | | 223608 | 10,208.94 | | 102 MSTORBEC | OCC  tax adjmts on inv |
| 66 | 27-Jul-00 | WIRE 07/27/00 OCC LEASETEC SYSTEMS CREDIT | | 223608 | 30,261.60 | | 97 LHAO | OCC apply $194,267.03 to |
| 67 | 25-May-00 | WIRE 05/25/00 OCC LEASETEC SYSTEMS CREDIT | | 223608 | 24,475.87 | | 111 JBUCHER | OCC APPLY INV 1270139 PER LHAO |
| 68 | 11-May-00 | WIRE 05/11/00 OCC LEASETEC SYSTEMS CREDIT | | 223608 | 19,530.00 | | 179 JBUCHER | OCC// |
| 69 | 18-Feb-00 | ACH 02/18/00 OCC LEASETEC SYSTEMS CREDIT | | 223608 | 451,981.00 | | 255 SYOHANNE | OCC// CM INV#40040134(NEW |
| 70 | 4-Jun-00 | WIRE 05/25/00 OCC LINUX CARE | | 676489 | 789,553.43 | | 82 MAANDERS | OCC/ This is derived from a |
| 71 | 9-Mar-00 | 19549 MARION COUNTY | | 233143 | 10,741.00 | | 228 AFRYER | OCC// |
| 72 | 11-Oct-00 | 505 MEDICAL BUSINESS | | 690016 | 15,254.17 | | 26 JBUCHER | OCC/ ME1003 - OCC7 |
| 73 | 31-Oct-00 | 6172 MUSICMATCH INC | | 700997 | 41,529.00 | | 6 JDELUZUR | OCC CK -SENT COPY TO ELAINE |
| 74 | 18-Feb-99 | WIRE 02/18/99 OCC NEWCOURT | | 571180 | 4,033.83 | | 103 MSTORBEC | OCC |
| 75 | 28-Aug-00 | WIRE 08/28/00 OCC NEWCOURT | | 571180 | 8,875.00 | | 67 KDOMENEY | OCC |
| 76 | 23-Oct-00 | WIRE 10/23/00 OCC NEWCOURT | | 571180 | 886,863.36 | | 14 JBUCHER | OCC |
| 77 | 25-May-00 | WIRE 05/25/00 OCC NEWCOURT | | 571180 | 83,876.90 | | 158 JBUCHER | OCC/ CREDIT MEMO FOR $83K HIT |
| 78 | 25-May-00 | WIRE 05/25/00 OCC NEWCOURT | | 571180 | 1,818.96 | | 158 JBUCHER | OCC// |
| 79 | 24-Mar-00 | WIRE 03/24/00 OCC NEWCOURT | | 571180 | 53,562.55 | | 123 JBUCHER | OCC// support termination |
| 80 | 28-Aug-00 | WIRE 08/28/00 OCC NEWCOURT | | 571180 | 1,215,942.26 | | 70 KDOMENEY | OCC, BAD INFO CM'S - INV'S |
| 81 | 28-Aug-00 | WIRE 08/28/00 OCC NEWCOURT | | 571180 | 155,484.85 | | 70 KDOMENEY | OCC, CM'S - INV'S 1295530, |
| 82 | 22-May-00 | WIRE 05/22/00 OCC NEWCOURT | | 571180 | 31,366.50 | | 159 SYOHANNE | PER OCC |
| 83 | 31-May-00 | 14369 ONVIA.COM | | 690187 | 119,626.04 | | 159 EKEFALIO | OCC customer - A/C 703-1222 |
| 84 | 2-Aug-00 | 1094 PBM MICRO | | 756724 | 37,803.00 | | 96 EKEFALIO | OCC Customer - 0703-12015 |
| 85 | 2-Nov-00 | 2025 PRESCIENT MARKETS LLC | | 670399 | 47,405.38 | | 4 JDELUZUR | OCC -sent copy to Elaine |
| 86 | 31-Oct-00 | 4092 QUESTIA MEDIA INC | | 734683 | 826,226.79 | | 6 JDELUZUR | OCC CK -SENT COPY TO ELAINE |
| 87 | 23-Oct-00 | 30531 RESTRAC | | 219041 | 10,062.61 | | 14 JBUCHER | OCC/ OFD INV#40047834 |
| 88 | 25-May-00 | WIRE 05/25/00 OCC SANWA BANK | | 227703 | 72,607.74 | | 165 JBUCHER | OCC |
| 89 | 4-Oct-00 | WIRE 10/04/00 OCC SANWA BANK | | 227703 | 750,419.04 | | 33 KEDWARDS | OCC |
| 90 | 3-May-00 | WIRE 05/03/00 OCC SANWA BANK | | 227703 | 29,589.39 | | 144 JBUCHER | OCC $29,599.44 for |
| 91 | 3-Mar-99 | WIRE 03/03/99 OCC SANWA BANK | | 227703 | 35,459.36 | | 256 MALBRIGH | OCC 1489.00 TO G80/3507/PER |
| 92 | 3-Jul-00 | WIRE 07/03/00 OCC SANWA BANK | | 227703 | 161,194.76 | | 110 JBUCHER | OCC/ CM INV#40042153(NEW |
| 93 | 3-Aug-00 | WIRE 08/03/00 OCC SANWA BANK | | 227703 | 31,219.75 | | 87 JBUCHER | OCC/ CM INV#40050318(new |
| 94 | 5-Jun-00 | WIRE 06/05/00 OCC SANWA BANK | | 227703 | 222,694.54 | | 67 LHAO | OCC// |
| 95 | 4-Aug-99 | WIRE 08/04/99 OCC SANWA BANK | | 227703 | 54,573.60 | | 84 KEDWARDS | OCC// trans 3631.86 to |
| 96 | 5-Apr-00 | WIRE 04/05/00 OCC SANWA BANK | | 227703 | 18,567.14 | | 119 KEDWARDS | OCC//430.60 POST TO G80/3507 |

NDCA-ORCL 3042913

OCC

10/19/2005

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 97 | 18-Oct-00 | WIRE 10/19/00 OCC | SIEMENS CORPORATION | 53639 | 1,541.75 | | 19 KEDWARDS | OCC |
| 98 | 28-Aug-00 | WIRE 08/28/00 OCC | SIEMENS FINANCIAL SERVICES | 761691 | 67,271.99 | | 66 KDOMENEY | OCC, REMAIN BALIS PYMT DISC |
| 99 | 22-Jun-00 | WIRE 06/22/00 OCC | SILICON VALLEY BANK | 216126 | 49,645.43 | | 137 KEDWARDS | OCC |
| 100 | 12-Oct-00 | WIRE 10/12/00 OCC | SILICON VALLEY BANK | 216126 | 256,055.62 | | 25 KEDWARDS | OCC |
| 101 | 2-Nov-00 | 1798 | SINGINGFISH.COM | 703548 | 35,160.00 | | 4 JDELUZLR | OCC -sent copy to Elaine |
| 102 | 23-Oct-00 | 1781 | SINGINGFISH.COM | 703548 | 2,417.85 | | 14 JBUCHER | OCC/ ($2,417.85) belongs to |
| 103 | 17-May-00 | 3271 | STARBELLY.COM | 698377 | 27,472.00 | | 173 EKEFALIO | OCC Customer |
| 104 | | | | | 16,985,508.87 Total | | | |
| 105 | | | | | 102 Count | | | |

Confidential - Pursuant to Protective Order

NDCA-ORCL 3042914