# EXHIBIT 154



**From:** Sergio Giacoletto
**Sent:** Thu, 07 Jun 2001 07:57:40 GMT
**To:** mark.barrenechea@oracle.com
**CC:** Lawrence Ellison; Catz; Safra; Henley; Jeffrey; Sanderson; Edward; Roberts; George, Nussbaum; Jay;
WILLIAMS; DEREK; Jarvis; Mark; Rosser; Michael
**BCC:**
**Subject:** Re: CRM Business Update - my feedback



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 162213

Mark,

I also disappointed by the results.... but... as you know, we had six-nine months of product issues which caused loss of confidence by sales, partners, analysts and customers.
Even as of today, R11 5.4 which is the first stable release is NOT AVAILABLE in local language and we will only get it between July and October 2001.
This continued delay between the American English release and the local language is hurting us.

The good news are that confidence is building back, we start getting live customers and I can see the momentun coming back

We have dedicated CRM sales reps in UK, NL, FR and we will continue to increase the number.

I have given a target to the countries for FY02 to double our revenue from FY01, ie 100 $M target.

I like to take the opportunity to thank you and your group for the good support provided to our critical customers and to ask for your continued involvement, particularly as we try to penetrate new accounts and new markets, with innovative approaches to catch up with Siebel ( like the Nokia opportunity, the Dendrite deal, etc.).

Best regards

Mark J Barrenechea wrote:


**BY THE NUMBERS:  License (mil)**

| | | |
|---|---|---|
| FY98 | 31 | |
| FY99 | 79 | |
| FY00 | 242 | through Q3 126mil |
| FY01 | 225 | through Q3 170mil |

**** FY01 Q4 clearly was a large issue ****

## BY AREA BREAKDOWN - YTD FY01

| AREA | Stretch | Quota | Actual | % of Quota |
|---|---|---|---|---|
| OPI | 130 | 94 | 61.3 | 65% |
| NAS | 120 | 70 | 72.2 | 103% |
| OSI | 110 | 70 | 26 | 37% |
| EMEA | 85 | 85 | 50 | 59% |
| APAC | 35 | 35 | 10.5 | 30% |
| Configuator | 50 | 50 | 25 | 50% |

## YEAR TO YEAR COMPARISON

| AREA | FY00 | FY01 | %Growth |
|---|---|---|---|
| OPI | 74 | 61.3 | -21% |
| NAS | 50 | 72.2 | 31% |
| OSI | 42 | 26 | -62% |
| EMEA | 33 | 50 | 34% |
| APAC | 8 | 10.5 | 24 |
| Configurator | 36 | 24 | -50% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 162215

 

I maintain a few points:
- We need dedicated and skilled SC teams. NAS, UK, Rosser are excellent models for FY02.
- Increase partner selling

**<u>There is no reason our FY01 Stretch goals are not the actuals for FY02!!!</u>**

--mark

[This email is not with standing product issues]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 162216