# EXHIBIT 155



Oracle Corporation

Technical White Paper

# Customer Relationship Management

Mark J. Barrenechea

ORACLE
CONFIDENTIAL



NDCA-ORCL 106680

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Table of Contents

Foreword: The Great American Industry _____ 1
Introduction _____ 5
        Results _____ 6
E-Business Table Stakes _____ 10
        Global Sales Forecast _____ 10
        Global Lead Management _____ 10
        Global Order Position _____ 11
        Global Inventory Position _____ 11
        Global Marketing Expenditure _____ 11
        Global Contracts _____ 12
        Global Product Catalog _____ 12
        Global Customer Master Records _____ 12
The Results _____ 14
The Technology Stack _____ 18
A Trinity: Performance, Reliability, Scalability _____ 19
Going Global _____ 20
Implementation Approaches _____ 20
Integration with ERP _____ 21
Integration  Of Portals and Portlets _____ 22
        Oracle Portal _____ 22
        Oracle Portal and the E-Business Suite _____ 23
Integration, General _____ 23
Standards _____ 24
Oracle Platinum _____ 25
E-Squared: E-Business Environments _____ 26
Key Industries _____ 27
Partners _____ 28
Oracle Undertakes . . _____ 29
        The 90-Day Option _____ 29
        Other Options _____ 29
From Functions to Complete Business Flows _____ 30
    Introduction _____ 30
        Complete Business Flows _____ 30
        Suite-Level Business Flow _____ 31
        Process-Oriented Business Flows _____ 31
        Responsibility-Based Business Flows _____ 32
        Setting Up and Using the E-Business Suite with CBFs _____ 32
        Defined Complete Business Flows _____ 33
Suite vs. Kit, Flow vs. Function, An Example _____ 34

ORACLE
CONFIDENTIAL

NDCA-ORCL 106681

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Oracle Eats its Own Dog Food _____ 36
  . . by using Oracle Contracts _____ 36
  . by using Oracle Incentive Compensation _____ 37
  . by using Oracle Installed Base _____ 37
  . by using Oracle Marketing Online _____ 38
  by using Oracle Sales Online _____ 39
  . by using Oracle TeleMarketing and TeleSales _____ 39
  . by using Oracle iStore _____ 40
  . by using Oracle iSupport _____ 42
Analyst References _____ 43
Products _____ 45
  Foundation _____ 46
    Oracle CRM Foundation _____ 46
      Trading Community Architecture _____ 48
    Oracle iMeeting _____ 50
      Key Features _____ 50
    Oracle Service Connect _____ 51
      Benefits _____ 52
    Oracle CRM Suite Intramural Integrations _____ 53
  Marketing _____ 54
    Oracle Marketing Online _____ 54
    Oracle Marketing Encyclopedia System _____ 55
      Key Features _____ 55
  Sales _____ 57
    Oracle Collections _____ 57
    Oracle Configurator _____ 58
    Oracle Incentive Compensation _____ 59
    Oracle Partners Online _____ 60
    Oracle Sales Online _____ 60
      Overview _____ 60
      Key Features _____ 61
      Key Differentiators vs. Siebel _____ 63
    Oracle Mobile Sales _____ 64
      Key Features _____ 64
    Oracle Wireless Sales _____ 64
      Key Features _____ 64
      Key Differentiators vs. Siebel _____ 64
    Oracle TeleSales _____ 66
      Key Features _____ 66
      Key Differentiators vs. Siebel _____ 67
  Service _____ 68
    Oracle Advanced Scheduler _____ 68
      Key Differentiators vs. ClickSoftware _____ 68
    Oracle Advanced Service Online _____ 70
    Oracle Defect and Enhancement Management System _____ 70
    Oracle Depot Repair _____ 72
    Oracle Field Service _____ 73
      Control Tower Key Features _____ 73
      Oracle Field Service Integrations _____ 73
    Oracle iSupport _____ 74
      Key Features _____ 74
    Oracle Knowledge Management _____ 75

ORACLE
CONFIDENTIAL

**NDCA-ORCL 106682**

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Oracle Mobile Field Service _____ 77
    Key Features _____ 77
    Mobile Field Service Integrations _____ 78
Oracle Spares Management _____ 79
    Key Features _____ 79
Oracle TeleService _____ 80
Contracts _____ 81
    Oracle Contracts _____ 81
        Introduction _____ 81
    Oracle Contracts for Subscription Services _____ 86
E-Commerce _____ 87
    Introduction _____ 87
        Rich Functional Solution _____ 87
        Integrations with other Oracle Applications _____ 87
    Oracle iMarketing _____ 88
        Benefits _____ 88
        Key Features _____ 88
    Oracle iPayment _____ 90
        Key Features _____ 90
        Benefits _____ 90
    Oracle iStore _____ 91
        Key Features _____ 91
Interaction Centers _____ 93
    Introduction _____ 93
    Shared Features and Technologies _____ 93
        Oracle Interaction Blending _____ 93
        Oracle Telephony Manager _____ 94
        Oracle Universal Work Portal _____ 95
        Oracle Voice Over IP (VoIP) _____ 95
    Oracle Advanced Inbound _____ 97
        Key Features _____ 97
        Key Differentiators vs. Siebel _____ 97
    Oracle Advanced Outbound _____ 98
        Key Features _____ 98
        Key Differentiators vs. Siebel _____ 98
    Oracle eMail Center _____ 99
        Key Features _____ 99
        Technologies _____ 100
        Key Differentiators vs. Siebel _____ 100
    Oracle Scripting _____ 100
        Key Features _____ 101
        Key Differentiators _____ 101
Business Intelligence _____ 102
    Introduction _____ 102
    Shared Features and Technologies _____ 103
        Personal Home Page _____ 103
        Performance Management Framework _____ 103
        Passing Parameters Between Reports _____ 103
        Enterprise Data Warehouse _____ 103
        Dun & Bradstreet Integration _____ 104
    Oracle Interaction Center Intelligence _____ 105

ORACLE
CONFIDENTIAL

v

NDCA-ORCL 106683

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Oracle Customer Intelligence _____ 106
    Key Features _____ 106
        Business Intelligence System via Wireless Application Protocol (BIS/WAP) _____ 106
Oracle Marketing Intelligence _____ 107
    Key Features _____ 107
Oracle Sales Intelligence _____ 108
    Key Features _____ 108
        Key Differentiator _____ 109
Oracle Service Intelligence _____ 110
Oracle Systems Intelligence _____ 110
Online Services _____ 111
    Oracle.com Online Services _____ 111
    Oracle Hosting Manager _____ 112
        Preface _____ 112
        Overview _____ 112
        Features _____ 112
Other Products _____ 114
    Oracle Clickstream Intelligence _____ 114
    Oracle Pure Extract _____ 114
    Oracle Pure Integrate _____ 115
        Optional Add-Ons _____ 115
    Oracle Data Mining Suite _____ 116
What's Next _____ 118
    Trends _____ 118
Acronym Glossary _____ 120

ORACLE
CONFIDENTIAL

vi

NDCA-ORCL 106684

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



# Foreword: The Great American Industry

Software has emerged as the most important industry on earth. Without software, armies cannot fight, bankers bank, CEOs direct, doctors operate, engineers build, financiers invest, governments tax. True, we have engineered our dependence on software, but we have done so willingly. Now software is necessary, for groceries to reach supermarkets, for benefits checks to reach veterans, for social-security checks to reach the elderly. Software keeps our cars and trains running and our planes flying, and it makes them safe. It keeps electricity flowing through the power grid—and it consumes its fair share. It keeps our water running—and the Internet.

Software has produced the world's most highly capitalized companies, many of its most successful, and many of its richest men and women. Status approaching that of movie stars has been won by some of the titans of the industry—Andreessen, Barksdale, Bezos, Case, Dell, Ellison, Gates, Gerstner, Jobs, McNealy, and more. Software is the sun of the information age. Banish software, and banish all the world.

The software industry is uniquely American, and posterity will judge it to be the greatest American achievement of the 20th century . and of the 21st.[1] But software as we know it is not yet 60 years of age. As a discipline, it is unnervingly immature. Indeed, its immaturity resonates with the sheer *Americanness* of the software enterprise. Software has only begun to scale heights that will prove Himalayan. Some expeditions that have tried to press farther have failed, and we stand now like climbers at Everest Base Camp looking up perilous slopes toward empty oxygen tanks and the dead.

In what way is the software business immature? It is an industry of parts and labor; its challenge now is to ripen into an industry of finished goods. Traditionally, any business that has sought to automate the full range of its operations has been compelled to use disparate software products from multiple vendors and to invest the time and effort required to integrate them to some passable degree—meaning, in some cases, not at all. The undeniable complexity of the operations of large business enterprises has been conceded by hundreds of vendors, each having chosen to focus on one or another specific area of operations: many products that have emerged have optimized the automation of such local areas, but their boundaries abut sometimes on voids, sometimes on alien applications that speak foreign languages. Business applications from disparate vendors are city-states, not at war with their neighbors but abiding by terms of an uneasy truce. The result has been not to simplify but to complicate further the business landscape, some of the oddest features of which are oxymora. The more a company spends on information technology, the less valuable the results. The more databases a company maintains, the less business intelligence it can marshal.[2]

Compare this to the situation in the automobile industry, which also has its materials, parts, labor, and service. Nobody who wants a car follows the "best of breed" approach, buying the engine from BMW, the transmission from Nissan, the fuel-injection system from Ferrari, the tires from Michelin, and the finish from Ford. Nobody hires Andersen Consulting to weld the parts together; even for a hobbyist to assemble an entire car is almost unheard of. If cars were produced this way, they would be too expensive to buy, would take too long to deliver, and would cost too much to maintain. Every car would be unique, not only in its personalization but in its basic components; all the benefits of mass production would be lost. Suppose Ferrari were to upgrade its fuel-injection system: would it confer with BMW and Nissan to ensure that its new system would match the next versions of the autoframe and the pistons? Or would

---

[1] One major non-American software company still survives: SAP. But, like many of its fallen comrades, SAP has proven bewilderingly slow to answer the challenge of business-software integration in the age of the Internet. The company's prolonged survival is open to question.

[2] This is Ellison's Law.

ORACLE
CONFIDENTIAL

NDCA-ORCL 106685

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Implementation Business Mechanics have to stand by to undertake the upgrade and to service and maintain every "best-of-breed" car?

The software industry today is like the auto industry in the last few years BF.[3] Before 1912, the typical car company purchased most of the major auto components from parts manufacturers and integrated those parts into automobiles. And fifty companies a year were entering the auto-manufacturing business (Sound familiar?)

Ford was the first to recognize that the "best of breed" approach does not scale. Under his leadership the manufacturing process was gradually concentrated, the vertical integration culminating in the 2000-acre River Rouge plant in the 1920s. When the last Model T rolled off the assembly line in 1927, more than half of the cars on the country's roads bore the same marque. Though the number of manufacturers has steadily declined since then, the consumer still has enormous breadth of choice, and quality has risen without interruption—even quality per cost.

A similar evolution has begun in the business-software industry. It began in the early 1990s with the coming of age of the World Wide Web, which is crucial for the integration of the operations of any multinational corporation, let alone their coordination with those of the corporation's suppliers, consumers, and business partners. By virtue of Larry Ellison's early recognition of the climactic importance of the Web, Oracle has become the first company in the world to bring to market a comprehensive suite of business products that enable global access to intuitive applications founded on a central corporate database, all maintained by a centralized—and down-sized—IT staff. This is the Oracle E-Business Suite.

By simplifying the automation of business practices and the practices themselves, the E-Business Suite empowers executives to take control of their businesses. The business intelligence it generates makes it possible to manage by force of fact, no longer by force of personality, with the upshot that managerial conflict is reduced. And the economies it enables are mind-boggling: Oracle has saved two billion dollars by using its own product and is working on a third billion, while its operating margins have grown from 20% to 40% over two years and are advancing toward 50%. Yet, even now, it is too early to grasp the full potential of this revolution. Once all the business data are brought together and reconciled, once the most effective processes are in place and the most revelatory business intelligence operating, what efficiencies, what innovations will be possible at Oracle? Or at any other company?

Today, the world's three leading software companies present a strange picture. Microsoft, babbling lip service to the Internet, remains huddled in its client/server cave of desktop systems and tools. IBM, finding its software business contracting at the same time its consulting business is expanding, trumpets its 500 application partners and its legions of gluegun slingers, every one of them ready to paste somebody's pistons and transmission together the first time, the next time, and every time—for a price. Oracle's consulting practice is dwindling, by design, while its license revenues are soaring. The Oracle byword is "all the software needed to run your business"; because the E-Business Suite is complete, it is simple. Customers may wish to tailor the software to their specific needs, but they will not need in-house product experts, or hired (glue) guns, to do integrations or major modifications.

Business software has the potential to spin $1 trillion a year in revenues. Competition for that prize will be in proportion to its magnitude. But, as with the auto industry, as with the PC retail business, as with the Internet, the number of companies that will survive to compete is bound to shrink. Oracle, the first to market with an e-business suite, will not only survive but thrive. It will be joined by others. And the marketplace will begin to cull.

---

[3] Before Ford (more precisely, before the Model T)  A tip of the hat to Aldous Huxley.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 106686

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Number 1 of *The 22 Immutable Laws of Marketing*[4]: "It's better to be first than it is to be better." Ideally, of course, one company's offering would be better in the second respect as well as in the first. Compared with the products of leading vendors of point solutions for business software, Oracle's products may not offer every feature a customer desires, but they probably offer every feature the customer needs. But to make such comparisons is to miss the point about point solutions: they will not answer the greatest challenge facing businesses today, which is to integrate and coordinate their full range of software operations. Companies operate according to business flows, and many business flows cannot be complete without the support of two, three, four—or more—applications from multiple point-solution vendors. Inevitably, the suite approach is simpler to implement and simpler to understand and operate with regard to business data and processes.

Oracle's use of the E-Business Suite driven the company's margins to historic heights: many of Oracle's customers are reporting similar results. But not everybody is pleased. Industry analysts would be happy with an arena full of equally armed gladiators. With the death or enfeeblement of so many former competitors—Ashton-Tate, BMC, Borland, Claris, Lotus, the Mac OS, the Norton Utilities, OS/2, WordPerfect—the analysts have increasingly had to fall back on Microsoft's earnings, sins, and strategies for their subject matter. They are not in a mood to welcome more consolidation. More importantly, system implementors are unhappy. King's ransoms have flowed into their pockets in return for their work in software evaluation, procurement, implementation, and maintenance; now they see their livelihoods hanging in the balance.

Oracle's vision implies that the orientation of system implementors will change. The company takes the position that the E-Business Suite is functionally complete, and that—for this reason—it is not rational for system implementors to work to "integrate" it or to extend its functionality In relation to their customers, the implementors' position should align with Oracle's: their opening move is to challenge each customer to demonstrate that the customer truly needs e-business functionality that is absent from the suite or ill-integrated within it. If the customer so demonstrates, the implementor may take short-term action to address the e-business need; but it is Oracle's responsibility in the long term to make sure that all needed functionality is built in.

Thus the work of system implementors is likely, over time, to grow less technical and more strategic. They will continue to be involved in setup and implementation of Oracle software, but Oracle will be working continuously to minimize any need for them to modify that software. The company expects that their *raison d'être* will move toward business process reengineering, an activity which—because it addresses higher strategic levels—is potentially of much greater value to the customer.

Like system implementors, Oracle is in business to make money. But the Oracle strategy is to make money by saving money for its customers. To do so, the company must offer them a solution that is complete and—because complete—simple. That solution is the Oracle E-Business Suite.

ORACLE
CONFIDENTIAL

---

[4] Al Ries & Jack Trout, New York: HarperBusiness, 1993

NDCA-ORCL 106687

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

ORACLE
CONFIDENTIAL

Printed 02/06/2001 01.29 PM          Copyright Oracle Corporation 2001

NDCA-ORCL 106688

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



# Introduction

Today we call it *e-Business*; tomorrow, *Business*.

The past five years have seen a profound upheaval in the commercial landscape. Businesses all over the world have been working feverishly to transform themselves into e-businesses, convinced that their ability to compete depends on doing so. They are not mistaken.

What are they trying to change? What is an e-business?

An e-business is distinguished by the deployment of its business data, which must meet several exacting standards:

- Its business data and rules reside in a single integrated database.
- The database is customer-centric.
- The database can be accessed globally via the Internet.
- Data access is mediated by simple easy-to-use applications that require little or no training.

Moreover, an e-business has consolidated and centralized its computer operations.

The Internet is the key to this model. Before the Internet, every global enterprise relied on multiple databases as a necessary evil: necessary, because Tokyo could not depend on data in Chicago, evil, because multiple databases meant duplication of data, conflicting data, inconsistent data formats, and potential multiplication of effort whenever information needed updating. Evil, moreover, because multiple databases meant multiple data centers and multiple IT staffs.

With the Internet, multiple databases remain an evil, for all the same reasons, but they are no longer a necessity. Every company leading the e-transformation has purged, reconciled, and integrated all its business data in one central database that is maintained by one IT staff in a single data center. To take one example, Oracle has done so, and it has done so by internal deployment of its own business applications. This self-transformation has enabled Oracle to save $2 billion—so far; it has also driven Oracle's operating margin from 20% to 40%, and 50% now looks attainable. Compare this achievement with that of Siebel Systems. How much has Siebel improved its operating margin by using its own products? Who knows whether Siebel even uses its own products? We can say only that if Siebel, and IBM, and PeopleSoft, have used their own products to improve their own operating efficiency, then they have been uncharacteristically quiet about it.

The Oracle E-Business Suite can enable any Oracle customer to realize the same prodigious business benefits that Oracle has. Customer employees, anywhere on the globe, can use a consistent and intuitive interface to access business data that are more reliable than ever before. Data integration will enable business intelligence more subtle and comprehensive than has ever been possible. Companies can execute to a single product and price book, to a single contracts system, and to a single master record per customer. Executives, able now to exert control that is both tighter and more responsive to dynamic business needs, will come to manage less by rhetoric and more by reality. The central database will enable fully integrated e-business flows that span all major corporate applications: marketing, sales, service, e-commerce, contracts, interaction centers, business intelligence, and so on.

And that's not all. Corporate expenses for training, for IT staff, and for computer equipment will plummet. Most important of all, system implementation will become simple, speedy, and straightforward, and companies will save the sums that they would otherwise have to spend—and have spent in the past—on gigantic system-integration projects. Oracle represents that customers will go live

ORACLE
CONFIDENTIAL

NDCA-ORCL 106689

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

on the E-Business Suite within 90 days of purchase—or within 5 days if they elect to use it as a service across the Internet. And the implementation costs will be low.

This is what the E-Business Suite means to Oracle customers; these are the strategic advantages that will differentiate them from many of their competitors. Some of those competitors are using applications from Siebel.

## Results

Oracle maintains that it can do a worldwide installation of its CRM suite at any customer location in just 90 days

Three months after signing a contract with Oracle the company will have marketing, sales, service, and every other customer-facing function, on the Internet in every country in the world in which it does business And Oracle will do this for a low fixed fee

Sound impossible? How can Oracle install any one of a dozen CRM applications, globally, in less time and for less money than it takes Siebel to install just one application—sales automation—in one country? The reason Oracle can do it and Siebel can't is really quite simple.

Oracle's CRM suite is both complete and integrated (Figure 1). By *complete* we mean that every CRM application needed—marketing, sales, service, contracts, Web store, etc.—for sales and service to customers is included in the Oracle CRM suite. By *integrated* we mean that every application in the CRM suite has been engineered around a unified global customer and product database All the applications have been designed and built by Oracle to work together and share information. So no systems integration is required to install the Oracle CRM suite.



**Figure 1. Oracle CRM Suite**

ORACLE CONFIDENTIAL

NDCA-ORCL 106690

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

In contrast, Siebel's CRM offerings require systems integration—a lot of custom programming and a lot of architectural reconstruction—to make the different applications in the suite work together. That's because Siebel did not design or build most of the applications in the Siebel product set. They filled out their collection by acquiring companies: Scopus for service, Paragren for marketing, etc. They also resell other vendors' products, such as BroadVision's Web store and Kana's e-mail products. In effect, Siebel has outsourced much of its product development. Siebel buys most of their software rather than building it. So what! Why should anyone care?

Oracle writes software; Siebel writes checks. Because the various pieces of the Siebel offering have not been engineered to fit together, a systems integrator has to glue them together. That systems integration is complex, time-consuming, and very expensive. In fact, systems integration labor usually runs many times the cost of the software or the hardware needed to run the system—and the customer gets to pay for it. To install the Oracle CRM suite, no systems integration is required. And because the CRM suite consists of true Internet applications, every application works in every country, every major language, and every major currency.

Siebel's CRM offerings are neither complete nor integrated. Siebel resells products (Figure 2).



*Figure 2. Siebel Acquisitions and Alliances*

ORACLE CONFIDENTIAL

Siebel's product acquisition and product resale strategy enabled them to deliver the world's first CRM product set. But that set is not complete, not integrated, not global; hence it is not a suite. It is very difficult and expensive to install. Once it is installed, the customer has multiple systems with multiple customer and product databases. The data fragmentation caused by the multiple databases makes it more

NDCA-ORCL 106691

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

difficult to get needed data out of a Siebel system. Extracting business intelligence is even more of a challenge.

The Oracle CRM suite keeps all your customer and product information in one place—a global CRM database. Your employees know where to look to get the up-to-date information they need to service your customers. And your customers can use the Internet—seven days a week and 24 hours a day—to access key sales and service information. Your service levels go up—while your service costs go down Your sales go up, while the cost of sales goes down. And your business scales.

The Oracle CRM suite was not the first major offering in the market—that distinction goes to Siebel—but the Oracle suite is the first to be complete, integrated, and global. You can have it installed in 90 days. And if that's not fast enough, you can go live on our suite in 5 days if you elect to use it as an Internet service.

Don't fall into the ERP trap and install a separate system in each country (Figure 3). Do it once. Do it globally.



*Figure 3. The kit approach extended beyond national borders*

ORACLE
CONFIDENTIAL

NDCA-ORCL 106692

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*



Figure 4. The kit approach meets global upgrades.

ORACLE
CONFIDENTIAL

NDCA-ORCL 106693

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# E-Business Table Stakes

There are essential targets—the table stakes—for companies undergoing e-transformation. They head our agenda because every global business needs these results, and because each represents a quintessential e-business practice. I highlight several here specifically as measures of progress on the road from traditional to electronic business.

- global sales forecast
- global lead management
- global order position
- global inventory position
- global marketing expenditure
- global contracts
- global product catalog
- global customer master records

The transactions that generate or are controlled by these data and processes form the bonds between an enterprise's customers, products, and contracts. The enterprise must understand who its customers are, what and why they have purchased, and the obligations that it has taken on in consequence. CRM applications that enable employees to view and act on this critical complex of business information must be installed, and they must be integrated before or after installation with ERP systems. This is the only way to secure the benefits of a global e-business strategy.

## Global Sales Forecast

Can you state your exact global sales forecast, up to the minute? . . . covering all geographies, all lines of business, all products, all services, all customers, all partners—and including all licenses, product renewals, support contracts, Web-based sales, call center telebusiness, direct business, mail catalogs, and business through partners and other channels? Can the forecast reflect management judgements as well as the estimates of the sales reps? Can you review opportunity data and identify which opportunities your sales organizations are committing to? Can you see multiple views of that information—one by manager and one by salesperson?

The Oracle CRM suite enables you to do these things.

## Global Lead Management

How many new leads did you get today? Where did they come from? How do they group by geography, by product, by line of business? Which leads went to partners? How many are sitting idle and aging? . . .

Suppose your business issues a press release introducing a new product and directing readers to the URL for a "landing pad" on your Web site where they can find further information. Suppose you've started to run a new TV commercial, or you've sent out a large set of e-mail proposals, or you've initiated a new call-center campaign. You can measure the cost-effectiveness of any of these efforts only if you can assess how many leads are being generated, and in response to which promotion. Without a centralized e-business application that can monitor leads globally, that information will be very difficult to collect and to analyze. The Oracle CRM suite enables you to do so with ease.

For more on lead management, see the section *Kit vs. Suite: An Example.*

ORACLE
CONFIDENTIAL

NDCA-ORCL 106694

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

## Global Order Position

What orders are in and booked—up to the minute? . . . from campaigns through leads through opportunities, to a global sales forecast and a global order position. . . . Who determines whether business is booked or closed—sales, shipping, order administration, revenue recognition?

Understanding this position thoroughly depends on a detailed analysis. You need to know how many orders are generated through your Web site, through your interaction center(s), through your partners, through your retail sites. You need further to know how much business has been quoted, how much quoted but not signed, how much signed but not booked, how much booked but not processed because of some constraint—e.g., a shortage of materials or of inventory.

Finally, each of these figures needs to be broken down by language, by currency, and by country. Orders can be vitiated by an ineffective translation of an ad, or by pricing that responds too slowly to currency fluctuations; they can also be enhanced by factors that nobody has foreseen. The locations in which orders originate are important because of fulfillment issues. Executives need the ability to stay in close touch with these numbers and to react to them rapidly. The Oracle CRM suite gives it to them.

## Global Inventory Position

Manufacturing executives must be able to access detailed information as to what products exist, in which location(s), in what configurations, and in what condition, for sale or service. A part or parts needed may be available in multiple locations, raising issues as to the least expensive part(s) and path(s) available to meet the need (e.g., for the repair and/or sale of a jet engine). A full understanding of the global inventory position is the foundation of a rapid response to an available-to-promise inquiry.

The holy grail for every company is to maintain inventory at zero  not positive, meaning that goods are sitting idle on a shelf; but not negative, meaning that a customer is asking for what the company can't provide. Like the holy grail, zero inventory is not a realistic goal, but, as the Internet provides visibility into more and more links in the supply chain, it will enable the typical e-business to carry a much leaner inventory and to cut expenses associated with it. The Oracle E-Business Suite enables it to do so.

## Global Marketing Expenditure

Can you state your exact global marketing expenditure, and identify what proportion of that expenditure converts to booked orders? Can you interrupt or modify campaigns in real time—for instance, by adding more outbound call-center agents to campaigns that are disclosing unexpected opportunities? Can you measure the success of any campaign by region, by product, by channel? Can you identify what leads and opportunities were generated, what interaction channels were most used by consumers, in consequence of the marketing expenditure?

There are many valid objectives for marketing campaigns: to create awareness, to create demand for products or for training, to generate leads, to promote the electronic sales process. Ideally, the marketing executive would be able to measure the effectiveness of a campaign according to any or all such criteria—and then to tweak some knobs to increase or decrease spending on the campaign or on a target segment—or just to terminate the campaign entirely.

This level of control is made possible by an e-business suite that comprises business intelligence applications for gathering the information required and marketing applications that enable detailed real-time control of the campaign. The Oracle CRM suite, with its complete set of BIS products, fills the bill.

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 106695

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## Global Contracts

Although service contracts are typically a major source of revenue for companies that offer them, their administration is often haphazard. Many service organizations have little understanding of how to map products sold to products to be serviced; their contracts are often poorly organized, and the result is debilitating leakage of license and service revenues. Indeed, for many such organizations the difficulty of staying in touch with which contracts need to be renewed means that the renewal process itself cannot be cost-effective.

Soon enough, such organizations will find it essential to implement global systems for contracting and leasing that enable automatic renewals. Once more, the watchword is "evolve or die." The Oracle CRM suite equips businesses for evolution.

## Global Product Catalog

Businesses need the ability to add, change, and delete product specifications, configurations, prices, and promotions, and to do so rapidly. The local and customized systems that survive from the 20th century typically prevent them from doing so, and changes can take as long as six to twelve months

By contrast, the Oracle E-Business Suite enables users to add new products and services—in all countries, all major currencies, and all lines of business—over a weekend. Once a business completes its product catalog, it can implement that catalog instantaneously on its Internet store, its exchange, and its systems for direct and indirect sales, telesales and telemarketing, sales compensation, order management, accounting, and support. This is the global product catalog.

## Global Customer Master Records

A single global customer database with clean and pristine data: however desirable this may be as a goal, the road to reach it is long and difficult. Consider the challenge: GE Power, GE Aircraft, GE Medical, GE Capital . . . GE Power in France, GE Capital in Danbury . . . NBC. Caught in the ERP trap, mired in local customized systems, most large companies have hundreds or thousands of databases containing redundant customer data.

Regardless whether the Oracle E-Business Suite is used, merging such databases will yield invalid data if the data to be merged are invalid. Merging hundreds of databases may result in hundreds of conflicting records per customer. However, Oracle's TCA customer model (discussed in the section *Oracle CRM Foundation*) allows the accurate representation of the most complex data models, supporting the needed data elements and the appropriate hierarchical structure; it also accommodates the integration of business information from Dun & Bradstreet. Oracle also offers tools to merge and purge customer records.

I conjecture that—just as the position of database administrator (DBA) emerged for database management—data movement administrators (DMAs) will appear to manage data replication, and customer data administrators (CDAs) to manage customer data.

<div style="text-align:right">

ORACLE
CONFIDENTIAL
</div>

Answering these questions—hitting these eight targets—is what being an e-business is all about.

The Oracle E-Business Suite makes it possible to do all of this using out-of-the-box products and business scenarios—with minimal data migration—from one centralized data center—with minimal effort to integrate with ERP and/or legacy applications—in English, and using Internet technologies exclusively.

---

NDCA-ORCL 106696

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

These table stakes will create a global single instance and a platform for change within the enterprise. They will bring about dramatic reductions in general and administrative expenses, dramatic improvements in productivity. Further, the CEO will be able to take back his/her business and understand it again; and this will make possible additional capabilities and additional gains, to be *realized in areas including the following:*

- global store
- e-mail interaction centers
- telesales centers
- financials
- HR
- exchanges
- self-service support

Many companies still find that their business applications, data, networks, and people are so fragmented as to stymie any meaningful advance. Such companies can survive, but they can never thrive until they introduce radical change. But the confrontation with change may itself be paralyzing: how to drive change? what to change first? how to integrate new products with the rat's nest of history? how to realize the projected ROI?

The Oracle E-Business Suite is designed to work alongside those legacy systems, to get change under way, to enable executives to redefine their current systems and to back control of the business. For example, deploy a global store, on a global price book and product catalog—with little or no change to existing systems. Unbelievable! . . . no, the E-Business Suite. And the possibilities go on and on. (See the Products section.)

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 106697

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

# The Results

Business nirvana . . . what would that be like?

- Management would be armed to regain control of the business, to a degree that geography had long since made unattainable by far-flung commercial operations—which typically relied on multiple client/server systems, one per country, each isolated from the others.
- Comprehensive and subtle business information would promote an evolution toward management by fact, not by force of personality—thus harmonizing executive teams.
- Business vitality would brush aside traditional limits to growth, enabling businesses to scale without obvious limits and to operate globally.
- Change would become the norm, happening so smoothly that it would be welcomed by a business's stakeholder community—its employees, customers, suppliers, and partners; happening so quickly that some of the old guard would view it as reckless. Stasis would emerge as the real enemy.
- Change would centralize and become strategic.
- A majority of all stakeholder activity would consist of self-service transactions, which participants could do from any point on the globe and at any time of the week.
- Product introductions and upgrades would be global, covering all lines of business, business partners, and supply-chain sources; each would take place during a weekend.
- Marketing would evolve into electronic selling.
- Direct sales and service organizations would shrink, displaced in large part by electronic sales and service.
- Expenses would be lowered across a wide range:
  - General and administrative expenses would drop dramatically.
  - Data centers would be reduced in size and/or number.
  - Larger machines would increasingly be replaced by smaller ones.
  - Data-center staff would be reduced.
  - Other infrastructure costs would be reduced.
  - Customization costs would be reduced.
- Nevertheless, human staff would represent the business at all times reasonable; for global enterprises this would mean 8*7 representation rolling from each to the next of three or four centers distributed around the world, thus covering the clock dial (To illustrate, such centers might be located in Omaha, Sydney, Bombay, and London.)
- Supply chains would be pervasively optimized.
- Margins would increase asymptotically, approaching the maxima theoretically attainable.
- Customer satisfaction would soar.
- Executives could focus on core business competencies, they would no longer need to be—or to employ—computer hobbyists.

ORACLE CONFIDENTIAL

NDCA-ORCL 106698

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

Something very close to this state of bliss will become obtainable over the next five years. Software will make it possible. The subject of this book is the nature and impact of the software required: the rules of software, and the software that will rule.

The argument of the book is segmented as follows:

- Businesses must wage war on complexity, in systems and in business processes
- The focus of business software is moving away from the automation of discrete functions toward that of logically complete business flows.
- The advent of the Internet means that every business now has an incentive to understand and to respond to global markets, to operate on a 24*7 basis, and to leverage its human capital to the hilt in serving its stakeholders.
- Customer self-service and the centralization of change and of software, all facilitated by the Internet, promote the collection and deployment of business intelligence, leading to increased management by fact.
- Case study after case study shows that businesses can save thousands, millions, and billions of dollars through heightened productivity.
- Software is metamorphosing into online services—more rapidly than most imagine.
- The software industry, dominantly and characteristically American, will ensure that the next hundred years will be recognized as the Second American Century.

Let's call this Vision #1. Is it outlandish? Compare it to Vision #2:

An America in which all cities are connected with great paved highways; standard automobiles, with standard parts and fuel, enable Americans to travel freely and with confidence from Boston to San Francisco. Businesses can move goods and labor freely. Produce from California can be sold on Beacon Hill, Maine lobsters in Berkeley

At the dawn of the 20th century, this would have been nearly unimaginable. A Winton, in 1903, became the first car to struggle across the country from one coast to the other, chugging for 63 days through mud, across cobblestones, along corduroy roads, across unpaved deserts, over mountains. The horse was a more reliable means of transportation, and the airplane was still no more than a figment of many imaginations. In 1919, as a young army officer, Dwight Eisenhower took part in the first transcontinental convoy, which (still) took almost two months to get from Washington, D.C., to San Francisco. This experience, together with his later glimpse of the advanced autobahns of Germany, sowed the seeds of the Interstate Highway System, legislated in 1956.

To realize Vision #2, many fundamental changes were essential:

**ORACLE CONFIDENTIAL**

- from the horse to the car
- to standardization of parts
- to assembly-line manufacturing
- to greater centralization of manufaturing
- to vastly increased production, standardization, and distribution of gasoline
- from dirt roads to a massive interstate highway system
- from cash purchases to installment loans
- to standardization of service, including tools, skills, and training

Copyright Oracle Corporation 2001          Printed 02/06/2001 01:29 PM                    15

NDCA-ORCL 106699

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

To realize Vision #1, the transformations required at the start of the 21st century appear perhaps less daunting. But if this is so it is because much of the 20th century was invested in developing the infrastructure that makes the vision imaginable. Most importantly, this infrastructure included the nationwide telephone system, largely completed during the first quarter of the century, and the Internet, begun in the century's third quarter and still under rapid development. Smaller, but still crucial, were the recent development of the World Wide Web and that of WWW browsers, both of which made the Internet easier to use.

Many of the transformations needed to complete this business revolution are now under way within the Fortune 5000:

- from local to global operations
- from 40-hour (8*5) to smart, globally segmented 168-hour (24*7) workweeks
- from administrative functions to self-service transactions
- from business data to business intelligence
- from complex to simplified business processes
- from segregation to integration of back- and front-office processes
- from business isolation to business collaboration
- from the automation of isolated functions to that of complete business flows
- from parts-and-labor software to comprehensive e-business suites
- from massive customization of software to use of applications as released
- from software as distributed products to software as a service
- from high-cost to low-cost (electronic) channels

Once these transformations are complete, how will business be done?

Say that you're about to introduce a new product. You mine your global database for customers and prospects likely to be interested, extracting names for a control group, then for regional groups, finally for an exhaustive list. As a vehicle for the global launch you design a marketing campaign marshaling telesales, direct mail, e-mail, and print and Internet-based ads. You alert your business partners and communicate throughout your supply chain: Heads Up! Big demand is on its way!

The campaign takes off: e-mails with quotes and collateral are sent to your existing customers and to prospects drawn from third-party lists. Interested parties visit your Web site for demos, for references, and to communicate with other customers online. Purchases take place through your global Web store, through telesales, and in response to orders placed by field sales agents and by partners. Customers and prospects use automated tools to configure the product to their specific needsthen check availability to promise. Telesales agents use Web-based collaboration to help close business. Orders are filled from geographically appropriate locations.

And suddenly you run out of parts! Now your supply chain kicks into action, finding vendors to fill the demand, fast, reliably, and with high quality. Using automation, contracts are written, renewed, enhanced, merged. Customers come to your Web site for training, customer service, threaded discussions, order status, and perhaps for returns.

ORACLE
CONFIDENTIAL

NDCA-ORCL 106700

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



During the entire process you account financially for all these activities automatically, paying sales reps, support agents, and partners. Employees use self-service applications to handle their benefits, expenses, and travel-related services. Customers are invoiced, suppliers paid.

Oh, and you did this product introduction globally, in 100 countries, meeting distinct localization requirements in each—requirements like the serialization of invoice numbers, like translation of contract details. All stages in the process are interconnected through wireless and mobile communications, through conventional phones, through TV, and through the Web.

Want to drive from Boston to San Francisco ?

This level of automation will be delivered within five years by out-of-the-box software from one or more large software companies, and will have been deployed by as many as half of the Fortune 5000. This will mean a major advance in their competitive abilities. More important, it will spell the end of the last major chapter of the industrial revolution, because businesses will be closing in on maximum automation and optimal efficiency. The information age will have matured. "Data in, information out" will be the rule of the day.

It used to be said that IBM was not so much a company one competed with as the environment in which everybody competed. Analogously, suites of e-business software will define the competitive environment of the near future.

ORACLE
CONFIDENTIAL.

NDCA-ORCL 106701

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

# The Technology Stack

The Oracle E-Business Suite is not only an integrated set of business capabilities[3] built by one company; it is also an integrated set of technologies built by the same company. The technology stack consists of:

- the Oracle database and related applications, including data-grooming tools
- the Internet Application Server
- Oracle HTML services: the Java Technical Foundation and the CORE (Common Oracle Runtime Environment) foundation services
- Oracle Workflow
- Oracle technology for UI authoring and display
- Oracle security technology
- performance-enhancement technology (as represented by caching mechanisms, materialized views, and Oracle Parallel Server)
- Oracle search technology
- the Oracle Email Server
- Oracle technologies for mobile communication, extending to handheld devices, mobile databases, and WAP protocol
- Oracle Internet messaging
- Oracle XML
- Oracle tools for monitoring and administration  the Oracle Enterprise Manager
- reporting, with Oracle Reports and Oracle Discoverer
- Oracle warehousing technology, including the products listed in the section *Other Products*
- Java. (Standing for generic Java, this item is unique within this bulleted set in that it does not consist of or incorporate Oracle development.)

Except for Java, these technologies have all been developed by Oracle; all, including Java, have been integrated, and all are certified with the Oracle E-Business Suite. One of the reasons it costs so much to deploy applications from other vendors is that the customer must get multiple disparate technologies to work together. Consider the challenge of integrating a dozen different technologies . . . then getting the result to scale, to work globally, to work in interaction centers, to work over the Internet, and so on. And then to tune its performance . . . to upgrade it . . . to get vendor service and support.

To do all this in-house would typically require searching an already tight labor market for highly skilled people to design, build, deploy, and maintain an extremely complex range of technologies. To do all this with contractual or consulting help would open up opportunities for finger-pointing that would make a strong man gag.

With Oracle, the technology is built and certified by Oracle developers, not by your consulting dollars.

**ORACLE
CONFIDENTIAL**

---

[3] Discussed in the second half of this paper

NDCA-ORCL 106702

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



# A Trinity: Performance, Reliability, Scalability

The Oracle E-Business Suite has been founded on a single database and a single technology stack, both Oracle's. These are the same database and technology used to build the foremost Internet companies, online services, and exchanges, among them Yahoo!, Amazon, E*Trade, Covisint, and Oracle.com.

Other business-application vendors, in hot pursuit of portability, trade off performance, reliability, and scalability In the Internet Age, this is dangerous.

Those vendors can often afford to ignore potential customers who are using one or another of the less popular databases But they are typically reluctant to bypass any of the relatively large groups of prospects that are using DB2, Oracle, or SQL Server. For this reason they construct their applications to be compatible with each of these major databases, and sometimes with others as well. This constrains them to write their applications using a least-common-denominator form of SQL, which means that those applications cannot (without later customization) exploit the more unusual and sophisticated abilities belonging to any one database.

The highest available reliability is provided by Oracle RDBMS and Oracle Parallel Server, the highest available performance by Oracle RDBMS, materialized views, and cost-based optimizations (CBOs). CBOs, which reconfigure themselves according to your data, constitute one of the best ways to optimize performance; comparable results cannot be achieved by least-common-denominator PL/SQL. The greatest scalability is provided by Oracle RDBMS and Web caching via Calypso; Oracle has also built look-ahead caching into its HTML technology, with the consequence that every HTML page is generated before it is invoked

Other vendors dumb down their SQL so that their applications can be ported across databases. This practice, which vitiates the performance, reliability, and scalability of their products, is directly contrary to the needs of third-millennium users. The Internet invites the modern enterprise to conduct its business globally, with thousands of users and gigabytes—or terabytes—of data. Such enterprises cannot afford to run SQL that has been hobbled by a need to work with DB2 *and* Informix *and* Oracle *and* SQL Server *and* Sybase—and sometimes even with company-specific custom databases.

To take a single example, Siebel's product set—originally designed for client/server configurations—is compromised by its use of technologies that are incompatible with Internet operation. Its use of ActiveX controls and of various proprietary protocols renders impossible the global deployment of Siebel products, each of which must typically be installed once in each country in which a multinational customer does business

Because the Oracle E-Business Suite has been designed and built to work with the Oracle database and Oracle technology stack only, it can be installed globally, is highly reliable, and will perform and scale to the most demanding standards.

ORACLE
CONFIDENTIAL

**NDCA-ORCL 106703**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

# Going Global

Suppose your boss had told you, five years ago, that you had twelve months to roll out marketing, sales, service, e-commerce, interaction centers, and contracts—globally, to all countries and lines of business, in all major languages and currencies—or be fired?! Oh, and that you had to do this using a small set of local servers, with greatly reduced headcount, and without training the employees that remain! You would have left the room screaming that your boss needed sedation—or certification as a lunatic. Five years ago you would have gone berserk. Today you go global with the Oracle E-Business Suite

But this raises some interesting issues. With all this capability at your finger tips, how can you deploy the E-Business Suite most rapidly?      most effectively? What is the most effective approach to replacing your existing local systems?

# Implementation Approaches

Which method of deployment makes most sense:

- by function?
- by complete business flow?
- by line of business?
- by region?
- or all at once, globally?

These are valid questions. The answer will vary according to your management skills and approach, your IT skills, your business organization, and the specific opportunities and challenges you confront

Consider this assignment: Deploy global marketing, for products, pricing, price lists, campaigns, budgets, and list management. After that, regional sales force automation, followed by regional telesales. Then global sales compensation, followed by a global store. Subsequent steps: contracts, country by country. Then support, then global self-service, then regional teleservice.  . .

Five years ago this was fantasy. Today it is driving instructions.

Every business needs to move toward the goal of the *single global instance*. Today many businesses have hundreds, if not thousands, of production databases managing production data. The Oracle E-Business Suite is designed to work with and to promote the use of a single database with a single logical schema. Realistically, however, two instances seems to be the realistic minimum: the first is for internal operations, the second, which must maintain high availability, faces customers and business partners. Customer-facing functions, like those of iStore and iSupport, must aim for availability as high as 99.9%.

Thus Oracle, for instance, maintains two global instances. One serves to ensure high systems availability for external business, mainly e-commerce and support; the second supports internal operations. Any customer implementing an analogous operation might go live first with the high-availability externally-oriented instance, so as to enable global order taking. Order taking and some aspects of customer service are perhaps the only operations that every business needs to support continuously in real time. Sophistications including calculation of taxes and shipping expenses can wait until the customer transaction reaches the order-fulfillment system.

<div align="right">

ORACLE
CONFIDENTIAL

</div>

NDCA-ORCL 106704

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER





*Oracle Customer RelationshipManagement White Paper*

Following this road to a pair of global single instances will mean centralizing the company's IT operations support personal, operations, DBAs, functional folks, business liaisons and planners, network engineers, and of course, the data centers.

# Integration: with ERP

The E-Business Suite uses a single schema, a single data definition, a single set of APIs and business logic, and a single technology stack—all built from the ground up by one company with a single set standards. A single set of skills is needed to deploy it and to leverage its capabilities.

Never before has an applications vendor used complete business flows as the central concept of its offerings. Why not? Because the existence of gaping holes where *sales force automation*, or *exchange*, or *Web store* would fit mean that applications vendors have not been able to support such flows from beginning to end—for instance, from list processing through marketing, sales, fulfillment, service contract, and support, then to the extraction of business information. Until now, to attempt such support would have been like writing a novel with no consonants, only vowels: lots of "u-ing" and "o-ing", but no plot

Many companies try to cover the spectrum of their business needs by buying one product—the one with the leading reputation—for each application or business unit, regardless of which vendor it originates with. The industry jargon for this approach is "best of breed." But imagine attending an American Kennel Club competition, waiting for twelve "best of breed" ribbons to be bestowed, and then trying to harness the twelve champions together as a team!

From the Oracle perspective, the full range of BroadVision's offerings is analogous to one product feature within the Oracle E-Business Suite, from this point of view. BroadVision looks more like a feature than like a company. Oracle is the only vendor that fully integrates CRM and ERP to create the world's only comprehensive e-business suite. Consider the data that must be shared and thus must be centralized:

- single global customer definition, attributes and business logic across all lines of business

- single global definition of each product, its configurations, its pricing rules, and related items and promotions

- global history of all customer interactions

- global ability to take orders through any channel: via interaction center, service center, sales agent, administrative staff, autorenewal, or self-service over the Web

- single, global, consistent, and understandable definition of contracts and their elements, with the ability to rationalize licenses, warranties, and service levels, and to ensure that renewals are high in the tenth decile, with leakage below 3%. Records of contracts executed must be archived for extended periods but readily accessible at need. The E-Business Suite supports the application of contracts across its full functional range—for financial commitments, procurement, exchange, service, licenses, projects, and so forth.

- global archiving of promotions—their budgeting, pricing, and configurations; how they relate to products, to geography, to lines of business; what campaigns delivered what booked orders, at what cost of sales, and so on. This is an important focus of the E-Business Suite.

- sales-process information. The opportunity and pipeline process is fully integrated into the E-Business Suite, which provides for a single HR hierarchy with clear assignments and definitions of roles and responsibilities. It supports a single general-ledger and forecasting period, with a single period, which may be weekly, monthly, or quarterly. Sales forecasts are processed to feed demand plans. The opportunity process shares quoting and ordering

ORACLE
CONFIDENTIAL

NDCA-ORCL 106705

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

 

information. The ensemble enables, at the client's discretion, an integrated business process spanning opportunity management, pipeline, contracting, quoting, and order entry.

The possibilities are awesome.

# Integration: Of Portals and Portlets

How does the Oracle E-Business Suite integrate with the Internet, and how can a customer build a company-specific portal (MyCompany com) that incorporates the Oracle E-Business Suite?

## Oracle Portal

Oracle Portal is Oracle's complete solution for building and deploying an enterprise information portal. Oracle Portal provides a common, integrated starting point for accessing all your data. Oracle Portal can expose content from various sources:

* repositories containing corporate information such as images, documents, spreadsheets, and presentations

* internal Web sites

* external Web sites such as those providing stock quotes and news information

* Web-enabled applications

* custom sources built with the Oracle Portal Development Kit

### Portlets

Oracle Portal includes a set of tools for building dynamic data-driven interface components called *portlets* that can be published easily to a portal. Even portlets created outside of your organization can be included in your portal. Portlets provide at-a-glance views of information from various sources both inside and outside of your corporate network. Oracle Portal provides simple self-service tools for creating portlets.

### Customizing Pages

Oracle Portal lets customers personalize the look of a page by selecting which portlets are displayed and where on the page they are placed. The same content can be personalized to suit individual or group preferences and requirements. If assigned the proper privileges, a user can even personalize pages that someone else created.

### Browser-Based Development

Oracle Portal offers customers a point-and-click interface for building custom portlets that integrate company-specific information with the E-Business Suite. Oracle Portal is rich with self-service publishing features that allow customers to add and edit items of different types, to create folders, to link to content, to design different styles and layouts, and to easily define powerful search categories. These same tools can be used for integrating third-party information such as news, leads, travel information, etc. And these tools can be used from a browser; no technical knowledge is required. Once content has been created, it can easily be made into a portlet and placed on any page.

Portlets can also be used to bridge the gap between existing Web applications and the Oracle Portal. For example, to provide access to an existing Web application through Oracle Portal, a customer could create several portlets that expose reasonable entry points into an application. These portlets could contain hyperlinks that enable users to drill down into the existing application from one or more portal pages. By

ORACLE
CONFIDENTIAL

NDCA-ORCL 106706

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

leveraging the capabilities of Oracle Portal, the existing application can be exposed without having to change it.

## Oracle Portal and the E-Business Suite

The common home page of the applications of the Oracle E-Business Suite leverages Oracle Portal. The suite comes with a set of customizable portlets that aggregate key business information. Each portlet supports further drill-down to specific screens of the application providing the data.

As an example, Oracle Sales products provide aggregated information such as opportunities won and lost, leads acquired within a selected period, and forecasts submitted. Oracle iStore provides portlet information relatinmg to orders captured, and the portlets of Oracle Contracts provide information directed to forecasting recurring revenue opportunities and potential leakage.

Each user can create a unique view by selecting predefined portlets from a list. A salesperson, for example, might include portlets that display top opportunities, win/loss analyses, approvals, and a calendar; whereas a marketing person would include portlets providing campaign information.

Oracle Portal provides the Oracle E-Business Suite with a single sign-on capability, whether information is accessed locally via the native Web interface or via wireless devices like WAP phones. Single sign-on is achieved via Oracle Portal's inherent integration with Oracle Login Server, which offers validation against any LDAP server.

# Integration: General

Although it has orchestrated the E-Business Suite to harmonize with other Oracle products, Oracle offers many options by which the suite may be integrated with legacy or third-party systems. As a traditional enterprise transforms itself into an e-business, it may need to build bridges between local or unrelated systems as the older systems are phased out. The E-Business Suite relies on a single business object layer, and Oracle Applications Interconnect (OAI) enables that layer to connect to legacy, local, and third-party systems (including SAP).

The business object layer can be called from PL/SQL or Java. In most cases, the layer is XML-enabled for both inbound and outbound transactions. Wherever it makes sense to do so, the suite adheres to the object standards of the Open Application Group.

Lastly, Oracle Advanced Queuing is growing in popularity as an effective way for applications to inter-operate: this guaranteed-delivery mechanism allows applications to insert data items in a queue for processing and other applications to extract items as appropriate and to process them as intended. Such queuing is more efficient than data transfer through tables and makes possible improvements in availability, accessibility, and ease of use. Oracle also supports a variety of interconnectivity products and protocols for legacy mainframe applications, enabling the E-Business Suite to pass LU6.2/APPC verbs.

ORACLE CONFIDENTIAL

NDCA-ORCL 106707

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER




*Oracle Customer RelationshipManagement White Paper*

# Standards

The need for quick global deployment of scalable e-business applications means that adherence to standards is more important now than it has ever been.

Multinationals that have deployed back-office systems understand the ERP trap: applications for order entry, for financials, for human resources, were implemented once in every country, then—typically—customized. Once a company was caught in this trap it found that its systems, skills, and processes could not scale to meet the needs of the enterprise. The fragmentation of IT operations meant, in a vicious circle, that standards were diminished in importance and were so perceived. Corporate presentations of standards often meant sets of colorful slides shown to multitudes of nodding heads and attentive stares . . . a bit like dogs watching TV. Any impact on IT staff and infrastructure tended to be minimal

Standards are now essential. Their role is to reduce complexity and to advance the ability to deploy and maintain the systems to which they pertain. Major companies around the world have found that competitive time has accelerated to Internet speed: they can no longer afford to be hobbled by aggregations of heterogeneous and incompatible products.

This compels our attention to a comparison of the kit approach with the suite approach. Kits of products will typically employ dozens or hundreds of methods and technologies each of which was once intended to serve as a standard but now finds itself yoked to others that are often unrelated and sometimes irreconcilable. Work on a product kit will typically try first to standardize the user interface, so as to convey to prospects the impression of a pervasive unity  The Oracle E-Business Suite, by contrast, has been built from the ground up to use consistent standards applying specifically to:

- the database schema
- coding, notably for SQL, APIs, and Java—including Java Server Pages and Business Components for Java
- user interface and usability
- performance
- workflows, alerts, and processes, with regard to the area of implementation of their functionality: whether a) within the transactional system, a data warehouse, or a business-intelligence technology, b) within functionality for the client side, for mid-tier servers, or for the database
- translations
- installation, upgrades, and maintenance

Suite is to finished goods as kit is to parts and labor.

ORACLE
CONFIDENTIAL

**NDCA-ORCL 106708**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**

# Oracle Platinum

Oracle Platinum is a prepackaged e-business environment that can be accessed online or via distributed CDs. Available on major platforms including Sun Solaris and HP-UX (and forthcoming on Windows NT). Platinum's purpose is to simplify and expedite the installation and stabilization of Oracle e-business applications. It is patched at short intervals to ensure that it is never more than a few weeks behind code levels current within Oracle development and that it corresponds to the software that Oracle itself is using.

Because Platinum is built using only production code and patches released to MetaLink, the environment it provides could be constructed by customers using traditional procedures. A complete history detailing the steps taken to build it is provided with each version; the history specifies every patch applied and in what order. No *ad hoc* SQL or special procedure is used to tweak the environment to solve known problems. Oracle insists on officially released patches to resolve any issues.

Platinum allows customers to employ a fully patched release of the Oracle e-business applications without having to spend the time, money, and effort required to patch and stabilize their environments on their own. Literally within hours, Platinum can be installed on top of the current base release of the Oracle E-Business Suite.

Customers may choose among several databases contained by Platinum:

- An empty install. this database contains no setup.
- A Vision install: this database contains Oracle's Vision demo setups.
- An Oracle install: this database contains the setups that Oracle uses to run its own business
- An NLS install, which contains configurations that enable users to support operations in two to seven of Oracle's tier-1 languages (U.S English, Brazilian Portuguese, Dutch, French, German, Italian, Spanish) or in Japanese.

Platinum is a mechanism of high importance for rapid installation and stabilization of fresh instances on the latest code levels of the E-Business Suite. In effect a complete code replacement, it is not to be used for upgrades and is not itself subject to upgrades, though it is frequently replaced. Installations of Platinum take place on "single-node" configurations; i.e., the database servers and all accompanying servers (for applications, forms, reports, telephony, etc.) reside on a single machine. (However, Oracle provides utilities to support migration from single-node to multinode configurations.) Once Platinum is installed, the customer maintains and supports the environment just as if it were from a base release

ORACLE CONFIDENTIAL

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

# E-Squared: E-Business Environments

E-Squared is a set of hosting environments sourced from Oracle Platinum. These are accessible via the Web to Oracle Field Sales, Oracle Partners, Oracle University, and other internal Oracle lines of business; they are also accessible, via third-party implementations, to Oracle customers. For each class of users, Oracle has defined rules of engagement that help to define the available services, support, and infrastructure. These environments can facilitate implementations by customers; they allow users early access to the latest features and functionality for training and general experience, and they enable customers to exploit the competitive advantages of the Oracle e-business applications.

Oracle has designed E-Squared to provide or to support the following:

- implementation
- training
- sandboxes for applied technologists
- third-party system implementers
- testing

E-Squared is designed to host hundreds of instances

Here's the plan  the customer buys the Oracle E-Business Suite through Oracle's online store. Oracle e-mails the customer a URL that addresses an online set of instances, pre-installed, preconfigured, up to date and ready to go  The customer uses those instances to begin implementation of the suite. That is E-Squared. Once the implementation is complete, the customer can move the resulting instance to Oracle BOL or into the customer's own environment(s)

Both Oracle Consulting and third-party consultants will have access to E-Squared  Each E-Squared environment will contain three databases: one Vision install and two empty installs. The Vision install will enable an implementation to move into a CRP (conference-room pilot) in as little as five days. One of the empty installs can be used for development and user acceptance testing, the other for production. By managing all other activities, E-Squared allows consultants to focus on implementing complete business practices, data migration, and integration.



ORACLE CONFIDENTIAL

NDCA-ORCL 106710

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

# Key Industries

The Oracle CRM Suite is serviceable across a wide range of industries, including:

- aerospace and defense
- communications
- computer hardware and software
- consumer packaged goods
- education
- financial services
- government
- health care
- industrials
- leasing and renting
- media
- pharmaceuticals
- process manufacturing
- retail

Oracle takes the view that, the more generic business functionality it can embed and integrate in its product set, the more easily and more profitably customers will be able to use it. Functionality specific to one or a few industry sectors needs more circumspect treatment. But much more or less generic functionality is already substantiated in the CRM Suite. To take a few examples:

Trade management functionality, available as an option with Oracle Marketing Online, enables business-to-business-to-consumer marketing

Lease contracts, available as an option with Oracle Contracts, provides the asset and financial management tools necessary to manage a global leasing business

Collections, available as an option with Oracle TeleSales, integrates with Oracle Assets, Oracle Financials, and Oracle Installed Base to provide a complete call-center-based application for the collections process

Provisioning, available with Oracle Service for Communications, integrates with Oracle Installed Base, Oracle Order Management, and Oracle Workflow to coordinate the capture of network events, provisioning for them, then supporting the appropriate functions for customer care and service

Business functionality that is still more generic is provided by scripting, APIs, flexfields, and more.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 106711

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

# Partners

Software is sometimes like life. The more partners you have, the less significance each holds. Oracle's CRM Products Division takes a particular interest in a few product/distribution partners, each of which has enormous impact.

Cisco is the world's most successful exploiter of the Internet. Oracle CRM has standardized on CTI middleware from GeoTel Communications, which was acquired by Cisco in 1999. Reciprocally, Cisco has standardized on Oracle Contracts and Oracle applications for installed-base management. Oracle's partnership with Cisco means that, whereas a typical call center relies on hardware and software from a dozen or more vendors, an interaction center for the third millennium can implement its entire operation with support from only two vendors for software and infrastructure.

**Hewlett-Packard** has standardized on Oracle CRM products globally, while Oracle has standardized its CRM development on HP database servers. Moreover, all production data at Oracle resides on HP hardware. Oracle has invested heavily in HP equipment to promote its internal testing for performance, reliability, and scalability

**Lucent** partners with Oracle to support Oracle's billing process. Oracle has integrated Oracle TeleService and Receivables with what was originally the Keenan billing system; the company now stores billing detail within Oracle Receivables as well as in the customer master record. TeleService handles service requests, bill inquiries, and bill dispute and resolution. The Keenan system manages event collection, calculations, rating, and the calculation and printing of invoices.



ORACLE
CONFIDENTIAL

NDCA-ORCL 106712

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

# Oracle Undertakes . . .

Oracle offers three go-live options to purchasers of the E-Business Suite. All three cover the entire process between the purchase date and the production date. Each will result in a fixed-time, low-cost implementation.

### The 90-Day Option

Oracle affirms that the business of any purchaser of the E-Business Suite can go live on the suite within 90 days of purchase. This option does not cover data migration or integration with third-party systems, but it does cover setup procedures, performance issues, user acceptance testing, internationalization initiatives, and purchaser signoff standards. It includes most of the capabilities of the CRM Suite, and in particular the complete business flows defined.

### Other Options

As always, Oracle guarantees satisfaction with the implementation and use of the E-Business Suite if the purchaser chooses the traditional approach, which is to specify the additional or modified complete business flows, data migrations, and integrations desired and to contract for these to be performed in whole or in part by Oracle Consulting. The purchaser may of course retain other consultants, but Oracle then naturally qualifies its guarantee accordingly.

Customers interested specifically in Oracle Sales Online and Oracle iSupport may choose to subscribe for the use of these two products across the Internet as online services. The sales and support capabilities thus available are currently provided for use by Oracle customers on a global basis. For this option Oracle affirms that within five days the customer enterprise will be up and running on the services subscribed to.

In each of these three categories, we challenge every possible purchaser to begin the transition to e-business by selecting the fastest possible return on investment—limiting data migration and integrations in the first phases of implementation—not modifying the E-Business Suite but using its preconfigured capabilities and complete business flows. Doing so will provide customers a fast and straightforward path toward putting up the e-business table stakes: global product catalog and pricing, single customer records, and electronic processes for marketing, sales, and support.



ORACLE CONFIDENTIAL

NDCA-ORCL 106713

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

# From Functions to Complete Business Flows

## Introduction

A number of products in the marketplace provide functions needed by e-businesses. Each product automates a subset of a company's total business processes, and, with the help of systems integrators, can be made to work with products from other vendors. Choosing the best individual products in the market and using consultants to connect them is referred to as the "best of breed" approach to integrating functionality. It is, as an elephant was once described, a horse designed by committee.[*]

A company that wants to succeed as an e-business needs to identify its critical business processes, without regard for where processes cross organizational and functional boundaries, and then support those processes with applications that are equally unconstrained. Continuous and comprehensive business flows can be supported only by a suite of business applications that is integrated by design, built on a single database, and complete—business flows that automate and coordinate all lines of business marketing, sales, service, contracts, commerce, interaction centers, e-mail, financials, human resources, manufacturing, procurement, exchanges, order management, and support. Setting aside e-mail and exchange applications, conventional 20th-century companies could in theory have achieved complete business flows that were fully computerized. It's not clear that any company did, but if one or another succeeded it did so by virtue of a great deal of complex and expensive program integration. In the 21st century, the Internet obviates a large proportion of all such work, so it makes sense that all such business flows need now to be enabled for the Internet.

Only when all these software pieces exist and work together does it make sense to talk about complete business flows at an enterprise level. For example, it becomes possible to go beyond automating contracts—however important that step may be—to addressing capabilities such as automatic contract renewals, self-service renewals, ordering within a Web store, and negotiating customized contract elements.

### Complete Business Flows

Oracle uses complete business flows (CBFs) to identify the business processes required to support a comprehensive e-business strategy, one that provides a 360-degree view of the customer. Complete business flows are a keystone of Oracle's software development process, they serve to map critical business processes to applications and specific features, and to identify required integration points for E-Business Suite applications. They are incorporated into integration testing and flow demonstrations and are used to develop methods of implementation.

Complete business flows communicate the business challenges facing companies who want to transform themselves into e-businesses. Best-of-breed vendors can implement only islands of functionality—they cannot implement the broad business flows required by companies seeking to transition from the traditional fragmented and function-based approach to one that is integrated, comprehensive, and process-oriented.

<div align="right">

ORACLE
CONFIDENTIAL

</div>

---

[*] This statement was used to make a point about people, not horses and elephants. No animals were denigrated in the writing of this white paper.

NDCA-ORCL 106714

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



**Suite-Level Business Flow**

*The business flow at the highest level of the Oracle E-Business Suite comprises six process-oriented flows that span the entire enterprise (Figure 5).*



*Figure 5. E-Business Suite Business Flow*

**Process-Oriented Business Flows**

The process-oriented business flows are divided into two sets: Campaign → Cash (presales) and Problem → Resolution (postsales). Campaign → Cash includes Campaign → Lead, Opportunity → Quote, and Order → Compensation. Problem → Resolution includes Customer Inquiry → Entitlement, Service Request → Resolution, and Installed Base – Production Planning.

Figure 6 shows the *Campaign → Lead* flow. Process-oriented flows show the steps Oracle has defined for the flow and which E-Business Suite applications and modules need to be installed and implemented to support the flow. They also show which roles within the organization are involved at each step.



*Figure 6.  Campaign → Lead Business Flow*

ORACLE
CONFIDENTIAL

NDCA-ORCL 106715

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

## Responsibility-Based Business Flows

Responsibility-based business flows cover the activities and tasks associated with the various roles within the enterprise. They provide a channel-specific view. Figure 7 shows *Inbound Call → Lead*.



*Figure 7. Responsibility-Based Business Flow*

## Setting Up and Using the E-Business Suite with CBFs

Or some such, coming here, maybe

Include diagram showing *application* integration and flow, similar to CBF diagrams

Talk about setting up E-Business Suite to implement flows. (possible?)

ORACLE
CONFIDENTIAL

NDCA-ORCL 106716

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

## Defined Complete Business Flows

| |
|---|
| *Campaign → Cash* |
| *Campaign → Lead* |
| *Create and Execute Web Campaign* |
| *Create and Execute E-mail Campaign* |
| *Create and Execute Telemarketing Campaign* |
| *Create and Execute Marketing Event* |
| *Create and Execute Affiliate Web Campaign* |
| *Create and Execute Wave Campaigns* |
| *Create and Execute Trigger Campaign* |
| *Inbound Call → Lead* |
| *Lead → Opportunity* |
| *Lead → Opportunity (PRM)* |
| *Lead → Opportunity (Web)* |
| *Opportunity → Quote* |
| *Contract → Order* |
| *Sales Forecast → MRP* |
| *Opportunity → Configure* |
| *Configure → Quote* |
| *Configure → Quote (Web)* |
| *Order → Compensation* |
| *Order → Payment* |
| *B2C Walk-In → Order* |
| *B2B Register → Order* |
| *Sales Force Performance → Incentive Planning* |
| *Problem → Resolution* |
| *Customer Inquiry → Entitlement* |
| *Customer Inquiry → Customer Support* |
| *Customer Inquiry → Customer Support (Bill Adjustment)* |
| *Service Request → Resolution* |
| *Service Request → Depot* |
| *Service Request → Dispatch* |
| *Service Request → Warranty* |
| *Reverse Logistics for Defective Part* |
| *Self-Support → Return* |
| *Self-Support → Web Call-back* |
| *Web Request → Automated Response* |
| *E-mail Request → Automated Response* |
| *E-mail Request → Assisted Response* |
| *Service Contract → Repair Order* |
| *Transfer Service Request* |
| *Walk-In → Service Request* |
| *Installed Base – Production Planning* |
| *Automated Spares Replenishment* |
| *Installed Base Transfer and Update* |

ORACLE
CONFIDENTIAL

NDCA-ORCL 106717

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Suite vs. Kit, Flow vs. Function: An Example

Lead processing provides an example, in broad terms, of how complete business flows differ from function-based processing.

When—or even before—a product or service has been developed, the purpose of marketing is to drive demand for it. Marketing may set a price for the offering; it will normally design a promotional campaign, and the campaign will beget leads. Leads may originate at marketing events, by direct response, via telesales, through a company's primary Web site, with its direct or indirect sales force, or through its Web store (sometimes taking the form of abandoned shopping carts); or they may be automatically generated from installed-base data, as with some leads for product options, add-ons, and upgrades.

The next step, once a lead is captured, is to assign it. Consideration of agent skills, responsibilities, account and territory definitions, and availability helps to identify the sales or marketing agent most suited to the opportunity. Preferably at the same time, potential sales credit is assigned to the lead early Accounting for sales credits heightens the agent's motivation and reduces later administrative expense Once these processes are complete, the lead data are "in "

The data that come "out" are the basis for business intelligence. They will answer such questions as these: How many leads came in today? Of what value? Through what channels? How were they generated? To which agents or groups were they assigned? Are they sitting in a queue, aging? Does each lead generate a new customer ID? (If leads are not checked against established customers, redundant customer data may be created.) What proportion of leads are failing validation? Measured in terms of lead conversion, how effective is the current marketing campaign?

The more plentiful and reliable the data going in, the more plentiful and reliable the intelligence flowing out. And this process is cyclical, because sound business intelligence leads to more effective business practices, which produce more leads and more incoming data. Closing this loop is imperative for third-millennium businesses, and to do so requires working with a single global database and a single customer-facing global instance of an integrated software suite

The process of lead management is not inherently complex, but it requires thorough coordination of several applications, each oriented toward a distinct process. How would a company implement it using the "best of breed" approach? It would go buy the relevant products from (say) BEA Systems, BroadVision, E.piphany, Kana, PeopleSoft, Siebel, and Vignette, and would subscribe to Dun & Bradstreet data services. It would specify business rules customized for its own operation, and it would then contract with Implementation Business Mechanics to glue all these data and products together IBM would do its damnedest, identifying "key reference data" and tweaking the schema for one vendor's database to try to accommodate alien data from another, building an entire ecosystem around the various flora and fauna in the zoo

The result? A Frankenstein's monster of a lead-management system, implemented typically in 12 to 18 months for the first country and first language. To add a new product or service, the proud sponsor will often need to call the mechanics back in to disassemble and reglue. By the time the system is operational, new product versions will have issued from most of the vendors; now IBM must be summoned again to rip out the old liver and lungs of the creation and stitch in the new. The more money spent on parts and labor, the less value to the end result

And traditionally there has been no alternative! But now there is the Oracle E-Business Suite. True, the suite does not pose as the ultimate answer to the prayers of every businessman. Installed as issued, it is not going to operate exactly as customer X might wish But it will meet 80% or 90% of the full business needs of most enterprises For the remainder, each enterprise has two options: it can undertake to change

ORACLE
CONFIDENTIAL

NDCA-ORCL 106718

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

its traditional business processes—usually slightly—to conform to those embodied in the suite, and by doing so it can avail itself of the Oracle 90-day go-live option, with its fixed time, low cost, and implementation out of the box; or it can call in consultants from Oracle or elsewhere to customize the E-Business Suite to its needs, with the comfort of knowing that because it is beginning with a coordinated set of business applications it is more likely to emerge with one. In either case, the result will be a single global instance, usable in every country of the globe, in every major language, in every major currency. And adding new products or services—to Oracle Marketing Online, Sales Online, iMarketing, iStore, or TeleSales—requires only a single person, for a single weekend, with a simple set of profile screens



NDCA-ORCL 106719

CONFIDENTIAL–SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

# Oracle Eats its Own Dog Food

In late 1999, Larry Ellison integrated Oracle's IT staff with its development organization. The message was threefold: Oracle must build the applications it is going to use, must improve its development and implementation processes, and must use the applications it has built. Who better to deploy what Oracle has built than its builders? This integration we have affectionately named "eating our own dog food."

This diet has had a dramatic impact on the development process, the quality of the products developed is soaring. Why? Because before Oracle offers its products to customers, those products are being hosted and used by Oracle personnel. Shortcomings—whether they be bugs, missing functionality, performance issues, or data complexities—are identified and resolved at high speed.

Nor is this all. Traditionally, deployment environments have been too complex, driving up the labor and costs required to implement applications. Because Oracle now rolls out its own applications internally, the company has set "environmental simplification" as a goal. Oracle development is responsible for the complexity of the environment; now that development must execute internal rollouts, it must deal up front with that complexity, and it is strongly motivated to simplify. (As an additional incentive, Larry decreed that each dollar saved on IT infrastructure would be redirected to development.) One consequence is that Oracle now maintains a single code line for traditional CD-based implementations and for services the company hosts online. Another is that major releases are being brought to market much more rapidly: a typical product cycle at Oracle used to cover 18 months; this has now been compressed to 4

The need to drive performance has led to insights into effective machine configuration. Oracle has discovered that large database servers and smaller but more abundant mid-tier servers constitute more effective topologies for most business applications. Future Oracle products and configurations will increasingly reflect this recognition. Performance considerations have also highlighted the importance of caching technology; as a result, the company is adding a lookahead-cache option to its technology stack. This option will allow frequent regeneration of the entire customer-facing application, enabling near-instantaneous displays.

Oracle's transformation into an E-Business has saved Oracle two billion dollars and has improved the company's operating margin from 20% to 40%. The company is now working on the third billion. Most of these savings come from Oracle's use of its own products to run its internal business applications. Here are some of the ways in which that money has been saved

<div align="right">

ORACLE
CONFIDENTIAL

</div>

## . . . by using Oracle Contracts

For Oracle, first-year licenses, first-year support, and support renewals constitute a multibillion annual business. To handle this business, Oracle has deployed Oracle Contracts globally for two of its three lines of business—sales and support. Consulting, the third, will follow in Oracle's fiscal 2002. At the current level of business, Oracle Contracts enables a renewal rate of 98%; this is achieved using a staff of 200 contract administrators, which the company expects to reduce by more than 80% through the use of auto-invoicing, autorenewals, and self-service renewals

Among many sophisticated features of Oracle contracts is one that enables an administrator to merge multiple contracts, reconciling net present values, refunds, and other stipulations into one umbrella contract. Between any two large companies there may easily be 50 or more different contracts—sometimes hundreds. For administrative purposes, it is desirable to arrange for the cotermination and

NDCA-ORCL 106720

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



reconciliation of as many as possible into one or a few; but this must be done with some care. Suppose that between vendor V and customer C there is an existing one-year contract valued at $20,000 and terminating on December 31st; the customer now wishes to enter into a contract of equal length and value that terminates on August 31st. The customer pays in advance on each contract. How does vendor V merge and coterminate the two contracts without impacting the incoming cash flow? Such issues are not only delicate but crucial, because the resulting contract becomes the single source of truth relating to obligations between the contracting parties.

Oracle Contracts provides support for the establishment and enforcement of business rules to govern such operations It also supports authoring of terms and conditions, combats leakage through non-renewals, and supports the enforcement of entitlements. These are a few of its many business benefits.

## . . . by using Oracle Incentive Compensation

Paying sales, service, or consulting staff can be an extremely complex proposition. It may involve multiple internal organizations that control how staff are compensated; it may be directed by a range of complex rules. Even allocating credit for a single order can be complicated sales credit assignments, whether manual or automated, may be influenced by considerations of territories, assignments, splits, and so on

Of all the CRM modules and complete business flows, this is among the most fascinating Incentive plans sometimes compensate sales teams two, three, or four times over for a single sale. Evaluations of compensation plans are sometimes led by those who have the most invested in those plans—those who proliferate multipayments and control (and theoretically optimize) how leads and sales credits are allocated

Oracle Incentive Compensation allows customers to rationalize their compensation strategies It enables users to auto-assign sales credits, to manage hierarchies, plans, and disputes, and to set up flexible and open plans and engines that allow them to view their own projected compensation

## . . . by using Oracle Installed Base

Oracle today is running on its own installed-base software The company can track not only what items customers have purchased but the exact status of each of those items, as ordered, shipped, deployed, and maintained.

The installed-base software affords two views, Oracle's and the customer's The customer can revise the installed-base records to reconcile them with its actual inventory, such revisions being subject to review and approval from Oracle. This method takes advantage of the fact that nobody understands the customer's configuration more reliably than the customer, and that nobody is more motivated to keep the records up to date

Reliable records of the customer's installed base ensure the accuracy of many related items and processes

- level of support
- support renewals

ORACLE CONFIDENTIAL

NDCA-ORCL 106721

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

- call routing
- upgrade information
- marketing collateral
- product announcements

... and so forth.

## ... by using Oracle Marketing Online

Oracle has completed a global implementation of Oracle Marketing Online, which in the spring quarter of 2001 will support more than 900 internal users, more than 1690 marketing programs, and more than 930 events—at Oracle headquarters and in 58 countries, using a single global instance of Oracle 8i on a 168-hours-per-week basis. The OMO implementation supports multiple marketing units, spanning multiple time zones and using multiple languages and currencies. Many of the events Oracle hosts are now Web-based "e-events", during which people can communicate in groups without needing to be physically in the same place.

Oracle is using the following OMO capabilities: campaign management and execution, budget allocation, monitoring, and reconciliation. Sophisticated workflow and approval systems ensure that campaign dollars are spent effectively; an online "checkbook" enables managers to review key budget indicators including total funds, remaining funds, funds committed, and funds spent. Oracle will soon begin using OMO to set up its product catalog, prices, pricing rules, and promotions.

Campaign management is a critical area in which development is continuous. OMO features support for campaign authoring and budgeting; it enables the management of contacts and lists as centralized, even for the largest corporate customers, in a single database. It also allows users in a single location to execute global definitions of prices and products before distributing such information to ERP or legacy systems.

Oracle's campaigns are prepared in each of seven languages and are then executed globally; they are coordinated across multiple channels, including e-mail, direct mail, call centers, and the Web. Oracle management in each country has the authority to spend as much as the budget allocated. Oracle's marketing effort remains centralized in the sense that campaigns can be distributed globally, on demand, or retracted on the basis of a decision at headquarters. However, such decisions are made on the basis of business intelligence, not of arbitrary impulse.

Oracle also uses OMO for lead management. This encompasses decisions as to budgeting for direct mailings, for print advertising, and for online awareness. The product supports worldwide assignment of leads as among accounts, territories, channels, and sales reps. And it includes functionality for the assessment of the effectiveness of lead generation initiatives.

Currently, Oracle can do real-time monitoring of the effectiveness of press releases and marketing campaigns, using "landing pads"—Web pages to which respondents are directed. OMO provides for user review of the effectiveness of any campaign, whether that effectiveness is measured in prospect awareness or in lead generation. Costs, revenues, and ROI can be measured for campaigns and events. All Web-related activity goes through a central location on Oracle.com; Oracle asks consumers to fill in a standard set of information and go through a registration process before encouraging them to move forward.

ORACLE
CONFIDENTIAL

NDCA-ORCL 106722

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



The ultimate in campaign effectiveness is the ability to drill down from a campaign code and see what booked orders resulted from the associated marketing expenditure. Oracle will implement that ability in the near future.

Global list management and a single global contact database are next.

## . . . by using Oracle Sales Online

Oracle employs more than 7,000 direct sales representatives in 60 countries and in seven global business units. All Oracle sales reps are using Oracle Sales Online for customer management, pipeline management, forecasting, and external financial reporting. Sales Online further enhances sales-rep productivity by functionality for calendaring, events, to-dos, and task management, and the application provides a portal through which the reps access other systems they need in order to manage their business.

Oracle's financial organization also uses this application to prepare reports for management and for analyst calls. The company does business in 25 local currencies, with one reporting currency (U.S. dollars). After e-mail, Sales Online is the most-used application at Oracle.

Sales automation can be segmented into three parts: data in, data out, and process automation. Sales reps, management, and executives enter deal information in real time from all around the world, using an interface that requires no user training. Data out are the basis for business intelligence, allowing analysis of where leads are coming from .     from Oracle.com, via direct response, from the field, from partners, from responses to press releases; such intelligence should enable users to assess and adjust, in real time, the effectiveness of their marketing dollars.

Process automation enables choreography of the sales process. Users can plan and coordinate sales initiatives spanning a wide spectrum—e-mail blasts, online demos and marketing, telephone numbers to reach call-center agents, online collateral and fulfillment of proposals, online references—all working together to move the sales cycle forward, electronically and at low cost. And these are buttressed by quoting, discounting, and order entry through the Oracle Web Store.

## . . . by using Oracle TeleMarketing and TeleSales

Today Oracle TeleSales is used by 1,000 Oracle agents to automate telemarketing, telesales, and direct response functions in Canada, all Latin American countries, operations for the U.S. federal government, and all the United States: everywhere from Hudson Bay to Tierra del Fuego. Accounting for more than $1 billion in annual Oracle revenues, these call centers constitute the largest direct-response operation in the Americas.

Oracle TeleSales gives agents lead management, opportunity management, universal work queues, and quoting/ordering. The importance of the central goal, to maximize agent productivity, is underscored by rapid staff turnover: in highly productive call centers the average life span of a telemarketing or telesales agent approximates 16 months. Given the volumes of calls coming in to these revenue centers, how many calls can be directed to an agent? How can calls for which the responses require special training be routed reliably to qualified agents?

ORACLE
CONFIDENTIAL

NDCA-ORCL 106723

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



Collateral fulfillment and event registration are also conducted through these centers. The level of business integration required is high: a lead comes in from Oracle.com, from a seminar, or from a field sales agent; before it can be assigned to an agent from the Internet Sales Division (iSD), the most appropriate agent must be selected on the basis of the agent's skills, quota, workload, and territory assignment. Once the lead has been assigned, the agent may need to prioritize the work in the agent's "in" queue. Then, as appropriate, the agent must call the prospect, persuade the prospect, and close the deal. This process, as it moves forward, is attended by administrative responsibilities: providing pipeline reports, forecasts, quoting, compensation, etc. Oracle TeleSales and Telemarketing enable users to track sales teams, purchase interests, contacts, obstacles, quotes, order information, notes, interaction histories, and more.

An outstanding feature of these applications is their support for Web-mediated demos. Using the Web to demonstrate new products is far less expensive than thousand-mile plane flights to customer locations. It can be done on demand, often completely automatically; and, when staff involvement is essential, the ability to demo over the Web make it much easier to suit the appropriate staff skill sets to the most important sales opportunities.

The next step in Oracle's use of the Oracle TeleMarketing and TeleSales products is to extend them to cover the remaining geographical areas, EMEA and APAC, with all the major languages required to do so.

## . . . by using Oracle iStore

Deployments of online stores can usefully be segmented into four phases:

Phase 1—Implementation of basic functionality: handling of walk-ins, repeat purchasing, registration, order status, pricing, taxation, shipping charges, credit cards, static content (ads, promotions, descriptions), and a process that stops with order taking, not extending to order fulfillment.

Phase 2—Implementation of all remaining functionality, including fully dynamic content, advanced pricing, product configuration, payment, available to promise, order fulfillment, accounts-receivable processing.

Phase 3—Extending full functionality to embrace all products.

**ORACLE CONFIDENTIAL**

Phase 4—Doing this globally.

Let's examine these four phases:

**Phase 1**—This extends only to the most basic processing, supporting basic products without configuration, availability to promise, related items, and perhaps dynamic promotions and content descriptions. Pricing and discounting are basic, with one price per item and with discounting at a given percentage or on a sliding scale. Support may or may not be present for taxation and other dynamic charges, e.g., shipping. The Phase-1 process stops at order taking. Back-office processes are not implemented, and functions supported are narrowly constrained to ensure 99.99% uptime for order taking. Payment support may extend to simple collection of a credit-card or purchase-order number, but payments are not processed. At some point the order must be fulfilled.

**Phase 2**—Complete functionality. This is very difficult to achieve, and it is safe to say that no e-business has yet attained this goal. It will mean:

- dynamic content, extending to promotions, production descriptions, and personalization

NDCA-ORCL 106724

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER



*Oracle Customer RelationshipManagement White Paper*

- advanced pricing rules
- product configuration
- taxation
- shipping and freight
- real-time payment processing
- integration with contracts, terms, negotiations
- approvals
- order history, tracking
- full product catalog

**Phase 3**—Phases 1 and 2 are categorized according to product type: license, support, renewal, education, books, consulting, specialty contracts, etc

**Phase 4**—Phase 3 undergoes global rollout, across all countries, all major languages, all major currencies, all tax rules (within reason), all shipping and freight carriers and charges, all order-fulfillment systems, and all financial systems.

Oracle's Web store uses the Oracle iStore product. The corporate target is to drive its Web-store revenues to 80% of all revenues accrued online. Product lines that are eligible to recognize revenues through the Web store are Consulting, Education, Licenses, and Support.

To reach this goal, Oracle must provide:

- a global price list
- a standard license contract
- standard terms to be negotiated
- partner agreements
- bulk agreements for independent service vendors
- education "burn-down" agreements (which provide for a composite total of education hours to be decremented gradually)
- support for existing terms within custom agreements
- price overrides
- off-schedule discounts of various kinds:
  - one-time discounts
  - price holds
  - volume discounts
  - contractual discounts for major customers
- support for:
  - old price lists
  - support renewals
  - nonpackaged consulting needs
- a self-service interface governed by a set of digital rules

ORACLE CONFIDENTIAL

This is clearly a complex undertaking. Oracle hopes to reach this goal in the spring of 2002.

NDCA-ORCL 106725

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

## . . . by using Oracle iSupport

iSupport is Oracle's application to support self-service for businesses; its purpose is to replace MetaLink.

Oracle receives over 1.2 million support calls per month, at a cost of $60 per call. iSupport is expected to reduce this expense by as much as 40%. The prospective savings fall into four categories

**Knowledge Management.** iSupport enables Oracle's customers to search knowledge bases for problems like their own in order to identify probable solutions; the knowledge-base repository is accessible alike to businesses, teleservice agents, and the application developers responsible for the pertinent products and resolutions. Continued use and updating of the knowledge base means that it is continually augmented and refined, thus increasing in value for all the parties that need to use it.

**Call Avoidance.** Businesses can maintain their address, contact, and installed-base data through iSupport This means that they can now be sure—for the first time—that such data are correct; and they are no longer required to deal with a human agent except in extraordinary circumstances. The cost to Oracle of automated support is tiny compared to that of human support.

**Service Request Management.** iSupport also enables customers to log and update service requests, check the statuses of those SRs, escalate problems (in certain circumstances), and receive SR resolutions across the Internet. For Oracle's customers, as for Oracle itself, the cost savings and operational benefits are potentially huge. iSupport further provides support for threaded discussions and online forums, making it easy for customers to access useful information such as valid product configurations.

**Data Library.** iSupport allows customers to become their own data librarians In addition to maintaining customer-specific information and installed-base data, customers can review online postings about product updates and collateral and can select such updates and information as they are interested in


ORACLE CONFIDENTIAL

Printed 02/06/2001 01 29 PM        Copyright Oracle Corporation 2001

NDCA-ORCL 106726

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER




# Analyst References

"Customers are tired of doing the integration, once they have alternatives they will choose integrated suites for e-CRM over best-of-breed providers. . . . Point solutions for e-sales, e-marketing, e-service, e-commerce, and content have had a great run, but by early 2001, enterprises will sacrifice functionality for the benefits of integrated e-CRM offerings."

**Gartner Group, "Management Update: The Future of E-Service is E-CRM," June 28, 2000**

"There is no better integration method than designing the entire application suite to work together to begin with, and here Oracle has a huge head start on the industry. Oracle E-Business Suite 11i gives users an unprecedented breadth of functionality without the messy integration challenges associated with best-of-breed approaches."

**Hurwitz Group, "Oracle Analyst Summit Sends Consistent Message," December 8, 2000**

"No longer are there boundaries between a direct sales force and an electronic store. In fact, the electronic store becomes another tool for the sales rep to use. Arbitrary lines between sales, order management, and payroll are also erased. The bottom line is that reps will focus on selling instead of creating personal spreadsheets to make sure they get paid correctly. This level of CRM permeates throughout Oracle 11i, seamlessly blending enterprise-wide information. As much as 80% of Oracle's CRM sales are to new customers. This indicates the vitality of its enterprise-wide story. But Oracle is winning standalone CRM deals as well. With CRM 11i, Oracle leaves an ugly adolescence behind as it matures into a highly competitive market force."

**AMR Research, "Oracle CRM Underscores Advantages of Integrated Front and Back Offices," September 5, 2000**

"'One network, one data model' was the descriptive mantra for the new release that includes a full suite of ERP, CRM, and SCM applications, integrated from the outset and utilizing one data model. By doing this, Oracle allows the enterprise to make decisions on who owns the data, not the application providers
. . .

In August 2000, Oracle deployed its sales force automation application, Oraclesalesonline.com, as a free service over the Web. The traction has been staggeringly successful. Oracle boasts 150,000 users, 10,000 companies, and a global reach of over 100 countries. This is even more noteworthy given the fact that marketing spend for the release totaled a whopping zero dollars. And, to drive the message home even more convincingly, Oracle is able to back up this success with its own deployment of the technology for its global direct sales force of over 7,000 reps. . . .

Oracle is able to make the argument more compelling by referencing its own financial milestones. In 2000, it saved a billion dollars by using its own product suite. As it continues to refine its own implementation, it has earmarked a second billion for 2001 and a third for 2002. Oracle exemplifies its own best practices in terms of refining and enhancing application deployment with the specific business goals in mind . .

Oracle has already demonstrated successful penetration of the midmarket. The latest version of 11i will serve to further solidify its competitive advantage."

<div align="right">

**ORACLE
CONFIDENTIAL**

</div>

**NDCA-ORCL 106727**

**CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER**



*Oracle Customer Relationship Management White Paper*

Hurwitz Group, "The Hurwitz Trend Watch: Oracle AppsWorld 2001", March 1, 2001

"Despite Oracle's stated strategy of focusing solely on suites, R11i of Configurator/Advanced Pricing provides BOB capability . . . Users believe the tight integration with the data schema (e.g., native storage of configuration instances) and access from other Oracle applications, such as Oracle iStore, Oracle TeleSales and Oracle Order Management, would be difficult to obtain by external configuration vendors. . . .

Oracle Configurator Developer, the back-end administration environment for maintaining configuration rules and model structures, is flexible and provides good organization facilities for rules and model definitions. . . . The Oracle Advanced Pricing module is a significant advantage for Oracle, because there are currently only five vendors providing pricing configuration functionality . . . With its 11i release, Oracle has increased the functionality, integration and scalability of its sales configuration capabilities. In combination with its strong vendor viability, this release positions Oracle as a challenger for sales configuration leadership."

Gartner Group, "Research Note. Oracle Closing the Gap on Sales Configuration Competitors," March 5, 2001

ORACLE
CONFIDENTIAL

Printed 02/06/2001 01 29 PM        Copyright Oracle Corporation 2001

NDCA-ORCL 106728

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER