# EXHIBIT 156

ORACLE PRESENTATION

1

2

3    Q    Okay.  It's a pleasure to welcome Oracle

4    Corporation to our conference.  We have with us today

5    from the company Andy Sanderson, EVP of Product Industry

6    Sales Division & Consulting.

7         The rest of the management I believe is over in

8    Europe right now at the Applications User Conference.

9    We also have Stephanie Aas, Senior Director of

10   Investor Relations, up here with us.

11   A    This is a big week for us.  We have what we

12   call Oracle Applications World.  It's this week in

13   Paris.  And then Larry's over there for that and a number

14   of our developer -- heads of development.  And then next

15   week we're in New Orleans having our conference there,

16   the America's version of that.

17        I -- just to touch on my responsibilities.  I've

18   spoken at a number of these events, but I think it's

19   worthwhile just giving you a sense -- since I may be a

20   new face to some of you.  I have responsibility probably

21   for four things at Oracle.

22        One of them is all our products industries.  So

23   our discrete and process manufacturing, retail industries

24   are my responsibility.  That includes automotive, A & D,

25   high tech, in the discrete side.

REASON REPORTING

**ORCL 0122947**

**NDCA-ORCL 03281**
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1



Δ π EXHIBIT 2.7
Deponent Sanderson
Date 7/26/06 Rptr. KG
WWW.DEPOBOOK.COM

1       I also have global responsibility for

2  consulting.  And some interesting things going on in that

3  regard which I'll tell you about as well briefly while I

4  speak.

5       I also have Latin America, which is more out of

6  an area of personal interest, having lived there when I

7  was a kid.  And that responsibility.

8       And finally really have been driving a lot of

9  the B to B initiative for Oracle in the marketplace.

10       And so, for example, a number of the key

11  exchanges, Covis and GNC, RMX, those all fall into my

12  space.  Where we're working with the automotive

13  companies.  Sears, Carcor, Chevron, the claims division

14  of Wal-Mart, those kinds of things.  So that all falls

15  into my space as well.  So a little bit of the

16  background.

17       Another thing, I've been at Oracle about six

18  years.  And I don't normally point that out, but I'm

19  actually one of the junior members in that regard, tenure

20  of the management team, even though I think I run about

21  25 percent of the business.  Because when you look at it

22  below Larry, the average tenure of the management team is

23  ten years.  So I'm just a junior guy, being there six

24  years at Oracle.  So that gives you a sense of how long

25  we've been around as a management team.

REASON REPORTING

ORCL 0122948
NDCA-ORCL 03282
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

2

1    What I want to do is give you an overview about
2    three things.  A little bit about the numbers, which you
3    might find interesting.
4        Secondly, talk to you about our applications
5    business and give you a perspective on that.
6        And then talk to you about B to B and our
7    technology business.
8        Here's the Safe Harbor Act.  I'm not going to
9    take time to read it, but I'm sure you're all familiar
10   with it.
11       Just to give you an update on our financial
12   performance.  Our Q2, which ended in November -- we're on
13   a June 1 fiscal year.  In November, you can see what the
14   revenue was.  And then our net income continues to grow
15   substantially as we have been transforming Oracle into an
16   e-business; and I'll tell you more about that in a
17   minute.
18       Operating margin, this is an area in part
19   because we're transforming ourselves into an E-business,
20   leveraging our e-business applications, and have been
21   very successful in that regard in our business.  We've
22   been able to really take cost out of our business and
23   become much more efficient.  And as you can see, we're
24   sitting here at about 35-1/2 percent in the quarter
25   versus what we did about a year ago.  So close to 11

ORCL 0122949
NDCA-ORCL 03283
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

3

1    point improvement.

2        You can see here that our database business, 19

3    percent growth, and then our applications license

4    business was 66 percent.

5        On a rolling four-quarter basis, I think the key

6    numbers here, as you can see, is that we've continued to

7    drive the -- our net income both in actual dollars and

8    our operating margin.  We're now at a 35 percent

9    operating margin.  Our target is 40.  Time frame for

10   achieving that is by year to end of this fiscal year to about --

11   I'm sorry, in the next six months, maybe the end of this

12   fiscal year, which would be May 31st, or by the end of

13   the calendar year.

14       So some time in that time we hope to get to the

15   40 percent, and you can see we're well on our way.

16       Database growth, 21 percent on a rolling

17   four-quarter basis, and our applications license, 54

18   percent.

19       Where are we getting the growth in our

20   business?

21       We -- clearly in the United States where we've

22   had about 34 percent growth in our business.  Europe is

23   strong as well where we've been driving about 30

24   percent.  Continued demand for database in Europe.  And

25   also now that we really have a strong answer around the

ORCL 0122950
NDCA-ORCL 03284
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

4

Euro, the localized requirements in Europe, we've been able to drive fairly significant growth there as well.

I think now -- and I may -- I think our applications are written in 23 different languages. So not only do we have, you know, for example, an E-Business Suite, which I'll tell you more about. But it's basically ERP and CRM all integrated together. But it's written in 23 different languages, including Spanish Spanish and Latin American Spanish, Portugal Portuguese and Brazilian Portuguese, as being four different languages. But we also have taken care of the localization requirements of all these countries around the world as well. So fiduciary requirements that are in these countries, we've addressed that as well. So that's been very appealing to Asia-Pac. I'm sorry, Asia-Pac 30 percent growth, I misquoted that, and then AMEA 17 percent growth. So nice growth around the world.

I think this is the story that a lot of people focus on. It's the one that I share with customers. It is probably one of the biggest things that opens the door for Oracle when any of the -- any of us executives go in and speak with the customer. It's also the kind of thing that's giving us great access to senior managers and customers when they want to know more about the story.

When you can put these kind of numbers up

REASON REPORTING

ORCL 0122951

NDCA-ORCL 03285          5
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1       that -- it's excellent margin improvement across the

2       board, but when you look at the last four quarters that

3       we've been able to drive ten points of improvement in

4       operating margin, they want to understand the Oracle

5       story. So it's been a very significant story for us.

6               So let me tell you a little bit about how we got

7       there.

8               This is -- what I want to talk to you about is

9       the Best of Breed versus the Integrated Solution.

10              And we've opted to take the Integrated Solution

11      strategy. But let me talk to you a little bit about Best

12      of Breed.

13              In Best of Breed you look at the different

14      solutions or areas that you need to address within a

15      company. And as you see, here's marketing, sales and

16      service and financials and supply chain. Even exchanges

17      that have to be addressed.

18              And what a lot of companies have historically

19      done is they've gone out there and selected the Best of

20      Breed solution to meet their needs. And one of the

21      reasons they did that is they didn't have a choice.

22      That's what they did.

23              And then they had the challenge of getting all

24      these different applications to work together. They had

25      different technologies. You know, for example, different

ORCL 0122952
NDCA-ORCL 03286          6
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    database, different tools, different architectures in the

2    way it was done.  Each of them have their own customer

3    schema or own products -- customer database, product

4    database.  So companies are trying to fit all that

5    together.  And that was the choice that they had.

6              But one of the challenges that companies have

7    faced in this with this Best of Breed solution is that a

8    number that seems to be about right, every time we test

9    it, is about 40 percent of a company's IT budget is being

10   spent on integration of applications and legacy systems.

11             And so that is actually one of the ways that we

12   truly have been able to save costs at Oracle and drive

13   the kind of operating margins that we have, because we

14   haven't had to deal with this interfacing among these

15   different Best of Breed solutions.

16             Because even after the interfacing and getting

17   them all working together, you still oftentimes have to

18   create, for example, a data warehouse to take the

19   different pieces of information and try to put it all in

20   one place.

21             We've also seen that this chip solution or Best

22   of Breed solution is what we sometimes refer to as the

23   gift that keeps on giving.  Because once you have gotten

24   this all interfaced together and working together, it

25   works until one of these vendors changes their product.

REASON REPORTING

ORCL 0122953
NDCA-ORCL 03287
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

7

1    And then it's now the obligation of the customer to go

2    back and do the maintenance to try to get that

3    interfacing back so that it's working.  And that's a

4    constant demand on the customer that they have to take

5    care of.

6         Again, this is what contributes in part to the

7    40 percent cost that they've got.

8         It ends up taking too long to implement.  And

9    candidly, you know, we are trying at Oracle leading into

10   the E-Business Suite is that we want to get our ratios --

11   our target is to get our ratios down between license and

12   consulting, whether it's our consulting or one of the

13   system integrators' consulting, to a two-to-one ratio.

14   So for every dollar of license, it's $2 of consulting.

15   And we've achieved significant success there.

16        For example, in the general business space, the

17   mid-market space, where we've had a number of rapid

18   implementation programs, we've actually been able to get

19   down to less than a dollar for consulting for every

20   dollar of license.  And so this is a significant benefit.

21        It's counter to, for example, to IBM's strategy,

22   IBM Global Services' strategy, where Gerzner has publicly

23   announced that for every dollar of license, customers

24   should plan on spending 4 to $7 in consulting.

25        We think that's wrong.

REASON REPORTING

ORCL 0122954
NDCA-ORCL 03288
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

8

1    One of the missions, for example, within Oracle
2    Consulting and working with our partners is to make
3    Oracle successful, not the consulting business
4    successful. And in fact, as you look at our numbers --
5    and in consulting we're forecasting this year that we'll
6    be somewhere about zero to 5 percent growth.
7         And you can really attribute that to two
8    factors. One is that we're doing everything we can to
9    increase the implementation of our applications. And
10   secondly, leveraging partners more, which has been
11   something that we've really needed to do.
12        So we really have been successful there.
13        But here is the issues that you see around the
14   Best of Breed solution. It's -- it was up until recently
15   the only choice that customers had. It's expensive.
16   It's about -- it drives about 40 percent of a customer's
17   IT budget. That they can have now discretion if they
18   didn't spend that on either dropping that to the bottom
19   line or investing elsewhere. It takes a long time to
20   implement. It's the IBM model. And it's also, as I
21   said, it's the gift that keeps on giving.
22        Let me just give you a quick example of that in
23   the E-Business Suite kit. Here's an example. And it's
24   just a real simple example.
25        But in a marketing solution, for example, if a

REASON REPORTING

ORCL 0122955
NDCA-ORCL 03289
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

9

1  customer was using Epiphany, they would have to capture

2  this kind of information around just say a customer.  If

3  it's a sales solution, there's other information that you

4  would want to capture in there.  Some cases the same

5  information that's captured differently.  And then other

6  cases it's new information.  And then if it's a service

7  application, there's additional information that has to

8  be captured.  In some cases redundant, in some cases

9  different.

10       So now this is where the data warehousing starts

11  to come in where companies that take this Best of Breed

12  approach have to build these data warehouses and maintain

13  them over time as each of those vendors changes their

14  product to keep it up to date.

15       It even becomes more compounded when you think

16  about that these implementations that have to take place

17  oftentimes, particularly in a client server environment,

18  we're talking about in a large company it's not unusual

19  to do 30 implementations around the world.  And the way

20  that Europe -- you don't think about Europe.  The way

21  that France implements and what they want in their

22  solution, their "requirement" is different than Germany,

23  different than U.K., different than Hungary, different

24  than the United States, different than Brazil.

25       And so what you end up doing with this Best of

ORCL 0122956
NDCA-ORCL 03290        10
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   breed solution, which is already very complicated, it now
2   gets multiplied by a significant factor because you're
3   having to implement these applications all over the
4   world.
5       You know, no wonder the CIO life span tends to
6   be very short.  And no wonder do you see CIOs out there
7   constantly having to ask for more budget in order to
8   implement and operate their -- the IT systems in a
9   company.
10      The notion that we have at Oracle is to spend
11  less and get more.  Get more by spending less.
12      And how we've done it is we've built the
13  E-Business Suite.  And the E-Business Suite as you can
14  see where there's marketing, sales and service.  All of
15  these that -- they're all Oracle-based solutions.  Common
16  architecture, common technology, and a common single view
17  of the customer.
18      We have a single-customer database, whether that
19  customer is a business or a consumer.  And whether you
20  touch that customer through creating a lead with that
21  customer in marketing, selling to them within sales,
22  servicing them in the after market.  Whether you're
23  touching them there.  Whether you're touching them
24  through once you've taken the order, through orders that
25  once you capture that order, that that impacts your

1  manufacturing, if it's available to promise, for example?
2  That impacts supply chain.  That impacts manufacturing.
3  That impacts logistics.  It impacts collecting the money
4  from the customer.
5      All of that, all of that integration that's
6  built in.  That 40 percent factor that the customer has,
7  40 percent of their IT budget can be dramatically
8  impacted by leveraging the Oracle E-Business Suite.
9      The notion of the Suite isn't a new notion.  If
10 you think about some of the analogs out there, when you
11 go out and buy a PowerPoint presentation or a
12 presentation, we don't think about what one we're going
13 to get.  We all buy Microsoft Office.  Whether it's
14 Spreadsheet, whatever it is we're using, we just select
15 the Microsoft Office.
16     When it comes to -- I remember in the early days
17 in my business that I was at a customer where they would
18 select a different customer for accounts payable and a
19 different customer for general ledger just to make the
20 point.
21     But then it quickly moved to customers making
22 decisions around financials.  And now the decision is
23 that you see customers making decisions around ERP.  CRM
24 is the next thing.  And what we're seeing is that
25 customers aren't making decisions now just around sales

REASON REPORTING

ORCL 0122958
NDCA-ORCL 03292
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

12

1    automation.  What they're making decisions around are
2    sales automation, service, marketing and, oh, by the way,
3    I want to have an integrated business view of the
4    customer and I want it to all work for me.  I don't want
5    to pay for it.  Whether -- if I'm going to transact --
6    just take a CRM, marketing sales and service, whether I
7    interact with that customer over the Internet, through
8    telesales or through a field sales force or franchisee or
9    distributor, something like that.  I want to have a
10   common interaction integrated solution for that
11   customer.  Just like the ERP model.
12            So it's happened in ERP, it's very rapidly
13   happening in CRM, and thus the E-Business Suite.  Because
14   it's a single view of the customer.
15            It is -- it's one that can dramatically reduce
16   costs.  Not only on an implementation basis, but on an
17   ongoing basis.
18            It also -- it can provide a global
19   implementation versus local implementation.  Let me give
20   you an example of one of the things we've done at Oracle.
21            For example, in the sales area, in the sales
22   automation area, I can now -- Larry can look at, for
23   example, our forecast on a global basis, our forecast
24   around the world up to the minute at any level of detail
25   that you want to see.  You can go down to that account

REASON REPORTING

ORCL 0122959
NDCA-ORCL-03293          13
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    rep in Hungary or you can look at it on a global basis
2    around the world.
3             And if we go back in five minutes later and look
4    at what our forecast is, it's different.  Because some
5    rep around the world has changed the forecast.
6             I now have insights too because the way we're
7    collecting this information is to deals in Latin America
8    or in the products industries that I run.
9             I had a deal the other day where I wouldn't have
10   seen it without the -- our applications in place.  It's a
11   significant opportunity.  The rep had it, but in a way
12   typically systems work you wouldn't capture that
13   information.  Because if you got implementations all
14   around the world, somebody then is building a warehouse,
15   somebody's deciding what deals you see and what deals you
16   don't see.
17            Now I can see every deal out there that my reps
18   around the world are working.  So that's a significant
19   benefit.
20            And you'll see that one of the things -- and in
21   fact again factoring in consulting and what we're doing
22   with our partners is that we're also -- we've been very
23   successful in reducing those times to implement, as I
24   talked about.  And you're going to shortly hear about
25   programs around where we're implementing CRM in 90 days

1   on a global basis.

2       Why can we do that?  Because we have an

3   integrated E-Business Suite.

4       Let me tell you just two other points about the

5   Suite that you might find interesting.

6       Number one is companies also have the choice

7   that they don't have to buy it all.  And oftentimes

8   you're going to walk in to a customer and they've just

9   made a decision and they have financials from somebody

10  else and they're happy with that.  And we have that

11  capability.  And I'll talk more about that, the ability

12  to integrate with other products.

13      But the more of the E-Business Suite that the

14  customer selects and leverages, the more that we can

15  drive that IT integration cost down.

16      So a significant point to think about there,

17  and actually I'll move on.  But just there, the thought

18  around the E-Business Suite.

19      So in this case, as you can see, what it's

20  saying is that now that we've got a single customer

21  schema, again whether that customer is a business or

22  consumer, we can collect all that.

23      It's all about 11i.  That's our E-Business

24  Suite.  Here is the status of our internal rollout,

25  because we're implementing these in Oracle.  And as you

ORCL 0122961
NDCA-ORCL 03295
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

15

1    can see here, we've made significant progress around

2    marketing, sales compensation, contracts, sales online,

3    financials, telesales, all of those applications have

4    been implemented at Oracle worldwide.  Worldwide.

5         Our i-store -- so our online store you'll see

6    that we'll do in spring targeting the April time frame,

7    and also our support, our service capability or

8    applications that we'll implement in spring as well.

9         So we still have a ways to go, and this is why

10   when I say that our target is to achieve that 40 percent

11   margins in the company is very doable because we still

12   have part of the E-Business Suite to implement.

13        In the end, it will be about a two-year journey

14   to go from where we were before driving 24 or 25 percent

15   margins to where we will be where we're driving 40

16   percent margins in the business.

17        I get asked a lot of times what are we doing --

18   when I say "a lot of times," particularly recently --

19   with what's going on with the economy and "What are you

20   doing at Oracle to protect against that?"

21        Well, it's interesting.  Because we really have

22   focused on efficiency, because we really have focused on

23   leveraging the Internet, the simple answer is we're not

24   doing much different.

25        We really have built the efficiencies into the

REASON REPORTING

ORCL 0122962
NDCA-ORCL 03296     16
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER


1   company and already have those there to protect against
2   any kind of challenges that we might face in the economy.
3   We're focused on revenue.  We spend -- if you watch
4   what we've done on head count as a company, we've had
5   anywhere from modest to no head count increase in sales,
6   marketing -- I'm sorry -- sales, consulting, education,
7   support.  We've had virtually no increase.  Where we've
8   had the increase is in R & D and building better
9   products.  And so we've made significant progress there.
10          So you can see where we are, and we've really
11  been able to manage our cost.  And a lot of it is around
12  the E-Business Suite.
13          Just one other point I'll make about the Suite.
14  Is that I call the approach that we take to the
15  E-Business Suite the Jack Welch portfolio management
16  approach.
17          And what I mean by that is if you know what he
18  says is that they're going to be No. 1 or No. 2 in every
19  business.  If you take a particular point solution,
20  there's a chance -- and in some cases you'll see it --
21  where somebody else out there may have in that particular
22  solution, in that point solution, a better -- they might
23  have a piece of functionality or a feature that Oracle
24  doesn't have.  Well, we also have 6,000 application
25  developers that are out there building our product and

REASON REPORTING

ORCL 0122963
NDCA-ORCL 03297
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

17

1  addressing that.

2  But candidly, even when we address that, we

3  might fall behind in another area. So our goal is to be

4  No. 1 or No. 2 in every area. Ideally our goal is to be

5  No. 1 in every area, but we understand it's going to

6  happen, but because we've got this integration solution

7  and we've built all that integration in so that it allows

8  more rapid implementation, lower cost for a customer's IT

9  perspective, it's tremendously appealing. This is one of

10  the key reasons why we can get access to CEOs and COOs in

11  ways that we never had before.

12  Other quick updates on 11i E-Business Suite.

13  You can see here we've had 69 percent worldwide

14  applications growth in the first half of the year.

15  In AMEA, our applications growth -- this is what

16  I was referring to earlier -- 90 percent, almost a

17  hundred percent growth in applications.

18  We got 2,500 11i implementations going on around

19  the world now and we've got 160 live customers, and that

20  increases by 50 to a hundred and will even more

21  logarithmically increase as we go along in each month.

22  And then our version -- our third release of 11i

23  shipped in January. We found in launching 11i that it

24  was a significant challenge building a completely

25  integrated E-Business Suite, leveraging common

ORCL 0122964
NDCA-ORCL 03298
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

18

architecture, common technology, single-customer schema, so that you truly can get this single view from around the world in whatever business that -- aspect of the business that you want to look at, was a significant effort.

And with the Release 3 of 11i, we think that we now have got a product that is clearly stable and meets the needs. And we just launched that at the end of January.

Also, this, just by the way, is our third generation, not to confuse here with the Release 3, but our third generation of Internet-based applications. We've been at it. There's learning that we -- we've got a ton of learning that we gained out of this and we built that all back into the product.

So we think it's good that some of our competitors now are building Internet-based applications, but think that they've got some learning to do that we've gone through as well.

Here's some examples of 11i Enterprise customers. As you can see here, these either are live or implementing, Bell South, Citibank, Compaq. You can read the list. And if you notice a number of GE companies as well. GE has identified Oracle applications as a key way to pull the costs out in their business. And you can see

ORCL 0122965
NDCA-ORCL 03299                19
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   the number of businesses here that we're working with.

2   And this doesn't include all of them.  So a nice list of

3   Enterprise customers.

4           And then if you look at the mid-market customers

5   also, we continue to be very successful in that space as

6   well with 11i.

7           We also just on the partner front -- it's

8   actually quite interesting.  I haven't seen the interest

9   among the partners in the way that we've seen now.  We've

10  got -- I told Larry a while ago.  I said, "It really

11  takes three things for us to be successful with our

12  partners.  We have to have great product, we have to have

13  mind share, and we have to have a good go-to-market plan

14  with a partner."

15          We've got great product.  We have mind share

16  now.  We've -- I'm sure you've been watching what we're

17  doing from an advertising perspective.  As well as the

18  billion dollar story is something that companies want to

19  understand and creates tremendous market share as well.

20          Harvard Business School has just written an

21  article on us.  And we've got one of the major management

22  consulting firms now that also is writing a case study on

23  what we've been able to do at Oracle.  So it's creating

24  mind share.

25          And the last piece is a strong go-to-market

1  plan. And you can see here the kind of impact now that
2  we're having among the system integrators, which we all
3  know that -- those that have been following us -- that
4  have not been the case. And it's an interesting dilemma
5  for them, because what we're talking about is the
6  E-Business Suite more rapid implementation. And that
7  could be a challenge to their culture and their
8  philosophy about driving large implementation projects.
9       And we've really -- but what's interesting is
10 we're getting attention from the very top of these
11 companies. Pricewaterhouse, Deloitte & Touche, CGEY,
12 KPMG, all at the very top, now coming to us wanting to
13 understand the Oracle story and build this capability in
14 their practice.
15      Let me just talk about the B to B strategy
16 quickly.
17      When we talk about B to B, we really think about
18 three components.
19      The Oracle Exchange, which I'm going to talk to
20 you more about. It's much more than the marketplace.
21      I want to talk about our applications, which I
22 actually have. But it includes applications.
23      And then our technology. Built around our 8i
24 database -- 9i to be released the first half of this
25 year, database -- and our 9i application server, which is

1   already released and does run with our 8i database.

2         So when we're talking about B to B, those are

3   the components.

4         Let me just talk about exchanges.  This is an

5   area that I spend a lot of my time.

6         There is a lot of drive and a lot momentum

7   around exchanges about a year ago around "exchanges" and

8   "marketplaces" were being used interchangeably,

9   "exchange" and "marketplace" being viewed as the same

10  thing.  Our argument is that they're quite different.

11        Marketplaces were launched.  This is focusing on

12  procurement.  More specifically around auctions, reverse

13  auctions, spot buys, contract buys.  And a lot of energy

14  that's been put into that space.

15        And the energy is still there, but as things are

16  starting to be sorted out in B to C, it happens obviously

17  in B to B as well, and companies are now looking at what

18  are truly the advantages here.

19        What they're seeing is interestingly a

20  double-edged sword.  And just taking some of these

21  consortium -- industry consortium-based exchanges, it's

22  really a double-edged sword, because a lot of these

23  exchanges have focused on the marketplace.  The companies

24  that they're working with are all providing input to

25  those exchanges and back to us and our competitors about

ORCL 0122968
NDCA-ORCL 03302          22
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   what should be in these exchanges. The functionality.
2   But interestingly, what's also emerged is that the
3   top-line growth around marketplaces isn't there.
4        A company has a choice of buying tires from
5   Covason, from free markets, or from e-bay. I mean if you
6   think about it. And so there's a real price point
7   pressure, and this is one of the reasons why Covason is
8   not only leveraging the marketplace, but also looking at
9   other areas which are important to their business which
10  I'll tell you about in a minute.
11       But the key is there's much more to exchanges
12  than just the marketplace, because it has done some
13  things, it's pulled the costs down on goods sold that are
14  bought over the Internet through the marketplace. But as
15  you might imagine, it hasn't built those terrific
16  relationships with the suppliers that companies would
17  like to achieve.
18       So is it marketplace or is it businessplace?
19  It's much more than that. As you're going to see, it's
20  much more that we're seeing that it's much more than just
21  the marketplace about auctions. In fact, it's much more
22  than supply chain. It's about the value chain. It's not
23  about the marketplace. It's about the businessplace.
24       So when we're talking about that, we're talking
25  about all the processes in buying and selling. And again

ORCL 0122969
NDCA-ORCL 03303     23
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    here's this integration story.  It's about seamless
2    integration across the marketplace, which you see at the
3    bottom of the slide.  It's about supply chain where
4    you're capturing the demand from the manufacturer and
5    feeding that back to the suppliers.  It's about
6    transportation and getting that good once it's been
7    procured to that particular plant or location that's
8    needed in the most efficient and quickest way possible.
9    And it's also about electronic collaboration around
10   product development.
11        Let me take each one of these.
12        Let's talk about supply chain, the old way.  It
13   was done manually, very manually, in your collecting
14   demand from customers or from marketing, from sales,
15   however you're capturing that customer demand, typically
16   on paper.  A supply chain plan is put together where
17   you're trying to optimize, say, from the known business
18   requirements.  You're sharing that supply chain.  But
19   that's oftentimes done, for example, in the automotive
20   industry, just with the Tier 1 suppliers.  That Tier 1
21   supplier may build the interior of a car.  But if that
22   Tier 3 or Tier 4 supplier that builds the door handle
23   doesn't know what that demand is and they can't be ready,
24   then in the end the Tier 1 supplier can't deliver.
25        So this is one of the challenges inherent in

REASON REPORTING          ORCL 0122970
                          NDCA-ORCL 03304          24
                          CONFIDENTIAL-SUBJECT TO
                          PROTECTIVE ORDER

1    today's way of doing supply chain, and so there's a lot
2    of focus on having to resolve exceptions.
3        So -- okay.  So in the -- the way that it works
4    now is now in supply chain by doing it over the Internet
5    all that information can be driven by the advance
6    planning system, for example, within Oracle's
7    applications E-Business Suite fed into the supply chain
8    exchange, and then all of that can be fed out to not only
9    the Tier 1, but the Tier 3 suppliers as well.
10       Product development, interesting situation as
11   well.  In the sense that there -- in the supplier company
12   A and company B working together on a product all kinds
13   of information is exchanged.  Typically through e-mail,
14   through spreadsheets, through CAD/CAM documents, that
15   kind of thing.  And then there's all kinds of people
16   involved.  And what you do is you end up getting this
17   kind of approach to a very complicated issue.
18       In fact, in the automotive industry the CEO of
19   General Motors said in a conference I was recently at,
20   80 percent of their R & D costs go to change orders.  So
21   if you can build electronic collaboration where the
22   development of -- the manufacturer establishes the
23   project, sources suppliers and again integrates back into
24   the marketplace to identify suppliers if they don't know
25   who they are already or want to get a broader reach on

REASON REPORTING

ORCL 0122971
NDCA-ORCL 03305
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

25

1    suppliers, and then collaboratively between the suppliers
2    and manufacturers to work together to build the product
3    online using Oracle's product and other products out
4    there, for example, PTC, that will run under Oracle, then
5    we really can take a lot of those product development
6    costs out.  And in the meantime executives can check the
7    progress.
8            Same thing in transportation.  The issue there
9    is now with the Internet in our transportation exchange,
10   then you can go out there and actually capture this
11   information that's needed about what products are being
12   produced, when they have to be delivered, and how can
13   they be done efficiently.  So we've done significant work
14   in that area as well.
15           So we have an integrated solution around -- in
16   our exchange space around the marketplace, supply chain,
17   transportation, and product development, and all
18   integrated together so that you can meet the needs of the
19   customer and that integrated with our E-Business Suite.
20           What does it do?  It provides tremendous
21   visibility and drives a lot of efficiency.
22           For example, allows developers to see the
23   suppliers in the marketplace.  Allows the supply chain to
24   see the sales demand.  Those kinds of things.  So it's
25   driven tremendous value for customers.  And that's going

1    to be the differentiator for the exchanges out there.

2            It's not about the marketplace.  It's about the

3    businessplace.

4            Moving ahead.  Just on the technology side, for

5    example, within B to B there's three requirements.

6            One is around personalization.  So that

7    companies participating in these exchanges, for example,

8    can get personalized views of exchanges.

9            It's around integrating third-party software so

10   they can plug and play different software companies or

11   different products out there, because we recognize, for

12   example, Oracle's not going to be the answer to

13   everything.  And so we have to have that capability to

14   integrate.

15           And then also we have to provide that

16   performance, scaleability, reliable, security.

17           So those are the requirements that we're seeing

18   in the B to B space.

19           So what we've done is we have our Oracle

20   Exchange, for example, leveraging our 9ias product to

21   provide that portal technology so that customized portals

22   can be built.

23           9ias integration.  We can integrate third-party

24   applications and other value-added services.  And we can

25   leverage our database and our after service to provide

ORCL 0122973
NDCA-ORCL 03307          27
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

```
 1   the performance and scaleability.
 2            In the interest of time I'm going to skip over
 3   this, but this is just an example of our portal.
 4            In integration we're using XML standards,
 5   OAG's XML standards.  Not Oracle's standards.  Not
 6   proprietary to us, as you see with a number of our
 7   competitors.  Industry standard where we've built the
 8   integration and the XML gateways into our products.
 9            And we have supplier integration kits out there,
10   for example, with SAP, JD Edwards, PeopleSoft.  So if
11   that's what suppliers or participants in these exchanges
12   are using in addition to the Oracle solution, we've built
13   the integration kits to support that as well.  All
14   leveraging open standards.
15            With our database, it's 9i -- I'm sorry.  It's
16   8i data base.  It's a terrific product.  As one of my
17   sales reps said the other day, "9i, I thought 8i was
18   everything."  But we found things that we can do in our
19   database to make it even better and faster, and we've
20   done that.
21            Oracle 9i Application Server is one of the
22   reasons why we have the challenge out there for IBM, DEA,
23   Microsoft that we'll bet a million dollars that we can
24   make a company's Web site run faster than what they have
25   today if they're using any of those products.
```

REASON REPORTING

ORCL 0122974
NDCA-ORCL 03308      28
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1    We have the confidence because of the
2  technology. For example, caching capability technology
3  that we've built into our database and our after server
4  to really drive speed.
5    So B to B -- I apologize for going through this
6  so quickly. Yesterday it was transactional. It was
7  around marketplaces. It drives millions of dollars of
8  savings. Today we're seeing that it's much more around
9  collaborative businessplaces which are driving billion
10 dollars of saving. And that's it.
11    Q   Sandy, I'm curious about this new sales
12 forecasting you have, how that's working.
13    A   It's working great.
14    Q   As you get together every week and sort of roll
15 up your numbers, the economy -- what's the sense, what
16 are you hearing from the field in terms of how -- the
17 economy and sales cycles, anything changing there?
18    A   We're actually -- I guess I'd start out by
19 saying that our pipelines are -- at application and
20 database have never been stronger. And that continues to
21 be the case. They evolve over time as they do in any
22 corridor. In some cases they're growing. In some cases
23 it may be deals moving to the next quarter.
24    But interestingly, one of the things we're not
25 seeing is very few deals that actually fall out. They're

ORCL 0122975
NDCA-ORCL 03309      29
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1   either staying in the quarter, a few might be moving to

2   next quarter. We're interestingly seeing -- not a

3   dilemma, but two different paths being taken by

4   companies.

5       We're seeing some companies out there with the

6   economy that are doing -- taking more due diligence or

7   doing more due diligence in making their selection, which

8   in the end can slow down the buy cycle.

9       But we're also seeing other companies out there

10  because of the economy, knowing the competition isn't

11  going away, that see the power of leveraging the Internet

12  that are actually accelerating their decisions around

13  applications.

14      I was with a company that they were going -- it

15  was going to be our Q4, March, April, May time frame is

16  when we had them targeted for making a decision. I met

17  with the COO. They want to do it in February. The COO

18  brought his entire management team out to Oracle. We

19  spent two days together helping them understand what we

20  had. And that deal happened this month and it would have

21  happened two to three months later.

22      Q    Why don't we try one or two questions if there

23  are from the audience and there's a break out at 1:30 in

24  the Fiesta 3 room. Research reports in the back of the

25  room.

REASON REPORTING

ORCL 0122976
NDCA-ORCL 03310
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

30



1       Any quick questions?
2       Sandy, Stephanie, thanks so much.
3    A  Thank you.   Thank you, everybody.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REASON REPORTING

ORCL 0122977
NDCA-ORCL 03311        31
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER