# EXHIBIT 205

# ORACLE CORPORATION
## EXECUTIVE COMMITTEE WORLDWIDE FORECAST

### Q2 FY01
### Management Summary - US Dollar

December 4, 2000

Week 14

Confidential - Pursuant To Protective Order

NDCA-ORCL 1532804

ORCL 0002917
CONFIDENTIAL

# ORACLE CORPORATION
## MANAGEMENT SUMMARY
### EXECUTIVE COMMITTEE WORLDWIDE FORECAST

MANAGEMENT SUMMARY
(Dollars in thousands)

| | Q2 FY01 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Prior Forecast | Budget | Prior Year Actuals | Variance From Prior Forecast | Variance % From Prior Forecast | Variance From Budget | Variance % From Budget | Variance From Prior Year Actuals | Variance % From Prior Year Actuals | YTD Forecast | YTD Prior Year Actuals | Variance | % |
| **REVENUE:** | | | | | | | | | | | | | | |
| License | 1,050,843 | 1,035,480 | 1,120,909 | 886,783 | 15,363 | 1% | (70,065) | (6%) | 164,060 | 19% | 1,835,921 | 1,501,998 | 333,923 | 22% |
| Consulting | 537,288 | 541,059 | 568,167 | 578,651 | (3,772) | (1%) | (30,879) | (5%) | (41,363) | (7%) | 1,064,079 | 1,155,132 | (91,053) | (8%) |
| Support | 859,824 | 859,788 | 916,792 | 720,603 | 36 | 0% | (56,969) | (6%) | 139,221 | 19% | 1,698,813 | 1,387,656 | 311,157 | 22% |
| Education | 123,486 | 123,890 | 144,983 | 132,605 | (404) | 0% | (21,497) | (15%) | (9,119) | (7%) | 224,780 | 249,721 | (24,941) | (10%) |
| Other | 8,397 | 7,684 | 7,257 | 2,773 | 713 | 9% | 1,141 | 16% | 5,624 | 203% | 17,635 | 10,497 | 7,138 | 68% |
| Other Non-Distribution | (485) | (485) | 0 | 468 | 0 | 0% | (485) | #DIV/0! | (953) | (204%) | 0 | 1,397 | (1,397) | (100%) |
| Total Revenue: | 2,579,353 | 2,567,417 | 2,758,108 | 2,321,883 | 11,937 | 0% | (178,755) | (6%) | 257,470 | 11% | 4,841,228 | 4,306,400 | 534,828 | 12% |
| **EXPENSES:** | | | | | | | | | | | | | | |
| License | 480,665 | 479,567 | 445,589 | 489,296 | 1,099 | 0% | 35,076 | 8% | (8,631) | (2%) | 894,720 | 893,827 | 893 | 0% |
| Consulting | 427,695 | 429,494 | 427,814 | 436,449 | (1,799) | 0% | (119) | 0% | (8,754) | (2%) | 828,488 | 896,933 | (68,445) | (8%) |
| Support | 160,088 | 159,976 | 186,838 | 191,358 | 113 | 0% | (26,750) | (14%) | (31,270) | (16%) | 315,066 | 367,838 | (52,772) | (14%) |
| Education | 70,844 | 71,570 | 72,291 | 81,399 | (725) | (1%) | (1,447) | (2%) | (10,554) | (13%) | 142,169 | 161,352 | (19,183) | (12%) |
| Other | 20,425 | 18,725 | 26,943 | 12,918 | 1,700 | 9% | (6,519) | (24%) | 7,507 | 58% | 34,031 | 26,193 | 7,838 | 30% |
| Marketing | 111,679 | 111,779 | 127,286 | 82,501 | (99) | 0% | (15,607) | (12%) | 29,178 | 35% | 202,746 | 161,628 | 41,118 | 25% |
| Global Alliances | 8,380 | 8,668 | 15,908 | 9,375 | (289) | (3%) | (7,529) | (47%) | (995) | (11%) | 23,000 | 22,434 | 566 | 3% |
| General & Administrative | 77,521 | 77,887 | 80,480 | 85,518 | (366) | 0% | (2,959) | (4%) | (7,997) | (9%) | 150,844 | 172,157 | (21,313) | (12%) |
| Product Development | 285,660 | 287,777 | 331,923 | 271,365 | (2,117) | (1%) | (46,263) | (14%) | 14,295 | 5% | 550,665 | 532,834 | 17,831 | 3% |
| Information Technology | 69,889 | 70,961 | 76,958 | 64,585 | (1,072) | (2%) | (7,069) | (9%) | 5,304 | 8% | 138,182 | 125,126 | 13,056 | 10% |
| Corporate | 23,913 | 23,896 | (27,643) | 2,210 | 17 | 0% | 51,556 | (187%) | 21,703 | 982% | 35,772 | (12,281) | 48,053 | (391%) |
| Total Operating Expenses: | 1,736,759 | 1,740,298 | 1,764,389 | 1,726,972 | (3,539) | 0% | (27,630) | (2%) | 9,787 | 1% | 3,315,683 | 3,348,041 | (32,358) | (1%) |
| OPERATING INCOME | 842,594 | 827,118 | 993,719 | 594,911 | 15,476 | 2% | (151,124) | (15%) | 247,684 | 42% | 1,525,545 | 958,359 | 567,186 | 59% |
| OPERATING MARGIN % | 33% | 32% | 36% | 26% | 0% | 1% | (3%) | (9%) | 7% | 27% | 32% | 22% | 9% | 42% |
| OTHER (INCOME)/EXPENSES | (15,646) | (15,646) | (8,613) | (1,686) | 0 | 0% | (7,034) | (18%) | (13,959) | 773% | (93,506) | (5,794) | (87,712) | 1,560% |
| NET INCOME BEFORE TAXES | 858,241 | 842,765 | 1,002,331 | 596,598 | 15,476 | 2% | (144,091) | (14%) | 261,643 | 44% | 1,619,051 | 964,153 | 654,898 | 68% |
| PRE-TAX MARGIN % | 33% | 33% | 36% | 26% | 0% | 1% | (3%) | (8%) | 8% | 29% | 33% | 22% | 11% | 49% |
| Tax Provision | 295,148 | 289,654 | 373,578 | 207,030 | 5,494 | 2% | (78,430) | (21%) | 88,117 | 43% | 570,714 | 334,504 | 236,210 | 71% |
| NET INCOME BEFORE EXTRAORDINARY ITEMS | 563,093 | 553,111 | 628,754 | 389,568 | 9,982 | 2% | (65,661) | (10%) | 173,525 | 45% | 1,048,337 | 629,649 | 418,688 | 66% |
| Net Investment (Gains) / Loss | 26,839 | 26,839 | (50,000) | 5,083 | 0 | 0% | 76,839 | (154%) | 21,756 | 428% | 11,406 | 8,428 | 2,978 | 35% |
| NET INCOME | 536,254 | 526,272 | 678,754 | 384,485 | 9,982 | 2% | (142,500) | (21%) | 151,769 | 39% | 1,036,931 | 621,221 | 415,710 | 67% |
| Basic Weighted Average Shares Outstanding | 5,558,300 | 5,558,300 | 5,577,708 | 5,709,216 | 0 | 0% | (19,408) | 0% | (150,916) | (3%) | 5,581,179 | 5,712,822 | (131,643) | (2%) |
| Diluted Weighted Average Shares Outstanding | 5,927,800 | 5,927,800 | 5,971,724 | 5,942,352 | 0 | 0% | (43,924) | (1%) | (14,552) | 0% | 5,930,335 | 5,930,294 | 41 | 0% |
| EPS - Basic | 0.10 | 0.09 | 0.12 | 0.07 | 0.00 | 2% | (0.03) | (21%) | 0.03 | 43% | 0.19 | 0.11 | 0.08 | 71% |
| EPS - Diluted | 0.09 | 0.09 | 0.11 | 0.06 | 0.00 | 2% | (0.02) | (20%) | 0.03 | 40% | 0.17 | 0.10 | 0.07 | 67% |
| Diluted EPS Before Net Investment Gain/Loss | 0.09 | 0.09 | 0.11 | 0.07 | 0.00 | 2% | (0.01) | (10%) | 0.03 | 45% | 0.18 | 0.11 | 0.07 | 66% |

ORCL 0002918
CONFIDENTIAL

Confidential - Pursuant To Protective Order

NDCA-ORCL 1532805