**EXHIBIT 300**

**Subject:** Re: Dot com analysis
**Date:** Mon, 11 Dec 2000 10:47:40 -0600
**From:** Cynthia Rheins <Cynthia.Rheins@oracle.com>
**Organization:** Oracle Corporation
**To:** Bill Roselli <william.roselli@oracle.com>, jody.terry@oracle.com, ivgen.guner@oracle.com

EXHIBIT
WINTON 39
JTY  5-26-06

```
Hello-
Attached is the .COM Revenue Analysis.  Keep in mind that this is Field
Revenue Only.

If you have any questions, please call me.

Thanks.

Bill Roselli wrote:

> Monday COB, Cynthia, will send it to Jody and Ivgen.
>
> David Winton wrote:
>
> > Bill&Cynthia,
> >
> > Please be sure to copy Ivgen and Jody with your updated dot com analyses
> > for Q2.  In addition to support for the Analysts' call, George will
> > probably use in his Webcast.  What's your targeted complete date?
```

| | Name: Gen Business .COM Rev.xls |
|---|---|
| Gen Business .COM Rev.xls | Type: EXCEL File (application/msexcel) |
| | Encoding: base64 |

Cynthia Rheins <Cynthia.Rheins@oracle.com>
Financial Analyst
General Business

ORACLE CONFIDENTIAL

1

NDCA-ORCL 131788

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Gen Business

## ORACLE

**General Business Revenue Analysis:**
($US, in millions)
As of 12/11/00

|  | Q1 99 | Q2 99 | Q3 99 | Q4 99 | Q1 00 | Q2 00 | Q3 00 | Q4 00 | Q1 01 |
|---|---|---|---|---|---|---|---|---|---|
| GB Apps Lic. Rev. | 15.685 | 18.733 | 29.938 | 48.767 | 11.967 | 23.806 | 34.229 | 68.507 | 27.659 |
| Y/Y Growth |  |  |  |  |  |  |  |  |  |
| TTM GB Apps Lic. Rev. |  |  |  |  |  |  |  |  |  |
| TTM Y/Y Growth |  |  |  |  |  |  |  |  |  |
| GB Database/Tools Lic. Rev. | 25.107 | 30.616 | 54.296 | 96.564 | 45.358 | 72.108 | 115.180 | 184.011 | 52.185 |
| Y/Y Growth |  |  |  |  |  |  |  |  |  |
| TTM GB DB/Tools Lic. Rev. |  |  |  |  |  |  |  |  |  |
| TTM Y/Y Growth |  |  |  |  |  |  |  |  |  |
| Total GB Lic. Rev. | 40.772 | 49.349 | 84.232 | 145.331 | 57.325 | 95.914 | 149.409 | 252.518 | 79.844 |
| Y/Y Growth |  |  |  |  |  |  |  |  |  |
| TTM GB Lic. Rev. |  |  |  |  |  |  |  |  |  |
| TTM Y/Y Growth |  |  |  |  |  |  |  |  |  |

**General Business Dot Com Revenue Analysis:**
($US, in millions)

|  | Q1 99 | Q2 99 | Q3 99 | Q4 99 | Q1 00 | Q2 00 | Q3 00 | Q4 00 | Q1 01 |
|---|---|---|---|---|---|---|---|---|---|
| Dot Com Apps Lic. Rev. |  |  | 3.484 | 2.784 | 6.479 | 4.430 | 20.232 | 26.354 | 10.668 |
| Y/Y Growth |  |  |  |  |  |  |  |  |  |
| TTM GB Apps Lic. Rev. |  |  |  |  |  |  |  |  |  |
| TTM Y/Y Growth |  |  |  |  |  |  |  |  |  |
| % of Total GB Lic. Rev. |  |  |  |  | 54.1% | 18.6% | 59.1% | 38.5% | 38.6% |
| Dot Com Database/Tools Lic. Rev. |  |  | 21.021 | 33.089 | 35.542 | 52.062 | 91.232 | 146.277 | 41.239 |
| Y/Y Growth |  |  |  |  |  |  |  |  |  |
| TTM GB DB/Tools Lic. Rev. |  |  |  |  |  |  |  |  |  |
| TTM Y/Y Growth |  |  |  |  |  |  |  |  |  |
| % of Total GB Lic. Rev. |  |  |  |  | 78.4% | 72.2% | 79.2% | 79.5% | 79.0% |
| Total Dot Com Lic. Rev. | 4.01 | 5.596 | 24.505 | 35.873 | 42.021 | 56.492 | 111.464 | 172.631 | 51.905 |
| Y/Y Growth |  |  |  |  |  |  |  |  |  |
| TTM Dot Com Lic. Rev. |  |  |  |  |  |  |  |  |  |
| TTM Y/Y Growth |  |  |  |  |  |  |  |  |  |
| % of Total GB Lic. Rev. |  |  |  |  | 73.3% | 58.9% | ==74.6%== | 68.4% | 65.0% |

ORACLE CONFIDENTIAL

Page 1

NDCA-ORCL 131789
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER