# EXHIBIT 407



**TOTAL COMPANY - Q2 FY01 FORECAST**

**$ in Thousands at Actual Rates**

ORACLE

| | Q2 FY00 Actuals | Q2 FY01 Forecast | Upside | Potential | Q2 Forecast vs PY % | Q2 Potential Growth % | YTD Actuals | YTD FY01 Forecast | Upside | Potential | YTD Potential Growth % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| License | $ 886,783 | $ 1,035,494 | $ 50,576 | $ 1,086,070 | 17% | 22.47% | $ 1,501,998 | $ 1,820,571 | $ 50,576 | $1,871,147 | 25% |
| Consulting | 578,651 | 540,942 | 1,800 | 542,742 | -7% | -6% | 1,155,132 | 1,067,733 | 1,800 | 1,069,533 | -7% |
| Support | 720,603 | 859,788 | 11,740 | 871,528 | 19% | 21% | 1,387,656 | 1,698,777 | 11,740 | 1,710,517 | 23% |
| Education | 132,605 | 123,890 | 1,100 | 124,990 | -7% | -6% | 249,721 | 225,184 | 1,100 | 226,284 | -9% |
| Other | 2,773 | 7,684 | - | 7,684 | 177% | 177% | 10,497 | 16,922 | - | 16,922 | 61% |
| Other Non-Distribution | 468 | (485) | - | (485) | -204% | -204% | 1,397 | - | - | - | -100% |
| **Total Revenues** | $ 2,321,883 | $ 2,567,313 | $ 65,216 | $ 2,632,529 | 11% | 13% | $ 4,306,400 | $ 4,829,188 | $ 65,216 | $4,894,404 | 14% |
| **Expenses** | | | | | | | | | | | |
| License | $ 489,296 | $ 479,699 | $ (573) | $ 479,125 | 2% | 2% | $ 893,827 | $ 893,753 | $ (573) | $ 893,180 | 0% |
| Consulting | 436,449 | 429,207 | (2,000) | 427,207 | 2% | 2% | 896,933 | 830,000 | (2,000) | 828,000 | 8% |
| Support | 191,358 | 159,976 | (1,780) | 158,196 | 16% | 17% | 367,838 | 314,953 | (1,780) | 313,173 | 15% |
| Education | 81,399 | 71,570 | - | 71,570 | 12% | 12% | 161,352 | 142,895 | - | 142,895 | 11% |
| Other | 12,918 | 18,725 | - | 18,725 | -45% | -45% | 26,193 | 32,331 | - | 32,331 | -23% |
| Marketing | 82,501 | 111,279 | (7,000) | 104,279 | -35% | -26% | 161,628 | 202,345 | (7,000) | 195,345 | -21% |
| Global Alliances | 9,375 | 8,668 | - | 8,668 | 8% | 8% | 22,434 | 23,288 | | 23,288 | |
| G&A | 85,518 | 77,887 | - | 77,887 | 9% | 9% | 172,157 | 151,210 | - | 151,210 | 12% |
| Development & IT | 271,365 | 287,777 | (3,000) | 284,777 | -6% | -5% | 532,834 | 552,782 | (3,000) | 549,782 | -3% |
| Information Technology | 64,585 | 70,961 | - | 70,961 | -10% | -10% | 125,126 | 139,253 | - | 139,253 | |
| Corporate | 17,511 | 27,744 | - | 27,744 | -58% | -58% | 27,444 | 48,085 | - | 48,085 | -75% |
| Corporate Accruals | (15,301) | (3,848) | (25,000) | (28,848) | nm | -89% | (39,726) | (12,330) | (25,000) | (37,330) | 6% |
| **Total Operating Expenses** | $ 1,726,972 | $ 1,739,643 | $ (39,353) | $ 1,700,290 | -1% | 2% | $ 3,348,041 | $ 3,318,567 | $ (39,353) | $3,279,214 | 2% |
| **Operating Income** | 594,911 | 827,670 | 104,569 | 932,239 | 39% | 57% | 958,359 | 1,510,621 | 104,569 | 1,615,190 | 69% |
| **Operating Margin %** | 26% | 32% | | 35% | | | 22% | 31% | | 33% | |
| Other (Income)/Expense | (1,688) | (15,646) | | (15,646) | nm | 827% | (5,794) | (93,506) | | (93,506) | 1514% |
| Investment (Gains)/Minority Loss (1 | 5,083 | 11,587 | 5,266 | 16,853 | | | 8,428 | (3,846) | | (3,846) | 146% |
| **Pre-Tax Income** | $ 591,515 | $ 831,729 | $ 99,303 | $ 931,033 | 41% | 57% | $ 955,724 | $ 1,607,973 | $ 104,569 | $1,712,542 | 79% |
| **Pre-Tax Margin %** | 25% | 32% | nm | 35% | | | 22% | 33% | | 35% | |
| Tax Rate | 35.0% | 35.5% | 35.5% | 35.5% | | | 35.0% | 35.5% | 35.5% | 35.5% | |
| Tax Provision | 207,030 | 295,264 | 35,253 | 330,517 | -43% | -60% | 334,504 | 570,830 | 37,122 | 607,952 | |
| **Net Income** | $ 384,485 | $ 536,465 | $ 64,051 | $ 600,516 | 40% | 56% | $ 621,221 | $ 1,037,142 | $ 67,447 | $1,104,590 | 78% |
| Weighted Average Shares | 6,012,600 | 5,874,180 | 5,874,180 | 5,873,874 | -2% | -2% | 5,988,702 | 5,930,335 | 5,930,335 | 5,930,335 | |
| **Earnings Per Share** | 6.4c | 9.1c | 1.1c | 10.22c | 43% | 60% | 10.4c | 17.5c | 1.1c | 18.6c | |
| Market Expectation | | | | 10.0c | | | | | | | |

Memo:
| | | | | | | |
|---|---|---|---|---|---|---|
| Consulting | $ 578,651 | $ 540,942 | $ 1,800 | $ 542,742 | -7% | -6% |
| Support | 720,603 | 859,788 | 11,740 | 871,528 | 19% | 21% |
| Education | 132,605 | 123,890 | 1,100 | 124,990 | -7% | -6% |
| Other | 2,773 | 7,684 | - | 7,684 | 177% | 177% |
| **Total Services Revenues** | $ 1,434,632 | $ 1,532,304 | $ 14,640 | $ 1,546,944 | 7% | 8% |