COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
SCOTT H. SAHAM (188355)
STACEY M. KAPLAN (241989)
SARAH R. HOLLOWAY (254134)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@csgrr.com
marks@csgrr.com
dougb@csgrr.com
scotts@csgrr.com
staceyk@csgrr.com
sholloway@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI ) ) <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) PLAINTIFFS' EVIDENTIARY ) OBJECTIONS TO EXHIBITS SUBMITTED ) IN SUPPORT OF DEFENDANTS' REPLY ) IN SUPPORT OF MOTION FOR ) SUMMARY JUDGMENT |

DATE:   February 13, 2009
TIME:    9:00 a.m.
JUDGE:  The Honorable Susan Illston

Plaintiffs hereby submit these evidentiary objections to exhibits submitted in support of Defendants' Reply in Support of Motion for Summary Judgment ("Defs' Reply"). While plaintiffs have made an effort to sort through what can only be described as a labyrinth of past and current evidentiary submissions by defendants, there is some chance that a document that should have been objected to simply could not be located or identified due to defendants' failure to revise and re-file the documents they rely upon in support of Defs' Reply, as directed by the Court's September 2, 2008 Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions ("September 2, 2008 Order," Dkt. No. 1478) at 13. Indeed, a review of Defs' Reply has been complicated by their reference to a maze of documents attached to at least nine separate declarations submitted in a series of filings with Judge Jenkins starting over a year and a half ago, in July 2007. *See* Defs' Reply at 3 n.1.[1] Those motions have already been denied by this Court's September 2, 2008 Order. None of the declarations which defendants previously submitted and now purportedly rely upon have been updated to be in support of their current revised motions. Nevertheless, plaintiffs have attempted to identify and address the documents appropriately, but respectfully request leave to further update their objections to evidence should it be necessary.

| Exh. # | Document Description | Objections |
|---|---|---|
| 56 | 12/14/2000 – Transcript of Oracle's December 14, 2000 Second Quarter Financial Results Conference Call (NDCA-ORCL 003215-47) | |
| 76 | 2/27/2001 – E-mail from S. Kopp to J. Minton, re: Q3 License Status (NDCA-ORCL 308491-509) | Relevance (FRE[2] 402), Misleading (FRE 403) as offered by the defendants and Hearsay (FRE 802) to the extent it is offered for the truth for the matters stated therein. Defs' Reply at 16:1-7. |

---

[1] Defendants have submitted numerous exhibits to the Court during the last 18+ months. Many of the documents they have submitted are not referenced at all in their revised motions. Plaintiffs and the Court are left to decipher their relevance and purpose.

[2] "FRE" as used herein refers to the Federal Rules of Evidence.

PLTFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED IN SUPPORT OF DEFS' REPLY
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - C-01-0988-SI                                                        - 1 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 102 | 5/25/2007 – Expert Report of Edward Yourdon | Hearsay (FRE 802) with respect to defendants' reliance on ¶¶43-47 as to the portions quoted and relied upon for the truth of the matters stated in *Estimating Software Costs: Bringing Realism to Estimating*, by Jones Capers; inadmissible expert testimony as set forth in plaintiffs' motion to exclude (FRE 403, FRE 702). Defs' Reply at 19 n.24. |
| 127 | 5/8/2000 – BusinessWeek Online article titled: "Oracle: Why It's Cool Again" (NDCA-ORCL 307328-35) | Relevance (FRE 402), Misleading/ Cumulative (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 10:12-16. |
| 132 | 7/13/2007 – Deposition transcript of Randall W. Jensen, Ph.D. | Relevance (FRE 402) and Mischaracterization (FRE 403) of testimony to the extent that it suggests plaintiffs allege that Oracle represented 11i as completely free of software bugs. Defs' Reply at 19 n.24. |
| 138 | 2/26/2001 – Morgan Stanley Analyst Report titled: "Oracle Apps World Feedback" (NDCA-ORCL 111278-82) | Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 10:12-16, 19 n.24. |
| 139 | 12/13/2000 – CIBC Analyst Report titled: "ORCL: Oracle Users Weigh In" (NDCA-ORCL 005916-19) | |
| 140 | 12/4/2000 – GartnerGroup Analyst Report titled: "An Oracle ERP Report Card" (NDCA-ORCL 009465-67) | |
| 147 | 2/9/2001 – Morgan Stanley Analyst Report titled: "Getting Through Q3 in Good Shape" (NDCA-ORCL 101611-16) | Misleading (FRE 403), lack of foundation and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 19 n.24. |
| 166 | 2/22/2001 – William Blair & Co. Analyst Report titled: "Oracle AppsWorld Update" (NDCA-ORCL 091443-46) | |
| 169 | 12/15/2000 – Goldman Sachs Report titled: "Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook" (NDCA-ORCL 005851-52) | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 170 | 12/15/2000 – Goldman Sachs Report titled: "Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook" (NDCA-ORCL 005880-81) | |
| 171 | 12/15/2000 – William Blair & Co. Report titled: "Oracle Second Quarter 2001 Earnings Summary" (NDCA-ORCL 005866-68) | |
| 173 | 12/15/2000 – Morgan Stanley Report titled: "How Suite It Is" (NDCA-ORCL 023373-80) | |
| 176 | 2/8/2001 – Wit SoundView Report titled: "Oracle: Company Update" (NDCA-ORCL 419979-80) | |
| 177 | 2/8/2001 – Deutsche Banc Report titled: "ORCL: Visit with Management - Strong Buy" (NDCA-ORCL 091536-38) | |
| 197 | 6/28/2007 – Excerpts of the deposition transcript of Brooks L. Hilliard | |
| 209 | 12/26/2000 – Bloomberg News article titled: "PeopleSoft CEO's Discipline Spurs Rebound at Software Maker" | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 19 n.24. |
| 210 | 2/23/2001 – CIBC Report titled: "AppWorld – Upbeat Conference, but no Cajun Spice" (NDCA-ORCL 309144-50) | Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 19 n.24. |
| 211 | 10/2/2000 – eWeek article titled: "Oracle: Database giant is succeeding in e-business by doing things on its own, but for how long?" (NDCA-ORCL 307399-402) | Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 19 n.24. |
| 217 | 6/6/2006 – Declaration of Greg Myers in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Defendants' Production of Accounting Documents | Misleading (FRE 403), Lack of Foundation and Personal Knowledge (FRE 602), Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein, improper expert testimony (FRE 701, 702; Fed. R. Civ. P. 26(a)(2)(A)). Defs' Reply at 21:18-22:1. |
| 245 | 9/15/2000 – Deutsche Banc Report titled: "ORCL: Solid F1Q, 32% Database Growth, 113% EPS Growth, Main – Strong Buy" (NDCA-ORCL 085850-53) | Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 19 n.24. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 249 | Oracle Applications Documentation Library | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i possessed the design capability to work in any number of supported languages. Defs' Reply at 18 n.22. |
| 250 | 6/30/2000 – Oracle Applications – Summary of New Features and Enhancements (NDCA-ORCL 617477-656) | Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i had the design capability to work in any number of supported languages. Defs' Reply at 18 n.22. |
| 272 | 11/29/2000 – Transcript of 2000 CSFB | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated. Defs' Reply at 18:15-18. |
| 276 | 6/22/2006 – Excerpts from the deposition transcript of George J. Roberts | |
| 278 | 3/3/2006 – Excerpts from the deposition transcript of Clifford S. Godwin, Jr. | |
| 283 | 1/10/2001 – Salomon Smith Barney Analyst Report titled: "Oracle EVP Visit to SSB" (NDCA-ORCL 035470-73) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated. Defs' Reply at 18:15-18. |
| 285 | Excerpts from Larry Ellison's February 2001 speech at Oracle AppsWorld (NDCA-ORCL 306988-7001) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated. Defs' Reply at 18:15-18. |
| 299 | 7/25/2006 – Excerpts from the deposition transcript of Edward J. Sanderson, Jr. | |
| 308 | 5/22/2006 – Excerpts from the deposition transcript of Juliette Sultan | |
| 311 | 5/24/2006 – Excerpts from the deposition transcript of Julie Cullivan | |
| 312 | 2/24/2006 – Excerpts from the deposition transcript of Gayle Fitzpatrick | |
| 322 | 5/31/2000 – Oracle's SEC Form 10-K for the fiscal year ended May 31, 2000 (NDCA-ORCL 143829-909) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was available in 23 languages. Defs' Reply at 18 n.22. |
| 363 | 12/14/2000 – Transcript of Oracle's December 14, 2000 Second Quarter Financial Results Conference Call (NDCA-ORCL 003215-47) | |
| 366 | 11/16/2006 – Excerpts from the deposition transcript of Jeffrey Henley | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 367 | 6/22/2006 – Excerpts from the deposition transcript of George J. Roberts | |
| 368 | 6/14/2006 – Excerpts from the deposition transcript deposition of Sarah Kopp | |
| 370 | 12/14/2000 – Excerpts from the transcript of Oracle's December 14, 2000 Second Quarter Financial Results Conference Call (NDCA-ORCL 003215, 003224-25, 003237) | Hearsay (FRE 802) to the extent it is offered for the truth that Suite 11i was pre-integrated. Defs' Reply at 18:15-18. |
| 375 | 1/31/2007 – Plaintiff SEIU's Third Supplemental Responses to Defendants' Second Set of Interrogatories | |
| 378 | 5/25/2007 – Expert Report of Brooks L. Hilliard | Misleading (FRE 403) as cited by defendants and mischaracterizes document. Defs' Reply at 19 n.24. |
| 380 | 5/16/2006 – Excerpts from the deposition transcript of Gregory Seiden | |
| 381 | 3/23/2006 – Excerpts from the deposition transcript of Ronald Wohl | Lack of Personal Knowledge (FRE 602) as to Sergio Giacolleto's intent. Defs' Reply at 18 n.22. |
| 382 | 6/16/2006 – Excerpts from the deposition transcript of Michael Cochran | |
| 383 | 9/21/2006 – Excerpts from the deposition transcript of Lawrence Ellison | Relevance (FRE 402). Defs' Reply at 18 n.22. |
| 384 | 7/25/2006 – Excerpts from the deposition transcript of Edward J. Sanderson, Jr. | Relevance (FRE 402), mischaracterizes testimony (FRE 403), and Lack of Personal Knowledge (FRE 602). Defs' Reply at 18 n.22. |
| 393 | 3/1/2001 – Oracle Conference Call Transcript (NDCA-ORCL 419801-18) | |
| 433 | 5/14/2007 – Defendants' Consolidated Source Log | Relevance (FRE 402), lack of foundation, Misleading (FRE 403) as offered by defendants to show that plaintiffs received all relevant and responsive evidence, and Hearsay (FRE 802) to the extent it is offered to assert the truth that plaintiffs received all relevant and responsive documents; Authenticity (FRE 901). Defs' Reply at 4 n.3. |
| 465 | 3/2/2001 – FAC Equities analyst report titled: "Oracle: Not Immune" | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 11:10-11, 13 n.17. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 466 | 3/2/2001 – Prudential Securities analyst report titled: "ORCL: Reluctantly Lowering to a Hold" (NDCA-ORCL 091366-67) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 11:12-13, 13 n.17. |
| 467 | 3/2/2001 – Wit SoundView analyst report titled: "Oracle Earnings Prerelease March 2, 2001" (NDCA-ORCL 091315-17) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 11 n.14. |
| 468 | 3/16/2001 – Needham & Co. analyst report titled: "Oracle Corporation 3Q Effectively In Line. Stock Neither Cheap Nor Expensive" (NDCA-ORCL 309261-63) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 11 n.14. |
| 469 | 3/16/2001 – FAC Equities analyst report titled: "Apps(olutely) Mediocre" (NDCA-ORCL 107515-17) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 11 n.14. |
| 470 | 3/16/ 2001 – Wit SoundView analyst report titled: "Oracle (ORCL) Earnings Release March 16, 2001" (NDCA-ORCL 107490-93) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein; mischaracterizes the document – does not support claim that analyst expressed "confidence in Oracle's product line." Defs' Reply at 11 & n.14. Relevance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth – for example, the reasons Oracle missed its guidance or why certain deals did not close. Defs' Reply at 12:24-25. |
| 471 | 3/16/2001 – Prudential Securities analyst report titled: "ORCL: Competitively Strong, But Any Relief Rally Probably Short Lived" (NDCA-ORCL 107474-75) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 11 n.14. |
| 472 | 3/16/2001 – Goldman Sachs analyst report titled: "Oracle lowers the bar" (NDCA-ORCL 107468-70) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 11 n.14. |
| 473 | 3/2/2001 – J.P. Morgan analyst report titled: "1 of 2 Q3 Shortfall, Q4 Concerns Loom: Lowering to Long Term Buy" (NDCA-ORCL 091392-93) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 12:22-23, 13 n.17. |
| 474 | 3/2/2001 – Thomas Weisel Partners LLC analyst report titled: "ORCL Deferred Deals Lead to Pre-Announced Fiscal Q3" (NDCA-ORCL 091338-40) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13:1-2. |
| 475 | 3/2/2001 – Needham & Co. analyst report titled: "The Recession Grows Teeth and Claims Another Victim" (NDCA-ORCL 309196-98) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13:3-6, 13 n.17. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 476 | 3/2/2001 – BlueStone Capital analyst report titled: "Oracle Announces Preliminary Q3 Financial Results" (NDCA-ORCL 091318-19) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 477 | 3/2/2001 – CIBC World Markets analyst report titled: "ORCL: Pre-Announcement: Large Deals Slip due to Customer Concern" (NDCA-ORCL 091374-77) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 478 | 3/2/2001 – Epoch Partners analyst report titled: "Oracle Warns on Q3; Cautious Execs Delay IT Spending" | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 479 | 3/2/2001 – Frost Securities analyst report titled: "Oracle Announces Preliminary results for 3Q01; Lowering from BUY to HOLD" (NDCA-ORCL 091328-29) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 480 | 3/2/2001 – Lehman Brothers analyst report titled: "Oracle Shortfall Makes Software Sector a Show Me Story" (NDCA-ORCL 091384-86) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 481 | 3/2/2001 – Pacific Crest Securities analyst report titled: "Macro Slowdown Leads to Oracle Earnings Shortfall; Model Revisions" (NDCA-ORCL 091333-34) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 482 | 3/2/2001 – Robertson Stephens analyst report titled: "ORCL Pre-Announces Q3:F01 (Ending February) Revenue and EPS Shortfall" (NDCA-ORCL 091402-05) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 483 | 3/2/2001 – Salomon Smith Barney analyst report titled: "ORCL: Negative Preliminary Results; Lowering Estimates and Rating" (NDCA-ORCL 091361-63) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 484 | 3/2/2001 – SG Cowen analyst report titled: "Economy Catches Up To Oracle, Trimming F01-02 Estimates" (SG 0197-200) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 485 | 3/2/2001 – Thomas Weisel analyst report titled: "ORCL: Deferred Deals Lead to Pre-Announced Fiscal Q3" (NDCA-ORCL 091338-40) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |
| 486 | 3/2/2001 – USBancorp Piper analyst report titled: "Oracle Corporation: Prereleases Q3 Results; Neutral" (NDCA-ORCL 091341-43) | Hearsay (FRE 802) to the extent offered for the truth of the matters stated therein. Defs' Reply at 13 n.17. |

PLTFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED IN SUPPORT OF DEFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - C-01-0988-SI     - 7 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 487 | 12/13/2000 – Upside Report – "Total Company FY2001 Forecast" (NDCA-ORCL 000310-22) | Hearsay (FRE 802) to the extent offered to assert the truth that defendants did not have actual knowledge that 3Q01 guidance was false. Defs' Reply at 16 n.20. |
| 488 | 2/16/2001 – Upside Report – "Total Company FY2001 Forecast" (NDCA-ORCL 000423-35) | Hearsay (FRE 802) to the extent offered to assert the truth that defendants did not have actual knowledge that 3Q01 guidance was false. Defs' Reply at 16 n.20. |
| 489 | 11/14/2002 – Declaration of Michael Quinn | Lack of Personal Knowledge (FRE 602) and Hearsay (FRE 802) to the extent it is offered for the truth of the matters stated therein. Defs' Reply at 21 n.26, 23:17-24:2; *see also* Plaintiffs' Evidentiary Objections to Declarations Submitted in Support of Defendants' Revised Motion for Summary Judgment (Dkt. No. 1524) and Reply in Support of Motion for Summary Judgment (Dkt. No. 1567); and Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Under Section 20A (Dkt. No. 1544). |
| 490 | 11/14/2002 – Declaration of Greg Myers | Lack of Personal Knowledge (FRE 602) and Hearsay (FRE 802) to the extent offered to assert the truth that low-level collection analysts had reclassified to the bad debt reserve certain payments that they could not apply to open invoices. Defs' Reply at 21 n.26, 23:17-24:2; *see also* Plaintiffs' Evidentiary Objections to Declarations Submitted in Support of Defendants' Revised Motion for Summary Judgment (Dkt. No. 1524) and Reply in Support of Motion for Summary Judgment (Dkt. No. 1567); and Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Under Section 20A (Dkt. No. 1544). |
| 491 | Oracle's "Account 12601 Reserve Activity Report" (NDCA-ORCL 104764) | |
| 492 | Oracle's "Journal Entries Report" from September 1, 2000 to November 30, 2000 (NDCA-ORCL 1534183-301) | Relevance (FRE 402), Misleading (FRE 403), lack of foundation and Hearsay (FRE 802) to the extent offered to assert the truth that not a single unapplied payment listed was transferred into the reserve in 2Q01. Defs' Reply at 21 n.27. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 493 | 12/14/06 – Special Master Edward A. Infante's (Ret.) Order Denying Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning Oracle Corporation's Stock Repurchase Program | |
| 494 | Oracle USA Bad Debt Reserve Analysis Q3FY98-Q3FY00 (NDCA-ORCL 1607464-73) | Lack of foundation and Hearsay (FRE 802) to the extent offered to assert the truth that the 2Q01 adjustments would not have put anyone on notice of the bad debt transfers or accounting impropriety. Defs' Reply at 24:10-13. |
| 495 | 12/8/2000 – Upside Report – "Total Company Q2 FY01 Forecast" (NDCA-ORCL 0021393-404) | Misleading (FRE 403) and Hearsay (FRE 802) to the extent offered to assert the truth. Defs' Reply at 24 n.33. |
| 496 | Securities and Exchange Commission's Staff Accounting Bulletin ("SAB") 99 – Materiality | |

DATED: February 10, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


          s/ WILLOW E. RADCLIFFE
           WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER |
| |   RUDMAN & ROBBINS LLP |
| 3 | PATRICK J. COUGHLIN |
| | MARK SOLOMON |
| 4 | DOUGLAS R. BRITTON |
| | SCOTT H. SAHAM |
| 5 | STACEY M. KAPLAN |
| | SARAH R. HOLLOWAY |
| 6 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 8 | Lead Counsel for Plaintiffs |

S:\CasesSD\Oracle3\MIS00057322_Evidentiary Objections.doc

PLTFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED IN SUPPORT OF DEFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT - C-01-0988-SI

- 10 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2009.

 s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: willowr@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```