1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  PATRICK J. COUGHLIN (111070)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   SCOTT H. SAHAM (188355)
4  STACEY M. KAPLAN (241989)
   SARAH R. HOLLOWAY (254134)
5  655 West Broadway, Suite 1900
   San Diego, CA  92101
6  Telephone:  619/231-1058
   619/231-7423 (fax)
7  patc@csgrr.com
   marks@csgrr.com
8  dougb@csgrr.com
   scotts@csgrr.com
9  staceyk@csgrr.com
   sholloway@csgrr.com
10        – and –
   SHAWN A. WILLIAMS (213113)
11  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
12  DANIEL J. PFEFFERBAUM (248631)
   100 Pine Street, Suite 2600
13  San Francisco, CA  94111
   Telephone:  415/288-4545
14  415/288-4534 (fax)
   shawnw@csgrr.com
15  willowr@csgrr.com
   elig@csgrr.com
16  dpfefferbaum@csgrr.com

17  Lead Counsel for Plaintiffs

18                 UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

20  In re ORACLE CORPORATION            )   Master File No. C-01-0988-SI
    SECURITIES LITIGATION               )
21  _____ )   CLASS ACTION
                                        )
22  This Document Relates To:           )   PLAINTIFFS' EVIDENTIARY
                                        )   OBJECTIONS TO EXHIBITS SUBMITTED
23        ALL ACTIONS.                  )   IN SUPPORT OF DEFENDANTS' REVISED
    _____ )   MOTION FOR SUMMARY JUDGMENT
24
                                            DATE:     February 13, 2009
25                                          TIME:     9:00 a.m.
                                            JUDGE:    The Honorable Susan Illston
26

27

28

1    Plaintiffs hereby submit these evidentiary objections in support of their Memorandum of

2    Points and Authorities in Opposition to Defendants' Revised Motion for Summary Judgment.  While

3    plaintiffs have made an effort to sort through what can only be described as a labyrinth of past and

4    current evidentiary submissions by defendants, there is some chance that a document that should

5    have been objected to simply could not be located or identified due to defendants' failure to revise

6    and re-file the documents they rely upon in support of their Notice of Motion and Revised Motion

7    for Summary Judgment; Memorandum of Points and Authorities in Support of Motion ("Defs'

8    Mot."), as directed by the Court's September 2, 2008 Order Denying Plaintiffs' Motion for Partial

9    Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions ("September 2, 2008

10   Order," Dkt. No. 1478) at 13.   Indeed, a review of Defs' Mot. has been complicated by their

11   reference to a maze of documents attached to at least nine separate declarations submitted in a series

12   of filings with Judge Jenkins starting over a year and a half ago, in July 2007.  *See* Defs' Mot. at 5

13   n.1.[1]  Those motions have already been denied by this Court's September 2, 2008 Order.  None of

14   the declarations which defendants previously submitted and now purportedly rely upon have been

15   updated to be in support their current revised motions.   Nevertheless, plaintiffs have attempted to

16   identify and address the documents appropriately, but respectfully request leave to further update

17   their objections to evidence should it be necessary.

| Exh. # | Document Description | Objections |
|--------|---------------------|------------|
| 1 | 12/11/2000 – Upside Report (NDCA-ORCL 213091-107) | |
| 2 | 12/25/2000 – Upside Report (NDCA-ORCL 1913695-711) | |
| 3 | 1/15/2001 – Upside Report (NDCA-ORCL 1913734-750) | |

---

[1]    Defendants have submitted numerous exhibits to the Court during the last 18+ months. Many of the documents they have submitted are not referenced at all in their revised motions. Plaintiffs and the Court are left to decipher their relevance and purpose.

| Exh. # | Document Description | Objections |
|---|---|---|
| 4 | 1/29/2001 – Upside Report (NDCA-ORCL 1911875-891) | |
| 5 | 2/5/2001 – Upside Report (NDCA-ORCL 1911892-908) | |
| 6 | 2/12/2001 – Upside Report (NDCA-ORCL 1532826-842) | |
| 7 | 2/19/2001 – Upside Report (NDCA-ORCL 1532874-890) | |
| 8 | 2/26/2001 – Upside Report (NDCA-ORCL 1532944-960) | |
| 9 | December 2000 – Flash Report (NDCA-ORCL 306577-80) | |
| 10 | January 2001 – Flash Report (NDCA-ORCL 297760-63) | |
| 11 | 12/11/2000 – Pipeline Reporting Package (NDCA-ORCL 033549-58) | |
| 12 | 1/15/2001 – Pipeline Reporting Package (NDCA-ORCL 008548-57) | |
| 13 | 2/5/2001 – Pipeline Reporting Package (NDCA-ORCL 306669-79) | |
| 14 | Big Deal Report (NDCA-ORCL 276919-22) | |
| 15 | Big Deal Report (NDCA-ORCL 222303-04) | |
| 16 | Big Deal Report (NDCA-ORCL 261788.0029-261788.0031) | |
| 17 | Big Deal Report (NDCA-ORCL 223771-72) | |
| 18 | Big Deal Report (NDCA-ORCL 223919-20) | |
| 19 | Big Deal Report (NDCA-ORCL 411181-83) | |
| 20 | 2/26/2001 – Big Deal Update (NDCA-ORCL 306787-88) | |

| Exh. # | Document Description | Objections |
|--------|---------------------|------------|
| 23 | Quarterly Financial Reporting Package – 3Q01 (NDCA-ORCL 975959-6091) | |
| 25 | Product Revenue Reporting Package – 1Q01 (NDCA-ORCL 973925-4003) | |
| 26 | Product Revenue Reporting Package – 2Q01 (NDCA-ORCL 976815-72) | |
| 27 | Product Revenue Reporting Package – 3Q01 (NDCA-ORCL 977025-107) | |
| 28 | Product Revenue Reporting Package – 4Q01 (NDCA-ORCL 977282-366) | |
| 29 | 12/14/2000 – Oracle Press Release (NDCA-ORCL 296295-97) | |
| 30 | 3/1/2001 – Oracle Press Release (NDCA-ORCL 442139-40) | |
| 31 | 3/15/2001 – Oracle Press Release (NDCA-ORCL 277897-98) | |
| 37 | 2/20/2001 – Recording of Jeffrey O. Henley's Presentation at Oracle AppsWorld (NDCA-ORCL 144569) | |
| 40 | 3/2/2001 – Compilation of news articles and analyst reports relating to Oracle's Q301 earnings pre-announcement (NDCA-ORCL 435254-317) | Mischaracterizes evidence (FRE 403); lack of foundation and Hearsay (FRE 802) to the extent offered for truth. Defs' Mot. at 17:11-14. |
| 42 | Undated FY201 Oracle First Month of Quarter Internal "Potential EPS estimate" | *See* Plaintiffs' Evidentiary Objections to Declarations Submitted In Support of Defendants' Revised Motion For Summary Judgment (Dkt. No. 1524) and Reply In Support of Motion for Summary Judgment (Dkt. No. 1567); and Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Under Section 20A (Dkt. No. 1544), filed herewith. |
| 52 | 4/2/2001 E-mails from M. Anthony re: AMCM summarizing live customer and reference information (NDCA-ORCL 054443, 052405-06). | Hearsay (FRE 802) to the extent offered for the truth, *e.g.*, 283 customers live; Mischaracterizes the document (FRE 403) – document does not support claim that customers' implementation problems were not attributable to Suite 11i defects. Defs' Mot. at 35:18-22. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 54 | Oracle's Form 10-K Fiscal Year 2001 (NDCA-ORCL 143910-80) | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 6:3-5, 33:13. |
| 56 | 12/14/2000 – Transcript of Oracle's December 14, 2000 Second Quarter Financial Results Conference Call (NDCA-ORCL 003215-47) | |
| 57 | 7/20/2006 – Deposition Transcript of Safra Catz | |
| 58 | 12/13/2000 – E-mail from S. Aas to L. Ellison and S. Catz (NDCA-ORCL 025790-92) | |
| 59 | 4/12/2006 – Deposition Transcript of Nicholas Classick | Misleading (FRE 403), mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 6:22-24. |
| 60 | 5/26/2006 – Deposition Transcript of David Winton | Misleading (FRE 403), mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 6:24-25. |
| 61 | 5/24/2006 – Deposition Transcript of John Nugent | Misleading (FRE 403), mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 6:24-25. |
| 62 | 6/14/2006 – Deposition Transcript of Sarah Kopp | Mischaracterizes testimony (FRE 403) to the extent that it attempts to demonstrate that there was any criteria for a particular deal to make it into the "pipeline" or that Oracle's public guidance was based on a bottoms-up forecast process and Hearsay (FRE 802) to the extent  that the testimony is offered to support the truth that their was a specific criteria for deals to make it into Oracle's sales "pipeline." Defs' Mot. at 6:24-25. |
| 63 | 6/26/2006 – Deposition Transcript of Edward Sanderson | Misleading (FRE 403), mischaracterizes the content of the testimony; Lack of foundation (FRE 602), Relevance (FRE 402) and Hearsay (FRE 802) to the extent that the testimony is offered for the truth of the matter asserted. Defs' Mot. at 6:26-28. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 64 | 7/7/2006 – Deposition Transcript of Jennifer Minton | Misleading (FRE 403), mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 7:8. |
| 65 | 4/21/2005 – Deposition Transcript of Jennifer Minton | Mischaracterizes testimony (FRE 403) to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 7:8; 8:9-10. |
| 66 | 7/25/2006 – Deposition Transcript of Edward Sanderson | Mischaracterizes testimony (FRE 403) to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 7:8-10. |
| 67 | 6/22/2006 – Deposition Transcript of George Roberts | Mischaracterizes testimony (FRE 403) to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 7:12-16, 15:8-11. Mischaracterizes testimony (FRE 403) with respect to whether customers were happy during the Class Period. Defs' Mot. at 35 n.16. |
| 68 | 9/25/2006 – Deposition Transcript of Jennifer Minton | |
| 69 | FY2001 US Weekly License Revenues (NDCA-ORCL 315726) | Lack of Foundation and Hearsay (FRE 802) – to the extent offered for the truth of Oracle's weekly revenue patterns. Defs' Mot. at 8:14-16; 12:18-20. |
| 70 | 11/30/2005 – Deposition Transcript of Peter Donnelly | Improper Opinion Testimony (FRE 701 and FRE 702) and Lack of Personal Knowledge (FRE 602) and Hearsay (FRE 802) to the extent offered to show what was well known to the market and common in the enterprise software industry. Defs' Mot. at 8:19-21. |
| 71 | 11/16/2006 – Deposition Transcript of Jeffrey Henley | |
| 73 | 2/26/2001 – E-mail from G. Roberts to L. Ellison, J. Minton, D. Winton, J. Henley, S. Catz re: Forecast Reduction of 20mm (NDCA-ORCL 300208) | Hearsay (FRE 802) to the extent offered for the truth of the matter asserted. Defs' Mot. at 14:17-19; 15:1-8. |
| 74 | 2/26/2001 – E-mail from D. Winton to J. Minton, copy to J. Terry re: Forecast Reduction of 20mm (NDCA-ORCL 308454-56) | Hearsay (FRE 802) to the extent offered for the truth of the matter asserted. Defs' Mot. 15:11-16. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 76 | 2/27/2001 – E-mail from S. Kopp to J. Minton, re: Q3 License Status (NDCA-ORCL 308491-509) | |
| 77 | 2/28/2001 – Oracle Internal Upside Report (NDCA-ORCL 1533006-22) | |
| 78 | 7/27/2006 – Deposition Transcript of Jeffrey Henley | FRE 403, Lack of Personal Knowledge (FRE 602) and Hearsay (FRE 802) – to the extent it is offered for the truth with respect to his testimony at 122:24-123:21 of Ex. 78 with respect to what an analyst report of Morgan Stanley reflected. Defs' Mot. at 14 n.6; 16:11-14. |
| 79 | 3/13/2001 – E-mail from J. Henley to L. Ellison, copies to S. Catz, J. Minton, S. Aas, and D. Cooperman re: Q3 Conference Call (NDCA-ORCL 298922-24) | |
| 81 | 1/31/2007 – 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs | |
| 82 | 9/5/2000 – 2000 Harvard Business School Case Study on Oracle (NDCA-ORCL 167133-54) | Relevance (FRE 402) and Hearsay (FRE 802) to the extent that it is offered for the truth and lack of foundation. Defs' Mot. at 33:13-18. |
| 83 | 1/10/2001 – Salomon Smith Barney Analyst Report titled: *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-03) | Hearsay (FRE 802) to the extent that it is offered for the truth, for example, that 120 customers were live and 1,300 implementations ongoing. Defs' Mot. at 33:13-17, 20-26; 34:20-24; 34:28-35:6. |
| 92 | 4/5/2000 – Blair William & Co Analyst Report titled: *Report from Oracle Analyst Day: Maintain Buy Rating* (NDCA-ORCL 008975-78) | Hearsay (FRE 802) to the extent that it is offered for the truth; and Cumulative (FRE 403). Defs' Mot. at 33:27-28. |
| 94 | 9/8/2000 – Bluestone Capital Securities Analyst Report titled: *Oracle Corporation* | Hearsay (FRE 802) to the extent that it is offered for the truth; and Cumulative (FRE 403). Defs' Mot. at 33:18-22. |
| 95 | 7/2001 – Summit Strategies Vendor Report titled: *Oracle's War on Complexity – And the E-Business Status Quo* (NDCA-ORCL 110538-41) | Hearsay (FRE 802) to the extent that it is offered for the truth; lack of foundation; and Cumulative (FRE 403). Defs' Mot. at 33:20-22. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 96 | 3/15/2000 – PaineWebber Analyst Report titled: *Oracle: Best Positioned for the Internet* (NDCA-ORCL 023898-900) | Hearsay (FRE 802) to the extent that it is offered for the truth; Relevance (FRE 402); and Cumulative (FRE 403)  Defs' Mot. at 33:20-23. |
| 97 | 5/16/2006 – Deposition Transcript of Gregory Seiden | Mischaracterizes testimony (FRE 403): not relevant to contention that "only a fraction of problems customers reported ultimately turned out to be defects in the software." Defs' Mot. at 33:20-23; 35:20-23. |
| 98 | 10/19/2000 – First Security Van Kapser Analyst Report titled: *ORCL Reiterating Strong Buy Rates* (NDCA-ORCL 420077-80) | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 33:20-23. |
| 99 | 4/6/2005 – Deposition Transcript of Alan Fletcher | |
| 100 | 11/16/00 – Forbes.com Report titled: *Oracle's Second Act* (NDCA-ORCL 141843-45) | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 33:20-24. |
| 101 | 2/2001 – L. Ellison's Speech at Oracle AppsWorld (NDCA-ORCL 306988-7021) | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 33:20-24; 33:28-34:3. |
| 104 | 4/11/2001 – Hurwitz Balanced View Bulletin titled: *Oracle's Suite 11i* (NDCA-ORCL 442971-07) | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 33:18-19, 34:3-5. |
| 105 | 11/2/2000 – PR Newswire article titled: *The Oracle E-Business Suite Wins the Intelligent Enterprise Reads Choice Awards* | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 33:18-19. |
| 106 | 2/14/2001 – Lehman Brothers Analyst Report titled: *Oracle Corp. Trip to Paris for the Oracle International User Conference* (NDCA-ORCL 091477-79) | |
| 107 | 5/24/2000 – Oracle Press Release titled: *Oracle Ships 11i, Industry's First Integrated E-Business Suite* (NDCA-ORCL 117404-16) | |
| 108 | 7/2000 – DataPro Gartner-Group Report titled: *Oracle Corp. Customer Relationship Management Applications* (NDCA-ORCL 117404-16) | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 33:27-28. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 109 | 11/2000 – Business 2.0 Article titled: *Dog Eats Dog Food and Damn if it Ain't Tasty* (NDCA-ORCL 003409-14) | Hearsay (FRE 802) to the extent that it is offered for the truth.  Defs' Mot. at 33:28-34:5. |
| 110 | 5/23/2000 – E-mail from P. Heller to C. Sato, K. McGuirk, S. Torman, and S. Baker re: 11i – *What Shipped on May 19 – the answers!* (NDCA-ORCL 059800-04) | |
| 111 | 3/23/2006 – Deposition Transcript of Ronald Wohl | |
| 112 | 3/27/2000 – GIG Information Group Analyst Report titled:  *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware* (NDCA-ORCL 019758-59) | Relevance (FRE 402); Lack of foundation; Hearsay (FRE 802) to the extent that it is offered for the truth; and Cumulative (FRE 403).  Defs' Mot. at 34:3-5. |
| 113 | 2/6/2001 – Customer Relationship Management (NDCA-ORCL 106680-728) | Relevance (FRE 402) to the extent offered to show how Suite 11i functioned; Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. at 34:20-24; 35:3-6. |
| 129 | 10/19/2000 – SAP Press Release titled: *SAP Reports Third Quarter Results* (NDCA-ORCL 307474) | Relevance (FRE 402).  Defs' Mot. at 34:11-12. |
| 130 | 1/23/2001 – SAP Press Release titled: *SAP Announces Strong Fourth Quarter and Full Year Results* (NDCA-ORCL 307611-14) | Relevance (FRE 402).  Defs' Mot. at 34:11-12. |
| 131 | 4/19/2001 – SAP Press Release titled: *SAP Achieves Strong First Quarter Results, Net Income Rises* (NDCA-ORCL 307748-52) | Relevance (FRE 402).  Defs' Mot. at 34:11-12. |
| 132 | 7/13/2007 – Deposition Transcript of Randall W. Jensen | Relevance (FRE 402) and Misleading (FRE 403), mischaracterizes testimony, lack of foundation. Defs' Mot. at 35 n.16; 36:7-8, 12-14. |
| 133 | 4/7/2006 – Deposition Transcript of Michael Rocha | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 142 | 7/11/2006 – Deposition Transcript of Mark Barrenechea | Relevance (FRE 402) and Misleading (FRE 403) to the extent offered to show that only a small fraction of customers complained about Suite 11i or that these complaints did not demonstrate anything about the quality of Suite 11i; mischaracterizes the contents of the document; Lack of Foundation of Personal Knowledge (FRE 602); Document is incomplete, does not contain cited testimony.  Defs' Mot. at 35 n.16. |
| 154 | 2/21/2001 – Deutsche Bank Analyst Report titled: *Comments from Oracle AppsWorld Conference – Strong Buy* (NDCA-ORCL 091462-65) | Hearsay (FRE 802) to the extent offered to prove the truth that customers were live on Suite 11i. Defs' Mot. At 14:6-7. |
| 155 | 2/21/2001 – William Blair & Co. Report titled: *Highlights of AppsWorld Conference* (WBC 0012-13) | |
| 156 | 2/22/2001 – William Blair & Co. Report titled: *oracle AppsWorld Update* (WBC 0014-19) | |
| 157 | 2/14/2001 – E-mail from J. Henley to Corporate Broadcast re: Quiet Period (NDCA-ORCL 103890) | |
| 158 | 9/8/2006 – Deposition Transcript of Stephanie Aas Thill | |
| 159 | PowerPoint Presentation given by Jeff Henley at Oracle AppsWorld (NDCA-ORCL 399565-89) | |
| 160 | Oracle's Form 10-Q filed 10/16/2000 (NDCA-ORCL 024168-91) | |
| 161 | Oracle's Form 10-Q filed 1/16/2001 (NDCA-ORCL 143468-507) | |
| 163 | 12/15/2000 – R@dioWallStreet.com article titled: *Oracle's VP/CFO Jeffrey Henley Will Discuss Quarterly Results* (NDCA-ORCL 141660-65) | |
| 166 | 2/22/2001 – Blair William & Co. Analyst Report titled: *Oracle AppsWorld Update* (NDCA-ORCL 091443-46) | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 169 | 12/15/2000 – Goldman Sachs Report titled: *Oracle Reports Robust Apps Growth* (NDCA-ORCL 005851-52) | |
| 170 | 12/15/2000 – Goldman Sachs Report titled: *Oracle Reports Robust Apps Growth*  (NDCA-ORCL 005880-81) | |
| 171 | 12/15/2000 – William Blair & Co. Report titled: *Oracle Second Quarter 2001 Earnings Summary* (NDCA-ORCL 005866-68) | |
| 173 | 12/15/2000 – Morgan Stanley Report titled: *How Suite It Is* (NDCA-ORCL 023373-78) | |
| 176 | 2/8/2001 – SoundView Report titled: *Oracle: Company Update* (NDCA-ORCL 419979-80) | Hearsay (FRE 802) to the extent offered for the truth that Oracle's ability to meet guidance would not become clear until the end of the quarter.  Defs' Mot. at 29:17-30:1. |
| 177 | 2/8/2001 – Deutsche Banc Report titled: *Oracle: Visit With Management - Strong Buy* (NDCA-ORCL 091536-38) | Hearsay (FRE 802) to the extent offered for the truth that Oracle's ability to meet guidance would not become clear until the end of the quarter.  Defs' Mot. at 29:17-30:1. |
| 181 | 1/11/2001 – Bloomberg News article titled: *Oracle CFO to Sell $33 MLN in Stock* (NDCA-ORCL 419674-75) | Hearsay (FRE 802) to the extent offered for the truth of the matter asserted. Defs' Mot. at 10:7-8. |
| 187 | 9/6/2006 – Deposition Transcript of Philip B. Simon | |
| 188 | 1/24/2001 – E-mail from Philip Simon to Larry Ellison (NDCA-ORCL 042822) | |
| 189 | 3/24/2003 – Order Granting Defendants' Motion to Dismiss | |
| 190 | 5/25/07 – Expert Report of Brooks Hilliard | |
| 195 | 3/1/2001 – Internal Oracle Document entitled Product Revenue Reporting Package (NDCA-ORCL 110948-1032) | |

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' REVISED MOTION FOR SUMMARY JUDGMENT - C-01-0988-SI

- 10 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 196 | 6/19/2001 – Salomon Smith Barney Report titled: *Oracle Corporation* (NDCA-ORCL 430557-60) | Hearsay (FRE 802) to the extent that it is offered to prove actual Suite 11i sales. Defs' Mot. at 34:13-15; 47:6-10. |
| 197 | 6/28/2007 – Deposition Transcript of Brooks Hilliard | Misleading (FRE 403); mischaracterizes testimony.  35:7-11; 35 n.16; 36:12-14. Lack of foundation. |
| 198 | 12/15/2000 – Oracle 2nd Quarter Results call transcript (NDCA-ORCL 141654-57) | |
| 199 | 2/13/2001 – Presentation by Edward Sanderson at Goldman Sachs Conference (NDCA-ORCL 003281-311) | |
| 201 | 6/20/2006 – Deposition Transcript of Donald E. Klaiss | Relevance (FRE 402) and Misleading (FRE 403) as to customer problems and software defects, lack of foundation. Defs' Mot. at 35:20-25. |
| 202 | 2/28/2006 – Deposition Transcript of Richard Sellers | Relevance (FRE 402) and Misleading (FRE 403) as to whether customer problems turned out to be software defects.  Lack of foundation.  Defs' Mot. at 35:20-25. |
| 203 | 3/21/2006 – Deposition Transcript of Joel Summers | Relevance (FRE 402) and Misleading (FRE 403) as to whether customer problems turned out to be software defects.  Defs' Mot. at 35:20-25. |
| 223 | Complaint in the matter of *People v. Hahn* filed 12/19/2005 in the Superior Court of California, County of Sacramento | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth; prejudicial and Misleading (FRE 403). Defs' Mot. at 19:24-26. |
| 224 | 4/26/2006 Order Granting Adam Hahn's Motion for Protective Order *In re Oracle Sec. Litig.*, Case No. 06-0032 LKK KJM (E.D. Cal.) | Relevance (FRE 402); and not relevant to any claim or defense. Defs' Mot. at 19:24-26. |
| 225 | 6/24/2006 – Deposition Transcript of Cathy Orr | |
| 226 | 5/25/2007 – Expert Report of D. Paul Regan | Misleading (FRE 403), mischaracterizes testimony. |
| 227 | 7/9/2007 – Deposition Transcript of D. Paul Regan | Misleading (FRE 403), mischaracterizes testimony. |

| Exh. # | Document Description | Objections |
|--------|---------------------|------------|
| 232 | 6/30/2006 – Transcript of Telephonic Hearing Conference at the Hewlett Packard deposition | |
| 235 | 7/12/2007 – Deposition Transcript of John Duross O' Bryan | |
| 236 | 8/1/2006 – Deposition Transcript of Gary Matuszak | |
| 263 | 7/12/2007 – Deposition Transcript of John Duross O' Bryan | Misleading, mischaracterizes testimony (FRE 403).  Defs' Mot. at 37 n.18. |
| 264 | 7/9/2007 Deposition Transcript of D. Paul Regan | Misleading, mischaracterizes testimony (FRE 403).  Defs' Mot. at 37:14-17. |
| 298 | 7/13/2007 Deposition Transcript of Randall Jensen | Misleading, mischaracterizes testimony (FRE 403).  Defs' Mot. at 35:25-36:1. |
| 376 | 6/22/2007 Expert Rebuttal Report of Edward Yourdon | Misleading, mischaracterizes testimony (FRE 403).  Defs' Mot. at 35:25-36:1. |
| 387 | 7/12/2007 Deposition Transcript of John Duross O'Bryan | Misleading, mischaracterizes testimony (FRE 403).  Defs' Mot. at 37:10-12. |
| 393 | 3/1/2001 Conference Call Transcript (NDCA-ORCL 419801-18) | Hearsay (FRE 802), mischaracterizes testimony (FRE 403) to the extent offered for the truth.  Defs' Mot. at 16:27-28, 44:16-22. |
| 394 | 1/22/2001 Upside Report (NDCA-ORCL 440127-43) | |
| 395 | 4/3/2001 Morgan Stanley Analyst Report, "They Call it Stormy Monday, but Tuesday's Just as Bad" | |
| 396 | 1/11/2001 Ariba, Inc. Press Release entitled: *Ariba First Internet B2B to Report Profit* | Relevance (FRE 402) and mischaracterizes the document (FRE 403); Hearsay (FRE 802) to the extent offered for the truth and lack of foundation and Lack of Authentication (FRE 901).  Defs' Mot. at 17:7-9. |
| 397 | 1/17/2001 i2 Technologies, Inc. Press Release entitled: *i2 Technologies CFO Sees Revenue of $361M in Q1* | Relevance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth and lack of foundation.  Defs' Mot. at 17:7-9. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 398 | 1/18/2001 Commerce One, Inc. Press Release entitled: *Commerce One CEO: On Track for Profit in 2Q* | Relevance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth. Defs' Mot. at 17:7-9. |
| 399 | 2/22/2001 BEA Systems Press Release entitled: *BEA Reports Record Fourth Quarter and Fiscal Year Financial Results* | Relevance (FRE 402)  and mischaracterizes the document (FRE 403); Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. at 17:7-9. |
| 400 | 11/26/2001 National Bureau of Economic Research's ("NBER") Report entitled "The Business Cycle Peak of March 2001" | Relevance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth. Defs' Mot at 17:17-19; 42:10-12. |
| 401 | 7/9/2007 Deposition of D. Paul Regan | |
| 402 | 12//20/2007 Hearing before the Honorable Martin J. Jenkins, *In re Oracle Sec. Litig.*, No. C-01-0988-SI, (N.D. Cal.) | |
| 403 | 4/7/2006 Deposition Transcript of Michael Rocha | |
| 404 | 11/30/2000 Screen shot of software shipment details to HP from Oracle (NDCA-ORCL 3043129) | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent offered to prove that Oracle shipped Software to HP on November 30, 2000.  Defs' Mot. at 38:14-17. |
| 405 | 1/5/2001 Minutes of the Meeting of the Finance and Audit Committee of the Board of Directors of Oracle Corporation (NDCA-ORCL 102704-05) | Relevance (FRE 402) and Misleading (FRE 403), mischaracterizes the document . Defs' Mot. at 38:20-39:1. |
| 406 | 3/2/2001 Banc of America Securities Analyst Report, "Oracle Pre-announces Weak Results Across the Board" (BOA 02688-703) | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot at 41 n.20, 41 n.21, 47 n.25. |
| 407 | 3/2/2001 Morgan Stanley Analyst Report, "Oracle: Downgrading from Strong Buy to Neutral" (NDCA-ORCL 091347-50) | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot at 41 n.20. |
| 408 | 4/17/2001 Morgan Stanley Analyst Report, "Software Stocks: So Long Backlog" | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. at 41 n.20. |

| Exh. # | Document Description | Objections |
|--------|---------------------|------------|
| 409 | 3/2/2001 Lehman Brothers Analyst Report, "Oracle Corp.: Oracle Shortfall Makes Software Sector a Show Me Story" (NDCA-ORCL 091384-85) | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. at 41 n. 21. |
| 410 | 3/2/2001 Salomon Smith Barney Analyst Report, " ORCL: Negative Preliminary Results Lowering Estimates and Rating" (NDCA-ORCL 091361-63) | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. at 41 n. 21. |
| 411 | 3/5/2001 Credit Suisse First Boston Analyst Report, "Oracle Warns that Q3 Results Will Lag Forecast" (CSFB 00075-77) | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. at 41 n. 21. |
| 412 | 3/6/2001 Robertson Stephens Analyst Report, "J.D. Edwards & Company Reports February Quarter Results at the High End of the Pre-Announced Range; Visibility Remains Limited Over the Next Several Quarters; Maintain Cautious Outlook on Stock" | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. at 41 n.21. |
| 413 | 3/5/2001 Cognos, Inc. Press Release entitled: *Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001* | Relevance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth. Defs' Mot. 42:5-7. |
| 414 | 4/2/2001 i2 Technologies, Inc. Press Release entitled: *i2 Announces Preliminary First Quarter Results* | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. 42:5-7. |
| 415 | 4/5/2001 Hyperion Solutions Press Release entitled: *Hyperion Says Q3 Outlook Lower Than Street View* | Hearsay (FRE 802) to the extent offered for the truth.  Defs' Mot. 42:5-7. |
| 416 | 4/3/2001 Ariba, Inc. Press Release entitled: *Ariba Announces Preliminary Second Quarter Results* | Hearsay (FRE 802) to the extent offered for the truth and lack of foundation and Lack of Authentication (FRE 901). Defs' Mot. 42:5-7. |
| 417 | 4/3/2001 Business Wire article, "Commerce One Announced Revised Financial Outlook For First Quarter 2001" | Hearsay (FRE 802) to the extent offered for the truth and lack of foundation and Lack of Authentication (FRE 901). Defs' Mot. 42:5-7. |
| 418 | 6/22/2007 Expert Rebuttal Report of Bjorn I. Steinholt | |
| 419 | 7/26/2006 Deposition Transcript of Edward Sanderson, Jr. | Mischaracterizes the testimony (FRE 403).  Defs. Mot. at 9 n.2. |

| Exh. # | Document Description | Objections |
|--------|---------------------|------------|
| 420 | 1/4/2001 Jeffrey Henley's Notes of Oracle's January 5, 2001 audit committee meeting (NDCA-ORCL 03418) | |
| 421 | 2/9/2001 Bloomberg article, "Oracle Shares Fall on Concerns Earnings Outlook May Turn Grim" (NDCA-ORCL 141679-80) | Relevance as to show that Big Deal Updates suggested Oracle could meet guidance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth. Defs' Mot. at 13:19-21. |
| 422 | 4/21/2005 Deposition Transcript of Jennifer Minton | Mischaracterizes the testimony (FRE 403).  Defs. Mot. at 15:26-27. |
| 423 | 5/25/2007 Expert Report of Bjorn I. Steinholt | |
| 424 | 7/13/2006 Deposition Transcript of Lawrence Ellison | |
| 425 | 7/20/2006 Deposition Transcript of Safra Catz | |
| 426 | 11/30/2000 Documents Detailing Oracle's sale to HP (NDCA-ORCL 260105-35) | Mischaracterizes testimony (FRE 403) and Hearsay (FRE 802) to extent offered for the truth.  Defs' Mot. at 38:14-18. |
| 427 | 1/5/2001 Briefing Package for Finance and Audit Committee of Oracle Corporation | Mischaracterizes the document – document does not discuss propriety of HP deal (FRE 403).  Defs' Mot. at 38:20-39:1. |
| 428 | 3/15/2001 Oracle Third Quarter 2001 Earnings Release Conference Call Transcript (NDCA-ORCL 050619-58) | |
| 429 | 2/16/2006 Deposition Transcript of Michael DeCesare | |

DATED:  February 10, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


                        s/ Shawn A. Williams
                       SHAWN A. WILLIAMS

1

2          100 Pine Street, Suite 2600
           San Francisco, CA  94111
3          Telephone:  415/288-4545
           415/288-4534 (fax)

4          COUGHLIN STOIA GELLER
              RUDMAN & ROBBINS LLP
5          PATRICK J. COUGHLIN
           MARK SOLOMON
6          DOUGLAS R. BRITTON
           SCOTT H. SAHAM
7          STACEY M. KAPLAN
           SARAH R. HOLLOWAY
8          655 West Broadway, Suite 1900
           San Diego, CA  92101
9          Telephone:  619/231-1058
           619/231-7423 (fax)
10
           Lead Counsel for Plaintiffs
11
   S:\CasesSD\Oracle3\BRF00057325.doc
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED IN SUPPORT OF
DEFENDANTS' REVISED MOTION FOR SUMMARY JUDGMENT - C-01-0988-SI          - 16 -

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on February 10, 2009, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on February 10, 2009.

9

                 s/ Shawn A. Williams

10                    SHAWN A. WILLIAMS

11                    COUGHLIN STOIA GELLER
                     RUDMAN & ROBBINS LLP

12                    100 Pine Street, 26th Floor

13                    San Francisco, CA  94111
                 Telephone:  415/288-4545

14                    415/288-4534 (fax)

15                    E-mail:  shawnw@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:01-cv-00988-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```