COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
SCOTT H. SAHAM (188355)
STACEY M. KAPLAN (241989)
SARAH R. HOLLOWAY (254134)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@csgrr.com
marks@csgrr.com
dougb@csgrr.com
scotts@csgrr.com
staceyk@csgrr.com
sholloway@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANT ELLISON'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT UNDER SECTION 20A |
| ALL ACTIONS. | |
| | DATE:   February 13, 2009<br>TIME:    9:00 a.m.<br>JUDGE:  The Honorable Susan Illston |

Plaintiffs hereby submit these evidentiary objections in support of their Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information. While plaintiffs have made an effort to sort through what can only be described as a labyrinth of past and current evidentiary submissions by defendants, there is some chance that a document that should have been objected to simply could not be located or identified due to defendants' failure to revise and re-file the documents they rely upon in support of Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Under Section 20A ("Ellison Opp."), as directed by the Court's September 2, 2008 Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting in Part Plaintiffs' Request for Sanctions ("September 2, 2008 Order," Dkt. No. 1478) at 13. Indeed, a review of the Ellison Opp. has been complicated by defendants' reference to a maze of documents attached to at least nine separate declarations submitted in a series of filings with Judge Jenkins starting over a year and a half ago, in July 2007. *See* Ellison Opp. at 4 n.1.[1] Those motions have already been denied by this Court's September 2, 2008 Order. None of the declarations which defendants previously submitted and now purportedly rely upon have been updated to be in support of their current revised motions. Nevertheless, plaintiffs have attempted to identify and address the documents appropriately, but respectfully request leave to further update their objections to evidence should it be necessary.

| Exh. # | Document Description | Objections |
|---|---|---|
| 1 | 12/11/2000 – Upside Report (NDCA-ORCL 213091-107) | |
| 2 | 12/25/2000 – Upside Report (NDCA-ORCL 1913695-711) | |
| 3 | 1/15/2001 – Upside Report (NDCA-ORCL 1913734-750) | |
| 4 | 1/29/2001 – Upside Report (NDCA-ORCL 1911875-91) | |

---

[1] Defendants have submitted numerous exhibits to the Court during the last 18+ months. Many of the documents they have submitted are not referenced at all in their revised motions. Plaintiffs and the Court are left to decipher their relevance and purpose.

| Exh. # | Document Description | Objections |
|---|---|---|
| 5 | 2/5/2001 – Upside Report (NDCA-ORCL 1911892-908) | |
| 6 | 2/12/2001 – Upside Report (NDCA-ORCL 1532826-42) | |
| 7 | 2/19/2001 – Upside Report (NDCA-ORCL 1532874-90) | |
| 8 | 2/26/2001 – Upside Report (NDCA-ORCL 1532944-60) | |
| 9 | December 2000 – Flash Report (NDCA-ORCL 306577-80) | |
| 12 | 1/15/2001 – Pipeline Reporting Package (NDCA-ORCL 008548-57) | |
| 21 | Quarterly Financial Reporting Package – 1Q01 (NDCA-ORCL 975193-317) | |
| 22 | Quarterly Financial Reporting Package – 2Q01 (NDCA-ORCL 975570-706) | |
| 24 | Quarterly Financial Reporting Package – 4Q01 (NDCA-ORCL 976407-568) | |
| 25 | Product Revenue Reporting Package – 1Q01 (NDCA-ORCL 973925-4003) | |
| 26 | Product Revenue Reporting Package – 2Q01 (NDCA-ORCL 976815-72) | |
| 28 | Product Revenue Reporting Package – 4Q01 (NDCA-ORCL 977282-366) | |
| 30 | 3/1/2001 – Oracle Press Release (NDCA-ORCL 442139-40) | |
| 39 | 11/17/2000 – Company-wide broadcast e-mail re: GartnerGroup Analyst Report | Hearsay (FRE 802) to the extent that it is offered to prove the truth.  Foundation and Misleading (FRE 403) as the document is incomplete.  Ellison Opp. at 21:8-11. |
| 42 | 1999-2000 – Summary of Voluminous Writings Pursuant to Federal Rule of Evidence 1006 | Ellison Opp. at 6:11-13, 9:15-20, 18 n.14, 19 n.15, 21: 8-11, 23:24-26.  *See*, Plaintiffs' Evidentiary Objections to Declarations Submitted In Support of Defendants' Revised Motion For Summary Judgment (Dkt. No. 1524) and Reply In Support of Motion for Summary Judgment (Dkt. No. 1567); and Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Under Section 20A (Dkt. No. 1544), filed herewith. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 56 | 12/14/2000 – Transcript of Oracle's December 14, 2000 Second Quarter Financial Results Conference Call (NDCA-ORCL 003215-47) | |
| 71 | 11/16/2006 – Excerpts from deposition transcript of Jeffrey Henley | |
| 83 | 1/10/2001 – Salomon Smith Barney Analyst Report titled: *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-03) | |
| 91 | 5/12/2000 – Morgan Stanley Analyst Report titled: *Oracle – Dinner with Ray Lane* (NDCA-ORCL 006526-28) | Relevance (FRE 402) and Hearsay (FRE 802) to the extent that it is offered for the truth and Cumulative (FRE 403). Ellison Opp. at 41:16-21. |
| 92 | 4/5/2000 – William Blair & Co. Analyst Report titled: *Report from Oracle Analyst Day: Maintain Buy Rating* (NDCA-ORCL 008975-78) | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent offered for its truth. Ellison Opp. at 41:16-21. |
| 93 | 4/2/2000 – Deutsche Bank Analyst Report titled: *ORCL: Analyst Meeting Very Upbeat* (NDCA-ORCL 009001-04) | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent offered for its truth. Ellison Opp. at 41:16-21. |
| 98 | 10/19/2000 – First Security Van Kasper Analyst Report titled: *ORCL Reiterating Strong Buy Rates* (NDCA-ORCL 420077-80) | Hearsay ( FRE 802) as to the extent it is offered for its truth. Ellison Opp. at 41:16-21. |
| 101 | February 2001 – Larry Ellison's speech at AppsWorld (NDCA-ORCL 306988-7021) | Hearsay (FRE 802) as to the extent it is offered for the truth. Ellison Opp. at 41:21-25. |
| 112 | 3/27/2000 – GIG Information Group Analyst Report titled: *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware* (NDCA-ORCL 019758-59) | Relevance (FRE 402) and lack of foundation. Hearsay (FRE 802) to the extent that it is offered for its truth. Ellison Opp. at 22: 13-16. |
| 117 | 7/5/2000 – META Group Analyst Report titled: *Oracle 11i: The Holy Grail?* (NDCA-ORCL 009736-38) | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth. Ellison Opp. at 22:13-16. |
| 118 | 8/10/2000 – Bluestone Capital Analyst Report titled: *Oracle Corporation: Initiating Coverage with a 2-1* (NDCA-ORCL 006338-39) | Relevance (FRE 402) and Misleading (FRE 403). Ellison Opp. at 41:16-21. |
| 122 | 4/5/2000 – Warburg Dillon Read Analyst Report titled: *ORCL Analyst Meeting* (NDCA-ORCL 308701-03) | Relevance (FRE 402) and Hearsay (FRE 802) as to the extent it is offered for the truth. Ellison Opp. at 41:21-25. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 124 | 5/12/2000 – Morgan Stanley Analyst Report titled: *Oracle – Dinner with Ray Lane Part 2* (NDCA-ORCL 308710-16) | Hearsay (FRE 802) to the extent it is offered for the truth and Relevance (FRE 402). Ellison Opp. at 22: 8-13. |
| 132 | 7/13/2007 – Deposition transcript of Randall W. Jensen | Mischaracterizes (FRE 403) testimony as to Suite 11i quality. Ellison Opp. at 21 n.20. |
| 140 | 12/4/2000 – GartnerGroup Analyst Report titled: *An Oracle ERP Report Card* (NDCA-ORCL 009465-67) | |
| 147 | 2/9/2001 – Morgan Stanley Analyst Report titled: *Getting Through Q3 in Good Shape* (NDCA-ORCL 101611-16) | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth, *i.e.*, live customers. Ellison Opp. at 22:8-13, 22:18-20. |
| 149 | 11/8/2000 – Robertson Stephens Analyst Report titled: *Cautious Outlook on the Stock Following* (NDCA-ORCL 419950-52) | Misleading (FRE 402) to the extent that it is offered to show the existence of detailed Suite 11i customer references, and Hearsay (FRE 802) to the extent that it is offered for the truth of the matter asserted. Ellison Opp. at 22:8-13, 22:18-20. |
| 150 | 12/15/2000 – Credit Suisse First Boston Analyst Report titled: *Picture Perfect: Q2:FY01 Should Even Convert the Skeptics* (NDCA-ORCL 420558-62) | Hearsay (FRE 802) to the extent offered for the truth that Oracle had customers "live" on Suite 11i, implementations and customer wins. Ellison Opp. at 21:8-11. |
| 154 | 2/21/2001 – Deutsche Bank Analyst Report titled: *Comments from Oracle AppsWorld Conference – Strong Buy* (NDCA-ORCL 091462-65) | Misleading (FRE 403) and Hearsay (FRE 802) to the extent it is offered for the truth of the matter asserted. Ellison Opp. at 22:8-13. |
| 160 | 10/16/2000 – Oracle's Form 10-Q (NDCA-ORCL 024168-91) | |
| 161 | 1/16/2001 – Oracle's Form 10-Q (NDCA-ORCL 143468-507) | |
| 187 | 9/6/2006 – Deposition transcript of Philip B. Simon | |
| 188 | 1/24/2001 – E-mail from Philip Simon to Larry Ellison (NDCA-ORCL 042822) | |
| 195 | 3/1/2001 – Internal Oracle document titled: "Product Revenue Reporting Package" (NDCA-ORCL 110948-1032) | |
| 196 | 6/19/2001 – Salomon Smith Barney Report titled: *Oracle Corporation* (NDCA-ORCL 430557-60) | Hearsay (FRE 802) to the extent that it is offered to prove actual Suite 11i sales. Ellison Opp. at 22:1-3. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 206 | 11/3/2000 – Goldman Sachs Report titled: *Oracle – Early Checks with Applications Customers* (GMS 00162) | |
| 207 | 11/15/2000 – Article from Business Wire titled: *OAUG Offers Asia/Pacific Users Chance to Ask Oracle* | |
| 208 | 12/12/2000 – JP Morgan Securities, Inc. Report titled: *Oracle Corporation: Oracle's Second Quarter Earnings* (NDCA-ORCL 419976-78) | |
| 209 | 12/26/2000 – Bloomberg News article titled: *PeopleSoft CEO's Discipline Spurs Rebound at Software Maker* | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent that it is offered for the truth. Ellison Opp. at 22:8-13. |
| 210 | 2/23/2001 – CIBC Report titled: *AppWorld: Upbeat Conference, but no Cajun Spice* (NDCA-ORCL 309144-50) | |
| 211 | 10/1/2000 – eWeek article titled: *Oracle: Database giant is succeeding in e-business by doing things on its own, but for how long?* (NDCA-ORCL 307399-402) | |
| 212 | 10/30/2000 – ComputerWorld article titled: *Users Vent Frustration Over Oracle ERP/CRM Upgrades* (NDCA-ORCL 1054611-12) | |
| 215 | 12/6/2000 – AMR Research Analyst Report titled: *Alert on E-Business Technology* (NDCA-ORCL 009597-600) | Relevance (FRE 402) and Misleading (FRE 403) as it is not relevant to any claim or defense. Ellison Opp. at 41:19-21. |
| 216 | 2/7/2000 – InformationWeek article titled: *Oracle's talking: Should you be listening?* | Relevance (FRE 402). Ellison Opp. at 22:13-16. |
| 227 | 7/9/2007 – Excerpts from the Deposition transcript of D. Paul Regan | |
| 235 | 7/12/2007 – Deposition transcript of John Duross O' Bryan | |
| 236 | 8/1/2006 – Deposition transcript of Gary Matuszak | |
| 245 | 9/15/2000 – Deutsche Banc Report titled: *ORCL – Solid F1Q* (NDCA-ORCL 085850-53) | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 258 | Document produced by third party Timberland, Inc. (TIM 00006-07) | Lack of foundation and Hearsay (FRE 802) to the extent that Timberland was live on 11i or that it successfully implemented Suite 11i, or that Timberland purchased additional modules or any Oracle products or services.  Ellison Opp. at 20 n.19. |
| 263 | 7/12/2007 – Excerpts from the deposition transcript of J. Duross O'Bryan | |
| 264 | 7/9/2007 – Excerpts from the deposition transcript of D. Paul Regan | |
| 323 | 2/27/2004 – Excerpts from the deposition transcript of Lawrence J. Ellison (San Mateo County Superior Court) | |
| 324 | 11/16/2001 – Excerpts from the deposition transcript of Jeffrey Henley | |
| 325 | 1/15/2001 – Oracle Corporation's Pipeline Reporting Package (NDCA-ORCL 008548-57) | |
| 326 | Oracle Corporation's Quarterly Financial Reference Book for 3Q01 (NDCA-ORCL 975959-6091) | |
| 327 | 6/22/2007 – Expert Rebuttal Report of George Foster | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. |
| 329 | 7/26/2006 – Excerpts from the deposition transcript of Edward Sanderson, Jr. | |
| 330 | 3/2/2004 – Excerpts from the deposition transcript of Jeffrey Henley | |
| 331 | 2/26/2004 – Excerpts from the deposition transcript of Lawrence J. Ellison (San Mateo County Superior Court) | |
| 332 | 7/11/2007 – Excerpts from the deposition transcript of Alan Goedde | |
| 333 | 4/21/2005 – Excerpts from the transcript of the Rule 30(b)(6) deposition of Jennifer Minton | |
| 334 | Oracle Corporation's Pipeline Reporting Package for December 11, 2000 (NDCA-ORCL 033549-58) | |
| 335 | June 22, 2007 Expert Rebuttal Report of R. Glenn Hubbard | Inadmissible expert testimony as set forth in plaintiffs' motion to exclude. |
| 336 | December 20, 2000 CIO Survey titled: *MSDW CIO Survey Series: Release 1.8* | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 337 | January 31, 2001 BEA data titled: *Gross Domestic Product: Fourth Quarter 2000 (ADVANCE)* | |
| 338 | Excerpts from the transcript of the April 12, 2006 deposition of Nicholas Classick | |
| 339 | Copy of a January 11, 2001 e-mail from D. Winton to J. Minton, copying D. Winton re: Forecast Update (NDCA-ORCL 003419) | |
| 340 | September 19, 2000 e-mail from J. Minton to W. Plant, G. Davies, C. McDowell, D. Winton, T. Ford, J. English, and I. Guner re: License Revenue Forecast Accuracy (NDCA-ORCL 151963-69) | |
| 341 | Excerpts from the transcript of the July 7, 2006 deposition of Jennifer Minton | |
| 342 | Excerpts from the transcript of the September 21, 2006 deposition of Lawrence J. Ellison | |
| 343 | Excerpts from the transcript of the June 14, 2006 deposition of Sarah Kopp | |
| 352 | Excerpts from the transcript of the May 30, 2006 deposition of Mark Jarvis | |
| 353 | February 21, 2001 First Union Securities Analyst Report titled: *Report from AppsWorld 2001* (NDCA-ORCL 091447-49) | |
| 359 | Excerpts from the transcript of the September 6, 2006 deposition of Philip Simon | |
| 360 | April 1, 2006 e-mail from M. Winkler to B. Glennon and P. Gibbs attaching a list of potential deponents | |
| 369 | 5/24/2006 – Excerpts from the deposition transcript of John Nugent | |
| 386 | 8/1/2006 – Excerpts from the deposition transcript of Gary Matuszak | Relevance (FRE 402) and Lack of Authenticity to the extent Exhibit 386 does not contain page 122:144-123:21. Ellison Opp. at 25:9-12. |
| 393 | 3/1/2001 – Conference Call Transcript (NDCA-ORCL 419801-18) | |

| Exh. # | Document Description | Objections |
|---|---|---|
| 394 | January 22, 2001 Upside Report (NDCA-ORCL 440127-43) | |
| 395 | April 3, 2001 Morgan Stanley Analyst Report, "They Call it Stormy Monday, but Tuesday's Just as Bad" | |
| 400 | November 26, 2001 National Bureau of Economic Research's ("NBER") Report titled: "The Business Cycle Peak of March 2001" | Relevance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 43:1-3. |
| 403 | Excerpts of the April 7, 2006 Deposition of Michael Rocha | |
| 404 | Screen shot of November 30, 2000 software shipment details to HP from Oracle (NDCA-ORCL 3043129) | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent offered to prove that the software was shipped to HP on November 30, 2000. Ellison Opp. at 26:3-11. |
| 406 | March 2, 2001 Banc of America Securities Analyst Report, "Oracle Pre-announces Weak Results Across the Board" (BOA 02688-703) | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 39:14-20, 40 n.41. |
| 407 | March 2, 2001 Morgan Stanley Analyst Report, "Oracle: Downgrading from Strong Buy to Neutral" (NDCA-ORCL 091347-50) | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 39:20-24, 40:1-6, 40 n.41. |
| 408 | April 17, 2001 Morgan Stanley Analyst Report, "Software Stocks: So Long Backlog" | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 40 n.41; 42:23-27. |
| 409 | March 2, 2001 Lehman Brothers Analyst Report, "Oracle Corp.: Oracle Shortfall Makes Software Sector a Show Me Story" (NDCA-ORCL 091384-85) | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 39:28. |
| 410 | March 2, 2001 Salomon Smith Barney Analyst Report, " ORCL: Negative Preliminary Results Lowering Estimates and Rating" (NDCA-ORCL 091361-63) | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 39:24-28, 40 n.41. |
| 413 | March 5, 2001 Cognos, Inc. Press Release titled: *Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001* | Relevance (FRE 402) and Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 41:12-15, 43:27-44:7. |
| 414 | April 2, 2001 i2 Technologies, Inc. Press Release titled: *i2 Announces Preliminary First Quarter Results* | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 41:12-15, 43:27-44:7. |
| 415 | April 5, 2001 Hyperion Solutions Press Release titled: *Hyperion Says Q3 Outlook Lower Than Street View* | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 41:12-15, 43:27-44:7. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 416 | April 3, 2001 Ariba, Inc. Press Release titled: *Ariba Announces Preliminary Second Quarter Results* | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 41:12-15, 43:27-44:7. |
| 417 | April 3, 2001 Business Wire article, "Commerce One Announces Revised Financial Outlook For First Quarter 2001" | Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 41:12-15, 43:27-44:7. |
| 418 | June 22, 2007 Expert Rebuttal Report of Bjorn I. Steinholt | |
| 420 | Jeffrey Henley's January 4, 2001 comments in preparation for Oracle's January 5, 2001 Audit Committee meeting (NDCA-ORCL 03418) | |
| 426 | Documents detailing Oracle's November 30, 2000 sale to HP (NDCA-ORCL 260105-35) | Mischaracterizes testimony (FRE 403) and Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 26:3-11. |
| 427 | Briefing Package for the January 5, 2001 Oracle Finance and Audit Committee meeting (NDCA-ORCL 081711-59) | Mischaracterizes the document; the document does not discuss propriety of HP deal (FRE 403). Ellison Opp. at 25:9-12; 26:3-14. |
| 430 | Oracle chart of Potential Forecast v. Calculated Forecast (Ex. 2 to Goedde Declaration in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment) | |
| 431 | Oracle Difference Between Prior Year's Conversion Rate and Potential Forecast Conversion Rate (Ex. 1 to Goedde Declaration in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment) | |
| 432 | January 17, 2001 email from Jim English to Jennifer Minton re: forecast (NDCA-ORCL 03420) | |
| 433 | Defendants' May 14, 2007 Consolidated Source Log | Relevance (FRE 402) and Misleading (FRE 403) as offered by defendants to show that plaintiffs received all relevant and responsive evidence regarding Suite 11i. Hearsay (FRE 802) to the extent offered for the truth – for example, that plaintiffs received all relevant and responsive documents; authenticity and lack of foundation. Ellison Opp. at 20:10-15, 48:4-6. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 434 | Plaintiffs' December 9, 2004 Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) as offered by defendants to show that plaintiffs received all relevant and responsive evidence regarding Suite 11i.  Ellison Opp. at 20:10-15. |
| 435 | Plaintiffs' December 18, 2004 Plaintiffs' Subpoena for Production of Documents to Third Parties | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) as offered by defendants to show that plaintiffs received all relevant and responsive evidence regarding Suite 11i.  Ellison Opp. at 20:10-15. |
| 436 | Plaintiffs' December 28, 2004 Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) as offered by defendants to show that plaintiffs received all relevant and responsive evidence regarding Suite 11i.  Ellison Opp. at 20:10-15. |
| 437 | Plaintiffs' December 9, 2004 Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) as offered by defendants to show that plaintiffs received all relevant and responsive evidence regarding Suite 11i.  Ellison Opp. at 20:10-15. |
| 438 | July 5, 2005 letter from Allan Belfrey to Vincent Paul Schmeltz transmitting copies of third party productions to defendants | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) as offered by defendants to show that plaintiffs received all relevant and responsive evidence regarding Suite 11i.  Ellison Opp. at 20:10-15. |
| 439 | September 11, 2002 Order Granting Defendants' Motion to Dismiss in the instant case | |
| 440 | Excerpts of July 9, 2007 deposition of plaintiffs' accounting expert D. Paul Regan | |
| 441 | Oracle's November 30, 2000 Special Meeting of the Executive Committee of the Board of Directors (NDCA-ORCL 3043132-33) | |
| 442 | Oracle USA Q2-FY01 Top 20 License Contracts Revenue Recognition Review for HP (AA001339-40) | Hearsay (FRE 802) to the extent it is offered for the truth and Misleading (FRE 403).  Ellison Opp. at 25:22-26:14. |
| 443 | November 30, 2000 sales document for Oracle's sale to HP (NDCA-ORCL 3043119-28) | Hearsay (FRE 802) to the extent it is offered for the truth and Misleading (FRE 403).  Ellison Opp. at 26:4-6. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 444 | November 30, 2000 email from Michael DeCesare to Lawrence Ellison, et al. re: "HP is In!!" (NDCA-ORCL 3043084) | Hearsay (FRE 802) to the extent the evidence is offered to assert the truth. Ellison Opp. at 26:4-11. |
| 445 | Excerpts of February 16, 2006 deposition of Michael DeCesare | |
| 446 | Screen shots of November 30, 2000 software shipment details to HP from Oracle (NDCA-ORCL 3043130-31) | Relevance (FRE 402), Misleading (FRE 403) and Hearsay (FRE 802) to the extent offered to prove that the software was shipped to HP on November 30, 2000.  Ellison Opp. at 26:4-11. |
| 447 | Oracle's November 30, 2000 Revenue Recognition Package and sale to HP (NDCA-ORCL 3043085-109) | Hearsay (FRE 802), Misleading (FRE 403), Lack of Personal Knowledge. Ellison Opp. at 26:8-14. |
| 448 | Excerpts of the June 30, 2006 telephonic hearing before the Special Master, Hon. Edward Infante (Ret.) | |
| 449 | Arthur Andersen LLP's January 5, 2001 presentation to the Audit Committee of Oracle Corporation (AA00027-34) | Hearsay (FRE 802) and Misleading (FRE 403).  Ellison Opp. at 27 n.27. |
| 450 | Excerpts of the June 7, 2006 Deposition of Thomas Williams | Relevance (FRE 402) and Mischaracterization (FRE 403) of testimony.  Ellison Opp. at 27 n.29. |
| 451 | March 2, 2001 Credit Suisse Analyst Report, "Commerce One, Inc. Downgrading to a Buy from a Strong Buy" | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 40:1-6. |
| 452 | March 2, 2001 Morgan Stanley Dean Witter Analyst Report, "BEA Systems, Downgrading from Outperform to Neutral" | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 25 n.23, 40:1-6. |
| 453 | March 2, 2001 Epoch Partners Analyst Report, "Ariba, Inc. Cautious Execs IT Spending; Trimming Estimates" | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 40:1-6. |
| 454 | March 2, 2001 Robertson Stevens Analyst Report, "Siebel Systems, Inc. Reducing Numbers and Downgrading to Buy or Near-Term Industry and Economic Uncertainty" | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 40:1-6. |
| 455 | March 12, 2001 SG Cowen Analyst Report, "Microsoft: Trimming F01-02 Revenue and EPS to Reflect Soft Backdrop" | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 40:1-6. |

| Exh. # | Document Description | Objections |
|---|---|---|
| 456 | March 16, 2001 Robertson Stevens Analyst Report, "Lowering Estimates for Ariba, Inc., Commerce One and i2; Economic Downturn is Just Beginning to Adversely Impact Enterprise Software; We Believe Long-Term B2B Opportunity Still Compelling, But Near-Term Outlook Clouded By Limited Visibility; No Change to Our Ratings" | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth. Ellison Opp. at 40:1-6. |
| 457 | March 17, 2001 Deutsche Bank Alex Brown Analyst Report, "High Risk Quarter Warrants Caution over Near-Term, Downgrading Mercury Extensity and Webex to Buy Based on Sector Weakness" | Relevance (FRE 402); Hearsay (FRE 802) to the extent offered for the truth.Ellison Opp. at 40:1-6. |
| 458 | May 25, 2007 Expert Report of Bjorn I. Steinholt | Misleading (FRE 403) to the extent defendants characterize plaintiffs' allegations and expert report. Ellison Opp. at 44:13-15. |
| 459 | June 24, 2002 Matthew Symonds interview of Lawrence Ellison (NDCA-ORCL 1529283-322) | Hearsay (FRE 802) to the extent it is offered for the truth.  Ellison Opp. at 47:22-25. |
| 460 | Special Master Infante's July 19, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend Fact Discovery Cutoff and Plaintiffs' Amended Pretrial Order to Include Additional Depositions | |
| 461 | September 12, 2006 Deposition of Carolyn Balkenhol | Relevance (FRE 402) and mischaracterizes testimony (FRE 403) to the extent it is offered to demonstrate that all relevant emails relating to Ellison's January 2001 trades were produced to Plaintiffs.  Ellison Opp. at 48:3-6. |

PLTFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED ISO DEF ELLISON'S OPP TO PLTFS' MOTION FOR SUMMARY JUDGMENT UNDER SECTION 20A - C-01-0988-SI       - 12 -

| Exh. # | Document Description | Objections |
|---|---|---|
| 462 | Work papers produced from the files of third-party Arthur Andersen LLP (AA 00035-38) | Hearsay (FRE 802) and lack of foundation.  Ellison Opp. at 27 n.27. |

DATED: February 10, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


              s/ Shawn A. Williams
                SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
DOUGLAS R. BRITTON
SCOTT H. SAHAM
STACEY M. KAPLAN
SARAH R. HOLLOWAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\MIS00057324.doc

PLTFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED ISO DEF ELLISON'S OPP TO PLTFS' MOTION FOR SUMMARY JUDGMENT UNDER SECTION 20A - C-01-0988-SI - 13 -

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 10, 2009.

        s/ Shawn A. Williams
        SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  shawnw@csgrr.com

PLTFS' EVIDENTIARY OBJECTIONS TO EXHIBITS SUBMITTED ISO DEF ELLISON'S OPP TO PLTFS' MOTION FOR SUMMARY JUDGMENT UNDER SECTION 20A C-01-0988-SI - 1 -

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```