1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-SI<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING FEBRUARY 13, 2009 HEARING |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

1    WHEREAS, a hearing on pending summary judgment motions and motions to exclude
2 expert testimony in the above-captioned matter is scheduled for February 13, 2009 at 9:00 a.m.
3 before the Honorable Susan Illston;

4    WHEREAS, the parties have met and conferred regarding the equipment for use in the
5 courtroom at the hearing; and

6    WHEREAS, the parties believe the use of electronic equipment may facilitate the
7 presentation of facts and arguments to the Court.

8    IT IS HEREBY STIPULATED by and between the parties, through their counsel of record,
9 that representatives for the parties be allowed to enter the courthouse on February 13, 2009
10 commencing at 8:00 a.m., with the equipment identified below and use that equipment in the
11 courtroom during the hearing:

12    1.    External Computer Hard Drives
13    2.    Projectors (with replacement lens and bulb)
14    3.    Projection Screens
15    4.    Projector Stands
16    5.    Printers
17    6.    Assorted Cabling
18    7.    Portable Speakers

19 DATED:  February 11, 2009            COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
20                                       SHAWN A. WILLIAMS
                                         WILLOW E. RADCLIFFE
21                                       ELI R. GREENSTEIN
                                         DANIEL J. PEFFERBAUM
22

23
                                              s/ Eli R. Greenstein
24                                            ELI R. GREENSTEIN

25                                       100 Pine Street, Suite 2600
                                         San Francisco, CA 94111
26                                       Telephone:  415/288-4545
                                         415/288-4534 (fax)
27

28

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT
DURING FEBRUARY 13, 2009 HEARING - C-01-0988-SI                                           - 1 -

|   |   |
|---|---|
| | COUGHLIN STOIA GELLER <br>   RUDMAN & ROBBINS LLP <br> PATRICK J. COUGHLIN <br> MARK SOLOMON <br> DOUGLAS R. BRITTON <br> SCOTT H. SAHAM <br> STACEY M. KAPLAN <br> SARAH R. HOLLOWAY <br> 655 West Broadway, Suite 1900 <br> San Diego, CA 92101 <br> Telephone: 619/231-1058 <br> 619/231-7423 (fax) <br><br> Lead Counsel for Plaintiffs |
| DATED: February 11, 2009 | LATHAM & WATKINS LLP <br> PATRICK E. GIBBS |
| |       <u>s/ Patrick E. Gibbs</u> <br>       PATRICK E. GIBBS <br><br> 140 Scott Drive <br> Menlo Park, CA 94025 <br> Telephone: 650/328-4600 <br> 650/463-2600 (fax) <br><br> LATHAM & WATKINS LLP <br> PETER A. WALD <br> MICHELE F. KYROUZ <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: 415/391-0600 <br> 415/395-8095 (fax) <br><br> Attorneys for Defendants |

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Authorizing Entry and Use of Equipment During February 13, 2009 Hearing. In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

*     *     *

## ORDER

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

DATED: _____  _____
                                                                THE HONORABLE SUSAN ILLSTON
                                                                UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 11, 2009.

                                            s/ Eli R. Greenstein
                                            ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:elig@csgrr.com

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING FEBRUARY 13, 2009 HEARING - C-01-0988-SI    - 1 -

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```