COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
SCOTT H. SAHAM (188355)
STACEY M. KAPLAN (241989)
SARAH R. HOLLOWAY (254134)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@csgrr.com
marks@csgrr.com
dougb@csgrr.com
scotts@csgrr.com
staceyk@csgrr.com
sholloway@csgrr.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' OBJECTION AND REQUEST FOR EXCLUSION OF FEBRUARY 2001 MESSAGES PURPORTEDLY WRITTEN BY AREA VICE PRESIDENT NICHOLAS CLASSICK |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and before this District Court. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 03454-456); |
| Exhibit 2: | E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 03458-459); |
| Exhibit 3: | E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 03460-461); |
| Exhibit 4: | E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 03462); |
| Exhibit 5: | E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 081830); |
| Exhibit 6: | E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 081837-838); |
| Exhibit 7: | E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 089689-690); |
| Exhibit 8: | E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 089691-693); |
| Exhibit 9: | E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 089694-696); |
| Exhibit 10: | E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 096075); |
| Exhibit 11: | E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 099190-191); |
| Exhibit 12: | E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 099195-197); |
| Exhibit 13: | E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 147052-055); |

Exhibit 14: E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 147059-060);

Exhibit 15: E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 147067-072);

Exhibit 16: E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 224292);

Exhibit 17: E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 252663-664);

Exhibit 18: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 297487-488);

Exhibit 19: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 297779-780);

Exhibit 20: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 298909-910);

Exhibit 21: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 299824-825);

Exhibit 22: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 299989-990);

Exhibit 23: E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 300208);

Exhibit 24: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 300210-211);

Exhibit 25: E-mail re: "Forecast Reduction of 20mm," dated 02/26/2001 (NDCA-ORCL 396751);

Exhibit 26: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 609600-602);

Exhibit 27: E-mail re: "[Fwd: Forecast Reduction of 20mm]," dated 02/26/2001 (NDCA-ORCL 612417-419);

Exhibit 28: Letter from Shawn A. Williams to the Honorable Susan Illston, dated 07/07/2008;

Exhibit 29: Excerpts of Transcript of Hearing Before the Honorable Martin J. Jenkins, dated December 20, 2007; and

Exhibit 30:   Excerpts of the Special Litigation Committee Interview Memorandum of Nicholas Classick, dated July 29, 2002.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of February, 2009, at San Francisco, California.

                                                  s/ Shawn A. Williams
                                                SHAWN A. WILLIAMS

S:\CasesSD\Oracle3\DEC00057501.doc

CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 11, 2009.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:shawnw@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111