# EXHIBIT 4

Forecast Reduction of 20mm

> **Subject: Forecast Reduction of 20mm**
> **Date:** Mon, 26 Feb 2001 00:55:46 -0600
> **From:** George Roberts <George.Roberts@oracle.com>
> **Organization:** Oracle Corporation
> **To:** larry.ellison@oracle.com, jeff.henley@oracle.com, jennifer.minton@oracle.com, safra.catz@oracle.com, david.winton@oracle.com, george.roberts@oracle.com

```
On Friday John Nugent told me that he had 10mm of forecasted business
fall out of the forecast in the West area. It was not one or two deals
but over 70 separate transactions slipped. The mix of accounts was 70%
new economy and 30% brick and mortar. The top reason given by the
companies was capital preservation.

I spent the weekend reviewing the numbers, pipeline and upside deals to
see if we could still find a way to the 320mm. However based on the
continual erosion of the pipeline and forecast this quarter I am
reducing my forecast by 20mm. This puts the forecast at 300mm with a
best case of 305mm.

Below is the further detail I received this weekend

The past 6 business days our forecast has dropped to
the point that I know that our organization will have put John, Oracle
and yourself in a bad spot. As the information was coming in Thursday
John and I had a preliminary discussion and he said he would alert you
during Friday mornings meeting. I told John I would be getting the
final numbers as well as info from the apps team as they return from New
Orleans. Thursday afternoon it looked like our forecast would be in the
low $60's m . After netting everything thru Friday night we will off
an addl $10m and are looking at a quarter number in the low 50's. I am
aware of the impact this news has to Oracle and I am sorry that we have
created such a problem. This is my organization and I am responsible
for a forecast to you--I failed. From the 2-16 forecast to the 2-23
forecast we had 78 field deals, by 47 different reps totaling $14.9m
move out of the quarter. The last month of the quarter I go over deal ,
line by line item with the managers weekly. This has been successful in
the past as it gives me the oppt to get accurate info to provide upper
management and build a reliable forecast. George, you have been a
great supporter for my team and myself. In my 6 years with Oracle this
is the most difficult news I have had to deliver as a forecast,
especially this late in the quarter, is a personal commitment and I have
let you and Oracle down. I am sorry.
```

George Roberts <George.Roberts@oracle.com>

NDCA-ORCL 03462
CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORCL 0045584