**EXHIBIT 26**

K

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609600

Rc: {Fwd: Forecast Reduction of 20mm}

```
> > during Friday mornings meeting.  I told John I would be getting the
> > final numbers as well as info from the apps team as they return from New
> > Orleans. Thursday afternoon it looked like our forecast would be in the
> > low $60's m  .   After netting everything thru Friday night we will off
> > an addl $10m and are looking at a quarter number in the low 50's.  I am
> > aware of the impact this news has to Oracle and I am sorry that we have
> > created such a problem.  This is my organization and  I am responsible
> > for a forecast to you--I failed.  From the 2-16 forecast to the 2-23
> > forecast  we had 78 field deals, by 47 different reps totaling $14.9m
> > move out of the quarter.  The last month of the quarter I go over deal ,
> > line by line item with the managers weekly.  This has been successful in
> > the past as it gives me  the oppt to get accurate info to provide  upper
> > management and build a  reliable forecast.  George, you have been a
> > great supporter for my team and myself. In my 6 years with Oracle this
> > is the most difficult news I have had to deliver as a forecast,
> > especially this late in the quarter, is a personal commitment and I have
> > let you and Oracle  down.  I am sorry.
>
> -------------------------------------------------------------------------
>
> Lawrence J. Ellison <Larry.Ellison@oracle.com>
>
> Lawrence J. Ellison
>    <Larry.Ellison@oracle.com>
> Additional Information:
> Last Name     Ellison
> First Name    Lawrence
> Version       2.1
>
> -------------------------------------------------------------------------
>
> George Roberts <George.Roberts@oracle.com>
>
> George Roberts
>    <George.Roberts@oracle.com>
> Additional Information:
> First Name    George
> Version       2.1
```

--
Regards,

Nic Classick

---

Nic Classick <Nic.Classick@oracle.com>
Area Vice President
Oracle Corporation
Commercial Sales - General Business

ORCL 0019280

ORACLE
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609601

Re: [Fwd: Forecast Reduction of 20mm]

       Subject: Re: [Fwd: Forecast Reduction of 20mm]
       Date: Mon, 26 Feb 2001 08:33:14 -0700
       From: Nic Classick <Nic.Classick@oracle.com>
Organization: Oracle Corporation
       To: George Roberts <George.Roberts@oracle.com>,
          "Winton,David" <DAVID.WINTON@oracle.com>,
          "Nugent,John" <JOHN.NUGENT@oracle.com>,
          "Roselli,William" <WILLIAM.ROSELLI@oracle.com>

George -- RM feedback regarding the miss.  1. Conserve cash  2. Customer's buying production licenses just before they go live and using OTN Licenses for development  3. Clients thinking too much risk involve buying production licenses before they are required.  Postponement of projects and expansion--datawarehousing, capacity expansion or backup site expansion.  4. Perpetual licenses moving to term and shrinkage to iSD size 5. Some have been lost to Hosting providers  6. Postponed due to to Corporate consolidating and restructuring as business plans and budgets are being modified.  7.Funding delayed or denied at the last minute.     NET---- lost to competition 5%, firm q4 projects  25%, delayed until economic or business conditions are clearer  70%.  We had 5 POs cut that Presidents pulled until April as they wanted to see what their q1 would look like. The uncertainty of their business and outlooks  for the year has caused many client to delay until they better understand what directions 2001 will take.  We can't commit this  70% as April results and the business climate will have to determine.

George Roberts wrote:

> Your thoughts
>
> ----------------------------------------------------------------
>
> Subject: Re: Forecast Reduction of 20mm
> Date: Mon, 26 Feb 2001 06:26:55 -0800
> From: "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
> Organization: Oracle Corporation
> To: George Roberts <George.Roberts@oracle.com>
> References: <3A99FDF2.2B7F5C12@oracle.com>
>
> George, do you think that these deals have slipped into Q4 or have they have
> simply disappeared?   larry
>
> George Roberts wrote:
>
> > On Friday John Nugent told me that he had 10mm of forecasted business
> > fall out of the forecast in the West area. It was not one or two deals
> > but over 70 separate transactions slipped. The mix of accounts was 70%
> > new economy and 30% brick and mortar. The top reason given by the
> > companies was capital preservation.
> >
> > I spent the weekend reviewing the numbers, pipeline and upside deals to
> > see if we could still find a way to the 320mm.  However based on the
> > continual erosion of the pipeline and forecast this quarter I am
> > reducing my forecast by 20mm. This puts the forecast at 300mm with a
> > best case of 305mm.
> >
> > Below is the further detail I received this weekend
> >
> > The past 6 business days our forecast has dropped to
> > the point that I know that our organization will have put  John, Oracle
> > and yourself  in a bad spot. As the information was coming in Thursday
> > John and I had a preliminary discussion and he said he would alert you

ORCL 0019279

ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 609602