# EXHIBIT 29

12.20.07 SJ Hearing.txt


Pages 1 - 218

United States District Court

Northern District of California

Before The Honorable Martin J. Jenkins

| | | |
|---|---|---|
| Nursing Home Pension Fund, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. C01-0988 MJJ |
| Oracle Corporation, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

San Francisco, California
Thursday, December 20, 2007

Reporter's Transcript Of Proceedings

Appearances:


For Plaintiff:        Coughlin Stoia Gellar
                      Rudman & Robbins LLP
                      100 Pine Street, Suite 2600
                      San Francisco, California  94111
              By:     Mark Solomon, Esquire
                      Eli Greenstein, Esquire
                      Shawn A. Williams, Esquire
                      Doug Britton, Esquire
                      Monique Winkler, Esquire
                      Stacey Marie Kaplan, Esquire
                      Willow E. Radcliffe, Esquire
                      Daniel Pfefferbaum, Esquire



(Appearances continued on next page.)

Reported By:          Sahar McVickar, RPR, CSR No. 12963
                      Official Reporter, U.S. District Court
                      For the Northern District of California

                      (Computerized Transcription by Eclipse)



Appearances, continued:

For Defendant:        Latham & Watkins
                      505 Montgomery Street, Suite 1900
                      San Francisco, California  94111-2562
              By:     Peter Wald, Esquire
                      Page 1

```
                    12.20.07 SJ Hearing.txt
                Patrick Edward Gibbs, Esquire
                Michele Frances Kyrouz, Esquire
                Sean Berkowitz, Esquire

                Oracle Corporation
                500 Oracle Parkway, M/S 50P7
                Redwood Shores, California  94065
                By:  James C. Maroulis, Esquire



                    ---oOo---
```

3

1    Thursday, December 20, 2007                    9:30 a.m.

2                     P R O C E E D I N G S

3              THE COURT:  Be seated.

4              THE CLERK:  Calling civil 01-0988, In re:  Oracle

5    Corporation securities litigation.

6              Counsel, please state your appearances for the

7    record.

8              MR. SOLOMON:  Good morning, Your Honor.

12.20.07 SJ Hearing.txt

9  why all of Oracle's competitors who announced after Oracle in

10  March and in April experienced the same thing.

11         When you look at what they said about what their

12  experience was, they were saying the same thing, it was

13  unexpected, it hit us like a ton of bricks.  Our customers just

14  decided not to buy.  At the end they didn't convert.

15         This Nick Classick E-mail, Your Honor, is just

16  interesting because it reflects a state of mind.  It reflects

17  this extraordinary surprise and bewilderment and disappointment

18  about the fact that he didn't make his forecast, and that it

19  fell out of bed right at the end, and that he didn't come

20  through.  He is one of the guys reporting from the field.

21         Now, plaintiffs -- is this a good time to take a

22  break?

23         THE COURT:  Yeah, I think we should give her a

24  break.  Let's just take about ten minutes.  So we'll be back at

25  a quarter to.

                                   67


1         We are probably going to have to talk about it,

2  because you have probably got another 30 minutes on -- this, to

3  me, is one of the more meatier discussions that we need to have

4  this morning.  And that is going to take us into the lunch

5  hour.  And we'll have to make sure that some of the issues that

6  you raise, that the plaintiff gets an ample opportunity.  So

7  let me think about how we want to divvy up this time going

8  forward and whether or not we argue right through or take maybe

9  a half hour and then come back, okay?

10         MR. WALD:  Thank you, Your Honor.

11         THE COURT:  Okay.

12              (Recess taken at 11:35 a.m.)

13             (Proceedings resumed at 11:50 a.m.)

Page 56