**EXHIBIT 30**

#15 Interview Memorandum
of Nicholas Classick
07/29/02

**15**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 297456**

quarter. Most deals did not close until 10:00 or 11:00 p.m. on the last day. He usually knew by 3:00 p.m. on that last day whether major deals would close. In general, though, it was not possible to know whether the division would meet its forecasts until the middle of the last day of the quarter. Classick explained that sales normally picked up dramatically at the end of the quarter because customers believed that they could get a better deal at the end of the quarter. He estimated that about 70% of license sales in his unit occur during the last week of every quarter. This factor explained, in part, why it was so difficult know in advance if Oracle would meet its forecasted revenues.

Classick discussed when he began to feel that the economic downturn and the tightening market were affecting Oracle's sales. At some point in mid-February 2001, Classick explained that it was no longer as easy to "backfill" deals that failed to close. In other words, deals that fell out of the pipeline were not as easily replaced by other deals. He specifically noted that the problem was not because Oracle lost deals to its competition, but that many deals were put off because of the lagging economy and tightening spending controls at dot.com companies. On Friday, February 23, 2001, he decided that he needed to notify his superiors that he would miss his forecast. Over the weekend, he drafted an e-mail that he sent on Sunday, February 25, to Roberts, with copy to Nugent. *See* Email from N. Classick dated February 26, 2001 (ORCL 19279-19280), attached hereto as Exhibit B.

Classick discussed the specific contents of this e-mail message. In Classick's February 25 e-mail message, he notified Roberts that between February 16 and February 23 Classick had to drop his division's sales forecast because 78 deals by 47 sales representatives had "moved out of the quarter," and would not close in 3Q FY01. Classick explained that he predicted that the forecast would be in the mid-$50 million range. Classick had one week earlier, on February 16, reduced his sales forecast from about $70 million to the low $60 million range.

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297463