**1 hr /41 minutes**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/13/09

Case No.   C-01-0988 SI          Judge:   SUSAN ILLSTON

Title: IN RE: ORACLE CORP.

Attorneys: Greenstein, Williams, Solomon, Britton, Pfefferbaum, Wald

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Columbini

**PROCEEDINGS**

1)   #1506 Plaintiff's Motion for Summary Judgment
#1487 Pltf. Motion to Exclude G. Foster
#1491 Pltf. Motion to Exclude G. Hubbard
#1495 Pltf. Motion to Exclude G. Foster
#1496 Deft. Motion to Exclude A. Goedde
#1499 Deft. Motion to Exclude B. Hilliard
#1515 Pltf. Motion to Exclude J. O'Bryan
#1518 Pltf. Motion to Exclude E. Yourdon
#1521 Deft. Motion to Exclude B. Steinholdt
#1524 Deft. Motion for Summary Judgment

2) _____

3) _____

Order to be prepared by:  ( )Pltf    ( )Deft    ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( x ) SUBMITTED
                                    PART

Case continued to __for Further Case Management Conference

Case continued to __

ORDERED AFTER HEARING: