LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS**<br><br>Honorable Judge Susan Illston |

WHEREAS, the United States Court of Appeals for the Tenth Circuit issued a decision in *In re Williams Sec. Litig.*, No. 07-5119, 2009 WL 388048 (Feb. 18, 2009), a copy of which is attached as Exhibit A;

WHEREAS, the United States District Court for the Northern District of California (Hon. Charles R. Breyer) issued a decision in *In re Shoretel Inc., Sec. Litig.,* No. C 08-00271 (CRB), 2009 U.S. Dist. LEXIS 11151 (N.D. Cal. Feb. 2, 2009), a copy of which is attached as Exhibit B; and

WHEREAS, both the *Williams* and *Shoretel* decisions were decided and/or became publicly-available after the February 13, 2009 summary judgment hearing in the above-captioned matter.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to submit the *Williams* and the *Shoretel* decisions.

DATED: February 20, 2009

Respectfully submitted,

LATHAM & WATKINS LLP

By _____/S/_____
Patrick E. Gibbs
Counsel for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley and
Edward J. Sanderson

COUGHLIN STOIA GELLER
RUDMAN AND ROBBINS LLP

By _____/S/_____
Shawn Williams
Counsel for Plaintiffs

Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has concurred in the filing of this stipulation and proposed order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
REGARDING SUBMISSION OF RECENT DECISIONS
MASTER FILE NO. C-01-0988-SI

1