1 | COUGHLIN STOIA GELLER
  |   RUDMAN & ROBBINS LLP
2 | PATRICK J. COUGHLIN (111070)
  | MARK SOLOMON (151949)
3 | DOUGLAS R. BRITTON (188769)
  | SCOTT H. SAHAM (188355)
4 | STACEY M. KAPLAN (241989)
  | SARAH R. HOLLOWAY (254134)
5 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101
6 | Telephone:  619/231-1058
  | 619/231-7423 (fax)
7 | patc@csgrr.com
  | marks@csgrr.com
8 | dougb@csgrr.com
  | scotts@csgrr.com
9 | staceyk@csgrr.com
  | sholloway@csgrr.com
10 |      – and –
  | SHAWN A. WILLIAMS (213113)
11 | WILLOW E. RADCLIFFE (200087)
  | ELI R. GREENSTEIN (217945)
12 | DANIEL J. PFEFFERBAUM (248631)
  | 100 Pine Street, Suite 2600
13 | San Francisco, CA  94111
  | Telephone:  415/288-4545
14 | 415/288-4534 (fax)
  | shawnw@csgrr.com
15 | willowr@csgrr.com
  | elig@csgrr.com
16 | dpfefferbaum@csgrr.com

17 | Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI ) ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>   ALL ACTIONS. | ) DECLARATION OF SHAWN A. ) WILLIAMS IN SUPPORT OF PLAINTIFFS' ) MOTION FOR ADMINISTRATIVE RELIEF ) TO SUBMIT RECENT NINTH CIRCUIT ) AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the States of California and New York. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On February 19, 2008, I transmitted by e-mail a draft of an administrative motion to submit the Ninth Circuit opinion in *Huberman v. Tag-It Pac., Inc.*, No. 07-55648, 2009 U.S. App. LEXIS 2780 (9th Cir. Jan. 16, 2009), and the February 18, 2009 Tenth Circuit opinion in *In re Williams Sec. Litig-WCG Subclass*, No. 07-5119, __F.3d__, 2009 WL 388048 (10th Cir. Feb. 18, 2009). A true and correct copy of the *Huberman* opinion is attached hereto as Exhibit A.

3. On February 20, 2009, Patrick Gibbs, counsel for defendants, responded to my request via e-mail stating that defendants would be prepared to stipulate only to the submission of *Williams* but would not stipulate to the submission of *Huberman* stating that it was not precedent and therefore would not be of any use to the Court. Ex. B. Separately, defendants demanded plaintiffs submit a stipulation that included *Williams* and a February 2, 2009 opinion in *In re Shoretel Inc., Sec. Litig.*, No. C 08-00271 CRB, 2009 U.S. Dist. LEXIS 11151 (N.D. Cal. Feb. 2, 2009).

4. I responded to Mr. Gibbs by e-mail stating that plaintiffs' reading of Federal Rule of Appellate Procedure 32.1 and Civ. L. R 36.3 specifically allows for the citation on unpublished opinions like *Huberman* from the Ninth Circuit. Ex. C.

5. On February 20, 2009, I, along with Mark Solomon of my firm, spoke with Mr. Gibbs by telephone and explained that while plaintiffs believed that the opinion in *Shoretel* was not relevant to the Court's analysis of the summary judgment briefing before the Court, it made sense for the parties to agree to its submission along with *Huberman* and *Williams* as opposed to bombarding the Court with briefs solely on the issue of whether it should review recent decisions from the Ninth Circuit and Northern District of California discussing loss causation.

6. Later, after the conversation referred to in ¶5, Mr. Gibbs wrote to me stating that defendants would not agree to the submission of the *Huberman* opinion but would stipulate to the submission of the *Williams* opinion. Ex. D.

7. I wrote back to Mr. Gibbs indicating that notwithstanding defendants' refusal to allow submission of the Ninth Circuit's opinion in *Huberman*, plaintiffs might stipulate to the submission of *Shoretel*. *Id.*

8. Following this exchange, I asked Mr. Gibbs to prepare a stipulation for both submissions of *Williams* and *Shoretel*. Ex. C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of February, 2009, at San Francisco, California.

/s/
SHAWN A. WILLIAMS

Document1

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 20, 2009.

                      /s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:shawnw@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```