1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**Honorable Susan Illston** |

1  The Court, having reviewed Plaintiffs' Motion for Administrative Relief to
2  Submit Recent Ninth Circuit Authority In Support Of Their Opposition To Summary Judgment
3  and Defendants' Opposition thereto, and good cause therefore appearing, hereby **ORDERS** that
4  Plaintiffs' Motion for Administrative Relief is **DENIED**.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: February 23, 2009

LATHAM & WATKINS LLP
  Peter A. Wald
  Patrick E. Gibbs
  Sean M. Berkowitz

      /s/ Peter A. Wald
By: _____
    Peter A. Wald
    Attorneys for Defendants ORACLE
    CORPORATION, LAWRENCE J.
    ELLISON, JEFFREY O. HENLEY,
    and EDWARD J. SANDERSON