| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Peter A. Wald (SBN 85705)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br><br>Attorneys for Defendants ORACLE CORPORATION,<br>LAWRENCE J. ELLISON, JEFFREY O. HENLEY and<br>EDWARD J. SANDERSON<br><br>ORACLE CORPORATION<br>   Dorian Daley (SBN 129049)<br>   James C. Maroulis (SBN 208316)<br>500 Oracle Parkway<br>Mailstop 5OP7<br>Redwood Shores, California 94065<br>Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114<br>E-mail: jim.maroulis@oracle.com<br><br>Attorneys for Defendant ORACLE CORPORATION | LATHAM & WATKINS LLP<br>   Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br><br>LATHAM & WATKINS LLP<br>   Sean M. Berkowitz (*pro hac vice*)<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS**<br><br>Honorable Judge Susan Illston |

1  WHEREAS, the United States Court of Appeals for the Tenth Circuit issued a decision in
2  *In re Williams Sec. Litig.*, No. 07-5119, 2009 WL 388048 (Feb. 18, 2009), a copy of which is
3  attached as Exhibit A;
4  WHEREAS, the United States District Court for the Northern District of California (Hon.
5  Charles R. Breyer) issued a decision in *In re Shoretel Inc., Sec. Litig.*, No. C 08-00271 (CRB),
6  2009 U.S. Dist. LEXIS 11151 (N.D. Cal. Feb. 2, 2009), a copy of which is attached as Exhibit B;
7  and
8  WHEREAS, both the *Williams* and *Shoretel* decisions were decided and/or became
9  publicly-available after the February 13, 2009 summary judgment hearing in the above-captioned
10 matter.
11 THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to submit the
12 *Williams* and the *Shoretel* decisions.
13 DATED: February 20, 2009
14 Respectfully submitted,

LATHAM & WATKINS LLP

By _____/S/_____
Patrick E. Gibbs
Counsel for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley and
Edward J. Sanderson

COUGHLIN STOIA GELLER
RUDMAN AND ROBBINS LLP

By _____/S/_____
Shawn Williams
Counsel for Plaintiffs

Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has concurred in the filing of this stipulation and proposed order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
1 REGARDING SUBMISSION OF RECENT DECISIONS
MASTER FILE NO. C-01-0988-SI