1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-SI |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT REPLY BRIEF IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF |
| ALL ACTIONS. | ) ) ) | |

16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered Plaintiffs' Motion for Administrative Relief to Submit Reply Brief in Response to Defendants' Opposition to Plaintiffs' Motion for Administrative Relief ("Plaintiffs' Motion"), upon review of the parties' written submissions, and for good cause shown,

IT IS HEREBY ORDERED that Plaintiffs' Motion is granted.

DATED: _____   _____
　　　　　　　　　　　　　　　　　THE HONORABLE SUSAN ILSTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
DOUGLAS R. BRITTON
SCOTT H. SAHAM
STACEY M. KAPLAN
SARAH R. HOLLOWAY

　　　　s/ Patrick J. Coughlin
　　　PATRICK J. COUGHLIN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\ORD00057777.doc

[PROPOSED] ORDER GRANTING PLTFS' MOT FOR ADMIN RELIEF TO SUBMIT REPLY BRF IN RESPONSE TO DEFS' OPP TO PLFTS' MOT FOR ADMIN RELIEF - C-01-0988-SI

- 1 -