| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | PATRICK J. COUGHLIN (111070) |
|   | MARK SOLOMON (151949) |
| 3 | DOUGLAS R. BRITTON (188769) |
|   | SCOTT H. SAHAM (188355) |
| 4 | STACEY M. KAPLAN (241989) |
|   | SARAH R. HOLLOWAY (254134) |
| 5 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 7 | patc@csgrr.com |
|   | marks@csgrr.com |
| 8 | dougb@csgrr.com |
|   | scotts@csgrr.com |
| 9 | staceyk@csgrr.com |
|   | sholloway@csgrr.com |
| 10 |        – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 11 | WILLOW E. RADCLIFFE (200087) |
|   | ELI R. GREENSTEIN (217945) |
| 12 | DANIEL J. PFEFFERBAUM (248631) |
|   | 100 Pine Street, Suite 2600 |
| 13 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 14 | 415/288-4534 (fax) |
|   | shawnw@csgrr.com |
| 15 | willowr@csgrr.com |
|   | elig@csgrr.com |
| 16 | dpfefferbaum@csgrr.com |

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI<br>)<br>) CLASS ACTION<br>) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) DECLARATION OF PATRICK J. COUGHLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT REPLY BRIEF IN RESPONSE TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF |

I, PATRICK J. COUGHLIN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1:    Excerpts from the February 13, 2009 hearing transcript;

Exhibit 2:    Excerpts from defendants' slide presentation at the February 13, 2009 hearing; and

Exhibit 3:    The Declaration of Shawn A. Williams in Support of Plaintiffs' Motion for Administrative Relief to Submit Recent Ninth Circuit Authority in Support of Their Opposition to Defendants' Motion for Summary Judgment (excluding exhibits thereto).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of February, 2009, at San Diego, California.

s/ Patrick J. Coughlin<br>PATRICK J. COUGHLIN

S:\CasesSD\Oracle3\DEC00057776_PJC.doc

COUGHLIN DECL IN SUPP OF PLTFS' MOT FOR ADMIN RELIEF TO SUBMIT REPLY BRIEF IN RESPONSE TO DEFS' OPP TO PLTFS' MOT FOR ADMIN RELIEF - C-01-0988-SI    - 1 -

CERTIFICATE OF SERVICE

1  
2      I hereby certify that on February 25, 2009, I electronically filed the foregoing with the Clerk
3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.
7      I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed on February 25, 2009.

 s/ Patrick J. Coughlin
PATRICK J. COUGHLIN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  patc@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```