# EXHIBIT 2

# In re Oracle Corporation Securities Litigation

Defendants' Motion for Summary Judgment

Loss Causation

ORACLE

# Loss Causation: The March 1, 2001 Announcement

"*License growth was strong in the first two months of Q3, and our internal sales forecast looked good up until the last few days of the quarter.... However, a substantial number of our customers decided to delay IT spending based on the economic slowdown in the United States.... The problem is the U.S. economy.*" (Ex. 30.)

ORACLE

Loss Causation: The March 1 Announcement

10

# Loss Causation:  The March 1, 2001 Analyst Call



*"Going in to as late as Friday we still felt very good about our quarter* and then on Friday we started to see a few cracks." (Ex. 393.)

"*[S]enior managers are deferring expenses and pushing out IT expenditures in light of the uncertain U.S. economy.*" (Id.)

"[A] bunch of deals were already approved at the mid-high level…. Once it got up to the CFO, CEO level they were pushed off…… *They're just looking at the economy.*" (Id.)

"[W]e had a very strong December.  We were well ahead of our numbers at the end of January.  And the pipeline looked terrific…. going into February….  *And we really didn't see it in our business until the last few days….*" (Id.)

Defendants explained that customers deferred purchases in the final days of the quarter due to concerns about the economy.

ORACLE

11