# EXHIBIT 3

1 | COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | PATRICK J. COUGHLIN (111070)
MARK SOLOMON (151949)
3 | DOUGLAS R. BRITTON (188769)
SCOTT H. SAHAM (188355)
4 | STACEY M. KAPLAN (241989)
SARAH R. HOLLOWAY (254134)
5 | 655 West Broadway, Suite 1900
San Diego, CA 92101
6 | Telephone: 619/231-1058
619/231-7423 (fax)
7 | patc@csgrr.com
marks@csgrr.com
8 | dougb@csgrr.com
scotts@csgrr.com
9 | staceyk@csgrr.com
sholloway@csgrr.com
10 |      – and –
SHAWN A. WILLIAMS (213113)
11 | WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
12 | DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
13 | San Francisco, CA 94111
Telephone: 415/288-4545
14 | 415/288-4534 (fax)
shawnw@csgrr.com
15 | willowr@csgrr.com
elig@csgrr.com
16 | dpfefferbaum@csgrr.com

17 | Lead Counsel for Plaintiffs

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 | In re ORACLE CORPORATION
SECURITIES LITIGATION )   Master File No. C-01-0988-SI
21 |                           )   CLASS ACTION
                             )
22 | This Document Relates To: )   DECLARATION OF SHAWN A.
                             )   WILLIAMS IN SUPPORT OF PLAINTIFFS'
23 |    ALL ACTIONS. )   MOTION FOR ADMINISTRATIVE RELIEF
                             )   TO SUBMIT RECENT NINTH CIRCUIT
24 |                               AUTHORITY IN SUPPORT OF THEIR
OPPOSITION TO DEFENDANTS' MOTION
25 | FOR SUMMARY JUDGMENT

26

27

28

1         I, SHAWN A. WILLIAMS, declare as follows:

2         1.      I am an attorney duly licensed to practice before all of the courts of the States of

3 California and New York. I am a member of the law firm of Coughlin Stoia Geller Rudman &

4 Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal

5 knowledge of the matters stated herein and, if called upon, I could and would competently testify

6 thereto.

7         2.      On February 19, 2008, I transmitted by e-mail a draft of an administrative motion to

8 submit the Ninth Circuit opinion in *Huberman v. Tag-It Pac., Inc.*, No. 07-55648, 2009 U.S. App.

9 LEXIS 2780 (9th Cir. Jan. 16, 2009), and the February 18, 2009 Tenth Circuit opinion in *In re*

10 *Williams Sec. Litig-WCG Subclass*, No. 07-5119, __F.3d__, 2009 WL 388048 (10th Cir. Feb. 18,

11 2009). A true and correct copy of the *Huberman* opinion is attached hereto as Exhibit A.

12         3.      On February 20, 2009, Patrick Gibbs, counsel for defendants, responded to my

13 request via e-mail stating that defendants would be prepared to stipulate only to the submission of

14 *Williams* but would not stipulate to the submission of *Huberman* stating that it was not precedent and

15 therefore would not be of any use to the Court. Ex. B. Separately, defendants demanded plaintiffs

16 submit a stipulation that included *Williams* and a February 2, 2009 opinion in *In re Shoretel Inc.,*

17 *Sec. Litig.*, No. C 08-00271 CRB, 2009 U.S. Dist. LEXIS 11151 (N.D. Cal. Feb. 2, 2009).

18         4.      I responded to Mr. Gibbs by e-mail stating that plaintiffs' reading of Federal Rule of

19 Appellate Procedure 32.1 and Civ. L. R 36.3 specifically allows for the citation on unpublished

20 opinions like *Huberman* from the Ninth Circuit. Ex. C.

21         5.      On February 20, 2009, I, along with Mark Solomon of my firm, spoke with Mr. Gibbs

22 by telephone and explained that while plaintiffs believed that the opinion in *Shoretel* was not

23 relevant to the Court's analysis of the summary judgment briefing before the Court, it made sense for

24 the parties to agree to its submission along with *Huberman* and *Williams* as opposed to bombarding

25 the Court with briefs solely on the issue of whether it should review recent decisions from the Ninth

26 Circuit and Northern District of California discussing loss causation.

27

28

WILLIAMS DECL ISO PLTFS' MOT FOR ADMIN RELIEF TO SUBMIT RECENT 9TH CIRCUIT
AUTHORITY ISO THEIR OPP TO DEFS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-SI    - 1 -

6. Later, after the conversation referred to in ¶5, Mr. Gibbs wrote to me stating that defendants would not agree to the submission of the *Huberman* opinion but would stipulate to the submission of the *Williams* opinion. Ex. D.

7. I wrote back to Mr. Gibbs indicating that notwithstanding defendants' refusal to allow submission of the Ninth Circuit's opinion in *Huberman*, plaintiffs might stipulate to the submission of *Shoretel*. *Id.*

8. Following this exchange, I asked Mr. Gibbs to prepare a stipulation for both submissions of *Williams* and *Shoretel*. Ex. C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of February, 2009, at San Francisco, California.

/s/
SHAWN A. WILLIAMS

Document1

1                             <u>CERTIFICATE OF SERVICE</u>

2         I hereby certify that on February 20, 2009, I electronically filed the foregoing with the Clerk

3 of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7         I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on February 20, 2009.

9

10                                         <u>           /s/           </u>
                                       SHAWN A. WILLIAMS

11                                        COUGHLIN STOIA GELLER

12                                          RUDMAN & ROBBINS LLP
                                       100 Pine Street, 26th Floor

13                                        San Francisco, CA  94111
                                       Telephone:  415/288-4545

14                                        415/288-4534 (fax)

15                                        E-mail:shawnw<u>@csgrr.com</u>

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111