1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
|---|---|
|  | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT REPLY**<br><br>**Honorable Susan Illston** |

The Court, having reviewed Plaintiffs' Motion for Administrative Relief to Submit Reply in Response To Defendants' Opposition to Plaintiffs' Motion for Administrative Relief and Defendants' Response thereto, and good cause therefore appearing, hereby **ORDERS** that Plaintiffs' Motion for Administrative Relief is **DENIED**.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: March 2, 2009

LATHAM & WATKINS LLP
    Peter A. Wald
    Patrick E. Gibbs
    Sean M. Berkowitz

By:   /s/ Peter A. Wald
    Peter A. Wald
    Attorneys for Defendants ORACLE
    CORPORATION, LAWRENCE J.
    ELLISON, JEFFREY O. HENLEY,
    and EDWARD J. SANDERSON