IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., | No. C 01-00988 SI |
| Plaintiffs, | **ORDER RE: PARTIES' RECENT FILINGS** |
| v. | |
| ORACLE CORPORATION, et al., | |
| Defendants. | |

On February 13, 2009, the Court heard oral argument on the parties' cross-motions for summary judgment. On February 22, plaintiffs moved to submit a recently decided Ninth Circuit case. Defendants opposed the motion. Plaintiffs moved for leave to file a reply to defendants' opposition. [Docket No. 1607] Defendants opposed that motion as well.

Plaintiffs' February 22 motion [Docket No. 1602] is GRANTED insofar as it provides notice of the Ninth Circuit's decision in *Huberman v. Tag-It Pacific Inc.*, No. 07-55648 (9th Cir. Jan. 16, 2009). Plaintiff's motion for leave to file a reply [Docket No. 1607] is DENIED. The Court will not consider any argument submitted by the parties in any of these motions. Going forward, neither party may submit argument in conjunction with notices of recent authority.

**IT IS SO ORDERED.**

Dated: March 6, 2009

SUSAN ILLSTON
United States District Judge