LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Sean M. Berkowitz (*pro hac vice*)
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: sean.berkowitz@lw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS**<br><br>Honorable Judge Susan Illston |

1     WHEREAS, the United States District Court for the District of Minnesota issued an order granting motions for summary judgment in *In re Retek Inc. Securities Litigation*, No. 02-4209 JRT (D. Minn. Mar. 31, 2009), a copy of which is attached as Exhibit A;

    WHEREAS, the United States District Court for the Northern District of California issued an order denying motions to dismiss in *In re UTStarcom, Inc., Securities Litigation*, No. C 04-04908 JW (N.D. Cal. Mar. 27, 2009), a copy of which is attached as Exhibit B;

    WHEREAS, the United States District Court for the Central District of California issued an order granting motions to dismiss in *In re Downey Securities Litigation,* No. CV-08-3261 JFW, 2009 WL 736802 (C.D. Cal. Mar. 18, 2009), a copy of which is attached as Exhibit C;

    WHEREAS, the United States District Court for the Southern District of California issued an order granting motions to dismiss in *In re Dothill Systems Corporation Securities Litigation*, No. 06-CV-228 JLS, 2009 U.S. Dist. LEXIS 22022 (S.D. Cal. Mar. 18, 2009), a copy of which is attached as Exhibit D; and

    WHEREAS, the *In re Retek Inc. Securities Litigation*, *In re UTStarcom, Inc., Securities Litigation*, *In re Downey Securities Litigation* and *In re Dothill Systems Securities Litigation* cases were decided after the February 13, 2009 hearing on the parties' Motions for Summary Judgment.

    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to submit these cases to the Court.

DATED: April 2, 2009

Respectfully submitted,

| LATHAM & WATKINS LLP | COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP |
|---|---|
| By   /s/ Patrick E. Gibbs<br>Patrick E. Gibbs<br>Counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson | By  /s/ Shawn Williams<br>Shawn Williams<br>Counsel for Plaintiffs |

    Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has concurred in the filing of this stipulation and proposed order.

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated:

4

5    _____
     THE HONORABLE SUSAN ILLSTON
6    UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP | LA\1961113.1||
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
2 REGARDING SUBMISSION OF RECENT DECISIONS
MASTER FILE NO. C-01-0988-SI