| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br><br>Attorneys for Defendants ORACLE CORPORATION,<br>LAWRENCE J. ELLISON, JEFFREY O. HENLEY and<br>EDWARD J. SANDERSON<br><br>ORACLE CORPORATION<br>  Dorian Daley (SBN 129049)<br>  James C. Maroulis (SBN 208316)<br>500 Oracle Parkway<br>Mailstop 5OP7<br>Redwood Shores, California 94065<br>Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114<br>E-mail: jim.maroulis@oracle.com<br><br>Attorneys for Defendant ORACLE CORPORATION | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br><br>LATHAM & WATKINS LLP<br>  Sean M. Berkowitz (*pro hac vice*)<br>233 South Wacker Drive, Suite 5800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>E-mail: sean.berkowitz@lw.com |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Master File No. C-01-0988 (SI) (Consolidated)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS**<br><br>Honorable Judge Susan Illston |

1  WHEREAS, the United States District Court for the District of Minnesota issued an order granting motions for summary judgment in *In re Retek Inc. Securities Litigation*, No. 02-4209 JRT (D. Minn. Mar. 31, 2009), a copy of which is attached as Exhibit A;

 WHEREAS, the United States District Court for the Northern District of California issued an order denying motions to dismiss in *In re UTStarcom, Inc., Securities Litigation*, No. C 04-04908 JW (N.D. Cal. Mar. 27, 2009), a copy of which is attached as Exhibit B;

 WHEREAS, the United States District Court for the Central District of California issued an order granting motions to dismiss in *In re Downey Securities Litigation,* No. CV-08-3261 JFW, 2009 WL 736802 (C.D. Cal. Mar. 18, 2009), a copy of which is attached as Exhibit C;

 WHEREAS, the United States District Court for the Southern District of California issued an order granting motions to dismiss in *In re Dothill Systems Corporation Securities Litigation*, No. 06-CV-228 JLS, 2009 U.S. Dist. LEXIS 22022 (S.D. Cal. Mar. 18, 2009), a copy of which is attached as Exhibit D; and

 WHEREAS, the *In re Retek Inc. Securities Litigation*, *In re UTStarcom, Inc., Securities Litigation*, *In re Downey Securities Litigation* and *In re Dothill Systems Securities Litigation* cases were decided after the February 13, 2009 hearing on the parties' Motions for Summary Judgment.

 THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to submit these cases to the Court.

DATED: April 2, 2009

Respectfully submitted,

| LATHAM & WATKINS LLP | COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP |
|---|---|
| By   /s/ Patrick E. Gibbs_____<br>    Patrick E. Gibbs<br>    Counsel for Defendants Oracle Corporation,<br>    Lawrence J. Ellison, Jeffrey O. Henley, and<br>    Edward J. Sanderson | By  /s/ Shawn Williams_____<br>    Shawn Williams<br>    Counsel for Plaintiffs |

 Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has concurred in the filing of this stipulation and proposed order.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

LA\1961113.1

STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS
MASTER FILE NO. C-01-0988-SI

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

LA\1961113.1

2

STIPULATION AND [PROPOSED] ORDER
REGARDING SUBMISSION OF RECENT DECISIONS
MASTER FILE NO. C-01-0988-SI