1 │ COUGHLIN STOIA GELLER
  │   RUDMAN & ROBBINS LLP
2 │ PATRICK J. COUGHLIN (111070)
  │ MARK SOLOMON (151949)
3 │ DOUGLAS R. BRITTON (188769)
  │ SCOTT H. SAHAM (188355)
4 │ STACEY M. KAPLAN (241989)
  │ SARAH R. HOLLOWAY (254134)
5 │ 655 West Broadway, Suite 1900
  │ San Diego, CA  92101
6 │ Telephone:  619/231-1058
  │ 619/231-7423 (fax)
7 │ patc@csgrr.com
  │ marks@csgrr.com
8 │ dougb@csgrr.com
  │ scotts@csgrr.com
9 │ staceyk@csgrr.com
  │ sholloway@csgrr.com
10 │        – and –
  │ SHAWN A. WILLIAMS (213113)
11 │ WILLOW E. RADCLIFFE (200087)
  │ ELI R. GREENSTEIN (217945)
12 │ DANIEL J. PFEFFERBAUM (248631)
  │ 100 Pine Street, Suite 2600
13 │ San Francisco, CA  94111
  │ Telephone:  415/288-4545
14 │ 415/288-4534 (fax)
  │ shawnw@csgrr.com
15 │ willowr@csgrr.com
  │ elig@csgrr.com
16 │ dpfefferbaum@csgrr.com

17 │ Lead Counsel for Plaintiffs

18 │               UNITED STATES DISTRICT COURT

19 │              NORTHERN DISTRICT OF CALIFORNIA

20 │ In re ORACLE CORPORATION          )  Master File No. C-01-0988-SI
   │ SECURITIES LITIGATION             )
21 │ _____ )  CLASS ACTION
   │                                   )
22 │ This Document Relates To:         )  JOINT STIPULATION AND [PROPOSED]
   │                                   )  ORDER REGARDING SUBMISSION OF
23 │     ALL ACTIONS.                  )  RECENT DECISIONS
   │ _____ )
24 │
25 │
26 │
27 │
28 │

1  WHEREAS, the United States District Court for the Southern District of New York issued an

2  Order in *In re Vivendi Universal, S.A. Sec. Litig.*, No. 02 Civ. 5571 (RJH) (HBP), 2009 U.S. Dist.

3  LEXIS 30433 (S.D.N.Y. Mar. 31, 2009), denying defendants' motions for summary judgment, a

4  copy of which is attached hereto as Exhibit A;

5  WHEREAS, the United States Court of Appeals for the Fifth Circuit issued an Order in

6  *Lormand v. US Unwired, Inc.*, No. 07-30106, 2009 U.S. App. LEXIS 7452 (5th Cir. Apr. 9, 2009),

7  affirming in part and reversing in part the district court's dismissal on the pleadings and remanding

8  for further proceedings, a copy of which is attached hereto as Exhibit B; and

9  WHEREAS, the *Vivendi* and *U.S. Unwired* cases were decided after the February 13, 2009

10  hearing on the parties' motions for summary judgment and are relevant to the issue of loss causation;

11  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to submit these cases

12  to the Court.

13  DATED:  April 17, 2009          COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
14                                     SHAWN A. WILLIAMS
                                       WILLOW E. RADCLIFFE
15                                     ELI R. GREENSTEIN
                                       DANIEL J. PFEFFERBAUM

16

17

18                                              /s/
                                       SHAWN A. WILLIAMS
19
                                       100 Pine Street, Suite 2600
20                                     San Francisco, CA  94111
                                       Telephone:  415/288-4545
21                                     415/288-4534 (fax)

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT
DECISIONS - C-01-0988-SI                                                          - 1 -

1

2
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN

3
MARK SOLOMON
DOUGLAS R. BRITTON

4
SCOTT H. SAHAM
STACEY M. KAPLAN

5
SARAH R. HOLLOWAY
655 West Broadway, Suite 1900

6
San Diego, CA  92101
Telephone:  619/231-1058

7
619/231-7423 (fax)

8
Lead Counsel for Plaintiffs

9
LATHAM & WATKINS LLP
PATRICK E. GIBBS

10

11

12
_____/s/_____
PATRICK E. GIBBS

13
140 Scott Drive
Menlo Park, CA 94025

14
Telephone:  650/328-4600
650/463-2600 (fax)

15
LATHAM & WATKINS LLP

16
PETER A. WALD
MICHELE F. KYROUZ

17
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

18
Telephone:  415/391-0600
415/395-8095 (fax)

19
Attorneys for Defendants

20
     I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this

21
Joint Stipulation and [Proposed] Order Regarding Submission of Recent Decisions.  In compliance

22
with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

23

24

25
_____/s/_____
SHAWN A. WILLIAMS

26

27

28

1                        *       *       *

2                       **O R D E R**

3         Pursuant to the parties' Stipulation, IT IS SO ORDERED.

4 DATED: _____  _____

5                                   THE HONORABLE SUSAN ILLSTON
                                  UNITED STATES DISTRICT JUDGE

6

7

8 Document1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT
DECISIONS - C-01-0988-SI                                                     - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 17, 2009.

/s/
SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,nicole@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

Case 3:01-cv-00988-SI   Document 1614   Filed 04/17/09   Page 7 of 7

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.co

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111