COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
SCOTT H. SAHAM (188355)
STACEY M. KAPLAN (241989)
SARAH R. HOLLOWAY (254134)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@csgrr.com
marks@csgrr.com
dougb@csgrr.com
scotts@csgrr.com
staceyk@csgrr.com
sholloway@csgrr.com
     – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | CLASS ACTION |
| This Document Relates To: | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS |
| ALL ACTIONS. | |

WHEREAS, the United States District Court for the Southern District of New York issued an Order in *In re Vivendi Universal, S.A. Sec. Litig.*, No. 02 Civ. 5571 (RJH) (HBP), 2009 U.S. Dist. LEXIS 30433 (S.D.N.Y. Mar. 31, 2009), denying defendants' motions for summary judgment, a copy of which is attached hereto as Exhibit A;

WHEREAS, the United States Court of Appeals for the Fifth Circuit issued an Order in *Lormand v. US Unwired, Inc.*, No. 07-30106, 2009 U.S. App. LEXIS 7452 (5th Cir. Apr. 9, 2009), affirming in part and reversing in part the district court's dismissal on the pleadings and remanding for further proceedings, a copy of which is attached hereto as Exhibit B; and

WHEREAS, the *Vivendi* and *U.S. Unwired* cases were decided after the February 13, 2009 hearing on the parties' motions for summary judgment and are relevant to the issue of loss causation;

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to submit these cases to the Court.

DATED: April 17, 2009      COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
     SHAWN A. WILLIAMS
     WILLOW E. RADCLIFFE
     ELI R. GREENSTEIN
     DANIEL J. PFEFFERBAUM

             /s/
     SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS - C-01-0988-SI - 1 -

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | PATRICK J. COUGHLIN<br>MARK SOLOMON |
| 4 | DOUGLAS R. BRITTON<br>SCOTT H. SAHAM |
| 5 | STACEY M. KAPLAN<br>SARAH R. HOLLOWAY |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 7 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 8 | Lead Counsel for Plaintiffs |
| 9 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS |
| 10 | |
| 11 | |
| 12 |                                                             /s/<br>PATRICK E. GIBBS |
| 13 | 140 Scott Drive<br>Menlo Park, CA 94025 |
| 14 | Telephone: 650/328-4600<br>650/463-2600 (fax) |
| 15 | LATHAM & WATKINS LLP |
| 16 | PETER A. WALD<br>MICHELE F. KYROUZ |
| 17 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 18 | Telephone: 415/391-0600<br>415/395-8095 (fax) |
| 19 | Attorneys for Defendants |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Submission of Recent Decisions. In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

                                                     /s/
SHAWN A. WILLIAMS

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT DECISIONS - C-01-0988-SI - 2 -

                      \*     \*     \*

**O R D E R**

Pursuant to the parties' Stipulation, IT IS SO ORDERED.

DATED: _____ _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Document1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF RECENT
DECISIONS - C-01-0988-SI

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 17, 2009.

                     /s/
SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,nicole@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```