**11 minutes**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/19/09

Case No.   C-01-0988 SI           Judge:   SUSAN ILLSTON

Title: IN RE: ORACLE CORP.

Attorneys: Williams, Coughlin, Harrison, Maroulis, Gibbs

Deputy Clerk:  Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Telephone Conference - HELD
2)  

3)  

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to    for Further Case Management Conference

Case continued to   


ORDERED AFTER HEARING:
The Court indicated that within the next week or so an order will issue on the pending motions.