Patrick E. Gibbs
Direct Dial: 650-463-4696
E-mail: patrick.gibbs@lw.com

140 Scott Drive
Menlo Park, California  94025
Tel: +1.650.328.4600  Fax: +1.650.463.2600
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Munich |
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |
| Moscow | |

June 9, 2009

*VIA E-FILING*

The Honorable Susan Illston
U.S. District Court, Northern District of California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA  94102

     Re:   *In re Oracle Corporation Securities Litigation*
             Master File No.:  C-01-0988-SI (JCS) (N.D. Cal.)

You Honor:

     As the Court is aware, the current schedule calls for the parties to file their pre-trial submissions on Tuesday, June 16, 2009.  These submissions include motions in limine, draft jury instructions, witness and exhibit lists, and the pre-trial statement.  Defendants respectfully request that the June 16 date be vacated, and that a new date for pre-trial submissions be set after the Court issues its rulings on the parties' pending motions.  Defendants make this request in order to provide the parties with sufficient time to review and analyze the Court's forthcoming rulings, which will affect all of the submissions to be filed.

     At this time Defendants request vacatur only of the June 16 date for filing pre-trial submissions.

     We met and conferred with plaintiffs' counsel regarding this matter, and they have declined to join in this request.

                                  Respectfully submitted,

                                  LATHAM & WATKINS LLP

                                  /s/
                                Patrick E. Gibbs
                            Attorneys for Defendants
                            ORACLE CORPORATION, LAWRENCE J.
                            ELLISON, JEFFREY O. HENLEY, and
                            EDWARD J. SANDERSON

cc:     Shawn Williams