IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION<br>SECURITIES LITIGATION<br>_____/ | No. C 01-00988 SI<br>Related Cases:<br>  C 01-01237-SI<br>  C 01-01263-SI<br>**SCHEDULING ORDER** |

Defendants' request to vacate the June 16 deadline for pre-trial submissions is GRANTED.

**IT IS SO ORDERED.**

Dated: June 12, 2009

SUSAN ILLSTON
United States District Judge