**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ORACLE CORPORATION
SECURITIES LITIGATION

_____/

No. C 01-00988 SI
Related Cases:
 C 01-01237-SI
 C 01-01263-SI

**JUDGMENT**

Defendants' motion for summary judgment is granted.  This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 16, 2009

_____
SUSAN ILLSTON
United States District Judge