1
2
3
4
5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RE MANDATORY RULE 11(B) COMPLIANCE REVIEW**<br>[15 U.S.C. § 78u-4(c)]<br>**The Honorable Susan Illston** |

1  WHEREAS, on June 16, 2009, the Court entered an order granting Defendants' Motion for
2  Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment, and entered
3  Judgment in Defendants' favor;

4  WHEREAS, Plaintiffs may appeal the Court's June 16, 2009 rulings;

5  WHEREAS, the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §
6  78u-4(c)(1), provides that "upon final adjudication of the action, the court shall include in the
7  record specific findings regarding compliance by each party and each attorney representing any
8  party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any
9  complaint, responsive pleading, or dispositive motion";

10  WHEREAS, the parties agree that for purposes of 15 U.S.C. § 78u-4(c)(1), the "final
11  adjudication of the action" occurs when opportunities for appeal have been exhausted;

12  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND PROPOSE
13  that the Court retain jurisdiction over this matter in order to make any findings required by 15
14  U.S.C. § 78u-4(c)(1) after opportunities for appeal have been exhausted.

DATED: June 29, 2009                          Respectfully submitted,

LATHAM & WATKINS LLP                          COUGHLIN STOIA GELLER
                                              RUDMAN AND ROBBINS LLP

By _____/S/_____                            By _____/S/_____
Patrick E. Gibbs                              Shawn A. Williams
Counsel for Defendants Oracle Corporation,    Counsel for Plaintiffs
Lawrence J. Ellison, Jeffrey O. Henley, and
Edward J. Sanderson

Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has concurred in the filing of this stipulation and proposed order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                 _____
                                              THE HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE