LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM AND WATKINS LLP
  Sean M. Berkowitz (*admitted pro hac vice*)
233 South Wacker Drive
Chicago, Il 60606
Phone: (312) 876-7700
Fax: (312) 993-9767
Email: sean.berkowitz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

  Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF DEFENDANTS' BILL OF COSTS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF
DEFENDANTS' BILL OF COSTS
Master File No. C-01-0988-SI

I, Patrick E. Gibbs, declare as follows:

1.      I am an attorney at law admitted to practice in the State of California and before this Court. I am a partner with the law firm of Latham & Watkins LLP, counsel of record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson ("Defendants") in this action. I make this Declaration in support of Defendants' Bill of Costs, pursuant to 28 U.S.C. § 1920, et seq., Rule 54 (d) of the Federal Rules of Civil Procedure and the Local Rules of this Court. I have personal knowledge of the facts set forth in this declaration.

2.      Attached hereto as Exhibit A is a spreadsheet that details the costs for which Defendants seek taxation. The spreadsheet is broken down by Cost Category and Total Amount of Cost. The costs detailed in Exhibit A consist of the following:

- a. Fees of the clerk totaling **$1,715.00**;
- b. Subpoena fees totaling **$5,410.40**;
- c. Deposition transcription charges totaling **$318,647.37**, which include fees related to the expedition of certain deposition transcripts. Certain deposition transcripts were expedited given the compressed deposition schedule in the case and the large number of depositions demanded by Plaintiffs. I am informed and believe that if none of the deposition transcripts had been expedited, the deposition transcription charges incurred by Defendants would have been **$296,736.21**;
- d. Reproduction costs to obtain copies of documents produced by other parties as part of formal discovery, and scanning, Bates-labeling and processing costs incurred in order to produce documents requested by Plaintiffs' formal discovery document requests, totaling **$444,970.57**;
- e. Witness fees and expenses totaling **$29,088.72**;

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF
DEFENDANTS' BILL OF COSTS
Master File No. C-01-0988-SI

  f. Exemplification costs totaling **$299,685.76**. These exemplification costs include amounts paid to a vendor, The Focal Point LLC, to create graphics and visual aids that were prepared for use at the oral argument before the Honorable Martin J. Jenkins on December 20, 2007, or the oral argument before the Honorable Susan Illston on February 13, 2009, or for potential use at trial. These costs also include amounts paid to a vendor, On the Record, for technical assistance in presenting graphics and visual aids at the oral argument before the Honorable Martin J. Jenkins on December 20, 2007;

  g. Interpreter fees for the deposition of a non-English speaking witness totaling **$517.08**; and

  h. Fees paid to the Court-appointed Special Master, the Honorable Edward A. Infante (Ret.), totaling **$69,602.01**.

3. Attached hereto as Exhibit B are true and correct copies of invoices supporting the fees of the clerk identified in Exhibit A.

4. Attached hereto as Exhibit C are true and correct copies of invoices supporting the subpoena fees identified in Exhibit A.

5. Attached hereto as Exhibit D are true and correct copies of invoices supporting the transcription charges identified in Exhibit A.

6. Attached hereto as Exhibit E are true and correct copies of letters and invoices supporting the photocopying, scanning, Bates-labeling and processing charges identified in Exhibit A.

7. Attached hereto as Exhibit F are true and correct copies of invoices, check requests and checks supporting the witness fees and expenses identified in Exhibit A.

8. Attached hereto as Exhibit G are true and correct copies of invoices supporting the exemplification costs identified in Exhibit A. The total dollar amount of the invoices from The Focal Point LLC that are included in Exhibit G exceed the amount actually

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF
DEFENDANTS' BILL OF COSTS
Master File No. C-01-0988-SI

1 paid by Defendants to The Focal Point LLC for work on graphics and visual aids. The amount of exemplification costs reflected in paragraph 2(f) above and in Defendants' Bill of Costs includes only those amounts actually paid by Defendants to The Focal Point LLC for its work on graphics and visual aids.

9. Attached hereto as Exhibit H are true and correct copies of the invoice supporting the interpreter fees identified in Exhibit A.

10. Attached hereto as Exhibit I are true and correct copies of invoices supporting the Court-appointed Special Master fees identified in Exhibit A.

11. Defendants request that the Court tax Plaintiffs in the amount of **$1,169,636.91**. Defendants believe these costs are correctly stated, were necessarily and reasonably incurred in the course of this action, and are allowable by law.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on June 30, 2009 in Menlo Park, California.

/s/ Patrick E. Gibbs
_____
Patrick E. Gibbs