# EXHIBIT A

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

**Fees of the Clerk (See Exhibit B)**

| Date | Invoice# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 3/15/2006 | 187890 | Omnibus Letter Brief | $70.00 |
| 4/4/2006 | 189168 | Discovery Letter Brief | $100.00 |
| 6/21/2006 | 194153 | Exhibits to Declaration of M. Kyrouz in Opposition to Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff [UNDER SEAL] | $50.00 |
| 12/22/2006 | 205790 | Notice of Entry of Order Granting Defendants' Motion to Enforce V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan | $50.00 |
| 12/22/2006 | 205797 | Notice of Entry of Order Granting Defendants' Motion to Enforce the Court's April 27, 2006 Order re: Documents Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses | $75.00 |
| 2/14/2007 | 208737 | Declaration of Sean P.J. Coyle in Support of Defendants' Objection to the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents Contained in Defendants' Privilege and Redaction Logs [UNDER SEAL] | $45.00 |
| 2/23/2007 | 209494 | Defendants' Supplement to Motion to Reverse Special Master's Order re: Softwar Materials | $50.00 |
| 3/15/2007 | 210787 | Defendants' Second Supplement to Motion to Reverse Special Master's Order re: Softwar Materials | $35.00 |
| 3/21/2007 | 211186 | Defendants' Reply in Support of Motion to Reverse Special Master's Order re: Softwar Materials [UNDER SEAL] | $65.00 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Number | Description | Amount |
|---|---|---|---|
| 4/3/2007 | 212153 | Defendants' Opposition to Plaintiffs' Request fro Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: Softwar Materials | $65.00 |
| 4/4/2007 | 212137 | Notice of Errata and Errata for Defendants' Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: Softwar Materials | $135.00 |
| 4/25/2007 | 213397 | Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | $60.00 |
| 7/27/2007 | 219040 | Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support of Motion | $160.00 |
| 7/27/2007 | 219028 | Declarations and Exhibits in Support of Defendants' Motions to Exclude Expert Reports and Testimony | $110.00 |
| 8/9/2007 | 219774 | Defendants' (Corrected) Notice of Motion and Motion for Summary Judgment | $45.00 |
| 8/28/2007 | 221134 | Defendants' Opposition to Motion to Exclude Expert Testimony | $105.00 |
| 9/11/2007 | 221859 | Reply in Support of Defendants' Motion for Summary Judgment | $115.00 |
| 9/12/2007 | 221964 | Defendants' [corrected] Reply in Support of Daubert Motion to Exclude Expert Reports and Testimony of Alan G. Goedde | $60.00 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice or Check# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 9/12/2007 | 222089 | Joint Statement of Undisputed Facts Regarding Defendants' Motion for Summary Judgment; Plaintiffs' Motion for Partial Summary Judgment, and Plaintiffs' Motion for Summary Judgment Against Ellison | $90.00 |
| 9/19/2007 | 222354 | Notice of Errata and Errata for Defendants' [corrected] Motion for Summary Judgment and [corrected] Harrison Declaration | $60.00 |
| 10/10/2007 | 223756 | Manual Filing Notification for Exhibit 5 to the Declaration of P. Baldwin in Support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of J. Duross O'Bryan; Manual Filing Notification for Exhibits 37 and 40 to Declaration of Jennifer Bicho in Support of Defendants' Motion for Summary Judgment | $85.00 |
| 10/22/2007 | 224344 | Defendants' Opposition to Plaintiffs' Supplemental Submission Regarding Spoliation Issues | $85.00 |
|  |  |  | **$1,715.00** |

**Subpoena Fees (See Exhibit C)**

| Date | Invoice or Check# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 5/5/2005 | 81094 | Rose Investigation Fee for Service of Subpoena | $65.00 |
| 5/31/2005 | 81124 | ADB. Inc. Fee for Service of Subpoena | $90.00 |
| 5/31/2005 | 81128 | Attorney's Process & Research Service, Inc. for Service of Subpoena | $25.00 |
| 6/10/2005 | 81138 | Caplan, Caplan & Kaye Process Servers Fee for Service of Subpoena | $50.00 |
| 6/10/2005 | 81139 | Caplan, Caplan & Kaye Process Servers Fee for Service of Subpoena | $50.00 |
| 6/10/2005 | 81142 | Investigative Legal Services, Inc. Fee for Service of Subpoena | $45.00 |
| 6/10/2005 | 81146 | Free Wheelin' Attorney Service Fee for Service of Subpoena | $35.00 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Number | Description | Amount |
|---|---|---|---|
| 6/10/2005 | 81147 | All State Legal Services, LLC Fee for Service of Subpoena | $65.00 |
| 610/2005 | 81152 | Benders Fee for Service of Subpoena | $67.00 |
| 6/10/2005 | 81153 | All State Legal Services, LLC Fee for Service of Subpoena | $65.00 |
| 10/4/2005 | MAYE.2915 | Sure Service Fee for Service of Subpoena on Walter Laughlin | $55.00 |
| 4/14/2006 | 190043 | Specialized Legal Services, Inc Fee for Service of Subpoena on Walter Laughlin | $50.00 |
| 5/5/2006 | 191223 | Specialized Legal Services, Inc Fee for Service of Subpoena on Brian Chin | $50.00 |
| 5/9/2006 | 191331 | Specialized Legal Services, Inc Fee for Service of Amended Subpoena on Lawrence Grace | $224.50 |
| 5/9/2006 | 191410 | Specialized Legal Services, Inc Fee for Service of Subpoena on John Schindler | $50.00 |
| 5/11/2006 | 191454 | Specialized Legal Services, Inc Fee for Service of Amended Subpoena on William Bradley | $242.50 |
| 5/20/2006 | 191459 | Specialized Legal Services, Inc Fee for Service of Amended Subpoena on Pasquale Chieffalo | $317.50 |
| 5/10/2006 | 191492 | Specialized Legal Services, Inc Fee for Service of Amended Subpoena on Walter Laughlin | $125.00 |
| 5/26/2006 | 192647 | Specialized Legal Services, Inc Fee for Service of Subpoena on Brian Adams | $231.00 |
| 5/30/2006 | 191975 | Specialized Legal Services, Inc Fee for Unsuccessful Service of Subpoena and Skiptrace on Mark Sayfi | $884.00 |
| 5/26/2006 | 192655 | Specialized Legal Services, Inc Fee for Unsuccessful Service of Amended Subpoena on Mark Sayfi | $254.00 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Reference | Description | Amount |
|---|---|---|---|
| 5/30/2006 | 192662 | Specialized Legal Services, Inc Fee for Service of Subpoena on Lerach Coughlin Stoia Geller Rudman & Robbins, LLC | $124.90 |
| 6/1/2006 | 192905 | Specialized Legal Services, Inc. Fee for Service of Subpoena on Marcus Lee | $50.00 |
| 7/1/2006 | 192979 | Specialized Legal Services, Inc Fee for Skiptrace/Locate Jon Nguyen | $265.00 |
| 6/7/2006 | 1913122 | Specialized Legal Services, Inc Fee for Service of Amended Subpoena on Dung "John" Nguyen | $229.00 |
| 6/7/2006 | 193235 | Specialized Legal Services, Inc Fee for Service of Subpoena on Dr. M. Laurentius Marais | $50.00 |
| 6/8/2006 | 193293 | Specialized Legal Services, Inc Fee for Unsuccessful Service of Amended Subpoena on Mark Sayfi | $305.00 |
| 614/06 | 193622 | Specialized Legal Services, Inc Fee for Unsuccessful Service of Amended Subpoena on Dung "John" Nguyen | $220.00 |
| 6/16/2006 | 193753 | Specialized Legal Services, Inc Fee for Service of Subpoena on Dung "John" Nguyen | $256.00 |
| 6/25/2007 | JP73298 | County Legal & Notary Service Fee for Service of Subpoena on Randall Jensen | $242.00 |
| 6/25/2007 | JP73300 | County Legal & Notary Service Fee for Service of Subpoena on Alan Goedde | $157.00 |
| 6/25/2007 | JP3301 | County Legal & Notary Service Fee for Service of Subpoena on D. Paul Regan | $157.00 |
| 6/25/2007 | JP3302 | County Legal & Notary Service Fee for Service of Subpoena on Bjorn Steinholt | $157.00 |
| 6/25/2007 | JP3303 | County Legal & Notary Service Fee for Service of Subpoena on Brooks Hilliard | $157.00 |
| | | | **$5,410.40** |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

**Depositions (See Exhibit D)**

| Date | Invoice# | Deponent | Total Cost Paid by Oracle | Video Costs | Expedition Costs | Sub-total (w/out Video) | Sub-total (w/out Expedition) |
|---|---|---|---|---|---|---|---|
| 3/4/2005 | 18997 | Fuller, Bret | $756.60 | $300.00 | | $456.60 | $756.60 |
| 4/6/2005 | 19510 | Fletcher, Alan | $1,334.95 | $300.00 | | $1,034.95 | $1,334.95 |
| 4/12/2005 | 19782 | Myers, Gregory | $1,547.33 | $400.00 | | $1,147.33 | $1,547.33 |
| 4/21/2005 | 20471 | Minton, Jennifer | $2,087.20 | $400.00 | | $1,687.20 | $2,087.20 |
| 5/5/2005 | 20038943 | Fuhrer, Jacques | $2,289.90 | | | $2,289.90 | $2,289.90 |
| 6/6/2005 | 21192 | O'Keefe, Gregg | $2,489.78 | $975.00 | $625.68 | $1,514.78 | $1,864.10 |
| 6/10/2005 | 21196 | Kuehmichel, Ryan | $3,151.95 | $975.00 | $846.45 | $2,176.95 | $2,305.50 |
| 6/13/2005 | 21213 | Chu, Dzung | $5,225.43 | $1,575.00 | $909.14 | $3,650.43 | $4,316.29 |
| 6/14/2005 | 21309 | Turner, Robert | $2,925.47 | $900.00 | $713.02 | $2,025.47 | $2,212.45 |
| 6/15/2005 | 21306 | Chobor, John | $4,981.15 | $1,350.00 | $1,250.10 | $3,631.15 | $3,731.05 |
| 7/13/2005 | 211194ECG; 211343ECG | Sawyer, Robert | $3,511.31 | $1,461.37 | $548.10 | $2,049.94 | $2,963.21 |
| 7/26/2005 | 213852ECG; 213855ECG | Sullivan, Patricia | $2,337.12 | $1,066.62 | | $1,270.50 | $2,337.12 |
| 8/17/2005 | 215378ECG | Hylick, Eric | $1,524.12 | $1,524.12 | | $0.00 | $1,524.12 |
| 8/25/2005 | 215381ECG; 216869ECG | Schreiber, Edward | $2,016.75 | $924.12 | | $1,092.63 | $2,016.75 |
| 9/10/2005 | 1023481 | Iglesia, Carlos | $1,342.50 | $750.00 | | $592.50 | $1,342.50 |
| 9/13/2005 | 23225 | Nurse, Colin | $1,259.20 | $400.00 | | $859.20 | $1,259.20 |
| 9/16/2005 | 218536ECG; 219550ECG | Keller, Dilek | $1,983.07 | $1,056.62 | | $926.45 | $1,983.07 |
| 9/22/2005 | 23659 | Petrie, Gordon | $1,280.45 | $300.00 | | $980.45 | $1,280.45 |
| 9/22/2005 | 23661 | Cuneo, Ronald | $1,083.20 | $400.00 | | $683.20 | $1,083.20 |
| 9/28/2005 | 218587ECG; 218538ECG | Cappotto, David | $1,496.27 | $806.62 | | $689.65 | $1,496.27 |
| 9/29/2005 | 218592ECG; 219766ECG | Neal, Aaron | $2,139.65 | $1,117.50 | | $1,022.15 | $2,139.65 |
| 10/7/2005 | 24056 | Wood, Kelly | $1,018.50 | $400.00 | | $618.50 | $1,018.50 |
| 10/11/2005 | 27805 | Mitchell, Margaret | $659.00 | $300.00 | | $359.00 | $659.00 |
| 10/18/2005 | 24313 | Green, Robert | $1,470.70 | $400.00 | | $1,070.70 | $1,470.70 |
| 10/19/2005 | 24268 | Petrie, Gordon | $747.05 | $300.00 | | $447.05 | $747.05 |
| 10/21/2005 | 27775 | Chard, Jo Ann | $662.40 | $300.00 | | $362.40 | $662.40 |
| 11/4/2005 | 27812 | Lange, Frederick | $1,131.60 | $400.00 | | $731.60 | $1,131.60 |
| 11/15/2005 | 223379ECG; 222836ECG | Martin, John | $2,248.62 | $1,126.62 | | $1,122.00 | $2,248.62 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice | Name | | | | |
|---|---|---|---|---|---|---|
| | 224847ECG; | | | | | |
| 11/30/2005 | 224805ECG | Donnelly, Peter | $3,058.12 | $1,389.12 | $1,669.00 | $3,058.12 |
| | 224188ECG; | | | | | |
| 11/30/2005 | 224489ECG | Schwoerer, Peter | $1,393.69 | $782.12 | $611.57 | $1,393.69 |
| | 224849ECG; | | | | | |
| 12/2/2005 | 224979ECG | Reed, Jan | $2,782.14 | $1,275.00 | $1,507.14 | $2,782.14 |
| 12/7/2005 | 28401 | Capellucci, Steven | $519.70 | $300.00 | $219.70 | $519.70 |
| | 225379ECG; | | | | | |
| 1/5/2006 | 226760ECG | Moldafsky, Neil | $2,475.75 | $1,115.00 | $1,360.75 | $2,475.75 |
| | 225928ECG; | | | | | |
| 1/6/2006 | 225376ECG | White, Paula | $1,308.17 | $684.12 | $624.05 | $1,308.17 |
| | 228294ECG; | | | | | |
| 1/19/2006 | 226857ECG | Nasser, George | $2,380.87 | $1,125.00 | $1,255.87 | $2,380.87 |
| | 228484ECG; | | | | | |
| 1/20/2006 | 228013ECG | Shaw, Raymond | $2,682.45 | $1,460.00 | $1,222.45 | $2,682.45 |
| | 228093ECG; | | | | | |
| 1/24/2006 | 227036ECG | Lybik, Stephen | $1,888.34 | $985.00 | $903.34 | $1,888.34 |
| | 228413ECG; | | | | | |
| 2/2/2006 | 229898ECG | Hawley, Linda | $1,432.95 | $807.50 | $625.45 | $1,432.95 |
| | 227655ECG; | | | | | |
| 2/2/2006 | 229949ECG | Aldrich, Joseph | $3,417.70 | $1,569.50 | $1,848.20 | $3,417.70 |
| | 229162ECG; | | | | | |
| 2/10/2006 | 229404ECG | Davies, Andrew | $2,392.04 | $1,207.50 | $1,184.54 | $2,392.04 |
| | 229664ECG; | | | | | |
| 2/16/2006 | 229907ECG | Benati, Paul | $1,131.62 | $547.50 | $584.12 | $1,131.62 |
| 2/16/2006 | 29887 | DeCesare, Michael | $1,793.06 | $400.00 | $1,393.06 | $1,793.06 |
| 2/24/2006 | 29889 | Fitzpatrick, Gayle | $1,625.05 | $400.00 | $1,225.05 | $1,625.05 |
| 2/28/2006 | 30314 | Sellers, Richard | $1,947.98 | $400.00 | $1,547.98 | $1,947.98 |
| 3/3/2006 | 30454 | Godwin, Clifford | $1,973.36 | $400.00 | $1,573.36 | $1,973.36 |
| 3/6/2006 | 30695 | Cochenour, David | $1,384.18 | $400.00 | $984.18 | $1,384.18 |
| 3/21/2006 | 30626 | Summers, Joel | $2,913.06 | $400.00 | $2,513.06 | $2,913.06 |
| 3/23/2006 | 30631 | Wohl, Ronald | $2,381.66 | $400.00 | $1,981.66 | $2,381.66 |
| 3/24/2006 | 30728 | Cochenour, David | $1,658.16 | $300.00 | $1,358.16 | $1,658.16 |
| 3/28/2006 | 1745.18 | Campos, Raul | $1,745.18 | $400.00 | $1,345.18 | $1,745.18 |
| 4/7/2006 | 31268 | Rocha, Michael | $2,006.04 | $400.00 | $1,606.04 | $2,006.04 |
| 4/7/2006 | 11908 | Kammer, Trine | $2,759.48 | | $2,759.48 | $2,759.48 |
| 4/11/2006 | 31419 | Borthwick, Valerie | $2,157.27 | $500.00 | $1,657.27 | $2,157.27 |
| 4/12/2006 | 31409 | Classick, Nicholas | $1,834.76 | $400.00 | $1,434.76 | $1,834.76 |
| 4/13/2006 | 31424 | Venkataramana, Molly | $2,979.72 | $500.00 | $2,479.72 | $2,979.72 |
| 4/18/2006 | 31417 | Quinn, Michael | $2,549.44 | $500.00 | $2,049.44 | $2,549.44 |
| 4/21/2006 | 31728 | Newton, Carl | $2,350.95 | $900.00 | $1,450.95 | $2,350.95 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice | Name | Amount | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 4/26/2006 | 32127 | Johnson, Steve | $1,806.19 | $400.00 | | $1,406.19 | $1,806.19 |
| 4/28/2006 | 32027 | Duffy, Joseph | $430.52 | $300.00 | | $130.52 | $430.52 |
| 5/3/2006 | 31807 | Block, Keith | $2,183.86 | $500.00 | | $1,683.86 | $2,183.86 |
| 5/4/2006 | 31811 | Kendig, Charles | $3,319.64 | $500.00 | $894.14 | $2,819.64 | $2,425.50 |
| 5/9/2006 | 31898 | Abbasi, Sohaib | $1,617.84 | $400.00 | | $1,217.84 | $1,617.84 |
| 5/11/2006 | 32333 | Kozikowski, Timothy | $1,455.40 | $675.00 | | $780.40 | $1,455.40 |
| 5/12/2006 | 32261 | Roberts, Ryan | $3,020.65 | $500.00 | $752.40 | $2,520.65 | $2,268.25 |
| 5/16/2006 | 32328 | Seiden, Gregory | $1,990.86 | $500.00 | | $1,490.86 | $1,990.86 |
| 5/17/2006 | 32339 | Chin, Brian | $1,450.95 | $525.00 | | $925.95 | $1,450.95 |
| 5/18/2006 | 32586 | Rathnam, Sukumar | $1,884.01 | $500.00 | | $1,384.01 | $1,884.01 |
| 5/19/2006 | 32326 | Chan, Julie | $1,990.90 | $500.00 | | $1,490.90 | $1,990.90 |
| 5/19/2006 | 32329 | Foster, Romen | $1,311.85 | $525.00 | | $786.85 | $1,311.85 |
| 5/22/2006 | 32624 | Sultan, Juliette | $1,982.62 | $500.00 | | $1,482.62 | $1,982.62 |
| 5/22/2006 | 32739 | Hamel, Kenneth | $1,274.55 | $400.00 | | $874.55 | $1,274.55 |
| 5/24/2006 | 32622 | Cullivan, Julie | $2,061.87 | $400.00 | | $1,661.87 | $2,061.87 |
| 5/24/2006 | 32332 | Nugent, John | $2,772.31 | $500.00 | $397.44 | $2,272.31 | $2,374.87 |
| 5/25/2006 | 32589 | Laughlin, Walter | $1,742.20 | $600.00 | | $1,142.20 | $1,742.20 |
| 5/26/2006 | 32628 | Winton, David | $2,284.07 | $500.00 | | $1,784.07 | $2,284.07 |
| 5/30/2006 | 32626 | Jarvis, Mark | $2,247.60 | $500.00 | | $1,747.60 | $2,247.60 |
| 5/31/2006 | 32663 | Wohl, Ronald | $933.59 | $300.00 | | $633.59 | $933.59 |
| 6/7/2006 | 65205ESF; 65271ESF | Chieffalo, Pasquale | $2,432.65 | $1,227.75 | | $1,204.90 | $2,432.65 |
| 6/7/2006 | 32752 | Williams, Thomas | $2,474.20 | $500.00 | | $1,974.20 | $2,474.20 |
| 6/8/2006 | 64880ESF; 65132ESF | Schindler, John | $3,209.65 | $1,620.00 | | $1,589.65 | $3,209.65 |
| 6/9/2006 | 32813 | Blankenbaker, Karen | $1,923.94 | $400.00 | | $1,523.94 | $1,923.94 |
| 6/13/2006 | 32893 | Scott, Bradford | $2,867.73 | $500.00 | | $2,367.73 | $2,867.73 |
| 6/14/2006 | 32994 | Kopp, Sarah | $3,425.24 | $400.00 | | $3,025.24 | $3,425.24 |
| 6/16/2006 | 65134ESF; 65127ESF | Adams, Brian | $2,898.40 | $1,580.25 | | $1,318.15 | $2,898.40 |
| 6/16/2006 | 32908 | Cochran, Michael | $2,789.20 | $500.00 | | $2,289.20 | $2,789.20 |
| 6/17/2006 | 65210ESF; 65061ESF | Bradley, William | $2,030.43 | $830.25 | | $1,200.18 | $2,030.43 |
| 6/20/2006 | 32953 | Klaiss, Donald | $2,666.17 | $500.00 | | $2,166.17 | $2,666.17 |
| 6/20/2006 | SINV/00014532; SINV/00013893; SINV/00015282; SINV/00014109 | Bhola, Arun | $4,487.70 | $1,354.74 | | $3,132.96 | $4,487.70 |
| 6/20/2006 | 17061416; 17062697; 17061412 | Hinkey, Cera | $3,362.41 | $1,201.00 | $679.36 | $2,161.41 | $2,683.05 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice | Name | Amount | | | | |
|---|---|---|---|---|---|---|---|
| | 65174ESF; | | | | | | |
| 6/21/2006 | 65273ESF | Lee, Marcus | $2,137.85 | $897.75 | | $1,240.10 | $2,137.85 |
| 6/22/2006 | 20060641 | Roberts, George | $3,023.20 | $400.00 | $792.00 | $2,623.20 | $2,231.20 |
| 6/22/2006 | 33436 | Nussbaum, Jay | $786.10 | $300.00 | | $486.10 | $786.10 |
| 6/23/2006 | 65269ESF; 65347ESF | Nguyen, John | $2,286.55 | $1,137.75 | | $1,148.80 | $2,286.55 |
| 6/24/2006 | 33503 | Orr, Cathy | $2,041.35 | $500.00 | | $1,541.35 | $2,041.35 |
| 6/27/2006 | 33440 | Grace, Lawrence | $454.40 | $275.00 | | $179.40 | $454.40 |
| 6/28/2006 | 33619 | Sevier, Jason | $2,586.64 | $500.00 | $649.00 | $2,086.64 | $1,937.64 |
| 6/29/2006 | 33427 | Yohannes, Samuel | $1,291.95 | $400.00 | | $891.95 | $1,291.95 |
| 6/29/2006 | 32992 | Davison, Michelle | $2,185.00 | $400.00 | $490.70 | $1,785.00 | $1,694.30 |
| 6/30/2006 | 33656 | Rathjens, Thomas | $2,191.19 | $500.00 | $417.43 | $1,691.19 | $1,773.76 |
| 7/7/2006 | 33658 | Minton, Jennifer | $4,353.89 | $500.00 | | $3,853.89 | $4,353.89 |
| 7/11/2006 | 33742 | Barrenechea, Mark | $2,622.88 | $500.00 | | $2,122.88 | $2,622.88 |
| 7/13/2006 | 33726 | Ellison, Lawrence | $2,219.38 | $500.00 | | $1,719.38 | $2,219.38 |
| 7/20/2006 | 33821 | Catz, Safra | $2,196.53 | $500.00 | | $1,696.53 | $2,196.53 |
| 7/25/2006 | 33887 | Sanderson, Edward | $2,258.14 | $500.00 | | $1,758.14 | $2,258.14 |
| 7/26/2006 | 33851 | Sanderson, Edward | $2,204.86 | $500.00 | | $1,704.86 | $2,204.86 |
| 7/27/2006 | 34103 | Henley, Jeffrey | $2,208.63 | $500.00 | | $1,708.63 | $2,208.63 |
| 8/1/2006 | 34420 | Matuszak, Gary | $3,264.83 | $500.00 | | $2,764.83 | $3,264.83 |
| 8/8/2006 | 34432 | Roberts, George | $687.94 | $300.00 | | $387.94 | $687.94 |
| 8/11/2006 | 34511 | Anthony, Mary Ann | $2,170.78 | $500.00 | | $1,670.78 | $2,170.78 |
| 8/14/2006 | 66047ESF; 66065ESF | Grace, Lawrence | $1,255.39 | $626.40 | | $628.99 | $1,255.39 |
| 8/220/06 | 34628 | Glass, Jennifer | $1,419.19 | $400.00 | | $1,019.19 | $1,419.19 |
| 9/6/2006 | 35220 | Simon, Philip | $2,188.86 | $500.00 | | $1,688.86 | $2,188.86 |
| 9/8/2006 | 35222 | Thill, Stephanie | $2,239.37 | $500.00 | | $1,739.37 | $2,239.37 |
| 9/8/2006 | 35218 | Kumar, Sanjay | $2,522.86 | $500.00 | | $2,022.86 | $2,522.86 |
| 9/12/2006 | 35829 | Balkenhol, Carolyn | $1,691.80 | $400.00 | | $1,291.80 | $1,691.80 |
| 9/12/2006 | 66301ESF | Marais, M. Laurentius | $2,508.90 | $2,508.90 | | $0.00 | $2,508.90 |
| 9/19/2006 | 35824 | Shaw, Kirsten | $2,498.85 | $500.00 | | $1,998.85 | $2,498.85 |
| 9/21/2006 | 36009 | Bender, Alexander | $2,329.56 | $500.00 | $463.20 | $1,829.56 | $1,866.36 |
| 9/21/2006 | 36013 | Ellison, Lawrence | $3,780.68 | $600.00 | $547.80 | $3,180.68 | $3,232.88 |
| 9/25/2006 | 36071 | Minton, Jennifer | $896.14 | $300.00 | | $596.14 | $896.14 |
| 9/26/2006 | 36073 | Segal, Lauren | $2,247.46 | $500.00 | | $1,747.46 | $2,247.46 |
| 9/28/2006 | 36260 | Elam, Terry | $2,915.81 | $500.00 | $463.68 | $2,415.81 | $2,452.13 |
| 10/5/2006 | 36228 | Hatada, Ian | $2,612.69 | $400.00 | $654.55 | $2,212.69 | $1,958.14 |
| 10/10/2006 | 26202 | Hatada, Ian | $3,590.03 | $400.00 | $972.55 | $3,190.03 | $2,617.48 |
| 10/27/2006 | 100639 | Cooperman, Daniel | $3,804.58 | $500.00 | $775.50 | $3,304.58 | $3,029.08 |
| 11/16/2006 | 101024 | Henley, Jeffrey | $2,876.17 | $500.00 | | $2,376.17 | $2,876.17 |
| 3/19/2007 | SINV/00019928 | Prendergast, Kevin | $157.85 | | | $157.85 | $157.85 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice# | Name | | | | | |
|---|---|---|---|---|---|---|---|
| 3/19-20/2007 | SINV/00019928 | Symonds, Mathew | $788.89 | | | $788.89 | $788.89 |
| 3/23/2007 | 20061604 | Catz, Safra | $1,202.99 | $400.00 | | $802.99 | $1,202.99 |
| 3/30/2007 | 20061606 | Ellison, Lawrence | $2,447.43 | $400.00 | $506.00 | $2,047.43 | $1,941.43 |
| 6/28/2007 | 70406ESF | Hilliard, Brooks | $3,581.15 | | $1,376.10 | $3,581.15 | $2,205.05 |
| 7/2/2007 | 70463ESF; 70691ESF | Steinholt, Bjorn | $5,627.45 | $2,564.00 | $1,138.50 | $3,063.45 | $4,488.95 |
| 7/3/2007 | 20062310 | Hubbard, R. Glenn | $2,104.49 | $500.00 | $346.92 | $1,604.49 | $1,757.57 |
| 7/3/2007 | 20062288 | Yourdon, Edward | $3,109.46 | $600.00 | $539.00 | $2,509.46 | $2,570.46 |
| 7/6/2007 | 200622901 | Foster, George | $3,034.26 | $500.00 | $635.25 | $2,534.26 | $2,399.01 |
| 7/6/2007 | 70689ESF; 70538ESF | Regan, Paul D. | $7,470.00 | $2,997.50 | $1,356.30 | $4,472.50 | $6,113.70 |
| 7/11/2007 | 70565ESF; 70557ESF | Goedde, Alan | $6,411.75 | $2,767.00 | $721.60 | $3,644.75 | $5,690.15 |
| 7/12/2007 | 20062294 | O'Bryan, John Duross | $4,021.56 | $600.00 | $756.25 | $3,421.56 | $3,265.31 |
| 7/13/2007 | 70568ESF; 70594ESF | Jensen, Randall | $3,248.45 | $1,368.00 | $693.00 | $1,880.45 | $2,555.45 |
| 7/17/2007 | WS20062440 | James, Christopher | $2,937.85 | $300.00 | | $2,637.85 | $2,937.85 |
| | | | **$318,647.37** | | | **$225,110.13** | **$296,736.21** |

**Document Copies (See Exhibit E)**

| Date | Invoice# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 12/20/2004 | 2728 | Oracle Document Production NDCA-ORCL 00001 - NDCA-ORCL04693 | $1,833.90 |
| 1/27/2005 | | Oracle's Copy of Third Party Productions to Plaintiffs' | $1,143.22 |
| 2/1/2005 | IC00168335 | Oracle Document Production | $26,158.68 |
| 2/10/2005 | | Oracle's Copy of Third Party Productions to Plaintiffs' | $667.06 |
| 3/24/2005 | 3478R | Oracle Document Production NDCA-ORCL 050761 - NDCA-ORCL 051095 | $94.29 |
| 5/4/2005 | n/a | Third Party Morgan Stanley Production | $69.80 |
| 5/9/2005 | SAF0505776 | Document Production from Plaintiffs | $6,295.62 |
| 5/6/2005 | 31458 | Plaintiffs' Copy of Non-Party Production to Oracle | $120.59 |
| 11/10/2005 | CH00200325 | Oracle Document Production | $98,853.18 |
| 11/11/2005 | IC00180486 | Oracle Document Production ORC034 | $666.80 |
| 12/2/2005 | CH00180499 | Oracle Document Production NDCA-ORCL 603902 | $2,105.20 |

# In re: Oracle Corporation Securities Litigation
## C-01-0988 SI
### Defendants' Costs

| Date | Reference | Description | Amount |
|---|---|---|---|
| 12/5/2005 | CH00180500 | Plaintiffs' Copy of Third Party Production ORR 000001 to Oracle | $434.45 |
| 12/6/2005 | IC00181108 | Oracle's Copy of Third Party Production CONOCO001 and PRG003 to Plaintiffs | $292.25 |
| 12/8/2005 | IC00181972 | Oracle Document Production ORC039 | $138.64 |
| 12/9/2005 | IC00181973 | Oracle Document Production OCR040 | $128.56 |
| 12/28/2005 | CH00186230 | Oracle Document Production of Debit Memos | $19,239.10 |
| 1/5/2006 | IC00184749 | Oracle Document Production ORC041 | $241.63 |
| 1/9/2006 | IC00184751 | Oracle Document Production ORC042 | $215.74 |
| 1/27/2006 | SAF06020175 | Document Production from Plaintiffs | $531.56 |
| 1/30/2006 | IC00187331 | Oracle Document Production ORC043 | $371.74 |
| 2/2/2006 | SAF06020201 | Document Production from Plaintiffs | $591.76 |
| 2/7/2006 | CH00186956 | Oracle Document Production NDCA-ORCL3032008 | $2,754.14 |
| 2/20/2006 | 79638 | Oracle Document Production ORC048, ORC050 | $884.07 |
| 3/17/2006 | 61765 | Oracle Document Production | $275.54 |
| 4/5/2006 | SAF06050097 | Document Production from Plaintiffs | $106.83 |
| 4/27/2006 | SF06-040435 | Oracle Document Production ORC058 | $32.55 |
| 6/7/2006 | SF06-060098 | Oracle Document Production ORC062 | $109.93 |
| 6/7/2006 | SF06-060099 | Oracle Document Production ORC063 | $88.64 |
| 6/22/2006 | SF06-060309 | Oracle Document Production ORC065 | $353.72 |
| 6/28/2006 | SF06-060383 | Oracle Document Production ORC066 | $206.10 |
| 7/24/2006 | SF06-070258 | Oracle Document Production ORC067 | $101.73 |
| 8/3/2006 | SF06-080075 | Oracle Document Production ORC070 | $68.72 |
| 8/7/2006 | SF06-080092 | Oracle Document Production | $2,424.90 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice | Description | Amount |
|---|---|---|---|
| 8/15/2006 | SF06-080199 | Oracle Document Production | $13,750.68 |
| 8/23/2006 | SF06-080363 | Oracle Document Production | $7,179.99 |
| 8/25/2006 | 87032 | Oracle Document Production ORC072 - ORC073 | $8,559.02 |
| 8/31/2006 | SF06-080503 | Oracle Document Production ORC081 | $72.82 |
| 9/1/2006 | SF06-090010 | Oracle Document Production | $754.46 |
| 9/6/2006 | SF06-090036 | Oracle Document Production | $421.22 |
| 9/7/2006 | SF06-090086 | Oracle Document Production | $2,513.10 |
| 9/7/2006 | SF06-090117 | Oracle Document Production | $2,965.65 |
| 9/11/2006 | SF06-090120 | Oracle Document Production | $76.73 |
| 9/12/2006 | 87754 | Oracle Document Production ORC084 - ORC090 | $25,683.38 |
| 9/13/2006 | SF06-090172 | Oracle Document Production ORC094 | $336.61 |
| 9/25/2006 | SF06-090324 | Oracle Document Production ORC095 | $33.14 |
| 9/27/2006 | SF06-090374 | Oracle Document Production ORC096 | $954.76 |
| 10/4/2006 | SF06-100084 | Oracle Document Production | $1,262.12 |
| 10/15/2006 | SF06-100208 | Oracle Document Production ORC109-ORC111 | $1,072.27 |
| 10/16/2006 | 89236 | Oracle Document Production ORC103 | $179.29 |
| 10/17/2006 | 89269 | Oracle Document Production ORC104 - ORC106 | $3,883.73 |
| 10/20/2006 | SF06-100327 | Oracle Document Production ORC113 | $34.50 |
| 10/20/2006 | SF06-100328 | Oracle Document Production ORC114 | $13,700.88 |
| 10/26/2006 | SF06-100388 | Oracle Document Production ORC115-ORC117 | $153.12 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice | Description | Amount |
|---|---|---|---|
| 10/30/2006 | SF06-100466 | Oracle Document Production ORC119 - 120 | $138.96 |
| 11/3/2006 | SF06-110057 | Oracle Document Production ORC121 | $37.63 |
| 11/10/2006 | SF06-110192 | Oracle Document Production ORC122 | $78.68 |
| 11/13/2006 | SF06-110214 | Oracle Document Production ORC123 | $45.24 |
| 12/5/2006 | 91217 | Oracle Document Production ORC124 - ORC125 | $162.73 |
| 12/15/2006 | SF06-120278 | Oracle Document Production ORC127 | $481.91 |
| 12/29/2006 | 91917 | Oracle Document Production ORC128 - ORC135 | $18,964.93 |
| 12/29/2006 | 91924 | Oracle Document Production ORC136 - ORC142 | $13,473.96 |
| 12/29/2006 | 91925 | Oracle Document Production ORC143 - ORC146 | $8,004.92 |
| 12/29/2006 | 91926 | Oracle Document Production ORC147 - ORC153 | $17,653.18 |
| 12/29/2006 | 91927 | Oracle Document Production ORC154 - ORC 161 | $10,760.39 |
| 12/29/2006 | 91928 | Oracle Document Production ORC162 - ORC168 | $13,095.74 |
| 12/29/2006 | 91930 | Oracle Document Production ORC169 - OCR172 | $5,484.02 |
| 1/5/2007 | 92134 | Oracle Document Production ORC173- ORC174 | $373.21 |
| 1/10/2007 | SF07-010153 | Oracle Document Production ORC175 | $68.33 |
| 1/12/2007 | 92548 | Oracle Document Production ORC176 | $284.26 |
| 1/15/2007 | SF07-010192 | Oracle Document Production ORC177 | $139.64 |
| 1/27/2007 | SF07-010372 | Oracle Document Production ORC178 | $1,504.48 |
| 1/31/2007 | 93195 | Oracle Document Production ORC179 - ORC185 | $17,491.40 |
| 1/31/2007 | 93196 | Oracle Document Production ORC186 - ORC192 | $13,265.45 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Invoice or Check# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 1/13/2007 | 93197 | Oracle Document Production ORC193 - ORC202 | $16,411.88 |
| 1/31/2007 | SF07-010423 | Oracle Document Production ORC208 | $584.64 |
| 2/9/2007 | SF07-020132 | Oracle Document Production | $167.89 |
| 2/15/2007 | SF07-020215 | Oracle Document Production | $340.19 |
| 2/16/2007 | SF07-020238 | Oracle Document Production NDCA-ORCL 1914758 - NDCA-ORCL1914803 | $12.48 |
| 3/5/2007 | SF07-030057 | Oracle Document Production | $67.75 |
| 3/19/2007 | 94862 | Oracle Document Production ORC198A | $108.50 |
| 3/28/2007 | SF017-030431 | Oracle Document Production ORC215 | $55.20 |
| 4/30/2007 | 6420 | Oracle Document Production ORC205 - ORC207 | $54,332.11 |
| 5/2/2007 | SF07-050036 | Oracle Document Production ORC217A | $47.59 |
| 5/3/2007 | SF07-050059 | Oracle Document Production ORC221-ORC222 | $145.17 |
| | | | **$444,970.57** |

**Witness Fees & Expenses (Exhibit F)**

| Date | Invoice or Check# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 5/5/2005 | 81095 | Witness/Mileage Fees for Robert W. Baird & Co, Inc. | $40.00 |
| 5/31/2005 | 81123 | Witness/Mileage Fees for Edward W. Sawyer, Jr. | $54.00 |
| 5/31/2005 | 81125 | Witness/Mileage Fees for Edward W. Sawyer, Jr. | $54.00 |
| 6/2/2005 | 81127 | Witness/Mileage Fees for Credit Suisse First Boston (USA), Inc. | $40.00 |
| 6/10/2005 | 81140 | Witness/Mileage Fees for Carlos Iglesias | $50.00 |
| 6/10/2005 | 81141 | Witness/Mileage Fees for Carlos Iglesias | $50.00 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | Number | Description | Amount |
|---|---|---|---|
| 6/10/2005 | 81143 | Witness/Mileage Fees for Eric S. Hylick | $57.00 |
| 6/10/2005 | 81144 | Witness/Mileage Fees for Trine S. Kammer | $90.00 |
| 6/10/2005 | 81148 | Witness/Mileage Fees for Patty Sullivan | $30.00 |
| 6/10/2005 | 81149 | Witness/Mileage Fees for Trine S. Kammer | $40.00 |
| 6/10/2005 | 81150 | Witness/Mileage Fees for Patty Sullivan | $40.00 |
| 6/10/2005 | 81151 | Witness/Mileage Fees for Arun Bjola | $50.00 |
| 6/21/2005 | 81155 | Witness/Mileage Fees for Arun Bjola | $74.00 |
| 12/9/2005 | 82054 | Witness/Mileage Fees for Peter Schwoerer | $63.00 |
| 12/19/2005 | 82069 | Witness/Mileage Fees for John Martin | $77.00 |
| 4/12/2006 | 7006154 | Witness/Mileage Fees for Carl A. Newton | $83.65 |
| 4/14/2006 | 190043 | Witness/Mileage Fees for Walter Laughlin | $143.00 |
| 4/20/2006 | 7006163 | Witness/Mileage Fees for Romen Foster | $88.50 |
| 4/20/2006 | 7006164 | Witness/Mileage Fees for Timothy J. Kozikowski | $88.50 |
| 5/5/2006 | 191223 | Witness/Mileage Fees for Brian Chin | $97.35 |
| 5/9/2006 | 191331 | Witness/Mileage Fees for Lawrence Grace | $71.50 |
| 5/9/2006 | 191410 | Witness/Mileage Fees for John Schindler | $81.35 |
| 5/11/2006 | 191454 | Witness/Mileage Fees for William Bradley | $62.70 |
| 5/20/2006 | 191459 | Witness/Mileage Fees for Pasquale Chieffalo | $92.40 |
| 5/26/2006 | 192647 | Witness/Mileage Fees for Brian Adams | $59.40 |
| 5/30/2006 | 192662 | Witness/Mileage Fees for Lerach Coughlin Stoia Geller Rudman & Robbins, LLP | $45.10 |
| 6/1/2006 | 192905 | Witness/Mileage Fees for Marcus Lee | $97.46 |
| 6/7/2006 | 193122 | Witness/Mileage Fees for Dung "John" Nguyen | $81.40 |
| 6/30/2006 | 604080 | Professional Services Fees for Counsel Representing Jason Sevier at Deposition | $19,684.86 |
| 9/8/2006 | | Witness Fees for Jason Sevier | $7,150.00 |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

| Date | | Description | |
|---|---|---|---|
| 6/26/2007 | JP73298 | Witness/Mileage Fees for Randall Jensen | $70.51 |
| 6/26/2007 | JP73300 | Witness/Mileage Fees for Alan Goedde | $70.51 |
| 6/26/2007 | JP73301 | Witness/Mileage Fees for D. Paul Regan | $70.51 |
| 6/26/2007 | JP73302 | Witness/Mileage Fees for Bjorn Steinholt | $70.51 |
| 6/26/2007 | JP73303 | Witness/Mileage Fees for Brooks Hilliard | $70.51 |
| | | | **$29,088.72** |

**Exemplification Costs (Exhibit G)**

| Date | Invoice or Wire# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 9/30/2007 | 07-207 | Summary Judgment Oral Argument Presentation | $908.00 |
| 10/31/2007 | 07-254 | Summary Judgment Oral Argument Presentation | $68.30 |
| 10/31/2007 | 2007-2879 | The Focal Point Demonstratives | $11,887.71 |
| 11/30/2007 | 2007-2904 | The Focal Point Demonstratives | $113,429.19 |
| 12/31/2007 | 2007-2923 | The Focal Point Demonstratives | $80,295.64 |
| 1/28/2008 | 08-2 | Summary Judgment Oral Argument Presentation | $6,896.09 |
| 1/31/2008 | 2008-2942 | The Focal Point Demonstratives | $80,295.63 |
| 2/29/2008 | 2008-2962 | The Focal Point Demonstratives | $5,855.00 |
| 2/29/2008 | 08-25 | Summary Judgment Oral Argument Presentation | $50.20 |
| | | | **$299,685.76** |

**Interpreter Fees (Exhibit H)**

| Date | Invoice# | Description | Cost Paid by Oracle |
|---|---|---|---|
| 4/20/2006 | 2153 | Translation Service Fees for Deposition of Trine Kammer | 517.08 |
| | | | **$517.08** |

In re: Oracle Corporation Securities Litigation
C-01-0988 SI
Defendants' Costs

**Special Master Fees (Exhibit I)**

| Date | Invoice# | Cost Paid by Oracle |
|---|---|---|
| 4/28/2006 | 0001145127-100 | $5,795.76 |
| 5/31/2006 | 0001157667-100 | $1,210.72 |
| 6/30/2006 | 0001170475-100 | $2,339.98 |
| 7/31/2006 | 0001181337-100 | $20,044.56 |
| 9/29/2006 | 0001205472-100 | $6,064.01 |
| 10/10/2006 | 0001208465-100 | $300.00 |
| 10/31/2006 | 00001217330-100 | $421.80 |
| 11/30/2006 | 0001230814-100 | $1,986.70 |
| 1/3/2007 | 0001243454-100 | $22,244.00 |
| 1/31/2007 | 0001255637-100 | $2,982.67 |
| 2/28/2007 | 0001266996-100 | $1,815.00 |
| 3/30/2007 | 0001279299-100 | $1,255.25 |
| 4/30/2007 | 0001291382-100 | $3,141.56 |
| | | **$69,602.01** |

**TOTAL** **$1,169,636.91**