# EXHIBIT B

# Invoice/Service Report

**Client#:** 10

**Inv#:** 187890

**Date:** April 1, 2006

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** RUSH-OMNIBUS LETTER  BRIEF AND ATTACHED EXHIBITS

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: March 15, 2006 -
Documents returned March 15, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 1 | Special Court Service @ $35.00 | $35.00 |
| 1 | 12 Minutes Court Time @ $10.00 | $10.00 |

**Invoice Total:**      **$70.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                           **Date:** May 1, 2006

**Inv#:** 189168

---------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
            505 Montgomery Street, Suite 1900
            San Francisco, CA 94111

**Attention:** JOHN EASTLY

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30439(JME)

**Document(s):** DISCOVERY MATTER-DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF

---------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: April 4, 2006 -
           Documents returned April 4, 2006 **

---------------------------------------------------------------------------

**Fees and Costs:**      1 Expediting Fee @ $50.00                        $50.00
                         1 Special Court Service @ $35.00                 $35.00
                         1 18 Minutes Court Time @ $15.00                 $15.00

                                                  **Invoice Total:**    **$100.00**
---------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10

**Inv#:** 194153

**Date:** July 1, 2006

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** JENN COLLIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30678(JK)

**Document(s):** EXHIBITS TO THE DECLARATION OF MICHELE R. KYROUZ IN OPPOSITION TO
PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND
THE JUNE 30, 2006 FACT DISCOVERY CUTOFF[UNDER SEAL]

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Courtesy copies were delivered to
Department SPERO. Completed on: June 21, 2006 - Documents returned June 21,
2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Court Service @ $35.00 | $35.00 |
| 1 | 18 Minutes Court Time @ $15.00 | $15.00 |

**Invoice Total:**   **$50.00**

--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                                          **Date:** January 1, 2007
**Inv#:** 205790

-------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** CAROLINE YU

**Case No.:** C-01-0988-MJJ (JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30439(JE)

**Document(s):** NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE
SECTION V.C. OF THE MARCH 10, 2005 DISCOVERY PLAN AND FOR SANCTIONS
FOR PLAINTIFFS' REPEATED VIOLATIONS OF THE DISCOVERY PLAN AS IT
PERTAINS TO THIRD PARTY CUSTOMERS

-------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: December 22, 2006 -
Documents returned December 22, 2006 **

-------------------------------------------------------------------------

**Fees and Costs:**   1 Special Court Service @ $35.00                          $35.00
1 18 Minutes Court Time @ $15.00                          $15.00

**Invoice Total:**   **$50.00**
-------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                                          **Date:** January 1, 2007

**Inv#:** 205797

-------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** CAROLINE YU

**Case No.:** C-01-0988-MJJ (JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30439(JE)

**Document(s):** NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTA' MOTION TO ENFORCE THE
COURT'S APRIL 27, 2006 ORDER RE DOCUMENTS EXCHANGED BETWEEN
PLAINTIFFS' COUNSEL AND THE CONFIDENTIAL WITNESSES

-------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: December 22, 2006 -
Documents returned December 22, 2006 **

-------------------------------------------------------------------------

**Fees and Costs:**        1 Special Court Service @ $35.00                    $35.00
1 18 Minutes Court Time @ $15.00                   $15.00
1 Expediting Fee @ $25.00                          $25.00

**Invoice Total:**     **$75.00**

-------------------------------------------------------------------------

## Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10
**Inv#:** 208737

**Date:** March 1, 2007

--------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)(CONSOLIDATED)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07878(SPJC)

**Document(s):** DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFFS' OBJECTION TO THE SPECIAL MASTER'S ORDER GRANTING IN
PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS
CONTAINED IN DEFENDANTS' PRIVILEGE AND REDACTION LOGS[FILED UNDER
SEAL]

--------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Courtesy copies were delivered to
Department SPERO. Completed on: February 14, 2007 - Documents returned
February 14, 2007 **

--------------------------------------------------------------------------

| **Fees and Costs:** | | |
|---|---|---|
| 1 Special Court Service @ $35.00 | | $35.00 |
| 1 12 Minutes Court Time @ $10.00 | | $10.00 |

**Invoice Total:**      **$45.00**

--------------------------------------------------------------------------

## Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10                                                    **Date:** March 1, 2007

**Inv#:** 209494

------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
         505 Montgomery Street, Suite 2000
         San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** DEFENDANTS' SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S ORDER
             RE: SOFTWAR MATERIALS

------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: February 23, 2007 -
         Documents returned February 23, 2007 **

------------------------------------------------------------------------

**Fees and Costs:**      1 Special Court Service @ $35.00                    $35.00
                     1 18 Minutes Court Time @ $15.00                    $15.00

                                                    **Invoice Total:**    **$50.00**

------------------------------------------------------------------------

## Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10

**Inv#:** 210787

**Date:** April 1, 2007

---

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** DEFENDANTS' SECOND SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S
ORDER RE: SOFTWAR MATERIALS; DECLARATION OF MATTHEW D. HARRISON IN
SUPPORT OF DEFENDANTS' SECOND SUPPLEMENT TO MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS

---

**Report:** Filed at: United States District Court. Completed on: March 15, 2007 -
Documents returned March 15, 2007 **

---

**Fees and Costs:**    1 Special Court Service @ $35.00                          $35.00

**Invoice Total:**    $35.00

---

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10

**Inv#:** 211186

**Date:** April 1, 2007

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REVERSE SPECIAL MASTER'S
ORDER RE: SOFTWAR MATERIALS [FILED UNDER SEAL]; DECLARATION OF SEAN
P.J. COYLE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO
REVERSE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: March 21, 2007 -
Documents returned March 21, 2007 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Court Service @ $35.00 | $35.00 |
| 1 | 36 Minutes Court Time @ $30.00 | $30.00 |

**Invoice Total:** **$65.00**

--------------------------------------------------------------------------------

# Invoice/Service Report

**Client#:** 10

**Inv#:** 212153

**Date:** May 1, 2007

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE
SUR-REPLY AND FACTUAL SUPPLLEMENT IN OPPOSITION TO DEFENDANTS'
MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS;
DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND
FACTUAL SUPPLLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: April 3, 2007 -
Documents returned April 3, 2007 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---|
| 1 Special Court Service @ $35.00 | | $35.00 |
| 1 18 Minutes Court Time @ $15.00 | | $15.00 |
| 1 Follow Up @ $15.00 | | $15.00 |

**Invoice Total:** **$65.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                          **Date:** May 1, 2007

**Inv#:** 212137

---------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' OPPOSITION TO
PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND FACTUAL
SUPPLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL
MASTER'S ORDER RE: SOFTWAR MATERIALS [FILED UNDER SEAL]

---------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: April 4, 2007 -
Documents returned April 4, 2007 **

---------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Court Service @ $35.00 | $35.00 |
| 1 | 24 Minutes Court Time @ $20.00 | $20.00 |
| 1 | Court Delivery @ $5.00 | $5.00 |
| 1 | Expediting Fee @ $75.00 | $75.00 |

**Invoice Total:**     **$135.00**

---------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10

**Date:** May 1, 2007

**Inv#:** 213397

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C01-0988 MJJ

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPC)

**Document(s):** DEFENDANTS' MEMORANDUM REGARDING PLAITNIFFS' MOTION TO COMPEL
TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT
RIGHT AGAINST SELF-INCRIMINATION; DECLARATION OF SEAN P.J. COYLE IN
SUPPORT OF DEFENDANTS' MEMORANDUM REGARDING PLAITNIFFS' MOTION TO
COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH
AMENDMENT RIGHT AGAINST SELF-INCRIMINATION

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: April 25, 2007 -
Documents returned April 25, 2007 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---|
| 1 Special Court Service @ $35.00 | | $35.00 |
| 1 30 Minutes Court Time @ $25.00 | | $25.00 |

**Invoice Total:** **$60.00**

--------------------------------------------------------------------------------

## Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10                                           **Date:** August 1, 2007

**Inv#:** 219040

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION;
DECLARATION OF JENNIFER BICHO IN SUPPORT OF DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT; DECLARATION OF LAWRENCE J. ELLISON IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DECLARATION OF BRUCE DEAL
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: July 27, 2007 -
Documents returned July 27, 2007 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| Qty | Description | Amount |
|-----|-------------|--------|
| 1 | 30 Minutes Waiting Time @ $25.00 | $25.00 |
| 1 | Special Service - San Francisco @ $50.00 | $50.00 |
| 1 | 30 Minutes Court Time @ $25.00 | $25.00 |
| 6 | Box Charge @ $10.00 | $60.00 |

**Invoice Total:   $160.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10

**Inv#:** 219028

**Date:** August 1, 2007

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** CAROLINE YU

**Case No.:** C-01-0988-MJJ (JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 088128-0025-30439

**Document(s):** 2 BOXES-DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE REPORTS AND TESTIMONY OF BROOKS HILLIARD;
DECLARATION OF HOLLY J. TATE IN SUPPORT OF DEFENDANTS' DAUBERT
MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I.
STEINHOLT; DEFENDANTS' NOTICE OF DAUBERT MOTION AND DAUBERT MOTION
TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE;

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: July 27, 2007 -

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 2 | Box Charge @ $10.00 | $20.00 |
| 1 | Special Court Service @ $35.00 | $35.00 |
| 1 | Court Delivery @ $5.00 | $5.00 |
| 1 | 30 Minutes Court Time @ $25.00 | $25.00 |

**Invoice Total:      $110.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10
**Inv#:** 219774

**Date:** September 1, 2007

--------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ(JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SPJC)

**Document(s):** DEFENDANTS' (CORRECTED) NOTICE OF MOTION AND MOTION FOR SUMMARY
JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION; (CORRECTED) DECLARATION OF MATTHEW D. HARRISON IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

--------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: August 9, 2007 -
Documents returned August 9, 2007 **

--------------------------------------------------------------------------

**Fees and Costs:**      1  Special Filing - San Francisco @ $35.00          $35.00
1  12 Minutes Court Time @ $10.00                  $10.00

**Invoice Total:**    **$45.00**
--------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                                                 **Date:** September 1, 2007

**Inv#:** 221134

------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFEN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818 (SPJC)

**Document(s):** DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF
EDWARD YOURDON; DECLARATION OF REES F. MORGAN IN SUPPORT OF
DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF
EDWARD YOURDON; DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO
EXCLUDE EXPERT TESTIMONY OF GEORGE FOSTER; DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN

------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: August 28, 2007 -

------------------------------------------------------------------------

**Fees and Costs:**   4 Box Charge @ $10.00                              $40.00

1 Special Service - San Francisco @ $50.00        $50.00

1 18 Minutes Court Time @ $15.00                   $15.00

**Invoice Total:**   **$105.00**

------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10
**Inv#:** 221859

**Date:** October 1, 2007

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFEN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** ORACLE SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-057818

**Document(s):** 3 BOXES-REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT; DECLARATION F HOLLY J. TATE IN SUPPORT OF REPLY IN
SUPPORT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, VOLUME 1; 2 AND 3;
DEFENDANTS' REPLY IN SUPPORT OF THIER MOTION TO EXCLUDE EXPERT
REPORTS AND TESTIMONY OF BJORN I. STEINHOLT; DECLARATION OF DAVID
M. FRIEDMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THIER

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: September 11, 2007 -

--------------------------------------------------------------------------------

| **Fees and Costs:** | | | |
|---|---|---|---|
| 1 | 24 Minutes Waiting Time @ $20.00 | | $20.00 |
| 3 | Box Charge @ $10.00 | | $30.00 |
| 1 | Special Service - San Francisco @ $50.00 | | $50.00 |
| 1 | 18 Minutes Court Time @ $15.00 | | $15.00 |

**Invoice Total:    $115.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10
**Inv#:** 221964

**Date:** October 1, 2007

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818-SPJC

**Document(s):** DEFENDANTS' [CPRRECTED] REPLY IN SUPPORT OF DAUBERT MOTION TO
EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Courtesy copies were delivered to
Department JUDGE JENKINS. Completed on: September 12, 2007 -

--------------------------------------------------------------------------------

| Fees and Costs: | | |
|---|---|---|
| 1 Special Court Service @ $35.00 | | $35.00 |
| 1 Court Delivery @ $5.00 | | $5.00 |
| 1 24 Minutes Court Time @ $20.00 | | $20.00 |

**Invoice Total:** **$60.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10
**Inv#:** 222089

**Date:** October 1, 2007

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** CAROLINE YU

**Case No.:** C-01-0988-MJJ (JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30439(JE)

**Document(s):** JOINT STATEMENT OF UNDISPUTED FACTS REGARDING DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT, PLAINTIFFS' MOTION FOR PARTIAL SUMMARY
JUDGMENT, AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST
LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NONPUBLIC
INFORMATION- DOCUMENT WAS FILED VIA DROP BOX

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: September 12, 2007 -
Documents returned September 13, 2007 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 Special Filing - San Francisco @ $35.00 | | $35.00 |
| 1 18 Minutes Court Time @ $15.00 | | $15.00 |
| 1 Expediting Fee @ $25.00 | | $25.00 |
| 1 Follow Up @ $15.00 | | $15.00 |

**Invoice Total:**     **$90.00**

--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10
**Inv#:** 222354

**Date:** October 1, 2007

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** LORI QUINN

**Case No.:** C-01-0988-MJJ (JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30705 (LQ)

**Document(s):** NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION FOR
SUMMARY JUDGMENT AND [CORRECTED] HARRISON DECLARATION; CHAMBERS
COPY TO JUDGE JENKINS

--------------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Completed on: September 19, 2007 -

--------------------------------------------------------------------------------

| **Fees and Costs:** | | |
|---|---|---|
| 1 Special Court Service @ $35.00 | | $35.00 |
| 1 Court Delivery @ $5.00 | | $5.00 |
| 1 24 Minutes Court Time @ $20.00 | | $20.00 |

**Invoice Total:** **$60.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10

**Inv#:** 223756

**Date:** November 1, 2007

--------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** LORI QUINN

**Case No.:** C-01-0988-MJJ (JCS)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** IN RE ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 088128-0025-30705 (SC)

**Document(s):** 2 BOXES-MANUAL FILING NOTIFICATION FOR EXHIBIT 5 TO THE DECLARATION
OF PETER E. BALDWIN IN SUPPORT OF DEFENDANT' OPPOSITION TO
PLAINTIFFS MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS'
ACCOUNTING EXPERT, J. DUROSS O'BRYAN; MANUAL FILING NOTIFICATION
FOR EXHIBITS 37 AND 40 TO THE DECLARATION OF JENNIFER BICE IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MANUAL FILING

--------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Courtesy copies were delivered to
Department JUDGE JENKINS. Completed on: October 10, 2007 -

--------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 1 | Special Court Service @ $35.00 | $35.00 |
| 1 | Court Delivery @ $5.00 | $5.00 |
| 2 | Box Charge @ $10.00 | $20.00 |

**Invoice Total:** **$85.00**

--------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10

**Inv#:** 224344

**Date:** November 1, 2007

------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** LORI QUINN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** ORACLE SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30075 (LAQ)

**Document(s):** DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION
REGARDING SPOLIATION ISSUES; DECLARATION OF DAVID C. FORTNRY IN
SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL
SUBMISSION REGARDING SPOLIATION ISSUES, EXHIBITS 13; DECLARATION OF
DAVID C. FORTNRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING SPOLIATION ISSUES,

------------------------------------------------------------------------

**Report:** Filed at: United States District Court. Courtesy copies were delivered to
Department JUDGE JENKINS. Completed on: October 22, 2007 -

------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 1 | Special Court Service @ $35.00 | $35.00 |
| 1 | Court Delivery @ $5.00 | $5.00 |
| 1 | 24 Minutes Court Time @ $20.00 | $20.00 |

**Invoice Total:**   **$85.00**

------------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**