# EXHIBIT C

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

| From Request#: | 702120 | From Audit#: | 0 |
|---|---|---|---|
| To Request#: | 702142 | To Audit#: | 999999999 |

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Bank:  CHGO        BOA - Chicago

Bank Total: CHGO

| 702139 0 | 81094 | 5/9/2005 | 152664        Rose Investigation | 200505 | 5/9/2005 | 04975 | $65.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0505200501 | 152664 | Rose Investigation | N | $0.00 | $0.00 | $65.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33103586 | 105190 | 01721916 | 5/9/2005 | 12 | Professional Services | 65.00 | $65.00 | 0 | | 09189 |

PAYEE: Rose Investigation; REQUEST#: 702139; DATE: 5/9/2005.  - Professional fees for subpoena

| | | | |
|---|---|---|---|
| Total Disb: | 1 | 65.00 | $65.00 |
| Vendor Totals: | $0.00 | $0.00 | $65.00 | $0.00 |

Date: 6/8/2005

Time: 3:43 PM

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

From Request#: 707812

To Request#: 999999999

From Audit#: 0

To Audit#: 999999999

| Request #/<br>Audit# | Check # | Check<br>Date | Payee Code / Payee Name<br>Transaction Description | Period | Date | User<br>ID | Amount |
|---|---|---|---|---|---|---|---|

Bank: CHGO       BOA - Chicago

Bank Total: CHGO

| 707814 | 81124 | 6/8/2005 | 151296     ADB, Inc. | 200506 | 6/8/2005 | 04975 | $90.00 |
|---|---|---|---|---|---|---|---|

0

| Invoice # | Vendor ID | Vendor Name/<br>Narrative | Separate<br>Check | Discount<br>Amount | Withheld<br>Amount | Payment<br>Amount | Inv Balance<br>After Payment |
|---|---|---|---|---|---|---|---|
| 0531200501 | 151296 | ADB, Inc. | N | $0.00 | $0.00 | $90.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc /<br>Reference /<br>Narrative | Base Amt | Tobill Amt | Qty | Hold<br>Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33230543 | 105190 | 01721916 | 6/8/2005 | 12 | Professional Services | 90.00 | $90.00 | 0 | | 09189 |

PAYEE: ADB, Inc.; REQUEST#: 707814; DATE: 6/8/2005.- Professional services rendered

| | | Total Disb: | 1 | 90.00 | $90.00 | | |
|---|---|---|---|---|---|---|---|

| | | Vendor Totals: | $0.00 | $0.00 | $90.00 | $0.00 |
|---|---|---|---|---|---|---|

Date: 6/8/2005

Time: 3:43.PM

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

From Request#:  707812

To Request#:  999999999

From Audit#:  0

To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| Bank:  CHGO | | BOA - Chicago | | | | | |
| Bank Total: CHGO | | | | | | | |
| 707818 ) | 81128 | 6/8/2005 | 152706     Attorney's Process & Research S | 200506 | 6/8/2005 | 04975 | $25.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0602200501 | 152706 | Attorney's Process & Research Service, I | N | $0.00 | $0.00 | $25.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33230550 | 105190 | 01721916 | 6/8/2005 | 12 | Professional Services | 25.00 | $25.00 | 0 | | 09189 |

PAYEE: Attorney's Process & Research Service, Inc.; REQUEST#: 707818; DATE: 6/8/2005.  -  Service of subpoena

| | | Total Disb: | 1 | 25.00 | $25.00 | |
|---|---|---|---|---|---|---|

| | | Vendor Totals: | $0.00 | $0.00 | $25.00 | $0.00 |
|---|---|---|---|---|---|---|

Date: 6/16/2005          -

Time: 3:19'PM

**Report: CHKPMB**

**Req'd By: VH004975**

## Posted Checks Audit List

From Request#:  709505

To Request#:  709520

From Audit#:  0

To Audit#:  999999999

| Request #/<br>Audit# | Check # | Check<br>Date | Payee Code / Payee Name<br>Transaction Description | Period | Date | User<br>ID | Amount |
|---|---|---|---|---|---|---|---|

Bank:  CHGO          BOA - Chicago

Bank Total: CHGO

| 709507 | 81138 | 6/16/2005 | 180181 | Caplan, Caplan and Kaye | 200506 | 6/16/2005 | 04975 | $50.00 |

| Invoice # | Vendor ID | Vendor Name/<br>Narrative | Separate<br>Check | Discount<br>Amount | Withheld<br>Amount | Payment<br>Amount | Inv Balance<br>After Payment |
|---|---|---|---|---|---|---|---|
| 0610200501 | 180181 | Caplan, Caplan and Kaye | N | $0.00 | $0.00 | $50.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc /<br>Reference /<br>Narrative | Base Amt | Tobill Amt | Qty | Hold<br>Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272806 | 105190 | 01721916 | 6/16/2005 | 12 | Professional Services | 50.00 | $50.00 | 0 | | 09189 |

PAYEE: Caplan, Caplan and Kaye; REQUEST#: 709507; DATE: 6/16/2005.  -
Fee for professional services for service of subpoena

| | | | |
|---|---|---|---|
| Total Disb: | 1 | 50.00 | $50.00 |
| Vendor Totals: | $0.00 | $0.00 | $50.00 | $0.00 |

ate: 6/16/2005
ime: 3:19 PM

Report: CHKPMB
Req'd By: VH004975

## Posted Checks Audit List

From Request#: 709505
To Request#: 709520

From Audit#: 0
To Audit#: 999999999

| equest #/ udit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|

Bank:   CHGO       BOA - Chicago
ank Total: CHGO

| 09508 | 81139 | 6/16/2005 | 180181     Caplan, Caplan and Kaye | 200506 | 6/16/2005 | 04975 | $50.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200502 | 180181 | Caplan, Caplan and Kaye | N | $0.00 | $0.00 | $50.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272809 | 105190 | 01721916 | 6/16/2005 | 12 | Professional Services | 50.00 | $50.00 | 0 | | 09189 |

PAYEE: Caplan, Caplan and Kaye; REQUEST#: 709508; DATE: 6/16/2005.  -
Fee for professional services for service of subpoena

| | Total Disb: | 1 | 50.00 | $50.00 |
|---|---|---|---|---|

| | Vendor Totals: | $0.00 | $0.00 | $50.00 | $0.00 |
|---|---|---|---|---|---|

Date: 6/16/2005

Time: 3:19 PM

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

From Request#:  709505

To Request#:  709520

From Audit#:  0

To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| Bank:  CHGO | | BOA - Chicago | | | | | |
| Bank Total: CHGO | | | | | | | |
| 709511 | 81142 | 6/16/2005 | 152721      Investigative Legal Services, Inc. | 200506 | 6/16/2005 | 04975 | $45.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200501 | 152721 | Investigative Legal Services, Inc. | N | $0.00 | $0.00 | $45.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272836 | 105190 | 01721916 | 6/16/2005 | 12 | Professional Services | 45.00 | $45.00 | 0 | | 09189 |

PAYEE: Investigative Legal Services, Inc.; REQUEST#: 709511; DATE: 6/16/2005.  -  Fee for professional services for service of subpoena

| | | | | |
|---|---|---|---|---|
| Total Disb: | 1 | 45.00 | $45.00 | |
| Vendor Totals: | $0.00 | $0.00 | $45.00 | $0.00 |

Date: 6/16/2005                                                                                          Report: CHKPMB
Time: 3:19 PM                                                                                           Req'd By: VH004975

# Posted Checks Audit List

From Request#:  709505                                                    From Audit#:  0
To Request#:  709520                                                      To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| Bank:  CHGO      BOA - Chicago | | | | | | | |
| Bank Total: CHGO | | | | | | | |
| 09514 | 81146 | 6/16/2005 | 152724      Free Wheelin' Attorney Service | 200506 | 6/16/2005 | 04975 | $35.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200501 | 152724 | Free Wheelin' Attorney Service | N | $0.00 | $0.00 | $35.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272839 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 35.00 | $35.00 | 0 | | 09189 |

PAYEE: Free Wheelin' Attorney Service; REQUEST#: 709514; DATE: 6/16/2005.
- Fee for professional services for service of subpoena

| | | | | |
|---|---|---|---|---|
| Total Disb: | | 1 | 35.00 | $35.00 |
| Vendor Totals: | | $0.00 | $0.00 | $35.00 | $0.00 |

Date: 6/16/2005      Report: CHKPMB

Time: 3:19 PM      Req'd By: VH004975

# Posted Checks Audit List

From Request#: 709505      From Audit#: 0

To Request#: 709520      To Audit#: 999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|

Bank: CHGO     BOA - Chicago

Bank Total: CHGO

| 09515 | 81147 | 6/16/2005 | 152725    Allstate Legal Services, LLC | 200506 | 6/16/2005 | 04975 | $65.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|---|
| 0610200501 | 152725 | Allstate Legal Services, LLC | | N | $0.00 | $0.00 | $65.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272841 | 105190 | 01721916 | 6/16/2005 | 12 | Professional Services | 65.00 | $65.00 | 0 | | 09189 |

PAYEE: Allstate Legal Services, LLC; REQUEST#: 709515; DATE: 6/16/2005. - Fee for professional services for service of subpoena

| | Total Disb: | 1 | 65.00 | $65.00 | | |
|---|---|---|---|---|---|---|
| | Vendor Totals: | $0.00 | $0.00 | $65.00 | $0.00 | |

Date: 6/16/2005                                                      Report: CHKPMB
Time: 3:19 PM                                                        Req'd By: VH004975

# Posted Checks Audit List

From Request#:  709505                          From Audit#:  0
To Request#:   709520                           To Audit#:   999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Bank:  CHGO      BOA - Chicago**
Bank Total: CHGO

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name | | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|---|
| 709520 | 81152 | 6/16/2005 | 152728 | Benders | 200506 | 6/16/2005 | 04975 | $67.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200501 | 152728 | Benders | N | $0.00 | $0.00 | $67.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272851 | 105190 | 01721916 | 6/16/2005 | 12 | Professional Services | 67.00 | $67.00 | 0 | | 09189 |

PAYEE: Benders; REQUEST#: 709520; DATE: 6/16/2005. - Fee for professional services for service of subpoena

| | | | Total Disb: | 1 | 67.00 | $67.00 | | |
|---|---|---|---|---|---|---|---|---|

| | | | Vendor Totals: | $0.00 | $0.00 | $67.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Date: 6/20/2005                                                                    **Report: CHKPMB**
Time: 1:55 PM                                                                      **Req'd By: VH004975**

# Posted Checks Audit List

From Request#:  709857                                           From Audit#:  0
  To Request#:  709857                                            To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| 709857 | 81153 | 6/20/2005 | 152725    Allstate Legal Services, LLC | 200506 | 6/20/2005 | 04975 | $65.00 |

**Bank:  CHGO        BOA - Chicago**

**Bank Total: CHGO**

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0615200501 | 152725 | Allstate Legal Services, LLC | N | $0.00 | $0.00 | $65.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33286595 | 105190 | 01721916 | 6/20/2005 | 12 | Professional Services | 65.00 | $65.00 | 0 | | 09189 |

PAYEE: Allstate Legal Services, LLC; REQUEST#: 709857; DATE: 6/20/2005.
fee for professional servoces fpr service of subpoena

| | | | | | Total Disb: | 1 | 65.00 | $65.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | Vendor Totals: | $0.00 | $0.00 | $65.00 | $0.00 | |

Bank Total CHGO Totals                                                          $65.00

                                                                                $65.00

# SURE SERVE INC.

| Tuesday October 04, 2005 | *INVOICE* | MAYE.2915 |
|---|---|---|

P.O. BOX 2193
CONCORD, CA 94521
Telephone: (925) 676-9530, FAX: (925) 691-9995, Tax ID: 30-0159317

Attention: DONALD
VINCENT P. (TRACE) SCHMELTZ III
MAYER, BROWN, ROWE & MAW LLP
71 S. WACKER DR.
CHICAGO IL  60606

Case #:  C-01-0988-MJJ (ND CAL)
Court:  UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
Title:  IN RE ORACLE CORPORATION SECURITES LITIGATION
Documents:  SUBPOENA IN A CIVIL CASE

| Date | Description | Amount |
|---|---|---|
| 10/02/05 05:13PM | Personal Service WALTER T. LAUGHLIN, AT Home 6054 GARDEN TOWNE WY. Orangevale CA 95662 party in item 3.a., Served By: TIMOTHTY A PALMA | |
| 10/04/05 | PROCESS SERVICE | 55.00 |
| | PLEASE PAY FROM THIS INVOICE | $55.00 |

12-7-05
ok to pay
01-72191-6

*[signature]* HE Friedman

# Invoice/Service Report

**Client#:** 10
**Inv#:** 190043

**Date:** May 1, 2006

------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT - SACRAMENTO

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** SUBPOENA IN A CIVIL CASE; WITNESS FEE CHECK FOR $130.00; AMENDED NOTICE OF DEPOSITION AND DOCUMENT REQUESTS TO NON-PARTY WALTER LAUGHLIN

------------------------------------------------------------------------

**Report:** Service on: WALTER LAUGHLIN c/o ALAN M. CAPLAN - Business address  (B) : 221 Pine Street #600, San Francisco, CA 94104 - Residence address (H) : UNKNOWN - Service was effected at the Business address on April 14, 2006. Declaration(s) re service were returned April 17, 2006 **

------------------------------------------------------------------------

**Fees and Costs:**    1 Special Service - San Francisco @ $50.00                    $50.00

Fee(s) Advanced:    $130.00

Check Charge @ 10% of Fee(s) Advanced:    $13.00

**Invoice Total:**    **$193.00**
------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10                                                    **Date:** June 1, 2006

**Inv#:** 191223

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN  GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - MASSACHUSETTS

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07828(HJT)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; WITNESS FEES IN THE AMOUNT OF
$88.50

--------------------------------------------------------------------------------

**Report:** Service on: BRIAN CHIN C/O ALAN M. CAPLAN, ESQ. - Business address  (B) : 221
Pine Street, Suite 600, San Francisco, CA 94104 - Residence address (H) :
UNKNOWN - Service was effected at the Business address on May 5, 2006.
Declaration(s) re service were returned May 8, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**     1 Special Service - San Francisco @ $50.00                    $50.00

Fee(s) Advanced:      $88.50

Check Charge @ 10% of Fee(s) Advanced:      $8.85

**Invoice Total:     $147.35**

--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10

**Date:** June 1, 2006

**Inv#:** 191331

--------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN FOR SEAN COYLE

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF GEORGIA

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY LAWRENCE GRACE

--------------------------------------------------------------------------

**Report:** Service on: LAWRENCE GRACE - Business address  (B) : UNKNOWN - Residence
address (H) : 930 Palmer Road, Lithonia, GA 30058 - Service was effected at
the Home address on May 9, 2006. Declaration(s) re service were returned May
9, 2006 **

--------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 9 | Fax Charges @ $0.50 | $4.50 |

|  |  |
|---|---:|
| Fee(s) Advanced: | $65.00 |
| Check Charge @ 10% of Fee(s) Advanced: | $6.50 |
| **Invoice Total:** | **$296.00** |

--------------------------------------------------------------------------

## Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10                                                    **Date:** June 1, 2006
**Inv#:** 191410

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111
**Attention:** DOREEN GRIFFIN
**Case No.:** C-01-0988-MJJ (ND CAL.)
**Court:** UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT
**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION
**Defendant:**
**Ref No.:** 038128-0025-07818(SC)
**Document(s):** SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND DOCUMENT
        REQUESTS TO NONPARTY JOHN SCHINDLER; WITNESS FEE IN THE AMOUNT OF
        $73.95

--------------------------------------------------------------------------------

**Report:** Service on: JOHN SCHNIDLER C/O ALAN M. CAPLAN, ESQ. - Business address  (B) :
        221 Pine Street, Suite 600, San Francisco, CA 94104 - Residence address (H) :
        UNKNOWN - Service was effected at the Business address on May 9, 2006.
        Declaration(s) re service were returned May 10, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**     1 Special Service - San Francisco @ $50.00                    $50.00

                                                    Fee(s) Advanced:        $73.95
                              Check Charge @ 10% of Fee(s) Advanced:         $7.40

                                                    **Invoice Total:**    **$131.35**
--------------------------------------------------------------------------------

## Invoice/Service Report

**Client#:** 10                                                        **Date:** June 1, 2006

**Inv#:** 191454

----------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** HARRY CAMPBELL

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:**

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07828(FHT)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NON-PARTY WILLIAM BRADLEY; WITNESS FEE IN THE
AMOUNT OF $57.00

----------------------------------------------------------------------

**Report:** Service on: WILLIAM BRADLEY - Business address  (B) : 6324 Bay Drive,
Bessemer, AL - Residence address (H) : 143 Maple Trace, Hoover, AL 35244 -
Service was effected at the Business address on May 11, 2006. Declaration(s)
re service were returned May 11, 2006 **

----------------------------------------------------------------------

**Fees and Costs:**
| | | |
|---|---|---|
| 1 Special Service - Nationwide @ $195.00 | | $195.00 |
| 1 Expediting Fee @ $25.00 | | $25.00 |
| 1 Federal Express @ $22.50 | | $22.50 |

Fee(s) Advanced:     $57.00

Check Charge @ 10% of Fee(s) Advanced:      $5.70

**Invoice Total:     $305.20**

----------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

**Invoice/Service Report**

**Client#:** 10                                                    **Date:** June 1, 2006
**Inv#:** 191459

---------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (NC CAL.)

**Court:** U.S. DISTRICT COURT- SOUTHERN DISTRICT OF NEW YORK

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY PASQUALE "PAT" CHIEFFALO; WITNESS FEE
IN THE AMOUNT OF $84.00

---------------------------------------------------------------------------

**Report:** Service on: PASQUALE " PAT" CHIEFFALO - Business address  (B) : UNKNOWN -
Residence address (H) : 47 East Ave., Norwalk, CT 06851 - Service was effected
at the Home address on May 20, 2006. Declaration(s) re service were returned
May 22, 2006 **

---------------------------------------------------------------------------

**Fees and Costs:**      1 Special Service - Nationwide @ $195.00            $195.00
1 Expediting Fee @ $25.00                              $25.00
1 Additional Attempts @ $75.00                         $75.00
1 Federal Express @ $22.50                             $22.50


Fee(s) Advanced:      $84.00
Check Charge @ 10% of Fee(s) Advanced:       $8.40

**Invoice Total:**    **$409.90**
---------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10

**Inv#:** 191492

**Date:** June 1, 2006

------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** CAROL DICKERSON

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - SACRAMENTO

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07679(RM)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITON AND
DOCUMENT REQUESTS TO NONPARTY WALTER LAUGHLIN

------------------------------------------------------------------------

**Report:** Service on: WALTER LAUGHLIN C/O ALAN M. CAPLAN - Business address  (B) : 221
Pine Street, Suite 600, San Francisco, CA 94104 - Residence address (H) :
UNKNOWN - 5/9/2006 @ 4:40 PM (B) Not in per receptionist at time of attempt.;
5/10/2006 @ 10:30 AM (B) Effected personal service.;  Service was effected at
the Business address on May 10, 2006. Declaration(s) re service were returned
May 11, 2006 **

------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---|
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 2 | Special Service - San Francisco @ $50.00 | $100.00 |

**Invoice Total:      $125.00**

------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10                                             **Date:** June 1, 2006

**Inv#:** 192647

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (N.D. CAL.)

**Court:** UNITED STATES DISTRICT COURT - SACRAMENTO

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION AND DOCUMENT
        REQUESTS TO NONPARTY BRIAN ADAMS; WITNESS FEE IN THE AMOUNT OF
        $54.00

--------------------------------------------------------------------------------

**Report:** Service on: BRIAN ADAMS - Business address  (B) : UNKNOWN - Residence address
        (H) : 8121 120th Place SE, Newcastle, WA 98056 - Service was effected at the
        Home address on May 26, 2006. Declaration(s) re service were returned May 31,
        2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**    1 Special Service - Nationwide @ $195.00            $195.00
                 1 Expediting Fee @ $25.00                          $25.00
                11 Fax Charges @ $1.00                              $11.00



                                      Fee(s) Advanced:      $54.00
                  Check Charge @ 10% of Fee(s) Advanced:       $5.40

                                      **Invoice Total:     $290.40**
--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10                                             **Date:** July 1, 2006

**Inv#:** 191975

--------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - SOUTH FLORIDA

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION AND DOCUMENT REQUEST
TO NONPARTY MARK SAYFI; WITNESS FEE IN THE AMOUNT OF $62.00

--------------------------------------------------------------------

**Report:** Service on: MARK SAYFI - Business address  (B) : 701 South US Highway 1, Fort
Pierce, FL 34950 - Residence address (H) : 205 SE Verada Ave., Port St. Lucie,
FL - Alternate address (A) : 118 NE Surfside Ave., Port St. Lucie, FL 34983 -
5/18/2006 (B) (701 South US Highway 1, Fort Pierce, FL. 34950) Building is
empty and chained up.  ;  5/23/2006 (H) (205 SE Verada Ave., Port St. Lucie,
Fl.) No answer at door at time of attempt. Yard unkept.;  5/30/2006 (A) (118
NE Surfside Ave., Port St. Lucie, Fl 34983) Building damaged in a hurricane.
Roof off the building and interior walls are down. There is a huge dumpster in
front of site.;  5/30/2006 (H) (205 SE Verada Ave., Port St. Lucie, Fl.) Spoke
to current occupant, Jennifer Coleman. She had just bought property and moved
in on the weekend. She advised process server, Mark Sayfi used to own building
and he is now planning on going to California. Gave us his phone number,
786-295-2289 or 786-295-2299   ;  5/30/2006  Process server ran a postal

--------------------------------------------------------------------

**Fees and Costs:**      3 Special Service - Nationwide @ $195.00                    $585.00

1 Expediting Fee @ $25.00                                       $25.00

9 Fax Charges @ $1.00                                            $9.00

1 Skiptrace @ $265.00                                          $265.00



**Invoice Total:**     **$884.00**

--------------------------------------------------------------------

## Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10                                                    **Date:** July 1, 2006

**Inv#:** 192655

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 03828-0025 07818

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NON PARTY MARK SAYFI; WITNESS FEE IN THE
AMOUNT OF $48.50

--------------------------------------------------------------------------------

**Report:** Service on: MARK SAYFI - Business address  (B) : UNKNOWN - Residence address
(H) : 7135 SW 69th Court, Miami, FL 33143 - 5/26/2006 @ 9:30 PM (H) Given
address is incorrect. Per current occupant, Martha Hermida and property owner,
she does not know Mark Sayfi.;    ;  Declaration(s) re service were returned
June 27, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**    | | |
|---|---|---|
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $50.00 | $50.00 |
| 9 | Fax Charges @ $1.00 | $9.00 |

**Invoice Total:**      **$254.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                          **Date:** June 1, 2006
**Inv#:** 192662

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
          505 Montgomery Street, Suite 2000
          San Francisco, CA 94111

**Attention:** JOHN EASTLEY

**Case No.:** MASTER FILE NO. C-01-0988-MJJ (JCS)(CONSOLIDATED)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30439 (JME)

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO LERACH COUGHLIN
          STOIA GELLER RUDMAN & ROBBINS LLP; DEFENDANTS FIRST SET OF REQUESTS
          FOR ADMISSION TO PLAINTIFFS; CORRESPONDENCE DATED MAY 26, 2006;
          WITNESS FEE IN THE AMOUNT OF $41.00

--------------------------------------------------------------------------------

**Report:** Service on: LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP - Shawn A.
          Williams, Attorney at Law - Business address (B) : 100 Pine Street, 26th
          Floor, San Francisco, CA 94111 - Residence address (H) : UNKNOWN - 5/26/2006 @
          4:57 PM (B) Subject not in at time of attempt and no one authorized to accept
          service.;  Service was effected at the Business address on May 30, 2006.
          Declaration(s) re service were returned May 31, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**      1 Expediting Fee @ $25.00                          $25.00
                       2 Special Service - San Francisco @ $50.00          $100.00


                                        Fee(s) Advanced:       $41.00
                       Check Charge @ 10% of Fee(s) Advanced:    $4.10

                                          **Invoice Total:   $170.10**
--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

**Invoice/Service Report**

**Client#:** 10                                             **Date:** July 1, 2006
**Inv#:** 192905

----------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
           505 Montgomery Street, Suite 2000
           San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT - SACRAMENTO

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
               DOCUMENT REQUESTS TO NONPARTY MARCUS LEE; WITNESS FEES IN THE
               AMOUNT OF $88.60

----------------------------------------------------------------------

**Report:** Service on: MARCUS LEE - Alan M. Caplan, Esq. - Business address  (B) : 221
           Pine Street, Suite 600, San Francisco, CA 94104 - Residence address (H) :
           UNKNOWN - Service was effected at the Business address on June 1, 2006.
           Declaration(s) re service were returned June 8, 2006 **

----------------------------------------------------------------------

**Fees and Costs:**    1 Special Service - San Francisco @ $50.00              $50.00

                                              Fee(s) Advanced:      $88.60
                            Check Charge @ 10% of Fee(s) Advanced:   $8.86

                                              **Invoice Total:**   **$147.46**
----------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10                                          **Date:** July 1, 2006
  **Inv#:** 192979

-------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
       505 Montgomery Street, Suite 2000
       San Francisco, CA 94111
**Attention:** DOREEN GRIFFIN
**Case No.:**
**Court:**
**Plaintiff:**
**Defendant:**
**Ref No.:** 038128-0025-07818(SPC)
**Document(s):** SKIPTRACE/LOCATE JON NGUYEN - CLIENT LOCATED - CLIENT ADVISED

-------------------------------------------------------------------------

**Report:** Skip Trace on: SKIPTRACE/LOCATE JON NGUYEN

-------------------------------------------------------------------------

Fees and Costs:     1 Skiptrace @ $265.00                          $265.00

**Invoice Total:**     **$265.00**

-------------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10
**Inv#:** 193122

**Date:** July 1, 2006

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN
**Case No.:** C-01-0988-MJJ (ND CAL.)
**Court:** UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF MISSOURI
**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION
**Defendant:**
**Ref No.:** 038128-0025   07 818
**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY DUNG "JOHN" NGUYEN; WITNESS FEE IN
THE AMOUNT OF $74.00

--------------------------------------------------------------------------------

**Report:** Service on: DUNG "JOHN" NGUYEN - Business address  (B) : UNKNOWN - Residence
address (H) : 574 Calumet Ranch Trail, St. Peters, MO 63376 - Service was
effected at the Home address on June 7, 2006. Declaration(s) re service were
returned June 8, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 9 | Fax Charges @ $1.00 | $9.00 |

| | |
|---|---:|
| Fee(s) Advanced: | $74.00 |
| Check Charge @ 10% of Fee(s) Advanced: | $7.40 |
| **Invoice Total:** | **$310.40** |

--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10                                                          **Date:** July 1, 2006
**Inv#:** 193235

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
            505 Montgomery Street, Suite 2000
            San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION OF THIRD PARTY DR.
                 M. LAURENTIUS MARAIS

--------------------------------------------------------------------------------

**Report:** Service on: WILLOW E. RADCLIFFE, ESQ., SHAWN A. WILLIAMS, ESQ. - Business
           address  (B) : 100 Pine Street, Suite 2600, San Francisco, CA 94111 -
           Residence address (H) : UNKNOWN - Service was effected at the Business address
           on June 7, 2006. Declaration(s) re service were returned June 8, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**     1 Special Service - San Francisco @ $50.00                $50.00

**Invoice Total:**     $50.00

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                                    **Date:** July 1, 2006
**Inv#:** 193293

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-(SPC)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY MARK SAYFI; WITNESS FEE IN THE AMOUNT
OF $52.00

--------------------------------------------------------------------------------

**Report:** Service on: MARK SAYFI - Business address  (B) : UNKNOWN - Residence address
(H) : 6610 Poinciana Court, South Miami, FL 33143 - 6/8/2006 (H) Given address
is incorrect. House belongs to Mark Sayfi's ex-wife. Ex-wife thinks Mark Sayfi
is in Fort Pierce but would not divulge anymore information.;  Declaration(s)
re service were returned June 27, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**   1 Special Service - Nationwide @ $195.00          $195.00
1 Expediting Fee @ $100.00                        $100.00
10 Fax Charges @ $1.00                             $10.00

**Invoice Total:**   **$305.00**

--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10

**Inv#:** 193622

**Date:** July 1, 2006

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF MISSOURI

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025   *07818*

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE

--------------------------------------------------------------------------------

**Report:** Service on: DUNG "JOHN" NGUYEN - Business address  (B) : UNKNOWN - Residence
address (H) : 574 Calumet Ranch Trail, St. Peters, MO 63376 - 6/14/2006 @ 7:10
PM (H) Not in per Asian female at time of attempt. Female spoke limited
English and would not provide any additional information. Able to locate a
listed phone number of 636-387-0376. Process server called number and the same
Asian female answered the phone and said we had the wrong number and hung up.;
6/14/2006 @ 10:00 PM (H) Not in per same Asian female at time of attempt.  ;
Declaration(s) re service were returned June 20, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---|
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $25.00 | $25.00 |

**Invoice Total:**   **$220.00**

--------------------------------------------------------------------------------

## Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

# Invoice/Service Report

**Client#:** 10                                          **Date:** July 1, 2006

**Inv#:** 193753

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
         505 Montgomery Street, Suite 2000
         San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF MISSOURI

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025   *07818*

**Document(s):** CORRESPONDENCE DATED JUNE 15, 2006; PROOF OF SERVICE; AMENDED
         SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND DOCUMENT
         REQUESTS TO NONPARTY DUNG "JOHN" NGUYEN

--------------------------------------------------------------------------------

**Report:** Service on: DUNG " JOHN" NGUYEN - Business address  (B) : UNKNOWN - Residence
         address (H) : 574 Calumet Ranch Trail, St. Peters, MO 63376 - Service was
         effected at the Home address on June 16, 2006. Declaration(s) re service were
         returned June 19, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**       1 Special Service - Nationwide @ $195.00              $195.00
                     1 Expediting Fee @ $50.00                            $50.00
                    11 Fax Charges @ $1.00                                $11.00

                                              **Invoice Total:**      **$256.00**
--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700   Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date  6/26/07

Inv #:  JP73298
SP#:
Client Code: LA60

1154539

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.
DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES
LITIGATION

Ref. No.: 038128-0025

REPORT:  ; Service on: RANDALL JENSEN C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN
FRANCISCO, CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA
EMAIL (2 PAGES).  PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE
APPROPRIATE WITNESS FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES
WERE TENDERED.; 6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed
at Business on: 06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:     1     SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA                157.00
                    1     SAME DAY RETURN OF POS - SAN FRANCISCO TO MENLO PARK           85.00

**OK TO PAY**

Client Matter #: _038128-0025_

Attorney Name: _P. Gibbs_

Attorney #: _02973_

Signature: _____

RECEIVED

JUL 0 5 2007

ACCOUNTING DEPT.

Witness Fee
**Fee Advance**              64.10
**Fee Advance Charge**        6.41

DUE AND PAYABLE UPON RECEIPT        **Invoice Total:**        **$312.51**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 6/26/07

Inv #: JP73300
SP#:
Client Code: LA60

1154538

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.
DOCUMENT(S): SUBPOENA IN A CIVIL CASE

Case No.: C-01-0988-MJJ
Court: U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re: ORACLE CORPORATION SECURITIES
LITIGATION

Ref. No.: 038128-0025

REPORT:    ; Service on: ALAN GOEDDE C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN FRANCISCO,
CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA EMAIL (2 PAGES).
PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE APPROPRIATE WITNESS
FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES WERE TENDERED.;
6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed at Business on:
06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:    1    SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA                       157.00
                   1    SAME DAY RETURN OF POS (NO CHARGE)                                   0.00

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT.

**OK TO PAY**

Client Matter #: _038128- 0025_

Attorney Name: _P. Gibbs_

Attorney #: _02473_

Signature: _WC_

Witness Fee
**Fee Advance**                    64.10
**Fee Advance Charge**              6.41

DUE AND PAYABLE UPON RECEIPT        **Invoice Total:**        **$227.91**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax  (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 6/26/07

Inv #:   JP73301
SP#:
Client Code: LA60

**1154537**

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.
DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES
LITIGATION

Ref. No.: 038128-0025

REPORT:   ; Service on: D. PAUL REGAN C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN FRANCISCO,
CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA EMAIL (2 PAGES).
PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE APPROPRIATE WITNESS
FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES WERE TENDERED.;
6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed at Business on:
06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:      1     SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA          157.00
                     1     SAME DAY RETURN OF POS (NO CHARGE)                        0.00

**OK TO PAY**

Client Matter #: 038128-0025

Attorney Name: P. Gibbs

Attorney #: 02473

Signature:

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT.

Witness Fee
**Fee Advance**              64.10
**Fee Advance Charge**        6.41

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$227.51**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520



**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  6/26/07

Inv #:   JP73302
SP#:
Client Code: LA60

**1154536**

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES
LITIGATION

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.

Ref. No.: 038128-0025

DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

REPORT:   ; Service on: BJORN STEINHOLT C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN
FRANCISCO, CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA
EMAIL (2 PAGES). PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE
APPROPRIATE WITNESS FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED. WITNESS FEES
WERE TENDERED.; 6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed
at Business on: 06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

| FEES AND COSTS: | 1 | SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA | 157.00 |
| | 1 | SAME DAY RETURN OF POS (NO CHARGE) | 0.00 |

**OK TO PAY**

Client Matter #:  _088128 - 0025_

Attorney Name:  _P. GIBBS_

Attorney #:  _04973_

Signature:  _____

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT.

Witness Fee
**Fee Advance**         64.10
**Fee Advance Charge**    6.41

DUE AND PAYABLE UPON RECEIPT        **Invoice Total:**        **$227.51**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax  (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 6/26/07

Inv #:  JP73303
SP#:
Client Code: LA60

**1154535**

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.
DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES
LITIGATION

Ref. No.: 038128-0025

REPORT:   ; Service on: BROOKS HILLIARD C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN
FRANCISCO, CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA
EMAIL (2 PAGES).  PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE
APPROPRIATE WITNESS FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES
WERE TENDERED.; 6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed
at Business on: 06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:    1    SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA              157.00
                   1    SAME DAY RETURN OF POS (NO CHARGE)                            0.00

**OK TO PAY**

Client Matter #:  038128 - 0025

Attorney Name:  P. Gibbs

Attorney #:  102173

Signature:

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT.

Witness Fee
**Fee Advance**                 64.10
**Fee Advance Charge**           6.41

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$227.51**