# EXHIBIT D
# PART 1 OF 2



# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|---|---|
| 3/25/2005 | 18997 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
190 S. La Salle Street
12th Floor
Chicago, IL 60603
Attn.: Vincent Paul Schmeltz, III

Case: In re:Oracle Corporation Securities
Deponent:
BRET FULLER  03/16/2005

| JOB NO. | TERMS |
|---|---|
| WSLC0136 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Service | | | | |
| Certified Copy | 141 | pages | 2.75 | 387.75 |
| Video Copy | 1 | | 300.00 | 300.00 |
| Exhibit Scanning charge | 111 | pages | 0.35 | 38.85 |
| World Service Package - Complimentary | 1 | | 0.00 | 0.00 |
| Inclusive of: | | | | |
|    Video Conversion to MPEG1 charges | | | | |
|    Video Synchronization charges | | | | |
|    LEF charges: Transcript synchronization with exhibits and video | | | | |
|    Condensed Transcript and Word Index charges | | | | |
|    Transcript production and handling | | | | |
|    Signature page charge | | | | |
|    Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 30.00 | 30.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$756.60** |


# LIVENOTE

# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 4/19/2005 | 19510 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
190 S. La Salle Street
12th Floor
Chicago, IL 60603
Attn.: Robert Kriss

Case:  In Re: Oracle Securities
Deponent:
ALAN FLETCHER  04/06/2005

| JOB NO. | TERMS |
|---------|-------|
| WSLC0173 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 224 | pages | 2.75 | 616.00 |
| Rough ASCII | 224 | pages | 1.50 | 336.00 |
| Video Copy | 1 | copy | 300.00 | 300.00 |
| Exhibit Scanning charge | 137 | pages | 0.35 | 47.95 |
| World Service Package - Complimentary | 1 | | 0.00 | 0.00 |
| Inclusive of:<br>   Video Conversion to MPEG1 charges<br>   Video Synchronization charges<br>   LEF charges: Transcript synchronization with exhibits<br>   and video<br>   Condensed Transcript and Word Index charges<br>   Transcript production and handling<br>   Signature page charge<br>   Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$1,334.95** |



*CK# 86481·9*

221 Main Street, Suite 750
San Francisco, CA 94___
www.livenote.com

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/30/2005 | 19782 |

**BILL TO**

Mayer, Brown, Rowe & Maw - Palo Alto
3000 El Camino Real, Ste. 300
Palo Alto, CA 94306
Attn.: Lee Rubin

Case: In Re: Oracle Securities Litigation
Deponent:
GREG MYERS  04/20/2005

| JOB NO. | | TERMS |
|---------|---|-------|
| WSLC0174 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Certified Copy | 353 | pages | 2.75 | 970.75 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibit Scanning charge | 128 | pages | 0.35 | 44.80 |
| World Service Package - Complimentary Inclusive of: | 1 | | 0.00 | 0.00 |
|   Video Conversion to MPEG1 charges | | | | |
|   Video Synchronization charges | | | | |
|   LEF charges: Transcript synchronization with exhibits *and video* | | | | |
|   Condensed Transcript and Word Index charges | | | | |
|   Transcript production and handling | | | | |
|   Signature page charge | | | | |
|   Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 15.00 | 15.00 |

*RE: 01721916*

*OKAY TO PAY:*

*LEE H. RUBIN*

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $116.78 |
| **Total** | **$1,547.33** |

RCVD MAY 13'05 AM 11:30


# LIVENOTE

# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 5/31/2005 | 20471 |

**PAID**

BILL TO

Mayer Brown Rowe & Maw - CH
190 S. La Salle Street
12th Floor
Chicago, IL 60603
Attn.: Javier Rubinstein

Case: In RE: Oracle Securities Litigation
Deponent:
JENNIFER MINTON  04/21/2005

| JOB NO. | TERMS |
|---------|-------|
| WSLC0175 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Certified Copy | 239 | pages | 2.75 | 657.25 |
| Rough ASCII | 239 | pages | 1.50 | 358.50 |
| Realtime Reporting charge | 239 | pages | 2.00 | 478.00 |
| Realtime Tokens | 1 | | 35.00 | 35.00 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibit Scanning charge | 367 | pages | 0.35 | 128.45 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 30.00 | 30.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$2,087.20** |

*Friedman*

**LEGALINK**
A WORLDWIDE COMPANY

LegaLink San Francisco     tel (415) 359-2040
601 Van Ness Ave           tel (800) 869-9132
Suite 2052                 fax (415) 359-2050
San Francisco, CA 94102    www.legalink.com
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20038943 | 05/19/2005 | 2001-366729 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/05/2005 | HOGAMA | |

| CASE CAPTION |
|---|
| In Re: Oracle Securities |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Schmeltz III
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603-3441

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Jacques Fuhrer                                        2,286.90

                              TOTAL  DUE  >>>>           2,286.90

                              AFTER 6/18/2005 PAY        2,515.59
```

LegaLink can now send your invoices and statements via email in PDF format! If you would like to receive your invoices and/or statements via email, please contact the local Billing Coordinator at LegaLink San Francisco, 415-359-2040. Thank you for your business.

*6-3-05*
*ok to pay*
*cl-721916*

TAX ID NO. : 94-2288855                                      (312) 701-7016

*Please detach bottom portion and return with payment.*

Vincent P. Schmeltz III
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603-3441

```
Invoice No.:  20038943
Date       :  05/19/2005
TOTAL DUE  :  2,286.90
AFTER 6/18/2005 PAY : 2,515.59


Job No.    :  2001-366729
Case No.   :
In Re: Oracle Securities
```

Remit To:   **Legalink San Francisco**
            **File 70202**
            **Los Angeles, CA 90074-0202**



# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 6/29/2005 | 21192 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 S. Wacker Drive
Chicago, IL 60606
Attn.: Vincent P. Schmeltz

Case: Oracle Securities
Deponent:
GREGG O'KEEFE  06/06/2005

| JOB NO. | | TERMS |
|---------|--|-------|
| WSMB0264 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Original & One per page charge - Expedited 2 days | 158 | pages | 8.91 | 1,407.78 |
| Videography charge | 6.5 | hours | 150.00 | 975.00 |
| Exhibit Scanning charge | 120 | pages | 0.35 | 42.00 |
| World Service Package - Complimentary Inclusive of: | 1 | | 0.00 | 0.00 |
|    Video Conversion to MPEG1 charges | | | | |
|    Video Synchronization charges | | | | |
|    LEF charges: Transcript synchronization with exhibits and video | | | | |
|    Condensed Transcript and Word Index charges | | | | |
|    Transcript production and handling | | | | |
|    Signature page charge | | | | |
|    Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 65.00 | 65.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|--|--|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$2,489.78** |


# LIVENOTE

## Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 6/29/2005 | 21196 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 S. Wacker Drive
Chicago, IL 60606
Attn.: Vincent P. Schmeltz

Case: Oracle Securities
Deponent:
RYAN KUEMICHEL  06/10/2005

| | JOB NO. | TERMS |
|--|---------|-------|
| | WSMB0265 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Original & One per page charge - Expedited 100% | 171 | pages | 9.90 | 1,692.90 |
| Realtime Reporting charge | 171 | pages | 2.00 | 342.00 |
| Videography charge | 6.5 | hours | 150.00 | 975.00 |
| Exhibit Scanning charge | 263 | pages | 0.35 | 92.05 |
| World Service Package - Complimentary Inclusive of: | 1 | | 0.00 | 0.00 |
|    Video Conversion to MPEG1 charges | | | | |
|    Video Synchronization charges | | | | |
|    LEF charges: Transcript synchronization with exhibits and video | | | | |
|    Condensed Transcript and Word Index charges | | | | |
|    Transcript production and handling | | | | |
|    Signature page charge | | | | |
|    Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|--|--|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$3,151.95** |



221 Main Street, Suite 1250
San Francisco, CA 94105
www.livenote.com

**LIVENOTE**

Ph: 415-321-2300
Fax: 415-321-2301
1-800-LIVENOTE (548-3668)

**RECEIVED**

JUL 0 1 2005

MAYER, BROWN, ROWE & MAW

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2005 | 21213 |

**BILL TO**

| Mayer Brown Rowe & Maw LLP - Palo Alto<br>3000 El Camino Real<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br>Attn.: Lee Rubin | Case: Oracle Securities<br>Deponent:<br>DZUNG CHU  06/13/2005 |
|---|---|

| JOB NO | TERMS |
|--------|-------|
| WSMB0240 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Overtime Fee | 2 | hours | 50.00 | 100.00 |
| Original & One per page charge - Expedited 3 days | 262 | pages | 8.42 | 2,206.04 |
| Videography charge | 10.5 | hours | 150.00 | 1,575.00 |
| Vietnamese Interpreter | 1 | | 800.00 | 800.00 |
| Exhibit Scanning charge | 246 | pages | 0.35 | 86.10 |
| World Service Package – Complimentary<br>Inclusive of:<br>    Video Conversion to MPEG1 charges<br>    Video Synchronization charges<br>    LEF charges: Transcript synchronization with exhibits<br>    and video<br>    Condensed Transcript and Word Index charges<br>    Transcript production and handling<br>    Signature page charge<br>    Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | | | 65.00 | 65.00 |

*hold pymt to vendor until we are paid*

*12-12-05*

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call<br>1-800-548-3668. | Sales Tax (8.25%) | $393.29 |
|---|---|---|
| | **Total** | **$5,225.43** |

OKAY TO PAY :   C/M - 01721916

LEE H. RUBIN. Esq.



# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1 800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 6/30/2005 | 21309 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
230 S. La Salle Street
Chicago, IL 60604-1404
Attn.: Vincent P. Schmeltz, III

Case: Oracle Securities
Deponent:
ROBERT TURNER  06/14/2005

| JOB NO. | TERMS |
|---------|-------|
| WSMB0266 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Original & One per page charge - Expedited 3 days | 154 | pages | 10.58 | 1,629.32 |
| Realtime Reporting charge | 154 | pages | 2.00 | 308.00 |
| Videography charge | 6 | hours | 150.00 | 900.00 |
| Exhibit Scanning charge | 109 | pages | 0.35 | 38.15 |
| World Service Package - Complimentary Inclusive of:    Video Conversion to MPEG1 charges    Video Synchronization charges    LEF charges: Transcript synchronization with exhibits    and video    Condensed Transcript and Word Index charges    Transcript production and handling    Signature page charge    Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$2,925.47** |



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2005 | 21306 |

**PAID**

**BILL TO**

| |
|---|
| Mayer Brown Rowe & Maw - CH<br>230 S. La Salle Street<br>Chicago, IL 60604-1404<br>Attn.: Vincent P. Schmeltz, III |

| |
|---|
| Case: Oracle Securities<br>Deponent:<br>JOHN CHOBOR  06/15/2005 |

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| JOB NO. | | TERMS |
|---------|---|-------|
| WSMB0267 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Reporter's Overtime Fee | 2 | | 50.00 | 100.00 |
| Original & One per page charge - Expedited 3 days | 270 | pages | 10.58 | 2,856.60 |
| Realtime Reporting charge | 270 | pages | 2.00 | 540.00 |
| Videography charge | 9 | hours | 150.00 | 1,350.00 |
| Exhibit Scanning charge | 213 | pages | 0.35 | 74.55 |
| World Service Package - Complimentary<br>Inclusive of:<br>    Video Conversion to MPEG1 charges<br>    Video Synchronization charges<br>    LEF charges: Transcript synchronization with exhibits<br>    and video<br>    Condensed Transcript and Word Index charges<br>    Transcript production and handling<br>    Signature page charge<br>    Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 60.00 | 60.00 |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (0.0%) | $0.00 |
|---|---|---|
| | **Total** | **$4,981.15** |



**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 164521

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Joshua  Yount, ESQ

| INVOICE NUMBER | DATE |
|---|---|
| 211194ECG | 07/19/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 07/13/2005 | | | |
| Robert Sawyer | | | |
| 9:00-11:40  12:26-4:30 | | | |
| Deposition Attendance Fee | | $ 297.50 | |
| Original Transcript - 2nd Day | 261 @ $ 5.85 | $ 1,526.85 | |
| Interactive Realtime | | $ 525.00 | |
| 15% Discount Deducted | | $ -352.41 | |
| LEF Files | | $ 45.00 | |
| Delivery/Shipping & Handling | | $ 8.00 | |
| PAYMENTS RECEIVED | | ($ 2,049.94) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 164521   TOT: $ 0.00
INVOICE #: 211194ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Joshua  Yount, ESQ
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087   FAX 312-704-4950

Job #: 164520

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Joshua Yount, ESQ

| INVOICE NUMBER | DATE |
|---|---|
| 211343ECG | 07/21/2005 |

Printed: 06/26/2009

Due Upon Receipt | AMOUNT DUE | ENCL.

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 07/13/2005

Robert Sawyer
9:00-11:40 12:26-4:30

| | |
|---|---|
| Video 1st Hour Recording | $ 191.25 |
| Additional Hours Recording | $ 688.50 |
| Video/Text Sync | $ 575.00 |
| Delivery/Shipping & Handling | $ 6.62 |

| | |
|---|---|
| PAYMENTS RECEIVED | ($ 1,461.37) |
| BALANCE DUE | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 164520   TOT: $ 0.00
INVOICE #: 211343ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Joshua Yount, ESQ
71 South Wacker Drive
Suite 3200
Chicago, IL 60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 164616

| INVOICE NUMBER | DATE |
|---|---|
| 213852ECG | 08/24/2005 |

Printed: 06/26/2009

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 07/26/2005

Patricia Sullivan
9:56-12:15  1:14-3:43
Palo Alto, CA

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | $ 212.50 |
| Original Transcript | 186 @ $ 3.75 | $ 697.50 |
| Rough ASCII/No Computer Hookup | 186 @ $ 1.50 | $ 279.00 |
| E-Transcript | | $ 35.00 |
| Min-U-Script | | $ 25.00 |
| Delivery/Shipping & Handling | | $ 21.50 |
| PAYMENTS RECEIVED | | ($ 1,270.50) |
| BALANCE DUE | | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on
any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will
be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 164616   TOT: $ 0.00
INVOICE #: 213852ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087  FAX 312-704-4950

Job #: 164615

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 213855ECG | 08/24/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 07/26/2005 | | | |
| Patricia Sullivan | | | |
| 10:00-12:15  1:14-3:43 | | | |
| Palo Alto, CA | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | | $ 540.00 | |
| Video/Text Sync | 4 @ $ 55.00 | $ 220.00 | |
| Delivery/Shipping & Handling | | $ 6.62 | |
| PAYMENTS RECEIVED | | ($ 1,066.62) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 164615   TOT: $ 0.00
INVOICE #: 213855ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087  FAX 312-704-4950

Job #: 165990

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 215378ECG | 09/14/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 08/17/2005 | | | |
| Eric Hylick | | | |
| 10:00 a.m.- 5:14 p.m. | | | |
| Orlando, FL | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | | $ 877.50 | |
| Video/Text Sync | 4 @ $ 85.00 | $ 340.00 | |
| Delivery/Shipping & Handling | | $ 6.62 | |
| PAYMENTS RECEIVED | | ($ 1,524.12) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 165990  TOT: $ 0.00
INVOICE #: 215378ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL 60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087   FAX 312-704-4950

Job #: 166516

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 215381ECG | 09/14/2005 |

Printed: 06/26/2009

| Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 08/25/2005

Edward Schreiber
9:30-11:49  12:34-1:51
New York, NY

| | AMOUNT DUE |
|---|---|
| Video 1st Hour Recording | $ 300.00 |
| Additional Hours Recording | $ 405.00 |
| Video/Text Sync | $ 212.50 |
| Delivery/Shipping & Handling | $ 6.62 |
| PAYMENTS RECEIVED | ($ 924.12) |
| BALANCE DUE | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 166516   TOT: $ 0.00
INVOICE #: 215381ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL 60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 166517

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 216869ECG | 09/29/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 08/25/2005 | | | |
| Edward Schreiber | | | |
| 9:30-11:48  12:34-1:51 | | | |
| New York, NY | | | |
| Deposition Attendance Fee | | $ 191.25 | |
| Original Transcript | 160 @ $ 3.75 | $ 600.00 | |
| Rough ASCII/No Computer Hookup | 160 @ $ 1.50 | $ 240.00 | |
| E-Transcript | | $ 35.00 | |
| Delivery/Shipping & Handling | | $ 26.38 | |
| PAYMENTS RECEIVED | | ($ 1,092.63) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 166517   TOT: $ 0.00
INVOICE #: 216869ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606



# KRESSE & ASSOCIATES, INC.
### COURT REPORTERS / LITIGATION SUPPORT

300 COURTHOUSE TOWER
44 WEST FLAGLER STREET
MIAMI, FLORIDA 33130



TEL: (305) 371-7692
FAX: (305) 371-3525
WWW.KRESSEFLA.COM
1(866) 371-7692

## SECOND                    INVOICE

MIAMI-DADE   •   BROWARD   •   WEST PALM BEACH   •   WORLDWIDE

MAYER, BROWN, ROWE & MAW, PA
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

CHARLES HARRIS, II, ESQ.

ORACLE CORPORATION
SECURITIES LITIGATION
C-01-0988-MJJ (JCS)

**INVOICE NO. :** 1023481
**INVOICE DATE:** 1/31/2006
**REPORTER:**
VIDEO FOR THE LEGAL PROF.

**ID#** 65-0489090

| | | |
|---|---|---|
| 9/10/2005 | DEPOSITION OF: CARLOS IGLESIA | |
| | VIDEOTAPE PROCEEDINGS | 750.00 |
| | ORIGINAL AND ONE COPY OF TRANSCRIPT | 592.50 |

| | |
|---|---|
| **Sub Total** | 1,342.50 |
| **Paid** | 0.00 |
| **Balance Due** | 1,342.50 |

### PLEASE RETURN DUPLICATE INVOICE WITH PAYMENT

01-72191-6

WE ACCEPT MASTERCARD & VISA

TERMS  Payable Upon Receipt.
Past Due Accounts Accrue 1.5% Per Month
All Collection Costs and Attorney's Fees.

Method of Payment:

☐ Check Enclosed            ☐ Charge my Credit Card:
Payable to Kresse & Associates, Inc.      ☐VISA ☐MasterCard

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐

Credit Card #                    Exp. Date

Signature ( as it appears on card )

Print Name ( as it appears on card )



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/28/2005 | 23225 |

**BILL TO**

PAID

| | |
|---|---|
| Mayer Brown Rowe & Maw - CH<br>71 South Wacker Drive<br>Chicago, IL 60603<br>Attn: Jill Friedman | Case: Oracle Securities Litigation<br>Deponent:<br>COLIN NURSE 09/13/2005 |

| JOB NO | TERMS |
|--------|-------|
| WS00424 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 191 | pages | 2.75 | 525.25 |
| Cleaned up Rough ASCII | 191 | pages | 1.50 | 286.50 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 7 | pages | 0.35 | 2.45 |
| World Service Package - Complimentary<br>Inclusive of:<br>  Video Conversion to MPEG1 charges<br>  Video Synchronization charges<br>  LEF charges: Transcript synchronization with exhibits<br>  and video<br>  Condensed Transcript and Word Index charges<br>  Transcript production and handling<br>  Signature page charge<br>  Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 45.00 | 45.00 |

| | |
|---|---|
| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (0.0%) $0.00 |
| | **Total** $1,259.20 |



**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087  FAX 312-704-4950

Job #: 165983

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 218536ECG | 10/19/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 09/16/2005 | | | |
| Dilek Keller | | | |
| 10:00am - 2:;0pm | | | |
| Palo Alto, CA | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | | $ 405.00 | |
| Video/Text Sync | | $ 345.00 | |
| Delivery/Shipping & Handling | | $ 6.62 | |
| PAYMENTS RECEIVED | | ($ 1,056.62) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 165983  TOT: $ 0.00
INVOICE #: 218536ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 165984

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 219550ECG | 10/28/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 09/16/2005 | | | |
| Dilek Keller | | | |
| 10:03am - 1:46pm | | | |
| San Francisco, CA | | | |
| Deposition Attendance Fee | | $ 180.00 | |
| Original Transcript | 127 @ $ 3.85 | $ 488.95 | |
| E-Transcript | | $ 35.00 | |
| Min-U-Script | | $ 25.00 | |
| Rough ASCII | 127 @ $ 1.50 | $ 190.50 | |
| Delivery/Shipping & Handling | | $ 7.00 | |
| PAYMENTS RECEIVED | | ($ 926.45) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 165984   TOT: $ 0.00
INVOICE #: 219550ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





# LIVENOTE

# Invoice

LiveNote, Inc
221 Main Street, Ste. 1250
San Francisco, CA 94105

Toll-Free: 1-800-LIVENOTE
Phone: 415-321-2300
Fax: 415-321-2301

| DATE | INVOICE # |
|---|---|
| 10/17/2005 | 23659 |

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 S. Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

Case: Oracle Securities Litigation
Deponent:
GORDON PETRIE  09/22/2005
Attorney:
LEE RUBIN

| JOB NO. | TERMS |
|---|---|
| WS00449 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | | | | |
| Certified Copy | 210 | pages | 2.75 | 577.50 |
| Cleaned up Rough ASCII | 210 | pages | 1.50 | 315.00 |
| Video Copy | 1 | | 300.00 | 300.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 137 | pages | 0.35 | 47.95 |
| World Service Package - Complimentary | 1 | | 0.00 | 0.00 |
| Inclusive of: | | | | |
|   Video Conversion to MPEG1 charges | | | | |
|   Video Synchronization charges | | | | |
|   LEF charges: Transcript synchronization with exhibits and video | | | | |
|   Condensed Transcript and Word Index charges | | | | |
|   Transcript production and handling | | | | |
|   Signature page charge | | | | |
|   Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$1,280.45** |



# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 10/17/2005 | 23661 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 South Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

Case: Oracle Securities Litigation
Deponent:
RONALD CUNEO  09/22/2005
Attorney:
ROBERT J. KRISS, ESQ.

| JOB NO. | TERMS |
|---------|-------|
| WS00465 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Certified Copy | 222 | pages | 2.75 | 610.50 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 22 | pages | 0.35 | 7.70 |
| World Service Package - Complimentary Inclusive of:    Video Conversion to MPEG1 charges    Video Synchronization charges    LEF charges: Transcript synchronization with exhibits    and video    Condensed Transcript and Word Index charges    Transcript production and handling    Signature page charge    Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 65.00 | 65.00 |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (0.0%) | $0.00 |
|---|---|---|
| | **Total** | **$1,083.20** |



**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 167584

| INVOICE NUMBER | DATE |
|---|---|
| 218587ECG | 10/20/2005 |

Printed: 06/26/2009

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 09/28/2005 | | | |
| David Cappotto | | | |
| 9:30am - 12:22pm | | | |
| Atlanta, GA | | | |
| Deposition Attendance Fee | | $ 135.00 | |
| Original Transcript | 99 @ $ 3.85 | $ 381.15 | |
| Min-U-Script | | $ 25.00 | |
| Rough ASCII/No Computer Hookup | 99 @ $ 1.50 | $ 148.50 | |
| PAYMENTS RECEIVED | | ($ 689.65) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 167584  TOT: $ 0.00
INVOICE #: 218587ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 167583

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 218538ECG | 10/19/2005 |

Printed: 06/26/2009

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 09/28/2005

David Cappotto
Atlanta, GA
9:30am - 12:23pm

| | AMOUNT DUE |
|---|---|
| Video 1st Hour Recording | $ 300.00 |
| Additional Hours Recording | $ 270.00 |
| Video/Text Sync | $ 230.00 |
| Delivery/Shipping & Handling | $ 6.62 |
| PAYMENTS RECEIVED | ($ 806.62) |
| BALANCE DUE | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 167583   TOT: $ 0.00
INVOICE #: 218538ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 166522

| INVOICE NUMBER | DATE |
|---|---|
| 218592ECG | 10/20/2005 |

Printed: 06/26/2009

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 09/29/2005 | | | |
| Aaron Neal | | | |
| 9:30am - 1:14pm | | | |
| Atlanta, GA | | | |
| Deposition Attendance Fee | | $ 180.00 | |
| Original Transcript | 145 @ $ 3.85 | $ 558.25 | |
| Min-U-Script | | $ 25.00 | |
| Rough ASCII/No Computer Hookup | 145 @ $ 1.50 | $ 217.50 | |
| Delivery/Shipping & Handling | | $ 41.40 | |
| PAYMENTS RECEIVED | | ($ 1,022.15) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 166522   TOT: $ 0.00
INVOICE #: 218592ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 166521

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 219766ECG | 10/31/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 09/29/2005 | | | |
| Aaron Neal | | | |
| 9:00am - 1:14pm | | | |
| Atlanta, GA | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | | $ 472.50 | |
| Video/Text Sync | | $ 345.00 | |
| PAYMENTS RECEIVED | | ($ 1,117.50) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 166521   TOT: $ 0.00
INVOICE #: 219766ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|---|---|
| 10/28/2005 | 24056 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
230 S. La Salle Street
Chicago, IL 60604-1404
Attn.: Jill Friedman

Case: Oracle Securities Litigation
Deponent:
KELLY WOOD 10/07/2005

| JOB NO. | TERMS |
|---|---|
| WS00493 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | | | | |
| Certified Copy | 199 | pages | 2.75 | 547.25 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 75 | pages | 0.35 | 26.25 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 45.00 | 45.00 |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$1,018.50** |



# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|---|---|
| 11/30/2005 | 27805 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 South Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

Case: Oracle
Deponent:
MARGARET MITCHELL  10/11/2005
Attn.: Edward Johnson

| JOB NO. | TERMS |
|---|---|
| WS00500 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | | | | |
| Certified Copy | 114 | pages | 2.75 | 313.50 |
| Video Copy | 1 | | 300.00 | 300.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 30 | pages | 0.35 | 10.50 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$659.00** |

 **LIVENOTE**

# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 10/31/2005 | 24313 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 South Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

Case: In Re: Oracle Securities Litigation
Deponent:
ROBERT GREEN  10/18/2005

| JOB NO. | TERMS |
|---------|-------|
| WS00451 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Certified Copy | 186 | pages | 2.95 | 548.70 |
| Cleaned up Rough ASCII | 186 | pages | 1.50 | 279.00 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 580 | pages | 0.35 | 203.00 |
| World Service Package - Complimentary Inclusive of:     Video Conversion to MPEG1 charges     Video Synchronization charges     LEF charges: Transcript synchronization with exhibits     and video     Condensed Transcript and Word Index charges     Transcript production and handling     Signature page charge     Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$1,470.70** |

 LIVENOTE

# Invoice

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|---|---|
| 10/31/2005 | 24268 |

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 S. Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

Case: Oracle Securities Litigation
Deponent:
GORDON PETRIE VOL II  10/19/2005

| JOB NO. | TERMS |
|---|---|
| WS00505 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Services | | | | |
| Certified Copy | 126 | pages | 2.75 | 346.50 |
| Video Copy | 1 | | 300.00 | 300.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 173 | pages | 0.35 | 60.55 |
| World Service Package - Complimentary Inclusive of:  Video Conversion to MPEG1 charges  Video Synchronization charges  LEF charges: Transcript synchronization with exhibits and video  Condensed Transcript and Word Index charges  Transcript production and handling  Signature page charge  Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|---|---|
| **Total** | **$747.05** |



# LIVENOTE

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/29/2005 | 27775 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 South Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

Case: Oracle
Deponent:
JO ANN CHARD  10/21/2005
Attn.: Edward Johnson

| JOB NO. | TERMS |
|---------|-------|
| WS00458 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Certified Copy | 116 | pages | 2.75 | 319.00 |
| Video Copy | 1 | | 300.00 | 300.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 24 | pages | 0.35 | 8.40 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$662.40** |

 # LIVENOTE

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/30/2005 | 27812 |

**PAID**

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 South Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

Case: Oracle
Deponent:
FREDERICK LANGE  11/14/2005
Attn.: Vincent Schmeltz

| JOB NO. | TERMS |
|---------|-------|
| WS00456 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Certified Copy | 163 | pages | 2.75 | 448.25 |
| Cleaned up Rough ASCII | 163 | pages | 1.50 | 244.50 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 11 | pages | 0.35 | 3.85 |
| World Service Package - Complimentary Inclusive of: Video Conversion to MPEG1 charges Video Synchronization charges LEF charges: Transcript synchronization with exhibits and video Condensed Transcript and Word Index charges Transcript production and handling Signature page charge Electronic Transcript Delivery charge | 1 | | 0.00 | 0.00 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|--|--|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$1,131.60** |



**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 172810

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 222836ECG | 11/30/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 11/15/2005 | | | |
| John Martin | | | |
| 9:00am - 1:59pm | | | |
| San Francisco, CA | | | |
| Deposition Attendance Fee | | $ 225.00 | |
| Original Transcript | 158 @ $ 3.85 | $ 608.30 | |
| ASCII Diskette | | $ 20.00 | |
| Min-U-Script | | $ 25.00 | |
| Rough ASCII/No Computer Hookup | 158 @ $ 1.50 | $ 237.00 | |
| Delivery/Shipping & Handling | | $ 6.70 | |
| PAYMENTS RECEIVED | | ($ 1,122.00) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 172810  TOT: $ 0.00
INVOICE #: 222836ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 172809

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 223379ECG | 12/07/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 11/15/2005

John Martin
9:00am - 1:58pm

| | AMOUNT DUE |
|---|---|
| Video 1st Hour Recording | $ 300.00 |
| Additional Hours Recording | $ 540.00 |
| DVD Conversion | $ 280.00 |
| Delivery/Shipping & Handling | $ 6.62 |
| PAYMENTS RECEIVED | ($ 1,126.62) |
| BALANCE DUE | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on
any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will
be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 172809   TOT: $ 0.00
INVOICE #: 223379ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 172676

| INVOICE NUMBER | DATE |
|---|---|
| 224847ECG | 12/31/2005 |

Printed: 06/26/2009

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 11/30/2005 | | | |
| Peter Donnelly | | | |
| 9:34-3:32 | | | |
| Palo Alto, CA | | | |
| Deposition Attendance Fee | | $ 270.00 | |
| Original Transcript | 226 @ $ 3.85 | $ 870.10 | |
| ASCII Diskette | | $ 20.00 | |
| Min-U-Script | | $ 25.00 | |
| Interactive Realtime | | $ 450.00 | |
| Delivery/Shipping & Handling | | $ 33.90 | |
| PAYMENTS RECEIVED | | ($ 1,669.00) | |
| BALANCE DUE | | $ 0.00 | *Thank you!* |

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 172676  TOT: $ 0.00
INVOICE #: 224847ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087  FAX 312-704-4950

Job #: 172675

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 224805ECG | 12/31/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 11/30/2005 | | | |
| Peter Donnelly | | | |
| 9:00am - 3:31pm | | | |
| Palo Alto, CA | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | | $ 742.50 | |
| Video/Text Sync | | $ 340.00 | |
| Delivery/Shipping & Handling | | $ 6.62 | |
| PAYMENTS RECEIVED | | ($ 1,389.12) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 172675  TOT: $ 0.00
INVOICE #: 224805ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL 60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087   FAX 312-704-4950

Job #: 172702

| INVOICE NUMBER | DATE |
|---|---|
| 224188ECG | 12/20/2005 |

Printed: 06/26/2009

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill Friedman

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 11/30/2005 | | | |
| Peter Schwoerer | | | |
| 10:00am - 1:00pm | | | |
| Ft. Lauderdale, FL | | | |
| Deposition Attendance Fee | | $ 135.00 | |
| Original Transcript | 127 @ $ 3.70 | $ 469.90 | |
| Delivery/Shipping & Handling | | $ 6.67 | |
| PAYMENTS RECEIVED | | ($ 611.57) | . |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 172702   TOT: $ 0.00
INVOICE #: 224188ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL 60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087  FAX 312-704-4950

Job #: 172701

| INVOICE NUMBER | DATE |
|---|---|
| 224489ECG | 12/23/2005 |

Printed: 06/26/2009

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill Friedman

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 11/30/2005

Peter Schwoerer
9:00am - 1:00pm
Ft. Lauderdale, FL

| | AMOUNT DUE |
|---|---|
| Video 1st Hour Recording | $ 191.25 |
| Additional Hours Recording | $ 344.25 |
| CD-ROM Conversion (Per Hour) | $ 240.00 |
| Delivery/Shipping & Handling | $ 6.62 |
| PAYMENTS RECEIVED | ($ 782.12) |
| BALANCE DUE | $ 0.00 |

*Thank you!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 172701  TOT: $ 0.00
INVOICE #: 224489ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL 60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087  FAX 312-704-4950

Job #: 173295

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 224849ECG | 12/31/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 12/02/2005 | | | |
| Jan Reed | | | |
| 9:23am - 2:51pm | | | |
| San Francisco, CA | | | |
| Deposition Attendance Fee | | $ 247.50 | |
| Original Transcript | 200 @ $ 3.85 | $ 770.00 | |
| ETV - Exhibits | | $ 45.00 | |
| Min-U-Script | | $ 25.00 | |
| Interactive Realtime | | $ 412.50 | |
| Delivery/Shipping & Handling | | $ 7.14 | |
| PAYMENTS RECEIVED | | ($ 1,507.14) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 173295  TOT: $ 0.00
INVOICE #: 224849ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 173294

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 224979ECG | 12/31/2005 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 12/02/2005 | | | |
| Jan Reed | | | |
| 9:00 a.m.- 2:51 p.m. | | | |
| Palo Alto, CA | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | 5 @ $ 135.00 | $ 675.00 | |
| DVD Conversion | 4 @ $ 70.00 | $ 280.00 | |
| Administrative Fee | | $ 20.00 | |
| PAYMENTS RECEIVED | | ($ 1,275.00) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on
any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will
be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 173294   TOT: $ 0.00
INVOICE #: 224979ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/27/2005 | 28401 |

**BILL TO**

Mayer Brown Rowe & Maw - CH
71 South Wacker Drive
Chicago, IL 60606
Attn.: Jill Friedman

**PAID**

Case: Oracle
Deponent:
STEVEN CAPPELUCCI 12/13/2005

| JOB NO. | TERMS |
|---------|-------|
| WS00610 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Services | | | | |
| Certified Copy | 66 | pages | 2.75 | 181.50 |
| Video Copy | 1 | | 300.00 | 300.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 8 | pages | 0.40 | 3.20 |
| World Service Package - Complimentary | 1 | | 0.00 | 0.00 |
| Inclusive of: | | | | |
|    Video Conversion to MPEG1 charges | | | | |
|    Video Synchronization charges | | | | |
|    LEF charges: Transcript synchronization with exhibits and video | | | | |
|    Condensed Transcript and Word Index charges | | | | |
|    Transcript production and handling | | | | |
|    Signature page charge | | | | |
|    Electronic Transcript Delivery charge | | | | |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (0.0%) | $0.00 |
|------------------|-------|
| **Total** | **$519.70** |



**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175471

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 225379ECG | 01/23/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

CAPTION: ORACLE CORPORATION SECURITY LITIGATION

SERVICES PROVIDED ON: 01/05/2006

Neil Moldafsky-
9:16am-2:35pm
St. Louis, MO

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | $ 247.50 |
| Original Transcript | 195 @ $ 3.85 | $ 750.75 |
| Rough ASCII/No Computer Hookup | 195 @ $ 1.50 | $ 292.50 |
| ETV - Exhibits | | $ 45.00 |
| Min-U-Script | | $ 25.00 |

| | | |
|---|---|---|
| PAYMENTS RECEIVED | ($ 1,360.75) | |
| BALANCE DUE | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175471   TOT: $ 0.00
INVOICE #: 225379ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 176494

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Vincent  Schmeltz

| INVOICE NUMBER | DATE |
|---|---|
| 226760ECG | 01/31/2006 |

Printed: 06/26/2009

Due Upon Receipt | AMOUNT DUE | ENCL.

CAPTION: ORACLE CORPORATION SECURITY LITIGATION

SERVICES PROVIDED ON: 01/05/2006

Neil Moldafsky
St. Louis, MO
9:00-12:08 1:21-2:30

| | |
|---|---|
| Additional Hours Recording | $ 300.00 |
| Additional Hours Recording | $ 405.00 |
| Video/Text Sync | $ 402.50 |
| Delivery/Shipping & Handling | $ 7.50 |

| | |
|---|---|
| PAYMENTS RECEIVED | ($ 1,115.00) |
| BALANCE DUE | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 176494   TOT: $ 0.00
INVOICE #: 226760ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Vincent  Schmeltz
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087   FAX 312-704-4950

Job #: 175470

| INVOICE NUMBER | DATE |
|---|---|
| 225376ECG | 01/23/2006 |

Printed: 06/26/2009

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill Friedman

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

CAPTION: ORACLE CORPORATION SECURITY LITIGATION

SERVICES PROVIDED ON: 01/06/2006

Paula Denis White -
9:00am - 11:15am
St. Louis, MO

| | | AMOUNT DUE |
|---|---|---|
| Deposition Attendance Fee | | $ 112.50 |
| Rough ASCII/No Computer Hookup | 83 @ $ 1.50 | $ 124.50 |
| Original Transcript | 83 @ $ 3.85 | $ 319.55 |
| Min-U-Script | | $ 25.00 |
| E-Transcript | | $ 35.00 |
| Delivery/Shipping & Handling | | $ 7.50 |
| PAYMENTS RECEIVED | | ($ 624.05) |
| BALANCE DUE | | $ 0.00 |

*Thank You!*

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175470  TOT: $ 0.00
INVOICE #: 225376ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175900

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Trace Schmeltz

| INVOICE NUMBER | DATE |
|---|---|
| 225928ECG | 01/26/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

CAPTION: ORACLE CORPORATION SECURITY LITIGATION

SERVICES PROVIDED ON: 01/06/2006

Paula White
9:00-11:11
St. Louis, MO

| | AMOUNT DUE |
|---|---|
| Video 1st Hour Recording | $ 300.00 |
| Additional Hours Recording | $ 202.50 |
| CD-ROM Conversion (Per Hour) | $ 175.00 |
| Delivery/Shipping & Handling | $ 6.62 |
| PAYMENTS RECEIVED | ($ 684.12) |
| BALANCE DUE | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on
any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will
be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175900  TOT: $ 0.00
INVOICE #: 225928ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Trace  Schmeltz
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175761

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 226857ECG | 02/02/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 01/19/2006 | | | |
| George Nassar | | | |
| 10:44-3:01 | | | |
| Knoxville, TN | | | |
| Deposition Attendance Fee | | $ 202.50 | |
| Original & Copy | 144 @ $ 4.75 | $ 684.00 | |
| Interactive Realtime | | $ 337.50 | |
| Min-U-Script | | $ 25.00 | |
| Delivery/Shipping & Handling | | $ 6.87 | |
| PAYMENTS RECEIVED | | ($ 1,255.87) | |
| BALANCE DUE | | $ 0.00 | *Thank you!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175761  TOT: $ 0.00
INVOICE #: 226857ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 176554

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 228294ECG | 02/21/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 01/19/2006 | | | |
| George Nassar | | | |
| 10:30am-1:01pm 1:57pm-3:00pm | | | |
| Knoxville, TN | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | | $ 472.50 | |
| Video/Text Sync | | $ 345.00 | |
| Delivery/Shipping & Handling | | $ 7.50 | |
| PAYMENTS RECEIVED | | ($ 1,125.00) | |
| BALANCE DUE | | $ 0.00 | *Thank you!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 176554  TOT: $ 0.00
INVOICE #: 228294ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175001

To:

Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 228013ECG | 02/20/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 01/20/2006 | | | |
| Raymond Shaw | | | |
| Atlanta, GA | | | |
| 9:00-3:42 | | | |
| Deposition Attendance Fee | | $ 315.00 | |
| Original Transcript | 157 @ $ 3.85 | $ 604.45 | |
| ETV - ASCII | | $ 35.00 | |
| Min-U-Script | | $ 25.00 | |
| Rough ASCII/No Computer Hookup | 157 @ $ 1.50 | $ 235.50 | |
| Delivery/Shipping & Handling | | $ 7.50 | |
| | PAYMENTS RECEIVED | ($ 1,222.45) | |
| | BALANCE DUE | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175001  TOT: $ 0.00
INVOICE #: 228013ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087  FAX 312-704-4950

Job #: 175002

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Theresa  King

| INVOICE NUMBER | DATE |
|---|---|
| 228484ECG | 02/23/2006 |

Printed: 06/26/2009

|  | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 01/20/2006 | | | |
| Raymond Shaw | | | |
| Atlanta, GA | | | |
| 9:00-3:44 | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | 6 @ $ 135.00 | $ 810.00 | |
| Video/Text Sync | 4 @ $ 85.00 | $ 340.00 | |
| Delivery/Shipping & Handling | | $ 10.00 | |
| PAYMENTS RECEIVED | | ($ 1,460.00) | |
| BALANCE DUE | | $ 0.00 | *Thank you!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on
any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will
be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175002  TOT: $ 0.00
INVOICE #: 228484ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Theresa  King
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175049

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 227036ECG | 02/06/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 01/24/2006 | | | |
| Stephen Lybik | | | |
| 9:00-12:31 | | | |
| Buffalo, NY | | | |
| Deposition Attendance Fee | | $ 122.50 | |
| Original Transcript | 140 @ $ 3.85 | $ 539.00 | |
| Min-U-Script | | $ 25.00 | |
| Rough ASCII/No Computer Hookup | 140 @ $ 1.50 | $ 210.00 | |
| Delivery/Shipping & Handling | | $ 6.84 | |
| PAYMENTS RECEIVED | | ($ 903.34) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175049   TOT: $ 0.00
INVOICE #: 227036ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175048

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill  Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 228093ECG | 02/20/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 01/24/2006

Stephen Lybik
9:00-12:31
Buffalo, NY

| | | AMOUNT DUE |
|---|---|---|
| Video 1st Hour Recording | | $ 300.00 |
| Additional Hours Recording | | $ 337.50 |
| Video/Text Sync | 4 @ $ 85.00 | $ 340.00 |
| Delivery/Shipping & Handling | | $ 7.50 |
| PAYMENTS RECEIVED | | ($ 985.00) |
| BALANCE DUE | | $ 0.00 |

*Thank You!*

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175048  TOT: $ 0.00
INVOICE #: 228093ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175694

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Trace Schmeltz

| INVOICE NUMBER | DATE |
|---|---|
| 228413ECG | 02/22/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 02/02/2006 | | | |
| Linda Hawley | | | |
| 9:00am - 11:00am | | | |
| Bellingham, WA | | | |
| Deposition Attendance Fee | | $ 90.00 | |
| Original Transcript | 87 @ $ 3.85 | $ 334.95 | |
| Travel Fee | | $ 25.00 | |
| E-Transcript | | $ 35.00 | |
| Rough ASCII/No Computer Hookup | 87 @ $ 1.50 | $ 130.50 | |
| Delivery/Shipping & Handling | | $ 10.00 | |
| | PAYMENTS RECEIVED | ($ 625.45) | |
| | BALANCE DUE | $ 0.00 | *Thank You!* |

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175694   TOT: $ 0.00
INVOICE #: 228413ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Trace  Schmeltz
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL 60606
312-782-8087   FAX 312-704-4950

Job #: 175695

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL 60606
ATTN : Jill Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 229898ECG | 03/10/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 02/02/2006 | | | |
| Linda Hawley | | | |
| Bellingham, WA | | | |
| 9:0-11:13 | | | |
| Video 1st Hour Recording | | $ 300.00 | |
| Additional Hours Recording | | $ 270.00 | |
| Video/Text Sync | 2 @ $ 115.00 | $ 230.00 | |
| Delivery/Shipping & Handling | | $ 7.50 | |
| PAYMENTS RECEIVED | | ($ 807.50) | |
| BALANCE DUE | | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment. No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA 19178-5751
Tax ID # 22-3779684

JOB: 175695  TOT: $ 0.00
INVOICE #: 229898ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL 60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175701

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Jill Friedman

| INVOICE NUMBER | DATE |
|---|---|
| 227655ECG | 02/14/2006 |

Printed: 06/26/2009

| | Due Upon Receipt | AMOUNT DUE | ENCL. |
|---|---|---|---|
| CAPTION: ORACLE SECURITY, IN RE | | | |
| SERVICES PROVIDED ON: 02/02/2006 | | | |
| Joseph Aldrich | | | |
| 9:00 a.m.- 3:34 p.m. | | | |
| Dallas, TX | | | |
| Deposition Attendance Fee | | $ 292.50 | |
| Original Transcript | 254 @ $ 3.85 | $ 977.90 | |
| Interactive Realtime | | $ 487.50 | |
| E-Transcript | | $ 35.00 | |
| Min-U-Script | | $ 25.00 | |
| Delivery/Shipping & Handling | | $ 30.30 | |
| | PAYMENTS RECEIVED | ($ 1,848.20) | |
| | BALANCE DUE | $ 0.00 | *Thank You!* |

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175701  TOT: $ 0.00
INVOICE #: 227655ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Jill  Friedman
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE DEPOSITION SERVICES, LLC - ECG**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
311 West Monroe
Suite 1200
Chicago, IL  60606
312-782-8087   FAX 312-704-4950

Job #: 175700

To:
Mayer Brown LLP
71 South Wacker Drive
Suite 3200
Chicago, IL  60606
ATTN : Theresa  King

| INVOICE NUMBER | DATE |
|---|---|
| 229949ECG | 03/13/2006 |

Printed: 06/26/2009

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

CAPTION: ORACLE SECURITY, IN RE

SERVICES PROVIDED ON: 02/02/2006

Joseph Aldrich
Dallas, TX
9:00-11:50 12:40-3:34

| | AMOUNT DUE |
|---|---|
| Video 1st Hour Recording | $ 300.00 |
| Additional Hours Recording | $ 675.00 |
| Video/Text Sync | $ 575.00 |
| Parking Fee | $ 12.00 |
| Delivery/Shipping & Handling | $ 7.50 |
| PAYMENTS RECEIVED | ($ 1,569.50) |
| BALANCE DUE | $ 0.00 |

*Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law. Contact us immediately with questions or corrections regarding billing or payment.  No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
312-704-4950
FAX 312-704-4950

**Please detach and send with payment**

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 785751
Philadelphia, PA  19178-5751
Tax ID # 22-3779684

JOB: 175700  TOT: $ 0.00
INVOICE #: 229949ECG
DATE: 06/26/2009

Mayer Brown LLP
ATTN : Theresa  King
71 South Wacker Drive
Suite 3200
Chicago, IL  60606





**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684      176267      ESQUD04
155 North Wacker Drive, 10th Floor
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Latham & Watkins -Menlo Park
135 Commonwealth Drive
Menlo Park, CA 94025

| INVOICE NUMBER | DATE |
|---|---|
| 229162ECG | 02/28/06 |

ATTN : PATRICK GIBBS

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:    ORACLE SECURITY, IN RE

SERVICES PROVIDED ON 02/10/06:

Andrew Davies
10:00am - 2:45pm
San Diego, CA

RECEIVED
MAR 15 2006
ACCOUNTING DEPT.

| | |
|---|---|
| Video 1st Hour Recording | 300.00 |
| Additional Hours Recording | 540.00 |
| Video/Text Sync | 340.00 |
| Administrative Fee | 20.00 |
| Delivery/Shipping & Handling | 7.50 |

**BALANCE DUE**

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

| TOTAL | 1,207.50 | Thank You! |
|---|---|---|

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 176267   TOT: $1207.50
INVOICE #: 229162ECG
DATE: 02/28/06

Latham & Watkins -Menlo Park
Attn: PATRICK GIBBS
135 Commonwealth Drive
Menlo Park, CA 94025



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          176268     ESQUD04
155 North Wacker Drive, 10th Floor
Chicago, IL 60606
(312)782-8087     Fax(312)704-4950

To:
Latham & Watkins -Menlo Park
135 Commonwealth Drive
Menlo Park, CA 94025

| INVOICE NUMBER | DATE |
|---|---|
| 229404ECG | 03/06/06 |

ATTN : PATRICK GIBBS                     Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
    ORACLE SECURITY, IN RE

    SERVICES PROVIDED ON 02/10/06:

    Andrew Davies
    10:00am - 2:32pm
    San Diego, CA

RECEIVED
MAR 17 2006
ACCOUNTING DEPT.

| | | | |
|---|---|---|---|
| Deposition Attendance Fee | | | 202.50 |
| Original Transcript | 154 @ | $3.85 | 592.90 |
| Parking Fee | | | 10.00 |
| ETV - Exhibits | | | 45.00 |
| Min-U-Script | | | 25.00 |
| Rough ASCII/No Computer Hookup | 154 @ | $1.50 | 231.00 |
| Administrative Fee | | | 30.00 |
| Delivery/Shipping & Handling | | | 48.14 |

BALANCE DUE                                    TOTAL   1,184.54   Thank you!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 176268  TOT: $1184.54
INVOICE #: 229404ECG
DATE: 03/06/06

Latham & Watkins -Menlo Park
Attn: PATRICK GIBBS
135 Commonwealth Drive
Menlo Park, CA 94025



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          177379      ESQUD27
155 North Wacker Drive, 10th Floor
Chicago, IL 60606
(312)782-8087    Fax(312)704-4950

To:
Latham & Watkins -Menlo Park
135 Commonwealth Drive
Menlo Park, CA 94025

| INVOICE NUMBER | DATE |
|---|---|
| 229664ECG | 03/08/06 |

ATTN : PATRICK GIBBS

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

RECEIVED
MAR 17 2006
ACCOUNTING DEPT.

YOUR REFERENCE NUMBER:

CAPTION:
          ORACLE SECURITY, IN RE

SERVICES PROVIDED ON 02/16/06:

Paul Benati
Atlanta, GA
10:05am - 11:20am

| | | | |
|---|---|---|---|
| Deposition Attendance Fee | | | 90.00 |
| Original Transcript | 68 @ | $3.85 | 261.80 |
| E-Transcript | | | 35.00 |
| Min-U-Script | | | 25.00 |
| Rough ASCII/No Computer Hookup | 68 @ | $1.50 | 102.00 |
| Administrative Fee | | | 30.00 |
| Delivery/Shipping & Handling | | | 40.32 |

BALANCE DUE                    TOTAL    584.12    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 177379  TOT: $584.12
INVOICE #: 229664ECG
DATE: 03/08/06

Latham & Watkins -Menlo Park
Attn: PATRICK GIBBS
135 Commonwealth Drive
Menlo Park, CA 94025



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    177378        ESQUD27
155 North Wacker Drive, 10th Floor
Chicago, IL 60606
(312)782-8087      Fax(312)704-4950

To:

Latham & Watkins -Menlo Park
135 Commonwealth Drive
Menlo Park, CA 94025

| INVOICE NUMBER | DATE |
|---|---|
| 229907ECG | 03/10/06 |

ATTN : PATRICK GIBBS

*COST 557938*

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:     ORACLE SECURITY, IN RE

SERVICES PROVIDED ON 02/16/06:

Paul Benati
9:00-10:30

*RECEIVED*
*MAR 24 2006*
*ACCOUNTING DEPT.*

| | |
|---|---|
| Video 1st Hour Recording | 300.00 |
| Additional Hours Recording | 135.00 |
| Video/Text Sync | 85.00 |
| Administrative Fee | 20.00 |
| Delivery/Shipping & Handling | 7.50 |

*ok to pay*
*30434*
*038128.0025*

BALANCE DUE                                      TOTAL        547.50      *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(312)782-8087
Fax (312)704-4950

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 177378   TOT: $547.50
INVOICE #: 229907ECG
DATE: 03/10/06

Latham & Watkins -Menlo Park
Attn: PATRICK GIBBS
135 Commonwealth Drive
Menlo Park, CA 94025



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/28/2006 | 29887 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew D. Harrison

Case: Oracle
Deponent:
MICHAEL DECESARE  2/16/2006

| JOB NO. | | TERMS |
|---------|--|-------|
| WS00711 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 280 | pages | 2.75 | 770.00 |
| Cleaned up Rough ASCII | 280 | pages | 1.50 | 420.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 113 | pages | 0.35 | 39.55 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|--|--|
| Sales Tax (8.5%) | $138.51 |
| **Total** | **$1,793.06** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 2/28/2006 | 29889 |

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Michele Kyayz

Case: Oracle
Deponent:
GAYLE FITZPATRICK 2/24/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00710 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 235 | pages | 2.75 | 646.25 |
| Cleaned up Rough ASCII | 235 | pages | 1.50 | 352.50 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 217 | pages | 0.35 | 75.95 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $125.35 |
| **Total** | **$1,625.05** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/28/2006 | 30314 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Matthew D. Harrison |

Case: Oracle
Deponent:
~~MICHAEL DESEGARE~~ 2/16/2006

## RICHARD SELLERS

| JOB NO. | TERMS |
|---------|-------|
| WS00711 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 279 | pages | 2.95 | 823.05 |
| Realtime Reporting charge | 279 | pages | 2.00 | 558.00 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 99 | pages | 0.40 | 39.60 |
| Shipping & Handling charges | 1 | | 20.00 | 20.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $107.33 |
| **Total** | **$1,947.98** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2006 | 30454 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Patrick Gibbs |

| |
|---|
| Case: Oracle<br>Deponent:<br>CLIFFORD GODWIN  03/03/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00712 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 284 | pages | 2.75 | 781.00 |
| Realtime Reporting charge | 284 | pages | 2.00 | 568.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 205 | pages | 0.40 | 82.00 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word Index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | | |
|---|---|---|
| | **Sales Tax (8.5%)** | $107.36 |
| | **Total** | **$1,973.36** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax::** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2006 | 30695 |

**BILL TO**

Latham & Watkins
633 West 5th Street
Suite 4000
Los Angeles, CA 90071
Attention: Jamie Wine

Case: Oracle
Deponent:
DAVID COCHENOUR  03/06/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00748 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 254 | pages | 2.75 | 698.50 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 335 | pages | 0.40 | 134.00 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word Index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

*RECEIVED*
*APR 14 2006*
*ACCOUNTING DEPT.*

*(handwritten notes)*

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $101.68 |
| **Total** | **$1,384.18** |

08/31/06   THU 18:50 FAX 4153212301          LIVENOTE INC                                    ☑002



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2006 | 30826 |

**BILL TO**

Latham & Watkins
140 Scott Drive
Menlo Park, CA 94025
Attn: Patrick Gibbs

Case: Oracle
Deponent:
JOEL SUMMER  03/21/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00654 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 271 | pages | 2.75 | 745.25 |
| Cleaned up Rough ASCII | 271 | pages | 1.50 | 406.50 |
| Realtime Reporting charge (2 connections at 271 pages each) | 542 | pages | 2.00 | 1,084.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 92 | pages | 0.35 | 32.20 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word Index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $220.11 |
| **Total** | **$2,913.06** |

www.livenote.com  |  Connecting the Litigation World™



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

Toll-Free: 1-800-LIVENOTE
Phone:    415-321-2300
Fax:      415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2006 | 30631 |

**BILL TO**

| Latham & Watkins |
| 140 Scott Drive |
| Menlo Park, CA 94025 |
| Attn: Patrick Gibbs |

Case: Oracle
Deponent:
RONALD WOHL  03/23/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00873 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 278 | pages | 2.75 | 764.50 |
| Cleaned up Rough ASCII | 278 | pages | 1.50 | 417.00 |
| Realtime Reporting charge | 278 | pages | 2.00 | 556.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 113 | pages | 0.35 | 39.55 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.25%) | $179.61 |
|-------------------|---------|
| **Total** | **$2,381.66** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/31/2006 | 30728 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>633 West 5th Street<br>Suite 4000<br>Los Angeles, CA 90071<br>Attention: Brian Glennon |

| |
|---|
| Case: Oracle<br>Deponent:<br>DAVID COCHENOUR Vol II 3/24/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00896 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 200 | pages | 2.75 | 550.00 |
| Cleaned up Rough ASCII | 200 | pages | 1.50 | 300.00 |
| Video Copy | 1 | copy | 300.00 | 300.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 839 | pages | 0.40 | 335.60 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $122.56 |
| **Total** | **$1,658.16** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

| **Toll-Free:** | 1-800-LIVENOTE |
| **Phone:** | 415-321-2300 |
| **Fax:** | 415-321-2301 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/27/2006 | 31062 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>650 Town Center, 20th Floor<br>Costa Mesa, CA 92626<br>Attn.: Paul Konovalov |

| |
|---|
| Case: Oracle<br>Deponent:<br>RAUL CAMPOS  03/28/2006 |

| JOB NO. | TERMS |
|---|---|
| WS00786 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Service | | | | |
| Certified Copy | 261 | pages | 2.75 | 717.75 |
| Cleaned up Rough ASCII | 261 | pages | 1.50 | 391.50 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 160 | pages | 0.40 | 64.00 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (7.75%) | $121.93 |
|---|---|
| **Total** | **$1,745.18** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:**    415-321-2300
**Fax:**      415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/28/2006 | 31268 |

**BILL TO**

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn:  Matthew D. Harrison | Case: Oracle<br>Deponent:<br>MICHAEL ROCHA  04/07/2006 |

| JOB NO. | | TERMS |
|---------|--|-------|
| WS00656 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 221 | pages | 2.75 | 607.75 |
| Cleaned up Rough ASCII | 221 | pages | 1.50 | 331.50 |
| Realtime Reporting charge | 221 | pages | 2.00 | 442.00 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 200 | pages | 0.35 | 70.00 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $119.79 |
|---|---|---|
| | **Total** | **$2,006.04** |

 **ANGLO~AMERICAN COURT REPORTERS**

150 Minories
London EC3N 1LS
Tel: +44 (0) 20 7264 2088
Fax: +44 (0) 20 7265 1703
info@a-acr.com

## INVOICE

| TO: | Kyra G. Busby, Esq | Date: | 17th April 2006 |
|---|---|---|---|
| | Latham & Watkins | | |
| | 505 Montgomery Street - Suite 2000 | Invoice | 11908 |
| | San Francisco CA 94111-2562 | Your Ref | |
| | USA | Our Ref | 773 |

**Re: In Re Oracle**
**Deposition held 7th April - Copenhagen - Denmark**

| | | |
|---|---|---|
| 6-Apr | Travel Day | $192.78 |
| | | |
| 7-Apr | Reporting fee: | $192.78 |
| | **Witness: Trine Kammer** | |
| | Transcript Original + 1 (regular): 85 pages @ $6.20 per page | $527.00 |
| | Rough draft: 85 pages @ $1.35 per page | $114.75 |
| | Real-time: 85 pages @ $1.95 per page | $165.75 |
| | Condensed transcripts/Word Index & Ascii File | $60.00 |
| | | |
| | **EXPENSES:** | |
| | Travel (£686.90) | $1,236.42 |
| | Accommodation/Subsistence (£150.00) | $270.00 |
| | | |
| | **TOTAL IN US DOLLARS** | **$2,759.48** |
| | | |
| | VAT EXEMPT | |
| | (evidence required for use in foreign court) | |
| | | |
| | **TOTAL IN £ STERLING (Rate £ = $1.80)** | **£1,533.04** |

Wire transfer payment:
HSBC Bank - A/C Number: 71425994  -  Bank Sort Code: 40-20-09  - A/C Name: Anglo-American Court Reporters Ltd
Swift Code: MIDLGB2111W

VAT Reg. No GB 810 0584 71



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/28/2006 | 31419 |

**BILL TO**

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Matthew D. Harrison | Case: Oracle<br>Deponent:<br>VALERIE BORTHWICK 04/11/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00931 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 306 | pages | 2.75 | 841.50 |
| Realtime Reporting charge | 306 | pages | 2.00 | 612.00 |
| Video Copy | 1 | | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 131 | pages | 0.35 | 45.85 |
| Shipping & Handling charges | 1 | | 40.00 | 40.00 |
| LiveNote World Services Total Package<br>Includes:<br>  - Video tape stock & archival<br>  - Video conversion to MPEG1<br>  - Video synchronization<br>  - LEF file creation<br>  - Condensed transcript<br>  - Word index<br>  - Signature page<br>  - Transcript production and handling<br>  - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $117.92 |
| **Total** | **$2,157.27** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/28/2006 | 31409 |

**BILL TO**

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Michele F. Kyrouz, Esq. | Case: Oracle<br>Deponent:<br>NICHOLAS CLASSICK  04/12/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00887 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 234 | pages | 2.75 | 643.50 |
| Realtime Reporting charge | 234 | pages | 2.00 | 468.00 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 486 | pages | 0.35 | 170.10 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $103.16 |
|---|---|---|
| | **Total** | **$1,834.76** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/28/2006 | 31424 |

**BILL TO**

| Latham & Watkins |
|---|
| 633 West 5th Street |
| Suite 4000 |
| Los Angeles, CA 90071 |
| Attention: Brian Glennon |

| Case: Oracle |
|---|
| Deponent: |
| MOLLY VENKATARAMANA  04/13/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00954 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 356 | pages | 2.75 | 979.00 |
| Cleaned up Rough ASCII | 356 | pages | 1.50 | 534.00 |
| Realtime Reporting charge | 356 | pages | 2.00 | 712.00 |
| Video Copy | 1 | | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 102 | pages | 0.35 | 35.70 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.25%) | $169.02 |
|-------------------|---------|
| **Total** | **$2,979.72** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415 321-2300
**Fax:** 415 321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/28/2006 | 31417 |

### BILL TO

Latham & Watkins
633 West 5th Street
Suite 4000
Los Angeles, CA  90071
Attention: Brian Glennon

Case: Oracle
Deponent:
MICHAEL QUINN  04/18/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00930 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 284 | pages | 2.75 | 781.00 |
| Cleaned up Rough ASCII | 284 | pages | 1.50 | 426.00 |
| Realtime Reporting charge | 284 | pages | 2.00 | 568.00 |
| Video Copy | 1 | | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 222 | pages | 0.35 | 77.70 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $147.24 |
| **Total** | **$2,549.94** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/19/2006 | 31728 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Kyra Busby |

| |
|---|
| Case: Oracle<br>Deponent:<br>CARL NEWTON 04/21/2006 |

| | JOB NO. | TERMS |
|---|---------|-------|
| | WS00961 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Original & One per page charge | 201 | pages | 4.95 | 994.95 |
| Realtime Reporting charge | 201 | pages | 2.00 | 402.00 |
| Original Video | 6 | hours | 150.00 | 900.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 10 | pages | 0.40 | 4.00 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>  Condensed transcript<br>- Word Index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $0.00 |
|---|---|---|
| | **Total** | **$2,350.95** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32127 |

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Kyra Busby

Case: Oracle
Deponent:
STEVE JOHNSON  04/27/2006

| JOB NO. | | TERMS |
|---------|--|-------|
| WS0755 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 244 | pages | 2.75 | 671.00 |
| Realtime Reporting charge | 244 | pages | 2.00 | 488.00 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 187 | pages | 0.40 | 74.80 |
| Shipping & Handling charges | 1 | | 75.00 | 75.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|--|--|
| Sales Tax (8.5%) | $97.39 |
| **Total** | **$1,806.19** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32027 |

BILL TO

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Michele Kyrouz |

| |
|---|
| Case: Oracle<br>Deponent:<br>JOSEPH DUFFY  04/28/2006 |

RECEIVED
JUN 0 7 2006
ACCOUNTING DEPT.

| JOB NO. | TERMS |
|---------|-------|
| WS00783 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 25 | pages | 2.95 | 73.75 |
| Video Copy | 1 | | 300.00 | 300.00 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |
| LiveNote World Services Total Package Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

*OK to pay*

*34139*

*038126.0025*

||||| |||| ||| |||| ||| |||
**1015314**

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $31.77 |
|---|---|---|
| | **Total** | **$430.52** |



LiveNote, Inc.
221 Main Street, Ste  1250
San Francisco, CA 94105

**Toll-Free:**  1 800-LIVENOTE
**Phone:**  415-321-2300
**Fax:**  415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/23/2006 | 31807 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Patrick Gibbs |

| |
|---|
| Case: Oracle<br>Deponent:<br>KEITH BLOCK  05/03/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00911 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 226 | pages | 2.75 | 621.50 |
| Cleaned up Rough ASCII | 226 | pages | 1.50 | 339.00 |
| Realtime Reporting charge | 226 | pages | 2.00 | 452.00 |
| Video Copy | 1 | | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 256 | pages | 0.35 | 89.60 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $131.76 |
|---|---|---|
| | **Total** | **$2,183.86** |



LiveNote, Inc.
221 Main Street, Ste 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/23/2006 | 31811 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Matthew D. Harrison |

| |
|---|
| Case: Oracle<br>Deponent:<br>CHARLES KENDIG  05/04/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00989 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 2 day | 362 | pages | 5.22 | 1,889.64 |
| Cleaned up Rough ASCII | 362 | pages | 1.50 | 543.00 |
| Video Copy | 1 | | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 231 | pages | 0.35 | 80.85 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $256.15 |
| **Total** | **$3,319.84** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800 LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/25/2006 | 31898 |

BILL TO

| Latham & Watkins |
|------------------|
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn: Matthew D. Harrison |

| Case: Oracle |
|--------------|
| Deponent: |
| SOHAIB ABBASI 05/09/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01026 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 163 | pages | 2.75 | 448.25 |
| Cleaned up Rough ASCII | 163 | pages | 1.50 | 244.50 |
| Realtime Reporting charge | 163 | pages | 2.00 | 326.00 |
| Video Copy | 1 | | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 148 | pages | 0.35 | 51.80 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $97.29 |
|---|---|---|
| | **Total** | **$1,617.84** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32333 |



**1015399**

**BILL TO**

| |
|---|
| Latham & Watkins |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn:  Rees Morgan |

Case:  Oracle
Deponent:
TIMOTHY KOZIKOWSKI  05/16/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00995 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Original & One per page charge | 108 | pages | 4.95 | 534.60 |
| Realtime Reporting charge | 108 | pages | 2.00 | 216.00 |
| Original Video | 4.5 | hours | 150.00 | 675.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 12 | pages | 0.40 | 4.80 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

RECEIVED
JUN 1 5 2006
ACCOUNTING DEPT.

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $0.00 |
|---|---|---|
| | **Total** | **$1,455.40** |



**LiveNote, Inc.**
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32261 |

BILL TO

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Jaime Wine | Case: Oracle<br>Deponent:<br>RYAN ROBERTS  05/12/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00990 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 2 day | 342 | pages | 4.95 | 1,692.90 |
| Cleaned up Rough ASCII | 342 | pages | 1.50 | 513.00 |
| Video Copy | 1 | | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 131 | pages | 0.35 | 45.85 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| | | | |
|---|---|---|---|
| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | | Sales Tax (8.5%) | $233.90 |
| | | **Total** | **$3,020.65** |



LiveNote, Inc.
221 Main Street, Ste 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32328 |

BILL TO

| Latham & Watkins | Case: Oracle |
| 140 Scott Drive | Deponent: |
| Menlo Park, CA 94025 | GREG SEIDEN  05/16/2006 |
| Attn: Patrick Gibbs | |

| JOB NO. | TERMS |
|---------|-------|
| WS00912 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 269 | pages | 2.75 | 739.75 |
| Realtime Reporting charge | 269 | pages | 2.00 | 538.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 83 | pages | 0.35 | 29.05 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| Sales Tax (8.25%) | $149.06 |
|-------------------|---------|
| **Total** | **$1,990.86** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

RECEIVED
JUN 7 2006
ACCOUNTING DEPT

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32339 |

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Kyra Busby

Case: Oracle
Deponent:
BRIAN CHIN  05/17/2006

*OK to pay*
*32339  038128.0025*
*COST 576033*

| JOB NO. | TERMS |
|---------|-------|
| WS01035 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Original & One per page charge | 139 | pages | 4.95 | 688.05 |
| Cleaned up Rough ASCII | 139 | pages | 1.50 | 208.50 |
| Original Video | 3.5 | hours | 150.00 | 525.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 11 | pages | 0.40 | 4.40 |
| Shipping & Handling charges | 1 | | 25.00 | 25.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

1015483

| | | |
|---|---|---|
| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $0.00 |
| | **Total** | **$1,450.95** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/22/2006 | 32586 |

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew D. Harrison

Case: Oracle
Deponent:
SUKUMAR RATHNAM 05/18/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00919 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 275 | pages | 2.75 | 756.25 |
| Cleaned up Rough ASCII | 275 | pages | 1.50 | 412.50 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 77 | hours | 0.40 | 30.80 |
| Shipping & Handling charges | | | 40.00 | 40.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.5%) | $144.46 |
|------------------|---------|
| **Total** | **$1,884.01** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32326 |

BILL TO

Latham & Watkins
650 Town Center, 20th Floor
Costa Mesa, CA 92626
Attn.: Paul Konovalov

Case: Oracle
Deponent:
JULIE CHAN 05/19/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01075 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| *LiveNote World Service* | | | | |
| Certified Copy | 274 | pages | 2.75 | 753.50 |
| Cleaned up Rough ASCII | 274 | pages | 1.50 | 411.00 |
| Video Copy | 1 | | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 342 | pages | 0.40 | 136.80 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (7.75%) | $139.60 |
| **Total** | **$1,990.90** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32329 |


**1015398**

**BILL TO**

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Rees Morgan |

Case: Oracle
Deponent:
ROMAN FOSTER  05/19/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00984 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Attendance Fee | 3.5 | hours | 35.00 | 122.50 |
| Original & One per page charge | 90 | pages | 4.95 | 445.50 |
| Realtime Reporting charge | 90 | pages | 2.00 | 180.00 |
| Original Video | 3.5 | hours | 150.00 | 525.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 11 | pages | 0.35 | 3.85 |
| Shipping & Handling charges | 1 | | 35.00 | 35.00 |
| LiveNote World Services Total Package Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

RECEIVED
JUN 1 5 2006
ACCOUNTING

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $0.00 |
| **Total** | **$1,311.85** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/23/2006 | 32624 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew D. Harrison

Case: Oracle
Deponent:
JULIETTE SULTAN 05/22/2006

| | JOB NO. | TERMS |
|---|---------|-------|
| | WS00914 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 263 | pages | 2.75 | 723.25 |
| Realtime Reporting charge | 263 | pages | 2.00 | 526.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 144 | pages | 0.35 | 50.40 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $152.97 |
|---|---|---|
| | **Total** | **$1,982.62** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

Toll-Free: 1-800-LIVENOTE
Phone:    415-321-2300
Fax:      415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/29/2006 | 32739 |

**1015818**

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn:Michele Kyrouz

Case: Oracle
Deponent:
KENNETH HAMEL  05/22/06

| JOB NO. | TERMS |
|---------|-------|
| WS01071 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 171 | pages | 2.75 | 470.25 |
| Cleaned up Rough ASCII | 171 | pages | 1.50 | 256.50 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 58 | pages | 0.35 | 20.30 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

*ok to pay*

RECEIVED
JUL 1 0 2006
ACCOUNTING DEPT.

30439
63\$8728-5025

COST
579.480

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|--|--|
| Sales Tax (8.5%) | $97.50 |
| **Total** | **$1,274.55** |



**LIVENOTE**

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/23/2006 | 32622 |

**BILL TO**

Latham & Watkins
140 Scott Drive
Menlo Park, CA 94025
Attn: Patrick Gibbs

Case: Oracle
Deponent:
JULIE CULLIVAN 05/24/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00913 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 211 | pages | 4.67 | 985.37 |
| Realtime Reporting charge | 211 | pages | 2.00 | 422.00 |
| Original Video | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 199 | pages | 0.35 | 69.65 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes: <br> - Video tape stock & archival <br> - Video conversion to MPEG1 <br> - Video synchronization <br> - LEF file creation <br> - Condensed transcript <br> - Word Index <br> - Signature page <br> - Transcript production and handling <br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $154.85 |
| **Total** | **$2,061.87** |

08/31/06  THU 18:51 FAX 4153212301          LIVENOTE INC                    ☑005



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2006 | 32332 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Michele Kyrouz

Case: Oracle
Deponent:
JOHN NUGENT  05/24/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00991 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 5-day | 288 | pages | 4.13 | 1,189.44 |
| Realtime Reporting charge | 288 | pages | 2.00 | 576.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 609 | pages | 0.40 | 243.60 |
| Shipping & Handling charges | 1 | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $213.27 |
| **Total** | **$2,772.31** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/22/2006 | 32589 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Rees Morgan |

| |
|---|
| Case: Oracle<br>Deponent:<br>WALTER LAUGHLIN 05/25/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS00976 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Attendance Fee | 1 | day | 180.00 | 180.00 |
| Original & One per page charge | 132 | pages | 4.95 | 653.40 |
| Realtime Reporting charge | 132 | pages | 2.00 | 264.00 |
| Original Video | 4 | hours | 150.00 | 600.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 12 | hours | 0.40 | 4.80 |
| Shipping & Handling charges | | | 40.00 | 40.00 |
| LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

| | |
|---|---|
| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%)   $0.00 |
| | **Total**   **$1,742.20** |

www.livenote.com  I  Connecting the Litigation World℠



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/23/2006 | 32628 |

BILL TO

| Latham & Watkins |
|---|
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn: Kyra Busby |

| Case: Oracle |
|---|
| Deponent: |
| DAVID WINTON 05/26/2006 |

| JOB NO. | TERMS |
|---|---|
| WS01060 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Service | | | | |
| Certified Copy | 275 | pages | 2.75 | 756.25 |
| Realtime Reporting charge | 275 | pages | 2.00 | 550.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 632 | pages | 0.40 | 252.80 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $175.02 |
|---|---|---|
| | **Total** | **$2,284.07** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/23/2006 | 32626 |

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew D. Harrison

Case: Oracle
Deponent:
MARK JARVIS 5/30/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00917 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 268 | pages | 2.75 | 737.00 |
| Cleaned up Rough ASCII | 268 | pages | 1.50 | 402.00 |
| Realtime Reporting charge | 268 | pages | 2.00 | 536.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 152 | pages | 0.35 | 53.20 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $189.40 |
|---|---|---|
| | **Total** | **$2,447.60** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

Toll-Free: 1-800-LIVENOTE
Phone:    415-321-2300
Fax:      415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/27/2006 | 32663 |



**1015687**

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew D. Harrison

Case: Oracle
Deponent:
RON WOHL 5/21/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01082 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 95 | pages | 2.75 | 261.25 |
| Realtime Reporting charge | 95 | pages | 2.00 | 190.00 |
| Video Copy | 1 | copy | 300.00 | 300.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 233 | pages | 0.35 | 81.55 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word Index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

RECEIVED
JUL 0 5 2006
ACCOUNTING DEPT.

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call
1-800-548-3668.

| Sales Tax (8.5%) | $70.79 |
|------------------|--------|
| **Total** | **$933.59** |



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          69231     ESQUD05
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : REES MORGAN

| INVOICE NUMBER | DATE |
|---|---|
| 65271ESF | 07/11/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
        ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/07/06:
PASQUALE (PAT) CHIEFFALO                              821.70    O+1

SHIPPING & HANDLING                                   78.00
ASCII & CONDENSED TRANSCRIPT                          15.00
B&W EXHIBITS                                          6.60
INTERACTIVE/ROUGH DISK                                241.60
ATTENDANCE FEE                                        42.00

**1065171**

BALANCE DUE                              TOTAL    1,204.90    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69231  TOT: $1204.90
INVOICE #: 65271ESF
DATE: 07/11/06

LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA  94111





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          69230      ESQUD07
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : REES MORGAN

| INVOICE NUMBER | DATE |
|---|---|
| 65205ESF | 07/07/06 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
    ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/07/06:

| | AMOUNT DUE |
|---|---|
| PASKALE CHIEFFALO | |
| VIDEO SERVICES | 590.00 |
| VIDEO DIGITIZING TO DVD | 255.00 |
| VIDEO SYNCHRONIZATION | 330.00 |
| SHIPPING & HANDLING | 52.75 |

1065170

BALANCE DUE            TOTAL   1,227.75   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69230  TOT: $1227.75
INVOICE #: 65205ESF
DATE: 07/07/06

LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2006 | 32752 |

BILL TO

Latham & Watkins
555 West 5th Street
Suite 800
Los Angeles, CA  90013-1010
Attention:Jamie Wine

Case: Oracle
Deponent:
TOM WILLIAMS        06/07/06

| JOB NO. | TERMS |
|---------|-------|
| WS01103 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 261 | pages | 4.95 | 1,291.95 |
| Cleaned up Rough ASCII | 261 | pages | 1.50 | 391.50 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 140 | pages | 0.40 | 56.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $184.75 |
| **Total** | **$2,474.20** |