# EXHIBIT D
# PART 2 OF 2



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

69299      SHERA01

| INVOICE NUMBER | DATE |
|---|---|
| 64880ESF | 06/20/06 |

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : SEAN COYLE

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

1015829

ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/08/06:
John Schindler                                              1,004.55   O+1

SHIPPING & HANDLING                                            50.00
ASCII & CONDENSED TRANSCRIPT                                   15.00
B&W EXHIBITS                                                   82.50
INTERACTIVE/ROUGH DISK                                        257.60

RECEIVED
JUL 1 0 2006
ACCOUNTING DEPT.

BALANCE DUE

TOTAL      1,409.65   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Please detach and send with payment

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69299  TOT: $1409.65
INVOICE #: 64880ESF
DATE: 06/20/06

LATHAM & WATKINS
Attn: SEAN COYLE
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          69298      VISUD01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

To:

LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

| INVOICE NUMBER | DATE |
|---|---|
| 65132ESF | 06/28/06 |

ATTN : MATT HARRISON                    Due Upon Receipt

| | AMOUNT DUE | ENCL |

YOUR REFERENCE NUMBER:

CAPTION:
   ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/08/06:

JOHN SCHINDLER
VIDEO SERVICES                                     800.00
VIDEO DIGITIZING TO DVD-ROM                        340.00
VIDEO SYNCHRONIZATION                              440.00
SHIPPING & HANDLING                                 40.00

**BALANCE DUE**                    TOTAL    1,620.00   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**      JOB: 69298  TOT: $1620.00
P.O. Box 827829                           INVOICE #: 65132ESF
Philadelphia,PA 19182-7829                DATE: 06/28/06
Tax ID # 22-3779684

LATHAM & WATKINS
Attn: MATT HARRISON
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA  94111





LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

Toll-Free: 1-800-LIVENOTE
Phone:   415-321-2300
Fax:      415-321-2301

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2006 | 32813 |

**BILL TO**

Latham & Watkins
555 West 5th Street
Suite 800
Los Angeles, CA  90013-1010
Attention: Beth Collins Burgard

Case: Oracle
Deponent:
KAREN BLANKENBAKER   06/09/06

| JOB NO. | TERMS |
|---|---|
| WS01104 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Service | | | | |
| Certified Copy | 176 | pages | 5.50 | 968.00 |
| Realtime Reporting charge | 176 | pages | 2.00 | 352.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 74 | pages | 0.40 | 29.60 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

JUN 2 0 2006
LATHAM & WATKINS LLP
L.A. BUSINESS OFFICE

OK to pay

038128-002
Oracle

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.25%) | $144.34 |
|---|---|---|
| | **Total** | **$1,923.94** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2006 | 32893 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Attn: Patrick Gibbs |

| |
|---|
| Case: Oracle<br>Deponent:<br>BRAD SCOTT  06/13/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01105 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 321 | pages | 2.75 | 882.75 |
| Cleaned up Rough ASCII | 321 | pages | 1.50 | 481.50 |
| Realtime Reporting charge | 321 | pages | 2.00 | 642.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 250 | pages | 0.35 | 87.50 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

| | | |
|---|---|---|
| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | **Sales Tax (8.25%)** | $213.98 |
| | **Total** | **$2,867.73** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2006 | 32994 |

**BILL TO**

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Matthew D. Harrison | Case: Oracle<br>Deponent:<br>SARAH KOPP   06/14/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01154 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 313 | pages | 2.75 | 860.75 |
| Cleaned up Rough ASCII | 313 | pages | 1.50 | 469.50 |
| Realtime Reporting charge  (2 connections) | 626 | pages | 2.00 | 1,252.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 341 | pages | 0.35 | 119.35 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $263.64 |
|---|---|---|
| | **Total** | **$3,425.24** |



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    69135      HARTD01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : MATT HARRISON

| INVOICE NUMBER | DATE |
|---|---|
| 65134ESF | 06/28/06 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
ORACLE SECURITY, IN RE:

1015686

SERVICES PROVIDED ON 06/16/06:
Brian Adams                                    976.50    O+1

SHIPPING & HANDLING                                50.00
ASCII & CONDENSED TRANSCRIPT                        15.00
B&W EXHIBITS                                        12.65
INTERACTIVE/ROUGH DISK                            264.00

*for to pay*
*30439*
*038728. 0025*
*COST 577867*

RECEIVED
JUL 0 5 2006
ACCOUNTING DEPT.

BALANCE DUE                     TOTAL | 1,318.15 | Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - -

Remit To:

ESQUIRE DEPOSITION SERVICES, LLC        JOB: 69135  TOT: $1318.15
P.O. Box 827829                         INVOICE #: 65134ESF
Philadelphia,PA 19182-7829              DATE: 06/28/06
Tax ID # 22-3779684


LATHAM & WATKINS
Attn: MATT HARRISON
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          69134     EDS E01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

To:

| | INVOICE NUMBER | DATE |
|---|---|---|
| LATHAM & WATKINS<br>505 MONTGOMERY STREET<br>SUITE 2000<br>SAN FRANCISCO, CA 94111 | 65127ESF | 06/28/06 |

ATTN : MATT HARRISON

Due Upon Receipt

| | AMOUNT DUE | ENCL |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

     ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/16/06:

| | AMOUNT DUE |
|---|---|
| BRIAN ADAMS | |
| VIDEO SERVICES | 747.50 |
| VIDEO DIGITIZING TO DVD-ROM | 340.00 |
| VIDEO SYNCHRONIZATION | 440.00 |
| SHIPPING & HANDLING | 52.75 |

**BALANCE DUE**                         TOTAL  1,580.25  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**For Invoice Questions,**
**Please Call**
**(800)770-3363**
**Fax (415)288-4286**

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**      JOB: 69134  TOT: $1580.25
P.O. Box 827829                          INVOICE #: 65127ESF
Philadelphia,PA 19182-7829               DATE: 06/28/06
Tax ID # 22-3779684


LATHAM & WATKINS
Attn: MATT HARRISON
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



08/31/06   THU 18:52 FAX 4153212301          LIVENOTE INC                                    ☑006



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2006 | 32908 |

**BILL TO**

Latham & Watkins
140 Scott Drive
Menlo Park, CA 94025
Attn: Patrick Gibbs

Case: Oracle
Deponent:
MICHAEL COCHRAN  06/16/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01106 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 288 | pages | 2.75 | 792.00 |
| Cleaned up Rough ASCII | 288 | pages | 1.50 | 432.00 |
| Realtime Reporting charge | 288 | pages | 2.00 | 576.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 632 | pages | 0.35 | 221.20 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word Index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $208.00 |
| **Total** | **$2,789.20** |



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    69590        ESQUD63
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

To:

LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : REES MORGAN

| INVOICE NUMBER | DATE |
|---|---|
| 65061ESF | 06/27/06 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

ORACLE SECURITY, IN RE:

**1065261**

SERVICES PROVIDED ON 06/17/06:
WILLIAM BRADLEY                                           420.75    O+1

SHIPPING & HANDLING                                        50.00
ASCII & CONDENSED TRANSCRIPT                               15.00
B&W EXHIBITS                                               22.55
E-TRANSCRIPT                                               25.00
INTERACTIVE/ROUGH DISK                                    115.20
FOUR DAY EXPEDITED SERVICE                                276.68
SATURDAY PER DIEM (HALF DAY)                              275.00

BALANCE DUE                                   TOTAL    1,200.18  *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

**Please detach and send with payment**

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69590  TOT: $1200.18
INVOICE #: 65061ESF
DATE: 06/27/06

LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    69589        ESQUD64
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

To:

LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : REES MORGAN

| INVOICE NUMBER | DATE |
|---|---|
| 65210ESF | 07/07/06 |

Due Upon Receipt    | AMOUNT DUE | ENCL.

YOUR REFERENCE NUMBER:

CAPTION:

ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/17/06:

WILLIAM BRADLEY
VIDEO SERVICES                                              485.00
VIDEO DIGITIZING TO DVD                                     127.50
VIDEO SYNCHRONIZATION                                       165.00
SHIPPING & HANDLING                                          52.75

1065169

BALANCE DUE                    **TOTAL**      830.25    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69589  TOT: $830.25
INVOICE #: 65210ESF
DATE: 07/07/06

LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111





LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2006 | 32953 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew Harrison

Case: Oracle
Deponent:
DONALD KLAISS   06/20/2006

| JOB NO. | TERMS |
|---------|-------|
| WS00659 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 292 | pages | 2.75 | 803.00 |
| Cleaned up Rough ASCII | 292 | pages | 1.50 | 438.00 |
| Realtime Reporting charge | 292 | pages | 2.00 | 584.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 220 | pages | 0.35 | 77.00 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $204.17 |
| **Total** | **$2,666.17** |

# INVOICE



**WORDWAVE**

Account:     LAT008
**Invoice No:SINV/00014532**
Date:       31/07/2006

Wordwave International Limited
190 Fleet Street
London
EC4A 2AG

| | |
|---|---|
| Tel: | 020 7404 1400 |
| Fax. | 020 7404 1424 |
| VAT Reg: | GB608 8773 03 |
| Email | accounts@wordwave.co.uk |
| Web | www.wordwave.co.uk |

**Invoice To:**
Latham & Watkins LLP
Sean Coyle
505 Montgomery STreet
Suite 2000
San Francisco
California
CA 94111 2562

| | |
|---|---|
| Case: | Latham & Watkins dep |
| Reference: | 105-0015070-00 |

Page: 1

| Description | Quantity | Price | Value |
|---|---|---|---|
| 20/06/06 - Attendance Daily (5.5hour) | 1.00 | 175.00 | 175.00 |
| 20/06/06 - Delivery external courier | 7.00 | 1.00 | 7.00 |
| 20/06/06 - Laptop Rental | 1.00 | 80.00 | 80.00 |
| 20/06/06 - RealTime connection | 193.00 | 1.50 | 289.50 |
| 20/06/06 - Transcript Draft Original | 193.00 | 2.50 | 482.50 |
| 20/06/06 Transcript Disk | 1.00 | 40.00 | 40.00 |
| 20/06/06 - Transcript Original +1 Expedited | 193.00 | 7.75 | 1,495.75 |
| 20/06/06 Transcript Additional copies | 193.00 | 1.10 | 212.30 |

| Code | Rate | VAT Analysis Goods | VAT |
|---|---|---|---|
| 20 | 0 00% | 2782.05 | 0 00 |

| | |
|---|---|
| **Goods:** | **2782.05** |
| VAT: | 0.00 |
| **Invoice Total :** | **2782.05** |
| USD | |

Invoices are payable within **28 days from date of invoice** of date of Invoice.  Interest will be charged at a rate of
4% per calendar month if they remain unpaid.
Please make cheques payable to Wordwave International Ltd
Account Number · 27569276 Sort Code 56-00-27

# INVOICE

RECEIVED
JUL 11 2005
ACCOUNTING DEPT.



**WORDWAVE**⁺

Account:       LAT003
Invoice No: SINV/00013893
Date:         30/06/2006

**Invoice To:**
Latham & Watkins
Marion Hansen
99 Bishopsgate
London
United Kingdom
EC2M 3XF

Wordwave International Limited
190 Fleet Street
London
EC4A 2AG

Tel:        020 7404 1400
Fax:        020 7404 1424
VAT Reg:  GB606 8773 03
Email      accounts@wordwave.co.uk
Web        www.wordwave.co.uk

| Case:      Latham & Watkins dep | Page: 1 |
| Reference: 105-0015070-00 | |

| Description | Quantity | Price | Value |
| --- | --- | --- | --- |
| 20/06/06 - Travel Expense | 1.00 | 17.44 | 17.44 |
| 20/06/06 - 20/06/06 - Oracle Corp. - Notary Service | 1.00 | 333.47 | 333.47 |



1015836

| Code | Rate | VAT Analysis Goods | VAT |
| --- | --- | --- | --- |
| 20 | 0.00% | 350.91 | 0.00 |

| Goods: | 350.91 |
| --- | --- |
| VAT: | 0.00 |
| Invoice Total : USD | 350.91 |

Invoices are payable within 28 days from date of invoice of date of invoice.  Interest will be charged at a rate of
4% per calendar month if they remain unpaid.
Please make cheques payable to Wordwave International Ltd
Account Number : 27569276 Sort Code 56-00-27

# INVOICE



**MERRILL LEGAL SOLUTIONS**

Account:      LAT008
**Invoice No:SINV/00015282**
Date:        31/08/2006

NOT PAID
AS OF

Invoice To:
Latham & Watkins LLP
Sean Coyle
505 Montgomery STreet
Suite 2000
San Francisco
California
94111 2562

1-9  20 07
INITIALS

RECEIVED
JAN 0 9 2007
ACCOUNTING DEPT.

Wordwave International Limited
190 Fleet Street
London
EC4A 2AG

Tel:        020 7404 1400
Fax:       020 7404 1424
VAT Reg:   GB608 8773 03
Email     ukaccounts@merrillcorp.com
Web       www.wordwave.co.uk
Web       www.merrillcorp.com

| Case: | Latham & Watkins dep | Page: 1 |
|---|---|---|
| Reference: | 105-0015070-02 | |

| Description | Quantity | Price | Value |
|---|---|---|---|
| 20/6/06 - Videographer travel expense | 1.00 | 68.65 | 68.65 |
| 20/07/06  -  20/6/06 - Videography Tape stock charges | 1.00 | 166.09 | 166.09 |



**1093967**

| Code | Rate | VAT Analysis Goods | VAT |
|---|---|---|---|
| 20 | 0.00% | 234.74 | 0.00 |

| Goods: | 234.74 |
|---|---|
| VAT: | 0.00 |
| **Invoice Total :** USD | **234.74** |

Invoices are payable within **28 days from date of invoice** of date of Invoice.  Interest will be charged at a rate of
4% per calendar month if they remain unpaid.
Please make cheques payable to Wordwave International Ltd
Account Number : 27569276 Sort Code 56-00-27

# INVOICE

## MERRILL LEGAL SOLUTIONS 

Account:     LAT008
**Invoice No:SINV/00014109**
Date:          13/07/2006

NOT PAID
AS OF

Invoice To:
Latham & Watkins LLP
Sean Coyle
505 Montgomery STreet
Suite 2000
San Francisco
California
94111 2562

INITIALS

RECEIVED
JAN 0 9 2007
ACCOUNTING DEPT.

Wordwave International Limited
190 Fleet Street
London
EC4A 2AG

Tel:        020 7404 1400
Fax:        020 7404 1424
VAT Reg:  GB608 8773 03
Email     ukaccounts@merrillcorp.com
Web       www.wordwave.co.uk
Web       www.merrillcorp.com

Case:        Latham & Watkins dep
Reference:  105-0015070-02

Page: 1

| Description | Quantity | Price | Value |
|---|---|---|---|
| 20/06/06  -  Videographer - 1st hour attendance | 1.00 | 400.00 | 400.00 |
| 20/06/06  -  Videographer - next 7 hr attendance | 6.00 | 120.00 | 720.00 |

30473
03828.0025

1093966

| Code | Rate | Goods | VAT |
|---|---|---|---|
| 20 | 0.00% | 1120.00 | 0.00 |

| | |
|---|---|
| Goods: | 1120.00 |
| VAT: | 0.00 |
| Invoice Total : USD | 1120.00 |

Invoices are payable within **28 days from date of invoice** of date of Invoice.  Interest will be charged at a rate of
4% per calendar month if they remain unpaid.
Please make cheques payable to Wordwave International Ltd
Account Number : 27569276 Sort Code 56-00-27


**LEGALINK**
A MERRILL COMPANY
20750 Ventura Blvd         tel (818) 593-2300
Suite 205                  tel (800) 826-0277
Woodland Hills, CA 91364   fax (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17061412 | 06/23/2006 | 1705-226875 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/20/2006 | LSF | C-01-0988-MJJ |

| CASE CAPTION |
|---|
| In Re Oracle Corporation Secirities Litigation |
| **TERMS** |
| Due upon receipt |

Lana Morton-Owens
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Cera Hinkey                       211 Pages @      4.40/Page        928.40
    Three-Day Expedite                                             679.36
    EXHIBITS                       97 Pages @       .45/Page         43.65
    Unedited ASCII (RT)         192.00 Pages @     1.25/Page        240.00
    Interpreted Depo             5.50 Hours @     30.00/Hour        165.00
    TotalTranscript                                                  40.00
    Production and Code Comp                                         45.00
    Process/Delivery                                                 20.00
                                                             _____
                             TOTAL   DUE   >>>>               2,161.41

Please note our new Federal Employer Identification Number 20-2665382, and update your
records if necessary.
If you have any questions, please contact your local LegaLink, Inc., office.

Sacramento, CA

TAX ID NO.: 20-2665382                        (213) 485-1234    Fax (213) 891-8763

*Please detach bottom portion and return with payment.*

Lana Morton-Owens
Latham & Watkins
633 West Fifth Street                  Invoice No.:  17061412
Suite 4000                             Date     :  06/23/2006
Los Angeles, CA 90071-2007             **TOTAL DUE  :   2,161.41**


                                       Job No.   :  1705-226875
                                       Case No.  :  C-01-0988-MJJ (JCS)
                                       In Re Oracle Corporation Secirities

Remit To:    **LegaLink, Inc., A Merrill Company
             File 70206
             Los Angeles, CA 90074-0206**



**LEGALINK**
A MERRILL COMPANY
20750 Ventura Blvd     tel (818) 593-2300
Suite 205              tel (800) 826-0277
Woodland Hills, CA 91364   fax (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17061416 | 06/27/2006 | 1706-226876 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/20/2006 | LVS | C-01-0988-MJJ |
| **CASE CAPTION** | | |
| In Re Oracle Corporation Secirities Litigation | | |
| **TERMS** | | |
| Due upon receipt | | |

Lana Morton-Owens
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007

**1015688**

```
VIDEOTAPING SERVICES FOR THE DEPOSITION OF:
    Cera Hinkey, V.1-VIDEO
        Set-up & First Hour                                        295.00
        Additional Deposition Hr    5.00 Hours @    95.00/Hour     475.00
        Tape Original DV            3.00 Tapes @    35.00/Tape     105.00

                                    TOTAL  DUE  >>>>              875.00


Please note our new Federal Employer Identification Number 20-2665382, and update your
records if necessary.
If you have any questions, please contact your local LegaLink, Inc., office.

Legalink Viewer will be billed on a separate invoice.
Sacramento, CA
```



RECEIVED
JUL 0 5 2006
ACCOUNTING DEPT.

TAX ID NO.: 20-2665382          (213) 485-1234    Fax (213) 891-8763

*Please detach bottom portion and return with payment.*

Lana Morton-Owens
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007

Invoice No.:  17061416
Date      :  06/27/2006
**TOTAL DUE**  :      875.00

Job No.   :  1706-226876
Case No.  :  C-01-0988-MJJ  (JCS)
In Re Oracle Corporation Secirities

Remit To:   **LegaLink, Inc., A Merrill Company**
            **File 70206**
            **Los Angeles, CA 90074-0206**



**LEGALINK**
A MERRILL COMPANY
20750 Ventura Blvd          tel (818) 593-2300
Suite 205                  tel (800) 826-0277
Woodland Hills, CA 91364    fax (818) 593-2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17062697 | 07/18/2006 | 1706-226876 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/20/2006 | LVS | C-01-0988-MJJ |

| CASE CAPTION |
|---|
| In Re Oracle Corporation Secirities Litigation |

| TERMS |
|---|
| Due upon receipt |

Lana Morton-Owens
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007

```
VIDEO DIGITIZATION & SYNC:
    Cera Hinkey, V.1-VIDEO
            Legalink Viewer (PP)          2.00 Disks @    148.00/Disk        296.00
            Shipping & Handling                                               30.00

                                     TOTAL   DUE   >>>>                       326.00
```

Please note our new Federal Employer Identification Number 20-2665382, and update your
records if necessary.
If you have any questions, please contact your local LegaLink, Inc., office.

*[handwritten notations]*

**1065216**

TAX ID NO. :  20-2665382                                    (213) 485-1234     Fax (213) 891-8763

*Please detach bottom portion and return with payment.*

Lana Morton-Owens
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2007

Invoice No.:  17062697
Date        :  07/18/2006
**TOTAL DUE   :       326.00**

Job No.   :  1706-226876
Case No.  :  C-01-0988-MJJ (JCS)
In Re Oracle Corporation Secirities

Remit To:    **LegaLink, Inc., A Merrill Company**
             **File 70206**
             **Los Angeles, CA 90074-0206**



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          69387     SPEEM01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : REES MORGAN

| INVOICE NUMBER | DATE |
|---|---|
| 65174ESF | 07/05/06 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/21/06:
MARCUS LEE                                      856.25   O+1

SHIPPING & HANDLING                             75.25
B&W EXHIBITS                                    25.20
LIVENOTE EXHIBIT FILES                          45.00
PARKING                                         35.00
INTERACTIVE REALTIME                           203.40

*ok to pay*
*39439*
*058028.0025*

1065167

BALANCE DUE                           TOTAL    1,240.10   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69387  TOT: $1240.10
INVOICE #: 65174ESF
DATE: 07/05/06

LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA  94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

69386     EDS E01

# ESQUIRE
**DEPOSITION SERVICES®**
A HOBART WEST COMPANY

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : SEAN COYLE

RECEIVED
APR 1 8 2006
ACCOUNTING DEPT

NOT PAID
AS OF

8-16 2006
INITIALS   Due Upon Receipt

| INVOICE NUMBER | DATE |
|---|---|
| 65273ESF | 07/11/06 |
| | 08/16/06 |

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/21/06:

1065602

MARCUS LEE
VIDEO SERVICES                              432.50
VIDEO DIGITIZING TO DVD                     137.50
VIDEO SYNCHRONIZATION                       275.00
SHIPPING & HANDLING                          52.75

ok to pay
30439.0025
038128.0025

| BALANCE DUE | | TOTAL | 897.75 | Thank You! |
|---|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69386  TOT: $897.75
INVOICE #: 65273ESF
DATE: 08/16/06

LATHAM & WATKINS
Attn: SEAN COYLE
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



# ESQUIRE
**DEPOSITION SERVICES®**
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

Michele Kyrouz                         June 29, 2009
Latham & Watkins
505 Montgomery Ste, Ste 1900           **Invoice#** 20060641
San Francisco, CA 94111
                                       **Balance:**  $3,023.20


**Re:** 06/22/06 Oracle
     George Roberts
**Billed:** 11/17/06                   **<-- 955 Days Old!**

## *Invoicing Information*

Copy      360          pages @ 2.75    /page              990.00
Realtime       360       pages @  2   /page              720.00
Exhibits   228         pages @  .40  /page               91.20
Shipping & Handling 30                                   30.00
Video: 400                                              400.00
Expedite 2 day 360 pages @ 2.2                          792.00

LiveNote World Services Total Package Includes:
 - Video tape stock & archival
 - Video conversion to MPEG1
 - Video synchronization
 - LEF file creation
 - Condensed transcript
 - Word index
 - Signature page
 - Transcript production and handling
 - Electronic transcript delivery


**P l e a s e   R e m i t   - - - >   Total Due: $3,023.20**

*Tax ID Number:  23-2775575. Please make checks payable to LiveNote, Inc.
     and send to 221 Main St., Suite 1250, San Francisco, CA 94105
     If you wish to pay by credit card, call 1-800-LIVENOTE, Option 6.*

**This invoice is  955  days past due, Please Remit - Thank You!**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/28/2006 | 33436 |

**1065665**

BILL TO

| | |
|---|---|
| Latham & Watkins<br>555 West 5th Street<br>Suite 800<br>Los Angeles, CA  90013-1010<br>Attention:  Kyra Busby | Case: Oracle<br>Deponent:<br>JAY NUSSBAUM    06/22/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01169 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 86 | pages | 2.75 | 236.50 |
| Cleaned up Rough ASCII | 86 | pages | 1.50 | 129.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 239 | pages | 0.40 | 95.60 |
| Video Copy | 1 | copy | 300.00 | 300.00 |
| Shipping & Handling charges | | | 25.00 | 25.00 |
| LiveNote World Services Total Package<br>includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

*RECEIVED*
*AUG 25 06*
*ACCOUNTING DEPT.*

*OK to pay*
*32181*
*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*
*COST 588231*

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

NOT PAID
AS OF
8-29-2006
INITIALS  mey

| | |
|---|---|
| Sales Tax (8.25%) | $0.00 |
| **Total** | **$786.10** |



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          69470     ESQUD73
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

To:
LATHAM & WATKINS
505 MONTGOMERY STREET ~~RECEIVED~~
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : SEAN COYLE   ~~ACCOUNTING DEPT~~

| INVOICE NUMBER | DATE |
|---|---|
| 65269ESF | 07/11/06 |
| | 08/16/06 |

NOT PAID
AS OF
8-16 2006
INITIALS
many

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

**CAPTION:**
ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 06/23/06:
John Nguyen

1065601

| | AMOUNT DUE | ENCL. |
|---|---|---|
| | 732.60 | 0+1 |
| SHIPPING & HANDLING | 72.50 | |
| ASCII & CONDENSED TRANSCRIPT | 15.00 | |
| B&W EXHIBITS | 7.70 | |
| INTERACTIVE/ROUGH DISK | 216.00 | |
| ATTENDANCE FEE | 105.00 | |

ok to pay
30439
038128.0025

| BALANCE DUE | TOTAL | 1,148.80 | Thank You! |
|---|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69470  TOT: $1148.80
INVOICE #: 65269ESF
DATE: 08/16/06

LATHAM & WATKINS
Attn: SEAN COYLE
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                69469      AVISV01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

To:

LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

| INVOICE NUMBER | DATE |
|---|---|
| 65347ESF | 07/14/06 |

ATTN : SEAN COYLE                          Due Upon Receipt

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

ORACLE SECURITY, IN RE:

1065280

SERVICES PROVIDED ON 06/23/06:

JOHN NGUYEN
VIDEO SERVICES                                              275.00
VIDEO ADDITIONAL HOURS                                      315.00
VIDEO DIGITIZING TO CD                                      165.00
VIDEO SYNCHRONIZATION                                       330.00
SHIPPING & HANDLING                                          52.75

*ok to pay*
*30439*
*038128.0025*

BALANCE DUE                          **TOTAL**    1,137.75   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**For Invoice Questions,**
**Please Call**
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

– – – – – – – – – – – – – – – – – – – – – – –

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 69469  TOT: $1137.75
INVOICE #: 65347ESF
DATE: 07/14/06

LATHAM & WATKINS
Attn: SEAN COYLE
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33503 |

BILL TO

Latham & Watkins
555 West 5th Street
Suite 800
Los Angeles, CA 90013-1010
Attention: Brian Glennon

Case: Oracle
Deponent:
CATHY ORR   06/24/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01170 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 245 | pages | 2.95 | 722.75 |
| Realtime Reporting charge | 245 | pages | 2.00 | 490.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 294 | pages | 0.40 | 117.60 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.25%) | $151.00 |
|---|---|---|
| | **Total** | **$2,041.35** |



**LiveNote, Inc.**
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:**   415-321-2300
**Fax:**     415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/28/2006 | 33440 |



**1065628**

**BILL TO**

Latham & Watkins
555 West 5th Street
Suite 800
Los Angeles, CA  90013-1010
Attention: Rees Morgan

Case: Oracle
Deponent:
LAWRENCE GRACE   06/27/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01042 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certificate of Non - Attendance Fee | 1 | | 150.00 | 150.00 |
| Videographer Attendance Fee | 1 | day | 275.00 | 275.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 11 | pages | 0.40 | 4.40 |
| Shipping & Handling charges | | | 25.00 | 25.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

*Ok to pay*
*30439*
*038128.0825*
*COST 586938*

RECEIVED
AUG 1 2 2006
ACCOUNTING DEPT.

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| Sales Tax (8.25%) | $0.00 |
|-------------------|-------|
| **Total** | **$454.40** |



LiveNote, Inc
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33619 |

**BILL TO**

Latham & Walkins - Costa Mesa
650 Town Center Drive
Costa Mesa, CA 92626
Attn: Paul Konovalov

Case: Oracle
Deponent:
JASON SEVIER   6/28/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01176 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 3- day | 275 | pages | 5.31 | 1,460.25 |
| Cleaned up Rough ASCII | 275 | pages | 1.50 | 412.50 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - *Video conversion to MPEG1* | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (7.75%) | $183.89 |
|-------------------|---------|
| **Total** | **$2,586.64** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

# Invoice



**1065453**

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 7/27/2006 | 33427 |

BILL TO

Latham & Watkins
555 West 5th Street
Suite 800
Los Angeles, CA  90013-1010
Attention:  Lana Morton-Owens

Case: Oracle
Deponent:
SAM YOHANNES  6/29/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01178 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 169 | pages | 2.75 | 464.75 |
| Realtime Reporting charge | 169 | pages | 2.00 | 338.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 98 | pages | 0.40 | 39.20 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: - Video tape stock & archival - Video conversion to MPEG1 - Video synchronization - LEF file creation - Condensed transcript - Word index - Signature page - Transcript production and handling - Electronic transcript delivery | | | | |

*ok to pay* 304139 038128.0025

RECEIVED
AUG 1 0 2006
ACCOUNTING DEPT

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $0.00 |
| **Total** | **$1,291.95** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/30/2006 | 32992 |

**BILL TO**

| |
|---|
| Latham & Watkins<br>555 West 5th Street<br>Suite 800<br>Los Angeles, CA 90013-1010<br>Attention: Beth Collins Burgard |

| |
|---|
| Case: Oracle<br>Deponent:<br>MICHELE DAVISON   06/29/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01177 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 2-day | 223 | pages | 4.95 | 1,103.85 |
| Realtime Reporting charge | 223 | pages | 2.00 | 446.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 33 | pages | 0.40 | 13.20 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

038128-0025
Oracle

ok to pay

JUN 2 0 2006

LATHAM & WATKINS LLP
L.A. BUSINESS OFFICE

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $161.95 |
| **Total** | **$2,185.00** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33656 |

BILL TO

Latham & Watkins
633 West Fifth Street, Ste 4000
Los Angeles, CA 90071
Attention: Melanie Blunschi

Case: Oracle
Deponent:
THOMAS RATHJENS   06/30/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01174 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 2 - day | 169 | pages | 5.22 | 882.18 |
| Realtime Reporting charge | 169 | pages | 2.00 | 338.00 |
| Cleaned up Rough ASCII | 169 | pages | 1.50 | 253.50 |
| Exhibits: Copying, tabbing, scanning & archiving | 57 | pages | 0.40 | 22.80 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes: - Video tape stock & archival - Video conversion to MPEG1 - Video synchronization - LEF file creation - Condensed transcript - Word index - Signature page - Transcript production and handling - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| Sales Tax (8.25%) | $164.71 |
|-------------------|---------|
| **Total** | **$2,191.19** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33658 |

BILL TO

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Peter Ward | Case: Oracle<br>Deponent:<br>JENNIFER MINTON   07/07/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01142 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 270 | pages | 2.75 | 742.50 |
| Realtime Reporting charge | 270 | pages | 2.00 | 540.00 |
| Cleaned up Rough ASCII | 270 | pages | 1.50 | 405.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 4,425 | pages | 0.40 | 1,770.00 |
| Video Copy | 1 | Copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| | | |
|---|---|---|
| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $336.39 |
| | **Total** | **$4,353.89** |



LiveNote, Inc
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33742 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Patrick Gibbs

Case: Oracle
Deponent:
MARK BARRENECHEA  7/11/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01180 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 295 | pages | 2.75 | 811.25 |
| Realtime Reporting charge | 295 | pages | 2.00 | 590.00 |
| Cleaned up Rough ASCII | 295 | pages | 1.50 | 442.50 |
| Exhibits: Copying, tabbing, scanning & archiving | 115 | pages | 0.40 | 46.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.5%) | $203.13 |
|------------------|---------|
| **Total** | **$2,622.88** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33726 |

BILL TO

| |
|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Patrick Gibbs |

| |
|---|
| Case: Oracle<br>Deponent:<br>LARRY ELLISON   7/13/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01162 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 229 | pages | 2.75 | 629.75 |
| Realtime Reporting charge | 229 | pages | 2.00 | 458.00 |
| Cleaned up Rough ASCII | 229 | pages | 1.50 | 343.50 |
| Exhibits: Copying, tabbing, scanning & archiving | 205 | pages | 0.40 | 82.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 35.00 | 35.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $171.13 |
|---|---|---|
| | **Total** | **$2,219.38** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33821 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Gregory Lindstrom

Case: Oracle
Deponent:
SAFRA CATZ   7/20/2006

| | JOB NO. | TERMS |
|---|---------|-------|
| | WS01136 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 214 | pages | 2.75 | 588.50 |
| Realtime Reporting charge | 214 | pages | 2.00 | 428.00 |
| Cleaned up Rough ASCII | 214 | pages | 1.50 | 321.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 436 | pages | 0.40 | 174.40 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: <br> - LEF file creation <br> - Condensed transcript <br> - Word index <br> - Signature page <br> - Transcript production and handling <br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $134.63 |
| **Total** | **$2,196.53** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33887 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew D. Harrison

Case: Oracle
Deponent:
EDWARD SANDERSON   7/25/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01138 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 293 | pages | 2.95 | 864.35 |
| Realtime Reporting charge | 293 | pages | 2.00 | 586.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 212 | pages | 0.40 | 84.80 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: <br> - Video tape stock & archival <br> - Video conversion to MPEG1 <br> - Video synchronization <br> - LEF file creation <br> - Condensed transcript <br> - Word index <br> - Signature page <br> - Transcript production and handling <br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $172.99 |
| **Total** | **$2,258.14** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/31/2006 | 33851 |

BILL TO

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Patrick Gibbs | Case: Oracle<br>Deponent:<br>EDWARD SANDERSON DAY 2 7/26/06 |

| | JOB NO. | TERMS |
|---|---------|-------|
| | WS01139 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 275 | pages | 2.95 | 811.25 |
| Realtime Reporting charge | 275 | pages | 2.00 | 550.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 312 | pages | 0.40 | 124.80 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | | |
|---|---|---|
| | **Sales Tax (8.5%)** | $168.81 |
| | **Total** | **$2,204.86** |



LiveNote, Inc
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/22/2006 | 34103 |

BILL TO

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Peter Ward | Case: Oracle<br>Deponent:<br>JEFFERY HENLEY    7/27/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01141 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 227 | pages | 2.75 | 624.25 |
| Realtime Reporting charge | 227 | pages | 2.00 | 454.00 |
| Cleaned up Rough ASCII | 227 | pages | 1.50 | 340.50 |
| Exhibits: Copying, tabbing, scanning & archiving | 223 | pages | 0.40 | 89.20 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| | | |
|---|---|---|
| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $170.68 |
| | **Total** | **$2,208.63** |



LiveNote, Inc
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2006 | 34420 |

**BILL TO**

Latham & Watkins
650 Town Center, 20th Floor
Costa Mesa, CA 92626
Attn.: Paul Konovalov

Case: Oracle
Deponent:
GARY MATUSZAK  8/1/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01146 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 376 | pages | 2.75 | 1,034.00 |
| Realtime Reporting charge | 376 | pages | 2.00 | 752.00 |
| Cleaned up Rough ASCII | 376 | pages | 1.50 | 564.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 334 | pages | 0.40 | 133.60 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (7.75%) | $231.23 |
| **Total** | **$3,264.83** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2006 | 34432 |



1065860

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Michael Kyrouz

Case: Oracle
Deponent:
GEORGE ROBERTS DAY 2    8/8/06

| | JOB NO. | TERMS |
|---|---------|-------|
| | WS01145 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 80 | pages | 2.75 | 220.00 |
| Cleaned up Rough ASCII- Complimentary | 80 | pages | 0.00 | 0.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 216 | pages | 0.40 | 86.40 |
| Video Copy | 1 | copy | 300.00 | 300.00 |
| Shipping & Handling charges | | | 30.00 | 30.00 |
| LiveNote World Services Total Package Includes: <br> - Video tape stock & archival <br> - Video conversion to MPEG1 <br> - Video synchronization <br> - LEF file creation <br> - Condensed transcript <br> - Word index <br> - Signature page <br> - Transcript production and handling <br> - Electronic transcript delivery | | | | |

*Handwritten: ok to pay — 30439 038128. 0025 — COST 591708*

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.5%) | $51.54 |
|---|---|---|
| | **Total** | **$687.94** |



LiveNote, Inc.
221 Main Street, Ste 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2006 | 34511 |

BILL TO

Latham & Watkins
140 Scott Drive
Menlo Park, CA 94025
Attn: Patrick Gibbs

Case: Oracle
Deponent:
MARY ANN ANTHONY   8/11/06

| JOB NO. | | TERMS |
|---------|--|-------|
| WS01236 | | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 227 | pages | 2.75 | 624.25 |
| Realtime Reporting charge | 227 | pages | 2.00 | 454.00 |
| Cleaned up Rough ASCII | 227 | pages | 1.50 | 340.50 |
| Exhibits: Copying, tabbing, scanning & archiving | 101 | pages | 0.40 | 40.40 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: - Video tape stock & archival - Video conversion to MPEG1 - Video synchronization - LEF file creation - Condensed transcript - Word index - Signature page - Transcript production and handling - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.25%) | $161.63 |
|---|---|---|
| | **Total** | **$2,170.78** |



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          70181     .ESQUD10'
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363    FAX (415)288-4286

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : REES MORGAN

| INVOICE NUMBER | DATE |
|---|---|
| 66047ESF | 08/31/06 |

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
ORACLE SECURITY, IN RE:

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 08/14/06: | | |
| LAWRENCE GRACE | 400.95 | O+1 |
| SHIPPING & HANDLING | 64.49 | |
| ROUGH DISK | 98.55 | |
| ASCII & CONDENSED TRANSCRIPT | 15.00 | |
| E-TRANSCRIPT | 25.00 | |
| REPORTER WAITING TIME | 25.00 | |

1065885

BALANCE DUE

| TOTAL | 628.99 | Thank You! |
|---|---|---|

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 70181  TOT: $628.99
INVOICE #: 66047ESF
DATE: 08/31/06

LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          70180    ESQUD11
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : REES MORGAN

| INVOICE NUMBER | DATE |
|---|---|
| 66065ESF | 09/05/06 |
| | 09/13/06 |

Due Upon Receipt     AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:

CAPTION:    ORACLE SECURITY, IN RE:

1065888

SERVICES PROVIDED ON 08/14/06:

LAWRENCE GRACE
VIDEO SERVICES                          380.00
VIDEO DIGITIZING TO DVD-ROM              68.80
VIDEO SYNCHRONIZATION                   137.60
SHIPPING & HANDLING                      40.00

OK to Pay
302139
038128.0025

BALANCE DUE                    TOTAL    626.40    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

Remit To:

ESQUIRE DEPOSITION SERVICES, LLC       JOB: 70180  TOT: $626.40
P.O. Box 827829                        INVOICE #: 66065ESF
Philadelphia,PA 19182-7829             DATE: 09/13/06
Tax ID # 22-3779684


LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**LiveNote, Inc.**
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/31/2006 | 34628 |



1065861

BILL TO

| | |
|---|---|
| Latham & Watkins<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111<br>Attn: Michele Kyrouz | Case: Oracle<br>Deponent:<br>JENNIFER GLASS   8/22/06 |

| JOB NO. | TERMS |
|---------|-------|
| WS01268 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 153 | pages | 2.95 | 451.35 |
| Realtime Reporting charge | 153 | pages | 2.00 | 306.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 296 | pages | 0.40 | 118.40 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Shipping & Handling charges | | | 35.00 | 35.00 |
| LiveNote World Services Total Package<br>Includes:<br>  - Video tape stock & archival<br>  - Video conversion to MPEG1<br>  - Video synchronization<br>  - LEF file creation<br>  - Condensed transcript<br>  - Word index<br>  - Signature page<br>  - Transcript production and handling<br>  - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $108.44 |
| **Total** | **$1,419.19** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/27/2006 | 35220 |

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Michael Kyrouz

Case: Oracle
Deponent:
PHILIP SIMON   9/6/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01361 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 226 | pages | 2.75 | 621.50 |
| Realtime Reporting charge | 226 | pages | 2.00 | 452.00 |
| Cleaned up Rough ASCII | 226 | pages | 1.50 | 339.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 147 | pages | 0.40 | 58.80 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $167.56 |
| **Total** | **$2,188.86** |



LiveNote, Inc
221 Main Street, Ste. 1250
San Francisco, CA 94105

# Invoice

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 9/27/2006 | 35222 |

BILL TO

| Latham & Watkins |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn: Michael Kyrouz |

Case: Oracle
Deponent:
STEPHANIE AAS-THILL   9/8/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01323 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 225 | pages | 2.75 | 618.75 |
| Realtime Reporting charge | 225 | pages | 2.00 | 450.00 |
| Cleaned up Rough ASCII | 225 | pages | 1.50 | 337.50 |
| Exhibits: Copying, tabbing, scanning & archiving | 279 | pages | 0.40 | 111.60 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| Sales Tax (8.5%) | $171.52 |
|------------------|---------|
| **Total** | **$2,239.37** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/27/2006 | 35218 |

BILL TO

Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA  90071
Attention: Lana Morton-Owens

Case: Oracle
Deponent:
SANJAY KUMAR    9/8/2006

| JOB NO. | TERMS |
|---|---|
| WS00915 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|---|---|---|---|---|
| LiveNote World Service | | | | |
| Certified Copy | 280 | pages | 2.75 | 770.00 |
| Realtime Reporting charge | 280 | pages | 2.00 | 560.00 |
| Cleaned up Rough ASCII | 280 | pages | 1.50 | 420.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 86 | pages | 0.40 | 34.40 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package | | | | |
| Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.25%) | $188.46 |
|---|---|---|
| | **Total** | **$2,522.86** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/19/2006 | 35829 |

BILL TO

| Latham & Watkins |
| 140 Scott Drive |
| Menlo Park, CA 94025 |
| Attn: Patrick Gibbs |

| Case: Oracle |
| Deponent: |
| CAROLYN BALKENHOL  9/12/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01378 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 188 | pages | 2.75 | 517.00 |
| Realtime Reporting charge | 188 | pages | 2.00 | 376.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 167 | pages | 0.40 | 66.80 |
| Cleaned up Rough ASCII | 188 | pages | 1.50 | 282.00 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes: | | | | |
| - Video tape stock & archival | | | | |
| - Video conversion to MPEG1 | | | | |
| - Video synchronization | | | | |
| - LEF file creation | | | | |
| - Condensed transcript | | | | |
| - Word index | | | | |
| - Signature page | | | | |
| - Transcript production and handling | | | | |
| - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (8.25%) | $0.00 |
|-------------------|-------|
| **Total** | **$1,691.80** |



**ESQUIRE DEPOSITION SERVICES   LLC**
**A Hobart West Company**
Tax ID # 22-3779684                     70684      MAJDM01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

To:
LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : JAMIE WINE

| INVOICE NUMBER | DATE |
|---|---|
| 66301ESF | 09/25/06 |

Due Upon Receipt | AMOUNT DUE | ENCL.

**YOUR REFERENCE NUMBER:**

**CAPTION:**      ORACLE SECURITY, IN RE:

SERVICES PROVIDED ON 09/12/06:

LAURENTIUS MARAIS
VIDEO SERVICES                                    1,272.50
VIDEO DIGITIZING TO DVD-DATA                        398.80
VIDEO SYNCHRONIZATION                               797.60
SHIPPING & HANDLING                                  40.00

BALANCE DUE                            TOTAL | 2,508.90 | Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 70684  TOT: $2508.90
INVOICE #: 66301ESF
DATE: 09/25/06

LATHAM & WATKINS
Attn: JAMIE WINE
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111





LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/19/2006 | 35824 |

BILL TO

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Matthew D. Harrison

Case: Oracle
Deponent:
KRISTEN SHAW  9/19/2006

| JOB NO. | TERMS |
|---------|-------|
| WS01379 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 268 | pages | 2.75 | 737.00 |
| Realtime Reporting charge | 268 | pages | 2.00 | 536.00 |
| Cleaned up Rough ASCII | 268 | pages | 1.50 | 402.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 205 | pages | 0.40 | 82.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $191.85 |
| **Total** | **$2,498.85** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/26/2006 | 36009 |

**BILL TO**

| | |
|---|---|
| Latham & Watkins<br>650 Town Center, 20th Floor<br>Costa Mesa, CA 92626<br>Attn.: Paul Konovalov | Case: Oracle<br>Deponent:<br>ALEXANDER BENDER  9/21/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01387 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 3 - day | 240 | pages | 4.68 | 1,123.20 |
| Cleaned up Rough ASCII | 240 | pages | 1.50 | 360.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 331 | pages | 0.40 | 132.40 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668.

| Sales Tax (7.75%) | $163.96 |
|-------------------|---------|
| **Total** | **$2,329.56** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/26/2006 | 36013 |

**BILL TO**

Latham & Watkins
505 Montgomery Street
Suite 1900
San Francisco, CA 94111
Attn: Patrick Gibbs

Case: Oracle
Deponent:
LARRY ELLISON   DAY 2   9/21/2006

| | JOB NO. | TERMS |
|---|---------|-------|
| | WS01380 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 4 - day | 332 | pages | 4.40 | 1,460.80 |
| Realtime Reporting charge | 332 | pages | 2.00 | 664.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 516 | pages | 0.40 | 206.40 |
| Cleaned up Rough ASCII | 332 | pages | 1.50 | 498.00 |
| Video Copy | 1 | copy | 600.00 | 600.00 |
| Shipping & Handling charges | | | 60.00 | 60.00 |
| LiveNote World Services Total Package Includes: <br> - Video tape stock & archival <br> - Video conversion to MPEG1 <br> - Video synchronization <br> - LEF file creation <br> - Condensed transcript <br> - Word index <br> - Signature page <br> - Transcript production and handling <br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.5%) | $291.48 |
| **Total** | **$3,780.68** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301


**1057687**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/30/2006 | 36071 |

BILL TO

| |
|---|
| Latham & Watkins<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Attn: Patrick Gibbs |

| |
|---|
| Case: Oracle<br>Deponent:<br>JENNIFER MINTON   DAY 2   9/25/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01415 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 93 | pages | 2.75 | 255.75 |
| Cleaned up Rough ASCII | 93 | pages | 1.50 | 139.50 |
| Exhibits: Copying, tabbing, scanning & archiving | 216 | pages | 0.40 | 86.40 |
| Video Copy | 1 | copy | 300.00 | 300.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

*elite down*
**RECEIVED**
NOV 0 3 2006
ACCOUNTING DEPT.

*ok to pay*
*30439*
*038128.0025*

Make checks payable to LiveNote, Inc. If you want to pay by credit card, please call
1-800-548-3668.

| Sales Tax (8.25%) | $64.49 |
|-------------------|--------|
| **Total** | **$896.14** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/30/2006 | 36073 |

BILL TO

| | |
|---|---|
| Latham & Watkins<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Attn:  Patrick Gibbs | Case: Oracle<br>Deponent:<br>LAUREN SEGAL    9/26/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01421 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy | 337 | pages | 2.75 | 926.75 |
| Cleaned up Rough ASCII | 337 | pages | 1.50 | 505.50 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 244 | pages | 0.40 | 97.60 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br>  - Video tape stock & archival<br>  - Video conversion to MPEG1<br>  - Video synchronization<br>  - LEF file creation<br>  - Condensed transcript<br>  - Word index<br>  - Signature page<br>  - Transcript production and handling<br>  - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call<br>1-800-548-3668. | Sales Tax (8.25%) | $167.46 |
|---|---|---|
| | **Total** | **$2,247.31** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/31/2006 | 36260 |

BILL TO

| |
|---|
| Latham & Watkins<br>650 Town Center, 20th Floor<br>Costa Mesa, CA 92626<br>Attn.: Paul Konovalov |

| |
|---|
| Case: Oracle<br>Deponent:<br>TERRY ELAM    9/28/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01417 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited 5 - day | 336 | pages | 4.13 | 1,387.68 |
| Realtime Reporting charge | 336 | pages | 2.00 | 672.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 250 | pages | 0.40 | 100.00 |
| Video Copy | 1 | copy | 500.00 | 500.00 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| | |
|---|---|
| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (7.75%)   $206.13 |
| | **Total**   **$2,915.81** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

# Invoice

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 10/31/2006 | 36228 |

BILL TO

| Latham & Watkins<br>633 West Fifth Street, Ste 4000<br>Los Angeles, CA 90071<br>Attention: Brian Glennon | Case: Oracle<br>Deponent:<br>IAN HATADA   DAY 1    10/5/2006 |
|---|---|

| JOB NO. | TERMS |
|---------|-------|
| WS01429 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited Daily | 247 | pages | 5.40 | 1,333.80 |
| Realtime Reporting charge | 247 | pages | 2.00 | 494.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 131 | pages | 0.40 | 52.40 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Document Shipped from SAC to LA | | | 94.37 | 94.37 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

| Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call 1-800-548-3668. | Sales Tax (8.25%) | $188.12 |
|---|---|---|
| | **Total** | **$2,612.69** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

# Invoice

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

| DATE | INVOICE # |
|------|-----------|
| 10/31/2006 | 36202 |

BILL TO

| | |
|---|---|
| Latham & Watkins<br>633 West Fifth St., Ste # 4000<br>Los Angeles, CA 90071<br>Attention: Brian Glennon | Case: Oracle<br>Deponent:<br>IAN HATADA  DAY 2   10/10/2006 |

| JOB NO. | TERMS |
|---------|-------|
| WS01471 | Net 30 |

| DESCRIPTION | QUANTITY | UNIT | RATE | AMOUNT |
|-------------|----------|------|------|--------|
| LiveNote World Service | | | | |
| Certified Copy - Expedited | 367 | pages | 5.40 | 1,981.80 |
| Realtime Reporting charge | 367 | pages | 2.00 | 734.00 |
| Exhibits: Copying, tabbing, scanning & archiving | 364 | pages | 0.40 | 145.60 |
| Video Copy | 1 | copy | 400.00 | 400.00 |
| Document shipped from SAC to LA | | | 9.56 | 9.56 |
| Shipping & Handling charges | | | 50.00 | 50.00 |
| LiveNote World Services Total Package<br>Includes:<br> - Video tape stock & archival<br> - Video conversion to MPEG1<br> - Video synchronization<br> - LEF file creation<br> - Condensed transcript<br> - Word index<br> - Signature page<br> - Transcript production and handling<br> - Electronic transcript delivery | | | | |

Make checks payable to LiveNote, Inc.  If you want to pay by credit card, please call
1-800-548-3668.

| | |
|---|---|
| Sales Tax (8.25%) | $269.07 |
| **Total** | **$3,590.03** |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1 800 LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| | |
|---|---|
| **Invoice No.** | 100639 |
| **Customer No.** | LATHAM5611 |

| Bill To |
|---|
| Latham & Watkins - Menlo Park |
| 140 Scott Drive |
| Menlo Park, CA 94025 |
| Attn: Patrick Gibbs |

| Ship To |
|---|
| Latham & Watkins - Menlo Park |
| 140 Scott Drive |
| Menlo Park, CA 94025 |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 11/28/06 | 10/27/06 | | | WS01454 | Net 30 |
| **Warehouse** | **Ship Via** | | **F.O.B.** | **Salesperson** | **Resale Number** |
| MAIN | | | | Clare Foley | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 1 | Y | WS-LN<br>LiveNote World Service<br>Case: Oracle<br>Deponent: DANIEL COOPERMAN   10/27/2006 | U of M: Each | 0.00 | 0.00 |
| 282 | 282 | Y | WS-COPY<br>Certified Copy - Expedited Daily | U of M: Page | 5.50 | 1,551.00 |
| 282 | 282 | N | WS-LNR<br>Realtime Reporting charge | U of M: Page | 2.00 | 564.00 |
| 282 | 282 | Y | WS-ROU<br>Cleaned up Rough ASCII | U of M: Page | 1.50 | 423.00 |
| 1 | 1 | Y | WS-VCD<br>Video Copy | U of M: Copy | 500.00 | 500.00 |
| 1,053 | 1,053 | Y | WS-EXH<br>Exhibits: Copying, Tabbing, Scanning & Archiving | U of M: Page | 0.40 | 421.20 |

| Print Date | 11/28/06 |
|---|---|
| Print Time | |
| Page No. | 1 |



LiveNote, Inc.
221 Main Street, Ste 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| | |
|---|---|
| **Invoice No.** | 100639 |
| **Customer No.** | LATHAM5611 |

| Bill To | Ship To |
|---|---|
| Latham & Watkins - Menlo Park<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Attn: Patrick Gibbs | Latham & Watkins - Menlo Park<br>140 Scott Drive<br>Menlo Park, CA 94025 |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 11/28/06 | 10/27/06 | | | WS01454 | Net 30 |
| **Warehouse** | **Ship Via** | | **F.O.B.** | **Salesperson** | **Resale Number** |
| MAIN | | | | Clare Foley | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | Y | WS-PACK                        U of M: Each<br>LiveNote World Services Total Package<br>Includes:<br>  - Video tape stock & archival<br>  - Video conversion to MPEG1<br>  - Video synchronization<br>  - LEF file creation<br>  - Condensed transcript<br>  - Word index<br>  - Signature page<br>  - Transcript production and handling<br>  - Electronic transcript delivery | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Print Date** | 11/28/06 | **Total Paid** | 0.00 | **Subtotal** | 3,459.20 |
| **Print Time** | | **Balance Due** | 3,804.58 | **Freight** | 60.00 |
| **Page No.** | 2 | **Due Date** | 12/28/06 | **8.250 %Sales Tax** | 285.38 |
| | | | | **Invoice Total** | 3,804.58 |



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| Invoice No. | 101024 |
|---|---|
| Customer No. | LATHAM5545 |

| Bill To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn: Gregory Lindstrom |
| Telephone: (415)391-0600 |

| Ship To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Telephone: (415)391-0600 |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 11/30/06 | 11/16/06 | | | WS01499 | Net 30 |
| Warehouse | | Ship Via | F.O.B. | Salesperson | Resale Number |
| MAIN | | | | Clare Foley | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 1 | Y | WS-LN<br>LiveNote World Service<br>Case: Oracle<br>Deponent: JEFFREY HENLEY VOL II 11/16/2006 | U of M: Each | 0.00 | 0.00 |
| 267 | 267 | Y | WS-COPY<br>Certified Copy | U of M: Page | 2.75 | 734.25 |
| 267 | 267 | Y | WS-ROU<br>Cleaned up Rough ASCII | U of M: Page | 1.50 | 400.50 |
| 267 | 267 | N | WS-LNR<br>Realtime Reporting charge | U of M: Page | 2.00 | 534.00 |
| 1,067 | 1,067 | Y | WS-EXH<br>Exhibits: Copying, Tabbing, Scanning & Archiving | U of M: Page | 0.40 | 426.80 |
| 1 | 1 | Y | WS-VCD<br>Video Copy | U of M: Copy | 500.00 | 500.00 |

| Print Date | 02/27/07 |
|---|---|
| Print Time | 11:24:46 AM |
| Page No. | 1 |

Printed By: Hal Proskey



LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| Invoice No. | 101024 |
|---|---|
| Customer No. | LATHAMS545 |

| Bill To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn: Gregory Lindstrom |
| **Telephone:** (415)391-0600 |

| Ship To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| **Telephone:** (415)391-0600 |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 11/30/06 | 11/16/06 | | | WS01499 | Net 30 |

| Warehouse | Ship Via | | F.O.B. | Salesperson | Resale Number |
|---|---|---|---|---|---|
| MAIN | | | | Clare Foley | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| 1 | 1 | Y | WS-PACK                     U of M: Each<br>LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | 0.00 | 0.00 |

Tax ID # 23-2775575.  Make checks payable to LiveNote, Inc., 221 Main St., Suite 1250, San Francisco, CA 94105.  If you wish to pay by credit card, call 1-800-LIVENOTE.

| Print Date | 02/27/07 |
|---|---|
| Print Time | 11:24:46 AM |
| Page No. | 2 |

Printed By: Hal Proskey

| Total Paid | 0.00 |
|---|---|
| Balance Due | 2,876.17 |
| Due Date | 12/30/06 |

| Subtotal | 2,595.55 |
|---|---|
| Freight | 60.00 |
| 8.500 %Sales Tax | 220.62 |
| **Invoice Total** | **2,876.17** |

# INVOICE



**MERRILL**
**LEGAL SOLUTIONS**

Account:     lat004
**Invoice No:SINV/00019928**
Date:         28/03/2007

**Invoice To:**
Latham & Watkins LLP (California)
Patrick Gibbs
135 Commonwealth Drive
Menlo Park
California
United States
94025-1105

Wordwave International Limited
190 Fleet Street
London
EC4A 2AG

Tel:        020 7404 1400
Fax:        020 7404 1424
VAT Reg:    GB608 8773 03
Email       ukaccounts@merrillcorp.com
Web         www.wordwave.co.uk
Web         www.merrillcorp.com

| Case: | Harbottle & Lewis deps | | Page: 1 |
|---|---|---|---|
| Reference: | 105-0025969-02 | | |



**1176352**

| Description | Quantity | Price | Value |
|---|---|---|---|
| 19/03/07 - Transcript - 1st Copy Next Day | 111.00 | 3.85 | 427.35 |
| 19/03/07 - Draft - Copies Transcript -Draft Copies | 111.00 | 0.55 | 61.05 |
| 20/03/07 - Transcript - 1st Copy Next Day | 70.00 | 3.85 | 269.50 |
| 20/03/07 - Draft - Copies Transcript -Draft Copies | 70.00 | 0.55 | 38.50 |
| 19/03/07 - Delivery - external courier | 1.00 | 80.00 | 80.00 |
| 20/03/07 - Delivery - external courier | 1.00 | 70.34 | 70.34 |

NOT PAID
AS OF
6-15 2007
INITIALS main

**APPROVED FOR PAYMENT**
ATTORNEY_____ DATE_____
CLIENT_____
FILE # 03820.0025

RECEIVED
JUN 15 2007
ACCOUNTING DEPT.

| Code | Rate | Goods | VAT |
|---|---|---|---|
| 20 | 0.00% | 946.74 | 0.00 |

| | |
|---|---|
| Goods: | 946.74 |
| VAT: | 0.00 |
| **Invoice Total :** | 946.74 |
| USD | |

Invoices are payable within **28 days from date of invoice** of date of Invoice.  Interest will be charged at a rate of 4% per calendar month if they remain unpaid.
Please make cheques payable to Wordwave International Ltd
Account Number : 27569276 Sort Code 56-00-27

# LIVENOTE | **World Service** ℠

### Worldwide Deposition Reporting & Legal Videography

LIVENOTE INC.
221 Main Street, Suite 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301



**1096921**

Gregory Lindstrom
Latham & Watkins
505 Montgomery Ste, Ste 1900
San Francisco, CA 94111

April 18, 2007

**Invoice#** 20061604

**Balance:** $1,202.99

RECEIVED
APR 30 2007
ACCOUNTING DEPT

**Re:** 03/23/07 Oracle
WS01882 Safra Katz Continued

## *Invoicing Information*

*ok to pay*
*30439*
*035128.0025*

| | | | | |
|---|---|---|---|---|
| Copy | 137 | pages @ | $ 2.75 /page | 376.75 |
| Rough: | 137 | pages @ | $1.50 /page | 205.50 |
| Exhibits | 178 | pages @ | $ .40 /page | 71.20 |
| Shipping & Handling | | | | 60.00 |
| Video: | | | | 400.00 |

LiveNote World Services Total Package Includes:
- Video tape stock & archival
- Video conversion to MPEG1
- Video synchronization
- LEF file creation
- Condensed transcript
- Word index
- Signature page
- Transcript production and handling
- Electronic transcript delivery

8.5000% Sales Tax: 89.54

**P l e a s e   R e m i t   - - - >   Total Due: $1,202.99**

*Tax ID Number:  23-2775575. Please make checks payable to LiveNote, Inc.
and send to 221 Main St., Suite 1250, San Francisco, CA 94105
If you wish to pay by credit card, call 1-800-LIVENOTE, Option 6.*

#636686



www.livenoteworldservice.com  |  Connecting the Litigation World℠

# LIVENOTE | **World Service**℠

### Worldwide Deposition Reporting & Legal Videography

LIVENOTE INC.
221 Main Street, Suite 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:**    415-321-2300
**Fax:**       415-321-2301

Gregory Lindstrom
Latham & Watkins
505 Montgomery Ste, Ste 1900
San Francisco, CA 94111

April 24, 2007

**Invoice#** 20061606

**Balance:**  $2,447.43

**Re:** 03/30/07 Oracle
WS01883 Larry Ellison Continued

## *Invoicing Information*

| | |
|---|---:|
| Copy ( 1 Day Expedite) 184 pages @  $ 5.50/page | 1,012.00 |
| Realtime 184    pages @ $ 2.00 /page | 368.00 |
| Rough:  184    pages @  $1.50  /page | 276.00 |
| Exhibits 361    pages @  $ .40  /page | 144.40 |
| Shipping & Handling | 60.00 |
| Video: | 400.00 |

LiveNote World Services Total Package Includes:
 - Video tape stock & archival
 - Video conversion to MPEG1
 - Video synchronization
 - LEF file creation
 - Condensed transcript
 - Word index
 - Signature page
 - Transcript production and handling
 - Electronic transcript delivery

8.5000% Sales Tax:     187.03

**P l e a s e   R e m i t   - - >   Total Due: $2,447.43**

*Tax ID Number:  23-2775575. Please make checks payable to LiveNote, Inc.*
*and send to 221 Main St., Suite 1250, San Francisco, CA 94105*
*If you wish to pay by credit card, call 1-800-LIVENOTE, Option 6.*





**E S Q U I R E**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    75262      ROCKL01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

To:

LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

| INVOICE NUMBER | DATE |
|---|---|
| 70406ESF | 06/30/07 |

ATTN : REES MORGAN                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
ORACLE CASES, IN RE:

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 06/28/07:<br>BROOKS T. HILLIARD, CMC, CCP | 1,542.90 | O+1 |
| ONE-DAY EXPEDITED SERVICE | 1,376.10 | |
| INTERACTIVE/ROUGH DISK | 486.50 | |
| LITIGATION SUPPORT PACKAGE | 25.00 | |
| B&W EXHIBITS | 100.65 | |
| SHIPPING & HANDLING | 50.00 | |

BALANCE DUE                                    **TOTAL**    3,581.15    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 75262   TOT: $3581.15
INVOICE #: 70406ESF
DATE: 06/30/07

LATHAM & WATKINS
Attn: REES MORGAN
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          75264      ROCKL01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

| | INVOICE NUMBER | DATE |
|---|---|---|
| | 70691ESF | 07/27/07 |

To:

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CA 94025

ATTN : PATRICK E. GIBBS          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

ORACLE CASES, IN RE:

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 07/02/07: | | |
| BJORN I. STEINHOLT, CFA | 1,276.50 | O+1 |
| | | |
| ONE-DAY EXPEDITED SERVICE | 1,138.50 | |
| INTERACTIVE/ROUGH DISK | 362.25 | |
| LIVENOTE EXHIBIT FILES | 45.00 | |
| B&W EXHIBITS | 145.20 | |
| LITIGATION SUPPORT PACKAGE | 25.00 | |
| PARKING | 21.00 | |
| SHIPPING & HANDLING | 50.00 | |

BALANCE DUE

TOTAL **3,063.45** *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**For Invoice Questions,**
**Please Call**
**(800)770-3363**
**Fax (415)288-4286**

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 75264   TOT: $3063.45
INVOICE #: 70691ESF
DATE: 07/27/07

LATHAM & WATKINS
Attn: PATRICK E. GIBBS
140 SCOTT DRIVE
MENLO PARK, CA 94025





**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          75263      MAJDM01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

To:

LATHAM & WATKINS
855 3rd AVENUE
53rd at 3rd
NEW YORK, NY 10022

ATTN : DAVID FRIEDMAN

| INVOICE NUMBER | DATE |
|---|---|
| 70463ESF | 07/06/07 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

ORACLE CASES, IN RE:

SERVICES PROVIDED ON 07/02/07:

BJORN STEINHOLT
VIDEO SERVICES                                        1,062.00
VIDEO DIGITIZING TO DVD ROM                             637.00
VIDEO SYNCHRONIZATION                                   825.00
SHIPPING & HANDLING                                      40.00

BALANCE DUE                          TOTAL   2,564.00  Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**        JOB: 75263  TOT: $2564.00
P.O. Box 785751                             INVOICE #: 70463ESF
Philadelphia,PA 19178-5751                  DATE: 07/06/07
Tax ID # 22-3779684


LATHAM & WATKINS
Attn: DAVID FRIEDMAN
855 3rd AVENUE
53rd at 3rd
NEW YORK, NY 10022



# LIVENOTE | **World Service**℠

**Worldwide Deposition Reporting & Legal Videography**

LIVENOTE INC.
221 Main Street, Suite 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

Michele Kyrouz
Latham & Watkins
505 Montgomery Ste, Ste 1900
San Francisco, CA 94111

August 10, 2007

**Invoice#** 20062310

**Balance:** $2,104.49

**Re:** 07/03/07 Oracle
WS02223 R. Glenn Hubbard (Expert)

## *Invoicing Information*

| | | | |
|---|---|---|---|
| Copy | 147 | pages @ $ 5.31/page | 780.57 |
| Realtime | 147 | pages @ $ 2.00 /page | 294.00 |
| Rough: | 147 | pages @ $1.50 /page | 220.50 |
| Exhibits | 234 | pages @ $ .40 /page | 93.60 |
| Shipping & Handling | | | 60.00 |
| Video: | | | 500.00 |

** 2 day expedite **

LiveNote World Services Total Package Includes:
 - Video tape stock & archival
 - Video conversion to MPEG1
 - Video synchronization
 - LEF file creation
 - Condensed transcript
 - Word index
 - Signature page
 - Transcript production and handling
 - Electronic transcript delivery

8.2500% Sales Tax:     155.82

**P l e a s e   R e m i t   - - ->   Total Due:  $2,104.49**

*Tax ID Number:  23-2775575. Please make checks payable to LiveNote, Inc.*
*and send to 221 Main St., Suite 1250, San Francisco, CA 94105*
*If you wish to pay by credit card, call 1-800-LIVENOTE, Option 6.*



www.livenoteworldservice.com  |  Connecting the Litigation World℠

# LIVENOTE | **World Service**℠

**Worldwide Deposition Reporting & Legal Videography**

LIVENOTE INC.
221 Main Street, Suite 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

Matt Rawlinson
Latham & Watkins - Menlo
140 Scott Drive
Menlo Park , CA 94025

August 6, 2007

**Invoice#** 20062288

**Balance:** $3,109.46

**Re:** 07/03/07 Oracle
WS02224 Edward Yourdon (Expert)

## *Invoicing Information*

| | | |
|---|---|---|
| Copy ( 2 day expedite) 245 pages @ $ 4.95 /page | | 1,212.75 |
| Realtime        245      pages @ $ 2.00 /page | | 490.00 |
| Rough:          245      pages @  $1.50  /page | | 367.50 |
| Exhibits        367      pages @  $ .40  /page | | 146.80 |
| Shipping & Handling | | 60.00 |
| Video: | | 600.00 |

LiveNote World Services Total Package Includes:
- Video tape stock & archival
- Video conversion to MPEG1
- Video synchronization
- LEF file creation
- Condensed transcript
- Word index
- Signature page
- Transcript production and handling
- Electronic transcript delivery

8.2500% Sales Tax:    232.41

**P l e a s e   R e m i t   - - - >   Total Due: $3,109.46**

*Tax ID Number:  23-2775575. Please make checks payable to LiveNote, Inc.*
  *and send to 221 Main St., Suite 1250, San Francisco, CA 94105*
  *If you wish to pay by credit card, call 1-800-LIVENOTE, Option 6.*



# LIVENOTE | **World Service**℠

### Worldwide Deposition Reporting & Legal Videography

LIVENOTE INC.
221 Main Street, Suite 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:**    415-321-2300
**Fax:**        415-321-2301

Michele Kyrouz
Latham & Watkins
505 Montgomery Ste, Ste 1900
San Francisco, CA 94111

August  6, 2007

**Invoice#** 20062290

**Balance:**  $3,034.26

**Re:** 07/06/07 Oracle
WS02231 George Foster

## *Invoicing Information*

| | |
|---|---:|
| Copy 1 day expedite 231  pages @ $ 5.5/ page | 1,270.50 |
| Video Copy Order | 500.00 |
| Realtime    231         pages @ $ 2.00  /page | 462.00 |
| Rough:      231         pages @ $ 1.50 /page | 346.50 |
| Exhibits 265            pages @ $ .40   /page | 106.00 |
| Color Exhibits 45 pages @ $1.25/pg | 56.25 |
| Shipping & Handling | 60.00 |

LiveNote World Services Total Package Includes:
- Video tape stock & archival
- Video conversion to MPEG1
- Video synchronization
- LEF file creation
- Condensed transcript
- Word index
- Signature page
- Transcript production and handling
- Electronic transcript delivery

8.5000% Sales Tax:    233.01

**P l e a s e   R e m i t   - - - >   Total Due: $3,034.26**

*Tax ID Number:  23-2775575. Please make checks payable to LiveNote, Inc.
and send to 221 Main St., Suite 1250, San Francisco, CA 94105
If you wish to pay by credit card, call 1-800-LIVENOTE, Option 6.*

www.livenoteworldservice.com  |  Connecting the Litigation World℠

LIVENOTE



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    75266      ROCKL01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363    FAX (415)288-4286

To:

LATHAM & WATKINS
633 WEST FIFTH STREET
LOS ANGELES, CA 90071-2007

| INVOICE NUMBER | DATE |
|---|---|
| 70689ESF | 07/27/07 |

ATTN : BRIAN T. GLENNON          Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

ORACLE CASES, IN RE:

SERVICES PROVIDED ON 07/09/07:

| | | |
|---|---|---|
| D. PAUL REGAN, CPA, CFE | 1,520.70 | O+1 |
| ONE-DAY EXPEDITED SERVICE | 1,356.30 | |
| INTERACTIVE/ROUGH DISK | 435.75 | |
| INTERACTIVE REALTIME | 871.50 | |
| LIVENOTE EXHIBIT FILES | 45.00 | |
| B&W EXHIBITS | 140.25 | |
| LITIGATION SUPPORT PACKAGE | 25.00 | |
| PARKING | 28.00 | |
| SHIPPING & HANDLING | 50.00 | |

BALANCE DUE          **TOTAL**  4,472.50    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 75266  TOT: $4472.50
INVOICE #: 70689ESF
DATE: 07/27/07

LATHAM & WATKINS
Attn: BRIAN T. GLENNON
633 WEST FIFTH STREET
LOS ANGELES, CA 90071-2007





**ESQUIRE**
DEPOSITION SERVICES®
A Hobart West Company

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

75265      MAJDM01

| INVOICE NUMBER | DATE |
|---|---|
| 70538ESF | 07/16/07 |

To:

LATHAM & WATKINS
855 3rd AVENUE
53rd at 3rd
NEW YORK, NY 10022

ATTN : DAVID FRIEDMAN

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

    ORACLE CASES, IN RE:

SERVICES PROVIDED ON 07/09/07:

PAUL REGAN
VIDEO SERVICES      1,272.00
VIDEO DIGITIZING TO DVD ROM      722.00
VIDEO SYNCHRONIZATION      935.00
PARKING      28.50
ADMINISTRATION FEE      40.00

BALANCE DUE

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.
**Please detach and send with payment**

**TOTAL**    2,997.50    *Thank You!*

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 75265   TOT: $2997.50
INVOICE #: 70538ESF
DATE: 07/16/07

LATHAM & WATKINS
Attn: DAVID FRIEDMAN
855 3rd AVENUE
53rd at 3rd
NEW YORK, NY 10022





**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL  (800)770-3363      FAX  (415)288-4286

75268      DOBSS01

| INVOICE NUMBER | DATE |
|---|---|
| 70557ESF | 07/18/07 |

To:

LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : MICHELE F. KYROUZ

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

ORACLE CASES, IN RE:

SERVICES PROVIDED ON 07/11/07:

| | AMOUNT DUE | ENCL. |
|---|---|---|
| ALAN GOEDDE | 1,890.60 | O+1 |
| THREE-DAY EXPEDITED SERVICE | 756.25 | |
| YOUR SPLIT PORTION OF EXPEDITE | | |
| INTERACTIVE/ROUGH DISK | 529.20 | |
| LIVENOTE EXHIBIT FILES | 45.00 | |
| B&W EXHIBITS | 257.95 | |
| LITIGATION SUPPORT PACKAGE | 25.00 | |
| PARKING | 36.50 | |
| EXPEDITE SHIPPING & HANDLING | 104.25 | |

BALANCE DUE

TOTAL    **3,644.75**    *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 75268  TOT: $3644.75
INVOICE #: 70557ESF
DATE: 07/18/07

LATHAM & WATKINS
Attn: MICHELE F. KYROUZ
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



ESQUIRE
DEPOSITION SERVICES®
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                          75267        FLAN 01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363     FAX (415)288-4286

| INVOICE NUMBER | DATE |
|---|---|
| 70565ESF | 07/18/07 |

To:

LATHAM & WATKINS
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111

ATTN : ANDREW FARTHING                 Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

ORACLE CASES, IN RE:

SERVICES PROVIDED ON 07/11/07:

ALAN GOEDDE
VIDEO SERVICES                                            1,167.00
VIDEO DIGITIZING TO DVD                                    680.00
VIDEO SYNCHRONIZATION                                      880.00
ADMINISTRATION FEE                                          40.00

*OK to pay*
*[signature] Andrew Farthing*
*038128 - 0025*

BALANCE DUE                              TOTAL | 2,767.00 | *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**For Invoice Questions,**
**Please Call**
**(800)770-3363**
**Fax (415)288-4286**

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**          JOB: 75267  TOT: $2767.00
P.O. Box 785751                               INVOICE #: 70565ESF
Philadelphia,PA 19178-5751                    DATE: 07/18/07
Tax ID # 22-3779684

LATHAM & WATKINS
Attn: ANDREW FARTHING
505 MONTGOMERY STREET
SUITE 2000
SAN FRANCISCO, CA 94111



# LIVENOTE | **World Service**℠

### Worldwide Deposition Reporting & Legal Videography

LIVENOTE INC.
221 Main Street, Suite 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:**   415-321-2300
**Fax:**     415-321-2301

Brian Glennon
Latham & Watkins - LA
633 West Fifth Street, Ste 4000
Los Angeles, CA 90071

August  9, 2007

**Invoice#** 20062294

**Balance:**  $4,021.56

**Re:** 07/12/07 Oracle
     WS02226 Duross J O'Bryan (Expert)

## *Invoicing Information*

| | | | |
|---|---|---|---:|
| Copy | 328 | pages @ $4.95 /page | 1,623.60 |
| Realtime | 328 | pages @ $ 2.00 /page | 656.00 |
| Rough: | 328 | pages @ $1.50 /page | 492.00 |
| Exhibits | 697 | pages @ $ .40 /page | 278.80 |
| Shipping & Handling | | | 70.00 |
| Video: | | | 600.00 |

** 2 day expedite **

LiveNote World Services Total Package Includes:
 - Video tape stock & archival
 - Video conversion to MPEG1
 - Video synchronization
 - LEF file creation
 - Condensed transcript
 - Word index
 - Signature page
 - Transcript production and handling
 - Electronic transcript delivery

                              8.2500% Sales Tax:     301.16

          P l e a s e   R e m i t   - - - >   **Total Due:  $4,021.56**

*Tax ID Number:  23-2775575. Please make checks payable to LiveNote, Inc.*
*and send to 221 Main St., Suite 1250, San Francisco, CA 94105*
*If you wish to pay by credit card, call 1-800-LIVENOTE, Option 5.*

www.livenoteworldservice.com  A Company of Litigation World℠

# LIVENOTE



**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363    FAX (415)288-4286

75321      ROCKL01

| INVOICE NUMBER | DATE |
|---|---|
| 70594ESF | 07/20/07 |

To:
LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CA 94025

ATTN : PATRICK E. GIBBS          Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
ORACLE CASES, IN RE:

| | AMOUNT DUE | ENCL. |
|---|---|---|
| SERVICES PROVIDED ON 07/13/07:<br>RANDALL W. JENSEN, PH.D. | 777.00 | O+1 |
| ONE-DAY EXPEDITED SERVICE | 693.00 | |
| INTERACTIVE/ROUGH DISK | 220.50 | |
| B&W EXHIBITS | 114.95 | |
| LITIGATION SUPPORT PACKAGE | 25.00 | |
| ADMINISTRATION FEE | 50.00 | |

**BALANCE DUE**

TOTAL   1,880.45   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

**Please detach and send with payment**

- - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**
P.O. Box 785751
Philadelphia,PA 19178-5751
Tax ID # 22-3779684

JOB: 75321  TOT: $1880.45
INVOICE #: 70594ESF
DATE: 07/20/07

LATHAM & WATKINS
Attn: PATRICK E. GIBBS
140 SCOTT DRIVE
MENLO PARK, CA 94025





**ESQUIRE**

D E P O S I T I O N   S E R V I C E S®

A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    75320        MAJDM01
505 SANSOME STREET, SUITE 502
SAN FRANCISCO, CA  94111
TEL (800)770-3363      FAX (415)288-4286

| | INVOICE NUMBER | DATE |
|---|---|---|
| To: | 70568ESF | 07/19/07 |

LATHAM & WATKINS
855 3rd AVENUE
53rd at 3rd
NEW YORK, NY 10022

ATTN : DAVID FRIEDMAN                    Due Upon Receipt

| | AMOUNT DUE | ENCL |
|---|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**

    ORACLE CASES, IN RE:

SERVICES PROVIDED ON 07/13/07:

| | |
|---|---|
| RANDALL JENSEN | |
| VIDEO SERVICES | 695.00 |
| VIDEO DIGITIZING TO DVD | 276.00 |
| VIDEO SYNCHRONIZATION | 357.00 |
| ADMINISTRATION FEE | 40.00 |

BALANCE DUE                                        TOTAL | 1,368.00   *Thank You!*

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.
Contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Please detach and send with payment**

For Invoice Questions,
Please Call
(800)770-3363
Fax (415)288-4286

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES, LLC**          JOB: 75320  TOT: $1368.00
P.O. Box 785751                               INVOICE #: 70568ESF
Philadelphia,PA 19178-5751                    DATE: 07/19/07
Tax ID # 22-3779684

LATHAM & WATKINS
Attn: DAVID FRIEDMAN
855 3rd AVENUE
53rd at 3rd
NEW YORK, NY 10022





LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

| | |
|---|---|
| **Toll-Free:** | 1-800-LIVENOTE |
| **Phone:** | 415-321-2300 |
| **Fax:** | 415-321-2301 |

# Invoice

| | |
|---|---|
| **Invoice No.** | WS20062440 |
| **Customer No.** | LATHAM5545 |

| Bill To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn: David Friedman |
| |
| Telephone: (415)391-0600 |

| Ship To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| |
| |
| Telephone: (415)391-0600 |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 08/29/07 | 07/17/07 | | | WS02225 | Net 30 |
| Warehouse | | Ship Via | F.O.B. | Salesperson | Resale Number |
| MAIN | | | | World Service | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 1 | Y | WS-LN<br>LiveNote World Service<br>Case: Oracle<br>Deponent: Christopher James      07/17/07 | U of M: Each | 0.00 | 0.00 |
| 172 | 172 | Y | WS-COPY<br>Certified Copy | U of M: Page | 4.95 | 851.40 |
| 1 | 1 | Y | WS-STREAM<br>Video Streaming | U of M: Each | 300.00 | 300.00 |
| 172 | 172 | Y | WS-LNR<br>Realtime Reporting charge | U of M: Page | 2.00 | 344.00 |
| 172 | 172 | Y | WS-LNR<br>Text Stream - S. Lopez | U of M: Page | 1.75 | 301.00 |
| 172 | 172 | Y | WS-ROU<br>Cleaned up Rough ASCII | U of M: Page | 1.50 | 258.00 |
| 245 | 245 | Y | WS-EXH<br>Exhibits: Copying, Tabbing, Scanning & Archiving | U of M: Page | 0.40 | 98.00 |

| Print Date | 11/27/07 |
|---|---|
| Print Time | 07:24:28 AM |
| Page No. | 1 |

Printed By: Hal Proskey


# LIVENOTE

LiveNote, Inc.
221 Main Street, Ste. 1250
San Francisco, CA 94105

**Toll-Free:** 1-800-LIVENOTE
**Phone:** 415-321-2300
**Fax:** 415-321-2301

# Invoice

| Invoice No. | WS20062440 |
|---|---|
| Customer No. | LATHAM5545 |

| Bill To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| Attn: David Friedman |
| |
| Telephone: (415)391-0600 |

| Ship To |
|---|
| Latham & Watkins - San Fran |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111 |
| |
| |
| Telephone: (415)391-0600 |

| Invoice Date | Order Date | SO Number | Ordered By | Customer PO Number | Payment Method |
|---|---|---|---|---|---|
| 08/29/07 | 07/17/07 | | | WS02225 | Net 30 |
| Warehouse | | Ship Via | F.O.B. | Salesperson | Resale Number |
| MAIN | | | | World Service | |

| Order Quantity | Ship Quantity | Tax | Item Number / Description | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1 | 1 | Y | WS-VCD<br>Video Copy | U of M: Copy | 500.00 | 500.00 |
| 1 | 1 | Y | WS-PACK<br>LiveNote World Services Total Package<br>Includes:<br>- Video tape stock & archival<br>- Video conversion to MPEG1<br>- Video synchronization<br>- LEF file creation<br>- Condensed transcript<br>- Word index<br>- Signature page<br>- Transcript production and handling<br>- Electronic transcript delivery | U of M: Each | 0.00 | 0.00 |

Tax ID # 23-2775575.  Make checks payable to LiveNote, Inc., 221 Main St., Suite 1250, San Francisco, CA 94105.  If you wish to pay by credit card, call 1-800-LIVENOTE.

| Print Date | 11/27/07 |
|---|---|
| Print Time | 07:24:28 AM |
| Page No. | 2 |

| Total Paid | 0.00 |
|---|---|
| Balance Due | 2,937.85 |
| Due Date | 09/28/07 |

| Subtotal | 2,652.40 |
|---|---|
| Freight | 60.00 |
| 8.500 % Sales Tax | 225.45 |
| Invoice Total | 2,937.85 |

Printed By: Hal Proskey