# EXHIBIT E


litigation solutions

# Invoice

| | |
|---|---|
| **Invoice Number:** | 2728 |
| **Invoice Date:** | 12/27/2004 |
| **eLit Tax Identification No:** | 42-1567713 |

eLitigation Solutions, Inc.
40087 Mission Blvd, # 354
Fremont, CA 94539
(650) 691-4500

**Bill To:**
Mayer Brown Rowe & Maw
Two Palo Alto Square Suite 300
3000 El Camino Real
Palo Alto, CA 94306

**Ship To:**
Mayer Brown Rowe & Maw
Two Palo Alto Square Suite 300
3000 El Camino Real
Palo Alto, CA 94306

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---|---|---|---|---|---|
| E12715 | 03-72191-6 SG | Net 30 | 12/20/2004 | JM | George Huggins |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 9,496 | Pages of Medium Grade Copies | 0.13 | 1,234.48T |
| 4,693 | Bates Label Front:NDCA-ORCL 00001-NDCA-ORCL 04693 Confidential - Subject to Protective Order | 0.05 | 234.65T |
| 5 | Hours of Clerical Work: Redact "Oracle Corporation Confidential" Designation/Footer from Documents | 45.00 | 225.00T |

*01 - 72191-6*
*ok to*
*pay yh*

| | |
|---|---|
| Subtotal | $1,694.13 |
| Sales Tax (8.25%) | $139.77 |
| **Total** | **$1,833.90** |

## PLEASE PAY FROM THIS INVOICE

eLit recognizes project costs may be passed on to your client for payment. Under these circumstances, unless other arrangements are made with eLit, the payment of this invoice is the responsibility of the party this invoice was "Sold To".

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Jan-27-05    12:05pm    From-                                          T-170   P.002/002   F-113



LERACH,
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Jennie Lee Anderson

January 27, 2005

VIA FACSIMILE
650/331-2060

Shirish Gupta, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

Re:    *Nursing Home Pension v. Oracle Corporation*
       Civil Case No. CV-01-00988-MJJ

Dear Shirish:

This letter follows up on our conversation earlier today regarding the copying costs for documents produced by third parties pursuant to subpoenas issued in this case, which plaintiffs sent via overnight mail to your Chicago offices yesterday. As I explained, the costs indicated in my cover letter were incorrect. The actual copying costs amounted to $1143.22. Please send us a check in this amount at your earliest convenience. I apologize for any confusion.

Very truly yours,

Jennie Lee Anderson

JLA:reg
cc:    Vincent P. Schmeltz III (via facsimile - 312/701-7711)

T:\Cases\SF\Oracle3\Corres\01-27-05 Gupta.doc



Terms : Net 15 Days

Invoice Date : 07/31/05

Fed ID : 54-1648470

# Invoice

## IC00168335

| CORPORATE OFFICE:<br>832 North Henry Street<br>Alexandria, VA 22314<br>Telephone: 703-276-1123<br>Facsimile:  703-683-0240 | 1346 Chestnut Street<br>Mezzanine Level<br>Philadelphia, PA 19107<br>Telephone: 215-569-8140<br>Facsimile: 215-569-8288 | 443 Park Ave. South<br>9th Floor<br>New York, NY 10016<br>Telephone: 212-252-9700<br>Facsimile: 212-252-1717 | 200 Perimeter Place<br>Atlanta, GA 30318<br>Telephone: 404-351-2579<br>Facsimile: 404-351-7823 | 1201 Orange Street<br>Suite 1101<br>Wilmington, DE 19801<br>Telephone: 302-658-3004<br>Facsimile: 302-658-3005 | 300 W. Adams Street<br>Suite 805<br>Chicago, IL 60606<br>Telephone: 313-704-5080<br>Facsimile: 313-704-1080 | 955 McKinney<br>Houston, TX 77002<br>Telephone: 713-229-8686<br>Facsimile: 713-229-8692 |
|---|---|---|---|---|---|---|

Bill To:
Attn: Trace Schmeltz
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

Ship To:
Attn: Trace Schmeltz
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00168335 | MB&006 | 01-721916 | 087 | 02/01/05 | IC00157668 | ONSITE |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Scanning (pages) - ORACLE_DOCS | 41827.000 | / / | 0.1200 | | 5019.24 |
| Manual Redacting (pages) - ORACLE_DOCS | 48132.000 | / / | 0.0500 | | 2406.60 |
| Assembled Blowbacks (pages) - ORACLE_DOCS | 3863.000 | / / | 0.1200 | | 463.56 |
| Coding (documents) - ORACLE_DOCS | 2935.000 | / / | 1.2500 | | 3668.75 |
| OCR/PDF Conversion (pages) - ORACLE_DOCS | 41194.000 | / / | 0.0300 | | 1235.82 |
| Document Numbering (pages) - ORACLE_DOCS | 41194.000 | / / | 0.0000 | | 0.00 |
| Master CD - ORACLE_DOCS | 17.000 | / / | 25.0000 | | 425.00 |
| Technical Time - ORACLE_DOCS | 10.000 | / / | 35.0000 | | 350.00 |
| Federal Express Shipping Costs - ORACLE_DOCS | 1.000 | / / | 186.4300 | | 186.43 |
| Manual Redacting - Oracle Securities Documents | 4681.000 | / / | 0.0500 | | 234.05 |

(Continued)

Thank you for your business.
Please remit checks to :
On-Site Sourcing, Inc.
PO Box 75495
Baltimore, MD 21275

*If you have any questions about your bill, please call us @ (703) 276-1123.*

Customer Original          MB&006 IC00168335 CR 10.00%  R-IC00154864 02/28/05          Page   1



Terms : Net 15 Days

Invoice Date : 07/31/05

*Fed ID : 54-1648470*

# Invoice

## IC00168335

| CORPORATE OFFICE: | 1345 Chestnut Street | 443 Park Ave South | 200 Permalume Place | 1201 Orange Street | 300 W. Adams Street | 905 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | | Suite 1101 | Suite 605 | |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | Atlanta, GA 30318 | Wilmington, DE 19801 | Chicago, IL 60606 | Houston, TX 77002 |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone: 212-252-8700 | Telephone: 404-351-2679 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Telephone: 713-229-0095 |
| Facsimile: 703-683-0240 | Facsimile: 215-568-9280 | Facsimile: 212-252-1717 | Facsimile: 404-351-7823 | Facsimile: 302-655-3005 | Facsimile : 312-704-1090 | Facsimile: 713-229-9692 |

**Bill To:**
Attn: Trace Schmeltz
Mayer, Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Trace Schmeltz
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00168335 | MB&006 | 01-721916 | 087 | 02/01/05 | IC00157668 | ONSITE |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Coding - Oracle Securities Documents | 45.000 | / / | 1.2500 | | 56.25 |
| OCR/PDF Conversion - Oracle Securities Documents | 4681.000 | / / | 0.0300 | | 140.43 |
| Document Numbering - Oracle Securities Documents | 4681.000 | / / | 0.0000 | | 0.00 |
| Manual Redacting - Approved Record Retention Schedule | 49.000 | / / | 0.0500 | | 2.45 |
| Coding - Approved Record Retention Schedule | 1.000 | / / | 1.2500 | | 1.25 |
| OCR/PDF Conversion - Approved Record Retention | 49.000 | / / | 0.0300 | | 1.47 |
| Coding - Document From Shirish Gupta | 1.000 | / / | 1.2500 | | 1.25 |
| OCR/PDF conversion - Document from Shirish Gupta | 8.000 | / / | 0.0300 | | 0.24 |
| Scanning - General/Myers Accounting Documents | 4692.000 | / / | 0.1200 | | 563.04 |
| Manual Redacting - General/Myers Accounting Documents | 4692.000 | / / | 0.0500 | | 234.60 |

(Continued)

Thank you for your business.
Please remit checks to :
On-Site Sourcing, Inc.
PO Box 75495
Baltimore, MD 21275

*If you have any questions about your bill, please call us @ (703) 276-1123.*

Customer File Copy          MB&006 IC00168335 CR 10.00% R-IC00154864 02/28/05          Page    2

**ON SITE**
E-DISCOVERY

Terms : Net 15 Days
Invoice Date :  07/31/05
Fed ID : 54-1648470

# Invoice
## IC00168335

| CORPORATE OFFICE: | 13-46 Chestnut Street | 443 Park Ave. South | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 955 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | Atlanta, GA 30318 | Suite 1101 | Suite 605 | |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | Telephone: 404-351-2679 | Wilmington, DE 19801 | Chicago, IL 60606 | Houston, TX 77002 |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone: 212-252-8790 | Facsimile: 404-351-7823 | Telephone: 302-655-3004 | Telephone: 312-704-1000 | Telephone: 713-229-8595 |
| Facsimile: 703-683-0240 | Facsimile: 215-568-8299 | Facsimile: 212-252-1717 | | Facsimile: 302-656-3005 | Facsimile: 312-704-1090 | Facsimile: 713-229-8592 |

**Bill To:**
Attn: Trace Schmeltz
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Trace Schmeltz
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00168335 | MB&006 | 01-721916 | 087 | 02/01/05 | IC00157668 | ONSITE |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Assembled Blowbacks - General/Myers Accounting | 14076.000 | / / | 0.1200 | | 1689.12 |
| Coding - General/Myers Accounting | 307.000 | / / | 1.2500 | | 383.75 |
| OCR/PDF Conversion - General/Myers Accounting | 4692.000 | / / | 0.0300 | | 140.76 |
| Document Numbering - General/Myers Accounting | 4692.000 | / / | 0.0000 | | 0.00 |
| Scanning - Suite 11i (Part 1) | 12611.000 | / / | 0.1200 | | 1513.32 |
| Coding - Suite 11i (Part 2) | 2946.000 | / / | 1.2500 | | 3682.50 |
| Scanning - Suite 11i (Part 2) | 15233.000 | / / | 0.1200 | | 1827.96 |
| Scanning - Financial Documents | 6882.000 | / / | 0.1200 | | 825.84 |
| Coding - Financial Documents | 884.000 | / / | 1.2500 | | 1105.00 |

| PAYMENT DUE DATE : | 08/21/05 |
|---|---|

**Accepted Credit Cards:**

  

Thank you for your business.
Please remit checks to :
On-Site Sourcing, Inc.
PO Box 75495
Baltimore, MD 21275

| Taxable Subtotal | 0.00 |
|---|---|
| Nontaxable Subtotal | 26158.68 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $ 26,158.68 |

*If you have any questions about your bill, please call us @ (703) 276-1123.*

Customer File Copy          MB&006 IC00168335 CR 10.00%  R-IC00154864 02/28/05          Page     3



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Willow E. Radcliffe
WillowR@lerachlaw.com

February 10, 2005

<u>VIA OVERNIGHT DELIVERY</u>

Vincent Paul (Trace) Schmeltz III, Esq.
MAYER, BROWN, ROWE & MAW LLP
190 South La Salle Street
Chicago, ILL  60603-3441

      Re:    *Nursing Home Pension v. Oracle Corporation*
            Civil Case No. CV-01-00988-MJJ

Dear Trace:

      Please find enclosed documents produced to plaintiffs by the following third parties in response to subpoenas issued in the above-captioned case:

1.      Banc of America Securities LLP – CD Bates labeled BOACD01 along with corresponding hard copy documents Bates labeled BOA00001-BOA03508;

2.      First Albany Capital, Inc. – CD Bates labeled FACD01 along with corresponding hard copy documents Bates labeled FA0001-FA0173;

3.      Needham & Co. – CD Bates labeled NCOCD01 along with corresponding hard copy documents Bates labeled NCO0001-NCO0298;

4.      CIBC World Markets – CD Bates labeled CIBCCD01 along with corresponding hard copy documents Bates labeled CIBC0001-CIBC0649;

5.      Morgan Stanley Dean Witter – documents Bates labeled MS00001-MS00182;

6.      Westinghouse Savannah River Co. – documents Bates labeled SRS0001-SRS0139;

7.      The Goldman Sachs Group – documents Bates labeled GMS00001-GMS00275;

8.      SG Cowen – documents Bates labeled SG0001-SG0254; and

9.      UBS Securities – documents Bates labeled UBS00001-UBS00314.



LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

Vincent Paul (Trace) Schmeltz III, Esq.
February 10, 2005
Page 2


Copying costs for the above documents totaled $667.06.  Please send a check payable to Lerach Coughlin Stoia Geller Rudman & Robbins LLP for this amount at your earliest convenience.

Very truly yours,

Willow E. Radcliffe

WER:cs
Enclosures

cc:     Shirish Gupta (w/o enclosures)

06/22/2005 13:15 FAX                                                                      @010/012

# Invoice

| | |
|---|---|
| Invoice Number: | 3478R |
| Invoice Date: | 3/28/2005 |
| eLit Tax Identification No: | 42-1567713 |

Remit to Address:
eLitigation Solutions, Inc.
40087 Mission Blvd, # 354
Fremont, CA 94539
(650) 691-4500

# SECOND NOTICE

**Bill To:**

Mayer Brown Rowe & Maw
Two Palo Alto Square Suite 300
3000 El Camino Real
Palo Alto, CA 94306

**Ship To:**

Mayer Brown Rowe & Maw
Two Palo Alto Square Suite 300
3000 El Camino Real
Palo Alto, CA 94306

| Job No. | P.O. / Matter No. | Terms | Order Date | Rep | Contact |
|---------|-------------------|-------|------------|-----|---------|
| MV13485 | 27213-00300 SG | Net 30 | 03/24/2005 | JM | George Huggins |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 335 | Pages of Glass-work Grade Copies | 0.16 | 53.60T |
| 335 | Bates Label Front:NDCA-ORCL 050761-NDCA-ORCL 051095 | 0.05 | 16.75T |
| 335 | Bates Label Front:Confidential - Subject to Protective Order | 0.05 | 16.75T |

*6/15/05 Ok to pay 01-73416*

## PLEASE PAY FROM THIS INVOICE

eLit recognizes project costs may be passed on to your
client for payment. Under these circumstances, unless
other arrangements are made with eLit, the payment of
this invoice is the responsibility of the party this invoice
was "Sold To".



| | |
|---|---|
| Subtotal | $87.10 |
| Sales Tax (8.25%) | $7.19 |
| **Total** | **$94.29** |

**PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE**

Rita K. Walljasper
*Law Division*

tel 415 693 6823
fax 415 693 6250

# Morgan Stanley

May 4, 2005

Vincent P. Schmeltz III, Esq.
Mayer, Brown, Rose & Maw LLP
190 South LaSalle Street
Chicago, IL  60603-3441

## INVOICE RKW-337127D
## MORGAN STANLEY DOCUMENT PRODUCTION

### Case No. C-01-0988-MJJ
### Oracle Corporation Securities Litigation

Morgan Stanley Production Expenses:

| | |
|---|---:|
| Labor:  2 hours at $24 per hour | $48.00 |
| Statement copies: 138 pages at 10¢ per page | 13.80 |
| UPS shipping | 8.00 |
| **Total due** | **$69.80** |

Remit Payment to:

**Morgan Stanley**
**101 California Street, 2nd Floor**
**San Francisco, CA  94111**
**Attn: Rita K. Walljasper**

5/5/05
ok to pay
01-72191-6
*[signature]*

05/01/2005 10:28 FAX                                               ☑002

Page 1 of 1

**IKON** Document Efficiency At Work.™

**INVOICE**

| | |
|---|---|
| Invoice # | SAF05050776 |
| Invoice Date: | 05/31/2005 |
| Due Date: | 06/10/2005 |
| Terms: | Net 10 Days |
| Customer Code: | SAF-MBP5 |
| Natl ID: | 61532 |

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850       Fax: (415) 439-5887
Federal ID:    230334400

**SOLD TO:**
MAYER, BROWN, ROWE & MAW
190 S. LA SALLE STREET
CHICAGO, IL 60603

**SHIP TO:**
MAYER, BROWN, ROWE & MAW
190 S. LA SALLE STREET
CHICAGO, IL 60603

Attn: THERESE KING

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| ORACLE SECURITIES | | | Sexson, Maureen |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0505-0206 | 05/09/2005 | ELI GREENSTEIN - LERACH, COUGHLIN, STOIA & ROBBINS | | | |
| | | B&W Copies D - Heavy Litigation | 1,627.00 | 0.150 | 244.05 |
| | | B&W Copies E - Glasswork | 16,620.00 | 0.210 | 3,490.20 |
| | | CD – Master(s) | 7.00 | 45.000 | 315.00 |
| | | Conversion | 5,047.00 | 0.160 | 807.52 |
| | | E-Label Endorsement | 23,293.00 | 0.020 | 465.86 |
| | | OCR | 18,247.00 | 0.030 | 547.41 |

ORIGINAL JOB # SO-0505-0206 SPLIT TO SAF 0505-0775 & 0505-0776

01721916
ok to pay          ₥
                   6-9-05

| **Please Pay From This Invoice** | | |
|---|---|---|
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 5,870.04 |
| | Sales Tax: | 425.58 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** | **6,295.62** |

Received and Approved by: X _Therese King_        Date: 5/31/05

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
MAYER, BROWN, ROWE & MAW
190 S. LA SALLE STREET
CHICAGO, IL 60603

| **Amount Enclosed** |
|---|
| $ |

Invoice: SAF05050776.
Invoice Date: 05/31/2005
Due Date: 06/10/2005
Customer Code: SAF-MBP5
Natl ID: 61532

**Please Remit To:**
IKON Office Solutions
Western District - SAF
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT    $  6,295.62**

RCVD JUN09'05 PM 2:38

## Please remit to

24 Seven Discovere, L.L.C.
Fed ID# 20-1987363
222 N. LaSalle
Suite - 1930
Chicago, IL  60601

(312) 704-0247



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 05/09/2005 | 31458 |
| TERMS | DUE DATE |
| Net 15 | 05/24/2005 |

**BILL TO**

Mayer, Brown, Rowe & Maw LLP
190 S. LaSalle St., Ste. 3800
Chicago, IL  60603

| Reference # | Ordered By | 247 Contact |
|-------------|-----------|-------------|
| 01721916 | Jill Friedman | MB |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 246 700 | | • Bates Labeling(CREDSUIS 0001-0246) | 0.05 | 12.30 |
| 143 700 | | • Bates Labeling(MORSTAN 0001-0143) | 0.05 | 7.15 |
| 778 200 | | • Litigation Copies | 0.13 | 101.14 |
| | | 0505-140 | | |

Non-party docs.

5-9-05
OK TO PAY
01721916
*(signature)*

We appreciate your business and prompt payment.  Our Terms are net 15 days.  Thank you.

| | TOTAL | $120.59 |
|--|-------|---------|

Signature for acceptance of services represented by this invoice.

_____Date_____

PLEASE PAY FROM THIS INVOICE

**ON SITE**

Terms : Net 15 Days

Invoice Date : 07/01/06

*Fed ID : 54-1648470*

# Invoice
## Replaces CH00186229
## CH00200325

CORPORATE OFFICE: 832 North Henry Street, Alexandria, VA 22314 Telephone: 703-276-1123 Facsimile: 703-683-0240

| | | | | | | |
|---|---|---|---|---|---|---|
| 550 South Hope Street | 1313 North Market Street | 443 Park Ave. South | 1617 JFK Blvd | 200 Permalune Place | 300 W. Adams Street | 955 McKinney |
| Suite 800 | Hercules Building, Suite 1130 | 9th Floor | Suite 430 | | Suite 605 | |
| Los Angeles, California 90071 | Wilmington 19801 | New York, NY 10016 | Philadelphia, PA 19103 | Atlanta, GA 30318 | Chicago, IL 60606 | Houston, TX 77002 |
| Telephone: 213-239-8168 | Telephone. 302-655-3004 | Telephone: 212-252-9700 | Telephone: 215-568-8140 | Telephone: 404-351-2679 | Telephone: 312-704-1050 | Telephone: 713-229-9585 |
| Facsimile: 213-689-0417 | Facsimile: 302-655-3005 | Facsimile: 212-252-1717 | Facsimile: 215-568-9289 | Facsimile: 404-351-7823 | Facsimile : 312-704-1090 | Facsimile : 713-229-9592 |

**Bill To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| CH00200325 | MB&006 | Oracle | 111 | 11/10/05 | CH00183049 | ONSITE |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Copies 8.5x11 | 769564.000 | | 0.1000 | | 76956.40 |
| Bates and "Confidential" Labels | 297748.000 | | 0.0500 | | 14887.40 |
| Additional Labor Neeto Meet Rush Delivery Deadline | 70.000 | | 18.0000 | | 1260.00 |
| Shipping Charges- Quick International Courier | 1.000 | | 5749.3800 | | 5749.38 |

## PAYMENT DUE DATE :    07/16/06

Remarks :

**Accepted Credit Cards:**

  

**Thank you for your business.**
**Please remit checks to :**
**On-Site Sourcing, Inc.**
**PO BOX 673564**
**DETROIT, MI 48267-3564**

| | |
|---|---|
| Taxable Subtotal | 0.00 |
| Nontaxable Subtotal | 98853.18 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $ 98,853.18 |

*If you have any questions about your bill, please call us @ (703) 276-1123.*

**ON SITE**
a discovery

Terms : Net 15 Days
Invoice Date : 12/16/05
*Fed ID : 54-1648470*

# Invoice
# IC00180486

| CORPORATE OFFICE: | 1348 Chestnut Street | 443 Park Ave. South | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 955 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | Atlanta, GA 30318 | Suite 1101 | Suite 905 | Houston, TX 77002 |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | Telephone: 404-351-2879 | Wilmington, DE 19801 | Chicago, IL 60606 | Telephone: 713-229-9595 |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone: 212-252-8700 | Facsimile: 404-351-7823 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Facsimile: 713-229-9592 |
| Facsimile: 703-683-0240 | Facsimile: 215-568-8289 | Facsimile: 212-252-1717 | | Facsimile: 302-655-3005 | Facsimile: 312-704-1090 | |

Bill To:
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

Ship To:
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00180486 | MB&006 | ORACLE | 111 | 11/11/05 | IC00181521 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Electronic File Processing | 3960 | 12/02/05 | 0.0400 | | 158.40 |
| TIFF Conversion | 3760.000 | 12/02/05 | 0.0900 | | 338.40 |
| Technical Time | 2.000 | 12/02/05 | 35.0000 | | 70.00 |
| Master CDs | 4.000 | 12/02/05 | 25.0000 | | 100.00 |

## PAYMENT DUE DATE :        01/06/06

Remarks :
1 CD - EFP, TIFF conversion, PDF, Deliver in Summation.
Project Name: Bugs from C. Russell
Master CD Volume: ORC034

**Accepted Credit Cards:**

  

Thank you for your business.
Please remit checks to :
On-Site Sourcing, Inc.
PO Box 75495
Baltimore, MD 21275

| Taxable Subtotal | 0.00 |
|---|---|
| Nontaxable Subtotal | 666.80 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $   666.80 |

*If you have any questions about your bill, please call us @ (703) 276-1123.*

Control Copy                 MB&006 IC00180486 CR 10.00%

Page   1

**ON SITE**

Terms : Net 15 Days
Invoice Date : 12/16/05
*Fed ID : 54-1648470*

**Invoice**
**CH00180499**

| CORPORATE OFFICE: | 1346 Chestnut Street | 443 Park Ave. South | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 955 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | Atlanta, GA 30319 | Suite 1101 | Suite 605 | Houston, TX 77002 |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | Telephone: 404-351-2679 | Wilmington, DE 19801 | Chicago, IL 60606 | Telephone : 713-229-9595 |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone 212-262-8700 | Facsimile: 404-351-7823 | Telephone: 302-655-3004 | Telephone : 312-704-1060 | Facsimile  713-229-8692 |
| Facsimile:  703-683-0240 | Facsimile:  215-568-8299 | Facsimile: 212-252-1717 | | Facsimile: 302-655-3005 | Facsimile  312-704-1090 | |

**Bill To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| CH00180499 | MB&006 | Depositions & Exhibits | 111 | 12/02/05 | CH00182961 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Copies 8.5X11 - Light Litigation | 10526.000 | 12/05/05 | 0.1000 | | 1052.60 |
| Bates Labels | 10526.000 | 12/05/05 | 0.0500 | | 526.30 |
| "Confidential" Labels | 10526.000 | 12/05/05 | 0.0500 | | 526.30 |

## PAYMENT DUE DATE :          01/06/06

Remarks :
4 Boxes - Label and Copy x1
Starting Bates: NDCA-ORCL 603902
Project: Oracle Derivitive

**Accepted Credit Cards:**

 

**Thank you for your business.**
**Please remit checks to :**
**On-Site Sourcing, Inc.**
**PO Box 75495**
**Baltimore, MD 21275**

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| Taxable Subtotal | 0 00 |
|---|---|
| Nontaxable Subtotal | 2105 20 |
| Tax (8.750%) | 0 00 |
| Total Invoice | $  2,105.20 |

Customer Original               MB&006 CH00180499 CR 10 00%               Page   1



Terms : Net 15 Days

Invoice Date : 12/16/05

*Fed ID : 54-1648470*

# Invoice
## CH00180500

| CORPORATE OFFICE: | 1346 Chestnut Street | 443 Park Ave. South | 200 Parmakine Place | 1201 Orange Street | 300 W Adams Street | 955 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | | Suite 1101 | Suite 805 | |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | Atlanta, GA 30318 | Wilmington, DE 19801 | Chicago, IL 60606 | Houston, TX 77002 |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone: 212-252-9700 | Telephone: 404-351-2679 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Telephone: 713-229-9595 |
| Facsimile: 703-683-0240 | Facsimile: 215-568-9289 | Facsimile: 212-262-1717 | Facsimile: 404-351-7823 | Facsimile: 302-656-3005 | Facsimile: 312-704-1090 | Facsimile : 713-229-9592 |

**Bill To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| CH00180500 | MB&006 | 0172-1916 | 111 | 12/05/05 | CH00183059 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| Copies 8.X11 - Medium Litigation | 3135.000 | 12/05/05 | 0.1200 | | 376.20 |
| Labels | 1045.000 | 12/05/05 | 0.0500 | | 52.25 |
| GBC Binding | 3.000 | 12/05/05 | 2.0000 | | 6.00 |

## PAYMENT DUE DATE :        01/06/06

**Remarks :**
3 Redwelds - Label, Copy x3 and Bind
Starting Bates: ORR 000001
Project: Oracle - Cathy Orr
Requestor: Sheila Carey

**Accepted Credit Cards:**

  

**Thank you for your business.**
**Please remit checks to :**
**On-Site Sourcing, Inc.**
**PO Box 75495**
**Baltimore, MD 21275**

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| | |
|---|---|
| Taxable Subtotal | 0.00 |
| Nontaxable Subtotal | 434.45 |
| Tax (8.750%) | 0 00 |
| Total Invoice | $    434.45 |

Customer Original                MB&006 CH00180500 CR 10.00%

Page   1

**ON SITE**
@ DISCOVERY

Terms : Net 15 Days
Invoice Date : 12/28/05
*Fed ID : 54-1648470*

# Invoice
## IC00181108

| CORPORATE OFFICE: | 1346 Chestnut Street | 443 Park Ave. South | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 905 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | Atlanta, GA 30318 | Suite 1101 | Suite 605 | Houston, TX 77002 |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | | Wilmington, DE 19801 | Chicago, IL 60606 | |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone: 212-252-9700 | Telephone: 404-351-2679 | Telephone: 302-656-3004 | Telephone: 312-704-1050 | Telephone: 713-229-9595 |
| Facsimile: 703-683-0240 | Facsimile: 215-568-9289 | Facsimile: 212-252-1717 | Facsimile: 404-351-7623 | Facsimile: 302-656-3005 | Facsimile: 312-704-1090 | Facsimile: 713-229-9592 |

**Bill To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00181108 | MB&006 | Non-Party | 111 | 12/06/05 | IC00183228 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Scanning | 215.000 | 12/14/05 | 0.1200 | | 25 80 |
| OCR/PDF | 215.000 | 12/14/05 | 0.0300 | | 6.45 |
| Coding | 168.000 | 12/14/05 | 1.2500 | | 210 00 |
| Master CDs | 2.000 | 12/14/05 | 25.0000 | | 50 00 |

## PAYMENT DUE DATE :     01/18/06

Remarks :
2 Stacks - Scan, Code, OCR/PDF
Project: Oracle - "PRG-Schultz & ConocoPhillips"
Master CD Volumes: CONOCO001, PRG003

**Accepted Credit Cards:**

  

**Thank you for your business.**
**Please remit checks to :**
**On-Site Sourcing, Inc.**
**PO Box 75495**
**Baltimore, MD 21275**

| | |
|---|---|
| Taxable Subtotal | 0.00 |
| Nontaxable Subtotal | 292.25 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $ 292 25 |

*If you have any questions about your bill, please call us @ (703) 276-1123.*

Customer Original                    MB&006 IC00181108 CR 10 00%

**ON SITE**
DISCOVERY

Terms . Net 15 Days
Invoice Date : 12/31/05
*Fed ID : 54-1648470*

**Invoice**
**IC00181972**

| CORPORATE OFFICE: | 1348 Chestnut Street | 443 Park Ave. South | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 955 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | Atlanta, GA 30318 | Suite 1101 | Suite 605 | Houston, TX 77002 |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | Telephone: 404-351-2679 | Wilmington, DE 19801 | Chicago, IL 60606 | Telephone: 713-229-9595 |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone: 212-252-8700 | Facsimile: 404-351-7923 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Facsimile: 713-229-9592 |
| Facsimile: 703-683-0240 | Facsimile: 215-568-9280 | Facsimile: 212-252-1717 | | Facsimile: 302-656-3005 | Facsimile: 312-704-1090 | |

Bill To:
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

Ship To:
Attn. Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00181972 | MB&006 | 0172-1916 | 111 | 12/08/05 | IC00185268 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Electronic File Processing | 47 | 12/31/05 | 0.0400 | | 1.88 |
| Branding (No Charge) | 98.000 | 12/31/05 | 0.0000 | | 0.00 |
| TIFF Conversion | 98.000 | 12/31/05 | 0.0900 | | 8.82 |
| OCR | 98.000 | 12/31/05 | 0.0300 | | 2.94 |
| Technical Time | 1.000 | 12/31/05 | 125.0000 | | 125.00 |

| **PAYMENT DUE DATE :** | **01/21/06** |
|---|---|

Remarks :
Project: Oracle
EFP, TIFF Conversion, OCR and Branding of Images from FTP Server
Volume: ORC039; Beginning Bates: NDCA-ORCL 612432

**Accepted Credit Cards:**

  

Thank you for your business.
Please remit checks to :
On-Site Sourcing, Inc.
PO Box 75495
Baltimore, MD 21275

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| Taxable Subtotal | 0.00 |
|---|---|
| Nontaxable Subtotal | 138.64 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $ 138.64 |

Customer Original          MB&006 IC00181972 CR 10.00%                    Page   1

**ON SITE**
B-DISCOVERY

Terms : Net 15 Days
Invoice Date : 12/31/05
*Fed ID : 54-1648470*

# Invoice
# IC00181973

| CORPORATE OFFICE: | 1346 Chestnut Street | 443 Park Ave. South | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 955 McKinney |
|---|---|---|---|---|---|---|
| 832 North Henry Street | Mezzanine Level | 9th Floor | Atlanta, GA 30318 | Suite 1101 | Suite 606 | Houston, TX 77002 |
| Alexandria, VA 22314 | Philadelphia, PA 19107 | New York, NY 10016 | Telephone: 404-351-2879 | Wilmington, DE 19801 | Chicago, IL 60606 | Telephone: 713-229-9596 |
| Telephone: 703-276-1123 | Telephone: 215-568-8140 | Telephone: 212-252-9700 | Facsimile: 404-351-7823 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Facsimile: 713-229-9592 |
| Facsimile: 703-683-0240 | Facsimile: 215-568-9280 | Facsimile: 212-252-1717 | | Facsimile: 302-655-3005 | Facsimile: 312-704-1090 | |

**Bill To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00181973 | MB&006 | 0172-1916 | 111 | 12/09/05 | IC00185269 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| Electronic File Processing | 17 | 12/31/05 | 0.0400 | | 0.68 |
| TIFF Conversion | 32.000 | 12/31/05 | 0.0900 | | 2.88 |
| Technical Time | 1.000 | 12/31/05 | 125.0000 | | 125.00 |

## PAYMENT DUE DATE :        01/21/06

**Remarks**
Project Name: Oracle
EFP and Tiff Conversion of images from the FTP server.
Volume: ORC040; Beginning Bates: NDCA-ORCL 612530

**Accepted Credit Cards:**

  

**Thank you for your business.**
**Please remit checks to :**
**On-Site Sourcing, Inc.**
**PO Box 75495**
**Baltimore, MD 21275**

| Taxable Subtotal | 0.00 |
|---|---|
| Nontaxable Subtotal | 128.56 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $      128.56 |

*If you have any questions about your bill, please call us @ (703) 276-1123.*

Customer Original                MB&006 IC00181973 CR 10.00%                Page    1



Terms . Net 15 Days

Invoice Date : 02/22/06

Fed ID : 54-1648470

# Invoice

# CH00186230

**CORPORATE OFFICE: 832 North Henry Street, Alexandria, VA 22314, Telephone: 703-276-1123, Facsimile: 703-683-0240**

| | | | | | | |
|---|---|---|---|---|---|---|
| 443 Park Ave South | 1617 JFK Blvd | 200 Permalune Place | 1201 Orange Street | 300 W Adams Street | 965 McKinney | 10100 Santa Monica Blvd |
| 9th Floor | Suite 430 | | Suite 1101 | Suite 605 | | Suite 1210 |
| New York, NY 10016 | Philadelphia, PA 19103 | Atlanta, GA 30318 | Wilmington, DE 19801 | Chicago, IL 60606 | Houston, TX 77002 | Los Angeles, CA 90067 |
| Telephone 212-252-5700 | Telephone. 215-568-8140 | Telephone: 404-351-2679 | Telephone: 302-655-3004 | Telephone . 312-704-1050 | Telephone: 713-229-9595 | Telephone: 310-785-6477 |
| Facsimile 212-252-1717 | Facsimile: 215-568-9289 | Facsimile 404-351-7823 | Facsimile: 302-655-3005 | Facsimile . 312-704-1090 | Facsimile: 713-229-9592 | Facsimile 310-785-9247 |

**Bill To:**
Attn. Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| CH00186230 | MB&006 | Oracle | 111 | 12/28/05 | CH00184917 | ONSITE |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| Copies 8 5x11 | 192391.000 | / / | 0.1000 | | 19239.10 |

| **PAYMENT DUE DATE :** | **03/15/06** |
|---|---|

**Remarks :**
Invoice for 1 set of Oracle Debit Memo & Supplemental Production Projects

**Accepted Credit Cards:**

  

**Thank you for your business.**
**Please remit checks to :**
  On-Site Sourcing, Inc.
  PO BOX 673564
  DETROIT MI 48267-3564

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| Taxable Subtotal | 0.00 |
|---|---|
| Nontaxable Subtotal | 19239 10 |
| Tax (8 750%) | 0.00 |
| Total Invoice | $  19,239.10 |

Customer Original (Reprinted)          MB&006 CH00186230 CR 10 00%  R-CH00181349 12/30/05          Page    1

**ON SITE** DISCOVERY

Terms : Net 15 Days
Invoice Date : 01/31/06
Fed ID : 54-1648470

# Invoice
# IC00184749

CORPORATE OFFICE: 832 North Henry Street, Alexandria, VA 22314, Telephone: 703-276-1123, Facsimile: 703-683-0240

| 443 Park Ave. South | 1617 JFK Blvd | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 955 McKinney | 10100 Santa Monica Blvd |
|---|---|---|---|---|---|---|
| 9th Floor | Suite 430 | | Suite 1101 | Suite 605 | | Suite 1210 |
| New York, NY 10016 | Philidelphia, PA 19103 | Atlanta, GA 30319 | Wilmington, DE 19801 | Chicago, IL 60606 | Houston, TX 77002 | Los Angeles, CA 90067 |
| Telephone: 212-252-9700 | Telephone: 215-568-8140 | Telephone: 404-351-2679 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Telephone: 713-229-9595 | Telephone: 310-785-6677 |
| Facsimile: 212-252-1717 | Facsimile: 215-568-9289 | Facsimile: 404-351-7823 | Facsimile: 302-655-3005 | Facsimile: 312-704-1080 | Facsimile: 713-229-9592 | Facsimile: 310-788-9247 |

Bill To:
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

Ship To:
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00184749 | MB&006 | 01-7219-16 | 111 | 01/05/06 | IC00185437 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Electronic File Processing | 16 | 01/09/06 | 0.0400 | | 0.64 |
| TIFF Conversion | 66.000 | 01/09/06 | 0.0900 | | 5.94 |
| Technical Time | 1.000 | 01/09/06 | 125.0000 | | 125.00 |
| Master CD | 1.000 | 01/09/06 | 25.0000 | | 25.00 |
| Duplicate CDs | 3.000 | 01/09/06 | 15.0000 | | 45.00 |
| Delivery Charges | 1.000 | 01/09/06 | 40.0500 | | 40.05 |

## PAYMENT DUE DATE :      02/21/06

Remarks :
Convert designated files from FTP site to multi-page Tiff, create parent/
child database and burn to CD.  Created Master CD Volume ORC041

Accepted Credit Cards:

  

Thank you for your business.
Please remit checks to :
    On-Site Sourcing, Inc.
    PO BOX 673564
    DETROIT MI 48267-3564

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| Taxable Subtotal | 0.00 |
|---|---|
| Nontaxable Subtotal | 241.63 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $    241.63 |

Customer Original (Reprinted)        MB&006 IC00184749 CR 10.00%

Page   1



ON SITE
DISCOVERY

Terms : Net 15 Days
Invoice Date : 01/31/06
Fed ID : 54-1648470

# Invoice
## IC00184751

**CORPORATE OFFICE: 832 North Henry Street, Alexandria, VA 22314, Telephone: 703-276-1123, Facsimile: 703-683-0240**

| | | | | | | |
|---|---|---|---|---|---|---|
| 443 Park Ave. South | 1617 JFK Blvd | 200 Permalune Place | 1201 Orange Street | 300 W. Adams Street | 985 McKinney | 10100 Santa Monica Blvd |
| 9th Floor | Suite 430 | | Suite 1101 | Suite 605 | | Suite 1210 |
| New York, NY 10016 | Philadelphia, PA 19103 | Atlanta, GA 30318 | Wilmington, DE 19801 | Chicago, IL 60608 | Houston, TX 77002 | Los Angeles, CA 90067 |
| Telephone: 212-252-9700 | Telephone: 215-568-8140 | Telephone: 404-351-2678 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Telephone: 713-229-8696 | Telephone: 310-785-6677 |
| Facsimile: 212-252-1717 | Facsimile: 215-568-9289 | Facsimile: 404-351-7823 | Facsimile: 302-655-3008 | Facsimile: 312-704-1090 | Facsimile: 713-229-8092 | Facsimile: 310-785-8247 |

**Bill To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00184751 | MB&006 | 01-7219-16 | 111 | 01/09/06 | IC00188004 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Electronic File Processing | 11 | 01/10/06 | 0.0400 | 0.040 | 0.44 |
| TIFF Conversion | 99.000 | 01/10/06 | 0.0900 | | 8.91 |
| Duplicate CDs | 3.000 | 01/10/06 | 15.0000 | | 45.00 |
| Techincal Time | 1.000 | 01/10/06 | 125.0000 | | 125.00 |
| Delivery Charges | 1.000 | 01/10/06 | 36.3900 | | 36.39 |

## PAYMENT DUE DATE :      02/21/06

**Remarks**
FTP Site Data - EFP and Convert to Tiff
Create Parent/Child Database
Create 3 Copies of Master CD Volume ORC042
Project: Oracle

**Accepted Credit Cards:**

VISA   MasterCard

**Thank you for your business.**
**Please remit checks to :**
   **On-Site Sourcing, Inc.**
   **PO BOX 673564**
   **DETROIT MI 48267-3564**

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| | |
|---|---|
| Taxable Subtotal | 0.00 |
| Nontaxable Subtotal | 215.74 |
| Tax (8.750%) | 0.00 |
| Total Invoice | $    215.74 |

Customer Original (Reprinted)          MB&006 IC00184751 CR 10.00%                 Page   1

Page 1 of 1

**IKON Document Efficiency At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | SAF06020175 |
| Invoice Date: | 02/07/2006 |
| Due Date: | 03/09/2006 |
| Terms | Net 30 Days |
| Customer Code: | SAF-L000 |
| Natl ID: | 64098 |

IKON Office Solutions - San Francisco, CA
Phone:  (415) 392-6850      Fax:  (415) 439-5887
Federal ID:  230334400

**Sold To:**
LERACH, COUGHLIN, STOIA & ROBBINS
401 B STREET
SUITE #1700
SAN DIEGO, CA 92101

RECEIVED

NOT PAID
AS OF

5-11 200 6
INITIALS   Man

Price Using: LERACH, COUGHLIN, STOIA & ROBBINS Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 201064-00001 | SAN FRANCISCO | ORACLE | Sexson, Maureen |

**Shipped TO:   LERACH, COUGHLIN, STOIA & ROBBINS 100 PINE STREET , SAN FRANCISCO, CA, 94111**

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0601-0775 | 01/27/2006 | RYAN GUIBOA | | | |
| | | Prints w/o Assembly | 6,124.00 | 0.080 | 489.92 |
| | | | | SalesOrder Total: | 489.92 |

| **Shipment Totals:** | Taxable Sales: | 489.92 | | | |
|---|---|---|---|---|---|
| | Sales Tax: | 41.64 | Postage: | 0.00 | |
| | Non-Taxable: | 0.00 | Delivery: | 0.00 | Total Shipment: 531.56 |

ORIGINAL JOB # SO-0601-0775 SPLIT TO SAF 0602-0175 & 0602-0177



**1015071**

ok to pay
Jr. 30439
038128.0025

---

| **Please Pay From This Invoice** | | |
|---|---|---|
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within  30 days.  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 30 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 489.92 |
| | Sales Tax: | 41.64 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **Pay This Amount** | 531.56 |

Received and Approved by: _____       Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
LERACH, COUGHLIN, STOIA & ROBBINS
401 B STREET
SUITE #1700
SAN DIEGO, CA 92101

| **Amount Enclosed** |
|---|
| $ |

**Invoice: SAF06020175**
Invoice Date: **02/07/2006**
Due Date: **03/09/2006**
Customer Code: **SAF-L000**
Natl ID: **64098**

**Remit To:**
**IKON Office Solutions**
P O Box 31001-0743
Pasadena, CA 91110-0743

**Pay This Amount**   $   **531.56**



**ON SITE**
DISCOVERY

Terms : Net 15 Days

Invoice Date : 02/28/06

Fed ID : 54-1648470

# Invoice
# IC00187331

CORPORATE OFFICE: 832 North Henry Street, Alexandria, VA 22314, Telephone: 703-276-1123, Facsimile:  703-683-0240

| | | | | | | |
|---|---|---|---|---|---|---|
| 443 Park Ave. South<br>9th Floor<br>New York, NY 10016<br>Telephone: 212-252-9700<br>Facsimile: 212-252-1717 | 1617 JFK Blvd<br>Suite 430<br>Philadelphia, PA 19103<br>Telephone. 215-568-8140<br>Facsimile: 215-568-9299 | 200 Permalune Place<br>Atlanta, GA 30318<br>Telephone. 404-351-2679<br>Facsimile: 404-351-7823 | 1201 Orange Street<br>Suite 1101<br>Wilmington, DE 19801<br>Telephone. 302-655-3004<br>Facsimile: 302-655-3005 | 300 W. Adams Street<br>Suite 606<br>Chicago, IL 60606<br>Telephone. 312-704-1050<br>Facsimile: 312-704-1090 | 955 McKinney<br>Houston, TX 77002<br>Telephone: 713-229-9585<br>Facsimile: 713-229-9592 | 10100 Santa Monica Blvd<br>Suite 1210<br>Los Angeles, CA 90067<br>Telephone: 310-785-6677<br>Facsimile  310-785-9247 |

**Bill To:**
Attn. Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S  Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No | Customer | Client/Matter/PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| IC00187331 | MB&006 | Oracle | 111 | 01/30/06 | IC00187399 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| Electronic File Processing | 182 | 02/01/06 | 0 0400 | | 7.28 |
| Scanning | 414.000 | 02/01/06 | 0.1200 | | 49.68 |
| Branding | 1804.000 | 02/01/06 | 0.0000 | | 0 00 |
| TIFF Conversion | 1804.000 | 02/01/06 | 0.0900 | | 162.36 |
| OCR | 414.000 | 02/01/06 | 0.0300 | | 12.42 |
| Technical Time - Electronic File Processing | 1.000 | 02/01/06 | 125.0000 | | 125.00 |
| Technical Time - Redacting | 1.000 | 02/01/06 | 35.0000 | | 35.00 |

## PAYMENT DUE DATE :      03/21/06

**Remarks :**
1 Redweld & 2 Stacks - Scan, Redact, Convert to Tiff, Brand, OCR
Project Name: ORC043
Master CD Volume. ORC043

**Accepted Credit Cards:**

  

**Thank you for your business.**
**Please remit checks to :**
  On-Site Sourcing, Inc.
**PO BOX 673564**
**DETROIT MI 48267-3564**

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| | |
|---|---|
| Taxable Subtotal | 0 00 |
| Nontaxable Subtotal | 391.74 |
| Tax (8 750%) | 0 00 |
| Total Invoice | $    391.74 |

Page 1 of 1

**IKON** **Document Efficiency**
**At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | SAF06020201 |
| Invoice Date: | 02/08/2006 |
| Due Date: | 03/10/2006 |
| Terms | Net 30 Days |
| Customer Code: | SAF-L000 |
| Natl ID: | 64098 |

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850      Fax: (415) 439-5887
Federal ID: 230334400

Sold To:
LERACH, COUGHLIN, STOIA & ROBBINS
401 B STREET
SUITE #1700
SAN DIEGO, CA 92101

NOT PAID
AS OF

RECEIVED

5-11 2006
INITIALS

Price Using: LERACH, COUGHLIN, STOIA & ROBBINS Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 201064-00001 | SAN FRANCISCO | ORACLE | Sexson, Maureen |

**Shipped TO:**   LERACH, COUGHLIN, STOIA & ROBBINS 100 PINE STREET , SAN FRANCISCO, CA, 94111

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0602-0082 | 02/02/2006 | LISSETTE VASQUEZ | | | |
| | | Prints w/ Assembly | 5,454.00 | 0.100 | 545.40 |
| | | | | SalesOrder Total: | 545.40 |

| Shipment Totals: | Taxable Sales: | 545.40 | | | |
|---|---|---|---|---|---|
| | Sales Tax: | 46.36 | Postage: | 0.00 | |
| | Non-Taxable: | 0.00 | Delivery: | 0.00 | Total Shipment: 591.76 |

ORIGINAL JOB # SO-0602-0082 SPLIT SAF 0602-0201 & 0602-0202

**1015072**

---

| Please Pay From This Invoice | | |
|---|---|---|
| | Taxable Sales: | 545.40 |
| Your signature below is an agreement that the above described work has been authorized | Sales Tax: | 46.36 |
| and received. The party above assures payment of this invoice within 30 days. Interest | Non-Taxable: | 0.00 |
| at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on | Postage: | 0.00 |
| invoices not paid in 30 days. Customer agrees to pay legal fees incurred in the collection | Delivery: | 0.00 |
| of past due accounts. | **Pay This Amount** | 591.76 |

Received and Approved by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
LERACH, COUGHLIN, STOIA & ROBBINS
401 B STREET
SUITE #1700
SAN DIEGO, CA 92101

| Amount Enclosed |
|---|
| $ |

Invoice: SAF06020201
Invoice Date: 02/08/2006
Due Date: 03/10/2006
Customer Code: SAF-L000
Natl ID: 64098

Remit To:
IKON Office Solutions
P O Box 31001-0743
Pasadena, CA 91110-0743

**Pay This Amount**   $   591.76



Terms : Net 15 Days

Invoice Date : 02/28/06

*Fed ID : 54-1648470*

# Invoice
# CH00186956

**CORPORATE OFFICE: 832 North Henry Street, Alexandria, VA 22314, Telephone: 703-276-1123, Facsimile:  703-683-0240**

| 443 Park Ave South | 1617 JFK Blvd | 200 Permalume Place | 1201 Orange Street | 300 W. Adams Street | 955 McKinney | 10100 Santa Monica Blvd |
|---|---|---|---|---|---|---|
| 9th Floor | Suite 430 | | Suite 1101 | Suite 605 | | Suite 1210 |
| New York, NY 10016 | Philadelphia, PA 19103 | Atlanta, GA 30318 | Wilmington, DE 19801 | Chicago, IL 60606 | Houston, TX 77002 | Los Angeles, CA 90067 |
| Telephone: 212-252-3700 | Telephone: 215-568-8140 | Telephone: 404-351-2679 | Telephone: 302-655-3004 | Telephone: 312-704-1050 | Telephone: 713-229-9595 | Telephone: 310-785-8677 |
| Facsimile  212-252-1717 | Facsimile: 215-568-9289 | Facsimile:  404-351-7823 | Facsimile: 302-655-3005 | Facsimile: 312-704-1090 | Facsimile: 713-229-9592 | Facsimile : 310-785-9247 |

**Bill To:**
Attn. Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

**Ship To:**
Attn: Jill Friedman
Mayer Brown Rowe & Maw LLP
71 S. Wacker Drive
43rd Floor
Chicago, IL 60606

| Invoice No. | Customer | Client Matter PO Number | Salesperson | Order Date | Order Number | Ship Via |
|---|---|---|---|---|---|---|
| CH00186956 | MB&006 | Debit Memo Production | 111 | 02/07/06 | CH00188367 | On Site |

| Item Description | Quantity Ordered | Shipped | Unit Price | Discount % | Extended Price |
|---|---|---|---|---|---|
| Copies 8.5X11 | 8735.000 | 02/08/06 | 0.1200 | | 1048.20 |
| Labels | 8735.000 | 02/08/06 | 0.0500 | | 436.75 |
| Delivery Charges | 1.000 | 02/08/06 | 1269.1900 | | 1269 19 |

| PAYMENT DUE DATE : | 03/21/06 |
|---|---|

**Remarks :**
6 Boxes - Label and Copy x1
Starting Bates: NDCA-ORCL 3032008
Project Name. Oracle

**Accepted Credit Cards:**

 

Thank you for your business.
Please remit checks to :
  On-Site Sourcing, Inc.
  PO BOX 673564
  DETROIT MI 48267-3564

*If you have any questions about your bill, please call us @ (703) 276-1123.*

| Taxable Subtotal | 0.00 |
|---|---|
| Nontaxable Subtotal | 2754 14 |
| Tax (8 750%) | 0 00 |
| Total Invoice | $  2,754.14 |

Customer Original                MB&006 CH00186956 CR 10.00%                Page  1

# San Francisco LEGAL

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/20/2006 | 79638 |

| BILL TO: |
|----------|
| **Latham & Watkins**<br>**505 Montgomery St.**<br>**Suite 1900**<br>**San Francisco, CA 94111-2562** |



| BILLING # | CONTACT |
|-----------|---------|
| 038128.0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE RUSH E-DISCOVERY PROJECT**<br>**Follow Detailed Special Instructions** | | |
| 3,243 | **Native data received in two phases: 1) .PPT files and 2) .HTML**<br>**emails (exported Netscape data)**<br>**Electronic Data Discovery**<br>**Convert .PPT and .HTML files to Multi-Page .TIFF'S**<br>**Extract 100% accurate searchable text (DOCTEXT field and as**<br>**individual Multi-Page .TXT files)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.** | 0.15 | 486.45T |
| 3,243 | **Electronic Bates Numbering (bottom right)**<br>**NDCA-ORCL 615775 - 617075 (ORC048 - PPT)**<br>**NDCA-ORCL 617731 - 619672 (ORC050 - HTML)** | 0.02 | 64.86T |
| 2.1 | **Computer Time to create custom load files, rename native files**<br>**to match corresponding bates number, convert all .tiffs to**<br>**multipage for delivery**<br>**Custom directory structure: TIFFs and TXT, EFiles**<br>***** 2 SETS ***** | 95.00 | 199.50T |
| 4 | **CD Duplication: ORC048 & ORC050**<br>**Load File: Summation (.DII) and XREF file for Stratify** | 15.00 | 60.00T |
| 4 | **CD Jewel Cases** | 0.50 | 2.00T |
| 4 | **Custom CD Labels**<br>**RUSH!!!! Delivered as completed on a rolling basis**<br>**Data provided to Stratify per client's instructions** | 0.50 | 2.00T |
| | **THANK YOU**<br>**Sales Tax** | 8.50% | 69.26 |

*(handwritten) of to pay*
*(handwritten) 30439*
*(handwritten) 038128.0025*
*(handwritten stamp) RECEIVED MAR 0 7 2006 ACCOUNTING DEPT.*

**All work is complete!**

| RECEIVED BY: | | **TOTAL** | **$884.07** |
|--------------|--|-----------|-------------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.

Sent to Acctg: 8/23/0_

**PACIFIC DOCUMENT SERVICES, LLC.**
345 S. FIGUEROA STREET, #204
SUITE 204
LOS ANGELES, CA  90071

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/17/2006 | 61765 |

| BILL TO | ORIGINALS FROM |
|---------|----------------|
| Latham & Watkins<br>633 W. Fifth Street<br>42nd Floor<br>Los Angeles, CA  90017 | |

| REQUESTED BY: | TERMS | REP | SHIP DATE | CLIENT BILLING#: | JOB NAME: |
|---------------|-------|-----|-----------|------------------|-----------|
| Beth Collins | Net 30 | JM | 3/15/2006 | 038128-0025 | Oracle |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| BB | Blowbacks 8.5 x 11 | 1,080 | 0.06 | 64.80T |
| SI | Scanned Images 8.5 x11 | 205 | 0.15 | 30.75T |
| 14 | Scanned Images - 8.5 x 14 (Legal) | 108 | 0.17 | 18.36T |
| NA | Electronic Bates Number Applied | 313 | 0.01 | 3.13T |
| CT | Computer Time - IT Manual Renaming per page. | 2.75 | 50.00 | 137.50T |
| | Sales Tax | | 8.25% | 21.00 |

**1011500**

RECEIVED

AUG 2 3 2006   LJ

LATHAM & WATKINS LLP
BUSINESS OFFICE

| | Total | |
|---|-------|---|
| All past due invoices will accrue 1.5% interest per month after 30 days.<br>Federal Tax I.D.#95-4569486 | **Total** | $275.54 |

Page 1 of 1



**Document Efficiency**
*At Work.*

IKON Office Solutions - San Francisco, CA
Phone: (415) 392-6850      Fax: (415) 439-5887
Federal ID: 230334400

# INVOICE

| | |
|---|---|
| Invoice # | SAF06050097 |
| Invoice Date: | 05/04/2006 |
| Due Date: | 06/03/2006 |
| Terms | Net 30 Days |
| Customer Code: | SAF-L000 |
| Natl ID: | 64098 |

Sold To:
LERACH, COUGHLIN, STOIA & ROBBINS
401 B STREET
SUITE #1700
SAN DIEGO, CA 92101

RECEIVED

Price Using: LERACH, COUGHLIN, STOIA & ROBBINS Contract

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 201064-00001 | SAN FRANCISCO | ORACLE | Sexson, Maureen |

Shipped TO:   **LERACH, COUGHLIN, STOIA & ROBBINS 100 PINE STREET , SAN FRANCISCO, CA, 94111**

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Discount | Extension |
|---|---|---|---|---|---|---|
| **SO-0604-0095** | **04/05/2006** | **RYAN GUIBOA** | | | | |
| | | Prints w/o Assembly | 1,641.00 | 0.080 | -32.82 | 98.46 |
| | | | | | SalesOrder Total: | 98.46 |

| Shipment Totals: | Taxable Sales: | 98.46 | | | |
|---|---|---|---|---|---|
| | Sales Tax: | 8.37 | Postage: | 0.00 | |
| | Non-Taxable: | 0.00 | Delivery: | 0.00 | Total Shipment:   106.83 |



**1015073**

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 30 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 98.46 |
| Sales Tax: | 8.37 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **Pay This Amount** | **106.83** |

Received and Approved by: _____   Date: _____

**Please pay from this copy.  The party named on this bill is held responsible for payment.**

Payment From:
**LERACH, COUGHLIN, STOIA & ROBBINS**
401 B STREET
SUITE #1700
SAN DIEGO, CA 92101

| **Amount Enclosed** |
|---|
| $ |

Invoice: **SAF06050097**
Invoice Date: **05/04/2006**
Due Date: **06/03/2006**
Customer Code: **SAF-L000**
Natl ID: **64098**

Remit To:
**IKON Office Solutions**
P O Box 31001-0743



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111
Phone:   415-986-0111
Fax:       415-986-0633

Tax I.D. #  94-3173178

# Invoice

**Invoice Number**
**SF06-040435**

Invoice Date
Apr 27, 2006



1015023

Bill To:   **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Create CD | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | John Eastly | 4/27/06 | 04/27/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2 | master CDs ( ORC058, excel only ) | 15.0000 | 30.00 |

RECEIVED

|  | Subtotal | 30.00 |
|---|---|---|
| **Received By:** | Sales Tax | 2.55 |
| Check/Credit Memo No: | Total Invoice Amount | 32.55 |
|  | Payment/Credit Applied | |
|  | **TOTAL** | **32.55** |

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA  94111
Phone:  **415-986-0111**
Fax:     415-986-0633
Tax I.D. #  **94-3173178**

Bill To:   **Latham & Watkins LLP
505 Montgomery Street
Suite 1900
San Francisco, CA  94111**

# Invoice

**Invoice Number
SF06-060098**

Invoice Date
Jun 7, 2006

**1015908**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Conversion | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | John Eastly | 6/7/06 | 06/07/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 217 | converted | 0.1000 | 21.70 |
| 217 | OCR'D | 0.0400 | 8.68 |
| 217 | 2 endorsements ( confidential, bates # ) | 0.0400 | 8.68 |
| 2 | master CD ( ORC 062 ) | 15.0000 | 30.00 |
| 1 | tech. time | 35.0000 | 35.00 |

NOT PAID
AS OF

7-12 2006
INITIALS

RECEIVED

**Received By:**
Check/Credit Memo No:

| | |
|---|---|
| Subtotal | 104.06 |
| Sales Tax | 5.87 |
| Total Invoice Amount | 109.93 |
| Payment/Credit Applied | |
| **TOTAL** | **109.93** |

*1.5% per month Finance Charge on Past Due Invoices.*



# Invoice

**Invoice Number**
**SF06-060099**

Invoice Date
Jun 7, 2006

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:    415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

**1015907**

**Bill To:    Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Conversion | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | John Eastly | 6/7/06 | 06/07/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 36 | converted | 0.1000 | 3.60 |
| 36 | OCR'D | 0.4000 | 14.40 |
| 36 | endorsed | 0.0400 | 1.44 |
| 2 | master CDs (ORC063) | 15.0000 | 30.00 |
| 1 | tech. time | 35.0000 | 35.00 |

*ok to pay*
*30439*
*038128.0025*

RECEIVED

NOT PAID
AS OF
7-12-20 06
INITIALS

| | |
|---|---|
| Subtotal | 84.44 |
| Sales Tax | 4.20 |
| Total Invoice Amount | 88.64 |
| Payment/Credit Applied | |
| **TOTAL** | **88.64** |

**Received By:**
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL**
**One**
Legal Solutions

**Invoice**

**Invoice Number**
**SF06-060309**

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:**    **415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

Invoice Date
Jun 23, 2006


**1015916**

**Bill To:**    **Latham & Watkins LLP**
              **505 Montgomery Street**
              **Suite 1900**
              **San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 6/22/06 | 06/23/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1,357 | scan pages | 0.1000 | 135.70 |
| 1,357 | OCR'D | 0.0400 | 54.28 |
| 1,357 | endorsed( Confidential & bates # ) | 0.0400 | 54.28 |
| 345 | doc coded | 0.1500 | 51.75 |
| 2 | master CD | 15.0000 | 30.00 |

| | |
|---|---|
| Subtotal | 326.01 |
| Sales Tax | 27.71 |
| Total Invoice Amount | 353.72 |
| Payment/Credit Applied | |
| **TOTAL** | **353.72** |

**Received By:**
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



# Invoice

**120 Pine Street**
**San Francisco, CA 94111**

**Invoice Number**
**SF06-060383**

Invoice Date
Jun 29, 2006

**1015919**

| Phone: | **415-986-0111** |
| Fax: | 415-986-0633 |

**Tax I.D. #  94-3173178**

| BillTo: | **Latham & Watkins LLP** |
| | **505 Montgomery Street** |
| | **Suite 1900** |
| | **San Francisco, CA  94111** |

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Coversion | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 6/28/06 | 06/29/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 351 | converted pages | 0.1000 | 35.10 |
| 351 | OCR'D | 0.0400 | 14.04 |
| 351 | 2 endorsements ( CONFIDENTIAL, BATES # ) | 0.0400 | 14.04 |
| 2 | master CDs | 15.0000 | 30.00 |
| 3 | tech. time | 35.0000 | 105.00 |
| | (formatting excel, renaming files, | | |
| | creating custom load files) | | |

| | |
|---|---|
| Subtotal | 198.18 |
| Sales Tax | 7.92 |
| Total Invoice Amount | 206.10 |
| Payment/Credit Applied | |
| **TOTAL** | **206.10** |

**Received By:**
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL One**
Legal Solutions

**Invoice**

**Invoice Number**
**SF06-070258**

Invoice Date
Jul 25, 2006

120 Pine Street
San Francisco, CA 94111
Phone:   **415-986-0111**
Fax:      415-986-0633
Tax I.D. #  **94-3173178**

1065478

Bill To:   **Latham & Watkins LLP**
            **505 Montgomery Street**
            **Suite 1900**
            **San Francisco, CA 94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | John Eastly | 7/24/06 | 07/25/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 175 | scan pages | 0.1000 | 17.50 |
| 175 | OCR'D | 0.0400 | 7.00 |
| 175 | 2 endorsements (Confidential & Bates #) | 0.0400 | 7.00 |
| 2 | master CDs | 15.0000 | 30.00 |
| 1 | tech. time for creating custom fields/structure w/ coding | 35.0000 | 35.00 |

|  |  |
|---|---|
| Subtotal | 96.50 |
| Sales Tax | 5.23 |
| Total Invoice Amount | 101.73 |
| Payment/Credit Applied | |
| **TOTAL** | **101.73** |

Received By: _____
Check/Credit Memo No: _____

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL**
*One*
Legal Solutions

# Invoice

**Invoice Number**
**SF06-080075**

Invoice Date
Aug 4, 2006

**120 Pine Street**
**San Francisco, CA 94111**

Phone:   **415-986-0111**
Fax:       415-986-0633

**Tax I.D. # 94-3173178**

1065994

BillTo:   **Latham & Watkins LLP**
          **505 Montgomery Street**
          **Suite 1900**
          **San Francisco, CA 94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | IMAGE | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | JOHN EASTLY | 8/3/06 | 08/04/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 6 | CONVERTED PAGES | 0.1000 | 0.60 |
| 6 | OCR'D | 0.0400 | 0.24 |
| 6 | ENDORSED (BATES # & CONFIDENTIAL) | 0.0400 | 0.24 |
| 2 | MASTER CD | 15.0000 | 30.00 |
| 1 | TECH. TIME (FORMATTING EXCEL & CREATING | 35.0000 | 35.00 |
| | CUSTOM EXPORT STRUCTURE) | | |
| | (VOL. ORC070) | | |

RECEIVED
SEP 11 2006
ACCOUNTING DEPT.

30439
038128.0025

NOT PAID
AS OF

9-11  20 06
INITIALS

| | | |
|---|---|---|
| Subtotal | | 66.08 |
| Sales Tax | | 2.64 |
| Total Invoice Amount | | 68.72 |
| Payment/Credit Applied | | |
| **TOTAL** | | **68.72** |

**Received By:** _____

Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



Legal Solutions

120 Pine Street
San Francisco, CA  94111
Phone:   **415-986-0111**
Fax:      415-986-0633
Tax I.D. #  94-3173178

Bill To:   **Latham & Watkins LLP**
           **505 Montgomery Street**
           **Suite 1900**
           **San Francisco, CA  94111**

# Invoice

**Invoice Number**
**SF06-080092**

Invoice Date
Aug 8, 2006

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | John Eastly | 8/7/06 | 08/08/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 11,712 | convert pages | 0.1000 | 1,171.20 |
| 11,712 | OCR'D | 0.0400 | 468.48 |
| 11,712 | endorsed ( bates # & confidential ) | 0.0400 | 468.48 |
| 2 | master CDs | 15.0000 | 30.00 |
| 3 | tech. time | 35.0000 | 105.00 |

|  |  |
|---|---|
| Subtotal | 2,243.16 |
| Sales Tax | 181.74 |
| Total Invoice Amount | 2,424.90 |
| Payment/Credit Applied | |
| **TOTAL** | **2,424.90** |

**Received By:**
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:   415-986-0111**
Fax:      415-986-0633
**Tax I.D. #  94-3173178**

Bill To:  **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

# Invoice

**Invoice Number**
**SF06-080199**

Invoice Date
Aug 25, 2006

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Convert/Redact | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | John Eastly | 8/15/06 | 08/25/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| | CONVERSION FOR REDACTED EXECEL FILES | | |
| 78,834 | conversion | 0.1000 | 7,883.40 |
| 78,834 | embed | 0.0200 | 1,576.68 |
| 78,834 | OCR'D | 0.0400 | 3,153.36 |
| 4 | CDs | 15.0000 | 60.00 |

| | |
|---|---|
| Subtotal | 12,673.44 |
| Sales Tax | 1,077.24 |
| Total Invoice Amount | 13,750.68 |
| Payment/Credit Applied | |
| **TOTAL** | **13,750.68** |

**Received By:** _____  _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111
Phone:   **415-986-0111**
Fax:       415-986-0633
Tax I.D. #  **94-3173178**

# Invoice

**Invoice Number**
**SF06-080363**

Invoice Date
Aug 25, 2006

Bill To:       **Latham & Watkins LLP**
                  **505 Montgomery Street**
                  **Suite 1900**
                  **San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 8/23/06 | 08/25/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 35,743 | scan pages | 0.1000 | 3,574.30 |
| 35,743 | OCR'D | 0.0400 | 1,429.72 |
| 35,743 | 2 endorsements ( Confidential, Bates # ) | 0.0400 | 1,429.72 |
| 465 | doc coded | 0.1000 | 46.50 |
| 3 | master DVD | 35.0000 | 105.00 |
| 1 | tech. time | 35.0000 | 35.00 |

| | | |
|---|---|---|
| Subtotal | | 6,620.24 |
| Sales Tax | | 559.75 |
| Total Invoice Amount | | 7,179.99 |

**Received By:** _____

Check/Credit Memo No:

Payment/Credit Applied

**TOTAL** **7,179.99**

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco LEGAL

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/25/2006 | 87032 |

**BILL TO:**

Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562



| BILLING # | CONTACT |
|-----------|---------|
| 08128.0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
|  | **Nativer redaction, conversion, branding project.** |  |  |
| 33,850 | **Electronic Data Discovery** | 0.15 | 5,077.50T |
| 33,850 | **Electronic Bates Numbering - NDCA-ORCL 635509 - NDCA-ORCL 666915** | 0.02 | 677.00T |
| 33,850 | **Designation - CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 677.00T |
| 8 | **Programming time to create redaction program that removes rows of customer information based on control .xls list provided by client** | 150.00 | 1,200.00T |
| 3 | **Tech time to run and QC redactions** | 75.00 | 225.00T |
| 2 | **CD Creation - ORC072 & ORC073** | 15.00 | 30.00T |
| 2 | **Custom CD Labels** | 0.50 | 1.00T |
| 2 | **CD Jewel Cases** | 0.50 | 1.00T |
|  |  |  |  |
|  | **THANK YOU** |  |  |
|  | **Sales Tax** | 8.50% | 670.52 |

| RECEIVED BY: | TOTAL | $8,559.02 |
|--------------|-------|-----------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred



**DIGITAL**
*One*
Legal Solutions

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:   415-986-0111**
Fax:     415-986-0633
**Tax I.D. #  94-3173178**

Bill To:   **Latham & Watkins LLP**
           **505 Montgomery Street**
           **Suite 1900**
           **San Francisco, CA  94111**

# Invoice

**Invoice Number**
**SF06-080503**

Invoice Date
Sep 1, 2006

1093016

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Jennifer Kolin | 8/31/06 | 09/01/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 27 | convert pages | 0.1000 | 2.70 |
| 27 | OCR'D | 0.0400 | 1.08 |
| 27 | 2 endorsements ( bates #, confidential ) | 0.0400 | 1.08 |
| 2 | master CDs | 15.0000 | 30.00 |
| 1 | tech. time for creating custom structure | 35.0000 | 35.00 |

ok to pay
30439
038128.0025

RECEIVED
SEP 2 2 2006
ACCOUNTING DEPT.

| | |
|---|---|
| Subtotal | 69.86 |
| Sales Tax | 2.96 |
| Total Invoice Amount | 72.82 |
| Payment/Credit Applied | |
| **TOTAL** | **72.82** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



DIGITAL
One
Legal Solutions

**Invoice**

**Invoice Number**
SF06-090010

Invoice Date
Sep 5, 2006

120 Pine Street
San Francisco, CA 94111
Phone:    415-986-0111
Fax:      415-986-0633
Tax I.D. # 94-3173178

1093428

Bill To:    Latham & Watkins LLP
            505 Montgomery Street
            Suite 1900
            San Francisco, CA 94111

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Conversion | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | John Eastly | 9/1/06 | 09/05/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3,338 | convert pages | 0.1000 | 333.80 |
| 3,338 | OCR'D | 0.0400 | 133.52 |
| 3,338 | 2 endorsements ( bates #, confidential ) | 0.0400 | 133.52 |
| 2 | master CDs | 15.0000 | 30.00 |
| 2 | tech. time for formatting excel | 35.0000 | 70.00 |

NOT PAID
AS OF
10-25-20 06
INITIALS

RECEIVED

OCT 2 5 2006

ACCOUNTING DEPT.

|  | Subtotal | 700.84 |
|---|---|---|
| | Sales Tax | 53.62 |
| Received By: _____ | Total Invoice Amount | 754.46 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **754.46** |

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL One**
Legal Solutions

120 Pine Street
San Francisco, CA 94111
**Phone:** 415-986-0111
**Fax:** 415-986-0633
**Tax I.D. #** 94-3173178

**Bill To:** Latham & Watkins LLP
505 Montgomery Street
Suite 1900
San Francisco, CA 94111

1093429

# Invoice

**Invoice Number**
**SF06-090036**

Invoice Date
Sep 6, 2006

*Oracle*

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 9/6/06 | 09/06/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1,094 | convert pages | 0.1000 | 109.40 |
| 1,094 | OCR'D | 0.0400 | 43.76 |
| 1,094 | 2 endorsements ( bates #, confidential ) | 0.0400 | 43.76 |
| 2 | master CDs | 15.0000 | 30.00 |
| 5 | tech. time for formatting excel files and creating custom structure export | 35.0000 | 175.00 |

NOT PAID
AS OF

INITIALS

RECEIVED

OCT 2 6 2006

ACCOUNTING DEPT

| | | |
|---|---|---|
| Subtotal | | 401.92 |
| Sales Tax | | 19.29 |
| **Received By:** _____ | Total Invoice Amount | 421.21 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **421.21** |

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

**120 Pine Street**
**San Francisco, CA 94111**
**Phone:** **415-986-0111**
Fax:    415−986−0633
**Tax I.D. #  94-3173178**

Bill To:  **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA 94111**

# Invoice

**Invoice Number**
**SF06-090086**

Invoice Date
Sep 8, 2006

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 9/7/06 | 09/08/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 12,522 | scan pages | 0.1000 | 1,252.20 |
| 12,522 | OCR'D | 0.0400 | 500.88 |
| 12,522 | 2 endorsements ( bates #, confidential ) | 0.0400 | 500.88 |
| 2 | master CDs | 15.0000 | 30.00 |
| 1 | tech. time for exporting in custom structure | 35.0000 | 35.00 |

|  |  |
|---|---|
| Subtotal | 2,318.96 |
| Sales Tax | 194.14 |
| Total Invoice Amount | 2,513.10 |
| Payment/Credit Applied | |
| **TOTAL** | **2,513.10** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



# DIGITAL One

Legal Solutions

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:    415-986-0111**
Fax:      415-986-0633
**Tax I.D. #  94-3173178**

Bill To:    **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

# Invoice

**Invoice Number**
**SF06-090117**

Invoice Date
Sep 7, 2006

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 9/7/06 | 09/07/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 14,824 | convert pages | 0.1000 | 1,482.40 |
| 14,824 | OCR'D | 0.0400 | 592.96 |
| 14,824 | 2 endorsements ( bates #, confidential ) | 0.0400 | 592.96 |
| 2 | master CDs | 15.0000 | 30.00 |
| 1 | tech. time | 35.0000 | 35.00 |

|  | Subtotal | 2,733.32 |
|---|---|---|
|  | Sales Tax | 232.33 |
| **Received By:** _____ | Total Invoice Amount | 2,965.65 |
| Check/Credit Memo No: | Payment/Credit Applied | |
|  | **TOTAL** | **2,965.65** |

*1.5% per month Finance Charge on Past Due Invoices.*


Legal Solutions

# Invoice

**Invoice Number**
**SF06-090120**

120 Pine Street
San Francisco, CA  94111
Phone:   415-986-0111
Fax:       415-986-0633
Tax I.D. #  94-3173178

Invoice Date
Sep 11, 2006

1093433

Bill To:   Latham & Watkins LLP
            505 Montgomery Street
            Suite 1900
            San Francisco, CA  94111

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 9/11/06 | 09/11/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 47 | convert pages | 0.1000 | 4.70 |
| 47 | OCR'D | 0.0400 | 1.88 |
| 47 | 2 endorsements ( bates #, confidential ) | 0.0400 | 1.88 |
| 2 | master CD | 15.0000 | 30.00 |
| 1 | tech. time for redaction and exporting in custom structure " | 35.0000 | 35.00 |

*ok to pay 30439 038128. 0025*

RECEIVED
OCT 2 5 2006
ACCOUNTING DEPT.

NOT PAID
AS OF

Received By: _____   10-25 2006

Check/Credit Memo No:   INITIALS

| | |
|---|---|
| Subtotal | 73.46 |
| Sales Tax | 3.27 |
| Total Invoice Amount | 76.73 |
| Payment/Credit Applied | |
| **TOTAL** | **76.73** |

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco LEGAL

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/12/2006 | 87754 |

## BILL TO:

**Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 2000**
**San Francisco, CA 94111-2562**

650128.0025

| BILLING # | CONTACT |
|-----------|---------|
| 08128.0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **Conversion to .tiff of native files downloaded from Stratify** | | |
| 109,448 | **Electronic Data Discovery - Conversion to .tiff of natives** | 0.15 | 16,417.20T |
| 109,448 | **Electronic Bates Numbering NDCA_ORCL 834668 - NDCA_ORCL 944114** | 0.02 | 2,188.96T |
| 109,448 | **Electronically Endorse - CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 2,188.96T |
| 109,448 | **Combine Single page .tiffs to Multi-Page .TIFF'S** | 0.025 | 2,736.20T |
| 7 | **CD Mastering** | 20.00 | 140.00T |
| | **ORC084 NDCA_ORCL 834668 – 851340** | | |
| | **ORC085 NDCA_ORCL 851341 – 862269** | | |
| | **ORC086 NDCA_ORCL 862270 - 872384** | | |
| | **ORC087 NDCA_ORCL 872385 - 898237** | | |
| | **ORC088 NDCA_ORCL 898238 - 919393** | | |
| | **ORC089 NDCA_ORCL 919394 - 939231** | | |
| | **ORC090 NDCA_ORCL 939232 - 944114** | | |
| | **Sales Tax** | 8.50% | 2,012.06 |

| RECEIVED BY: | | TOTAL | $25,683.38 |
|--------------|--|-------|------------|

TERMS. This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.


**Legal Solutions**

# Invoice

**Invoice Number**
**SF06-090172**

Invoice Date
Sep 13, 2006

120 Pine Street
San Francisco, CA 94111
Phone:   415-986-0111
Fax:      415-986-0633
Tax I.D. # 94-3173178

1093435

Bill To:   Latham & Watkins LLP
          505 Montgomery Street
          Suite 1900
          San Francisco, CA 94111

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Jennifer Kolin | 9/13/06 | 09/13/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1,168 | converted pages | 0.1000 | 116.80 |
| 1,168 | OCR'D | 0.0400 | 46.72 |
| 1,168 | 2 endorsements ( bates #, confidential ) | 0.0400 | 46.72 |
| 2 | master CDs | 15.0000 | 30.00 |
| 2 | tech. time | 35.0000 | 70.00 |

RECEIVED
OCT 2 5 2006
ACCOUNTING DEPT.

NOT PAID
AS OF
10-25-20 06
INITIALS

| | | |
|---|---|---|
| Subtotal | | 310.24 |
| Sales Tax | | 26.37 |
| Total Invoice Amount | | 336.61 |
| Payment/Credit Applied | | |
| **TOTAL** | | **336.61** |

Received By: _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

# Invoice

**Invoice Number**
**SF06-090324**

Invoice Date
Sep 25, 2006

**120 Pine Street**
**San Francisco, CA  94111**

1093441

| Phone: | 415-986-0111 |
| Fax: | 415-986-0633 |

**Tax I.D. #  94-3173178**

| BillTo: | Latham & Watkins LLP |
| | 505 Montgomery Street |
| | Suite 1900 |
| | San Francisco, CA  94111 |

| Client Matter | Project Description | | Payment Terms | |
|---|---|---|---|---|
| 038128.0025 | IMAGE | | Net 30 Days | |
| Sales Rep ID | Contact | | Order Date | Due Date |
| Will | JENNIFER KOLIN | | 9/25/06 | 09/25/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 3 | CONVERTED PAGES | 0.1000 | 0.30 |
| 3 | OCR'D | 0.0400 | 0.12 |
| 3 | ENDORSED (BATES # & CONFIDENTIAL) | 0.0400 | 0.12 |
| 2 | MASTER CD (ORC095) | 15.0000 | 30.00 |

*ok to pay*
*38439*
*038128.0025*

RECEIVED
OCT 2 5 2006
ACCOUNTING DEPT.

|  |  |
|---|---|
| Subtotal | 30.54 |
| Sales Tax | 2.60 |
| Total Invoice Amount | 33.14 |
| Payment/Credit Applied | |
| **TOTAL** | **33.14** |

**Received By:**
**Check/Credit Memo No:**

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111

**Phone:** 415-986-0111
**Fax:** 415-986-0633
**Tax I.D. #** 94-3173178

**Bill To:** Latham & Watkins LLP
505 Montgomery Street
Suite 1900
San Francisco, CA 94111

# Invoice

**Invoice Number**
**SF06-090374**

Invoice Date
Sep 28, 2006

1093444

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Jennifer Kolin | 9/27/06 | 09/28/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4,722 | scan pages | 0.1000 | 472.20 |
| 4,722 | OCR'D | 0.0400 | 188.88 |
| 4,722 | 2 endorsements( bates #, confidential ) | 0.0400 | 188.88 |
| 2 | master CD | 15.0000 | 30.00 |

RECEIVED
OCT 2 5 2006
ACCOUNTING DEPT.

| | | |
|---|---|---|
| Subtotal | | 879.96 |
| Sales Tax | | 74.80 |
| Total Invoice Amount | | 954.76 |
| Payment/Credit Applied | | |
| **TOTAL** | | **954.76** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



Legal Solutions

**Invoice**

**Invoice Number**
**SF06-100084**

Invoice Date
Oct 5, 2006

120 Pine Street
San Francisco, CA 94111
Phone:   415-986-0111
Fax:      415-986-0633
Tax I.D. # 94-3173178

1093450

Bill To:   Latham & Watkins LLP
           505 Montgomery Street
           Suite 1900
           San Francisco, CA 94111

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 10/4/06 | 10/05/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 26,581 | 2 endorsements ( bates #, confidential ) | 0.0400 | 1,063.24 |
| 2 | master CD | 15.0000 | 30.00 |
| 2 | master DVD | 35.0000 | 70.00 |

RECEIVED
OCT 2 5 2006
ACCOUNTING DEPT.

|  |  |
|---|---|
| Subtotal | 1,163.24 |
| Sales Tax | 98.88 |
| Total Invoice Amount | 1,262.12 |
| Payment/Credit Applied |  |
| **TOTAL** | **1,262.12** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**Invoice**

Invoice Number
**SF06-100208**

120 Pine Street
San Francisco, CA  94111

Phone:   415-986-0111
Fax:     415-986-0633
Tax I.D. # 94-3173178

Invoice Date
Oct 16, 2006

**1093455**

Bill To:   Latham & Watkins LLP
           505 Montgomery Street
           Suite 1900
           San Francisco, CA  94111

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Jennifer Kolin | 10/15/06 | 10/16/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2,123 | convert pages | 0.1000 | 212.30 |
| 2,123 | OCR'D | 0.0400 | 84.92 |
| 2,123 | endorsed | 0.0400 | 84.92 |
| 6 | master CD | 15.0000 | 90.00 |
| 16 | tech. time for formatting excel and export in custom structure and creating metadata file ( ORC109 ~ ORC111 ) | 35.0000 | 560.00 |

RECEIVED
OCT 2 5 2006
ACCOUNTING DEPT.

+ pur
30439
038128.0025

| | | |
|---|---|---|
| Subtotal | 1,032.14 |
| Sales Tax | 40.13 |
| Total Invoice Amount | 1,072.27 |
| Payment/Credit Applied | |
| **TOTAL** | **1,072.27** |

Received By: _____

Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco LEGAL

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642

**INVOICE**


**1057349**

| DATE | INVOICE # |
|------|-----------|
| 10/16/2006 | 89236 |

| BILL TO: |
|----------|
| Latham & Watkins LLP<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111-2562 |



| BILLING # | CONTACT |
|-----------|---------|
| O38128.0625 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | ORACLE- ORC103<br>Follow Detailed Special Instructions: | | |
| 536 | Electronic File Conversion-<br>For_Export_MintonJennifer_10092006.zip<br>Process in Alpha-Numeric Order<br>Unitize per Individual file<br>List Timezone as PST | 0.15 | 80.40T |
| 536 | Electronic Bates Numbering<br>NACA-ORCL 1020508 through NACA-ORCL 1021043 | 0.02 | 10.72T |
| 536 | Confidentiality Designation-<br>CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER | 0.02 | 10.72T |
| 536 | Convert to Multi-Page Tiffs | 0.025 | 13.40T |
| 1 | CD Mastering- LATHAM CD contains:<br>efiles, tiff text, Volld.DAT, volld.DII, volid.LOG,<br>volid.Metadata.XLS (from Stratify), .CSV | 25.00 | 25.00T |
| 1 | CD Mastering- PRODUCTION CD contains:<br>efiles, tiff text, Volld.DAT, volld.DII, volid.LOG, .CSV | 25.00 | 25.00T |
| 2 | Custom CD Labels per template | | |
| 2 | CD Jewel Cases | | |
| | DUE - 10/10<br>THANK YOU | | |
| | Sales Tax | 8.50% | 14.05 |

*ok to pay*

*30439*
*638128.0625*

**RECEIVED**

OCT 1 8 2006

ACCOUNTING DEPT.

RECEIVED BY: *Emily E. C Com*

| TOTAL | $179.29 |
|-------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.

# San Francisco Legal

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

# INVOICE

| Date | Invoice # |
|---|---|
| 10/17/2006 | 89269 |

| Bill To: |
|---|
| **Latham & Watkins LLP**<br>**505 Montgomery Street**<br>**Suite 2000**<br>**San Francisco, CA 94111-2562** |



| Billing # | Contact |
|---|---|
| **ORACLE** | **John Eastly** |

| QTY | Description | Rate | Amount |
|---|---|---|---|
| | **Conversion to .tiff of native files downloaded from Stratify**<br>**ORACLE104-106**<br>**Follow Detailed Special Instructions** | | **0.00** |
| 15,951 | **Electronic File Conversion- ForExport_Spjc -**<br>**escalationsconcessions review.zip**<br>**Process in Alpha-Numeric Order**<br>**Unitize per individual file**<br>**List Timezone as PST** | 0.15 | **2,392.65T** |
| 15,951 | **Electronic Bates Numbering**<br>**ORC104: NDCA-ORCL1021044-1023711**<br>**ORC105: NDCA-ORCL1023712-1029063**<br>**ORC106: NDCA-ORCL1029064-1036994** | 0.02 | **319.02T** |
| 15,951 | **Electronically Endorse**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | **319.02T** |
| 15,951 | **Convert to Multi-Page Tiffs** | 0.025 | **398.78T** |
| 3 | **CD Mastering- PRODUCTION CD contains:**<br>**efiles, tiff text, Volld.DAT, volid.Dll, volid.LOG, .CSV**<br>**ORC104: 2668 Pages**<br>**ORC105: 5352 Pages**<br>**ORC106: 7931 Pages** | 25.00 | **75.00T** |
| 3 | **CD Mastering- LATHAM CD contains:**<br>**efiles, tiff text, Volld.DAT, volid.Dll, volid.LOG,**<br>**volid.Metadata.XLS (from Stratify), .CSV**<br>**Volumes ORC104, ORC105, and ORC106** | 25.00 | **75.00T** |
| 6 | **Custom CD Labels per template** | | |
| 6 | **CD Jewel Cases** | | |
| | **DUE - 10/12 at 5:00  P.M.**<br>**THANK YOU**<br>**Sales Tax** | 8.50% | 304.26 |

| Received By: _E. Mky E-O___ | Total | $3,883.73 |
|---|---|---|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.



**Legal Solutions**

# Invoice

**Invoice Number**
**SF06-100327**

Invoice Date
Oct 20, 2006

120 Pine Street
San Francisco, CA  94111
**Phone:**    415-986-0111
Fax:       415-986-0633
Tax I.D. #  94-3173178


**1057706**

Bill To:    **Latham & Watkins LLP**
            **505 Montgomery Street**
            **Suite 1900**
            **San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 10/20/06 | 10/20/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 10 | scan pages | 0.1000 | 1.00 |
| 10 | OCR'D | 0.0400 | 0.40 |
| 10 | 2 endorsements ( confidential, bates # ) | 0.0400 | 0.40 |
| 2 | master CD | 15.0000 | 30.00 |

RECEIVED

NOV 2 0 2006

ACCOUNTING DEPT.

|  |  |
|---|---|
| Subtotal | 31.80 |
| Sales Tax | 2.70 |
| Total Invoice Amount | 34.50 |
| Payment/Credit Applied | |
| **TOTAL** | **34.50** |

**Received By:** _____
Check/Credit Memo No: _____

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA  94111

Phone:   415-986-0111
Fax:      415-986-0633
Tax I.D. # 94-3173178

# Invoice

Invoice Number
**SF06-100328**

Invoice Date
Oct 23, 2006

Bill To:   **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 10/20/06 | 10/23/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 66,505 | convert pages | 0.1000 | 6,650.50 |
| 66,505 | OCR'D | 0.0400 | 2,660.20 |
| 66,505 | 2 endorsements ( confidential, bates # ) | 0.0400 | 2,660.20 |
| 2 | master DVD | 35.0000 | 70.00 |
| 20 | tech. time for formatting Excels | 35.0000 | 700.00 |

|  | |
|---|---|
| Subtotal | 12,740.90 |
| Sales Tax | 1,023.48 |
| Total Invoice Amount | 13,764.38 |
| Payment/Credit Applied | |
| **TOTAL** | **13,764.38** |

Received By: _____

Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111
Phone:    415-986-0111
Fax:      415-986-0633
Tax I.D. #  94-3173178

Bill To:   Latham & Watkins LLP
           505 Montgomery Street
           Suite 1900
           San Francisco, CA 94111

# Invoice

**Invoice Number**
**SF06-100388**

Invoice Date
Oct 26, 2006


1057709

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | John Eastly | 10/26/06 | 10/26/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
|  | ORC115 |  |  |
| 32 | conversion | 0.1000 | 3.20 |
| 32 | embeded | 0.0400 | 1.28 |
| 32 | OCR'D | 0.0400 | 1.28 |
| 2 | master CD | 15.0000 | 30.00 |
|  | ORC116 |  |  |
| 24 | conversion | 0.1000 | 2.40 |
| 24 | embeded | 0.0400 | 0.96 |
| 24 | OCR'D | 0.0400 | 0.96 |
| 2 | master CD | 15.0000 | 30.00 |
|  | OCR117 |  |  |
| 228 | conversion | 0.1000 | 22.80 |
| 228 | embeded | 0.0400 | 9.12 |

RECEIVED

NOV 2 0 2006

ACCOUNTING DEPT.

Received By: _____
Check/Credit Memo No:

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111
Phone:    415-986-0111
Fax:      415-986-0633
Tax I.D. #  94-3173178

Bill To:    Latham & Watkins LLP
            505 Montgomery Street
            Suite 1900
            San Francisco, CA 94111

# Invoice

**Invoice Number**
**SF06-100388**

Invoice Date
Oct 26, 2006

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | John Eastly | 10/26/06 | 10/26/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 228 | OCR'D | 0.0400 | 9.12 |
| 2 | master CD | 15.0000 | 30.00 |

RECEIVED
NOV 2 0 2006
ACCOUNTING DEPT.

|  |  |
|---|---|
| Subtotal | 141.12 |
| Sales Tax | 12.00 |
| Total Invoice Amount | 153.12 |
| Payment/Credit Applied | |
| **TOTAL** | **153.12** |

Received By: _____
Check/Credit Memo No: _____

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111
Phone:     415-986-0111
Fax:        415-986-0633
Tax I.D. # 94-3173178

Bill To:   Latham & Watkins LLP
           505 Montgomery Street
           Suite 1900
           San Francisco, CA 94111

# Invoice

**Invoice Number**
**SF06-100466**

Invoice Date
Oct 31, 2006



1057713

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 10/30/06 | 10/31/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
|  | ( ORC 121 ) |  |  |
| 2 | convert pages | 0.1000 | 0.20 |
| 2 | OCR'D | 0.0400 | 0.08 |
| 2 | 2 endorsements ( confidential, bates # ) | 0.0400 | 0.08 |
| 2 | master CD | 15.0000 | 30.00 |
|  | ( ORC 120 ) |  |  |
| 197 | convert pages | 0.1000 | 19.70 |
| 197 | OCR'D | 0.0400 | 7.88 |
| 197 | 2 endorsements ( confidential, bates # ) | 0.0400 | 7.88 |
| 2 | master CD | 15.0000 | 30.00 |
| 1 | tech. time | 35.0000 | 35.00 |

RECEIVED
NOV 2 0 2006
ACCOUNTING DEPT.

|  |  |
|---|---|
| Subtotal | 130.82 |
| Sales Tax | 8.14 |
| Total Invoice Amount | 138.96 |
| Payment/Credit Applied |  |
| **TOTAL** | **138.96** |

Received By:
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL One**
Legal Solutions

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:   415-986-0111**
Fax:      415-986-0633
**Tax I.D. #  94-3173178**

Bill To:   **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

# Invoice

**Invoice Number**
**SF06-110057**

Invoice Date
Nov 3, 2006

1057804

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 11/3/06 | 11/03/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 26 | convert pages | 0.1000 | 2.60 |
| 26 | OCR'D | 0.0400 | 1.04 |
| 26 | 2 endorsements ( confidential, bates # ) | 0.0400 | 1.04 |
| 2 | master CDs | 15.0000 | 30.00 |

*ok to pay*
*32439*
*038175 .0025*

RECEIVED
DEC 0 6 2006
ACCOUNTING DEPT.

|  | Subtotal | 34.68 |
|---|---|---|
|  | Sales Tax | 2.95 |
| **Received By:** | Total Invoice Amount | 37.63 |
| Check/Credit Memo No: | Payment/Credit Applied | |
|  | **TOTAL** | **37.63** |

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL One**
Legal Solutions

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:   415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

Bill To:    **Latham & Watkins LLP**
                **505 Montgomery Street**
                **Suite 1900**
                **San Francisco, CA  94111**

# Invoice

**Invoice Number**
**SF06-110192**

Invoice Date
Nov 10, 2006


1057808

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Convert | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Koliin | 11/10/06 | 11/10/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 57 | convert pages | 0.1000 | 5.70 |
| 57 | OCR'D | 0.0400 | 2.28 |
| 57 | 2 endorsements ( confidential, bates # ) | 0.0400 | 2.28 |
| 2 | master CDs | 15.0000 | 30.00 |
| 1 | tech. time for formatting Excel | 35.0000 | 35.00 |

*RECEIVED*
*DEC 0 5 2006*
*ACCOUNTING DEPT.*

|  |  |
|---|---|
| Subtotal | 75.26 |
| Sales Tax | 3.42 |
| Total Invoice Amount | 78.68 |

**Received By:** ...........................

Check/Credit Memo No: ...........................

| Payment/Credit Applied | |
|---|---|
| **TOTAL** | **78.68** |

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

**120 Pine Street**
**San Francisco, CA  94111**
**Phone:    415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

Bill To:    **Latham & Watkins LLP**
            **505 Montgomery Street**
            **Suite 1900**
            **San Francisco, CA  94111**

# Invoice

**Invoice Number**
**SF06-110214**

Invoice Date
Nov 13, 2006


**1057810**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 11/13/06 | 11/13/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 65 | convert pages | 0.1000 | 6.50 |
| 65 | OCR'D | 0.0400 | 2.60 |
| 65 | 2 endorsements for confidential and bates # | 0.0400 | 2.60 |
| 2 | master CD | 15.0000 | 30.00 |

*ok to pay*

*38128.0025*

**RECEIVED**
**DEC 0 6 2006**
**ACCOUNTING DEPT.**

|  | | |
|---|---|---|
| Subtotal | | 41.70 |
| Sales Tax | | 3.54 |
| Total Invoice Amount | | 45.24 |
| Payment/Credit Applied | | |
| **TOTAL** | | **45.24** |

**Received By:** _____   _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco LEGAL

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642



**1057840**

### INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/5/2006 | 91217 |

| BILL TO: |
|----------|
| **Latham & Watkins LLP**<br>**505 Montgomery Street**<br>**Suite 2000**<br>**San Francisco, CA 94111-2562** |



| BILLING # | CONTACT |
|-----------|---------|
| 038128.0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
|  | **Conversion to .tiff of native files from original CDs** |  |  |
| 217 | **Electronic Data Discovery - .tiff conversion** | **0.15** | **32.55T** |
| 217 | **Electronic Bates Numbering**<br>**NDCA-ORCL 1125942 - 1126119 & NDCA-ORCL 1126120 - 1126159** | **0.02** | **4.34T** |
| 217 | **Electronically endorse**<br>**Confidential Pursuant to Protective Order** | **0.02** | **4.34T** |
| 0.25 | **Custom redaction stamp on native PDF** | **75.00** | **18.75T** |
| 6 | **CD Mastering**<br>**ORC124 & ORC125 - two copies of each set, reburn of ORC125**<br>**with redaction on native** | **15.00** | **90.00T** |
|  | **Sales Tax** | **8.50%** | **12.75** |

RECEIVED
DEC 0 8 2006
ACCOUNTING DEPT

*(handwritten notations)*

| RECEIVED BY: | | TOTAL | **$162.73** |
|--------------|---|-------|-------------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.



**DIGITAL One**
Legal Solutions

120 Pine Street
San Francisco, CA  94111
**Phone:    415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

# Invoice

**Invoice Number**
**SF06-120278**

Invoice Date
Dec 18, 2006


1096236

**Bill To:    Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 12/15/06 | 12/18/06 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1,372 | scan pages | 0.1000 | 137.20 |
| 1,372 | OCR'D | 0.0400 | 54.88 |
| 1,372 | 2 endorsements ( bates #, confidential ) | 0.0400 | 54.88 |
| 1,372 | blowback | 0.1000 | 137.20 |
| 4 | master CD | 15.0000 | 60.00 |

*ok to pay*
*30437*
*038128 .0025*

RECEIVED
JAN 2 2 2007
ACCOUNTING DEPT.

NOT PAID
AS OF

|  |  |
|---|---|
| Subtotal | 444.16 |
| Sales Tax | 37.75 |
| Total Invoice Amount | 481.91 |
| Payment/Credit Applied | |
| **TOTAL** | **481.91** |

**Received By:** _____
Check/Credit Memo No: _____
INITIALS

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco Legal

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/29/2006 | 91917 |

### BILL TO:

Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562



| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION** | | |
| | **Follow Detailed Special Instructions** | | |
| 86,896 | **Electronic Data Discovery: Convert native files to single page tiffs** | 0.135 | 11,730.96T |
| | **- 10% VOLUME DISCOUNT FOR .TIFF CONVERSION -** | | |
| | **Extract 100% accurate searchable text (DOCTEXT field)** | | |
| | **Extract all available metadata (47 standard fields)** | | |
| | **Hyperlinks to native files provided in Concordance Database.** | | |
| | **Native files will be stored separately from the database.** | | |
| | **Sort: in alphanumeric order** | | |
| | **Document Unitization per individual native file** | | |
| | **Processing Timezone: Pacific Standard Time** | | |
| 86,896 | **Electronic Bates Numbering** | 0.02 | 1,737.92T |
| | **NACA-ORCL 112475 through NACA-ORCL 1214370** | | |
| 86,896 | **Electronic Designation:** | 0.02 | 1,737.92T |
| | **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | | |
| 86,896 | **Data Conversion: Convert to Multi-page Tiffs** | 0.025 | 2,172.40T |
| | **\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| 1 | **DVD Mastering:** | 50.00 | 50.00T |
| | **contains volumes ORC 128-135** | | |
| | **Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Latham DVD Label** | | |
| | **\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| 1 | **DVD Mastering:** | 50.00 | 50.00T |
| | **contains volumes ORC 128-135** | | |
| | **Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom DVD Label** | | |
| | **DUE - 10:00 A.M.** | | |
| | **THANK YOU** | | |
| | **Sales Tax** | 8.50% | 1,485.73 |

| RECEIVED BY: | | TOTAL | $18,964.93 |
|--------------|--|-------|------------|

TERMS  This invoice is due and payable within 10 days of invoice date and past due after 30 days  18% per annum or minimum of $10.00 will be charged on all overdue accounts  Your signature above is an agreement that the above described work has been authorized and received  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred

# San Francisco Legal



100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/29/2006 | 91924 |

**BILL TO:**

Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562



| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION**<br>**Follow Detailed Special Instructions** | | |
| 61,592 | **Electronic Data Discovery: Convert native files to single page tiffs**<br> **- 10% VOLUME DISCOUNT FOR .TIFF CONVERSION -**<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.135 | 8,314.92T |
| 61,592 | **Electronic Bates Numbering**<br>**NACA-ORCL 1214371 through NACA- ORCL 1275962** | 0.02 | 1,231.84T |
| 61,592 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 1,231.84T |
| 61,592 | **Data Conversion: Convert to Multi-page Tiffs** | 0.025 | 1,539.80T |
| 1 | **\*\*\*\*\* ONE SET \*\*\*\*\***<br>**DVD Mastering:**<br>**contains: ORC 136 through ORC 142**<br>**Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Latham DVD Label** | | |
| 1 | **\*\*\*\*\* ONE SET \*\*\*\*\***<br>**DVD Mastering:**<br>**contains: ORC 136 through ORC 142**<br>**Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom DVD Label**<br>**DUE - 10:00 A.M.**<br>**THANK YOU** | | |
| | **Sales Tax** | 8.50% | 1,055.56 |

| RECEIVED BY: | | TOTAL | $13,473.96 |
|--------------|--|-------|------------|

TERMS  This invoice is due and payable within 10 days of invoice date and past due after 30 days  18% per annum or minimum of $10.00 will be charged on all overdue accounts  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred

# San Francisco Legal

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/29/2006 | 91925 |

| BILL TO: |
|----------|
| **Latham & Watkins LLP**<br>**505 Montgomery Street**<br>**Suite 2000**<br>**San Francisco, CA 94111-2562** |



| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION**<br>**Follow Detailed Special Instructions** | | |
| 36,389 | **Electronic Data Discovery: Convert native files to single page tiffs**<br> **- 10% VOLUME DISCOUNT FOR .TIFF CONVERSION -**<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.135 | 4,912.52T |
| 36,389 | **Electronic Bates Numbering**<br>**NACA-ORCL 1275963 through NACA-ORCL 1312351** | 0.02 | 727.78T |
| 36,389 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 727.78T |
| 36,389 | **Data Conversion: Convert to Multi-page Tiffs**<br>**\*\*\*\*\* ONE SET \*\*\*\*\*** | 0.025 | 909.73T |
| 1 | **DVD Mastering:**<br>**contains: ORC 143 through ORC 146**<br>**Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Latham DVD Label**<br>**\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| | **DVD Mastering:**<br>**contains: ORC 143 through ORC 146**<br>**Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom DVD Label**<br>**DUE - 10:00 A.M.**<br>**THANK YOU** | | |
| | **Sales Tax** | 8.50% | 627.11 |

| RECEIVED BY: | | TOTAL | **$8,004.92** |
|--------------|--|-------|---------------|

TERMS  This invoice is due and payable within 10 days of invoice date and past due after 30 days  18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred

# San Francisco Legal

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/29/2006 | 91926 |

**BILL TO:**

Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562



| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION** | | |
| | **Follow Detailed Special Instructions** | | |
| 80,851 | **Electronic Data Discovery: Convert native files to single page tiffs** | 0.135 | 10,914.89T |
| | **- 10% VOLUME DISCOUNT FOR .TIFF CONVERSION -** | | |
| | **Extract 100% accurate searchable text (DOCTEXT field)** | | |
| | **Extract all available metadata (47 standard fields)** | | |
| | **Hyperlinks to native files provided in Concordance Database.** | | |
| | **Native files will be stored separately from the database.** | | |
| | **Sort: in alphanumeric order** | | |
| | **Document Unitization per individual native file** | | |
| | **Processing Timezone: Pacific Standard Time** | | |
| 80,851 | **Electronic Bates Numbering** | 0.02 | 1,617.02T |
| | **NACA-ORCL 1312352 through NACA-ORCL 1393202** | | |
| 80,851 | **Electronic Designation:** | 0.02 | 1,617.02T |
| | **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | | |
| 80,851 | **Data Conversion: Convert to Multi-page Tiffs** | 0.025 | 2,021.28T |
| | **\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| 1 | **DVD Mastering:** | 50.00 | 50.00T |
| | **contains: ORC 147 through ORC 153** | | |
| | **Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Latham DVD Label** | | |
| | **\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| 1 | **DVD Mastering:** | 50.00 | 50.00T |
| | **contains: ORC 147 through ORC 153** | | |
| | **Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom DVD Label** | | |
| | **DUE - 10:00 A.M.** | | |
| | **THANK YOU** | | |
| | Sales Tax | 8.50% | 1,382.97 |

| RECEIVED BY: | TOTAL | $17,653.18 |
|--------------|-------|------------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.

# San Francisco Legal

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/29/2006 | 91927 |

| BILL TO: |
|----------|
| **Latham & Watkins LLP**<br>**505 Montgomery Street**<br>**Suite 2000**<br>**San Francisco, CA 94111-2562** |



| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION**<br>**Follow Detailed Special Instructions** | | |
| 49,087 | **Electronic Data Discovery: Convert native files to single page tiffs**<br> **- 10% VOLUME DISCOUNT FOR .TIFF CONVERSION -**<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.135 | 6,626.75T |
| 49,087 | **Electronic Bates Numbering**<br>NACA-ORCL 1393202 through NACA-ORCL 1442289 | 0.02 | 981.74T |
| 49,087 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 981.74T |
| 49,087 | **Data Conversion: Convert to Multi-page Tiffs**<br>**\*\*\*\*\* ONE SET \*\*\*\*\*** | 0.025 | 1,227.18T |
| 1 | **DVD Mastering:**<br>**contains: ORC 154 through ORC 161**<br>**Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Latham DVD Label**<br>**\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| 1 | **DVD Mastering:**<br>**contains: ORC 154 through ORC 161**<br>**Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom DVD Label**<br>**DUE - 10:00 A.M.**<br>**THANK YOU** | | |
| | **Sales Tax** | 8.50% | 842.98 |

| RECEIVED BY: | | **TOTAL** | **$10,760.39** |
|--------------|--|-----------|----------------|

TERMS  This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorneys fees and costs incurred.

# San Francisco Legal

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/29/2006 | 91928 |

| BILL TO: |
|----------|
| **Latham & Watkins LLP**<br>**505 Montgomery Street**<br>**Suite 2000**<br>**San Francisco, CA 94111-2562** |



| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION**<br>**Follow Detailed Special Instructions** | | |
| 59,849 | **Electronic Data Discovery: Convert native files to single page tiffs**<br>**- 10% VOLUME DISCOUNT FOR .TIFF CONVERSION -**<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.135 | 8,079.62T |
| 59,849 | **Electronic Bates Numbering**<br>**NACA-ORCL 1442290 through NACA-ORCL 1502138** | 0.02 | 1,196.98T |
| 59,849 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 1,196.98T |
| 59,849 | **Data Conversion: Convert to Multi-page Tiffs**<br>******* ONE SET ******* | 0.025 | 1,496.23T |
| 1 | **DVD Mastering:**<br>**contains: ORC 162 through ORC 168**<br>**Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Latham DVD Label**<br>******* ONE SET ******* | | |
| 1 | **DVD Mastering:**<br>**contains: ORC 162 through ORC 168**<br>**Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 50.00T |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom DVD Label**<br>**DUE - 10:00 A.M.**<br>**THANK YOU** | | |
| | **Sales Tax** | 8.50% | 1,025.93 |

| RECEIVED BY: | | TOTAL | $13,095.74 |
|--------------|--|-------|-----------|

TERMS  This invoice is due and payable within 10 days of invoice date and past due after 30 days  18% per annum or minimum of $10.00 will be charged on all overdue accounts  Your signature above is an agreement that the above described work has been authorized and received  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred

# San Francisco LEGAL

100 California Street, Suite P-10
San Francisco, CA 94111
Phone: (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

**INVOICE**

| DATE | INVOICE # |
|------|-----------|
| 12/29/2006 | 91930 |



### BILL TO:

**Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 2000**
**San Francisco, CA 94111-2562**

| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION** | | |
| | **Follow Detailed Special Instructions** | | |
| 24,772 | **Electronic Data Discovery: Convert native files to single page tiffs** | 0.135 | 3,344.22T |
| | **- 10% VOLUME DISCOUNT FOR .TIFF CONVERSION -** | | |
| | **Extract 100% accurate searchable text (DOCTEXT field)** | | |
| | **Extract all available metadata (47 standard fields)** | | |
| | **Hyperlinks to native files provided in Concordance Database.** | | |
| | **Native files will be stored separately from the database.** | | |
| | **Sort: in alphanumeric order** | | |
| | **Document Unitization per individual native file** | | |
| | **Processing Timezone: Pacific Standard Time** | | |
| 24,772 | **Electronic Bates Numbering** | 0.02 | 495.44T |
| | **NACA-ORCL 1502139 through NACA-ORCL 1526910** | | |
| 24,772 | **Electronic Designation:** | 0.02 | 495.44T |
| | **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | | |
| 24,772 | **Data Conversion: Convert to Multi-page Tiffs** | 0.025 | 619.30T |
| | **\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| 1 | **DVD Mastering:** | 50.00 | 50.00T |
| | **contains: ORC 169 through ORC 172** | | |
| | **Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Latham DVD Label** | | |
| | **\*\*\*\*\* ONE SET \*\*\*\*\*** | | |
| 1 | **DVD Mastering:** | 50.00 | 50.00T |
| | **contains: ORC 169 through ORC 172** | | |
| | **Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom DVD Label** | | |
| | **DUE - 10:00 A.M.** | | |
| | **THANK YOU** | | |
| | **Sales Tax** | 8.50% | 429.62 |

| RECEIVED BY: | | TOTAL | $5,484.02 |
|--------------|---|-------|-----------|

TERMS  This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.

# San Francisco LEGAL

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642


**1096240**

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/5/2007 | 92134 |



| BILL TO: |
|----------|
| **Latham & Watkins LLP**<br>**505 Montgomery Street**<br>**Suite 2000**<br>**San Francisco, CA 94111-2562** |

| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | **John Eastly** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 1,163 | **ORACLE CONVERSION AND SCANNING**<br>**Follow Detailed Special Instructions**<br>**Electronic Data Discovery: Convert native files to single page tiffs**<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.15 | 174.45T |
| 92 | **Scanning/Imaging of one stack of hard documents to single page tiff**<br>**Scan all pages in black and white**<br>**Unitize as one document** | 0.16 | 14.72T |
| 1,255 | **Electronic Bates Numbering:**<br>**NACA-ORCL 1526911 through NACA-ORCL 1528165** | 0.02 | 25.10T |
| 1,255 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 25.10T |
| 92 | **Multi-page Optical Character Recognition**<br>***** 2 SETS ***** | 0.05 | 4.60T |
| 4 | **Create  Master CD volumes: ORC 173 and ORC 174**<br>**Latham CD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV**<br>**Production CD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG**<br>**DUE - 10:00 A.M.**<br>**THANK YOU** | 25.00 | 100.00T |
|  | **Sales Tax** | 8.50% | 29.24 |

*(handwritten: for to pay)*
*(handwritten: 302139)*
*(handwritten: 038820.0025)*
*(handwritten: #617074)*

RECEIVED
MAR 13 [...]
ACCOUNTING DEPT

| RECEIVED BY: | | TOTAL | $373.21 |
|--------------|---|-------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111
**Phone:   415-986-0111**
Fax:      415-986-0633
**Tax I.D. # 94-3173178**

# Invoice

**Invoice Number**
**SF07-010153**

Invoice Date
Jan 11, 2007



1079316

**Bill To:   Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA 94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Blair R./Jennifer K. | 1/10/07 | 01/11/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4 | convert pages | 0.1000 | 0.40 |
| 4 | OCR'D | 0.0400 | 0.16 |
| 4 | 2 endorsements ( bates #, confidential ) | 0.0400 | 0.16 |
| 2 | master CD | 15.0000 | 30.00 |
| 1 | tech. time | 35.0000 | 35.00 |

*Ok to pay - 038128 - 0025*
*Blair R. ✓ # 30634*

NOT PAID
AS OF

2-27 20 07
INITIALS
*Mary*

| | |
|---|---|
| Subtotal | 65.72 |
| Sales Tax | 2.61 |
| Total Invoice Amount | 68.33 |
| Payment/Credit Applied | |
| **TOTAL** | **68.33** |

**Received By:**
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco LEGAL

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642


1096246

# INVOICE

| Date | Invoice # |
|---|---|
| 1/12/2007 | 92548 |



### Bill To:

Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

| Billing # | Contact |
|---|---|
| 038128-0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | **ORACLE CONVERSION**<br>**Follow Detailed Special Instructions** | | |
| 986 | **Electronic Data Discovery: Convert native files to single page tiffs**<br>- for Exprt-01082007 -<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.15 | 147.90T |
| 986 | **Electronic Bates Numbering (lower right corner):**<br>**NDCA-ORCL 1528170 through NDCA-ORCL 1529155** | 0.02 | 19.72T |
| 986 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 19.72T |
| 986 | **Data Conversion: Convert to Multi-page Tiffs**<br>***** ONE SET ***** | 0.025 | 24.65T |
| 1 | **CD Mastering: ORC176**<br>**Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII,**<br>**volid.LOG, .CSV**<br>**CD Jewel Case**<br>**Custom Latham CD Label**<br>***** ONE SET ***** | 25.00 | 25.00T |
| 1 | **CD Mastering: ORC176**<br>**Production CD contains: efiles, tiff text, volid.DAT, volid.DII,**<br>**volid.LOG, .CSV**<br>**CD Jewel Case**<br>**Custom CD Label** | 25.00 | 25.00T |
| | **DUE - 10:00 A.M.**<br>**THANK YOU**<br>**Sales Tax** | 8.50% | 22.27 |

RECEIVED BY:

| | TOTAL | $284.26 |
|---|---|---|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.



**DIGITAL**
*One*
Legal Solutions

120 Pine Street
San Francisco, CA 94111
Phone:    415-986-0111
Fax:       415-986-0633
Tax I.D. #  94-3173178


1096569

# Invoice

Invoice Number
SF07-010192

Invoice Date
Jan 15, 2007

Bill To:  Latham & Watkins LLP
          505 Montgomery Street
          Suite 1900
          San Francisco, CA  94111

*in texas on business pdf copy*

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Jennifer Kolin | 1/15/07 | 01/15/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 215 | scan pages | 0.1000 | 21.50 |
| 215 | OCR'D | 0.0400 | 8.60 |
| 215 | 2 endorsements ( bates #, confidential ) | 0.0400 | 8.60 |
| 6 | master CD | 15.0000 | 90.00 |
| | " ORC177 " | | |

*ok to pay*
*38287*
*035128 0025*

NOT PAID
AS OF
3-20 2007
INITIALS *wang*

**RECEIVED**
MAR 2 0 2007
ACCOUNT...

| | Subtotal | 128.70 |
|---|---|---|
| | Sales Tax | 10.94 |
| | Total Invoice Amount | 139.64 |
| | Payment/Credit Applied | |
| | **TOTAL** | **139.64** |

Received By: _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**120 Pine Street**
**San Francisco, CA  94111**
Phone:   **415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

# Invoice

**Invoice Number**
**SF07-010372**

Invoice Date
Jan 30, 2007

Bill To:   **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA  94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Blaire Russell | 1/27/07 | 01/30/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 4,309 | scan pages | 0.1000 | 430.90 |
| 4,309 | OCR'D | 0.0400 | 172.36 |
| 4,309 | 2 endorsements ( BATES #, CONFIDENTIAL ) | 0.0400 | 172.36 |
| 5,510 | 1 set of blowback | 0.1000 | 551.00 |
| 4 | master CD | 15.0000 | 60.00 |

|  |  |
|---|---|
| Subtotal | 1,386.62 |
| Sales Tax | 117.86 |
| Total Invoice Amount | 1,504.48 |
| Payment/Credit Applied | |
| **TOTAL** | **1,504.48** |

**Received By:** _____
Check/Credit Memo No: _____

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco LEGAL

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/31/2007 | 93195 |

| BILL TO: |
|----------|
| Latham & Watkins LLP<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111-2562 |

| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION**<br>**Follow Detailed Special Instructions** | | |
| 73,354 | **Receive various file types from client on 25 through 27 January**<br>**Electronic Data Discovery: Convert native files to single page tiffs**<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.15 | 11,003.10T |
| 73,354 | **Electronic Bates Numbering: NDCA-ORCL 1533938 through NDCA-ORCL 1607291** | 0.02 | 1,467.08T |
| 73,354 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 1,467.08T |
| 73,354 | **Data Conversion: Convert to Multi-page Tiffs** | 0.025 | 1,833.85T |
| 7 | ***** ONE SET *****<br>**CD Mastering: ORC 179 through ORC 185**<br>**Latham CD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, volid.XLS, volid.CSV, Attach.CSV** | 25.00 | 175.00T |
| 7 | **CD Jewel Cases** | | |
| 7 | **Custom Oracle CD Labels** | | |
| 7 | ***** ONE SET *****<br>**CD Mastering: ORC 179 through ORC 185**<br>**Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, Attach.CSV** | 25.00 | 175.00T |
| 7 | **CD Jewel Cases** | | |
| 7 | **Custom Oracle CD Labels** | | |
| | **RUSH!!!!**<br>**THANK YOU**<br>Sales Tax | 8.50% | 1,370.29 |

| RECEIVED BY: | | TOTAL | $17,491.40 |
|--------------|--|-------|------------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.

# San Francisco LEGAL

100 California Street, Suite P-10
San Francisco, CA 94111
Phone (415) 392-2900
Fax (415) 392-2902
Tax I.D. 48-1302642

## INVOICE

| DATE | INVOICE # |
|---|---|
| 1/31/2007 | 93196 |

**BILL TO:**

Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

| BILLING # | CONTACT |
|---|---|
| 038128-0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | **ORACLE CONVERSION** | | |
| | **Follow Detailed Special Instructions** | | |
| 56,401 | **Electronic Data Discovery: Convert native files to single page tiffs** | 0.15 | 8,460.15T |
| | **Extract 100% accurate searchable text (DOCTEXT field)** | | |
| | **Extract all available metadata (47 standard fields)** | | |
| | **Hyperlinks to native files provided in Concordance Database.** | | |
| | **Native files will be stored separately from the database.** | | |
| | **Sort: in alphanumeric order** | | |
| | **Document Unitization per individual native file** | | |
| | **Processing Timezone: Pacific Standard Time** | | |
| 56,401 | **Electronic Bates Numbering: NDCA-ORCL 1607292 through NDCA-ORCL 1663692** | 0.02 | 1,128.02T |
| 56,401 | **Electronic Designation:** | 0.02 | 1,128.02T |
| | **CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | | |
| 56,401 | **Data Conversion: Convert to Multi-page Tiffs** | 0.025 | 1,410.03T |
| | ***** ONE SET ***** | | |
| 1 | **DVD Mastering: ORC 186- 192** | 50.00 | 50.00T |
| | **Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, volid.XLS, volid.CSV, Attach.CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Oracle DVD Label** | | |
| | ***** ONE SET ***** | | |
| 1 | **DVD Mastering: ORC 186- 192** | 50.00 | 50.00T |
| | **Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, Attach.CSV** | | |
| 1 | **DVD Jewel Case** | | |
| 1 | **Custom Oracle DVD Label** | | |
| | **DUE - 10:00 A.M.** | | |
| | **THANK YOU** | | |
| | **Sales Tax** | 8.50% | 1,039.23 |

**RECEIVED BY:**

| | TOTAL | $13,265.45 |
|---|---|---|

TERMS. This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.

# San Francisco LEGAL

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/31/2007 | 93197 |

| BILL TO: |
|----------|
| **Latham & Watkins LLP**<br>**505 Montgomery Street**<br>**Suite 2000**<br>**San Francisco, CA 94111-2562** |



| BILLING # | CONTACT |
|-----------|---------|
| 038128-0025 | John Eastly |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | **ORACLE CONVERSION**<br>**Follow Detailed Special Instructions** | | |
| 69,424 | **Electronic Data Discovery: Convert native files to single page tiffs**<br>**Extract 100% accurate searchable text (DOCTEXT field)**<br>**Extract all available metadata (47 standard fields)**<br>**Hyperlinks to native files provided in Concordance Database.**<br>**Native files will be stored separately from the database.**<br>**Sort: in alphanumeric order**<br>**Document Unitization per individual native file**<br>**Processing Timezone: Pacific Standard Time** | 0.15 | 10,413.60T |
| 69,424 | **Electronic Bates Numbering: NDCA-ORCL 1663693 through NDCA-ORCL 1733116** | 0.02 | 1,388.48T |
| 69,424 | **Electronic Designation:**<br>**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER** | 0.02 | 1,388.48T |
| 69,424 | **Data Conversion: Convert to Multi-page Tiffs**<br>**\*\*\*\*\* ONE SET \*\*\*\*\*** | 0.025 | 1,735.60T |
| 2 | **DVD Mastering: ORC 193- 198 and ORC 199-202**<br>**Latham DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 100.00T |
| 2 | **DVD Jewel Cases** | | 0.00T |
| 2 | **Custom Latham DVD Labels**<br>**\*\*\*\*\* ONE SET \*\*\*\*\*** | | 0.00T |
| 2 | **DVD Mastering: ORC 193- 198 and ORC 199-202**<br>**Production DVD contains: efiles, tiff text, volid.DAT, volid.DII, volid.LOG, .CSV** | 50.00 | 100.00T |
| 2 | **DVD Jewel Cases** | | 0.00T |
| 2 | **Custom DVD Labels** | | 0.00T |
| | **DUE - 10:00 A.M.**<br>**THANK YOU**<br>**Sales Tax** | 8.50% | 1,285.72 |

| RECEIVED BY: | TOTAL | $16,411.88 |
|--------------|-------|------------|

TERMS  This invoice is due and payable within 10 days of invoice date and past due after 30 days  18% per annum or minimum of $10.00 will be charged on all overdue accounts  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred



**DIGITAL**
**One**
Legal Solutions

120 Pine Street
San Francisco, CA 94111
Phone: 415-986-0111
Fax:   415-986-0633
Tax I.D. # 94-3173178

Bill To:  Latham & Watkins LLP
          505 Montgomery Street
          Suite 1900
          San Francisco, CA 94111

**|||||||||||||||||||||||||**
**1079235**

# Invoice

**Invoice Number**
**SF07-010423**

Invoice Date
Jan 31, 2007

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Margaret Olszowka | 1/31/07 | 01/31/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2,798 | scan pages | 0.1000 | 279.80 |
| 2,798 | OCR'D | 0.0400 | 111.92 |
| 2,798 | 2 endorsements ( bates #, confidential ) | 0.0400 | 111.92 |
| 52 | doc coded | 0.1000 | 5.20 |
| 2 | master CD | 15.0000 | 30.00 |

RECEIVED
FEB 2 0 2007
ACCOUNTING DEPT.

|  |  |
|---|---|
| Subtotal | 538.84 |
| Sales Tax | 45.80 |
| Total Invoice Amount | 584.64 |
| Payment/Credit Applied | |
| **TOTAL** | **584.64** |

Received By: _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**Legal Solutions**

120 Pine Street
San Francisco, CA 94111
Phone:   415-986-0111
Fax:      415-986-0633
Tax I.D. #  94-3173178

Bill To:   Latham & Watkins LLP
           505 Montgomery Street
           Suite 1900
           San Francisco, CA 94111

# Invoice

**Invoice Number**
**SF07-020132**

Invoice Date
Feb 9, 2007

1079239

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Margaret Olszowka | 2/9/07 | 02/09/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 693 | scan pages | 0.1000 | 69.30 |
| 693 | OCR'D | 0.0400 | 27.72 |
| 693 | 2 endorsements ( bates #, confidential ) | 0.0400 | 27.72 |
| 2 | master CD | 15.0000 | 30.00 |

RECEIVED
FEB 2 0 2007
ACCOUNTING DEPT

|  |  |
|---|---|
| Subtotal | 154.74 |
| Sales Tax | 13.15 |
| Total Invoice Amount | 167.89 |
| Payment/Credit Applied | |
| **TOTAL** | **167.89** |

Received By: _____

Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL**
*One*
Legal Solutions

120 Pine Street
San Francisco, CA 94111

Phone:   415-986-0111
Fax:      415-986-0633
Tax I.D. # 94-3173178

Bill To:   **Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA 94111**

# Invoice

**Invoice Number**
**SF07-020215**

Invoice Date
Feb 15, 2007


1096949

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Margaret Olszowka | 2/15/07 | 02/15/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 524 | scan pages | 0.1000 | 52.40 |
| 524 | embeded | 0.0400 | 20.96 |
| 524 | OCR'D | 0.0400 | 20.96 |
| 2 | master CD | 15.0000 | 30.00 |
| 46 | 1 set of copies | 0.1000 | 4.60 |
| 46 | bates label | 0.0500 | 2.30 |
| 46 | 2nd set of copies | 0.1000 | 4.60 |
| 46 | scan pages | 0.1000 | 4.60 |
| 524 | bates label | 0.0500 | 26.20 |
| 524 | scan pages | 0.1000 | 52.40 |
| 2 | labor for big size label | 35.0000 | 70.00 |
| 2 | master CD | 15.0000 | 30.00 |

RECEIVED
MAY 0 7 2007
ACCOUNTING DEPT.

NOT PAID
AS OF

| | |
|---|---|
| Subtotal | 319.02 |
| Sales Tax | 21.17 |
| Total Invoice Amount | 340.19 |
| Payment/Credit Applied | |
| **TOTAL** | **340.19** |

Received By: _____ 5-7-20 07
Check/Credit Memo No: _____
INITIALS
Mary

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL**
**One**
Legal Solutions

120 Pine Street
San Francisco, CA 94111
Phone:   415-986-0111
Fax:        415-986-0633
Tax I.D. # 94-3173178

Bill To:   Latham & Watkins LLP
              505 Montgomery Street
              Suite 1900
              San Francisco, CA 94111

**1079241**

# Invoice

**Invoice Number**
**SF07-020238**

Invoice Date
Feb 16, 2007

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | C/L/C x 1 | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Will | Margaret Olszowka | 2/16/07 | 02/16/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 46 | 1 set of copies | 0.1000 | 4.60 |
| 46 | bates label : | 0.0500 | 2.30 |
| | F-38, NDCA-ORCL 1914758 ~ 1914780 | | |
| | F-40, NDCA-ORCL 1914781 ~ 1914803 | | |
| 46 | 1 set of copies | 0.1000 | 4.60 |

RECEIVED
9 2007
ACCOUNTING DEPT

| | | |
|---|---|---|
| | Subtotal | 11.50 |
| | Sales Tax | 0.98 |
| | Total Invoice Amount | 12.48 |
| | Payment/Credit Applied | |
| | **TOTAL** | **12.48** |

Received By: _____
Check/Credit Memo No: _____

*1.5% per month Finance Charge on Past Due Invoices.*



**DIGITAL**
*One*
Legal Solutions

**120 Pine Street**
**San Francisco, CA 94111**
**Phone:    415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

||||||||| 1079923

# Invoice

**Invoice Number**
**SF07-030057**

Invoice Date
Mar 6, 2007

**Bill To:    Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 1900**
**San Francisco, CA 94111**

| Client Matter | Project Description | Payment Terms ||
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days ||
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Blaire Russell | 3/5/07 | 03/06/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | converted | 0.1000 | 0.10 |
| 1 | OCR'D | 0.0400 | 0.04 |
| 1 | 2 endorsements ( bates #, confidential ) | 0.0400 | 0.04 |
| 2 | master CD | 15.0000 | 30.00 |
| 1 | tech. time for redaction | 35.0000 | 35.00 |

*Ok to pay -*
*038128-0025*
*#30634*

RECEIVED
MAY 0 9 2007
ACCOUNTING DEPT.

NOT PAID
AS OF
5 - 9 20 07
INITIALS

| | | |
|---|---|---|
| | Subtotal | 65.18 |
| | Sales Tax | 2.57 |
| | Total Invoice Amount | 67.75 |
| **Received By:** _____ | Payment/Credit Applied | |
| Check/Credit Memo No: | **TOTAL** | **67.75** |

*1.5% per month Finance Charge on Past Due Invoices.*

# San Francisco LEGAL

100 CALIFORNIA STREET, SUITE P-10
SAN FRANCISCO, CA 94111
PHONE (415) 392-2900
FAX (415) 392-2902
TAX I.D. 48-1302642

**RECEIVED**

**MAR 2 6 2007**

ACCOUNTING DEPT.

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/19/2007 | 94862 |



**BILL TO:**

**Latham & Watkins LLP**
**505 Montgomery Street**
**Suite 2000**
**San Francisco, CA 94111-2562**

| BILLING # | CONTACT |
|-----------|---------|
| **Oracle** | **Blaire Russell** |

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| 2 | **ORC 198A: DVD MASTERING**<br>**Follow Detailed Special Instructions**<br><br>**Receive original files from client and alternate vendor via SFL FTP**<br>******* 2 SETS *****<br>**Create DVD Master: ORC198a**<br>**Include all provided Load Files**<br>**Note: No VOLID.XLS or VOLID.CSV included in originals**<br>**Custom DVD Labels per client template**<br>**RUSH DELIVERY ON 3/9!!!!**<br><br>**THANK YOU** | **50.00** | **100.00T** |
| | **Sales Tax** | **8.50%** | **8.50** |

*Ok to Pay — 038128-0025*
*Blaire R___ #30634*

||||| 1079504

**RECEIVED BY:** _[signature]_

| | TOTAL | **$108.50** |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, San Francisco Legal shall be entitled to reasonable attorney's fees and costs incurred.



**DIGITAL One**
Legal Solutions

**120 Pine Street**
**San Francisco, CA 94111**
Phone:    **415-986-0111**
Fax:       415–986–0633
**Tax I.D. # 94-3173178**

# Invoice

**Invoice Number**
**SF07-030431**

Invoice Date
Mar 29, 2007

‖‖‖‖‖‖‖‖‖‖‖
**1079639**

Bill To:    **Latham & Watkins LLP**
            **505 Montgomery Street**
            **Suite 1900**
            **San Francisco, CA 94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128–0025 | L/L/Scan | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 3/28/07 | 03/29/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 87 | bates label ( NDCA–ORCL 1915463 ~ 1915549 ) | 0.0500 | 4.35 |
| 87 | bates label ( CONFIDENTIAL ) | 0.0500 | 4.35 |
| 87 | scan pages | 0.1000 | 8.70 |
| 87 | OCR'D | 0.0400 | 3.48 |
| 2 | master CD | 15.0000 | 30.00 |

*RECEIVED*
*APR 0 6 2007*
*ACCOUNTING DEPT.*

|  |  |
|---|---|
| Subtotal | 50.88 |
| Sales Tax | 4.32 |
| Total Invoice Amount | 55.20 |
| Payment/Credit Applied | |
| **TOTAL** | **55.20** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

First Advantage Litigation Consulting

350 N. Halstead Street
Pasadena, CA 91107

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2007 | 6420 |

| Bill To |
|---------|
| Latham & Watkins<br>Lana Morton-Owens<br>633 West Fifth Street, Suite 4000<br>Los Angeles CA 90071-2007 |

| Remit payment to |
|------------------|
| First Advantage<br>350 N. Halstead<br>Pasadena, CA 91107<br>(626) 921-1600 |

| Matter number | Terms | Due Date | Sales Rep | Billing Attorney | Project | Tax ID# |
|---------------|-------|----------|-----------|------------------|---------|---------|
| 038128-0025 | Net 30 | 5/30/2007 | LM | Peter Wald | Oracle | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 125 | Hourly charges, ongoing searches of the data, preparation of the productions set overlays based on search results. | 325.00 | 40,625.00 |
| 179,791 | Per page, creation of rolling selective tiff production sets. | 0.06 | 10,787.46 |
| 179,791 | Per page, application of the bates number to the selective tiff production sets. | 0.01 | 1,797.91 |
| 1 | First Advantage Hard Drive, Inventory Number FALC 1072 containing processed data. | 250.00 | 250.00T |
| 1 | Data delivered from First Advantage via Quick International Courier (142810004W) on February 5, 2007. | 311.59 | 311.59 |
| 1 | Data delivered from First Advantage via Quick International Courier (142810007W) on February 5, 2007. | 79.56 | 79.56 |
| 6 | CD Masters containing requested production data. | 35.00 | 210.00T |
| 1 | Data delivered from First Advantage via Quick International Courier (142830168W) on February 7, 2007. | 234.94 | 234.94 |
| | Sales Tax Orange County | 7.75% | 35.65 |

| Total | |
|-------|--|
| | $54,332.11 |



**Legal Solutions**

# Invoice

**Invoice Number**
**SF07-050036**

Invoice Date
May 2, 2007

**120 Pine Street**
**San Francisco, CA 94111**
**Phone:**   **415-986-0111**
Fax:        415-986-0633
**Tax I.D. #  94-3173178**

1079945

Bill To:   **Latham & Watkins LLP**
           **505 Montgomery Street**
           **Suite 1900**
           **San Francisco, CA 94111**

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Jennifer Kolin | 5/2/07 | 05/02/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 77 | scan pages | 0.1000 | 7.70 |
| 77 | OCR'D | 0.0400 | 3.08 |
| 77 | 2 endorsements ( BATES #, CONFIDENTIAL ) | 0.0400 | 3.08 |
| 2 | master CD | 15.0000 | 30.00 |
| | " ORC217A " | | |

RECEIVED
MAY 0 9 2007
ACCOUNTING DEPT.

|  |  |
|---|---|
| Subtotal | 43.86 |
| Sales Tax | 3.73 |
| Total Invoice Amount | 47.59 |
| Payment/Credit Applied | |
| **TOTAL** | **47.59** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*



## DIGITAL One
### Legal Solutions

# Invoice

120 Pine Street
San Francisco, CA  94111
Phone:     415-986-0111
Fax:        415-986-0633
Tax I.D. #  94-3173178

**Invoice Number**
**SF07-050059**

Invoice Date
May 4, 2007

|||||||||||||||||||
1176274

Bill To:    **Latham & Watkins LLP**
            **505 Montgomery Street**
            **Suite 1900**
            **San Francisco, CA  94111**

| Client  Matter | Project  Description | Payment  Terms | |
|---|---|---|---|
| 038128-0025 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Will | Kat Schmidt | 5/3/07 | 05/04/07 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 60 | scan pages  " OCR 221 " | 0.1000 | 6.00 |
| 350 | converted  " OCR 222 " | 0.1000 | 35.00 |
| 410 | OCR'D | 0.0400 | 16.40 |
| 410 | 2 endorsements ( BATES # CONFIDENTIAL ) | 0.0400 | 16.40 |
| 4 | master CD | 15.0000 | 60.00 |

*ok to pay*
*& 30439*
*038128.0025*

RECEIVED
JUN 1 3 2007
ACCOUNTING DEPT.

NOT PAID
AS OF

Received By: _____ 6-13 20 07
Check/Credit Memo No: _____ INITIALS  Mary

| | |
|---|---|
| Subtotal | 133.80 |
| Sales Tax | 11.37 |
| Total Invoice Amount | 145.17 |
| Payment/Credit Applied | |
| **TOTAL** | **145.17** |

*1.5% per month Finance Charge on Past Due Invoices.*