# EXHIBIT F

Date: 5/9/2005                                                                    Report: CHKPMB
Time: 2:09 PM                                                                     Req'd By: VH004975

## Posted Checks Audit List

From Request#:  702120                                          From Audit#:  0
To Request#:  702142                                            To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Bank:  CHGO        BOA - Chicago
Bank Total: CHGO

| 702140 | 81095 | 5/9/2005 | 152665      Robert W. Baird & Co., Inc | 200505 | 5/9/2005 | 04975 | $40.00 |
| 0 | | | | | | | |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0505200501 | 152665 | Robert W. Baird & Co., Inc | N | $0.00 | $0.00 | $40.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33103592 | 105190 | 01721916 | 5/9/2005 | 02 | Witnesses | 40.00 | $40.00 | 0 | | 09189 |

PAYEE: Robert W. Baird & Co., Inc; REQUEST#: 702140; DATE: 5/9/2005.  -
Witness and mileage fee

| | | |
|---|---|---|
| Total Disb: | 1 | 40.00 | $40.00 |

| Vendor Totals: | $0.00 | $0.00 | $40.00 | $0.00 |

Date: 6/8/2005
Time: 3:43 PM

Report: CHKPMB
Req'd By: VH004975

## Posted Checks Audit List

From Request#:  707812
To Request#:  999999999

From Audit#:  0
To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Bank:  CHGO        BOA - Chicago

Bank Total: CHGO

| 707813 | 81123 | 6/8/2005 | 152697    Edward W. Sawyer, Jr. | 200506 | 6/8/2005 | 04975 | $54.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0531200501 | 152697 | Edward W. Sawyer, Jr. | N | $0.00 | $0.00 | $54.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33230541 | 105190 | 01721916 | 6/8/2005 | 02 | Witnesses | 54.00 | $54.00 | 0 | | 09189 |

PAYEE: Edward W. Sawyer, Jr.; REQUEST#: 707813; DATE: 6/8/2005. - Witness & mileage fee

| | Total Disb: | 1 | 54.00 | $54.00 | |

| | Vendor Totals: | $0.00 | $0.00 | $54.00 | $0.00 |

Date: 6/8/2005

Time: 3:43 PM

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

From Request#:  707812

To Request#:  999999999

From Audit#:  0

To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| **Bank:   CHGO       BOA - Chicago** | | | | | | | |
| **Bank Total: CHGO** | | | | | | | |
| 707815 ) | 81125 | 6/8/2005 | 152697       Edward W. Sawyer, Jr. | 200506 | 6/8/2005 | 04975 | $54.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0531200502 | 152697 | Edward W. Sawyer, Jr. | N | $0.00 | $0.00 | $54.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33230544 | 105190 | 01721916 | 6/8/2005 | 02 | Witnesses | 54.00 | $54.00 | 0 | | 09189 |

PAYEE: Edward W. Sawyer, Jr.; REQUEST#: 707815; DATE: 6/8/2005.  - Witness & mileage fee

| | | | | | |
|---|---|---|---|---|---|
| Total Disb: | 1 | 54.00 | $54.00 | | |
| Vendor Totals: | $0.00 | $0.00 | $54.00 | $0.00 | |

Date: 6/8/2005
Time: 3:43.PM

## Posted Checks Audit List

From Request#: 707812
To Request#: 999999999

From Audit#: 0
To Audit#: 999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Bank: CHGO     BOA - Chicago**

Bank Total: CHGO

| 707817 | 81127 | 6/8/2005 | 138067     Credit Suisse First Boston | 200506 | 6/8/2005 | 04975 | $40.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0602200501 | 138067 | Credit Suisse First Boston | Y | $0.00 | $0.00 | $40.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33230547 | 105190 | 01721916 | 6/8/2005 | 02 | Witnesses | 40.00 | $40.00 | 0 | | 09189 |

PAYEE: Credit Suisse First Boston; REQUEST#: 707817; DATE: 6/8/2005.  - Witness & mileage fee

| | | | |
|---|---|---|---|
| Total Disb: | 1 | 40.00 | $40.00 |

| | | | | |
|---|---|---|---|---|
| Vendor Totals: | $0.00 | $0.00 | $40.00 | $0.00 |

ate: 6/16/2005

ime: 3:19 PM

Report: CHKPMB

Req'd By: VH004975

# Posted Checks Audit List

From Request#: 709505

To Request#: 709520

From Audit#: 0

To Audit#: 999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| **Bank: CHGO** | **BOA - Chicago** | | | | | | |
| Bank Total: CHGO | | | | | | | |
| 09509 | 81140 | 6/16/2005 | 152720   Carlos Iglesias | 200506 | 6/16/2005 | 04975 | $50.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|---|
| 0610200501 | 152720 | Carlos Iglesias | | N | $0.00 | $0.00 | $50.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272815 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 50.00 | $50.00 | 0 | | 09189 |

PAYEE: Carlos Iglesias; REQUEST#: 709509; DATE: 6/16/2005.  -  Witness and mileage fee

| | Total Disb: | 1 | 50.00 | $50.00 | |
|---|---|---|---|---|---|

| | Vendor Totals: | $0.00 | $0.00 | $50.00 | $0.00 |
|---|---|---|---|---|---|

Date: 6/16/2005                                                                    Report: CHKPMB
Time: 3:19 PM                                                                      Req'd By: VH004975

# Posted Checks Audit List

From Request#:  709505                          From Audit#:  0
  To Request#:  709520                            To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| Bank:  CHGO    BOA - Chicago | | | | | | | |
| Bank Total: CHGO | | | | | | | |
| 709510 | 81141 | 6/16/2005 | 152720    Carlos Iglesias | 200506 | 6/16/2005 | 04975 | $50.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200502 | 152720 | Carlos Iglesias | N | $0.00 | $0.00 | $50.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272823 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 50.00 | $50.00 | 0 | | 09189 |

PAYEE: Carlos Iglesias; REQUEST#: 709510; DATE: 6/16/2005.  - Witness and mileage fee

| | | | | Total Disb: | 1 | 50.00 | $50.00 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Vendor Totals: | $0.00 | $0.00 | $50.00 | $0.00 | | |

ate: 6/16/2005                                                         **Report: CHKPMB**
me: 3:19 PM                                                            **Req'd By: VH004975**

## Posted Checks Audit List

From Request#:  709505                                    From Audit#:  0
To Request#:  709520                                      To Audit#:  999999999

| equest #/ udit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| Bank:   CHGO        BOA - Chicago | | | | | | | |
| ank Total: CHGO | | | | | | | |
| 09512 | 81143 | 6/16/2005 | 152722        Eric S. Hylick | 200506 | 6/16/2005 | 04975 | $57.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|---|
| 0610200501 | 152722 | Eric S. Hylick | | N | $0.00 | $0.00 | $57.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272837 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 57.00 | $57.00 | 0 | | 09189 |

PAYEE: Eric S. Hylick; REQUEST#: 709512; DATE: 6/16/2005.  -  Witness and mileage fee

| | | Total Disb: | 1 | 57.00 | $57.00 | | | |
|---|---|---|---|---|---|---|---|---|

Vendor Totals:      $0.00      $0.00      $57.00      $0.00

Date: 6/16/2005

Time: 3:19 PM

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

From Request#:  709505

To Request#:  709520

From Audit#:  0

To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Bank:  CHGO | BOA - Chicago | | | | | | |
| Bank Total: CHGO | | | | | | | |
| 709513 | 81144 | 6/16/2005 | 152723      Trine S. Kammer | 200506 | 6/16/2005 | 04975 | $90.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200501 | 152723 | Trine S. Kammer | N | $0.00 | $0.00 | $90.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272838 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 90.00 | $90.00 | 0 | | 09189 |

PAYEE: Trine S. Kammer; REQUEST#: 709513; DATE: 6/16/2005.  -  Witness and mileage fee

| | | | |
|---|---|---|---|
| Total Disb: | 1 | 90.00 | $90.00 |
| Vendor Totals: | $0.00 | $0.00 | $90.00 | $0.00 |



Date: 6/16/2005

Time: 3:19 PM

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

From Request#: 709505

To Request#: 709520

From Audit#: 0

To Audit#: 999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| Bank: CHGO | BOA - Chicago | | | | | | |
| Bank Total: CHGO | | | | | | | |
| 709516 | 81148 | 6/16/2005 | 152726 Patty Sullivan | 200506 | 6/16/2005 | 04975 | $30.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|---|
| 0610200501 | 152726 | Patty Sullivan | | N | $0.00 | $0.00 | $30.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272843 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 30.00 | $30.00 | 0 | | 09189 |

PAYEE: Patty Sullivan; REQUEST#: 709516; DATE: 6/16/2005.  - Witness and mileage fee

| | | | | | Total Disb: | 1 | 30.00 | $30.00 | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | Vendor Totals: | $0.00 | $0.00 | $30.00 | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|---|

Date: 6/16/2005
Time: 3:19 PM

Report: CHKPMB
Req'd By: VH004975

## Posted Checks Audit List

From Request#:  709505
To Request#:  709520

From Audit#:  0
To Audit#:  999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Bank:  CHGO      BOA - Chicago**

Bank Total: CHGO

| 709517 | 81149 | 6/16/2005 | 152723      Trine S. Kammer | 200506 | 6/16/2005 | 04975 | $40.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200502 | 152723 | Trine S. Kammer | N | $0.00 | $0.00 | $40.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272845 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 40.00 | $40.00 | 0 | | 09189 |

PAYEE: Trine S. Kammer; REQUEST#: 709517; DATE: 6/16/2005.  -  Witness and mileage fee

| | | |
|---|---|---|
| Total Disb: | 1 | 40.00 | $40.00 |

| | | | |
|---|---|---|---|
| Vendor Totals: | $0.00 | $0.00 | $40.00 | $0.00 |



## Posted Checks Audit List

| From Request#: | 709505 | From Audit#: | 0 |
|---|---|---|---|
| To Request#: | 709520 | To Audit#: | 999999999 |

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|
| Bank: CHGO | BOA - Chicago | | | | | | |
| Bank Total: CHGO | | | | | | | |
| 709518 | 81150 | 6/16/2005 | 152726   Patty Sullivan | 200506 | 6/16/2005 | 04975 | $40.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|---|
| 0610200502 | 152726 | Patty Sullivan | | N | $0.00 | $0.00 | $40.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272846 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 40.00 | $40.00 | 0 | | 09189 |

PAYEE: Patty Sullivan; REQUEST#: 709518; DATE: 6/16/2005. - Witness and mileage fee

| | | | Total Disb: | 1 | 40.00 | $40.00 | |
|---|---|---|---|---|---|---|---|

| | | | Vendor Totals: | $0.00 | $0.00 | $40.00 | $0.00 |
|---|---|---|---|---|---|---|---|

ate: 6/16/2005

ime: 3:19 PM

Report: CHKPMB

Req'd By: VH004975

## Posted Checks Audit List

From Request#: 709505

To Request#: 709520

From Audit#: 0

To Audit#: 999999999

| Request #/ Audit# | Check # | Check Date | Payee Code / Payee Name Transaction Description | Period | Date | User ID | Amount |
|---|---|---|---|---|---|---|---|

**Bank: CHGO    BOA - Chicago**

Bank Total: CHGO

| 09519 | 81151 | 6/16/2005 | 152727    Arun Bjola | 200506 | 6/16/2005 | 04975 | $50.00 |

| Invoice # | Vendor ID | Vendor Name/ Narrative | Separate Check | Discount Amount | Withheld Amount | Payment Amount | Inv Balance After Payment |
|---|---|---|---|---|---|---|---|
| 0610200501 | 152727 | Arun Bjola | N | $0.00 | $0.00 | $50.00 | $0.00 |

| Disb ID | Client Code | Matter Code | Date | Disb | Disb Desc / Reference / Narrative | Base Amt | Tobill Amt | Qty | Hold Date | Tkpr |
|---|---|---|---|---|---|---|---|---|---|---|
| 33272849 | 105190 | 01721916 | 6/16/2005 | 02 | Witnesses | 50.00 | $50.00 | 0 | | 09189 |

PAYEE: Arun Bjola; REQUEST#: 709519; DATE: 6/16/2005.  -  Witness and mileage fee

| | Total Disb: | 1 | 50.00 | $50.00 | | |

| | Vendor Totals: | $0.00 | $0.00 | $50.00 | $0.00 |

COPY

MAYER, BROWN, ROWE & MAW LLP
230 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60604-1404

Nº 82054

70-2328
719

BANK OF AMERICA ILLINOIS

CHECK NO

DATE

AMOUNT

PAY

TO THE ORDER OF   Peter Schwerer

MAYER, BROWN, ROWE & MAW LLP

NON-NEGOTIABLE

REMITTANCE ADVICE   ATTACHED IS OUR CHECK IN FULL SETTLEMENT OF ITEMS SHOWN HEREON.   IF NOT CORRECT, PLEASE RETURN WITH EXPLANATION.

| DATE | DESCRIPTION | AMOUNT OF INVOICE | NET |
|------|-------------|-------------------|-----|
|      |             |                   |     |

152964

745851

MAYER, BROWN, ROWE & MAW LLP
CHICAGO, ILLINOIS 60604-1404

DETACH BEFORE DEPOSITING



MAYER, BROWN, ROWE & MAW LLP
230 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60604-1404

70-2328
719

N° 82069

BANK OF AMERICA ILLINOIS

CHECK NO.   82069

Seventy Seven and no/100

PAY

TO THE ORDER OF   John Martin

DATE   December 19, 2005

AMOUNT   $77.00

MAYER, BROWN, ROWE & MAW LLP

NON-NEGOTIABLE

COPY

REMITTANCE ADVICE   ATTACHED IS OUR CHECK IN FULL SETTLEMENT OF ITEMS SHOWN HEREON.   IF NOT CORRECT, PLEASE RETURN WITH EXPLANATION.

DATE   D E S C R I P T I O N   AMOUNT OF INVOICE   NET

12/19/05   Subpoena & service fee for bounced check from service vendor   $77.00

202439 - 1128645

MAYER, BROWN, ROWE & MAW LLP
CHICAGO, ILLINOIS 60604-1404

DETACH BEFORE DEPOSITING

# LATHAM & WATKINS

# Request for Check

| Office Location<br>07-SF | Attorney Name<br>Sean P.J. Coyle | Attorney/Employee Number<br>07818 | Prepared by<br>Doreen Griffin | Date<br>04/12/2006 |
|---|---|---|---|---|

| ☐ Mail check | ☐ Will Call | ☒ Urgent | ☒ Deliver to: | Doreen Griffin (I will come pick it up) |
|---|---|---|---|---|

| Make Check Payable To<br>Carl A. Newton | Account to Draw Check On<br>Commercial Account |
|---|---|

| Description | Client - Matter #/<br>Firm GL Acct-<br>Activity Code* | Dept - Office<br>(Firm Charges only) | Amount |
|---|---|---|---|
| Witness fee and mileage fee for deposition | 038128-0025 | | $83.65 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| $40 witness fee | | | |
| $43.65 mileage fee | | | |
| | | | |
| | | | |
| | | | |

RECEIVED
APR 12 2006
ACCOUNTING DEPT.

COST 561428

**\* If the Contribution Expense is related to a Client, the Client Matter number is required.**

In the event any of these charges are not reimbursable under the Firm's internal expense reimbursement policies, and I have been reimbursed for them, I hereby authorize the amount of such charges to be withheld from my next paycheck.

| Employee / Attorney (Signature required) | Employee / Atty #<br>07818 | Date<br>04/12/2006 | TOTAL AMOUNT<br>OF CHECK | $83.65 |
|---|---|---|---|---|

**APPROVAL (If required)**

| Signature of Approver | Employee / Atty # | Date Approved |
|---|---|---|

**SECOND APPROVAL (If required)**

| Signature of Approver | Employee / Atty # | Date Approved |
|---|---|---|

*Attach all applicable invoices and/or documentation. Route to Accounting.*

0700654

0006-05  6/2005

AO 88 (Rev. 11/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF TEXAS

In re Oracle Corporation Securities
Litigation

### SUBPOENA IN A CIVIL CASE

v.

Case Number: [1]  No. C-01-0988-MJJ (ND Cal.

TO:  Carl A. Newton
    23814 Seventh Heaven
    Katy, Texas 77494-0170     Telephone (281) 752-4127

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Henjum Goucher Court Reporting<br>12621 Featherwood Dr., Suite 140, Houston, TX 77034 | 4/21/2006, 9:00 a.m. |

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  |  |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Kyra G. Busby, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562, Telephone: (415) 391-0600

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

AO 88 (Rev. 11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | | PLACE | |
|---|---|---|---|---|

**SERVED**

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) **PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to

the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) **DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Invoice/Service Report

**Client#:** 10                                             **Date:** May 1, 2006

**Inv#:** 190043

---------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT - SACRAMENTO

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** SUBPOENA IN A CIVIL CASE; WITNESS FEE CHECK FOR $130.00; AMENDED
NOTICE OF DEPOSITION AND DOCUMENT REQUESTS TO NON-PARTY WALTER
LAUGHLIN

---------------------------------------------------------------

**Report:** Service on: WALTER LAUGHLIN c/o ALAN M. CAPLAN - Business address  (B) : 221
Pine Street #600, San Francisco, CA 94104 - Residence address (H) : UNKNOWN -
Service was effected at the Business address on April 14, 2006. Declaration(s)
re service were returned April 17, 2006 **

---------------------------------------------------------------

**Fees and Costs:**     1 Special Service - San Francisco @ $50.00                    $50.00

Fee(s) Advanced:     $130.00

Check Charge @ 10% of Fee(s) Advanced:     $13.00

**Invoice Total:**     **$193.00**

---------------------------------------------------------------

## Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# LATHAM & WATKINS

## Request for Check

| Office Location<br>07-SF | Attorney Name<br>Sean P.J. Coyle | Attorney/Employee Number<br>07818 | Prepared by<br>Doreen Griffin | Date<br>04/20/2006 |
|---|---|---|---|---|

| ☐ Mail check | ☐ Will Call | ☒ Urgent | ☒ Deliver to: | Doreen Griffin/Sean P.J. Coyle |
|---|---|---|---|---|

| Make Check Payable To<br>Romen Foster | | Account to Draw Check On<br>Commercial Account |
|---|---|---|

| Description | Client - Matter #/<br>Firm GL Acct-<br>Activity Code* | Dept - Office<br>(Firm Charges only) | Amount |
|---|---|---|---|
| **Witness and mileage fee** | 038128-0025 | | $88.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED
APR 21 2006
ACCOUNTING DEPT.

COST 563379

*If the Contribution Expense is related to a Client, the Client Matter number is required.*

In the event any of these charges are not reimbursable under the Firm's internal expense reimbursement policies, and I have been reimbursed for them, I hereby authorize the amount of such charges to be withheld from my next paycheck.

| Employee / Attorney (Signature required) | Employee / Atty #<br>07818 | Date<br>04/20/2006 | TOTAL AMOUNT<br>OF CHECK | $88.50 |
|---|---|---|---|---|

## APPROVAL (If required)

| Signature of Approver | Employee / Atty # | Date Approved |
|---|---|---|

## SECOND APPROVAL (If required)

| Signature of Approver | Employee / Atty # | Date Approved |
|---|---|---|

*Attach all applicable invoices and/or documentation. Route to Accounting.*

070061163

0006-05  6/2005

AO 88 (Rev. 11/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

NORTHERN    DISTRICT OF ILLINOIS

In re Oracle Corporation Securities
Litigation

## SUBPOENA IN A CIVIL CASE

v.

Case Number: [1]  C-01-0988-MJJ (ND Cal.)

TO:   Romen Foster
      c/o Kris Tsitsis, Esq.
      440 West Irving Park Road, Roselle, IL 60172, Telephone (847) 524-1444

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to
     testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in
     the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Latham & Watkins LLP | May 19, 2006 |
| Sears Tower, Suite 5800, 233 South Wacker Dr., Chicago, IL 60606 | 11:00 a.m. |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
     place, date, and time specified below (list documents or objects):

See Schedule A, attached hereto

| PLACE | DATE AND TIME |
|---|---|
| Latham & Watkins LLP | May____, 2006 |
| Sears Tower, Suite 5800 | 9:00 a.m. |
| 233 South Wacker Drive, Chicago, IL 60606 | |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorneys for Defenants | |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Matthew D. Harrison, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA
94111-2562, Telephone: (415) 391-0600

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

AO 88 (Rev. 11/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | | PLACE |
|---|---|---|---|
| | | | |

**SERVED**

SERVED ON (PRINT NAME) | MANNER OF SERVICE

SERVED BY (PRINT NAME) | TITLE

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                      DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) **PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to

the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) **DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# LATHAM & WATKINS

## Request for Check

| Office Location 07-SF | Attorney Name Sean P.J. Coyle | Attorney/Employee Number 07818 | Prepared by Doreen Griffin | Date 04/20/2006 |
|---|---|---|---|---|

| ☐ Mail check | ☐ Will Call | ☒ Urgent | ☒ Deliver to: | Doreen Griffin/Sean P.J. Coyle |
|---|---|---|---|---|

| Make Check Payable To Timothy J. Kozikowski | Account to Draw Check On Commercial Account |
|---|---|

| Description | Client - Matter #/ Firm GL Acct- Activity Code* | Dept - Office (Firm Charges only) | Amount |
|---|---|---|---|
| Witness and mileage fee | 038128-0025 | | $88.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**RECEIVED**

APR 2 1 2006

ACCOUNTING DEPT.

COST 563379

* If the Contribution Expense is related to a Client, the Client Matter number is required.

In the event any of these charges are not reimbursable under the Firm's internal expense reimbursement policies, and I have been reimbursed for them, I hereby authorize the amount of such charges to be withheld from my next paycheck.

| Employee / Attorney (Signature required) | Employee / Atty # 07818 | Date 04/20/2006 | | TOTAL AMOUNT OF CHECK | $88.50 |
|---|---|---|---|---|---|

## APPROVAL (If required)

| Signature of Approver | Employee / Atty # | Date Approved |
|---|---|---|
| | | |

## SECOND APPROVAL (If required)

| Signature of Approver | Employee / Atty # | Date Approved |
|---|---|---|
| | | |

*Attach all applicable invoices and/or documentation. Route to Accounting.*

07006164

0006-05  6/2005

AO 88 (Rev. 11/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

In re Oracle Corporation Securities Litigation

## SUBPOENA IN A CIVIL CASE

v.

Case Number:[1] C-01-0988-MJJ (ND Cal.)

TO:  Timothy J. Kozikowski
     c/o Wayne G. Travell, Esq.
     Leach Travell, 1921 Gallows Road, Suite 425, Vienna, VA 22182, Telephone: (703) 448-5653

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 | DATE AND TIME<br>May 11, 2006<br>9:00 a.m. |
|---|---|

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A, attached hereto

| PLACE<br>Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004 | DATE AND TIME<br>May ____, 2006<br>9:00 a.m. |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorneys for Defendants | DATE |
|---|---|

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Matthew D. Harrison, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562, Telephone: (415) 391-0600

(See Rule 45, Federal Rules of Civil Procedure, parts C & D on reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

AO 88 (Rev. 11/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
DATE                                    SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) **PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to

the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or the demanding party to contest the claim.

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) **DUTIES IN RESPONDING TO SUBPOENA.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# Invoice/Service Report

**Client#:** 10

**Date:** June 1, 2006

**Inv#:** 191223

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN  GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - MASSACHUSETTS

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07828(HJT)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; WITNESS FEES IN THE AMOUNT OF
$88.50

--------------------------------------------------------------------------------

**Report:** Service on: BRIAN CHIN C/O ALAN M. CAPLAN, ESQ. - Business address  (B) : 221
Pine Street, Suite 600, San Francisco, CA 94104 - Residence address (H) :
UNKNOWN - Service was effected at the Business address on May 5, 2006.
Declaration(s) re service were returned May 8, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**    1 Special Service - San Francisco @ $50.00              $50.00

Fee(s) Advanced: · $88.50

Check Charge @ 10% of Fee(s) Advanced:      $8.85

**Invoice Total:    $147.35**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10

**Date:** June 1, 2006

**Inv#:** 191331

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN FOR SEAN COYLE

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF GEORGIA

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY LAWRENCE GRACE

--------------------------------------------------------------------------------

**Report:** Service on: LAWRENCE GRACE - Business address  (B) : UNKNOWN - Residence
address (H) : 930 Palmer Road, Lithonia, GA 30058 - Service was effected at
the Home address on May 9, 2006. Declaration(s) re service were returned May
9, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 9 | Fax Charges @ $0.50 | $4.50 |

Fee(s) Advanced: $65.00

Check Charge @ 10% of Fee(s) Advanced: $6.50

**Invoice Total:    $296.00**

--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10

**Date:** June 1, 2006

**Inv#:** 191410

--------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND DOCUMENT
REQUESTS TO NONPARTY JOHN SCHINDLER; WITNESS FEE IN THE AMOUNT OF
$73.95

--------------------------------------------------------------------

**Report:** Service on: JOHN SCHNIDLER C/O ALAN M. CAPLAN, ESQ. - Business address  (B) :
221 Pine Street, Suite 600, San Francisco, CA 94104 - Residence address (H) :
UNKNOWN - Service was effected at the Business address on May 9, 2006.
Declaration(s) re service were returned May 10, 2006 **

--------------------------------------------------------------------

**Fees and Costs:**    1 Special Service - San Francisco @ $50.00                    $50.00

Fee(s) Advanced:      $73.95

Check Charge @ 10% of Fee(s) Advanced:      $7.40

**Invoice Total:**    **$131.35**

--------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10

**Date:** June 1, 2006

**Inv#:** 191454

---------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** HARRY CAMPBELL

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:**

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07828(FHT)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND DOCUMENT REQUESTS TO NON-PARTY WILLIAM BRADLEY; WITNESS FEE IN THE AMOUNT OF $57.00

---------------------------------------------------------------------

**Report:** Service on: WILLIAM BRADLEY - Business address  (B) : 6324 Bay Drive, Bessemer, AL - Residence address (H) : 143 Maple Trace, Hoover, AL 35244 - Service was effected at the Business address on May 11, 2006. Declaration(s) re service were returned May 11, 2006 **

---------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---|
| 1 Special Service - Nationwide @ $195.00 | | $195.00 |
| 1 Expediting Fee @ $25.00 | | $25.00 |
| 1 Federal Express @ $22.50 | | $22.50 |

Fee(s) Advanced: $57.00

Check Charge @ 10% of Fee(s) Advanced: $5.70

**Invoice Total: $305.20**

---------------------------------------------------------------------

## Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

# Invoice/Service Report

**Client#:** 10

**Inv#:** 191459

**Date:** June 1, 2006

--------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (NC CAL.)

**Court:** U.S. DISTRICT COURT- SOUTHERN DISTRICT OF NEW YORK

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY PASQUALE "PAT" CHIEFFALO; WITNESS FEE
IN THE AMOUNT OF $84.00

--------------------------------------------------------------------

**Report:** Service on: PASQUALE " PAT" CHIEFFALO - Business address  (B) : UNKNOWN -
Residence address (H) : 47 East Ave., Norwalk, CT 06851 - Service was effected
at the Home address on May 20, 2006. Declaration(s) re service were returned
May 22, 2006 **

--------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---|
| 1 Special Service - Nationwide @ $195.00 | | $195.00 |
| 1 Expediting Fee @ $25.00 | | $25.00 |
| 1 Additional Attempts @ $75.00 | | $75.00 |
| 1 Federal Express @ $22.50 | | $22.50 |

| | |
|---|---|
| Fee(s) Advanced: | $84.00 |
| Check Charge @ 10% of Fee(s) Advanced: | $8.40 |
| **Invoice Total:** | **$409.90** |

--------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                            **Date:** June 1, 2006
  **Inv#:** 192647

--------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
          505 Montgomery Street, Suite 2000
          San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (N.D. CAL.)

**Court:** UNITED STATES DISTRICT COURT - SACRAMENTO

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF DEPOSITION AND DOCUMENT
          REQUESTS TO NONPARTY BRIAN ADAMS; WITNESS FEE IN THE AMOUNT OF
          $54.00

--------------------------------------------------------------------

**Report:** Service on: BRIAN ADAMS - Business address  (B) : UNKNOWN - Residence address
          (H) : 8121 120th Place SE, Newcastle, WA 98056 - Service was effected at the
          Home address on May 26, 2006. Declaration(s) re service were returned May 31,
          2006 **

--------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Special Service - Nationwide @ $195.00 | $195.00 |
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 11 | Fax Charges @ $1.00 | $11.00 |

|  |  |
|---|---:|
| Fee(s) Advanced: | $54.00 |
| Check Charge @ 10% of Fee(s) Advanced: | $5.40 |
| **Invoice Total:** | **$290.40** |

--------------------------------------------------------------------

### Specialized Legal Services, Inc.
**P.O. Box 77141**
**San Francisco, CA 94107**
**(415) 357-0500**
**IRS# 94-3315956**

## Invoice/Service Report

**Client#:** 10

**Inv#:** 192662

**Date:** June 1, 2006

--------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** JOHN EASTLEY

**Case No.:** MASTER FILE NO. C-01-0988-MJJ (JCS)(CONSOLIDATED)

**Court:** UNITED STATES DISTRICT COURT

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-30439 (JME)

**Document(s):** SUBPOENA IN A CIVIL CASE; NOTICE OF SUBPOENA TO LERACH COUGHLIN
STOIA GELLER RUDMAN & ROBBINS LLP; DEFENDANTS FIRST SET OF REQUESTS
FOR ADMISSION TO PLAINTIFFS; CORRESPONDENCE DATED MAY 26, 2006;
WITNESS FEE IN THE AMOUNT OF $41.00

--------------------------------------------------------------------

**Report:** Service on: LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP - Shawn A.
Williams, Attorney at Law - Business address  (B) : 100 Pine Street, 26th
Floor, San Francisco, CA 94111 - Residence address (H) : UNKNOWN - 5/26/2006 @
4:57 PM (B) Subject not in at time of attempt and no one authorized to accept
service.;  Service was effected at the Business address on May 30, 2006.
Declaration(s) re service were returned May 31, 2006 **

--------------------------------------------------------------------

**Fees and Costs:**

| | | |
|---|---|---:|
| 1 | Expediting Fee @ $25.00 | $25.00 |
| 2 | Special Service - San Francisco @ $50.00 | $100.00 |

Fee(s) Advanced: $41.00

Check Charge @ 10% of Fee(s) Advanced: $4.10

**Invoice Total:** **$170.10**

--------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10

**Date:** July 1, 2006

**Inv#:** 192905

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ

**Court:** UNITED STATES DISTRICT COURT - SACRAMENTO

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025-07818(SC)

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY MARCUS LEE; WITNESS FEES IN THE
AMOUNT OF $88.60

--------------------------------------------------------------------------------

**Report:** Service on: MARCUS LEE - Alan M. Caplan, Esq. - Business address  (B) : 221
Pine Street, Suite 600, San Francisco, CA 94104 - Residence address (H) :
UNKNOWN - Service was effected at the Business address on June 1, 2006.
Declaration(s) re service were returned June 8, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**     1 Special Service - San Francisco @ $50.00                    $50.00

Fee(s) Advanced:       $88.60

Check Charge @ 10% of Fee(s) Advanced:       $8.86

**Invoice Total:**    **$147.46**

--------------------------------------------------------------------------------

### Specialized Legal Services, Inc.
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

## Invoice/Service Report

**Client#:** 10                                                    **Date:** July 1, 2006
**Inv#:** 193122

--------------------------------------------------------------------------------

**Client:** LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

**Attention:** DOREEN GRIFFIN

**Case No.:** C-01-0988-MJJ (ND CAL.)

**Court:** UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF MISSOURI

**Plaintiff:** ORACLE CORPORATION SECURITIES LITIGATION

**Defendant:**

**Ref No.:** 038128-0025   *07 818*

**Document(s):** AMENDED SUBPOENA IN A CIVIL CASE; AMENDED NOTICE OF DEPOSITION AND
DOCUMENT REQUESTS TO NONPARTY DUNG "JOHN" NGUYEN; WITNESS FEE IN
THE AMOUNT OF $74.00

--------------------------------------------------------------------------------

**Report:** Service on: DUNG "JOHN" NGUYEN - Business address  (B) : UNKNOWN - Residence
address (H) : 574 Calumet Ranch Trail, St. Peters, MO 63376 - Service was
effected at the Home address on June 7, 2006. Declaration(s) re service were
returned June 8, 2006 **

--------------------------------------------------------------------------------

**Fees and Costs:**       1 Special Service - Nationwide @ $195.00              $195.00
1 Expediting Fee @ $25.00                              $25.00
9 Fax Charges @ $1.00                                   $9.00

Fee(s) Advanced:        $74.00
Check Charge @ 10% of Fee(s) Advanced:         $7.40

**Invoice Total:**     **$310.40**
--------------------------------------------------------------------------------

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

# CHADBOURNE
# & PARKE LLP

**Robert Sidorsky**
direct tel 212-408-5574
rsidorsky@chadbourne.com

June 30, 2006

**BY FEDERAL EXPRESS**

Willow E. Radcliffe, Esq.
Lerach Coughlin Stoia Geller Rudman &
  Robbins LLP
100 Pine Street, 26th Floor
San Francisco, California 94111

Paul V. Konovalov, Esq.
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, California 92626

Re: *In re Oracle Corporation Securities Litigation*, Master File No. C-01-0988-
MJJ/Sevier Deposition Billing Statement

Dear Willow and Paul:

In accordance with paragraph 5 of the Order Regarding Defendants' Motion for a
Protective Order entered on February 2, 2006 in the above-referenced action (the "February 2,
2006 Order"), I am enclosing a copy of our statement for professional services in connection
with our representation of Jason Sevier in preparation for and at his deposition taken on June
28, 2006. The amount of our fees is $38,870 and the amount for disbursements is $499.72,
for a total of $39,369.72. Pursuant to the February 2 Order, this amount is to be evenly split
between plaintiffs and defendants, which comes to $19,684.86 when divided. Accordingly,
we request that you each send to my attention a check payable to Chadbourne & Parke LLP in
the amount of $19,684.86 as promptly as possible.

Furthermore, in accordance with paragraph 5 of the February 2 Order, Mr. Sevier
incurred a total of 22 hours of time preparing for and attending the June 28, 2006 deposition.
Mr. Sevier's standard hourly billing rate in his current position with Huron Consulting Group
is $650 per hour. The cost of Mr. Sevier's time in connection with the deposition therefore
comes to $14,300, or $7,150 when split evenly. Accordingly, we request that you each send
to Mr. Sevier, at 59 Whitney Road, Short Hills, New Jersey 07078, a check payable to him in
the amount of $7,150 as promptly as possible.

**CHADBOURNE**
**& PARKE LLP**

Willow E. Radcliffe, Esq.                    -2-                    June 30, 2006
Paul V. Konovalov, Esq.

Thank you for your cooperation in this matter.

Sincerely yours,

*Robert Sidorsky*

Robert Sidorsky

Enclosure

cc:  Mr. Jason Sevier

CHADBOURNE
& PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel 212-408-5100  fax 212-541-5369

June 30, 2006
Invoice 604080
Page   1

For services from May 10, 2006 through June 30, 2006

Our Matter #16667.015

ORACLE NON-PARTY WITNESS SUBPOENA

FOR PROFESSIONAL SERVICES, including, but not limited to, review of subpoena for deposition of Jason Sevier and stipulated protective order dated February 2, 2006; office conferences with A. Raylesberg; telephone conferences with J. Sevier; telephone conference with J. Wine; telephone conferences with B. Collins regarding obtaining copies of pleadings relating to document discovery from Arthur Andersen LLP; telephone conference with W. Radcliffe; review Revised Second Amended Complaint; review motion to compel production of documents and accompanying exhibits; review motion for protective order and accompanying exhibits; draft letter to W. Radcliffe; telephone conferences with P. Konovalov; review audit workpapers produced to plaintiffs; telephone conference with J. Sevier; arrange for review of workpaper documents; review decisions by district court and Ninth Circuit with respect to motions to dismiss; telephone conference with W. Radcliffe regarding scheduling; review quarterly review workpapers and fiscal year 2001 audit workpapers at Latham & Watkins office; telephone conferences with P. Konovalov regarding scheduling; office conferences with A. Raylesberg regarding review of workpapers; telephone conference with P. Konovalov; message for W. Radcliffe; meeting with J. Sevier at Chadbourne & Parke; telephone conferences with W. Radcliffe and  P. Konovalov regarding scheduling and conference call; emails with J. Sevier regarding scheduling; telephone conference with P. Konvalov; telephone conference with W. Radcliffe; meeting with J. Sevier at Latham & Watkins in connection with review of workpaper documents and telephone conference with J. Sevier; preparation for and meetings with J. Sevier at Chadbourne & Parke in preparation for deposition; representation of J. Sevier at deposition; office conferences with A. Raylesberg regarding deposition; telephone conferences and emails with Arthur Andersen LLP.

### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| A. I. RAYLESBERG | (Partner) | 685.00 | 8.00 | 5480.00 |
| R. SIDORSKY | (Counsel) | 525.00 | 63.60 | 33390.00 |
| | TOTALS | | 51.20 | 38870.00 |

Total Fees for Professional Services ......................................................................... $38,870.00

Please indicate Statement No. on payment.
Federal and New York State tax identification number 13-4990295

June 30, 2006
Invoice 604080
Page   2

CHADBOURNE
& PARKE LLP

### Disbursements and Other Charges

| | |
|---|---|
| COMPUTER LEGAL RESEARCH | 114.71 |
| REPRODUCTION | 67. 30 |
| TELEPHONE CHARGES | 205.92 |
| WORD PROCESSING | 111.79 |

Total Disbursements and Other Charges ................................................................. $   499.72

**TOTAL DUE FOR THIS MATTER** .................................................................... **$39,369.72**

Jason M. Sevier
59 Whitney Road
Short Hills, New Jersey 07078

SEN –

Invoice Re: Oracle Corporation Securities Litigation

Preparation for Deposition held on June 28ᵗʰ 2006

11 hours @ $650 per hour, total due $7,150

*Owed pursuant to Order re Anderson Subpoena*



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700   Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date  6/26/07

Inv #:  JP73298
SP#:
Client Code: LA60

1154539

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES
LITIGATION

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.

Ref. No.: 038128-0025

DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

REPORT:  ; Service on: RANDALL JENSEN C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN
FRANCISCO, CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA
EMAIL (2 PAGES).  PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE
APPROPRIATE WITNESS FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES
WERE TENDERED.; 6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed
at Business on: 06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:     1     SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA              157.00
                    1     SAME DAY RETURN OF POS - SAN FRANCISCO TO MENLO PARK        85.00

**OK TO PAY**

Client Matter #: _038128-0025_

Attorney Name: _P. Gibbs_

Attorney #: _02973_

Signature: _____

RECEIVED

JUL 0 5 2007

ACCOUNTING DEPT.

Witness Fee
**Fee Advance**                64.10
**Fee Advance Charge**          6.41

DUE AND PAYABLE UPON RECEIPT     **Invoice Total:**        **$312.51**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date:  6/26/07

Inv #:  JP73300
SP#:
Client Code: LA60

1154538

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.

DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES
LITIGATION

Ref. No.: 038128-0025

REPORT:  ; Service on: ALAN GOEDDE C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN FRANCISCO,
CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA EMAIL (2 PAGES).
PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE APPROPRIATE WITNESS
FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED. WITNESS FEES WERE TENDERED.;
6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed at Business on:
06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

| FEES AND COSTS: | | | |
|---|---|---|---|
| | 1 | SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA | 157.00 |
| | 1 | SAME DAY RETURN OF POS (NO CHARGE) | 0.00 |

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT.

**OK TO PAY**

Client Matter #: _038128- 0025_

Attorney Name: _P. Gibbs_

Attorney #: _92473_

Signature: _____

Witness Fee
**Fee Advance**          64.10
**Fee Advance Charge**      6.41

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$227.51**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 6/26/07

Inv #: JP73301
SP#:
Client Code: LA60

1154537

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES
LITIGATION

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.
DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

Ref. No.: 038128-0025

REPORT:  ; Service on: D. PAUL REGAN C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN FRANCISCO,
CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA EMAIL (2 PAGES).
PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE APPROPRIATE WITNESS
FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES WERE TENDERED.;
6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed at Business on:
06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:    1    SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA          157.00
                   1    SAME DAY RETURN OF POS (NO CHARGE)                       0.00

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT,

**OK TO PAY**

Client Matter #: 038128-0025
Attorney Name: P. Gibbs
Attorney #: 02473
Signature:

Witness Fee
**Fee Advance**                64.10
**Fee Advance Charge**          6.41

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$227.51**



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 6/26/07

Inv #: JP73302
SP#:
Client Code: LA60

1154536

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA 94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.
DOCUMENT(S): SUBPOENA IN A CIVIL CASE

Case No.: C-01-0988-MJJ
Court: U.S. DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA
In Re: ORACLE CORPORATION SECURITIES
LITIGATION

Ref. No.: 038128-0025

REPORT: ; Service on: BJORN STEINHOLT C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN
FRANCISCO, CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA
EMAIL (2 PAGES). PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE
APPROPRIATE WITNESS FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES
WERE TENDERED.; 6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed
at Business on: 06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:   1   SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA        157.00
                  1   SAME DAY RETURN OF POS (NO CHARGE)                      0.00

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT.

**OK TO PAY**

Client Matter #: _038128 - 0025_
Attorney Name: _P. Gibbs_
Attorney #: _02973_
Signature: _____

Witness Fee
**Fee Advance**        64.10
**Fee Advance Charge**  6.41

DUE AND PAYABLE UPON RECEIPT        **Invoice Total:**        $227.51



**County Legal & Notary Service**
255 North Market Street, Suite 246
San Jose, CA 95110
(408) 295-2700    Fax (408) 295-4520

**SERVICE REPORT/INVOICE**

PLEASE REMIT WITH INVOICE NUMBER.

Invoice Date: 6/26/07

Inv #:  JP73303
SP#:
Client Code: LA60

1154535

LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Attn: ZOILA AURORA
Atty: PATRICK E. GIBBS, ESQ.
DOCUMENT(S):  SUBPOENA IN A CIVIL CASE

Case No.: C-01-0988-MJJ
Court : U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
In Re : ORACLE CORPORATION SECURITIES LITIGATION

Ref. No.: 038128-0025

REPORT:   ; Service on: BROOKS HILLIARD C/O SHAWN A. WILLIAMS, (B): 100 PINE STREET, SUITE 2600, SAN FRANCISCO, CA 94111 ** 06/25/2007 @ 4:56PM - WE RECEIVED THE DOCUMENT FROM THE CLIENT VIA EMAIL (2 PAGES). PER ZOILA, SERVE THE DOCUMENT TOMORROW MORNING AND ADVANCE THE APPROPRIATE WITNESS FEE.; 06/26/2007 @ 11:25AM (B) - THE DOCUMENT WAS SERVED.  WITNESS FEES WERE TENDERED.; 6/26/2007 - POS RETURNED TO THE CLIENT'S OFFICE VIA HAND DELIVERY. - Completed at Business on: 06/26/2007 @ 11:25AM; Declaration(s) re service returned to client on: 06/26/2007

FEES AND COSTS:      1      SPECIAL SERVICE OF PROCESS - SAN FRANCISCO, CA                157.00
                     1      SAME DAY RETURN OF POS (NO CHARGE)                             0.00

**OK TO PAY**

Client Matter #: _038128 - 0025_

Attorney Name: _P. Gibbs_

Attorney #: _02173_

Signature: _____

**RECEIVED**

JUL 0 5 2007

ACCOUNTING DEPT.

Witness Fee
**Fee Advance**          64.10
**Fee Advance Charge**    6.41

DUE AND PAYABLE UPON RECEIPT          **Invoice Total:**          **$227.51**