# EXHIBIT G



# On The Record
Los Angeles • San Francisco • New York

*The Trial Presentation Professionals*

1194159

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2007 | 07-207 |

| Bill To |
|---|
| Latham & Watkins<br>John Eastly<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111-2562 |

| OTR Case # | Case Name |
|---|---|
| 1073 | *In Re: Oracle Securities* |

| Quantity | Unit | Description | Rate | Amount |
|---|---|---|---|---|
| 2.2 | Hours | File Conversions, Transfers and Downloads | 150.00 | 330.00 |
| 4 | Hours | Video Clip Editing from Synchronized Video | 125.00 | 500.00 |
| 6 | CD-ROM | CD-ROM Creation | 10.00 | 60.00 |
|  |  | Shipping, Delivery & Messenger Charges | 18.00 | 18.00 |

*[handwritten: OK to pay, 35439, 0350128.0525]*

RECEIVED
OCT 0 8 2007
ACCOUNTING DEPT.

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

| Subtotal | $908.00 |
|---|---|
| Sales Tax (8.25%) | $0.00 |
| **Total** | **$908.00** |

5777 W. Century Blvd., Ste. 1415
Los Angeles, CA 90045
(310)342-7170 Phone
(310)342-7172 Fax
www.ontherecord.com



**On The Record**
Los Angeles • San Francisco • New York

*The Trial Presentation Professionals*

# Invoice

| Date | Invoice # |
|---|---|
| 10/31/2007 | 07-254 |

1194548

**Bill To**
Latham & Watkins
John Eastly
505 Montgomery Street
Suite 1900
San Francisco, CA 94111-2562

| OTR Case # | Case Name |
|---|---|
| 1073 | *In Re: Oracle Securities* |

| Quantity | Unit | Description | Rate | Amount |
|---|---|---|---|---|
| 0.4 | Hours | Video Clip Editing from Synchronized Video | 125.00 | 50.00 |
| 4 | CD-ROM | Conversion of ASCII Transcripts to TIFF Files | 0.075 | 0.30 |
| | | Shipping, Delivery & Messenger Charges | 18.00 | 18.00 |

RECEIVED
NOV 0 8 2007
ACCOUNTING DEPT.

| | |
|---|---|
| Subtotal | $68.30 |
| Sales Tax (8.25%) | $0.00 |
| **Total** | **$68.30** |

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

5777 W. Century Blvd., Ste. 1415
Los Angeles, CA 90045
(310)342-7170 Phone
(310)342-7172 Fax
www.ontherecord.com



The Focal Point LLC
501 14th Street, Suite 200
Oakland, California 94612
510.208.1760 Phone
510.208.1761 Fax
www.thefocalpoint.com

Federal Taxpayer I.D. # 91-1780789

# Customer

| | |
|---|---|
| Lawyer: | Peter Wald, Esq. |
| Firm: | Latham & Watkins |
| Address: | 505 Montgomery Street, Suite 1900 |
| City: | San Francisco, CA 94111-2566 |
| Email: | peter.wald@lw.com |

# Invoice

| | |
|---|---|
| Date: | October 31, 2007 |
| Invoice Number: | 2007 - 2879 |
| Billing Period: | 9/18/07- 10/31/07 |
| Our Reference: | GCR-10126-14 |
| Matter: | In re Oracle |

| Hours | Description | Rate/Hour | Expenses | TOTAL |
|---|---|---|---|---|
| | **Strategy Development & Case Management:** | | | |
| 9.50 | Chris Ritter | $325.00 | | $3,087.50 |
| 0.25 | Jeremy Young | $210.00 | | $52.50 |
| 6.75 | Amie Bailey | $195.00 | | $1,316.25 |
| 0.50 | Candice Saadian | $185.00 | | $92.50 |
| | **Production & Design:** | | | |
| 4.25 | 2D Graphics - Senior | $205.00 | | $871.25 |
| 9.00 | 2D Graphics | $195.00 | | $1,755.00 |
| 9.50 | Production Specialist | $175.00 | | $1,662.50 |
| | **Production Expenses:** | | | |
| | Travel & Delivery | | $186.27 | $186.27 |
| | Color Laser Prints | | $205.00 | $205.00 |
| | Litigation Exhibit Boards | | $2,658.94 | $2,658.94 |
| | | | Subtotal | $11,887.71 |
| | | | Sales Tax | |
| | | | **Remaining Balance Due** | **$11,887.71** |

**Make Checks Payable To:** The Focal Point, LLC
**Terms:** Net 30



The Focal Point LLC
501 14th Street, Suite 200
Oakland, California 94612
510.208.1760 Phone
510.208.1761 Fax
www.thefocalpoint.com

Federal Taxpayer I.D. # 91-1780789

## Customer

| | |
|---|---|
| Lawyer: | Peter Wald, Esq. |
| Firm: | Latham & Watkins |
| Address: | 505 Montgomery Street, Suite 1900 |
| City: | San Francisco, CA 94111-2566 |
| Email: | peter.wald@lw.com |

## Invoice

| | |
|---|---|
| Date: | November 30, 2007 |
| Invoice Number: | 2007 - 2904 |
| Billing Period: | 11/1/07 - 11/30/07 |
| Our Reference: | GCR-10126-14 |
| Matter: | In re Oracle |

| Hours | Description | Rate/Hour | Expenses | TOTAL |
|---:|---|---:|---:|---:|
| | **Strategy Development & Case Management:** | | | |
| 37.75 | Chris Ritter | $325.00 | | $12,268.75 |
| 24.00 | Scott Hilton | $305.00 | | $7,320.00 |
| 67.25 | Jeremy Young | $210.00 | | $14,122.50 |
| 161.50 | Amie Bailey | $195.00 | | $31,492.50 |
| 50.25 | Sandrine Bourrie, Jill Kustner & Chris Sizemore | $195.00 | | $9,798.75 |
| 30.50 | Candice Saadian | $185.00 | | $5,642.50 |
| | **Production & Design:** | | | |
| 55.00 | 2D Graphics - Senior | $205.00 | | $11,275.00 |
| 79.50 | 2D Graphics | $195.00 | | $15,502.50 |
| 2.75 | Production Specialist | $175.00 | | $481.25 |
| 3.00 | Production Assistant | $130.00 | | $390.00 |
| | **Production Expenses:** | | | |
| | Travel & Other Reimbursables | | $70.44 | $70.44 |
| | Color Laser Prints | | $5,065.00 | $5,065.00 |
| | | Subtotal | | $113,429.19 |
| | | Sales Tax | | |

CC: Sean Berkowitz - Sean Berkowitz@lw.com

| | | |
|---|---|---:|
| **Make Checks Payable To:** The Focal Point, LLC | **Remaining Balance Due** | **$113,429.19** |
| **Terms:** Net 30 | | |



The Focal Point LLC
501 14th Street, Suite 200
Oakland, California 94612
510.208.1760 Phone
510.208.1761 Fax
www.thefocalpoint.com

Federal Taxpayer I.D. # 91-1780789

# Customer

Lawyer: John Eastly

Firm: Latham & Watkins

Address: 505 Montgomery Street, Suite 1900

City: San Francisco, CA 94111-2566

Email: John.Eastly@LW.com

# Invoice

Date: December 31, 2007

Invoice Number: 2007 - 2923

Billing Period: 12/1/07 - 12/31/07

Our Reference: GCR-10126-14

Matter: In re Oracle

| Hours | Description | Rate/Hour | Expenses | TOTAL |
|---|---|---|---|---|
| | **Strategy Development & Case Management:** | | | |
| 11.00 | Chris Ritter | $325.00 | | $3,575.00 |
| 62.25 | Scott Hilton | $305.00 | | $18,986.25 |
| 112.00 | Jeremy Young | $210.00 | | $23,520.00 |
| 302.50 | Sandrine Bourrie & Amie Bailey | $195.00 | | $58,987.50 |
| 10.75 | Jill Kustner, Richard Cho & Paul Roberts | $195.00 | | $2,096.25 |
| 27.75 | Candice Saadian | $185.00 | | $5,133.75 |
| | **Production & Design:** | | | |
| 29.00 | 2D Graphics - Senior | $205.00 | | $5,945.00 |
| 173.50 | 2D Graphics | $195.00 | | $33,832.50 |
| 16.25 | Production Specialist | $175.00 | | $2,843.75 |
| | **Production Expenses:** | | | |
| | Travel & Other Reimbursables | | $448.74 | $448.74 |
| | Color Laser Prints | | $7,202.50 | $7,202.50 |
| | | | Subtotal | $162,571.24 |
| | | | Sales Tax | |
| | | | Less Payments Received | $0.00 |
| | | | **Remaining Balance Due** | **$162,571.24** |

CC: Sean Berkowitz - Sean Berkowitz@lw.com

**Make Checks Payable To:** The Focal Point, LLC
**Terms:** Net 45



**On The Record**
Los Angeles · San Francisco · New York

*The Trial Presentation Professionals*

# Invoice

| Date | Invoice # |
|---|---|
| 1/28/2008 | 08-2 |

| Bill To |
|---|
| Latham & Watkins<br>John Eastly<br>505 Montgomery Street<br>Suite 1900<br>San Francisco, CA 94111-2562 |

| OTR Case # | Case Name |
|---|---|
| 1073 | In Re. Oracle Securities |

| Quantity | Unit | Description | Rate | Amount |
|---:|---|---|---:|---:|
| | | The billing period for this Invoice is December 2007 & January 2008 | | |
| 8.9 | Hours | Technical Support - IN Courtroom | 195.00 | 1,735.50 |
| 3.6 | Hours | Client Meetings | 175.00 | 630.00 |
| 2.3 | Hours | Database Management | 150.00 | 345.00 |
| 10.5 | Hours | File Conversions, Transfers and Downloads | 150.00 | 1,575.00 |
| 0.9 | Hours | Headshot Screen Grabs from Video | 150.00 | 135.00 |
| 1.7 | Hours | Correspondence | 150.00 | 255.00 |
| 8.5 | Hours | Video Clip Editing from Synchronized Video | 125.00 | 1,062.50 |
| 0.6 | Hours | Travel | 85.00 | 51.00 |
| 3 | CD-ROM | CD-ROM Creation | 10.00 | 30.00 |
| 1 | Day | Multimedia Presentation System - Daily Rental | 150.00 | 150.00T |
| 1 | Day | Hi-Lumens XGA LCD Projector - Daily Rental | 375.00 | 375.00T |
| 1 | Day | Elmo Visual Presenter (Digital) - Daily Rental | 150.00 | 150.00T |
| 1 | Day | 17" Flat Panel XGA LCD Monitor - Daily Rental | 35.00 | 35.00T |
| 1 | Day | 17" Flat Panel XGA LCD Monitor - Daily Rental | 35.00 | 35.00T |
| 1 | Day | 17" Flat Panel XGA LCD Monitor - Daily Rental | 35.00 | 35.00T |
| 1 | Day | 17" Flat Panel XGA LCD Monitor - Daily Rental | 35.00 | 35.00T |
| 1 | Day | 8 Foot Projection Screen - Daily Rental | 60.00 | 60.00T |
| 1 | Day | 6 or 8-Way Digital Distribution Amplifier - Daily Rental | 40.00 | 40.00T |

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

| Subtotal | |
|---|---|
| **Sales Tax (8.25%)** | |
| **Total** | |

5777 W. Century Blvd., Ste. 1415
Los Angeles, CA 90045
(310)342-7170 Phone
(310)342-7172 Fax
www.ontherecord.com

Page 1



# On The Record
Los Angeles · San Francisco · New York

*The Trial Presentation Professionals*

# Invoice

| Date | Invoice # |
|---|---|
| 1/28/2008 | 08-2 |

**Bill To**
Latham & Watkins
John Eastly
505 Montgomery Street
Suite 1900
San Francisco, CA 94111-2562

| OTR Case # | Case Name |
|---|---|
| 1073 | *In Re: Oracle Securities* |

| Quantity | Unit | Description | Rate | Amount |
|---|---|---|---|---|
| 1 | Day | 4 in 1 out Digital Video Switcher - Daily Rental | 40.00 | 40.00T |
| 1 | Day | A/V Cart, Stand or Table - Daily Rental | 20.00 | 20.00T |
| 1 | Day | XGA cabling, ext. cords & power strips - Daily Rental | 20.00 | 20.00T |

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

| | |
|---|---|
| **Subtotal** | $6,814.00 |
| **Sales Tax (8.25%)** | $82.09 |
| **Total** | $6,896.09 |

5777 W. Century Blvd., Ste. 1415
Los Angeles, CA 90045
(310)342-7170 Phone
(310)342-7172 Fax
www.ontherecord.com

Page 2



The Focal Point LLC
501 14th Street, Suite 200
Oakland, California 94612
510.208.1760 Phone
510.208.1761 Fax
www.thefocalpoint.com

Federal Taxpayer I.D. # 91-1780789

# Customer

| | |
|---|---|
| Contact: | John Eastly |
| Firm: | Latham & Watkins |
| Address: | 505 Montgomery Street, Suite 1900 |
| City: | San Francisco, CA 94111-2566 |
| Email: | John.Eastly@LW.com |

# Invoice

| | |
|---|---|
| Date: | January 31, 2008 |
| Invoice Number: | 2008 - 2942 |
| Billing Period: | 1/1/08 - 1/31/08 |
| Our Reference: | GCR-10126-14 |
| Matter: | In re Oracle |

| Hours | Description | Rate/Hour | Expenses | TOTAL |
|---|---|---|---|---|
| | **Strategy Development & Case Management:** | | | |
| 7.50 | Andy Spingler, Chris Ritter & Scott Hilton | $330.00 | | $2,475.00 |
| 68.25 | Jeremy Young, Jill Kustner & Chris Sizemore | $215.00 | | $14,673.75 |
| 136.00 | Amie Bailey & Sandrine Bourrie | $205.00 | | $27,880.00 |
| 47.75 | Paul Roberts & Richard Cho | $205.00 | | $9,788.75 |
| 24.50 | Candice Saadian & Lorraine de Guzman | $195.00 | | $4,777.50 |
| | **Production & Design:** | | | |
| 25.25 | 2D Graphics - Senior | $210.00 | | $5,302.50 |
| 142.75 | 2D Graphics | $200.00 | | $28,550.00 |
| 11.00 | Production Specialist | $175.00 | | $1,925.00 |
| | **Production Expenses:** | | | |
| | Travel & Other Reimbursables | | $135.03 | $135.03 |
| | Color Laser Prints | | $2,512.50 | $2,512.50 |
| | | | Subtotal | $98,020.03 |
| | | | Less Payments Received | $0.00 |
| | | | **Remaining Balance Due** | **$98,020.03** |

CC: Sean Berkowitz - Sean.Berkowitz@lw.com

**Make Checks Payable To:** The Focal Point, LLC
**Terms:** Net 45



The Focal Point LLC
501 14th Street, Suite 200
Oakland, California 94612
510.208.1760 Phone
510.208.1761 Fax
www.thefocalpoint.com

Federal Taxpayer I.D. # 91-1780789

## Customer

| | |
|---|---|
| Contact: | John Eastly |
| Firm: | Latham & Watkins |
| Address: | 505 Montgomery Street, Suite 1900 |
| City: | San Francisco, CA 94111-2566 |
| Email: | John.Eastly@LW.com |

## Invoice

| | |
|---|---|
| Date: | February 29, 2008 |
| Invoice Number: | 2008 - 2962 |
| Billing Period: | 2/1/08 - 2/29/08 |
| Our Reference: | GCR-10126-14 |
| Matter: | In re Oracle |

| Hours | Description | Rate/Hour | Expenses | TOTAL |
|---|---|---|---|---|
| | **Strategy Development & Case Management:** | | | |
| 4.50 | Scott Hilton | $330.00 | | $1,485.00 |
| 0.25 | Jeremy Young | $215.00 | | $53.75 |
| 20.75 | Amie Bailey & Sandrine Bourrie | $205.00 | | $4,253.75 |
| | **Production & Design:** | | | |
| 0.25 | 2D Graphics - Senior | $210.00 | | $52.50 |
| | **Production Expenses:** | | | |
| | Color Laser Prints | | $10.00 | $10.00 |
| | | | Subtotal | $5,855.00 |
| | | | Less Payments Received | $0.00 |
| | | | **Remaining Balance Due** | **$5,855.00** |

CC: Sean Berkowitz - Sean.Berkowitz@lw.com

**Make Checks Payable To:** The Focal Point, LLC
**Terms:** Net 45



**On The Record**®
Los Angeles • San Francisco • New York

*The Trial Presentation Professionals*

# Invoice

1141401

| Date | Invoice # |
|---|---|
| 2/29/2008 | 08-25 |

| Bill To |
|---|
| Latham & Watkins |
| John Eastly |
| 505 Montgomery Street |
| Suite 1900 |
| San Francisco, CA 94111-2562 |

| OTR Case # | Case Name |
|---|---|
| 1073 | *In Re: Oracle Securities* |

| Quantity | Unit | Description | Rate | Amount |
|---|---|---|---|---|
| | | Shipping, Delivery & Messenger Charges | 50.20 | 50.20 |

*ok to pay*
*30439*
*038128.0825*

COST 698590

RECEIVED
MAR 10 2008
ACCOUNTING DEPT.

| | |
|---|---|
| Subtotal | $50.20 |
| Sales Tax (8.25%) | $0.00 |
| **Total** | **$50.20** |

Federal ID #95-4569545
Terms - Net 30 Days
Thank You For Your Business

5777 W. Century Blvd., Ste. 1415
Los Angeles, CA 90045
(310)342-7170 Phone
(310)342-7172 Fax
www.ontherecord.com