# EXHIBIT H

Dato 20. april 2006
J. nr. 2153

# FAGSPROG

Kromann Reumert
Advokatfirma
Sundkrogsgade 5
2100 København Ø
Att.: Barbara Suhr-Jessen

FAKTURA NR. 26210

| | | |
|---|---|---:|
| Honorar for tolkning i retten på Frederiksberg den 7. april, 3 timer | DKK | 2.400,00 |
| Moms 25% | DKK | 600,00 |
| I alt | DKK | 3.000,00 |

TRANSLATØRFIRMA
V. BIRTE-MARIE JØRGENSEN
KRONPRINSESSEGADE 46E
1306 KØBENHAVN K
TLF +45 33 15 28 88
FAX +45 33 13 75 70

FAGSPROG@FAGSPROG.DK
WWW.FAGSPROG.DK

BG BANK 9541-7542070
CVR NUMMER 21 85 92 49

*Betalingsbetingelser: Netto kontant*

OANDA Currency Converter - OANDA Customizable Currency Converter         Page 1 of 1



Wednesday, May 31, 2006

73,162 Danish Krone = 12,615.7 US Dollar
73,162 US Dollar (USD) = 424,287 Danish Krone (DKK)

Median price = 0.17236 / 0.17244 (bid/ask)
Minimum price = 0.17162 / 0.17170
Maximum price = 0.17307 / 0.17315

FXTrade: Online Currency Trading with OANDA FXTrade.
FXDelivery: Get your Foreign Currency and Travelers Cheques delivered to your home for your next trip.

FXConverter™: Classic 164 Currency Converter © 1997-2005 by OANDA.com.

Add a Currency Converter to your site today!