# EXHIBIT I



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Customer Copy*

| Invoice Date | Invoice Number |
|---|---|
| 04/28/2006 | 0001145127-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| | | |
|---|---|---|
| Expenses/Retainers | | 47.88 |
| Total | | 2,897.88 |
| Outstanding Balance as of 05/01/2006 | $ | 2,897.88 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

# INVOICE
*Customer Copy*

| Invoice Date | Invoice Number |
|---|---|
| 04/28/2006 | 0001145127-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/17/2006 | Hon. Edward Infante (Ret.)<br>Review of letter briefs re disputed issues. | 2.50 | 600.00 | 1,500.00 | 2 | 750.00 |
| 04/18/2006 | Hon. Edward Infante (Ret.)<br>Telephone hearing to discuss discovery dispute resolution process; Motion practice. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 04/20/2006 | Hon. Edward Infante (Ret.)<br>Reviewed letter briefs and exhibits; Reviewed prior discovery order. | 3.00 | 600.00 | 1,800.00 | 2 | 900.00 |
| 04/25/2006 | Hon. Edward Infante (Ret.)<br>Hearing on various discovery issues raised by the parties. | 2.50 | 600.00 | 1,500.00 | 2 | 750.00 |
| 04/28/2006 | Case Management Fee | | | | | 300.00 |
| | | | | Fees | | 2,850.00 |
| 04/18/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 4/18/06 between Panelist and Counsel (ref# 325153). | | | 42.31 | 2 | 21.16 |
| 04/25/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 4/25/06 between Panelist and Counsel (ref# 329429). | | | 53.43 | 2 | 26.72 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**




JAMS
THE RESOLUTION EXPERTS

1015273

# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 05/31/2006 | 0001157667-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 05/12/2006 | Hon. Edward Infante (Ret.) Review and issuance of letters of Request for International udicial Assistence. | 0.25 | 600.00 | 150.00 | 2 | 75.00 |
| 05/22/2006 | Hon. Edward Infante (Ret.) Drafted order Compelling Oracle to Search for Documents in the Files of an Additional 14 employees or former employees. | 2.00 | 600.00 | 1,200.00 | 2 | 600.00 |
| 05/31/2006 | Hon. Edward Infante (Ret.) Read and reviewed Oracle's Motion to Issue Letters Rogatory and plaintiff's response. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 05/31/2006 | Hon. Edward Infante (Ret.) Telephonic hearing on Motion re Letters Rogatory. | 0.25 | 600.00 | 150.00 | 2 | 75.00 |
| 05/31/2006 | Case Management Fee | | | | | 300.00 |
| | | | | Fees | | 1,200.00 |
| 05/30/2006 | Hon. Edward Infante (Ret.) APC CHARGE for conference call on 05/30/06 between Panelist and Counsel (ref# 339646). | | | 21.56 | 2 | 10.78 |
| | | | | Expenses/Retainers | | 10.78 |

cost 572460

RUSH

ok to pay 3439 83828 .cc 5

RECEIVED JUN 06 2006 ACCOUNTING DEPT

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**

JAMS
THE RESOLUTION EXPERTS

RE: **In re Oracle Corporation Securities Litigation**
HEARING TYPE: **Court Reference** REFERENCE #: **1100047408** **REP# 10**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Total | | 1,210.78 |

approval on page one

Outstanding Balance as of 06/01/2006 $ 1,210.78



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 06/30/2006 | 0001170475-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 06/12/2006 | Hon. Edward Infante (Ret.)<br>Signed order allowing briefs to exceed page limitations. | 0.25 | 600.00 | 150.00 | 2 | 75.00 |
| 06/19/2006 | Hon. Edward Infante (Ret.)<br>Read plaintiff's motion to extend duration of depositions beyond 7 hours each and to compel dipositions of Ellison, et al; Defendant's opposition and plaintiff's reply. | 3.50 | 600.00 | 2,100.00 | 2 | 1,050.00 |
| 06/20/2006 | Hon. Edward Infante (Ret.)<br>Hearing on motion; Order. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 06/22/2006 | Hon. Edward Infante (Ret.)<br>Read Motion to Quash Subpoena and oppsition and exhibits. | 1.50 | 600.00 | 900.00 | 2 | 450.00 |
| 06/23/2006 | Hon. Edward Infante (Ret.)<br>Hearing on motion; Ruling | 0.75 | 600.00 | 450.00 | 2 | 225.00 |
| 06/29/2006 | Hon. Edward Infante (Ret.)<br>Read motion for reconsideration re Larry Ellison Deposition. | 0.25 | 600.00 | 150.00 | 2 | 75.00 |
| 06/30/2006 | Hon. Edward Infante (Ret.)<br>Hearing on motion; Ruling. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 06/30/2006 | Hon. Edward Infante (Ret.)<br>Telephonic hearing on motion to terminate or limit deposition of non-party; Hewlett-Packard. | 0.40 | 600.00 | 240.00 | 2 | 120.00 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

RE: **In re Oracle Corporation Securities Litigation**
HEARING TYPE: **Court Reference** REFERENCE #: **1100047408** **REP# 10**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Fees | | 2,295.00 |
| 05/31/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 05/31/06 between Panelist and Counsel (ref# 339824). | | | 11.11 | 2 | 5.55 |
| 06/20/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 6/20/06 between Panelist and counsel (ref# 346372). | | | 48.47 | 2 | 24.23 |
| 06/23/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 6/23/06 between Panelist and counsel (ref# 347918). | | | 30.40 | 2 | 15.20 |
| | | | | Expenses/Retainers | | 44.98 |
| | | | | Total | | 2,339.98 |
| | | | | Outstanding Balance as of 07/05/2006 | | $ 2,339.98 |



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Remittance Copy*

**Invoice Date** 07/31/2006
**Invoice Number** 0001181337-100

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
PANELIST(S): **Hon. Edward Infante (Ret.)**
HEARING TYPE: **Court Reference**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 07/01/2006 | Hon. Edward Infante (Ret.)<br>June 21st - July 1st:<br>Reviewed plaintiff's motion for sanctions and restoration of back up tapes, defendant's opposition, plaintiff's reply paper and all exhibits submitted by both parties. | 18.00 | 600.00 | 10,800.00 | 2 | 5,400.00 |
| 07/08/2006 | Hon. Edward Infante (Ret.)<br>July 1st - 8th:<br>Reviewed plaintiff's motion to compel further responses to interrogatories 24 - 32, opposition and reply papers and exhibits. | 3.00 | 600.00 | 1,800.00 | 2 | 900.00 |
| 07/08/2006 | Hon. Edward Infante (Ret.)<br>July 1st - 8th:<br>Reviewed plaintiff's motion to compel production of accounting documents, opposition papers, reply papers and all exhibits. | 16.00 | 600.00 | 9,600.00 | 2 | 4,800.00 |
| 07/08/2006 | Hon. Edward Infante (Ret.)<br>July 1st - 8th:<br>Reviewed plaintiff's motion to modify pretrial order to extend discovery and authorize additional depositions, defendant's opposition and plaintiff's reply papers and exhibits. | 6.00 | 600.00 | 3,600.00 | 2 | 1,800.00 |
| 07/11/2006 | Hon. Edward Infante (Ret.)<br>Hearing on motions. | 4.25 | 600.00 | 2,550.00 | 2 | 1,275.00 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

RE: **In re Oracle Corporation Securities Litigation**
HEARING TYPE: **Court Reference** REFERENCE #: **1100047408** **REP# 10**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 07/16/2006 | Hon. Edward Infante (Ret.)<br>July 11th - 16th:<br>Drafted order granting-in-part plaintiff's motion to compel further answers to interrogatores and motion to compel production of accounting documents. | 13.00 | 600.00 | 7,800.00 | 2 | 3,900.00 |
| 07/19/2006 | Hon. Edward Infante (Ret.)<br>Reviwe and signed orders on Motion for Sanctions and Back-up Tapes and Motion for Modifying Pretrial Order to Authorize 72 Depositions and Extend Discovery Period. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 07/31/2006 | Case Management Fee | | | | | 1,797.00 |
| | | | | Fees | | 20,022.00 |
| 06/30/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call @ 12:30 pm on 6/30/06 between Panelist and counsel (ref# 350695). | | | 31.60 | 2 | 15.80 |
| 06/30/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call @ 2:15 pm on 6/30/06 between Panelist and counsel (ref# 350694). | | | 13.52 | 2 | 6.76 |

| | |
|---|---|
| Expenses/Retainers | 22.56 |
| Total | 20,044.56 |
| Outstanding Balance as of 08/01/2006 | $ 22,384.54 |



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 09/29/2006 | 0001205472-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 08/30/2006 | Hon. Edward Infante (Ret.)<br>Read plaintiff's motion to Enforce Order of July 12, 2006 Compelling Further Response to Interrogatories and defendant's request for extension of time to respond; Order. | 0.60 | 600.00 | 360.00 | 2 | 180.00 |
| 09/11/2006 | Hon. Edward Infante (Ret.)<br>Hearing on motions. | 2.75 | 600.00 | 1,650.00 | 2 | 825.00 |
| 09/15/2006 | Hon. Edward Infante (Ret.)<br>September 8th - 15th:<br>Plaintiff's motion to compel Cooperman deposition; Plaintiff's motion for additional time to depose Minter; Plaintiff's motion to compel further responses to 1st set of requests for production of documents; Plaintiff's motion to compel further responses to 3rd set of interrogatories, 4th set of docuemnts requests and requests for admission; Review papers; Issued orders. | 10.65 | 600.00 | 6,390.00 | 2 | 3,195.00 |
| 09/20/2006 | Hon. Edward Infante (Ret.)<br>Read and reviewed plaintiff's and defendant's submissions of Sept. 14th (including exhibits) re proposed orders relating to Suite 11's escalated customers. | 3.50 | 600.00 | 2,100.00 | 2 | 1,050.00 |
| 09/21/2006 | Hon. Edward Infante (Ret.)<br>Telephonic hearing on plaintiff's motion to compel further production of 1st set of requests for production. | 0.75 | 600.00 | 450.00 | 2 | 225.00 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.

If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.

Fees are now due. Please make checks payable to JAMS, Inc. and mail to:

**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

RE: **In re Oracle Corporation Securities Litigation**
HEARING TYPE: **Court Reference** REFERENCE #: **1100047408** **REP# 10**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 09/29/2006 | Case Management Fee | | | | | 547.50 |
| | | | | Fees | | 6,022.50 |
| 09/11/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 9/11/06 between Panelist and counsel (ref# 372828). | | | 61.06 | 2 | 30.53 |
| 09/21/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 9/21/06 between Panelist and counsel (ref# 376356). | | | 21.96 | 2 | 10.98 |
| | | | | Expenses/Retainers | | 41.51 |
| | | | | Total | | 6,064.01 |
| | | | | Outstanding Balance as of 10/02/2006 | $ | 6,064.01 |



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 10/10/2006 | 0001208465-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 09/15/2006 | Hon. Edward Infante (Ret.)<br>Reviewed papers and issued order | 1.00 | 600.00 | 600.00 | 2 | 300.00 |

| | | |
|---|---|---|
| Fees | | 300.00 |
| Total | | 300.00 |
| Outstanding Balance as of 10/10/2006 | $ | 6,364.01 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850



JAMS
THE RESOLUTION EXPERTS

1 of 2

## INVOICE

| Invoice Date | Invoice Number |
|---|---|
| 10/31/2006 | 00001217330-100 |

TO: Peter Wald Esq.
Latham & Watkins
505 Montgomery St.
Suite 1900
San Francisco, CA 94111

REFERENCE #: 1100047408 SBC
BILLING CONTACT: Glenn Mason 949-224-4654
FEDERAL TAX ID: 68-0542699

RE: In re Oracle Corporation Securities Litigation

REPRESENTING: Oracle Corporation & Lawrence J. Ellison & Jeffrey O. Henley & Edward J. Sanderson

PANELIST(S): Hon. Edward Infante (Ret.)

HEARTYPE: Court Reference

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/10/2006 | Hon. Edward Infante (Ret.) Read plaintiff's letter of October 10 re prolbems with Oracle document production and a request to extend deadline to bring motions to compel discovery. | 0.25 | 600.00 | 150.00 | 2 | 75.00 |
| 10/11/2006 | Hon. Edward Infante (Ret.) Teleconference with counsel. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 10/30/2006 | Hon. Edward Infante (Ret.) Reviewed counsel's letters of Oct 27th & 30th re briefing schedule for 9 pending discoverymotions; Telephonic hearing and order re briefing schedule. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 10/31/2006 | Case Management Fee | | | | | 37.50 |
| | | | | Fees | | 412.50 |
| 10/11/2006 | Hon. Edward Infante (Ret.) APC CHARGE for conference call on 10/11/06 between Panelist and counsel (ref# 383194). | | | 18.61 | 2 | 9.30 |
| | | | | Expenses/Retainers | | 9.30 |

See Jack for approval

RECEIVED
NOV 20 2006
ACCOUNTING DEPT.

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS,Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850





RE: In re Oracle Corporation Securities Litigation

HEARTYPE: Court Reference REFERENCE #: 1100047408 REP# 10

| Date/ Time | Description | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | | | | Total | $421.80 |

Outstanding balance as of 11/20/2006 $6,785.81

ok to pay

30439
038128.0025

RECEIVED
NOV 20 2006
ACCOUNTING DEPT.

Invoice 1217330-100 is for $421.80



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Customer Copy*

| Invoice Date | Invoice Number |
|---|---|
| 11/30/2006 | 0001230814-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/28/2006 | Hon. Edward Infante (Ret.)<br>November 25th - 28th:<br>Reviewed plaintiff's motions to compel discovery filed in November and defendant's opposition papers. | 6.00 | 600.00 | 3,600.00 | 2 | 1,800.00 |
| 11/30/2006 | Case Management Fee | | | | | 180.00 |
| | | | | Fees | | 1,980.00 |
| 10/31/2006 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 10/31/06 between Panelist and counsel (ref# 390163). | | | 13.39 | 2 | 6.70 |
| | | | | Expenses/Retainers | | 6.70 |
| | | | | Total | | 1,986.70 |
| | | | | Outstanding Balance as of 12/01/2006 | $ | 8,050.71 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

# INVOICE

Customer Copy

| Invoice Date | Invoice Number |
|---|---|
| 01/03/2007 | 0001243454-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/20/2006 | Hon. Edward Infante (Ret.)<br>December 1st - 20th:<br>Read and reviewed nine Motions to Compel Discovery served by plaintiffs and three motions served by defendant re discovery; Read motion papers, opposition papers and reply papers; Examined voluminous exhibits; Conducted legal research; Drafted detailed orders; Edited said orders and served counsel. | 68.00 | 600.00 | 40,800.00 | 2 | 20,400.00 |
| 01/03/2007 | Case Management Fee | | | | | 2,040.00 |
| | | | | Fees | | 22,440.00 |
| | | | | Total | | 22,440.00 |
| | | | | Outstanding Balance as of 01/03/2007 | $ | 22,244.01 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 01/31/2007 | 0001255637-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/29/2006 | Hon. Edward Infante (Ret.)<br>Drafted final order compelling defendants to produce documents re the book software; Service of same. | 2.00 | 600.00 | 1,200.00 | 2 | 600.00 |
| 01/12/2007 | Hon. Edward Infante (Ret.)<br>Read and considered Oracle's motion to modify order granting plaintiff's motion to Enforce Special Master's July 17, 2006 order, etc, and plaintiff opposition thereto; Issued order. | 2.00 | 600.00 | 1,200.00 | 2 | 600.00 |
| 01/16/2007 | Hon. Edward Infante (Ret.)<br>Hearing on Oracle's request to delay Ellison and Ratz depositions and issued order. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 01/16/2007 | Hon. Edward Infante (Ret.)<br>Hearing on plaintiff's motion to issue letter rogatory and subpoena; Reviewed letters and issued order. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 01/18/2007 | Hon. Edward Infante (Ret.)<br>Drafted order. | 2.00 | 600.00 | 1,200.00 | 2 | 600.00 |
| 01/18/2007 | Hon. Edward Infante (Ret.)<br>Reviewed motion re contention interrogatories and opposition and reply papers. | 2.00 | 600.00 | 1,200.00 | 2 | 600.00 |
| 01/31/2007 | Case Management Fee | | | | | 270.00 |
| | | | | Fees | | 2,970.00 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.

If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.

Fees are now due. Please make checks payable to JAMS, Inc. and mail to:

**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

RE: **In re Oracle Corporation Securities Litigation**
HEARING TYPE: **Court Reference** REFERENCE #: **1100047408** **REP# 10**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 01/16/2007 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 1/16/07 between Panelist and Counsel (ref# 412910). | | | 25.35 | 2 | 12.67 |

| | | |
|---|---|---|
| Expenses/Retainers | | 12.67 |
| Total | | 2,982.67 |
| Outstanding Balance as of 02/01/2007 | $ | 2,982.67 |



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 02/28/2007 | 0001266996-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 02/27/2007 | Hon. Edward Infante (Ret.)<br>Drafting, editing, and finalizing order re motion. | 2.50 | 600.00 | 1,500.00 | 2 | 750.00 |
| 02/27/2007 | Hon. Edward Infante (Ret.)<br>February 23rd - 27th:<br>Read and reviewed plaintiffs Motion to<br>Enforce the Dec. 14, 2006 Order Compelling Oracle to Produce a<br>Declaration re Oracle's Forcasting & Deal Reports, Oracle's<br>opposition, and plaintiff's reply papers. | 3.00 | 600.00 | 1,800.00 | 2 | 900.00 |
| 02/28/2007 | Case Management Fee | | | | | 165.00 |
| | | | | Fees | | 1,815.00 |
| | | | | Total | | 1,815.00 |
| | Outstanding Balance as of 03/01/2007 | | | | $ | 1,815.00 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**





# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 03/30/2007 | 0001279299-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**
PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/Time | Description | Hours | Rate/Hr | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 03/05/2007 | Hon. Edward Infante (Ret.)<br>Considered Oracle's request for additional time to comply with Feb. 27, 2007 order. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 03/08/2007 | Hon. Edward Infante (Ret.)<br>Read and reviewed plaintiff's motion to authorize additional deposition time for Ellison and Catz, opposition papers, reply papers, and all declarations and exhibits. | 2.75 | 600.00 | 1,650.00 | 2 | 825.00 |
| 03/09/2007 | Hon. Edward Infante (Ret.)<br>teleconference hearing on motion; issued ruling. | 0.50 | 600.00 | 300.00 | 2 | 150.00 |
| 03/30/2007 | Case Management Fee | | | | | 112.50 |
| | | | | Fees | | 1,237.50 |
| 03/09/2007 | Hon. Edward Infante (Ret.)<br>APC CHARGE for conference call on 3/9/07 between Panelist and Counsel (ref# 433705). | | | 35.49 | 2 | 17.75 |
| | | | | Expenses/Retainers | | 17.75 |

ok to pay
30139
038128.0025
invoice total
$1,255.25
see page 2

RECEIVED
APR 06 2007
ACCOUNTING DEPT.

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.
If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY.
Fees are now due. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850



RE: **In re Oracle Corporation Securities Litigation**

HEARING TYPE: **Court Reference** REFERENCE #: **1100047408** **REP# 10**

| Date/ Time | Description | Hours | Rate/Hr | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Total | | 1,255.25 |

~~Outstanding Balance as of 04/02/2007 $ 3,070.25~~

RECEIVED
APR 0 6 2007
ACCOUNTING DEPT.



JAMS
THE RESOLUTION EXPERTS

# INVOICE

*Remittance Copy*

| Invoice Date | Invoice Number |
|---|---|
| 04/30/2007 | 0001291382-100 |

TO: **Peter Wald Esq.**
**Latham & Watkins**
**505 Montgomery St.**
**Suite 1900**
**San Francisco, CA 94111**

REFERENCE #: **1100047408** SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Oracle Corporation Securities Litigation**
REPRESENTING: **Oracle Corporation**
**Lawrence J. Ellison**
**Jeffrey O. Henley, et al.**
HEARING TYPE: **Court Reference**

PANELIST(S): **Hon. Edward Infante (Ret.)**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 03/27/2007 | Hon. Edward Infante (Ret.) Read papers related to defendants motion to enforce special maters 12/14/06 order. | 0.75 | 600.00 | 450.00 | 2 | 225.00 |
| 04/04/2007 | Hon. Edward Infante (Ret.) Telephonic hearing on motion. | 0.25 | 600.00 | 150.00 | 2 | 75.00 |
| 04/30/2007 | Hon. Edward Infante (Ret.) April 20th - 30th: Drafted order ruling on privilege issues. | 2.50 | 600.00 | 1,500.00 | 2 | 750.00 |
| 04/30/2007 | Hon. Edward Infante (Ret.) April 20th - 30th: In camera review of oracle document. | 6.00 | 600.00 | 3,600.00 | 2 | 1,800.00 |
| 04/30/2007 | Case Management Fee | | | | | 285.00 |
| | | | | Fees | | 3,135.00 |
| 04/04/2007 | Hon. Edward Infante (Ret.) APC CHARGE for conference call on 4/4/07 between Panelist and Counsel (ref# 443276). | | | 13.13 | 2 | 6.56 |
| | | | | Expenses/Retainers | | 6.56 |

INVOICE TOTAL IS BASED ON THE FEE SPLIT AS AGREED UPON BY ALL PARTIES.

If the case continues or cancels, fees are due per our CONTINUANCE & CANCELLATION POLICY

Fees are now due. Please make checks payable to JAMS, Inc. and mail to:

**P.O. Box 512850**
**Los Angeles, CA 90051-0850**



JAMS
THE RESOLUTION EXPERTS

RE: **In re Oracle Corporation Securities Litigation**
HEARING TYPE: **Court Reference** REFERENCE #: **1100047408** **REP# 10**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| | | | | Total | | 3,141.56 |
| | | | | Outstanding Balance as of 05/01/2007 | $ | 6,211.81 |