1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-SI (Consolidated)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE MANDATORY RULE 11(B) COMPLIANCE REVIEW**<br><br>[15 U.S.C. § 78u-4(c)]<br><br>**The Honorable Susan Illston** |
|---|---|

1   WHEREAS, on June 16, 2009, the Court entered an order granting Defendants' Motion for
2   Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment, and entered
3   Judgment in Defendants' favor;

4   WHEREAS, Plaintiffs may appeal the Court's June 16, 2009 rulings;

5   WHEREAS, the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §
6   78u-4(c)(1), provides that "upon final adjudication of the action, the court shall include in the
7   record specific findings regarding compliance by each party and each attorney representing any
8   party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any
9   complaint, responsive pleading, or dispositive motion";

10  WHEREAS, the parties agree that for purposes of 15 U.S.C. § 78u-4(c)(1), the "final
11  adjudication of the action" occurs when opportunities for appeal have been exhausted;

12  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND PROPOSE
13  that the Court retain jurisdiction over this matter in order to make any findings required by 15
14  U.S.C. § 78u-4(c)(1) after opportunities for appeal have been exhausted.

15  DATED: June 29, 2009                                   Respectfully submitted,

16  LATHAM & WATKINS LLP                                   COUGHLIN STOIA GELLER
17                                                        RUDMAN AND ROBBINS LLP

18  By _____/S/_____                           By _____/S/_____
19     Patrick E. Gibbs                                       Shawn A. Williams
       Counsel for Defendants Oracle Corporation,             Counsel for Plaintiffs
20     Lawrence J. Ellison, Jeffrey O. Henley, and
       Edward J. Sanderson

21
22      Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has
23  concurred in the filing of this stipulation and proposed order.

24      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25
26  Dated: _____                         _____
                                                           THE HONORABLE SUSAN ILLSTON
27                                                         UNITED STATES DISTRICT JUDGE
28