1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  PATRICK J. COUGHLIN (111070)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   SCOTT H. SAHAM (188355)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   patc@csgrr.com
7  marks@csgrr.com
   dougb@csgrr.com
8  scotts@csgrr.com
   staceyk@csgrr.com
9         – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
11 DANIEL J. PFEFFERBAUM (248631)
   SARAH R. HOLLOWAY (254134)
12 100 Pine Street, Suite 2600
   San Francisco, CA  94111
13 Telephone:  415/288-4545
   415/288-4534 (fax)
14 shawnw@csgrr.com
   willowr@csgrr.com
15 elig@csgrr.com
   dpfefferbaum@csgrr.com
16 sholloway@csgrr.com

17 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>   ALL ACTIONS. | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 7-11, *ET SEQ*. FOR RELIEF FROM FED. R. CIV. P. 54 DEADLINES UNTIL APPEALS HAVE BEEN EXHAUSTED |

I, SHAWN A. WILLIAMS, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the States of California and New York.  I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     On June 26, 2009, counsel for defendants Patrick Gibbs phoned me to request a stipulation deferring Mandatory Rule 11(b) findings until after all appeals have been exhausted.

3.     On June 26, 2009, Patrick Gibbs sent me an e-mail attaching a proposed Stipulation and [Proposed] Order Re Mandatory Rule 11(b) Compliance Review ("June 26 Stipulation").

4.     On June 29, 2009, after meeting and conferring, plaintiffs agreed to the June 26 Stipulation and authorized the filing of a stipulation deferring the Court's Mandatory Rule 11(b) review until after appeals have been exhausted.  The Court entered the Stipulation and Order on July 1, 2009.  [Dkt. No. 1624.]

5.     On June 30, 2009, defendants filed a Bill of Costs and Request for Taxation pursuant to Federal Rule of Civil Procedure 54(d).  [Dkt. Nos. 1622-1623.]

6.     On July 7, 2009, I telephoned Patrick Gibbs, and explained that in light of the Stipulation and Order Deferring the Mandatory Rule 11(b) Review, the parties should agree to defer submission and briefing on defendants' Bill of Costs until after appeals have been exhausted.  I also explained to Mr. Gibbs that plaintiffs would likely file objections to the Bill of Costs and even if the Clerk of the Court ordered taxation of costs, the district court would likely need to review any taxation order pursuant to Civ. L.R. 54-5.  I further explained that such motion practice for court review would be more efficient after appeals were exhausted.  Mr. Gibbs explained that he did not believe that one could defer resolution of the Bill of Costs, but that he would confer with his client and get back to me.

7.     On July 7, 2009, I sent Mr. Gibbs a draft Stipulation and [Proposed] Order Regarding Defendants' Bill of Costs Pursuant to Fed. R. Civ. P. 54(d)(1).

WILLIAMS DECL ISO PLFS' ADMIN MOT PURSUANT TO CIV LR 7-11 FOR RELIEF FROM FRCP 54 & CIV LR 54, *ET SEQ.* DEADLINES UNTIL APPEALS HAVE BEEN EXHAUSTED - C-01-0988-SI   - 1 -

8. On July 7, 2009, Mr. Gibbs sent me an e-mail stating that Oracle would not agree to postpone resolution of the Bill of Costs.

9. Attached are true and correct copies of the following exhibits:

Exhibit A: June 26, 2009 e-mail from Patrick Gibbs to Shawn Williams attaching proposed Stipulation Regarding Mandatory Rule 11(b) Review;

Exhibit B: July 7, 2009 e-mail from Shawn Williams to Patrick Gibbs regarding Draft Stipulation Re Bill of Costs;

Exhibit C: July 7, 2009 e-mail from Patrick Gibbs to Shawn Williams regarding Draft Stipulation Re Bill of Costs;

Exhibit D: Excerpts of defendants' December 20, 2007 and February 13, 2009 Summary Judgment PowerPoint Presentations; and

Exhibit E: *Ryan v. Flowserve Corp.*, No. 3:03-CV-1769-B, Order (N.D. Tex. Mar. 10, 2008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of July, 2009, at San Francisco, California.

/s/
SHAWN A. WILLIAMS

S:\CasesSD\Oracle3\DEC00060501.doc

WILLIAMS DECL ISO PLFS' ADMIN MOT PURSUANT TO CIV LR 7-11 FOR RELIEF FROM FRCP 54 & CIV LR 54, *ET SEQ.* DEADLINES UNTIL APPEALS HAVE BEEN EXHAUSTED - C-01-0988-SI   - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2009.

    s/ Shawn A. Williams

SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com

**Mailing Information for a Case 3:01-cv-00988-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,jaime@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```