# EXHIBIT A

### Shawn Williams

**From:** PATRICK.GIBBS@LW.com
**Sent:** Friday, June 26, 2009 4:04 PM
**To:** Shawn Williams
**Cc:** Matt.Harrison@LW.com
**Subject:** Proposed Stipulation

Shawn:

Here is a proposed stipulation on the issue I called about today. Please let me know your thoughts by Monday.

Patrick E. Gibbs

**LATHAM & WATKINS** LLP
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: +1.650.463.4696
Fax: +1.650.463.2600
Email: patrick.gibbs@lw.com
http://www.lw.com

<<OracleStip.pdf>>

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
To comply with IRS regulations, we advise you that any discussion of Federal tax iss
e-mail was not intended or written to be used, and cannot be used by you, (i) to avo
imposed under the Internal Revenue Code or (ii) to promote, market or recommend to a
transaction or matter addressed herein.

For more information please go to  http://www.lw.com/docs/irs.pdf
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email may contain material that is confidential, privileged and/or attorney wor
the sole use of the intended recipient. Any review, reliance or distribution by oth
without express permission is strictly prohibited. If you are not the intended reci
contact the sender and delete all copies.

Latham & Watkins LLP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER RE MANDATORY RULE 11(B) COMPLIANCE REVIEW<br><br>[15 U.S.C. § 78u-4(c)]<br><br>The Honorable Susan Illston |

1  WHEREAS, on June 16, 2009, the Court entered an order granting Defendants' Motion for
2  Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment, and entered
3  Judgment in Defendants' favor;
4  WHEREAS, Plaintiffs may appeal the Court's June 16, 2009 rulings;
5  WHEREAS, the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §
6  78u-4(c)(1), provides that "upon final adjudication of the action, the court shall include in the
7  record specific findings regarding compliance by each party and each attorney representing any
8  party with each requirement of Rule 11(b) of the Federal Rules of Civil Procedure as to any
9  complaint, responsive pleading, or dispositive motion";
10  WHEREAS, the parties agree that for purposes of 15 U.S.C. s 78u-4(c)(1), the "final
11  adjudication of the action" occurs when opportunities for appeal have been exhausted;
12  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND PROPOSE
13  that the Court retain jurisdiction over this matter in order to make any findings required by 15
14  U.S.C. § 78u-4(c)(1) after opportunities for appeal have been exhausted.

15  DATED: June 26, 2009                              Respectfully submitted,

16  LATHAM & WATKINS LLP                              COUGHLIN STOIA GELLER
17                                                   RUDMAN AND ROBBINS LLP

18  By _____/draft/_____                       By _____/ draft /_____
19     Patrick E. Gibbs                                 Shawn A. Williams
       Counsel for Defendants Oracle Corporation,      Counsel for Plaintiffs
20     Lawrence J. Ellison, Jeffrey O. Henley, and
       Edward J. Sanderson
21
22  Pursuant to General Order 45.X.B., I, Patrick Gibbs, certify that Shawn Williams has
23  concurred in the filing of this stipulation and proposed order.

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
25
26  Dated: _____      _____
27                                     THE HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE
28