**EXHIBIT B**

## Shawn Williams

**From:** Shawn Williams
**Sent:** Tuesday, July 07, 2009 3:15 PM
**To:** PATRICK.GIBBS@LW.com
**Subject:** Draft Stipulation Re Bill of Costs

Patrick,
See attached. Please let me know what you think as soon as you can.

Thanks.

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 | In re ORACLE CORPORATION     ) Master File No. C-01-0988-SI
   | SECURITIES LITIGATION        )
11 |_____) CLASS ACTION
                                  )
12 | This Document Relates To:    ) STIPULATION AND [PROPOSED] ORDER
                                  ) REGARDING DEFENDANTS' BILL OF
13 |       ALL ACTIONS.           ) COSTS PURSUANT TO FED. R. CIV. P.
                                  ) 54(d)(1)
14 |_____)
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS, on June 16, 2009 ("June 16 Order"), the Court issued an Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Partial Summary Judgment and entered Judgment [DKT. Nos. 1619-1620];

4  WHEREAS, plaintiffs intend to appeal the Court's Order regarding summary judgment motions;

6  WHEREAS, on June 30, 2009, defendants filed and served a Bill of Costs, pursuant to 28 U.S.C. §§1920, et seq., Fed. R. Civ. P. 54(d) and Civ. L.R. 54 [DKT. Nos. 1622-1623];

8  WHEREAS, on July 1, 2009, the Court entered a Stipulation and Order re Mandatory Rule 11(b) Compliance Review ("July 1 Order"). Pursuant to the July 1 Order, the district will retain jurisdiction in order to make any findings required by 15 U.S.C. §78u-4(c)(1). Any such findings will be deferred until after all opportunities for appeal have been exhausted [DKT. No. 1624];

12  WHEREAS, plaintiffs expect to file objections to defendants' Bill of Costs, which pursuant to Civ. L.R. 54-2(a), must be filed and served no later than ten days after June 30, 2009, thus July 15, 2009;

15  WHEREAS, Civ. L.R. 54-5 provides for the process of review of the district court of the Clerk's Taxation of Costs;

17  WHEREAS, the ultimate determination of taxation of costs is in the discretion of the district court. *Ass'n of Mexican-American Educators v. State of California*, 231 F.3d 572, 591 (9th Cir. 2000);

20  WHEREAS, the parties have met and conferred and agree, that in light of plaintiffs' intent to appeal the July 16 Order on the motions for summary judgment and the entry of the Court's July 1 Order deferring Rule 11(b) findings until after opportunities for appeal have been exhausted, resolution of defendants' Bill of Costs and taxation should be deferred until after all opportunities for appeal have been exhausted.

25  NOW, THEREFORE, the parties hereby stipulate and agree subject to approval of the Court,

26  1.  All deadlines for objections to and motions concerning defendants' Fed. R. Civ. P. 54(d) Bill of Costs, shall be vacated until all opportunities for appeal have been exhausted.

- 2 -

2.  The Court shall retain jurisdiction over this matter for purposes of determining taxation of costs after all opportunities for appeal have been exhausted.

DATED: July ___, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
SARAH R. HOLLOWAY


_____
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
DOUGLAS R. BRITTON
SCOTT H. SAHAM
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED: July ___, 2009

LATHAM & WATKINS LLP
PATRICK E. GIBBS


_____
PATRICK E. GIBBS

140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' BILL OF COSTS
PURSUANT TO FED. R. CIV. P. 54(d)(1) - C-01-0988-SI

- 3 -

|     |                                                                                                                                                                                                                                                                                                                                         |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1   |                                                                                                                                                                                                                                                                                                                                         |
| 2   | LATHAM & WATKINS LLP<br>PETER A. WALD<br>MICHELE F. KYROUZ                                                                                                                                                                                                                                                                              |
| 3   | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111                                                                                                                                                                                                                                                                            |
| 4   | Telephone: 415/391-0600<br>415/395-8095 (fax)                                                                                                                                                                                                                                                                                           |
| 5   | Attorneys for Defendants                                                                                                                                                                                                                                                                                                                |
| 6   |                                                                                                                                                                                                                                                                                                                                         |
| 7   | I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Defendants' Bill of Costs Pursuant to Fed. R. Civ. P. 54(d)(1). In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.                        |
| 8   |                                                                                                                                                                                                                                                                                                                                         |
| 9   | DATED: July __, 2009                                                                                                                                                                                                                                                                                                                    |
| 10  | _____<br>SHAWN A. WILLIAMS                                                                                                                                                                                                                                                                                   |
| 11  | *   *   *                                                                                                                                                                                                                                                                                                                               |
| 12  | **ORDER**                                                                                                                                                                                                                                                                                                                               |
| 13  | PURSUANT TO STIPULATION, IT IS SO ORDERED.                                                                                                                                                                                                                                                                                              |
| 14  | DATED: _____    _____                                                                                                                                                                                                                                                                       |
| 15  | THE HONORABLE SUSAN ILLSTON<br>UNITED STATES DISTRICT JUDGE                                                                                                                                                                                                                                                                             |
| 16  | S:\CasesSD\Oracle3\S_O00060446.doc                                                                                                                                                                                                                                                                                                      |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' BILL OF COSTS
PURSUANT TO FED. R. CIV. P. 54(d)(1) - C-01-0988-SI