# EXHIBIT C

**Shawn Williams**

**From:** PATRICK.GIBBS@LW.com
**Sent:** Tuesday, July 07, 2009 3:36 PM
**To:** Shawn Williams
**Subject:** RE: Draft Stipulation Re Bill of Costs

Shawn:

Thanks for sending the draft.

Oracle is not willing to stipulate to postpone the bill of costs process until after appeals are exhausted. Let me know if you have any questions or would like to discuss this any further.

Thanks.

**Patrick E. Gibbs**

**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Direct Dial: +1.650.463.4696
Fax: +1.650.463.2600
Email: patrick.gibbs@lw.com
http://www.lw.com

---

**From:** Shawn Williams [mailto:shawnw@csgrr.com]
**Sent:** Tuesday, July 07, 2009 3:15 PM
**To:** Gibbs, Patrick (SV)
**Subject:** Draft Stipulation Re Bill of Costs

Patrick,
See attached. Please let me know what you think as soon as you can.

Thanks.

NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.


*************************************************************************
To comply with IRS regulations, we advise you that any discussion of Federal tax issues in this
e-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties
imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any
transaction or matter addressed herein.

For more information please go to  http://www.lw.com/docs/irs.pdf
*************************************************************************

This email may contain material that is confidential, privileged and/or attorney work product for
the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding
without express permission is strictly prohibited.  If you are not the intended recipient, please
contact the sender and delete all copies.

Latham & Watkins LLP

7/9/2009