# EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY RYAN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. 3: 03-CV-1769-B |
| § | ECF |
| § | |
| FLOWSERVE CORPORATION, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Having considered the Plaintiffs' Motion to Stay Costs and Further Objections to Defendants' Applications for Taxable Costs and Motion to Retax costs (doc #918) and all arguments in favor and against, including Defendants' Oppositions thereto and Plaintiff's Reply in Support of its Motion, the Court GRANTS Plaintiffs' Motion in part. The Court finds it most efficient to stay its award of costs and its consideration of Plaintiffs' specific objections to Defendants' Bills for Costs pending resolution by the Fifth Circuit of Plaintiffs' various appeals in this matter.

SO ORDERED.

SIGNED March 10, 2008.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE