1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-SI |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE |
| ALL ACTIONS. | ) ) ) ) | MOTION PURSUANT TO CIV. L.R. 7-11 FOR RELIEF FROM FED. R. CIV. P. 54 AND CIV. L.R. 54, *ET SEQ.* DEADLINES UNTIL APPEALS HAVE BEEN EXHAUSTED |

1   Having considered Plaintiffs' Administrative Motion Pursuant to Civ. L.R. 7-11 for Relief

2   from Fed. R. Civ. P. 54 and Civ. L.R. 54, *et seq*. Deadlines Until Appeals Have Been Exhausted

3   ("Plaintiffs' Motion"), upon review of the parties' written submissions, and for good cause shown,

4   IT IS HEREBY ORDERED that Plaintiffs' Motion is granted.

5   DATED: _____        _____
                                             THE HONORABLE SUSAN ILLSTON
6                                            UNITED STATES DISTRICT JUDGE

7
    Submitted by:
8
    DATED:  July 9, 2009
9
    COUGHLIN STOIA GELLER
10    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
11  WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
12  DANIEL J. PFEFFERBAUM
    SARAH R. HOLLOWAY
13

14
    _____/s/_____
15            SHAWN A. WILLIAMS

16  100 Pine Street, Suite 2600
    San Francisco, CA  94111
17  Telephone:  415/288-4545
    415/288-4534 (fax)
18
    COUGHLIN STOIA GELLER
19    RUDMAN & ROBBINS LLP
    PATRICK J. COUGHLIN
20  MARK SOLOMON
    DOUGLAS R. BRITTON
21  SCOTT H. SAHAM
    STACEY M. KAPLAN
22  655 West Broadway, Suite 1900
    San Diego, CA  92101
23  Telephone:  619/231-1058
    619/231-7423 (fax)
24
    Lead Counsel for Plaintiffs
25

26  S:\CasesSD\Oracle3\ORD00060512.doc

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO
CIV. L.R. 7-11 FOR RELIEF FROM FRCP. 54 & CIV LR 54, *ET SEQ*. DEADLINES - C-01-0988-SI      - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 9, 2009.

 s/ Shawn A. Williams

SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com

## Mailing Information for a Case 3:01-cv-00988-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,jaime@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111