UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-SI ) ) CLASS ACTION ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) [PROPOSED] ORDER GRANTING ) PLAINTIFFS' ADMINISTRATIVE ) MOTION PURSUANT TO CIV. L.R. 7-11 ) FOR RELIEF FROM FED. R. CIV. P. 54 ) AND CIV. L.R. 54, *ET SEQ.* DEADLINES UNTIL APPEALS HAVE BEEN EXHAUSTED |

1  Having considered Plaintiffs' Administrative Motion Pursuant to Civ. L.R. 7-11 for Relief
2  from Fed. R. Civ. P. 54 and Civ. L.R. 54, *et seq*. Deadlines Until Appeals Have Been Exhausted
3  ("Plaintiffs' Motion"), upon review of the parties' written submissions, and for good cause shown,
4  IT IS HEREBY ORDERED that Plaintiffs' Motion is granted.

5  DATED: _____    _____
                                     THE HONORABLE SUSAN ILLSTON
6                                    UNITED STATES DISTRICT JUDGE

7
   Submitted by:
8
   DATED: July 9, 2009
9
   COUGHLIN STOIA GELLER
10    RUDMAN & ROBBINS LLP
   SHAWN A. WILLIAMS
11 WILLOW E. RADCLIFFE
   ELI R. GREENSTEIN
12 DANIEL J. PFEFFERBAUM
   SARAH R. HOLLOWAY
13

14
              /s/
15       SHAWN A. WILLIAMS

16 100 Pine Street, Suite 2600
   San Francisco, CA  94111
17 Telephone:  415/288-4545
   415/288-4534 (fax)
18
   COUGHLIN STOIA GELLER
19    RUDMAN & ROBBINS LLP
   PATRICK J. COUGHLIN
20 MARK SOLOMON
   DOUGLAS R. BRITTON
21 SCOTT H. SAHAM
   STACEY M. KAPLAN
22 655 West Broadway, Suite 1900
   San Diego, CA  92101
23 Telephone:  619/231-1058
   619/231-7423 (fax)
24
   Lead Counsel for Plaintiffs
25

26 S:\CasesSD\Oracle3\ORD00060512.doc

27

28
   [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO
   CIV. L.R. 7-11 FOR RELIEF FROM FRCP. 54 & CIV LR 54, *ET SEQ*. DEADLINES - C-01-0988-SI    - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2009.

       s/ Shawn A. Williams

SHAWN A. WILLIAMS
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

CAND-ECF- Page 1 of 2

Case 3:01-cv-00988-SI   Document 1628   Filed 07/14/09   Page 4 of 5
Case 3:01-cv-00988-SI   Document 1627   Filed 07/09/09   Page 4 of 5

**Mailing Information for a Case 3:01-cv-00988-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,jaime@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,eeberline@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

CAND-ECF- Page 2 of 2

Case 3:01-cv-00988-SI Document 1628 Filed 07/14/09 Page 5 of 5
Case 3:01-cv-00988-SI Document 1627 Filed 07/09/09 Page 5 of 5

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```