1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  PATRICK J. COUGHLIN (111070)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   SCOTT H. SAHAM (188355)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone: 619/231-1058
6  619/231-7423 (fax)
   patc@csgrr.com
7  marks@csgrr.com
   dougb@csgrr.com
8  scotts@csgrr.com
   staceyk@csgrr.com
9       – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
11 DANIEL J. PFEFFERBAUM (248631)
   SARAH R. HOLLOWAY (254134)
12 100 Pine Street, Suite 2600
   San Francisco, CA  94111
13 Telephone: 415/288-4545
   415/288-4534 (fax)
14 shawnw@csgrr.com
   willowr@csgrr.com
15 elig@csgrr.com
   dpfefferbaum@csgrr.com
16 sholloway@csgrr.com

17 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) ) | Master File No. C-01-0988-SI <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. ) ) ) ) ) | NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT |

1  Notice is hereby given that lead plaintiffs, Nursing Home Pension Fund, Local 144 (now
2  known as 1199 SEIU Greater NY Pension Fund), Drifton Finance Corporation, and Robert Sawyer,
3  and class representatives Ryan Kuemichel, and Dzung Chu, on behalf of themselves and all others
4  similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the
5  judgment entered in this action on June 16, 2009.

6  DATED: July 14, 2009

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
SARAH R. HOLLOWAY

SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
MARK SOLOMON
DOUGLAS R. BRITTON
SCOTT H. SAHAM
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3.2 REPRESENTATION STATEMENT - C-01-0988-SI
- 1 -

|   |   |
|---|---|
| 1 | **RULE 3-2 REPRESENTATION STATEMENT** |
| 2 | 1.    Appellants are: Nursing Home Pension Fund, Local 144 (now known as 1199 SEIU |
| 3 | Greater NY Pension Fund), Drifton Finance Corporation, Robert Sawyer, Ryan Kuemichel, and |
| 4 | Dzung Chu, who are represented on appeal by the following counsel: |

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SANFORD SVETCOV
SUSAN K. ALEXANDER
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545

2.    Appellees are: Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson, who are represented by the following counsel:

LATHAM & WATKINS LLP
PETER WALD
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: (650)506-5200

LATHAM & WATKINS LLP
PATRICK E. GIBBS
140 Scott Drive
Menlo Park, CA  94025
Telephone: 650/328-4600

DATED: July 14, 2009

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
SARAH R. HOLLOWAY

_____
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>PATRICK J. COUGHLIN<br>MARK SOLOMON<br>DOUGLAS R. BRITTON<br>SCOTT H. SAHAM<br>STACEY M. KAPLAN<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |

S:\CasesSD\Oracle3\NOT00060332.doc

NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3.2 REPRESENTATION STATEMENT - C-01-0988-SI

- 3 -

1  DECLARATION OF SERVICE BY MAIL

2  I, the undersigned, declare:

3  1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on July 14, 2009, declarant served the **NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of July, 2009, at San Francisco, California.

_____
TAMARA J. LOVE

ORACLE III (LEAD)
Service List - 7/13/2009   (201-064-1)
Page 1 of 1

## Counsel For Defendant(s)

Patrick E. Gibbs
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
 650/328-4600
 650/463-2600(Fax)

Peter A. Wald
Michele F. Kyrouz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
 415/391-0600
 415/395-8095(Fax)

Jamie L. Wine
Brian T. Glennon
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
 213/485-1234
 213/891-8763(Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
 650/506-5200
 650/506-7114(Fax)

## Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
 619/231-1058
 619/231-7423(Fax)

Shawn A. Williams
Willow E. Radcliffe
Eli R. Greenstein
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
 415/288-4545
 415/288-4534(Fax)