UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 16, 2009

**CASE INFORMATION:**
Short Case Title: <u>NURSING HOME PENSION FUND ET AL</u>-v- <u>ORACLE CORPORATION ET AL</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NDCA, San Francisco Division, Judge Susan Illston</u>
Criminal and/or Civil Case No.: <u>CV 01-00988 SI</u>
Date Complaint/Indictment/Petition Filed: <u>3/9/01</u>
Date Appealed order/judgment *entered* <u>06/16/09</u>
Date NOA *filed* <u>7/14/09</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: <u>J. Columbini, (415) 255-6842</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>7/14/09</u>             Date Docket Fee Billed:
Date FP granted:                    Date FP denied:
Is FP pending? ☐ yes  ☐ no                      Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: <u>N/A</u>

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                  Appellee Counsel:

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                        Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                     9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Yumiko Saito</u>, (415) 522-2068