**FILED**

AUG 0 6 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __09 − 16502__   U.S. District Court Case No. __C −01 − 0988-SI__

Short Case Title __In re ORACLE CORP. SEC. LITIG__

Date Notice of Appeal Filed by Clerk of District Court __JULY 14, 2009__

---

**SECTION A** – To be completed by party ordering transcript — ALL Prepared Already

HEARING DATE

| | | COURT REPORTER |
|---|---|---|
| Dec. 20, 2007 | [Doc. 1449] | Sahar McVickar |
| Feb. 13, 2009 | [Doc. 1599] | Joan Marie Columbini |
| Mar. 16, 2006 | [NOT FILED] | Sahar Demos McVickar |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __TRANSCRIPTS ALREADY PREPARED__

Print or type requestor's name __Plaintiffs − Appellants__

Signature of Attorney __[signature]__   Phone Number __415-676-4433__

Address: __100 PINE ST. SUITE 2600, San FRANCISCO, CA. 94111__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5364; or Oakland (510) 637-3530.

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

★ U.S. GPO: 1998-684-981/99016

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on August 5, 2009, declarant served the **TRANSCRIPT DESIGNATION AND ORDERING FORM** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August, 2009, at San Francisco, California.

TAMARA J. LOVE

ORACLE III (LEAD)
Service List - 7/13/2009    (201-064-1)
Page 1 of 1

## Counsel For Defendant(s)

Patrick E. Gibbs
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
  650/328-4600
  650/463-2600 (Fax)

Peter A. Wald
Michele F. Kyrouz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
  415/391-0600
  415/395-8095 (Fax)

Jamie L. Wine
Brian T. Glennon
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
  213/485-1234
  213/891-8763 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

Shawn A. Williams
Willow E. Radcliffe
Eli R. Greenstein
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)