FILED

UNITED STATES COURT OF APPEALS

DEC 22 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ORACLE CORPORATION SECURITIES LITIGATION, <br><br> NURSING HOME PENSION FUND, LOCAL 144; et al., <br><br>       Plaintiffs - Appellants, <br><br>  v. <br><br> ORACLE CORPORATION; et al., <br><br>       Defendants - Appellees. | No. 09-16502 <br><br> D.C. No. 3:01-cv-00988-SI <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The appellants' motion for leave to file an oversize brief is granted. The previously submitted opening brief is ordered filed.

The answering brief is due January 21, 2010, and the optional reply brief is due 14 days after service of the answering brief.

12.14.09/cag/Appellate Commissioner