FILED 

UNITED STATES COURT OF APPEALS

FEB 12 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ORACLE CORPORATION SECURITIES LITIGATION, | No. 09-16502 |
| | D.C. No. 3:01-cv-00988-SI Northern District of California, San Francisco |
| NURSING HOME PENSION FUND, LOCAL 144; et al., | |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| ORACLE CORPORATION; et al., | |
| Defendants - Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner.

The appellees' motion for leave to file an oversize brief is granted. The previously received answering brief is ordered filed.

The reply brief is due within 14 days after service of the answering brief.

2.8.10/cag/Appellate Commissioner