COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
SCOTT H. SAHAM (188355)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@csgrr.com
marks@csgrr.com
dougb@csgrr.com
scotts@csgrr.com
staceyk@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
SARAH R. HOLLOWAY (254134)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com
sholloway@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-SI |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF FIRM NAME CHANGE |
| ALL ACTIONS. | |

510070_1

1  TO:    THE CLERK OF THE COURT AND ALL PARTIES

2      PLEASE TAKE NOTICE that effective March 31, 2010, the law firm of Coughlin Stoia

3  Geller Rudman & Robbins LLP will change its name to **Robbins Geller Rudman & Dowd LLP**

4  (the "Firm").  The Firm's website and e-mail addresses will change to **rgrdlaw.com**.

5      The telephone and facsimile numbers will remain the same.  Please revise your records

6  accordingly.

7  DATED:  March 22, 2010                COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
8                                         PATRICK J. COUGHLIN
                                          MARK SOLOMON
9                                         DOUGLAS R. BRITTON
                                          SCOTT H. SAHAM
10                                        STACEY M. KAPLAN

11

12                                              s/ Mark Solomon
                                              MARK SOLOMON
13
                                          655 West Broadway, Suite 1900
14                                        San Diego, CA  92101
                                          Telephone:  619/231-1058
15                                        619/231-7423 (fax)

16                                        COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
17                                        SHAWN A. WILLIAMS
                                          WILLOW E. RADCLIFFE
18                                        ELI R. GREENSTEIN
                                          DANIEL J. PFEFFERBAUM
19                                        SARAH R. HOLLOWAY
                                          100 Pine Street, Suite 2600
20                                        San Francisco, CA  94111
                                          Telephone:  415/288-4545
21                                        415/288-4534 (fax)

22                                        Lead Counsel for Plaintiffs

23

24

25

26

27

28

510070_1    NOTICE OF FIRM NAME CHANGE - C-01-0988-SI                                      - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 22, 2010.

    s/ Mark Solomon
MARK SOLOMON

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: Marks@csgrr.com

510070_1

**Mailing Information for a Case 3:01-cv-00988-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Roger M. Adelman**
  radelman@erols.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,jaime@andrusanderson.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,jillk@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Joy Ann Bull**
  JOYB@csgrr.com

- **Patrick J. Coughlin**
  PatC@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Dorian Estelle Daley**
  dorian.daley@oracle.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,dlang@morganlewis.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com,jeneld@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com,#sfdocket@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Brian P Murray**
  bmurray@murrayfrank.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Dawn S. Pittman**
  dpittman@morganlewis.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,khuang@csgrr.com,SHolloway@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Scott H Saham**
  scotts@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,sholloway@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Peter Allen Wald**
  peter.wald@lw.com,#sfdocket@lw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,dpfefferbaum@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com,karen.kelly@lw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Monique C. Winkler**
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111