FILED

UNITED STATES COURT OF APPEALS

DEC 13 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ORACLE CORPORATION SECURITIES LITIGATION, | No. 09-16502 |
| | D.C. No. 3:01-cv-00988-SI Northern District of California, San Francisco |
| NURSING HOME PENSION FUND, LOCAL 144; et al., | |
| Plaintiffs - Appellants, | ORDER |
| v. | |
| ORACLE CORPORATION; et al., | |
| Defendants - Appellees. | |

Before: FERNANDEZ and TALLMAN, Circuit Judges, and HOGAN, Senior District Judge. [*]

The parties have filed a stipulated agreement and Joint Motion to Dismiss the Petition for Rehearing *En Banc* or for Panel Rehearing, allocating litigation costs amongst themselves, and resolving other contested issues. We construe their pleading as a Motion to Withdraw the Petition for Rehearing *En Banc* or for Panel Rehearing. As so construed, the Motion is GRANTED.

---

[*] The Honorable Thomas F. Hogan, Senior United States District Judge for the District of District of Columbia, sitting by designation.

The Clerk shall issue the mandate forthwith.

IT IS SO ORDERED.