UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 13 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ORACLE CORPORATION SECURITIES LITIGATION, <br><br> NURSING HOME PENSION FUND, LOCAL 144; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ORACLE CORPORATION; et al., <br><br> Defendants - Appellees. | No. 09-16502 <br><br> D.C. No. 3:01-cv-00988-SI <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered November 16, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk