**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

December 15, 2010

CASE NUMBER:   **CV 01-00988 SI**
CASE TITLE:     **NURSING HOME PENSION FUND ET AL-v- ORACLE CORPORATION ET AL**
DATE MANDATE FILED:   December 13, 2010

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by:  Yumiko Saito
Case Systems Administrator

Distribution:   CIVIL         -      Counsel of Record

              CRIMINAL    -      Counsel of Record
                                    U.S. Marshal (Copy of Mandate)
                                    U.S. Probation Office

NDC App-16