505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Frankfurt | Rome |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

December 16, 2010

**VIA ECF**

Hon. Judge Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94105

  Re: *In re Oracle Sec. Litig.*, Case No. 01-0988 SI

Dear Judge Illston:

  Defendants in the above-referenced case submit this letter to apprise the Court of the Ninth Circuit's December 13, 2010 order construing the parties' Joint Motion to Dismiss the Petition for Rehearing *En Banc* or for Panel Rehearing (the "Joint Motion") as a Motion to Withdraw the Petition for Rehearing, and granting the Joint Motion on that basis. For the Court's convenience, a copy of the Ninth Circuit's order is attached hereto.

  Pursuant to the Joint Motion, Plaintiffs agreed to dismiss with prejudice their Petition for Rehearing *En Banc* or for Panel Rehearing. In addition, the parties further agreed that Plaintiffs will not seek further review of the Ninth Circuit's November 16, 2010 decision affirming this Court's June 16, 2009 summary judgment ruling (Dkt. No. 1619); that no award of costs or attorneys' fees, whether incurred in the district court or on appeal, shall be made to either of them; that no costs, sanctions, claims or attorneys' fees arising in or from this action will be pursued by either of them; and that at all times relevant to this action in both the district court and in the Ninth Circuit, the parties and their counsel complied with Rule 11 of the Federal Rules of Civil Procedure and all other rules and laws in connection with this action. Accordingly, Defendants respectfully withdraw their June 30, 2009 bill of costs (Dkt. No. 1622), which was stayed pending resolution of the appeal. (Dkt. No. 1628.) Moreover, neither party will seek findings pursuant to the Private Securities Litigation Reform Act of 1995, which the parties previously agreed to defer pending final adjudication of the action. (Dkt. No. 1624.)

           Very truly yours,

            /s/Peter A. Wald

           Peter A. Wald
           of LATHAM & WATKINS LLP

cc: Counsel of Record (via ECF)
Attachment

# ATTACHMENT

| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | DEC 13 2010 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: ORACLE CORPORATION<br>SECURITIES LITIGATION, | No. 09-16502<br><br>D.C. No. 3:01-cv-00988-SI<br>Northern District of California,<br>San Francisco |
| NURSING HOME PENSION FUND,<br>LOCAL 144; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ORACLE CORPORATION; et al.,<br><br>        Defendants - Appellees. | ORDER |

Before: FERNANDEZ and TALLMAN, Circuit Judges, and HOGAN, Senior District Judge. *

    The parties have filed a stipulated agreement and Joint Motion to Dismiss the Petition for Rehearing *En Banc* or for Panel Rehearing, allocating litigation costs amongst themselves, and resolving other contested issues. We construe their pleading as a Motion to Withdraw the Petition for Rehearing *En Banc* or for Panel Rehearing. As so construed, the Motion is GRANTED.

---

      *     The Honorable Thomas F. Hogan, Senior United States District Judge for the District of District of Columbia, sitting by designation.

The Clerk shall issue the mandate forthwith.

IT IS SO ORDERED.